# EXHIBIT B

Page 1

1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2
                 CASE NO. 2:16-cv-15859
3
                   CYNTHIA THIBODEAUX,
4                      Plaintiffs,
5                         v.
6      SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
          US SERVICE, INC., and AVENTIS-PHARMA S.A.,
7                       Defendants.
8           Deposition of CYNTHIA ANN THIBODEAUX, 1600
         NORTH DORGENOIS STREET, NEW ORLEANS, LOUISIANA
9         70119, taken in the offices of MORRIS BART &
          ASSOCIATES, on Thursday, December 14, 2017.
10
         APPEARANCES:
11
                MORRIS BART & ASSOCIATES
12              Attorneys at Law
                BY:  BETSY BARNES, Esquire
13              BY:  CHRISTINE BRANDT, Esquire
                601 Poydras Street
14              24th Floor
                New Orleans, Louisiana 70130
15
                          - AND -
16
                THE MAHER LAW FIRM
17              Attorneys at Law
                BY:  STEVEN R. MAHER, Esquire
18              271 West Canton Avenue
                Suite 1
19              Winter Park, Florida  32789
20                        - AND -
21              SIMMONS HANLY CONROY
                Attorneys at Law
22              By:  DAVID F. MICELI, Esquire
                P.O. Box 2519
23              Carrollton, Georgia  30112
24
25              ATTORNEYS FOR PLAINTIFF

Page 27

```
 1    Q. At any time, whether before you commenced
 2       litigation or after, have you seen any
 3       advertisements for Taxotere®?
 4    A. Yes, I did.
 5    Q. Okay.  And let's talk about those.  When was
 6       the first advertisement that you saw for
 7       Taxotere®?
 8    A. Must have been in 2016, sometime, I saw the
 9       Morris Bart commercial.
10    Q. Do you remember what the substance of that
11       commercial was?
12    A. Something -- it referenced something to women
13       who had been treated for breast cancer and
14       permanent hair loss.  I can't remember all the
15       details.
16    Q. All right.  We'll talk about that a little bit
17       more later.
18    A. Uh-huh.
19    Q. Prior to seeing -- can you give any estimate
20       for when you saw the advertisement, the Morris
21       Bart lawyer advertisement that you just
22       referenced?
23    A. An estimate in terms of the date?
24    Q. Yeah.  When in 2016?
25    A. I can't remember the month.  I don't remember.
```

```
 1    Q. Okay.  Prior to when you got your iPhone,
 2       how'd you take pictures?
 3    A. I didn't.
 4    Q. You didn't take any pictures in your whole
 5       life before 2011?
 6    A. Well, other people took pictures of me with
 7       the camera, but I didn't have a camera.  I
 8       just didn't do it.
 9    Q. You didn't take a single picture before 2011?
10    A. I -- not that I can recall, no.  Because I
11       didn't have a -- I don't have a camera.  Still
12       don't have a camera.
13    Q. What if you take a picture on your iPhone that
14       you like and you want to keep, what do you do
15       with it?
16    A. It just stays there.  I don't have a computer
17       to back it up on.
18    Q. Let me ask you an unrelated question:  Are you
19       currently working, Ms. Thibodeaux?
20    A. No, I'm not.
21    Q. Are you retired?
22    A. Yes, I am.
23    Q. When did you retire?
24    A. July 31st of 2015.
25    Q. So you went into 2016 as a retired woman?
```

```
 1              allow the client to answer that.
 2      EXAMINATION BY MS. BIERI:
 3      Q. Did you ever consider retaining the receipt
 4         for the wig that you purchased three months
 5         ago?
 6      A. I did, but in the process of things, I've lost
 7         them.
 8      Q. Prior to the wig that you purchased,
 9         approximately three months ago, how long
10         before that was it that you pur -- most
11         recently purchased a wig?
12      A. Probably three months before that.
13      Q. Is that a typical frequency with which you
14         have purchased wigs in the past?
15      A. Yes.
16      Q. Dating back to when?
17      A. To 2008.
18      Q. When in 2008?  Do you remember?
19      A. I think it was January or February.  I'm not
20         sure of the time.
21      Q. That would have been prior to your
22         chemotherapy.  Is that what you mean?
23      A. Once I was diagnosed and I was told I was
24         getting chemotherapy and my hair would come
25         out, I purchased a wig, to be prepared for
```

Page 60

1     when it came out, I didn't want to be

2     unprepared.

3  Q. So your expectation was that your hair would

4     fall out during chemotherapy?

5  A. Correct.

6  Q. And what was that expectation based on?

7  A. Information from my doctor and knowing other

8     people who had had chemotherapy and lost their

9     hair.

10 Q. Is it fair to say, and please truly tell me if

11    it's not, that you've purchased wigs

12    approximately every three months since 2008 or

13    is it a different frequency?

14 A. No, that's about the frequency.  That's about

15    as long as they last.

16 Q. And have you always purchased them at the same

17    shop?

18 A. No.

19 Q. Have they always cost approximately what you

20    paid for your wig three months ago,

21    approximately, I think you said 34.99?

22 A. Yeah, yeah, that's my price range.

23 Q. And you said that you purchased them every

24    three months because that's how long they

25    last?

1    A. Yes.

2    Q. What about the wig after approximately three

3       months do you think makes it so that you need

4       to get a new one?

5    A. The hairpieces begin to come out, and they

6       begin to look frizzled on the end, like this

7       one is looking now, it's not the way it should

8       be.  And mostly because the hairpieces come

9       out.

10   Q. And you don't have any of the receipts for any

11      of the wigs you've purchased since 2008; is

12      that correct?

13   A. Correct.

14   Q. Okay.  You also indicated that, for a period

15      of time, you took vitamins for which you're

16      seeking compensation in this litigation; is

17      that accurate?

18   A. Uh-huh.

19   Q. Where did you purchase those?

20   A. Whole Foods Market.

21   Q. And over what time period did you take those

22      vitamins?

23   A. Maybe for about three or four years.

24   Q. When did you start taking them?

25   A. I started taking them back in the late '90s.

1    Q. Are you seeking compensation for the vitamins
2       that you took in the late '90s, in this
3       litigation?
4    A. That's when I started taking them.
5    Q. And are you seeking compensation for that in
6       this litigation?
7    A. Yes.
8    Q. Through -- okay.  You started taking them in
9       the late '90s?
10   A. Uh-huh.  And I took them through -- so I --
11      well, not in the late '90s for this
12      litigation, I'm sorry.  It would be from the
13      time of my chemo, because it was hair, skin
14      and nail vitamins.  So from 2008 until maybe
15      '10 or '12 or something like that.
16   Q. Okay.  I want to break that down, make sure I
17      understand.  Were you taking hair, skin and
18      nail vitamins continuously from the late '90s,
19      through chemotherapy?
20   A. Yes.
21   Q. So you had started approximately ten years
22      before chemotherapy, taking hair, skin and
23      nail vitamins?
24   A. Uh-huh.  Mainly for my skin.
25   Q. Oh, why for your skin?

1    A. I have dark spots in my skin and I was just

2       trying to get that cleared up, because I had

3       healthy hair and healthy nails.

4    Q. Did anyone prescribe those to you in the

5       1990s?

6    A. They weren't prescribed.  They were just

7       over-the-counter.

8    Q. Did anyone recommend them to you?

9    A. No.  I decided that I would try that myself.

10   Q. Did you notice a benefit to your nails when

11      you took them?

12   A. No.

13   Q. Did you notice a benefit to your hair when you

14      took them?

15   A. No.  As I said, my hair and my nails were

16      healthy, but I have dark spots in my skin, I

17      was trying to get that cleared up.

18   Q. So you took -- continuously took the

19      multivitamin from the late 1990s, until when?

20   A. I stopped taking them maybe in 2009 or '10.

21   Q. Why did you stop taking them?

22   A. I just didn't see the benefits, and that, once

23      I started chemo, I was hoping that it would

24      help my hair grow back, but it didn't.

25   Q. And so you thought, by 2009 or '10, it's not

1       helping, I'm going to stop taking these?

2   A. Uh-huh.

3   Q. Is that accurate?

4   A. I just -- yeah, I stopped taking them.  I'd

5       been taking them a long time.

6   Q. And you weren't seeing any benefit to your

7       hair from them.  Correct?

8   A. No.

9   Q. Do you have any receipts related to the

10      purchase of those vitamins?

11  A. No, I don't.

12  Q. At any time, for any of the time period you

13      took them?

14  A. No, I don't.

15  Q. Do you have any photographs -- strike that.

16          Are you aware of the existence of any

17      photographs that show your hair in the six

18      months before you started chemotherapy

19      treatment?

20  A. No, not that I'm aware of.

21  Q. Does your husband have a camera?

22  A. He used to have one.  I don't know if he still

23      have it.

24  Q. Have you asked your husband to look for any

25      photographs that depict your hair, in

```
 1      EXAMINATION BY MS. BIERI:
 2      Q. Since you were diagnosed in 2008, and since
 3         your treatment in 2008 and '9, have you had
 4         any recurrence of breast cancer?
 5      A. No.
 6      Q. That's good to hear.  What is the injury that
 7         you're alleging in this lawsuit?
 8      A. Permanent hair loss.
 9      Q. By that, you told me a few minutes ago that
10         you expected your hair to fall out with
11         chemotherapy.  Correct?
12      A. Correct.
13      Q. So are -- are you saying that your injury is
14         that you thought that your hair should have
15         come back but it has not?
16      A. Correct.
17      Q. Okay.  And has any of your hair come back?
18      A. Very little.
19      Q. Some hair?
20      A. Some.
21      Q. I'm -- I'm just trying to make sure I
22         understand the nature of the injury you're
23         claiming.
24            So are you saying you understood that you
25         would lose your hair with chemotherapy, but
```

1    that your hair has not fully regrown, hasn't

2    regrown to its prior fullness?  I'm not trying

3    to put words in your mouth, explain it any way

4    you want, I'm just trying to understand the

5    nature of your injury, of what you're claiming

6    in this lawsuit.

7  A. It has not regrown to its previous state.

8  Q. Okay.

9  A. Nowhere near that.

10  Q. Okay.  And that's the injury you're claiming

11    in this lawsuit?

12  A. Correct.

13  Q. Okay.  You filed your lawsuit on October 26th,

14    2016.  Correct?

15  A. Sounds about right.

16  Q. How long before that did you decide that you

17    wanted to sue Sanofi?

18  A. I didn't decide that at all, before that.  I

19    had no knowledge of Sanofi or who they were.

20  Q. You're saying that the day that you filed your

21    lawsuit was the first day you had ever thought

22    about suing Sanofi?

23  A. Yeah.  I didn't have a reason to.  I wouldn't

24    have known a reason to -- for Sanofi.

25  Q. I'm talking about the actual physical filing

1    A. Major was sociology, minor was psychology.

2    Q. Did you go to graduate school directly after

3       undergraduate?

4    A. Yes, I did.

5    Q. So from 1976 until when?

6    A. 1977.

7    Q. A one-year graduate program?

8    A. Sixteen months.

9    Q. And what school did you attend for graduate

10      work?

11   A. Tulane University, here in New Orleans.

12   Q. Did the graduate program have any certain

13      name?

14   A. Just school of social work.

15   Q. And did you obtain a master's from Tulane?

16   A. Yes, I did.

17   Q. And that was in social work?

18   A. Yes.

19   Q. Any other formal education?

20   A. No.

21   Q. Have you ever --

22          MS. BIERI:

23              Off the record.

24             (Discussion off the record.)

25          MS. BIERI:

```
 1        out, and I went into wearing wigs and I shared
 2        that with her.
 3     Q. So the conversation would have been while you
 4        were in chemotherapy?
 5     A. Yes.
 6     Q. Did you tell her how long you expected that
 7        you would have to wear a wig?
 8     A. No.
 9     Q. When you went in to buy the first wig, I think
10        you said in January or February of 2008 --
11     A. Uh-huh.
12     Q. -- did you have an expectation of how many
13        wigs you'd have to buy?
14     A. No.  I thought maybe one or two.
15     Q. And then you thought your hair would grow back
16        after you bought one or two?
17     A. I thought, yes, I thought my hair would grow
18        back.
19     Q. And when did you expect that your hair would
20        grow back by?
21     A. I didn't know when, I had no expectations, but
22        I did expect it to come back.  I can't say I
23        expected it to come back in June or July, no,
24        I just thought it would come back.
25     Q. Did you expect that it would come back
```

1          during -- during your chemotherapy treatment?
2     A. Never thought about it like that.
3     Q. You never thought, Well, my hair probably
4          won't grow back while I'm still on the
5          chemotherapy drugs, never had that thought?
6     A. No.
7     Q. But you did think your hair was going to come
8          out, because of chemotherapy?
9     A. Yes, and I also thought it would grow back.
10    Q. Why did you think it would grow back?
11    A. Because I've known people who have lost their
12         hair in chemotherapy, and it came back.
13    Q. Who -- who?
14    A. One of my mother's friends, she lost her hair
15         twice during chemo, two rounds of
16         chemotherapy, and each time it came back.
17    Q. And what was -- what's her name?
18    A. Her name was Catherine Valteau.
19    Q. How do you spell her last name?
20    A. V-A-L-T-E-A-U.
21    Q. And Ms. Valteau --
22    A. Valteau.
23    Q. -- Valteau?  Forgive me.  Was somebody who
24         your mother was close with?
25    A. Yes.

1    Q. Do you know what years she had cancer?

2    A. No, I don't.

3    Q. But you remember that her hair came back?

4    A. Correct.

5    Q. On two occasions?

6    A. Correct.

7    Q. Anyone else?

8    A. No.

9    Q. Any other basis for why you thought that your

10      hair would come back after chemotherapy?

11      Forgive me, let me strike that.

12          Any reason why you thought that your hair

13      would come back?

14    A. I thought that, it was my understanding that's

15      what happens.  You go through chemo, you lose

16      your hair and grow back.

17    Q. Sure.  And I'm just trying to understand the

18      basis of why that was your belief.

19    A. Because that's what I'd always heard from

20      people who had gone through therapy -- I mean,

21      gone through chemo, about somebody who was

22      going through chemo, nobody I knew personally,

23      other than Ms. Valteau, and their hair always

24      grew back.  So I expected mine to grow back,

25      too.  Nobody told me it wouldn't grow back.

1    Q. Did any doctor affirmatively tell you that

2       your hair would grow back?

3    A. Affirmatively or maybe implied.

4    Q. But not affirmatively?

5    A. Yeah, I'm not -- I don't remember

6       affirmatively.

7    Q. No recollection of any doctor --

8    A. No recollection, yeah.

9    Q. Sorry, I just want to make sure we're not

10      talking over each other.

11          You don't have any recollection of any

12      doctor affirmatively telling you that your

13      hair would grow back after chemotherapy.

14      Correct?

15   A. Correct.

16   Q. So your expectation was based, instead, on Ms.

17      Valteau's --

18   A. Experience.

19   Q. -- experience, and sort of generalized

20      comments you had heard about other people's

21      cancer?

22   A. Correct.

23   Q. Okay.  Was it based on anything that you read,

24      that expectation, that your hair would grow

25      back?

1    Q. Same question for your maternal grandfather?

2    A. Not that I know of.

3    Q. Do you have any pictures of any of your

4       grandparents?

5    A. No, I don't.

6    Q. Do you know anyone that you believe has a lack

7       of fullness of hair, besides yourself?  And

8       your brother?

9    A. No.  A lot of my cousins who are my age wear

10      braids and artificial hair, but as I remember,

11      their hair was full.

12   Q. And even going beyond your family, I just mean

13      even your acquaintances, do you know anybody

14      who you consider to have a lack of fullness of

15      their hair?

16   A. No one I can think of, offhand.  Well, my

17      friend Marilyn, yeah.  She wears a wig, also.

18   Q. Do you know when she started wearing a wig?

19   A. I don't.

20   Q. Do you know if it was before you started

21      chemotherapy or after?

22   A. I don't remember, because after Katrina, she

23      moved to Chicago and I just can't remember

24      what happened to that.

25   Q. Have you ever talked about what the cause of

```
 1        her hair loss is?
 2     A. She had breast cancer.
 3     Q. Uh-huh.
 4     A. But her hair was -- I guess you could say her
 5        hair was naturally thin, before she started
 6        wearing wigs, or before she even had a
 7        diagnosis.
 8     Q. Do you know when she was treated for breast
 9        cancer?
10     A. Maybe 2010.  Maybe.  I'm not sure.
11     Q. Did she wear wigs before she was treated for
12        breast cancer?
13     A. Yes.
14     Q. Did you ever discuss the thinning nature or
15        the lack of fullness of her hair, prior to her
16        breast cancer treatment?
17     A. Briefly.  She just said that her hair was
18        getting thin and you could see her scalp and
19        she would wear a wig periodically.
20     Q. Any discussion of what either of you thought
21        might have been a cause?
22     A. No.
23     Q. To your knowledge, she talked to a doctor
24        about it?
25     A. I don't know.
```

1    Q. And you don't know what type of -- do you know

2       what type of treatment Ms. Roberts had for her

3       breast cancer?

4    A. I think radiation.

5    Q. Do you know if she had a surgery of any kind?

6    A. I don't know.

7    Q. Do you know if she had chemotherapy of any

8       kind?

9    A. I don't know.

10   Q. Never discussed it with her?

11   A. No.

12          (MS. BRANDT LEFT THE ROOM.)

13   EXAMINATION BY MS. BIERI:

14   Q. Have you seen Ms. Roberts -- you said she

15      moved to Chicago in two thousand and --

16   A. After Katrina, in 2005, then she moved back to

17      New Orleans, once her house was complete, but

18      I don't remember what year that was, that she

19      moved back.

20   Q. What did -- did you ever see Ms. Roberts

21      without her wig on, prior to her breast cancer

22      treatment?

23   A. No.

24   Q. Never?

25   A. Never.  I mean, yeah, when she was wearing her

1      natural hair, yeah, I did see her without her
2      wig.
3    Q. Okay.  And I know that you said her hair -- or
4      I think that you said her hair had a lack --
5      it was thin?
6    A. Yeah, it was thin.
7    Q. So what did that -- what did that look like,
8      what did that present like?
9    A. Well, she would get it styled however she
10      would style it and you were still able to see
11      a lot of her scalp, because her hair wasn't
12      full, it didn't cover all the spaces, and she
13      had -- you could see a lot of her scalp.
14    Q. Was there a particular place on her head that
15      you could see her scalp?
16    A. At the top.
17    Q. You're pointing to the top?
18    A. The top, yeah.
19    Q. The crown --
20    A. Yeah.
21    Q. -- is that fair, of your head?
22    A. Yeah.  As I remember, yeah.
23    Q. Any other places?
24    A. Not that I can recall.
25    Q. Have you -- since she had cancer treatment,

1      which you think was radiation.  Right?

2  A. I think so.

3  Q. Have you seen her without a wig on?

4  A. Yes.

5  Q. And what did her hair look like, when she

6      didn't have her wig on, after she had

7      radiation?

8  A. I didn't see her hair.  She had -- she and I

9      went on a trip together to Chicago to a

10     wedding, and we shared a room and she would

11     take her wig off, but she wouldn't take the

12     little cap off, as did I.  I'd take my wig

13     off, but I would go in the bathroom and tie a

14     scarf on my head.  So we didn't see each

15     other's hair or lack of hair.

16  Q. So you've never seen her natural hair, since

17     she finished radiation.  Correct?

18  A. Correct, correct.

19  Q. Okay.  I want to switch gears.  Tell me, when

20     did you go on this trip to Chicago with her?

21  A. I'm trying to think.  It -- it may have been

22     in '11 -- between 2011 and 2013, I don't

23     remember.

24  Q. And whose wedding were you going for?

25  A. One of her former coworkers that she worked

```
 1        with, when she lived in Chicago, was getting
 2        married and she was going to the wedding and
 3        she invited me to come and I did.
 4     Q. Okay.  Okay.  I want to turn and talk about
 5        your breast cancer diagnosis.
 6     A. Uh-huh.
 7     Q. It's my understanding that you had a
 8        mammogram, on January 10th of 2010; is that
 9        right?
10     A. Could be.  I don't remember, because I had so
11        many procedures done.  I don't recall the
12        dates.
13           MS. BIERI:
14                I'm going to hand you what's been
15             marked as Exhibit Seven.
16                (Exhibit #7 was marked for
17                 identification.)
18     EXAMINATION BY MS. BIERI:
19     Q. Take a look --
20           MR. MAHER:
21                Thanks.
22           MS. BIERI:
23                Of course.
24                Oh, I'm so sorry, Ms. Thibodeaux, I
25             didn't realize I hadn't slid that across
```

```
 1    A. No.
 2    Q. So you -- you do -- tell me if I'm saying this
 3       right.  You do know that you felt a mass prior
 4       to Katrina, but you don't remember anything
 5       that you did about it until the mammogram on
 6       January 10th of 2008; is that right?
 7    A. Right.
 8    Q. Okay.  Right before going in for your
 9       mammogram, do you remember thinking about the
10       lump that was -- that you had felt in your
11       breast?
12    A. Yeah.
13    Q. Tell me what you were thinking.
14    A. Well, at one point, I didn't feel it, after
15       the -- this visit, and --
16    Q. You're saying "this visit."  What do you mean?
17    A. The visit when I initially, they said I had
18       fibrocystic disease, that part I don't
19       remember, I don't remember the doctor in
20       Gentilly, but I used to do self-examinations
21       and I felt a lump at one point and another
22       point I didn't feel it again.
23    Q. When was the last time, prior to January 10th
24       of 2008, that you felt a lump in your breast?
25    A. It was probably in maybe September or October
```

Page 123

1          and that's when I made an appointment to see

2          Dr. St. John.

3     Q. And what happened at that appointment?

4     A. She did a breast examination and she

5          discovered the lump.

6     Q. She confirmed the lump?

7     A. She confirmed the lump.

8     Q. And did she then order the mammogram?

9     A. I can't remember the mammogram or the biopsy,

10         I can't remember which order it came in, but I

11         had all of that done.

12    Q. After Dr. St. John confirmed that you had a

13         lump in your right breast.  Correct?

14    A. Correct.

15    Q. Were you worried at that point?

16    A. Concerned, yes.

17    Q. And why were you concerned?

18    A. Well, I know lumps in the breast are usually

19         not good, so I was concerned whether it would

20         be malignant or benign.

21    Q. At some point thereafter, you had the

22         mammogram.  We established it was on January

23         10th of 2008.  Correct?

24    A. Correct.

25    Q. You said you also had a biopsy?

Page 124

```
 1    A. Correct.
 2    Q. When you went in for the biopsy, do you
 3       remember if you got any information that day?
 4    A. What type of information?
 5    Q. That's a fair question.  When you went in for
 6       your biopsy, do you remember if they gave you
 7       any information about whether the mass was
 8       cancerous in your right breast?
 9    A. No, they didn't give me that.  They had to
10       wait for the tests to come back from the lab
11       before they confirmed anything.
12    Q. Was it ultimately Dr. St. John who gave you
13       the news that the mass was cancerous?
14    A. Yes.
15    Q. Can you tell me what you remember about that
16       phone call with Dr. St. John?
17    A. I remember her calling me and telling me she
18       had -- first, formalities, "How you doing, are
19       you okay?"  Then she said, "Well, I have not
20       so good news for you," or something to that
21       effect, that the lump is malignant and I
22       think, after that, I -- I may have just
23       blanked out and I couldn't -- I don't remember
24       much after that.
25            But I know I did go back to see her for
```

1    Q. So the only thing that you can say today is

2       that you got a binder that talked about

3       chemotherapy?

4    A. Uh-huh.  Yes.

5    Q. And that you glanced over some of it?

6    A. Yes.

7    Q. Nothing else?

8    A. It was a white binder, that's all, a big,

9       white binder.

10   Q. Do you remember any discussion, either with

11      Dr. Cardinal or Nurse -- the brown-haired

12      nurse, about the clinical trial before you

13      participated in it?

14   A. I remember we had that discussion, prior to

15      her giving me the binder, but the specifics in

16      it, I don't remember.

17   Q. At some point, you decided to participate in

18      the clinical trial.  Correct?

19   A. Correct.

20   Q. And to your recollection, was that

21      Dr. Cardinal's recommendation to you?

22   A. I would think it was, but I don't know.  I

23      don't know if that was his recommendation.  I

24      don't know where the recommendation came from.

25   Q. Did someone recommend that you be in the

Page 170

1       document before we discuss it?

2   A. No.

3   Q. Have you ever seen this document before today?

4   A. I see I've initialed it, so I'm sure I've seen

5       it before.

6   Q. Do you know what this document is?

7   A. Consent for informed research.

8   Q. Do you know what that is?

9   A. That's regarding the clinical trial?

10  Q. Take a look at page 27 of 27.  And I'm looking

11      at the way that the document is paginated in

12      the bottom middle of each page.

13  A. Uh-huh.

14  Q. Does your signature appear above the word

15      patient signature?

16  A. I only see initial on here.  Page 27?

17  Q. Uh-huh.

18  A. I'm sorry, I've got the wrong page.  Yes.

19  Q. That's your signature?

20  A. Yes, it is.

21  Q. You signed that document?

22  A. Yes.

23  Q. Did you also print your name?

24  A. Yes.

25  Q. Did you write the date in next to your name?

Page 171

1    A. Yes, I did.

2    Q. Did you also put your initials at the bottom

3       of page 27 of 27?

4    A. Yes, I did.

5    Q. And did you write in your initials on each of

6       the other 26 pages?

7    A. Yes.

8    Q. And by putting your initials on each page and

9       your signature at the end, did that indicate

10      that you had read and understood the document?

11   A. That's correct.

12   Q. Did you consent to participating in the

13      clinical trial?

14   A. Yes.

15   Q. And you consented to the risks associated with

16      participation.  Correct?

17   A. Yes.

18   Q. And you indicated that through your signature

19      and your initial on every page.  Correct?

20   A. Correct.

21   Q. Okay.  Okay.  Looking back at Exhibit Eight

22      that we talked about previously.

23   A. Uh-huh.

24   Q. Dr. Cardinal's note from January 2008, "We did

25      discuss NSABP protocol B-40 in detail.  This

```
 1    A. Correct.
 2    Q. Okay.  I want to talk to you about what your
 3       understanding of the purpose of this clinical
 4       trial was.
 5           Did you have any understanding of the
 6       purpose of the clinical trial?
 7    A. As I recall, the clinical trial was to get
 8       more chemo and possibly eliminate the cancer
 9       altogether.  That's my understanding.
10    Q. What do you mean by "more chemo"?
11    A. Two different types of chemo.  I was getting a
12       standard of care drug and a study drug.
13    Q. What did you understand the standard of care
14       drugs to be?
15    A. Just regular chemo.
16    Q. What did you understand the plus -- you said
17       standard of care, plus?
18    A. I understood that to be just another form of
19       chemo.
20    Q. Is it your understanding that the
21       capecitabine, gemcitabine and bevacizumab were
22       the beyond the standard of care drugs?
23    A. The clinical, yeah, yes.
24    Q. Okay.  Did anybody talk to you about permanent
25       risks -- strike that.
```

```
 1        risks.  Do you see where I'm looking in the
 2        middle of the page?
 3   A. Yes, I do.
 4   Q. Where it says "what side effects or risks can
 5        I expect from this study"?  Do you understand
 6        that there could be side effects that the
 7        doctors could not predict?
 8   A. Yes.
 9   Q. And you understood you're at risk for some
10        very serious side effects.  Correct?
11   A. I didn't think of them as very serious side
12        effects.  I just understood them as side
13        effects.
14   Q. Let's look at the middle -- oh, go ahead, I'm
15        so sorry to cut you off, go ahead.
16   A. As I'm looking and I'm seeing that number at
17        the time, I'm trying to get treatment and not
18        thinking about all the negatives.
19   Q. Do you know how chemotherapy works?
20   A. No.
21   Q. In any way?
22   A. No, I don't.
23   Q. Have you ever heard chemotherapy -- strike
24        that.
25            Let's look at more of this paragraph.
```

Page 182

1          Let's look at the second to last sentence.

2          "In some cases, side effects may be very

3          serious, long-lasting or may never go away.

4          There's also a risk of death."

5              Did I read that right?

6     A. Correct, yes.

7     Q. And that's something you agreed to, when you

8          agreed to participate in the study.  Correct?

9     A. Correct.

10    Q. Okay.  And did you understand that hair loss

11         was a likely side effect?

12    A. Yes.

13    Q. And was a likely side effect, no matter which

14         group you were put in.  Correct?

15    A. Correct.

16    Q. What did you interpret the risk of hair loss

17         to mean?

18    A. That my hair would come out during the chemo

19         process, and probably when the process was

20         over, it would grow back.

21    Q. That it would probably grow back?

22    A. That it would grow back.

23    Q. Might not grow back?

24    A. That it would grow back, was my understanding.

25    Q. Having just read the sentence that said, "In

1      some cases, side effects may be very serious,

2      long lasting, or may never go away," what was

3      the basis on which you thought that hair loss

4      would not be permanent?

5   A. From what I had experienced and what I had

6      knowledge of from other people who had gone

7      through it, the people I knew went through

8      chemo hair grew back, that's what I was basing

9      my thinking on.

10  Q. Anything else?

11  A. Not that I can think of.

12  Q. And despite this explicit language in this

13     document, that, "In some cases, side effects

14     may be very serious, long lasting or may never

15     go away," that was still your belief?

16  A. Yes.

17  Q. Did you think that all of the side effects

18     that you were going to experience would be

19     exactly like other people who had gone through

20     chemotherapy, that you knew?

21  A. Well, never thought about it like that.

22  Q. Well, do you think everybody --

23  A. Because most people I knew went through, major

24     thing that they discussed with me was hair

25     loss.

1    Q. Now, let's look at page -- well, lower down on

2       page 17.  Right after that section, it says,

3       "Risks and side effects related to

4       bevacizumab, groups 1B, 2B and 3B."

5          Just to start out, do you know if you were

6       ultimately put in group 3B?

7    A. I don't know.

8    Q. Any reason to dispute that, sitting here

9       today?

10       MR. MAHER:

11          Object to form.

12       THE WITNESS:

13          I just don't know.

14    EXAMINATION BY MS. BIERI:

15    Q. And that's fair.  Now, I think you told me

16       earlier, you understood bevacizumab, AKA

17       Avastin®, to be one of the purposes of the

18       clinical study.  Right?

19    A. Was one of the drugs on the clinical study.

20    Q. Yeah.  The above the standard of care part.

21       Right?

22    A. Uh-huh, yes.

23    Q. Okay.  So now let's look at some of the risks

24       of Avastin®/bevacizumab.  Let's look on page

25       18 at the rare but serious side effects.

1          MR. MAHER:

2                   Object to the form.

3          THE WITNESS:

4                   I think I would have asked -- I would

5               have asked for some other option.

6     EXAMINATION BY MS. BIERI:

7     Q. When you're saying I would have asked for some

8        other options, does that mean you would not

9        have taken this drug?

10         MR. MAHER:

11                  Object to the form.

12         THE WITNESS:

13                  I think that there would have been

14              more than that drug out there to do the

15              same thing, and that's what I would have

16              opted for.

17    EXAMINATION BY MS. BIERI:

18    Q. And, in fact, you just told me these side

19       effects go with Avastin®.  And you didn't have

20       to take Avastin®.  That was the add-on to the

21       standard of care.  Correct?

22         MR. MAHER:

23                  Object to the form.

24    EXAMINATION BY MS. BIERI:

25    Q. Did you understand my question?

1    A. Yes, I understand, but I agreed to the study

2       and took the Avastin®, because I wanted a

3       higher percentage of recovery.

4    Q. And you were willing to take the risk of

5       bleeding in various parts of the body leading

6       to disability, including stroke or death,

7       kidney damage, heart problems, including

8       irregular heartbeats, changes in blood

9       pressure, fluid correction surrounding the

10      heart, chest pain and possibly heart attack or

11      heart failure and lung problems, to get rid of

12      your cancer.  Correct?

13          MR. MAHER:

14              Object to form.  Go ahead.

15          THE WITNESS:

16              Correct.

17   EXAMINATION BY MS. BIERI:

18   Q. Okay.  And you trusted that what Dr. Cardinal

19      was going to -- what Dr. Cardinal recommended

20      for you was going to be beneficial for you.

21      Correct?

22   A. Correct.

23   Q. Give you your best chance of survival?

24   A. Correct.

25   Q. And you weren't paid any money to be in this

1    Q. Okay.  I want to turn and talk to you about

2       chemotherapy.  When did you start -- you

3       started chemotherapy February 12th, 2008.

4       Correct?

5    A. Yes.

6    Q. Okay.  How soon after you started chemotherapy

7       did you begin to lose your hair?

8    A. I'm not sure of the exact time frame, but it

9       was shortly after.

10   Q. Within a day, a week, a month, two months?

11   A. Within two or three weeks.

12   Q. Within your first cycle --

13   A. Yes.

14   Q. -- of chemotherapy?

15   A. Yes.

16   Q. How did your hair fall out?

17   A. I was scratching the back of my neck, I had a

18      wool coat on, had what I thought was lint, and

19      I said, "Oh, I've got some lint on this coat."

20      So I didn't pay much attention.

21          When I got home, I saw more, when I took

22      the wig off, and I just started running my

23      fingers through my hair on both sides and my

24      hair just started coming out.

25   Q. How long -- did you let it all fall out

Page 257

1          naturally or did you shave it?

2     A. I combed it out.

3     Q. You combed it out?

4     A. As I combed it, it just came out.

5     Q. I'm sorry?

6     A. As I was combing, it would come out.

7     Q. And was that all on one day?

8     A. Most of it was one day.

9     Q. At some point, had you lost every single hair

10         on the top of your scalp?

11    A. Yes.

12    Q. No baby hairs left, no fine hairs left?

13    A. Yeah, there's some fine hairs left for a

14         while.

15    Q. At some --

16    A. I didn't comb -- brush a comb or nothing, but

17         maybe once it started coming out, within, I

18         would say four days, it was all out.

19    Q. And when you say "all out," not one single

20         hair left on your head?

21    A. Correct.

22    Q. Did you lose -- what did you attribute the

23         loss of hair on your head to, on your scalp?

24    A. To the chemo.

25    Q. Any specific chemotherapy drug?

```
 1        don't remember.
 2    Q. By 2009?
 3    A. Maybe '10.
 4    Q. You think by 2010, your hair had reached the
 5        level of regrowth that it's at today?
 6    A. It's possible, yes.
 7    Q. Well, possible doesn't --
 8        MS. BIERI:
 9             You understand why I'm asking these
10           questions.  Right?
11        MR. MAHER:
12             I understand that.  Are you asking me
13           to speak?
14        MS. BIERI:
15             Yeah.
16        MR. MAHER:
17             Okay.  If you're inviting me to
18           speak, I don't want to say anything
19           that's going to get me in trouble with
20           the judge, but if you're asking me --
21        MS. BIERI:
22             Well, you sighed audibly on the
23           record and you gave me a face, and so I
24           asked you if you understood why I was
25           asking the questions.  That's why I said
```

1   Q. Do you -- do you think -- I'm trying -- okay.

2      You say that you expected your hair to come

3      out during chemotherapy.  Right?

4   A. Correct.

5   Q. And it did.  Correct?

6   A. It did.

7   Q. But you're saying that you think your hair

8      should have come back.  Correct?

9   A. Yes.

10   Q. And that's what you're seeking compensation

11      for in this litigation.  Correct?

12   A. Correct.

13   Q. I have to know when you think your hair should

14      have come back.

15         When do you think your hair should have

16      come back?

17      MR. MAHER:

18         Okay.

19      MS. BIERI:

20         You can answer.

21      THE WITNESS:

22         I thought -- but I'm not a medical

23        person.  I thought it was going to come

24        back after chemo, once chemo's

25        completed, maybe a few months later.

```
 1    EXAMINATION BY MS. BIERI:

 2    Q. That's what you expected, for your hair to

 3       come back a few months after chemo was

 4       completed?

 5    A. Uh-huh.

 6    Q. And it didn't do that?

 7    A. Did not do that.

 8    Q. Okay.  Let's talk about -- have you ever

 9       talked to anyone about your hair loss?

10    A. A professional person or just a friend or

11       family member?

12    Q. You know, that's a great question, Ms.

13       Thibodeaux.  Did you ever talk to a doctor

14       about the hair loss that you're claiming in

15       this lawsuit?

16    A. No.

17    Q. Never sought to ask if there were any

18       treatment options available?

19    A. No, I didn't.

20    Q. Why not?

21    A. I just didn't think about it.  I keep -- I

22       continued to think that it would come back

23       full as on one of these pictures, I didn't

24       think it would be like this for this length of

25       time.
```

```
 1    Q. You just told me that you thought your hair
 2       was going to come back, you expected your hair
 3       to come back a couple months after chemo.  It
 4       did not?
 5            MR. MAHER:
 6                 Object to the form.  I'm sorry,
 7              finish your question and I'll make my
 8              objection.
 9    EXAMINATION BY MS. BIERI:
10    Q. You told me you thought your hair was going to
11       come back a couple months after chemo, it did
12       not.  But you continued -- and so you didn't
13       talk to a doctor.  Correct?
14            MR. MAHER:
15                 Object to the form.  Go ahead.
16            THE WITNESS:
17                 No.  About my hair loss not coming
18              back, no, I didn't.
19    EXAMINATION BY MS. BIERI:
20    Q. Okay.  Did you feel like you knew what the
21       cause of your hair loss was?
22    A. No.  Well, I knew it was because of chemo, but
23       I still thought it would be growing back.
24    Q. Have you ever thought that your hair loss
25       could be caused by anything other than
```

Page 281

1       chemotherapy?

2   A. No.

3   Q. Always attributed it to a chemotherapy drug?

4   A. Yes.

5   Q. Now, you've told me that you never read any of

6       the prescription -- physician prescribing

7       information for any of the chemotherapy drugs

8       you took.  Right?

9   A. Right.

10  Q. Okay.  Did any of the doctors ever tell you

11      that a specific type of chemotherapy would

12      cause hair loss?

13  A. No.

14  Q. They just said chemotherapy will cause hair

15      loss?

16  A. Correct.

17  Q. Did your doctor specifically talk about the

18      side effects of Adriamycin with you?

19  A. No.  I don't know the medication by those

20      names.

21  Q. Doxorubicin?

22  A. No.

23  Q. Are you aware of whether Adriamycin,

24      doxorubicin, cyclophosphamide or Gemzar lists

25      hair loss as a potential side effect?

Page 321

1   Q. So -- and the injury, as I understand in this
2       lawsuit, is that you say that your hair loss
3       wasn't temporary.  Correct?
4   A. Right.  It hasn't been temporary.
5   Q. Okay.  So how is the loss of your hair
6       initially, during chemo, not what you
7       expected?
8   A. I expected it to come out and I also expected
9       it to grow back.
10  Q. Right.  And so if you expected it to come out,
11      how are you seeking damages for that?
12  A. And I continued to hope that it would grow
13      back, I had hoped that it would grow back.
14  Q. You hope it -- today, do you hope it will
15      still grow back?
16  A. I wish it would.
17  Q. You hope?
18  A. But at this point -- once I saw the
19      commercial, the Taxotere® commercial, I
20      realized the connection, new hair growth and
21      the chemo, I realized why it didn't come back,
22      because of that.
23  Q. So from the lawyer's ad, you determined it
24      must have been Taxotere®?
25  A. Yes.

1    Q. Never talked to a doctor, though?

2    A. No.

3    Q. Of any kind?

4    A. No.

5    Q. At any time?

6    A. No.

7    Q. So you're saying that you hoped, until the day

8       you saw the Morris Bart lawyer advertisement

9       that your hope -- that your hair would

10      continue to grow back?

11   A. Uh-huh, yes.

12   Q. What was that based on?

13   A. Well, at that point, it sort of connected to

14      me --

15   Q. No, that's not my question.

16       MR. MAHER:

17           Whoa, whoa, whoa, whoa, let her

18        finish the question -- answer.

19       MS. BIERI:

20           That's fair, that's fair.  I

21        anticipated she was going to give an

22        answer that wasn't my question and I

23        apologize.  You may finish your question

24        and then I'll ask the question and make

25        sure we're on the same page.  My

Page 323

```
 1              apologies for that, Ms. Thibodeaux,
 2              truly.
 3         THE WITNESS:
 4              Okay.  I lost my --
 5         MR. MAHER:
 6              Can you read back the question,
 7              please?
 8         THE WITNESS:
 9              Yeah.
10         MS. BIERI:
11              Absolutely.
12         (The requested testimony was read back:
13              QUESTION:
14               So you're saying that you hoped
15              until the day you saw the Morris Bart
16              lawyer advertisement that your hope --
17              that your hair would continue to grow
18              back?
19              ANSWER:
20               Uh-huh, yes.
21              QUESTION:
22               What was that based on?)
23         THE WITNESS:
24              Well, I always wondered why it didn't
25              grow back, because I had growing hair.
```

```
 1              My hair would grow naturally before
 2              chemo, and so when it didn't grow back,
 3              I was somewhat devastated wondering why,
 4              and when I saw that Taxotere®
 5              commercial, so this must be the reason.
 6      EXAMINATION BY MS. BIERI:
 7      Q. And I'm not asking you about the connection
 8         you're saying that you made when you -- I'm
 9         not asking you that.
10              What I'm asking you is:  You said before
11         you saw that advertisement, you hoped that
12         your hair would continue to grow back.
13         Correct?
14      A. I had hope, yes.
15      Q. What was the basis of the hope that you had?
16      A. Just -- I just never accepted that I was going
17         to be bald.
18      Q. Do you distinguish hope from belief?
19              MR. MAHER:
20                  Object to the form.
21              THE WITNESS:
22                  Yes.  I -- I'll rephrase it.  I
23              believed -- I always believed it would
24              grow back.
25      EXAMINATION BY MS. BIERI:
```