# EXHIBIT E

Patient Name: THIBODEAUX, CYNTHIA
MRN:
DOB:                              Sex: F

OCI, Clinical Trial NSABP B-40, PT0302, Study #800203913.

Patient seen in clinic today for appointment with Dr. Kardinal for Cycle 1 day 1 of Bevacizumab 15mg/kg, Doxetaxel 75mg/m2 and Gemcitabine 1000mg/m2 (patient will receive her initial doses as per protocol randomization confirmation sheet). This is patients 1st treatment, there are no AEA to report. H/P & PE obtained. Tumor assessment on PE measured 5cm x 5cm in diameter. Ht.180cm. Wt. 234.4lbs.(106.5kg). Vital signs: BP 133/70 (Currently not taking any blood pressure medication), P 56, T 97.2(oral), PS(0). Patient states she feels pretty good today, but she's anxious about beginning chemotherapy treatments today. Patient had very few questions,but those that were asked, were answered. Patient states she feels prepared to begin treatments, stating she re-read the side effects of her chemo drugs and feels as if she knows what to expect, but does understand that some side effects she may experience and some she may not. Labs for CBC, CMP and sendouts drawn in hemlab by phlebotomist. Lab results: WBC 4.92, HGB 12.7, HCT 39.3, Platelets 253, AST 22, Alkaline phosphatase 84, ALT 21, ANC 2312, BSA 2.26, and CMP, results received and reviewed per Dr. Kardinal. Patient did not take Decadron 8mg (premedication prior to chemo) yesterday and this morning. Patient given prior to chemo infusion, Decacadron 20 mg IV as pre-med to Docetaxel as per MD orders. Chemo orders written, no neulasta ordered for this treatment. Patient will return for cycle 1 day 8 dose of Gemcitabine and a CBC, and at that time if neulasta is needed it will then be ordered for cycle 1 day 9(it's used as a secondary prophylaxis treatment in this arm group) per Dr. Kardinal and protocol. Orders scanned to pharmacy, orders then given to Margie, Chemo nurse. Patient instructed not to premedicate for cycle 1 day 8 treatment. Lab, chemo, and neulasta injection appointments given and reviewed with patient. Patient verbalized understanding.

Send out labs also drawn, specimen tubes taken to send out lab with a copy of the protocol instructions, BNK specimen tracking form, and DHL shipping tracking form. Tracking # 61068168943. Protocol instructions reviewed with, and given to lab techs, they verbalized understanding of the handling and shipping instuctions. Will continue to follow patient per protocol.

ELECTRONICALLY SIGNED BY Shevonda R. Thomas, RN,MSN, CRA 02/12/08 12:03:13 PM

03/06/2008 12:32 FAX 504 842 7693      Ochsner Cancer Institute                                   ☒018

800203913

Ochsner Clinic Foundation

AE-Cycle # 1

THIBODEAUX, CYNTHIA

Ochsner Clinic
CLINICAL STAFF

02/12/2008

Research Coordinator

OCI, Clinical Trial NSABP B-40, PT0302, Study #800203913.

Patient seen in clinic today for appointment with Dr. Kardinal for Cycle 1 day 1 of Bevacizumab 15mg/kg, Doxetaxel 75mg/m2 and Gemcitabine 1000mg/m2 (patient will receive her initial doses as per protocol randomization confirmation sheet). This is patients 1st treatment, there are no AEA to report. H/P & PE obtained. Tumor assessment on PE measured 5cm x 5cm in diameter. Ht.180cm. Wt. 234.4lbs.(106.5kg). Vital signs: BP 133/70 (Currently not taking any blood pressure medication), P 56, T 97.2(oral), PS(0). Patient states she feels pretty good today, but she's anxious about beginning chemotherapy treatments today. Patient had very few questions,but those that were asked, were answered. Patient states she feels prepared to begin treatments, stating she re-read the side effects of her chemo drugs and feels as if she knows what to expect, but does understand that some side effects she may experience and some she may not. Labs for CBC, CMP and sendouts drawn in hemlab by phlebotomist. Lab results: WBC 4.92, HGB 12.7, HCT 39.3, Platelets 253, AST 22, Alkaline phosphatase 84, ALT 21, ANC 2312, BSA 2.26, and CMP, results received and reviewed per Dr. Kardinal. Patient did not take Decadron 8mg (premedication prior to chemo) yesterday and this morning. Patient given prior to chemo infusion, Decacadron 20 mg IV as pre-med to Docetaxel as per MD orders. Chemo orders written, no neulasta ordered for this treatment. Patient will return for cycle 1 day 8 dose of Gemcitabine and a CBC, and at that time if neulasta is needed it will then be ordered for cycle 1 day 9(it's used as a secondary prophylaxis treatment in this arm group) per Dr. Kardinal and protocol. Orders scanned to pharmacy, orders then given to Margie, Chemo nurse. Patient instructed not to premedicate for cycle 1 day 8 treatment. Lab, chemo, and neulasta injection appointments given and reviewed with patient. Patient verbalized understanding.

Send out labs also drawn, specimen tubes taken to send out lab with a copy of the protocol instructions, BNK specimen tracking form, and DHL shipping tracking form. Tracking # 61068168943. Protocol instructions reviewed with, and given to lab techs, they verbalized understanding of the handling and shipping instuctions. Will continue to follow patient per protocol.

ELECTRONICALLY SIGNED BY Shevonda R. Thomas, RN,MSN, CRA 02/12/08 12:03:13 PM

T:02/12/2008 12:06:00 PM CHART ID:5617394

Page 1 of 1

Thibodeaux, Cynthia - NSABP 000058

Patient Name: THIBODEAUX, CYNTHIA
MRN:
DOB:                                    Sex: F

OCI, Clinical Trial NSABP B-40, PT0302, Study #800203913.

Patient seen in clinic today for appointment with Dr. Kardinal for Cycle 1 day 1 of Bevacizumab 15mg/kg, Doxetaxel 75mg/m2 and Gemcitabine 1000mg/m2 (patient will receive her initial doses as per protocol randomization confirmation sheet). This is patients 1st treatment, there are no AEA to report. H/P & PE obtained. Tumor assessment on PE measured 5cm x 5cm in diameter. Ht.180cm. Wt. 234.4lbs.(106.5kg). Vital signs: BP 133/70 (Currently not taking any blood pressure medication), P 56, T 97.2(oral), PS(0). Patient states she feels pretty good today, but she's anxious about beginning chemotherapy treatments today. Patient had very few questions, but those that were asked, were answered. Patient states she feels prepared to begin treatments, stating she re-read the side effects of her chemo drugs and feels as if she knows what to expect, but does understand that some side effects she may experience and some she may not. Labs for CBC, CMP and sendouts drawn in hemlab by phlebotomist. Lab results: WBC 4.92, HGB 12.7, HCT 39.3, Platelets 253, AST 22, Alkaline phosphatase 84, ALT 21, ANC 2312, BSA 2.26, and CMP, results received and reviewed per Dr. Kardinal. Patient did not take Decadron 8mg (premedication prior to chemo) yesterday and this morning. Patient given prior to chemo infusion, Decacadron 20 mg IV as pre-med to Docetaxel as per MD orders. Chemo orders written, no neulasta ordered for this treatment. Patient will return for cycle 1 day 8 dose of Gemcitabine and a CBC, and at that time if neulasta is needed it will then be ordered for cycle 1 day 9(it's used as a secondary prophylaxis treatment in this arm group) per Dr. Kardinal and protocol. Orders scanned to pharmacy, orders then given to Margie, Chemo nurse. Patient instructed not to premedicate for cycle 1 day 8 treatment. Lab, chemo, and neulasta injection appointments given and reviewed with patient. Patient verbalized understanding.

Send out labs also drawn, specimen tubes taken to send out lab with a copy of the protocol instructions, BNK specimen tracking form, and DHL shipping tracking form. Tracking # 61068168943. Protocol instructions reviewed with, and given to lab techs, they verbalized understanding of the handling and shipping instuctions. Will continue to follow patient per protocol.

ELECTRONICALLY SIGNED BY Shevonda R. Thomas, RN,MSN, CRA 02/12/08 12:03:13 PM

Ex 12



1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00598
Thibodeaux, Cynthia PPR 000076