# EXHIBIT F

**Ochsner - Chemotherapy Record**
**Patient Treatment Documentation Form**     DATE 2/26/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | ✓ | Vomiting | | ✓ |
| Diarrhea | | ✓ | Other | | ✓ |
| Nausea | | ✓ | | | |

DESCRIBE*: ___

6204859441
THIBODEAUX, CYNTHIA
THEODOSSIOU, CHRIS
CL: [redacted]
HEM  61 F
02/12/08

Pain Scale (0-10) ___0___

Describe: ___

**IV ACCESS RECORD:**
Central line    PICC    (Port)    Hickman    Passport    Other ___
Location ___chest___    Huber needle  Yes  No  Gauge 20  3/4"
Peripheral line  Jelco  Butterfly  Gauge ___    CVC dsg care
Site ___    # of attempts ___    Labs drawn

**IV Site Assessment:**
blood return  Yes  (No)     10mL saline flush  Yes  No
redness  Yes*  No          100units/mL hep lock flush X 5 mL  Yes  No
swelling  Yes*  No         Blood return check per policy with vesicant administration  Yes  No
tenderness  Yes*  (No)     IV site check every 30 minutes (excluding vesicants/irritants)  Yes  No*
Heplock  Needle removed    Research Protocol  Yes  No
*further documentation under comments

## MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1200 | dexamethasone | 28 mg | IVPB | 50 NS | 1210 | + | ✓ | MW |
| | Aloxi | 0.25 mg | — | — | 1210 | + | ✓ | MW |
| 1210 | Benadryl | 25 mg | IVPB | 50 NS | 1220 | + | ✓ | MW |

## CHEMOTHERAPY RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1220 | Docetaxel | 170 mg | IVPB | 250 NS | 1320 | + | ✓ | MW |
| 1320 | Gemzar | 727 mg | IVPB | 250 NS | 1350 | + | ✓ | MW |
| 1351 | Aloxatin | 150 mg | IVPB | 100 NS | 1420 | + | ✓ | MW |

## IV FLUIDS/BLOOD PRODUCTS

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 1200 | NS 250 | — | flush | 1420 |

TOTAL IVF

## VITAL SIGNS RECORD

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN: [redacted]   Encounter: L-6204859441 DOS: 2/12/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6204859441        CL
THIBODEAUX, CYNTHIA
THEODOSSIOU, CHRIS     HEM  61 F
                        02/12/08

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
(Ambulatory)  W/C   Stretcher   Admit to hospital
By self   Accompanied by
escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

- Dyspnea
- Bleeding
- Fever 100.4
- Mouth sores
- Vomiting
- Diarrhea
- Other _____

COMMENTS/TEACHING: tx̄ s̄ event
Pat s̄ bl return - but bruises easily & c̄ tenderness or swelling s̄ rub
labs drawn peripherally

Signature _____ R.N.     _____ R.N.
                                    _____ R.N.
                                    Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN: ■■■  Encounter: L-6204859441 DOS: 2/12/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00600

**Ochsner - Chemotherapy Record**
**Patient Treatment Documentation Form**    DATE 3/5/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | • | Vomiting | | • |
| Diarrhea | | • | Other | | • |
| Nausea | | • | | | |

DESCRIBE: Seen by MD

Pain Scale (0-10) __0/10__

Describe: ____

6204859441    CL:
THIBODEAUX, CYNTHIA
THEODOSSIOU, CHRIS    HEM 61 F
02/12/08

**IV ACCESS RECORD:**
(Central line)    PICC    (Port)    Hickman    Passport    Other ____
Location  L-Chest    Huber needle (Yes)    No    Gauge 20g/1"
Peripheral line    Jelco    Butterfly    Gauge ____    CVC dsg care
Site ____    # of attempts ____    Labs drawn    ✓ ALLERGIES (reviewed & updated)

**IV Site Assessment:**
- blood return (Yes) No
- redness Yes* (No)
- swelling Yes* (No)
- tenderness Yes* (No)
- Heplock    Needle removed
*further documentation under comments

- 10cc saline flush (Yes)
- 100u/heparin flush X 6 cc's (Yes)
- Blood return check ✓ (Yes)
- per policy w/vesicant administration

WBC ____
No  H/H ____
No  PLTS ____
No  CR ____

Research Protocol (Yes)  No

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1355 | Dexameth | 20mg | IVPB | 50ml | 1412 | + | ✓ | MA |
| 1355 | Ativan | 0.25mg | IVPB | NS | 1412 | + | ✓ | MA |
| 1415 | Benadryl | 25mg | IVPB | 50mlNS | 1431 | + | ✓ | MA |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1440 | Docetaxel | 170mg | IVPB | 250mlNS | 1548 | + | ✓ | MA |
| 1550 | Gemcitabine | 2270mg | IVPB | 250NS | 1620 | + | ✓ | MA |
| 1622 | Bevacizumab | 1540mg | IVPB | 100mlNS | 1735 | + | ✓ | MA |

**IV FLUIDS/BLOOD PRODUCTS** | **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1350 | NS flush | 250ml | 150 | | 1415 | 126/69 | 64 | 18 | 98.3 |
| | | | | | 1735 | 120/69 | 58 | 18 | 97.0 |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 2/14/2007) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: ▓▓▓   Encounter: L-6204859441 DOS: 2/12/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**Patient Assessment Grid**

Please circle the one that applies for each symptom and document
Narrative description of Levels 2, 3, and 4

| Severity | Nausea and/or Vomiting | Pain | Fatigue |
|---|---|---|---|
| Level 1 – Not at all | G9021 | G9025 | G9029 |
| Level 2 – A little | G9022 | G9026 | G9030 |
| Level 3 – Quite a bit | G9023 | G9027 | G9031 |
| Level 4 – Very much | G9024 | G9028 | G9032 |



6204859441   CL
THIBODEAUX, CYNTHIA
THEODOSSIOU, CHRIS   HEM 61 F
02/12/08

**Patient Instruction Given**
Instructed to call nurse or MD for:

- ✓ Dyspnea
- ✓ Bleeding
- Fever 100.4
- Mouth sores
- Vomiting
- Diarrhea
- Other _____

**Patient Discharged**
- (Ambulatory) (W/C) Stretcher   Admit OFH
- (By self) Accompanied by _____
- escort
- to RTC _____ per OCI
- Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _Tol chemo s distress._

Signature _____ R.N.   _____ R.N.

_____ R.N.   _____ Physician Signature

Form No. 00009 (Rev. 2/14/2007) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: ▇▇▇▇   Encounter: L-6204859441   DOS: 2/12/2008

**Ochsner - Chemotherapy Record**
**Patient Treatment Documentation Form**   DATE 2/12/08

6204859441
THIBODEAUX, CYNTHIA
THEODOSSIOU, CHRIS
CL
HEM 61 F
02/12/08

**PATIENT ASSESSMENT** Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores |  | • | Vomiting |  | • |
| Diarrhea |  | • | Other |  | • |
| Nausea |  | • |  |  |  |

DESCRIBE*: _____

Pain Scale (0-10) __0__

Describe: _____

**IV ACCESS RECORD:**
Central line   PICC   (Port)   Hickman   Passport   Other _____
Location __Lt chest wall__   Huber needle (Yes)   No   Gauge __20 1"__

Peripheral line   Jelco   Butterfly   Gauge _____

Site _____   # of attempts _____

CVC dsg care __No__   ✓ALLERGIES __Yes__ (reviewed & updated)
Labs drawn __No__

**IV Site Assessment:**
- blood return (Yes) No*
- redness Yes* (No)
- swelling Yes* (No)
- tenderness Yes* (No)
- Heplock   Needle (removed)
*further documentation under comments

10cc saline flush (Yes)
100u/heparin flush X __5__ cc's (Yes)
Blood return check (Yes)
per policy w/vesicant administration

WBC _____
No  H/H _____
(No) PLTS _____
(No) CR _____

Research Protocol (Yes)  No

### MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1125 | Dexamethasone | 20mg | IVPB | 50ml NS | 1145 | + | ✓ | JV |
|  | Aloxi | .25mg |  |  |  |  |  |  |

### CHEMOTHERAPY RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1145 | Taxotere | 170mg | IVPB | 250ml D5W | 1315 | + | ✓ | JV |
| 1315 | Gemzar | 2275mg | IVPB | 250ml NS | 1400 | + | ✓ | JV |
| 1400 | Avastin | 1630 mg | IVPB | 100ml NS | 1530 | + | ✓ | JV |

### IV FLUIDS/BLOOD PRODUCTS

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 1125 | 250ml NS | — | KVO |  |
|  | post chemo |  | 500ml/hr | 1600 |

### VITAL SIGNS RECORD

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 1145 | 116/67 | 61 | 18 |  |
| 1200 | 114/66 | 61 | 18 |  |
| 1315 | 112/67 | 60 | 18 |  |
| 1400 | 118/61 | 65 | 18 |  |
| 1530 | 128/72 | 76 | 18 |  |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 2/14/2007) Copy Center   page 1 of 2   CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

Patient Assessment Grid

Please circle the one that applies for each symptom and document Narrative description of Levels 2, 3, and 4

| Severity | Nausea and/or Vomiting | Pain | Fatigue |
|---|---|---|---|
| Level 1 – Not at all | G9021 | G9025 | G9029 |
| Level 2 – A little | G9022 | G9026 | G9030 |
| Level 3 – Quite a bit | G9023 | G9027 | G9031 |
| Level 4 – Very much | G9024 | G9028 | G9032 |

6204859441

**Patient Instruction Given**
Instructed to call nurse or MD for:

Patient Discharged
Ambulatory  W/C  Stretcher  Admit OFH
By Self  Accompanied by _____
escort
to RTC ___ x 8 day
Follow-up appt given to patient   Placed in the mail

- Dyspnea
- Bleeding
- Fever 100.4
- Mouth sores
- Vomiting
- Diarrhea
- Other _____

COMMENTS/TEACHING: tolerated well

Signature _____ R.N.   _____ R.N.
_____ R.N.
Physician Signature

Form No. 00009 (Rev. 2/14/2007) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN: ▮▮▮   Encounter: L-6204859441 DOS: 2/12/2008

**Ochsner - Chemotherapy Record**
**Patient Treatment Documentation Form**   DATE 4/16/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | ✓ | Vomiting | | ✓ |
| Diarrhea | | ✓ | Other | | |
| Nausea | | ✓ | | | |

DESCRIBE*: _____

6205123651
THIBODEAUX, CYNTHIA    CL
THEODOSSIOU, CHRIS
                                        CIS  61 F
                                        04/15/08

Pain Scale (0-10) __0__

Describe: _____

**IV ACCESS RECORD:**
(Central line)  PICC  (Port)  Hickman  Passport  Other _____
Location __(L) arm__  (Huber needle) (Yes)  No  Gauge __20 G 3/4"__
Peripheral line  Jelco  Butterfly  Gauge _____  CVC dsg care
Site _____   # of attempts _____   Labs drawn

**IV Site Assessment:**
- blood return (Yes) No*
- redness  Yes* (No)
- swelling  Yes* (No)
- tenderness Yes* (No)
- Heplock (Needle removed)
*further documentation under comments

10mL saline flush (Yes) No
100units/mL hep lock flush X __5__ mL (Yes) No
Blood return check per policy with vesicant administration (Yes) No
IV site check every 30 minutes (excluding vesicants/irritants) (Yes) No*
Research Protocol  Yes (No)

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1110 | Benadryl | 25mg | IV | 50cc NS | 1130 | ⊕ | ✓ | C |
| 1130 | Aloxi | 0.25mg | IV | 50cc NS | 1150 | ⊕ | ✓ | C |
| 1130 | Decadron | 20mg | IV | | 1150 | ⊕ | ✓ | C |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1150 | Docetaxel | 169mg | IV | 250cc NS | 1250 | ⊕ | ✓ | C |
| 1255 | Gemzar | 2270mg | IV | 250cc NS | 1330 | ⊕ | ✓ | C |
| 1330 | Avastin | 1560mg | IV | 100cc NS | 1400 | ⊕ | ✓ | C |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 11A | 250cc NS | Q flush | | 1405 |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 1115 | 116/67 | 79 | 20 | — |
| 1330 | 123/67 | 84 | 20 | — |
| 1400 | 110/61 | 64 | 20 | — |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: ▇▇▇   Encounter: L-6205123651  DOS: 4/16/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6205123651

**Patient Instruction Given**
Instructed to call nurse or MD for:
- ☑ Dyspnea
- ☑ Bleeding
- ☑ Fever 100.4
- ☑ Mouth sores
- Vomiting
- ☑ Diarrhea
- Other _____

**Patient Discharged**
- ☑ Ambulatory   W/C   Stretcher   Admit to hospital
- ☑ By self   Accompanied by _____ escort
- to RTC  D2-7 Neupogen
- ☑ Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: Tolerated infusion s̄ distress. ———

Signature _Altum_ R.N.   _____ R.N.

_____ R.N.   _____ Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: ▇▇▇▇▇   Encounter: L-6205123651 DOS: 4/16/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00674