# EXHIBIT G

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

2/03/08   6206166205
**THIBODEAUX ,CYNTHIA**
ATT PHYS: THEODOSSIOU, CHRIS
SEX:F   AGE:92 y   DOB:   CIS

DATE 1/14/09

Pain Scale (0-10) ___ 0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location ___chest___   Huber needle ☐ Yes ☐ No   Gauge 20   1"

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
| | | |
|---|---|---|
| blood return ☐ Yes ☑ No* | 10mL saline flush ☑ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X ___ mL ☑ Yes ☐ No | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | |
| Heplock   Needle removed ☐ | Research Protocol ☑ Yes ☐ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS | |
|---|---|---|---|---|---|---|---|---|---|
| 1015 | Benadryl | 25 mg | IVPB | 50 NS | 1025 | ⊖ | ✓ | NN | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS | |
|---|---|---|---|---|---|---|---|---|---|
| 1025 | AVASTIN | 1635 N | IVPB | 100 NS | 1055 | ⊖ | ✓ | NN | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | IV FLUIDS/BLOOD PRODUCTS | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 1000 | NS   100 | — | flow | 1100 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

Ochsner - Chemotherapy Record
Notes and Consultant's Reports

12/03/08    6206166205
THIBODEAUX ,CYNTHIA
ATT PHYS: THEODOSSIOU, CHRIS.           CIS
SEX:F     AGE:62 y     DOB:

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

DESCRIBE: _pec't frequently c nl rxt. Bleeding_
_easily c tenderness redness or swelling_        _M Mn_

Patient Instruction Given
Instructed to call nurse or MD for:

☐ Dyspnea          ☐ Bleeding
☐ Fever  100.4     ☐ Mouth sores
☐ Vomiting         ☐ Diarrhea
☐ Other _____

Patient Discharged
Ambulatory ☑  W/C ☐  Stretcher ☐  Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _44.5 event_        _M Mn_

Signature _Mark Mastern_        R.N.          _____ R.N.

        _____ R.N.         Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6206166205 DOS: 12/3/2008

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

12/03/08    6206166205
**THIBODEAUX ,CYNTHIA**   *
ATT PHYS: THEODOSSIOU CHRIS          CIS
SEX:F    AGE:62 y    DOB:

DATE 12/24/08

Pain Scale (0-10) ___

Describe : _____

**IV ACCESS RECORD:**

☐ Central line   ☐ PICC   ☐ Port ☑   Hickman ☐   Passport ☐   Other ☐

Location _____ Chest _____   Huber needle ☑ Yes ☐ No   Gauge ___ 1 inch

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge ___   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☑

**IV Site Assessment**

| | | | |
|---|---|---|---|
| blood return | ☐ Yes | ☑ No* | 10mL saline flush ☑ Yes ☐ No |
| redness | ☐ Yes* | ☑ No | 100units/mL hep lock flush X ___ mL ☐ Yes ☐ No |
| swelling | ☐ Yes* | ☑ No | Blood return check per policy with vesicant administration ☐ Yes ☑ No |
| tenderness | ☐ Yes* | ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No* |
| Heplock | Needle removed ☑ | | Research Protocol ☐ Yes ☑ No |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0845 | Benadryl | 25 mg | IVPB 50mL NS | | 0905 | ⊖ | ✓ | MM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0905 | Avastin | 635 mg | IVPB 100mL NS | | 0935 | ⊖ | ✓ | MM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TIME | BP | PULSE | RESP | TEMP |
| 0845 | 100mL NS | | KVO | 0940 | 0850 | 123/82 | 64 | 20 | 96.9 |
| | | | | | 0935 | 147/77 | 68 | 18 | |
| | | | | | | | | | |
| | | | | | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6206166205

**PATIENT ASSESSMENT Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

**DESCRIBE** *

① assess port ② blood return. Pt states "it happens from time to time" all procedures explained, Huber needle placed in center. Port flushes with out difficulty, no swelling noted. — S. May Rn

---

**Patient Instruction Given**
Instructed to call nurse or MD for:
☑ Dyspnea    ☑ Bleeding
☑ Fever 100.4    ☑ Mouth sores
☑ Vomiting    ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐  Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** Pt. tolerated well, no distress.

Signature S. May Rn _____ R.N.    _____ R.N.

_____ R.N.    _____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 2 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:    Encounter: L-6206166205 DOS: 12/3/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01048

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

12/03/08   6206168205
THIBODEAUX, CYNTHIA
ATT PHYS: THEODOSSIOU, CHRIS
SEX: F   AGE: 52 y   DOB:                    CIS

DATE 12/3/0

Pain Scale (0-10) _____ 0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____
Location _Chest_                     Huber needle ☐ Yes ☐ No   Gauge 20   ☐ R
☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐
Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes   ☐ No*        10mL saline flush ☑ Yes ☐ No
redness   ☐ Yes*  ☑ No          100units/mL hep lock flush X __5__ mL ☑ Yes ☐ No
swelling  ☐ Yes*  ☑ No          Blood return check per policy with vesicant administration ☑ Yes ☐ No
tenderness ☐ Yes* ☑ No          IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Heplock   Needle removed ☐      Research Protocol ☑ Yes ☐ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1055 | Benadryl | 25m | IVPB | 50 NS | 1105 | ⊕ | ✓ | M |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**CHEMOTHERAPY RECORD**

| 1105 | AVASTIN | 1635mg | IVPB | 100 NS | 1135 | ⊕ | ✓ | M |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**IV FLUIDS/BLOOD PRODUCTS** | | | | | **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 100 | NS 250 | — | flush 1145 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN              Encounter: L-6206166205 DOS: 12/3/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

12/03/08    6206166205
**THIBODEAUX ,CYNTHIA**  *
ATT PHYS: THEODOSSIOU CHRIS
SEX:F   AGE:62 y   DOB:

**PATIENT ASSESSMENT** Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☐ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☐ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ |  |  |  |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

☑ Dyspnea   ☑ Bleeding
☑ Fever  100.4   ☑ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other _____

COMMENTS/TEACHING: ___ + f̄ s̄ event ___

Signature _____ R.N.    _____ R.N.

_____ R.N.

_____
Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:   Encounter: L-6206166205 DOS: 12/3/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01050

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

02/04/09    6206544056
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE                    CIS
SEX: F    AGE: 62 y    DOB

DATE 3/18/09

Pain Scale (0-10) _____ 0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line    ☑ PICC    ☐ Port    ☐ Hickman    ☐ Passport    ☐ Other ☐ _____

Location ___ (L) Chest ___    Huber needle ☑ Yes ☐ No   Gauge ___ 20    1 inch

☐ Peripheral line   Jelco ☐    Butterfly ☐   Gauge _____    CVC dsg care ☐

Site _____    # of attempts _____    Labs drawn ☐

**IV Site Assessment:**  chronic
| | | | |
|---|---|---|---|
| blood return ☐ Yes ☑ No* | 10mL saline flush ☑ Yes ☐ No | | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X 5 mL ☑ Yes ☐ No | | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | | |
| Heplock    Needle removed ☑ | Research Protocol ☐ Yes ☑ No | | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0930 | Benadryl | 25 mg | IVPB | 50mL NS | 0950 | + | ✓ | CMM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0950 | Abraxane | 1083 mg | IVPB | 100mL NS | 1030 | + | ✓ | CMM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 0905 | 100mL NS | | K70 | 1025 | 0945 | 137/71 | 79 | 18 | |
| | | | | | 1040 | 128/80 | 75 | 18 | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:              Encounter: L-6206544056 DOS: 2/4/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01070**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

02/04/09    6206544056

THIBODEAUX ,CYNTHIA                      ms
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB

**PATIENT ASSESSMENT  Does Patient Have?**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☑ | Shortness of breath | ☐ | ☑ |
| Nausea / Vomiting | ☐ | ☑ | Itching / Rash | ☐ | ☑ |
| Constipation / Diarrhea | ☐ | ☑ | Fever / Chills | ☐ | ☑ |
| Numbness / Tingling | ☐ | ☑ | Weak / Tired | ☐ | ☑ |
| Depression | ☐ | ☑ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☑ |  |  |  |

**DESCRIBE** _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea      ☐ Bleeding
☑ Fever  100.4  ☑ Mouth sores
☑ Vomiting     ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** _pt tolerated well, no distress._

Signature _____ S. Maykal _____ R.N.     _____ R.N.

_____ R.N.     _____
                              Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 2 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN          Encounter: L-6206544056 DOS: 2/4/2009

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01071

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

02/04/09    6206544056
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB:                    CIS

DATE __2/25/09__

Pain Scale (0-10) __0/10__

Describe : _____

**IV ACCESS RECORD:**

☑ Central line    PICC ☐    Port ☐    Hickman ☐    Passport ☐    Other ☐ _____

Location __L TA Chest__    Huber needle ☐ Yes ☐ No   Gauge _____

☐ Peripheral line    Jelco ☐    Butterfly ☐    Gauge _____    CVC dsg care ☐

Site _____    # of attempts _____    Labs drawn ☐

**IV Site Assessment:** nL
| | | | |
|---|---|---|---|
| blood return | ☐ Yes* | ☑ No* | 10mL saline flush ☑ Yes ☐ No |
| redness | ☐ Yes* | ☑ No | 100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No |
| swelling | ☐ Yes* | ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No |
| tenderness | ☐ Yes* | ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No* |
| Heplock | Needle removed ☐ | | Research Protocol ☐ Yes ☐ No |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0915 | Benadryl | 25 mg | IVPB | 50mL NS | 0931 | ✝ | ✓ | MB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0936 | Avastin | 165mg | IVPB | 100mL NS | 1007 | ✝ | ✓ | MB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP | | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0915 | NS flush | | 100 mL | 1015 | | 0930 | 132/76 | 65 | 20 | — |
| | | | | | | 1017 | 132/75 | 64 | 20 | — |
| | | | | | | | | | | |
| | | | | | | | | | | |

**VITAL SIGNS RECORD**

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center    page 1 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN: _____    Encounter: L-6206544056 DOS: 2/4/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

02/04/09    6206544056
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE          ~S
SEX:F    AGE:62 y    DOB:

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☑ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☑ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☑ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

DESCRIBE * *No Complaints*

**Patient Instruction Given**
Instructed to call nurse or MD for:
☑ Dyspnea  ☑ Bleeding
☑ Fever 100.4  ☐ Mouth sores
☑ Vomiting  ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐  Admit to hospital ☐
By self ☐  Accompanied by ☐
☐ escort  *per oci*
to RTC
Follow-up appt given to patient  Placed in the mail

COMMENTS/TEACHING: *Tolerated chemo without distress*

Signature _____ *M Hancock* _____ R.N.    _____ R.N.

_____ R.N.    Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN   Encounter: L-6206544056 DOS: 2/4/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01073**

**Ochsner - Chemotherapy Reco**

**Patient Treatment Documentation Form**

02/04/09   6206544056
**THIBODEAUX ,CYNTHIA**
ATT Phys: LARNED, ZOE
SEX:F    AGE:62 y    DOB    CIS

DATE 2/4/09

Pain Scale (0-10)  0

Describe :_____

**IV ACCESS RECORD:**

☐ Central line    PICC ☐    Port ☑    Hickman ☐   Passport ☐    Other ☐ _____

Location _Chest_    Huber needle ☐ Yes  ☐ No   Gauge 20    1"

☐ Peripheral line   Jalco ☐    Butterfly ☐    Gauge _____    CVC dsg care ☐

Site _____ # of attempts _____    Labs drawn ☐

**IV Site Assessment:**    ≠ Activas
| | | |
|---|---|---|
| blood return ☑ Yes  ☐ No* | 10mL saline flush ☐ Yes  ☐ No | |
| redness ☐ Yes*  ☑ No | 100units/mL hep lock flush X ____ mL  ☐ Yes  ☐ No | |
| swelling ☐ Yes*  ☑ No | Blood return check per policy with vesicant administration  ☐ Yes  ☐ No | |
| tenderness ☐ Yes*  ☑ No | IV site check every 30 minutes (excluding vesicants/irritants)  ☐ Yes  ☐ No* | |
| Heplock    Needle removed ☐ | Research Protocol ☐ Yes  ☐ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0900 | ACTIVASE | 2mg | IVP | — | 0920 | (+) | ✓ | AWM |
| 0925 | Benadryl | 25 mL | IVPB | 50NS | 0935 | (+) | ✓ | W |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0935 | AVASTIN | 1635 mg | IVPB | 100 NS | 1005 | (+) | ✓ | WM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** / **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0925 | NS 100 | — | IFWin | 1015 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2006) Copy Center   page 1 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN: _____   Encounter: L-6206544056 DOS: 2/4/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01074**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

02/04/09    6206544056
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB:    CIS

**PATIENT ASSESSMENT Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☑ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

DESCRIBE *_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea    ☑ Bleeding
☑ Fever  100.4   ☑ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐  Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mall

COMMENTS/TEACHING: _Typ 5 event_ _____   _Mmontean_

_____

Signature _Mark Montel_   R.N.   _____   R.N.

_____   R.N.

_____
Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:   Encounter: L-6206544056 DOS: 2/4/2009

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01075

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

MRN: _____ 04/09/09   6206993152
THIBODEAUX, CYNTHIA *
ATT PHY: LARNED, ZOE               CIS
SEX:F   AGE:62 y   DOB:

DATE __5/20/09__

Pain Scale (0-10) __0__

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☐   Hickman ☐   Passport ☐   Other ☐ _____

Location _____   Huber needle ☐ Yes ☐ No   Gauge _____

☐ Peripheral line   Jelco ☑   Butterfly ☐   Gauge __#24__   CVC dsg care ☐

Site __(L) H__   # of attempts __2__   Labs drawn ☐

**IV Site Assessment:**

| | | |
|---|---|---|
| blood return ☑ Yes ☐ No* | 10mL saline flush ☐ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X ___ mL ☐ Yes ☐ No | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | |
| Heplock ☐   Needle removed ☑ | Research Protocol ☐ Yes ☑ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0958 | Benadryl | 25 mg | IV | 50 mL NS | 1015 | (+) | ✓ | PB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1015 | Avastin | 1635mg | IV | 100 mL NS | 1045 | (+) | ✓ | PB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** / **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0955 | 100 mL NS | Ø | KVO | 1055 | 1000 | 140/74 | 62 | 18 | 96.0 |
| | | | | 1045 | 1045 | 137/79 | 57 | 18 | 96.1 |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

☐ See page 2  for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN: _____   Encounter: L-6206993152 DOS: 4/9/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01194**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6 206993152

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☑ | Shortness of breath | ☐ | ☑ |
| Nausea / Vomiting | ☐ | ☑ | Itching / Rash | ☐ | ☑ |
| Constipation / Diarrhea | ☐ | ☑ | Fever / Chills | ☐ | ☑ |
| Numbness / Tingling | ☐ | ☑ | Weak / Tired | ☐ | ☑ |
| Depression | ☐ | ☑ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

**DESCRIBE** _____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea    ☑ Bleeding
☑ Fever ↑ 100.4  ☑ Mouth sores
☑ Vomiting    ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐  Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient ☐ Placed in the mail ☐

**COMMENTS/TEACHING:** ___ Pt tolerated tx well.

Signature ___ S. Buckley RN ___ R.N. _____ R.N.

_____ R.N.    _____
                          Physician Signature

Form No. 00008 (Rev. 9/12/2008) Copy Center   page 2 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: _____   Encounter: L-6206993152 DOS: 4/9/2009

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

DATE 4/29/09

04/09/09    6206993152
**THIBODEAUX ,CYNTHIA**
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB                    C/S

Pain Scale (0-10) ___0___

Describe :_____

**IV ACCESS RECORD:**
☐ Central line     PICC ☐     Port ☑     Hickman ☐     Passport ☐     Other ☐ _____

Location ___Chest___     Huber needle ☐ Yes ☐ No     Gauge _20_ / 1"

☐ Peripheral line     Jelco ☐     Butterfly ☐     Gauge _24_     CVC dsg care ☐

Site (L) FA.     # of attempts 1     Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes ☐ No*       10mL saline flush ☑ Yes ☐ No
redness ☐ Yes* ☑ No            100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No
swelling ☐ Yes* ☑ No           Blood return check per policy with vesicant administration ☑ Yes ☐ No
tenderness ☐ Yes* ☑ No         IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Heplock     Needle removed ☑   Research Protocol ☑ Yes ☑ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0845 | BENADRYL | 25 mg | IVPB | 50mL | 0905 | (+) | ✓ | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0905 | AVASTIN | 1635 mg | IVPB | 100 mL | 0935 | (+) | ✓ | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|
| START TIME | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 0835 | NS 100+ | flush | 0935 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center    page 1 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA  MRN:              Encounter: L-6206993152 DOS: 4/9/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01196**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

04/09/09   6206993152
**THIBODEAUX ,CYNTHIA**
ATT PHYS: LARNED, ZOE                    CIS
SEX:F     AGE:62 y     DOS:

## PATIENT ASSESSMENT  Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☑ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

DESCRIBE *_____

**Patient Instruction Given**
Instructed to call nurse or MD for:
☑ Dyspnea   ☑ Bleeding
☑ Fever  100.4   ☑ Mouth sores
☑ Vomiting   ☑ Diarrhea
☑ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: Port difficult to flush + s bl. ret. - tx given peripherally - pt sent for port study - they were able to flush but got No bl. return

Signature Mark Monte _____ R.N.   _____ R.N.

_____ R.N.
Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:   2058034   L-6206993152 DOS: 4/9/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01197**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

```
                                    04/09/09      6206993152
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX: F    AGE: 62 y    DOB                         CIS
```

DATE **4/9/09**

Pain Scale (0-10) _____ Ø

Describe : _____

**IV ACCESS RECORD:**
☐ Central line  PICC ☐  Port ☑  Hickman ☐  Passport ☐  Other ☐ _____

Location __LCW__  Huber needle ☑ Yes ☐ No  Gauge _#20/in_  *see note*

☐ Peripheral line  Jelco ☐  Butterfly ☐  Gauge _____  CVC dsg care ☐

Site _____  # of attempts _____  Labs drawn ☐

**IV Site Assessment:**
| | | |
|---|---|---|
| blood return ☐ Yes ☑ No* | 10mL saline flush ☑ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | |
| Heplock    Needle removed ☐ | Research Protocol ☐ Yes ☐ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 10⁰⁰A | Benadryl | 25mg | IVP3~ | 50cc1s | 10¹⁰A | ⊘ | ✓ | B |
| 9¹⁵A | Aclivine | 2mg | IVP | | 9¹⁸A | ⊘ | ✓ | B |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10¹⁵A | Avastin | 162mg | IVP3~ | 100cc1s | 10⁵⁵A | + | ✓ | B |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 9⁵A | NS Flush | 100cc | kvo | 7¹⁰A | 10⁰⁰A | 151/86 | 84 | 20 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6206993152 DOS: 4/9/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

04/09/09
THIBODEAUX, CYNTHIA        6206993152
ATT PHYS: LARNED, ZOE
SEX:F      AGE:62 y      DOB                    CIS

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☑ * | ☐ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

**DESCRIBE** *

Port Accessed c̄ Huber 20 g/in. Unable to flush. ReAccessed
c̄ Huber #20 /in. By Mark Monty. Cont'd to be unable to flush.
9% Retavce. 2mg. Instilled in to port. Will Wait 30 minute then
retry. According to Protocol.                        Thayarko
Port Unable to get Blood return port Retarce. Port flushing well.
                                                     Thayan

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea       ☑ Bleeding
☑ Fever  100.4  ☐ Mouth sores
☑ Vomiting      ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** Tol erated Infusion 5 Difficult.

Signature _Leila Thaya_ (R.N.)          _____ R.N.

_____ R.N.        _____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: _____   Encounter: L-6206993152 DOS: 4/9/2009

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01199

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

06/10/09    6207476631
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB
CIS

DATE 6/10/09

Pain Scale (0-10) _____ 0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☐   Hickman ☐   Passport ☐   Other ☐ _____

Location _____ Huber needle ☐ Yes ☐ No  Gauge _____

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge  24   CVC dsg care ☐

Site  Hand   # of attempts  1   Labs drawn ☐

**IV Site Assessment:**
blood return ☐ Yes  ☐ No*    10mL saline flush ☐ Yes ☐ No
redness  ☐ Yes* ☐ No    100units/mL hep lock flush X ☐ mL ☐ Yes ☐ No
swelling  ☐ Yes* ☐ No    Blood return check per policy with vesicant administration  ☐ Yes ☐ No
tenderness ☐ Yes* ☐ No    IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No*
Heplock ☐   Needle removed ☐    Research Protocol ☐ Yes ☐ No
*further documentation under comments

**MEDICATION RECORD**  (Melanie/Denise)

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 935 | Benadryl | 25mg | IV | 50 ccas | 955 | (+) | ✓ | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 955 | Avastin | 1620mg | ✓ | 100 ccas | 1025 | (+) | B | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**           **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 935 | 100 ccas | Ø | flush | 1035 | 930 | 141/64 | 65 | 18 | — |
| | | | | | 1030 | 121/70 | 63 | 18 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

☐ See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA  MRN: _____   Encounter: L-6207476631 DOS: 6/10/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

06/10/09    6207476631
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB:

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☑ | Shortness of breath | ☐ | ☑ |
| Nausea / Vomiting | ☐ | ☐ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

**DESCRIBE** *_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea   ☐ Bleeding
☑ Fever ↑ 100.4  ☑ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _per oci_
Follow-up appt given to patient ☐ Placed in the mail ☐

**COMMENTS/TEACHING:** _Tolerated infusion ō distress_

Signature _Clreeu_ _____ R.N.          _____ R.N.

_____ R.N.          _____
                          Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6207476631 DOS: 6/10/2009