# EXHIBIT H

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3   * * * * * * * * * * * * * * * * * * * * * * * *
 4   CYNTHIA THIBODEAUX,           CASE NO.
 5         Plaintiff,              2:16-cv-15859
 6   v.
 7   SANOFI S.A., SANOFI-AVENTIS
     U.S. L.L.C., SANOFI US
 8   SERVICE, INC., AND
     AVENTIS-PHARMA S.A.,
 9
           Defendants.
10
11   * * * * * * * * * * * * * * * * * * * * * * * *
12
                    Deposition of
13                Cynthia Thibodeaux
14            taken on September 6, 2019
                commencing at 9:10 a.m.
15
                       at the
16                   offices of
17               Morris Bart, LLC
             601 Poydras Street, Floor 24
18              New Orleans, Louisiana
19
20
21
22
23
24
25
```

1    A.    No.
2    Q.    Did Dr. Tosti ask you or did you tell
3  her about how your hair grew back in?
4    A.    I don't recall.
5    Q.    No recollection of that happening?
6    A.    No.
7    Q.    You didn't tell her that your hair grew
8  back to the level it is today by 2010?
9    A.    I may have --
10         MR. ROOT:  Object as to form.
11   A.    I may have.  I just don't recall at this
12  time.
13   Q.    But you agree that your hair did grow
14  back to the level that it is today by the beginning
15  of 2010; correct?
16   A.    Let me think about that.
17         That could be correct.
18   Q.    That's right?
19   A.    Yeah, I would say that was right.
20   Q.    So by the beginning of 2010, you're not
21  seeing any more improvements to the regrowth
22  density-wise of your hair; right?
23   A.    Right.
24   Q.    Okay.  Did you talk to Dr. Tosti about
25  your use of tamoxifen?

Page 406

1   Cytoxan, and Avastin in July of 2008?
2        A.   No, I don't.  I won't dispute it.
3        Q.   Okay.
4        A.   That could be correct.
5        Q.   Okay.  So your chemotherapy was in 2008;
6   correct?
7        A.   Correct.
8        Q.   Okay.  So there's an eight-year span of
9   time between 2008 and 2016; right?
10       A.   Uh-huh.
11       Q.   Okay.  And there's an eleven-year span
12  of time between 2008 and today; correct?
13       A.   Correct.
14       Q.   And are you saying that you didn't
15  consult with a doctor at any time before you filed
16  litigation because you thought your hair was going
17  to come back during that entire period?
18       A.   Yeah, I did.
19       Q.   Even though the last time you had seen
20  improvement in the regrowth of your hair was at the
21  beginning of 2010?
22       A.   Correct.
23       Q.   What was your belief based on?
24       A.   Based on that I previously had healthy
25  hair and I had relatively fast-growing hair.  And I

Page 418

1  permanent hair loss, Ms. Thibodeaux?  Forgive my --
2  me incorporating the word "hearing."
3           Let's just ask it clean.
4           Is it your belief, Ms. Thibodeaux, that
5  you have permanent hair loss?
6      A.   Having my hair not grow back in
7  eleven years, I've determined I believe that, yeah.
8      Q.   Despite --
9      A.   At this point.  At this point, yeah.
10     Q.   And is that based on what the Morris
11 Bart lawyer advertisement said?
12     A.   Yeah, that -- when I saw that
13 commercial, I said, well, this must be the reason my
14 hair didn't grow back.
15     Q.   It's not based on anything a doctor has
16 told you; correct?
17     A.   No.
18     Q.   And you've never asked a doctor if
19 there's anything you could do to regrow hair;
20 correct?
21     A.   I didn't.
22     Q.   And you agree that you have had some
23 hair regrowth; right?
24     A.   Some.  Minimal, yeah.
25     Q.   Are you aware that when Dr. St. John has

Page 550

1   out, and I thought it would grow back.
2        Q.   Right.
3             But when it wasn't growing back --
4        A.   Uh-huh.
5        Q.   If you knew it came out because of
6   chemotherapy, didn't you suspect that it wasn't
7   coming back because of the chemotherapy medication?
8             MR. ROOT:  Object as to form.
9        A.   I had no idea why it wasn't coming back.
10       Q.   You never thought about it at all?
11       A.   Oh, I thought about it.  But I just
12  couldn't come up with a definitive answer as to why
13  it didn't come back.
14       Q.   Sure.
15            Did you speculate and hypothesize about
16  what some of the reasons might have been?
17       A.   No.  It was puzzling to me.  I just
18  didn't understand.  Because the people I knew that
19  had chemo, their hair came out, but it grew back.
20  And I just couldn't understand why mine wasn't
21  growing back.  I didn't know what to think.
22       Q.   Did you consider any alternatives of
23  what it might be?
24       A.   No.
25       Q.   You didn't consider if it had to do with

Page 551

```
 1   age or medications or chemotherapy medications?
 2   Never went through that mental thought process?
 3        A.   No.
 4             MR. ROOT:  Object as to form.
 5        A.   I just kept thinking it's going to grow
 6   back.  When it wasn't growing back, I couldn't
 7   figure out why.  I just -- it was just a puzzle to
 8   me.
 9        Q.   But did you take any steps to try to put
10   the puzzle together?
11        A.   Not really.
12        Q.   Okay.  So when Mr. Root -- well, did you
13   take any steps to put the puzzle pieces together?
14        A.   No.
15        Q.   Okay.  When Mr. Root was asking you
16   questions, he asked you a bunch of questions about
17   what your doctors assumed.
18             Do you remember those questions or what
19   your doctors were thinking?
20             MR. ROOT:  Object as to form.
21        A.   Could you repeat it for me?  The
22   question?
23        Q.   I don't remember his exact question, to
24   be 100 percent honest with you.
25        A.   I don't either.
```