# EXHIBIT I

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4                   NO. 2:16-cv-15859
 5
 6
 7                    CYNTHIA THIBODEAUX
 8
 9                        VERSUS
10
11      SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
12   SANOFI US SERVICE, INC., and AVENTIS-PHARMA S.A.
13
14
15
16
17       Videotape Deposition of JULIE DANNA, M.D.,
18
19    2005 Veterans Memorial Boulevard, Room 761,
20
21    Metairie, Louisiana, taken in the offices of
22
23    Dr. Danna on Tuesday, February 19, 2019.
24
25
```

1       her 50's, 60's, 70's who is postmenopausal who
2       has extensive hair loss and never have had
3       chemotherapy?
4            MS. REYNOLDS:
5                 Object to the form.
6            THE WITNESS:
7                 Yes.
8       EXAMINATION BY MR. SEARS:
9       Q. Let's talk a little bit about Ms. Thibodeaux.
10           Do you have any independent recollection
11      of her?
12      A. No.
13      Q. So your knowledge of her is limited to what is
14      contained in your medical records?
15      A. Correct.
16      Q. You saw her three times?
17      A. Yes.
18      Q. She never mentioned hair loss to you?
19      A. Not according to my notes.
20      Q. You never treated her for hair loss?
21      A. No.
22      Q. If you had a patient that came in and had
23      pronounced hair loss, even though they were
24      asking you about a different dermatological
25      condition, would you note that in your

1  records?
2  A. No.
3     MS. REYNOLDS:
4         Object to form.
5  EXAMINATION BY MR. SEARS:
6  Q. Would you raise hair loss with them?
7  A. No.
8  Q. So I think Exhibit #2 is your first encounter
9     with her which was on September 22, 2010.
10        Do you see that?
11        (Exhibit #2 was marked for
12           identification.)
13 A. Yes.
14 Q. Is that the first time that you saw Ms.
15    Thibodeaux?
16 A. According to the medical records, yes.
17 Q. And her dermatological complaint was she
18    wanted a mole check?
19 A. Yes.
20 Q. And according to your record there were no
21    other complaints at the time?
22 A. Correct.
23 Q. So according to your record she did not raise
24    alopecia with you?
25 A. Correct.

Page 40

1      Do you see that?
2  A. Yes.
3  Q. And then further down there's skin, colon, no
4     other complaints other than HPI.
5      Do you see that?
6  A. Yes.
7  Q. What does HPI mean?
8  A. History of present illness.
9  Q. So she had no other complaints besides the
10    moles?
11 A. Correct.
12 Q. I believe Exhibit #3 is your next encounter
13    with her, and that's June 6, 2013?
14       (Exhibit #3 was marked for
15          identification.)
16 A. Yes.
17 Q. And that's the second time you saw her?
18 A. Yes.
19 Q. The reason for her visit was mole on her right
20    lower cheek?
21 A. Yes.
22 Q. On the first page there it notes problem list,
23    and one of the problems listed was
24    hypothyroidism.  Do you see that?
25       It's on the very front page of the

1      examination of her scalp at that time?
2   A. If I did not check it I did not look.
3   Q. Your final encounter with her I think it's
4      Exhibit #4, and that's December 30, 2015.
5          (Exhibit #4 was marked for
6             identification.)
7   A. Yes.
8   Q. And that's the last time that you saw Ms.
9      Thibodeaux?
10  A. Yes.
11  Q. Her reason for the visit was
12     hyperpigmentation?
13  A. Yes.
14  Q. On the first page there it has the problem
15     list, and again hypothyroidism is listed.
16         Do you see that?
17  A. Yes.
18  Q. And Vitamin D deficiency is also listed?
19  A. Yes.
20  Q. Both of those can cause alopecia?
21         MS. REYNOLDS:
22             Object to form.
23         THE WITNESS:
24             It's possible.
25  EXAMINATION BY MR. SEARS:

1   Q. And in all three of those encounters according
2      to your notes she did not raise alopecia as a
3      concern with you?
4   A. Correct.
5   Q. I will go through my notes, but I think I
6      might be finished.
7   A. Okay.
8   Q. I have just got one or two more questions.
9         You talked about how -- I think you said
10     was it five percent of your practice involves
11     alopecia treatment?
12  A. Less than five percent.
13  Q. When the women come in with complaints of
14     alopecia, is your most common diagnosis
15     androgenetic alopecia?
16        MS. REYNOLDS:
17             Object to form.
18        THE WITNESS:
19             Not in my practice.
20  EXAMINATION BY MR. SEARS:
21  Q. What's the most common diagnosis in your
22     practice?
23  A. Probably scarring alopecia.
24  Q. Would that include CCCA and traction?
25  A. Mostly CCCA.