# EXHIBIT J

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3     * * * * * * * * * * * * * * * * * * * * * * *
 4   ELIZABETH KAHN,                      CASE NO.
         Plaintiff.                       2:16-cv-17039
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
 8       Defendants.
     and
 9   CYNTHIA THIBODEAUX,                  CASE NO.
         Plaintiff,                       2:16-cv-15859
10   v.
     SANOFI S.A.,
11   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
12   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
13       Defendants.
14
15     * * * * * * * * * * * * * * * * * * * * * * *
16
                        DEPOSITION
17                          OF
18                    DR. ZOE LARNED
19        Taken on Wednesday, February 21, 2018
20              Commencing at 1:05 p.m.
21                        at the
22          GAYLE & TOM BENSON CANCER CENTER
23              1514 Jefferson Highway
24              New Orleans, Louisiana
25     Job No. NJ2816476
```

Page 103

1  Q. And you've been treating Ms. Thibodeaux from
2  2008 to present?
3  A. Correct.
4  Q. Has she ever talked to you about Taxotere?
5  A. No.
6  Q. And if she had talked to you about hair
7  loss, would you have noted it in your records?
8  A. Yes.
9  Q. Have you ever had any contacts with a Sanofi
10 sales representative regarding Taxotere?
11 A. I'm sure over the years a drug rep has
12 visited us.
13 Q. Do you recall any particular discussions
14 with the sales rep about Taxotere?
15 A. No.
16 Q. Do you know the names --
17 A. Well, we don't have -- Ochsner stopped
18 having drug reps come to conferences and visits
19 maybe four or five years ago as a hospital-wide
20 policy. So we have to agree to see a rep, and
21 that's very rarely done at this point. So we're
22 talking about beyond five years that that would have
23 occurred.
24 Q. Do you have any recollection of ever meeting
25 with the Sanofi rep at any time about Taxotere?

1  I think you testified earlier that you are not an
2  expert in dermatology, correct?
3      A.  Don't want to be.
4      Q.  And -- and you do not -- you are not
5  qualified to make an opinion with regard to what
6  caused any particular person's permanent hair loss;
7  is that correct?
8          MS. BIERI:  Object to the form.
9      A.  Correct.  But I am clinically sound, and I
10 am aware that, having treated hundreds of patients
11 over my career, that not everyone grows their hair
12 back completely, irrelevant of Taxotere.
13     Q.  Well, what I would like to do is I'd like to
14 -- do you know of any clinical studies at all or any
15 sort of paper or evidence other than your own
16 clinical experience that Taxol has a connection with
17 permanent hair loss?
18     A.  Not particularly Taxol, no.
19         MS. BIERI:  Object to the form.
20 BY MR. MAHER:
21     Q.  Okay.
22         Now, I want to talk a little bit about
23 Cynthia Thibodeaux.  I believe you testified that
24 there was one point in your -- in your office notes
25 that hair loss was discussed, and I believe that

1   that was on -- that was on December 3rd, 2008, and I
2   believe that that is documents Bates No. 1030
3   through 1031.
4       A.   Yes.
5       Q.   And she said that she had admitted that her
6   hair is starting to grow back; is that right?
7       A.   Yes.
8       Q.   Other than that, you haven't had any
9   discussion with her about her hair loss, correct?
10      A.   Correct.
11      Q.   And you've seen her most recently about a
12  month ago, right?
13      A.   Yes.
14      Q.   And have you ever -- have you ever seen her
15  hair loss?
16          MS. BIERI:   Object to the form.
17      A.   During chemotherapy, I'm quite sure I did
18  see her hair loss.
19      Q.   Sure.
20      A.   Most patients tend to wear a wig or a scarf.
21  And it is my recollection that Ms. Thibodeaux has
22  routinely worn a wig or a processed hair in some
23  way.  She has a blond -- she's African American with
24  a blond hair --
25      Q.   So you understand that she currently wears a