# EXHIBIT M

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form          DATE 5/28/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | • | | Vomiting | • | |
| Diarrhea | • | | Other | • | |
| Nausea | • | | | | |

DESCRIBE*

6205123651
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS          CIS  61 F
04/15/08          CL

Pain Scale (0-10) _____ 0

Describe : _____

**IV ACCESS RECORD:**

Central line    PICC    (Port)    Hickman    Passport    Other _____

Location  Chest                    Huber needle    Yes    No    Gauge  20  1"

Peripheral line    Jelco    Butterfly    Gauge _____    CVC dsg care

Site _____ # of attempts _____    Labs drawn

**IV Site Assessment:**

| | | | |
|---|---|---|---|
| blood return | (Yes) No* | 10mL saline flush | (Yes) No |
| redness | Yes* No | 100units/mL hep lock flush X ___ mL | (Yes) No |
| swelling | Yes* No | Blood return check per policy with vesicant administration | (Yes) No |
| tenderness | Yes* No | IV site check every 30 minutes (excluding vesicants/irritants) | (Yes) No* |
| Heplock | Needle removed | Research Protocol | (Yes) No |

*further documentation under comments*

### MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1215 | Activase X2 | 2mg | IVP | — | 1215 | + | ✓ | w |
| 1255 | Aloxi | 0.25mg | IVPB | 50NS | 1255 | + | ✓ | w |
| | dexamethasone | 20mg | IVPB | — | 1315 | | ✓ | w |
| 1245 | Benadryl | 25mg | IVPB | 50NS | 1255 | + | ✓ | w |
| | | | | | | | | |
| | | | | | | | | |

### CHEMOTHERAPY RECORD

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1305 | Avastin | 540mg | IVPB | 100NS | 1335 | + | ✓ | w |
| 1335 | Adriamycin | 137mg | IVP | — | 1350 | A | ✓ | w |
| 1350 | Cytoxan | 1394g | IVPB | 250NS | 1410 | A | ✓ | w |
| | | | | | | | | |
| | | | | | | | | |

### IV FLUIDS/BLOOD PRODUCTS          VITAL SIGNS RECORD

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1045 | NS 250X2 | — | flush | 1450 | | | | | |
| | | | | | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center    page 1 of 2          CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6205123651
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS

CL -
CIS   61 F
04/15/08

---

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea      ☐ Bleeding
☐ Fever  100.4  ☐ Mouth sores
☐ Vomiting     ☐ Diarrhea
☐ Other _____

**Patient Discharged**
(Ambulatory)  W/C     Stretcher     Admit to hospital
By self    Accompanied by _____
          escort
to RTC _____
Follow-up appt given to patient    Placed in the mail

COMMENTS/TEACHING: port c̄ bld returned only p̄ 250 bolus NS + Activase
2 mg x 2 -t̄ otherwise s̄ event
Mahen

Signature _Mark Minter_                R.N.        _____ R.N.

_____ R.N.        _____
                                      Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center    page 2 of 2        CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: ████    Encounter: L-6205123651 DOS: 4/16/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00668

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form      DATE 5/7/08

**PATIENT ASSESSMENT** Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | • | ↓ | Vomiting | • | ↓ |
| Diarrhea | • |  | Other | • | ↓ |
| Nausea | • |  |  |  |  |

DESCRIBE*

6205123651          CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS          CIS  61 F
04/15/08

Pain Scale (0-10)  Ø

Describe :

**IV ACCESS RECORD:**
Central line  PICC  Port  Hickman  Passport  Other
Location (L) Chest          Huber needle  Yes  No  Gauge 20  1"
Peripheral line  Jelco  Butterfly  Gauge          CVC dsg care
Site ____  # of attempts ____  Labs drawn

**IV Site Assessment:**
blood return  Yes  No*     10mL saline flush  Yes  No
redness  Yes*  No     100units/mL hep lock flush X 10 mL  Yes  No
swelling  Yes*  No     Blood return check per policy with vesicant administration  Yes  No
tenderness  Yes*  No     IV site check every 30 minutes (excluding vesicants/irritants)  Yes  No*
Heplock  Needle removed     Research Protocol  Yes  No

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 150 | Benadryl | 25 | IVPB | 50 | 210 | — | ✓ | HP |
| 210 | Aloxi | 0.25 | IVPB | 50 | 230 | — | — | HP |
|  | Dexameth | 20 |  |  |  |  |  |  |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 230 | Avastin | 1540 mg | IVPB | 100 | 308 | — | ✓ | HP |
| 308 | Adriamycin | 137 | IVP | — | 310 | — | ✓ | HP |
| 310 | Cytoxan | 1374 | IVPB | 250 | 400 |  |  |  |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 130 | NS |  |  | 430 |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 130 | 119/70 | 79 |  |  |
| 330 | 121/67 | 80 |  |  |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN: ____  Encounter: L-6205123651 DOS: 4/16/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00669

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

*6205123651*

**Patient Instruction Given**
Instructed to call nurse or MD for:

- Dyspnea
- Fever 100.4
- Vomiting
- Other

- Bleeding
- Mouth sores
- Diarrhea

**Patient Discharged**
Ambulatory   W/C   Stretcher   Admit to hospital
By self   Accompanied by _____
     escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _Dol well ō   RN So_

Signature _Gwen Doncah_   R.N.

_____ R.N.

_____ R.N.

_____
Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN: ▇▇▇   Encounter: L-6205123651 DOS: 4/16/2008

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00670**

# Ochsner - Chemotherapy Record
**Patient Treatment Documentation F...**

DATE 7/9/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | | Vomiting | | |
| Diarrhea | | | Other | | |
| Nausea | | | | | |
| DESCRIBE* | | | | | |

6205367771                                CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS
                                           CIS  61 F
                                           06/18/08

Pain Scale (0-10)  0

Describe : _____

**IV ACCESS RECORD:**
Central line    PICC    (Port)    Hickman    Passport    Other _____
Location  1  chest    (Huber needle) (Yes)    No    Gauge  20g / in
Peripheral line    Jelco    Butterfly    Gauge _____    CVC dsg care
Site _____    # of attempts _____    Labs drawn

**IV Site Assessment:**
blood return   Yes   (No*)       10mL saline flush   (Yes)   No
redness    (Yes*)   (No)         100units/mL hep lock flush X 5 mL   (Yes)   No
swelling   Yes*   (No)           Blood return check per policy with vesicant administration   (Yes)   No
tenderness  Yes*   (No)          IV site check every 30 minutes (excluding vesicants/irritants)   (Yes)   No*
Heplock    Needle removed        Research Protocol   Yes   (No*)
*further documentation under comments

## MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0945 | Benadryl | | | | 1001 | (+) | ✓ | au |
| 1001 | Dexamethasone (20 ex) | | | | 1018 | (+) | ✓ | au |
| 0910 | Aclvase | 2.2 ml x 30 min | IV per () chest port | | | | | |

## CHEMOTHERAPY RECORD

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1018 | Doxorubicin | 137 mg | IV Push | — | 1033 | (+) | ✓ | au |
| 1133 | Cyclophosphamide | 1375 | IV PB NS 250mL | | 1105 | (+) | ✓ | au |

## IV FLUIDS/BLOOD PRODUCTS

| START | TYPE | ADDITIVES | RATE | STOP | | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0940 | NS 250 | | flush | 1110 | | | | | | |

**VITAL SIGNS RECORD**

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center    page 1 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN: � ▬ ▬   Encounter: L-6205367771 DOS: 6/18/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6 20536 7771

0910 Unable to aspirate blood return from Port P accessing. Normal Saline IV fluids will not infuse by gravity drainage po tube needle. Cathflow 2.2 ml IV instilled into Port and clamped X 30 min. Ass

0940 Brisk blood returned Obtained P 30 min of Cathflow instillation. Flushes easily *DNBurgon*

**Patient Instruction Given**
Instructed to call nurse or MD for:

~~Dyspnea~~   ~~Bleeding~~
~~Fever > 100.4~~   ~~Mouth sores~~
~~Vomiting~~   ~~Diarrhea~~
~~Other~~ _____

**Patient Discharged**
Ambulatory   W/C   Stretcher   Admit to hospital
By self   Accompanied by _____
escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** _Tolerated well_ ~

Signature _DNBurgon_ R.N. _____ R.N.
_____ R.N.   Physician Signature _____

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN: ▓▓▓   Encounter: L-6205367771 DOS: 6/18/2008

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00765**

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form          DATE 6/18/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | ✓ | Vomiting | | ✓ |
| Diarrhea | | ✓ | Other | | ✓ |
| Nausea | | ✓ | | | |

DESCRIBE*  _seen MD this AM_

6205367771
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS          CL
                                            CIS   61 F
                                            06/18/08

Pain Scale (0-10)  0/10

Describe :

**IV ACCESS RECORD:**

Central line    PICC    (Port)    Hickman    Passport    Other

Location  LC                        Huber needle  Yes   No   Gauge 20g x 1"

Peripheral line  (Jelco)   Butterfly    Gauge 22        CVC dsg care

Site  R lat wrist         # of attempts  1        Labs drawn

IV Site Assessment: RIV

| | | 10mL saline flush (Yes) No 2 |
|---|---|---|
| blood return | (Yes) No* | 100units/mL hep lock flush X 5 mL (Yes) No |
| redness | Yes* (No) | Blood return check par policy with vesicant administration (Yes) No* |
| swelling | Yes* (No) | IV site check every 30 minutes (excluding vesicants/irritants) (Yes) No* |
| tenderness | Yes* (No) | Research Protocol   Yes (No) |
| Heplock | Needle removed | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1100 | Activase | 2mg | IVP left instilled | 1100 | — | ✓ | JP |
| 1105 | Dexamethasone | 20mg | IVPB | 50mL NS | 1130 | + | ✓ | JP |
| | Aloxi | 0.25mg | IVPB | 50mL NS | | + | ✓ | JP |
| 1131 | Benadryl | 25mg | IVPB | 50mL NS | 1147 | + | ✓ | JP |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1155 | Doxorubicin | 137mg | IVPB | | 1215 | + | ✓ | JP |
| 1218 | Cytoxan | 1375 | IVPB | 250mL NS | 1300 | + | ✓ | JP |

**IV FLUIDS/BLOOD PRODUCTS** | **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1055 | NS 250 | flush | | 1100 | | | | | |
| 1155 | NS 250 | flowing | | 1310 | | | | | |

TOTAL IVF

See page 2  for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center    page 1 of 2       CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: ▮    Encounter: L-6205367771  DOS: 6/18/2008

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00766**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**



6205367771
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS

CL
CIS  61  F
06/18/08

(1030) Unable to obtain Blood
from port. 250ml NS adm'd. After infusion still
no Blood return. Activase 2mg IVP to port + left
in. PIV to R lateral wrist started x1 attempt 22g.
Tolerated well. Premeds adm'd 1035 + Blood return
from port. (1155) Doxorubicin IVP with frequent
checks for Blood return. No problems with
administering —Jennis RN

**Patient Instruction Given**
Instructed to call nurse or MD for:

~~Dyspnea~~        ~~Bleeding~~
~~Fever  100.4~~   ~~Mouth sores~~
~~Vomiting~~       ~~Diarrhea~~
Other

**Patient Discharged**
Ambulatory  W/C     Stretcher     Admit to hospital
By self     Accompanied by _____
            escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: Tolerated well.

Signature Jennis RN                    R.N.          _____ R.N.

                                       R.N.          Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

2/03/08    6206166205
THIBODEAUX ,CYNTHIA
ATT PHYS: THEODOSSIOU, CHRIS
SEX:F    AGE:92 y    DOB:                    CIS

DATE 1/14/09

Pain Scale (0-10) _____ 0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line    PICC ☐    Port ☑    Hickman ☐    Passport ☐    Other ☐
Location _____ Chest _____    Huber needle ☐ Yes ☐ No   Gauge 20   1"
☐ Peripheral line    Jelco ☐    Butterfly ☐    Gauge _____    CVC dsg care ☐
Site _____    # of attempts _____    Labs drawn ☐

**IV Site Assessment:**
blood return ☐ Yes ☑ No*    10mL saline flush ☑ Yes ☐ No
redness ☐ Yes* ☐ No    100units/mL hep lock flush X __ mL ☑ Yes ☐ No
swelling ☐ Yes* ☐ No    Blood return check per policy with vesicant administration ☑ Yes ☐ No
tenderness ☐ Yes* ☑ No    IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Heplock    Needle removed ☐    Research Protocol ☑ Yes ☐ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS | |
|---|---|---|---|---|---|---|---|---|---|
| 1015 | Benadryl | 25 mg | IVPB | 50 NS | 1025 | ⊕ | ✓ | NM | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**CHEMOTHERAPY RECORD**

| 1025 | AVASTIN | 1635 IN | IVPB | 100 NS | 1055 | ⊖ | ✓ | NM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** | | | | | **VITAL SIGNS RECORD** | | | | |

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1000 | NS | 100 | — | flow | 1100 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center    page 1 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA    MRN: _____    Encounter: L-6206166205 DOS: 12/3/2008

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01045**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

```
                                                12/03/08   6206166205
                                THIBODEAUX ,CYNTHIA
                                ATT PHYS: THEODOSSIOU, CHRIS.        CIS
                                SEX:F   AGE:62 y    DOB:
```

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☐ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☐ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

DESCRIBE: _don't frequently s nl ext. bleeds_
_easily s tenderness redness or swelling_

---

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea   ☐ Bleeding
☐ Fever  100.4   ☐ Mouth sores
☐ Vomiting   ☐ Diarrhea
☐ Other _____

COMMENTS/TEACHING: _44.5 event_

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

Signature _Mark Mastern_ _____ R.N.   _____ R.N.

_____ R.N.   Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN:       Encounter: L-6206166205 DOS: 12/3/2008

Ochsner - Chemotherapy Record

Patient Treatment Documentation Form

```
                                    12/03/08   6206166205
                        THIBODEAUX ,CYNTHIA  *
                        ATT PHYS: THEODOSSIOU  CHRIS        CIS
                        SEX:F   AGE:62 y   DOB:
                        [barcode]
```

DATE _12/24/08_

Pain Scale (0-10) _0_

Describe :_____

**IV ACCESS RECORD:**

☐ Central line   ☐ PICC   ☑ Port   ☐ Hickman   ☐ Passport   ☐ Other☐

Location ___Chest___          Huber needle ☑ Yes   ☐ No   Gauge ___ 1inch

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment**

| | | | |
|---|---|---|---|
| blood return | ☐ Yes | ☑ No* | 10mL saline flush ☑ Yes ☐ No |
| redness | ☐ Yes* | ☑ No | 100units/mL hep lock flush X ___ mL ☐ Yes ☐ No |
| swelling | ☐ Yes* | ☑ No | Blood return check per policy with vesicant administration ☐ Yes ☑ No |
| tenderness | ☐ Yes* | ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No* |
| Heplock | Needle removed ☑ | | Research Protocol ☐ Yes ☑ No |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0845 | Benadryl | 25 mg | IVPB | 50mL NS | 0905 | ⊖ | ✓ | JM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0905 | Avastin | 1035 mg | IVPB | 100mL NS | 0935 | ⊖ | ✓ | JM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**      **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0845 | 100mL NS | | 100 | 0940 | 0850 | 123/82 | 64 | 20 | 96.9 |
| | | | | | 0935 | 117/77 | 68 | 18 | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center    page 1 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN: _____   Encounter: L-6206166205 DOS: 12/3/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6206166205

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE *

*Check port & blood return. Pt states "it happens from time to time" all procedures explainable, Huber needle placed in center of port. Flushes without difficulty, no swelling noted. —S. May RN*

**Patient Instruction Given**
Instructed to call nurse or MD for:
☑ Dyspnea   ☑ Bleeding
☑ Fever 100.4   ☑ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: *Pt. tolerated well, no distress.*

Signature _S. May RN_   R.N.   _____ R.N.

_____ R.N.   _____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:   Encounter: L-6206166205 DOS: 12/3/2008

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01048**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

12/03/08    6206168205
THIBODEAUX, CYNTHIA
ATT PHYS: THEODOSSIOU, CHRIS
SEX: F    AGE: 52 y    DOB:                    CIS

DATE 12/3/0

Pain Scale (0-10) ___ 0

Describe : _____

**IV ACCESS RECORD:**

☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location _Chest_    Huber needle ☐ Yes ☐ No   Gauge 20   R

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**

| | | | |
|---|---|---|---|
| blood return ☑ Yes ☐ No* | 10mL saline flush ☑ Yes ☐ No | | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X _5_ mL  ☑ Yes ☐ No | | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration  ☑ Yes ☐ No | | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | | |
| Heplock   Needle removed ☐ | Research Protocol ☑ Yes ☐ No | | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1055 | Benadryl | 25m | IVPB | 50 NI | 1105 | (+) | ✓ | JM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1105 | AVASTIN | 1635mg | IVPB | 100 NI | 1135 | (+) | ✓ | JM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 100* | NS 250 | — | flush | 1145 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN            Encounter: L-6206166205 DOS: 12/3/2008

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01049**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

12/03/08    6206166205
**THIBODEAUX ,CYNTHIA**
ATT PHYS: THEODOSSIOU CHRIS
SEX:F   AGE:62 y   DOB:

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☐ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☐ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

DESCRIBE *_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

☑ Dyspnea      ☑ Bleeding
☑ Fever 100.4  ☑ Mouth sores
☑ Vomiting     ☑ Diarrhea
☐ Other _____

COMMENTS/TEACHING: ___ + ℞ s̄ event ___

Signature _____ R.N.    _____ R.N.

_____ R.N.

_____
Physician Signature

Form No. 00008 (Rev. 9/12/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6206166205 DOS: 12/3/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01050

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

02/04/09   6206544056
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F   AGE:62 y   DOB
CIS

DATE 3/18/09

Pain Scale (0-10) _____ Ø

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   ☐ PICC   ☐ Port   ☐ Hickman   ☐ Passport   ☐ Other _____
Location (L) Chest   Huber needle ☑ Yes  ☐ No   Gauge 20   1 inch
☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐
Site _____ # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☐ Yes ☑ No*   10mL saline flush ☐ Yes ☑ No
redness ☐ Yes* ☑ No   100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No
swelling ☐ Yes* ☑ No   Blood return check per policy with vesicant administration ☑ Yes ☐ No
tenderness ☐ Yes* ☑ No   IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Heplock   Needle removed ☐   Research Protocol ☐ Yes ☑ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0930 | Benadryl | 25 mg | IVPB | 50mL NS | 0950 | + | ✓ | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0920 | Aloxi | 0.25mg | IVPB | 100mL NS | 1030 | + | ✓ | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 0935 | 100mL NS | | K/O | 1025 | 0935 | 131/71 | 74 | 18 | |
| | | | | | 1040 | 120/80 | 75 | 18 | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:   Encounter: L-6206544056 DOS: 2/4/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01070**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

02/04/09        6206544056

THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F       AGE:62 y       DOB

**PATIENT ASSESSMENT  Does Patient Have?**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☑ |  |  |  |

**DESCRIBE** *_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**          **Patient Discharged**
Instructed to call nurse or MD for:      Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
                                         By self ☑  Accompanied by ☐ _____
☑ Dyspnea        ☐ Bleeding              ☐ escort
☑ Fever  100.4   ☑ Mouth sores           to RTC _____
☑ Vomiting       ☑ Diarrhea              Follow-up appt given to patient   Placed in the mail
☐ Other _____

**COMMENTS/TEACHING:** _pt tolerated well, no distress._

Signature   _S. Maykat_   R.N.        _____  R.N.

_____ R.N.

_____
Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 2 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN         Encounter: L-6206544056 DOS: 2/4/2009

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01071

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

02/04/09   6208544056
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F   AGE:62 y   DOB:                    CIS

DATE __2/25/09__

Pain Scale (0-10) __0/10__

Describe : _____

**IV ACCESS RECORD:**

☑ Central line    PICC ☐    Port ☐    Hickman ☐    Passport ☐    Other ☐ _____

Location ___L_ FA Chest___    Huber needle ☐ Yes ☐ No   Gauge _____

☐ Peripheral line    Jelco ☐    Butterfly ☐    Gauge _____    CVC dsg care ☐

Site _____    # of attempts _____    Labs drawn ☐

IV Site Assessment: /nl

| | | | |
|---|---|---|---|
| blood return ☐ Yes ☑ No* | 10mL saline flush ☑ Yes ☐ No | | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X __5__ mL ☑ Yes ☐ No | | |
| swelling ☐ Yes* ☐ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No* | | |
| Heplock Needle removed ☐ | Research Protocol ☐ Yes ☐ No | | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0915 | Benadryl | 25 mg | IVPB | 50mL NS | 0931 | + | ✓ | MB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0936 | Avastin | 1615 mg | IVPB | 100mL NS | 1007 | + | ✓ | MB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 0915 | NS flush | 100 mL | | 1015 | 0930 | 132/76 | 65 | 20 | — |
| | | | | | 1017 | 132/75 | 64 | 20 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6206544056 DOS: 2/4/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01072**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

02/04/09    6206544056
THIBODEAUX ,CYNTHIA                    ~S
ATT PHYS: LARNED, ZOE
SEX: F   AGE: 62 y   DOB:

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☐ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☐ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

DESCRIBE *No Complaints*

**Patient Instruction Given**
Instructed to call nurse or MD for:
☑ Dyspnea   ☑ Bleeding
☐ Fever  100.4   ☐ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☐
☐ escort    *per oci*
to RTC
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: *Tolerated chemo without distress*

Signature *M Hamooner*                    R.N.                                  R.N.

                                           R.N.          Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN            Encounter: L-6206544056 DOS: 2/4/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01073**

**Ochsner - Chemotherapy Reco**

**Patient Treatment Documentation Form**

02/04/09   6206544056
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB            CIS

DATE 2/4/09

Pain Scale (0-10) 0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   ☐ PICC   ☐ Port ☑   ☐ Hickman   ☐ Passport   ☐ Other ☐ _____

Location _Chest_   Huber needle ☐ Yes ☐ No   Gauge _20_ | 1"

☐ Peripheral line   Jalco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:** ͞F Activas
blood return ☑ Yes   ☐ No* ͞F    10mL saline flush ☐ Yes ☐ No
redness    ☐ Yes*  ☑ No     100units/mL hep lock flush X ___ mL ☐ Yes ☐ No
swelling   ☐ Yes*  ☑ No     Blood return check per policy with vesicant administration ☐ Yes ☐ No
tenderness ☐ Yes*  ☑ No     IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No*
Heplock    Needle removed ☐   Research Protocol ☐ Yes ☐ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0900 | ACTIVASE | 2mg | IVP | — | 0920 | (+) | ✓ | MW |
| 0925 | Benadryl | 25ml | IVPB | 50NS | 0935 | (+) | ✓ | W |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0935 | AVASTIN | 1635 mg | IVPB | 100 NS | 1005 | (+) | ✓ | MW |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** | | | | **VITAL SIGNS RECORD** | | | |

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0925 | NS 100 | — | HFWLh | 1015 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: _____   Encounter: L-6206544056 DOS: 2/4/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

02/04/09   6206544056
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F   AGE:62 y   DOB:                    CIS

**PATIENT ASSESSMENT** Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☑ |
| Bleeding / Bruising | ☐ * | ☑ |  |  |  |

DESCRIBE *_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea     ☑ Bleeding
☑ Fever  100.4  ☑ Mouth sores
☑ Vomiting    ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑ Y   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: __Typ 5 event__ _____ _M Montean_

Signature __Mark Montell__ R.N.   _____ R.N.

_____ R.N.   _____
Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6206544056 DOS: 2/4/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01075**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: 04/09/08 6206993152
THIBODEAUX , CYNTHIA
ATT PHY.: LARNED, ZOE CIS
SEX:F AGE:62 y DOB:

DATE 5/20/09

Pain Scale (0-10) _____

Describe : _____

**IV ACCESS RECORD:**
☐ Central line  PICC ☐  Port ☐  Hickman ☐  Passport ☐  Other ☐ _____

Location _____ Huber needle ☐ Yes ☐ No  Gauge _____

☐ Peripheral line  Jelco ☑  Butterfly ☐  Gauge #24  CVC dsg care ☐

Site (L) H  # of attempts 2  Labs drawn ☐

**IV Site Assessment:**

| | | |
|---|---|---|
| blood return ☑ Yes  ☐ No* | 10mL saline flush ☑ Yes  ☐ No | |
| redness ☐ Yes*  ☑ No | 100units/mL hep lock flush X ___ mL ☐ Yes ☑ No | |
| swelling ☐ Yes*  ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | |
| tenderness ☐ Yes*  ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | |
| Heplock ☐   Needle removed ☑ | Research Protocol ☐ Yes ☑ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0958 | Benadryl | 25 mg | IV | 50 mL NS | 1015 | (+) | ✓ | HB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1015 | Avastin | 1635mg | IV | 100 mL NS | 1045 | (+) | ✓ | HB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP | | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|---|
| 0955 | 100 mL NS | Ø | KVO | 1055 | | 1000 | 140/74 | 62 | 18 | 96.0 |
| | | | | 1045 | | 1045 | 137/79 | 57 | 18 | 96.1 |
| | | | | | | | | | | |
| | | | | | | | | | | |

**VITAL SIGNS RECORD**

TOTAL IVF

☐ See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:   Encounter: L-6206993152 DOS: 4/9/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01194**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6 206993152

**PATIENT ASSESSMENT  Does Patient Have?**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ • | ☑ | Shortness of breath | ☐ • | ☑ |
| Nausea / Vomiting | ☐ • | ☑ | Itching / Rash | ☐ • | ☑ |
| Constipation / Diarrhea | ☐ • | ☑ | Fever / Chills | ☐ • | ☑ |
| Numbness / Tingling | ☐ • | ☑ | Weak / Tired | ☐ • | ☑ |
| Depression | ☐ • | ☑ | Other | ☐ • | ☐ |
| Bleeding / Bruising | ☐ • | ☐ |  |  |  |

**DESCRIBE** _____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea          ☑ Bleeding
☑ Fever ↑ 100.4  ☑ Mouth sores
☑ Vomiting        ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐   Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient ☐ Placed in the mail ☐

**COMMENTS/TEACHING:** _Pt tolerated tx well._

Signature _J. Buckley RN_        R.N.        _____ R.N.

_____ R.N.        _____
                                            Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2     CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: _____   Encounter: L-6206993152 DOS: 4/9/2009

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

DATE 4/29/09

```
                                    04/09/09   6206993152
                          THIBODEAUX, CYNTHIA
                          ATT PHYS: LARNED, ZOE           C/S
                          SEX:F   AGE:62 y   DOB
```

Pain Scale (0-10) ___0___

Describe: _____

**IV ACCESS RECORD:**

☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location ___Chest___   Huber needle ☐ Yes ☐ No   Gauge 20   1"

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge 24   CVC dsg care ☐

Site (L) FA.   # of attempts 1   Labs drawn ☐

**IV Site Assessment:**

| | | | |
|---|---|---|---|
| blood return ☑ Yes ☐ No* | 10mL saline flush ☑ Yes ☐ No | | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X __5__ mL ☑ Yes ☐ No | | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | | |
| Heplock   Needle removed ☑ | Research Protocol ☑ Yes ☑ No | | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0845 | BENADRYL | 25 mg | IVPB | 50 NJ | 0905 | (+) | U | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0405 | AVASTIN | 1635 mg | IVPB | 100 NJ | 0935 | (+) | U | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| START TIME | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 0405 | NJ 100 + | Flush | 0495 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:   Encounter: L-6206993152 DOS: 4/9/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

04/09/09    6206993152
**THIBODEAUX , CYNTHIA**
ATT PHYS: LARNED, ZOE                    CIS
SEX:F    AGE:62 y    DOS:

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☐ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☐ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea        ☐ Bleeding
☐ Fever  100.4   ☐ Mouth sores
☐ Vomiting       ☐ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: Port difficult to flush + S bl. ret. - tx given peripherally -
pt sent for port study - they were able to flush but not
No bl. return                                              uhh

Signature  Mark Monte                    R.N.              _____ R.N.

                                         R.N.
                            Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:  2058034        L-6206993152 DOS: 4/9/2009

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01197

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

THIBODEAUX, CYNTHIA    04/09/09    6206993152
ATT PHYS: LARNED, ZOE
SEX: F    AGE:62 y    DOB    CIS

DATE __4/9/09__

Pain Scale (0-10) ___∅___

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location __LCW__    Huber needle ☑ Yes ☐ No   Gauge __#20/in__  _see note_

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**

| | | |
|---|---|---|
| blood return ☐ Yes ☑ No* | 10mL saline flush ☐ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | |
| Heplock   Needle removed ☑ | Research Protocol ☐ Yes ☐ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 10⁰⁹A | Benadryl | 25mg | IVPB~ | 50c 1S | 10¹⁰A | ∅ | ✓ | B |
| 9¹⁸A | Actinine | 2mg | IVP | ~ | 9¹⁸A | ∅ | ✓ | B |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| 10¹⁴A | Avastin | 162mg | IVPB~ | 100c 1S | 10⁵⁵A | + | ✓ | B |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** | | | | **VITAL SIGNS RECORD** | | | |

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 9⁵A | NS Flush | 100c | KVO | 1¹⁰A | 10⁰⁹A | 151/86 | 11 | 20 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:            Encounter: L-6206993152 DOS: 4/9/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

THIBODEAUX ,CYNTHIA    04/09/09    6206993152
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB    CIS

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☑ * | ☐ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

DESCRIBE *

Port Accessed c̄ Huber 20 2/in. Unable to flush. Re Accessed c̄ Huber #20 /in by Mark Monty. Cont to be unable to flush. 9% tpa retavase. 2mg. Installed in to port. Will wait 30 minutes then retry. According to Protocol.                     Kayaki
Port Unable to get blood return port retavase. Port flushing well.
                                                   Kayan

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea          ☑ Bleeding
☑ Fever  100.4   ☐ Mouth sores
☑ Vomiting        ☑ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: Tol erated Infusion c̄ Difficulty.

Signature _____ Kaya _____ (R.N.)          _____ R.N.

_____ R.N.          _____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: _____   Encounter: L-6206993152 DOS: 4/9/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01199**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

```
                                    06/10/09     6207476631
                        THIBODEAUX ,CYNTHIA
                        ATT PHYS: LARNED, ZOE
                        SEX:F    AGE:62 y    DOB          CIS
```

DATE 6/10/09

Pain Scale (0-10) ___ 0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☐   Hickman ☐   Passport ☐   Other ☐ _____

Location _____   Huber needle ☐ Yes ☐ No   Gauge _____

☐ Peripheral line  Jelco ☑  Butterfly ☐  Gauge 24   CVC dsg care ☐

Site ⊘ Hand   # of attempts 1   Labs drawn ☐

**IV Site Assessment:**
| | | |
|---|---|---|
| blood return ☐ Yes ☐ No* | 10mL saline flush ☑ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X __ mL ☐ Yes ☐ No | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☐ Yes ☑ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☑ No* | |
| Heplock ☐   Needle removed ☑ | Research Protocol ☐ Yes ☐ No | |

*further documentation under comments

**MEDICATION RECORD**   (Melanie/Denise)

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 935 | Benadryl | 25mg | IV | 50 ccas | 955 | (+) | ✓ | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 955 | Questin | 1620m | ✓ | 100 ccas | 1025 | (+) | (B) | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 935 | 100 ccas | O | flush | 1035 | 930 | 141/64 | 65 | 18 | — |
| | | | | | 1030 | 121/70 | 63 | 18 | — |
| | | | | | | | | | |
| | | | | | | | | | |

TOTAL IVF

☐ See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA  MRN:          Encounter: L-6207476631 DOS: 6/10/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

06/10/09   6207476631
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE                    :IS
SEX:F   AGE:62 y   DOB.

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

**DESCRIBE \*** _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea        ☐ Bleeding
☑ Fever ↑ 100.4  ☑ Mouth sores
☑ Vomiting       ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _per OCl_
Follow-up appt given to patient ☐ Placed in the mail ☐

**COMMENTS/TEACHING:** Tolerated infusion 's distress

Signature _Clthuum_                    R.N.          _____ R.N.

_____ R.N.          Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6207476631 DOS: 6/10/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01266**