UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| _____ | : | JUDGE JANE TRICHE MILAZZO |
| KIMBERLY MUSETTE CROSBY, | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiff, | : | **Stipulation of Dismissal with Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 17-cv-04792 |
| | : | |
| SANOFI US SERVICES, INC., f/k/a | : | |
| SANOFI-AVENTIS US, INC., and | : | |
| SANOFI-AVENTIS US, LLC | : | |
| | : | |
| Defendant(s). | : | |
| ----------------------------------------------------------- | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Aventis Pharma S.A., Sanofi US Services, Inc. f/k/a Sanofi-Aventis US, Inc., and Sanofi-Aventis US, LLC ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitations and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 17th day of December, 2019.

JOHNSON BECKER, PLLC                    SHOOK, HARDY & BACON


_/s/ Alexandra Robertson_                   _/s/ Kelly Bieri_
Alexandra Robertson, Esq.                  Kelly Bieri, Esq.
Timothy J. Becker, Esq.                    Harley V. Ratliff, Esq.
444 Cedar Street                           2555 Grand Boulevard
Suite 1800                                 Kansas City, MO 64108
St. Paul, MN 55101                         Phone: 816-474-6550
Phone: 612-436-1800                        Fax: 816-421-5547
Fax: 612-436-1801                          Email: kbieri@shb.com
Email: arobertson@johnsonbecker.com


Attorney for Plaintiff                     Attorney for Sanofi Defendants