UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Nellie Curtis**
**Case No.: 2:17-cv-08626**

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Nellie Curtis on the following dates:

<u>1/11/19, 7/3/19, 7/23/19, 8/12/19, 8/19/19, 8/22/19, 9/20/19, 11/1/19, and 12/20/19.</u>

by (check all that apply) <u> X </u> telephone, ____ e-mail, ____ text message, ____ social media, <u>X</u> U.S. Mail, <u> X </u> Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 20th day of December, 2019.

<u>/s/ *Michael P. McGartland*</u>
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

## **CERTIFICATE OF SERVICE**

      I certify that on the 20th day of December, 2019, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

      /s/ *Michael P. McGartland*
      Michael P. McGartland