UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Christine Smith<br>Civil Action No. 2:18-cv-12916 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other: Duplicate filed case. This stipulation shall not affect the lawsuit filed by Christine Smith, Civil Action No. 2:18-cv-02212, currently pending in this Court.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 20th day of December, 2019

                                  **ALLEN & NOLTE, PLLC**

                                  /s/ Jennifer Nolte
                                  John H. "Trey" Allen, III
                                  trey@allennolte.com
                                  Jennifer Nolte
                                  jnolte@allennolte.com
                                  5445 La Sierra Drive, Suite 350
                                  Dallas, Texas 75231
                                  Tel: (214) 521-2300
                                  Fax: (214) 452-5637
                                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                  /s/ Jennifer Nolte
                                  Jennifer Nolte