UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br>VALERIE CALP | Civil Action No.: 2:18-CV-12643 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. for whom plaintiffs have obtained product identification, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of December, 2019

                                                 **ATKINS & MARKOFF LAW FIRM**

                                                 /s/ Daniel P. Markoff
                                                 DANIEL P. MARKOFF, OBA#14886
                                                 BRIA A. HANLON, OBA #32412
                                                 9211 Lake Hefner Pkwy Ste. 104
                                                 Oklahoma City OK 73120

16

(405) 607-8757
(405) 607-8749 (facsimile)
dmarkoff@atkinsandmarkoff.com
bhanlon@atkinsandmarkoff.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED:  December 20, 2019        /s/Daniel P. Markoff