UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | ) | |

Cynthia Thibodeaux, 16-15859

## ORDER

**IT IS ORDERED** that the Court will hold oral argument <u>immediately following</u> the 9:30 a.m. status conference on **January 9, 2020** to argue Sanofi's MOTION for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux (Doc. 8779). Each side will have seven minutes to argue the motion.

**IT IS FURTHER ORDERED** that any opposition shall be filed by January 3, 2020 as agreed to by the parties.

Signed this 20th day of December, 2019.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE