UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL: 2740 |
| ) | SECTION "N" (5) |
| ) | HON. JANE MILAZZO |
| ) | HON. MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| *PLAINTIFFS ON THE ATTACHED LIST* ) | |
| ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Jason L. DePauw of the law firm Robins Kaplan LLP as counsel for Plaintiffs on the attached list and in the MDL 2740. Any and all communications and filings should include him in these matters.

Dated: December 23, 2019

                       Respectfully submitted,

                    By:*/s/ Jason L. DePauw*
                        Jason L. DePauw (MN #0392150)
                        **ROBINS KAPLAN LLP**
                        800 LaSalle Avenue
                        Suite 2800
                        Minneapolis, MN 55402
                        Phone: (612) 349-8500
                        Fax: (612) 339-4181
                        JDePauw@RobinsKaplan.com

                        ***Attorney for Plaintiffs***

| Plaintiff | Case No. |
| --- | --- |
| Anderson, Lori | 2:18-cv-2833 |
| Ashley, Geraldine | 2:17-cv-13540 |
| Bartkowiak, Kathryn | 2:18-cv-2838 |
| Beedles-Miller, Judy | 2:18-cv-4512 |
| Belin, Carolyn | 2:18-cv-8242 |
| Booth, Vicki | 2:18-cv-00592 |
| Cooper, Julianne | 2:19-cv-12467 |
| Crowley, Debra | 2:17-cv-10412 |
| Demo, Deborah | 2:17-cv-10220 |
| East, Bettyann | 2:17-cv-11293 |
| Emilien-Spence, Charlette | 2:19-cv-12956 |
| Fernandez, Donna | 2:18-cv-10945 |
| Furlong, Fiona | 2:18-cv-09433 |
| Godfrey, Patricia Ann | 2:17-CV-7809 |
| Goodwin, Gloria | 2:18-cv-7677 |
| Green, Debra | 2:17-cv-10225 |
| Gurley, Kelly | 2:19-cv-10060 |
| Hatton-Cobb, Jenna | 2:18-cv-08735 |
| Haynes, Clara | 2:17-cv-12813 |
| Heath, Karin | 2:17-cv-13533 |
| Heim, Gale | 2:18-cv-05707 |
| Henderson, Cora | 2:17-cv-11304 |
| Herod, Carmen | 2:17-cv-09687 |
| Holt, Yvonne | 2:17-cv-12971 |
| Houser, Tina | 2:17-cv-10403 |
| Howard, Randi | 2:18-cv-09902 |
| Hughley, Mary | 2:19-cv-11579 |
| Jacobowitz, Judith | 2:18-cv-13550 |
| Johnson, Bernadette | 2:19-cv-2713 |
| Johnson, Debra | 2:16-cv-16254 |
| Jones, Lenner | 2:17-cv-9081 |
| Lee, Cynthia | 2:17-CV-07821 |
| Lessner, Joan | 2:18-cv-01279 |
| Mangum, Sharon | 2:17-cv-04947 |
| Martinez, Therese | 2:17-cv-07665 |
| McDowell, Cheryl | 2:17-cv-12984 |
| Morrow, Debra | 2:17-cv-12824 |
| Newton, Felicia | 2:17-cv-11975 |
| Owens, Karen | 2:18-cv-06234 |
| Parker, Catherine | 2:17-cv-09691 |
| Piggee, Marietta | 2:18-cv-11240 |
| Rodgers, Doris | 2:17-cv-07806 |

| Plaintiff | Case No. |
|---|---|
| Smith, Frances | 2:17-cv-13654 |
| Thomas, Velma | 2:17-cv-14383 |
| Thompson, Vicki | 2:19-cv-1453 |
| Tomasko, Sherry | 2:17-cv-06550 |
| Turner, Susan | 2:17-cv-5040 |
| VanZuylen, Michele | 2:17-cv-9076 |
| Vela, Tanya | 2:18-cv-3902 |
| Weaver, Vicky | 2:19-cv-00003 |
| Wilson, Lavonia | 2:17-cv-06553 |
| Woodward, Amy | 2:17-cv-11932 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of December, 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

By: */s/ Jason L. DePauw*
Jason L. DePauw (MN #0392150)