UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document Relates to ) <br> ) <br> CYNTHIA BONORDEN ) <br> ) | MDL NO. 2740 <br><br> Chief Judge: MILAZZO <br> Magistrate Judge: NORTH <br><br> CASE No.: 2:19-cv-13420 |

NOTICE OF SUBPOENA

Douglas J. Moore
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

John F. Olinde
CHAFFE MCCALL, L.L.P.
1100 Poydras Street
New Orleans, LA 70163
E-Mail: olinde@chaffe.com

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that the plaintiff intends to serve a subpoena, in the form attached hereto, on MercyOne Waterloo Medical Center on December 23, 2019 or as soon thereafter as service may be effectuated.

Dated: December 23, 2019

Respectfully submitted,

DUTTON, DANIELS, HINES,
KALKHOFF, COOK & SWANSON, PLC
Attorneys for Plaintiff

/S/ *James H. Cook*
James H. Cook, AT0001622
3151 Brockway Road
P.O. Box 810 Waterloo, IA 50704
Phone: (319) 234-4471
Fax: (319) 234-8029 Email:
jcook@duttonfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      /s/ *James H. Cook*
                                      James H. Cook