# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Adams | Robin | 2:17-cv-15684 | 12/8/2017 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 2 | Alderson | Karen | 2:19-cv-11810 | 7/24/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 3 | Aldridge | Brenda P. | 2:18-cv-05793 | 06/11/2018 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 4 | Allen* | Angela | 2:18-cv-13339 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 5 | Allis | Beverly | 2:18-cv-00778 | 1/25/2018 | PFS Not Substantially Complete | Both sanofi and 505 |
| 6 | Alston | Shirley | 2:18-cv-11858 | 11/29/2018 | PFS Not Substantially Complete | sanofi |
| 7 | Anderson | Hester | 2:18-cv-02763 | 3/15/2018 | PFS Not Substantially Complete | sanofi |
| 8 | Asghar Khan | Aisha | 2:18-cv-02461 | 3/8/2018 | PFS Not Substantially Complete | sanofi |
| 9 | Atkinson | Lynn | 2:18-cv-11961 | 11/30/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 10 | Bell | Alice | 2:17-cv-12706 | 11/17/2017 | PFS Not Substantially Complete | 505 |
| 11 | Black | Shana | 2:18-cv-12318 | 12/04/2018 | No Signed/Verified PFS | 505 |
| 12 | Bothelho | Ana | 2:18-cv-12336 | 12/04/2018 | No Signed/Verified PFS | 505 |
| 13 | Bradley | Cynthia R. | 2:18-cv-12370 | 12/04/2018 | No Signed/Verified PFS | 505 |
| 14 | Brandenburg | Sena | 2:19-cv-11833 | 7/24/2019 | No Signed/Verified PFS | sanofi |
| 15 | Brito | Pamela | 2:18-cv-12365 | 12/04/2018 | No Signed/Verified PFS | 505 |
| 16 | Brown | Ada | 2:16-cv-17142 | 12/12/2016 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 17 | Brown | Beverly | 2:19-cv-11980 | 8/1/2019 | No Signed/Verified PFS | sanofi |
| 18 | Brown | Nicole | 2:18-cv-12586 | 12/6/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 19 | Brown | Pamela J | 2:17-cv-17157 | 12/13/2017 | PFS Not Substantially Complete | sanofi |
| 20 | Brush | Deborah | 2:18-cv-12383 | 12/04/2018 | No Signed/Verified PFS | 505 |
| 21 | Burnett | Joy | 2:17-cv-13651 | 11/29/2017 | PFS Not Substantially Complete | sanofi |
| 22 | Butts | Marie | 2:19-cv-09118 | 4/8/2019 | PFS Not Substantially Complete | sanofi |
| 23 | Caldwell | Annie | 2:19-cv-00056 | 1/4/2019 | PFS Not Substantially Complete | sanofi |
| 24 | Campbell | Sheila K. | 2:17-cv-14305 | 12/04/2017 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 25 | Carpenter | Lillie | 2:18-cv-10034 | 10/26/2018 | PFS Not Substantially Complete | 505 |
| 26 | Carter | Antoinette | 2:18-cv-13709 | 12/13/2018 | PFS Not Substantially Complete | 505 |
| 27 | Carvajal | Mary | 17-09537 | 9/23/2017 | PFS Not Substantially Complete | 505 |
| 28 | Casady | Valerie | 2:19-cv-06273 | 04/01/2019 | PFS Not Substantially Complete; Authorizations Not Dated; No PTO 71A | 505 |
| 29 | Catron | Renee | 2:18-cv-07956 | 8/21/2018 | PFS Not Substantially Complete | 505 |
| 30 | Chavis | Derena | 2:18-cv-13158 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations | 505 |
| 31 | Clayton Brown | Olivia | 2:16-cv-17979 | 12/30/2016 | PFS Not Substantially Complete | sanofi |
| 32 | Collazo | Jacqueline | 2:19-cv-11367 | 6/26/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 33 | Corley | Cindy | 2:19-cv-10896 | 6/5/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 34 | Cote | Yolanda | 2:19-cv-11834 | 7/24/2019 | No Signed/Verified PFS | sanofi |
| 35 | Crowder | Nada | 2:17-cv-13176 | 11/22/2017 | PFS Not Substantially Complete | sanofi |

*Cases identified with an asterisk are also identified on Exhibit B.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 36 | Crues | Laural | 2:18-cv-11586 | 11/26/2018 | No PTO 71A | Both sanofi and 505 |
| 37 | Curry | Tina | 2:18-cv-12432 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 38 | Curry | Tina | 2:18-cv-12527 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 39 | Daley | Sara | 2:19-cv-11802 | 7/23/2019 | No Signed/Verified PFS | sanofi |
| 40 | Davis | Gloria | 2:17-cv-16280 | 12/09/2017 | PFS Not Substantially Complete | 505 |
| 41 | Delgado | Marie | 2:18-cv-12436 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 42 | Delprete | Sandra | 2:19-cv-09989 | 5/1/2019 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 43 | Dewees | Tammy | 2:17-cv-15874 | 12/08/2017 | PFS Not Substantially Complete | 505 |
| 44 | Doering | Bonnie | 2:17-cv-06245 | 6/28/2017 | PFS Not Substantially Complete | sanofi |
| 45 | Donaldson | Helen | 2:18-cv-12922 | 12/08/2018 | PFS Not Substantially Complete; No PTO 71A; No CMO 12A; No Authorizations | 505 |
| 46 | Duarte | Doris | 2:18-cv-12607 | 12/6/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 47 | Dudley | Elaine | 2:16-cv-17097 | 12/12/2016 | PFS Not Substantially Complete | 505 |
| 48 | Durden | Angela | 2:18-cv-01544 | 2/14/2018 | PFS Not Substantially Complete | sanofi |
| 49 | Eastman | Ina | 2:17-cv-15852 | 12/8/2017 | PFS Not Substantially Complete; Undated Authorizations | sanofi |
| 50 | Edwards | Regena | 2:19-cv-11883 | 7/25/2019 | No Signed/Verified PFS | sanofi |
| 51 | Elam | Yvette | 2:19-cv-00806 | 2/1/2019 | PFS Not Substantially Complete | sanofi |
| 52 | Elmore | Carolyn | 2:17-cv-11150 | 10/24/2017 | PFS Not Substantially Complete; Authorization Deficiencies | 505 |
| 53 | Englert | Jessica | 2:19-cv-11875 | 7/25/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 54 | Fanning | Betty | 2:18-cv-12438 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 55 | Fought | Lorane | 2:19-cv-11148 | 6/11/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 56 | Franklin | Maxine | 2:19-cv-01947 | 3/1/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 57 | Frazier | Rhonda | 2:17-cv-07511 | 8/4/2017 | PFS Not Substantially Complete | sanofi |
| 58 | Fuselier | Shannon | 2:17-cv-18020 | 12/31/2017 | PFS Not Substantially Complete | sanofi |
| 59 | Gamer | Jennifer | 2:19-cv-00735 | 1/31/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 60 | Garver | Danah | 2:19-cv-11342 | 6/24/2019 | No Signed/Verified PFS | sanofi |
| 61 | George | Sandra | 2:17-cv-16814 | 12/11/2017 | PFS Not Substantially Complete; Authorization Deficiencies | 505 |
| 62 | Goodman-Guy | Debra | 2:18-cv-12528 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 63 | Goodwin | Gerrie | 2:17-cv-15609 | 12/7/2017 | PFS Not Substantially Complete | 505 |
| 64 | Grant | Angie | 2:18-cv-12546 | 12/6/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 65 | Grieselhuber | Charlotte | 2:17-cv-11012 | 10/23/2017 | PFS Not Substantially Complete | sanofi |
| 66 | Griffin | Angela | 2:17-cv-11806 | 11/05/2017 | PFS Not Substantially Complete; Authorizations Undated; No CMO 12A | 505 |
| 67 | Gross | Brenda | 2:17-cv-17102 | 12/12/2017 | PFS Not Substantially Complete | sanofi |
| 68 | Grubbs | Kasandra | 2:19-cv-10921 | 6/6/2019 | No Signed/Verified PFS | sanofi |
| 69 | Hackney | Linda L | 2:19-cv-01902 | 3/1/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |

*Cases identified with an asterisk are also identified on Exhibit B.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 70 | Hall | Donna | 2:18-cv-00804 | 1/26/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 71 | Halloway | Ronette | 2:17-cv-16767 | 12/11/2017 | PFS Not Substantially Complete | 505 |
| 72 | Hamilton | Sherry | 2:18-cv-12382 | 12/04/2018 | No Signed/Verified PFS | 505 |
| 73 | Hampton | Catherine | 2:18-cv-12453 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 74 | Handy | Deana | 2:18-cv-12455 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 75 | Hardin | Lora | 2:17-cv-15635 | 12/07/2017 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 76 | Hasty | Judy | 2:17-cv-16916 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 77 | Henderson | Maria | 2:17-cv-14411 | 12/4/2017 | PFS Not Substantially Complete | sanofi |
| 78 | Hill | Camber | 2:18-cv-12459 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 79 | Hodges | Ernia M. | 2:18-cv-12393 | 12/04/2018 | No Signed/Verified PFS | 505 |
| 80 | Hollingsworth | Beryl | 2:18-cv-5770 | 6/9/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 81 | Hudson | Virgina | 2:17-cv-10325 | 10/9/2017 | PFS Not Substantially Complete | 505 |
| 82 | Jackson | Delores V | 2:17-cv-09355 | 9/20/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 83 | Jackson | Joyce | 2:18-cv-11492 | 11/26/2018 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 84 | Jarrel | Donna | 2:18-cv-00349 | 01/11/2018 | PFS Not Substantially Complete | 505 |
| 85 | Jenkins | Grace | 2:19-cv-11800 | 7/23/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 86 | Johnson | Mattie | 2:16-cv-15581 | 9/6/2016 | PFS Not Substantially Complete | sanofi |
| 87 | Johnson | Pamela | 2:17-cv-15461 | 12/7/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 88 | Johnson | Regina | 2:18-cv-13074 | 12/10/2018 | No Signed/Verified PFS | 505 |
| 89 | Johnson | Shirley | 2:18-cv-13810 | 12/14/2018 | PFS Not Substantially Complete | 505 |
| 90 | Johnson | Tina | 2:17-cv-16205 | 12/09/2017 | No Signed/Verified PFS | 505 |
| 91 | Jones | Kathryn | 2:18-cv-12202 | 12/3/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 92 | Jones | Virgie | 2:18-cv-12412 | 12/04/2018 | No Signed/Verified PFS | 505 |
| 93 | Kedelty | Darlene | 2:19-cv-10908 | 06/05/2019 | No Signed/Verified PFS | 505 |
| 94 | Kemp | Denise | 2:18-cv-13742 | 12/13/2018 | No Signed/Verified PFS | 505 |
| 95 | King | Alice | 2:17-cv-13937 | 12/1/2017 | PFS Not Substantially Complete | sanofi |
| 96 | Kreshpane | Ellen | 2:18-cv-07902 | 8/18/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 97 | Lackey | Carol Lynn | 2:17-cv-06286 | 6/29/2017 | PFS Not Substantially Complete | sanofi |
| 98 | Lamb | Angela | 2:19-cv-02700 | 3/21/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 99 | Landry | Stephanie | 2:18-cv-11583 | 11/26/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 100 | Lee | Faye | 2:18-cv-12386 | 12/04/2018 | No Signed/Verified PFS | 505 |
| 101 | Lipinski | Deborah | 2:18-cv-09725 | 10/18/2018 | PFS Not Substantially Complete; No Employment Authorization | 505 |
| 102 | Littleton | Eleanor L | 2:17-cv-15601 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 103 | Logan | Lela | 2:18-cv-07640 | 8/11/2018 | PFS Not Substantially Complete | sanofi |
| 104 | London | Earlene | 2:18-cv-11630 | 11/27/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |

*Cases identified with an asterisk are also identified on Exhibit B.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 105 | Luke | Judy | 2:17-cv-13783 | 11/30/2017 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 106 | Madison | Janice | 2:19-cv-02758 | 03/22/2019 | PFS Not Substantially Complete; No Psych or Employment Authorizations | 505 |
| 107 | Maldonado | Nannie | 2:17-cv-16899 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 108 | Manley | Anita | 2:17-cv-15607 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 109 | Martin | Lecia | 2:18-cv-01220 | 2/6/2018 | PFS Not Substantially Complete | sanofi |
| 110 | Mays | Traci | 18-01388 | 2/9/2018 | PFS Not Substantially Complete | 505 |
| 111 | McDaniel | Veronica | 2:19-cv-11228 | 6/14/2019 | No Signed/Verified PFS | sanofi |
| 112 | McKinney | Camille | 2:17-cv-13504 | 11/28/2017 | PFS Not Substantially Complete | 505 |
| 113 | McLendon | Mary | 17-07115 | 7/25/2017 | PFS Not Substantially Complete | 505 |
| 114 | McNeil | Carolyn | 2:19-cv-10898 | 6/5/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 115 | Meece | Brittany J. | 2:19-cv-11387 | 06/27/2019 | No Signed/Verified PFS | 505 |
| 116 | Melendez | Melissa | 2:17-cv-16362 | 12/09/2017 | PFS Not Substantially Complete | 505 |
| 117 | Middleton | Valerie | 2:19-cv-10791 | 5/29/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 118 | Miller | Lagayle | 2:17-cv-03769 | 4/21/2017 | PFS Not Substantially Complete | 505 |
| 119 | Miller | Linda | 17-17745 | 12/23/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 120 | Mitchell | Yvonne | 2:18-cv-13541 | 12/11/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12 | 505 |
| 121 | Montgomery | Jeanette | 2:17-cv-15997 | 12/8/2017 | PFS Not Substantially Complete | 505 |
| 122 | Moore | Ginger | 2:17-cv-15111 | 12/6/2017 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 |
| 123 | Morales | Lauren | 2:17-cv-16913 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 124 | Morris | Teresa | 2:18-cv-12525 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 125 | Mushaney | Jill | 2:18-cv-12523 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 126 | Myhre | Corinne | 2:19-cv-01666 | 02/22/2019 | PFS Not Substantially Complete | 505 |
| 127 | New | Linda | 2:18-cv-05141 | 5/22/2018 | PFS Not Substantially Complete | sanofi |
| 128 | Newell | Diane | 2:17-cv-15883 | 12/8/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 129 | Neyland | Lora | 2:19-cv-11986 | 8/1/2019 | No Signed/Verified PFS | sanofi |
| 130 | Olinger | Joyce | 2:17-cv-15449 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 131 | O'Neal | Brenda | 2:19-cv-11878 | 7/25/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 132 | Orono de Guevara | Beatriz | 2:17-cv-15158 | 12/06/2017 | PFS Not Substantially Complete; Authorization Deficiencies | 505 |
| 133 | Overby | Kimberly | 2:18-cv-08394 | 9/5/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 134 | Paige | Deborah | 2:19-cv-11956 | 7/31/2019 | No Signed/Verified PFS | sanofi |
| 135 | Parker | Debra | 2:17-cv-08396 | 8/28/2017 | PFS Not Substantially Complete | sanofi |
| 136 | Parker | Denise | 2:19-cv-11881 | 7/25/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 137 | Parker | Sandra | 2:19-cv-11993 | 8/1/2019 | No Signed/Verified PFS | sanofi |
| 138 | Patterson | Lakeesha | 2:18-cv-12581 | 12/06/2018 | No Signed/Verified PFS | 505 |
| 139 | Patterson | Lakeesha | 2:19-cv-12581 | 12/6/2018 | No Signed/Verified PFS | 505 |
| 140 | Payne | Regina | 2:18-cv-12621 | 12/6/2018 | PFS Not Substantially Complete | sanofi |
| 141 | Payton Brock | Mabalene | 2:18-cv-12125 | 12/1/2018 | PFS Not Substantially Complete | 505 |
| 142 | Peck | Adline | 2:18-cv-12554 | 12/6/2018 | PFS Not Substantially Complete | sanofi |

*Cases identified with an asterisk are also identified on Exhibit B.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 143 | Pedraza | Jessica | 2:17-cv-16757 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 144 | Peek | Geraldine | 2:19-cv-11230 | 6/14/2019 | No Signed/Verified PFS | sanofi |
| 145 | Percell | Kristen | 2:17-cv-16385 | 12/9/2017 | PFS Not Substantially Complete; No CMO 12A; No Authorizations (not dated/witnessed) | sanofi |
| 146 | Pickett | Debra | 2:19-cv-11105 | 6/10/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 147 | Plumley | Sheryl | 2:18-cv-01225 | 2/6/2018 | PFS Not Substantially Complete; No Authorizations | sanofi |
| 148 | Punzi | Marilyn | 2:17-cv-09812 | 9/28/2017 | PFS Not Substantially Complete | sanofi |
| 149 | Rahal | Laila | 2:18-cv-01591 | 02/15/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 150 | Reed | Augustine | 2:19-cv-06111 | 4/1/2019 | PFS Not Substantially Complete | sanofi |
| 151 | Reed | Mary | 2:18-cv-12885 | 12/8/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 152 | Reed | Sherry | 2:18-cv-06070 | 06/19/2018 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 153 | Reeves | Charlene | 2:19-cv-11992 | 8/1/2019 | No Signed/Verified PFS | sanofi |
| 154 | Reynolds | Tessa | 2:19-cv-11925 | 7/30/2019 | No Signed/Verified PFS | sanofi |
| 155 | Rich | Kimberly | 2:19-cv-07534 | 04/02/2019 | PFS Not Substantially Complete; No PTO 71A; No CMO 12A | 505 |
| 156 | Riggs | Laura | 2:19-cv-11870 | 7/25/2019 | No Signed/Verified PFS | sanofi |
| 157 | Rivera | Marilyn | 2:19-cv-00809 | 2/1/2019 | PFS Not Substantially Complete | sanofi |
| 158 | Roberts | Genese | 2:18-cv-02043 | 2/27/2018 | PFS Not Substantially Complete | sanofi |
| 159 | Robinson | Linda | 2:17-cv-13087 | 11/22/2017 | PFS Not Substantially Complete | sanofi |
| 160 | Robinson | Linda L. | 2:17-cv-13918 | 11/30/2017 | PFS Not Substantially Complete | 505 |
| 161 | Rogers | Barbara | 2:18-cv-12279 | 12/04/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 162 | Rogers | Kathie | 2:17-cv-09675 | 9/26/2017 | PFS Not Substantially Complete | sanofi |
| 163 | Ross | Donna | 17-10156 | 10/4/2017 | No Deficiency Response; PFS Not Substantially Complete; Authorization Deficiencies | 505 |
| 164 | Roush | Cindy | 2:19-cv-11934 | 7/30/2019 | No Signed/Verified PFS | sanofi |
| 165 | Ruffin | Hilda | 2:18-cv-05602 | 06/04/2018 | PFS Not Substantially Complete; No Health Insurance Authorizations | 505 |
| 166 | Russell | Madis C | 2:17-cv-00117 | 1/5/2017 | PFS Not Substantially Complete | sanofi |
| 167 | Sanders | Michelle | 2:18-cv-9427 | 10/11/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 168 | Sapp | Patricia | 2:17-cv-11818 | 11/5/2017 | PFS Not Substantially Complete | sanofi |
| 169 | Schaar* | Linda | 2:18-cv-12915 | 12/08/2018 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 170 | Schaeffer | Catherine | 2:18-cv-01600 | 2/15/2018 | No Deficiency Response; PFS Not Substantially Complete; No PTO 71A; Authorization Deficiencies | 505 |
| 171 | Scott | Jacqueline | 2:17-cv-15013 | 12/6/2017 | PFS Not Substantially Complete | 505 |
| 172 | Scott | Janice | 2:17-cv-07794 | 8/13/2017 | PFS Not Substantially Complete | 505 |
| 173 | Scruggs | Darlene | 2:18-cv-02944 | 3/19/2018 | PFS Not Substantially Complete | sanofi |
| 174 | Scullion | Terri | 2:17-cv-16438 | 12/09/2017 | PFS Not Substantially Complete; No CMO 12A | 505 |

*Cases identified with an asterisk are also identified on Exhibit B.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 175 | Senghore | Amie | 2:19-cv-10851 | 5/31/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 176 | Sheffield | Rosetta | 16-17168 | 12/12/2016 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 177 | Shockley | Cynthia | 2:19-cv-09432 | 04/16/2019 | No Signed/Verified PFS | 505 |
| 178 | Shubert | Tira | 17-10298 | 10/9/2017 | No Deficiency Response; PFS Not Substantially Complete; Authorization Deficiencies | 505 |
| 179 | Sims | Sharon | 2:17-cv-12424 | 11/14/2017 | PFS Not Substantially Complete | 505 |
| 180 | Smith | Dianna S | 2:19-cv-00098 | 1/7/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 181 | Smith | Linda C | 2:18-cv-02819 | 3/20/2018 | PFS Not Substantially Complete | sanofi |
| 182 | Smith | Sonia | 2:18-cv-12264 | 12/04/2018 | No Signed/Verified PFS | 505 |
| 183 | Sorensen | Linda | 2:18-cv-02314 | 3/2/2018 | PFS Not Substantially Complete | sanofi |
| 184 | Spates | Marta | 2:18-cv-12728 | 12/07/2018 | PFS Not Substantially Complete; Authorization Deficiencies; No CMO 12A; No PTO 71A | 505 |
| 185 | Spears | Polly | 2:17-cv-15067 | 12/6/2017 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 186 | Starkloff | Cheryl | 2:18-cv-13029 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 187 | Stevens | Martha | 2:18-cv-06269 | 6/26/2018 | No Deficiency Response; PFS Not Substantially Complete; Authorization Deficiencies | 505 |
| 188 | Stone | Georgia | 2:19-cv-10919 | 6/6/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 189 | Stone | Judy | 2:18-cv-11585 | 11/26/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 190 | Stump | Margie | 2:19-cv-10892 | 6/5/2019 | No Signed/Verified PFS | sanofi |
| 191 | Taite | Karin W. | 2:17-cv-15075 | 12/6/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 192 | Tarver | Theresa | 17-00094 | 1/5/2017 | No Deficiency Response; PFS Not Substantially Complete; No Authorizations | 505 |
| 193 | Tate | Ruby | 2:18-cv-13497 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 194 | Taylor* | Lisa | 2:18-cv-12917 | 12/08/2018 | PFS Not Substantially Complete; Authorization Deficiencies; No CMO 12A; No PTO 71A | 505 |
| 195 | Thomas | Lynette M | 2:16-cv-17981 | 12/30/2016 | PFS Not Substantially Complete | sanofi |
| 196 | Thompson | Regina | 2:19-cv-10901 | 6/5/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 197 | Truby | Carolyn | 2:17-cv-15480 | 12/7/2017 | PFS Not Substantially Complete | 505 |
| 198 | Turner | Tammy | 2:17-cv-15905 | 12/8/2017 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 199 | Tutt | Shanda | 2:19-cv-01715 | 2/25/2019 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 200 | Valdez | Patricia | 2:17-cv-13764 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 201 | Varner | Ella | 2:18-cv-01396 | 2/9/2018 | PFS Not Substantially Complete | Both sanofi and 505 |
| 202 | Venezia | Deborah | 2:17-cv-12868 | 11/20/2017 | PFS Not Substantially Complete | sanofi |

*Cases identified with an asterisk are also identified on Exhibit B.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 203 | Walker | Delores | 2:18-cv-11574 | 11/26/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 204 | Wallace | Vicky | 2:19-cv-11456 | 7/1/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 205 | Ward | Helen | 2:19-cv-11428 | 12/12/2017 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 206 | Washington | Renee | 2:18-cv-11639 | 11/28/2018 | PFS Not Substantially Complete | sanofi |
| 207 | Watley | Selena | 2:18-cv-01613 | 2/15/2018 | PFS Not Substantially Complete | sanofi |
| 208 | Webster | Kathy | 2:18-cv-13258 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 209 | Westbrook | Laurie | 2:18-cv-01397 | 02/09/2018 | No Signed/Verified PFS | 505 |
| 210 | Wheatley | Tandy | 2:17-cv-16430 | 12/9/2017 | PFS Not Substantially Complete; Authorizations Not Dated | Both sanofi and 505 |
| 211 | Wieseler | Cheryl | 2:19-cv-10895 | 6/5/2019 | No Signed/Verified PFS | sanofi |
| 212 | Williams | Mary Kate | 2:17-cv-11820 | 11/5/2017 | PFS Not Substantially Complete | sanofi |
| 213 | Williams | Traycee | 2:18-cv-07036 | 7/26/2018 | No Deficiency Response; PFS Not Substantially Complete | 505 |
| 214 | Willis | Dorothy | 2:17-cv-16894 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 215 | Wilson | Mevilyn | 2:18-cv-01529 | 2/13/2018 | PFS Not Substantially Complete | sanofi |
| 216 | Woods | Ella | 2:18-cv-12650 | 12/6/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 217 | Woods | Laverne | 2:17-cv-17267 | 12/14/2017 | PFS Not Substantially Complete | sanofi |
| 218 | Wright | Vicky | 2:18-cv-13401 | 12/11/2018 | PFS Not Substantially Complete | 505 |
| 219 | Yeager | Sandra | 2:17-cv-09523 | 9/22/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 220 | Young* | Joanne | 2:18-cv-12891 | 12/08/2018 | PFS Not Substantially Complete; Authorizations not witnessed; No CMO 12A; No PTO 71A | 505 |
| 221 | Zapien | Kimberlie | 2:17-cv-08636 | 9/3/2017 | PFS Not Substantially Complete | sanofi |
| 222 | Zimmerman | Kathy | 2:18-cv-12471 | 12/05/2018 | No Signed/Verified PFS | 505 |
| 223 | Zito | Liz | 2:18-cv-12474 | 12/05/2018 | No Signed/Verified PFS | 505 |

*Cases identified with an asterisk are also identified on Exhibit B.