# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Description | Defendant List |
|---|------|-------|----------------|---------------------|----------------------------|----------------|
| 1 | Allen | Angela | 2:18-cv-13339 | 12/11/2018 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 |
| 2 | Bell | Jessie | 2:18-cv-12894 | 12/8/2018 | PFS Not Substantially Complete | sanofi |
| 3 | Brown | Margarette | 2:18-cv-09621 | 10/16/2018 | PFS Not Substantially Complete | sanofi |
| 4 | Caruso | Sylvia H | 2:18-cv-12896 | 12/8/2018 | PFS Not Substantially Complete | sanofi |
| 5 | Cherry | Pearl | 2:18-cv-12770 | 12/7/2018 | PFS Not Substantially Complete | sanofi |
| 6 | Downing | Monica | 2:18-cv-12781 | 12/7/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 7 | Gilbert | Jeannie | 2:18-cv-12802 | 12/7/2018 | PFS Not Substantially Complete | sanofi |
| 8 | Pratt | Ruby E | 2:17-cv-09790 | 9/28/2017 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 9 | Pulley | Frances | 2:18-cv-13713 | 12/13/2018 | PFS Not Substantially Complete | sanofi |
| 10 | Schaar | Linda | 2:18-cv-12915 | 12/8/2018 | No CMO 12A | Both sanofi and 505 |
| 11 | Smith | Christine | 2:18-cv-12916 | 12/8/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 12 | Smith | Dorothy | 2:18-cv-13557 | 12/12/2018 | PFS Not Substantially Complete | sanofi |
| 13 | Taylor | Lisa | 2:18-cv-12917 | 12/8/2018 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 |
| 14 | Tillman | Barbara | 2:18-cv-12887 | 12/8/2018 | PFS Not Substantially Complete | sanofi |
| 15 | Young | Joanne | 2:18-cv-12891 | 12/8/2018 | PFS Not Substantially Complete; No CMO 12A | sanofi |