UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Renee Washington
**Case No.:** 18-cv-11639

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Renee Washington whose case is on a Notice of Non-Compliance to be heard by the Court on January 9, 2019. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: December 26, 2019

Alexandra W. Robertson, Esq.
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: 612-436-1800
Fax: 612-436-1801
arobertson@johnsonbecker.com