UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| STANICA CAFFEE, | ) | MDL NO. 2740 |
| | ) | SECTION "H" (5) |
| Plaintiff | ) | |
| | ) | JUDGE TRICHE MILAZZO |
| vs. | ) | MAG. JUDGE NORTH |
| | ) | |
| HOSPIRA, INC., | ) | Civil Action No.: 2:19-cv-11985 |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 8721);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's motion in the member case.

New Orleans, Louisiana, this 30th day of December, 2019.

_____
JUDGE TRICHE MILAZZO
UNITED STATES DISTRICT COURT