## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE JANE TRICHE MILAZZO |
| Michelle Pugsley | : | |
| Civil Action No. 2:18-cv-06716 | : | |

## ORDER

Before the Court is a Joint Motion to Withdraw and Substitute Counsel (Doc. 8739);

**IT IS ORDERED** that the Motion is **GRANTED** and that Jessica L. Richman of the law firm of Parker Waichman LLP is withdrawn as counsel for the Plaintiff and that Christine M. Durant of the law firm of Parker Waichman LLP is substituted as counsel of record for the Plaintiff.

New Orleans, Louisiana, this 30th day of December, 2019.

_____
JUDGE JANE TRICHE MILAZZO