IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | * * * * * * | **MDL NO. 2740**<br><br>**SECTION: "H" 5** |
| **This Document Relates To:**<br>*Judy Vanlandingham* | * * * | **CIVIL ACTION NO. 2:17-cv-17350** |

**ORDER**

Before the Court is an Unopposed Motion to Amend (Doc. 8752);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 30th day of December, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT