UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Kimberly Musette Crosby
Case No.: 17-cv-04792

# ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend (Doc. 8780);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached the Plaintiff's Motion in the member case. Previously named Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services, Inc. f/k/a Sanofi Aventis US, Inc., and Sanofi-Aventis US LLC are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 30th day of December, 2019.

_____
The Hon. Jane Triche Milazzo