UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Nicole Brown
**Case No.:** 2:18-CV-12586

## DECLARATION

I, Daniel P. Markoff, have attempted to reach my client, Nicole Brown, on the following dates: 9/20/18, 9/24/18, 12/5/18, 12/11/18, 12/13/18, 12/31/18, 1/2/19, 1/21/19, 2/3/19, 2/13/19, 2/29/19, 3/4/19, 3/11/19, 3/12/19, 3/18/19, 3/19/19, 4/3/19, 4/19/19, 4/22/19, 5/2/19, 5/20/19, 6/3/19, 6/10/19, 6/12/19, 6/17/19, 6/25/19, 7/1/19, 7/12/19, 7/16/19, 7/17/19, 8/6/19, 8/20/19, 9/5/19, 9/12/19, 9/24/19, 9/30/19, 10/8/19, 10/14/19, 10/28/19, 11/5/19, 11/13/19 by (check all that apply) X telephone, X e-mail, X text message, ____ social media, X U.S. Mail, X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Daniel P, Markoff*
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com