UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| LINDA RODRIGUEZ<br><br>        Plaintiff(s),<br><br>vs.<br><br>HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC, and HOSPIRA, INC.<br><br>        Defendant(s).<br>------------------------------------------------------------- | : : : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br><br>Civil Action No.: <u>2:19-cv-2177</u> |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff, Linda Rodriguez, by and through her Counsel, **with the consent of Defendants**, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter. This motion also dismisses with prejudice previously named defendants Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC. The copy of the First Amended Short Form Complaint is attached as Exhibit "A" to this Motion, and a Memorandum in Support of this Motion is being filed herewith.

                                                   Respectfully submitted,

                                                   <u>/s/ Aaron C. Johnson</u>
                                                   Aaron C. Johnson, MO # 38756
                                                   David G. Summers, MO # 42290
                                                   Summers & Johnson, P.C.
                                                   717 Thomas Street
                                                   Weston, MO 64098
                                                   (816) 640-9940
                                                   Fax (816) 386-9927

                                            aaron@summersandjohnson.com
                                            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 31, 2019 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            <u>/s/ Aaron C. Johnson, Attorney for Plaintiff</u>