UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **LINDA RODRIGUEZ** | : : | **COMPLAINT & JURY DEMAND** |
| Plaintiff(s), | : : | |
| vs. | : : | |
| **HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC,** and **HOSPIRA, INC.** | : : : : : | Civil Action No.: **2:19-cv-2177** |
| Defendant(s). | : : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint;

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

This _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT

1