UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Marilyn Rivera_____
Case No.: 2:19-cv-00809-JTM-MBN_____

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent _Marilyn Rivera___ whose case is on a Notice of Non-Compliance to be heard by the Court on January 9, 2020__. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: __January 2__, 2020

*/S/ William H. Barfield_____*
William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24031725
McDonald Worley, P.C.
Phone: (713) 523-5500