UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Delores Jackson
**Case No.:** 2:17-cv-09355

## DECLARATION

　　　I, Jessica A. Reynolds, have attempted to reach my client, Delores Jackson on the following dates: 4/23/2018, 4/30/2018, 5/3/2018, 5/7/2018, 5/17/2018, 9/18/2018, 11/12/2018, 11/14/2018, 11/27/2018, 12/4/2018, 1/9/2019, 10/10/2019 and 10/14/2019.

by (check all that apply) X telephone, X e-mail, ____ text message, X social media, X U.S. Mail, X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.


 /s/ Jessica A. Reynolds
Jessica A. Reynolds (LA Bar# 34024)
Pendley, Baudin & Coffin L.L.P.
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com