UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Cynthia Thibodeaux
Case No. 2:16-cv-15859

### *EX PARTE* MOTION FOR LEAVE TO FILE PLEADING AND EXHIBITS UNDER SEAL

NOW INTO COURT comes Plaintiff, Cynthia Thibodeaux, who respectfully requests leave of Court to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Cynthia Thibodeaux, and Exhibits A through S, under seal. For the reasons set forth in the attached Memorandum in Support, Plaintiff respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced exhibits to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Deborah Johnson should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and the aforementioned Plaintiff's Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations Grounds, against Plaintiff Cynthia Thibodeaux, and attached exhibits A through S, be filed UNDER SEAL.

| | |
|---|---|
| Dated: January 3, 2020 | Respectfully submitted, |
| | |
| | /s *Richard L. Root* |
| | Richard L. Root La# 19988 |
| | Betsy Barnes La# 19473 |
| | Morris Bart, LLC |
| | 601 Poydras Street |
| | 24th Floor |
| | New Orleans, LA 70130 |
| | Phone: (504) 525-8000 |
| | Fax: (504) 599-3392 |
| | rroot@morrisbart.com |
| | bbarnes@morrisbart.com |
| | lgodshall@morrisbart.com |
| | Attorneys for Plaintiff |