UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO
Cynthia Thibodeaux
Case No. 2:16-cv-15859

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiff, through undersigned counsel, who respectfully hereby provides notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. Plaintiff's Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations Grounds Against Plaintiff Deborah Johnson, and attached Exhibit A through S.

Undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: January 3, 2020          Respectfully submitted,

         /s *Richard L. Root*
         Richard L. Root La# 19988
         Betsy Barnes La# 19473
         Morris Bart, LLC
         601 Poydras Street
         24th Floor
         New Orleans, LA 70130
         Phone: (504) 525-8000
         Fax: (504) 599-3392
         rroot@morrisbart.com
         bbarnes@morrisbart.com
         Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify on on January 3, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Richard L. Root*