UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Cynthia Thibodeaux
Case No. 2:16-cv-15859

### [PROPOSED] ORDER

### *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Considering the foregoing *Ex Parte* Motion for Leave to File Plaintiff's Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Cynthia Thibodeaux, and Exhibits A through S Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Cynthia Thibodeaux, and Exhibits A through S, UNDER SEAL.

New Orleans, Louisiana, this ___ of January, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1