UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| ------------------------------------------------------------ | : | SECTION "H" (5) JUDGE MILAZZO |
| MARY MORRIS | : : | MAG. JUDGE NORTH COMPLAINT & JURY DEMAND |
| Plaintiff(s), | : : | |
| vs. | : : | Civil Action No.: 2:19-cv-5115 |
| SANDOZ, INC. | : : | |
| Defendant(s). | : | |
| ------------------------------------------------------------ | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff, Mary Morris, by and through her Counsel, **with the consent of Defendants**, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter. This motion also dismisses with prejudice previously named defendants Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC. The copy of the First Amended Short Form Complaint is attached as Exhibit "A" to this Motion, and a Memorandum in Support of this Motion is being filed herewith.

          Respectfully submitted,

          /s/ Aaron C. Johnson
          Aaron C. Johnson, MO # 38756
          David G. Summers, MO # 42290
          Summers & Johnson, P.C.
          717 Thomas Street
          Weston, MO 64098
          (816) 640-9940
          Fax (816) 386-9927
          aaron@summersandjohnson.com
          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 3, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aaron C. Johnson, Attorney for Plaintiff