UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| ------------------------------------------------------------ | : | SECTION "H" (5) JUDGE MILAZZO |
| MARY MORRIS | : : | MAG. JUDGE NORTH COMPLAINT & JURY DEMAND |
| Plaintiff(s), | : : | |
| vs. | : : | Civil Action No.: 2:19-cv-5115 |
| SANDOZ, INC. | : : | |
| Defendant(s). ------------------------------------------------------------ | : : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff, Mary Morris, by and through her attorneys, **with the consent of Defendants**, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief that Plaintiff was provided Taxotere/Docetaxel chemotherapy produced by Sanofi US Services Inc., fka Sanofi-Aventis US Inc. and Sanofi-Aventis US LLC. Her original suit was filed on March 29, 2019.

Subsequent to the filing of her original lawsuit, Plaintiff's counsel has obtained product identification that indicates another entity, Sandoz, Inc., manufactured the docetaxel administered to Plaintiff.  Plaintiff now requests leave of court to amend her short form complaint to name the manufacturer of the docetaxel administered to her. This motion also dismisses with prejudice previously named defendants Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC.

1

Pursuant to PTO no. 37A, on November 22, 2019, Plaintiff's counsel notified counsel for Defendants Sanofi US Services Inc., fka Sanofi-Aventis US Inc., Sanofi-Aventis US LLC, and Sandoz, Inc., as well as Defense Liaison Counsel John Olinde and Douglas Moore for consent or opposition to this motion. On November 25, 2019, Plaintiff's counsel received a response from counsel for Sanofi-Aventis US LLC stating that with certain modifications (which have been made), the Sanofi defendants do not object to the filing of Plaintiff's First Amended Short Form Complaint.  Counsel for Sandoz Inc. responded on December 2, 2019 stating that they **do not oppose** the motion for leave to file Plaintiff's First Amended Short Form Complaint. **Accordingly, Plaintiff now files its motion for leave to amend unopposed as set out in PTO no. 37A**.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is attempting to name the correct defendant. Plaintiff contends that no party will be prejudiced by this change, as this case is still in an early stage, **and the parties to be added have stated that they do not oppose the motion.** As a result, Plaintiff hereby requests that its **Unopposed** Motion for Leave to File First Amended Short Form Complaint be granted.

The First Amended Short Form Complaint is attached to her Motion as Exhibit A.

Respectfully submitted,

/s/ Aaron C. Johnson
Aaron C. Johnson, MO # 38756
David G. Summers, MO # 42290
Summers & Johnson, P.C.
717 Thomas Street
Weston, MO 64098
(816) 640-9940
Fax (816) 386-9927
aaron@summersandjohnson.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 3, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aaron C. Johnson, Attorney for Plaintiff