**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| ------------------------------------------------- : | | **JUDGE MILAZZO** |
| **MARY MORRIS** | : | **MAG. JUDGE NORTH** |
| | : | **COMPLAINT & JURY DEMAND** |
| Plaintiff(s), | : | |
| | : | **Civil Action No.: 2:19-cv-5115** |
| vs. | : | |
| | : | |
| **SANDOZ, INC.** | : | |
| | : | |
| Defendant(s). | : | |
| ------------------------------------------------- : | | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint;

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

This _____ day of January, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT

1