UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **MARGARET SIMPSON** , <br><br>Plaintiff(s),<br><br>vs.<br><br>**HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC,** and **HOSPIRA, INC.**<br><br>Defendant(s). | : : : : : : : : : : : : : | **COMPLAINT & JURY DEMAND**<br><br><br>Civil Action No.: **2:19-cv-2128** |

---

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff, Margaret Simpson, by and through her Counsel, **with the consent of Defendants**, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter. This motion also dismisses with prejudice previously named defendants Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC. The copy of the First Amended Short Form Complaint is attached as Exhibit "A" to this Motion, and a Memorandum in Support of this Motion is being filed herewith.

Respectfully submitted,

/s/ Aaron C. Johnson
Aaron C. Johnson, MO # 38756
David G. Summers, MO # 42290
Summers & Johnson, P.C.
717 Thomas Street
Weston, MO 64098
(816) 640-9940
Fax (816) 386-9927

1

                                          aaron@summersandjohnson.com
                                          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 3, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          /s/ Aaron C. Johnson, Attorney for Plaintiff