# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| | **JUDGE MILAZZO** |
| | **MAG. JUDGE NORTH** |
| **MARGARET SIMPSON**, | |
| | **COMPLAINT & JURY DEMAND** |
| Plaintiff(s), | |
| vs. | |
| | Civil Action No.: **2:19-cv-2128** |
| **HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC,** and **HOSPIRA, INC.** | |
| Defendant(s). | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint;

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

This _____ day of January, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT

1