UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Brittany J. Meece
**Case No.:** 2:19-cv-11387

### DECLARATION

I, _____Hunter J. Shkolnik___, have attempted to reach my client, _Brittany J. Meece_____ on the following dates: From 11/21/2018 – 10/31/2019 by _X__ telephone, _X__ e-mail, _X__ text message, __X__ social media, ___ U.S. Mail, _X_ Certified Mail, _X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Hunter J. Shkolnik
Hunter J. Shkolnik, Esq.
**Napoli Shkolnik, PLLC**
400 Broadhollow Road
Suite 305
Melville, NY 11747
(856)988-5574/(212)397-1000
Hunter@NapoliLaw.com