# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Plaintiff Name: Barbara Humphrey <br> Case No.: 2:16-cv-16674 | | |

## MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Barbara Humphrey, by and through counsel, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter. A copy of the Amended Short Form Complaint is attached as Exhibit "A' to this Motion.

Dated this 6th day of January, 2020.

Respectfully submitted,

**THE GOSS LAW FIRM, P.C.**

*/s/ Peter E. Goss*
Peter E. Goss. Esq.
THE GOSS LAW FIRM, P.C.
1501 Westport Road
Kansas City, MO 64111
816-336-1300
816-336-1310 (Fax)
pgoss@goss-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

*/s/ Peter E. Goss*
Peter E. Goss. Esq.
THE GOSS LAW FIRM, P.C.
1501 Westport Road
Kansas City, MO 64111
816-336-1300
816-336-1310 (Fax)
pgoss@goss-lawfirm.com

ATTORNEYS FOR PLAINTIFFS