UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| ) | SECTION "H" (5) |
| ) | JUDGE MILAZZO |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Plaintiff Name: Barbara Humphrey ) | |
| Case No.: 2:16-cv-16674 ) | |
| ) | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached to Plaintiff's Motion and it is deemed filed as of the date of the motion, January 6th, 2020.

SO ORDERED this _____ day of _____, 2020.

_____

Hon. Jane Triche Milazzo