UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Deborah Venezia**
**Case No.: 2:17-cv-12868**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Deborah Venezia, whose case is on a Notice of Non-Compliance to be heard by the Court on January 9, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.


Dated:  January 6, 2020

/s/ Alyssa J. White
Alyssa J. White
Johnson Law Group
2925 Richmond Avenue, Ste 1700
Houston, TX 77098
(713) 626-9336
awhite@johnsonlawgroup.com