**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                                   **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                 **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Lorane Fought**
**Case No.: 2:19-cv-11148**

## STATEMENT OF PLAINTIFF'S COUNSEL

        I represent Lorane Fought whose case is on a Notice of Non-Compliance to be heard by
the Court on January 9, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and
promptly advised my client unless the deficiency is cured, the case could be dismissed with
prejudice.

        The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: January 6, 2020                          /s/ Tarek C. Abbassi_____
                                                **FEARS NACHAWATI, PLLC**
                                                Tarek C. Abbassi, #24096225
                                                5473 Blair Road
                                                Dallas, Texas 75231
                                                Telephone: (214) 890-0711
                                                Fax: (214) 890-0712
                                                tabbassi@fnlawfirm.com