UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                                 SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Catherine Schaeffer**
**Case No.: 2:18-cv-01600**

**STATEMENT OF PLAINTIFF'S COUNSEL**

      I represent Catherine Schaeffer whose case is on a Notice of Non-Compliance to be heard by the Court on January 9, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

      The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 6, 2020                                    **BACHUS & SCHANKER, LLC**

                                                                             By: */s/ J.Christopher Elliott*
                                                                             Christopher Elliott, Esq.
                                                                             Bachus & Schanker, LLC
                                                                             1899 Wynkoop Street Suite 700
                                                                             Denver, CO 80238
                                                                             Telephone: (303)893-8900
                                                                             Facsimile: (303) 893-9900
                                                                             Email: celliott@coloradolaw.net

                                                                             *Attorney for Plaintiffs*