UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
Cynthia Thibodeaux
Case No. 2:16-cv-15859

## ORDER

Before the Court is an *Ex Parte* Motion for Leave to File Plaintiff's Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Cynthia Thibodeaux, and Exhibits A through S Under Seal (Doc. 8890);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiff's Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Cynthia Thibodeaux, and Exhibits A through S, **UNDER SEAL**.

New Orleans, Louisiana, this 6th day of January, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE