UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Kasandra Grubbs
Case No.: 2:19-cv-10921

# DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Kasandra Grubbs, on the following dates: 6/19/19, 11/7/19, 11/8/19, 11/11/19, 11/19/19, 11/21/19, 11/22/19, 11/25/19, 12/3/19, 12/5/19, 12/6/19, 12/26/19, 12/31/19

by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ other (skip-traced, sent someone to the last known residence), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*