UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Laura Riggs**
**Case No.: 2:19-cv-11870**

# DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Laura Riggs, on the following dates: 8/6/19, 9/20/19, 10/3/19, 10/8/19, 10/14/19, 10/23/19, 10/28/19, 10/29/19, 11/4/19, 11/11/19, 11/20/19, 12/5/19, 1/2/19, 1/3/19 by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to her last known address), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

BACHUS & SCHANKER, LLC

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*