## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Civil Action No.: **2:18-cv-06269** | |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU <u>MUST</u> CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☒ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this <u>6th</u> day of <u>January</u>, 2020

**REICH & BINSTOCK**
<u>/s/ Robert J. Binstock</u>
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
<u>dreich@reichandbinstock.com</u>
<u>bbinstock@reichandbinstock.com</u>

*ATTORNEYS FOR PLAINTIFF*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on <u>January 6</u>, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>January 6</u>, 2020                    <u>/s/ Robert J. Binstock</u>
                                               Robert J. Binstock