UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
CASES LISTED IN EXHIBIT A

### DEFENDANTS' OMNIBUS MOTION TO STRIKE AMENDMENTS TO THE SECOND AMENDED MASTER COMPLAINT THROUGH PLAINTIFFS' SHORT FORM COMPLAINTS

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court to strike the amended Short Form Complaints ("SFC") filed by the Plaintiffs identified in Exhibit A. These amended SFCs attempt to alter and expand the Second Amended Master Complaint ("Master Complaint") and were filed by the Plaintiffs identified in Exhibit A without seeking leave from the Court or conferring with Sanofi. As more fully set forth in the attached Memorandum in Support, Plaintiffs use their respective amended SFCs to make the same changes proposed by all Plaintiffs in their Motion to Amend the Long-Form Complaint (Doc. 8334), and the PSC's Motion for Leave to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs (Doc. 8577), both of which the Court has previously denied. *See* Order and Reasons (Doc. 8702); Order and Reasons (Doc. 8703). Thus, for the same reasons set forth in the Court's December 12, 2019, Orders, the Court should strike Plaintiffs' renewed identical attempt to use the SFC to circumvent the procedure for amending the Master Complaint as futile and prejudicial.

WHEREFORE, Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. respectfully request that this Court strike Plaintiffs' amendments to their respective Short Form Complaints.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*