# EXHIBIT A

| MDL Docket No. | Plaintiff Name |
|---|---|
| 2:19-cv-14479 | Corun, Akoba |
| 2:19-cv-14387 | Lane, Gwendolyn |
| 2:19-cv-14383 | Smith, Sharon |
| 2:19-cv-13668 | Armstrong, Eveline |
| 2:19-cv-13730 | Barfield, Louvenia |
| 2:19-cv-13727 | Beckham, Betty Jean |
| 2:19-cv-13731 | Brown, Palmerita |
| 2:19-cv-13780 | Bruton, Estella |
| 2:19-cv-13684 | Campbell, Carolyn |
| 2:19-cv-13740 | Carr, Veronica |
| 2:19-cv-14312 | Carter, Brenda |
| 2:19-cv-14202 | Chappell, Valinda |
| 2:19-cv-13728 | Charles, Aldonia |
| 2:19-cv-13659 | Dickens, Jacqueline |
| 2:19-cv-13771 | Eisiliones, Lauren |
| 2:19-cv-13737 | Fleming, Leighann |
| 2:19-cv-13670 | Gibbs, Lisa |
| 2:19-cv-14109 | Housel, Jean |
| 2:19-cv-13943 | Howell, Antoinette |
| 2:19-cv-14151 | Iacovelli, Patricia |
| 2:19-cv-14213 | Jackson, Karen |
| 2:19-cv-13777 | Jones, Donna |
| 2:19-cv-13946 | Jones, Tosha |
| 2:19-cv-13686 | Knight, Bobbie |
| 2:19-cv-13661 | Ladson, Corliss |
| 2:19-cv-14328 | Lindsey, Mechalene |
| 2:19-cv-13940 | Mays, Angela |
| 2:19-cv-13944 | Might, Beverly |
| 2:19-cv-13766 | Ogorman, Margarita |
| 2:19-cv-13669 | Ollis, Valerie |
| 2:19-cv-14339 | Reilly, Coralia |
| 2:19-cv-14101 | Warden, Kelly |
| 2:19-cv-14084 | West, Robin |
| 2:19-cv-14007 | Woods, Nita |
| 2:19-cv-14087 | Woods, Wanda |