UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Hester Anderson
Case No.: 2:18-cv-02763-KDE-MBN

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Hester Anderson whose case is on a Notice of Non-Compliance to be heard by the Court on January 9, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 6, 2020      /s/Betsy J. Barnes_____
    Betsy J. Barnes (LA Bar # 19473)
    Rick L Root (LA Bar # 19988)
    John Christian Enochs (LA Bar#22774)
    MORRIS BART, LLC
    601 Poydras Street, 24th Floor
    New Orleans, LA 70130
    Telephone: 504.525.8000
    Facsimile: 504.599.3392
    bbarnes@morrisbart.com
    rroot@morrisbart.com
    jenochs@morrisbart.com

    COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: January 6, 2020                     /s/Betsy J. Barnes_____
                                           Betsy J. Barnes (LA Bar # 19473)
                                           MORRIS BART, LLC
                                           601 Poydras Street, 24th Floor
                                           New Orleans, LA 70130
                                           Telephone: 504.525.8000
                                           Facsimile: 504.599.3392
                                           bbarnes@morrisbart.com
                                           rroot@morrisbart.com

                                           COUNSEL FOR PLAINTIFF