UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Tina Johnson**
**Case No.: 2:17-cv-16205**

## DECLARATION

　　　I, J. Christopher Elliott, have attempted to reach my client, Tina Johnson, on the following dates: 9/5/18, 12/6/19 by (check all that apply) __x__ telephone, ____ e-mail, ____ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ other (skip traced but cannot find valid phone number or address), and my client has not been responsive to my communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　　　　　　BACHUS & SCHANKER, LLC

　　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ J.Christopher Elliott*
　　　　　　　　　　　　　　　　　　　　　　　Christopher Elliott, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Bachus & Schanker, LLC
　　　　　　　　　　　　　　　　　　　　　　　1899 Wynkoop Street Suite 700
　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80238
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (303)893-8900
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (303) 893-9900
　　　　　　　　　　　　　　　　　　　　　　　Email: celliott@coloradolaw.net

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*