UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Karen Alderson**
**Case No.: 2:19-cv-11810**

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Karen Alderson, on the following dates: 6/25/19, 7/1/19, 8/6/19, 9/17/19, 9/18/19, 11/7/19, 11/8/19, 11/22/19, 12/2/19, 12/4/19, 12/6/19, 12/26/19, 1/3/20,

by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to her last known address and skip traced), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*