UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Charlene Reeves**
**Case No.: 2:19-cv-11992**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Charlene Reeves whose case is on a Notice of Non-Compliance to be heard by the Court on January 9, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 6, 2020          **BACHUS & SCHANKER, LLC**

         By: */s/ J.Christopher Elliott*
         Christopher Elliott, Esq.
         Bachus & Schanker, LLC
         1899 Wynkoop Street Suite 700
         Denver, CO 80238
         Telephone: (303)893-8900
         Facsimile: (303) 893-9900
         Email: celliott@coloradolaw.net

         *Attorney for Plaintiffs*