UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION
                                                          SECTION "H" (5)
THIS DOCUMENT RELATES TO:

Cynthia Thibodeaux, Case No. 2:16-cv-15859.

# ORDER

Considering the Motion for Leave to File Reply in Support of Motion for Summary Judgment Based on the Statute of Limitations against Plaintiff, Cynthia Thibodeaux, filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of Motion for Summary Judgment Based on the Statute of Limitations is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE