UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Polly Spears
**Case No.:** 2:17-cv-15067

# DECLARATION

I, Daniel P. Markoff, have attempted to reach my client, Polly Spears, on the following dates: 12/5/18, 3/15/19, 8/8/19, 9/17/19, 9/24/19, 11/6/19, 11/8/19, 11/11/19, 11/12/19, 11/14/19, 11/18/19,

by (check all that apply) X telephone,  X text message,  X U.S. Mail, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Daniel P, Markoff*
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com