# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | MDL NO. 2740 |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | SECTION "H" (5) |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | JUDGE MILAZZO |
| ***Margaret Pollard v. Sanofi-Aventis U.S.*** | : | MAG. JUDGE NORTH |
| ***LLC, et al.,*** | : | |
| | : | **NOTICE OF PARTIAL DISMISSAL** |
| ***Civil Action No. 2:17-cv-8598*** | : | **WITH PREJUDICE AS TO ALL EXCEPT** |
| | : | **HOSPIRA WORLDWIDE, LLC. AND** |
| | : | **HOSPIRA, INC.** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of January 2020.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: /s/Amy Collignon Gunn
   John G. Simon
   Amy Collignon Gunn
   800 Market Street, Ste. 1700
   St. Louis, MO 63101
   Phone: 314-241-2929
   Fax: 314-241-2029
   jsimon@simonlawpc.com
   agunn@simonlawpc.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 7th day of January 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: <u>/s/Amy Collignon Gunn</u>
        Amy Collignon Gunn