UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Veronica Collins-Brown v. Sanofi-Aventis U.S. LLC, et al.,*<br><br>Civil Action No. 2:17-cv-15616<br>_____ | : : : : : : : : | JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC. AND ACCORD HEALTHCARE, INC.** |

     Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc. and Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

     Dated this 7th day of January 2020.

                                Respectfully submitted,

                                **THE SIMON LAW FIRM, P.C.**

                          By: /s/Amy Collignon Gunn
                             John G. Simon
                             Amy Collignon Gunn
                             800 Market Street, Ste. 1700
                             St. Louis, MO 63101
                             Phone: 314-241-2929
                             Fax: 314-241-2029
                             jsimon@simonlawpc.com
                             agunn@simonlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/Amy Collignon Gunn
Amy Collignon Gunn