UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

Cases listed on attached Exhibit A.

---

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFFS WHOSE TAXOTERE TREATMENT STARTED BEFORE DECEMBER 15, 2006

---

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on the claims of all Plaintiffs who started their Taxotere treatments before December 15, 2006. For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant Sanofi's Motion for Summary Judgment.

In brief, the overwhelming majority of jurisdictions recognize that a prescription drug manufacturer has a duty to warn of risks that the manufacturer knew or should have known of at the time of manufacture. The Plaintiffs' Steering Committee ("PSC") has provided no evidence that Sanofi knew or should have known of a possible causal association between Taxotere and permanent hair loss before December 15, 2006. The PSC's evidence, in fact, confirms Sanofi's position. The PSC's regulatory expert, Dr. David Kessler, has consistently testified that reasonable evidence of a causal association between Taxotere and permanent hair loss existed no earlier than December 15, 2006. As a matter of law, Plaintiffs who started their Taxotere treatments before this date cannot maintain claims against Sanofi for failing to warn of an unknowable risk.

Accordingly, the Court should enter summary judgment on the claims of all Plaintiffs identified in Sanofi's Memorandum in Support.

Date: January 7, 2020

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA 70130
        Telephone: 504-310-2100
        Facsimile: 504-310-2120
        dmoore@irwinllc.com

        Harley Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        hratliff@shb.com
        abyard@shb.com

        ***Counsel for sanofi-aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        */s/ Douglas J. Moore*