UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Cases listed on attached Exhibit A. | |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFFS WHOSE TAXOTERE TREATMENT STARTED BEFORE DECEMBER 15, 2006**

Sanofi hereby submits this Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment, pursuant to Local Rule 56.1:

1. In 1996, the Food and Drug Administration ("FDA") first approved Taxotere. Ex, E, FDA Approval of Taxotere (Sanofi_00688845).

2. The Plaintiffs Steering Committee ("PSC") has repeatedly designated David Kessler, M.D., to testify about regulatory and label issues, including when there first existed reasonable evidence of a causal association between Taxotere and irreversible alopecia requiring, in his opinion, Sanofi to change the Taxotere label. Ex. C, Kessler Rpt. at 87–88.

3. Dr. Kessler is the only expert designated by the PSC to opine on those issues.

4. The initial Taxotere label approved by the FDA in 1996 included information about the risk of alopecia. Rec. Doc. 7973 at 2.

5. The label also included a patient package insert, which stated, "[l]oss of hair occurs in most patients taking Taxotere (including the hair on your head, underarm hair, pubic hair,

eyebrows, and eyelashes).  Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatments, hair generally grows back." *See id.*

6. This language in the Taxotere label remained unchanged when the medicine was approved by the FDA in 2004 for the adjuvant treatment of certain breast cancers.  *Id.*

7. Dr. Kessler was the FDA Commissioner when Taxotere and its label were initially approved by the FDA in 1996.  Ex. F, Sept. 17, 2019 Trial Tr. 408:21–409:8.  Further, Dr. Kessler does not dispute the adequacy of the 1996 and 2004 Taxotere labels.  *Id.* at 434:9–12; 435:6–10.

8. Instead, Dr. Kessler's opinion is that Sanofi should have updated the Taxotere label to warn of the risk of irreversible alopecia "by as early as 2009," which he clarified as being ***no earlier than December 15, 2006***.  Ex. C, Kessler Rpt. at 54; Ex. G, Kessler Suppl. Rpt. at 1; Ex. H, Dec. 20, 2018 Kessler Dep. 137:9-138:10, 250:17–252:1; Ex. F, Sept. 17, 2019 Trial Tr. 331:3-10, 386:15-24; Ex. I, Nov. 26, 2019 Kessler Dep. 158:10-18.

Date: January 7, 2020

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

>Harley Ratliff
>Adrienne L. Byard
>**SHOOK, HARDY & BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile: 816-421-5547
>hratliff@shb.com
>abyard@shb.com
>
>*Counsel for sanofi-aventis U.S. LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

>*/s/ Douglas J. Moore*