# EXHIBIT E



DEPARTMENT OF HEALTH & HUMAN SERVICES          Public Health Service

                                                Food and Drug Administration
                                                Rockville MD 20857

NDA 20-449

Rhone-Poulenc Rorer                              MAY 14 1996
500 Arcola Road
P.O. Box 1200
Collegeville, Pennsylvania 19426-0107

Attention:   Max W. Talbott, Ph.D.
             Vice President
             Worldwide Regulatory Affairs

Dear Dr. Talbott:

Please refer to your July 24, 1994 new drug application and your resubmission dated December 1, 1995 under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Taxotere (docetaxel) for Injection Concentrate.

We acknowledge receipt of your amendments dated October 13 and November 7, 1994; January 20, May 23, and December 1, 1995; and February 28, 1996.

This new drug application provides for the treatment of patients with locally advanced or metastatic breast cancer who have progressed during anthracycline-based therapy or have relapsed during anthracycline-based adjuvant therapy.

We have completed the review of this application, including the submitted draft labeling, according to the regulations for accelerated approval and have concluded that adequate information has been presented to approve Taxotere (docetaxel) for Injection Concentrate for use as recommended in the enclosed marked-up draft labeling. Accordingly, the application is approved under 21 CFR 314.510. Approval is effective on the date of this letter.

Products approved under the Accelerated Approval Regulations 21 CFR 500 require further adequate and well-controlled studies to verify and describe clinical benefit. In this regard, we acknowledge your commitment in your letter dated November 21, 1995 to completing the following four controlled clinical trials and request that you submit the complete finding of these studies as soon as possible for our review to satisfy the requirements of the Accelerated Approval Regulations.

1.   Ongoing studies in advanced breast cancer comparing docetaxel at 100 mg/m$^2$ with paclitaxel (TAX311), with doxorubicin (TAX303), and with mitomycin C/vinblastine (TAX304). For studies TAX311 and TAX304, sufficient numbers of anthracycline-resistant patients should be accrued to

NDA 20-449
Page 2

confirm the response rate and toxicity profile of docetaxel in the patient population for which approval is based and to assess the clinical benefit of Taxotere.

2. An ongoing study in second line breast cancer comparing docetaxel 100 with docetaxel 75 mg/m$^2$ and assessing the clinical benefit of Taxotere. Serious consideration should be given to adding a 60 mg/m$^2$ dose (patients progressing after 2 cycles on the low dose could be retreated at a higher dose, assuming the higher dose can be tolerated).

The final printed labeling (FPL) must be identical to the enclosed marked-up draft labeling. Marketing the product with FPL that is not identical to this draft labeling may render the product misbranded and an unapproved new drug.

Please submit sixteen copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy weight paper or similar material. For administrative purposes this submission should be designated "FINAL PRINTED LABELING" for approved NDA 20-449. Approval of this submission by FDA is not required before the labeling is used.

Should additional information relating to the safety and effectiveness of the drug become available, revision of that labeling may be required.

We remind you of your Phase 4 commitments specified in your submission dated November 21, 1995 and our October 27, 1995 approvable letter. These commitments, along with any completion dates agreed upon, are listed below. Protocols, data, and final reports should be submitted to your IND for this product and a copy of the cover letter sent to this NDA. Should an IND not be required to meet your Phase 4 commitments, please submit protocol, data, and final reports to this NDA as correspondences. For administrative purposes, all submissions, including labeling supplements, relating to these Phase 4 commitments must be clearly designated "Phase 4 Commitments."

You have agreed to complete and submit results of the following studies:

1. An ongoing comparison of different corticosteroid premedications for the amelioration of fluid retention. Please provide the study protocol as part of your response to this letter.

2. An ongoing study of the benefit of G-CSF with respect to myelotoxicity

NDA 20-449
Page 3

endpoints (febrile neutropenia, infection, duration of neutropenia, septic deaths). Please provide the study protocol as part of your response to this letter.

3. Ongoing and future studies in patients with elevated bilirubin or patients with combined elevations of transaminase and alkaline phosphatase to define safe and effective doses for such patients. Such studies should include pharmacokinetic evaluation in addition to assessment of efficacy and safety. Please provide existing protocols as part of your response to this letter.

4. The safety registration study required by the regulatory authorities in Europe.

5. Further exploration of pharmacokinetics/pharmacodynamic relationships, specifically toxicity and response. Rates of toxicity remain high, even in patients without combined alkaline phosphatase and transaminase elevations. The multivariate analysis indicates that risk of febrile neutropenia **decreases** as alpha-1 acid glycoprotein (and presumably docetaxel exposure) levels **increase**, a surprise as the clearance of docetaxel decreases with increasing levels of alpha-1 acid glycoprotein. Exploration of pharmacokinetic/pharmacodynamic relationships may be able to identify a correlation between docetaxel exposure and response rate. This could lead to definition of a therapeutic window and a means, e.g., through use of a test dose and blood level measurement that would allow physicians to maximize the likelihood for a positive clinical response and minimize toxicity. Although this would represent considerable effort at the time of treatment, it may be that the interpatient variability associated with metabolism through cytochrome P450 3A4 will merit such an approach. As agreed in our April 29, 1996 meeting, you will provide the study report and data demonstrating population pharmacokinetics of docetaxel in Japanese patients.

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Please submit one market package of the drug when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

Confidential Sanofi_00688847

NDA 20-449
Page 4

If you have any questions, please contact Dotti Pease, Project Manager, at (301) 594-5742.

Sincerely yours,

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

ENCLOSURE

Confidential Sanofi_00688848