# EXHIBIT K

December 1, 2018

INVOICE

Via email

ejeffcott@thelambertfirm.com

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA  70130

Re: Taxotere

Please pay to the order of:

David Kessler, Inc
9 Oxford Street
Chevy Chase, MD  20815

The amount of............................................................$79,000.00

79 hours at $1,000.00 per hour, per agreement

Wire instructions available upon request.

Please remit within 15 days.

Thank you.

EXHIBIT Kessler 3 12/20/18