# EXHIBIT L

December 31, 2018

INVOICE

Via email

Brian Abramson
babramson@williamskherkher.com

David Miceli
dmiceli@miceli-law.com

Re: <u>Taxotere</u>

Please pay to the order of:

David Kessler, Inc
9 Oxford Street
Chevy Chase, MD  20815

The amount of………………………………………………………………..$122,134.50

121.75 hours at $1,000.00 per hour, per agreement: $121,750.00
Expenses: $384.50

Wire instructions available upon request.

Please remit upon receipt.

Thank you.

