# EXHIBIT M

September 20, 2019

INVOICE

Via email

ejeffcott@forthepeople.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street
Suite 95
Pensacola, FL  32502

Re: Taxotere
(through September 19, 2019)

Please pay to the order of:

David Kessler, Inc
9 Oxford Street
Chevy Chase, MD  20815

The amount of...................................................................$195,796.00

188.5 hours at $1,000.00 per hour, per agreement: $188,500.00
Expenses: $7,296.00

Wire instructions available upon request.

Please remit upon receipt.

Thank you.



EXHIBIT 3