# EXHIBIT R

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

                                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## SECOND AMENDED PLAINTIFF FACT SHEET

        This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

        In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

        **Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

## I.    CORE CASE INFORMATION

Attorney Information

        Please provide the following information for the civil action that you filed:
        1.  Caption:  KYNA HUNT v. Sanofi S.A. et al
        2.  Court and Docket No.:  USDC E.D. La  17-04030
        3.  MDL Docket No. (if different):  16-2740

4.  Date Lawsuit Filed:  June 2, 2017
5.  Plaintiff's Attorney:  J. Kyle Bachus
6.  Plaintiff's Law Firm:  Bachus & Schanker, LLC
7.  Attorney's Address:  1899 Wynkoop St., Suite 700
                         Denver, CO 80202
8.  Attorney's Phone Number:  (303) 893-9800
9.  Attorney's Email Address:  kyle.bachus@coloradolaw.net

Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10.  Name:  HUNT, KYNA M
11.  Street Address:  ███████████████
12.  City:  St Joseph
13.  State:  MO
14.  Zip code:  64505
15.  Date of Birth:  ███████
16.  Place of Birth:  St. Louis, MO
17.  Social Security Number:  ███████
18.  Maiden or other names you have used or by which you have been known:
     Cox
19.  Sex:  Male: ☐  Female: ☒
20.  Race:

| Race | Yes |
| --- | --- |
| American Indian or Alaska Native | ☐ |
| Asian | ☐ |
| Black or African American | ☒ |
| Native Hawaiian or Other Pacific Islander | ☐ |
| White | ☐ |

21.  Ethnicity:

| Ethnicity | Yes |
| --- | --- |
| Hispanic or Latino | ☐ |
| Not Hispanic or Latino | ☒ |

22.  Primary Language:  English

Representative Information

If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person), please state the following:

    23.  Name:

    24.  Address:

    25.  Capacity in which you are representing the individual:

    26.  If you were appointed as a representative by a court, identify the State, Court and Case Number:

        a) State:

        b) Court:

        c) Case Number:

    27.  Relationship to the Represented Person:

    28.  State the date of death of the decedent: <u>--/--/----</u>

    29.  State the place of death of the decedent:

    30.  Are you filling this questionnaire out on behalf of an individual who is deceased and on whom an autopsy was performed?  Yes ☐ No ☒

*If you are completing this questionnaire in a representative capacity, please respond to these questions with respect to the person whose medical treatment involved Taxotere® or Docetaxel.*

## II.  <u>PERSONAL INFORMATION</u>

Relationship Information

    Please provide the following information for the civil action that you filed:

    1.  Are you currently:  Married: ☐ Single: ☐ Engaged: ☐
        Significant other: ☐ Divorced: ☒ Widowed: ☐ Same sex partner: ☐

    2.  Have you ever been married?  Yes ☒  No ☐

    3.  If yes, for EACH marriage, state the following:

| Spouse's Name | Dates of Marriage | Date Marriage Ended | Nature of Termination |
|---|---|---|---|
| Hunt, Darren | 06/--/1989 | 08/17/2009 | Divorce |

Education

    4.  For each level of education you completed, please check below:
        High School: ☒ Vocational School: ☐
        College:  AA: ☐ BA/BS: ☐ Masters: ☐ PhD: ☐ M.D.: ☐
        Other:

Employment

5. Are you currently employed? Yes ☒  No ☐

6. If yes, state the following:

    a) Current employer name:  <u>Wilma's In Home Angels INC</u>

    b) Address:  <u>1211 N Belt Hwy</u>
                  <u>St. Joseph , MO 64506</u>

    c) Telephone number:  <u>(816) 232-9442</u>

    d) Your position there:  <u>office manager</u>

7. Are you making a claim for lost wages or lost earning capacity?

    Yes ☐  No ☒

8. Only if you are asserting a wage loss claim, please state the following for EACH employer for the last seven (7) years:

| Name of Employer | Address of Employer | Dates of Employment | Annual Gross Income | Your Position |
|---|---|---|---|---|
| | | --/--/---- to --/--/---- ☐ Present | | |

9. Have you ever been out of work for more than thirty (30) days for reasons related to your health in the last seven (7) years?  Yes ☐  No ☒

10. If yes, please state the following:

| Name of Employer | Dates | Health Reason |
|---|---|---|
| | --/--/---- to --/--/---- ☐ Present | |

YOU MUST ATTACH TAX RETURNS, EMPLOYMENT AUTHORIZATIONS, AND IDENTIFY THE LOSS OF CONSORTIUM PLAINTIFF'S EMPLOYERS IF CLAIMING LOST WAGES OR LOST EARNING CAPACITY DAMAGES.

Worker's Compensation and Disability Claims

11. Within the last ten (10) years, have you ever filed for workers' compensation, social security,  and/or state or federal disability benefits?

    Yes ☐  No ☒

12. If yes, then as to EACH application, please state the following:

| Year Claim Filed | Court | Nature of Claimed Injury | Period of Disability | Award Amount |
|---|---|---|---|---|
| | | | | |

Military Service

13. Have you ever served in any branch of the military?  Yes ☐  No ☒

14. If yes, state the branch and dates of service:

| Branch Name | Dates of Service |
|---|---|
| | --/--/---- to --/--/----<br>☐ Present |

15. If yes, were you discharged for any reason relating to your health (whether physical, psychiatric, or other health condition)?  Yes ☐  No ☐

16. If yes, state the condition:

Other Lawsuits

17. Within the last ten (10) years, have you filed a lawsuit, relating to any bodily injury, or made a claim, OTHER THAN the present suit?  Yes ☐  No ☒

Computer Use

18. Apart from communications to or from your attorney, have you communicated via email, visited any chat rooms, or publicly posted a comment, message or blog entry on a public internet site regarding your experience with or injuries you attribute to Taxotere®, other chemotherapies,or alopecia/hair loss during the past ten (10) years? You should include all postings on public social network sites including Twitter, Facebook, MySpace, LinkedIn, or "blogs" that address the topics above.
Yes ☒  No ☐

19. If yes, please state the following:

| Forum Name | Screen Name or User Handle | Date of Post | Substance of Post |
|---|---|---|---|
| Breast Cancer Survivors Group | kynahunt | 10/12/2014 | Surviving Cancer |

20. Are you now or have you ever been a member of an alopecia support group?
Yes ☐  No ☒

a) If yes, identify the group by name:

b) When did you join the group?

## III.   PRODUCT IDENTIFICATION

**I HAVE RECORDS DEMONSTRATING USE OF TAXOTERE ® OR OTHER DOCETAXEL: Yes ☒  No ☐**

**YOU MUST UPLOAD THEM BEFORE YOU SUBMIT THIS FACT SHEET**

Taxotere®

    1.   Were you treated with brand name Taxotere ®?  Yes ☒  No ☐ Unknown ☐

Other Docetaxel

    2.   Were you treated with another Docetaxel or generic Taxotere®?  Yes ☐  No ☒

    3.   If yes, select all that apply:

| Name of Drug | Yes |
|---|---|
| Docetaxel – Sanofi-Aventis U.S. LLC d/b/a Winthrop US | ☐ |
| Docetaxel – McKesson Corporation d/b/a McKesson Packaging | ☐ |
| Docetaxel – Actavis LLC f/k/a Actavis Inc. / Actavis Pharma, Inc. | ☐ |
| Docetaxel – Pfizer Inc. | ☐ |
| Docetaxel – Sandoz Inc. | ☐ |
| Docetaxel – Accord Healthcare, Inc. | ☐ |
| Docetaxel – Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. / Hospira, Inc. | ☐ |
| Docefrez – Sun Pharma Global FZE | ☐ |
| Docefrez – Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. | ☐ |
| Docetaxel – Teva Parenteral Medicines, Inc. | ☐ |
| Docetaxel – Dr. Reddy's Laboratories Limited | ☐ |
| Docetaxel – Eagle Pharmaceuticals, Inc. | ☐ |
| Docetaxel – Northstar Rx LLC | ☐ |
| Docetaxel – Sagent Pharmaceuticals, Inc. | ☐ |
| Unknown | ☐ |

    4.  **IF YOU SELECTED "UNKNOWN" YOU MUST CERTIFY AS FOLLOWS:**

      **I certify that I have made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in my treatment, including requesting records from my infusion pharmacy, and the manufacturer either remains unknown at this time or I am awaiting the records: ☐**

## IV.   MEDICAL INFORMATION

Vital Statistics

    1.   How old are you:  <u>49</u>

2. Age at the time of your alleged injury:  35

3. Current weight:  235

4. Current height:

   Feet:  5  Inches:  7

5. Weight at time of alleged injury:  340

Gynecologic and Obstetric History

6. Have you ever been pregnant?  Yes ☒  No ☐

   a) Number of pregnancies:  03

   b) Number of live births:  02

7. If you have children, please state the following for EACH child:

| Child's Name | Address | Date of Birth |
|---|---|---|
| █████████ | ██████████ | █████ |
| █████████ | ██████████ | █████ |

8. Date of first period (menses):  12/--/1980  Age:  12

9. Date of last period (menses):    10/--/2016 Age:  48

10. Are you menopausal, perimenopausal or postmenopausal?  Yes ☐  No ☒

11. For EACH year for the last seven (7) years before your first treatment with Taxotere® or Docetaxel and since then, who did you see for your annual gynecological exam? Also indicate whether an annual exam was skipped ormissed.

| Doctor | Office | Year | Skipped or Missed |
|---|---|---|---|
| McFadden, Jacquelyn R | Facility: Betty Jean Kerr People's Health Center Address: 5701 Delmar Blvd Saint Louis, MO 63112 | 2016 | ☒ |

12. For EACH year after age 40, or before then if applicable, who did you see for your annual mammogram? Also indicate whether an annual mammogram was skipped or missed.

| Doctor | Office | Year | Skipped or Missed |
|---|---|---|---|
| Petruska, Paul J | Provider: Paul J. Petruska, MD Facility: St. Louis University Medical Center Address: 3660 Vista Ave, Saint Louis, MO 63110 | 2016 | ☒ |

Other Risk Factors

13. Have any family members been diagnosed with breast cancer?

| Family Member | Diagnosed | Age at Diagnosis |
|---|---|---|
|  | ☒ | 42 |
|  | ☒ | 44 |

14. Have you ever been diagnosed as having genes or gene mutations that carry an increased cancer risk (e.g., BRCA1, BRCA2)?  Yes ☐  No ☒

    a) If yes, which?

15. Did you receive radiation treatments or exposure to radiation before the age of 30? Yes ☐ No ☒

    a) If yes, describe the particulars of your treatment or exposure:


Tobacco Use History


For the ten (10) year period before your use of Taxotere® or Docetaxel up to the present, check the answer and fill in the blanks applicable to your history of tobacco use, including cigarettes, cigars, pipes, and/or chewing tobacco/snuff.

16. I currently use tobacco:  Yes ☐  No ☒

17. I have never used tobacco:  Yes ☒  No ☒

18. I used tobacco in the ten (10) years before Taxotere® or Docetaxel treatment:
Yes ☐  No ☒

19. Identify types of tobacco use:

| Type | Used | Average Per Day | Duration of Use (Years) |
|---|---|---|---|
| Cigarettes | ☐ |  |  |
| Cigars | ☐ |  |  |
| Pipes | ☐ |  |  |
| Chewing tobacco/snuff | ☐ |  |  |


Prescription Medications

20. Apart from chemotherapy, are there prescription or over-the-counter medications that you took on a regular basis or more than three (3) times in the seven (7) year period before you first took Taxotere®?  Yes ☐  No ☒

*For purposes of this question, "regular basis" means that you were directed by a healthcare provider to take a medication for at least forty-five (45) consecutive days.*

21. If yes, please provide the following for EACH prescription medication:

| Medication | Prescriber | Dates Taken |
|---|---|---|
| | | --/--/---- to --/--/---- <br> ☐ Present |

## V.   CANCER DIAGNOSIS AND TREATMENT

Cancer Diagnosis & Treatment Generally

1. Have you ever been diagnosed with cancer?  Yes ☒  No ☐

2. Were you diagnosed with cancer more than once?  Yes ☐  No ☒

3. Did you undergo any of the following for cancer?

| Treatment | Treated |
|---|---|
| Surgery | ☒ |
| Radiation | ☒ |
| Chemotherapy | ☒ |

4. For surgery, specify:

| Type of Surgery | Treated |
|---|---|
| Double mastectomy | ☐ |
| Left-side mastectomy | ☐ |
| Right-side mastectomy | ☐ |
| Lumpectomy | ☒ |
| Other: | ☐ |

5. Please state the following for EACH cancer diagnosis:

| | |
|---|---|
| **Type of Cancer** | Breast Cancer |
| **Date of Diagnosis** | 06/26/2003 |
| **Primary Oncologist** | 11/21/2003 to 01/23/2004 ☐    Present <br> Chemotherapy <br> Petruska, Paul <br> 3660 Vista Ave <br> Saint Louis, MO 63110 |

| Primary Oncologist | 07/17/2003 to 04/--/2004 ☐   Present<br>Surgeon<br>Hsueh, Eddy<br>3660 Vista Ave<br>Saint Louis, MO 63110 |
|---|---|
| Primary Oncologist | --/--/---- to --/--/---- ☐   Present<br>63116 |
| Treatment Facility | 08/--/2003 to --/--/2005 ☐   Present<br>Chemotherapy; Radiation; Surgery<br>St. Louis University Medical Center<br>3660 Vista Ave<br>Saint Louis, MO 63110 |
| Treatment Facility | --/--/---- to --/--/---- ☐   Present |
| Treatment Facility | --/--/---- to --/--/---- ☐   Present |
| Treatment Facility | --/--/---- to --/--/---- ☐   Present |

Particulars of Chemotherapy

6.  When were you first diagnosed with the condition for which you were prescribed Taxotere® or Docetaxel?  06/26/2003

7.  What was the diagnosis for which you were prescribed Taxotere® or Docetaxel?

| Diagnosis | Diagnosed |
|---|---|
| Breast cancer | ☒ |
| Non-small cell lung cancer | ☐ |
| Prostate cancer | ☐ |
| Gastric adenocarcinoma | ☐ |
| Head and neck cancer | ☐ |
| Other: | ☐ |

8.  For breast cancer, specify:

    a)  Tumor size:

| Tumor Size | Yes |
|---|---|
| TX | ☐ |
| T0 | ☐ |
| Tis | ☐ |
| T1 | ☒ |
| T2 | ☐ |
| T3 | ☐ |
| T4 (T4a, T4b, T4c, T4d) | ☐ |
| Unknown | ☐ |

b) Metastasis: <u>M0</u>

c) Node involvement:

| Node | Yes |
|------|-----|
| Node + NX | ☐ |
| Node + N0 | ☒ |
| Node + N1 | ☐ |
| Node + N2 | ☐ |
| Node + N3 | ☐ |
| Node – (negative) | ☐ |
| Unknown | ☐ |

d) HER2 + (positive): ☐ HER2- (negative): ☒ Unknown: ☐

e) Estrogen receptor: Positive (ER+): ☐ Negative (ER-): ☒ Unknown: ☐

f) Progesterone receptor: Positive (PR+): ☐ Negative (PR-): ☒ Unknown: ☐

9. Was Taxotere® or Docetaxel the only chemotherapy treatment that you ever received?
Yes ☐ No ☒ Unknown ☐

10. Have you ever been treated with other chemotherapy drugs, either alone or in combination
with or sequentially with Taxotere® or Docetaxel?   Yes ☒ No ☐ Unknown ☐

11. If yes, check which of the following chemotherapy drugs you took:

| Drug | Yes |
|------|-----|
| 5-Fluorouracil (Eludex) | ☐ |
| Actinomycin | ☐ |
| Altretamine (Hexalen) | ☐ |
| Amsacrine | ☐ |
| Bleomycin | ☐ |
| Busulfan (Busulfex, Mylaran) | ☐ |
| Cabazitaxel: Mitoxantrone | ☐ |
| Carboplatin (Paraplatin) | ☐ |
| Carmustine (BiCNU, Gliadel) | ☐ |
| Cetuximab (Erbitux) | ☐ |
| Chlorambucil (Leukeran) | ☐ |
| Cisplatin (Platinol) | ☐ |
| Cyclophosphamide (Neosar) | ☒ |
| Cytarabine (Depocyt) | ☐ |
| Dacarbazine | ☐ |
| Daunorubicin (Cerubidine, DaunoXome) | ☐ |

| Drug | Yes |
|------|-----|
| Doxorubicin (Adriamycin, Doxil) | ☐ |
| Epirubicin (Ellence) | ☒ |
| Erlotinib (Tarceva) | ☐ |
| Etoposide (Etopophos, Toposar) | ☐ |
| Everolimus (Afinitor, Zortress) | ☐ |
| Faslodex (Fulvestrant) | ☐ |
| Gemcitabine (Gemzar) | ☐ |
| Hexamethylmelamine (Hexalen) | ☐ |
| Hydroxyurea (Hydrea, Droxia) | ☐ |
| Idarubicin (Idamycin) | ☐ |
| Ifosfamide (Ifex) | ☐ |
| L-asparginase (crisantaspase) | ☐ |
| Lomustine (Ceenu) | ☐ |
| Melphalan (Alkeran) | ☐ |
| Mercaptopurine (Purinethol, Purixan) | ☐ |
| Methotrexate (Trexall, Rasuvo) | ☐ |
| Mitomycin | ☐ |
| Mitoxantrone | ☐ |
| Nab-paclitaxel (Abraxane): Mitoxantrone | ☐ |
| Nitrogen mustard | ☐ |
| Paclitaxel (Taxol) | ☐ |
| Panitumumab (Vectibix) | ☐ |
| Procarbazine (Matulane) | ☐ |
| Sorafenib (Nexavar) | ☐ |
| Teniposide (Vumon) | ☐ |
| Thioguanine (Tabloid) | ☐ |
| Thiotepa (Tepadina) | ☐ |
| Topotecan (Hycamtin) | ☐ |
| Vemurafenib (Zelboraf) | ☐ |
| Vinblastine | ☐ |
| Vincristine (Mariqibo, Vincasar) | ☐ |
| Vindesine | ☐ |
| Vinorelbine (Alocrest, Navelbine) | ☐ |
| Unknown | ☐ |

12. Please provide the following information regarding Taxotere® or Docetaxel:

    a) Number of cycles: <u>04</u>

b) Frequency: Every week ☐ Every three weeks ☒

Other:

c) First treatment date: <u>11/13/2003</u>

d) Last treatment date: <u>10/13/2004</u>

e) Dosage: <u>230 mgs</u>

    (1) Combined with another chemotherapy drug: ☐

    (2) Sequential with another chemotherapy drug: ☒

    (3) If so, describe the combination or sequence: <u>Cytoxan & Epirubicin followed by Taxotere</u>

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|---|---|
| Petruska, Paul J | 3660 Vista Ave<br>Saint Louis, MO 63110 |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| St. Louis University Medical Center | 3660 Vista Ave<br>Saint Louis, MO 63110 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|---|---|---|
| MO | 08/--/2003 | --/--/2005 ☐ Present |

16. Was your Taxotere® or Docetaxel treatment part of a clinical trial? Yes ☒  No ☐ Unknown ☐

17. If yes, please provide the name and location of the trial site:

a) Name of trial site: <u>St. Louis University Medical Center</u>

b) Location of trial site: <u>3660 Vista Ave, Saint Louis, MO 63110</u>

## VI.   CLAIM INFORMATION

Current Status

1. Are you currently taking Taxotere® or Docetaxel?  Yes ☐  No ☒

2. Are you currently cancer-free? Yes ☒  No ☐

3. If no, check those that apply to your CURRENT status:

| Current Status | Yes |
|---|---|
| In remission | ☒ |
| Currently receiving chemotherapy | ☐ |
| Currently receiving radiation therapy | ☐ |
| Currently hospitalized for cancer or cancer-related complications | ☐ |
| Currently in home health or hospice care for cancer or cancer-related complications | ☐ |
| Cancer returned after taking Taxotere® or Docetaxel | ☐ |

4. When was the last (most recent) date you consulted with an oncologist: <u>09/--/2015</u>

Alleged Injury

5. State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply:

| Alleged Injury | Yes | No | From | To |
|---|---|---|---|---|
| Persistent total alopecia – No hair growth on your head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment | ☒ | ☐ | 10/--/2003 | --/--/---- ☑ Present |
| Persistent alopecia of your head – No hair growth on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment. Hair is present elsewhere on your body | ☒ | ☐ | 10/--/2003 | --/--/---- ☑ Present |
| Permanent/Persistent Hair Loss on Scalp | ☒ | ☐ | 10/--/2003 | --/--/---- ☑ Present |
| Diffuse thinning of hair: partial scalp<br>☐ Top<br>☐ Sides<br>☐ Back<br>☐ Temples<br>☐ Other: | ☐ | ☒ | --/--/---- | --/--/---- ☑ Present |

| Alleged Injury | Yes | No | From | To |
|---|---|---|---|---|
| Diffuse thinning of hair: total scalp<br>☒ Top<br>☒ Sides<br>☒ Back<br>☒ Temples<br>☐ Other: | ☒ | ☐ | 10/--/2003 | --/--/---- ☑ Present |
| Significant thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There are visible bald spots on your head no matter how you style your hair | ☒ | ☐ | 10/--/2003 | --/--/---- ☑ Present |
| Moderate thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There is noticeable hair loss but if you brush or style your hair, the hair loss is less evident | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Small bald area in the hair on your head | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Large bald area in the hair on your head | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Multiple bald spots in the hair on your head | ☒ | ☐ | 10/--/2003 | --/--/---- ☑ Present |
| Change in the texture, thickness or color of your hair after Taxotere® or Docetaxel treatment | ☒ | ☐ | 10/--/2003 | --/--/---- ☑ Present |
| Other: | ☐ | ☐ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Eyebrows | ☒ | ☐ | 10/--/2003 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Eyelashes | ☒ | ☐ | 10/--/2003 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Body Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Genital Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Nasal Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Ear Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Hair in Other Areas Describe: | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |

6.  Have you ever received treatment for the injury you allege in this lawsuit?

Yes ☒  No ☐

| Name of Treating Physician | Dates of Treatment | Treatments |
|---|---|---|
| Mcfadden, Jacquelyn R | --/--/2004 to --/--/2015<br>☐ Present | Biopsy Minoxidil |

7.  Were you diagnosed by a healthcare provider for the injury you allege in this lawsuit?

Yes ☒  No ☐

| Name of Diagnosing Physician | Dates of Treatment | Treatments |
|---|---|---|
| Mcfadden, Jacquelyn R | --/--/2004 to --/--/2015 ☐ Present | Biopsy Minoxidil |

8. Have you discussed with any healthcare provider whether Taxotere® or Docetaxel caused or contributed to your alleged injury?

   Yes ☒  No ☐

| Name of Physician | Dates of Treatment | Treatments |
|---|---|---|
| Mcfadden, Jacquelyn R | --/--/2004 to --/--/2015 ☐ Present | Biopsy Minoxidil |

Statement Information

9. Were you ever given any written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding chemotherapy, Taxotere® or Docetaxel?  Yes ☒  No ☐

10. If yes, please describe the documents, if you no longer have them. If you have the documents, please produce them:

| Description of Document | I Have the Documents | I Do Not Have the Documents |
|---|---|---|
| Pamphlets | ☐ | ☒ |

11. Were you given any oral instructions from a healthcare provider regarding chemotherapy or your use of Taxotere® or Docetaxel?  Yes ☐  No ☒

12. If yes, please identify each healthcare provider who provided the oral instructions:

| Name of Healthcare Provider |
|---|
|  |

13. Have you ever seen any advertisements (e.g., in magazines or television commercials) for Taxotere® or Docetaxel?  Yes ☐  No ☒

14. If yes, identify the advertisement or commercial, and approximately when you saw the advertisement or commercial:

| Type of Advertisement or Commercial | Date of Advertisement or Commercial |
|---|---|
|  | --/--/---- |

15. Other than through your attorneys, have you had any communication, oral or written, with any of the Defendants or their representatives?  Yes ☐  No ☒

16. If yes, please identify:

| Date of Communication | Method of Communication | Name of Representative | Substance of Communication |
|---|---|---|---|
| --/--/---- | | | |

17. Have you filed a MedWatch Adverse Event Report to the FDA? Yes ☐  No ☒

**YOU MUST UPLOAD NOW ANY MEDICAL RECORDS IN YOUR POSSESSION DEMONSTRATING ALLEGED INJURY OR PHOTOGRAPHS SHOWING YOUR HAIR BEFORE AND AFTER TREATMENT WITH TAXOTERE® ALONG WITH THE DATE(S) THE PHOTOGRAPHS WERE TAKEN.**

Other Claimed Damages

18. Mental or Emotional Damages: Do you claim that your use of Taxotere® or Docetaxel caused or aggravated any psychiatric or psychological condition?  Yes ☒  No ☐

19. If yes, did you seek treatment for the psychiatric or psychological condition? Yes ☒  No ☐

| Provider | Date | Condition |
|---|---|---|
| Petruska, Paul J | --/--/2004 | Depression related to hairloss |

20. Medical Expenses: Do you claim that you incurred medical expenses for the alleged injury that you claim was caused by Taxotere® or Docetaxel?  Yes ☒  No ☐

21. If yes, list all of your medical expenses, including amounts billed or paid by insurers and other third-party payors, which are related to any alleged injury you claim was caused by Taxotere® or Docetaxel:

| Provider | Date | Expense |
|---|---|---|
| Mcfadden, Jacquelyn R | --/--/1996 | $300 out of pocket for office vists |
| Unknown | --/--/2015 | $200 for urgent scalp infection |

22. Lost Wages: Do you claim that you lost wages or suffered impairment of earning capacity because of the alleged injury that you claim was caused by Taxotere® or Docetaxel? Yes ☐  No ☒

23. If yes, state the annual gross income you earned for each of the three (3) years before the injury you claim was caused by Taxotere® or Docetaxel.

| Year | Annual Gross Income |
|------|---------------------|
|      |                     |

24. State the annual gross income for every year following the injury or condition you claim was caused by Taxotere® or Docetaxel.

| Year | Annual Gross Income |
|------|---------------------|
|      |                     |

25. Out-of-Pocket Expenses: Are you making a claim for lost out-of-pocket expenses? Yes ☒  No ☐

26. If yes, please identify and itemize all out-of-pocket expenses you have incurred:

| Expense | Expense Amount |
|---------|----------------|
| Hair Pieces 0 | $200 |
| Wigs | $500 |

## VII.  HAIR LOSS INFORMATION

Background

1. Did you ever see a healthcare provider for hair loss BEFORE taking Taxotere® or Docetaxel? Yes ☐  No ☒

2. Did your hair loss begin during chemotherapy treatment?  Yes ☒  No ☐

3. If yes, did you FIRST experience hair loss:

   a) After treatment with another chemotherapy agent:  ☐

   b) After treatment with Taxotere® or Docetaxel:  ☒

4. At any time before or during the hair loss were you:

| Condition | Yes | Description |
|-----------|-----|-------------|
| Pregnant | ☐ | |
| Seriously ill | ☐ | |
| Hospitalized | ☐ | |
| Under severe stress | ☐ | |
| Undergoing treatment for any other medical condition | ☐ | |

5. When did you FIRST discuss with or see a healthcare provider about your hair loss? 09/--/2004

6. Have you started any special diets at any time before or during the hair loss?
   Yes ☐ No ☒ Describe:

Hair Loss History

| Question | No | Yes | Name of Healthcare Provider |
|---|---|---|---|
| Have you had a biopsy of your scalp to evaluate your hair loss problem? | ☒ | ☐ | Mcfadden, Jacquelyn R |
| Have you had blood tests done to evaluate your hair loss problem? | ☒ | ☐ | Mcfadden, Jacquelyn R |
| Have your hormones ever been checked to evaluate your hair loss problem? | ☒ | ☐ | Mcfadden, Jacquelyn R |
| Have you ever been told by a doctor that you have a thyroid condition? | ☐ | ☒ | |
| Have you ever been treated with thyroid hormone? | ☐ | ☒ | |
| Have you ever been told by a doctor that you have a low iron level? | ☒ | ☐ | Mcfadden, Jacquelyn R |

7. Have you ever been on endocrine or hormonal therapy, either before or after chemotherapy with Taxotere® or Docetaxel?  Yes ☐ No ☒

8. If yes, please identify:

| Treating Physician | Dates of Treatment | Treatment |
|---|---|---|
| | --/--/---- to --/--/---- <br> ☐ Present | |

9. Do you have any autoimmune diseases? Yes ☐ No ☒

10. If yes, check the following which describes you:

| Autoimmune Disease | Yes |
|---|---|
| Lupus | ☐ |
| Rheumatoid arthritis | ☐ |
| Celiac disease | ☐ |
| Type 1 diabetes | ☐ |
| Sjogrens disease | ☐ |
| Vitiligo | ☐ |
| Hashimoto's | ☐ |
| Other: | ☐ |

11.  Were you taking any medications when your hair loss began? Yes ☐  No ☒

| Medication |
| --- |
|  |

Hair Care

12.  How often do you wash/shampoo your hair? Every <u>7</u> days

13.  Check any of the following that apply to you currently or that have in the past:

| Hair Treatment | Yes | Period of Time | Frequency |
| --- | --- | --- | --- |
| Hair chemically processed or straightened (relaxers, keratin, Brazilian blowout, Japanese straightening, other) | ☐ | --/--/---- to --/--/----<br>☐ Present |  |
| Hair heat processed or straightened (blow drying/ flat ironing, curling) | ☐ | --/--/---- to --/--/----<br>☐ Present |  |
| Hair dyed | ☐ | --/--/---- to --/--/----<br>☐ Present |  |
| Hair highlighted | ☐ | --/--/---- to --/--/----<br>☐ Present |  |
| Braids | ☐ | --/--/---- to --/--/----<br>☐ Present |  |
| Weaves | ☐ | --/--/---- to --/--/----<br>☐ Present |  |
| Tight hairstyles (ponytails) | ☐ | --/--/---- to --/--/----<br>☐ Present |  |
| Extensions | ☐ | --/--/---- to --/--/----<br>☐ Present |  |
| Other: | ☐ | --/--/---- to --/--/----<br>☐ Present |  |

14.  Have you ever used the following?

| Hair Treatment | Yes |
| --- | --- |
| WEN Cleansing Conditioners | ☐ |
| Unilever Suave Professionals Keratin Infusion | ☐ |
| L'Oréal Chemical Relaxer | ☐ |

15.  Has your hair care regimen been different in the past? Yes ☐  No ☐

     a)  If yes, describe:

Hair Loss Treatment

16. Did you use any other methods to prevent hair loss during chemotherapy?

| Hair Treatment | Yes |
|---|---|
| Folic Acid supplementation | ☐ |
| Minoxidil | ☐ |
| Other: | ☐ |

17. Did you wear a cool cap during chemotherapy treatment?  Yes ☐  No ☒

18. If yes, which cooling cap did you wear:

19. Have you used any over-the-counter medications, supplements, or cosmeticaides for your hair loss?  Yes ☐  No ☒

20. If yes, please state the following:

| Treatment | When was it tried? | How long did you try it? | Did it help? |
|---|---|---|---|
| | --/--/---- | | |

21. Has anything helped your hair loss? Yes ☐  No ☒

22. If yes, please specify:

| Type of Product | Dates of Use | Place of Purchase | Results of Use |
|---|---|---|---|
| | --/--/---- to --/--/---- <br> ☐ Present | | |

23. As of the date you verify your PFS, how long have you had alopecia or incomplete hair re-growth?  since 10/2003

24. Has any hair regrowth occurred? Yes ☐  No ☒

25. Have you ever worn a wig to conceal your hair loss? Yes ☒  No ☐

26. Specify:

| Dates Used | Period of Use | Place Purchased | Cost of Item |
|---|---|---|---|
| --/--/2003 to --/--/---- <br> ☒ Present | | 110 S Florissant Rd, Saint Louis, MO 63135 | Approx $500 total |

## VIII.  RECORD HOLDER IDENTIFICATION

Healthcare Providers:

1. Identify each physician, doctor, or other healthcare provider who has provided treatment to you for any reason in the past eight (8) years and the reason for consulting the healthcare provider or mental healthcare provider.

**YOU MUST INCLUDE YOUR ONCOLOGIST, RADIOLOGIST, DERMATOLOGIST, DERMATOLOGIST-PATHOLOGIST, HAIR LOSS SPECIALIST, GYNECOLOGIST, OBSTETRICIAN, AND PRIMARY CARE PHYSICIAN, ALONG WITH ANY OTHER HEALTHCARE PROVIDERS IDENTIFIED ABOVE**

| Name | Area or Specialty | Address | Dates | Reason for Consultation |
|---|---|---|---|---|
| Mcfadden, Jacquelyn R | Family Medicine, Internal Medicine | 5701 Delmar Blvd Saint Louis, MO 63112 | --/--/1996 to --/--/2015 ☐ Present | Primary Care, Annual Exams |
| Petruska, Paul J | Internal medicine - hematology & oncology | 3660 Vista Ave 63110 Saint Louis, MO 63110 | 08/--/2003 to 09/--/2015 ☐ Present | Chemotherapy Treatment, Follow ups, Mammograms |
| Raj, Nishant | Surgery | 11155 Dunn Rd Ste 108n Saint Louis, MO 63136 | --/--/2014 to --/--/2015 ☐ Present | Gall Bladder Removal, Surgery follow ups |
| Hsueh , Eddy | Surgeon | 3660 Vista Ave Saint Louis, MO 63110 | 06/26/2003 to 04/--/2004 ☐ Present | Biopsy, Lumpectomy, follow ups |

Hospitals, Clinics, and Other Facilities:

2. Identify each hospital, clinic, surgery center, physical therapy or rehabilitation center, or other healthcare facility where you have received inpatient or outpatient treatment (including emergency room treatment) in the past eight(8)years:

**YOU MUST INCLUDE THE LOCATIONS FOR SURGERIES, RADIOLOGY, IMAGING, BIOPSIES, CHEMOTHERAPY, CHILD BIRTHS, GYNECOLOGIC PROCEDURES OR TREATMENT, ALONG WITH ANY OTHER HEALTHCARE FACILITIES**

| Name | Address | Dates | Reason for Treatment |
|---|---|---|---|
| Betty Jean Kerr People's Health Center | 5701 Delmar Blvd Saint Louis, MO 63112 | --/--/1996 to --/--/2015 ☐ Present | Primary Care, Annual Exams, Hairloss treatment |
| St. Louis University Medical Center | 3660 Vista Ave Saint Louis, MO 63110 | 08/--/2003 to 09/--/2015 ☐ Present | Chemotherapy Treatment, Follow ups, Mammograms, Biopsy, Lumpectomy, Emergency medicine |
| Christian Hospital | 11133 Dunn Rd Saint Louis, MO 63136 | --/--/2014 to --/--/2015 ☐ Present | Gall Bladder Removal, Surgery follow ups. |
| SSM Health DePaul Hospital | 12303 de Paul Dr Bridgeton, MO 63044 | --/--/2013 to --/--/2014 ☐ Present | Hand Surgery and Follow ups. |

| Name | Address | Dates | Reason for Treatment |
|---|---|---|---|
| Northwest Health Services | 1515 St. Joseph Ave Saint Joseph, MO 64505 | --/--/2015 to --/--/---- ☑ Present | Urgent Care treatment, Emergency medicine, Scalp Infection |

Laboratories:

3.  Identify each laboratory at which you had tests run in the past ten (10) years:

| Name | Address | Dates | Test | Reason for Tests |
|---|---|---|---|---|
| Betty Jean Kerr People's Health Center | 5701 Delmar Blvd Saint Louis, MO 63112 | --/--/1996 to --/--/2015 ☐ Present | Blood work, chemistry, scalp biopsy, papsmears | Primary Care, Annual gyno Exams, Hairloss treatment |
| St. Louis University Medical Center | 3660 Vista Ave Saint Louis, MO 63110 | 08/--/2003 to 09/--/2015 ☐ Present | Tumor pathology, biopsy pathology, blood tests, Mammograms | Chemotherapy Treatment, Follow ups, Biopsy, Lumpectomy, Emergency medicine |
| Christian Hospital | 11133 Dunn Rd Saint Louis, MO 63136 | --/--/2014 to --/--/2015 ☐ Present | Blood work | Gall Bladder Removal |
| SSM Health DePaul Hospital | 12303 de Paul Dr Bridgeton, MO 63044 | --/--/2013 to --/--/2014 ☐ Present | Blood work | Hand Surgery and Follow ups. |
| Northwest Health Services | 1515 St. Joseph Ave Saint Joseph, MO 64505 | --/--/2015 to --/--/---- ☑ Present | Blood work | Urgent Care treatment, Emergency medicine, Scalp Infection |

Pharmacies:

4.  To the best of your recollection, Identify each pharmacy, drugstore, and/or other supplier (including mail order) where you have had prescriptions filled or from which you have ever received any prescription medication within three (3) years prior to and three (3) years after your first treatment with Taxotere:

| Name | Address | Dates | Medications |
|---|---|---|---|
| St. Louis University Medical Center | 3660 Vista Ave Saint Louis, MO 63110 | 08/--/2003 to 09/--/2015 ☐ Present | Chemotherapy Treatment, zoloft |
| Walgreens | 4140 S Broadway Saint Louis, MO 63118 | --/--/1996 to --/--/2015 ☐ Present | Vitamin D, Zoloft, Antibiotics |
| Schnucks | 3960 Lindell Blvd Saint Louis, MO 63108 | --/--/1996 to --/--/2015 ☐ Present | Vitamin D, Zoloft, Antibiotics |
| Northwest Health Services | 1515 St. Joseph Ave Saint Joseph, MO 64505 | --/--/2015 to --/--/---- ☑ Present | Antibiotics |

Retailers:

5. Identify each pharmacy, drugstore, and/or other retailer (including mail order) where you have purchased over-the-counter medications, or hair products in the past ten (10) years:

| Name | Address | Dates | Purchases |
|---|---|---|---|
| Walgreens | 4140 S Broadway<br>Saint Louis, MO 63118 | --/--/1996 to --/--/2015<br>☐ Present | Iron Supplement |
| Schnucks | 3960 Lindell Blvd<br>Saint Louis, MO 63108 | --/--/1996 to --/--/2015<br>☐ Present | Iron Supplement |
| Walgreens | 2620 S Belt Hwy<br>Saint Joseph, MO 64503 | --/--/2015 to --/--/----<br>☒ Present | Iron Supplement |

Insurance Carriers:

6. Identify each health insurance carrier which provided you with medical coverage and/or pharmacy benefits for the last ten (10) years:

| Carrier | Address | Name of Insured & SSN | Policy Number | Dates of Coverage |
|---|---|---|---|---|
| United Healthcare | 13655 Riverport Drive<br>Maryland Heights, MO 63043 | ████████ | | --/--/1996 to --/--/2015<br>☐ Present |

## IX.    DOCUMENT REQUESTS AND AUTHORIZATIONS

Please state which of the following documents you have in your possession. If you do not have the following documents but know they exist in the possession of others, state who has possession of the documents: Produce all documents in your possession (including writings on paper or in electronic form) and signed authorizations and attach a copy of them to this PFS.

Requests

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|---|---|---|
| Documents you reviewed to prepare your answers to this Plaintiff Fact Sheet.<br>*Your attorney may withhold some documents on claims of attorney-client privilege or work product protection and, if so, provide a privilege log* | ☒ | ☐ | |
| Medical records or other documents related to the use of Taxotere® or Docetaxel at any time for the past twelve (12)years. | ☒ | ☐ | |
| Medical records or other documents related to your treatment for any disease, condition or symptom referenced above for any time in the past twelve (12) years. | ☒ | ☐ | |

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|---|---|---|
| Laboratory reports and results of blood tests performed on you related to your hair loss. | ☐ | ☒ | |
| Pathology reports and results of biopsies performed on you related to your hair loss.<br>*Plaintiffs or their counsel must maintain the slides and/or specimens requested in this subpart, or send a preservation notice, copying Defendants, to the healthcare facility where these items are maintained.* | ☒ | ☐ | |
| Documents reflecting your use of any prescription drug or medication at any time within the past eight (8) years. | ☒ | ☐ | |
| Documents identifying all chemotherapy agents that you have taken. | ☒ | ☐ | |
| Documents for any workers' compensation, social security or other disability proceeding at any time within the last five (5) years. | ☐ | ☒ | |
| Instructions, product warnings, package inserts, handouts or other materials that you were provided or obtained in connection with your use of Taxotere®. | ☐ | ☒ | |
| Advertisements or promotions for Taxotere®. | ☐ | ☒ | |
| Articles discussing Taxotere®. | ☐ | ☒ | |
| Any packaging, container, box, or label for Taxotere® or Docetaxel that you were provided or obtained in connection with your use of Taxotere®.<br>*Plaintiffs or their counsel must maintain the originals of these items.* | ☐ | ☒ | |
| Documents which mention Taxotere® or Docetaxel or any alleged health risks related to Taxotere®.<br>*Your attorney may withhold some legal documents, documents provided by your attorney, or documents obtained or created for the purpose of seeking legal advice or assistance on claims of attorney-client privilege or work product protection and, if so, provide a privilege log.* | ☐ | ☒ | |
| Documents obtained directly or indirectly from any of the Defendants. | ☐ | ☒ | |
| Communications or correspondence between you and any representative of the Defendants. | ☐ | ☒ | |
| Photographs, drawing, slides, videos, recordings, DVDs, or any other media that show your alleged injury or its effect in your life. | ☒ | ☐ | |
| Journals or diaries related to the use of Taxotere® or Docetaxel or your treatment for any disease, condition or symptom referenced above at any time for the past twelve (12) years. | ☐ | ☒ | |

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|---|---|---|
| Social media or internet posts to or through any site (including, but not limited to, Facebook, MySpace, LinkedIn, Google Plus, Windows Live, YouTube, Twitter, Instagram, Pinterest, blogs, and Internet chat rooms/message boards) relating to Taxotere® or Docetaxel or any of your claims in this lawsuit. | ☒ | ☐ | Breast Cancer Survivor Group - Discovery still in process. Plainiff only found this page. |
| If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter or W-2s for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter. | ☐ | ☒ | |
| If you claim any medical expenses, bills from any physician, hospital, pharmacy or other healthcare providers. | ☐ | ☒ | |
| Records of any other expenses allegedly incurred as a result of your alleged injury. | ☐ | ☒ | |
| If you are suing in a representative capacity, letters testamentary or letters of administration. | ☐ | ☒ | |
| If you are suing in a representative capacity on behalf of a deceased person, decedent's death certificate and/or autopsy report. | ☐ | ☒ | |
| Photographs of you that are representative of your hair composition before treatment with Taxotere® or Docetaxel. | ☒ | ☐ | |
| Photographs of you that are representative of your hair composition during treatment with Taxotere® or Docetaxel. | ☐ | ☒ | None Exist |
| Photographs of you that are representative of your hair composition six months after conclusion of treatment with Taxotere® or Docetaxel. | ☒ | ☐ | |
| Photographs of you that are representative of your hair composition in present day. | ☒ | ☐ | |
| Signed authorizations for medical records related to any cancer treatment identified herein and all pharmacy records from three (3) years before and three (3) years after your first treatment with Taxotere in the forms attached hereto. | ☒ | ☐ | |

## X. DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in connection with this Plaintiff Profile Form is true and correct to the best of my knowledge information and belief at the present time.

| Signature | | Date | |
|---|---|---|---|
| | | | |