UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "H" (5) |
| : | |
| : | JUDGE MILAZZO |
| : | MAG. JUDGE NORTH |
| : | |
| : | **NOTICE OF PARTIAL DISMISSAL** |
| : | **WITH PREJUDICE AS TO ALL** |
| : | **EXCEPT HOSPIRA WORLDWIDE,** |
| : | **LLC F/K/A HOSPIRA WORLDWIDE** |
| : | **INC. AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO: : | |
| Judith Hayes; 2:17-cv-16467 : | Civil Action No.: 2:17-CV-16467 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of January, 2020.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, Mississippi 39501
Phone: 228-863-6000
Fax: 228-864-0907
trevor.Rockstad@daviscrump.com

Attorney for Plaintiff

**CERTFICATE OF SERVICE**

    I hereby certify that on January 7, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

    SO CERTIFIED this the 7th day of January, 2020.

                                  /s/Trevor B. Rockstad
                                  TREVOR B. ROCKSTAD (MS Bar# 103614)
                                  DAVIS & CRUMP, P. C.
                                  2601 14th Street
                                  Gulfport, MS   39501
                                  Telephone: (228) 863-6000
                                  Facsimile: (228) 864-0907
                                  trevor.rockstad@daviscrump.com