UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br>Linda Robinson; 2:17-cv-13087 | : : | Civil Action No.: 2:17-CV-13087 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, LINDA ROBINSON, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil action 2:17-cv-13087, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This Stipulation shall not affect the lawsuit filed by LINDA ROBINSON, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:17-cv-08618. All parties shall bear their own costs.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, Mississippi 39501
Phone: 228-863-6000
Fax: 228-864-0907
trevor.Rockstad@daviscrump.com

Attorney for Plaintiff

## CERTFICATE OF SERVICE

    I hereby certify that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

    SO CERTIFIED this the 8th day of January, 2020.

        /s/Trevor B. Rockstad
        TREVOR B. ROCKSTAD (MS Bar# 103614)
        DAVIS & CRUMP, P. C.
        2601 14th Street
        Gulfport, MS   39501
        Telephone: (228) 863-6000
        Facsimile: (228) 864-0907
        trevor.rockstad@daviscrump.com