# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| -------------------------------------------------------- : | SECTION "H" (5) |
| : | JUDGE MILAZZO |
| **MARY MORRIS** : | MAG. JUDGE NORTH |
| : | COMPLAINT & JURY DEMAND |
| Plaintiff(s), : | |
| : | Civil Action No.: 2:19-cv-5115 |
| vs. : | |
| : | |
| **SANDOZ, INC.** : | |
| : | |
| Defendant(s). : | |
| -------------------------------------------------------- : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 8891);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 6th day of January, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT