UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| **SHIRLEY ROBBINS** | |
| | **COMPLAINT & JURY DEMAND** |
| Plaintiff(s), | |
| vs. | |
| | Civil Action No.: **2:19-cv-2182** |
| **SANDOZ INC.** | |
| Defendant(s). | |

### ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 8892);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 6th day of January, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT