# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| **MARGARET SIMPSON**, | : | |
| | : | **COMPLAINT & JURY DEMAND** |
| Plaintiff(s), | : | |
| vs. | : | |
| | : | Civil Action No.: **2:19-cv-2128** |
| **HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC,** and **HOSPIRA, INC.** | : | |
| Defendant(s). | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 8893);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 6th day of January, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT