UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| *Nicolia Flynsmith and Bobby J Smith, v. Sanofi U.S. Services, Inc., et al., as to; Case No.  2:17-cv-03919* | |

**NON-TRIAL POOL NICOLIA FLYNSMITH and BOBBY J. SMITH' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have

appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own

costs, on Plaintiffs NICOLIA FLYNSMITH and BOBBY J. SMITH' averment of the basis for dismissal

as follows:

**YOU <u>MUST</u> CHECK ALL THAT APPLY**

> _X_  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;
>
> _ _  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
>
> _ _  Other

If warranted under the circumstances, Plaintiffs NICOLIA FLYNSMITH and BOBBY J.

SMITH' may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure

60(b).

Dated the 9th day of January, 2020

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2020 I electronically filed the foregoing with the Clerk of

the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants.


Dated: 9th day of January, 2020                    /s/ Hunter Shkolnik_____
                                                   Hunter Shkolnik, Esquire