**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Plaintiffs on the Attached List | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Edward Bertram of the law firm of Baron & Budd, P.C.

as counsel for Plaintiffs on the attached list and in the MDL 2740. Any and all

communications and filings should include him in these matters.


DATED: January 9, 2020                    Respectfully submitted,

                                          **BARON & BUDD, P.C.**

                                          */s Edward Bertram*
                                          Edward Bertram. Bar No. 24101510
                                          Sindhu Daniel Bar No. 010711996
                                          3102 Oak Lawn Avenue, Suite 1100
                                          Dallas, TX  75219
                                          Telephone: (214) 521-3605
                                          Facsimile: (214) 520-1181
                                          ebertram@baronbudd.com
                                          sdaniel@baronbudd.com

                                          ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| Ahoe, Karen | 2:19-CV-13928 |
| Alton, Denise | 2:18-CV-14052 |
| Athias, Carole A | 2:18-CV-05964 |
| Battaglia, Vanessa E | 2:18-CV-05965 |
| Begole, Angela G | 2:17-CV-14749 |
| Bezdikian, Armineh A | 2:17-CV-14787 |
| Bridgett, Renita E | 2:18-CV-05966 |
| Burton, June Ann | 2:17-CV-14810 |
| Calderon, Alma | 2:17-CV-14830 |
| Carney, Keshia L | 2:17-CV-15615 |
| Chingman, Karen J | 2:19-CV-13931 |
| Clayborn, Shirley A | 2:17-CV-16008 |
| Curley-Morabito, Mary Ellen | 2:18-CV-05986 |
| Dalton, Ronda S | 2:18-CV-05967 |
| Davis, Carolyn | 2:19-CV-13925 |
| Dewees, Tammy | 2:17-CV-15874 |
| Dubois, Toshia A | 2:17-CV-14850 |
| Duffy, Patricia | 2:18-CV-05969 |
| Egidio, Lisa A | 2:17-CV-15700 |
| Elkins, Celia | 2:17-CV-14995 |
| Feeherty, Sequoia | 2:19-cv-09670 |
| Hardin, Lora Ann | 2:17-CV-15635 |
| Hernandez, Iraida | 2:19-CV-13932 |
| Hill, Mary A | 2:18-CV-05990 |
| Hillard, Michelle L | 2:17-CV-14863 |
| Hogan, Barbara Ann | 2:17-CV-14971 |
| Hvizdak, Yolanda J | 2:18-CV-05991 |
| Jimerson, Cynthia | 2:19-CV-13927 |
| Johnson, Charlotte A | 2:17-CV-14871 |
| Keegan, Kathy L | 2:17-CV-15606 |
| Krahe, Margaret R | 2:18-CV-05993 |
| Kwon, Jung Yon | 2:18-CV-06358 |
| MacDonald, Katherine M | 2:18-CV-05994 |
| MacLean, Judy M | 2:17-CV-15566 |
| Mcauliffe, Debra Ann | 2:19-CV-13922 |
| McGaughey, Deborah | 2:17-CV-15967 |
| Milton, Brenda | 2:18-CV-05997 |
| Momon, Juanita | 2:17-CV-15268 |
| Moore, Ginger | 2:17-CV-15111 |
| Nichols, Winona Lee | 2:17-CV-15204 |
| Richardson, Mae K | 2:19-CV-13933 |
| Riddle, Shannon O'Brien | 2:17-CV-15940 |
| Ross, Michelle C | 2:17-CV-15715 |

| | |
|---|---|
| Rutherford, Marion D | 2:18-CV-06000 |
| Schmitz, Linda H | 2:18-CV-05973 |
| Shannon, Janece | 2:18-CV-05975 |
| Siska, Mary M | 2:17-CV-15274 |
| Sloan, Sarah A | 2:17-CV-15787 |
| Snead, Patsy L | 2:17-CV-15770 |
| Stanley, Elizabeth A | 2:17-CV-14891 |
| Streng, Thelma Elizabeth | 2:17-CV-14893 |
| Susman, Lisa B | 2:19-CV-13923 |
| Tichnell, Paula Sue | 2:17-CV-15652 |
| Todd, Dianna Lynn | 2:18-CV-05976 |
| Turner, Tammy L | 2:17-CV-15905 |
| Tutt, Shanda T | 2:19-CV-01715 |
| Wade, Jo Ellen K | 2:17-CV-15265 |
| Wallace, Vicky | 2:19-CV-11456 |
| Warder, Karen | 2:17-CV-15596 |
| Warrem, Patricia | 2:17-CV-15645 |
| Webb, Hilda Mai | 2:18-CV-05978 |
| White, Laura M | 2:17-CV-15270 |
| Wilson, Cheryl | 2:18-CV-06003 |
| Wittenberg, Sonia L | 2:17-CV-15659 |
| Womack, Nayda R | 2:17-CV-15744 |
| Zephier, Patrice A | 2:18-CV-06004 |