**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO *Tammy Wright v. NorthStar Rx LLC*; Case No. 2:19-cv-13159 | MAG. JUDGE MICHAEL B. NORTH |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE AS TO DEFENDANT NORTHSTAR RX LLC**

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant NorthStar Rx LLC from the following action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, without prejudice, each party to bear its own attorney's fees and costs:

*Tammy Wright v. NorthStar Rx LLC; 2:19-cv-13159*

Dated: January 9, 2020.                    Respectfully submitted,

**THE GALLAGHER LAW FIRM, PLLC**

*/s/ Michael T. Gallagher*
Michael T. Gallagher
Federal ID: 5395
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 – Facsimile
donnaf@gld-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  January 9, 2020                              *s/Michael T. Gallagher*