UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Vernita Coleman
**Case No.:** 2:17-cv-06202

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Vernita Coleman, whose case is on a Notice of Non-Compliance with PTO 85 to be heard on January 10, 2020, and whose case is also on the Notice of Non-Compliance for failure to substantially complete discovery requirements (dated December 18, 2019). I reviewed the deficiencies and the Notices of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 9, 2020

                                            Alyssa White
                                            Johnson Law Group
                                            2928 Richmond Avenue, Suite 1700
                                            Houston, Texas 77098
                                            713-626-9336
                                            awhite@johnsonlawgroup.com