UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO |
| **EARLENE LONDON**<br>    *Plaintiff* | : : : | MAG. JUDGE NORTH |
| vs. | : : | Civil Action No: 2:18-cv-11630 |
| **HOSPIRA, INC. and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.**<br>    *Defendants* | : : : : : | |

## MOTION FOR SUBSTITUTION OF PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting surviving heir, Early London, on behalf of his deceased mother, Plaintiff Earlene London.

1.  Plaintiff filed this action on November 27, 2018.

2.  Plaintiff's counsel was notified that plaintiff died on October 4, 2018.

3.  Plaintiff's products liability claims survived her death and were not extinguished.

4.  On November 7, 2019, Early London signed and had notarized an "Affidavit of Next of Kin" stating his position as surviving heir and wish to be representative of his mother's civil action going forward (Exhibit A).

5.  Plaintiff filed a *Suggestion of Death* on November 18, 2019.

Early London, surviving heir of Earlene London, is the proper party to substitute for plaintiff-decedent Earlene London and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Wherefore, it is requested that this Court recognize that Early London, surviving heir of Ms. Earlene London's estate, is the proper party to pursue Ms. London's surviving claims and grant the request for substitution as Plaintiff in this action.

Dated: January 10, 2020

Respectfully submitted,

**SHAW COWART, L.L.P.**
*/s/ Ethan L. Shaw*
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

Perry W. Neichoy
**PERRY W. NEICHOY, P.C.**
Texas Bar No. 14865590
perry@pwn-mediate.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 409.839.4545 / F: 512.320.8906

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

     I hereby certify that on January 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                  */s/ Ethan L. Shaw*
                                                  ETHAN L. SHAW