# EXHIBIT A

AFFIDAVIT OF NEXT OF KIN

The undersigned, being first duly sworn, deposes and says:

1. That I am the surviving heir or next of kin of EARLENE LONDON who died on or about the 4th day of October, 2018.

2. That no personal representative has been appointed for the decedent's estate in this state or elsewhere and no application for such appointment is pending in the state or elsewhere.

3. That this affidavit is made in support of the undersigned's notice of representation on behalf of Earlene London, deceased, in MDL 2740 - In Re: Taxotere (Docetaxel) Products Liability Litigation, Civil Action No. 2:18-cv-11630, in the US District Court for the Eastern District of Louisiana.

Further, your affiant sayeth naught.

Dated the 7TH day of November, 2019.

SIGNATURE _Early Ray London_

PRINTED NAME: EARLY RAY LONDON

SUBSCRIBED AND SWORN to before me this

7TH day of November, 2019 by EARLY RAY LONDON.

_____
Notary Public

My commission expires:

11-11-20