UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br><br>Civil Action No: 2:18-cv-11630 |
| EARLENE LONDON<br>*Plaintiff* | | |
| vs. | | |
| HOSPIRA, INC. and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.<br>*Defendants* | | |

### [PROPOSED] ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

Before this Honorable Court is Earlene London's *Motion for Substitution of Plaintiff*, and the Court, being fully advised in the premises, hereby states:

1. Motion is GRANTED.

2. Early London, as surviving heir and son of Earlene London, is substituted as Plaintiff in the above-referenced action.

On this this _____ day of _____, 2020.

_____

HONORABLE JANE TRICHE MILAZZO

United States District Court Judge