# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Debra Graves
Case No.: 17-cv-00251

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion. Previously named Defendants Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis US LLC are hereby dismissed with prejudice.

The _____ day of _____, 2020

_____

The Hon. Jane Triche Milazzo