UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)   ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases   ) | |

# MINUTE ENTRY

On January 9, 2020, the Court held a status conference with lead and liaison counsel as listed on the attached sign-in sheet. The parties updated the Court on the status of the case.

(JS-10:00:50)

CASE TITLE: Taxotere

CIVIL ACTION: 16-2740

CRIMINAL ACTION NO:

PRE-TRIAL CONFERENCE:
STATUS CONFERENCE
PRELIMINARY STATUS CONF. ✓
OTHER: ✓

DATE: 1/9     TIME: 8:30

**PLEASE PRINT LEGIBLY**

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Douglas Moore | 310-2100 | DLC Sanofi |
| Harley R. | 816.286.6858 | Sanofi |
| Adrienne Byard | 816.805.6205 | Sanofi |
| John Olinde | 504-585-7000 | SDSLC Liaison |
| Chris Coffin | 504-355-0086 | PSC |
| Karen Barth Menzies | 310-722-2536 | PSC |
| Palmer Lambert | 504-522-2304 | Pl co-Liaison |
| Dawn Barrios | 504-524-3300 | " |