MINUTE ENTRY
MILAZZO, J.
January 9, 2020

JS-10:00:05

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to all cases** | ) | |

**MINUTE ENTRY**

On January 9, 2020, the Court held a general status conference. Participants appeared in person as listed on the attached sign-in sheet. Others appeared by telephone. The parties updated the Court on the status of the case and discussed the items set forth in Joint Report No. 19.

Court Reporter:   Jodi Simcox

Law Clerk:   Samantha Schott

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL 2740

SEC. "H"(5)

JANUARY 9, 2020

9:30 am General Status Conference
Judge Jane Triche Milazzo presiding

| Name (Please Print) | Party Representing |
|---|---|
| Richard Root | Cynthia Thibodeaux |
| Kerry Bruneau | Sanofi (liaison) |
| Palmer Lambert | TT co-liaison |
| Dawn Barrios | TT co-liaison |
| Zachary Wool | PSC |
| Daniel Markoff | PSC |
| John Olinde | 505b2 liaison |
| Mark Cheffo | Hospira |
| Cliff Merrey | Sandoz |
| Nick Insongha | Sandoz |
| Chris Coffin | PSC |
| Michael Suffern | Actavis Depts & Sagent |
| Karen Barth Menzies | PSC |
| Adrienne Byard | Sanofi |
| Kathleen Kelly | Sun Pharmaceutical Industries |
| Julie Callsen | Accord |
| Jordan Baehr | Sanofi |
| Harley R | Sanofi |