MINUTE ENTRY
MILAZZO, J.
JANUARY 9, 2020

JS-10: 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          )          MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION        )
                                     )          SECTION: "H" (5)
                                     )
THIS DOCUMENT RELATES TO:            )
**Case No. 16-15859, Cynthia Thibodeaux**

## MINUTE ENTRY

On January 9, 2020, the Court held oral argument on defendant's Motion for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux (Rec. Doc. 8779).

COURT REPORTER: JODI SIMCOX

LAW CLERK: SAM SCHOTT

APPEARANCES BY COUNSEL:
        RICHARD ROOT, for plaintiff
        DOUG MOORE, for defendants Sanofi-Aventis U.S., LLC and Sanofi US Services, Inc.

Motion is argued by counsel and taken under submission by the Court.

