MINUTE ENTRY
MILAZZO, J.
January 9, 2020

JS-10:01:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | ) | |

# MINUTE ENTRY

On January 9, 2020, the Court held a show cause hearing. Participants appeared in person and by telephone.

Court Reporter:    Jodi Simcox

Law Clerk:         Samantha Schott

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," including the case of Shirley Johnson, 18-cv-13810, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," including the cases of Deborah Brush, 18-cv-12383, and Tina Curry, both 18-cv-12432 and duplicate case 18-cv-12527, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 17-cv-15158     Beatriz Orono de Guevara
- 18-cv-13339     Angela Allen
- 17-cv-15111     Ginger Moore
- 19-cv-11802     Sara Daley
- 19-cv-10791     Valerie Middleton
- 18-cv-12728     Marta Spates
- 19-cv-09432     Cynthia Shockley (duplicate case 18-cv-3430 remains pending)

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Adams | Robin | 2:17-cv-15684 | PFS Not Substantially Complete; No CMO 12A | sanofi | Allen & Nolte, PLLC | 1/6/2020 | 8899 |
| 2 | Atkinson | Lynn | 2:18-cv-11961 | PFS Not Substantially Complete; No PTO 71A | sanofi | Reich and Binstock, LLP | 1/3/2020 | 8889 |
| 3 | Brown | Pamela J | 2:17-cv-17157 | PFS Not Substantially Complete | sanofi | Reich and Binstock, LLP | 1/8/2020 | 8988 |
| 4 | Downing | Monica | 2:18-cv-12781 | PFS Not Substantially Complete; No PTO 71 | sanofi | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 1/6/2020 | 8901 |
| 5 | Hasty | Judy | 2:17-cv-16916 | PFS Not Substantially Complete | sanofi | Cutter Law PC | 1/6/2020 | 8935 |
| 6 | Jarrel | Donna | 2:18-cv-00349 | PFS Not Substantially Complete | 505 | Reich & Binstock | 1/6/2020 | 8929 |
| 7 | Madison | Janice | 2:19-cv-02758 | PFS Not Substantially Complete; No Psych or Employment Authorizations | 505 | Marc J. Bern & Partners LLP | 1/3/2020 | 8884 |
| 8 | Rahal | Laila | 2:18-cv-01591 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8927 |
| 9 | Robinson | Linda | 2:17-cv-13087 | PFS Not Substantially Complete | sanofi | Davis & Crump, P. C. | 1/8/2020 | 8981 |
| 10 | Smith | Christine | 2:18-cv-12916 | PFS Not Substantially Complete; No Authorizations; No PTO 71 | sanofi | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 12/20/2019 | 8783 |
| 11 | Smith | Dianna S | 2:19-cv-00098 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 | Fears | Nachawati | 1/6/2020 | 8910 |
| 12 | Smith | Dorothy | 2:18-cv-13557 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 12/31/2019 | 8871 |
| 13 | Stevens | Martha | 2:18-cv-06269 | No Deficiency Response; PFS Not Substantially Complete; Authorization Deficiencies | 505 | Reich and Binstock, LLP | 1/6/2020 | 8931 |
| 14 | Tillman | Barbara | 2:18-cv-12887 | PFS Not Substantially Complete | sanofi | Allen & Nolte, PLLC (formerly The Mulligan Firm) | 1/6/2020 | 8902 |
| 15 | Young | Joanne | 2:18-cv-12891 | PFS Not Substantially Complete; Authorizations not witnessed; No CMO 12A; No PTO 71A | Both sanofi and 505 | Allen & Nolte, PLLC (Formerly Mulligan Law Firm) | 1/6/2020 | 8900 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Alderson | Karen | 2:19-cv-11810 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 1/6/2020 | 8946 |
| 2 | Brown | Nicole | 2:18-cv-12586 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi | Atkins & Markoff | 1/3/2020 | 8882 |
| 3 | Campbell | Sheila K. | 2:17-cv-14305 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 | Brown & Crouppen, P.C. | 12/11/2019 | 8689 |
| 4 | Delgado | Marie | 2:18-cv-12436 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8932 |
| 5 | Englert | Jessica | 2:19-cv-11875 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 1/6/2020 | 8922 |
| 6 | Grubbs | Kasandra | 2:19-cv-10921 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8925 |
| 7 | Hampton | Catherine | 2:18-cv-12453 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8909 |
| 8 | Handy | Deana | 2:18-cv-12455 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8914 |
| 9 | Henderson | Maria | 2:17-cv-14411 | PFS Not Substantially Complete | sanofi | Brown & Crouppen | 12/11/2019 | 8687 |
| 10 | Jackson | Delores V | 2:17-cv-09355 | PFS Not Substantially Complete; No PTO 71A | sanofi | Pendley, Baudin & Coffin, L.L.P. | 1/3/2020 | 8888 |
| 11 | Johnson | Regina | 2:18-cv-13074 | No Signed/Verified PFS | 505 | Pulaski Law Firm, PLLC | 11/12/2019 | 8554 |
| 12 | Johnson | Tina | 2:17-cv-16205 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8943 |
| 13 | Meece | Brittany J. | 2:19-cv-11387 | No Signed/Verified PFS | 505 | Napoli Shkolnik | 1/6/2020 | 8896 |
| 14 | Melendez | Melissa | 2:17-cv-16362 | PFS Not Substantially Complete | 505 | Allen & Nolte (Formerly Mulligan Law Firm) | 1/6/2020 | 8921 |
| 15 | Payton Brock | Mabalene | 2:18-cv-12125 | PFS Not Substantially Complete | 505 | Reyes\|Browne\|Reilley | 12/11/2019 | 8695 |
| 16 | Percell | Kristen | 2:17-cv-16385 | PFS Not Substantially Complete; No CMO 12A; No Authorizations (not dated/witnessed) | sanofi | Allen & Nolte, PLLC | 1/6/2020 | 8923 |
| 17 | Riggs | Laura | 2:19-cv-11870 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8928 |
| 18 | Sims | Sharon | 2:17-cv-12424 | PFS Not Substantially Complete | 505 | Johnson Law Group | 11/18/2019 | 8586 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 19 | Spears | Polly | 2:17-cv-15067 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 | Atkins & Markoff | 1/7/2020 | 8959 |
| 20 | Stone | Judy | 2:18-cv-11585 | PFS Not Substantially Complete; No PTO 71A | sanofi | Brown & Crouppen | 12/11/2019 | 8688 |
| 21 | Walker | Delores | 2:18-cv-11574 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 | Brown & Crouppen, P.C. | 12/11/2019 | 8690 |
| 22 | Webster | Kathy | 2:18-cv-13258 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Pulaski Law Firm, PLLC | 11/12/2019 | 8553 |
| 23 | Yeager | Sandra | 2:17-cv-09523 | PFS Not Substantially Complete; No PTO 71A | sanofi | Lowe Law Group | 11/15/2019 | 8579 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Anderson | Hester | 2:18-cv-02763 | PFS Not Substantially Complete | sanofi | Morris Bart, LLC | 1/6/2020 | 8940 |
| 2 | Bothelho | Ana | 2:18-cv-12336 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8907 |
| 3 | Bradley | Cynthia R. | 2:18-cv-12370 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8912 |
| 4 | Brandenburg | Sena | 2:19-cv-11833 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8937 |
| 5 | Cote | Yolanda | 2:19-cv-11834 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8945 |
| 6 | Edwards | Regena | 2:19-cv-11883 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8933 |
| 7 | Fought | Lorane | 2:19-cv-11148 | No Signed/Verified PFS | Both sanofi and 505 | Fears | Nachawati | 1/6/2020 | 8906 |
| 8 | Hamilton | Sherry | 2:18-cv-12382 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8949 |
| 9 | Jackson | Joyce | 2:18-cv-11492 | PFS Not Substantially Complete; No CMO 12A | sanofi | Brown & Crouppen | 10/29/2019 | 8399 |
| 10 | Jones | Virgie | 2:18-cv-12412 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8944 |
| 11 | Kreshpane | Ellen | 2:18-cv-07902 | No Deficiency Response; PFS Not Substantially Complete | 505 | Fears | Nachawati | 1/6/2020 | 8918 |
| 12 | Landry | Stephanie | 2:18-cv-11583 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Brown & Crouppen | 1/3/2020 | 8885 |
| 13 | Morris | Teresa | 2:18-cv-12525 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8941 |
| 14 | Mushaney | Jill | 2:18-cv-12523 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8924 |
| 15 | Neyland | Lora | 2:19-cv-11986 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8930 |
| 16 | Overby | Kimberly | 2:18-cv-08394 | No Deficiency Response; PFS Not Substantially Complete | 505 | Fears | Nachawati | 1/6/2020 | 8915 |
| 17 | Paige | Deborah | 2:19-cv-11956 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8917 |
| 18 | Parker | Denise | 2:19-cv-11881 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 1/6/2020 | 8920 |
| 19 | Parker | Sandra | 2:19-cv-11993 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8936 |
| 20 | Parker | Debra | 2:17-cv-08396 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 1/7/2020 | 8966 |
| 21 | Pedraza | Jessica | 2:17-cv-16757 | PFS Not Substantially Complete | sanofi | McSweeney/Langevin LLC | 1/7/2020 | 8950 |
| 22 | Plumley | Sheryl | 2:18-cv-01225 | PFS Not Substantially Complete; No Authorizations | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8938 |
| 23 | Reeves | Charlene | 2:19-cv-11992 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8947 |
| 24 | Reynolds | Tessa | 2:19-cv-11925 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8942 |

January 9, 2020
Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 25 | Rivera | Marilyn | 2:19-cv-00809 | PFS Not Substantially Complete | sanofi | McDonald Worley | 1/3/2020 | 8886 |
| 26 | Roberts | Genese | 2:18-cv-02043 | PFS Not Substantially Complete | sanofi | Johnson Law Group | 11/15/2019 | 8578 |
| 27 | Rogers | Kathie | 2:17-cv-09675 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8926 |
| 28 | Schaeffer | Catherine | 2:18-cv-01600 | No Deficiency Response; PFS Not Substantially Complete; No PTO 71A; Authorization Deficiencies | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8911 |
| 29 | Smith | Sonia | 2:18-cv-12264 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 1/6/2020 | 8939 |
| 30 | Venezia | Deborah | 2:17-cv-12868 | PFS Not Substantially Complete | sanofi | Johnson Law Group | 1/6/2020 | 8904 |
| 31 | Washington | Renee | 2:18-cv-11639 | PFS Not Substantially Complete | sanofi | Johnson Becker, PLLC | 12/26/2019 | 8805 |
| 32 | Wieseler | Cheryl | 2:19-cv-10895 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 1/6/2020 | 8498 |