MINUTE ENTRY
NORTH, M.J.
JANUARY 10, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

A PTO 85 call docket conference was held on this date in the presence of a Court Reporter (Nichelle Drake).

As to the remaining Plaintiffs listed on Sanofi's January 10, 2020 deficiencies spreadsheet, each such Plaintiff shall have until February 10, 2020 to cure any remaining deficiencies and to submit a Rule 26 certification attesting that such Plaintiff's production is complete. To the extent that Sanofi has a reasonable belief that any Plaintiff has not completely complied with the obligation to produce ESI in the proper format, Sanofi's counsel is to confer with counsel for that Plaintiff to discuss any perceived shortcomings in an attempt to finally resolve the matter as to that Plaintiff. Following such conference(s), to the extent any disputes remain concerning the completeness of a particular Plaintiff's ESI production, Sanofi shall submit to the Court a single statement explaining its position as to the alleged deficiencies, limited to a short paragraph per Plaintiff. Counsel for each Plaintiff identified in that submission shall have 21 days to submit to the Court a similarly brief explanation setting forth why counsel believes Plaintiff's discovery response is complete. The Court will determine how to proceed thereafter upon receipt of said submissions.

MJSTAR (00:40)

As to the eight Plaintiffs identified by Sanofi who have produced only PDF versions of documents/photographs in response to this Court's November 6, 2019 order, within 14 days counsel for those Plaintiffs are to submit to Sanofi a Rule 26 certification that the underlying ESI has been lost.

Moving forward, prior to issuing its notice of deficiency and associated spreadsheets to the Court in advance of the PTO 85 docket call, Sanofi is to present its list of perceived deficiencies to the PSC, with specific photographs identified therein, so that counsel for the parties can attempt resolution before formal submission of a deficiency spreadsheet to the Court.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE