## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **Emily L. Eubanks 2:18-cv-5815** | : | |

## UNOPPOSED MOTION FOR LEAVE TO FILE
## AMENDED SHORT FORM COMPLAINT

Plaintiff Emily L. Eubanks, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on June 11, 2018, naming Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi"), Sandoz Inc. ("Sandoz"), Accord Healthcare, Inc. ("Accord"), McKesson Corporation d/b/a McKesson Packaging ("McKesson"), Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. (collectively, "Hospira"), Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. (collectively, "Sun Pharma"), Pfizer Inc. ("Pfizer"), Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. (collectively, "Actavis") based upon medical records provided by Plaintiff's infusion facility showing she was treated with docetaxel. Thereafter, Plaintiff obtained a "Statement Regarding Chemotherapy Drug Administered" from Plaintiff's infusion facility identifying docetaxel labelled by Sagent Pharmaceuticals, Inc. ("Sagent") as the docetaxel product that was used in Plaintiff's treatment. Consequently, Plaintiff seeks leave to amend her complaint to name Sagent Pharmaceuticals, Inc. This motion also dismisses with prejudice previously named Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff's counsel has conferred with counsel for Sagent Pharmaceuticals, Inc., who agreed in the interest of judicial economy not to oppose the motion for leave to amend, with the understanding and agreement that Sagent Pharmaceuticals, Inc., reserves its right to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Date: January 14, 2020                                  Respectfully submitted,

                                                        /s/ *Matthew R. McCarley*
                                                        **FEARS NACHAWATI, PLLC**
                                                        Matthew R. McCarley, #24041426
                                                        Tarek A. Abbassi, #24096225
                                                        Jason S. Long #24098012
                                                        5473 Blair Road
                                                        Dallas, Texas 75231
                                                        Telephone: (214) 890-0711
                                                        Fax: (214) 890-0712
                                                        mccarley@fnlawfirm.com
                                                        tabbassi@fnlawfirm.com
                                                        jlong@fnlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th Day of January, 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                                        /s/ *Jason S. Long*
                                                        Jason S. Long

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| EMILY L. EUBANKS, | : | |
| | : | **COMPLANT & JURY DEMAND** |
|     Plaintiff(s), | : | |
| | : | **Civil Action No.:___18-5815___** |
| vs. | : | |
| | : | |
| | : | |
| SAGENT PHARMACEUTICALS, INC. | : | |
| | : | |
|     Defendant(s). | : | |
| ----------------------------------------------------------- | : | |

## AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2019)

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.  Plaintiff:

     Emily L. Eubanks _____

2.  Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

      N/A _____

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

        _____N/A_____

4.      Current State of Residence:  ___Georgia_____

5.      State in which Plaintiff(s) allege(s) injury:  __Georgia_____

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

                ☐   A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

                ☐   B.      Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

                ☐   A.      Sandoz Inc.

                ☐   B.      Accord Healthcare, Inc.

                ☐   C.      McKesson Corporation d/b/a McKesson Packaging

                ☐   D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

                ☐   E.      Hospira, Inc.

                ☐   F.      Sun Pharma Global FZE

                ☐   G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

                ☐   H.      Pfizer Inc.

                ☐   I.      Actavis LLC f/k/a Actavis Inc.

                ☐   J.      Actavis Pharma, Inc.

                ☒   K.      Other:   Sagent Pharmaceuticals, Inc.

7.     Basis for Jurisdiction:

      ☒     Diversity of Citizenship

      ☐     Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.     Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Georgia Northern District Court

9.     Brand Product(s) used by Plaintiff (check applicable):

      ☐     A.     Taxotere

      ☐     B.     Docefrez

      ☒     C.     Docetaxel Injection

      ☒     D.     Docetaxel Injection Concentrate

      ☐     E.     Unknown

      ☐     F.     Other:

10.    First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

8/27/2015 – 11/24/2015

11.     State in which Product(s) identified in question 9 was/were administered:

> Georgia

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Loss of eyebrows, eyelashes, and hair on scalp. There are severe bald spots throughout scalp. Emotional injuries due to hair loss.

13.     Counts in Master Complaint brought by Plaintiff(s):

☒     Count I – Strict Products Liability - Failure to Warn
☒     Count III – Negligence
☒     Count IV – Negligent Misrepresentation
☒     Count V – Fraudulent Misrepresentation
☒     Count VI – Fraudulent Concealment
☒     Count VII – Fraud and Deceit

☐     Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

/s/ Matthew R. McCarley
**FEARS NACHAWATI, PLLC**
Matthew R. McCarley, #24041426
Tarek A. Abbassi, #24096225
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
mccarley@fnlawfirm.com
tabbassi@fnlawfirm.com
jlong@fnlawfirm.com