**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Chris Querry
**Case No.:** 2:17-cv-12360

**DECLARATION**

I, Alyssa White, have attempted to reach my client, Chris Querry, on the following dates: 11/6/2018, 11/15/2018, 01/04/2019, 02/25/2019, 03/12/2019, 03/25/2019, 04/02/2019, 04/22/2019, 05/06/2019, 05/14/2019, 05/17/2019, 05/29/2019, 06/03/2019, 06/10/2019, 06/17/2019, 06/20/2019, 07/01/2019, 07/15/2019, 07/22/2019, 08/06/2019, 08/12/2019, 08/19/2019, 08/26/2019, 09/03/2019, 09/10/2019, 09/17/2019, 10/09/2019, 10/15/2019, 10/24/2019, 11/07/2019, 11/14/2019, 11/25/2019, 12/11/2019, 12/19/2019, 12/27/2019, and 01/07/2020 by (check all that apply) _x_ telephone, _x_ e-mail, _x_ text message, ____ social media, _x_ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: January 14, 2020

/s/ Alyssa J. White
Alyssa J. White
Johnson Law Group
2925 Richmond Avenue, Ste 1700
Houston, TX 77098
(713) 626-9336
awhite@johnsonlawgroup.com