UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Cynthia Thibodeaux, No. 16-15859 ) | |

## ORDER

    Before the Court is a Motion for Summary Judgment (Doc. 8779). The Court held oral argument on January 9, 2020. **IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff's case is **DISMISSED WITH PREJUDICE**. Written reasons will follow;

    **IT IS FURTHER ORDERED** that Defendants' Motion for Leave to File Reply in Support of Motion for Summary Judgment (Doc. 8953) is **GRANTED**. The Clerk's office is instructed to file the proposed pleading into the record.

    New Orleans, Louisiana this 14th day of January, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE