# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br> SECTION "H" <br> JUDGE TRICHE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Kathryn Jones and <br> Mark Jones, 2:18-cv-12202 | : : : | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the above entitled motion is GRANTED.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge