### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to:** | ) | |
| Deborah Clelland, 18-cv-1952 | ) | |

### ORDER

Before the Court is a Motion to Vacate Order (Doc. 6500). Plaintiffs Deborah Clelland and Edward Goddard ask the Court to vacate its order dismissing their case after a show cause hearing. Plaintiff Clelland explains that Defendants did not put her on notice of her failure to upload certain information, which resulted in her failure to cure a deficiency. When Plaintiff realized her oversight, she promptly uploaded the missing information. The Court has been advised that Defendants do not oppose Plaintiff's Motion.

Accordingly, Plaintiff's Motion to Vacate Order (Doc. 6500) is **GRANTED**. The Clerk's office is instructed to **REINSTATE** her case.

New Orleans, Louisiana this 14th day of January, 2020.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE