# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 30, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-30631    In re: Taxotere Prod Liability
                        USDC No. 2:16-MD-2740
                        USDC No. 2:18-CV-7024

Enclosed is an order entered in this case.

This court has considered the unopposed joint stipulation of the appellants and appellees to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered that counsel for the appellants and appellees may obtain all ex parte documents *filed on behalf of* Hospira Worldwide, L.L.C., Actavis Pharma, Incorporated, Hospira, Incorporated, Carriene Nevin, Sanofi U.S. Services, Incorporated, Renee Jeffers, Deborah Purnell, Pfizer, Incorporated, Sanofi-Aventis, U.S., L.L.C., McKesson Corporation, Sun Pharmaceutical Industries, Incorporated, Sandoz, Incorporated, Accord Healthcare, Incorporated, Sun Pharma Global FZE, Actavis, L.L.C., Julie Clark, and all other non ex parte documents in the record.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Dantrell L. Johnson, Deputy Clerk
                                        504-310-7689

Mr. William W. Blevins
Ms. Ilana H. Eisenstein
Mr. John Christopher Elliott
Mr. Gregory E. Ostfeld

**P.S. to All Counsel**: The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-30631
_____

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------------------------------------------

JULIE CLARK,

       Plaintiff - Appellant

v.

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated

       Defendants - Appellees

_____

RENEE JEFFERS,

       Plaintiff - Appellant

v.

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated,

       Defendants - Appellees

_____

CARRIENE NEVIN,

  Plaintiff - Appellant

v.

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; ACCORD HEALTHCARE, INCORPORATED; HOSPIRA, INCORPORATED; HOSPIRA WORLDWIDE, L.L.C., formerly known as Hospira Worldwide, Incorporated; MCKESSON CORPORATION, formerly known as McKesson Packaging; SANDOZ, INCORPORATED; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INCORPORATED, formerly known as Caraco Pharmaceutical Laboratories, Limited; PFIZER, INCORPORATED; ACTAVIS PHARMA, INCORPORATED; ACTAVIS, L.L.C., formerly known as Actavis, Incorporated,

  Defendants - Appellees

_____

DEBORAH PURNELL,

  Plaintiff - Appellant,

v.

ACCORD HEALTHCARE, INCORPORATED; HOSPIRA, INCORPORATED; SANDOZ, INCORPORATED; SUN PHARMA GLOBAL FZE; HOSPIRA WORLDWIDE, L.L.C., formerly known as Hospira Worldwide, Incorporated; MCKESSON CORPORATION, doing business as McKesson Packaging; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.; SUN PHARMACEUTICAL INDUSTRIES, INCORPORATED, formerly known as Caraco Pharmaceutical Laboratories, Limited,

  Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R :

     IT IS ORDERED that the unopposed joint stipulation of the Appellants and Appellees' motion to view and obtain sealed documents is GRANTED.

                                               _____
                                               GREGG J. COSTA
                                             UNITED STATES CIRCUIT JUDGE