UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| LAUREN C. BROWN and RICHARD BROWN, SR.<br><br>Plaintiff,<br>v.<br><br>SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOVI-AVENTIS U.S. LLC, SANDOZ INC., ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC, f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., and SUN PHARMA GLOBAL FZE,<br><br>Defendants. | SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:17-cv-17352 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

COMES NOW, Randi Kassan of the law firm of Sanders Phillips Grossman, LLC, and formally enters her appearance as counsel for Plaintiffs Lauren C. Brown and Richard Brown, Sr. in the above captioned matter.

DATED:  January 15, 2020          Respectfully submitted,


By:  /s/ Randi Kassan

Randi Kassan (NY Bar No. 4375754)
SANDERS PHILLIPS GROSSMAN, LLC

1

                        100 Garden City Plaza, Suite 500
                        Garden City, NY 11530
                        Telephone: (516) 741-5600
                        Facsimile: (516) 741-0128
                        Email: rkassan@thesandersfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 15, 2020

                                              By: */s/ Randi Kassan*
                                                     Randi Kassan