# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| CAROL HENWOOD, <br><br> Plaintiff, <br> v. <br><br> SANOFI S.A., AVENTIS PHARMA S.A., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., SANOVI-AVENTIS U.S. LLC, HOSPIRA WORLDWIDE, LLC, n/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., and SUN PHARMA GLOBAL FZE <br><br> Defendants. | SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> Civil Action No.: 2:17-cv-17322 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

COMES NOW, Randi Kassan of the law firm of Sanders Phillips Grossman, LLC, and formally enters her appearance as counsel for Plaintiff Carol Henwood in the above captioned matter.

DATED: January 15, 2020                    Respectfully submitted,


                                           By:  /s/ Randi Kassan

                                           Randi Kassan (NY Bar No. 4375754)
                                           SANDERS PHILLIPS GROSSMAN, LLC
                                           100 Garden City Plaza, Suite 500
                                           Garden City, NY 11530
                                           Telephone: (516) 741-5600

1

Facsimile: (516) 741-0128
Email: rkassan@thesandersfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>January 15</u>, 2020

                                            By: <u>*/s/ Randi Kassan*</u>
                                                  Randi Kassan