UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                            SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:**
**Kimberly Nicole Gilmore**
**Case No.: 2:19-cv-12390**

## DECLARATION

I, Ryan J. Browne, declare that our Firm has attempted to reach our client, Kimberly Nicole Gilmore, on the following dates: 12/9/19, 12/18/19, 12/23/19, 12/27/19, 12/30/19, 12/31/19, 1/2/2020, 1/3/2020, 1/6/2020, 1/8/2020, 1/10/2020, 1/14/2020, and 1/15/2020 regarding the deficiency and the Notice of Non-Compliance, by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, __x__ U.S. Mail, _x___ Certified Mail, __x__ other, and our client has not been responsive to our communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Ryan J. Browne*
Ryan J. Browne
**REYES|BROWNE|REILLEY**
8222 Douglas Avenue, Suite 400
Dallas, Texas 75225
(214) 526-7900
ryan@reyeslaw.com