**UNITED STATES DISCTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  TAXOTERE (DOCETAXEL) ) | MDL No. 2740 |
| PRODUCT LIABILITY LITIGATION ) | |
| ) | |
| ) | SECTION "H" (5) |
| ) | JUDGE MILAZZO |
| ) | MAG. JUDGE NORTH |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| Plaintiff Name:  Barbara Humphrey ) | |
| Case No.:  2:16-cv-16674 ) | |
| ) | |

**PLAINTTIF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Barbara Humphrey, by and through her attorneys, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Barbara Humphrey, that she was provided Taxotere/Docetaxel chemotherapy that was manufactured by Sanofi U.S. Services, Inc. and/or Sanofi-Aventis U.S. LLC which caused her to permanently lose her hair. Her original suit was filed on November 29, 2016.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. should be named as Defendants in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss.

Plaintiff e-mailed Defendants' Liaison counsel on November 15, 2019, seeking approval to file the motion for leave to amend. Counsel for Sanofi responded that Sanofi did not object. Plaintiff received no further response from Defendants' Liaison Counsel on behalf of the remaining Defendants.

Plaintiff, therefore, seeks to amend her Complaint to name Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as defendants and dismiss with prejudice all Sanofi defendants previously named (Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately and doing business as Winthrop U.S).

Respectfully submitted,

**THE GOSS LAW FIRM, P.C.**

*/s/_Peter E. Goss*
Peter E. Goss. Esq.
THE GOSS LAW FIRM, P.C.
1501 Westport Road
Kansas City, MO 64111
816-336-1300
816-336-1310 (Fax)
pgoss@goss-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

*/s/ Peter E. Goss*
Peter E. Goss. Esq.
THE GOSS LAW FIRM, P.C.
1501 Westport Road
Kansas City, MO 64111
816-336-1300
816-336-1310 (Fax)
pgoss@goss-lawfirm.com