UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| MARIE JOFFRION | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Notice of Dismissal With Prejudice** |
| vs. | : : | Civil Action No.  19-cv-14094 |
| SANOFI US SERVICES INC. ET AL., | : : : | |
| Defendant(s). ------------------------------------------------------- | : : : | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Marie Joffrion hereby dismisses all claims in this matter with prejudice against all Defendants in this action Civil Action 19-cv-14094, only. All applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Notice of Dismissal.  This Notice shall not affect the lawsuit filed by Marie Joffrion which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 17-cv-14464.  All parties shall bear their own costs.

Dated this 15th day of January 2019

By: */s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.
**BACHUS & SCHANKER, LLC**
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: (303) 893-9800
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net
*Attorneys for Plaintiff*