UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |
| THIS DOCUMENT RELATES TO:<br><br>MARIE JOFFRION v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 17-cv-14464 |

**JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

Daniel K. Bryson and John Hunter Bryson, with Whitfield Bryson & Mason, currently represent Plaintiff as Attorneys of Record. Plaintiff wishes to substitute J. Christopher Elliott of Bachus & Schanker, LLC as her counsel of record to proceed with her claim.

By agreement, the below-signed attorneys of Whitfield Bryson & Mason LLP wish to withdraw and substitute Attorney J. Christopher Elliott, as follows:

J. Christopher Elliott
Colorado Bar No. 41063
Bachus & Schanker, LLC.
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: 303-893-9800
Facsimile: 303-893-9900

1

CElliott@ColoradoLaw.net

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel as set forth herein.

**Respectfully submitted and representation accepted by:**

| | |
|---|---|
| By: */s/ J. Christopher Elliott* | By: */s/ Daniel K. Bryson* |
| Christopher Elliott, Esq. | Daniel K. Bryson |
| J. Kyle Bachus, Esq. | J. Hunter Bryson |
| Darin L. Schanker, Esq. | Whitfield Bryson & Mason LLP |
| Bachus & Schanker, LLC | 900 W. Morgan Street |
| 1899 Wynkoop Street Suite 700 | Raleigh, NC 27603 |
| Denver, CO 80238 | Telephone: (919) 600-5000 |
| Telephone: (303)893-8900 | Facsimile: (919) 600-5035 |
| Facsimile: (303) 893-9900 | Email: dan@wbmllp.com |
| Email: celliott@coloradolaw.net | Email: hunter@wbmllp.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                           *s/J. Christopher Elliott*
                                           J. Christopher Elliott