## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |
| THIS DOCUMENT RELATES TO:<br><br>MARIE JOFFRION v. SANOFI-AVENTIS U.S. LLC, ET AL. | Civil Action No.: 17-cv-14464 |

## **ORDER**

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel:

IT IS ORDERED that Daniel K. Bryson and John Hunter Bryson, with Whitfield Bryson & Mason, LLP be allowed to withdraw as counsel for Plaintiff; and further that J. Christopher Elliott of Bachus & Schanker LLC be allowed to substitute as counsel of record for the Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
JUDGE JANE TRICHE MILAZZO

1