UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Plaintiff,<br>NANCY RESENDIZ,<br> vs.<br><br>ACCORD HEALTHCARE, INC.; and SAGENT PHARMACEUTICALS, INC.,<br><br>Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:18-cv-03159 |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Nancy Resendiz, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter. A copy of the Amended Short Form Complaint is attached as Exhibit "A' to this Motion.

Dated January 16, 2020.

Respectfully submitted,

By: /s/ Debra Humphrey
Debra Humphrey, Esq.
NY Bar 5050448
60 East 42nd Street, Suite 950
New York, New York 10165
Phone: (212) 702-5000
Fax: (212) 818-0164
Email: Dhumphrey@bernllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 16th day of January 2020.

>MARC J. BERN & PARTNERS LLP
>
>By: /s/ Debra Humphrey
>Debra Humphrey, Esq.
>NY Bar 5050448
>60 East 42nd Street, Suite 950
>New York, New York 10165
>Phone: (212) 702-5000
>Fax: (212) 818-0164
>Email: Dhumphrey@bernllp.com
>*Attorneys for Plaintiff*