UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740  SECTION "H" JUDGE TRICHE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Nancy Resendiz 2:18-cv-03159 | : : : | |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE TO FILE AMENDED COMPLAINT

Plaintiffs Nancy Resendiz, by and through counsel, file this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on March 23, 2018, naming Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi"), Sandoz Inc. ("Sandoz"), Accord Healthcare, Inc. ("Accord"), McKesson Corporation d/b/a McKesson Packaging ("McKesson"), Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. (collectively, "Hospira"), Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. (collectively, "Sun Pharma"), Pfizer Inc. ("Pfizer"), Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. (collectively, "Actavis") based upon medical records provided by Plaintiff's infusion facility showing she was treated with docetaxel. Thereafter, Plaintiff obtained additional medical records with National Drug Codes ("NDC's") from Plaintiff's infusion facility identifying docetaxel labelled by Sagent Pharmaceuticals, Inc. ("Sagent") and Accord Healthcare, Inc. ("Accord") as having been used in Plaintiff's treatment. Consequently, Plaintiff seeks leave to amend her complaint to name Sagent Pharmaceuticals, Inc and Acccord Healthcare, Inc. ("Accord"). This motion also dismisses with prejudice previously named Defendants Sanofi-Aventis U.S.

LLC and Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis ), Sandoz Inc. ("Sandoz"), McKesson Corporation d/b/a McKesson Packaging ("McKesson"), Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. (collectively, "Hospira"), Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. (collectively, "Sun Pharma"), Pfizer Inc. ("Pfizer"), Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. (collectively, "Actavis") Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff's counsel has conferred with counsel for Sagent Pharmaceuticals, Inc., who agreed in the interest of judicial economy not to oppose the motion for leave to amend, with the understanding and agreement that Sagent Pharmaceuticals, Inc., reserves its right to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Date: January 16, 2020

Respectfully submitted,

/s/ *Debra J. Humphrey, Esq*
(NYS Bar No. 5050448)
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16Th Day of January, 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

/s/ *Debra J. Humphrey*
Debra J. Humphrey