UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| NANCY RESENDIZ <br><br> Plaintiffs, <br><br> vs. <br><br> ACCORD HEALTHCARE, INC.; and SAGENT:PHARMACEUTICALS, INC <br> Defendants. | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT <br><br> Civil Action No.: 2:18-cv-03159 |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint in the above captioned matter.

SO ORDERED this _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT