# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Nancy Resendiz

**PLAINTIFF(S) VERSUS**

ACCORD HEALTHCARE, INC.; and
SAGENT PHARMACEUTICALS, INC

**DEFENDANT(S)**

**CIVIL ACTION**

No. 2:18-cv-03159

SECTION: "N" (5)

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion For Leave to Amend the Complaint is hereby set for submission before District Judge/Magistrate Judge Milazzo Febuary 15, 2020 at 9:30 a.m.

/s/Debra Humphrey
(Signature)

Debra Humphrey
(Name)

60 E. 42nd St. STE 950
(Address)

New York   NY   10165
(City)   (State)   (Zip)

212-702-5000
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 16th day of January, 20 20.

/s/Debra Humphrey
**(SIGNATURE)**