# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes* **Case No. 2:17-cv-11769** | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Emily S. Knight of the law firm of Tucker Ellis LLP as counsel for Defendant Accord Healthcare, Inc. in the above-captioned matter.

Dated: January 16, 2020

Respectfully Submitted,

*/s/ Emily S. Knight*
Emily S. Knight (6331402)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:     216.592.5009
Email:          emily.knight@tuckerellis.com

*Attorney for Defendant Accord Healthcare, Inc.*

4532686.1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2020, a true and correct copy of foregoing Notice of Appearance filed with the court via ECF and is deemed served on all counsel of record.

                                    /s/ *Emily S. Knight*
                                    Emily S. Knight

4532686.1