# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP U.S.** |
| Peggy Boyer v. SANOFI-AVENTIS, US LLC, et al. | **Civil Action No.: 2:19-cv-13796** |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP U.S., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated this 16th day of January, 2020 | **PULASKI LAW FIRM, PLLC**<br>*/s/ Leslie LaMacchia*<br>Leslie LaMacchia<br>Adam Pulaski<br>2925 Richmond, Suite 1725<br>Houston, TX 77098<br>Tel: (713) 664-4555<br>Fax: (713) 664-7543<br>llamacchia@pulaskilawfirm.com<br>adam@pulaskilawfirm.com<br><br>*Attorneys for Plaintiff* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 16, 2020          */s/ Leslie LaMacchia*