UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Bettie J. Hicks v. Sanofi US Services, Inc., et al.;*<br>*Case No. 2:17-cv-15458* | : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 8895);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 17th day of January, 2020.

_____
Hon. Jane Triche Milazzo