UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br><br> *Keenan v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* <br><br> Plaintiff Name: Diann Keenan <br> Civil Action No.: 2:19-cv-14472 | JUDGE MILAZZO <br> MAG. JUDGE NORTH |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC. AND SAGENT PHARMACEUTICALS, INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc. and Sagent Pharmaceuticals, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th Day of January 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Matthew R. McCarley*
　　　　　　　　　　　　　　　　　　　　　　　　**FEARS NACHAWATI, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　Matthew R. McCarley, #24041426
　　　　　　　　　　　　　　　　　　　　　　　　Tarek A. Abbassi, #24096225
　　　　　　　　　　　　　　　　　　　　　　　　Jason S. Long #24098012
　　　　　　　　　　　　　　　　　　　　　　　　5473 Blair Road
　　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 890-0711
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (214) 890-0712
　　　　　　　　　　　　　　　　　　　　　　　　mccarley@fnlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　tabbassi@fnlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　jlong@fnlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Jason S. Long*
　　　　　　　　　　　　　　　　　　　　　　　　Jason S. Long