UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document Relates to ) <br> ) <br> CYNTHIA BONORDEN ) <br> CASE No.: 2:19-cv-13420 ) <br> ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> Chief Judge: MILAZZO <br> Magistrate Judge: NORTH |

## MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Cynthia Bonorden, by and through counsel, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter. A copy of the Amended Short Form Complaint is attached as Exhibit "A" to this Motion.

Dated this 20th day of January, 2020.

                                                    Respectfully submitted,

                                                    DUTTON, DANIELS, HINES,
                                                    KALKHOFF, COOK & SWANSON, PLC
                                                    Attorneys for Plaintiff

                                                    /S/ *James H. Cook*
                                                    James H. Cook, AT0001622
                                                    3151 Brockway Road
                                                    P.O. Box 810 Waterloo, IA 50704
                                                    Phone: (319) 234-4471
                                                    Fax: (319) 234-8029 Email:
                                                    jcook@duttonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ *James H. Cook*
James H. Cook