UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document Relates to ) <br> ) <br> CYNTHIA BONORDEN ) <br> **CASE No.: 2:19-cv-13420** ) <br> ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> Chief Judge: MILAZZO <br> Magistrate Judge: NORTH |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Cynthia Bonorden, by and through counsel, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Cynthia Bonorden, that she was provided Taxotere/Docetaxel chemotherapy that was manufactured by Sanofi U.S. Services, Inc. and/or Sanofi Aventis U.S. LLC which caused her to permanently lose her hair. Her original suit was filed on November 4, 2019.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Sandoz, Inc, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., now a subsidiary of Pfizer, Inc., should be named as Defendants in Plaintiff's case as manufacturers of the chemotherapy infusions which caused her permanent hair loss.

Therefore, Plaintiff seeks to amend her complaint to name Sandoz, Inc, Hospira

Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc. as defendants.

Dated this 20th day of January, 2020.

                Respectfully submitted,

                DUTTON, DANIELS, HINES,
                KALKHOFF, COOK & SWANSON, PLC
                Attorneys for Plaintiff

                /S/ *James H. Cook*
                James H. Cook, AT0001622
                3151 Brockway Road
                P.O. Box 810 Waterloo, IA 50704
                Phone: (319) 234-4471
                Fax: (319) 234-8029 Email:
                jcook@duttonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

                /s/ *James H. Cook*
                James H. Cook