# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2740 |
| ) | |
| ) | SECTION "H" (5) |
| ) | Chief Judge: MILAZZO |
| ) | Magistrate Judge: NORTH |
| This Document Relates to ) | |
| ) | |
| *Cynthia Bonorden v. Sanofi-Aventis U.S.* ) | |
| *LLC et al.;* **Case No.: 2:19-cv-13420** ) | |
| ) | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE
## AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiffs may file the Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this        day of                   , 2020

_____
Hon. Jane Triche Milazzo

1