UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>CASES LISTED IN EXHIBIT A TO MOTION | MDL No. 2740<br><br>SECTION: H (5) |

### CONSENT MOTION TO CONTINUE SUBMISSION DATE ON DEFENDANTS' OMNIBUS MOTION TO STRIKE AMENDMENTS TO THE SECOND AMENDED MASTER COMPLAINT THROUGH PLAINTIFFS' SHORT FORM COMPLAINTS

**NOW INTO COURT**, through undersigned counsel, come Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi"), who, with the consent of counsel for Plaintiffs, respectfully move to continue the submission date regarding Defendants' Motion to Strike Amendments to the Second Amended Master Complaint through Plaintiffs' Short Form Complaints.

Defendants' Motion to Strike Amendments to the Second Amended Master Complaint through Plaintiffs' Short Form Complaints was initially set for submission on January 29, 2020. Undersigned counsel has conferred with Plaintiffs' Liaison Counsel and the parties have consented to a continuance of the submission date on this Motion. Defendants thus request that the submission date on Defendants' Motion to Strike Amendments to the Second Amended Master Complaint through Plaintiffs' Short Form Complaints be continued to March 11, 2020.

**WHEREFORE**, Defendants respectfully request that this Court grant the instant Consent Motion to Continue Submission Date on Defendants' Motion to Strike Amendments to the Second

1

Amended Master Complaint through Plaintiffs' Short Form Complaints and enter the attached Order, continuing the submission date on the Motion (Rec. Doc. 8934) to March 11, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA  70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile:  504-310-2120 | Facsimile:  816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record who are ECF participants.

/s/ Douglas J. Moore