# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>CASES LISTED IN EXHIBIT A TO MOTION | MDL No. 2740<br><br>SECTION: H (5) |

# ORDER

Considering the foregoing Consent Motion to Continue Submission Date on Defendants' Motion to Strike Amendments to the Second Amended Master Complaint through Plaintiffs' Short Form Complaints (Rec. Doc. 8934) filed by Defendants, with the consent of Plaintiffs;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date on Defendants' Motion to Strike Amendments to the Second Amended Master Complaint through Plaintiffs' Short Form Complaints be and is **GRANTED**, and that the submission date is hereby continued to March 11, 2020.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
JUDGE JANE TRICHE MILAZZO

1