# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Debra Graves
Case No.: 17-cv-00251

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9021);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case. Previously named Defendants Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis US LLC are hereby dismissed with prejudice.

New Orleans, Louisiana, this 17th day of January, 2020.

_____
The Hon. Jane Triche Milazzo