UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H"<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Emily L. Eubanks 2:18-cv-5815 | : : | |

### ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 9030);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this, 17th day of January, 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge