UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No: 2:18-cv-11630 |
| **EARLENE LONDON**<br>    *Plaintiff* | | |
| vs. | | |
| HOSPIRA, INC. and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.<br>    *Defendants* | | |

## ORDER

Before this Honorable Court is Earlene London's Motion for Substitution of Plaintiff (Doc. 9019);

**IT IS ORDERED** that the Motion is **GRANTED** and that Early London, as surviving heir and son of Earlene London, is substituted as Plaintiff in the above-referenced action.

New Orleans, Louisiana, this 17th day of January, 2020.

HONORABLE JANE TRICHE MILAZZO
United States District Court Judge