# EXHIBIT A

[Client Death Certificate]

# STATE OF ARKANSAS

**ARKANSAS DEPARTMENT OF HEALTH**
Vital Records
**CERTIFICATE OF DEATH**

TYPE / PRINT IN PERMANENT BLACK INK. SEE INSTRUCTIONS
FILE NUMBER

1. DECEDENT'S LEGAL NAME: MARY JANE WILLIS
2. SEX: FEMALE
3a. DATE OF DEATH: JUN. 25, 2018
3b. TIME OF DEATH: 14:55 PM
4. SOCIAL SECURITY NO: 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
5a. AGE: 40
6. DATE OF BIRTH: JULY 29, 1977
7. BIRTHPLACE: KELLOGG, ID
8a. RESIDENCE STATE: ARKANSAS
8b. COUNTY: POLK
8c. CITY OR TOWN: MENA
8d. NUMBER AND STREET: 565 HIGHWAY 246
8f. ZIP CODE: 71953
10. MARITAL STATUS AT TIME OF DEATH: Married
11. SURVIVING SPOUSE'S NAME: GEORGE WILLIS
12b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: Nursing Home / Long Term Care Facility
12c. COUNTY OF DEATH: POLK
13a. FACILITY NAME: MENA REGIONAL HEALTH SYSTEM
13e. CITY OR TOWN: MENA
13f. ZIP CODE: 71953-2516
13. FATHER'S NAME: GLEN DALE MAY
14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: GERTRUDE HELMS
15a. INFORMANT'S NAME: GEORGE WILLIS
15b. RELATIONSHIP TO DECEDENT: HUSBAND
15c. MAILING ADDRESS: 565 HIGHWAY 246, MENA, AR, 71953
16a. METHOD OF DISPOSITION: Burial
16b. PLACE OF DISPOSITION: OWENS CHAPEL
16c. LOCATION, CITY, TOWN, AND STATE: ACORN, ARKANSAS
17a. EMBALMER'S NAME: RICHARD ALLEN WALKER
17b. EMBALMER'S LICENSE #: 21631
17c. SIGNATURE: /s/ SONJA R KESTERSON
17e. LICENSE #: 107
17d. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY: BEASLEY-WOOD FUNERAL HOME, 611 JANSEN, MENA, AR, 71953
18a. DATE PRONOUNCED DEAD: 6/25/2018
18b. TIME PRONOUNCED DEAD: 14:55 PM
18c. NAME AND TITLE OF PERSON PRONOUNCING DEATH: Paul Buschman, MD
19. WAS MEDICAL EXAMINER OR CORONER CONTACTED? No

**CAUSE OF DEATH**

20. PART I.
IMMEDIATE CAUSE (a): Breast cancer with brain metastasis
APPROXIMATE INTERVAL: 2 years

22. MANNER OF DEATH: Natural

25a. CERTIFIER: Certifying Physician
SIGNATURE: Paul Buschman
TITLE: MD
DATE: 7/9/18
26b. NAME AND COMPLETE MAILING ADDRESS OF PERSON SIGNING ITEM 26a: Paul Buschman, 300 N Morrow, Mena, AR 71953-8025
27a. SIGNATURE OF REGISTRAR: Stena Craig, Registrar
27b. DATE FILED: 7-10-18

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THE ARKANSAS DEPARTMENT OF HEALTH.

Shirley Louie
State Registrar

6057143

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE ARKANSAS DEPARTMENT OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

VR-112