# EXHIBIT A



Wed 10/2/2019 11:09 AM

**Starr, Sarah R. (SHB)**

RE: Taxotere Plaintiff, Gail Hill, MDL case number: 2:18-cv-14293 [secure]

To: ☐ Gordon Kessler; ☐ Cindy Crull; ☐ Douglas Moore; ☐ noproductid@tuckerellis.com; ☐ Marvelle Moore; ☐ MaraCusker.gonzalez@dechert.com; ☐ mark.cheffo@dechert.com; ☐ sara.roitman@dechert.com; ☐ **noproductid**; ☐ noproductid@mofo.com; ☐ docenoprodid@hinshawlaw.com; ☐ Sheryl Ritter; ☐ Beck, Kimberly

Cc: ☐ Debra J. Humphrey; ☐ Michalina Hospod-Rutkowski; ☐ Shiekia Pratt

📎 2019.08.22 Hill, Gail 2-18-cv-14293 (Northside Hospital Atlanta attn Medical Records).pdf  194 KB

📎 2019.08.22 Hill, Gail 2-18-cv-14293 (Northside Hospital Atlanta).pdf  195 KB

📎 2019.08.22 Hill, Gail 2-18-cv-14293 (Northside Hospital Atlanta attn Billing Records).pdf  192 KB

Dear Counsel,

Pursuant to Paragraph 4 of CMO 12A, Defendants sent a letter to Plaintiff's infusion facility, identifying themselves as manufacturers of docetaxel and requesting Product ID information be produced within fourteen (14) days. The infusion facility has failed to provide Defendants with Product ID information within thirty (30) days of Defendants' letter and Defendants do not otherwise possess Product ID Information in Plaintiff's case.

A copy of Defendants' correspondence to the infusion facility is attached along with a copy of the response received, if any.

If PID has already been obtained, please be advised this correspondence is being shared as a courtesy to supplement your file.

Please comply with your remaining obligations, pursuant to CMO 12A.

Regards,

**Sarah Starr**
*Temporary Analyst*
Shook, Hardy & Bacon L.L.P.

**From:** Gordon Kessler
**Sent:** Wednesday, August 14, 2019 9:07 PM
**To:** Cindy Crull ; Douglas Moore ; noproductid@tuckerellis.com; Marvelle Moore ; MaraCusker.gonzalez@dechert.com; mark.cheffo@dechert.com; sara.roitman@dechert.com; noproductid ; noproductid@mofo.com; docenoprodid@hinshawlaw.com; Sheryl Ritter ; Beck, Kimberly
**Cc:** Debra J. Humphrey ; Michalina Hospod-Rutkowski ; Shiekia Pratt
**Subject:** Taxotere Plaintiff, Gail Hill, MDL case number: 2:18-cv-14293

**EXTERNAL**

Counsel,

Please see the attached information regarding Taxotere Plaintiff, Gail Hill, MDL case number: 2:18-cv-14293

The documents attached are:
- Copies of all written requests for Product ID Information sent by Plaintiff to the infusion facility;
- Executed certification by Plaintiff or Plaintiff's counsel certifying that Plaintiff has made a diligent, good faith, and documented effort to obtain Product ID Information: attached draft

Thank you,
Gordon

**Gordon Kessler**
*Attorney*



One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Toll Free: (800) LAW-5432
Tel: (212) 702-5000
Fax: (212) 818-0164