## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740  SECTION "N" (5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| YVONNE HYTER, | : : | STIPULATION OF DISMISSAL |
| Plaintiff(s), | : : | Civil Action No.: 2:18-cv-3326 |
| vs. | : : : | |
| SANOFI-AVENTIS U.S., LLC ET AL., | : : | |
| Defendant(s). | : : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Yvonne Hyter, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-3326, only.  The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This Stipulation shall not affect the lawsuit filed by Yvonne Hyter, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:16-cv-17326.  All parties shall bear their own costs.

2

Dated: January 22, 2020

Respectfully submitted,

/s/ *David L. Friend*
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N, Suite 400 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

/s/ *Kelly Bieri*
Kelly Bieri, Esq.
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO  64108
(816) 474-6550
kbieri@shb.com

ATTORNEYS FOR DEFENDANTS