UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANDOZ INC.** |
| THIS DOCUMENT RELATES TO:<br><br>*Dionne McDougal v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* | Civil Action No.: 2:18-cv-11460 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants Sandoz Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

DATED this 22nd day of January 2020.

1

        Respectfully submitted,

        **REYES | BROWNE | REILLEY**

By: */s/ Ryan J. Browne*

    Ryan J. Browne
    Texas State Bar No. 00796262
    Spencer P. Browne
    Texas State Bar No. 24040589
    8222 Douglas Ave., Suite 400
    Dallas, TX 75225
    (214) 526-7900
    (214) 526-7910 (FAX)
    ryan@reyeslaw.com
    spencer@reyeslaw.com

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 22, 2020        */s/ Ryan J. Browne*
                                                    Ryan J. Browne