# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | JUDGE ENGELHARDT |
| Altheria Dennis and Damon Dennis Sr., | MAG. JUDGE NORTH |
| | COMPLANT & JURY DEMAND |
| Plaintiff(s), | Civil Action No.: 2:17-cv-11257 |
| vs. | |
| Sanofi S.A. et al, | |
| Defendant(s). | |

**AMENDED SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
   Altheria Dennis

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):
   Damon Dennis Sr.

1

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Current State of Residence: Alabama

5. State in which Plaintiff(s) allege(s) injury: Alabama

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   - [ ] A. Sanofi S.A.
   - [ ] B. Aventis Pharma S.A.
   - [ ] C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.
   - [ ] D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   - [ ] A. Sandoz Inc.
   - [ ] B. Accord Healthcare, Inc.
   - [ ] C. McKesson Corporation d/b/a McKesson Packaging
   - [ ] D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.
   - [ ] E. Hospira, Inc.
   - [ ] F. Sun Pharma Global FZE
   - [ ] G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.
   - [ ] H. Pfizer Inc.
   - [X] I. Actavis LLC f/k/a Actavis Inc.
   - [X] J. Actavis Pharma, Inc.

☑ K. Other: Sagent Pharmaceuticals, Inc.

7. Basis for Jurisdiction:

☑ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Southern District of Alabama, Southern Division

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere
☐ B. Docefrez
☐ C. Docetaxel Injection
☐ D. Docetaxel Injection Concentrate
☑ E. Unknown
☐ F. Other:

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> 09/11/2014 - 11/20/2014

11. State in which Product(s) identified in question 9 was/were administered:

> Alabama

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent/persistent hair loss and diffuse thinning of hair.

13. Counts in Master Complaint brought by Plaintiff(s):

   - [✓] Count I – Strict Products Liability - Failure to Warn
   - [✓] Count II – Strict Products Liability for Misrepresentation
   - [✓] Count III – Negligence
   - [✓] Count IV – Negligent Misrepresentation
   - [✓] Count V – Fraudulent Misrepresentation
   - [✓] Count VI – Fraudulent Concealment
   - [✓] Count VII – Fraud and Deceit
   - [✓] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

   - [✓] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

In addition to the counts listed above, Plaintiff also adopts the allegations and claims listed in the Master Long Form Complaint and asserts the following:

Count IX. Violations of Applicable Alabama Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices.

Count X. Loss of Consortium.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: *T. Aaron Stringer (UT 12681)
*Nathan Buttars (UT 13659)
*(Admitted pro hac vice)
LOWE LAW GROUP
6028 S. Ridgeline Drive, Ste 200
Ogden, Utah 84405
Tel: (801) 917-8500
Fax: (801) 917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com

5

Respectfully submitted,

**LOWE LAW GROUP**

/s/ Nathan Buttars

T. Aaron Stringer, UT Atty. No. 12681
Nathan Buttars, UT Atty. No. 13659
(Admitted pro hac vice)
**LOWE LAW GROUP**
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Telephone: 801-917-8500
Facsimile: 801-917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com

*Counsel for Plaintiff(s)*