UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "H" (5) |

**DEFENDANTS' MOTION TO AMEND PRETRIAL ORDER 70B REGARDING *EX PARTE* CONTACT WITH MDL PLAINTIFFS' PRESCRIBING AND TREATING PHYSICIANS**

Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Actavis Pharma, Inc. and Actavis LLC, Accord Healthcare, Inc., Pfizer, Inc., Hospira, Inc. and Hospira Worldwide, LLC, Sandoz Inc., and Sun Pharmaceutical Industries, Inc. (collectively "Defendants"), hereby move this Court amend the current physician contact order to prevent future improper contact by Plaintiffs' counsel with the prescribing and treating physicians of the plaintiffs in this litigation. As more fully set forth in the attached Memorandum in Support, Defendants request that the Court preclude Plaintiffs' counsel from *ex parte* contact with MDL Plaintiff's prescribing or treating physician in the same manner applicable to defense counsel. Alternatively, Defendants request the Court limit Plaintiffs' counsel to a single *ex parte* meeting prior to that physician's deposition, during which the only documents shown or provided are the physician's medical records for that MDL Plaintiff, and the subject matter is limited to the physician's care and treatment of such Plaintiff.

WHEREFORE, Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Actavis Pharma, Inc. and Actavis LLC, Accord Healthcare, Inc., Pfizer, Inc., Hospira, Inc. and Hospira Worldwide, LLC, Sandoz Inc., and Sun Pharmaceutical Industries, Inc. respectfully request that

1

this Court modify Pretrial Order 70B regarding contact by Plaintiffs' counsel with the prescribing and treating physicians of the plaintiffs in this litigation.

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART & MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA  70130
        Telephone: 504-310-2100
        Facsimile:  504-310-2120
        dmoore@irwinllc.com

        Harley Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY& BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-47p4-6550
        Facsimile:  816-421-5547
        hratliff@shb.com
        abyard@shb.com

        *Counsel for sanofi-aventis U.S. LLC*

        GREENBERG TRAURIG, LLP

        */s/ R. Clifton Merrell*
        R. Clifton Merrell
        Evan Holden
        Terminus 200
        3333 Piedmont Road NE, Suite 2500
        Atlanta, GA 30305
        Telephone: 678-553-2100
        Facsimile: 678-553-2100
        merrellc@gtlaw.com
        holdene@gtlaw.com

ADAMS AND REESE LLP

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras Street, Suite 4500 New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*

TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*


DECHERT LLP

*/s/ Mara Cusker Gonzalez*
Mark Cheffo
Mara Cusker Gonzalez
51 Madison Avenue, 22nd Floor New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
mark.cheffo@dechert.com
maracusker.gonzalez@dechert.com

CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

HINSHAW & CULBERTSON LLP

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

ULMER & BERNE LLP

/s/ *Michael J. Suffern*
Michael J. Suffern
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065
msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*
Douglas J. Moore