# EXHIBIT A

<u>Plaintiff's PTO 70B Disclosure re: Communication with Dr. Carinder</u>

a. Date of communication:
    a. September 10, 2019
b. Approximate duration:
    a. 1.5 hours
c. Location:
    a. Dr. Carinder's office (1203 S. Tyler Street, Suite 230, Covington, LA)
d. Participants:
    a. Dr. Carinder, Darin L. Schanker, Zachary L. Wool
e. Compensation for meeting:
    a. Dr. Carinder's usual and customary rate of $1,000/hour (total of $1,500)
f. Documents provided or shown to Dr. Carinder:
    a. Transcript of Dr. Carinder's deposition
    b. Exhibit 5 to Dr. Carinder's deposition
    c. Sanofi_01038474
    d. 2010 label[1]
    e. Plaintiff's proposed opening demonstrative #26
    f. Plaintiff's proposed opening demonstrative #59
    g. Plaintiff's proposed opening demonstrative #32
g. Compensation for trial:
    a. Plaintiff will compensate Dr. Carinder his usual and customary charge of $1,250/hour to testify at trial at the time of his testimony.

Date: September 10, 2019            /s/ Darin L. Schanker

---

[1] https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/020449s053lbl.pdf