# EXHIBIT B





32

# Frequency of side effects
**How do you describe how often they happen?**

### Frequency rating scale

| Description | Percentage |
|---|---|
| Very common | ≥ 10% |
| Common | ≥ 1% and < 10% |
| Uncommon | ≥ 0.1% and < 1% |
| Rare | ≥ 0.01% and < 0.1% |
| Very Rare | < 0.01% |
| Unknown | Cannot be estimated |



World Health Organization