# EXHIBIT C

1

1              UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF LOUISIANA

3

4  BARBARA EARNEST,

5            Plaintiff,

6  VERSUS              CASE NO. 2:16-cv-17731

7  SANOFI S.A., SANOFI-AVENTIS
   U.S. L.L.C., SANOFI US SERVICE,
8  INC., AND AVENTIS-PHARMA,

9            Defendants.

10

11

12

13          Videotaped deposition of JAMES E.

14 CARINDER, M.D., taken at the offices of NORTHSHORE

15 ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,

16 Suite 390, Slidell, Louisiana 70458, on Thursday,

17 January 11, 2018, commencing at 1:08 p.m.

18

19

20

21

22

23

24

25   Job No. NJ2757175

118

1  what the drug is being -- what it's FDA approved
2  for.  But prescribing information is -- is a
3  package insert that basically has how it's
4  prescribed and drug interactions and potential
5  side effects and toxicity warnings, this type of
6  thing.
7      Q.  So have you read -- how would you like
8  to call it?  Not the label.  You would like me to
9  call it --
10     A.  Package insert.
11     Q.  Package insert?
12     A.  Package insert.
13     Q.  Have you read what you call the
14  "package insert" for doxorubicin?
15     A.  Years ago, yes.
16     Q.  When you first started prescribing it
17  or since then?
18     A.  When I first started using it back when
19  I was a fellow.  I mean, we're talking 20 years
20  ago.
21     Q.  Not since then?
22     A.  (Shakes head negatively.)  No.
23     Q.  Have you read the package insert for
24  cyclophosphamide?
25     A.  Yes.

119

1      Q.  When?
2      A.  Again, probably 20 years ago.
3      Q.  Have you read the package insert for
4  Taxotere?
5      A.  Yes.
6      Q.  When?
7      A.  Back when it first came on the market.
8  Whatever --
9      Q.  Be- --
10     A.  -- year that was, I can't remember.
11     Q.  Before 2000?
12     A.  2000, yeah.  1999, 2000.
13     Q.  Ever after that?
14     A.  No.
15     Q.  Today when you talk to breast cancer
16  patients who are going to receive docetaxel --
17     A.  (Affirmative response.)
18     Q.  -- do you warn of the possibility of
19  persistent or permanent hair loss?
20     A.  Yes.
21        MR. SCHANKER:
22           Objection, form.
23  EXAMINATION BY MS. BIERI:
24     Q.  And when did you start doing that?
25     A.  About three years ago when all the news

120

1  came out that patients were having persistent
2  alopecia.
3      Q.  Are you talking about related to
4  litigation?
5      A.  That was -- yes.  Yes.
6      Q.  Was it based on your review of any
7  written materials?
8      A.  They -- I had gotten an e-mail from,
9  I -- I think, one of the ASCO -- one of those --
10  one of those FDA things that had been sent out
11  with kind of a warning that now they were seeing
12  cases of permanent hair loss.  Patients are quite
13  aware of that too now.  Even before we're gonna
14  offer up treatment, they're already -- they're --
15  they're already, a lot of them, very aware of
16  this.
17     Q.  So when you -- so you said for the last
18  three years, you've been warning about a potential
19  for --
20     A.  -- permanent hair not growing back.
21     Q.  So what do you say?
22     A.  I tell them, I said, "There is a remote
23  possibility that your hair may not grow back."
24     Q.  So your change to your counseling
25  practices as it relates to hair loss has to do

121

1  with things that you saw in -- in the media
2  regarding -- you tell me.  I don't want to put
3  words in your mouth.
4         MR. SCHANKER:
5            Objection, form.
6         THE WITNESS:
7            What was -- what was in the --
8  what was in the news, as well as, like I said, I
9  had gotten -- I get these updates from ASCO and
10  various sites, and they had said that there was
11  now -- some evidence had surfaced that there were
12  cases where patients were not getting their hair
13  back.
14            And I had had -- I had had, like I
15  said, this lady and one other lady that received
16  docetaxel that their hair hasn't grown back.  The
17  other lady has no hair, none.
18  EXAMINATION BY MS. BIERI:
19     Q.  So the -- the other lady --
20     A.  Yeah.
21     Q.  -- you treated her in 2005, correct?
22     A.  2004, 2005, somewhere in there.
23     Q.  And she's still your patient, correct?
24     A.  Yes.
25     Q.  And so when I say "you treated her in

31 (Pages 118 to 121)