# EXHIBIT E

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   * * * * * * * * * * * * * * * * * * * * * * * * *
 5   BARBARA EARNEST
 6       Plaintiff,
 7
     VERSUS                        CASE NO. 2:16-cv-17731
 8
     SANOFI S.A., SANOFI-AVENTIS
 9   U.S. L.L.C., SANOFI US
     SERVICE, INC., and
10   AVENTIS-PHARMA S.A.,
11       Defendants.
12   * * * * * * * * * * * * * * * * * * * * * * * * *
13
14
15
16          Videotaped Deposition of MARIE CELESTE
17   LAGARDE, MD, taken at the office of Dr. Lagarde, 110
18   Lakeview Circle, Suite 200, Covington, Louisiana 70433,
19   on Thursday, November 1st, 2018, at 3:55 p.m.
20
21
22
23
     Job No. NJ3063922
24   By:  Ashlee B. Ancalade
25   Registered Professional Reporter
```

Page 14

1  Q  -- or anything?
2     So he represented to you that she received
3  Taxotere?
4  A  Correct.
5  Q  You don't have personal knowledge of --
6  A  No.
7  Q  -- any chemotherapy that she received?
8  A  I do not.
9  Q  Okay.  Did he represent anything else he --
10 about her medical condition?
11 A  That she had alopecia.
12 Q  And, again, that's not something you know --
13 A  No.
14 Q  -- from personal knowledge?
15 A  Absolutely not.
16 Q  Did he show you any records or --
17 A  No.
18 Q  -- evidence of that?
19    Did Mr. Schanker tell you about any of -- did
20 he explain to you -- and -- and let me know if you want
21 me to phrase this differently, but did he explain to
22 you Barbara Earnest's theory of her -- her case?
23 A  No.
24    MR. SCHANKER:
25        Objection.  Form.

Page 15

1  BY MR. BAEHR:
2  Q  Did he explain to you what he alleges or
3  Barbara Earnest -- I'm sorry.
4     Did -- did he explain to you what he alleges
5  Barbara or -- sorry.
6     Did he explain to you what Barbara Earnest
7  alleges that Sanofi has done wrong?
8     MR. SCHANKER:
9         Objection.  Form.
10 A  I believe the only discussion was whether or
11 not full disclosure of long-term side effects were
12 discussed with the patient.
13 BY MR. BAEHR:
14 Q  Did he represent that full disclosure was not
15 made?
16    MR. SCHANKER:
17        Objection.  Form.
18 A  Yes.
19 BY MR. BAEHR:
20 Q  Did he make representations about knowledge
21 that the company would have had of the side effects
22 you're discussing?
23    MR. SCHANKER:
24        Objection.  Form.
25 A  Vaguely.  I mean, it wasn't -- it was that --

Page 16

1  that -- I think that was the supposition that I got.
2  BY MR. BAEHR:
3  Q  And can you say what you mean, what was --
4  what was the supposition that you got?
5  A  That the company had perhaps -- and I'm using
6  that -- perhaps known something and then not disclosed
7  their findings.
8  Q  And are you --
9  A  But I don't know that.  I mean, that's just a
10 supposition.
11 Q  And is that something you're supposing or you
12 think it's a premise- -- something underlying the
13 representations that he made to you?
14    MR. SCHANKER:
15        Objection.  Form.
16 A  I think it's a premise.
17 BY MR. BAEHR:
18 Q  Okay.  So is it --
19 A  Is the word I'll --
20 Q  Is it fair to say something that he either
21 stated to you or implied to you?
22    MR. SCHANKER:
23        Objection.  Form.
24 A  I'd say probably stated.
25 BY MR. BAEHR:

Page 17

1  Q  Okay.  Did Mr. Schanker tell you anything
2  about Sanofi's defenses or arguments in this
3  litigation?
4  A  No.
5  Q  Did he inform you that Sanofi counsel has not
6  been given permission by Ms. Earnest to contact you in
7  the way that he contacted you?
8     MR. SCHANKER:
9         Objection.  Form.
10 A  No.
11 BY MR. BAEHR:
12 Q  Did he inform you that -- that you were under
13 no obligation to speak with him in relation to this
14 deposition or the litigation?
15 A  I knew that.
16 Q  Okay.  Did you understand that that meeting
17 is not an -- an inherent part of the deposition
18 process?
19 A  Yes.
20 Q  Okay.
21    MR. SCHANKER:
22        Objection.  Form.
23 BY MR. BAEHR:
24 Q  Did Mr. Schanker discuss with you any medical
25 literature related to alopecia and chemotherapy?

5 (Pages 14 - 17)