# EXHIBIT F

1

| | |
|---|---|
| **From:** | Baehr, Jordan (SHB) |
| **Sent:** | Friday, November 2, 2018 8:02 PM |
| **To:** | dschanker@ColoradoLaw.net |
| **Cc:** | plambert@gainsben.com; barrios@bkc-law.com; Douglas Moore; Bieri, Kelly (SHB) |
| **Subject:** | Contacts with Dr. Lagarde |

Darin,
I was surprised to learn from Dr. Lagarde during her deposition yesterday that you had had *ex parte* contact with her prior to her deposition, during which you made representations regarding, *inter alia*, Ms. Earnest's allegations against sanofi, and medical treatment and alleged injuries of which the witness had no personal knowledge. You also showed and discussed with her at least one document from Ms. Earnest's productions in this litigation. As you are no doubt aware, you had an obligation under PTO 70A to disclose such contact at least 48 hours prior to Dr. Lagarde's deposition, and did not. This is a violation of PTO 70A. Please make the required disclosures immediately. Given the prejudice occasioned by your conduct, we intend to bring this to the Court's attention promptly.
Thank you,
**Jordan C. Baehr**
*Associate*
Shook, Hardy & Bacon L.L.P.

816.559.2571 | jbaehr@shb.com

