UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO: Cynthia Thibodeaux, No. 16-15859 | JUDGE MILAZZO |

## JUDGMENT

For reasons issued January 23, 2020 and filed herein (Rec. Doc. 9110);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims of plaintiff Cynthia Thibodeaux in the above-captioned matter are **DISMISSED WITH PREJUDICE**

Signed in New Orleans, LA this 23rd day of January, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE