UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| Robin Siggers, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No. 2:18-cv-08986 |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis US Inc., et al, | : : : | |
| Defendant(s). | : : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Robin Siggers hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-08986, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Robin Siggers, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case 2:17-cv-15802. All parties shall bear their own costs.

Dated this 23rd day of January, 2020

                                                      s/Steven D. Davis
                                                      Steven Davis (IL 6281263)
                                                      TorHoerman Law LLC
                                                      210 S. Main Street
                                                      Edwardsville, IL 62025
                                                      sdavis@thlawyer.com
                                                      Phone: (618) 656-4400
                                                      Facsimile: (618) 656-4401

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                          */s/Steven D. Davis*
                                                        Steven D. Davis