# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Chaunda Tanika Howard
Case No.: 16-cv-17794

## ORDER

       Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The _____ day of _____, 2020

                                                                   _____
                                                                             The Hon. Jane Triche Milazzo