## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| ------------------------------------------------------------ | : : | SECTION "H" (5) JUDGE MILAZZO |
| LACEY COX | : : | MAG. JUDGE NORTH |
| Plaintiff(s), | : : | COMPLAINT & JURY DEMAND |
| vs. | : : | Civil Action No.: 2:19-cv-4994 |
| SANDOZ INC. | : : : | |
| Defendant(s). ------------------------------------------------------------ | : : | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff, LACEY COX, by and through her Counsel, **with the consent of Defendants**, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter. This motion also dismisses with prejudice previously named defendants Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC.  The copy of the First Amended Short Form Complaint is attached as Exhibit "A" to this Motion, and a Memorandum in Support of this Motion is being filed herewith.

Respectfully submitted,

/s/ Aaron C. Johnson
Aaron C. Johnson, MO # 38756
David G. Summers, MO # 42290
Summers & Johnson, P.C.
717 Thomas Street
Weston, MO 64098
(816) 640-9940
Fax (816) 386-9927
aaron@summersandjohnson.com
Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 24, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                            /s/ Aaron C. Johnson, Attorney for Plaintiff