UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| ------------------------------------------------- | : | JUDGE MILAZZO |
| LACEY COX | : : | MAG. JUDGE NORTH |
| Plaintiff(s), | : : | COMPLAINT & JURY DEMAND |
| vs. | : : | Civil Action No.: 2:19-cv-4994 |
| SANDOZ INC. | : : | |
| Defendant(s). ------------------------------------------------- | : : | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint;

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached as Exhibit A to Plaintiff's Motion in the member case.

This _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT

1