# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Gore et al v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al*<br><br>Plaintiff Name: Richardina Gore and Robert Gore<br>Civil Action No.: 2:18-cv-09319 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 27th Day of January 2020          Respectfully submitted,

/s/ *Matthew R. McCarley*
**FEARS NACHAWATI, PLLC**
Matthew R. McCarley, #24041426
Tarek A. Abbassi, #24096225
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
mccarley@fnlawfirm.com
tabbassi@fnlawfirm.com
jlong@fnlawfirm.com
Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Jason S. Long*