UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NUMBER: 2740
PRODUCTS LIABILITY
LITIGATION

SECTION: "H"(5)

THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

The next discovery conference will take place on February 13, 2020 at 10:00 a.m.

New Orleans, Louisiana, this  28th  day of   January  , 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE