UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** <br> **PRODUCTS LIABILITY LITIGATION** | : <br> : <br> : <br> : <br> : | **MDL NO. 2740** <br> <br> **SECTION "H" (5)** <br> **JUDGE MILAZZO** <br> **MAG. JUDGE NORTH** |
| SHIRLEY A. WILLIS <br>   & <br> WILLIE T. WILLIS            , <br>   Plaintiff(s), <br>     vs. <br> HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. & HOSPIRA, INC. <br>   Defendant(s). <br> ------------------------------------------------------------- | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **Civil Action No.: 2:19-cv-13464** |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

**AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐   Plaintiff lacks evidence of being administered a Taxotere (decetaxel) product manufactured by an MDl defendant;

☒   Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐   Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 28th day of January, 2020.

          Respectfully submitted,

          /s/ David B. Vermont
          David B. Vermont, Esq.
          Attorney for Plaintiffs
          D.C. Bar No. 474323

          HELMSDALE LAW, LLP
          Six Consultant Pl., Suite 100-A
          Durham, NC  27707-3598
          (424) 249-7900 – Office
          (424) 249-7990 – Fax
          dvermont@helmsdalelaw.com

## CERTIFICATE OF SERVICE

I

I hereby certify that on January 28, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  January 28, 2020          /s/ David B. Vermont