UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 ) ) SECTION: "H" (5) ) ) JUDGE MILAZZO ) MAG. JUDGE NORTH ) |
| THIS DOCUMENT RELATES TO: BERTHA MCNAIR V. SANOFI-AVENTIS U.S. LLC, et al. Civil Action No.: 2:19-cv-14694 | ) NOTICE OF PARTIAL ) DISMISSAL WITH PREJUDICE ) AS TO ACTAVIS PHARMA, ) INC. & ACTAVIS LLC F/K/A ) ACTAVIS INC. ) ) |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 29th day of January, 2020.

    Respectfully submitted,

    By: */s/ Thomas Smith*
    Thomas Smith, TN Bar #35331
    Law Offices of Tony Seaton & Associates, PLLC
    118 E. Watauga Ave
    Johnson City, TN 37601
    Telephone: (423) 282-1041
    Facsimile: (423) 282-0967
    tom@tonyseaton.com

    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 29, 2020                          By: */s/ Thomas Smith*
                                                                                            Thomas Smith