# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | Civil Action No.:  17-cv-14464 |
| THIS DOCUMENT RELATES TO:<br><br>MARIE JOFFRION v.  SANOFI-AVENTIS U.S. LLC, ET AL. | |

# **ORDER**

    Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 9044);

    **IT IS ORDERED** that the Motion is **GRANTED** and that Daniel K. Bryson and John Hunter Bryson, with Whitfield Bryson & Mason, LLP are withdrawn as counsel for Plaintiff; and further that J. Christopher Elliott of Bachus & Schanker LLC is substituted as counsel of record for the Plaintiff.

    New Orleans, Louisiana, this 28th day of January, 2020.

 

 

JUDGE JANE TRICHE MILAZZO