UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE ( DOCETAXEL )
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| NANCY RESENDIZ<br><br>Plaintiffs,<br><br>vs.<br><br>ACCORD HEALTHCARE, INC.; and SAGENT:PHARMACEUTICALS, INC<br>Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:18-cv-03159 |

**ORDER**

Before the Court is an unopposed Motion for Leave File Amended Complaint (Doc. 9045);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 28th day of January, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT