UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>CASES LISTED IN EXHIBIT A TO MOTION | MDL No. 2740<br><br>SECTION: H (5) |

## ORDER

Before the Court is a Consent Motion to Continue Submission Date (Doc. 9088);

**IT IS ORDERED** that the Consent Motion to Continue Submission Date on Defendants' Motion to Strike Amendments to the Second Amended Master Complaint through Plaintiffs' Short Form Complaints is **GRANTED**, and that the submission date on the Motion to Strike Amendments is hereby continued to March 11, 2020.

New Orleans, Louisiana, this 28th day of January, 2020.

_____
JUDGE JANE TRICHE MILAZZO