UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Chaunda Tanika Howard
Case No.: 16-cv-17794

# ORDER

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 9118);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 28th day of January, 2020.

_____
The Hon. Jane Triche Milazzo