IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| KIMBERLY LISTERMANN and EDWIN C. LISTERMANN, | : : : | SECTION "H" (5) JUDGE MILAZZO |
| Plaintiffs, | : : : | MAG. JUDGE NORTH |
| v. | : : : | Civil Action No. 2:17-cv-07182 |
| HOSPIRA, INC. and HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., | : : : | |
| Defendants. | : : | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiffs, Kimberly Listermann and Edwin C. Listerman, by and through their attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Kimberly Listermann, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on July 27, 2017, shortly after she became aware of claims associated with Docetaxel use.

Subsequent to the filing of her Short Form Complaint, after diligent and persistent investigation by counsel, and after Plaintiff received additional medical records, including an additional "Statement Regarding Chemotherapy Drug Administered" that provided information showing that the first three of the Plaintiff's treatment doses were manufactured by Sanofi, it has become apparent that SANOFI should have also been named as a defendant to this suit. This fact

was not evident from a normal review of the medical records, but rather, involved investigation related to certain NDC codes which were not provided with routinely requested medical records.

Plaintiffs contacted Defendants' counsel and Defendants do not oppose the relief requested, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based jurisdiction, statute of limitations, or the applicability of FRCP 15(c) by agreeing not to contest this motion.

Plaintiff, therefore, desires to amend the Complaint to add SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S., as Defendants in this matter and to include allegations against them as an additional manufacturer of the drug administrated to the Plaintiff, as she only recently became aware of these allegations.

Dated this 29th day of January, 2020.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:     (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint was sent to Defendant Hospira's Counsel on November 20, 2019, December 9, 2019, and January 14, 2020, in an attempt to obtain consent. Defendant Hospira has not objected to the foregoing motion, to date.

By: /s/ *Michael P. McGartland*
Michael P. McGartland

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland