# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| LACEY COX | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Plaintiff(s), | COMPLAINT & JURY DEMAND |
| vs. | Civil Action No.: 2:19-cv-4994 |
| SANDOZ INC. | |
| Defendant(s). | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9122);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached as Exhibit A to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 28th day of January, 2020.

_____
JUDGE, UNITED STATES DISTRICT