UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI U.S. SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO<br>SONIA WITTENBERG<br>Civil Action No. 2:17-CV-15659 | | |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except SANOFI U.S. SERVICES, INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

              Respectfully submitted:

              */s/ Sindhu Daniel*
              Sindhu Daniel, NJ Bar 010711996
              Edward Bertram, TX Bar 24080422
              BARON & BUDD, P.C.
              3102 Oak Lawn Avenue, Suite 1100
              Dallas, TX 75219
              (214) 521-3605
              sdaniel@baronbudd.com
              ebertram@baronbudd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Sindhu Daniel*
Sindhu Daniel