UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Mattie Farrior**
**Case No.: 2:18-cv-10979**

## DECLARATION

I, Nathan Buttars, declare that I or a member of my office have attempted to reach my client, Mattie Farrior, on the following dates: 05/17/2018, 12/19/2018, 01/17/2019, 01/18/2019, 01/21/2019, 01/22/2019, 01/23/2019, 01/24/2019, 01/28/2019, 04/29/2019, 06/26/2019, 10/24/2019, 11/04/2019, 11/07/2019, 11/11/2019, 11/18/2019, 11/20/2019, 01/08/2020, and 01/10/2020 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, __X__ social media, __X__ U.S. Mail, _____ Certified Mail, _____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

 /s/ *Nathan Buttars*                         Dated: January 31, 2020
Nathan Buttars
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Ph: 801-917-8500
nate@lowelawgroup.com
*Counsel for Plaintiff*