## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

**NOTICE OF PARTIAL DISMISSAL
WITH PREJUDICE AS TO ALL
EXCEPT SANOFI-AVENTIS U.S. LLC**

THIS DOCUMENT RELATES TO:
*Regina McMillian, et al. v. Sanofi-Aventis U.S.
LLC, et al.*

Civil Action No.: 2:17-cv-08803

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC; each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

**Dated: January 31, 2020**

**LOWE LAW GROUP**
By:  */s/ Nathan Buttars*
Nathan Buttars
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Attorney for Plaintiff(s)*