# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740  SECTION "N" (5) JUDGE MILAZZO |
| NANCY BJERKEN, ET AL., | : : | MAG. JUDGE NORTH |
| Plaintiffs, vs. | : : : | Civil Action No.: 2:17-cv-09645 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff, Nancy Bjerken, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a), and hereby respectfully moves for leave to file an Amended Short Form Complaint, attached hereto as Exhibit A.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Hospira, Inc. and Hospira Worldwide, LLC, who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Hospira, Inc. and Hospira Worldwide, LLC, reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

Respectfully submitted on January 31, 2020.

By: */s/ Nathan Buttars*
Nathan Buttars
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 31, 2020         /s/ Nathan Buttars