## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE MILAZZO |
| *Stella Garrett v. Sanofi-Aventis U.S. LLC, et al.,* | : : | MAG. JUDGE NORTH |
| | : | **NOTICE OF PARTIAL DISMISSAL** |
| *Civil Action No. 2:17-cv-16179* | : | **WITH PREJUDICE AS TO ALL EXCEPT** |
| | : | **SANOFI US SERVICES INC. F/K/A** |
| | : | **SANOFI-AVENTIS U.S. INC. AND** |
| | : | **SANOFI-AVENTIS U.S. LLC** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 31st day of January 2020.

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: /s/Amy Collignon Gunn
John G. Simon
Amy Collignon Gunn
800 Market Street, Ste. 1700
St. Louis, MO 63101
Phone: 314-241-2929
Fax: 314-241-2029
jsimon@simonlawpc.com
agunn@simonlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/Amy Collignon Gunn
Amy Collignon Gunn