## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI AVENTIS U.S. LLC AND SANOFI U.S. SERVICES, INC.** |
| THIS DOCUMENT RELATES TO:<br>Melanie Torrence; 2:17-cv-15641 | Civil Action No.: 2:17-cv-15641 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi Aventis U.S. LLC and Sanofi U.S. Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 31st day of January 2020.

                                    Respectfully submitted,

                           **THE SIMON LAW FIRM, P.C**.

                        By: /s/Amy Collignon Gunn
                            John G. Simon
                            Amy Collignon Gunn
                            800 Market Street, Ste. 1700
                            St. Louis, MO 63101
                            Phone: 314-241-2929
                            Fax: 314-241-2029
                            jsimon@simonlawpc.com
                            agunn@simonlawpc.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 31, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  January 31, 2020       By:  /s/Amy Collignon Gunn
                                                  Amy Collignon Gunn