UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Elizabeth Kahn, Case No. 16-cv-17039;*
*June Phillips, Case No. 16-cv-15397.*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS OF BELLWETHER TRIAL PLAINTIFFS, ELIZABETH KAHN AND JUNE PHILLIPS

MAY IT PLEASE THE COURT:

Plaintiffs, through undersigned counsel, respectfully request leave of Court to file the attached proposed Amended Short Form Complaints for bellwether trial plaintiffs, Elizabeth Kahn and June Phillips, who have been identified by this Court as alternative bellwether trial plaintiffs for the next MDL bellwether trial set to begin on August 10, 2020.

Consistent with the parties' agreement on a trial schedule for the second bellwether trial, Plaintiffs' deadline to amend their pleadings is the date of the instant filing. The Plaintiffs' attached proposed amending Short Form Complaints are submitted to provide factual allegations particular to the circumstances of each Plaintiff's claim and to memorialize their LPLA failure-to-warn allegations. Plaintiffs submit that these proposed amending Short Form Complaints are consistent both with the Court's Orders of December 12, 2019 (Docs. 8702, 8703) regarding amendment of pleadings and with the Court's guidance at the last Lead/Liaison conference with the Court. The amendments are consistent with other trial plaintiffs' amendments to their complaints, consistent with these Plaintiffs' deposition testimony and discovery responses, and made to clarify prior allegations.

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the context of this MDL, plaintiffs are required to use the master complaint structure pursuant to Pretrial Order No. 15 (Doc. 230). The interests of fairness, equity and justice support allowing the above referenced Plaintiffs leave to amend their pleadings to conform to the LPLA and to clarify their case-specific factual allegations made in previous versions of their pleadings, which have included factual allegations consistent with application of Louisiana's discovery rule, contra non valentem, since the original Master Complaint and subsequent amending versions of said master pleadings.[1]

Because the trial scheduling order deadlines allow for amendment of pleadings to date, and considering Sanofi's request for updated depositions of these bellwether plaintiffs to occur in March 2020, Plaintiffs respectfully suggest that there is no prejudice to Sanofi's ability to question Ms. Kahn and/or Ms. Phillips regarding these proposed amended allegations. Defendants will have the opportunity, pursuant to the parties' agreed trial schedule, to challenge these allegations through phase II discovery and with motion practice brought in accordance with the agreed deadlines.[2]

Accordingly, Plaintiffs Elizabeth Kahn and June Phillips request that the Court grant their instant motion for leave to amend their short form complaints and enter the proposed pleadings into the record.

---

[1] *See* Master Long Form Complaint and Demand for Jury Trial, *et seq* (Doc. 312, ¶ 2-7, 267-276).
[2] While Defendants are deemed to have answered each Short Form Complaint under the terms of Pretrial Order No. 15 (Doc. 230), the Defendants have had the opportunity to answer these Plaintiffs' complaints individually and heretofore have chosen not to do so. *See* PTO 15, ¶ I, J.

| | |
|---|---|
| Dated: January 31, 2020 | Respectfully Submitted, |
| /s/ Richard L. Root<br>Betsy J. Barnes # 19473<br>Richard Root #19988<br>Morris Bart, LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130<br>Phone: (504) 525-8000<br>Fax: (504) 599-3392<br>bbarnes@morrisbart.com<br>rroot@morrisbart.com<br><br>*Attorneys for Trial Plaintiff, June Phillips* | Christopher L. Coffin<br>Jessica A. Perez<br>Pendley, Baudin & Coffin, LLP<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>Email: ccoffin@pbclawfirm.com<br>Email: jperez@pbclawfirm.com<br><br>*Attorneys for Trial Plaintiff, Elizabeth Kahn* |

### FOR THE PLAINTIFFS' STEERING COMMITTEE

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>/s/ Dawn M. Barrios
>Dawn M. Barrios