UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Miller v. Sanofi US Services Inc. et al*<br><br>Plaintiff Name: Judith Miller<br>Civil Action No.: 2:18-cv-13839 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 2nd day of February 2020        Respectfully submitted,

           /s/ *Matthew R. McCarley*
           **FEARS NACHAWATI, PLLC**
           Matthew R. McCarley, #24041426
           Tarek A. Abbassi, #24096225
           Jason S. Long #24098012
           5473 Blair Road
           Dallas, Texas 75231
           Telephone: (214) 890-0711
           Fax: (214) 890-0712
           mccarley@fnlawfirm.com
           tabbassi@fnlawfirm.com
           jlong@fnlawfirm.com
           Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

           /s/ *Jason S. Long*