UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Ann Mathews                                ,<br><br>    Plaintiff(s),<br><br>vs.<br><br><br> Hospira, Inc., Hospira Worldwide LLC, and Sandoz, Inc.                         ,<br><br>    Defendant(s).<br>------------------------------------------------------------ | : : : : : : : : : : : : : | <br><br><br><br>Civil Action No.:  2:17-cv-16791   |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]  Plaintiff's original Complaint was filed in the Eastern District of Louisiana on December 11, 2017 (*Ann Mathews v. Hospira Inc., et al*, Case No. 2:17-cv-16791), and Plaintiff served Defendants pursuant to PTO 40A.

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned through the acquisition of additional records NDC Codes that show that Sandoz, Inc., to Hospira, Inc., and Hospira Worldwide LLC should be named as the Defendants in Plaintiff's Complaint rather than Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

U.S. LLC, Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboatories Ltd. Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to CMO 12A, Plaintiff has voluntarily dismissed with prejudice Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

Respectfully submitted this 3rd day of February, 2020.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: 02/03/2020 /s/ Rhett A. McSweeney
Rhett A. McSweeney