UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO *Altheria Dennis, et al.*, Case No. 17-11257 | |

### SPECIAL APPEARANCE OF SAGENT PHARMACEUTICALS, INC., IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Pursuant to Pretrial Order No. 37A (Doc. 1682), Sagent Pharmaceuticals, Inc. ("Sagent") hereby enters its Special Appearance to oppose *Plaintiff's Motion for Leave to File Amended Short Form Complaint* (Doc. 9107) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 9107-1) be futile because it is time-barred, and there is no "discovery rule" or other tolling available under applicable law to save Plaintiff's untimely attempt to add Sagent as a defendant in the lawsuit.

Respectfully submitted,

/s/ Michael J. Suffern
Michael J. Suffern
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
jheis@ulmer.com

*Attorney for Defendant Sagent Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 3, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

     /s/ Michael J. Suffern