Exhibit 1

## Suffern, Michael

| | |
|---|---|
| **From:** | Suffern, Michael |
| **Sent:** | Tuesday, January 21, 2020 5:55 PM |
| **To:** | 'Nate Buttars' |
| **Cc:** | Alison Christiansen; Heis, Jennifer; McIntosh, Tom; brose@sillscummis.com |
| **Subject:** | RE: Request for consent to file unopposed motion |

Nate,
On behalf of Sagent Pharmaceuticals, Inc., we are going to oppose the motion for leave to amend in this case.  We believe amendment would be futile, because the case is clearly time barred under Alabama law.  Please send us a copy of the motion when you file it.

Thanks, and please call me if you have any questions, or if you would like to discuss this.

Regards,
Mike
------
Michael J. Suffern
Ulmer & Berne LLP
513.698.5064

**From:** Nate Buttars <nate@lowelawgroup.com>
**Sent:** Monday, January 20, 2020 12:44 PM
**To:** Suffern, Michael <msuffern@ulmer.com>
**Cc:** Alison Christiansen <alison@lowelawgroup.com>; Heis, Jennifer <jheis@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; brose@sillscummis.com
**Subject:** RE: Request for consent to file unopposed motion

Not to pressure anyone, but I wanted to follow up on this so we can try to get it removed from the "Product ID Reconciliation" list.

Thank you,
Nate


Nathan Buttars, Attorney



6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
phone: 385-298-0175
fax: 801-656-0997
nate@lowelawgroup.com
www.lowelawgroup.com

This electronic communication does not create nor does it constitute an attorney-client relationship.
Confidentiality Notice:  This message (and any attachments) is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy of disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
--This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521.

**From:** Suffern, Michael <msuffern@ulmer.com>
**Sent:** Wednesday, January 15, 2020 8:44 AM
**To:** Nate Buttars <nate@lowelawgroup.com>
**Cc:** Alison Christiansen <alison@lowelawgroup.com>; Heis, Jennifer <jheis@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>
**Subject:** RE: Request for consent to file unopposed motion

Thanks. We will get back to you as soon as we've reviewed the procedural history of the case and come to a determination of whether to consent or oppose.

------
Michael J. Suffern
Ulmer & Berne LLP
513.698.5064

**From:** Nate Buttars <nate@lowelawgroup.com>
**Sent:** Wednesday, January 15, 2020 10:33 AM
**To:** Suffern, Michael <msuffern@ulmer.com>; brose@sillscummis.com
**Cc:** Alison Christiansen <alison@lowelawgroup.com>
**Subject:** RE: Request for consent to file unopposed motion

Attached.  See pages 1-4 for the NDC number.

Thank you,
Nate


Nathan Buttars, Attorney



6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
phone: 385-298-0175
fax: 801-656-0997
nate@lowelawgroup.com
www.lowelawgroup.com

This electronic communication does not create nor does it constitute an attorney-client relationship.
Confidentiality Notice:  This message (and any attachments) is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy of disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
--This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521.

**From:** Suffern, Michael <msuffern@ulmer.com>
**Sent:** Wednesday, January 15, 2020 8:26 AM
**To:** Nate Buttars <nate@lowelawgroup.com>; brose@sillscummis.com
**Cc:** Alison Christiansen <alison@lowelawgroup.com>
**Subject:** RE: Request for consent to file unopposed motion

2

Good morning,
Would you please forward a copy of the product ID documents in this case? For some reason, I can't access them on MDL Centrality. Thank you.

------
Michael J. Suffern
Ulmer & Berne LLP
513.698.5064

**From:** Nate Buttars <nate@lowelawgroup.com>
**Sent:** Tuesday, January 14, 2020 6:24 PM
**To:** Suffern, Michael <msuffern@ulmer.com>; brose@sillscummis.com
**Cc:** Alison Christiansen <alison@lowelawgroup.com>
**Subject:** Request for consent to file unopposed motion
**Importance:** High

Good day Mr. Suffern and Ms. Rose,

We request your consent to file the attached documents as unopposed for Taxotere case # 2:17-cv-11257.

Please let me know at your earliest convenience.

Thank you,
Nate


Nathan Buttars, Attorney



6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
phone: 385-298-0175
fax: 801-656-0997
nate@lowelawgroup.com
www.lowelawgroup.com

This electronic communication does not create nor does it constitute an attorney-client relationship.
Confidentiality Notice:  This message (and any attachments) is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy of disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
--This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521.