Exhibit 3


**nucleus**
the center of your practice

# Activity

Group by Clinic, Station, Patient

<u>Southern Cancer Centers</u>                     <u>Total Transactions</u>
29653 Anchor Cross Blvd                                    21
Daphne, ALABAMA 36526                  Transaction Date: 1/1/2014 to 12/31/2014 11:59:00 PM

## Southern Cancer Center-Dauphin

### 113743ST1

| Dennis, Altherias (55475) | DOB: 5/3/1941 | | |
|---|---|---|---|
| **250 mcg** Dispense | Product: Aloxi 250mcg 0.25mg/5ml SDV (34026) | | Class: Medication |
| Trans Date: 9/11/2014 8:33:56 AM | Service Date: 9/11/2014 | NDC #: 62856-0797-01 | Lot #: 34000758 |
| J-Code: | | | |
| Quantity Before: 6,000 mcg | Quantity After: 5,750 mcg | | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Taylor, Travis | | |
| Dose: 250 mcg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 09/11/2014 8:20:03 AM |

| **1,280 mg** Dispense | Product: Cyclophosphamide 2gm Powder SDV (24824) | | Class: Medication |
|---|---|---|---|
| Trans Date: 9/11/2014 8:33:56 AM | Service Date: 9/11/2014 | NDC #: 10019-0957-01 | Lot #: 3i571f |
| J-Code: | | | |
| Quantity Before: 2,340 mg | Quantity After: 1,060 mg | | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Taylor, Travis | | |
| Dose: 1,280 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 09/11/2014 8:20:03 AM |

| **10 mg** Dispense | Product: Dexamethasone 120mg 4mg/ml 30ml MDV (12733) | | Class: Medication |
|---|---|---|---|
| Trans Date: 9/11/2014 8:34:06 AM | Service Date: 9/11/2014 | NDC #: 63323-0165-30 | Lot #: dd14001a |
| J-Code: | | | |
| Quantity Before: 358 mg | Quantity After: 348 mg | | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Taylor, Travis | | |
| Dose: 10 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 09/11/2014 8:20:03 AM |

| **160 mg** Dispense | Product: Docetaxel 80mg 20mg/ml 4ml SDV (222-04) | | Class: Medication |
|---|---|---|---|
| Trans Date: 9/11/2014 8:34:07 AM | Service Date: 9/11/2014 | NDC #: 25021-0222-04 | Lot #: de13002a |
| J-Code: | | | |
| Quantity Before: 240 mg | Quantity After: 80 mg | | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Taylor, Travis | | |
| Dose: 160 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 09/11/2014 8:20:03 AM |

| **6 mg** Dispense | Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | | Class: Medication |
|---|---|---|---|
| Trans Date: 9/12/2014 8:04:29 AM | Service Date: 9/12/2014 8:02:37 AM | NDC #: 55513-0190-01 | Lot #: 1047431 |
| J-Code: | | | |
| Quantity Before: 42 mg | Quantity After: 36 mg | | |
| For: Dennis, Altherias (55475) | By: Taylor, Travis | | |

Dose: 6 mg | Dose Status: Taken
Physician: Uzel, Connie | Order #:

| 250 mcg Dispense | Product: Aloxi 250mcg 0.25mg/5ml SDV (34026) | | Class: Medication |
| Trans Date: 10/2/2014 7:46:13 AM | Service Date: 10/2/2014 | NDC #: 62856-0797-01 | Lot #: 34000758 |
| J-Code: | | | |
| Quantity Before: 5,500 mcg | Quantity After: 5,250 mcg | | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Cameron, Reshawn | | |
| Dose: 250 mcg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 09/29/2014 2:00:19 PM |

| 10 mg Dispense | Product: Dexamethasone 120mg 4mg/ml 30ml MDV (12733) | | Class: Medication |
| Trans Date: 10/2/2014 7:46:16 AM | Service Date: 10/2/2014 | NDC #: 63323-0165-30 | Lot #: dd14001a |
| J-Code: | | | |
| Quantity Before: 548 mg | Quantity After: 538 mg | | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Cameron, Reshawn | | |
| Dose: 10 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 09/29/2014 2:00:19 PM |

| 1,280 mg Dispense | Product: Cyclophosphamide 2gm Powder SDV (24824) | | Class: Medication |
| Trans Date: 10/2/2014 11:52:44 AM | Service Date: 10/2/2014 | NDC #: 10019-0957-01 | Lot #: 3j001ab |
| J-Code: | | | |
| Quantity Before: 2,420 mg | Quantity After: 1,140 mg | | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Cameron, Reshawn | | |
| Dose: 1,280 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 09/29/2014 2:00:19 PM |

| 160 mg Dispense | Product: Docetaxel 80mg 20mg/ml 4ml SDV (222-04) | | Class: Medication |
| Trans Date: 10/2/2014 11:52:50 AM | Service Date: 10/2/2014 | NDC #: 25021-0222-04 | Lot #: de14002a |
| J-Code: | | | |
| Quantity Before: 240 mg | Quantity After: 80 mg | | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Cameron, Reshawn | | |
| Dose: 160 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 09/29/2014 2:00:19 PM |

| 6 mg Dispense | Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | | Class: Medication |
| Trans Date: 10/16/2014 12:59:36 PM | Service Date: 10/3/2014 | NDC #: 55513-0190-01 | Lot #: 1047431 |
| J-Code: | | | |
| Quantity Before: 24 mg | Quantity After: 18 mg | | |
| For: Dennis, Altherias (55475) | By: Burrowes, Pam | | |
| Dose: 6 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: |

| 250 mcg Dispense | Product: Aloxi 250mcg 0.25mg/5ml SDV (34026) | | Class: Medication |
| Trans Date: 10/23/2014 11:18:02 AM | Service Date: 10/23/2014 | NDC #: 62856-0797-01 | Lot #: 34000758 |
| J-Code: | | | |
| Quantity Before: 5,750 mcg | Quantity After: 5,500 mcg | | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Taylor, Travis | | |
| Dose: 250 mcg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 10/20/2014 1:40 PM |

| | | | |
|---|---|---|---|
| 1,280 mg Dispense | Product: Cyclophosphamide 2gm Powder SDV (24824) | | Class: Medication |
| Trans Date: 10/23/2014 11:18:03 AM | Service Date: 10/23/2014 | NDC#: 10019-0957-01 | Lot #: 3j001ab |
| J-Code: | | | |
| Quantity Before: 2,860 mg | Quantity After: 1,580 mg | | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Taylor, Travis | | |
| Dose: 1,280 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 10/20/2014 1:40:13 PM |

| | | | |
|---|---|---|---|
| 10 mg Dispense | Product: Dexamethasone 120mg 4mg/ml 30ml MDV (12733) | | Class: Medication |
| Trans Date: 10/23/2014 11:18:09 AM | Service Date: 10/23/2014 | NDC#: 63323-0165-30 | Lot #: dd14001a |
| J-Code: | | | |
| Quantity Before: 598 mg | Quantity After: 588 mg | . | |
| Required Notes: 0 | | | |
| For: Dennis, Altherias (55475) | By: Taylor, Travis | | |
| Dose: 10 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 10/20/2014 1:40:13 PM |

| | | | |
|---|---|---|---|
| 160 mg Dispense | Product: Docetaxel 80mg 20mg/ml 4ml SDV (222-04) | | Class: Medication |
| Trans Date: 10/23/2014 11:18:10 AM | Service Date: 10/23/2014 | NDC#: 25021-0222-04 | Lot #: de14002a |
| J-Code: | | | |
| Quantity Before: 320 mg | Quantity After: 160 mg | | |
| Required Notes: 0 | | | |
| For: Deanis, Altherias (55475) | By: Taylor, Travis | | |
| Dose: 160 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: Dennis 10/20/2014 1:40:13 PM |

| | | | |
|---|---|---|---|
| 6 mg Dispense | Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | | Class: Medication |
| Trans Date: 10/24/2014 7:31:19 AM | Service Date: 10/24/2014 7:30:27 AM | NDC#: 55513-0190-01 | Lot #: 1053368 |
| J-Code: | | | |
| Quantity Before: 30 mg | Quantity After: 24 mg | | |
| For: Dennis, Altherias (55475) | By: Foster, Valerie | | |
| Dose: 6 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: |

| | | | |
|---|---|---|---|
| 280 mg Dispense | Product: Cyclophosphamide 2gm Powder SDV (24824) | | Class: Medication |
| Trans Date: 11/20/2014 10:27:11 AM | Service Date: 11/20/2014 10:25:13 AM | NDC#: 10019-0957-01 | Lot #: 4b003b |
| J-Code: | | | |
| Quantity Before: 560 mg | Quantity After: 280 mg | | |
| For: Dennis, Altherias (55475) | By: Cox, Melanie | | |
| Dose: 280 mg | Dose Status: Taken | | . |
| Physician: Uzel, Connie | | | Order #: |

| | | | |
|---|---|---|---|
| 250 mcg Dispense | Product: Aloxi 250mcg 0.25mg/5ml SDV (34026) | | Class: Medication |
| Trans Date: 11/20/2014 10:27:11 AM | Service Date: 11/20/2014 10:25:13 AM | NDC#: 62856-0797-01 | Lot #: 34001557 |
| J-Code: | | | |
| Quantity Before: 8,500 mcg | Quantity After: 8,250 mcg | | |
| For: Dennis, Altherias (55475) | By: Cox, Melanie | | |
| Dose: 250 mcg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: |

| | | | |
|---|---|---|---|
| 1,000 mg Dispense | Product: Cyclophosphamide 1gm Powder SDV (43883) | | Class: Medication |
| Trans Date: 11/20/2014 10:27:11 AM | Service Date: 11/20/2014 10:15:13 AM | NDC#: 00781-3244-94 | Lot #: 14041925 |
| J-Code: | | | |
| Quantity Before: 1,000 mg | Quantity After: 0 mg | | |
| For: Dennis, Altherias (55475) | By: Cox, Melanie | | |

**Dose:** 1,000 mg                           **Dose Status:** Taken

**Physician:** Uzel, Connie                                               **Order #:**

| 160 mg Dispense | Product: Docetaxel 80mg 20mg/ml 4ml SDV (222-04) | | Class: Medication |
|---|---|---|---|
| Trans Date: 11/20/2014 10:27:22 AM | Service Date: 11/20/2014 10:25:13 AM | NDC #: 25021-0222-04 | Lot #: DE14003A |
| J-Code: | | | |
| Quantity Before: 240 mg | Quantity After: 80 mg | | |
| For: Dennis, Altherias (55475) | By: Cox, Melanie | | |
| Dose: 160 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: |

| 10 mg Dispense | Product: Dexamethasone 120mg 4mg/ml 30ml MDV (12733) | | Class: Medication |
|---|---|---|---|
| Trans Date: 11/20/2014 10:27:22 AM | Service Date: 11/20/2014 10:25:13 AM | NDC #: 63323-0165-30 | Lot #: 6108965 |
| J-Code: | | | |
| Quantity Before: 558 mg | Quantity After: 548 mg | | |
| For: Dennis, Altherias (55475) | By: Cox, Melanie | | |
| Dose: 10 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: |

## Southern Cancer Center-Mobile Inf

### 246191ST1

| Dennis, Altherias (55475) | DOB: 5/3/1941 | | |
|---|---|---|---|
| 6 mg Dispense | Product: Neulasta 6mg 10mg/ml 0.6ml Syringe (21618) | | Class: Medication |
| Trans Date: 11/21/2014 9:19:00 AM | Service Date: 11/21/2014 9:17:22 AM | NDC #: 55513-0190-01 | Lot #: 1050016 |
| J-Code: | | | |
| Quantity Before: 78 mg | Quantity After: 72 mg | | |
| For: Dennis, Altherias (55475) | By: Sylvia, Susan | | |
| Dose: 6 mg | Dose Status: Taken | | |
| Physician: Uzel, Connie | | | Order #: |

**End of Report**



**Southern Cancer Center PC**
3 Mobile Infirmary Circle, Suite 302B
Mobile, AL 36607
Phone: 251-625-6896
Fax: 251-607-5401

### *MAR/Nurse Note for 11/21/2014*

Patient Name: **Dennis, Altherias**      DOB: **5/3/1941 (73 yrs, 6 mos)**              11/21/2014

Patient Number: **55475**

Signed By: Susan Sylvia, RN on 11/21/2014 at 1:55 PM
This MAR/Nurse Note supersedes a previous one.

Allergies: No Known Allergies

Questionnaire (Is the patient experiencing any of the following?):

| | | | |
|---|---|---|---|
| Headache | No | Mouth Sores | No |
| Pain (note location in comments) | No | Urinary Trouble | No |
| Insomnia/Trouble Sleeping | No | Weight Loss/Loss of Appetite | No |
| Fatigue | No | Diarrhea | No |
| Trouble Breathing/Cough | No | Constipation | No |
| Bleeding | No | Dizziness | No |
| Nausea/Vomiting | No | Skin Changes | No |
| Fever | No | Depression/Anxiety/Knowledge Deficit | No |
| | | Other (see comments) | No |

**Questionnaire comments and Explanation of elements answered 'Yes':**

Time/Initials:

MARs

| Bag or Route | Drug | Planned | Actual | Waste | Fluid | Start | Stop | Duration Plan/Act | Dose Checks | |
|---|---|---|---|---|---|---|---|---|---|---|
| SQ | Pegfilgrastim (Neulasta) | 6mg | 6mg | 0 | | | 09:20/SS | 15 | SS | SS |

Comments/Additional Information:
Patient in office for Nuelasta injection. Injection ordered per K.Boutwell,CRNP. Administered Neulasta injection subcutaneously in right arm. Patient tolerated without complaint./sbs



**Southern Cancer Center PC**
3719 Dauphin Street, 5th Floor
Mobile, AL 36608
Phone: 251-433-9899
Fax: 251-690-7702

## *MAR/Nurse Note for 11/20/2014*

Patient Name: **Dennis, Altherias**          DOB: **5/3/1941 (73 yrs, 6 mos)**          11/20/2014
Patient Number: **55475**

Signed By: Kara Jennings, RN on 11/20/2014 at 1:59 PM

Allergies: No Known Allergies

Questionnaire (Is the patient experiencing any of the following?):

| | |
|---|---|
| Headache | Mouth Sores |
| Pain (note location in comments) | Urinary Trouble |
| Insomnia/Trouble Sleeping | Weight Loss/Loss of Appetite |
| Fatigue | Diarrhea |
| Trouble Breathing/Cough | Constipation |
| Bleeding | Dizziness |
| Nausea/Vomiting | Skin Changes |
| Fever | Depression/Anxiety/Knowledge Deficit |
| | Other (see comments) |

**Questionnaire comments and Explanation of elements answered 'Yes':**

|  | Time/Initials: |
|---|---|
| see MD note | KJ |

Venous Access documentation :
The Peripheral was accessed using a 20g 3/4in Angio needle in the right hand. The site was flushed with 10cc NS. The following was noted at the site: blood return-yes, pain-no, edema-no, redness-no.

MARs

| Bag or Route | Drug | Planned | Actual | Waste | Fluid | Start | Stop | Duration Plan/Act | Dose Checks | |
|---|---|---|---|---|---|---|---|---|---|---|
| IV | *0.9%NS 250 | 250ml | 250ml | 0 | 250cc NS | 10:33/KJ | 12:21/KJ | 0/108 | KJ | KJ |
| IVP | Palonosetron hcl (Aloxi) | 250mcg | 250mcg | 0 | | | 10:33/KJ | 10 | KJ | KJ |
| IV | DOCEtaxel (Taxotere) | 160mg | 160mg | 0 | 250cc NS | 10:50/KJ | 11:50/KJ | 60/60 | KJ | RP |
| IV | CYCLOphosphamide inj (Cytoxan, Neosar) | 1280mg | 1280mg | 0 | 100cc NS | 11:51/KJ | 12:21/KJ | 30/30 | KJ | RP |
| IV | Dexamethasone sodium phosphate inj (Decadron, Dexa | 10mg | 10mg | 0 | 50cc D5W | 10:35/KJ | 10:49/KJ | 15/14 | KJ | KJ |

De-Access documentation:
The needle was removed. The site was dressed with a small bandage. The site was flushed with 10cc NS.

Comments/Additional Information:
Pt here for taxotere/cytoxan tx. Pt tolerated tx without adverse event. Pt aware of next appt.

Manager©
Printed: May 05, 2017
Page 1 of 2

### *Flow Sheet*
### SCC - Providence Main

6701 Airport Blvd.
Building B, Terrace Level
Mobile, AL 36608
(251)625-6896  Fax (251)631-3209

**Name:** Dennis, Altherias
**Birth Date:** May 03, 1941
**Sex:** Female
**1.Medical Rec #:** 55475

**Age:** 76 yrs

**Plan:** TC
**Version:** 11.0
**Phase:** 1 - TC

| | | Aug 26/14 Open Chart | Sep 03/14 Visit | Sep 10/14 Open Chart | Sep 11/14 C1- D1 | Sep 12/14 Visit | Oct 02/14 C2- D1 | Oct 03/14 Visit | Oct 23/14 C3- D1 | Oct 24/14 Visit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Notes** | | | | | | | | | | |
| Progress Note | | nage Doc... | | Patient: ... | | | Patient: ... | | Patient ... | |
| **Vital Signs** | | | | | | | | | | |
| Height | 64.25-64.25 | | 64.25 | | 64.25 | 64.25 | 64.25 | 64.25 | 64.25 | 64.25 |
| Weight | 239.40-239.40 | | 241.2 | | 242.8 | | 240.6 | 241.8 | 239.4 | 241.2 |
| BSA | | | 2.12 | | 2.13 | | 2.12 | 2.13 | 2.12 | 2.12 |
| Temperature | 93.00-100.50 | | 98.0 | | 97.9 | 97.5 | 97.7 | 97.0 | 96.0 | 97.6 |
| Pulse | 50.00-125.00 | | 114 | | 97 | 67 | 95 | 74 | 68 | 87 |
| Respiration | 10.00-28.00 | | 18 | | 18 | 18 | 18 | 18 | 22 | 18 |
| BMI | 18.00-30.00 | | 41.0800 | | 41.3500 | | 40.9800 | 41.1800 | 40.7700 | 41.0800 |
| Systolic | 80.00-200.00 | | 160 | | 139 | 168 | 193 | 150 | 153 | 154 |
| Diastolic | 40.00-100.00 | | 96 | | 80 | 80 | 101 | 83 | 69 | 70 |
| Pain Assessment | 0.00-10.00 | | 0 | | 0 | 0 | 0 | 0 | 0 | |
| **CBC** | | | | | | | | | | |
| WBC | 4.10-10.90 | | 7.1 | | | | 7.6 | | 6.7 | |
| RBC | 4.20-6.30 | | 4.66 | | | | 4.42 | | 4.36 | |
| HGB | 12.00-18.00 | | 12.5 | | | | 11.8 | | 11.8 | |
| HCT | 37.00-51.00 | | 39.0 | | | | 36.3 | | 36.5 | |
| MCV | 80.00-97.00 | | 83.6 | | | | 82.2 | | 83.8 | |
| MCH | 26.00-32.00 | | 26.8 | | | | 26.7 | | 27.1 | |
| MCHC | 31.00-36.00 | | 32.1 | | | | 32.5 | | 32.3 | |
| Platelets | 140.00-440.00 | | 154 | | | | 271 | | 218 | |
| RDW | 11.50-14.50 | | 12.8 | | | | 14.6 | | 14.9 | |
| MPV | 0.20-30.00 | | 8.8 | | | | 8.2 | | 8.6 | |
| Neutrophil % | 37.00-92.00 | | 58.7 | | | | 60.4 | | 58.6 | |
| Lymphocyte % | 10.00-58.50 | | 32.8 | | | | 29.6 | | 31.1 | |
| MID % | 0.10-24.00 | | 8.5 | | | | 10.0 | | 10.3 | |
| Neutrophils (Gran) | 2.00-7.80 | | 4.2 | | | | 4.6 | | 3.9 | |
| Lymphocytes | 0.60-4.10 | | 2.3 | | | | 2.2 | | 2.1 | |
| MID | 0.00-1.80 | | .6 | | | | .8 | | .7 | |
| **Chemistry** | | | | | | | | | | |
| Sodium | 135.00-143.00 | | 137 | | | | 140 | 142 | | |
| Potassium | 3.60-5.20 | | 4.4 | | | | 4.7 | 4.9 | | |
| Chloride | 98.00-109.00 | | 96 | | | | 102 | 102 | | |
| CO2 | 21.00-32.00 | | 26 | | | | 26 | 27 | | |
| Glucose | 65.00-110.00 | | 368 | | | | 214 | 227 | | |
| BUN | 7.00-20.00 | | 8 | | | | 7 | 8 | | |
| Creatinine | 0.80-1.20 | | 0.98 | | | | 0.80 | 0.94 | | |
| Cr Clearance (Est) | | | 88.3100 | | | | 108.4400 | 92.06 | | |

Range may reflect those for an individual test

(pending results: underlined; preliminary results: italic)

Manager©
Printed:   May 05, 2017
Page 2 of 2

**Flow Sheet**

SCC - Providence Main

6701 Airport Blvd.
Building B, Terrace Level
Mobile, AL 36608
(251)625-6896  Fax (251)631-3209

| | |
|---|---|
| **Name:** Dennis, Altherias | **Plan:** TC |
| **Birth Date:** May 03, 1941    **Age:** 76 yrs | **Version:** 11.0 |
| **Sex:** Female | **Phase:** 1 - TC |
| **1.Medical Rec #:** 55475 | |

| | | Aug 26/14 Open Chart | Sep 03/14 Visit | Sep 10/14 Open Chart | Sep 11/14 C1- D1 | Sep 12/14 Visit | Oct 02/14 C2- D1 | Oct 03/14 Visit | Oct 23/14 C3- D1 | Oct 24/14 Visit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Chemistry** | | | | | | | | | | |
| Calcium | 8.50-10.00 | | 9.9 | | | | | 9.3 | H 10.1 | |
| Albumin | 3.60-5.10 | | 4.0 | | | | | 4.0 | 4.2 | |
| Bilirubin, Total | 0.30-1.00 | | L 0.2 | | | | | 0.3 | 0.4 | |
| ALT (SGPT) | 10.00-35.00 | | H 38 | | | | | 32 | H 40 | |
| AST (SGOT) | 10.00-35.00 | | H 64 | | | | | H 57 | H 60 | |
| Alkaline Phosphatase | 36.00-136.00 | | H 151 | | | | | 113 | 115 | |
| Protein, Total | 6.40-8.20 | | 8.1 | | | | | 7.7 | 7.8 | |
| **Dose Recordings** | | | | | | | | | | |
| Cyclophosphamide | | | | | 1,280 | | 1,280 | | 1,280 | |
| Docetaxel | | | | | 160 | | 160 | | 160 | |
| Dexamethasone Sodium Phosphate | | | | | 10 | | 10 | | 10 | |
| Palonosetron HCl | | | | | 250 | | 250 | | 250 | |
| Pegfilgrastim | | | | | | 6 | | 6 | | 6 |
| Sodium Chloride | | | | | 250 | | 250 | | 250 | |

Range may not reflect those for an individual test

(pending results: underlined; preliminary results: italic)



**Southern**
**Cancer Center**

*Direct (251) 625-6896*
*Toll Free (888) 625-6896*

*Physicians*
*Michael W. Meshad, MD*
*Thaddeus A. Beeker, MD*
*Nicole L. Angel, MD*
*Jeffrey R. George, MD*
*Connie S. Uzel, MD*
*Sherri Arledge, MD*
*Brian J. Heller, MD*
*J. Reece Jones, MD*

*Nurse Practitioners*
*Tracey Jones, CRNP*
*Michelle Sanford, CRNP*

Patient: Altherias Dennis
DOB: May 03, 1941
Age: 73

Date: Sep 03, 2014
Physician: Connie S Uzel, M.D.
Note Type: Initial Consultation

**Chief Complaint:**

**History of Present Illness:** Ms. Dennis is a 73 year old African American woman we are seeing at the request of Dr. Eldon Scott for evaluation and consideration of neoadjuvant therapy. The patient had a mammographically detected left breast mass recently. Biopsy was done and it was proven to be an infiltrating ductal carcinoma, grade III. It was estrogen receptor positive, progesterone receptor negative and HER-2 negative. On mammography it was 3.2 cm. in size. The patient is desirous of a lumpectomy. She presents for consideration of neoadjuvant chemotherapy. She is accompanied by a daughter. The patient is clearly postmenopausal. She has not been on hormone replacement therapy.

**Past Medical History:** Ms. Dennis's medical history consists of diabetes type II, hypertension, and thyroid dz (CANCER).

**Past Surgical History:** Ms. Dennis's surgical/procedural history consists of hysterectomy and thyroid surgery (2).

**Social History:** Ms. Dennis is married and she is a homemaker. Ms. Dennis has never smoked. She has no history of drinking. Ms. Dennis reports no contact with hazardous material. She has indicated exposure to the following products: denies recreational or illicit drug use.
Ms. Dennis reports the following support systems: Lives with spouse/significant other. and supportive family/friends willing to assist with needs. Her diet consists of Diabetic diet. She indicates her activity level as: daily activities.

**Family History:** Ms. Dennis's mother is deceased: medical history includes congestive heart failure (cause of death). Ms. Dennis's father is deceased. Ms. Dennis has 1 brother who is deceased: medical history includes coronary artery disease (cause of death). She has 1 sister who is deceased: cancer history consists of Uterine cancer at age 72 (cause of death).

**Review of Systems:** Constitutional Normal - Denies fevers, chills, night sweats, excessive fatigue or weight loss, Allergic/Immunologic Normal - Denies reactions, ENMT Normal - Denies problems with hearing, sore throat, mouth sores or sinus drainage, Eyes Normal - Denies blurred and/or double vision, Integumentary Normal - Denies chronic rashes, inflammation, ulcerations or skin changes, Breasts Abnormal - Known left breast cancer, Cardiovascular Normal - Denies anginal chest pain, edema, palpatations or orthopnea, Respiratory Normal - Denies dyspnea on exertion, chest pain, cough or hemoptysis, Gastrointestinal Normal - Denies nausea,

Patient Name: Dennis, Altherias
Visit Date: Sep 3, 2014
Page: 2

vomiting, diarrhea, heartburn, GI bleeding, or constipation, Genitourinary (F) Normal - Denies hematuria, hesitancy, incontinence, other problems with urination, Musculoskeletal Normal - Denies arthritis, joint pain and inflammation, Neurologic Normal - Denies headache, dizziness, sensory problems or insomnia, Psychiatric Normal - Denies depression and mood swings, Endocrine Normal - Denies diabetes and thyroid disease, Hematologic/Lymphatic Normal - Denies easy bruising or bleeding. The patient denies any tender or palpable lymph nodes.

**Vital Signs:** Performed on Sep 03, 2014 11:20: Height - 64.25 in, Weight - 241.20 lbs, BSA - 2.12 sq.m, Temperature - 98.00 F, Pulse - 114.00 /min, Respiration - 18.00 /min, BP - 160/96 mm(hg), Pain - 0.00, and BMI - 41.08 (HIGH).

**Physical Exam:** The patient is in no apparent distress. The patient is alert and oriented times 4 and has a good understanding of our conversation today. HEENT is unremarkable, no oral lesions. Neck is without adenopathy. Lungs are clear. Heart is regular without murmur. She does have a 3.5 x 3.5 cm. left breast mass that is firm and pathologic. There is no chest wall or skin involvement. It is in the 3:00 position. The abdomen is soft and non-tender without organomegaly or mass. No lower extremity edema. The patient has no petechiae, purpura or ecchymosis.

**Laboratory and Imaging:** Test performed on Sep 03, 2014 11:36: WBC - 7.10 10^3/uL, Lymph - 2.30 10^3/uL, Mid - 0.60 10^3/uL, Gran - 4.20 10^3/uL, Lymph % - 32.80 %, Mid % - 8.50 %, Gran% - 58.70 %, RBC - 4.66 10^6/uL, HGB - 12.50 g/dL, HCT - 39.00 %, MCV - 83.60 fL, MCH - 26.80 pg, MCHC - 32.10 g/dL, RDW - 12.80 %, Platelet Count - 154.00 10^3/uL, MPV - 8.80 fL, Test performed on Sep 03, 2014 08:37: Glucose - 368.00 mg/dL(HIGH), BUN - 8.00 mg/dL, Creatinine - 0.98 mg/dL, Creatinine Clearance (Est) - 88.31 mL/min, Sodium - 137.00 mmol/L, Potassium - 4.40 mmol/L, Chloride - 96.00 mmol/L(LOW), CO2 - 26.00 mmol/L, Calcium - 9.90 mg/dL, Protein, Total - 8.10 g/dL, Albumin - 4.00 g/dL, Alkaline Phosphatase - 151.00 Units/L(HIGH), AST (SGOT) - 64.00 Units/L(HIGH), ALT (SGPT) - 38.00 Units/L(HIGH), and Bilirubin, Total - 0.20 mg/dL(LOW).

## Impression:
Clinically staged T2, N0, M0 (stage II-A) left breast cancer, infiltrating ductal carcinoma, grade III, ER positive, PR negative and HER-2 negative. The patient is desirous of a lumpectomy. Neoadjuvant chemotherapy would be in hopes of affording her some reduction in tumor size and allowing for a more feasible lumpectomy.

## Plan:
1. We will proceed with neoadjuvant TC.
2. We will plan for four cycles.
3. We will need to clinically follow the left breast mass.
4. Her peripheral veins are judged adequate to at least begin.
5. The patient is advised that she may not have a clinically meaningful response to neoadjuvant chemotherapy. She indeed may ultimately need to proceed to mastectomy anyway.
6. The patient understands that she would receive radiation therapy following lumpectomy.
7. She is receptor positive and therefore she would go on to endocrine therapy.
8. I have attempted to answer her questions. We will plan to begin next week.


Connie S Uzel

08/26/2014  16:45   2514355276              PATHOLOGY                    PAGE  03/03

# HER2/neu GENE ANALYSIS (MANUAL)
## CHROMOGENIC *IN SITU* HYBRIDIZATION (CISH) REPORT
### University of South Alabama
Department of Pathology
2451 Fillingim Street
Mobile, Al. 36617
Tel: (251) 471-7473 Fax: (251) 471-7884



| Patient Name: | DENNIS, ALTHERIA | ISH ID Number: | ISH-14-292 |
|---|---|---|---|
| Accession Number: | S14-7489 A1 | Ordering Facility/Pathologist: | MIMC / F.T.Boudreau III |
| Date of Birth: | 5/3/1941 | Treating Physician: | William E. Dumas |
| Age: | 73 | Date Specimen Collected: | 8/8/2014 |
| Gender: | Female | Date Specimen Received: | 8/13/2014 |
| Specimen Source: | Left Breast | Date Reported: | 8/15/2014 |
| Specimen Diagnosis: | Infiltrating duct carcinoma | Medical Record Number: | SS-11112-14 |

## RESULT:
## NEGATIVE (NON-AMPLIFIED)



| | |
|---|---|
| Number of Cells Analyzed: | 20 |
| Her-2/Cen17 Ratio: | 1.2 |
| Total Her-2 Signals: | 73 |
| Mean Her-2 Count: | 3.65 |
| Maximum Her-2 Count: | 5 |
| Total Cen17 Signals: | 60 |
| Mean Cen17 Count: | 3 |

### REFERENCE RANGE

| | |
|---|---|
| Positive (Amplified): | Her-2/Cen17 Ratio ≥ 2.0 or Her2 count ≥ 6 signals/cell |
| Equivocal (Borderline): | Her-2/Cen17 Ratio < 2 and Her2 count ≥ 4 and < 6 signals/cell |
| Negative (Non-Amplified): | Her-2/Cen17 Ratio < 2.0 and Her2 count < 4 signals/cells |

## TECHNICAL INFORMATION

Her-2 Gene analysis was performed using the Dako HER2 CISH pharmDx™ Kit (FDA approved), an assay designed to quantitatively determine Her-2 gene amplification in formalin-fixed, paraffin-embedded breast cancer tissue by direct dual-color chromogenic in situ hybridization (CISH). The identification Probe Mix includes a mixture of DNA probes covering a 218 kb region including the Her-2 gene on chromosome 17, and PNA probes targeted at the centromeric region of chromosome 17 (CEN-17). The specific hybridization to the two targets results in formation of a distinct red signal at each Her-2 gene locus and a distinct blue signal at each chromosome 17 centromere. The assay was performed according to manufacturer's guidelines.

The results were obtained by enumeration of the red (Her-2) and blue (CEN-17) signals in at least 20 non-overlapping nuclei that had at least one blue and one red signal. Normal cells in the analyzed tissue section served as an internal control of pre-treatment and hybridization efficiency. The Her-2/CEN-17 ratio is calculated by dividing the total number of red signals by the total number of blue signals. The results were reported and interpreted according to the current CAP/ASCO guidelines for Her-2 testing in breast cancer (Arch Pathol Lab Med 2014:138: 241-256). According to the latter, negative results in tissue fixed for less than 6 or over 72 hours are of uncertain significance. Confirmation of these results by an alternative method (i.e. immunohistochemistry) should be considered.

*Elliot Carter, M.D.*
Elliot Carter, M.D.

Dennis, Altheria D (MR # E367281)

## Surgery Report

Surgery Report

| Collected: | 08/08/14 0000 |
| Resulting lab: | MIMC LAB |
| Value: | DENNIS, ALTHERIA          CASE NO: SS-11112-14 |

Copies To: MARK MCDANIEL

CLINICAL HISTORY:
    LEFT BREAST MASS AT 2:30 POSITION

OPERATION/PROCEDURE:
    ULTRASOUND GUIDED CORE BIOPSY

TISSUE(S) SUBMITTED:
 BREAST BIOPSY, CORE, LEFT BREAST MASS 2:30

GROSS DESCRIPTION:
Biopsies, left breast, 2:30 (specimen time 1352: formalin time 1352):
The specimen is received formalin fixed and it consists of three cross
section of grayish-white soft tissue that average 1.8 cm in length.
Filtered and embedded labeled A.  S3:0S    JIM/KB5

DIAGNOSIS:
ULTRASOUND GUIDED CORE BIOPSIES, LEFT BREAST MASS AT 2:30 POSITION:
 INFILTRATING DUCT CARCINOMA, NOTTINGHAM 3.
 See comment.

COMMENT:
Paraffin block A will be submitted for hormone receptor assay, HER2 and
KI67 analysis.  These reports will follow under separate cover.

(mimc)

FTB/KB5

INTRADEPARTMENTAL CONSULTATION: JOHN J. LAZARCHICK, MD, PATHOLOGIST

                                    <Sign Out Dr. Signature>
                                    F T. BOUDREAU III, MD,
                                            PATHOLOGIST

       DENNIS, ALTHERIA                PATHOLOGY
                                       REPORT
       GULF REGIONAL PATHOLOGISTS, P.A.   Page 1 of 1
       P.O. BOX 2144  MOBILE, AL  36652

## Results: Surgery Report

Status: Final result
8/11/2014 2:27 PM

**Specimen Information**

| Source | Collection Date | Resulting Agency |
| BREAST BIOPSY, CORE | 8/8/2014 | MIMC LAB |

**Entry Date**
8/11/2014

**Component Results**

| Component |

 ८०० ⑫          ‧Southern Cancer          ᴎ∀IᴎᴀЯ ꟻO SᴎOƎⅅЯUƧ          ⅃�ⅆ0⅃ 㾑Ɛ𝟣 ⅃Ɛ𝟤 X∀ꟻ 𝟤Ɛ:𝟢⅃ ꟼ⅃0𝟤\∠𝟤\80

08/26/2014  15:45    2514355276    PATHOLOGY    PAGE  01/03

## GULF REGIONAL PATHOLOGISTS, PA
5 Mobile Infirmary Circle
Suite 314
Mobile, AL 36607

| Accession Number: | SS-11112-14 A1 | Ordering Pathologist: | F T. Boudreau III |
|---|---|---|---|
| Patient Name: | Dennis, Altheria | Treating Provider: | William Dumas |
| Age: | 73 | | |
| Sex: | Female | Date Specimen Collected: | 8/3/2014 |
| Birthdate: | 6/3/1941 | Date Specimen Received: | 8/11/2014 |
| Specimen ID: | IA-14-365 | Date Reported: | 8/13/2014 |

### *Cancer Prognostic Panel by ACIS® Assisted Quantitative Image Analysis*



Favorable

Unfavorable

Borderline

| Test Name Assay Type | Staining Intensity Average | Percent Positive Average | Interpretation |
|---|---|---|---|
| ER | 4.1 | 93% | Positive |
| PR | 0.0 | 0% | Negative |
| Her2/neu | 2.0 | | |
| KI-67 | 3.4 | 87% | Elevated |

| Test Name | Favorable | Borderline | Unfavorable |
|---|---|---|---|
| **REFERENCE RANGES / PROGNOSTIC SIGNIFICANCE** | | | |
| ER | ≥ 1% (Pos) | | < 1% (Neg) |
| PR | ≥ 1% (Pos) | | < 1% (Neg) |
| Her2/neu | < 1.5 (Neg) | ≥ 1.5 – < 2.5 (Equiv) | ≥ 2.5 (Elev) |
| KI-67 | ≤ 10% (Low) | > 10% – ≤ 20% (Bord) | > 20% (Elev) |

### Comments

The Her2/neu fractional score of 2.0 represents a HercepTest score of 2+ (equivocal).

The case will be submitted for Her2/neu analysis by ISH, and those results will be issued in a separate report.

Elliot Carter, M.D.

| MRN: 0000405581 | **DENNIS, ALTHERIA D** | Springhill Medical Center |
|---|---|---|
| Visit: 1000927897 | Gender: Female | Current Location: OP |
| Age: 73y (03-May-1941) | | Surgery |

[Authored: 30-Dec-2014 00:00] Pathology Report- for Visit: 1000927897,  [Entered by: Interfaces  (IT) 31-Dec-2014 14:18;  [Signed by: Patterson, Kimberley V  (MD, Pathology) 31-Dec-2014 14:18] General, *Complete, Entered, Signed in Full, General*

PATHOLOGY LABORATORY ASSOCIATES, P.A.
100 Memorial Drive - Suite 1D
Mobile, AL  36608
Pathologist/Hospital Office (251) 460-5288   Fax (251) 460-5225
Outpatient/Business Office (251) 342-0030   Fax (251) 380-0065

Surgical Pathology Report

Accession No.: M14-05924   ID No.: 0000405581   Chart No.: 1000927897
Patient: DENNIS, ALTHERIA D   DOB: 5/3/1941  Age: 73  Sex: Female
Address: 6702 KINGS BRANCH DR N - MOBILE, AL  36618    Location: SMH
Physician(s): H Eldon Scott III, MD    SSN: 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
Date Collected: 12/30/2014  Date Received: 12/30/2014  Date Reported: 12/31/2014

Specimen:  A.  Left axillary sentinel lymph nodes
B.  Left breast mass

Clinical History: Left breast mass

FINAL Diagnosis:
A)  LEFT AXILLARY SENTINEL LYMPH NODES, EXCISION:

FIVE LYMPH NODES WITH REACTIVE LYMPHOID HYPERPLASIA
AND DERMATOPATHIC CHANGES.  NO CARCINOMA IDENTIFIED.

B)  LEFT BREAST MASS, EXCISION;

1)  RESIDUAL INVASIVE DUCTAL CARCINOMA, HISTOLOGIC GRADE 3,
MEASURING 0.3 CM IN GREATEST EXTENT.
VASCULAR/PERINEURAL INVASION BY CARCINOMA - NOT IDENTIFIED.
2)  RESIDUAL DUCTAL CARCINOMA IN SITU, HIGH NUCLEAR GRADE.
3)  EXCISION MARGINS FREE OF CARCINOMA.
4)  BIOPSY SITE AND SCAR WITH HISTIOCYTIC AND LYMPHOCYTIC INFLAMMATION,
CONSISTENT WITH CHEMOTHERAPEUTIC EFFECT.
5)  ADENOSIS, CYSTIC APOCRINE CHANGE AND USUAL TYPE EPITHELIAL HYPERPLASIA.
6)  NEEDLE LOCALIZATION WIRE TIP AND METALLIC CLIP WITHIN THE BIOPSY CAVITY.

Kimberley V. Patterson, MD  -  Electronically Signed on 12/31/2014 11:40:31 AM

Comment(s): This resection is performed status post neoadjuvant chemotherapy. The report of the prior core biopsy, SS-11112-14, is reviewed. Within the current excision there is a minor focus of residual invasive carcinoma measuring 0.3 cm. There is also associated residual ductal carcinoma in situ. Both invasive and in situ carcinoma are identified near the site of the hemorrhagic biopsy cavity. There is associated dense scar around the cavity and histiocytic and lymphoid inflammation which are consistent with chemotherapeutic effect. Five sentinel lymph nodes are examined and no metastatic carcinoma is present. Given the available information the AJCC stage of this neoplasm is ypT1a N0 (sn) MX.

Intraoperative Consultation: A. A) LEFT AXILLARY SENTINEL LYMPH NODES:  TWO LYMPH NODES

Requested by: Uzei, Connie D (MD, Oncology), 20-Jan-2015 13:21                    Page 1 of 2

*Cu*

| MRN: 0000405581 | **DENNIS, ALTHERIA D** | **Springhill Medical Center** |
| Visit: 1000927897 | **Gender: Female** | **Current Location: OP** |
| Age: 73y (03-May-1941) | | **Surgery** |

FROZEN;
NO CARCINOMA IDENTIFIED.

GROSS DESCRIPTION: A) "Left axillary sentinel lymph nodes". Received fresh for frozen section are five lymph nodes ranging in size from 0.3 up to 1.6 cm and additional adipose tissue measuring 2 x 3 cm. No additional lymph nodes are identified in the adipose tissue. The two largest lymph nodes are bisected and each is frozen. Permanent sections are submitted as follows: A1 and A2) frozen lymph nodes and A3) remaining three lymph nodes.
B) "Left breast mass". Received fresh for intraoperative consultation is an oval excision of fibroadipose tissue measuring 8.5 x 5.5 x 3.0 cm and weighing 70 grams. A needle localization wire exits the superficial aspect of the specimen. Black ink is applied to the superior margins and blue ink is applied to the inferior margins. The tip of the needle localization wire is in the medial half of the specimen and is embedded within a firm oval white scar-like lesion measuring 2.1 x 0.8 x 1.0 cm. There is hemorrhagic tissue in the center of the scar-like lesion. The white firm mass-like lesion is grossly free of all the tissue margins. Representative sections are submitted as follows: B1) lateral margin, B2) medial margin, B3) superficial margin closest to lesion, B4) superior margin closest to lesion, B5) inferior margin closest to lesion, B6) deep margin closest to lesion and B7 and B8) lesion entirely submitted. KVP/mr
(B11, L3, 07x2, 31, 29)

MICROSCOPIC DESCRIPTION: A. Left axillary sentinel lymph nodes. Cytokeratin AE1/AE3 immunohistochemical stains are reviewed on blocks A1 and A2. Controls are appropriately reactive.

CPT Code(s): 88307 x2, 88801 x11, 88802 x3, 88331, 88806, 88329   ICD-9: 174.9, 233.0, V10.3

 **Southern Cancer Center**

**Dennis, Althenias**



DENNIS, Althenias
Date:03 Sep 2014   Gender:Female
DOB 03 May 1941   MR#55475

Physician: Connie S. Uzel

## Chemotherapy Consent

I, *Althenias Dennis* , understand that I have been diagnosed with *Breast Cancer*

I understand that the treatment suggested by my doctor, Dr. *Connie Uzel* , will include the following drugs:

*Docetaxel*
*Cyclophosphamide*
*Neulasta*

I understand that health professionals at Southern Cancer Center will help my doctor provide this treatment. I also understand that other health care providers may be needed for my care.

I understand that there are benefits of this treatment if it is successful. I also understand that medicine is not an exact science and that no guarantees have been made to me concerning the result of the chemotherapy.

I understand that the chemotherapy medications recommended by my doctor can have short-term and long-term side effects. My doctor and/or nurse talked to me about the following side effects that I might experience because of my chemotherapy:

| | |
|---|---|
| • Nausea/Vomiting | • Leukemia |
| • Hair Loss | • Skin Effects |
| • Sores of Mouth and Throat | • Muscle / Bone Effects |
| • Low red blood cell count/Anemia | • Kidney / Bladder Effects |
| • Risk of Infection | • Sexual Effects |
| • Fatigue | • Heart Effects |
| • Risk of Bleeding | • Lung Effects |
| • Constipation | • Reproductive / Fertility Effects |
| • Diarrhea | • Nerve Effects |
| • Liver Failure | • Other |

I understand that complications from chemotherapy could cause my death.

I understand tissue damage may occur secondary to an extravasation, infiltration, or flare reaction when receiving chemotherapy.

I understand that I could have side effects from my chemotherapy that are not listed on this form. Each patient can respond differently to chemotherapy, and could have side effects that have not been reported by others.

I understand that possible reasonable alternatives to this chemotherapy treatment could include symptom management and comfort measures.



**Southern Cancer Center**

*Dennis, Althea*

DENNIS, Althea
Date:03 Sep 2014    Gender:Female
DOB: 03 May 1947    MR#55475

Physician  Connie S. Uzal

I also understand that I may stop this treatment at any time.

I have had the chance to ask questions about this treatment, and my questions have been answered to my satisfaction. I understand that I can contact my health care provider at any time if I have questions, by calling **251-625-6896**.

I may receive a copy of this consent upon my request.

Medication information and special instructions to help manage the side effects has been provided:

| • Chemotherapy and You Booklet | • Chemotherapy Education Film |
|---|---|
| • Eating Hints Booklet | • Drug Specific Information |
| • Drug Identification Card | • Other |

I understand that by signing this document I am consenting to receive the chemotherapy medicines proposed by my health care provider.

Patient Signature  _Altheria D. Dennis_          Date  _9/4/14_

Witness Signature  _Carol M Lynch_          Date  _9-4-14_

For patients requiring translation or verbal reading of this document, the person reading/translating should document and sign below:

Reader/Translator Signature_____          Date_____

Witness Signature _____          Date_____

Chemotherapy Consent
Revised 10/23/09, 12/1/11

Page 2 of 2


**Southern**
**Cancer Center**

Patient Name *Althenas Dennis*
DOB *05/03/44*
MR# *55475*

## Chemotherapy Consent

I, *Althenas Dennis*, understand that I have been diagnosed with
*Breast Cancer*

I understand that the treatment suggested by my doctor, Dr. *7/20* , will include
the following drugs: *Taxotere , Cytoxan , Neulasta*

I understand that health professionals at Southern Cancer Center will help my doctor provide this
treatment. I also understand that other health care providers may be needed for my care.

I understand that there are benefits of this treatment if it is successful. I also understand that
medicine is not an exact science and that no guarantees have been made to me concerning the
result of the chemotherapy.

I understand that the chemotherapy medications recommended by my doctor can have short-term
and long-term side effects. My doctor and/or nurse talked to me about the following side effects
that I might experience because of my chemotherapy:

| | |
|---|---|
| • Nausea/Vomiting | • Leukemia |
| • Hair Loss | • Skin Effects |
| • Sores of Mouth and Throat | • Muscle / Bone Effects |
| • Low red blood cell count/Anemia | • Kidney / Bladder Effects |
| • Risk of Infection | • Sexual Effects |
| • Fatigue | • Heart Effects |
| • Risk of Bleeding | • Lung Effects |
| • Constipation | • Reproductive / Fertility Effects |
| • Diarrhea | • Nerve Effects |
| • Liver Failure | • Other |

I understand that complications from chemotherapy could cause my death.

I understand tissue damage may occur secondary to an extravasation, infiltration, or flare reaction
when receiving chemotherapy.

I understand that I could have side effects from my chemotherapy that are not listed on this form.
Each patient can respond differently to chemotherapy, and could have side effects that have not
been reported by others.

I understand that possible reasonable alternatives to this chemotherapy treatment could include
symptom management and comfort measures.

Chemotherapy Consent
Revised 10/23/09, 12/1/11

Page 1 of 2

**Southern**
**Cancer Center**

Patient Name *Altherias Dennis*
DOB *5/03/44*
MR# *55475*

I also understand that I may stop this treatment at any time.

I have had the chance to ask questions about this treatment, and my questions have been answered to my satisfaction   I understand that I can contact my health care provider at any time if I have questions, by calling **251-625-6896**.

I may receive a copy of this consent upon my request.

Medication information and special instructions to help manage the side effects has been provided.

I understand that by signing this document I am consenting to receive the chemotherapy medicines proposed by my health care provider.

Patient Signature *Altheria D. Dennis*        Date *9/11/14*

Witness Signature *Marilyn ___, RN*        Date *9/11/14*

For patients requiring translation or verbal reading of this document, the person reading/translating should document and sign below:

Reader/Translator Signature_____        Date_____

Witness Signature _____        Date_____