Exhibit 4

 

# MDL 2740 - Taxotere

[<< Back]

## Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 4343 | DOB: | 05/03/1941 |
| Name: | ALTHERIA DENNIS | Email: | |
| Most Recent PFS Submitted: | 03/31/2018 | | |

## Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes   Comments |
| Drug Name: | Sagent Pharmaceuticals, Inc. | Unknown Certification: | |
| Treatment Dates: | 09/11/2014 to 11/20/2014 | Docket No.: | 2:17-cv-11257 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Lowe Law Group |

## Defendant Management

Assigned: **N/A**

[Reviewer History] [View Deficiencies]

### Plaintiff Documents | Defendant Documents

Search Results:    Page 1 of 1 (25 records)

Filter: ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 378973 | HIPAA Authorization | 06/17/2019 | | 06/17/2019 | Comments |
| 127272 | Second Amended Plaintiff Fact Sheet | 03/31/2018 | Stringer, Aaron | 03/31/2018 | Comments |
| 127271 | CMO 12 Product Identification | 03/31/2018 | | 03/31/2018 | Comments |

| Plaintiff Documents | Defendant Documents |

**Search Results:** Page 1 of 1 (25 records)

Filter: ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 378973 | HIPAA Authorization | 06/17/2019 | | 06/17/2019 | Comments |
| 127272 | Second Amended Plaintiff Fact Sheet | 03/31/2018 | Stringer, Aaron | 03/31/2018 | Comments |
| 127271 | CMO 12 Product Identification | 03/31/2018 | | 03/31/2018 | Comments |
| 62242 | First Amended Plaintiff Fact Sheet | 01/23/2018 | Stringer, Aaron | 01/23/2018 | Comments |
| 62241 | PTO 71 Written Statement | 01/23/2018 | | 01/23/2018 | Comments |
| 53860 | Plaintiff Fact Sheet | 01/05/2018 | Stringer, Aaron | 01/05/2018 | Comments |
| 53859 | Proof of Injury - Before & After Photographs - After 15 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53858 | Proof of Injury - Before & After Photographs - After 14 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53857 | Proof of Injury - Before & After Photographs - After 13 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53856 | Proof of Injury - Before & After Photographs - After 12 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53855 | Proof of Injury - Before & After Photographs - After 11 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53854 | Proof of Injury - Before & After Photographs - After 10 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53853 | Proof of Injury - Before & After Photographs - After 9 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53852 | Proof of Injury - Before & After Photographs - After 8 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53850 | Proof of Injury - Before & After Photographs - After 7 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53849 | Proof of Injury - Before & After Photographs - After 6 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53848 | Proof of Injury - Before & After Photographs - After 5 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53847 | Proof of Injury - Before & After Photographs - After 4 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53846 | Proof of Injury - Before & After Photographs - After 3 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53844 | Proof of Injury - Before & After Photographs - After 2 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53828 | Proof of Injury - Before & After Photographs - After 1 - 9.12.2017 - Dennis, Altheria | 01/05/2018 | | 01/05/2018 | Comments |
| 53827 | Workers Compensation Authorization | 01/05/2018 | | 01/05/2018 | Comments |
| 53826 | Proof of Use -- Medical Records | 01/05/2018 | | 01/05/2018 | Comments |
| 53825 | Proof of Use -- Medical Records | 01/05/2018 | | 01/05/2018 | Comments |
| 53823 | Properly Executed Verification of PFS | 01/05/2018 | | 01/05/2018 | Comments |