UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Shirley Burgess                          ,<br><br>      Plaintiffs,<br><br>vs.<br><br>Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.,<br><br>      Defendant.<br>-------------------------------------------------------------- | : : : : : : : : : : : : | Civil Action No.: 2:18-cv-12822 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants Accord Healthcare, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sandoz Inc.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, be dismissed with prejudice, each party to bear its own costs.

Plaintiff is not dismissing her claims against Defendant Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. and those claims shall remain pending in this court.

Respectfully submitted this 3rd day of February, 2020.

1

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
*Attorneys for Plaintiff*

By: /s/ Kelly Bieri
Kelly Bieri, Esq.
Harley V. Ratliff
SHOOK, HARDY & BACON
Kansas City, MO 64108
Phone: 816-474-6550
Telephone: (617) 213-7000
Fax: 816-421-5547
Kbieri@shb.com
*Attorney for Sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
1095 6th Avenue
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
mark.cheffo@dechert.com
MaraCusker.Gonzalez@dechert.com
sara.roitman@dechert.com
*Counsel for Defendant Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

By: /s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com
*Attorneys for Accord Healthcare, Inc.*

By: /s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State St., 24th Floor

Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617) 213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
**Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.**

By: */s/ Ronald Clifton Merrell, II*
Ronald Clifton Merrell, II
Evan Courtright Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com
**Counsel for Defendant Sandoz, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 3, 2020                                   /s/ Rhett A. McSweeney
                                                          Rhett A. McSweeney