UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| <u>Shirley Burgess</u>                                  , | : : | |
| Plaintiff(s), | : : | Civil Action No.:  2:18-cv-12822  |
| vs. | : : : | |
| <u>Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.</u>, | : : : | |
| Defendant(s).<br>-------------------------------------------------------------- | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]  Plaintiff's original Complaint was filed in the Eastern District of Louisiana on 12/07/2018 (*Shirley Burgess v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al,* Case No. 2:18-cv-12822), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned through the acquisition of additional records NDC Codes that show that Sanofi Aventis US LLC d/b/a Winthrop US, rather than Accord Healthcare, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide , Inc.; Hospira, Inc.; Sandoz Inc.; Sanofi US Services Inc. f/k/a Sanofi-

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

Aventis U.S. Inc.; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. should be named as the Defendant in Plaintiff's Complaint. Thus, Plaintiff's proposed amendment would reflect this change.

      Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

Respectfully submitted this 3rd day of February, 2020.

                                                /s/ Rhett A. McSweeney
                                                Rhett A. McSweeney, #269542
                                                David M. Langevin, #329563
                                                McSweeney/Langevin
                                                2116 Second Avenue South
                                                Minneapolis, MN 55404
                                                Phone: (612) 542-4646
                                                Fax: (612) 454-2678
                                                dave@westrikeback.com
                                                ram@westrikeback.com
                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: <u>February 3, 2020</u>                          /s/ Rhett A. McSweeney
                                                    Rhett A. McSweeney