UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H"

THIS DOCUMENT RELATES TO

Cases attached as Exhibit 1.

### MOTION TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFFS WHOSE TAXOTERE TREATMENT STARTED AFTER DECEMBER 11, 2015 UNDER SEAL

For the reasons set forth in the accompanying Memorandum in Support, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. respectfully request leave of Court to file under seal their Motion for Summary Judgment on the claims of Plaintiffs whose Taxotere treatment started after December 11, 2015, including the Memorandum in Support, Statement of Facts, and Exhibits 2–97.

Date: February 3, 2020

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

2

          Harley Ratliff
          Adrienne L. Byard
          **SHOOK, HARDY & BACON L.L.P.**
          2555 Grand Boulevard
          Kansas City, Missouri 64108
          Telephone: 816-474-6550
          Facsimile: 816-421-5547
          hratliff@shb.com
          abyard@shb.com

          *Counsel for Sanofi-Aventis U.S. LLC and*
          *Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

          /s/ *Douglas J. Moore*