UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Cases attached as Exhibit 1.**

## ORDER

　　　　Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file the Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started after December 11, 2015 UNDER SEAL;

　　　　IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started after December 11, 2015 UNDER SEAL.

　　　　New Orleans, Louisiana, this ____ day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE