# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Joreletta Brown v. Sanofi-Aventis U.S. LLC, et al, | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-13545 | : | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Joreletta Brown, on or about September 30, 2018. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Brown's estate.

Dated: February 4, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway,
Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: February 4, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

/s/ Mark R. Niemeyer
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway,
Suite 1125
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff