**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| | : | |
| | : | **NOTICE OF PARTIAL DISMISSAL** |
| | : | **WITH PREJUDICE AS TO ALL** |
| | : | **EXCEPT SANOFI US SERVICES INC.** |
| | **:** | **F/K/A SANOFI-AVENTIS U.S. INC. and** |
| | **:** | **SANOFI-AVENTIS U.S. LLC** |
| | : | |
| THIS DOCUMENT RELATES TO | : | Civil Action No.: 2:19-cv-9805 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter **except** Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claim against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 4th day of February, 2020.

Respectfully submitted,

ROBERTS & ROBERTS

BY:    */s/ Justin C. Roberts*
JUSTIN C. ROBERTS
Texas Bar No. 24079221
Email:  justin@robertslawfirm.com
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, Texas 75701-4000
Ph: (903) 597-6655
Fax: (903) 597-1600

*Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 4, 2020

         */s/ Justin C. Roberts*
         ROBERTS & ROBERTS