UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Betty Mayes                                   , | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | |
| | : | Civil Action No.:  2:19-cv-00032__ |
| vs. | : | |
| | : | |
| | : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al.                 , | : | |
| | : | |
| | : | |
| Defendant(s). | : | |
| ------------------------------------------------------------ | : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]  Plaintiff's original Complaint was filed in the Eastern District of Louisiana on January 03, 2019 (*Betty Mayes v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al*, Case No. 2:19-cv-00032), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned through the acquisition of additional records NDC Codes that show that only Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC should be named as the Defendants in Plaintiff's Complaint rather than Hospira Worldwide, LLC f/k/a Hospira

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

Worldwide, Inc.; Hospira, Inc.; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco

Pharmaceutical Laboatories Ltd. Thus, Plaintiff's proposed amendment would reflect this

change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there

is no opposition to this motion.


Respectfully submitted this 4th  day of February, 2020.


/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney

of record through the Court's Electronic Court Filing System.


Dated: February 4, 2020

/s/ Rhett A. McSweeney
Rhett A. McSweeney