# GEORGIA DEATH CERTIFICATE

State File Number: 2018GA000063091

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | JORELETTA BROWN |
| 1a | IF FEMALE, ENTER LAST NAME AT BIRTH | BROWN |
| 2 | SEX | FEMALE |
| 2a | DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 09/30/2018 |
| 3 | SOCIAL SECURITY NUMBER | 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 |
| 4a | AGE (Years) | 65 |
| 4b | UNDER 1 YEAR (Mos. / Days) | |
| 4c | UNDER 1 DAY (Hours / Mins.) | |
| 5 | DATE OF BIRTH (Mo., Day, Year) | 09/21/1953 |
| 6 | BIRTHPLACE | GEORGIA |
| 7a | RESIDENCE - STATE | GEORGIA |
| 7b | COUNTY | FULTON |
| 7c | CITY, TOWN | ATLANTA |
| 7d | STREET AND NUMBER | 3378 GREENBRIAR PARKWAY SW APT 5003 |
| 7e | ZIP CODE | 30331 |
| 7f | INSIDE CITY LIMITS? | YES |
| 8 | ARMED FORCES? | NO |
| 8a | USUAL OCCUPATION | SUPERVISOR |
| 8b | KIND OF INDUSTRY OR BUSINESS | CHECK CASHING CENTER |
| 9 | MARITAL STATUS | NEVER MARRIED |
| 10 | SPOUSE NAME | |
| 11 | FATHER'S FULL NAME (First, Middle, Last) | JOE BROWN |
| 12 | MOTHER'S MAIDEN NAME (First, Middle, Last) | EVELYN WILLIAMS |
| 13a | INFORMANT'S NAME (First, Middle, Last) | EVELYN BROWN GRAY |
| 13b | RELATIONSHIP TO DECEDENT | DAUGHTER |
| 13c | MAILING ADDRESS | 3358 WALNUT RIDGE ATLANTA GEORGIA 30349 |
| 14 | DECEDENT'S EDUCATION | ASSOCIATE DEGREE |
| 15 | ORIGIN OF DECEDENT (Italian, Mex., French, English, etc.) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16 | DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) | BLACK OR AFRICAN-AMERICAN |
| 17a | IF DEATH OCCURRED IN HOSPITAL | EMERGENCY ROOM/OUTPATIENT |
| 17b | IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | |
| 18 | HOSPITAL OR OTHER INSTITUTION NAME | GRADY HEALTH SYSTEM |
| 19 | CITY, TOWN or LOCATION OF DEATH | ATLANTA |
| 20 | COUNTY OF DEATH | FULTON |
| 21 | METHOD OF DISPOSITION (specify) | BURIAL |
| 22 | PLACE OF DISPOSITION | MOUNT HARMONY MEMORIAL GARDENS 581 VETERANS MEMORIAL HIGHWAY MABLETON GEORGIA 30126 |
| 23 | DISPOSITION DATE (Mo., Day, Year) | 10/06/2018 |
| 24a | EMBALMER'S NAME | EMANUEL C. LONGINO |
| 24b | EMBALMER LICENSE NO. | 4620 |
| 25 | FUNERAL HOME NAME | WILLIAM GAYLEANO MURRAY SON |
| 25a | FUNERAL HOME ADDRESS | 923 MCDANIEL STREET SW ATLANTA GEORGIA 30310 |
| 26a | SIGNATURE OF FUNERAL DIRECTOR | EMANUEL C LONGINO |
| 26b | FUN. DIR. LICENSE NO | 06030 |
| | AMENDMENTS | |
| 27 | DATE PRONOUNCED DEAD (Mo., Day, Year) | 09/30/2018 |
| 28 | HOUR PRONOUNCED DEAD | 23:40 MILITARY |
| 29a | PRONOUNCER'S NAME | JULIAN STANLEY BEAU |
| 29b | LICENSE NUMBER | 078356 |
| 29c | DATE SIGNED | 09/30/2018 |
| 30 | TIME OF DEATH | 23:40 MILITARY |
| 31 | WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events—diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE (Final disease or condition resulting in death) | END STAGE RENAL | UNKNOWN |
| B. Due to, or as a consequence of | CONGESTIVE HEART FAILURE | UNKNOWN |
| C. Due to, or as a consequence of | | |
| D. | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| # | Field | Value |
|---|---|---|
| 33 | WAS AUTOPSY PERFORMED? | NO |
| 34 | WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35 | TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36 | IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37 | ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) | NATURAL |
| 38 | DATE OF INJURY (Mo., Day, Year) | |
| 39 | TIME OF INJURY | |
| 40 | PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | |
| 41 | INJURY AT WORK? (Yes or No) | |
| 42 | LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County) | |
| 43 | DESCRIBE HOW INJURY OCCURRED | |
| 44 | IF TRANSPORTATION INJURY | |
| 45 | To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.) | JULLIAN BEAU, MD, 008507 |
| 46 | On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.) | |
| 45a | DATE SIGNED (Mo., Day, Year) | 10/15/2018 |
| 45b | HOUR OF DEATH | 23:40 MILITARY |
| 46a | DATE SIGNED (Mo., Day, Year) | |
| 46b | HOUR OF DEATH | |
| 47 | NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | JULLIAN BEAU 100 WOODRUFF CIRCLE ATLANTA GEORGIA 30322 |
| 48 | REGISTRAR (Signature) | /S/ GWENDOLYN DUFFIN |
| 49 | DATE FILED - REGISTRAR (Mo., Day, Year) | 10/18/2018 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE