IN THE PROBATE COURT OF FULTON COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
Joreletta Brown, ) ESTATE NO. PC-2019-001584
DECEASED )
) ORDER APPOINTING ADMINISTRATOR

A Petition as Amended for Letters of Administration for the above named Decedent was filed.

**Evelyn Brown Gray** was/were nominated Administrator(s) in the Petition as Amended and is/are hereby found to be legally qualified for said office. The Court finds that the Decedent died domiciled within, or domiciled outside the State of Georgia but owning property within, the above County. The Court finds that the Decedent died intestate. The Court further finds that all of the heirs at law were served or acknowledged service. The Court further finds that no objection has been filed, and all requirements of law have been fulfilled.

ACCORDINGLY, IT IS ORDERED that the person(s) named above is/are found to be qualified for such office and is/are hereby, appointed Administrator(s) of the estate of the Decedent, and that appropriate Letters be issued upon said Administrator(s) giving bond with approved surety in the sum of $0.00 and taking the oath as provided by law. The Administrator(s) shall not make any distribution to a person for the benefit of a minor unless that person is qualified to receive such funds according to law.

IT IS FURTHER ORDERED that upon unanimous consent and publication of notice as necessary, the Court hereby: (*Initial all that apply.*)

- **X (a)** **POWERS GRANTED**: Grants to the Administrator(s) all of the powers contained in O.C.G.A. § 53-12-261.

- **X (b)** **REPORTS WAIVED**: Grants to the Administrator(s) the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary(ies) shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

- **X (c)** **BOND WAIVED**: Waives the specific requirement to post bond.

SO ORDERED this 12th day of August, 2019.

*Barbara J. Koll*
Judge of the Probate Court

Barbara J. Koll
Exercising the jurisdiction of the
Judge of the Probate Court as
Provided by O.C.G.A. § 15-9-36 (c)