FILED IN OFFICE
JUN 10 2019
Clerk, Probate Cou·

IN THE PROBATE COURT OF _____FULTON_____ COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF                       )
                                       )
JORELETTA NMA BROWN_____,           )   ESTATE NO. PC-2019-001584
**DECEASED**                           )

## PETITION FOR LETTERS OF ADMINISTRATION

The petition of  EVELYN BROWN GRAY_____
                 *[Full name(s) of Petitioner(s)]*  First         Middle           Last
whose physical address(es) is/are  3358 WALNUT RIDGE, ATLANTA, FULTON COUNTY, GEORGIA 30349  ,
                                   Street        City       County     State      Zip Code

and mailing address(es) is/are  3358 WALNUT RIDGE, ATLANTA, FULTON COUNTY, GEORGIA 30349  ,
                                Street        City       County     State      Zip Code

shows to the Court the following:

1.

JORELETTA_____  NMN_____  BROWN_____,
*[Full name of Decedent]*  First         Middle           Last

whose place of domicile was  3378 GREENBRIAR PARKWAY SW APT 5003_____,
                             Street       City        County     State      Zip Code

departed this life on  SEPTEMBER 30_____ , 20 18__ , intestate.

2.

The Decedent died intestate *[without making a valid Last Will and Testament]*.

3.

Listed below are all of the Decedent's heirs at law, with age or majority status, address, and relationship to the Decedent set opposite the name of each:

| Name | Age (or over 18) | Address | Relationship |
|---|---|---|---|
| EVELYN BROWN GRAY | 18+ | 3358 Walnut Ridge, Atlanta, Georgia 30349 | DAUGHTER |
| TONI V. BROWN | 18+ | 3358 Walnut Ridge, Atlanta, Georgia 30349 | DAUGHTER |
| ANTONIO J. BROWN | 18+ | 3358 Walnut Ridge, Atlanta, Georgia 30349 | SON |

GPCSF 3                                 [1]                                    Eff. July 2017

4.

**Required**: *[Provide sufficient factual information to enable the Court to conclude that all of the heirs of the Decedent are included and that there are no heirs of the same or closer degree according to O.C.G.A. § 53-2-1. Provide the names of any deceased heirs, the name and address of his or her Personal Representative, if any, and include the date of death for each. [See instructions for further clarification.] Also, state here all pertinent facts that may govern the method of giving notice to any party and that may determine whether or not a guardian ad litem should be appointed for any party. If any heirs listed above are cousins, grandchildren, nephews or nieces of the Decedent, indicate the deceased ancestor through whom they are related to the Decedent.]*

Decedent was not married at the time of her death and had no children, born, adopted living or deceased, other than listed herein.

5.

Under the law, it is necessary that said estate be administered and _____
Evelyn Brown Gray _____ should be appointed Administrator(s) by reason of:

*[Initial one]*

EBG  (a) being unanimously selected by all the heirs *[This alternative does not apply if the surviving spouse is the sole heir and an action for divorce or separate maintenance was pending at the time of Decedent's death.]*;

_____ (b) being the surviving spouse where no action for divorce or separate maintenance was pending at the time of Decedent's death;

_____ (c) being (an) heir(s) and not the surviving spouse;

_____ (d) having been selected by a majority in interest of the heirs;

_____ (e) being (an) eligible person(s) as defined by O.C.G.A. § 53-6-1;

_____ (f) being (a) creditor(s) of the Decedent (evidence of the indebtedness is attached);

_____ (g) being the county administrator.

6.

To the knowledge of the petitioner(s), no other proceedings with respect to this estate are pending, or have been completed, in any other Probate Court in this or any other state.

7.

The Decedent passed leaving an estate of real property located in <u>none/ not applicable</u>
_____ County(ies), Georgia *[list real property that is located in another state and/or country]* having a total fair market value of approximately $ <u>00.00</u>

The Decedent passed leaving personal property as follows *[provide approximate value]*:

☐ (a) Cash/bank accounts/certificates of deposit;          $ _____00.00
☐ (b) Stocks/bonds/brokerage accounts;                    $ _____00.00
☐ (c) Other assets of significant value *[list]*;         $ _____
   claimant in pending litigation: Taxotere Claim

APPROXIMATE TOTAL VALUE OF PERSONAL PROPERTY          $ ____undetermined

8.

*[Petitioner(s) MUST initial one]*

<u>EBG</u>  (a) All heirs have consented to the waiver of bond and/or grant of certain powers contained in O.C.G.A. § 53-12-261 to the Administrator(s). Therefore, the Petitioner(s) hereby move(s) the Court to publish notice of the filing of the Petition and tender(s) with this Petition publication fees. *[This only applies if all heirs have properly selected, acknowledged and consented to this option.]*

_____  (b) The identities and/or addresses of all heirs are not known. Therefore, the Petitioner(s) hereby move(s) the Court to publish notice of the filing of the Petition, and tender(s) with this Petition publication fees.

_____  (c) Notice of this Petition need not be published because the Petitioner(s) has/have listed all heirs at law and their addresses, and Petitioner(s) is/are not requesting a waiver of bond, inventory and returns, or the grant of powers contained in O.C.G.A. § 53-12-261.

9.

Additional Data: *[Where full particulars are lacking, state here the reasons for any such omission.]*
Marion Sharron Brown predeceased decedent without spouse or child.

WHEREFORE, Petitioner(s) pray(s):

1. Service be perfected; and
2. That if no good cause is shown to the contrary, __Evelyn Brown Gray__ be appointed Administrator(s) of the estate of said Decedent.

_[Signature]_
Signature of Petitioner

EVELYN BROWN GRAY
Printed Name

3358 Walnut Ridge
Atlanta, Georgia 30349
Mailing Address

678-616-4362
Telephone Number

_[Signature]_
Signature of Attorney

Printed Name of Attorney  ALBERT A. MITCHELL

Address  3079 CAMPBELLTON ROAD, SUITE #203
ATLANTA, GEORGIA 30311

Telephone Number  404-346-7009    State Bar # 512267

## VERIFICATION

GEORGIA, FULTON COUNTY

Personally appeared before me the undersigned Petitioner(s) who, after being duly sworn, state(s) that the facts set forth in the foregoing Petition for Letters of Administration (and the attached Exhibit(s)) are true and correct.

Sworn to and subscribed before me this
__8__ day of __APRIL__, 20__19__

_Signature of Petitioner_

NOTARY/CLERK OF PROBATE COURT
My Commission Expires

[Notary seal: KRISTEN MITCHELL, Notary Public, Georgia, FULTON COUNTY, My Commission Expires JUNE 8, 20__])

EVELYN BROWN GRAY
Printed Name of Petitioner