# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION** | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| **THIS DOCUMENT RELATES TO:** | : JUDGE JANE TRICHE MILAZZO |
| Joreletta Brown v. Sanofi-Aventis U.S. LLC, et al, | : |
| Civil Action No. 2:17-cv-13545 | : MAG. JUDGE MICHAEL B. NORTH |
| | : |

## ORDER ON MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(1)

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that **EVELYN BROWN GRAY,** on behalf of her deceased mother, Joreletta Brown, may be substituted for Joreletta Brown as the proper party plaintiff in this action. New Orleans, Louisiana this _____ day of _____, 2020.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge