# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc. & Sanofi—Aventis U.S. LLC** |
| THIS DOCUMENT RELATES TO:<br>*Debora Lobdell v. Sanofi-Aventis U.S. LLC And Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc.* | Civil Action No: 2:17-cv-16731 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 4th day of February, 2020

/s/Rhett A. McSweeney
David M. Langevin (#329563)

Rhett A. McSweeney (#269542)<br>
McSweeney/Langevin LLC<br>
2116 Second Avenue South<br>
Minneapolis, MN 55404<br>
Phone: (612) 542-4646<br>
Fax: (612) 454-2678<br>
Dave@westrikeback.com<br>
ram@westrikeback.com<br>
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 4, 2020                    /s/ Rhett A. McSweeney