UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document Relates to ) <br> ) <br> CYNTHIA BONORDEN ) <br> CASE No.: 2:19-cv-13420 ) <br> ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> Chief Judge: MILAZZO <br> Magistrate Judge: NORTH |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff CYNTHIA BONORDEN, by and through counsel, with the consent of Defendants, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter. A copy of the Amended Short Form Complaint is attached as Exhibit "A" to this Motion.

Dated this 5th day of February, 2020.

        Respectfully submitted,

        DUTTON, DANIELS, HINES,
        KALKHOFF, COOK & SWANSON, PLC
        Attorneys for Plaintiff

        /S/ *James H. Cook*
        James H. Cook, AT0001622
        3151 Brockway Road
        P.O. Box 810 Waterloo, IA 50704
        Phone: (319) 234-4471
        Fax: (319) 234-8029 Email:
        jcook@duttonfirm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ *James H. Cook*
James H. Cook