UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2740 |
| ) | |
| ) | SECTION "H" (5) |
| ) | Chief Judge: MILAZZO |
| ) | Magistrate Judge: NORTH |
| This Document Relates to ) | |
| ) | |
| CYNTHIA BONORDEN ) | |
| **CASE No.: 2:19-cv-13420** ) | |
| ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff CYNTHIA BONORDEN, by and through counsel, respectfully seeks leave of Court to file her First Amended Short Form Complaint, in this matter, attached as Exhibit A, pursuant to Federal Rules of Civil Procedure 15(a) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Cynthia Bonorden, that she was provided Taxotere/Docetaxel chemotherapy that was manufactured by Sanofi U.S. Services, Inc. and/or Sanofi Aventis U.S. LLC which caused her to permanently lose her hair. Her original suit was filed on November 4, 2019.

Subsequent to the filing of her original lawsuit, counsel for the plaintiff has obtained product identification numbers which indicate that Sandoz, Inc, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., now a subsidiary of Pfizer, Inc., should be named as Defendants in Plaintiff's case as manufacturers of the chemotherapy infusions which caused Plaintiff's permanent hair loss.

Pursuant to PTO No. 37A, on January 22, 2020, Plaintiff's counsel notified counsel for

Defendants Sanofi US Services, Inc., f/k/a Sanofi –Aventis US Inc., Sanofi-Aventis US LLC, Sandoz, Inc, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., now a subsidiary of Pfizer, Inc., as well as Defense Liaison Counsel John Olinde and Douglas Moore, seeking consent or opposition to this motion. Plaintiff's counsel has received a response from counsel for Sanofi-Aventis US LLC stating that their client does not object to the filing of Plaintiff's First Amended Short Form Complaint. Defense Liaison Counsel and counsel for Sandoz, Inc, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., now a subsidiary of Pfizer, Inc. have not responded with an objection or a consent. Accordingly, Plaintiff now files its motion for leave to amend unopposed as set out in PTO No. 37A.

Therefore, Plaintiff hereby requests that her Unopposed Motion for Leave to File First Amended Short Form Complaint correctly naming Sandoz, Inc, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc. as defendants be granted.

Dated this 5th day of February, 2020.

    Respectfully submitted,

    DUTTON, DANIELS, HINES,
    KALKHOFF, COOK & SWANSON, PLC
    Attorneys for Plaintiff

    /S/ *James H. Cook*
    James H. Cook, AT0001622
    3151 Brockway Road
    P.O. Box 810 Waterloo, IA 50704
    Phone: (319) 234-4471
    Fax: (319) 234-8029 Email:
    jcook@duttonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ *James H. Cook*
James H. Cook