# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : | **MDL NO. 2740** |
| LORETTA LATIMORE, | : : | **SECTION "H" (5) JUDGE MILAZZO** |
| Plaintiffs, | : : | **MAG. JUDGE NORTH** |
| v. | : : | |
| MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, | : : : | **Civil Action No. 2:17-CV-06712** |
| Defendants. | : : : | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants, as follows:

1. Unopposed Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;

2. Amended Short Form Complaint with Summons; and

3. Proposed Order.

Said motion will be submitted on the 11th day of March, 2020, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

1

Dated this 5th day of February, 2020.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:    /s/ *Michael P. McGartland*
Michael P. McGartland