UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

# PRETRIAL ORDER NO. 102

**IT IS ORDERED** that the next general status conference and show cause hearing will be held on March 24, 2020, at 10:00 a.m. in Judge Milazzo's courtroom (C224). It shall be preceded by a meeting with liaison and lead counsel at 9:00 a.m. The dial-in number for the general status and show cause hearing is 844-767-5679, and the access code is 1256321.

New Orleans, Louisiana, this 6th day February, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE