UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>**REBECCA DiLORENZO V. SANOFI, S. A., ET AL., CASE 2:17-cv-14224** | **NOTICE OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Case Management Order 14C, Plaintiff submits this Notice of Dismissal with Prejudice as to all Defendants, each party to bear its own costs.

Plaintiff has met with her counsel of record and elects not to proceed as a trial Plaintiff.

Plaintiff seeks this dismissal pursuant to Paragraph 2 (b) of Case Management Order 14C.

DATED this the 6th day of February, 2020.

RESPECTFULLY SUBMITTED this the 6th day of February, 2020.

                REBECCA DiLORENZO, Plaintiff

BY:    */s/ Jim Reeves*
           JAMES R. REEVES, JR., ESQUIRE
           MS. BAR NO. 9519
           REEVES & MESTAYER, PLLC
           160 MAIN STREET
           BILOXI, MS 39530
           (228) 374-5151 (telephone)
           (228) 374-6630 (facsimile)
           jrr@rmlawcall.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Dismissal With Prejudice has been served on all parties or their attorneys electronic filing.

Dated this the 6th day of February, 2020.

        REBECCA DiLORENZO, Plaintiff

BY:    */s/ Jim Reeves*
        JAMES R. REEVES, JR., ESQUIRE
        MS. BAR NO. 9519
        REEVES & MESTAYER, PLLC
        160 MAIN STREET
        BILOXI, MS  39530
        (228) 374-5151 (telephone)
        (228) 374-6630 (facsimile)
        jrr@rmlawcall.com