UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| ALTHERIA DENNIS, ET AL., | : : | MAG. JUDGE NORTH |
| Plaintiffs,<br>vs.<br>SANOFI S.A., ET AL.,<br>Defendants.<br>----------------------------------------------------------- | : : : : : : : | Civil Action No.: 2:17-cv-11257 |

**PLAINTIFF'S REPLY IN SUPPORT OF HER MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff, Altheria Dennis, through undersigned counsel to reply to Sagent Pharmaceuticals, Inc. ("Sagent") and its opposition to Plaintiff's Motion for Leave to Amend her Complaint.

Plaintiff seeks to add Sagent as a defendant in this case because product identification shows that Plaintiff was administered a docetaxel product produced and/or distributed by Sagent. Both Document ID 127271 in MDL Centrality and Exhibit 3 of Sagent's Response in Opposition are Plaintiff's medical records that show NDC numbers of the docetaxel that was administered to Plaintiff. Actavis LLC (f/k/a Actavis Inc.) and Actavis Pharma, Inc. are already named as Defendants in this case. Upon information and belief, and under the allegations put forth in Plaintiffs' Second Amended Master Long Form Complaint (Doc. 4407), Actavis and Sagent are related entities and are joint tortfeasors in this case (Doc. 4407, pages 19-21).

Pre-Trial Order 37(A) allows a Plaintiff to file a motion to amend a complaint to seek to add any unserved Defendant. CMO 12A encourages plaintiffs to dismiss any and all named

Defendants not identified by the Product ID Information and contemplates naming the correct Defendants in the case and its documents (i.e. Short Form Complaint, Plaintiff Fact Sheet). Plaintiff seeks to add Sagent as a Defendant to her Short Form Complaint to reflect the proper docetaxel manufacturer and/or distributor.

Sagent argues that Plaintiff's reasoning that "justice requires the Court's leave to amend in order to name the correct defendants because product identification has been obtained" is inadequate. However, F.R.C.P. 15(a)(2) advises the court to "freely give leave [to amend] when justice so requires." Justice indeed requires that the correct defendants be named in this or any case. Since product identification of a correct Defendant, Sagent, has been obtained, justice requires the court to give leave to Plaintiff to amend her Short Form Complaint.

Plaintiff opposes Sagent's argument that Plaintiff's case is time-barred because it is not ripe for determination at this time. Timeliness is a substantive issue that is not currently ripe for decision. Under PTO 15(i), Sagent may subsequently file defenses or a 12(b) motion. At this time, no facts have been developed in general discovery to warrant Sagent's argument that Plaintiff's claim is time-barred.

## CONCLUSION

For the foregoing reasons, Plaintiff opposes Sagent's Response in Opposition to Her Motion for Leave to Amend Her Short Form Complaint and respectfully requests the Court grant her Motion to name Sagent as a Defendant.

//

//

//

//

Respectfully submitted on February 6, 2020

> By: */s/ Nathan Buttars*
> Nathan Buttars
> **LOWE LAW GROUP**
> 6028 S. Ridgeline Dr., Ste. 200
> Ogden, UT 84405
> Telephone: (385) 298-0175
> Facsimile: (801) 656-0997
> Email: nate@lowelawgroup.com
> *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 6, 2020               */s/ Nathan Buttars*