UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT   SANDOZ, INC.** |
| | Civil Action No.: 2:17-cv-15795 |
| THIS DOCUMENT RELATES TO:<br>*Schnell et al v. Sanofi Aventis US LLC et al* | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of February, 2020

Cutter Law, P.C.
/s/ C. Brooks Cutter
C. Brooks Cutter, CA 121407
Jennifer S. Domer, CA 305822
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimilie: (916) 588-9330
bcutter@cutterlaw.com
jdomer@cutterlaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: February 7, 2020        /s/ *C. Brooks Cutter*