MINUTE ENTRY
MILAZZO, J.
February 7, 2020

JS-10:01:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**          )          **MDL No. 16-2740**
**PRODUCTS LIABILITY LITIGATION**          )
                                                        )          **SECTION: "H" (5)**
                                                         )
**This document relates to all cases**          )

## MINUTE ENTRY

On February 7, 2020, the Court held a status conference with liaison counsel.
The parties updated the Court on the status of the case.

**IT IS ORDERED** that oral argument is **SET** for **March 11, 2020, at 10:00
a.m.** At a later time, the Court will issue an order identifying which Motions will be
heard.