UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*All Cases* | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

**PLAINTIFFS' LR 56.1 STATEMENT OF UNDISPUTED FACT**

NOW INTO COURT, comes the Plaintiffs' Steering Committee ("PSC"), which respectfully submits the following statement of undisputed material facts in support of Plaintiffs' Partial Motion for Summary Judgment on Affirmative Defenses under La. Rev. Stat. § 9:2800.59:

1. Dr. Scot Sedlacek presented his research on the risk of "persistent significant alopecia" following chemotherapy with Taxotere at the 29th Annual San Antonio Breast Cancer Symposium in San Antonio, Texas, in a presentation called "Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophosphamide (AC) chemotherapy in women with breast cancer." (*See* Ex. 1, San Antonio Breast Cancer Symposium Materials, Dec. 14-17, 2006.)

2. Dr. Sedlacek analyzed data from the women he had treated with adjuvant chemotherapy from January 1994 through December 2004 at his clinical oncology practice in Colorado, and organized the patients into three groups: Group A received doxorubicin with no taxanes; Group B received doxorubicin plus Taxol; and Group C received doxorubicin plus Taxotere. (*Id.*) Dr. Sedlacek included only women who had at least one year of follow-up post therapy and excluded women who had undergone high-dose chemotherapy with stem cell rescue. (*Id.*)

1

3. Dr. Sedlacek defined the outcome of "persistent significant alopecia" ("PSA") as "hair regrowth less than 50% of the pre-chemotherapy amount of hair as judged by both the patient and the author." (*Id.*)

4. Dr. Sedlacek described the number and volume of doses for each patient reporting PSA, as well as the presentation of the condition (described resembling "male pattern baldness"). (*Id.*)

5. Dr. Sedlacek's research findings were as follows:

- None (0%) of the 258 women in Group A (the non-Taxane patients) experienced persistent significant alopecia;

- None (0%) of the 126 women in Group B (the Taxol patients) experienced persistent significant alopecia; and

- Seven (6.3%) of the 112 women in Group C (the Taxotere patients) experienced persistent significant alopecia.

(*Id.*)

6. Dr. Sedlacek concluded:

> Significant advances in the prevention of metastases in women with localized breast cancer have been accomplished over the past 15 years. Likewise, advances in the management of side effects and toxicities such as nausea/vomiting and cytopenias, have been just as impressive. Unfortunately, the one side effect possibly most dreaded by the patient is alopecia. Yet, we have always told our female patients don't worry, it will always come back.
> This last statement may not be true.
>
> [   *   *   *   ]
>
> It appears from this data set, that when docetaxel is administered after 4 doses of AC, there is a small but significant possibility of poor hair regrowth lasting up to 7 years. Such an emotionally devastating long term toxicity from this combination must be taken

       into account when deciding on adjuvant chemotherapy programs in women who likely will be cured of their breast cancer.

(*Id*.)

7.     Dr. Sedlacek's findings are statistically significant. (Ex. 2, *Earnest* Trial Tr. 384:1-6, Sept. 17, 2019.)

8.     These research findings were published concurrently in an abstract in the Journal of Breast Cancer Research and Treatment. (*See* Ex. 3, Breast Cancer Res. Treat. 100 (Suppl. 1), 2006.)

9.     Sanofi "had a dialogue" with Dr. Sedlacek around the time of his publication. (Ex. 2, *Earnest* Trial Tr. 1314:18 – 1315:4, Sept. 20, 2019.)

10.     In Sanofi's internal salesforce document entitled "Oncology Coaching Report," District Manager Perry Monaco advised Sanofi Representative Christine Muhlenhaupt as follows:

> With Dr. Sedlacek, he is bending, but not breaking. He informed you that he is no longer using dose dense for he er+ patients, but is now using traditional AC followed by Taxol. There is no reason why this should have been his regimine [sic] of choice. The excuse of permanent alopecia is a concern of his, but should not stop him from giving TAC an opportunity. He even mentioned that he had limited experience in that area. Keep your sales calls consistent with him and don't back down. He likes the confrontation and I have seen you do some of your best work when pushed up against the wall with him. Don't let him off the hook!!!!!!
>                [    *    *    *    ]
> Chris, one of the things I would like to really start work on with you is selling the data a little harder. You have excellent clinical knowledge and can hold your own with the most intelligent of physicians as observed with Dr. Sedlacek on Thursday.

(Ex. 4, Sanofi_04633925 at 2.)

11.     In a section titled "Action Steps," Monaco instructs Muhlenhaupt, "Communicate with Kara the information from Dr. Sedlacek." (*Id.* at 3.) In response, Muhlenhaupt wrote: "I

have already relayed the information from Sedlacek to Kara. You are right, just when I think it is hopeless he shows a little bend even if not in the right direction. DON't [sic] give up!!!" (*Id.*)

12. In July and October 2005, Sanofi received reports of each of Dr. Sedlacek's individual cases of "PSA" in a cluster of adverse event reports ("AERs") from a nurse at Dr. Sedlacek's practice. (Ex. 5, *See* Dep. of Michael Kopreski, Dec. 12, 2018, 229:17 – 230:20 and Ex. 6, Kopreski Ex. 2 at tabs 2, 3, 4, 5, 6, 7, 8, and 9.)

13. On January 26, 2007, Sanofi Global Safety Officer for Taxotere, Dr. Emanuel Palatinsky, approved modifications by one of the company's clinical trial principal investigators, Dr. John Mackey, to the informed consent given to trial participants at his study site. (Ex. 7, *Earnest* Pl.'s Ex. 200.)

14. Dr. Mackey had served as Chairman of Sanofi's TAX 316 clinical trial—which Sanofi used to obtain approval for use Taxotere in the adjuvant setting—and as a Principal Investigator and primary author in other published clinical studies sponsored by Sanofi and involving Taxotere. *See, e.g.,* https://www.ncbi.nlm.nih.gov/pubmed?term=(mackey%20john%5BAuthor%5D)%20AND%20docetaxel%5BText%20Word%5D.

15. Among these modifications to the informed consent submitted by Dr. Mackey was the addition of "permanent hair loss" as one of the "side effects" of Taxotere. (Ex. 7, *Earnest* Pl's Trial Ex. 200.) Dr. Palatinsky stated that the informed consent did not need to warn of "hair loss" and "permanent hair loss" because "permanent [hair loss] is sufficient once." (*Id.*)

16. The consent form read as follows:

> The following are the side effects of each drug used in this study. These side effects may or may not be more severe when the drugs are taken together. These are the side effects we know about at

     present. However, since this is a study of new treatments there may
     be other side effects that we do not know about yet.

(*Id.* at p. 6 of 19.)

   17. The informed consent did not list "permanent hair loss" as a side effect for Adriamycin, Cyclophosphamide, trastuzumab, or carboplatin. (*Id.* at pp. 9, 10, 14.)

   18. In 2003 and 2004, Dr. Mackey reported at least 15 cases of patients with permanent hair loss. (*See* Mackey TAX-GMA-301 Reports of Permanent Alopecia, Ex. 8, Sanofi_04353203_2562; Ex. 9, Sanofi_04353202_2279; Ex. 10, Sanofi_04353202_2301; Ex. 11, Sanofi_04353202_2566; Ex. 12, Sanofi_04353203_2283; Ex. 13, Sanofi_04353203_2297; Ex. 14, Sanofi_04353203_2301; Ex. 15, Sanofi_04353203_2316; Ex. 16, Sanofi_04353203_2320; Ex. 17, Sanofi_04353203_2323; Ex. 18, Sanofi_04353203_2327; Ex. 19, Sanofi_04353203_2521; Ex. 20, Sanofi_04353203_2534; Ex. 21, Sanofi_04353203_2539; Ex. 22, Sanofi_04353203_2551; Ex. 23, Sanofi_04353203_2559.)

   19. Dr. Mackey's study site is identified in adverse event reports by "Investigator ID: BCA0021." (*See* Ex. 24, Sanofi 04149929 at worksheet "Canada.")

   20. On August 20, 2003, Sanofi received a report from Dr. Mackey's site regarding a patient in a Sanofi clinical trial (patient no. 10511) whose hair loss persisted for more than a year following completion of chemotherapy treatment with Taxotere. (Ex. 25, Sanofi_06248381).

   21. On September 19, 2003, Sanofi received a report from Dr. Mackey's site about patient in the clinical trial (patient no. 11158) whose hair loss had persisted since completing Taxotere chemotherapy treatment in June 2002. (Ex. 26, Sanofi_06248358; Ex. 27, Sanofi_06248364.) This Sanofi document incorrectly states the date of the last cycle of Taxotere as June 26, 2003, when the correct year is 2002. (*See* Ex. 10, Sanofi_04353202_2301.) Sanofi entered this report into its pharmacovigilance database, noting that "the investigator has reported

that [the alopecia] was likely permanent" and the "[i]nvestigator's assessment for causal relationship: [r]elated to study medication." (*Id.* at 2.) In February of 2005, Sanofi updated its pharmacovigilance database, stating that "[n]ew follow-up information received does not change the previous assessment for this case." (*Id.* at 3.)

22. On August 13, 2003, Sanofi received a report of 61-year old female patient from Dr. Mackey's site (patient no. 10517) with "significant hair thinning" ongoing after completion of Taxotere treatment on January 30, 2002. The causality was assessed as "[p]ossibly related to study medication." Sanofi received follow-up information on October 22, 2004, confirming the patient's ongoing Grade 2 alopecia. (Ex. 9, Sanofi_04353202_2279 at 1-2.)

23. On October 24, 2003, Sanofi received a report of 49-year old female patient from Dr. Mackey's site (patient no. 11293) who completed chemotherapy with Taxotere on September 2, 2002. The patient underwent a hair transplant and her alopecia was marked "recovered." Sanofi received a follow-up report on August 4, 2004, noting "the physician observed thinness of hair on top; therefore, grade 1 alopecia continues." (Ex. 28, Sanofi_04353202_2316 at 1-2.)

24. On December 15, 2003, Sanofi received a report of a 60-year old female patient from Dr. Mackey's site (patient no. 10230) who continued to experience "balding [] over the back of the [] head" despite having completed Taxotere chemotherapy treatment more than two years earlier on November 1, 2001. The causality was assessed to be "[r]elated to study medication." Sanofi updated the report in 2005 and 2012, noting the patient had "not recovered" from the alopecia. (Ex. 18, Sanofi_04353203_2327 at 1-2.)

25. On December 15, 2003, Sanofi received another report from Dr. Mackey's site. This report related to a 48-year old female patient (patient no. 10854) whose hair had not regrown despite completing treatment with Taxotere on June 2, 2002. The causality was assessed as

6

"[r]elated to study medication." Sanofi updated the report in 2005 and 2012, noting the patient had "not recovered" from the alopecia. (Ex. 29, Sanofi_04353202_2323 at 1-2; *see also* Ex. 30, Sanofi_06248323.)

26. On March 24, 2004, Sanofi received a report of a 61-year old female from Dr. Mackey's site (patient no. 11714) who continued to experience ongoing hair loss after completion of chemotherapy on October 2, 2002. The causality of the hair loss was assessed to be related to study medication. Sanofi updated the report in 2005 and 2012, noting the patient had "not recovered" from the alopecia. (Ex. 31, Sanofi_04353202_2539 at 1-2.)

27. On July 7, 2004, Sanofi received a report of a 64-year old female from Dr. Mackey's site (patient no. 12994) who completed chemotherapy with Taxotere on May 14, 2003. The patient's alopecia did not resolve, and the causality was assessed as "related to study medication." Sanofi updated the report in 2005 and 2012, noting the patient had "not recovered" from the alopecia. (Ex. 32, Sanofi_04353202_2563 at 1-2.)

28. On August 4, 2004, Sanofi received a report of a 44-year old female from Dr. Mackey's site (patient no. 12607) who continued to experience Grade 2 alopecia after completing chemotherapy treatment with Taxotere on March 19, 2003. Dr. Mackey's site assessed the causality as "related to study medication." Sanofi likewise assessed causality as "related to study medication." Sanofi updated the report in 2005, 2012, and 2013, noting the patient had "not recovered" from the alopecia and that it remained "ongoing." (Ex. 11, Sanofi_04353202_2566 at 1-2.)

29. Dr. Mackey had at least 80 patients enrolled in clinical study at his site. (Ex. 33, TAX-GMA-301 Clinical Study Status March 31, 2005 Spreadsheet, Sanofi_06116366 at worksheet "IRFs status"; Ex. 34, Sanofi_06116364 (cover e-mail).)

30. Dr. Nabholtz preceded Dr. Mackey as the primary investigator at the site reporting these cases of persisting alopecia. (*See* Ex. 35, Sanofi_02649521_1384.)

31. Dr. Nabholtz reported in a 2001 publication "long lasting [hair loss] (longer than two years)" in 7.4% of metastatic breast cancer patients taking Taxotere in a Sanofi-sponsored clinical trial. (Ex. 36, Sanofi_00217666 at 318.)

32. Dr. Michael Kopreski, speaking for Sanofi at a Rule 30(b)(6) deposition and addressing this publication, testified: "[T]his is basically a publication that's a joint endeavor of Sanofi and the author, the authors, in getting this publication released and disseminating this information to the oncologic field at large. [. . .] So this—this is essentially an example of Sanofi informing the medical community about the finding of these cases of permanent alopecia with this regimen." (Ex. 37, Dep. of Michael S. Kopreski, M.D. Vol. II, 695:21 – 696:17, 697:2-8, Oct. 11, 2018.)

Dated: February 7, 2020                           Respectfully submitted,

*/s/ Christopher L. Coffin*                       */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                    Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                  Andre Mura ((CA Bar # 298541) (on the brief)
1100 Poydras Street, Suite 2505                   GIBBS LAW GROUP LLP
New Orleans, Louisiana 70163                      6701 Center Drive West, Suite 1400
Phone: (504) 355-0086                             Los Angeles, California 90045
Fax: (504) 355-0089                               Telephone: 510-350-9700
ccoffin@pbclawfirm.com                            Facsimile: 510-350-9701
                                                  kbm@classlawgroup.com
*Plaintiffs' Co-Lead Counsel*
                                                  *Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*                            */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                        Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                         BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                          701 Poydras Street, Suite 3650

2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Alexander G. Dwyer
Kirkendall Dwyer LLP

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.

9

| | |
|---|---|
| 440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | 2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
