# EXHIBIT 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION     *    Docket No.: 16-MD-2740
                                  *    Section "H(5)"
                                  *    New Orleans, Louisiana
Relates to: Barbara Earnest       *    September 17, 2019
Case No.: 16-CV-17144             *
* * * * * * * * * * * * * * * * * *
```

DAY 2 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:           Barrios Kingsdorf & Casteix, LLP
                              BY:  DAWN M. BARRIOS, ESQ.
                              701 Poydras Street
                              Suite 3650
                              New Orleans, Louisiana 70139


For the Plaintiffs:           Gainsburgh Benjamin David Meunier
                                & Warshauer, LLC
                              BY:  M. PALMER LAMBERT, ESQ.
                              1100 Poydras Street
                              Suite 2800
                              New Orleans, Louisiana 70163


For the Plaintiffs:           Pendley Baudin & Coffin, LLP
                              BY:  CHRISTOPHER L. COFFIN, ESQ.
                              1100 Poydras Street
                              Suite 2505
                              New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

APPEARANCES:

For the Plaintiffs:          Gibbs Law Group, LLP
                             BY:  KAREN BARTH MENZIES, ESQ.
                             6701 Center Drive West
                             Suite 1400
                             Los Angeles, California 90045


For the Plaintiffs:          Bachus & Schanker, LLC
                             BY:  J. KYLE BACHUS, ESQ.
                                  DARIN L. SCHANKER, ESQ.
                             1899 Wynkoop Street
                             Suite 700
                             Denver, Colorado 80202


For the Plaintiffs:          Fleming Nolen & Jez, LLP
                             BY:  RAND P. NOLEN, ESQ.
                             2800 Post Oak Boulevard
                             Suite 4000
                             Houston, Texas 77056


For the Plaintiffs:          DAVID F. MICELI, LLC
                             BY:  DAVID F. MICELI, ESQ.
                             Post Office Box 2519
                             Carrollton, Georgia 30112


For the Plaintiffs:          Morgan & Morgan, P.A.
                             BY:  EMILY C. JEFFCOTT, ESQ.
                             700 S. Palafox Street
                             Suite 95
                             Pensacola, Florida 32502


For the Sanofi               Irwin Fritchie Urquhart
Defendants:                       & Moore, LLC
                             BY:  DOUGLAS J. MOORE, ESQ.
                             400 Poydras Street
                             Suite 2700
                             New Orleans, Louisiana 70130

APPEARANCES:

| | |
|---|---|
| For the Sanofi<br>Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HARLEY V. RATLIFF, ESQ.<br>     JON A. STRONGMAN, ESQ.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108 |
| For the Sanofi<br>Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HILDY M. SASTRE, ESQ.<br>201 Biscayne Boulevard, Suite 3200<br>Miami, Florida 33131 |
| Official Court Reporter: | Jodi Simcox, RMR, FCRR<br>500 Poydras Street<br>Room HB-275<br>New Orleans, Louisiana 70130<br>(504) 589-7780 |

Proceedings recorded by mechanical stenography, transcript produced by computer.

1:06PM 1 **Q.** So does that reach this level or this threshold of what
1:06PM 2 you described earlier as statistically significant?
1:06PM 3 **A.** Yes. So if you do statistics on this, again, it just --
1:06PM 4 when you compare seven with a number of patients in that arm
1:06PM 5 versus the zeros in the other arms, it comes out to be
1:06PM 6 statistically significant.
1:06PM 7 **Q.** So these two things, Sedlacek and the clinical trial,
1:06PM 8 those are statistically significant; is that right?
1:06PM 9 **A.** Correct.
1:06PM 10 **Q.** All right. So is that -- is that the total sum of what
1:07PM 11 you've looked at in order to formulate your opinion regarding
1:07PM 12 the causal association?
1:07PM 13 **A.** No. Well, again, cumulatively.
1:07PM 14 **Q.** Okay.
1:07PM 15 **A.** So it includes everything that we've talked about this
1:07PM 16 morning. It's not just any one of these.
1:07PM 17 Plus I think we need to underscore again what I
1:07PM 18 talked about with the jury a little earlier about biological
1:07PM 19 plausibility. Just because you have a statistically
1:07PM 20 significant result, I'm not willing to say there's reasonable
1:07PM 21 evidence of a causal association, unless there's a possible
1:07PM 22 mechanism definitively how the drug causes persistent hair
1:07PM 23 loss. But I have to have a -- by a plausible biological
1:07PM 24 rational.
1:07PM 25 And I think that everyone would agree, when it comes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)         *
PRODUCTS LIABILITY LITIGATION        *    Docket No.: 16-MD-2740
                                     *    Section "H(5)"
                                     *    New Orleans, Louisiana
*Relates to: Barbara Earnest*         *    September 20, 2019
*Case No.: 16-CV-17144*               *
* * * * * * * * * * * * * * * * *

DAY 5 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        Barrios Kingsdorf & Casteix, LLP
                           BY:  DAWN M. BARRIOS, ESQ.
                           701 Poydras Street
                           Suite 3650
                           New Orleans, Louisiana 70139


For the Plaintiffs:        Gainsburgh Benjamin David Meunier
                              & Warshauer, LLC
                           BY:  M. PALMER LAMBERT, ESQ.
                           1100 Poydras Street
                           Suite 2800
                           New Orleans, Louisiana 70163


For the Plaintiffs:        Pendley Baudin & Coffin, LLP
                           BY:  CHRISTOPHER L. COFFIN, ESQ.
                           1100 Poydras Street
                           Suite 2505
                           New Orleans, Louisiana 70163


OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 1:28PM | 1 | hair loss? |
| 1:28PM | 2 | A.    The article by Calhoun is an article of taxane-induced |
| 1:28PM | 3 | alopecia:  A review of patients with ovarian or breast cancer |
| 1:29PM | 4 | treated with paclitaxel, docetaxel, or paclitaxel poliglumex. |
| 1:29PM | 5 | Q.    In 2006, would you agree with me that Exhibit 2 contains |
| 1:29PM | 6 | 32 reports related to docetaxel and alopecia? |
| 1:29PM | 7 | A.    That appears to be the case. |
| 1:29PM | 8 | Q.    And some of those reports that we -- as we've discussed |
| 1:29PM | 9 | include multiple patients; correct? |
| 1:29PM | 10 | A.    Correct. |
| 1:29PM | 11 | Q.    If you could turn to tab 38 in Exhibit 2.  Let me know |
| 1:29PM | 12 | when you're there. |
| 1:29PM | 13 | A.    Okay. |
| 1:29PM | 14 | Q.    With respect to a few minutes ago when we talked about the |
| 1:29PM | 15 | Sedlacek abstract that was provided to one of the reporters, do |
| 1:29PM | 16 | you remember that? |
| 1:29PM | 17 | A.    Yes. |
| 1:29PM | 18 | Q.    When was the contact with Dr. Sedlacek made after the |
| 1:30PM | 19 | publication of his abstract in -- in December 15th, 2006? |
| 1:30PM | 20 | A.    The contact and the follow-up with Dr. Sedlacek's site -- |
| 1:30PM | 21 | and I cannot say whether it was in-person or not -- but with |
| 1:30PM | 22 | his site occurred on these patients before the publication. |
| 1:30PM | 23 | There's extensive discussion and follow-up. |
| 1:30PM | 24 | My understanding is that these patients are the |
| 1:30PM | 25 | patients that you previously went through in -- in the group of |

| | | |
|---|---|---|
| 1:30PM | 1 | eight patients starting with -- with your Case 2 of the |
| 1:30PM | 2 | exhibit.  If you look at those -- those eight cases, you'll see |
| 1:30PM | 3 | that there is extensive follow-up and -- and discussions with |
| 1:30PM | 4 | that site. |
| 1:30PM | 5 | Q.   Can you turn to tab 43, please.  Do you see a time -- or, |
| 1:31PM | 6 | I mean, an entry dated 12/19/2006 time-stamped at 14:07? |
| 1:31PM | 7 | "Consumer calling to see if there's any clinical |
| 1:31PM | 8 | research available for Taxotere.  On Taxotere three and a half |
| 1:31PM | 9 | years ago.  Lost hair.  Never grew back.  Info was discussed at |
| 1:31PM | 10 | the 2006 meeting in San Antonio." |
| 1:31PM | 11 | Do you see that? |
| 1:31PM | 12 | A.   Yes, I do. |
| 1:31PM | 13 | Q.   It appears that the company's response was telling the |
| 1:31PM | 14 | patient that they have to have their doctor call? |
| 1:31PM | 15 | A.   Well, I think it says here, "Joyce told patient to have |
| 1:31PM | 16 | doctor call" -- well, it doesn't say they had to have.  I think |
| 1:31PM | 17 | you inserted that word there. |
| 1:31PM | 18 | "Joyce told patient to have doctor call MIS for |
| 1:31PM | 19 | information available." |
| 1:31PM | 20 | Q.   Would you agree with me that Exhibit 2 contains 45 reports |
| 1:32PM | 21 | related to Taxotere and alopecia being received by the company |
| 1:32PM | 22 | between January 1st, 2005, and December 31st, 2008? |
| 1:32PM | 23 | A.   Well, I would agree that from that time period, that in |
| 1:32PM | 24 | your table 1, there are 45 reports. |
| 1:32PM | 25 | Q.   Okay. |