# EXHIBIT 5

Michael S. Kopreski, M.D.

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2                      -  -  -
 3                                    :
     IN RE: TAXOTERE                  :
 4   (DOCETAXEL) PRODUCTS             : MDL No. 2740
     LIABILITY LITIGATION             : Section H(5)
 5   _____      :
                                      :
 6   This Document Relates to:        :
     All Cases                        :
 7
 8                      -  -  -
                 December 12, 2018
 9                      -  -  -
10
              MICHAEL S. KOPRESKI, M.D.
11
                     (VOLUME I)
12
13                      -  -  -
14           Transcript of the videotaped
     deposition of Sanofi U.S. Services, Inc.,
15   pursuant to Fed. R. Civ. P. 30(b)(6) held
     at McElroy Deutsch Mulvaney & Carpenter,
16   LLP, 1300 Mt. Kemble Avenue, Morristown,
     New Jersey, commencing 9:22 a.m. on the
17   above-referenced date, as taken by and
     before Constance E. Perks, CRR, CRC, RSA,
18   a Federally-Approved Certified Realtime
     Reporter and Notary Public.
19
20
21
22
23                      -  -  -
24          GOLKOW TECHNOLOGIES, INC.
       ph 877.370.3377  |  fax 917.591.5672
25              deps@golkow.com
```

| | | |
|---|---|---|
| 1 | When did the conversation -- | 15:20:12 |
| 2 | MR. KEENAN:  No, no, | 15:20:12 |
| 3 | Counsel, he gets to -- | 15:20:13 |
| 4 | BY MR. BACHUS: | 15:20:13 |
| 5 | Q.    -- with Dr. Sedlacek -- | |
| 6 | MR. KEENAN:  -- answer your | |
| 7 | question. | |
| 8 | MR. BACHUS:  I can withdraw | |
| 9 | questions. | |
| 10 | MR. KEENAN:  Not when he's | |
| 11 | in the middle of answering it. | |
| 12 | MR. BACHUS:  I can withdraw | |
| 13 | a question whenever I want to. | |
| 14 | THE WITNESS:  Okay.  Go -- | |
| 15 | go ahead, Mr. Bachus. | |
| 16 | BY MR. BACHUS: | 15:20:22 |
| 17 | Q.    When was the contact with | 15:20:22 |
| 18 | Dr. Sedlacek made after the publication | 15:20:24 |
| 19 | of his abstract in 2000 -- December 15th, | 15:20:27 |
| 20 | 2006? | 15:20:32 |
| 21 | A.    The contact and the | 15:20:32 |
| 22 | follow-up with Dr. Sedlacek's site, and I | 15:20:34 |
| 23 | cannot say whether it was with him | 15:20:39 |
| 24 | personally or not, but with his site, | 15:20:42 |
| 25 | occurred on -- on these patients before | 15:20:45 |

| | | |
|---|---|---|
| 1 | the publication.  There's extensive | 15:20:47 |
| 2 | discussion and follow-up. | 15:20:50 |
| 3 | My understanding is that | 15:20:52 |
| 4 | these patients are the patients that you | 15:20:53 |
| 5 | previously went through in -- in the | 15:20:55 |
| 6 | group of eight patients, starting with -- | 15:20:56 |
| 7 | with your case 2 of the exhibit.  If you | 15:21:05 |
| 8 | look at those -- those eight cases, | 15:21:12 |
| 9 | you'll see that there is extensive | 15:21:15 |
| 10 | follow-up and -- and discussions with | 15:21:19 |
| 11 | that site. | 15:21:21 |
| 12 | Q.   Thank you.  Let me see if I | 15:21:21 |
| 13 | can be clearer. | 15:21:23 |
| 14 | Your testimony is that | 15:21:29 |
| 15 | patients 2 through 9 in Exhibit 2 are the | 15:21:30 |
| 16 | patients from Dr. Sedlacek's study? | 15:21:33 |
| 17 | A.   My understanding is that | 15:21:36 |
| 18 | those patients are patients from | 15:21:38 |
| 19 | Dr. Sedlacek's site and most likely the | 15:21:44 |
| 20 | patients from the study.  I have certain | 15:21:49 |
| 21 | restrictions placed upon me, personally, | 15:21:58 |
| 22 | in terms of patient identification and | 15:22:01 |
| 23 | confidentiality, so I -- I rely upon | 15:22:03 |
| 24 | information that I obtained from legal | 15:22:05 |
| 25 | counsel. | 15:22:11 |