# EXHIBIT 6

Exhibit

Kopreski 2

12-12-18   C. Perks

2

# FILE PRODUCED NATIVELY

Confidential                                                          Sanofi_02705693

| **CIOMS Suspect Adverse Reaction Report** | Sanofi-Aventis R&D |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| NC | UNITED STATES | -- | -- | -- | 56 year(s) | Female | -- | -- | -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data, reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

| | |
|---|---|
| PERMANENT ALOPECIA, ALOPECIA (Alopecia) | Unknown |
| SEVERE ARTHRALGIA, ARTHRALGIA (Arthralgia) | Unknown |
| NUMBNESS IN FEET (Hypoaesthesia) | Unknown |
| THRUSH (Candida infection) | Unknown |
| LOST TOE NAILS, NAIL LOSS (Onychomadesis) | Unknown |
| ORTHOSTATIC, ORTHOSTATIC HYPOTENSION (Orthostatic hypotension) | Unknown |
| NECK RASH, RASH (Rash) | Unknown |
| PALMAR PLANTAR ERYTHRODYSESTHESIA, PALMAR-PLANTAR ERYTHRODYSAESTHESIA SYNDROME (Palmar-plantar erythrodysaesthesia syndrome) | Unknown |

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Unknown              16DEC1999:16DEC1999
LOT # UNKNOWN

| 20. DID REACTION ABATE AFTER STOPPING DRUG? | | |
|---|---|---|
| [ ] YES | [X] NO | |
| [ ] UNKNOWN | [ ] NA | |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Unknown | Unknown | |

17. INDICATION(S) FOR USE
BREAST CANCER FEMALE

- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 16DEC1999;16DEC1999 | 1 day(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

| | |
|---|---|
| ADRIAMYCIN (DOXORUBICIN)  (Con.) | Unknown:Unknown |
| CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.) | Unknown:Unknown |
| TAMOXIFEN (TAMOXIFEN)  (Con.) | Unknown:Unknown |

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

BREAST CANCER FEMALE                                            Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200517176US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 29JUL2005 | [ ] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517176US

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided. Additional information was requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia following Taxotere (docetaxel) therapy. This case is for patient 1 of 8.  This 56-year-old female patient received one treatment with Taxotere (docetaxel) 100mg/m2 on 16-Dec-1999 for breast cancer IIB.  Patient also received four cycles of Adriamycin (doxorubicin) 60mg/m2 and Cytoxan (cyclophosphamide) 600mg/m2 prior to docetaxel therapy.  Concurrent medications were specified as tamoxifen, Anzemet (dolasetron), Decadron (dexamethasone) and Diflucan (fluconazole). As per reporter, the patient experienced permanent alopecia with no significant hair regrowth six years after chemotherapy. Reporter considered the alopecia medically important. The patient also experienced the following adverse reactions with docetaxel: severe arthralgia, numbness in feet, thrush, lost toenails, orthostasis, neck rash and palmar plantar erythrodysesthesia (PPE). Details surrounding these events were not provided. Outcome and remedial measures were not provided. Nurse noted normal liver function tests and thyroid stimulating hormone levels. Patient did not have anemia.  No further details provided.

Nurse's causal assessment: Suspected

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
ANZEMET (DOLASETRON MESILATE)  (Con.)                    Unknown:Unknown
DECADRON /CAN/ (DEXAMETHASONE)  (Con.)                   Unknown:Unknown
DIFLUCAN (FLUCONAZOLE)  (Con.)                           Unknown:Unknown
rev Meds =Unknown

**SUSPECT ADVERSE REACTION REPORT Continued**

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Permanent alopecia, severe arthralgia, numbness in feet, thrush, lost toenails, orthostatic, neck rash, and palmar-plantar erythrodysesthesia (hand and foot syndrome) are considered listed in the Core Data Sheet for docetaxel.

**3**

# FILE PRODUCED NATIVELY

Confidential

Sanofi_02705693

| CIOMS Suspect Adverse Reaction Report | Sanofi-Aventis R&D |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| TS | UNITED STATES | Day — Month — Year — | 52 year(s) | Female | Day — Month — Year — | |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
LOST HAIR, ALOPECIA (Alopecia)                          Unknown
SENSORY NEUROPATHY (Peripheral sensory neuropathy)      Unknown
ARTHRALGIA (Arthralgia)                                 Unknown
RASH (Rash)                                             Unknown
DECREASED HEMOGLOBIN (9.5), DECREASED HEMOGLOBIN (Haemoglobin decreased)
  Unknown


Initial report received on 29-Jul-2005: This spontaneous case from the US was
```
Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                  Therapy Dates
100 milligram(s)/square meter;Unknown;Every three weeks 22SEP2003:Unknown
LOT # UNKNOWN
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every three w | Unknown |

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

**17. INDICATION(S) FOR USE**
REAST CANCER FEMALE

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 22SEP2003;Unknown | U |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)

```
CARBOPLATIN (CARBOPLATIN)    (Con.)            22SEP2003:Unknown
ANZEMET (DOLASETRON MESILATE)  (Con.)          Unknown:Unknown
DECADRON /CAN/ (DEXAMETHASONE)  (Con.)         Unknown:Unknown
```
Cont.

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
BREAST CANCER FEMALE                                    Unknown
```

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

```
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200517194US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 29JUL2005 | [ ] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 24MAR2015 | [X] INITIAL   [ ] FOLLOWUP |

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517194US

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

received from a sales representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.  Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia following Taxotere (docetaxel) therapy.  This case is for patient 2 of 8.  On 22-Sep-2003, this 52-year-old female patient initiated treatment with docetaxel 100mg/m2 every three weeks (x 6) for recurrent breast cancer; carboplatin at an AUC of 6 was given at the same schedule.  Concurrent medications included Anzemet (dolasetron), Decadron (dexamethasone), Solumedrol (methylprednisolone), Benadryl (diphenhydramine), Tagamet (cimetidine), glutamine, Neulasta (pegfilgrastim), and ibuprofen. In 2001, prior to docetaxel therapy, when the patient received Adriamycin (doxorubicin) and Cytoxan (cyclophosphamide) for four cycles followed by Taxol (paclitaxel) for four cycles, it was noted that her hair regrew. The patient then experienced a relapse of breast cancer and was initiated on docetaxel, at which time she lost her hair again. The hair has not regrown since docetaxel therapy.  Reporter considered the hair loss medically important. The patient also experienced the following adverse reactions to docetaxel: sensory neuropathy, arthralgia and rash. Details surrounding these events were not provided. Outcome and remedial measures were not provided. Nurse noted that the patient's liver function tests were normal. The thyroid stimulating hormone was not checked. At the start of docetaxel therapy, the Hgb was 13.4, Hct 38.3 and MCV 85.3; nadirs were reported as Hgb 9.5, Hct 28.3, and MCV 99.4 (dates unspecified). Aranesp (darbepoetin alfa) was given as treatment for the decreased hemoglobin. No further details provided.

Nurse's causal assessment: The nurse suspected hair loss, sensory neuropathy, arthralgia, and rash to be related to Taxotere; causality for decreased hemoglobin was not provided.


Lab tests unknown

12. OTHER OUTCOME (Continued)

MEDICALLY SIGNIFICANT

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

| | |
|---|---|
| olumedrol (METHYLPREDNISOLONE SODIUM SUCCINATE)  (Con.) | Unknown:Unknown |
| BENADRYL /OLD FORM/ (DIPHENHYDRAMINE HYDROCHLORIDE)  (Con.) | Unknown:Unknown |
| CIMETIDINE (CIMETIDINE)  (Con.) | Unknown:Unknown |
| (NO PREF. NAME)  (Con.) | Unknown:Unknown |
| NEULASTA (PEGFILGRASTIM)  (Con.) | Unknown:Unknown |
| IBUPROFEN (IBUPROFEN)  (Con.) | Unknown:Unknown |

Prev Meds =Unknown

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517194US                                    Page 3 of 3

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Lost hair, sensory neuropathy, arthralgia, rash, and decreased hemoglobin are considered listed in the Core Data Sheet for docetaxel.

**4**

# FILE PRODUCED NATIVELY

Sanofi_02705693

| **CIOMS Suspect Adverse Reaction Report** | | | | Sanofi-Aventis R&D |
|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| JS | UNITED STATES | Day -- Month -- Year -- | 68 year(s) | Female | Day -- Month -- Year -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
SIGNIFICANT ALOPECIA, ALOPECIA (Alopecia)               Unknown
NEUTROPENIC FEVER (Febrile neutropenia)                 Unknown
PNEUMONIA (Pneumonia)                                   Unknown
HAND FOOT SYNDROME, HAND AND FOOT SYNDROME (Palmar-plantar erythrodysaesthesia
syndrome)            Unknown
PEDAL EDEMA (Oedema peripheral)                         Unknown
MOUTH PAIN (Oral pain)                                  Unknown
BACTERIAL CONJUNCTIVITIS, CONJUNCTIVITIS BACTERIAL NOS (Conjunctivitis bacterial)
            Unknown
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
      See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)<br>Dose, form, route and frequency<br>100 milligram(s)/square meter;Unknown<br>LOT # UNKNOWN | Therapy Dates<br>26NOV2003:Unknown | [ ] YES  [X] NO<br><br>[ ] UNKNOWN  [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Unknown | Unknown | |
| 17. INDICATION(S) FOR USE | | [ ] YES  [ ] NO |
| BREAST CANCER FEMALE | | |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | [ ] UNKNOWN  [X] NA |
| 26NOV2003;Unknown | U | |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
ADRIAMYCIN (DOXORUBICIN)  (Con.)              Unknown:Unknown
CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.)            Unknown:Unknown
HERCEPTIN "GENENTECH" (TRASTUZUMAB)  (Con.)   Unknown:Unknown
```
Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
BREAST CANCER FEMALE                          Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200517200US |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 29JUL2005 | [ ] STUDY<br>[X] HEALTH PROFESSIONAL<br>[ ] CONSUMER | [ ] LITERATURE<br>[ ] REGULATORY AUTHORITY |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517200US                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

LYMPHEDEMA (Lymphoedema)                                    Unknown

Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales
representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as
adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.
Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This
case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia
following Taxotere (docetaxel) therapy.  This case is for patient 3 of 8.
This 68-year-old female patient initiated treatment with docetaxel 100mg/m2 on 26-Nov-2003 for breast cancer.
The patient received a total of four cycles of docetaxel. Concomitant medications included Adriamycin
(doxorubicin) and Cytoxan (cyclophosphamide) for four cycles prior to docetaxel therapy, Herceptin
(trastuzumab) for one year initiated on 26-Nov-2003, Zoloft (sertraline), MVI, Coumadin (warfarin), Anzemet
(dolasetron), Decadron (dexamethasone), Septra DS (sulfamethoxazole/trimethoprim), Sulamyd (sulfacetamide)eye
drops, "KBX" (unspecified medication) and Dyazide (hydrochlorothiazide/triamterene). Patient experienced
significant alopecia and has had minimal hair regrowth two years following the end of chemotherapy. Reporter
considered the alopecia medically important. The patient also experienced the following adverse reactions
with docetaxel: hand foot syndrome, pedal edema, mouth pain, bacterial conjunctivitis, lymphedema,
neutropenic fever and pneumonia. Details surrounding these events were not provided. Outcome and remedial
measures were not provided. Nurse noted that the patient's liver function tests were normal, the thyroid
stimulating hormone was not tested and the patient did not have anemia. No further details provided.

Nurse's causal assessment:  Suspected.


Lab tests unknown

---

12. OTHER OUTCOME (Continued)

MEDICALLY SIGNIFICANT

---

2. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

| Drug | Date |
|------|------|
| Zoloft (SERTRALINE HYDROCHLORIDE)  (Con.) | Unknown:Unknown |
| MVI (MVI)  (Con.) | Unknown:Unknown |
| COUMADINE (WARFARIN SODIUM)  (Con.) | Unknown:Unknown |
| ANZEMET (DOLASETRON MESILATE)  (Con.) | Unknown:Unknown |
| DECADRON /CAN/ (DEXAMETHASONE)  (Con.) | Unknown:Unknown |
| SEPTRA DS (SULFAMETHOXAZOLE/TRIMETHOPRIM)  (Con.) | Unknown:Unknown |
| SULAMYD (SULFACETAMIDE SODIUM)  (Con.) | Unknown:Unknown |
| DYAZIDE (DYAZIDE)  (Con.) | Unknown:Unknown |
| Unspecified medication (NO PREF. NAME)  (Con.) | Unknown:Unknown |

Prev Meds =Unknown

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517200US

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Significant alopecia, neutropenic fever, pneumonia,hand and foot syndrome, pedal edema, mouth pain, bacterial conjunctivitis, and lymphedema are considered listed in the Core Data Sheet for docetaxel.

**5**

# FILE PRODUCED NATIVELY

Sanofi_02705693

| **CIOMS Suspect Adverse Reaction Report** | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| MB | UNITED STATES | -- | -- | -- | 57 year(s) | Female | -- | -- | -- | |

| 7+ 13 DESCRIBE REACTION(S) [including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified] | |
|---|---|
| PERMANENT HAIR LOSS, ALOPECIA (Alopecia)<br>ORAL MUCOSITIS GRADE III, MUCOSITIS (Mucosal inflammation)<br>SEVERE ARTHRALGIA, ARTHRALGIA (Arthralgia)<br>SEVERE MYALGIA, MYALGIA (Myalgia)<br>THRUSH (Candida infection)<br>FLUID RETENTION (Fluid retention)<br>DIARRHEA (Diarrhoea)<br>ANEMIA (HEMOGLOBIN NADIR 9.0), ANEMIA (Anaemia)<br>DRY CRACKED SKIN, DRY SKIN (Dry skin)<br><br>Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown | ☐ PATIENT DIED<br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br>☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY<br>☐ LIFE THREATENING<br>☐ CONGENITAL ANOMALY<br>☒ OTHER:<br>   See cont. page |
| | Cont. |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL) | | |
| Dose, form, route and frequency<br>75 milligram(s)/square meter;Unknown<br>LOT # UNKNOWN | Therapy Dates<br>15AUG2003:Unknown | ☐ YES    ☒ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 75 milligram(s)/square meter;Unknown | Unknown | |
| 17. INDICATION(S) FOR USE | | ☐ YES    ☐ NO |
| REAST CANCER FEMALE | | |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | ☐ UNKNOWN    ☒ NA |
| 15AUG2003;Unknown | U | |

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction) |
|---|
| DECADRON /CAN/ (DEXAMETHASONE)   (Con.)                        Unknown:Unknown<br>DIFLUCAN (FLUCONAZOLE)   (Con.)                        Unknown:Unknown<br>HYDROCODONE BITARTRATE/PARACETAMOL (HYDROCODONE BITARTRATE/PARACETAMOL)   (Con.) Unknown:Unknown<br>Cont. |

| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.) |
|---|
| BREAST CANCER FEMALE                                        Unknown |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY | |
|---|---|
| Sanofi-Aventis R&D for the Sanofi group of companies<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin Cedex<br>France | |

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200517206US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 29JUL2005 | ☐ STUDY            ☐ LITERATURE<br>☒ HEALTH PROFESSIONAL   ☐ REGULATORY AUTHORITY<br>☐ CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 24MAR2015 | ☒ INITIAL        ☐ FOLLOWUP |

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517206US                                    Page 2 of 3

---

+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

```
PEELING AND BLISTERED FEET, SKIN EXFOLIATION (Skin exfoliation)              Unknown
NAIL CHANGES NOS, NAIL CHANGES (Nail disorder)              Unknown
SENSORY NEUROPATHY (Peripheral sensory neuropathy)              Unknown
NEUTROPENIA (Neutropenia)                                   Unknown
FATIGUE (Fatigue)                                          Unknown
RASH ON LEGS, RASH BOTH LEGS (Rash)                        Unknown
```

Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales
representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as
adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.
Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This
case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia
following Taxotere (docetaxel) therapy.  This case is for patient 4 of 8.
This 57-year-old female patient initiated treatment with docetaxel 75mg/m2 on 15-Aug-2003 for breast cancer
IIA. The patient received a total of four cycles of docetaxel along with Xeloda. Patient also received four
cycles of Adriamycin (doxorubicin) and Cytoxan (cyclophosphamide) prior to docetaxel therapy. Concurrent
medications were specified as: Decadron (dexamethasone), Diflucan (fluconazole), Vicodin
(hydrocodone/acetaminophen), nystatin, Nexium (esomeprazole), Flu shot, Levaquin (levofloxacin), Coumadin
(warfarin), Synthroid (levothyroxine), Zoloft (sertraline), and triamterene. She experienced permanent hair
loss with no hair regrowth two years following the end of chemotherapy. Reporter considered the alopecia
medically important. The patient also experienced the following adverse reactions with docetaxel: severe
arthralgia/myalgia, thrush, fluid retention, diarrhea, anemia, Grade III oral mucositis, dry cracked skin,
peeling and blistered feet, nail changes, sensory neuropathy, neutropenia, fatigue and rash on legs. Details
surrounding these events, outcome and remedial measures were not provided. Nurse noted that the patient's
liver function tests were normal and the thyroid-stimulating hormone was not tested. During docetaxel
therapy, the following laboratory results were noted: Hgb initial 11.5, nadir 9.0; Hct initial 32.8, nadir
22.4; MCV initial 89.6, later 95.2 (dates of nadir/other results unknown). The reporter clarified that the
patient did not need a blood transfusion with the Hct of 9.0, and that the anemia was treated with Aranesp
(darbepoetin alfa).  No further details provided.

Nurse's causal assessment: The causality for anemia was not provided.  All other events were suspected to be
related to docetaxel.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

```
NYSTATIN (NYSTATIN)  (Con.)                              Unknown:Unknown
ESOMEPRAZOLE (ESOMEPRAZOLE)  (Con.)                      Unknown:Unknown
INFLUENZA VACCINE (INFLUENZA VACCINE)  (Con.)            Unknown:Unknown
LEVAQUIN (LEVOFLOXACIN)  (Con.)                          Unknown:Unknown
COUMADINE (WARFARIN SODIUM)  (Con.)                      Unknown:Unknown
SYNTHROID (LEVOTHYROXINE SODIUM)  (Con.)                 Unknown:Unknown
Zoloft (SERTRALINE HYDROCHLORIDE)  (Con.)                Unknown:Unknown
XELODA (CAPECITABINE)  (Con.)                            Unknown:Unknown
TRIAMTERENE (TRIAMTERENE)  (Con.)                        Unknown:Unknown
ADRIAMYCIN (DOXORUBICIN)  (Con.)                         Unknown:Unknown
CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.)                       Unknown:Unknown
Prev Meds =Unknown
```

**SUSPECT ADVERSE REACTION REPORT Continued**

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Permanent hair loss, severe arthralgia and myalgia,  thrush, fluid retention, diarrhea, anemia, grade III oral mucositis, dry cracked skin, peeling and blistered feet, nail changes, sensory neuropathy, neutropenia, fatigue, and rash on legs are considered listed in the Core Data Sheet for docetaxel.

**6**

# FILE PRODUCED NATIVELY

Sanofi_02705693

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| JP | UNITED STATES | Day — Month — Year — | 43 year(s) | Female | Day — Month — Year — | |

**7+ 13 DESCRIBE REACTION(S) [including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

```
PERMANENT HAIR LOSS, ALOPECIA (Alopecia)                        Unknown
NEUTROPENIC FEVER (Febrile neutropenia)                         Unknown
SORE THROAT (Oropharyngeal pain)                                Unknown
ARTHRALGIA (Arthralgia)                                         Unknown
THRUSH (Candida infection)                                      Unknown
TEARING, TEARING EYES (Lacrimation increased)                  Unknown
MILD SENSORY NEUROPATHY, SENSORY NEUROPATHY (Peripheral sensory neuropathy)
    Unknown
FLUID RETENTION (Fluid retention)                              Unknown
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency            Therapy Dates
100 milligram(s)/square meter;Unknown      30JAN2004:Unknown
LOT # UNKNOWN
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [X] NO
- [ ] UNKNOWN
- [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Unknown | Unknown |

**17. INDICATION(S) FOR USE**
BREAST CANCER FEMALE

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 30JAN2004;Unknown | U |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**

```
DECADRON /CAN/ (DEXAMETHASONE)  (Con.)          Unknown:Unknown
DIFLUCAN (FLUCONAZOLE)  (Con.)                  Unknown:Unknown
NYSTATIN (NYSTATIN)  (Con.)                     Unknown:Unknown
```
Cont.

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**

BREAST CANCER FEMALE                                    Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

```
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200517220US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 29JUL2005 | [ ] STUDY  [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 24MAR2015 | [X] INITIAL  [ ] FOLLOWUP |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517220US

/+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

```
PROLONGED MYALGIA, MYALGIA (Myalgia)                    Unknown
RASH (Rash)                                             Unknown


Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales
representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as
adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.
Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This
case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia
following Taxotere (docetaxel) therapy.  This case is for patient 5 of 8.
This 43-year-old female patient initiated treatment with docetaxel 100 mg/m2 on 30-Jan-2004 for breast cancer
stage I. The patient received a total of four cycles of docetaxel. Patient also received four cycles of
Adriamycin (doxorubicin) 60mg/m2 and Cytoxan (cyclophosphamide) 600mg/m2 prior to docetaxel therapy.
Concurrent medications were specified as: Decadron (dexamethasone), Diflucan (fluconazole), nystatin,
Levaquin (levofloxacin), Coumadin (warfarin), Neulasta (pegfilgrastim), Claritin (loratadine), hydrocortisone
cream, Anzemet (dolasetron), Carafate (sucralfate), Prilosec (omeprazole) and Ativan (lorazepam). She
experienced permanent hair loss with no hair regrowth eighteen months following the end of chemotherapy.
Reporter considered the alopecia medically important. The patient also experienced the following adverse
reactions with docetaxel: neutropenic fever, sore throat, arthralgia, thrush, tearing, mild sensory
neuropathy, fluid retention, prolonged myalgia and rash. Details surrounding these events, outcome and
remedial measures were not provided. Nurse noted that the patient's liver function tests were normal, there
was no anemia, and the thyroid-stimulating hormone was not tested. No further details provided.

Nurse's causal assessment: Suspected.


Lab tests unknown
```

12. OTHER OUTCOME (Continued)

```
MEDICALLY SIGNIFICANT
```

2. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

```
LEVAQUIN (LEVOFLOXACIN)  (Con.)                         Unknown:Unknown
COUMADINE (WARFARIN SODIUM)  (Con.)                     Unknown:Unknown
ADRIAMYCIN (DOXORUBICIN)  (Con.)                        Unknown:Unknown
CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.)                      Unknown:Unknown
NEULASTA (PEGFILGRASTIM)  (Con.)                        Unknown:Unknown
CLARITINE (LORATADINE)  (Con.)                          Unknown:Unknown
Hydrocortisone Cream (NO PREF. NAME)  (Con.)            Unknown:Unknown
ANZEMET (DOLASETRON MESILATE)  (Con.)                   Unknown:Unknown
CARAFATE (SUCRALFATE)  (Con.)                           Unknown:Unknown
PRILOSEC (OMEPRAZOLE)  (Con.)                           Unknown:Unknown
ATIVAN (LORAZEPAM)  (Con.)                              Unknown:Unknown
Prev Meds =Unknown
```

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517220US                                Page 3 of 3

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Permanent hair loss, neutropenic fever, sore throat, arthralgia, thrush, tearing, mild sensory neuropathy, fluid retention, prolonged myalgia, and rash are considered listed in the Core Data Sheet for docetaxel.

**7**

# FILE PRODUCED NATIVELY

Confidential                                                    Sanofi_02705693

| **CIOMS Suspect Adverse Reaction Report** | | Sanofi-Aventis R&D | | | | | | | | | | | |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | UNITED STATES | Day | Month | Year | 54 year(s) | Female | Day | Month | Year | |
| GH | | -- | -- | -- | | | 21 | FEB | 2002 | |

| 7• 13 DESCRIBE REACTION(S) [including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified] | | |
|---|---|---|
| PERMANENT HAIR LOSS, ALOPECIA (Alopecia) | Unknown | ☐ PATIENT DIED |
| FEBRILE NEUTROPENIA (Febrile neutropenia) | Unknown | ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| DEHYDRATION (Dehydration) | Unknown | |
| EDEMA/FLUID RETENTION, EDEMA (Oedema) | Unknown | ☐ INVOLVED OR PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| MUCOSITIS (Mucosal inflammation) | Unknown | |
| SEVERE ARTHRALGIA, ARTHRALGIA (Arthralgia) | Unknown | |
| NAIL CHANGES NOS, NAIL CHANGES (Nail disorder) | Unknown | ☐ LIFE THREATENING |
| PROLONGED SENSORY NEUROPATHY (> 3 YEARS), SENSORY NEUROPATHY (Peripheral sensory neuropathy)    Unknown | | ☐ CONGENITAL ANOMALY |
| | | ☒ OTHER: See cont. page |

Cont.

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL) | ☐ YES     ☒ NO |
| Dose, form, route and frequency          Therapy Dates | |
| 100 milligram(s)/square meter;Unknown;Every three weeks 04JAN2002:Unknown | ☐ UNKNOWN   ☐ NA |
| LOT # UNKNOWN | |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every three w | Unknown | ☐ YES     ☐ NO |
| 17. INDICATION(S) FOR USE | | |
| BREAST CANCER FEMALE | | ☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| 04JAN2002;Unknown | U | |

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction) | |
|---|---|
| DECADRON /CAN/ (DEXAMETHASONE)  (Con.) | Unknown:Unknown |
| LEVAQUIN (LEVOFLOXACIN)  (Con.) | Unknown:Unknown |
| COUMADINE (WARFARIN SODIUM)  (Con.) | Unknown:Unknown |

Cont.

| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.) | |
|---|---|
| BREAST CANCER FEMALE | Unknown |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY | |
|---|---|
| Sanofi-Aventis R&D for the Sanofi group of companies 1,avenue Pierre Brossolette 91385 Chilly-Mazarin Cedex France | |

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200517227US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 29JUL2005 | ☐ STUDY        ☐ LITERATURE ☒ HEALTH PROFESSIONAL   ☐ REGULATORY AUTHORITY ☐ CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 24MAR2015 | ☒ INITIAL      ☐ FOLLOWUP |

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517227US                                   Page 2 of 3

7•13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)
IRON BINDING CAPACITY DECREASED (Iron binding capacity total decreased)        21FEB2002 : Unknown


Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales
representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as
adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.
Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This
case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia
following Taxotere (docetaxel) therapy.  This case is for patient 6 of 8.
This 54-year-old female patient initiated neoadjuvant treatment with docetaxel 100 mg/m2 every three weeks on
04-Jan-2002 for breast cancer stage IIB. The patient received a total of four cycles of docetaxel. Patient
also received four cycles of Adriamycin (doxorubicin) 60mg/m2 and Cytoxan (cyclophosphamide) 600mg/m2 prior
to docetaxel therapy. Concurrent medications were specified as: Decadron (dexamethasone), Levaquin
(levofloxacin), Coumadin (warfarin), Neupogen (filgrastim), Procrit (erythropoietin), Dyazide
(hydrochlorothiazide/triamterene), ibuprofen, glutamine and Lasix (furosemide). She experienced permanent
hair loss and has been without hair regrowth for three years following the end of chemotherapy. Reporter
considered the alopecia medically important. The patient also experienced the following adverse reactions to
docetaxel: febrile neutropenia, dehydration, edema/fluid retention, mucositis, severe arthralgia, nail
changes and prolonged sensory neuropathy (more than three years) which was clarified as numbness in fingers
and toes that does not interfere with the patient's function. Details surrounding these events, outcome and
remedial measures were not provided. Lab results on 21-Feb-2002 include iron binding capacity 223 (250-400),
normal ferritin 138, serum iron 35 (35-175), and percent saturation 16 (15-50). On 23-Dec-2003, the thyroid
stimulating hormone (TSH) was 1.25. The aspartate aminotransferase (AST) at start of docetaxel therapy was 41
and at end of therapy was 40. The alanine aminotransferase (ALT) at start of docetaxel therapy was 66 and at
end of therapy was 59.   No further details provided.

Nurse's causal assessment: Causality for decreased iron binding capacity was not provided.  All other events
were suspected to be related to docetaxel.


Lab tests unknown

2. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT


22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
ADRIAMYCIN (DOXORUBICIN)  (Con.)                          Unknown:Unknown
CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.)                        Unknown:Unknown
NEUPOGEN (FILGRASTIM)  (Con.)                             Unknown:Unknown
PROCRIT (ERYTHROPOIETIN)  (Con.)                          Unknown:Unknown
DYAZIDE (DYAZIDE)  (Con.)                                 Unknown:Unknown
IBUPROFEN (IBUPROFEN)  (Con.)                             Unknown:Unknown
  (NO PREF. NAME)  (Con.)                                 Unknown:Unknown
LASIX (FUROSEMIDE)  (Con.)                                Unknown:Unknown
Prev Meds =Unknown

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517227US                    Page 3 of 3

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Permanent hair loss, febrile neutropenia, dehydration, edema/fluid retention, mucositis, severe arthralgia, nail changes, and prolonged sensory neuropathy are considered listed in the Core Data Sheet for docetaxel. Decreased iron binding capacity is considered unlisted.

8

# FILE PRODUCED NATIVELY

                                                    Sanofi_02705693

| **CIOMS Suspect Adverse Reaction Report** | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last)<br><br>SG | 1a. COUNTRY<br><br>UNITED STATES | 2. DATE OF BIRTH<br>Day   Month   Year<br>--      --      -- | 2a. AGE<br><br>41 year(s) | 3. SEX<br><br>Female | 4-6. REACTION ONSET<br>Day   Month   Year<br>--      --      -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

SIGNIFICANT ALOPECIA, ALOPECIA (Alopecia)             Unknown
SORE THROAT (Oropharyngeal pain)                     Unknown
MOUTH SORES, SORES MOUTH (Stomatitis)                Unknown
THRUSH (Candida infection)                           Unknown
FEVER NOS, FEVER (Pyrexia)                           Unknown
MYALGIA (Myalgia)                                    Unknown
FLUID RETENTION (Fluid retention)                    Unknown
SEVERE ARTHRALGIA, ARTHRALGIA (Arthralgia)           Unknown
PAINFUL NEUROPATHY, NEUROPATHY (Neuropathy peripheral)        Unknown

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br><br>DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)<br><br>Dose, form, route and frequency                     Therapy Dates<br>100 milligram(s)/square meter;Unknown;Every three weeks 11MAR2003:Unknown<br>LOT # UNKNOWN | 20. DID REACTION ABATE AFTER STOPPING DRUG?<br><br>[ ] YES        [X] NO<br><br>[ ] UNKNOWN        [ ] NA |
|---|---|

| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every three w | 16. ROUTE(S) OF ADMINISTRATION<br>Unknown | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|

| 17. INDICATION(S) FOR USE<br>BREAST CANCER FEMALE | [ ] YES        [ ] NO<br><br>[ ] UNKNOWN        [X] NA |
|---|---|

| 18. THERAPY DATES (FROM/TO)<br>11MAR2003;Unknown | 19. THERAPY DURATION<br>U |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

DECADRON /CAN/ (DEXAMETHASONE)  (Con.)          Unknown:Unknown
LEVAQUIN (LEVOFLOXACIN)  (Con.)                 Unknown:Unknown
COUMADINE (WARFARIN SODIUM)  (Con.)             Unknown:Unknown

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

BREAST CANCER FEMALE                                            Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200517239US |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER<br><br>29JUL2005 | 24d. REPORT SOURCE<br>[ ] STUDY            [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |
|---|---|

| DATE OF THIS REPORT<br><br>24MAR2015 | 25a. REPORT TYPE<br>[X] INITIAL        [ ] FOLLOWUP |
|---|---|

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517239US

/+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as adjuvant therapy. The patients experienced hair loss which is ongoing. No other information was provided. Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005: Additional information was provided from the nurse reporter. This case has been upgraded to serious. The nurse reports eight (not five) patients who experienced alopecia following Taxotere (docetaxel) therapy. This case is for patient 7 of 8.
This 41-year-old female patient initiated treatment with docetaxel 100mg/m2 every three weeks on 11-Mar-2003 for breast cancer stage I. The patient received a total of four cycles of docetaxel. Patient also received four cycles of Adriamycin (doxorubicin) 60mg/m2 and Cytoxan (cyclophosphamide) 600mg/m2 prior to docetaxel therapy. Concurrent medications were specified as: Decadron (dexamethasone), Coumadin (warfarin), glutamine, Kytril (granisetron), Neulasta (pegfilgrastim), Diflucan (fluconazole), KBX, and cortisone cream. The patient experienced significant alopecia and still had no hair regrowth two years after chemotherapy. Reporter considered the alopecia medically important. The patient also experienced the following adverse reactions to docetaxel: sore throat, mouth sores, thrush, fever, myalgia, fluid retention, severe arthralgia and painful neuropathy. Details surrounding these events, outcome and remedial measures were not provided. Nurse noted normal liver function tests and thyroid stimulating hormone and no anemia. No further details provided.

Nurse's causal assessment: Suspected.

Lab tests unknown

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

| | |
|---|---|
| ADRIAMYCIN (DOXORUBICIN)   (Con.) | Unknown:Unknown |
| CYTOXAN (CYCLOPHOSPHAMIDE)   (Con.) | Unknown:Unknown |
| LUTAMINE (GLUTAMINE)   (Con.) | Unknown:Unknown |
| YTRIL (GRANISETRON)   (Con.) | Unknown:Unknown |
| NEULASTA (PEGFILGRASTIM)   (Con.) | Unknown:Unknown |
| DIFLUCAN (FLUCONAZOLE)   (Con.) | Unknown:Unknown |
| Unspecified medication (NO PREF. NAME)   (Con.) | Unknown:Unknown |
| CORTISONE (CORTISONE)   (Con.) | Unknown:Unknown |
| Prev Meds =Unknown | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Significant alopecia, sore throat (in the context of pharyngitis), mouth sores (in the context of stomatitis), thrush, fever, myalgia, fluid retention, severe arthralgia, and painful neuropathy are considered listed in the Core Data Sheet for docetaxel.

**9**

# FILE PRODUCED NATIVELY

Confidential                    Sanofi_02705693

| CIOMS Suspect Adverse Reaction Report | | | | | Sanofi-Aventis R&D | | | | | | | | |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last)<br>JS | 1a. COUNTRY<br>UNITED STATES | 2. DATE OF BIRTH<br>Day  Month  Year<br>--    --     -- | 2a. AGE<br>48 year(s) | 3. SEX<br>Female | 4-6. REACTION ONSET<br>Day  Month  Year<br>--     --     -- | 8-12.  CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

| | |
|---|---|
| PERMANENT HAIR LOSS, ALOPECIA (Alopecia) | Unknown |
| RASH ON HANDS AND FEET, RASH (Rash) | Unknown |
| PAINFUL NEUROPATHY, NEUROPATHY (Neuropathy peripheral) | Unknown |
| TEARING, TEARING EYES (Lacrimation increased) | Unknown |
| FACIAL RASH (Rash) | Unknown |
| PEDAL EDEMA (Oedema peripheral) | Unknown |
|    weight gain of 20 pounds, WEIGHT GAIN (Weight increased) | Unknown |
| NAIL CHANGES NOS, NAIL CHANGES (Nail disorder) | Unknown |

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency
100 milligram(s)/square meter;Unknown
LOT # UNKNOWN

Therapy Dates
12NOV2002:Unknown

**20.  DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [X] NO
- [ ] UNKNOWN  [ ] NA

**15. DAILY DOSE**
100 milligram(s)/square meter;Unknown

**16. ROUTE(S) OF ADMINISTRATION**
Unknown

**17. INDICATION(S) FOR USE**
BREAST CANCER FEMALE

**21.  DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN  [X] NA

**18. THERAPY DATES (FROM/TO)**
12NOV2002;Unknown

**19. THERAPY DURATION**
U

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**

| | |
|---|---|
| DECADRON /CAN/ (DEXAMETHASONE)  (Con.) | Unknown:Unknown |
| COUMADINE (WARFARIN SODIUM)  (Con.) | Unknown:Unknown |
| ADRIAMYCIN (DOXORUBICIN)  (Con.) | Unknown:Unknown |

Cont.

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**
BREAST CANCER FEMALE          Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200517242US |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER<br>29JUL2005 | 24d. REPORT SOURCE<br>[ ] STUDY    [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |
|---|---|

| DATE OF THIS REPORT<br>24MAR2015 | 25a. REPORT TYPE<br>[X] INITIAL    [ ] FOLLOWUP |
|---|---|

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517242US

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

(NOTE: Indented terms are signs/symptoms)

Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided. Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia following Taxotere (docetaxel) therapy.  This case is for patient 8 of 8.
This 48-year-old female patient initiated treatment with docetaxel 100mg/m2 on 12-Nov-2002 for breast cancer stage IIB. The patient received a total of four cycles of docetaxel. Patient also received four cycles of Adriamycin (doxorubicin) and Cytoxan (cyclophosphamide) prior to docetaxel therapy. Concurrent medications were specified as: Decadron (dexamethasone), Coumadin (warfarin), Diflucan (fluconazole), Anzemet (dolasetron), Ativan (lorazepam), Neurontin (gabapentin), steroid eye drops and Benadryl (diphenhydramine). Nurse reported patient was growing hair after the first taxotere cycle; however the patient then experienced permanent hair loss. Reporter considered the alopecia medically important. The patient also experienced the following adverse reactions to docetaxel: rash on hands and feet, painful neuropathy, tearing, facial rash, pedal edema with a 20 pound weight gain (starting weight not provided) and nail changes. Steroid cream was given for rash.  Otherwise, details surrounding these events, outcome and remedial measures were not provided. Nurse noted normal liver function tests. Thyroid stimulating hormone was not tested.  No further details provided.

Nurse's causal assessment: Suspected.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)

MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

```
YTOXAN (CYCLOPHOSPHAMIDE)  (Con.)                          Unknown:Unknown
DIFLUCAN (FLUCONAZOLE)  (Con.)                             Unknown:Unknown
ANZEMET (DOLASETRON MESILATE)  (Con.)                      Unknown:Unknown
ATIVAN (LORAZEPAM)  (Con.)                                 Unknown:Unknown
NEURONTIN (GABAPENTIN)  (Con.)                             Unknown:Unknown
CORTICOSTEROIDS (CORTICOSTEROIDS)  (Con.)                  Unknown:Unknown
BENADRYL /OLD FORM/ (DIPHENHYDRAMINE HYDROCHLORIDE)  (Con.) Unknown:Unknown
Prev Meds =Unknown
```

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200517242US

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Permanent hair loss, rash on hands and feet, painful neuropathy, tearing, facial rash, pedal edema, and nail changes are considered listed in the Core Data Sheet for docetaxel.