# EXHIBIT 9

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| KLD | CANADA | 28 | FEB | 1942 | 61 year(s) | Female | 09 | OCT | 2001 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                       30OCT2001 : Unknown
    significant hair thinning, HAIR THINNING (Alopecia)             Unknown

(NOTE: Indented terms are signs/symptoms)


Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); patient ID 10517;
Investigator ID BCA0021.
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) (include generic name)
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                                   Time to Onset: 3 week(s)
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 09OCT2001:23APR2003
LOT # UNKNOWN

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square meter;Every three we | IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 09OCT2001;23APR2003 | 1.5 year(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
MASTECTOMY                                                          Unknown
BREAST DUCTAL CARCINOMA                                             Unknown
Relevant Medical History:
```
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200317903GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | | |
|---|---|---|---|
| 13AUG2003 | [X] STUDY | [ ] LITERATURE | |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY | |
| | [ ] CONSUMER | | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

Page 1 of 4

### 7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued)

This clinical report is from a multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 04-Oct-01.

This report involves a 61 year old female patient who last received Taxotere (docetaxel) 124 mg intravenously on 30-Jan-02 for breast carcinoma; in addition, the patient received doxorubicin 83 mg and cyclophosphamide 825 mg. Medical history is significant for left mastectomy 14-Aug-01 and infiltrating ductal carcinoma. Relevant concomitant medications are unknown. On 14-May-02, the patient reported hair as "regrowing"; therefore, alopecia was recorded as grade 1. The patient was seen every three months. At her most recent visit (follow-up 5), the investigator reported "significant hair thinning", partial alopecia. The reported event is ongoing at the time of this report.

Investigator's assessment for causal relationship: Possibly related to study medication.

Addendum for follow-up information received 22-Oct-2004:  Patient continues to experience Grade II alopecia at follow-up visit #9.  Outcome was changed to not resolved, follow-up not deemed necessary by investigator.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 14-May-02 for the event of alopecia has been changed to 09-Oct-01.

Additional information received on 10-Dec-2012:
----------------------------------------------------------
The event started on 30-Oct-2001, i.e 3 weeks after starting chemotherapy, and not on 09-Oct-2001 as previously reported.
The last cycle of chemotherapy was administered on 23-Apr-2003.

Lab tests unknown

### 12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) (include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| DOXORUBICIN (DOXORUBICIN) | | ☐ YES    ☐ NO |
| Dose, form, route and frequency: 50 milligram(s)/square meter;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks    Therapy Dates: 09OCT2001:23APR2003 LOT # UNKNOWN | | ☐ UNKNOWN    ☐ NA |
| 15. DAILY DOSE: 50 milligram(s)/square meter;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION: IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE: BREAST CARCINOMA | | ☐ YES    ☐ NO |
| | | ☐ UNKNOWN    ☐ NA |
| 18. THERAPY DATES (FROM/TO): 09OCT2001;23APR2003 | 19. THERAPY DURATION: 1.5 year(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) | | ☐ YES    ☐ NO |
| Dose, form, route and frequency: 500 milligram(s)/square meter;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks   Therapy Dates: 09OCT2001:23APR2003 LOT # UNKNOWN | | ☐ UNKNOWN    ☐ NA |
| 15. DAILY DOSE: 500 milligram(s)/square meter;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION: IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE: BREAST CARCINOMA | | ☐ YES    ☐ NO |
| | | ☐ UNKNOWN    ☐ NA |
| 18. THERAPY DATES (FROM/TO): 09OCT2001;23APR2003 | 19. THERAPY DURATION: 1.5 year(s) | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200317903GDDC                                        Page 3 of 4

23. OTHER RELEVANT HISTORY (Continued)
 - Allergy: YES

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200317903GDDC　　　　　　　　　　　　　　　　　　　　　　　　　　Page 4 of 4

Pharma block (cont...)

```
Aventis Company Comment:  Addendum for follow-up dated 24-FEB-2005:   New follow-up information received does
not change the previous assessment of this case. This single case by itself does not alter the current known
benefit-risk for the product.
Alopecia is listed in the Core Data Sheet for docetaxel.
```