# EXHIBIT 16

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| SFB | CANADA | Day 22 / Month JUN / Year 1947 | 54 year(s) | Female | Day 25 / Month JUL / Year 2001 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA GRADE 2, ALOPECIA (Alopecia)                    25JUL2001 : 19JAN2004

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 10300; Investigator ID: BCA0021.

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of

Cont.

Check boxes:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) (include generic name)
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency                         Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 30OCT2001:02JAN2002
LOT # UNKNOWN

15. DAILY DOSE
75 milligram(s)/square meter;Every three we...

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
BREAST CARCINOMA

18. THERAPY DATES (FROM/TO)
30OCT2001;02JAN2002

19. THERAPY DURATION
9.3 week(s)

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
HYPERTENSION                                                                 Unknown
DRUG ALLERGY                                                                 Unknown
ANKLE FRACTURE                                                               Unknown

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
200320929GDDC

24c. DATE RECEIVED BY MANUFACTURER
24OCT2003

24d. REPORT SOURCE
- [X] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
24MAR2015

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200320929GDDC                                       Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**     (Including relevant tests/lab data) (Continued)

operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

This case involves a 54-year-old female patient who was randomized to the AC-T arm on 18-Jul-01 and received 4 cycles of doxorubicin 124 mg and cyclophosphamide 1248 mg intravenously from 25-Jul-01 to 04-Oct-01 for breast cancer. The patient received 4 cycles of docetaxel 210 mg intravenously from 30-Oct-01 to 02-Jan-02. Significant medical history included hypertension, allergy to Sulfa, right ankle fracture (Jan. 1985), degenerative arthritis, infiltrating lobular carcinoma, and right mastectomy (07-Jun-01). Concomitant medication was not provided. The patient had grade 2 alopecia, which started on ??-Aug-01 in cycle 1. The event became serious on 24-Feb-03. The alopecia continues to resemble male pattern baldness. The patient consulted with a dermatologist and Rogaine (minoxidil) was prescribed. There was little benefit to date. The reported event is ongoing at the time of this report.

The investigator assessed the event as directly related to study medications; probably initiated by doxorubicin and persistence of alopecia as related to docetaxel.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 01-Aug-01 for the event of alopecia has been changed to 25-Jul-01.

Additional information received on 10-Dec-2012:
--------------------------------------------------------
The patient recovered on 19-Jan-2004.

Lab tests unknown

---

**12. OTHER OUTCOME (Continued)**
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) (include generic name) DOXORUBICIN (DOXORUBICIN) Dose, form, route and frequency                Therapy Dates 50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 25JUL2001:04OCT2001 LOT # UNKNOWN | 20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES    ☐ NO ☐ UNKNOWN    ☐ NA |
|---|---|
| **15. DAILY DOSE** 50 milligram(s)/square meter;Every other week | **16. ROUTE(S) OF ADMINISTRATION** IV NOS |
| **17. INDICATION(S) FOR USE** BREAST CARCINOMA | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** ☐ YES    ☐ NO  ☐ UNKNOWN    ☐ NA |
| **18. THERAPY DATES (FROM/TO)** 25JUL2001;04OCT2001 | **19. THERAPY DURATION** 10.3 week(s) |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name) CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) Dose, form, route and frequency                Therapy Dates 500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 25JUL2001:04OCT2001 LOT # UNKNOWN | 20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES    ☐ NO ☐ UNKNOWN    ☐ NA |
|---|---|
| **15. DAILY DOSE** 500 milligram(s)/square meter;Every three weeks | **16. ROUTE(S) OF ADMINISTRATION** IV NOS |
| **17. INDICATION(S) FOR USE** BREAST CARCINOMA | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** ☐ YES    ☐ NO  ☐ UNKNOWN    ☐ NA |
| **18. THERAPY DATES (FROM/TO)** 25JUL2001;04OCT2001 | **19. THERAPY DURATION** 10.3 week(s) |

---

**23. OTHER RELEVANT HISTORY (Continued)**

| | |
|---|---|
| OSTEOARTHRITIS | Unknown |
| CHOLELITHIASIS | Unknown |
| MASTECTOMY | Unknown |
| BREAST DUCTAL CANCER INVASIVE | Unknown |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200320929GDDC  Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 25-Feb-2005: New followup information received does not change the previous assessment of this case. This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the Investigator's Brochure for docetaxel..