# EXHIBIT 17

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| SAJ | CANADA | Day 29 / Month JUL / Year 1954 | 48 year(s) | Female | Day 08 / Month JAN / Year 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                       08JAN2002 : Unknown
    thinning of hair, HAIR THINNING (Alopecia)                       Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 10854;
Investigator ID: BCA0021.
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                         Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 03APR2002:05JUN2002
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square meter;Every three we... | IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 03APR2002;05JUN2002 | 9.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
BREAST DUCTAL CANCER INVASIVE                                          Unknown
ASTHMA                                                                 Unknown
DRUG ALLERGY                                                           Unknown
```
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200322626GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 15DEC2003 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200322626GDDC                              Page 2 of 4

---

**7+13. DESCRIBE REACTION(S)** (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to the combination with doxorubicin and cyclophosphamide followed by Taxotere (docetaxel) treatment arm (AC-> T) on 07-Jan-02.

This case involves a 48-year-old female patient who received Taxotere (docetaxel) 210 mg intravenously on 03-Apr-02 to 05-Jun-02 for breast carcinoma; in addition, the patient received doxorubicin 124 mg and cyclophosphamide 1240 mg from 08-Jan-02 to 13-Mar-02. Medical history was significant for infiltrating ductal carcinoma right breast 26-Nov-01, asthma, allergies to ranitidine, Demerol (pethidine hydrochloride), and prednisone. Relevant concomitant medication was not provided. The patient continued to have alopecia - grade 1 since the end of chemotherapy. The investigator documented on follow-up visit # 1 on 08-Oct-02 that patient's hair was growing back slowly. The patient was wearing a wig. The event became serious on 22-Jul-03. Persistant thinning of hair remained at last follow-up visit on 21-Oct-03. The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 08-Oct-02 for the event of alopecia has been changed to 08-Jan-02.

Additional information received on 10-Dec-2012:
----------------------------------------------------------
The outcome is "not recovered", follow up was deemed not necessary by the investigator.

Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) (include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| DOXORUBICIN (DOXORUBICIN) | | | |
| Dose, form, route and frequency | Therapy Dates | ☐ YES | ☐ NO |
| 50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 08JAN2002:13MAR2002 | | ☐ UNKNOWN | ☐ NA |
| LOT # UNKNOWN | | | |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
|---|---|---|---|
| 50 milligram(s)/square meter;Every other week | IV NOS | | |
| 17. INDICATION(S) FOR USE | | ☐ YES | ☐ NO |
| BREAST CARCINOMA | | ☐ UNKNOWN | ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | | |
| 08JAN2002;13MAR2002 | 9.3 week(s) | | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) | | | |
| Dose, form, route and frequency | Therapy Dates | ☐ YES | ☐ NO |
| 500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 08JAN2002:13MAR2002 | | ☐ UNKNOWN | ☐ NA |
| LOT # UNKNOWN | | | |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
|---|---|---|---|
| 500 milligram(s)/square meter;Every three weeks | IV NOS | | |
| 17. INDICATION(S) FOR USE | | ☐ YES | ☐ NO |
| BREAST CARCINOMA | | ☐ UNKNOWN | ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | | |
| 08JAN2002;13MAR2002 | 9.3 week(s) | | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200322626GDDC                                    Page 3 of 4

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| MIGRAINE HEADACHE | Unknown |
| KIDNEY STONES | Unknown |
| CHOLECYSTECTOMY | Unknown |
| DYSPEPSIA | Unknown |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200322626GDDC       Page 4 of 4

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.