# EXHIBIT 18

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|
| | | |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | CANADA | Day | Month | Year | | | Day | Month | Year | |
| MPD | | 16 | NOV | 1943 | 60 year(s) | Female | 18 | JUN | 2001 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                              18JUN2001 : Unknown
    significant thinning of hair, HAIR THINNING (Alopecia)        Unknown

(NOTE: Indented terms are signs/symptoms)


Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 10230;
Investigator ID: BCA0021.
```
Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: ___ See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency               Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 12SEP2001:14NOV2001
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?

- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 75 milligram(s)/square meter;Every three we | IV NOS | |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 12SEP2001;14NOV2001 | 9.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)  (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
BREAST DUCTAL CANCER INVASIVE                          Unknown
MASTECTOMY                                             Unknown
TUBAL LIGATION                                         Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200322629GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 15DEC2003 | [X] STUDY <br> [X] HEALTH PROFESSIONAL <br> [ ] CONSUMER | [ ] LITERATURE <br> [ ] REGULATORY AUTHORITY |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 24MAR2015 | [X] INITIAL      [ ] FOLLOWUP |

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200322629GDDC                                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to doxorubicin and cyclophosphamide followed by Taxotere (docetaxel)  treatment arm (AC -> T) on 15-Jun-2001.

This case involves a 60-year-old female patient who received Taxotere (docetaxel) 167 mg intravenously on 12-Sep-01 to 14-Nov-01 for breast carcinoma. The patient received doxorubicin 100 mg and cyclophosphamide 996 mg from 18-Jun-01 to 22-Aug-01 for breast carcinoma. Medical history was significant for infiltrating ductal carcinoma, left mastectomy 09-May-01, left breast segmental 25-Apr-01, and tubal ligation in 1976. Relevant concomitant medication was not provided. The investigator documented on follow-up visit # 2 on 10-Jun-02 that patient's hair was re-growing slowly. Balding present over the back of the patient's head. On 12-Jun-03, the investigator documented that the grade 1 alopecia continued, and was considered "serious". The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 10-Jun-02 for the event of alopecia has been changed to 18-Jun-01.

Addendum for data correction 09-Mar-2007:  The patient ID number is corrected to 10230 (not 10854) as mentioned in the initial narrative.

Additional information received on 17-Dec-2012:
--------------------------------------------------------
The outcome was updated to "not recovered" and follow up was deemed not necessary by the investigator.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|

14. SUSPECT DRUG(S) ( include generic name)
DOXORUBICIN
(DOXORUBICIN)
Dose, form, route and frequency                         Therapy Dates
50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every other week 18JUN2001:22AUG2001
LOT # UNKNOWN

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES     - [ ] NO
- [ ] UNKNOWN  - [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 50 milligram(s)/square meter;Every other we| IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES     - [ ] NO
- [ ] UNKNOWN  - [ ] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 18JUN2001;22AUG2001 | 9.4 week(s) |

---

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
CYCLOPHOSPHAMIDE
(CYCLOPHOSPHAMIDE)
Dose, form, route and frequency                         Therapy Dates
500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 18JUN2001:22AUG2001
LOT # UNKNOWN

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES     - [ ] NO
- [ ] UNKNOWN  - [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 500 milligram(s)/square meter;Every three w| IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES     - [ ] NO
- [ ] UNKNOWN  - [ ] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 18JUN2001;22AUG2001 | 9.4 week(s) |

**SUSPECT ADVERSE REACTION REPORT Continued**

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.