# EXHIBIT 21

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| FJG | CANADA | 02 | JUL | 1942 | 61 year(s) | Female | 14 | JUN | 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                      14JUN2002 : Unknown
    generalized hair loss, HAIR LOSS (Alopecia)          Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 11714;
Investigator ID: BCA0021.
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                                 Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency                       Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 14JUN2002:02OCT2002
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square meter;Every three weeks | IV NOS |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 14JUN2002;02OCT2002 | 15.9 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
DRUG ALLERGY                                                         Unknown
OSTEOPOROSIS                                                         Unknown
HOT FLASHES                                                          Unknown
```
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200413453GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 24MAR2004 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200413453GDDC                                    Page 2 of 4

---

**7+13. DESCRIBE REACTION(S)**    (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 12-Jun-02.

This case involves a 61-year-old female patient who received Taxotere (docetaxel) 128 mg intravenously from 14-Jun-02 to 02-Oct-02 for breast carcinoma. The patient also received doxorubicin 85.5 mg and cyclophosphamide 855 mg.  Medical history was significant for allergies to Tylenol (paracetamol), sulfites, and iodine, osteoporosis, hot flashes, left breast lumpectomy (1998), infiltrating lobular carcinoma, and right segmental mastectomy (18-Apr-02). Relevant concomitant medication was not provided. The investigator documented at follow-up stated (10-Dec-02) that alopecia resolved unknown Nov 02 (hair regrowth was short and brittle). No documentation was provided between 10-Dec-02 and 19-Feb-04 regarding alopecia. The patient is scheduled for a follow-up visit on 19-Feb-04. The present event of alopecia (generalized loss of hair) is ongoing.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 10-Dec-02 for the event of alopecia has been changed to 14-Jun-02.

Additional information received on 10-Dec-2012:
--------------------------------------------------------
The outcome was "not recovered", follow up was deemed not necessary by the investigator.


Lab tests unknown

---

**12. OTHER OUTCOME (Continued)**
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**
DOXORUBICIN
(DOXORUBICIN)
Dose, form, route and frequency                            Therapy Dates
50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 14JUN2002:02OCT2002
LOT # UNKNOWN

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES    ☐ NO
☐ UNKNOWN    ☐ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 50 milligram(s)/square meter;Every other week | IV NOS |

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES    ☐ NO
☐ UNKNOWN    ☐ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 14JUN2002;02OCT2002 | 15.9 week(s) |

---

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**
CYCLOPHOSPHAMIDE
(CYCLOPHOSPHAMIDE)
Dose, form, route and frequency                            Therapy Dates
500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 14JUN2002:02OCT2002
LOT # UNKNOWN

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES    ☐ NO
☐ UNKNOWN    ☐ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 500 milligram(s)/square meter;Every three weeks | IV NOS |

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES    ☐ NO
☐ UNKNOWN    ☐ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 14JUN2002;02OCT2002 | 15.9 week(s) |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200413453GDDC                                                                                         Page 3 of 4

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| BREAST LUMP REMOVAL NOS | Unknown |
| BREAST DUCTAL CANCER INVASIVE | Unknown |
| MASTECTOMY | Unknown |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200413453GDDC                                    Page 4 of 4

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.
Alopecia is expected in the Investigator Brochure for docetaxel.