# EXHIBIT 32

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ACC | CANADA | Day 31 / Month DEC / Year 1938 | 65 year(s) | Female | Day 13 / Month DEC / Year 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                    13DEC2002 : Unknown

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 12994;
Investigator ID: BCA0021.
This clinical report is from a Multicenter Phase III randomized trial comparing
docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus
doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of
                                                                         Cont.
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) (include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                                 Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
100 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 13DEC2002:14MAY2003
LOT # UNK
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES    [ ] NO
- [ ] UNKNOWN    [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every three w[eeks] | IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES    [ ] NO
- [ ] UNKNOWN    [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 13DEC2002;14MAY2003 | 21.9 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
HYPERTENSION                                                           Unknown
HYPERCHOLESTEROLEMIA                                                   Unknown
HIATUS HERNIA                                                          Unknown
                                                                        Cont.
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
200416744GDDC

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 07JUL2004 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200416744GDDC                                Page 2 of 4

---

7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued)
operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to the combination with doxorubicin and cyclophosphamide followed by Taxotere (docetaxel) treatment arm (AC-> T) on 12-Dec-02.

This case involves a 65-year-old female patient who received therapy with docetaxel 186 mg intravenously from 13-Dec-02 to 14-May-03 for breast carcinoma; in addition, the patient received doxorubicin 111 mg and cyclophosphamide 1116 mg. Relevant medical history includes hypertension (controlled), hypercholesterolemia (controlled), hiatus hernia 1999, back surgery 1983, reflux, insomnia, osteoarthritis, allergy to sulfa, and infiltrating ductal carcinoma resulting in left mastectomy on 29-Oct-02. Concomitant medication information was not reported.

The patient developed alopecia on 18-Dec-03. On 17-Jun-04 (follow-up visit #4), the patient continues to experience Grade 1 alopecia that was reported as serious medically important. The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to study medication.
Alternative explanation: Not provided.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 18-Dec-03 for the event of alopecia has been changed to 13-Dec-02.

Additional information received on 17-Dec-2012:
--------------------------------------------------------
The patient did not recovered and follow up was considered not deemed by the investigator.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) (include generic name) ADRIAMYCIN (DOXORUBICIN) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| Dose, form, route and frequency / Therapy Dates: 60 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 13DEC2002:14MAY2003 LOT # UNK | ☐ YES   ☐ NO  ☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE 60 milligram(s)/square meter;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES   ☐ NO  ☐ UNKNOWN   ☐ NA |
| 18. THERAPY DATES (FROM/TO) 13DEC2002;14MAY2003 | 19. THERAPY DURATION 21.9 week(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name) CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| Dose, form, route and frequency / Therapy Dates: 600 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 13DEC2002:14MAY2003 LOT # UNK | ☐ YES   ☐ NO  ☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE 600 milligram(s)/square meter;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES   ☐ NO  ☐ UNKNOWN   ☐ NA |
| 18. THERAPY DATES (FROM/TO) 13DEC2002;14MAY2003 | 19. THERAPY DURATION 21.9 week(s) | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200416744GDDC                                        Page 3 of 4

```
23. OTHER RELEVANT HISTORY (Continued)
ILL-DEFINED DISORDER NOS                                                   Unknown
INSOMNIA                                                                   Unknown
OSTEOARTHRITIS                                                             Unknown
DRUG ALLERGY                                                               Unknown
MASTECTOMY                                                                 Unknown
BREAST DUCTAL CANCER INVASIVE                                              Unknown
Relevant Medical History:
 - Allergy: YES
```

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200416744GDDC  Page 4 of 4

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 15-Feb-2005: New followup information received does not change the previous assessment of this case. This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the Investigator's Brochure for docetaxel.