# EXHIBIT 37

Michael S. Kopreski, M.D.

```
 1      IN THE UNITED STATES DISTRICT COURT
 2    FOR THE EASTERN DISTRICT OF LOUISIANA
 3                    - - -
 4
      IN RE:  TAXOTERE         :   MDL NO. 2740
 5    (DOCETAXEL) PRODUCTS     :   SECTION: "N"
      LIABILITY LITIGATION     :   (5)
 6                             :   JUDGE
      THIS DOCUMENT RELATES    :   ENGELHARDT
 7    TO:                      :   MAG. JUDGE
                               :   NORTH
 8    ALL CASES                :
 9                  VOLUME II
10                    - - -
11               October 11, 2018
12                    - - -
13
14           Continued videotaped
      deposition of MICHAEL S. KOPRESKI, M.D.,
15    taken pursuant to notice, was held at the
      law offices of DLA Piper, 51 John F.
16    Kennedy Boulevard, Short Hills, New
      Jersey, beginning at 8:36 a.m., on the
17    above date, before Michelle L. Gray, a
      Registered Professional Reporter,
18    Certified Shorthand Reporter, Certified
      Realtime Reporter, and Notary Public.
19
20                    - - -
21
            GOLKOW LITIGATION SERVICES
22       877.370.3377 ph| 917.591.5672
                deps@golkow.com
23
24
```

Golkow Litigation Services                              Page 410

| | |
|---|---|
| 1 | journal with a very large |
| 2 | distribution in the oncologic |
| 3 | community, particularly in the |
| 4 | United States. |
| 5 | And this -- this paper is |
| 6 | stating to that community that |
| 7 | with this regimen, that four |
| 8 | patients were observed from the |
| 9 | TAC regimen. |
| 10 | The second reason why this |
| 11 | is very important is not so |
| 12 | obvious. |
| 13 | If I refer you to the very |
| 14 | top of Page 314 where it describes |
| 15 | who the authors are and who |
| 16 | supports the study, I read to you, |
| 17 | it's in italics.  It says, |
| 18 | "Supported by Aventis Pharma |
| 19 | Research and Development, Antony, |
| 20 | France." |
| 21 | So in other words, this is a |
| 22 | publication of Sanofi.  This is a |
| 23 | publication where Sanofi, which |
| 24 | had the -- of a Sanofi study. |

1          Sanofi had confidentiality rights
2          over the sharing of the data.  The
3          study would have, by a Sanofi
4          publication process would have had
5          to have been approved by Sanofi
6          management and the publication --
7          and the publication process as
8          well as Sanofi agreeing to release
9          its confidential data to be
10         published.
11                 So this is -- this is
12         basically a publication that's a
13         joint endeavor of Sanofi and the
14         author, the authors, in getting
15         this publication released and
16         disseminating this information to
17         the oncologic field at large.
18                 Sanofi, talking about TAC in
19         2001, Sanofi would not have been
20         allowed to put this into the label
21         because TAC wasn't -- TAC wasn't
22         approved.
23                 But Sanofi was allowed to
24         publish studies in scientific

```
 1            forums.
 2                 So this -- this is
 3            essentially an example of Sanofi
 4            informing the medical community
 5            about the finding of these cases
 6            of permanent alopecia with this
 7            regimen.
 8     BY MR. KEENAN:
 9            Q.    And those four cases
10     correspond to the four cases that counsel
11     inquired with you about Tabs 3, 4, 5, and
12     6; is that right?
13            A.    They do.
14            Q.    With respect to
15     Dr. Nabholtz's conclusion, if you
16     could -- I'll read it on Page 320.  In
17     conclusion, the
18     docetaxel/doxorubicin-based TAC
19     combination seems to be active in first
20     line treatment of patients with breast
21     cancer."
22                 And when it says active in
23     first line treatment, what does that
24     mean?
```