# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA



IN RE:    TAXOTERE (DOCETAXEL)
          PRODUCTS LIABILITY          Docket No.: 16-MD-2740
          LITIGATION                  Section "H(5)"
                                      September 17, 2019
                                      New Orleans, Louisiana

Relates To:  Barbara Earnest,
Case No.: 16-CV-17144


* * * * * * * * * * * * * * * * * * * * * * * * * * * *


                    DAY 2, MORNING SESSION
            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
        HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                  UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiffs:        Barrios, Kingsdorf & Casteix, LLP
                           BY:  DAWN BARRIOS, ESQ.
                           701 Poydras Street
                           Suite 3650
                           New Orleans, Louisiana 70139


For the Plaintiffs:        Gainsburgh, Benjamin, David,
                             Meunier & Warshauer, LLC
                           BY:  PALMER LAMBERT, ESQ.
                           2800 Energy Centre
                           1100 Poydras Street
                           New Orleans, Louisiana 70163-2800
```

*OFFICIAL TRANSCRIPT*

```
 1   APPEARANCES:

 2   For the Plaintiffs:      Simmons Hanly Conroy
                              BY:  DAVID F. MICELI, ESQ.
 3                            One Court Street
                              Alton, Illinois 62002
 4

 5
     For the Plaintiffs:      Gibbs Law Group, LLP
 6                            BY:  KAREN BARTH MENZIES, ESQ.
                              400 Continental Boulevard
 7                            6th Floor
                              El Segundo, California 90245
 8

 9
     For the Plaintiffs:      Pendley, Baudin & Coffin, LLP
10                            BY:  CHRISTOPHER COFFIN, ESQ.
                              1100 Poydras Street
11                            Suite 2505
                              New Orleans, Louisiana 70163
12

13
     For the Plaintiffs:      Bachus & Schanker, LLC
14                            BY:  DARIN SCHANKER, ESQ.
                              BY:  J. KYLE BACHUS, ESQ.
15                            1899 Wynkoop Street
                              Suite 700
16                            Denver, Colorado 80202

17

18   For the Plaintiffs:      Fleming, Nolen & Jez, LLP
                              BY:  RAND P. NOLEN, ESQ.
19                            2800 Post Oak Boulevard
                              Suite 4000
20                            Houston, Texas 77056.

21

22   For the Plaintiffs:      Morgan and Morgan
                              BY:  EMILY C. JEFFCOTT, ESQ.
23                            7010 S. Palafox Street, Suite 95
                              Pensacola, Florida 32502
24

25
```

*OFFICIAL TRANSCRIPT*

```
 1   APPEARANCES:

 2

     For Sanofi-Aventis U.S.,
 3   LLC and Sanofi US
     Services, Inc.:            Irwin Fritchie Urquhart
 4                                & Moore, LLC
                                BY:  DOUGLAS J. MOORE, ESQ.
 5                              400 Poydras Street, Suite 2700
                                New Orleans, Louisiana 70130
 6

 7
     For Sanofi-Aventis U.S.,
 8   LLC and Sanofi US
     Services, Inc.:            Shook Hardy & Bacon, LLP
 9                              BY:  HARLEY V. RATLIFF, ESQ.
                                BY:  JON A. STRONGMAN, ESQ.
10                              2555 Grand Boulevard
                                Kansas City, Missouri 64108
11

12
     For Sanofi-Aventis U.S.,
13   LLC and Sanofi US
     Services, Inc.:            Shook Hardy & Bacon, LLP
14                              BY:  HILDY SASTRE, ESQ.
                                201 Biscayne Boulevard
15                              Suite 3200
                                Miami, Florida 33131
16

17
     Official Court Reporter:   Cathy Pepper, CRR, RMR, CCR
18                              Certified Realtime Reporter
                                Registered Merit Reporter
19                              500 Poydras Street, Room B-275
                                New Orleans, Louisiana 70130
20                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
21

22   Proceedings recorded By mechanical stenography.  Transcript
     produced by computer-aided transcription.
23

24

25


                          OFFICIAL TRANSCRIPT
```

1  have been a warning about permanent hair loss?
2  A.    Yes.
3  Q.    With regard to the information that you have reviewed,
4  have you made a determination about approximately when the
5  information was sufficient to put Sanofi on notice that it
6  needed to provide a permanent hair loss warning?
7  A.    Yes, I have made that determination.
8  Q.    When, approximately, was that?
9  A.    I think not later than about 2009, and probably as early
10 as around 2006.
11 Q.    We talked about this earlier, but I need to be clear.  Did
12 Sanofi need FDA to tell it to make a labeling change to add
13 *permanent* to the alopecia warning?
14 A.    No, it does not.
15 Q.    I think you told us about changes being effected.  How
16 does that process work?
17 A.    Changes being effected is if you have evidence of a safety
18 hazard, if you have any new information that you think doctors
19 and patients should have, it's one of the ways you can get that
20 information on the label.  You can go ahead and make that
21 changes -- that change to the label, even without FDA approval.
22 But then you have to come in to FDA, and FDA ultimately gets to
23 review that label.
24 Q.    Okay.  But the labeling change itself is not FDA
25 generated; is that correct?

*OFFICIAL TRANSCRIPT*

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)       *
PRODUCTS LIABILITY LITIGATION      *   Docket No.: 16-MD-2740
                                   *   Section "H(5)"
                                   *   New Orleans, Louisiana
Relates to:  Barbara Earnest       *   September 17, 2019
Case No.: 16-CV-17144              *
* * * * * * * * * * * * * * * * *


                   DAY 2 - AFTERNOON SESSION
              TRANSCRIPT OF JURY TRIAL BEFORE
               THE HONORABLE JANE T. MILAZZO
                UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:         Barrios Kingsdorf & Casteix, LLP
                            BY:  DAWN M. BARRIOS, ESQ.
                            701 Poydras Street
                            Suite 3650
                            New Orleans, Louisiana 70139



For the Plaintiffs:         Gainsburgh Benjamin David Meunier
                              & Warshauer, LLC
                            BY:  M. PALMER LAMBERT, ESQ.
                            1100 Poydras Street
                            Suite 2800
                            New Orleans, Louisiana 70163



For the Plaintiffs:         Pendley Baudin & Coffin, LLP
                            BY:  CHRISTOPHER L. COFFIN, ESQ.
                            1100 Poydras Street
                            Suite 2505
                            New Orleans, Louisiana 70163


                        OFFICIAL TRANSCRIPT
```

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Gibbs Law Group, LLP<br>BY: KAREN BARTH MENZIES, ESQ.<br>6701 Center Drive West<br>Suite 1400<br>Los Angeles, California 90045 |
| For the Plaintiffs: | Bachus & Schanker, LLC<br>BY: J. KYLE BACHUS, ESQ.<br>    DARIN L. SCHANKER, ESQ.<br>1899 Wynkoop Street<br>Suite 700<br>Denver, Colorado 80202 |
| For the Plaintiffs: | Fleming Nolen & Jez, LLP<br>BY: RAND P. NOLEN, ESQ.<br>2800 Post Oak Boulevard<br>Suite 4000<br>Houston, Texas 77056 |
| For the Plaintiffs: | DAVID F. MICELI, LLC<br>BY: DAVID F. MICELI, ESQ.<br>Post Office Box 2519<br>Carrollton, Georgia 30112 |
| For the Plaintiffs: | Morgan & Morgan, P.A.<br>BY: EMILY C. JEFFCOTT, ESQ.<br>700 S. Palafox Street<br>Suite 95<br>Pensacola, Florida 32502 |
| For the Sanofi Defendants: | Irwin Fritchie Urquhart<br>    & Moore, LLC<br>BY: DOUGLAS J. MOORE, ESQ.<br>400 Poydras Street<br>Suite 2700<br>New Orleans, Louisiana 70130 |

OFFICIAL TRANSCRIPT

APPEARANCES:

| | |
|---|---|
| For the Sanofi Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HARLEY V. RATLIFF, ESQ.<br>     JON A. STRONGMAN, ESQ.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108 |
| For the Sanofi Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HILDY M. SASTRE, ESQ.<br>201 Biscayne Boulevard, Suite 3200<br>Miami, Florida 33131 |
| Official Court Reporter: | Jodi Simcox, RMR, FCRR<br>500 Poydras Street<br>Room HB-275<br>New Orleans, Louisiana 70130<br>(504) 589-7780 |

Proceedings recorded by mechanical stenography, transcript produced by computer.

OFFICIAL TRANSCRIPT

DAVID KESSLER - DIRECT

| | | |
|---|---|---|
| 1:09PM | 1 | MR. STRONGMAN: Objection. Misstates the evidence. |
| 1:09PM | 2 | Foundation. |
| 1:09PM | 3 | THE COURT: I think -- just rephrase your question. |
| 1:09PM | 4 | BY MR. NOLEN: |
| 1:09PM | 5 | Q. Did anything Dr. Freedman testified to that you heard in |
| 1:09PM | 6 | court today differ from any opinions that you've offered? |
| 1:09PM | 7 | MR. STRONGMAN: Objection. Foundation. Misstates |
| 1:09PM | 8 | the evidence. |
| 1:10PM | 9 | THE COURT: I'm going to allow him to answer the |
| 1:10PM | 10 | question. I think I'll allow him to answer the question. |
| 1:10PM | 11 | THE WITNESS: Dr. Freedman's statement that Taxotere |
| 1:10PM | 12 | caused permanent hair loss in 2006, her statement I would |
| 1:10PM | 13 | corroborate. |
| 1:10PM | 14 | BY MR. NOLEN: |
| 1:10PM | 15 | Q. Okay. And so is it fair to say that -- that Sanofi should |
| 1:10PM | 16 | have warned about permanent hair loss as early as '06? |
| 1:10PM | 17 | A. Yes. Because in addition to the reasonable evidence of a |
| 1:10PM | 18 | causal association, I think permanent hair loss is serious, |
| 1:10PM | 19 | certainly a clinically significant hazard, that can be |
| 1:10PM | 20 | life-changing. |
| 1:10PM | 21 | So the two together, I think, meet the definition of |
| 1:11PM | 22 | reasonable evidence of a causal association, as well as the |
| 1:11PM | 23 | standard for an adverse event, which is reasonably associated |
| 1:11PM | 24 | or some basis to believe. Both standards, I believe, would be |
| 1:11PM | 25 | met. |