# EXHIBIT 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)         *
PRODUCTS LIABILITY LITIGATION        *   Docket No.: 16-MD-2740
                                     *   Section "H(5)"
                                     *   New Orleans, Louisiana
Relates to:  Barbara Earnest         *   September 20, 2019
Case No.: 16-CV-17144                *
* * * * * * * * * * * * * * * * * *
```

DAY 5 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139


For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Gibbs Law Group, LLP<br>BY:  KAREN BARTH MENZIES, ESQ.<br>6701 Center Drive West<br>Suite 1400<br>Los Angeles, California 90045 |
| For the Plaintiffs: | Bachus & Schanker, LLC<br>BY:  J. KYLE BACHUS, ESQ.<br>     DARIN L. SCHANKER, ESQ.<br>1899 Wynkoop Street<br>Suite 700<br>Denver, Colorado 80202 |
| For the Plaintiffs: | Fleming Nolen & Jez, LLP<br>BY:  RAND P. NOLEN, ESQ.<br>2800 Post Oak Boulevard<br>Suite 4000<br>Houston, Texas 77056 |
| For the Plaintiffs: | DAVID F. MICELI, LLC<br>BY:  DAVID F. MICELI, ESQ.<br>Post Office Box 2519<br>Carrollton, Georgia 30112 |
| For the Plaintiffs: | Morgan & Morgan, P.A.<br>BY:  EMILY C. JEFFCOTT, ESQ.<br>700 S. Palafox Street<br>Suite 95<br>Pensacola, Florida 32502 |
| For the Sanofi Defendants: | Irwin Fritchie Urquhart<br>        & Moore, LLC<br>BY:  DOUGLAS J. MOORE, ESQ.<br>400 Poydras Street<br>Suite 2700<br>New Orleans, Louisiana 70130 |

OFFICIAL TRANSCRIPT

APPEARANCES:

| | |
|---|---|
| For the Sanofi<br>Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HARLEY V. RATLIFF, ESQ.<br>     JON A. STRONGMAN, ESQ.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108 |
| For the Sanofi<br>Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HILDY M. SASTRE, ESQ.<br>201 Biscayne Boulevard, Suite 3200<br>Miami, Florida 33131 |
| Official Court Reporter: | Jodi Simcox, RMR, FCRR<br>500 Poydras Street<br>Room HB-275<br>New Orleans, Louisiana 70130<br>(504) 589-7780 |

Proceedings recorded by mechanical stenography, transcript produced by computer.

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 1:28PM | 1 | hair loss? |
| 1:28PM | 2 | A.   The article by Calhoun is an article of taxane-induced |
| 1:28PM | 3 | alopecia:  A review of patients with ovarian or breast cancer |
| 1:29PM | 4 | treated with paclitaxel, docetaxel, or paclitaxel poliglumex. |
| 1:29PM | 5 | Q.   In 2006, would you agree with me that Exhibit 2 contains |
| 1:29PM | 6 | 32 reports related to docetaxel and alopecia? |
| 1:29PM | 7 | A.   That appears to be the case. |
| 1:29PM | 8 | Q.   And some of those reports that we -- as we've discussed |
| 1:29PM | 9 | include multiple patients; correct? |
| 1:29PM | 10 | A.   Correct. |
| 1:29PM | 11 | Q.   If you could turn to tab 38 in Exhibit 2.  Let me know |
| 1:29PM | 12 | when you're there. |
| 1:29PM | 13 | A.   Okay. |
| 1:29PM | 14 | Q.   With respect to a few minutes ago when we talked about the |
| 1:29PM | 15 | Sedlacek abstract that was provided to one of the reporters, do |
| 1:29PM | 16 | you remember that? |
| 1:29PM | 17 | A.   Yes. |
| 1:29PM | 18 | Q.   When was the contact with Dr. Sedlacek made after the |
| 1:30PM | 19 | publication of his abstract in -- in December 15th, 2006? |
| 1:30PM | 20 | A.   The contact and the follow-up with Dr. Sedlacek's site -- |
| 1:30PM | 21 | and I cannot say whether it was in-person or not -- but with |
| 1:30PM | 22 | his site occurred on these patients before the publication. |
| 1:30PM | 23 | There's extensive discussion and follow-up. |
| 1:30PM | 24 | My understanding is that these patients are the |
| 1:30PM | 25 | patients that you previously went through in -- in the group of |

|         |    |                                                                                  |
|---------|----|----------------------------------------------------------------------------------|
| 1:30PM  | 1  | eight patients starting with -- with your Case 2 of the                          |
| 1:30PM  | 2  | exhibit.  If you look at those -- those eight cases, you'll see                  |
| 1:30PM  | 3  | that there is extensive follow-up and -- and discussions with                    |
| 1:30PM  | 4  | that site.                                                                       |
| 1:30PM  | 5  | Q.   Can you turn to tab 43, please.  Do you see a time -- or,                   |
| 1:31PM  | 6  | I mean, an entry dated 12/19/2006 time-stamped at 14:07?                         |
| 1:31PM  | 7  |          "Consumer calling to see if there's any clinical                        |
| 1:31PM  | 8  | research available for Taxotere.  On Taxotere three and a half                   |
| 1:31PM  | 9  | years ago.  Lost hair.  Never grew back.  Info was discussed at                  |
| 1:31PM  | 10 | the 2006 meeting in San Antonio."                                                |
| 1:31PM  | 11 |          Do you see that?                                                        |
| 1:31PM  | 12 | A.   Yes, I do.                                                                  |
| 1:31PM  | 13 | Q.   It appears that the company's response was telling the                      |
| 1:31PM  | 14 | patient that they have to have their doctor call?                                |
| 1:31PM  | 15 | A.   Well, I think it says here, "Joyce told patient to have                     |
| 1:31PM  | 16 | doctor call" -- well, it doesn't say they had to have.  I think                  |
| 1:31PM  | 17 | you inserted that word there.                                                    |
| 1:31PM  | 18 |          "Joyce told patient to have doctor call MIS for                         |
| 1:31PM  | 19 | information available."                                                          |
| 1:31PM  | 20 | Q.   Would you agree with me that Exhibit 2 contains 45 reports                  |
| 1:32PM  | 21 | related to Taxotere and alopecia being received by the company                   |
| 1:32PM  | 22 | between January 1st, 2005, and December 31st, 2008?                              |
| 1:32PM  | 23 | A.   Well, I would agree that from that time period, that in                     |
| 1:32PM  | 24 | your table 1, there are 45 reports.                                              |
| 1:32PM  | 25 | Q.   Okay.                                                                       |