# EXHIBIT 15
# (Sanofi_04353202_2566)

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| CD | CANADA | 26 | JAN | 1960 | 44 year(s) | Female | 21 | OCT | 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]
ALOPECIA (Alopecia)                                         21OCT2002 : Unknown
    alopecia at apex of skull, ALOPECIA (Alopecia)          Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 12607;
Investigator ID: BCA0021.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) (include generic name)
DOCETAXEL / Unknown / Unknown
(DOCETAXEL)
Dose, form, route and frequency                                    Therapy Dates
100 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks  21OCT2002:21OCT2002
LOT # UNK
100 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
Cont.

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [X] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every three w | IV NOS |

| 17. INDICATION(S) FOR USE |
|---|
| breast cancer |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 21OCT2002;21OCT2002 | 1 day(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
hypothyroidism                                                          Unknown
BREAST DUCTAL CANCER INFILTRATING                                       16AUG2002:Unknown
Relevant Medical History:
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
   PARENT COMPANY
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200417622GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | | |
|---|---|---|---|
| Initial:02AUG2004 Foll.Up:26AUG2013 | [X] STUDY<br>[X] HEALTH PROFESSIONAL<br>[ ] CONSUMER | [ ] LITERATURE<br>[ ] REGULATORY AUTHORITY | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200417622GDDC                                              Page 2 of 4

---

**7+13. DESCRIBE REACTION(S)**   (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to the combination with doxorubicin and cyclophosphamide followed by Taxotere (docetaxel) treatment arm (AC-> T) on 18-Oct-02.

This case involves a 44-year-old female patient who received therapy with docetaxel 166 mg intravenously from 21-Oct-02 to 19-Mar-03 for breast carcinoma; in addition, the patient received doxorubicin 97 mg and cyclophosphamide 978 mg.

Relevant medical history includes hypothyroidism and infiltrating ductal carcinoma right breast. Concomitant medication information was not reported.

On 21-Oct-2002, the patient experienced grade 2 alopecia. At follow-up visit 5, the patient continued to experience alopecia at the apex of the skull. It is unknown if treatment was given. The reported event is ongoing at the time of this report.

Action taken: unknown

Outcome: not recovered

Investigator's assessment for causal relationship: Related to study medication.
Alternative explanation: Not provided.
Company causal assessment: related to study medication.
(This study is being assessed for expectedness and causality based on the regimen approach).

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 02-Dec-03 for the event of alopecia has been changed to 21-Oct-02.

Additional information received on 17-Dec-2012:
-----------------------------------------------------------
The patient did not recoverd and follow up was considered not deemed by the investigator.

Additional information received on 26-Aug-2013 upon reconciliation:
It was confirmed that alopecia was ongoing without any change at follow-up 17.


Lab tests unknown

---

**12. OTHER OUTCOME (Continued)**
MEDICALLY SIGNIFICANT

---

**14. SUSPECT DRUG(S) (Continued)**      DOCETAXEL / Unknown / Unknown
specified);Every three weeks 19MAR2003:19MAR2003

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) <br> ADRIAMYCIN <br> (DOXORUBICIN) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| Dose, form, route and frequency <br> 60 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 21OCT2002:21OCT2002 <br> LOT # UNK <br> 60 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise | Therapy Dates <br><br><br><br><br> Cont. | ☐ YES <br><br> ☒ UNKNOWN | ☐ NO <br><br> ☐ NA |
| 15. DAILY DOSE <br> 60 milligram(s)/square meter;Every three we | 16. ROUTE(S) OF ADMINISTRATION <br> IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE <br> BREAST CARCINOMA | | ☐ YES <br><br> ☐ UNKNOWN | ☐ NO <br><br> ☒ NA |
| 18. THERAPY DATES (FROM/TO) <br> 21OCT2002;21OCT2002 | 19. THERAPY DURATION <br> 1 day(s) | | |

---

**14. SUSPECT DRUG(S) (Continued)**      ADRIAMYCIN
specified);Every three weeks 19MAR2003:19MAR2003

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200417622GDDC                                      Page 3 of 4

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name) <br> CYCLOPHOSPHAMIDE <br> (CYCLOPHOSPHAMIDE) <br> Dose, form, route and frequency                    Therapy Dates <br> 600 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 21OCT2002:21OCT2002 <br> LOT # UNK <br> 600 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified) Cont. | 20. DID REACTION ABATE AFTER STOPPING DRUG? <br> ☐ YES   ☐ NO <br> ☒ UNKNOWN   ☐ NA |
|---|---|
| 15. DAILY DOSE <br> 600 milligram(s)/square meter;Every three w\| | 16. ROUTE(S) OF ADMINISTRATION <br> IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |

| 17. INDICATION(S) FOR USE <br> BREAST CARCINOMA | ☐ YES   ☐ NO |
|---|---|
| 18. THERAPY DATES (FROM/TO) <br> 21OCT2002;21OCT2002 | 19. THERAPY DURATION <br> 1 day(s) | ☐ UNKNOWN   ☒ NA |

| 14. SUSPECT DRUG(S) (Continued)       CYCLOPHOSPHAMIDE <br> specified);Every three weeks 19MAR2003:19MAR2003 |
|---|

| 23. OTHER RELEVANT HISTORY (Continued) <br> - Allergy: YES |
|---|

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200417622GDDC                                                                                                              Page 4 of 4

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case. This single case by itself does not alter the current known benefit-risk for the product.
Alopecia is expected in the Investigator Brochure for Docetaxel.