# EXHIBIT 20
# (Sanofi_04353203_2320)

# CIOMS Suspect Adverse Reaction Report

Sanofi-Aventis R&D

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH (Day/Month/Year) | 2a. AGE | 3. SEX | 4-6. REACTION ONSET (Day/Month/Year) | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| SFB | CANADA | 22 JUN 1947 | 54 year(s) | Female | 25 JUL 2001 | [X] OTHER: See cont. page |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA GRADE 2, ALOPECIA (Alopecia)           25JUL2001 : 19JAN2004

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 10300;
Investigator ID: BCA0021.
This clinical report is from a Multicenter Phase III randomized trial comparing
docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus
doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of
```

Checkboxes (unchecked): PATIENT DIED; INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION; INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY; LIFE THREATENING; CONGENITAL ANOMALY.

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) (include generic name)**

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 30OCT2001:02JAN2002
LOT # UNKNOWN
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?** [ ] YES  [ ] NO  [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square meter;Every three weeks | IV NOS |

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** [ ] YES  [ ] NO  [ ] UNKNOWN  [X] NA

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 30OCT2001;02JAN2002 | 9.3 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**

```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**

```
HYPERTENSION                                                            Unknown
DRUG ALLERGY                                                            Unknown
ANKLE FRACTURE                                                          Unknown
```
Cont.

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
|  | 200320929GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 24OCT2003 | [X] STUDY  [ ] LITERATURE  [X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY  [ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 24MAR2015 | [X] INITIAL  [ ] FOLLOWUP |

Page 1 of 3

**7+13. DESCRIBE REACTION(S)** (Including relevant tests/lab data) (Continued)

operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

This case involves a 54-year-old female patient who was randomized to the AC-T arm on 18-Jul-01 and received 4 cycles of doxorubicin 124 mg and cyclophosphamide 1248 mg intravenously from 25-Jul-01 to 04-Oct-01 for breast cancer. The patient received 4 cycles of docetaxel 210 mg intravenously from 30-Oct-01 to 02-Jan-02. Significant medical history included hypertension, allergy to Sulfa, right ankle fracture (Jan. 1985), degenerative arthritis, infiltrating lobular carcinoma, and right mastectomy (07-Jun-01). Concomitant medication was not provided. The patient had grade 2 alopecia, which started on ??-Aug-01 in cycle 1. The event became serious on 24-Feb-03. The alopecia continues to resemble male pattern baldness. The patient consulted with a dermatologist and Rogaine (minoxidil) was prescribed. There was little benefit to date. The reported event is ongoing at the time of this report.

The investigator assessed the event as directly related to study medications; probably initiated by doxorubicin and persistence of alopecia as related to docetaxel.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 01-Aug-01 for the event of alopecia has been changed to 25-Jul-01.

Additional information received on 10-Dec-2012:
--------------------------------------------------------
The patient recovered on 19-Jan-2004.

Lab tests unknown

**12. OTHER OUTCOME** (Continued)
MEDICALLY SIGNIFICANT

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) (include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| DOXORUBICIN (DOXORUBICIN) | | | |
| Dose, form, route and frequency  Therapy Dates | | ☐ YES | ☐ NO |
| 50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 25JUL2001:04OCT2001 | | | |
| LOT # UNKNOWN | | ☐ UNKNOWN | ☐ NA |
| **15. DAILY DOSE** | **16. ROUTE(S) OF ADMINISTRATION** | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** | |
| 50 milligram(s)/square meter;Every other we | IV NOS | | |
| **17. INDICATION(S) FOR USE** | | | |
| BREAST CARCINOMA | | ☐ YES | ☐ NO |
| | | ☐ UNKNOWN | ☐ NA |
| **18. THERAPY DATES (FROM/TO)** | **19. THERAPY DURATION** | | |
| 25JUL2001;04OCT2001 | 10.3 week(s) | | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) | | | |
| Dose, form, route and frequency  Therapy Dates | | ☐ YES | ☐ NO |
| 500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 25JUL2001:04OCT2001 | | | |
| LOT # UNKNOWN | | ☐ UNKNOWN | ☐ NA |
| **15. DAILY DOSE** | **16. ROUTE(S) OF ADMINISTRATION** | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** | |
| 500 milligram(s)/square meter;Every three w | IV NOS | | |
| **17. INDICATION(S) FOR USE** | | | |
| BREAST CARCINOMA | | ☐ YES | ☐ NO |
| | | ☐ UNKNOWN | ☐ NA |
| **18. THERAPY DATES (FROM/TO)** | **19. THERAPY DURATION** | | |
| 25JUL2001;04OCT2001 | 10.3 week(s) | | |

**23. OTHER RELEVANT HISTORY** (Continued)

| | |
|---|---|
| OSTEOARTHRITIS | Unknown |
| CHOLELITHIASIS | Unknown |
| MASTECTOMY | Unknown |
| BREAST DUCTAL CANCER INVASIVE | Unknown |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200320929GDDC                                              Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 25-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the Investigator's Brochure for docetaxel..