# EXHIBIT 23
# (Sanofi_04353203_2521)

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| AHK | CANADA | 09 | MAR | 1959 | 44 year(s) | Female | 18 | JUL | 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                      18JUL2002 : 30APR2004
    bitemporal thinning of hair, HAIR THINNING (Alopecia)         Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 11940;
Investigator ID: BCA0021.
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 18JUL2002:01NOV2002
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square meter;Every three weeks | IV NOS |

| 17. INDICATION(S) FOR USE |
|---|
| BREAST CARCINOMA |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 18JUL2002;01NOV2002 | 15.3 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
BREAST DUCTAL CANCER INVASIVE                                         Unknown
MASTECTOMY                                                            Unknown
TUBAL LIGATION                                                        Unknown
```
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200412698GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 01MAR2004 | [X] STUDY<br>[X] HEALTH PROFESSIONAL<br>[ ] CONSUMER | [ ] LITERATURE<br>[ ] REGULATORY AUTHORITY |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

| Sanofi-Aventis R&D - Manufacturer Control No: 200412698GDDC | Page 2 of 3 |
|---|---|

### 7+13. DESCRIBE REACTION(S) (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 16-Jul-02.

This case involves a 44-year-old female patient who received Taxotere (docetaxel) 150 mg intravenously on 18-Jul-02 to 01-Nov-02 for breast carcinoma. The patient also received doxorubicin 100 mg and cyclophosphamide 1000 mg. Medical history was significant for infiltrating ductal carcinoma, left breast segmental 15-May-02, tubal ligation in 1984, hypothyroidism, and diabetes type II. Information regarding concomitant medication was not reported. The patient developed alopecia on 10-Jan-03; bitemporal thinning of hair was noted. On 23-Jan-04, during follow-up visit, the patient continued to experience grade 1 alopecia post chemotherapy. The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received 14-Jun-04: The patient recovered from the reported event of alopecia on 30-Apr-04.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 10-Jan-03 for the event of alopecia has been changed to 18-Jul-02.

Lab tests unknown

### 12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) (include generic name)**
DOXORUBICIN
(DOXORUBICIN)

Dose, form, route and frequency                     Therapy Dates
50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 18JUL2002:01NOV2002
LOT # UNKNOWN

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☐ NO   ☐ UNKNOWN   ☐ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 50 milligram(s)/square meter;Every other week | IV NOS |

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES   ☐ NO   ☐ UNKNOWN   ☐ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 18JUL2002;01NOV2002 | 15.3 week(s) |

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) (include generic name)**
CYCLOPHOSPHAMIDE
(CYCLOPHOSPHAMIDE)

Dose, form, route and frequency                     Therapy Dates
500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 18JUL2002:01NOV2002
LOT # UNKNOWN

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☐ NO   ☐ UNKNOWN   ☐ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 500 milligram(s)/square meter;Every three weeks | IV NOS |

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES   ☐ NO   ☐ UNKNOWN   ☐ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 18JUL2002;01NOV2002 | 15.3 week(s) |

### 23. OTHER RELEVANT HISTORY (Continued)

| HYPOTHYROIDISM | Unknown |
| TYPE II DIABETES MELLITUS | Unknown |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200412698GDDC        Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case. This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.