# EXHIBIT 24
# (Sanofi_04353203_2534)

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| MRK | CANADA | Day 11 / Month OCT / Year 1957 | 46 year(s) | Female | Day 04 / Month JUL / Year 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA GRADE 1, ALOPECIA (Alopecia)                     04JUL2002 : 29OCT2003
    generalized thinning of hair, HAIR THINNING (Alopecia)          Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); patient ID 11857;
Investigator ID BAU0021. Country: Canada.
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) (include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                                Time to Onset: 26.3 week(s)
(DOCETAXEL)
Dose, form, route and frequency                 Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 04JUL2002:24OCT2002
LOT # UNK
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

15. DAILY DOSE: 75 milligram(s)/square meter;Every three weeks

16. ROUTE(S) OF ADMINISTRATION: IV NOS

17. INDICATION(S) FOR USE: BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

18. THERAPY DATES (FROM/TO): 04JUL2002;24OCT2002

19. THERAPY DURATION: 16.1 week(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
OBESITY                                                                    Unknown
HYPERTENSION                                                               Unknown
HYPERCHOLESTEROLEMIA                                                       Unknown
```
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
200413195GDDC

24c. DATE RECEIVED BY MANUFACTURER
16MAR2004

24d. REPORT SOURCE
- [X] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
24MAR2015

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

Page 1 of 4

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200413195GDDC          Page 2 of 4

---

**7+13. DESCRIBE REACTION(S)**    (Including relevant tests/lab data) (Continued)

This clinical report is from a multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 03-Jul-02.

This report involves a 46 year old female patient who last received Taxotere (docetaxel) 144 mg intravenously on 24-Oct-02 for breast carcinoma. In addition to Taxotere treatment, the patient also received doxorubicin 96 mg and cyclophosphamide 960 mg. Relevant medical history included obesity, controlled hypertension, hypercholesterolemia, Guillain-Barre Syndrome, bilateral carpal tunnel syndrome, an allergy to penicillin, and a right mastectomy on 07-May-02 for invasive ductal lobular carcinoma. Concomitant drug information was not reported.

On 27-Jan-04, at the patient's 4th follow-up visit, the research nurse reported alopecia Grade I with generalized thinning of the hair. It was unknown what treatments, if any, were provided for this event. This event initially started on 03-Jan-03 and was reported as a non-serious event. The investigator now considered this event serious due to its medical importance (27-Jan-04). The outcome remained ongoing at the time of this report.

Investigator's causality assessment: Related to study medication.
Alternative explanation: Not provided.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: the original start date of 03-Jan-03 for the reported event of alopecia was changed to 04-Jul-02.

Additional information received on 10-Dec-2012:
---------------------------------------------------------
The patient recovered on 29-Oct-2003.


Lab tests unknown

---

**12. OTHER OUTCOME (Continued)**
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) (include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| ADRIAMYCIN (DOXORUBICIN) | | | |
| Dose, form, route and frequency | Therapy Dates | ☐ YES | ☐ NO |
| 50 milligram(s)/square meter;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks 04JUL2002:24OCT2002 | | ☐ UNKNOWN | ☐ NA |
| LOT # UNK | | | |
| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 50 milligram(s)/square meter;Every three we| IV NOS | | |
| 17. INDICATION(S) FOR USE | | ☐ YES | ☐ NO |
| BREAST CARCINOMA | | ☐ UNKNOWN | ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | | |
| 04JUL2002;24OCT2002 | 16.1 week(s) | | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200413195GDDC                              Page 3 of 4

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name) <br> CYCLOPHOSPHAMIDE <br> (CYCLOPHOSPHAMIDE) <br> Dose, form, route and frequency                    Therapy Dates <br> 500 milligram(s)/square meter;Concentrate for solution for infusion;Intravenous <br> (not otherwise specified);Every three weeks 04JUL2002:24OCT2002 <br> LOT # UNK | | 20. DID REACTION ABATE AFTER STOPPING DRUG? <br> ☐ YES   ☐ NO <br> ☐ UNKNOWN   ☐ NA |
|---|---|---|
| 15. DAILY DOSE <br> 500 milligram(s)/square meter;Every three w| | 16. ROUTE(S) OF ADMINISTRATION <br> IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE <br> BREAST CARCINOMA | | ☐ YES   ☐ NO |
| 18. THERAPY DATES (FROM/TO) <br> 04JUL2002;24OCT2002 | 19. THERAPY DURATION <br> 16.1 week(s) | ☐ UNKNOWN   ☐ NA |

| 23. OTHER RELEVANT HISTORY (Continued) |
|---|
| GUILLAIN-BARRE SYNDROME                                                       Unknown <br> CARPAL TUNNEL SYNDROME                                                        Unknown <br> PENICILLIN ALLERGY                                                            Unknown <br> MASTECTOMY                                                                    Unknown <br> INVASIVE DUCTAL BREAST CANCER                                                 Unknown <br> Relevant Medical History: <br>  - Allergy: YES |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200413195GDDC                                                                                         Page 4 of 4

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-05:  New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia grade 1 (in the context of "alopecia")  is expected in the docetaxel Investigator Brochure.