# EXHIBIT 26
# (Sanofi_04353203_2551)

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| DMB | CANADA | Day 14 / Month OCT / Year 1947 | 55 year(s) | Female | Day 29 / Month MAY / Year 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]
```
ALOPECIA (Alopecia)                                      29MAY2002 : 31JAN2012
    hair thinning - frontal area, HAIR THINNING (Alopecia)         Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 11584;
Investigator ID: BCA0021.
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                                 Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency                         Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks  29MAY2002:13NOV2002
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES    [ ] NO
- [ ] UNKNOWN    [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square meter;Every three we | IV NOS |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES    [ ] NO
- [ ] UNKNOWN    [X] NA

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 29MAY2002;13NOV2002 | 24.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
BREAST DUCTAL CANCER INVASIVE                                          Unknown
MASTECTOMY                                                             Unknown
OBESITY                                                                Unknown
```
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
200413926GDDC

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 07APR2004 | [X] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER | [ ] LITERATURE [ ] REGULATORY AUTHORITY |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 24MAR2015 | [X] INITIAL    [ ] FOLLOWUP |

**7+13. DESCRIBE REACTION(S)** (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to the combination with doxorubicin and cyclophosphamide followed by Taxotere (docetaxel) treatment arm (AC-> T) on 22-May-02.

This case involves a 55-year-old female patient who received therapy with Taxotere (docetaxel) 209 mg intravenously from 29-May-02 to 13-Nov-02 for breast carcinoma; in addition, the patient received doxorubicin 124 mg and cyclophosphamide 1240 mg. Medical history was significant for infiltrating ductal carcinoma, right mastectomy 21-Mar-02, mild obesity, controlled hypertension, Hashimoto's thyroiditis (controlled), osteoarthritis, pneumonia, malaria, endometriosis, chronic left chest pain, allergies to tetracycline and IVP dye. Relevant concomitant medication was not provided.

The patient developed alopecia on 03-Jun-03. On 18-Feb-04 (follow-up visit #4), the patient continues to experience grade 1 alopecia with hair thinning to frontal area which was reported as serious with medical importance. The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Possibly related to study medication.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 03-Jun-03 for the event of alopecia has been changed to 29-May-02.

Additional information received on 10-Dec-2012:
---------------------------------------------------------
The patient recovered on 31-Jan-2012.

Lab tests unknown

**12. OTHER OUTCOME** (Continued)
MEDICALLY SIGNIFICANT

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) (include generic name) DOXORUBICIN (DOXORUBICIN) Dose, form, route and frequency          Therapy Dates 50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 29MAY2002:13NOV2002 LOT # UNKNOWN | | 20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES   ☐ NO ☐ UNKNOWN   ☐ NA |
|---|---|---|
| 15. DAILY DOSE 50 milligram(s)/square meter;Every other we... | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES   ☐ NO ☐ UNKNOWN   ☐ NA |
| 18. THERAPY DATES (FROM/TO) 29MAY2002;13NOV2002 | 19. THERAPY DURATION 24.1 week(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name) CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) Dose, form, route and frequency          Therapy Dates 500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 29MAY2002:13NOV2002 LOT # UNKNOWN | | 20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES   ☐ NO ☐ UNKNOWN   ☐ NA |
|---|---|---|
| 15. DAILY DOSE 500 milligram(s)/square meter;Every three w... | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES   ☐ NO ☐ UNKNOWN   ☐ NA |
| 18. THERAPY DATES (FROM/TO) 29MAY2002;13NOV2002 | 19. THERAPY DURATION 24.1 week(s) | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200413926GDDC                    Page 3 of 4

```
23. OTHER RELEVANT HISTORY (Continued)
HYPERTENSION                                                  Unknown
HASHIMOTO'S THYROIDITIS                                       Unknown
OSTEOARTHRITIS                                                Unknown
PNEUMONIA                                                     Unknown
MALARIA                                                       Unknown
ENDOMETRIOSIS                                                 Unknown
CHRONIC CHEST PAIN                                            Unknown
ALLERGIC REACTION TO ANTIBIOTICS                              Unknown
CONTRAST MEDIA REACTION                                       Unknown
Relevant Medical History:
 - Allergy: YES
```

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200413926GDDC Page 4 of 4

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.