# EXHIBIT 28



# CLINICAL STUDY REPORT

**COMPOUND: Docetaxel**

**A multicenter phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of operable breast cancer patients with positive axillary lymph nodes**

**10-year follow-up**

**STUDY NUMBER: TAX316 (EFC6041/BCIRG001)**

**Study Initiation Date (first patient enrolled): 11-Jun-1997**

**Study Completion Date (last patient, last follow-up visit): 25-Jan-2010**

**Phase: 3**

**Design:** Prospective, parallel, nonblinded, randomized, positive-controlled, multinational trial

**Study Chairmen:** **John Mackey**, MD, Cross Cancer Institute, 11560 University Avenue, Edmonton, Alberta T6G1Z2 Canada
**Miguel Martin**, MD, Servicio de Oncologia Medica, Hospital Universitario San Carlos, Ciudad Universitaria - 28040 Madrid, Spain
**Charles Vogel**, MD, Cancer Research Network, 350 NW 84th Ave. Suite 300, Plantation, Florida 33324 USA

**Report Date: 09-Sep-2010**

**Previous Versions (date): 21-Jan-2004:  Second interim analysis at 55 months median follow-up**

This study was performed in compliance with Good Clinical Practices, including the archiving of essential documents.  This report has been prepared in accordance with the ICH Harmonized Tripartite Guideline on the Structure and Content of Clinical Study Reports, dated July 1996, using SOP WW-CLIN-SR-SOP-0013-SD04.

Part or all of the information presented in this document may be unpublished material and should be treated as the confidential property of sanofi-aventis.  The use of such information or material must be restricted to the recipient for the agreed purpose and must not be disclosed to any unauthorized persons, in any form, including publications and presentations, without the written consent of sanofi-aventis.

Property of the sanofi-aventis group - strictly confidential
According to template: **WW-CLIN-SR013-SD-04-VERSION N°06** (05-NOV-2007)

Page 1

Clinical Study Report  FINAL  p 1300
XRP6976D - Study 316

| | | | |
|---|---|---|---|
| CA00209 | 41 | Oliver Keller, M.D. | Saskatoon Cancer Center<br><br>20 Campus Drive<br><br>University of Sask. Campus<br><br>Saskatoon,<br><br>SK S7N 4H4<br><br>CANADA |
| CA10039 | 11 | Bernard Lesperance, M.D. | Hopital du Sacre-Coeur<br><br>5400 boulevard Gouin ouest<br><br>Montreal (Quebec)<br><br>H4J 1C5<br><br>CANADA |
| CA56764 | 22 | Kara Laing, M.D.[4] | Dr. H. Bliss Murphy Cancer Centre<br><br>300 Prince Philip Drive<br><br>St. John's New Foundland<br><br>A1B 3V6<br><br>CANADA |
| CA11943 | 86 | John Robert Mackey, M.D.[5] | Cross Cancer Institute<br><br>11560 University Avenue<br><br>Edmonton, Alberta<br><br>T6G 1Z2<br><br>CANADA |

---

[4] Dr. Liang replaced Dr. Tang.

[5] Dr. Mackey replaced Dr. Jean-Marc Nabholtz