# EXHIBIT 30

Michael S. Kopreski, M.D.

```
 1      IN THE UNITED STATES DISTRICT COURT
 2    FOR THE EASTERN DISTRICT OF LOUISIANA
 3                   - - -
 4
       IN RE:  TAXOTERE        :   MDL NO. 2740
 5     (DOCETAXEL) PRODUCTS    :   SECTION: "N"
       LIABILITY LITIGATION    :   (5)
 6                             :   JUDGE
       THIS DOCUMENT RELATES   :   ENGELHARDT
 7     TO:                     :   MAG. JUDGE
                               :   NORTH
 8     ALL CASES               :
 9                  VOLUME II
10                   - - -
11             October 11, 2018
12                   - - -
13
14          Continued videotaped
       deposition of MICHAEL S. KOPRESKI, M.D.,
15     taken pursuant to notice, was held at the
       law offices of DLA Piper, 51 John F.
16     Kennedy Boulevard, Short Hills, New
       Jersey, beginning at 8:36 a.m., on the
17     above date, before Michelle L. Gray, a
       Registered Professional Reporter,
18     Certified Shorthand Reporter, Certified
       Realtime Reporter, and Notary Public.
19
20                   - - -
21
            GOLKOW LITIGATION SERVICES
22       877.370.3377 ph| 917.591.5672
                deps@golkow.com
23
24
```

Golkow Litigation Services                                Page 410

1     journal with a very large
2     distribution in the oncologic
3     community, particularly in the
4     United States.
5           And this -- this paper is
6     stating to that community that
7     with this regimen, that four
8     patients were observed from the
9     TAC regimen.
10          The second reason why this
11    is very important is not so
12    obvious.
13          If I refer you to the very
14    top of Page 314 where it describes
15    who the authors are and who
16    supports the study, I read to you,
17    it's in italics.  It says,
18    "Supported by Aventis Pharma
19    Research and Development, Antony,
20    France."
21          So in other words, this is a
22    publication of Sanofi.  This is a
23    publication where Sanofi, which
24    had the -- of a Sanofi study.

Michael S. Kopreski, M.D.

1	Sanofi had confidentiality rights
2	over the sharing of the data.  The
3	study would have, by a Sanofi
4	publication process would have had
5	to have been approved by Sanofi
6	management and the publication --
7	and the publication process as
8	well as Sanofi agreeing to release
9	its confidential data to be
10	published.
11	          So this is -- this is
12	basically a publication that's a
13	joint endeavor of Sanofi and the
14	author, the authors, in getting
15	this publication released and
16	disseminating this information to
17	the oncologic field at large.
18	          Sanofi, talking about TAC in
19	2001, Sanofi would not have been
20	allowed to put this into the label
21	because TAC wasn't -- TAC wasn't
22	approved.
23	          But Sanofi was allowed to
24	publish studies in scientific

```
 1        forums.
 2              So this -- this is
 3        essentially an example of Sanofi
 4        informing the medical community
 5        about the finding of these cases
 6        of permanent alopecia with this
 7        regimen.
 8   BY MR. KEENAN:
 9        Q.    And those four cases
10   correspond to the four cases that counsel
11   inquired with you about Tabs 3, 4, 5, and
12   6; is that right?
13        A.    They do.
14        Q.    With respect to
15   Dr. Nabholtz's conclusion, if you
16   could -- I'll read it on Page 320.  In
17   conclusion, the
18   docetaxel/doxorubicin-based TAC
19   combination seems to be active in first
20   line treatment of patients with breast
21   cancer."
22              And when it says active in
23   first line treatment, what does that
24   mean?
```