# EXHIBIT 35
# (Sanofi_06116366 – Worksheet IRFs Status)

| Country | Center # | PI name | Nb of patients validated | Total nb of IRF generated | IRFs returned to DM |
|---|---|---|---|---|---|
| Argentina | 3001 | Blajman | 6 | 106 | 106 |
| Argentina | 3003 | Orti | 9 | 96 | 96 |
| Argentina | 3005 | Martinez | 4 | 28 | 96 |
| Argentina | 3006 | Mickiewicz | 10 | 142 | 142 |
| Argentina | 3008 | Coppola | 4 | 52 | |
| Argentina | 3009 | Viniegra | 4 | 15 | 15 |
| Argentina | 3010 | Fein | 12 | 83 | |
| Argentina | 3012 | Giacomi | 5 | 58 | 58 |
| Australia | 6500 | Beith | 10 | 51 | 52 |
| Australia | 6501 | Chan | 30 | 270 | 228 |
| Australia | 6502 | Chan | 12 | | 1 |
| Australia | 6503 | Chirgwin | 9 | | 45 |
| Australia | 6507 | Dalley | 5 | 7 | 6 |
| Australia | 6509 | Clingan | 19 | 34 | 34 |
| Australia | 6510 | Schwartz | 6 | 15 | 15 |
| Australia | 6511 | Sullivan | 8 | 99 | 99 |
| Australia | 6512 | Koczwara | 9 | 69 | |
| Australia | 6513 | Ganju | 17 | 66 | 66 |
| Australia | 6514 | Davidson | 2 | 10 | 10 |
| Australia | 6515 | White | 12 | 76 | 80 |
| Australia | 6517 | Lewis | 14 | | |
| Australia | 6518 | Kotasek | 3 | | |
| Australia | 6519 | Walpole | 6 | 9 | 9 |
| Australia | 6520 | Olver | 8 | 29 | 29 |
| Australia | 6521 | Mc Carthy | 11 | 70 | 65 |
| Australia | 6522 | Young | 5 | 112 | 55 |
| Australia | 6523 | Byrne | 8 | 22 | 22 |
| Australia | 6524 | Links | 7 | 32 | 1 |
| Australia | 6525 | Ransom | 1 | 42 | 42 |
| Australia | 6526 | Kannourakis | 7 | 2 | |
| Australia | 6528 | Craft | 5 | 66 | 68 |
| Australia | 6530 | Richardson | 8 | 17 | 17 |
| Australia | 6531 | Green | 4 | 86 | 61 |
| Australia | 6532 | Green | 10 | 28 | 28 |
| Australia | 6533 | Abdi | 3 | 54 | 56 |
| Australia | 6534 | Bell | 4 | 25 | |
| Australia | 6535 | Bonaventura | 12 | 19 | 19 |
| Australia | 6541 | Byard | 7 | 71 | 71 |
| Belgium | 2350 | Bastin | 2 | 50 | 50 |
| Belgium | 2351 | Cocquyt | 16 | 15 | |

| | | | | | |
|---|---|---|---|---|---|
| Belgium | 2352 | Demol | 18 | 91 | 91 |
| Belgium | 2353 | Dirix | 9 | 169 | 11 |
| Belgium | 2354 | Verhoeven | 9 | 54 | |
| Belgium | 2355 | Vanstraelen | 1 | 39 | 39 |
| Belgium | 2357 | Bols | 2 | 8 | 2 |
| Belgium | 2358 | Vermorken | 5 | 23 | 23 |
| Bosnia | 4151 | Musanovic | 10 | 46 | 45 |
| Brazil | 3201 | Lago | 3 | 50 | 50 |
| Brazil | 3202 | schwarsman | 8 | 77 | 77 |
| Brazil | 3204 | Anelli | 12 | 110 | 110 |
| Brazil | 3205 | Ferrari | 5 | 16 | |
| Brazil | 3206 | Skare | 7 | 65 | 65 |
| Bulgaria | 4100 | Timcheva | 8 | 185 | 185 |
| Bulgaria | 4101 | Tzekova | 12 | 24 | |
| Canada | 0001 | Mackey | 80 | 45 | 45 |
| Canada | 0002 | Klimo | 14 | | |
| Canada | 0004 | Prady | 5 | | |
| Canada | 0007 | Roy | 32 | | |
| Canada | 0009 | Rubin | 12 | 77 | 53 |
| Canada | 0012 | Guevin | 4 | | |
| Canada | 0013 | Provencher | 32 | | |
| Canada | 0015 | Zibdawi | 14 | | |
| Canada | 0017 | Cantin | 15 | | |
| Canada | 0021 | Wilson | 8 | | |
| china | 6000 | Song Santai | 12 | | |
| China | 6001 | Weilian | 6 | 53 | |
| china | 6002 | Shen Zhenzh | 8 | | 4 |
| china | 6003 | Chu | 11 | 30 | |
| Colombia | 3250 | Sanchez | 6 | | |
| Colombia | 3251 | Gomez | 8 | NA | |
| Croatia | 4200 | Mrsic-krmpoti | 9 | 41 | |
| Croatia | 4201 | Vrodjak | 9 | 30 | 30 |
| Croatia | 4202 | Grgic | 38 | NA | |
| Cyprus | 5300 | Adamou | 7 | NA | |
| Czech Rep | 4901 | Vodvarka | 5 | NA | |
| Czech Rep | 4903 | Vyzula | 7 | 70 | 1 |
| Czech Rep | 4904 | Petruzelka | 5 | 36 | 37 |
| Czech Rep | 4906 | Abrahamova | 1 | 174 | 103 |
| Egypt | 5500 | El-Khodary | 6 | NA | |
| Egypt | 5501 | Azim | 2 | 19 | 19 |
| Estonia | 4300 | Valver | 2 | 55 | 55 |
| France | 2002 | Cals | 9 | 28 | |

| Country | Site | Investigator | | | |
|---|---|---|---|---|---|
| France | 2003 | Guastalla | 10 | 16 | |
| France | 2004 | Vanlemens | 18 | 9 | 9 |
| France | 2008 | Rotarski | 1 | 18 | 18 |
| France | 2011 | Gligorov | 3 | 68 | 68 |
| France | 2012 | Tournigand | 13 | | |
| France | 2013 | Colin | 1 | 70 | 29 |
| France | 2014 | Carola | 3 | | 4 |
| France | 2015 | Achille | 3 | 41 | 56 |
| France | 2016 | Boaziz | 1 | | 3 |
| France | 2017 | Dutel | 2 | | |
| France | 2019 | Rotarski | 1 | | |
| France | 2020 | Benamoun | 3 | 81 | 77 |
| France | 2023 | Dalivoust | 2 | | 3 |
| France | 2026 | Vannetzel | 4 | | |
| France | 2029 | Levy | 9 | | |
| Germany | 1003 | Von minckwitz | 19 | | |
| Germany | 1005 | Eiermann | 43 | | |
| Germany | 1004 | Jonat | 9 | | 5 |
| Germany | 1008 | Manglitz | 1 | | 2 |
| Germany | 1010 | Winzer | 12 | | 7 |
| Germany | 1012 | Reichardt | 3 | | |
| Germany | 1013 | Lichtenegger | 6 | | |
| Germany | 1015 | Aga | 2 | | |
| Germany | 1016 | Carstensen | 15 | 204 | 14 |
| Germany | 1017 | Zippel | 12 | | |
| Germany | 1018 | Hilfrich | 39 | 10 | |
| Germany | 1019 | Lurmann | 9 | 125 | 1 |
| Germany | 1020 | Meerpohl | 3 | 45 | 2 |
| Germany | 1022 | Wolf | 5 | 107 | 105 |
| Germany | 1023 | Kullmer | 5 | 19 | |
| Germany | 1024 | Kettner | 5 | 130 | |
| Germany | 1028 | Jakisch | 5 | 141 | |
| Germany | 1032 | Kunz | 1 | 453 | 8 |
| Germany | 1033 | Gerber | 20 | 214 | 214 |
| Germany | 1034 | Feltz-Subenb | 8 | 41 | 39 |
| Germany | 1042 | Souchon | 18 | 78 | |
| Germany | 1043 | Bastert | 26 | 76 | 75 |
| Germany | 1044 | Zedelius | 3 | 59 | 59 |
| Germany | 1045 | Conrad | 7 | 60 | |
| Germany | 1048 | Meinerz | 7 | 21 | |
| Germany | 1050 | Kunzig | 1 | 364 | 10 |
| Germany | 1051 | Clemens | 19 | 86 | 119 |

| Country | Site | Investigator | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|
| Germany | 1052 | Schweppe | 2 | 178 | 178 |
| Germany | 1054 | Brunnert | 5 | 79 | |
| Germany | 1055 | Bischoff | 1 | 46 | 46 |
| Germany | 1057 | Schlotter | 4 | 41 | |
| Germany | 1058 | Noschel | 1 | 93 | |
| Germany | 1059 | Du Bois | 10 | 5 | |
| Germany | 1060 | Koelbl | 8 | 280 | 281 |
| Germany | 1061 | Morack | 14 | 15 | 15 |
| Germany | 1063 | Schmidt | 8 | 30 | |
| Germany | 1064 | Scharl | 3 | 10 | 7 |
| Germany | 1065 | Christensen | 2 | 77 | |
| Germany | 1068 | Wiest | 1 | 17 | 2 |
| Germany | 1071 | Watermann | 1 | 25 | |
| Germany | 1072 | Deichert | 4 | 62 | 63 |
| Germany | 1074 | Henschen | 3 | 164 | 164 |
| Germany | 1081 | Da Costa | 2 | 132 | 132 |
| Greece | 4800 | Georgoulias | 1 | 33 | 1 |
| Greece | 4801 | Efremidis | 2 | 9 | |
| Hong Kong | 6100 | Yeo | 7 | 10 | 10 |
| Hong Kong | 6101 | Chow | 1 | 8 | 9 |
| Hungary | 4700 | Baki | 9 | 62 | |
| Hungary | 4701 | Pinter | 31 | 51 | |
| Hungary | 4702 | Dank | 17 | 18 | |
| Hungary | 4703 | Szanto | 9 | NA | |
| Ireland | 2200 | Crown | 65 | NA | |
| Ireland | 2201 | Kennedy | 16 | 91 | 91 |
| Ireland | 2202 | Grogan | 4 | 9 | 9 |
| Ireland | 2203 | Mc Caffrey | 19 | 49 | |
| Ireland | 2205 | Keane | 20 | 135 | 100 |
| Ireland | 2207 | Mullins | 11 | | |
| Israel | 5000 | Ben Baruch | 20 | | 34 |
| Israel | 5001 | Merimski | 4 | NA | 154 |
| Israel | 5003 | Geffen | 10 | NA | 132 |
| Israel | 5004 | Steiner | 5 | 33 | 33 |
| Israel | 5005 | Goldberg | 3 | 124 | 124 |
| Israel | 5007 | Rizel | 31 | | 149 |
| Israel | 5008 | Barak | 3 | 87 | 89 |
| Israel | 5009 | Siegelman | 13 | | |
| Israel | 5010 | Weitzen | 18 | 118 | 120 |
| Israel | 5011 | Safra | 10 | 19 | 2 |
| Israel | 5012 | Uziely | 6 | 98 | 98 |
| Lebanon | 5200 | Abi Gerges | 13 | 21 | |

| Country | Site | Investigator | | | |
|---|---|---|---|---|---|
| Lebanon | 5201 | Abbas | 3 | 29 | 29 |
| Lebanon | 5202 | Chahine | 16 | 180 | 180 |
| Lebanon | 5203 | Ghosn | 6 | 38 | |
| Mexico | 3303 | Cervantes Sa | 4 | 110 | 9 |
| Mexico | 3306 | Silva | 4 | 191 | |
| New Zeala | 6600 | Mclaren | 2 | 37 | 2 |
| New Zeala | 6601 | Harvey | 18 | 75 | 79 |
| New Zeala | 6602 | Jameson | 5 | 124 | 101 |
| New Zeala | 6603 | Simpson | 2 | 34 | 32 |
| New Zeala | 6604 | Jeffery | 9 | 104 | 88 |
| New Zeala | 6605 | Isaacs | 3 | 32 | 32 |
| Poland | 2500 | Pienkowski | 170 | 73 | 73 |
| Poland | 2501 | Pawlicki | 90 | 67 | 67 |
| Poland | 2502 | Karnicka-Mlo | 25 | 24 | 26 |
| Poland | 2503 | Zaluski | 25 | 115 | 71 |
| Poland | 2504 | Wojtukiewicz | 8 | 13 | 15 |
| Portugal | 2802 | Gervasio | 2 | 14 | 14 |
| Romania | 4500 | Gutulescu | 10 | 30 | 30 |
| Romania | 4502 | Roman | 4 | 19 | 19 |
| Romania | 4503 | Ghilezan | 20 | 411 | 170 |
| Romania | 4504 | Badulescu | 2 | 126 | |
| Russia | 4000 | Garin | 9 | 72 | 72 |
| Russia | 4001 | Gorbunova | 11 | | |
| Russia | 4002 | Semiglazov | 26 | 36 | 36 |
| Saudi Arab | 5401 | Ibrahim | 2 | | |
| Slovenia | 4400 | Cufer | 15 | 47 | 47 |
| Slovenia | 4401 | Takac | 17 | 18 | 18 |
| South Afric | 5101 | Pienarr | 2 | 105 | |
| South Afric | 5102 | Jacobs | 6 | 11 | 11 |
| South Afric | 5103 | Eek | 20 | 27 | 24 |
| South Afric | 5104 | Slabber | 8 | 72 | 72 |
| South Afric | 5106 | Moodley | 3 | 155 | 106 |
| South Kore | 6300 | Bang | 9 | 21 | 20 |
| South Kore | 6301 | Im | 7 | 139 | 118 |
| South Kore | 6302 | Kim | 10 | 45 | 45 |
| South Kore | 6305 | Ro | 10 | 16 | 16 |
| Spain | 3057 | Jara | 2 | 72 | 72 |
| Spain | 3058 | Munarriz gan | 1 | 120 | 120 |
| Spain | 3059 | Martin | 10 | 62 | 62 |
| Spain | 3060 | Lorenzo | 1 | | |
| Spain | 3064 | Ales | 1 | 15 | |
| Spain | 3070 | Calvo | 1 | NA | |

| Country | ID | Name | | | |
|---|---|---|---|---|---|
| Spain | 3071 | Montserrat m | 12 | 33 | 33 |
| Spain | 3073 | Pelegri | 4 | 60 | 60 |
| Spain | 3081 | Adrover | 2 | | |
| Spain | 3085 | Oltra Ferrand | 1 | 46 | 46 |
| Spain | 3088 | Franquesa Gr | 3 | 23 | |
| Spain | 3089 | Llorca ferrand | 2 | 5 | |
| Spain | 3090 | De Duenas | 2 | 30 | 30 |
| Spain | 3091 | Mayordomo c | 3 | 9 | 2 |
| Spain | 3092 | Vamparo ruiz | 3 | 6 | 6 |
| Spain | 3093 | Rodriguez | 3 | 9 | 7 |
| Spain | 3094 | Snachez Rov | 2 | 135 | |
| Spain | 3095 | | 4 | 29 | 29 |
| Spain | 3098 | Segui Palmer | 7 | 16 | |
| Spain | 3103 | Arizcun | 1 | 4 | 4 |
| Taiwan | 6400 | Chao | 16 | 37 | 36 |
| Taiwan | 6401 | Liu | 18 | 11 | |
| Uruguay | 3151 | Viola Alles | 3 | 20 | |
| Uruguay | 3152 | Robinson | 3 | 19 | |
| USA | 0250 | Patel | 4 | 31 | 15 |
| USA | 0252 | Yunus | 10 | 16 | |
| USA | 0253 | Allen | 11 | 38 | |
| USA | 0256 | Vogel | 28 | | 13 |
| USA | 0258 | Tansino | 5 | 31 | |
| USA | 0260 | Touroutoglou | 2 | 7 | |
| USA | 0261 | Kaplan | 3 | NA | |
| USA | 0262 | Boros | 1 | NA | |
| USA | 0267 | Chitneni | 4 | 18 | |
| USA | 0268 | Tezcan | 2 | | 1 |
| USA | 0269 | Tai | 5 | 16 | |
| USA | 0270 | Chowan | 6 | | |
| USA | 0272 | Hargis | 6 | 25 | |
| USA | 0275 | Vaughn | 3 | 105 | 26 |
| USA | 0277 | Overmoyer | 19 | | |
| USA | 0278 | Laufman | 2 | 24 | |
| USA | 0281 | Patel | 4 | 24 | |
| USA | 0283 | Kruger | 1 | | |
| USA | 0284 | Tkaczuck | 4 | | |
| USA | 0285 | Riseberg | 11 | 12 | |
| USA | 0287 | Limentani | 9 | 16 | |
| USA | 0288 | Bryan | 3 | 101 | |
| USA | 0293 | Heim | 2 | 142 | 74 |
| USA | 0296 | Desch | 11 | 93 | |

| Country | Site | Investigator | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|
| USA | 0300 | Mc Andrew | 1 | 47 | |
| USA | 0304 | George | 3 | | |
| USA | 0305 | Shiftan | 22 | 17 | 16 |
| USA | 0307 | Pluard | 13 | 105 | 105 |
| USA | 0309 | Houston | 5 | 4 | |
| USA | 0311 | Venkatraj | 2 | 37 | 37 |
| USA | 0314 | Chlebowski | 2 | 100 | 104 |
| USA | 0316 | Fesen | 1 | | |
| USA | 0320 | Chap | 60 | 70 | |
| USA | 0321 | Strickland | 1 | 22 | |
| USA | 0323 | Lewis | 5 | 5 | 5 |
| USA | 0324 | Mc Keen | 3 | | |
| USA | 0325 | Rinaldi | 10 | 9 | 9 |
| USA | 0326 | Rubin | 8 | 0 | |
| USA | 0330 | Page | 14 | 116 | |
| USA | 0333 | Kalman | 12 | | |
| USA | 0350 | Kennedy | 2 | 26 | |
| USA | 0335 | Forsthoff | 8 | 36 | |
| USA | 0353 | Lower | 2 | 11 | |
| USA | 0354 | Saleh | 26 | 9 | 9 |
| USA | 0355 | Moore | 1 | 600 | 200 |
| USA | 0363 | Arena | 1 | 8 | |
| USA | 0364 | Bank | 1 | | |
| USA | 0365 | Hussein | 4 | 50 | |
| USA | 0366 | Patton | 1 | 34 | |
| USA | 0405 | Russell | 1 | 185 | |
| USA | 0415 | Kerr | 5 | 114 | |
| USA | 0443 | Chap | 8 | | |
| USA | 0444 | Chap | 5 | 173 | |
| USA | 0458 | Chap | 6 | 15 | |
| USA | 0462 | Chap | 5 | 28 | |
| USA | 0467 | chap | 7 | 27 | |
| USA | 0469 | chap | 2 | 20 | |
| USA | 0477 | chap | 4 | | |
| USA | 0483 | chap | 3 | 19 | 19 |
| USA | 0536 | Saleh | 1 | 29 | |
| USA | 0537 | Saleh | 2 | 41 | |
| USA | 0538 | Saleh | 2 | 18 | |
| USA | 0600 | Dookeran | 2 | 6 | |
| USA | 0647 | Hajdenberg | 1 | 38 | |
| Venezuela | 3400 | Vera | 8 | 42 | |
| | | | 2718 | | |