UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br> ALL CASES | |

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES UNDER LA. REV. STAT. §9:2800.59 (REC. DOC. 9230) UNDER SEAL

NOW INTO COURT, come Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully request leave of Court to file Exhibits 4, 7, 24-27, 30, and 34 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59 (Rec. Doc. 9230) under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Exhibits 4, 7, 24-27, 30, and 34 to Plaintiffs' Motion should be filed under seal.

WHEREFORE, Plaintiffs pray that this Motion be granted, and Exhibits 4, 7, 24-27, 30, and 34 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59 be filed UNDER SEAL.

Dated: February 10, 2020                           Respectfully submitted,

*/s/ Christopher L. Coffin*                        */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                     Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                   Andre Mura ((CA Bar # 298541) (on the brief)
1100 Poydras Street, Suite 2505                    GIBBS LAW GROUP LLP
New Orleans, LA 70163                              6701 Center Drive West, Suite 1400
Telephone: 504-355-0086                            Los Angeles, California 90045
Facsimile: 504-523-0699                            Telephone: 510-350-9700
Email: ccoffin@pbclawfirm.com                      Facsimile: 510-350-9701
*Plaintiffs' Co-Lead Counsel*                      kbm@classlawgroup.com
                                                   *Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*                             */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                         Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN                                BARRIOS, KINGSDORF & CASTEIX, LLP
DAVID MEUNIER & WARSHAUER, LLC                     701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street            New Orleans, LA 70139
New Orleans, LA 70163-2800                         Telephone: 504-524-3300
Telephone: 504-522-2304                            Facsimile: 504-524-3313
Facsimile: 504-528-9973                            Email: barrios@bkc-law.com
Email: plambert@gainsben.com                       *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                       Daniel P. Markoff
Andrews & Thornton                                 Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                    9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                            Oklahoma City, OK 73120
Phone: (800) 664-1734                              Phone: (405) 607-8757
aa@andrewsthornton.com                             Fax: (405) 607-8749
                                                   dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus                                     Abby E. McClellan
Bachus & Schanker, LLC                             Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                     460 Nichols Road, Suite 200
Denver, CO 80202                                   Kansas City, MO 64112
Phone: (303) 893-9800                              Phone: (816) 714-7100
Fax: (303) 893-9900                                Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                        mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>*/s/ Dawn M. Barrios*
>DAWN M. BARRIOS