UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of their request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 9230-6] Exhibit 4 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59;

2. [Rec. Doc. 9230-9] Exhibit 7 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59;

3. [Rec. Doc. 9230-26] Exhibit 24 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59;

4. [Rec. Doc. 9230-27] Exhibit 25 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59;

5. [Rec. Doc. 9230-28] Exhibit 26 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59;

6. [Rec. Doc. 9230-29] Exhibit 27 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59;

7. [Rec. Doc. 9230-32] Exhibit 30 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59; and

8. [Rec. Doc. 9230-36] Exhibit 34 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59.

On Monday, February 10, 2020, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: February 10, 2020                                  Respectfully submitted,

*/s/ Christopher L. Coffin*                               */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                            Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                          Andre Mura ((CA Bar # 298541) (on the brief)
1100 Poydras Street, Suite 2505                           GIBBS LAW GROUP LLP
New Orleans, LA 70163                                     6701 Center Drive West, Suite 1400
Telephone: 504-355-0086                                   Los Angeles, California 90045
Facsimile: 504-523-0699                                   Telephone: 510-350-9700
Email: ccoffin@pbclawfirm.com                             Facsimile: 510-350-9701
*Plaintiffs' Co-Lead Counsel*                             kbm@classlawgroup.com
                                                          *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                    */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                                Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN                                       BARRIOS, KINGSDORF & CASTEIX, LLP
DAVID MEUNIER & WARSHAUER, LLC                            701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                   New Orleans, LA 70139
New Orleans, LA 70163-2800                                Telephone: 504-524-3300
Telephone: 504-522-2304                                   Facsimile: 504-524-3313
Facsimile: 504-528-9973                                   Email: barrios@bkc-law.com
Email: plambert@gainsben.com                              *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                              Daniel P. Markoff
Andrews & Thornton                                        Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                           9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                                   Oklahoma City, OK 73120
Phone: (800) 664-1734                                     Phone: (405) 607-8757
aa@andrewsthornton.com                                    Fax: (405) 607-8749
                                                          dmarkoff@atkinsandmarkoff.com

2

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

| | |
|---|---|
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS