**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 <br> SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| *This Document Relates to:* <br> *Alexandra B. Keith* | : : | CIVIL ACTION NO. 2:17-cv-09462 |

**ORDER GRANTING LEAVE TO FILE A FIRST AMENDED SHORT FORM COMPLAINT**

THE COURT, having considered Plaintiff's Unopposed Motion for Leave to File a First Amended Short Form Complaint, and for good cause shown, it is hereby Ordered that Plaintiff's motion is GRANTED, and that Plaintiff may file a First Amended Short Form Complaint, in the above captioned matter.

SO ORDERED this _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT