# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) :** <br> **LIABILITY LITIGATION :** <br> : <br> : <br> : <br> : <br> *This Document Relates to:* : <br> *Deborah A. Musico* : | **MDL NO. 2740 PRODUCTS** <br><br> **SECTION "N" (5)** <br> **JUDGE MILAZZO** <br> **MAG. JUDGE NORTH** <br><br> **CIVIL ACTION NO. 2:17-cv-09485** |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
## TO FILE SECOND AMENDED SHORT FORM COMPLAINT

NOW COMES Plaintiff Deborah A. Musico, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her Second Amended Short Form Complaint, as attached hereto. Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this motion for leave to amend, provided that it is expressly agreed and understood that Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc. and Sagent Pharmaceuticals, Inc. reserve and do not waive any defenses by agreeing not to contest this motion, including but not limited to defenses based on jurisdiction or statute of limitations.

Dated: February 10, 2020

                                                                                         Respectfully Submitted,
                                                                                        **SIMMONS HANLY CONROY**

                                                                                        */s/ John J. Foley*
                                                                                        John J. Foley
                                                                                        One Court Street
                                                                                        Alton, IL 62002
                                                                                        Telephone (618) 259-2222
                                                                                        Facsimile (618) 259-2251
                                                                                        Email: jfoley@simmonsfirm.com
                                                                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

>
*/s/ John J. Foley*
John J. Foley
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone (618) 259-2222
Facsimile (618) 259-2251
Email: jfoley@simmonsfirm.com
*Attorney for Plaintiff*