# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| | : | |
| *This Document Relates to:* | : | **CIVIL ACTION NO. 2:17-cv-09485** |
| *Deborah A. Musico* | : | |

### ORDER GRANTING LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

THE COURT, having considered Plaintiff's Unopposed Motion for Leave to File a Second Amended Short Form Complaint, and for good cause shown, it is hereby Ordered that Plaintiff's motion is GRANTED, and that Plaintiff may file the Second Amended Short Form Complaint, in the above captioned matter.

SO ORDERED this _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT