**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Zarcone et al v. Sanofi US Services Inc. et al* <br><br>Plaintiff Name: Patricia Zarcone and Andrew Zarcone Jr. <br>Civil Action No.: 2:18-cv-06923 | JUDGE MILAZZO <br>MAG. JUDGE NORTH |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 10th day of February 2020        Respectfully submitted,

      /s/ *Matthew R. McCarley*
      **FEARS NACHAWATI, PLLC**
      Matthew R. McCarley, #24041426
      Tarek A. Abbassi, #24096225
      Jason S. Long #24098012
      5473 Blair Road
      Dallas, Texas 75231
      Telephone: (214) 890-0711
      Fax: (214) 890-0712
      mccarley@fnlawfirm.com
      tabbassi@fnlawfirm.com
      jlong@fnlawfirm.com
      Counsel for plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      /s/ *Jason S. Long*