**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| _____ | : | JUDGE MILAZZO |
| | : | |
| NANCY BJERKEN, ET AL., | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Civil Action No.: 2:17-cv-09645 |
| | : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |
| ----------------------------------------------------------- | : | |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint (Doc. 9163);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 7th day of February, 2020.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE