UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAG. JUDGE NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>**REBECCA DILORENZO V. SANOFI, S. A., ET AL., CASE 2:17-cv-14224** | **ADDENDUM TO PLAINTIFF'S NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), Case Management Order 14C, and PTO 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

Plaintiff has met with her counsel of record and elects not to proceed as a trial Plaintiff and voluntarily files this Notice of Dismissal.

Plaintiff seeks this dismissal pursuant to PTO 87 and Paragraph 2 (b) of Case Management Order 14C.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuan to Federal Rule of Civil Procedure 60(b).

RESPECTFULLY SUBMITTED this the 11th day of February, 2020.

REBECCA DiLORENZO, Plaintiff

BY: /s/ Jim Reeves
JAMES R. REEVES, JR., ESQUIRE
MS. BAR NO. 9519
REEVES & MESTAYER, PLLC
160 MAIN STREET
BILOXI, MS  39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Addendum to Plaintiff's Notice of Stipulation of Dismissal With Prejudice as to All Parties has been served on all parties or their attorneys electronic filing.

Dated this the 11th day of February, 2020.

REBECCA DiLORENZO, Plaintiff

BY: /s/ Jim Reeves
JAMES R. REEVES, JR., ESQUIRE
MS. BAR NO. 9519
REEVES & MESTAYER, PLLC
160 MAIN STREET
BILOXI, MS 39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com