# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Ann Mathews, | |
| Plaintiff(s), | Civil Action No.: 2:17-cv-16791 |
| vs. | |
| Hospira, Inc., Hospira Worldwide, LLC, and Sandoz Inc., | |
| Defendant(s). | |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Doc. 9172);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 7th day of February, 2020.

_____
Judge Jane Milazzo, U.S. District Judge