UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Shirley Burgess,<br><br>Plaintiff(s),<br>vs.<br><br>Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.,<br><br>Defendant(s). | : : : : : : : : : : : : | Civil Action No.: 2:18-cv-12822 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9188);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 7th day of February, 2020.

_____
Judge Jane Milazzo, U.S. District Judge