UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) : MDL NO. 2740
PRODUCTS LIABILITY LITIGATION :
: SECTION "H" (5)
: JUDGE MILAZZO
: MAG. JUDGE NORTH

Betty Mayes,  :
:
Plaintiff(s), :
: Civil Action No.: 2:19-cv-00032
vs. :
:
:
Sanofi US Services Inc. f/k/a Sanofi-Aventis
U.S., Inc., et al., :
:
Defendant(s). :
------------------------------------------------------------ :

# ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9199);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 7th day of February, 2020.

_____
Judge Jane Milazzo, U.S. District Judge