UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Joreletta Brown v. Sanofi-Aventis U.S. LLC, et al, | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-13545 | : | |

# ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Pursuant to Rule 25(a)(1) (Doc. 9201);

**IT IS ORDERED** that the Motion is **GRANTED**. Evelyn Brown Gray, on behalf of her deceased mother, Joreletta Brown, may be substituted for Joreletta Brown as the proper party plaintiff in this action.

New Orleans, Louisiana, this 7th day of February, 2020.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge