UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Tracy Savage, | : | |
| Plaintiff(s), | : | |
| | : | Civil Action No.: 2:18-cv-12030 |
| vs. | : | |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., | : | |
| Defendant(s). | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9204);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 7th day of February, 2020.

Judge Jane Milazzo, U.S. District Judge