UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES, INC., ACTAVIS LLC f/k/a ACTAVIS INC., AND ACTAVIS PHARMA, INC.** |
| THIS DOCUMENT RELATES TO:<br>*Donna H. Primrose, v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:18-cv-09425 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., Actavis LLC f/k/a Actavis Inc, and Actavis Pharma, Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

**Dated: February 11, 2020**

                                                            LOWE LAW GROUP
                                                            By: */s/ Nathan Buttars*
                                                            6028 S. Ridgeline Dr., Ste. 200
                                                            Ogden, UT 84405
                                                            Telephone: (385) 298-0175
                                                            Facsimile: (801) 656-0997
                                                            Email: nate@lowelawgroup.com
                                                            *Attorney for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 11, 2020                                    /s/ *Nathan Buttars*