UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59 Under Seal (Rec. Doc. 9232),

**IT IS ORDERED** that said Motion is **GRANTED** and that the Clerk of Court shall file Exhibits 4, 7, 24-27, 30 and 34 to Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses under La. Rev. Stat. §9:2800.59 under seal (Rec. Doc. 9230).

New Orleans, Louisiana, this 11th day of February, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE