UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Karan Fletcher v. Hospira Worldwide LLC, et al.;*<br>*Case No. 2:18-cv-12987* | : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Doc. 9173);

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

SO ORDERED this 11th day of February, 2020.

Hon. Jane Triche Milazzo