UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| RITA SUTHERLAND AND LARRY SUTHERLAND, | : : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : : | **Partial Notice of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:18-cv-07003 |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., ET AL. | : : : | |
| Defendants. | : : | |

      Plaintiffs RITA SUTHERLAND and LARRY SUTHERLAND, hereby give notice that the above-captioned action against Defendants SANDOZ INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SUN PHARMA GLOBAL FZE AND SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD., solely, is voluntary dismissed, with prejudice.

      Dated this 12th day of February, 2020.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 12th day of February, 2020                    /s/__ Hunter Shkolnik _____
                                                                                  Hunter Shkolnik, Esquire