UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Cases attached as Exhibit 1.**

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file the Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started after December 11, 2015 under seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started after December 11, 2015 under seal.

New Orleans, Louisiana, this 11th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE