# EXHIBIT 1

| Last Name | MDL Docket No. | First Treatment Date |
|---|---|---|
| PETRIE | 2:18-cv-13643 | 12/15/2015 |
| ROLAND | 2:17-cv-16041 | 12/16/2015 |
| HENRY | 2:17-cv-12780 | 12/17/2015 |
| JACKSON BIREE | 2:19-cv-13256 | 12/18/2015 |
| PAPAJOHN | 2:17-cv-16380 | 12/21/2015 |
| WHITE | 2:18-cv-11593 | 12/21/2015 |
| FLOWERS | 2:18-cv-12439 | 12/22/2015 |
| CHAVEZ | 2:17-cv-07497 | 12/28/2015 |
| MATSUMURA | 2:17-cv-09533 | 12/28/2015 |
| CHASE | 2:18-cv-12941 | 12/29/2015 |
| BERNHARD | 2:19-cv-13649 | 12/30/2015 |
| COZZA | 2:18-cv-03442 | 12/30/2015 |
| SCOTT | 2:16-cv-15472 | 01/5/2016 |
| SCRUGGS | 2:18-cv-08227 | 01/5/2016 |
| ALLBRITTON | 2:18-cv-06530 | 01/6/2016 |
| BEERMAN | 2:18-cv-01879 | 01/7/2016 |
| MCGAHEY | 2:19-cv-11467 | 01/7/2016 |
| WRIGHT | 2:17-cv-14420 | 01/7/2016 |
| JONES | 2:18-cv-12850 | 01/8/2016 |
| WATKINS | 2:18-cv-06462 | 01/8/2016 |
| FEEHERTY | 2:19-cv-09670 | 01/11/2016 |
| VELASQUEZ | 2:18-cv-07208 | 01/12/2016 |
| REECE | 2:18-cv-13515 | 01/15/2016 |
| TICEY | 2:17-cv-15859 | 01/18/2016 |
| HIGHT | 2:18-cv-01854 | 01/21/2016 |
| RANKINS | 2:17-cv-14999 | 01/25/2016 |
| NANNEY | 2:19-cv-09538 | 01/27/2016 |

| Last Name | MDL Docket No. | First Treatment Date |
|---|---|---|
| SKELTON | 2:18-cv-04810 | 01/27/2016 |
| LEWIS | 2:18-cv-00401 | 01/28/2016 |
| PERRY | 2:18-cv-03417 | 01/28/2016 |
| ALLEN | 2:18-cv-05776 | 01/29/2016 |
| KING | 2:18-cv-12856 | 02/??/2016 |
| MARTIN | 2:17-cv-16355 | 02/??/2016 |
| RANDALL | 2:18-cv-12883 | 02/??/2016 |
| ROBSON | 2:18-cv-06695 | 02/??/2016 |
| MITCHELL | 2:18-cv-10906 | 02/2/2016 |
| USHER WILLIAMS | 2:17-cv-11194 | 02/4/2016 |
| PIERRE CANEL | 2:18-cv-02818 | 02/5/2016 |
| MILLER | 2:18-cv-11729 | 02/12/2016 |
| WOZNY | 2:18-cv-07202 | 02/15/2016 |
| CADIERE | 2:18-cv-06171 | 02/17/2016 |
| PETTIS | 2:19-cv-09443 | 02/18/2016 |
| CUNNINGHAM | 2:19-cv-11930 | 02/23/2016 |
| MASSIE | 2:18-cv-10110 | 02/23/2016 |
| GROVES | 2:17-cv-15595 | 02/25/2016 |
| IEROKOMOS | 2:18-cv-14249 | 02/26/2016 |
| JONES | 2:18-cv-01662 | 02/26/2016 |
| ROBINSON | 2:17-cv-13918 | 02/28/2016 |
| COWAN | 2:17-cv-12540 | 02/29/2016 |
| MCGAUGHEY | 2:17-cv-15967 | 03/??/2016 |
| JOHNSON | 2:17-cv-11214 | 03/6/2016 |
| BAFFO | 2:18-cv-11311 | 03/7/2016 |
| BLUMLO | 2:16-cv-17972 | 03/8/2016 |
| CONE | 2:19-cv-01898 | 03/9/2016 |

| Last Name | MDL Docket No. | First Treatment Date |
|---|---|---|
| TOLAN | 2:18-cv-03946 | 03/10/2016 |
| WEST | 2:19-cv-14084 | 03/14/2016 |
| STOOPS | 2:17-cv-13921 | 03/15/2016 |
| MAJOR | 2:19-cv-12303 | 03/17/2016 |
| CHAGAS | 2:20-cv-00022 | 03/23/2016 |
| SCHULTZ | 2:18-cv-00498 | 03/25/2016 |
| FLOYD MOTTER | 2:18-cv-02109 | 03/28/2016 |
| HUGHES | 2:19-cv-01903 | 03/31/2016 |
| GILMORE | 2:19-cv-01900 | 04/5/2016 |
| DYER | 2:19-cv-00730 | 04/6/2016 |
| LENCREROT | 2:19-cv-00365 | 04/6/2016 |
| FREEMAN | 2:18-cv-05554 | 04/8/2016 |
| NEWMAN PARKER | 2:18-cv-10882 | 04/12/2016 |
| HEGENBART | 2:18-cv-09084 | 04/14/2016 |
| BENIGNO | 2:18-cv-10566 | 04/19/2016 |
| LOPES | 2:17-cv-14143 | 04/19/2016 |
| WILLIAMS | 2:18-cv-13268 | 04/21/2016 |
| CURLEYMORABITO | 2:18-cv-05986 | 04/22/2016 |
| HOLMES | 2:18-cv-06700 | 05/1/2016 |
| MINOR | 2:19-cv-00037 | 05/??/2016 |
| BAILEY | 2:17-cv-13942 | 05/2/2016 |
| JONES | 2:18-cv-14329 | 05/3/2016 |
| CAULKER | 2:17-cv-17150 | 05/6/2016 |
| PROCTOR | 2:17-cv-16662 | 05/6/2016 |
| WEST | 2:19-cv-11271 | 05/6/2016 |
| MCMULLEN | 2:17-cv-17056 | 05/11/2016 |
| DENBY | 2:18-cv-07609 | 05/12/2016 |

| Last Name | MDL Docket No. | First Treatment Date |
|---|---|---|
| SINGER | 2:19-cv-12536 | 05/13/2016 |
| CASTLE | 2:19-cv-10055 | 05/19/2016 |
| WOMACK | 2:17-cv-15744 | 05/23/2016 |
| BERRY | 2:18-cv-06173 | 05/24/2016 |
| ROBERTSON | 2:18-cv-06092 | 05/26/2016 |
| WARREN | 2:18-cv-13070 | 05/26/2016 |
| SHADLE | 2:18-cv-03292 | 05/27/2016 |
| JOHNSON | 2:17-cv-12544 | 05/31/2016 |
| HORNE | 2:18-cv-04434 | 06/2/2016 |
| PRZEKURAT | 2:18-cv-12913 | 06/2/2016 |
| BLACKMON | 2:19-cv-09973 | 06/3/2016 |
| ROCHA | 2:18-cv-11723 | 06/9/2016 |
| SMITH | 2:18-cv-05556 | 06/9/2016 |
| JONES | 2:18-cv-04465 | 06/14/2016 |
| WILLIAMS | 2:19-cv-11947 | 06/14/2016 |
| WEEKS | 2:17-cv-15119 | 06/15/2016 |
| HUTCHINSON | 2:18-cv-11496 | 06/16/2016 |
| IRVING | 2:18-cv-07846 | 06/22/2016 |
| SIMPSON | 2:17-cv-15575 | 06/22/2016 |
| MCCULLUM | 2:18-cv-06177 | 06/27/2016 |
| ADKINS | 2:18-cv-12307 | 07/8/2016 |
| MARTIN | 2:18-cv-13104 | 07/11/2016 |
| WILLIAMS | 2:18-cv-02391 | 07/13/2016 |
| WINGATE | 2:18-cv-10321 | 07/13/2016 |
| WHITEHEAD | 2:19-cv-12878 | 07/20/2016 |
| RHEA | 2:17-cv-15421 | 07/21/2016 |
| MATTHEWS | 2:17-cv-17055 | 07/25/2016 |

| Last Name | MDL Docket No. | First Treatment Date |
|---|---|---|
| SMITH | 2:19-cv-12040 | 07/28/2016 |
| SANTIAGO | 2:17-cv-09131 | 07/29/2016 |
| DAVIS | 2:17-cv-16280 | 08/??/2016 |
| GHOLAR | 2:18-cv-00502 | 08/??/2016 |
| ARROYO | 2:19-cv-07567 | 08/2/2016 |
| KINSLER | 2:19-cv-10627 | 08/2/2016 |
| NICHOLS | 2:17-cv-15204 | 08/4/2016 |
| FERNANDEZ | 2:18-cv-08114 | 08/11/2016 |
| SMITH | 2:18-cv-13890 | 08/11/2016 |
| BURNS | 2:19-cv-11973 | 08/12/2016 |
| KIMBRELL | 2:18-cv-12329 | 08/17/2016 |
| PRZESTRZELSKI | 2:19-cv-01176 | 08/18/2016 |
| MILTON | 2:18-cv-05997 | 08/19/2016 |
| CREWS | 2:17-cv-10525 | 08/25/2016 |
| GOODMAN | 2:18-cv-07244 | 08/26/2016 |
| ANDRES | 2:18-cv-06189 | 08/29/2016 |
| KNIGHT | 2:17-cv-17052 | 08/31/2016 |
| WEAVER | 2:17-cv-15513 | 08/31/2016 |
| ADAMS | 2:17-cv-16210 | 09/??/2016 |
| KIRBY | 2:18-cv-10313 | 09/13/2016 |
| GILMORE | 2:18-cv-05273 | 09/14/2016 |
| BROWN | 2:19-cv-11980 | 09/20/2016 |
| GREEN | 2:17-cv-13902 | 09/21/2016 |
| BACH | 2:19-cv-12357 | 09/22/2016 |
| MORGAN | 2:18-cv-11822 | 09/22/2016 |
| GLENN | 2:18-cv-13020 | 09/28/2016 |
| MCMILLAN | 2:18-cv-10481 | 09/29/2016 |

| Last Name | MDL Docket No. | First Treatment Date |
|---|---|---|
| BROWN | 2:19-cv-12433 | 10/??/2016 |
| CASTILLE | 2:18-cv-03431 | 10/??/2016 |
| COX | 2:18-cv-12902 | 10/??/2016 |
| PARSONS | 2:19-cv-02174 | 10/3/2016 |
| SYLVE | 2:17-cv-14650 | 10/11/2016 |
| HAYES | 2:18-cv-08308 | 10/12/2016 |
| HENDRICKS | 2:18-cv-07248 | 10/13/2016 |
| SHAW | 2:18-cv-05780 | 10/17/2016 |
| RAGSDALE | 2:19-cv-11266 | 10/24/2016 |
| BLACK | 2:18-cv-02782 | 11/??/2016 |
| SKILLOM | 2:19-cv-11936 | 11/1/2016 |
| WELLS | 2:18-cv-13440 | 11/??/2016 |
| HOFF | 2:19-cv-12700 | 11/8/2016 |
| DUVALL | 2:18-cv-04715 | 11/11/2016 |
| EIDEL | 2:17-cv-06024 | 11/17/2016 |
| BAREFIELD | 2:19-cv-13433 | 11/18/2016 |
| MILLICAN | 2:18-cv-14040 | 11/18/2016 |
| SPADA | 2:19-cv-12775 | 11/29/2016 |
| GOLDSBORO | 2:18-cv-12441 | 12/2/2016 |
| DAVIS | 2:19-cv-12251 | 12/8/2016 |
| SAMPSON | 2:17-cv-15773 | 12/8/2016 |
| HARRIS | 2:19-cv-00504 | 12/9/2016 |
| PASTORKOVICH | 2:18-cv-13186 | 12/15/2016 |
| ZUPKO | 2:18-cv-13465 | 12/19/2016 |
| ROLLE | 2:18-cv-12914 | 01/2/2017 |
| BARKER | 2:17-cv-13272 | 01/3/2017 |
| TOLBERT | 2:18-cv-04463 | 01/9/2017 |

| Last Name | MDL Docket No. | First Treatment Date |
|---|---|---|
| MCINTOSH | 2:18-cv-13176 | 01/13/2017 |
| REEVES | 2:19-cv-12711 | 01/19/2017 |
| SMITH | 2:19-cv-03290 | 01/24/2017 |
| WILLIAMS | 2:18-cv-12464 | 02/7/2017 |
| MOODY BEAUMONT | 2:17-cv-15956 | 02/21/2017 |
| MCNELLEY | 2:18-cv-03612 | 02/24/2017 |
| WILKINS | 2:19-cv-10869 | 03/9/2017 |
| HALL | 2:18-cv-08717 | 03/10/2017 |
| ALSTON | 2:18-cv-06527 | 03/14/2017 |
| DENNIS | 2:18-cv-06154 | 03/14/2017 |
| BRYANT | 2:19-cv-01292 | 03/22/2017 |
| MUGLESTON | 2:19-cv-02205 | 03/27/2017 |
| TUTT | 2:19-cv-01715 | 03/27/2017 |
| FRANKLIN | 2:19-cv-01947 | 03/29/2017 |
| LANDERS | 2:18-cv-08358 | 03/29/2017 |
| BALAAM | 2:18-cv-08761 | 04/6/2017 |
| NELSON | 2:18-cv-08400 | 04/18/2017 |
| SHELTON | 2:19-cv-09977 | 04/18/2017 |
| GREEN | 2:18-cv-06174 | 05/4/2017 |
| ALLEN | 2:19-cv-13477 | 06/29/2017 |
| CARTER | 2:18-cv-07047 | 06/29/2017 |
| MONNIN | 2:18-cv-08006 | 07/7/2017 |
| MACDONALD | 2:18-cv-05994 | 07/11/2017 |
| WAGGONER | 2:19-cv-11423 | 07/14/2017 |
| RIGO | 2:17-cv-09889 | 12/13/2017 |
| VIDAL | 2:19-cv-12539 | 12/26/2017 |
| SMITH | 2:19-cv-11532 | 01/23/2018 |

| Last Name | MDL Docket No. | First Treatment Date |
|---|---|---|
| DORSEY | 2:20-cv-00241 | 07/31/2018 |
| MCCOY | 2:18-cv-10424 | 12/??/2015 |
| VAN DEN VRIJOEF | 2:19-cv-01365 | 12/??/2015 |

| Last Name | MDL Docket No. | First Treatment Date |
|---|---|---|