UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

**IT IS ORDERED** that the Court will hold oral argument on **March 25, 2020, at 10:00 a.m.** on the following Motions:

- Defendants' Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started Before December 15, 2006 (Doc. 8977);

- Defendants' Motion to Amend Pretrial Order 70B Regarding Ex Parte Contact with MDL Plaintiffs' Prescribing and Treating Physicians (Doc. 9109);

- Defendants' Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started After December 11, 2015 (Doc. 9268); and

- Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses Under La. Rev. Stat. § 9:2800.59 (Doc. 9230).

Each party will have seven minutes to argue each Motion.

New Orleans, Louisiana, this 12th day of February, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE