UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION "N" (5) |
| _____ | : | JUDGE MILAZZO |
| THEODORA A. MCCLAIN and THEODORE R. | : | |
| MCCLAIN, | : | |
| | : | MAG. JUDGE NORTH |
| | : | |
| Plaintiffs, | : | **Partial Notice of Dismissal with** |
| | : | **Prejudice** |
| | : | |
| vs. | : | Civil Action No.: 2:18-cv-13409 |
| | : | |
| SANOFI US SERVICES INC. F/K/A | : | |
| SANOFI-AVENTIS U.S. INC., ET AL. | : | |
| | : | |
| Defendants. | : | |
| ------------------------------------------------------------- | : | |

Plaintiffs THEODORA A. MCCLAIN AND THEODORE R. MCCLAIN, hereby give

notice that the above-captioned action against Defendants SANDOZ INC., INC., ACCORD

HEALTHCARE INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.,

AND HOSPIRA, INC., solely, is voluntary dismissed, with prejudice.

Dated this 13th day of February, 2020.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: 13th day of February, 2020                    /s/__ Hunter Shkolnik_____
                                                                                  Hunter Shkolnik, Esquire