UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "N" (5) <br> JUDGE MILAZZO |
| CAROL A. FOSTER, | MAG. JUDGE NORTH |
| Plaintiffs, | **Partial Notice of Dismissal with Prejudice** |
| vs. | Civil Action No.: 2:18-cv-13923 |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., ET AL. | |
| Defendants. | |

Plaintiff CAROL A. FOSTER, and undersigned counsel, hereby give notice that the above-captioned action against Defendants SANDOZ INC., INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SUN PHARMA GLOBAL FZE, AND SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD., solely, is voluntary dismissed, with prejudice.

Dated this 13th day of February, 2020.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 13th day of February, 2020        /s/ Hunter Shkolnik
Hunter Shkolnik, Esquire