# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| | : | |
| *This Document Relates to:* | : | **CIVIL ACTION NO. 2:18-cv-00638** |
| *Michele A. Reagan* | : | |

### ORDER GRANTING LEAVE TO FILE A FIRST AMENDED SHORT FORM COMPLAINT

THE COURT, having considered Plaintiff's Unopposed Motion for Leave to File a First Amended Short Form Complaint, and for good cause shown, it is hereby Ordered that Plaintiff's motion is GRANTED, and that Plaintiff may file a First Amended Short Form Complaint, in the above captioned matter.

SO ORDERED this _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT