UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| **Patricia Newsome**<br>**Case No. 2:19-cv-11478** | : : : : : | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
### AMENDED SHORT FORM COMPLAINT

Plaintiff, PATRICIA ANN NEWSOME, by and through her undersigned attorneys, and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure hereby respectfully requests leave to file her Amended Short Form Complaint (attached as Exhibit "A"). Plaintiff filed her initial Short Form Complaint on July 2, 2019 (Rec. Doc. 1) naming Sanofi-Aventis, U.S., LLC and doing business as Winthrop U.S., and Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. (collectively "Sanofi"). This was based upon reasonable reliance on medical records provided by Plaintiff's infusion facility showing she was treated with Taxotere. Months thereafter, Plaintiff obtained the National Drug Codes ("NDC's") from Plaintiff's infusion facility identifying Docetaxel labelled by Sandoz, Inc.("Sandoz") and Hospira, Inc.("Hospira") as having been used in Plaintiff's treatment.

Consequently, Plaintiff seeks leave to amend her complaint to name Sandoz, Inc. and Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as appropriate defendants.

This motion also dismisses with prejudice previously named Defendants Sanofi-Aventis, U.S., LLC and doing business as Winthrop U.S., and Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. (collectively "Sanofi").

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A (Rec. Doc. 1682) undersigned counsel emailed liaison defense counsel and individual defense counsel on January 27, 2020 and conferred with counsel for Sanofi and Hospira who agreed in the interest of judicial economy not to oppose the motion for leave to amend, with the understanding and agreement that Sanofi and Hospira reserve the right to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in the lawsuit. More than fourteen (14) days have passed and no notice of opposition has been received by Sandoz.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated: February 13, 2020.               Respectfully submitted,

                              By:    */s/ Mark M. O'Mara*_____
                                     Mark M. O'Mara (FL Bar No. 359701)
                                     Alyssa J. Flood (FL Bar No. 99755)
                                     O'MARA LAW GROUP
                                     221 NE Ivanhoe Blvd., Suite 200
                                     Orlando, FL 32804
                                     Telephone: (407) 898-5151
                                     Facsimile: (407) 898-2468
                                     mark@omaralawgroup.com
                                     alyssa@omaralawgroup.com

                                     *Plaintiff's Counsel for Patricia Newsome*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<em>/s/ Mark M. O'Mara</em>_____

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| PATRICIA ANN NEWSOME,<br><br>    Plaintiff,<br><br>vs.<br><br>SANDOZ, INC. and HOSPIRA, INC.<br>HOSPIRA WORLDWIDE, LLC<br>f/k/a HOSPIRA WORLDWIDE, INC.,<br><br>    Defendants. | : : : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No.: 2:19-cv-11478 |

## AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2018)

Plaintiff incorporates by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendants.

Plaintiff(s) further allege as follows:

1. Plaintiff: **Patricia Ann Newsome**

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium): **N/A**

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    **N/A**

4. Current State of Residence: **Florida**

5. State in which Plaintiff(s) allege(s) injury: **Florida**

6.     Defendants (check all Defendants against whom a Complaint is made):

      a.     Taxotere Brand Name Defendants

            ☐     A.     Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

            ☐     B.     Sanofi-Aventis U.S. LLC

      b.     Other Brand Name Drug Sponsors, Manufacturers, Distributors

            ☒     A.     Sandoz Inc.

            ☐     B.     Accord Healthcare, Inc.

            ☐     C.     McKesson Corporation d/b/a McKesson Packaging

            ☒     D.     Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

            ☒     E.     Hospira, Inc.

            ☐     F.     Sun Pharma Global FZE

            ☐     G.     Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

            ☐     H.     Pfizer Inc.

            ☐     I.     Actavis LLC f/k/a Actavis Inc.

            ☐     J.     Actavis Pharma, Inc.

            ☐     K.     Other:

7.     Basis of Jurisdiction:

            ☒     Diversity of Citizenship

            ☐     Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure)

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

**United States District Court Middle District of Florida, Orlando Division**

9. Brand Product(s) used by Plaintiff (check applicable):

   ☐ A. Taxotere

   ☐ B. Decefrez

   ☒ C. Docetaxel Injection

   ☐ D. Docetaxel Injection Concentrate

   ☐ E. Unknown

   ☐ F. Other: Winthrop

10. First date and last date of use (or approximately date range, if specific dates are unknown) for Products identified in question 9:

    **December 31, 2014 to April 16, 2015**

11. State in which Product(s) identified in question 9 was/were administered:

    **Florida**

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

    **Disfiguring permanent alopecia of the scalp and other body parts beginning in 2015 after treatment with Docetaxel and continuing until present.**

13. Counts in Master Complaint brought by Plaintiff(s):

    ☒ Count I – Strict Products Liability – Failure to Warn

    ☒ Count III – Negligence

    ☒ Count IV – Negligent Misrepresentation

    ☒ Count V – Fraudulent Misrepresentation

    ☒ Count VI – Fraudulent Concealment

    ☒ Count VII – Fraud and Deceit

    ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana Law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Dated: February 13, 2020.	Respectfully submitted,

    By:	*/s/ Mark M. O'Mara*_____
         Mark M. O'Mara (FL Bar No. 359701)
         Alyssa J. Flood (FL Bar No. 99755)
         O'MARA LAW GROUP
         221 NE Ivanhoe Blvd., Suite 200
         Orlando, FL 32804
         Telephone: (407) 898-5151
         Facsimile: (407) 898-2468
         mark@omaralawgroup.com
         alyssa@omaralawgroup.com

         *Plaintiff's Counsel for Patricia Newsome*