UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

On January 9, 2020, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frames set by the Court.

- Mary Carvajal, 2:17-cv-9537
- Angela Lamb, 2:19-cv-2700
- Amie Senghore, 2:19-cv-10851
- Lora Hardin, 2:17-cv-15635
- Tammy Turner, 2:17-cv-15905

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of February, 2020.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE