MINUTE ENTRY
NORTH, M.J.
FEBRUARY 13, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) | MDL NUMBER: 2740 |
| PRODUCTS LIABILITY | |
| LITIGATION | SECTION: "H"(5) |
| | THIS DOCUMENT RELATES TO ALL CASES |

A discovery conference was held on this date in the presence of a Court Reporter (Alexis Vice).

| | | |
|---|---|---|
| PRESENT: | Andrew Lemmon | Harvey Ratliff |
| | Larry Centola | Julie Callsen |
| | Palmer Lambert | Kathleen Kelly |
| | Chris Coffin | John Olinde |
| | | Mara Cusker Gonzalez |
| | | Richmond T. Moore |
| | | Evan Holden |
| | | Kelly Brilleaux |

PARTICIPATING BY PHONE:            Mike Suffern

The Court finds that no additional questioning of Zboril is necessary or appropriate.

The Court ordered the 505(b)(2) Defendants to identify, with seven days, any party or third party that it reasonably expects to suggest to the jury is at fault for failing to update the applicable label(s).

The Court once again declines to extend the general discovery deadline as to the 505(b)(2) Defendants.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR (00:15)