UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Margaret Christiansen, | |
| Plaintiff(s), | |
| vs. | Civil Action No.: 2:18-cv-12034 |
| Hospira, Inc. and Hospira Worldwide LLC, | |
| Defendant(s). | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1] Plaintiff's original Complaint was filed in the Eastern District of Louisiana on November 30, 2018 (*Margaret Christiansen v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al*, Case No. 2:18-cv-12034), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned through the acquisition of additional records from the infusion center that show that Hospira, Inc. and Hospira Worldwide LLC, rather than Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S.

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

Inc.; Sanofi-Aventis U.S. LLC; Sandoz Inc.; Accord Healthcare, Inc.; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. should be named as the Defendant in Plaintiff's Complaint. Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to CMO 12A, Plaintiff has voluntarily dismissed with prejudice Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Sandoz Inc.; Accord Healthcare, Inc.; and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

Respectfully submitted this 14th day of February 2020.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: <u>February 14, 2020</u>

<u>/s/ Rhett A. McSweeney</u>
Rhett A. McSweeney