UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| THIS DOCUMENT RELATES TO: *Mary J. Willis v. Sandoz Inc. et al* C.A. No: 2:17-cv-12001 | | HON. JUDGE JANE TRICHE MILAZZO |
| | | MAG. JUDGE MICHAEL NORTH |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for plaintiff, MARY J. WILLIS, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting GEORGE WILLIS on behalf of his deceased spouse, Mary J. Willis, in the above-captioned cause for the following reasons:

1. On November 7, 2017, Mary J. Willis filed a products liability lawsuit in the above-referenced matter.

2. On June 25, 2018, Mary J. Willis passed away.

3. Plaintiff filed a Suggestion of Death on January 21, 2020.  *See* Doc. No.9097.

4. Mary J. Willis' product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. The decedent's spouse, George Willis is a proper party to substitute for plaintiff-decedent Mary J. Willis and wishes to be substituted on behalf of Mary J. Willis in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: February 14, 2020

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

    DATED: February 14, 2020

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*