U UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 SECTION ""N" (5) HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Mary J. Willis v. Sandoz Inc. et al* *C.A. No: 2:17-cv-12001* | | |

## ORDER GRANTING SUBSTITUTION OF PROPER PARTY

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Plaintiff, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party Plaintiff is GRANTED, and that GEORGE WILLIS, on behalf of his deceased spouse, Mary J. Willis, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2020.

_____
HON. JANE T. MILAZZO
United States District Judge