UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### BASED ON THE STATUTE OF LIMITATIONS

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on the claims of Plaintiff Elizabeth Kahn. For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant Sanofi's Motion because Ms. Kahn's claims are barred by Louisiana's one-year statute of limitations. *See* La. Civ. Code Ann. Art. 3492.

In brief, Ms. Kahn sustained her alleged injury and was aware of its potential relationship to her Taxotere chemotherapy regimen in January 2010. But Ms. Kahn waited more than six years to file suit in December 2016. Like *Francis*, *Johnson*, and *Thibodeaux*, the undisputed material facts establish that Ms. Kahn's claims are barred and no tolling exception applies. *In re Taxotere (Docetaxel) Prods. Liab. Litig.*, No. 16-15607, 2019 WL 2995897, at *1 (E.D. La. July 9, 2019); Rec. Doc. 9110. Accordingly, Sanofi prays that this Court hold Ms. Kahn's claims are barred by Louisiana's one-year statute of limitations and enter summary judgment in Sanofi's favor.

Date: February 14, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY& BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*

2