UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIALS FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS GROUNDS AGAINST PLAINTIFF ELIZABETH KAHN**

Sanofi hereby submits this Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment, pursuant to Local Rule 56.1:

1. Elizabeth Kahn is a 62-year-old white woman living in Louisiana. *See* Ex. A, Plaintiff's Third Amended Plaintiff Fact Sheet ("PFS") § I.10–20.

2. Twelve years ago, on April 11, 2008, Ms. Kahn was diagnosed with breast cancer at the age of 50. Ex. A, PFS §§ I.15, V.5.

3. Ms. Kahn agreed to participate in NSABP B-40, an experimental chemotherapy clinical trial. Ex. B, December 7, 2017 Kahn Dep. 185:15–186:14.

4. Before starting, Ms. Kahn received the clinical trial's Consent Form, which identified "hair loss" as the first and most common side effect of five of the drugs used in the study: capecitabine (Xeloda), doxorubicin (Adriamycin), cyclophosphamide (Cytoxan), docetaxel (Taxotere), and gemcitabine (Gemzar). Ex. C, Consent Form 1666–71.

5. The Consent Form explained that "[m]any side effects go away soon after you stop taking your study drugs[,]" however, "[i]n some cases, side effects may be very serious, long-lasting, or may never go away." *Id.* at 1665.

6. Ms. Kahn's oncologist, Dr. Carl Kardinal, and clinical trial nurse, Ms. Shevonda Thomas, went over each page of the Consent Form with Ms. Kahn; Ms. Kahn had the opportunity to read each page; and she signed each page on May 14, 2008. Ex. B, December 7, 2017 Kahn Dep. 189:15–190:23; Ex. C, Consent Form 1681.

7. Ms. Kahn began her first round of chemotherapy on May 29, 2008. This included a combination of Taxotere, Xeloda, and Avastin, and was completed on July 31, 2008. Ex. L, Infusion Pharmacy Ochsner Health System 41–42; Ex. M, NSABP 63–64; Ex. D, Ochsner Health System 1006–07.

8. Ms. Kahn lost her hair during her first round of chemotherapy in June 2008. Ex. E, January 31, 2018 Kahn Dep. 13:15–24.

9. Ms. Kahn also allegedly lost her eyebrows and eyelashes. Ex. B, December 7, 2017 Kahn Dep. 46:15–23, 49:9–15.

10. Ms. Kahn expected to lose her hair, and she expected it to regrow sometime after chemotherapy. *Id.* at 217:10–218:16.

11. When her hair did fall out, Ms. Kahn specifically attributed her hair loss to Taxotere. *Id.* at 228:23–229:10.

12. After her first round of chemotherapy, Ms. Kahn received Adriamycin, Cytoxan, and Avastin for two cycles; the first on August 21, 2008 and the second on September 11, 2008. Ex. F, Infusion Pharmacy Ochsner Health System 33–34, 31–32; Ochsner Health System 1037–1039.

13. Ms. Kahn then received Adriamycin and Cytoxan for two cycles—on October 2, 2008, and October 23, 2008. Ex. G, Infusion Pharmacy Ochsner Health System 29–30, 27–28.

14. Finally, Ms. Kahn received Avastin for 10 cycles, which she completed on July 16, 2009. Ex. H, Infusion Pharmacy Ochsner Health System 25–26, 52; 23–24, 51; 21–22, 50; 19–20, 49; 17–18, 48; 15–16, 47; 13–14, 46; 11–12, 45; 9–10, 44; 7–8, 43.

15. Around April 2009 – while she was in the middle of her chemotherapy treatment – Ms. Kahn attended her annual wellness exam with her gynecologist, Dr. Margaret Roberie. *See* Ex. B, December 7, 2017 Kahn Dep. 257:14–258:5, 270:24; Ex. N, Ochsner Health System 1257–1258; PFS § I.15.

16. Ms. Kahn testified that she allegedly asked Dr. Roberie about when hair would grow back fully. Ex. B, December 7, 2017 Kahn Dep. 257:14–258:5, 270:24.

17. Although Dr. Roberie purportedly told Ms. Kahn that age could affect the thinness of Ms. Kahn's hair, Ms. Kahn dismissed the notion. *Id.* at 258:1–5.

18. Ms. Kahn attended a routine follow-up appointment with Dr. Zoe Larned four months after finishing chemotherapy. Ex. B, December 7, 2017 Kahn Dep. 255:5–24; Ex. E, January 31, 2018 Kahn Dep. 49:5–52:2.

19. Ms. Kahn allegedly asked when her hair would grow back. But Dr. Larned did not give Ms. Kahn a definitive answer. Ex. B, December 7, 2017 Kahn Dep. 255:17–24.

20. After these meeting – meetings that occurred either during or within six months of chemotherapy – Ms. Kahn never sought treatment for her hair. *Id.* at 318:4–24.

21. Ms. Kahn believed that her hair would grow back fully after chemotherapy. *Id.* at 218:23–219:6, 231:4–6.

22. Although Ms. Kahn experienced some hair regrowth, she testified that the thickness was not the same as before. *Id.* at 45:12–46:5.

23. Ms. Kahn also testified that, after chemotherapy, her eyebrows allegedly have never grown back and that, as such, she has drawn on her eyebrows every morning for more than a decade. *See id.* at 46:15–23.

24. Ms. Kahn also purports to have lost her eyelashes, and, in 10 years, only a few have grown back. *Id.* at 49:9–15.

25. Between January 16, 2010, to January 16, 2011, Ms. Kahn met with Dr. Larned every three months for follow-up appointments per NCCN guidelines. Medical records indicate that Ms. Kahn noted thinning hair loss to Dr. Larned several times. Ex. I, Ochsner Health System 1334–35, 1363–64, 1385–86, 1406; Ex. J, February 22, 2018 Larned Dep. 78:24–79:11, 79:22–80:4, 80:13–20.

26. Ms. Kahn, however, never asked Dr. Larned about the potential cause of her hair thinning, the likelihood of regrowth, or whether something was wrong. Ex. J, February 21, 2018 Larned Dep. 82:24–83:25.

27. Ms. Kahn did not investigate her claim until 2016, after her friend told Ms. Kahn about television advertisements for a lawsuit against Sanofi, which alleged Taxotere users had suffered permanent hair loss. Ex. B, December 7, 2017 Kahn Dep. 22:8–25:16.

28. Ms. Kahn did not file her lawsuit until December 9, 2016. Ex. A, PFS § I.4.

29. Ms. Kahn's Complaint alleges that she developed permanent alopecia, which she defines as "an absence of or incomplete hair regrowth six months beyond the completion of chemotherapy." Second Amended Master Complaint ("AMC") (Rec. Doc. 4407) ¶ 181; Ex. K, Kahn Am. Short Form Compl. 1.

30. Per her own definition of her injury, Ms. Kahn began suffering permanent alopecia in **January 2010**, six months after completing chemotherapy in July 2009. *See* AMC ¶ 181.

Date: February 14, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY& BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

5