# EXHIBIT B

Page 1

1              UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4

5    * * * * * * * * * * * * * * * * * * * * * *
                                    *
6    ELIZABETH KAHN,                *   CASE NO.
              Plaintiffs            *   2:16-CV-17039
7                                   *
                                    *
8    VERSUS                         *
                                    *
9                                   *
     SANOFI S.A., ET AL          *
10            Defendants            *
                                    *
11   * * * * * * * * * * * * * * * * * * * * * *
12
13
14
15
16
17
18     Job No. NJ2756392
19
20              Deposition of ELIZABETH SARA
21   KAHN, taken on Thursday, December 7, 2017,
22   commencing at 8:34 a.m., at the law offices
23   of Pendley, Baudin & Coffin, 1515 Poydras
24   Street, Suite 1400, New Orleans, Louisiana
25   70112.

                                        Page 22

1    signed and completed.  Right?  I mean, that's

2    -- I just -- I know when I signed with my

3    lawyers.

4         Q.   Okay.  Let's start there.

5         A.   Okay.

6         Q.   When did you sign with your lawyers?

7         A.   November 2016.

8         Q.   When did you decide that you wanted

9    to sue Sanofi?

10        A.   Well, I didn't even know -- I didn't

11   know the lawsuit existed.  It was sometime

12   during the summer or fall of 2016.  I don't

13   remember exactly the date.

14             I was talking to a very old friend of

15   mine, and she was very hesitant, but told me,

16   Have you seen the ads on TV, that there are

17   lawsuits being held against the drug company

18   that makes Taxotere, and that the suits were

19   because of permanent hair loss.

20             And so I immediately went home and

21   went to look at my list of drugs that I took

22   during chemotherapy, and lo and behold, I had

23   taken Taxotere.  So then both my husband and

24   I started to read up on the computer, to see

25   what was going on, and that's when we

Page 23

```
 1   contacted our lawyers.
 2        Q.   Okay.   I'm going to --
 3        A.   Or decide to contact the lawyers.
 4        Q.   Okay.   I'm going to break that down
 5   into a few pieces.
 6        A.   Okay.
 7        Q.   You said that in the summer or fall
 8   of 2016, a friend spoke to you about ads.
 9        A.   Uh-huh (affirmative).
10        Q.   What friend was that?
11        A.   My friend Leslie McDermott.
12        Q.   And I don't want you to guess, but is
13   there any way that you can narrow down the
14   time frame more than summer --
15        A.   Okay.
16        Q.   -- or fall of '16?
17        A.   Yes.   Because she lives on the North
18   Shore, which is an hour away from here.   So
19   generally, it was probably -- it was sometime
20   in the summer, but it wouldn't have been any
21   later probably than Labor Day.   So it
22   wouldn't have been -- it probably wasn't
23   after mid-September of 2016.   But I can't
24   give you a definitive date.   It was probably
25   sometime between July and September.
```

Page 24

1       Q.   It was after school was out?

2       A.   Right, school was out.

3       Q.   You work in a school.

4       A.   Right.

5       Q.   Forgive me.

6            It was sometime after your school

7    year had ended, but before it had started

8    back up?

9       A.   Well, we start in August, so

10   probably.  But as I said, I don't remember

11   the exact date.

12      Q.   So you believe you spoke to her

13   between July and mid-September 2016.

14      A.   Uh-huh (affirmative).

15      Q.   Is that a yes?

16      A.   Yes.  I'm sorry.  Yes, that's a yes.

17      Q.   Okay.  And I want you to tell me

18   exactly what she told you.

19           MR. COFFIN:

20               Object to the form.

21           THE WITNESS:

22               She said, I know that you're not

23   watching network TV -- we had just gotten

24   Hulu and Netflix and weren't watching any ---

25   but have you seen these ads?  And then she

Page 25

1  told me about what the ad said.

2  EXAMINATION BY MS. BIERI:

3      Q.   And had you -- let me back you up one

4  second.  Had you seen any ads for Taxotere --

5      A.   No.

6      Q.   -- prior to speaking to

7  Ms. McDermott?

8      A.   No, did not.

9      Q.   And did she tell you who had put the

10  ad out, who was running the ad?

11      A.   No, she did not.  She just said they

12  were -- she saw them.

13      Q.   But an ad for litigation involving

14  Taxotere.

15      A.   Yes.  It was an ad for litigation,

16  yes.

17      Q.   And after you spoke to her, you said

18  you and your husband started to read up on

19  the computer.  Is that right?

20      A.   Uh-huh (affirmative).

21      Q.   Tell me what you searched and what

22  sites you looked at.

23      A.   This is over a year ago.  I don't

24  remember what sites.  We just -- we'd go to

25  Google and type up -- you know, usually, the

Page 45

1    refer to the actual question.

2            MS. BIERI:

3                 Absolutely.

4                 We are looking on Page 15, and

5    it's a little past midway down on the page --

6            THE WITNESS:

7                 Uh-huh (affirmative).  Right

8    here.

9                 I'll address each point.

10   EXAMINATION BY MS. BIERI:

11       Q.  Sure.

12       A.  The texture of my hair is the same as

13   it was pre-chemo.  The color of my hair is

14   the same as it was pre-chemo.  The thickness

15   is the point -- the individual hair, but in

16   terms of thickness in covering my head, it is

17   not the same.

18       Q.  Okay.  So when --

19       A.   It depends what you talk about -- you

20   know, what you clarify as thickness.  Like,

21   the individual hair, or the hairs on your

22   head.

23       Q.  Okay.  So you're saying, the

24   thickness of each individual strand hasn't

25   changed, but you believe the overall

Page 46

```
 1   thickness of your hair covering is thinner
 2   now; is that accurate?
 3         I do not want to put any words in
 4   your mouth.
 5        A.  Yes.
 6        Q.  I'm just trying to get a picture.
 7        A.  The individual hairs are not more
 8   thick or less thick, but the overall
 9   thickness of the -- over the course of my
10   head is not what it was before chemo.
11        Q.  Okay.  In terms of -- while we're on
12   this page, I might as well --
13        A.  Okay.
14        Q.  -- ask you a few more questions.
15   You've checked yes for permanent or
16   persistent loss of eyebrows?
17        A.  I have no eyebrows.  I draw my
18   eyebrows on every morning.
19        Q.  How long have you been using an
20   eyebrow pencil?
21        A.  I lost my eyebrows during chemo
22   treatment, and I haven't had eyebrows since
23   chemo.
24        Q.  Do you have any hair -- any eyebrow
25   hair at all?
```

Page 49

1      A.   There's been no change.

2      Q.   There's been no change --

3      A.   No.

4      Q.   -- at all.

5      A.   No.

6      Q.   You also indicate permanent or

7    persistent loss of eyelashes.

8      A.   Yes.

9      Q.   Did your eyelashes fall out during

10   chemotherapy?

11     A.   Yes, my eyelashes fell out.

12     Q.   Did you ever regrow any eyelashes?

13     A.   I have a few eyelashes, yes.  Some

14   eyelashes grew back, but not to the degree

15   that they were before chemo.

16     Q.   You checked no to permanent or

17   persistent loss of nasal hair.  You're not

18   claiming that in this litigation, correct?

19     A.   Right.  Yes.

20     Q.   You're not claiming loss of ear hair,

21   correct?

22     A.   Correct.

23     Q.   You didn't check a box next to body

24   hair or genital hair.  Are you claiming --

25     A.   Oh.

Page 185

1    me.

2         Q.  And what things were said to

3    determine whether it was the best course for

4    you?  What did you guys discuss to make that

5    determination?

6         A.  I don't remember.

7         Q.  Did you think there were any risks to

8    the clinical trial?  Did you discuss any

9    risks with your husband?

10            MR. COFFIN:

11               Object to the form.

12            THE WITNESS:

13               And what do you mean by risks?

14   EXAMINATION BY MS. BIERI:

15        Q.  Risks.  Did you think that there were

16   risks to the clinical trial?

17        A.  No.  And that's why we decided.

18   There weren't specific risks that make it

19   more risky than any other chemo, any other

20   treatment of chemo -- with the chemotherapy.

21        Q.  At some point, you go back in to see

22   Doctor -- to Dr. Kardinal's office, right?

23        A.  Uh-huh (affirmative).  Yes.

24        Q.  And you ultimately decided to follow

25   his recommendation, that being in the

Page 186

1    clinical trial, B-40 --

2         A.   Right.

3         Q.   -- was the best course of treatment

4    for you, correct?

5         A.   Yes.

6         Q.   Okay.  Was the next time you went

7    into his office, May 14th of 2008?

8         A.   I'd have to see my -- I don't

9    remember.  I'd have to see my medical record,

10   to see if that's the date that I went in.

11        Q.   Okay.  At some point, you go in after

12   you decided that you want to participate in

13   the clinical trial, correct?

14        A.   Correct.

15        Q.   What does that next appointment look

16   like?

17        A.   I can't remember exactly, but that

18   may have been the next appointment -- we said

19   we were going to do the clinical trial, and I

20   met the clinical trial nurse for the first

21   time, but I can't be positive if that was

22   that appointment.

23        Q.   You can't be positive what was what

24   appointment?  I'm sorry.

25        A.   That I met the clinical trial nurse

Page 189

1    plenty of questions.  All questions answered

2    to both patient and husband's satisfaction.

3    Both verbalized understanding.  Patient and

4    husband given time alone to discuss her

5    possible participation.  Patient states she

6    is interested in participating in the trial.

7          Did I read that right?

8          A.  Yes, you did.

9          Q.  So you think that in addition to

10   getting the clinical trial consent form -- in

11   addition to that, someone also went over the

12   risks and the benefits of the trial with you

13   verbally?

14         A.  Yes.  Yes, they did.

15         Q.  Okay.  But you got this form that --

16   forgive me.  Let's mark it.  I'm going to

17   hand you what's been marked as Exhibit 8.

18         A.  Okay.

19         Q.  There you go.  Do you recognize this

20   document?

21         A.  Yes, I do.

22         Q.  What is it?

23         A.  It's the document that they gave me

24   to explain about the clinical trial.

25         Q.  Let's look at Page 1681.  Is that

1    your -- oh.  Let me know when you're there.

2         A.  Uh-huh (affirmative).

3         Q.  Is your signature on Page 1681?

4         A.  Yes, that's my --

5         Q.  And what does your signature

6    evidence?

7         A.  What do you mean?

8         Q.  Does it evidence your intent to

9    participate in the clinical trial?

10         A.  Yes.

11         Q.  Okay.  Now, aside from the last page,

12    which you also signed, are your initials on

13    the bottom of every other page?

14         A.  Yes, they are.

15         Q.  And does that mean that you read

16    those pages of the consent?

17         A.  Yes.  And that my doctor and the

18    nurse went over each page with me.  And they

19    went over each page, and then I would sign.

20         Q.  So you had the opportunity to read

21    it, then they would talk about it, and then

22    you would sign it; is that correct?

23         A.  Yes.

24         Q.  Okay.  So let's talk about the

25    purpose of the study.  I think you talked a

Page 217

1   document say temporary hair loss?

2       A.   It doesn't say either way.

3       Q.   Does the document say temporary hair

4   loss?

5            MR. COFFIN:

6                 Object to the form.

7            THE WITNESS:

8                 It says hair loss.

9   EXAMINATION BY MS. BIERI:

10      Q.   Okay.  So you went in -- even before

11  you talked to your oncologist or your

12  oncology nurse about chemotherapy, did you

13  have an expectation that you would have

14  temporary hair loss with chemotherapy?

15      A.   Yes.

16      Q.   And what was that based on?

17      A.   The people that I've known that had

18  chemotherapy lost their hair.

19      Q.   Okay.  Did you have an expectation

20  about when the hair loss would start in

21  chemotherapy?

22      A.   It's written somewhere in my -- in

23  some of the documents.  I think, if you look

24  in that notebook, it talks -- the binder.

25  There's a general description of side

Page 218

1    effects, and it explains the time frame of
2    when you start chemotherapy and when you
3    would probably start losing your hair.
4         Q.   And in fact, you had procured some
5    head coverings -- scarves or hats, even
6    before you started chemotherapy, correct?
7         A.   Yes.
8         Q.   Did you borrow them from your sister?
9         A.   Some.
10        Q.   Okay.  So you expected that you would
11   have hair loss starting in chemotherapy.
12   When did you expect your hair would grow
13   back?
14        A.   Well, chemotherapy had to be
15   finished, and then I didn't know how soon it
16   would grow back.
17        Q.   Did you think it would grow back
18   within days of stopping chemotherapy?
19        A.   I have no clue.  And I don't remember
20   talking with my doctor specifically about
21   when it would start growing back at -- when I
22   finished.
23        Q.   Did you expect that your hair would
24   fully regrow and be the same as it was before
25   chemotherapy?

Page 219

1      A.   I thought I would have a full head of

2   hair when it grew back.

3      Q.   Did you think it would be the same as

4   it was before chemotherapy?

5      A.   I thought eventually, it would be the

6   same.

7      Q.   How long did you think it would take

8   for your hair -- the hair on your head, to

9   fully regrow and be the same as it was before

10  chemo?

11          MR. COFFIN:

12              Object to the form.

13          THE WITNESS:

14              I didn't know how long it was

15  going to be.  I just knew that once I

16  finished chemotherapy, it should start

17  growing back, but I had no clue how quick it

18  would grow.

19  EXAMINATION BY MS. BIERI:

20      Q.   Did you think it would be fully

21  regrown by three months?

22          MR. COFFIN:

23              Object to the form.

24          THE WITNESS:

25              I didn't know.

Page 220

1    EXAMINATION BY MS. BIERI:

2        Q.   Did you think it would be fully

3    regrown by six months?

4             MR. COFFIN:

5                  Object to the form.

6             THE WITNESS:

7                  I never experienced baldness

8    before, so I really had no clue.

9    EXAMINATION BY MS. BIERI:

10       Q.   Did you think it would be fully

11   regrown by a year?

12            MR. COFFIN:

13                 Object to the form.

14            THE WITNESS:

15                 I didn't know.

16   EXAMINATION BY MS. BIERI:

17       Q.   Did you think it would be fully

18   regrown by two years?

19            MR. COFFIN:

20                 Object to the form.

21            THE WITNESS:

22                 I was always hopeful that all my

23   hair would grow back.

24   EXAMINATION BY MS. BIERI:

25       Q.   I'm talking about your expectation

1      Q.   And also, you had radiation, right?

2      A.   Correct.

3      Q.   And you were put on tamoxifen.

4      A.   Yes.  Once everything was over, yes.

5      Q.   Is that right, or were you put on

6   tamoxifen before the Avastin was over?

7      A.   It was in the middle of the Avastin,

8   I think.

9      Q.   Probably April of 2009, when you were

10   put on the --

11      A.   Right.  And I had not finished the

12   Avastin yet.  Right.  Correct.

13      Q.   Okay.  So in phase one of the

14   chemotherapy, you got Taxotere, Avastin, and

15   Xeloda, correct?

16      A.   Correct.

17      Q.   Okay.  So when you lost your hair,

18   you were taking Taxotere, Avastin, and

19   Xeloda.

20      A.   Correct.

21      Q.   Only.

22      A.   Correct.

23      Q.   When you lost your hair -- at the

24   time you lost your hair, what did you

25   attribute it to?

Page 229

1      A.   The chemotherapy drugs that I was

2  taking.

3      Q.   Any specific chemotherapy drug?

4      A.   Well, I knew that one of the side

5  effects of Taxotere was temporary hair loss.

6      Q.   And did you think it could have been

7  due to the Xeloda or to the Avastin, or did

8  you specifically attribute it to the

9  Taxotere?

10      A.   To the Taxotere.

11      Q.   Okay.  All right.  So, at the moment

12  you lost your hair -- started losing your

13  hair, did you have an expectation at that

14  point about when your hair would grow back?

15      A.   No.  I knew I had to finish the toxic

16  chemo before I'd see any regrowth of hair.

17      Q.   And by that, do you mean phase one,

18  phase two, phase three?

19      A.   The first two phases.

20      Q.   You didn't expect any hair regrowth

21  until the end of phase two.

22      A.   Correct.

23      Q.   Okay.  How long after the end of

24  phase two did you think your hair would -- it

25  would take your hair to grow back?

Page 231

1    EXAMINATION BY MS. BIERI:

2        Q.   But you did expect it to come back.

3        A.   I was told it was going to come back.

4        Q.   Did you expect it to come back?

5        A.   Since the doctors told me it would

6    come back, I expected it to come back.

7        Q.   So expected it to come back, but no

8    expectation at all about when it would come

9    back; is that right?

10       A.   Timeline, I had no clue.

11       Q.   You wouldn't be disappointed if it

12   took five years for it to come back?

13           MR. COFFIN:

14               Object to the form.

15           THE WITNESS:

16               Well, waiting that long would be

17   a disappointment.  But if it grew back in six

18   years or not at all, I would have been happy

19   with it taking that long.

20   EXAMINATION BY MS. BIERI:

21       Q.   20 years?

22       A.   It's been ten.

23       Q.   20 years?

24       A.   I would hope not, but if it came back

25   tomorrow, I would be thrilled.

Page 255

1   temporary?

2       A.   Dr. Kardinal told me my hair loss

3   would be temporary; Dr. Larned told me my

4   hair loss would be temporary.

5       Q.   Did you ever discuss with your

6   doctors when you could expect your hair to

7   regrow?

8       A.   At some point in '09, and I don't

9   know when, when I went to see Dr. Larned, I

10  asked her, when will my hair -- or it may

11  have been 2010.  I don't know the exact

12  appointment I had with her.  But I did talk

13  to her about when would my hair grow back.

14      Q.   You asked her that question, When

15  will my hair grow back?

16      A.   Yes.

17      Q.   And -- or did you ask it a different

18  way?  I want to understand what you said to

19  her.

20      A.   When will my hair grow back.

21      Q.   And what was her response?

22      A.   She had none.  She couldn't explain.

23  She couldn't give me a date.  She couldn't

24  explain.

25      Q.   Do you remember any of the words she

Page 257

1      A.  I didn't know.  And Dr. Larned was
2  one of the doctors that I saw frequently.  I
3  think I saw her every three months for a
4  while.  So I talked to her because she's the
5  one that I would see all the time.
6      Q.  Did Dr. Larned recommend that you do
7  anything with regard to your hair loss?
8      A.  No.  She had no suggestions.
9      Q.  Have you ever -- through today's
10  date, have you ever talked to any health care
11  provider about whether Taxotere caused or
12  contributed to your hair thinning?
13      A.  No.
14      Q.  Have you ever asked any health care
15  provider why they thought your hair is
16  thinner than it was before chemotherapy?
17      A.  I talked once to my gynecologist, and
18  her comments were back -- her comment to me
19  was, Well, as you age, your hair gets
20  thinner.
21      Q.  And which gynecologist was this?
22      A.  Dr. Roberie.
23      Q.  So have you considered whether the
24  current condition of your hair is affected by
25  the aging process?

Page 258

1      A.  I was 50 at the time, and most

2   50-year-old's hair do not thin.  You know,

3   80, maybe, but not 50.  So when she told me

4   that, I was a little taken aback, but -- so I

5   dropped it.

6      Q.  Are you aware that there are hundreds

7   of different causes of hair loss?

8           MR. COFFIN:

9               Object to the form.

10          THE WITNESS:

11              You mean besides chemotherapy?

12  EXAMINATION BY MS. BIERI:

13     Q.  Uh-huh (affirmative).

14     A.  Yes.

15     Q.  Do you know that it is -- do you know

16  that determining the cause of hair loss is

17  important to determining the right treatment?

18          MR. COFFIN:

19              Object to the form.

20          THE WITNESS:

21              I mean, I hadn't thought about

22  that, so I was not --

23  EXAMINATION BY MS. BIERI:

24     Q.  So you were not aware of that.

25     A.  Not particularly, no.

```
                                        Page 270

 1        A.   Well, probably.  But I don't --
 2   what --
 3        Q.   No.  Let's stop.
 4             Do you agree that you had your last
 5   period in March of 2008?
 6        A.   Yes.
 7        Q.   Were you diagnosed by -- to your
 8   knowledge, were you diagnosed by anyone as
 9   menopausal in 2008?
10        A.   No.  My gynecologist says it's a year
11   without any periods before we will diagnose
12   menopause.
13        Q.   Okay.  So do you believe you were in
14   menopause in March of 2009?
15        A.   Yes.
16        Q.   A year without a period, correct?
17        A.   Right.
18        Q.   Okay.  Are you aware that 40 to 50
19   percent of women have hair thinning issues
20   after menopause?
21             MR. COFFIN:
22                  Object to the form.
23             THE WITNESS:
24                  My gynecologist, when I talked to
25   her about, when would my hair fully grow
```

Page 318

1   about, but no.  I mean, I have to say no,

2   because I don't know what you're talking

3   about.  So I imagine my answer would be no.

4       Q.  Okay.  At any point, have you sought

5   treatment of any kind to address the

6   condition of your hair that you are

7   complaining about?

8       A.  No.

9       Q.  Why not?

10      A.  Because when I talked to my doctors,

11  they didn't say anything that it was about --

12  that it was -- they didn't give me an option

13  to -- I don't know how to say it.  They

14  didn't suggest that there was anything to

15  treat -- a way to treat my hair.

16      Q.  Who didn't suggest that?

17      A.  Dr. Larned or Dr. Roberie.

18      Q.  And you didn't ask the question.

19      A.  I only talked to them about when

20  would -- would my hair grow out fully.  And

21  that's what we talked about.

22      Q.  So you didn't say, Is there any

23  treatment option I can attempt?

24      A.  No.

25      Q.  Okay.  I'm going to hand you what