# EXHIBIT C

LA
NSABP B-40
Protocol Version: 02/15/2008



IRB APPROVED: 4/29/2008

*Kahn, Elizabeth*

*5/14/2008*

## OCHSNER CLINIC FOUNDATION
## RESEARCH INFORMED CONSENT

**A Randomized Phase III Trial of Neoadjuvant Therapy in Patients with
Palpable and Operable Breast Cancer Evaluating the Effect on Pathologic Complete
Response (pCR) of Adding Capecitabine or Gemcitabine to Docetaxel when Administered
Before AC with or without Bevacizumab and Correlative Science Studies Attempting to
Identify Predictors of High Likelihood for pCR with Each of the Regimens**

### National Surgical Adjuvant Breast and Bowel Project

**Sponsor Protocol #: NSABP B-40**                    **IRB #:** ▊▊▊

**Principal Investigator:** Carl G. Kardinal, M.D.

**Sub-Investigators:** John Cole, MD, Archie Brown, MD, Jyotsna Fuloria, MD, Zoë Larned,
MD, Joseph Phillips, DO, Chris Theodossiou, MD, B. Jay Brooks, MD, Ruben Fabrega, MD,
Mary Stringfellow, MD, Harry McGaw, MD, Raul Doria, MD, Robert Gamble, MD

Are you in any other research studies? Yes _____ No *GK*
                                             (please initial your response)

You have been invited to participate in a research study. The doctors and staff at Ochsner study
the nature of disease and attempt to improve methods of diagnosis and treatment; this is called
clinical research. Understanding this study's risks and benefits will allow you to make an
informed judgment about whether to be part of it; this process is called informed consent.

Your study doctor will explain the clinical trial to you. Clinical trials include only people who
choose to take part. Please take your time to make your decision about taking part. You may
discuss your decision with your friends and family. You can also discuss it with your health care
team. If you have any questions, you can ask your study doctor for more information.

This consent form may contain words that you do not understand. Please ask the study doctor or
the study staff to explain any words or information that you do not clearly understand. You may
take home an unsigned copy of this consent form to think about or discuss with family and
friends before making your decision.

### PURPOSE

This is a clinical trial, a type of research study. You are being asked to take part in this study
because you have breast cancer and you have not yet had surgery to remove the tumor. Your
study doctor will explain the clinical trial to you. Clinical trials include only people who choose

Preparation Date: 12/12/2006          Page 1 of 26          Patient Initials: *Cle*
Revisions: 04/21/2008

FAXED MAY 21 2008

KAHN, ELIZABETH   ▊▊▊▊▊   Encounter: L-181360620080514 DOS: 5/14/2008

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

to take part. Please take your time to make your decision about taking part. You may discuss your decision with your friends and family. You can also discuss it with your health care team. If you have any questions, you can ask your study doctor for more explanation.

### Who is conducting the study?

The National Surgical Adjuvant Breast and Bowel Project (NSABP) are conducting this study. The Ochsner Clinic Foundation is conducting this study locally.

### Why is this research study being done?

This study is being done for a number of reasons.

- One of the main purposes of the study is to learn how breast cancer tumors such as yours respond to several different chemotherapy combinations. Three of the chemotherapy drugs used in this study are docetaxel followed by the combination of doxorubicin and cyclophosphamide (AC), a standard treatment for breast cancer. This study will add the drug capecitabine and the drug gemcitabine to docetaxel to see if either drug improves the effectiveness of the standard drugs at killing all of the tumor cells in the breast and nearby lymph nodes.

  Capecitabine and gemcitabine are both used to treat breast cancer that has spread beyond the breast and nearby lymph nodes, so we expect they will also be effective in treating patients with earlier stage cancer like yours. Capecitabine and gemcitabine are considered investigational because they are still being researched and have not yet received approval from the Food and Drug Administration (FDA) for use in treating early stage breast cancer.

- A second main purpose of the study is to learn how breast cancer tumors like yours respond when the drug bevacizumab is added to the combinations of chemotherapy in this study. Bevacizumab is considered investigational because it is still being researched and has not yet received approval from the FDA for use in treating breast cancer.

  Bevacizumab is an "angiogenesis inhibitor." Angiogenesis inhibitors and chemotherapy work in different ways. Bevacizumab keeps the tumor from being able to make new blood vessels. Without new blood vessels, the growth of the tumor is slowed. Chemotherapy drugs kill cancer cells more directly.

- Another purpose of the study is to learn more about the side effects of the combinations of drugs used in this study. Included in what we will learn about side effects will be whether or not adding bevacizumab to chemotherapy for breast cancer will affect the heart. We will also learn if receiving bevacizumab has any effect on how patients recover from breast surgery.

- Another reason for doing this study is that tumor tissue collected before treatment starts will make it possible to do special tests, which should provide researchers at the NSABP with information about how tumors like yours respond to chemotherapy. Researchers hope to determine if results of specialized tests on tumor tissue can predict which tumors will be completely killed by the drug combinations used in this study.

FAXED MAY 21 2008

KAHN, ELIZABETH          Encounter: L-181360620080514 DOS: 5/14/2008

1018- KAHN, ELIZABETH- Ochsner Health System  01657

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

### How many people will take part in the study?

About 1200 women will take part in the study.

### What will happen if I take part in this research study?

*Before you begin the study*: You will need to have the following exams, tests, and procedures to find out if you can be in the study. These exams, tests, and procedures are part of regular cancer care and may be done even if you do not join this study. If you have had some of them recently, they may not need to be repeated. This will be up to your study doctor.

- medical history and physical exam
- blood tests, including a pregnancy test for women of childbearing potential
- chest x-ray or chest CT scan
- breast examination to measure the tumor
- mammogram
- MUGA or echocardiogram (to see how well your heart pumps blood)
- EKG (electrocardiogram)
- bone scan, bone x-rays, or bone tests (only if you have bone pain or your blood tests show an increase in a bone-related protein)
- CT scan of the liver (only if your blood tests show abnormal liver function)
- ultrasound of the breast and underarm area, if your doctor thinks you need this

You will also need the following tests and procedure that are not part of regular cancer care and are being done for the purpose of this study.

- additional breast tumor biopsy to collect tissue for research purposes
- urine test (Because bevacizumab may cause some patients to have abnormal amounts of protein in the urine, a urine sample will be collected before you join the study.)

*During the study*: If the exams, tests and procedures show that you can be in the study and you choose to take part, then you will be "randomized" into one of the six treatment groups. Randomization means that you are put into a group by chance. A computer program will place you in one of the groups. Neither you nor your doctor can choose the group you will be in. You will have an equal chance of being placed in one of the six groups.

After you have joined the study, you will begin your study therapy. You will receive your drugs on a schedule specific to your group. This schedule will be repeated every 21 days. This 21-day period is known as a *cycle*. The treatment drugs and schedules are as follows:

Preparation Date: 12/12/2006          Page 3 of 26          Patient Initials: ͡ΙΚ
Revisions: 04/21/2008

FAXED MAY 21 2008

KAHN, ELIZABETH          ▮▮▮▮▮          Encounter: L-181360620080514 DOS: 5/14/2008

1018- KAHN, ELIZABETH- Ochsner Health System  01658

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

### Study therapy before surgery for patients randomized to Groups 1A, 2A, or 3A:

**Group 1A**

*Part 1:* You will receive docetaxel through a vein once every 21 days for 4 cycles. Each treatment will take about 1½ hours. The day before and in the morning on the day you receive docetaxel you will take another drug called dexamethasone. Dexamethasone is a drug you take by mouth to help prevent some of the side effects of docetaxel. Also, starting the day after you receive docetaxel, you will need to receive another drug, either pegfilgrastim (Neulasta®) or filgrastim (Neupogen®). These drugs help to prevent low white blood cell counts that may lead to infection. These drugs are given as a shot under your skin. Your doctor or his/her staff may give you this shot or may teach you to give yourself this shot, or they can teach a friend or relative to give the shot to you. The shot may be given on 1 or more days, depending on which drug your doctor decides is best for you. Some patients experience bone pain with these drugs. If this happens, let your doctor know about it.

*Part 2:* After you have received docetaxel for 4 cycles, you will then receive doxorubicin and cyclophosphamide (AC) through a vein once every 21 days for 4 cycles. Each treatment will take about 1 hour.

**Group 2A**

*Part 1:* You will receive docetaxel through a vein once every 21 days for 4 cycles. Each treatment will take about 1½ hours. The day before and in the morning on the day you receive docetaxel you will take another drug called dexamethasone. Dexamethasone is a drug you take by mouth to help prevent some of the side effects of docetaxel. You will also take capecitabine pills, twice a day, for 14 days starting on the day you receive docetaxel. Your doctor may ask you to write in a diary or on a calendar each dose of capecitabine that you take. You will then have 7 days without capecitabine before starting the next cycle.

*Part 2:* After you have received docetaxel and capecitabine for 4 cycles, you will then receive doxorubicin and cyclophosphamide (AC) through a vein once every 21 days for 4 cycles. Each treatment will take about 1 hour.

**Group 3A**

*Part 1:* On the first day of each cycle, you will receive docetaxel and gemcitabine through a vein. You will also receive gemcitabine a week after the first dose of each cycle. You will receive this therapy once every 21 days for 4 cycles. The day before and in the morning on the day you receive docetaxel, you will take another drug called dexamethasone. Dexamethasone is a drug you take by mouth to help prevent some of the side effects of docetaxel. Each treatment will take about 2 hours on Day 1. Treatment will take about ½ hour when you receive gemcitabine alone.

*Part 2:* After you have received docetaxel and gemcitabine for 4 cycles, you will then receive doxorubicin and cyclophosphamide (AC) through a vein once every 21 days for 4 cycles. Each treatment will take about 1 hour.

FAXED MAY 21 2008

KAHN, ELIZABETH          ███████          Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01659**

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

## Summary of study therapy for patients in Groups 1A, 2A, and 3A

| PART 1 | | |
|---|---|---|
| **Group 1A** | **Group 2A** | **Group 3A** |
| | **Docetaxel** by vein every 3 weeks for 4 cycles | **Docetaxel** by vein every 3 weeks for 4 cycles |
| **Docetaxel** by vein every 3 weeks for 4 cycles | + **Capecitabine** by mouth Days 1-14 every 3 weeks for 4 cycles | + **Gemcitabine** by vein Days 1 and 8 every 3 weeks for 4 cycles |
| **PART 2** | | |
| **AC** by vein every 3 weeks for 4 cycles | **AC** by vein every 3 weeks for 4 cycles | **AC** by vein every 3 weeks for 4 cycles |
| You will have breast surgery after completion of study therapy. | | |

## Study therapy before and after surgery for patients randomized to Groups 1B, 2B, or 3B:

### Group 1B

*Part 1:* On the first day of each cycle you will receive bevacizumab and the chemotherapy drug docetaxel through a vein. You will receive this therapy for a total of 4 cycles. It will take about 3 hours to receive your first dose of therapy. After that, if you have no problems receiving bevacizumab, it will take about 2 hours to receive your therapy.

The day before and in the morning on the day you receive docetaxel you will take another drug called dexamethasone. Dexamethasone is a drug you take by mouth to help prevent some of the side effects of docetaxel. Also, starting the day after you receive docetaxel, you will also need to receive another drug, either pegfilgrastim (Neulasta®) or filgrastim (Neupogen®). These drugs help to prevent low white blood cell counts that may lead to infection. These drugs are given as a shot under your skin. Your doctor or his/her staff may give you this shot or may teach you to give yourself this shot, or they can teach a friend or relative to give the shot to you. The shot may be given on 1 or more days, depending on which drug your doctor decides is best for you. Some patients experience bone pain with these drugs. If this happens, let your doctor know about it.

*Part 2:* After you have received bevacizumab and docetaxel for 4 cycles, you will receive doxorubicin and cyclophosphamide (AC) through a vein once every 21 days for 4 cycles. You will continue to receive bevacizumab. However, during Part 2, you will receive bevacizumab every 21 days for only the first 2 cycles. You are given bevacizumab only during the first 2 cycles of AC so that you have at least one month without bevacizumab before your breast

Preparation Date: 12/12/2006          Page 5 of 26          Patient Initials: _____

Revisions: 04/21/2008

**FAXED MAY 21 2008**

KAHN, ELIZABETH          ▉▉▉▉▉          Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01660**

LA
NSABP B-40
Protocol Version: 02/15/2008

IRB APPROVED: 4/29/2008

surgery. This will reduce the chance of having wound healing problems after your breast surgery. Each treatment will take about 1½ hours.

*After surgery:* After you have recovered from surgery but no sooner than 28 days after your surgery, you will receive bevacizumab through a vein once every 21 days for 10 doses. Each treatment will take about 1 hour.

## Group 2B

*Part 1:* On the first day of each cycle you will receive bevacizumab and the chemotherapy drug docetaxel through a vein. You will receive this therapy for a total of 4 cycles. It will take about 3 hours to receive your first dose of therapy. After that, if you have no problems receiving bevacizumab, it will take about 2 hours to receive your therapy. The day before and in the morning on the day you receive docetaxel, you will take another drug called dexamethasone. Dexamethasone is a drug you take by mouth to help prevent some of the side effects of docetaxel. You will also take capecitabine pills, twice a day, for 14 days starting on the day you receive docetaxel and bevacizumab. Your doctor may ask you to write in a diary or on a calendar each dose of capecitabine that you take. You will then have 7 days without capecitabine before starting the next cycle.

*Part 2:* After you have received bevacizumab, docetaxel, and capecitabine for 4 cycles, you will receive doxorubicin and cyclophosphamide (AC) through a vein once every 21 days for 4 cycles. You will continue to receive bevacizumab. However, during Part 2, you will receive bevacizumab every 21 days for only the first 2 cycles. You are given bevacizumab only during the first 2 cycles of AC so that you have at least one month without bevacizumab before your breast surgery. This will reduce the chance of having wound healing problems after your breast surgery. Each treatment will take about 1½ hours.

*After surgery:* After you have recovered from surgery but no sooner than 28 days after your surgery, you will receive bevacizumab through a vein once every 21 days for 10 doses. Each treatment will take about 1 hour.

## Group 3B

*Part 1:* On the first day of each cycle, you will receive bevacizumab and the chemotherapy drugs docetaxel and gemcitabine through a vein. You will also receive gemcitabine a week after the first dose of each cycle. You will receive this therapy once every 21 days for 4 cycles. It will take about 3½ hours to receive your first dose of study therapy. After that, if you have no problems receiving bevacizumab, it will take about 2½ hours to receive your therapy when you receive all 3 drugs and about ½ hour when you receive gemcitabine alone. The day before and in the morning on the day you receive docetaxel you will take another drug called dexamethasone. Dexamethasone is a drug you take by mouth to help prevent some of the side effects of docetaxel.

*Part 2:* After you have received bevacizumab, docetaxel, and gemcitabine for 4 cycles, you will receive doxorubicin and cyclophosphamide (AC) through a vein once every 21 days for 4 cycles. You will continue to receive bevacizumab. However, during Part 2, you will receive bevacizumab every 21 days for only the first 2 cycles. You are given bevacizumab only during

Preparation Date: 12/12/2006                Page 6 of 26                Patient Initials: _QK_
Revisions: 04/21/2008

FAXED MAY 21 2008

KAHN, ELIZABETH   ▮▮▮▮▮   Encounter: L-181360620080514 DOS: 5/14/2008

1018- KAHN, ELIZABETH- Ochsner Health System  01661

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

the first 2 cycles of AC so that you have at least one month without bevacizumab before your breast surgery. This will reduce the chance of having wound healing problems after your breast surgery. Each treatment will take about 1½ hours.

*After surgery:* After you have recovered from surgery but no sooner than 28 days after your surgery, you will receive bevacizumab through a vein once every 21 days for 10 doses. Each treatment will take about 1 hour.

**Summary of study therapy for patients in Groups 1B, 2B, and 3B**

| PART 1 | | |
|---|---|---|
| **Group 1B** | **Group 2B** | **Group 3B** |
| **Docetaxel** by vein every 3 weeks for 4 cycles + **Bevacizumab** by vein every 3 weeks for 4 cycles | **Docetaxel** by vein every 3 weeks for 4 cycles + **Capecitabine** by mouth days 1-14 every 3 weeks for 4 cycles + **Bevacizumab** by vein every 3 weeks for 4 cycles | **Docetaxel** by vein every 3 weeks for 4 cycles + **Gemcitabine** by vein Days 1 and 8 every 3 weeks for 4 cycles + **Bevacizumab** by vein every 3 weeks for 4 cycles |
| **PART 2** | | |
| **AC** by vein every 3 weeks for 4 cycles + **Bevacizumab** by vein every 3 weeks for 2 cycles | **AC** by vein every 3 weeks for 4 cycles + **Bevacizumab** by vein every 3 weeks for 2 cycles | **AC** by vein every 3 weeks for 4 cycles + **Bevacizumab** by vein every 3 weeks for 2 cycles |
| You will have breast surgery after completion of the study therapy summarized above. | | |
| **Study therapy after surgery for Groups 1B, 2B, and 3B** Bevacizumab by vein every 3 weeks for 10 cycles. | | |

Preparation Date: 12/12/2006          Page 7 of 26          Patient Initials: _____
Revisions: 04/21/2008

FAXED MAY 21 2008

KAHN, ELIZABETH ████████     Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01662**

LA
NSABP B-40
Protocol Version: 02/15/2008

IRB APPROVED: 4/29/2008

### During study therapy for all groups:

All patients will have the following exams and tests during study therapy. They are part of regular cancer care.

- a physical exam before each cycle of therapy (During some exams, you will have a breast examination to check your tumor.)
- blood tests to check your blood counts before each cycle of therapy
- blood tests to check how well your kidneys and liver are working before every other cycle of study therapy
- breast exam to measure the tumor after completing Part 1 of study therapy, before beginning AC

The following tests are not part of regular cancer care and are being done for the purpose of this study:

- urine test to check for protein in your urine before the 3rd and 5th cycles of study therapy (Groups 1B, 2B, and 3B patients only)
- optional blood collection for research before beginning study therapy and before the 3rd cycle of chemotherapy that includes docetaxel (only if you answered "yes" to the optional blood collection question at the end of this consent)

*Before breast surgery for all groups:* After you have recovered from preoperative study therapy, you will see your doctor and have the following exams and tests. They are part of regular cancer care.

- routine blood tests
- a physical exam
- breast examination to measure the tumor
- mammogram

The following tests are not part of regular cancer care and are being done for the purpose of this study:

- MUGA scan or echocardiogram
- optional blood collection for research (only if you answered "yes" to the optional blood collection question at the end of this consent)

You will then have either a lumpectomy or mastectomy to remove the remaining tumor and nearby lymph nodes. Surgery usually takes place 3-6 weeks after you finish study therapy. (If you are a patient in Group 1B, 2B, or 3B, your breast cancer surgery may not take place until at least one month after your last dose of bevacizumab before surgery.)

Note: If you have a mastectomy (removal of the entire breast), you may decide to have breast reconstruction (plastic surgery to restore the shape and appearance of your breast) at the same

Preparation Date: 12/12/2006          Page 8 of 26          Patient Initials: _EK_
Revisions: 04/21/2008

FAXED MAY 21 2008

KAHN, ELIZABETH          Encounter: L-181360620080514 DOS: 5/14/2008

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

time as the mastectomy. If you are randomized to Group 1B, 2B, or 3B and your breast reconstruction plan includes the use of a tissue expander, the expander may be placed at the time of the mastectomy and expanded slightly up until 2 weeks before you resume bevacizumab. No further expansion will be performed until after you complete your bevacizumab therapy. This is to avoid possible problems with wound healing related to bevacizumab. About 6 weeks following your last dose of bevacizumab, expansion of the expander will resume and your breast reconstruction will continue. Your doctor will explain all of your breast reconstruction options to you in more detail.

*After surgery for all groups:* All patients will have a physical exam or contact from the study doctor at 3 to 5 weeks after surgery and at 9 and 12 months from the time you joined the study.

*During study therapy after surgery for Groups 1B, 2B, and 3B only:*

You will have a history and physical exam before you begin bevacizumab after your surgery. This is part of regular cancer care.

The following tests will also be performed before you begin bevacizumab after surgery. These tests are not part of regular cancer care and are being done for the purpose of this study.

- blood tests to check blood counts and how well your kidneys and liver are working
- urine test to check for protein
- MUGA or echocardiogram (This will be repeated after surgery, before the start of bevacizumab, only if your test result before surgery was below normal.

  - If this repeat MUGA (or echocardiogram) result has improved to within normal range, bevacizumab will resume after surgery. A MUGA or echocardiogram will be repeated after you have received 4 doses of bevacizumab following surgery.

  - If this result has not improved to within normal range, you will not receive bevacizumab after surgery.

Before every other cycle of bevacizumab, you will have a history and physical exam which is part of regular cancer care.

You will also have the following tests which are not part of regular cancer care and are being done for the purpose of this study.

- urine test to check for protein before every other cycle of bevacizumab
- MUGA or echocardiogram at 18 months from when you joined the study, if you have received at least one dose of bevacizumab.

*After completion of all study therapy and surgery for all groups:*

- a physical exam about every 6 months for years 2 through 5 and about every 12 months years 6 through 10.
- mammogram about every 12 months

Preparation Date: 12/12/2006       Page 9 of 26       Patient Initials: _____
Revisions: 04/21/2008

FAXED MAY 21 2008

LA
NSABP B-40                                                    **IRB APPROVED: 4/29/2008**
Protocol Version: 02/15/2008

**Other therapy for all patients:**

*Hormonal therapy:* If your breast cancer is affected by hormones (estrogen or progesterone), your doctor will also give you at least 5 years of hormonal therapy after you complete your study therapy and surgery.

*Radiation therapy:* After you complete your study therapy, your doctor may advise you to have radiation therapy after your surgery.

**How long will I be on the study?**

You will be in this study for about 10 years.  Your study therapy will last about 6 months if you are randomized to Groups 1A, 2A, or 3A or about 13 months if you are randomized to Groups 1B, 2B, or 3B.  You will have your breast cancer surgery about 3-6 weeks after the last dose of study therapy given before surgery.  (If you are a patient in Group 1B, 2B, or 3B, your breast cancer surgery may not take place until at least one month after your last dose of bevacizumab before surgery.)  We would like to keep track of your health the entire 10 years you are on the study.

**RISKS**

**What side effects or risks can I expect from being in the study?**

You may have side effects while on this study.  Most of these are listed here, but there may be other side effects that we cannot predict.  Side effects will vary from person to person.  Everyone taking part in the study will be carefully watched for any side effects.  However, doctors do not know all the side effects that may happen.  Side effects may be mild or very serious.  Your health care team may give you medications to help lessen some of the side effects.  Many side effects go away soon after you stop taking your study drugs.  In some cases, side effects may be very serious, long-lasting, or may never go away.  *There is also a risk of death.*

You should talk with your study doctor about any side effects that you may have while taking part in the study.

During the study, we will do blood tests to see if the dose of the drugs you are receiving during your therapy should be changed or delayed.  The tests will also help monitor any side effects you may have.  You will not need to be hospitalized unless you have serious side effects.

Preparation Date: 12/12/2006          Page 10 of 26          Patient Initials:  CK
Revisions: 04/21/2008

FAXED MAY 21 2008

KAHN, ELIZABETH          ███████          Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01665**

LA
NSABP B-40
Protocol Version: 02/15/2008

IRB APPROVED: 4/29/2008

## Risks and side effects related to docetaxel (Taxotere) (Groups 1A and 1B):

### Likely effects

These side effects occur in **25% or more** of patients receiving docetaxel:

- Hair loss
- Nausea
- Vomiting
- Taste changes
- Weakness/loss of strength
- Fatigue
- Hot flashes (in premenopausal women)
- Irregular or permanent stoppage of menstrual cycles (periods)

- Inability to become pregnant
- Skin and nail changes, including discoloration and peeling
- Lowered white blood cell count (may lead to infection)
- Lowered red blood cell count (may lead to anemia, tiredness, shortness of breath)
- Time away from work

These side effects occur in **10-24%** of patients receiving docetaxel:

- Diarrhea
- Constipation
- Loss of appetite
- Mouth sores
- Infection

- Pain in muscles, bones, or joints
- Headache
- Fluid retention (bloating or swelling)
- Numbness, tingling, prickling, and burning in the hands and feet

### Less likely effects

These side effects occur in **3-9%** of patients receiving docetaxel:

- Ulcers in the stomach or bowels
- Darkening of the soles of the feet or palms of the hands
- Peeling of the skin (including hands and feet)
- Lowered number of platelets (which may lead to increased bruising or bleeding)

- Eye irritation
- Blurred vision
- Dizziness
- Changes (high or low) in blood pressure
- Hardening of the walls of the veins used for chemotherapy
- Reversible changes in blood test results that show possible liver injury

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Patient Initials: _____

FAXED MAY 21 2008

KAHN, ELIZABETH ██████████   Encounter: L-181360620080514 DOS: 5/14/2008

1018- KAHN, ELIZABETH- Ochsner Health System  01666

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

*Rare but serious effects*

These side effects occur in **less than 3%** of patients receiving docetaxel:

- Liver failure
- Gastrointestinal problems (such as bleeding, blockage, or perforation [opening of a hole] in the stomach or bowel)
- Lowered red blood cell count severe enough to require red blood cell transfusion
- Skin and tissue damage in the area surrounding the catheter where the chemotherapy drugs are injected
- Acute leukemia (cancer of the blood cells)
- Blood clots that may be life-threatening
- Heart damage
- Lung damage

- Severe infection
- Inflammation of the pancreas causing abdominal pain
- Allergic reaction including itching, hives, skin rash, flushing, shortness of breath, wheezing, chest tightness, fever, chills, severe shivering, sinus congestion, or swelling of face, especially eyelids
- A group of symptoms which may include a blister-like rash that may be severe; fever; inflamed eyes; redness, swelling, and painful sores on lips and in mouth. (If this occurs, you may need to be hospitalized and have IV fluids and medicines.)

**Risks and side effects related to capecitabine (Xeloda) and docetaxel (Taxotere) (Groups 2A and 2B):**

*Likely effects*

These side effects occur in **25% or more** of patients receiving capecitabine and docetaxel:

- Hair loss
- Nausea
- Vomiting
- Diarrhea
- Taste changes
- Weakness/loss of strength
- Fatigue
- Hot flashes (in premenopausal women)
- Irregular or permanent stoppage of menstrual cycles (periods)
- Inability to become pregnant

- Skin and nail changes, including discoloration and peeling
- Redness and tingling of palms and soles of feet
- Lowered white blood cell count (may lead to infection)
- Lowered red blood cell count (may lead to anemia, tiredness, shortness of breath)
- Time away from work

These side effects occur in **10-24%** of patients receiving capecitabine and docetaxel:

- Constipation
- Loss of appetite
- Sores/inflammation in mouth and/or throat
- Abdominal pain
- Numbness, tingling, prickling, and burning in the hands and feet

- Pain in muscles, bones, or joints
- Headache
- Fluid retention (bloating or swelling)
- Infections
- Eye irritation (tearing)

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 12 of 26

Patient Initials: _E K_

FAXED MAY 21 2008

KAHN, ELIZABETH ▮▮▮▮▮   Encounter: L-181360620080514 DOS: 5/14/2008

1018- KAHN, ELIZABETH- Ochsner Health System  01667

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

### Less likely effects

These side effects occur in **3-9%** of patients receiving capecitabine and docetaxel:

- Ulcers in the stomach or bowels
- Darkening of the soles of the feet or palms of the hands
- Peeling of the skin (including hands and feet)
- Lowered number of platelets (which may lead to increased bruising or bleeding)
- Rash or hives

- Flu-like symptoms
- Blurred vision
- Dizziness
- Changes (high or low) blood pressure
- Hardening of the walls of the veins used for chemotherapy
- Reversible changes in blood test results that show possible liver injury

### Rare but serious effects

These side effects occur in **less than 3%** of patients receiving capecitabine and docetaxel:

- Liver failure
- Gastrointestinal problems (such as bleeding, blockage, or perforation [opening of a hole] in the stomach or bowel)
- Lowered red blood cell count severe enough to require red blood cell transfusion
- Skin and tissue damage in the area surrounding the catheter where the chemotherapy drugs are injected
- Acute leukemia (cancer of the blood cells)
- Blood clots that may be life-threatening
- Heart damage

- Lung damage
- Severe infection
- Inflammation of the pancreas causing abdominal pain
- Allergic reaction including itching, hives, skin rash, flushing, shortness of breath, wheezing, chest tightness, fever, chills, severe shivering, sinus congestion, or swelling of face, especially eyelids
- A group of symptoms that may be severe enough to require hospitalization and includes a blister-like rash; fever; inflamed eyes; redness, swelling, and painful sores on lips and in mouth (Stevens-Johnson Syndrome)

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 13 of 26

Patient Initials: _EK_

FAXED M 2

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

**Risks and side effects related to gemcitabine (Gemzar) and docetaxel (Taxotere) (Groups 3A and 3B):**

*Likely effects*

These side effects occur in **25% or more** of patients receiving gemcitabine and docetaxel:

- Hair loss
- Nausea
- Vomiting
- Taste changes
- Weakness/loss of strength
- Fatigue
- Irregular or permanent stoppage of menstrual cycle (periods)
- Hot flashes (in premenopausal women)

- Inability to become pregnant
- Skin rash
- Skin and nail changes, including discoloration and peeling
- Lowered white blood cell count (may lead to infection)
- Lowered red blood cell count (may lead to anemia, tiredness, shortness of breath)
- Time away from work

These side effects occur in **10-24%** of patients receiving gemcitabine and docetaxel:

- Constipation
- Pain in muscles, bones, or joints
- Fluid retention (bloating or swelling)
- Loss of appetite
- Weight loss/gain
- Headache
- Fever
- Diarrhea
- Mouth sores

- Blood test results that show changes in liver function (usually mild and temporary)
- Numbness, tingling, prickling, and burning in hands and feet
- Flu-like symptoms (headache, fever, chills, cough, muscle pain, weak feeling, sleeplessness)
- Infection

*Less likely*

These side effects occur in **3-9%** of patients receiving gemcitabine and docetaxel:

- Darkening of the soles of the feet or palms of the hands
- Peeling of the skin (including hands and feet)
- Lowered number of platelets (may lead to increased bruising or bleeding)
- Ulcers in stomach or bowels

- Changes in blood pressure (high or low)
- Dizziness
- Hardening of the walls of the veins used for chemotherapy
- Blurred vision
- Eye irritation

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 14 of 26

Patient Initials: _EK_

FAXED MAY 21 2008

KAHN, ELIZABETH          Encounter: L-181360620080514 DOS: 5/14/2008

1018- KAHN, ELIZABETH- Ochsner Health System  01669

LA
NSABP B-40
Protocol Version: 02/15/2008

### *Rare but serious effects*

These side effects occur in **less than 3%** of patients receiving gemcitabine and docetaxel:

- Lowered red blood cell count severe enough to require red blood cell transfusions
- Lowered number of platelets severe enough to require a transfusion
- Liver failure
- Acute leukemia (cancer of the blood cells)
- Heart damage
- Blood clots that may be life-threatening
- Skin and tissue damage in the area surrounding the catheter where the chemotherapy drugs are injected
- Protein or blood in the urine that could mean kidney damage
- A breakdown of red blood cells and kidney failure known as hemolytic uremic syndrome
- Gastrointestinal problems (such as bleeding, blockage, or perforation [opening of a hole] in the stomach or bowel)

- A group of symptoms including a blister-like rash that may be severe; fever; inflamed eyes; redness, swelling, and painful sores on lips and in mouth.
- Severe infection
- Severe lung infection (including shortness of breath, inflammation, and damage that could be permanent)
- Inflammation of the pancreas causing abdominal pain
- Decreased blood flow to the hands and feet that may cause tissue damage that may result in the loss of tissue.
- Allergic reaction including itching, hives, skin rash, flushing, shortness of breath, wheezing, chest tightness, fever, chills, severe shivering, sinus congestion, or swelling of the face, especially eyelids

### Risks and side effects related to doxorubicin (Adriamycin) and cyclophosphamide (All Groups):

### *Likely effects*

These side effects occur in **25% or more** of patients receiving doxorubicin and cyclophosphamide:

- Hair loss
- Nausea
- Vomiting
- Low white blood cell count (may lead to infection)
- Fatigue
- Hot flashes (in premenopausal women)
- Inability to become pregnant

- Irregular or permanent stoppage of menstrual cycles (periods)
- Low red blood cell count (may lead to anemia, tiredness, shortness of breath)
- Temporary red discoloration of urine (not blood)
- Time away from work

These side effects occur in **10-24%** of patients receiving doxorubicin and cyclophosphamide:

- Mouth sores
- Infection

- Taste changes
- Skin and nail changes, including discoloration and peeling

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 15 of 26

Patient Initials: _Q/C_

FAXED MAY 2 1 2008

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

*Less likely effects*

These side effects may occur in **3-9%** of patients receiving doxorubicin and cyclophosphamide:

- Diarrhea
- Constipation
- Loss of appetite
- Darkening of the soles of the feet or palms of the hands
- Low platelet count (may lead to bleeding)
- Irregular heartbeat

- Eye irritation
- Hardening of the walls of the veins used for chemotherapy
- Temporary changes in liver function blood tests
- Headache
- Pain in muscles, bones, or joints

*Rare but serious effects*

These side effects occur in **less than 3%** of patients receiving doxorubicin and cyclophosphamide:

- Skin damage (due to leakage of drugs during treatment)
- Acute leukemia (cancer of the blood cells)
- Blood clots that may be life-threatening
- Decreased ability of the heart to pump blood. If severe, you could have shortness of breath and other symptoms of heart failure. (If mild, you may not have any symptoms.)

- Lung damage
- Severe infection
- Severe bladder irritation
- Lowered red blood cell count severe enough to require red blood cell transfusion
- Allergic reaction including itching, hives, rash, flushing, shortness of breath, wheezing, chest tightness, fever, chills, swelling of face, severe breathing problems

**Risks and side effects related to bevacizumab (Groups 1B, 2B, and 3B):**

*Likely*

These side effects occur in **25% or more** of patients receiving bevacizumab:

- Nose bleeds
- High blood pressure

- Protein in the urine

These side effects occur in **10-24%** of patients receiving bevacizumab:

- Shortness of breath
- Watery eyes
- Skin and nail changes (including dryness, itching, rash, discoloration, ulcers, or peeling)

- Sores in mouth and/or throat
- Taste changes
- Mild to moderate bleeding in the gastrointestinal tract (serious and life-threatening bleeding events were rare)

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 16 of 26

Patient Initials: _EJC_

FAXED MAY 9

KAHN, ELIZABETH ▮▮▮▮▮   Encounter: L-181360620080514 DOS: 5/14/2008

1018- KAHN, ELIZABETH- Ochsner Health System  01671

LA
NSABP B-40
Protocol Version: 02/15/2008

IRB APPROVED: 4/29/2008

*Less likely*

These side effects occur in 3-9% of patients receiving bevacizumab:

- Gastrointestinal upset (which may include heartburn, gas, constipation, diarrhea, nausea, vomiting, or loss of appetite)
- Abdominal pain
- Abnormally slow contraction of the bowel
- Headache
- Pain in the chest area
- Flu-like symptoms, such as fevers, chills, muscle aches, joint pain, and stiffness
- Low red blood cell count (may lead to anemia, tiredness, shortness of breath)
- Low platelet count that might interfere with clotting
- Low white blood cell count (may make you more likely to get infections)

- Allergy type symptoms like stuffy nose and sneezing
- Tiredness/weakness
- Weight loss
- Confusion
- Unsteady walk or loss of balance
- Low sodium and/or potassium levels that might make you feel weak or dizzy
- Cough
- Frequent urination
- Bleeding from the lining of the vagina
- Voice changes (hoarseness)
- Blood clots in a vein
- Changes in blood tests that indicate possible kidney damage

- Blood clots in your arteries which may cause stroke or heart attack or other problems. Several studies comparing chemotherapy with bevacizumab to chemotherapy alone have been done in patients with advanced cancers. Side effects of each study were looked at together. Problems due to blood clots in arteries were seen in about 2% of patients receiving chemotherapy alone and about 4.5% of patients receiving bevacizumab with chemotherapy. Patients who were 65 or older and those with past problems with blood clots in their arteries appeared to be at greatest risk. Problems due to blood clots in the arteries were seen in about 2.9% of patients 65 or older receiving chemotherapy alone and about 8.5% of patients 65 or older receiving bevacizumab with chemotherapy. Patients who were both 65 or older and reported a history of past problems with blood clots in their arteries appeared to be at even higher risk, although further study is required before an estimate of the risk can be provided. These conditions can be life-threatening or fatal.

*Rare but serious*

These side effects occur in **less than 3%** of patients receiving bevacizumab:

- Bleeding in various parts of the body leading to disability (including stroke) or death (especially in lung cancer patients).
- Allergic reaction including: fever, chills, rash, hives, flushing, low blood pressure, swelling, and shortness of breath
- Reaction to the infusion including: fever, chills, hives, rash, joint pain, shortness of breath, low or high blood pressure, muscle stiffening, and sweating may occur during the infusion and last about 24 hours
- Kidney damage
- Coughing up blood

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 17 of 26

Patient Initials: _EK_

FAXED MAY 21 2008

KAHN, ELIZABETH ▆▆▆▆▆▆   Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01672**

LA
NSABP B-40
Protocol Version: 02/15/2008

IRB APPROVED: 4/29/2008

- Heart problems (including irregular heartbeats, changes in blood pressure, fluid collections surrounding the heart, chest pain, and possibly heart attack or heart failure)
- Infection
- Lung problems
- Reversible changes in liver function tests that may indicate liver damage
- Bowel perforation, which is an abnormal opening in the bowel wall allowing bowel contents to spill into the abdomen. This problem can lead to a life-threatening infection and usually requires surgery to repair. In a small study for patients with advance lung cancer, 3 out of 17 patients who were receiving the combination of docetaxel, gemcitabine, and bevacizumab developed bowel perforations that resulted in death. Because of these deaths, the study was stopped. Bowel perforations have not been reported in patients receiving this same drug combination in 2 other studies, so it is not clear whether the bowel perforations that occurred in the lung cancer patients were related to this combination of drugs or to other medical conditions.
- In addition to bowel perforation, perforation of other organs
- Fistula (an abnormal tube-like connection between internal organs and skin or other tissues that are not normally connected) may occur, for example, between the gastrointestinal tract and the vagina. A rare type of fistula, tracheo-esophageal fistula, which is an abnormal connection between the windpipe (trachea) and the esophagus (the tube that connects the mouth to the stomach), has been reported.
- Risk related to wound healing: There have been reports of patients receiving bevacizumab who developed problems with healing of their surgical wounds. This problem can lead to a life-threatening infection and could require surgery to repair. While you are receiving bevacizumab, your doctor will temporarily stop your bevacizumab therapy prior to any surgery to avoid possible problems with wound healing. If you need surgery for any reason while on bevacizumab, tell your doctor.

  There have been few reports of patients receiving bevacizumab in other trials who developed complications with wound healing due to skin problems such as leg ulcers. These wound healing problems have been associated with infections that can take a long time to heal.
- Reversible Posterior Leukoencephalopathy Syndrome (RPLS) is a medical condition related to leakiness of blood vessels in the brain. RPLS can cause headaches, confusion, vision changes or blindness, and seizure, as well as changes in brain scans. This condition is usually temporary but in very rare cases, it is potentially life-threatening and may have long-term effects on brain function.
- Severe high blood pressure that can have an effect on brain function and can be life-threatening.
- High blood pressure of the blood vessels in the lungs

**Risks related to fertility and pregnancy:**

The drugs in this study can affect an unborn baby. Therefore, you should not become pregnant while on this study, or if you received bevacizumab, at least 3 months after your last dose. You should ask about counseling and more information about preventing pregnancy. If you feel you might be pregnant, even though you practiced birth control, notify the study doctor immediately.

FAXED MAY 2 1 2008

KAHN, ELIZABETH        Encounter: L-181360620080514 DOS: 5/14/2008

LA
NSABP B-40
Protocol Version: 02/15/2008

IRB APPROVED: 4/29/2008

A pregnancy test may be performed. Women should not breastfeed a baby while on this study, or if you received bevacizumab, at least 3 months after your last dose.

Some of the drugs used in this study may make you unable to have children in the future.

For more information about risks and side effects, ask your study doctor.

## BENEFITS

**Are there benefits to taking part in this study?**

Taking part in this study may or may not make your health better. While doctors hope that adding capecitabine, gemcitabine, or bevacizumab to standard chemotherapy will be more useful in treating your breast cancer compared to standard chemotherapy alone, there is no proof of this yet. We do know that the information from this study will help doctors learn more about capecitabine and gemcitabine as treatments for breast cancer. This information could help future cancer patients.

## ALTERNATIVES

**What other choices do I have if I do not take part in this study?**

Your other choices may include:

- Getting treatment or care for your cancer without being in this study
- Taking part in another study
- Having surgery first and then deciding about other treatments after surgery
- Getting no treatment

Please talk with your doctor about your choices before you decide if you will take part in this study.

## COSTS

You and/or your health plan/insurance company will need to pay for some or all of the costs of treating your cancer in this study except for those described below in this section. Some health plans will not pay these costs for people taking part in studies. Check with your health plan or insurance company to find out what they will pay for. Taking part in this study may or may not cost your insurance company more than the cost of getting regular cancer treatment.

*Tests, procedures, or drugs for which there is no charge in this study:*

- MUGA scans (or echocardiograms) performed during the first 2 years after you join the study.
- All urine tests to check for protein. These tests will be done before you join the study and at the scheduled time points described earlier in this consent form.
- Costs of the blood test to check your blood counts just before beginning postoperative bevacizumab (Groups 1B, 2B, and 3B only).

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 19 of 26

Patient Initials: _____

FAXED MAY 21 2008

KAHN, ELIZABETH   ███████████   Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01674**

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

- Costs of blood tests to check how well your kidneys and liver are working just before beginning postoperative bevacizumab (Groups 1B, 2B, and 3B only).
- Costs of the *required* additional breast tumor biopsy to collect tissue for research purposes and the *required* tissue collection at the time of surgery as described at the end of this consent.
- Costs of the three *optional* blood collections done solely for the purpose of the B-40 study as described at the end of this consent.
- Gemcitabine will be provided for this study at no cost to you by Eli Lilly and Company. Roche Laboratories, Inc. will provide the capecitabine for this study at no cost to you. Genentech, Inc. will provide the bevacizumab for this study at no cost to you. However, you or your health plan will need to pay for costs of the supplies and personnel who give you the drugs. Every effort will be made to ensure adequate supply of gemcitabine, capecitabine, and bevacizumab, free-of-charge, for all patients assigned to these drugs. Gemcitabine, capecitabine, and bevacizumab may become commercially available for your stage of breast cancer during this study. If this happens, there is a possibility that you and/or your health plan may have to pay for the drug needed to complete the study. Your study doctor will discuss this with you if this occurs.

Bevacizumab is the common name for the commercial drug Avastin. The bevacizumab used in this trial, however, is for use in research studies only and may be made at locations different from those where Avastin is made. Although some differences may exist, bevacizumab for research use and the commercial drug Avastin are manufactured by a similar process, meet similar standards for final product testing, and are expected to be very similar in safety and effectiveness.

Doxorubicin, cyclophosphamide, docetaxel, pegfilgrastim, and filgrastim are commercially available and will not be provided for free with this study. You and/or your health plan/insurance company will be responsible for the costs of doxorubicin, cyclophosphamide, docetaxel, and, if given, pegfilgrastim and filgrastim.

For more information on clinical trials and insurance coverage, you can visit the National Cancer Institute's Web site at http://cancer.gov/clinicaltrials/understanding/insurance-coverage. You can print a copy of the "Clinical Trials and Insurance Coverage" information from this Web site. Another way to get the information is to call 1-800-4-CANCER (1-800-422-6237) and ask them to send you a free copy.

## PAYMENT FOR PARTICIPATION

You will not be paid for taking part in this study. Taking part in this study may result in added costs to you.

**Source of funding for this study:** Ochsner Clinic Foundation is being funded by the National Cancer Institute to conduct this research.

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 20 of 26

Patient Initials: _EK_

FAXED MAY 21 2008

KAHN, ELIZABETH          ███████          Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01675**

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

## COMPENSATION FOR INJURY

In the event of research-related injury from the research procedures or drugs, medical treatment and/or hospitalization, if necessary for injuries or illness, are available. This medical treatment and/or hospitalization are not free of charge. You and/or your health plan will be charged for this treatment. The study will not pay for medical treatment.

If you think you have suffered an injury that may be related to the research procedures, you should call Dr. Carl Kardinal at 504-842-3708.

## CONFIDENTIALITY

### Will my medical information be kept private?

Information from this study will be given to the sponsor. "Sponsor" includes any persons or companies that are contracted by the sponsor to have access to the research information during and after the study. We will do our best to make sure that the personal information in your medical record will be kept private. However, we cannot guarantee total privacy. Your personal information may be given out if required by law. If information from this study is published or presented at scientific meetings, your name and other personal information will not be used.

Organizations that may look at and/or copy your medical records for research, for quality assurance, and data analysis include:

- the National Surgical Adjuvant Breast and Bowel Project (NSABP);
- Eli Lilly and Company (the company that makes gemcitabine);
- Roche Laboratories, Inc. (the company that makes capecitabine);
- Genentech, Inc. (the company that makes bevacizumab);
- Precision Therapeutics, Inc. (a company involved with the tissue research);
- Ochsner Clinic Foundation Institutional Review Board (IRB), a group of people who review the research study to protect your rights;
- the Cancer Trials Support Unit (CTSU), a research group sponsored by the National Cancer Institute (NCI) to provide greater access to cancer trials; and
- Ochsner Clinic Foundation
- government agencies, including the NCI or its authorized representatives, the FDA, the Office for Human Research Protections (OHRP), and Health Canada. These agencies may review the research to see that it is being done safely and correctly.

Absolute confidentiality cannot be guaranteed because of the need to give information to these parties. The results of this research study may be presented at meetings or in publications. Your identity will not be disclosed in those presentations.

Your personal information may be disclosed if required by law. Your records for this study may be sent by facsimile transmission (FAX machine) or over the Internet. It is possible that your records could be sent to the wrong person.

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 21 of 26

Patient Initials: _____

FAXED MAY 21 2008

KAHN, ELIZABETH ████████   Encounter: L-181360620080514 DOS: 5/14/2008

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

## QUESTIONS

### Who can answer my questions about the study?

If you have any questions concerning your participation in this study, or if at any time you think you have experienced a research-related injury or a reaction to a study drug, contact:

Dr. Carl G. Kardinal
1514 Jefferson Highway
New Orleans, LA 70121
504-842-3708

If you have questions about your rights as a research subject, you may contact:

Ochsner Clinic Foundation Institutional Review Board (IRB)
1514 Jefferson Highway, Brent House 505
New Orleans, LA 70121
504-842-3535

The OCF IRB is a group of people who perform independent review of research.

You may also call the Operations Office of the NCI Central Institutional Review Board (CIRB) at 888-657-3711. Do not sign this consent form unless you have had a chance to ask questions and have received satisfactory answers to all of your questions.

You may call the National Cancer Institute's (NCI's) Cancer Information Service at:

1-800-4-CANCER (1-800-422-6237) or TTY at 1-800-332-8615

You may also visit the NCI website at http://cancer.gov. For the NCI's clinical trials information, go to http://cancer.gov/clinicaltrials. For the NCI's general information about cancer, go to http://cancer.gov/cancerinfo. You may also visit the NSABP website at http://www.nsabp.pitt.edu.

If you agree to participate in this study, you will receive a signed and dated copy of this consent form.

## VOLUNTARY PARTICIPATION AND WITHDRAWAL

### What are my rights if I take part in this study?

Taking part in this study is your choice. You may choose either to take part or not to take part in the study. If you decide to take part in this study, you may leave the study at any time. No matter what decision you make, there will be no penalty to you and you will not lose nay of your regular benefits. Leaving the study will not affect your medical care. You can still get your medical care from our institution.

Preparation Date: 12/12/2006          Page 22 of 26          Patient Initials: _____
Revisions: 04/21/2008

FAXED MAY 21 2008

KAHN, ELIZABETH               ▮▮▮▮▮   Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01677**

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

The Data Monitoring Committee (DMC), an independent group of experts, will be reviewing the data from this research throughout the study. We will tell you about new information or changes in the study that may affect your health or your willingness to continue in the study. You may be asked to sign another consent form in response to new information.

In the case of injury resulting from this study, you do not lose any of your legal rights to seek payment by signing this form.

**Can I stop being in the study?**

Yes, you can decide to stop at any time. Tell the study doctor if you are thinking about stopping or decide to stop. He or she will tell you how to stop safely.

It is important to tell the study doctor if you are thinking about stopping so any risks from the study drugs can be evaluated by your doctor. Another reason to tell your doctor that you are thinking about stopping is to discuss what follow-up care and tests will be most helpful for you.

You can choose to withdraw in one of two ways. In the first, you can stop your study treatment, but still allow the study doctor to report your health status to the NSABP until 10 years after you join the study. In the second, you can stop your study treatment and request that no new information be reported to the NSABP.

**Can anyone else stop me from being in the study?**

The study doctor may stop you from taking part in this study at any time if he or she believes it is in the best interest for your health, if you do not follow the study rules, or if the study is stopped by the NSABP.

## ADDITIONAL TESTS FOR THE NSABP B-40 STUDY

**What about the use of my blood and tissue for research?**

*About using blood and tissue for research*: One of the main reasons for doing this study is to test blood and tissue samples to find out if doctors in the future will be able to predict which patients will benefit from specific drugs or combinations of drugs. Not all patients will respond the same way to chemotherapy. We hope the samples collected in this study will help doctors be able to select the best drugs for patients in the future.

The research that will be done with your blood and tissue samples is not designed to specifically help you. It might help people who have cancer in the future. Reports about research done with your samples will not be given to you or your doctor. These reports will not be put in your health records. The research using your blood and tissue samples will not affect your care. These blood and tissue samples will not be used for genetic research about diseases that are passed on in families.

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 23 of 26

Patient Initials: _____

FAXED MAY 21 2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01678**

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

The blood and tissue samples will be stored at the NSABP and will be used for the purpose of the B-40 study. Some of the research tests will be done soon, but others will be done in the future when the best methods are ready to test the samples. The NSABP will study the samples and may give them to other researchers approved by the NSABP. Any research using your samples must also be approved by an Institutional Review Board (IRB). An IRB is a group of people who review the research to determine if it is being done correctly and safely.

People who do research with your blood and tissue samples may need to know more about your health. While the NSABP may give them reports about your health, they will not give them your name, address, phone number, or any other information that will let the researchers know who you are.

Your blood and tissue samples will be used only for research and will not be sold. The research done with your samples may help to develop new products in the future, but you will not be paid.

Collection of tissue samples is required if you take part in this study. Collection of blood samples is optional. All of the samples are important to answer questions about how breast cancer responds to different combinations of chemotherapy. Each of these tissue and blood collections is described in more detail on the following pages.

***Required collection of tissue before chemotherapy begins:*** These samples must be collected before you join the study.

By signing this consent form, you are agreeing to have an additional biopsy before you join the study. You will have small samples of your tumor removed and sent to the NSABP. This is required for you to participate in this study because it is a very important part of this study. You or your insurance company will not be charged for the tissue sample procedure.

You are also agreeing to allow the NSABP to use the samples for this research study. Since these samples are required for this study, if you do not agree, you cannot be in the study.

***Required collection of tissue following your surgery:*** Tissue removed during your surgery will be examined in the hospital's standard manner. If any tumor 1 cm (about half an inch) or larger is remaining, small samples of the tumor will then be sent to the NSABP. Researchers will compare the results of these samples to the samples collected before you joined the study. This will help answer the question of how tumors respond to chemotherapy.

***Optional collection of blood:*** The NSABP would also like to have samples of your blood collected at three times during the study. If you agree, these collections will usually be taken at the same times that other blood tests that are done for your cancer treatment. They will not usually require a separate collection. The blood samples will be collected:
- before you start your chemotherapy,
- before your third cycle of chemotherapy that includes docetaxel, and
- after you have finished all of your chemotherapy (before your surgery).

Preparation Date: 12/12/2006
Revisions: 04/21/2008

Page 24 of 26

Patient Initials: ___

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

Researchers will look at markers in the blood that may give them information about how the chemotherapy regimens work for different patients.

If you decide now that your blood and tissue samples can be kept for this research, you can change your mind at any time. Just *contact your study doctor* and let him or her know that you do not want the NSABP to use your blood and tissue samples and they will no longer be used for research. Otherwise, they may be kept until they are used up, or until the NSABP decides to destroy them.

*Benefits and risks:* The possible benefits of research from your blood and tissue include learning more about what causes cancer and how to treat it.

There are risks to having a biopsy performed. These include discomfort during the biopsy, bleeding at the site of the biopsy, and infection. In addition, there is a risk of the release of information from your health records. The NSABP will protect your records so that your name, address, and phone number will be kept private. The chance that this information will be given to someone else is very small.

*Costs of the sample collections:* You and/or your health plan/insurance company will need to pay for all of the costs of your first breast biopsy which was done to diagnose your cancer. Check with your health plan or insurance company to find out what they will pay for. *There will be no cost to you for the additional breast tumor biopsy required for this study, the required tissue collection at the time of surgery, or for the collection and storage of the optional blood collections in this study.*

**Making your choices**

Please read each question below and think about your choice. After reading each question, circle "yes" or "no." If you have questions, please talk to your doctor or health care team member.

*Participation in the optional blood collection:* Remember, no matter what you decide about the *optional* collection and use of the blood samples in this research study, you may still take part in the B-40 study.

1.  I agree to have blood samples collected three times during this study. These samples will be sent to the NSABP for the research purposes of the B-40 study.

    YES          NO

*Contact in the future for other research:* Remember, no matter what you decide, you may still take part in the B-40 study.

2.  My study doctor (or someone he or she chooses) may contact me in the future to ask me to take part in more research.

    YES          NO

Preparation Date: 12/12/2006          Page 25 of 26          Patient Initials: _____
Revisions: 04/21/2008

KAHN, ELIZABETH          [REDACTED]          Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01680**

LA
NSABP B-40
Protocol Version: 02/15/2008

**IRB APPROVED: 4/29/2008**

## CONSENT

I have been informed about this study's purpose, procedures, possible benefits and risks, and the use and disclosure of my health care information from this research. All of my questions about the study and my participation in it have been answered. I freely consent to participate in this research study. I authorize the use and disclosure of my health information to the parties listed in the authorization section of this consent for the purposes described above. By signing this consent form, I have not waived any of the legal rights that I otherwise would have as a subject in a research study.

## CONSENT SIGNATURES

*Elizabeth S Kahn*  Elizabeth S. Kahn   5-14-08

Patient Signature              Printed Name              Date

_____

Signature of Legally Authorized Representative     Printed Name     Date
*(when applicable)*

_____

Authority of Subject's Legally Authorized Representative or Relationship to Subject

*Shevonda R Thomas, RNMN*  Shevonda R. Thomas, RNMN  5/14/2008

Signature of Person Obtaining Consent        Printed Name        Date

*Carl G Hardinal*  CARL G. HARDINAL  May 14, 08

Physician (Responsible Investigator) Signature   Printed Name   Date

-------------------------Use the following only if applicable-------------------------

If this consent form is read to the subject because the subject (or legally authorized representative) is unable to read the form, an impartial witness must be present for the consent, and sign the following statement:

I confirm that the information in the consent form and any other written information was accurately explained to, and apparently understood by, the subject (or the subject's legally authorized representative). The subject (or the subject's legally authorized representative) freely consented to participate in the research study.

_____

Signature of Impartial Witness        Printed Name        Date

Note: This signature block cannot be used for translations into another language. A translated consent form, with the translation approved by the IRB, is necessary for enrolling subjects who do not speak English.

Preparation Date: 12/12/2006        Page 26 of 26        Patient Initials: _EK_
Revisions: 04/21/2008

KAHN, ELIZABETH        ██████        Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01681**

**Ochsner Clinic Foundation**
**RESEARCH SUBJECT HIPAA AUTHORIZATION**
Health Insurance Portability & Accountability Act (HIPAA)

**TITLE: A Randomized Phase III Trial of Neoadjuvant Therapy for Patients with Palpable and Operable HER2-Positive Breast Cancer Comparing the Combination of Trastuzumab Plus Lapatinib to Trastuzumab and to Lapatinib Administered with Weekly Paclitaxel Following AC Accompanied by Correlative Science Studies to Identify Predictors of Pathology Complete Response**

**PROTOCOL NO.: NSABP B-41**          **OCF IRB NO.: 2007.165.A**

**SPONSOR: National Surgical Adjuvant Breast and Bowel Project (NSABP)**

**INVESTIGATORS:** Carl Kardinal, MD, Jay Brooks, MD, Archie Brown, MD, John Cole, MD, Ruben Fabrega, MD, Jyotsna Fuloria, MD, Zoe Larned, MD, Joseph Phillips, DO, Mary Stringfellow, MD, Chris Theodossiou, MD, Nagendranath Bellare, MD, Lisa Bond, MD, James Herrington, MD, Alphonso Willis, MD

Federal regulations give you certain rights related to your health information. These include the right to know who will be able to get the information and why they may be able to get it. The study doctor must get your authorization (permission) to use or give out any health information that might identify you.

**What information may be used and given to others?**
If you choose to be in this study, the study doctor will get personal information about you. This may include information that might identify you. The study doctor may also get information about your health including:

- Medical and research records
- Records about phone calls
- Records about your study visits
- Records of physical exams
- Laboratory, x-ray, and other test results
- Records about study medications
- Information related to diagnosis and treatment of a mental health condition
- Records about any study drug you received

**Who may use and give out information about you?**
Information about your health may be used and given to others by the study doctor and staff. They might see the research information during and after the study.

**Who might get this information?**
Your information may be given to the sponsor of this research. "Sponsor" includes any persons or companies that are working for or with the sponsor, or are owned by the sponsor.

Information about you and your health which might identify you may be given to:

- The U.S. Food and Drug Administration (FDA)
- Department of Health and Human Services (DHHS) agencies
- Governmental agencies in other countries
- Governmental agencies to whom certain diseases must be reported
- Ochsner Clinic Foundation Institutional Review Board (IRB)
- Ochsner Clinic Foundation Research & Compliance Offices
- The National Surgical Adjuvant Breast and Bowel Project (NSABP)
- Qualified representatives of GlaxoSmithKline, the company that makes Lapatinib

**Why will this information be used and/or given to others?**
Information about you and your health that might identify you may be given to others to carry out the research study. The sponsor will analyze and evaluate the results of the study. In addition, people from the sponsor and its consultants will be visiting the research site. They will follow how the study is done, and they will be reviewing your information for this purpose.

The information may be given to the FDA. It may also be given to governmental agencies in other countries. This is done so the sponsor can receive marketing approval for new products resulting from this research. The information may also be used to meet the reporting requirements of governmental agencies.

The results of this research may be published in scientific journals or presented at medical meetings, but your identity will not be disclosed.

The Ochsner IRB may review the information. The IRB is a group of people who perform independent review of research as required by regulations. The Ochsner Research & Compliance Offices may review this research in their oversight and auditing roles.

**What if I decide not to give permission to use and give out my health information?**
By signing this consent form, you are giving permission to use and give out the health information listed above for the purposes described above. If you refuse to give permission, you will not be able to be in this research.

**May I review or copy the information obtained from me or created about me?**
You have the right to review and copy your health information. However, if you decide to be in this study and sign this permission form, you will not be allowed to look at or copy your information until after the research is completed.

**May I withdraw or revoke (cancel) my permission?**
Yes, but this authorization (permission) will never expire unless you revoke it in writing.

You may withdraw or take away your permission to use and disclose your health information at any time. You do this by sending written notice to the study doctor. If you withdraw your permission, you will not be able to continue being in this study.

When you withdraw your permission, no new health information which might identify you will be gathered after that date. Information that has already been gathered may still be used and given to others. This would be done if it were necessary for the research to be reliable.

**Is my health information protected after it has been given to others?**
If you give permission to give your identifiable health information to a person or business, the information may no longer be protected. There is a risk that your information will be released to others without your permission.

**Authorization**
I have been informed about this study's use and disclosure of my health care information from this research. All my questions regarding this have been answered. I freely consent to participate in this research study. By signing this HIPAA authorization I have not waived any of the legal rights that I otherwise would have as a subject in a research study. I have been told that I will be given a signed copy of this form.

I authorize the use and disclosure of my health information for the purposes described above and to the parties described above.

**AUTHORIZATION SIGNATURE:**

_Elizabeth Kahn_     _Elizabeth S. Kahn_     _5-14-08_
Signature of Subject (of LAR*)     Printed Name     Date

_Shevonda R. Thomas_     _Shevonda R. Thomas_     _5/14/2008_
Signature of Person Conducting Informed     Printed Name     Date
Consent Discussion

_Carola Hardin, MD_     _may 14, 08_

---

* LAR is the Legally Authorized Representative for a minor or anyone unable to consent for themselves

KAHN, ELIZABETH       ███       Encounter: L-181360620080514 DOS: 5/14/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01684**