# EXHIBIT D

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                    Sex: F

This is a former patient of Dr. Kardinal, who is being treated with neoadjuvant chemotherapy.

The patient self palpated a left breast mass in April 2008. On 04/09/2008 she had a diagnostic mammogram and ultrasound-guided core biopsy on 04/11/2008. A PET scan on 04/21/2008 showed no evidence to suggest distant metastatic disease. On 04/23/2008, she had a MUGA scan revealing a normal ejection fraction at 65%.

The patient is participating in a clinical trial NSABP-B-40 and was randomized to Taxotere, Xeloda, and bevacizumab. She presents today for cycle #4.

Additional breast cancer feature, she is strongly ER/PR positive and HER-2/neu 2+ by IHC and FISH assay was nonamplified.

The patient reports that with the cycle #3 she did better than prior cycles. She had some mild nausea off and on for which she took Compazine. Diarrhea was completely resolved. Denies mouth sores at this time. She did develop redness and scaling of her hands and feet - improved now in hands- no impact on her functioning. Taking daily walks.

No other pain complaints. No headaches. No visual changes. No chest pain or shortness of breath. No cough. No abdominal pain. Otherwise normal colored stools and urination is normal. No musculoskeletal complaints. Notes breast lesion getting smaller. Some insomnia- desires no medication at this time. returns to work as school librarian in a few weeks.

MEDICATIONS: See the medication card.

ALLERGIES: Ciprofloxacin and penicillin.

The patient did take her premedications with dexamethasone appropriately.

EXAM: Her height is 5 feet 3 inches. Her weight is 194.4 pounds, which is stable, blood pressure is 151/82, her blood pressure pulse is 97, respirations are 16, and temperature is 95.6. Pain is none.
GENERAL: She is extremely pleasant, in no acute distress, presents with her husband.
HEENT: Positive alopecia. Pupils are equal, round, and reactive to light and accommodation. Extraocular movements are intact. No scleral icterus or conjunctival pallor. Normal tympanic membranes. Oropharynx is negative without lesions. No throat erythema, exudate or thrush.
NECK: Supple. Normal thyroid. No lymphadenopathy.
CHEST: Clear.
BREAST EXAM: Left breast. The patient mass has decreased significantly, less than 2 x 2 cm, palpable and almost firm. No lymphadenopathy. No nipple irregularities. Right breast without mass or tenderness. No nipple irregularities or axillary adenopathy.
ABDOMEN: Soft. Positive bowel sounds. Nontender and nondistended. No hepatosplenomegaly or masses.
EXTREMITIES: No cord, cyanosis or edema.
SKIN: Without rashes or lesions. Feet are peeling and hands are peeling, but no redness or swelling.
MUSCULOSKELETAL: Full range of motion.
LYMPH NODES: No other palpable lymphadenopathy.

LABS:
Col Dt/Tm: 07/31/2008 08:02 Accession: 0018639014 Ordered By: LARNED
Title: Protein/Creatinine Ratio,Urine Status: Final Results Series: 00
Urine Protein, Random 20 mg/dl
Creatinine, Urine 181 15-325 mg/dl
Protein/Creatinine Rat 0.11 0.05-1.07
Order Comments:OVARIAN CA

Col Dt/Tm: 07/31/2008 07:16 Accession: 0018638882 Ordered By: LARNED
Title: Hem/Onc CBC Status: Final Results Series: 00
WBC 20.57 H 4.8-10.8 K/uL (on steroid)
RBC 4.60 4.00-5.40 M/uL
HGB 13.5 12.0-16.0 gm/dl
HCT 41.7 37.0-48.5 %
MCV 90.7 82-95 fL

MCH 29.3 27-31 pg
MCHC 32.4 32-36 %
RDW 16.8 H 11.5-14.5 %
% Granulocytes 88.6 H 40-76 %

Col Dt/Tm: 07/31/2008 07:16 Accession: 0018638882 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00

Col Dt/Tm: 07/31/2008 07:16 Accession: 0018638882 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 234 150-350 K/uL
Mean Platelet Volume 9.9 9.2-12.9 fL

Col Dt/Tm: 07/31/2008 07:16 Accession: 0018638882 Ordered By: LARNED
Title: Differential Status: Final Results Series: 00
Segs 84 H 50-70 %
Bands 7 H 0-6 %
Lymphs 7 L 25-40 %
Monos 2 0-10 %
Aniso sl
Poly sl
Plt estimate Normal Normal-

Col Dt/Tm: 07/31/2008 07:16 Accession: 0018638882 Ordered By: LARNED
Title: Comprehensive Metabolic Pnl Status: Final Results Series: 00
Glucose 141 H 70-110 mg/dl
Urea Nitrogen (BUN) 16 6-20 mg/dl
Creatinine 0.8 0.5-1.4 mg/dl
Calcium 9.9 8.7-10.5 mg/dl
Sodium 137 136-145 mMol/l
Potassium 3.7 3.5-5.1 mMol/l
Chloride 102 95-110 mMol/l
Protein, Total 7.7 6.0-8.4 gm/dl
Albumin - Serum 5.0 3.5-5.2 g/dl
Bilirubin, Total 0.6 0.1-1.0 mg/dl
AST (SGOT) 35 10-40 U/L
Alkaline Phosphatase 73 55-135 U/L
Carbon Dioxide, CO2 24 23.0-29.0 mEq/L
ALT (SGPT) 76 H 10-44 U/L

Col Dt/Tm: 07/10/2008 07:52 Accession: 0018591508 Ordered By: LARNED


ASSESSMENT AND PLAN: Proceed with cycle #4 of bevacizumab, Taxotere, and
Xeloda on the NSABP-B-40 trial. The patient is doing well and is to call
if any problems arise. Her Xeloda has been previosly dose-adjusted (grade 2 toxixity) based on last cycle symptoms. She needs to call and come in for evaluation if any problems develop.


ELECTRONICALLY SIGNED BY Zoe Larned, MD 07/31/08 09:05:23 AM