# EXHIBIT E

```
1               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
2
                   CASE NO. 2:16-cv-17039
3
                      ELIZABETH KAHN,
4                       Plaintiffs,
5                          v.
6     SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
         US SERVICE, INC., and AVENTIS-PHARMA S.A.,
7                       Defendants.
8          Volume II of the deposition of ELIZABETH
        SARA KAHN, 1305 DUFOSSAT STREET, NEW ORLEANS,
9       LOUISIANA  70115, taken in the offices of
        PENDLEY, BAUDIN & COFFIN, LLP, on Wednesday,
10      January 31, 2018.
11      APPEARANCES:
12           PENDLEY, BAUDIN & COFFIN, LLP
             Attorneys at Law
13           BY:  JESSICA PEREZ, Esquire
             1515 Poydras Street, Suite 1400
14           New Orleans, Louisiana  70112
15              ATTORNEYS FOR PLAINTIFFS
16
17           SHOOK, HARDY & BACON, L.L.P.
             Attorneys at Law
18           BY:  KELLY BIERI, Esquire
             BY:  JASON A. HARMON, Esquire
19           2555 Grand Boulevard
             Kansas City, Missouri  64108-2613
20
                ATTORNEYS FOR DEFENDANTS
21
22
      REPORTED BY:
23
             VERNE B. MULLINS
24           Certified Court Reporter
             Registered Diplomate Reporter
25           Certified Shorthand Reporter (TX)
```

Page 13

1    A. I went through Facebook to produce photos, and

2       I went through my mother's computer to find

3       photos, and my husband went through his

4       computer and I -- I don't remember if we got

5       anything from him or not.  If it was, it was

6       one or two photos, but I -- I went looking for

7       photos in places I had not looked before, and

8       that's where these came from.

9    Q. So prior to your most recent search, you had

10      never looked on Facebook for photographs to

11      produce --

12   A. Right --

13   Q. -- in litigation?

14   A. -- right.

15   Q. What criteria did you use, when determining

16      what photographs to select for production?

17   A. I looked at year, because I know we weren't

18      supposed to go older than five years from my

19      date, and --

20   Q. From what date?

21   A. When I lost my hair in chemo, which would have

22      been -- well, I lost my hair in June 2008.  So

23      I didn't pull anything from five years -- more

24      than five years before that.

25           And then I also selected pictures that

1      looked like before chemo.  I had no eyebrows,

2      and still have no eyebrows, and my nails were

3      peeling and they were not as they were before

4      chemo.

5  Q. So were you dissatisfied with the appearance

6      of the hair on your scalp in November of 2009?

7  A. Yes.

8  Q. Were the notes made on page PPR 539, made in

9      connection with the doctor's appointment?

10 A. I think so.

11 Q. Why do you think so?

12 A. Because that's about the time that I would

13     have gone back to see Dr. Larned.  I can't say

14     for sure, because I don't have her name

15     written there, but I would imagine -- I know I

16     went to see her in November.

17 Q. Why -- so do you have a specific recollection

18     of these notes being made in connection with a

19     visit with Dr. Larned?

20 A. No, I don't have a specific recollection.

21 Q. Why --

22 A. I'm assuming.

23 Q. Do you think that these notes were made as

24     items to discuss with the doctor or items that

25     were discussed during a doctor's appointment?

1      Or something else?

2   A. I think it was what we discussed at the

3      appointment.

4   Q. And you think it was something you discussed

5      with Dr. Larned?

6   A. Yes.

7   Q. To your recollection, did you enquire of

8      Dr. Larned about taking biotin --

9          MS. BIERI:

10             Can we go off the record for a

11         second?

12             (Discussion off the record.)

13  EXAMINATION BY MS. BIERI:

14  Q. To your -- do you think that you asked

15     Dr. Larned about taking biotin on November

16     16th of 2009?

17  A. I don't know -- I don't exactly know what

18     you're asking me, what I'm -- what -- I don't

19     exactly know what you're asking me.

20  Q. Okay.  And thank you for clarifying that you

21     didn't understand my question.  Let me try

22     again.

23         You have the date of November 16th here.

24     Correct?

25  A. Correct.

Page 51

```
 1    Q. Do you think that you wrote the words under
 2       November 16 on November 16th?
 3    A. Yes.
 4    Q. Okay.  Do you -- did you enquire of someone
 5       about whether you should take biotin?
 6    A. So I'm still not sure what you're asking me.
 7       Are you asking me if I went to the doctor and
 8       said, "Should I take this?"  Is that what
 9       you're asking?
10    Q. Yes.
11    A. No, I probably didn't put it that way, no.
12    Q. How -- did you think that you asked a
13       healthcare provider about whether you could
14       take something for your hair?
15    A. Possibly or I complained about it and this is
16       what was suggested.
17    Q. But you don't have a recollection --
18    A. No.
19    Q. -- one way or the other?
20    A. No.
21    Q. You can't say definitively whether a
22       healthcare provider, on November 16th,
23       recommended that you take Biotin
24       multivitamins, B complex, or One A Day Women's
25       Health?
```

1   A. I'm sure they recommended it.  That's why I

2      wrote it down.

3         MS. BIERI:

4            Can you repeat the witness's answer

5         back, please?

6         (The requested testimony was read back:

7            ANSWER:

8               I'm sure they recommended it.

9         That's why I wrote it down.)

10  EXAMINATION BY MS. BIERI:

11  Q. So in November of 2009, you weren't satisfied

12     with the condition of your eyebrows or hair on

13     your scalp; is that accurate?

14  A. Correct.

15  Q. And was it that you were not satisfied with

16     the fullness of the hair on your scalp or your

17     eyebrows?

18        MS. PEREZ:

19            Object to form.

20        THE WITNESS:

21            I wasn't happy with how my hair

22         looked.

23  EXAMINATION BY MS. BIERI:

24  Q. What about your nails?  Do you remember what

25     concern, if any, you had about your nails, on