# EXHIBIT F

NOMC TANSEY BREAST SURGERY CENTER  
OCHSNER, SOUTH SHORE REGION  
Ambulatory Encounter

Kahn, Elizabeth S  
MRN:  
DOB: Sex: F  
Acct #:  
Enc. Date 7/11/2012

## Progress Notes (continued)

**Progress Notes by Lynette Mauterer, NP at 7/11/2012 10:54 AM (continued)**

### Objective:
Physical Exam  
Pulmonary/Chest: Right breast exhibits no inverted nipple, no mass, no nipple discharge, no skin change and no tenderness. Left breast exhibits no inverted nipple, no mass, no nipple discharge, no skin change and no tenderness. Breasts are symmetrical. There is no breast swelling.
   **Lumpectomy scar with minimal fibrosis left UOQ**  
Genitourinary: No breast bleeding.  
Lymphadenopathy:  
  She has no cervical adenopathy.  
  She has no axillary adenopathy.  
    Right: No supraclavicular adenopathy present.  
    Left: No supraclavicular adenopathy present.  
  **No lymphedema left arm**

### Assessment:

1. **Invasive lobular carcinoma of breast, stage 1**

### Plan:
bilat diag mmg today, no changes or abnormality seen, ACR BI-RADS Category 2: Benign  
Return in one year CBE and bilat diag mmg  
Clinically NED

Electronically signed by Lynette Mauterer, NP on 7/17/2012  2:01 PM

---

**Follow-up and Disposition History**

07/11/2012 1058 - Lynette Mauterer, NP  
Disposition:         Return in about 1 year (around 7/11/2013) for clinical breast exam and mammogram.  
Check-out Note:      Call for any interval palpable changes or concerns

07/11/2012 1058 - Lynette Mauterer, NP  
Disposition:         Return in about 1 day (around 7/12/2012).

**Follow-up Information**  
None

**Follow Up Call**  
No data filed

## Flowsheets (all recorded)

**Anthropometrics - Wed July 11, 2012**

| Row Name | 1020 |
|---|---|
| Anthropometrics | |
| Weight | 89.8 kg (198 lb) -MM |

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Report**

1135) R chest port ⊘ blood return but flushes well. NS 250ml infusing. ocs/sg 1215) No blood return c̄ 250ml NS infused. Activase 2mg/2ml pushed into port and clamped x 30 minutes. 1245) Brisk blood return upon aspiration. Premeds started. ocs/sg

**Patient Instruction Given**
Instructed to call nurse or MD for:
- Dyspnea
- Fever >100.4
- Vomiting
- Bleeding
- Mouth sores
- Diarrhea
- Other _____

**Patient Discharged**
Ambulatory / W/C / Stretcher / Admit to hospital
By self / Accompanied by friend
escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: Tolerated well. Delayed Emesis protocol c̄ Dex and Reglan reviewed. Pt verbalizes correct dosage and frequency.

Signature __ocs/sg__ R.N.   _____ R.N.
   R.N.   Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   CLINIC NOTES

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form      DATE 8/21/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | * | Vomiting | | * |
| Diarrhea | | * | Other | | * |
| Nausea | | * | | | |

DESCRIBE*

6205556492
KAHN, ELIZABETH
PHILLIPS, JOSEPH
CL
07/31/08

Pain Scale (0-10) ___ 0
Describe:

**IV ACCESS RECORD:**
Central line    PICC    (Port)    Hickman    Passport    Other ___
Location  Rt chest wall          Huber needle  (Yes)  No  Gauge ___
Peripheral line   Jelco   Butterfly   Gauge ___        CVC dsg care
Site ___ # of attempts ___     Labs drawn

**IV Site Assessment:**
- blood return    (Yes)   No*
- redness         Yes*   (No)
- swelling        Yes*   (No)
- tenderness      Yes*   (No)
- Heplock   Needle removed

10mL saline flush  (Yes)  No
100units/mL hep lock flush X __ mL   (Yes)  No
Blood return check per policy with vesicant administration   Yes  (No)
IV site check every 30 minutes (excluding vesicants/irritants)  (Yes)  No*
Research Protocol   Yes  (No)

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1220 | Doxamethasone | 20mg | IVPB | 50ml NS | 1250 | + | ✓ | |
| | aloxi | .25mg | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1300 | adriamycin | 119mg | IVP | — | 1310 | + | ✓ | |
| 1310 | Cytoxan | 1194mg | IVPB | 250ml NS | 1400 | + | ✓ | |
| 1400 | taxotere | 134mg | IVPB | 100ml NS | 1430 | + | ✓ | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 1210 | 250ml NS | — | KVO | 1440 |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 1400 | 147/80 | 84 | 18 | |
| 1500 | 120/70 | 91 | 18 | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center   page 1 of 2   CLINIC NOTES

KAHN, ELIZABETH  MRN: ▮▮▮   Encounter: L-181360620080821  DOS: 8/21/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00033**

Ochsner - Chemotherapy Record
Notes and Consultant's Reports

___

**Patient Instruction Given**
Instructed to call nurse or MD for:

- Dyspnea
- Fever 100.4
- Vomiting
- Bleeding
- Mouth sores
- Diarrhea
- Other ___

**Patient Discharged**
Ambulatory   W/C   Stretcher   Admit to hospital
By self   Accompanied by _friend_
escort
to RTC ___
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** _tolerated well_

Signature _____ R.N.    _____ R.N.
                                        _____ R.N.
                                        _____ Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   CLINIC NOTES

KAHN, ELIZABETH   MRN: ▮▮▮▮▮   Encounter: L-181360620080821   DOS: 8/21/2008

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                           Sex: F

This is a former patient of Dr. Kardinal, who is being treated with neoadjuvant chemotherapy on NSABP- B40.

The patient self palpated a left breast mass in April 2008. On 04/09/2008 she had a diagnostic mammogram and ultrasound-guided core biopsy on 04/11/2008. A PET scan on 04/21/2008 showed no evidence to suggest distant metastatic disease. On 04/23/2008, she had a MUGA scan revealing a normal ejection fraction at 65%.

Additional breast cancer feature, she is strongly ER/PR positive and HER-2/neu 2+ by IHC and FISH assay was nonamplified.

She denies any pain complaints. No headaches. No visual changes. No chest pain or shortness of breath. No cough. No abdominal pain. Otherwise normal colored stools and urination is normal. No musculoskeletal complaints. Can no longer feel breast lesion. Some insomnia- particularly on steroid days and desires no medication at this time. Has returned to work as a librarian.

The patient is participating in a clinical trial NSABP-B-40 and was randomized to 4 cycles of Taxotere, Xeloda, and bevacizumab which she has completed. She is here to receive the second part of the trial which is adriamycin, cytoxan X 4 cycles and avastin x 2 cycles.

MEDICATIONS: See the medication card.

ALLERGIES: Ciprofloxacin and penicillin.

The patient did take her premedications with dexamethasone appropriately.

EXAM: Her height is 5 feet 3 inches. Weight: 199.2 pounds, BP: 143/77 mmhg, T:97.3F, P: 83/min
GENERAL: She is extremely pleasant, in no acute distress, presents with her husband.
HEENT: Positive alopecia. Pupils are equal, round, and reactive to light and accommodation. Extraocular movements are intact. No scleral icterus or conjunctival pallor. Normal tympanic membranes. Oropharynx is negative without lesions. No throat erythema, exudate or thrush.
NECK: Supple. Normal thyroid. No lymphadenopathy.
CHEST: Clear.
BREAST EXAM: Left breast. The patient's breats mass is no longer palpable. No lymphadenopathy. No nipple irregularities. Right breast without mass or tenderness. No nipple irregularities or axillary adenopathy.
ABDOMEN: Soft. Positive bowel sounds. Nontender and nondistended. No hepatosplenomegaly or masses.
EXTREMITIES: No cord, cyanosis or edema.
SKIN: Without rashes or lesions. Feet are peeling and hands are peeling, but no redness or swelling.
MUSCULOSKELETAL: Full range of motion.
LYMPH NODES: No other palpable lymphadenopathy.

Labs:

Col Dt/Tm: 09/11/2008 10:10 Accession: 0018729039 Ordered By: LARNED
Title: CBC Status: Final Results Series: 00
WBC 4.01 L 4.8-10.8 K/uL
RBC 4.43 4.00-5.40 M/uL
HGB 13.3 12.0-16.0 gm/dl
HCT 41.5 37.0-48.5 %
MCV 93.7 82-95 fL
MCH 30.0 27-31 pg
MCHC 32.0 32-36 %
RDW 16.4 H 11.5-14.5 %
Order Comments:BREAST CANCER

Col Dt/Tm: 09/11/2008 10:10 Accession: 0018729039 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00
Order Comments:BREAST CANCER

Col Dt/Tm: 09/11/2008 10:10 Accession: 0018729039 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 267 150-350 K/uL

Mean Platelet Volume 9.7 9.2-12.9 fL
Order Comments:BREAST CANCER

Col Dt/Tm: 09/11/2008 10:10 Accession: 0018729039 Ordered By: LARNED
Title: Differential Status: Final Results Series: 00
Segs 47 L 50-70 %
Bands 2 0-6 %
Lymphs 31 25-40 %
Monos 16 H 0-10 %
Metas 3 H 0-0 %
Myelos 1 H 0-0 %
nRBC 1 H 0-0 /100 WBC
Aniso sl
Poik sl
Poly sl
Hypo sl
Plt estimate Adequate Normal-
Order Comments:BREAST CANCER
Poik:
Ovalocytes, Occasional
RBC Fragments, Occasional


Col Dt/Tm: 09/10/2008 11:09 Accession: 0018726004 Ordered By: LARNED
Title: Hem/Onc CBC Status: Final Results Series: 00
WBC 3.30 L 4.8-10.8 K/uL
RBC 4.43 4.00-5.40 M/uL
HGB 13.3 12.0-16.0 gm/dl
HCT 41.7 37.0-48.5 %
MCV 94.1 82-95 fL
MCH 30.0 27-31 pg
MCHC 31.9 L 32-36 %
RDW 16.5 H 11.5-14.5 %
% Granulocytes 37.3 L 40-76 %


Col Dt/Tm: 09/10/2008 11:09 Accession: 0018726004 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00


Col Dt/Tm: 09/10/2008 11:09 Accession: 0018726004 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 244 150-350 K/uL
Mean Platelet Volume 9.8 9.2-12.9 fL


Col Dt/Tm: 09/10/2008 11:09 Accession: 0018726004 Ordered By: LARNED
Title: Differential Status: Final Results Series: 00
Segs 29 L 50-70 %
Bands 5 0-6 %
Lymphs 47 H 25-40 %
Monos 18 H 0-10 %
Myelos 1 H 0-0 %
nRBC 2 H 0-0 /100 WBC
Aniso 1+ A
Poly sl
Plt estimate Normal Normal-
Lymphs:
Atypical lymphs, Occasional


Col Dt/Tm: 09/10/2008 11:09 Accession: 0018726004 Ordered By: LARNED
Title: Comprehensive Metabolic Pnl Status: Final Results Series: 00
Glucose 84 70-110 mg/dl
Urea Nitrogen (BUN) 11 6-20 mg/dl
Creatinine 0.8 0.5-1.4 mg/dl
Calcium 9.6 8.7-10.5 mg/dl
Sodium 139 136-145 mMol/l
Potassium 4.3 3.5-5.1 mMol/l
Chloride 103 95-110 mMol/l
Protein, Total 6.9 6.0-8.4 gm/dl
Albumin - Serum 4.5 3.5-5.2 g/dl
Bilirubin, Total 0.4 0.1-1.0 mg/dl
AST (SGOT) 37 10-40 U/L
Alkaline Phosphatase 66 55-135 U/L
Carbon Dioxide, CO2 26 23.0-29.0 mEq/L
ALT (SGPT) 60 H 10-44 U/L


ASSESSMENT AND PLAN: Proceed with cycle #2 of Adriamycin, Cyclophosphamide and bevacizumab, on the NSABP-B-40 trial. Side effects were explained

and delayed emesis prescriptions were given to the patient. All other questions were answered to her satisfaction. The patient is doing well and is to call if any problems arise.

ELECTRONICALLY SIGNED BY Zoe Larned, MD 09/11/08 03:36:57 PM

1018- KAHN, ELIZABETH- Ochsner Health System  01039