# EXHIBIT G

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

DATE __10/23/08__

MRN: [redacted]
KAHN, ELIZABETH
ATT PHYS: THEODOSSIOU, CHRIS
SEX: F   AGE:   DOB:   CIS

Pain Scale (0-10) __0/10__

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location ___RCW___   Huber needle ☑ Yes ☐ No   Gauge __20g x 1"__

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
| | | |
|---|---|---|
| blood return | ☑ Yes | ☐ No* |
| redness | ☐ Yes* | ☑ No |
| swelling | ☐ Yes* | ☑ No |
| tenderness | ☐ Yes* | ☑ No |

Heplock _____ Needle removed ☑

*further documentation under comments

10mL saline flush ☑ Yes ☐ No
100units/mL hep lock flush X __5__ mL ☐ Yes ☐ No
Blood return check per policy with vesicant administration ☑ Yes ☐ No
IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Research Protocol ☐ Yes ☑ No

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 225 | Dexamethasone | 20mg | | | ⟩ | + | 4 | |
| | Aloxi | 0.25mg | | | | + | 4 | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1450 | Doxorubicin | 120mg | IVP | | 1505 | + | 4 | |
| 1510 | Cytoxan | 1200mg | IVPB | 250mL | 1536 | + | 4 | |

**IV FLUIDS/BLOOD PRODUCTS**          **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 220 | NS 250mL | ∅ | KVO | 1548 | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☐ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by _____
☐ escort
to RTC

☐ Dyspnea   ☐ Bleeding
☐ Fever  100.4   ☐ Mouth sores
☐ Vomiting   ☐ Diarrhea
☐ Other

Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** _Tolerated well. Will have surgery in Dec. Will resume chemo after 4 weeks or per protocol_

Signature _____  R.N.        _____  R.N.

_____  R.N.        Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 2 of 2    **CLINIC NOTES**

KAHN, ELIZABETH   MRN: ▮▮▮▮   Encounter: L-6205787362  DOS: 10/23/2008

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

DATE 10/2/08

MRN:
KAHN ,ELIZABETH
ATT PHYS: THEODOSSIOU, CHRIS
SEX:F   AGE:   DOB:        CIS

Pain Scale (0-10) 0/10

Describe :

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location _RCW_   Huber needle ☑ Yes ☐ No   Gauge _20g x 1"_

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes ☐ No*
redness ☐ Yes* ☑ No
swelling ☐ Yes* ☑ No
tenderness ☐ Yes* ☑ No
Heplock   Needle removed ☑
*further documentation under comments

10mL saline flush ☑ Yes ☐ No
100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No
Blood return check per policy with vesicant administration ☑ Yes ☐ No
IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Research Protocol ☑ Yes ☐ No

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1215 | Dexamethasone | 20mg | IVPB | 50ml NS | 1231 | + | ✓ | |
| | Aloxi | 0.25mg | IVPB | 50ml NS | 1231 | + | ✓ | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1231 | Doxorubicin | 120mg | IVP | — | 1246 | + | ✓ | |
| 1250 | Cyclophosphamide | 1200mg | IVPB | 250ml | 1330 | + | ✓ | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP | VITAL SIGNS RECORD TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1210 | NS 250ml | Ø | KVO | 1330 | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

KAHN, ELIZABETH   MRN:        Encounter: L-6205787362 DOS: 10/2/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00029**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

MRN:
KAHN, ELIZABETH
ATT PHYS: THEODOSSIOU, CHRIS
SEX:F AGE: DOB: CIS

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

DESCRIBE * _____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea   ☑ Bleeding
☑ Fever 100.4 ☐ Mouth sores
☑ Vomiting  ☑ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑ W/C ☐ Stretcher ☐ Admit to hospital ☐
By self ☐ Accompanied by ☑ _friend_
☐ escort
to RTC
Follow-up appt given to patient ☐ Placed in the mail
_by OCI_

COMMENTS/TEACHING: _Reinforced delayed emesis instructions_
_Pt states will take exact way she has before b/c she had good_
_results Tolerated chemo today_

Signature _Jednison R_____ R.N.   _____ R.N.

_____ R.N.   _____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

KAHN, ELIZABETH   MRN: ▮▮▮▮   Encounter: L-6205787362 DOS: 10/2/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System 00030**