# EXHIBIT H

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: _____ 07/16/09 _____
**KAHN ,ELIZABETH**
ATT PHYS: LARNED, ZOE
SEX:F    AGE: ____    DOB: ____    CIS

DATE 7/16/09

Pain Scale (0-10) ___0___

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location ___Chest___                    Huber needle ☐ Yes ☐ No   Gauge 20/1"

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____        CVC dsg care ☐

Site _____ # of attempts _____           Labs drawn ☐

**IV Site Assessment:**
| | | |
|---|---|---|
| blood return ☑ Yes ☐ No* | 10mL saline flush ☑ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X 5 mL ☐ Yes ☐ No | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration → ☑ Yes ☐ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | |
| Heplock ☐   Needle removed ☑ | Research Protocol ☐ Yes ☐ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1000 | AVASTIN | 300 mg | IVPB | 100 NS | 1030 | ① | ✓ | LN |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0135 | NS | 100 | ← | flow | 1040 | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

☐ See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2        CLINIC NOTES

KAHN, ELIZABETH   MRN: _____   Encounter: L-6207691842 DOS: 7/16/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

MRN: ███████  07/16/09  ███████
**KAHN ,ELIZABETH**
ATT PHYS: LARNED, ZOE
SEX:F   AGE:███   DOB:███████   CIS

**PATIENT ASSESSMENT**   Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☐ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☐ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ |  |  |  |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:
- ☑ Dyspnea   ☐ Bleeding
- ☑ Fever ↑ 100.4   ☐ Mouth sores
- ☑ Vomiting   ☑ Diarrhea
- ☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☑   _MD and_
☐ escort
to RTC _____
Follow-up appt given to patient ☐ Placed in the mail ☐

COMMENTS/TEACHING: _fx s̄ event_ ~~~~~~~~~~~~ _M Montea_

Signature _Mark Montea_   R.N.   _____ R.N.

_____ R.N.   _____ 
Physician Signature

Form No. 00009 (Rev. 9/12/2006) Copy Center   page 2 of 2   **CLINIC NOTES**

KAHN, ELIZABETH   MRN: ███████   Encounter: L-6207691842 DOS: 7/16/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00008**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: _____  05/14/09
KAHN ,ELIZABETH          *
ATT PHYS: LARNED, ZOE
SEX:F    AGE: ____  DOB: ____          CIS

DATE 6/24/09

Pain Scale (0-10)  0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐     Port ☑     Hickman ☐    Passport ☐    Other ☐ _____

Location  chest _____   Huber needle ☐ Yes ☐ No  Gauge  20 / 3/4"

☐ Peripheral line   Jelco ☐    Butterfly ☐    Gauge _____    CVC dsg care ☐

Site _____ # of attempts _____    Labs drawn ☐

**IV Site Assessment:**

| | | | |
|---|---|---|---|
| blood return | ☑ Yes | ☐ No* | 10mL saline flush ☑ Yes ☐ No |
| redness | ☐ Yes* | ☑ No | 100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No |
| swelling | ☐ Yes* | ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No |
| tenderness | ☐ Yes* | ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* |
| Heplock ☐ | Needle removed ☑ | | Research Protocol ☑ Yes ☐ No* |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1015 | AVASTIN | 1300mg | IVPB | 100ml | 1045 | ⊕ | ✓ | WF |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TIME | BP | PULSE | RESP | TEMP |
| 1010 | NS 100 | — | run | 1055 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

☐ See page 2  for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 1 of 2    **CLINIC NOTES**

KAHN, ELIZABETH   MRN: _____    Encounter: L-6207322359 DOS: 5/14/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

MRN: 05/14/09
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F   AGE   DOB                              CIS

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☐ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea    ☐ Bleeding
☐ Fever ↑ 100.4    ☐ Mouth sores
☐ Vomiting    ☐ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☑ *Family Member*
☐ escort
to RTC _____
Follow-up appt given to patient ☐ Placed in the mall ☐

COMMENTS/TEACHING: *Tx 5 event* _____

Signature _____ R.N.    _____ R.N.

_____ R.N.    Physician Signature

Form No. 00009 (Rev. 9/12/2006) Copy Center   page 2 of 2     CLINIC NOTES

KAHN, ELIZABETH   MRN:        Encounter: L-6207322359 DOS: 5/14/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00010**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: ▮▮▮▮   05/14/09
**KAHN ELIZABETH**
ATT PHYS: LARNED, ZOE
SEX:F   AGE:▮   DOB:▮▮▮   CIS

DATE 6/4/09

Pain Scale (0-10) 0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☒   Hickman ☐   Passport ☐   Other ☐ _____

Location P chest

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   Huber needle ☐ Yes  ☐ No  Gauge 20g 1in

Site _____   # of attempts _____   CVC deg care ☐   Labs drawn ☐

**IV Site Assessment:**
| | | | |
|---|---|---|---|
| blood return | ☒ Yes | ☐ No* | |
| redness | ☐ Yes* | ☒ No | |
| swelling | ☐ Yes* | ☒ No | |
| tenderness | ☐ Yes* | ☒ No | |
| Heplock ☐   Needle removed ☒ | | | |
*further documentation under comments

10mL saline flush ☒ Yes  ☐ No
100units/mL hep lock flush X 5 mL  ☒ Yes  ☐ No
Blood return check per policy with vesicant administration  ☒ Yes  ☐ No
IV site check every 30 minutes (excluding vesicants/irritants)  ☒ Yes  ☐ No*
Research Protocol ☐ Yes  ☒ No

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

1400 Avastin   1,320mg  IVPB  NS 100ml  1430  ⊕ L Temp

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 1350 | NS 100ml | | flush | 1438 |
| | | | | |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 1350 | 109/72 | 73 | 20 | |
| 1440 | 130/66 | 65 | 20 | |

TOTAL IVF

☐ See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

KAHN, ELIZABETH   MRN: ▮▮▮▮   Encounter: L-6207322359 DOS: 6/4/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT** Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☑ | Shortness of breath | ☐ | ☑ |
| Nausea / Vomiting | ☐ | ☑ | Itching / Rash | ☐ | ☑ |
| Constipation / Diarrhea | ☐ | ☑ | Fever / Chills | ☐ | ☑ |
| Numbness / Tingling | ☐ | ☑ | Weak / Tired | ☐ | ☑ |
| Depression | ☐ | ☑ | Other | ☐ | ☑ |
| Bleeding / Bruising | ☐ | ☑ |  |  |  |

DESCRIBE * _____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea  ☑ Bleeding
☑ Fever ↑ 100.4  ☑ Mouth sores
☐ Vomiting  ☐ Diarrhea
☑ Other _____

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐  Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient ☐ Placed in the mail ☐

COMMENTS/TEACHING: _Tolerated well._

Signature _____ R.N.          _____ R.N.

_____ R.N.          _____
                                   Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

KAHN, ELIZABETH   MRN: ████   Encounter: L-6207322359 DOS: 6/4/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00012**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: _____ 05/14/09 _____
KAHN ,ELIZABETH
ATT PHYS: LARNED ZOE
SEX: F   AGE ____   DOB ____   CIS

DATE  5/14/09

Pain Scale (0-10) __0__

Describe : _____

**IV ACCESS RECORD:**
☑ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location  (+) CW _____   Huber needle ☑ Yes ☐ No   Gauge # 20 1"

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes ☐ No*
redness ☐ Yes* ☑ No
swelling ☐ Yes* ☑ No
tenderness ☐ Yes* ☑ No
Heplock ☐   Needle removed ☑
*further documentation under comments

10mL saline flush ☑ Yes ☐ No
100units/mL hep lock flush X _5_ mL  ☑ Yes ☐ No
Blood return check per policy with vesicant administration ☑ Yes ☐ No
IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Research Protocol ☐ Yes ☑ No

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1555 | Avastin | 1305 mg | IV | 100 mL NS | 1625 | (+) | ✓ | PD |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**   **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1550 | 100 ml NS | 0 | KVO | 1635 | 1555 | 122/77 | 105 | 18 | |
| | | | | | 1635 | 115/81 | 68 | 18 | — |
| | | | | | | | | | |

TOTAL IVF

☐ See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE *_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea   ☑ Bleeding
☑ Fever ↑ 100.4   ☑ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other_____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient ☐ Placed in the mail ☐

COMMENTS/TEACHING: _Pt. tolerated tx well._

Signature _____ R.N.   _____ R.N.

_____ R.N.   _____
                                       Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 2 of 2    **CLINIC NOTES**

KAHN, ELIZABETH   MRN: ▮▮▮▮   Encounter: L-6207322359 DOS: 5/14/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00014**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: ▮▮▮  03/12/09
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX: F  AGE  DOB:  CIS

DATE _4/23/09_

Pain Scale (0-10) _0/10_

Describe : _____

**IV ACCESS RECORD:**
☑ Central line  PICC ☐  Port ☑ — Hickman ☐  Passport ☐  Other ☐ ____

Location _RT chest_  Huber needle ☑ Yes ☐ No  Gauge _20g_

☐ Peripheral line  Jelco ☐  Butterfly ☐  Gauge ____  CVC dsg care ☐

Site ____  # of attempts ____  Labs drawn ☐

**IV Site Assessment:**

| | | |
|---|---|---|
| blood return ☑ Yes ☐ No* | 10mL saline flush ☑ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No* | |
| Heplock  Needle removed ☑ | Research Protocol ☑ Yes ☐ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1630 | Avastin | 350mg | IVPB | 100mL NS | 1652 | ✓ | | MM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP | | VITAL SIGNS RECORD | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | TIME | BP | PULSE | RESP | TEMP |
| 1610 | NS flush | 100mL | | 1700 | 1615 | 133/82 | 72 | 20 | — |
| | | | | | 1700 | 124/84 | 66 | 20 | — |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center  page 1 of 2  **CLINIC NOTES**

KAHN, ELIZABETH  MRN: ▮▮▮  Encounter: L-6206814827 DOS: 4/23/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00015**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

MRN:
KAHN, ELIZABETH     03/12/09
ATT PHYS: LARNED, ZOE
SEX:F     AGE:     DOB:     CIS

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☐ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _no Complaints_

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea     ☐ Bleeding
☐ Fever  100.4  ☑ Mouth sores
☐ Vomiting    ☐ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐  Admit to hospital ☐
By self ☐  Accompanied by ☐ _____
☐ escort _____ _Per Dr. Zuhn._
to RTC _____
Follow-up appt given to patient  Placed in the mail

COMMENTS/TEACHING _Tolerated chemo without distress._

Signature _M Harrison Rn_ R.N.     _____ R.N.

_____ R.N.     _____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2     CLINIC NOTES

KAHN, ELIZABETH   MRN: ▮▮▮▮   Encounter: L-6206814827 DOS: 4/23/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00016**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

03/12/09

MRN: [redacted]    CIS
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F   AGE: [redacted]   DOB: [redacted]

DATE 4/2/09

Pain Scale (0-10) 0/10

Describe: _____

**IV ACCESS RECORD:**

☑ Central line   ☐ PICC   ☐ Port ☑   ☐ Hickman   ☐ Passport   ☐ Other ☐ _____

Location (R) CW _____   Huber needle ☑ Yes   ☐ No   Gauge 20g/1in

☐ Peripheral line   ☐ Jelco   ☐ Butterfly   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**

| | | | |
|---|---|---|---|
| blood return ☑ Yes ☐ No* | 10mL saline flush ☑ Yes ☐ No | | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X 5 mL ☑ Yes ☐ No | | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | | |
| Heplock   Needle removed ☑ | Research Protocol ☐ Yes ☑ No | | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1519 | Avastin | 1350 mg | IVPB | 100cc NS | 1550 | + | ✓ | OK |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**

**VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1500 | 100 cc NS flush | — | | 1600 | 1502 | 116/86 | 72 | 16 | — |
| | | | | | 1550 | 127/98 | 73 | 16 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☑ | Shortness of breath | ☐ | ☑ |
| Nausea / Vomiting | ☐ | ☑ | Itching / Rash | ☐ | ☑ |
| Constipation / Diarrhea | ☐ | ☑ | Fever / Chills | ☐ | ☑ |
| Numbness / Tingling | ☐ | ☑ | Weak / Tired | ☐ | ☑ |
| Depression | ☐ | ☑ | Other | ☐ | ☑ |
| Bleeding / Bruising | ☐ | ☑ | | | |

DESCRIBE * _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea   ☑ Bleeding
☐ Fever  100.4   ☐ Mouth sores
☐ Vomiting   ☐ Diarrhea
☑ Other

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐ / Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _Tolerated infusion well. Left_
_without difficultes + RT_

Signature _____ R.N.

_____ R.N.        _____ R.N.

_____ R.N.        _____
                                       Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

KAHN, ELIZABETH   MRN: ████   Encounter: L-6206814827 DOS: 4/2/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00018**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: ▓▓▓▓   03/12/09
**KAHN ,ELIZABETH**   ▓▓▓▓▓
ATT PHYS: LARNED, ZOE
SEX:F   AGE:▓▓   DOB:▓▓▓▓   CIS

DATE 3 | 13 | 09

Pain Scale (0-10) ___ 0

Describe : _____

**IV ACCESS RECORD:**
☑ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location _Rew_   Huber needle ☑ Yes ☐ No   Gauge 20G ³/₄ ⁴

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☑

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes ☐ No*          10mL saline flush ☑ Yes ☐ No
redness ☐ Yes* ☑ No          100units/mL hep lock flush X ___ mL ☑ Yes ☐ No
swelling ☐ Yes* ☑ No          Blood return check per policy with vesicant administration ☐ Yes ☑ No
tenderness ☐ Yes* ☑ No          IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☑ No*
Heplock   Needle removed ☑          Research Protocol ☐ Yes ☑ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1515 | Avastin | 1350mg | IV | 100cc NS $1545 | | ① | ✓ | R |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 1515 | 100cc NS | 0 | flush NSS | | 1510 | 119/91 | 79 | 18 | — |
| | | | | | 1550 | 123/93 | 80 | 18 | — |
| | | | | | | | | | |
| | | | | | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

KAHN, ELIZABETH   MRN: ▓▓▓▓   Encounter: L-6206814827 DOS: 3/13/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00019**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

MRN: ████    03/12/09
**KAHN ,ELIZABETH**
ATT PHYS: LARNED, ZOE
SEX:F   AGE ███   DOB: ███                    CIS

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☑ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea          ☑ Bleeding
☑ Fever  100.4     ☑ Mouth sores
☑ Vomiting         ☐ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _per occe_
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _Tolerated infusion I distress._ _____
_____
_____

Signature _Oberun_ _____ R.N.    _____ R.N.

_____ R.N.    _____
                         Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

KAHN, ELIZABETH   MRN: ████   Encounter: L-6206814827 DOS: 3/13/2009

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

MRN: ▮▮▮   01/08/09
KAHN ,ELIZABETH   *
ATT PHYS: LARNED, ZOE
SEX:F   AGE ▮▮   DOB: ▮▮   CIS

DATE 2/19/09

Pain Scale (0-10) _____ Φ_____

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐
Location _____RCW_____   Huber needle ☑ Yes ☐ No   Gauge #20g/1"
☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐
Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
| | | |
|---|---|---|
| blood return ☑ Yes | ☐ No* | 10mL saline flush ☑ Yes ☐ No |
| redness ☐ Yes* | ☑ No | 100units/mL hep lock flush X 5 mL ☐ Yes ☐ No |
| swelling ☐ Yes* | ☑ No | Blood return check per policy with vesicant administration ☐ Yes ☐ No* |
| tenderness ☐ Yes* | ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No* |
| Heplock   Needle removed ☑ | | Research Protocol ☐ Yes ☑ No |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1530 | Avastin | 370mg | IVPB | 100 NS | 1600 | ⊕ | ✓ | LB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** | **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1530 | 100 NS | / | two | 1605 | (pre) | 153/92 | | | |
| | | | | | 1600 | 119/89 | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☑ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea   ☐ Bleeding
☐ Fever 100.4   ☐ Mouth sores
☑ Vomiting   ☐ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☑ escort
to RTC _____ 2wks
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _Tol. well._

Signature _____ R.N.

_____ R.N.

_____ R.N.

Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

KAHN, ELIZABETH   MRN: ▮▮▮   Encounter: L-6206438566 DOS: 2/19/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00022**

Ochsner - Chemotherapy Record
**Patient Treatment Documentation Form**

MRN: ▮▮▮▮   01/08/09
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE   *
SEX:F   AGE:▮▮   DOB:▮▮▮   CIS

DATE 1/29/09

Pain Scale (0-10)  0

Describe :_____

**IV ACCESS RECORD:**
☐ Central line   ☐ PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____
Location  Rt chest wall          Huber needle ☑ Yes ☐ No   Gauge  20  1"
☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____      CVC dsg care ☐
Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes ☐ No*          10mL saline flush ☑ Yes ☐ No
redness ☐ Yes* ☑ No          100units/mL hep lock flush X 5 mL ☐ Yes ☐ No
swelling ☐ Yes* ☑ No          Blood return check per policy with vesicant administration ☐ Yes ☑ No
tenderness ☐ Yes* ☑ No          IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Heplock   Needle removed ☑          Research Protocol ☐ Yes ☑ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1050 | Avastin | 1330mg | IVPB | 100ml NS | 1120 | + | ✓ |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 1040 | 100ml NS | — | KVO | 1120 |
|  |  |  |  |  |
|  |  |  |  |  |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 1050 | 124/86 | 71 | 18 |  |
| 1126 | 125/90 | 74 | 18 |  |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☑ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

DESCRIBE * _____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

- ☑ Dyspnea
- ☑ Fever   100.4
- ☑ Vomiting
- ☐ Other ____
- ☑ Bleeding
- ☑ Mouth sores
- ☑ Diarrhea

**Patient Discharged**
Ambulatory ☐   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____ ~I OLI~
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _____ tolerated Well _____

Signature _____  R.N.    _____ R.N.

_____ R.N.    _____
                                    Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2    **CLINIC NOTES**

KAHN, ELIZABETH   MRN: ▮▮▮▮   Encounter: L-6206438566 DOS: 1/29/2009

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: ▓
KAHN ,ELIZABETH      01/08/09
ATT PHYS: LARNED, ZOE
SEX:F   AGE:   DOB:           Cts

DATE 1/8/09

Pain Scale (0-10)  8

Describe : _____

_____

**IV ACCESS RECORD:**
☒ Central line   ☐ PICC   Port ☒   Hickman ☐   Passport ☐   Other ☐ _____

Location  (R)cw            Huber needle ☒ Yes  ☐ No   Gauge _____

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____ # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
| | | | |
|---|---|---|---|
| blood return ☒ Yes ☐ No* | 10mL saline flush ☒ Yes ☐ No | | |
| redness ☐ Yes* ☒ No | 100units/mL hep lock flush X 5 mL ☒ Yes ☐ No | | |
| swelling ☐ Yes* ☒ No | Blood return check per policy with vesicant administration ☒ Yes ☐ No | | |
| tenderness ☐ Yes* ☒ No | IV site check every 30 minutes (excluding vesicants/irritants) ☒ Yes ☐ No* | | |
| Heplock   Needle removed ☒ | Research Protocol ☐ Yes ☒ No | | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1245 | Avastin | 1380 mg | IV | 100cc NS | 1315 | (+) | | ✓R |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** | | | | | **VITAL SIGNS RECORD** | | | |

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1230 | 100cc NS | 8 | Flush | 1322 | 1240 | 118/87 | 12 | 20 | — |
| | | | | | 1330 | 151/84 | 74 | 20 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

KAHN, ELIZABETH   MRN: ▓   Encounter: L-6206438566 DOS: 1/8/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☐ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea ☐ Bleeding
☐ Fever 100.4 ☐ Mouth sores
☐ Vomiting ☐ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☐   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** _____
_____
_____

Signature _____ R.N.   _____ R.N.

_____ R.N.   _____
                              Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

KAHN, ELIZABETH   MRN: ▮▮▮▮   Encounter: L-6206438566 DOS: 1/8/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00026**

KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F    AGE:      DOB:                    CIS

Ohsner Medical Center
Chemotherapy Infusion
Outpatient Chemotherapy
Research Orders

MRN:          07/16/09
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F    AGE:      DOB:          CIS

der: No abbreviations

Allergies: PCN, Cipro

Date: 7/16/09
Diagnosis: Breast Cancer
Treatment Regimen: Bevacizumab Q3 weeks Post-op X 10 doses
Ht 160 cm    Wt 191.0 (86.8 kg)    BSA 1.96
Research Protocol: NSABP B-40 (Group 2B)    Protocol # 800296913
Protocol Nurse: Melanie Zazulak, RN    Drugs supplied: Bevacizumab

Labs: WBC: N/A    HGB/Hct: N/A    Platelets: N/A
Segs/Brands: N/A    Lymphs/Mono: N/A    Creatinine: N/A
ANC:

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | Ondansetron (Zofran) 8mg PO<br>Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes<br>Granisetron (Kytril) 1mg PO<br>Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes<br>Dexamethasone 20mg PO<br>Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes<br>Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes<br>Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | Dexamethasone   4 mg PO<br>Other Antiemetic |

Delayed Emesis: Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors: Epostin alfa (Procrit) _____ units subcutaneous every _____ weeks
Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
Filgrastim (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (Post-op) | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Cycle 10 Day 1 | | | | | | |
| Bevacizumab | 15mg/kg | 1300 mg | IV over 30 mins | 7/16/09 | MM | C |

Physician:

Protocol Nurse: Melanie Zazula    Chemo Nurse: CBSn    Chemo Nurse: Mu Mnt

KAHN, ELIZABETH  MRN:          Encounter: L-181360620090716 DOS: 7/16/2009

1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00043



MRN: ▓▓▓▓▓ 05/14/09
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE                                    CIS
SEX:F    AGE ▓▓▓    DOB ▓▓▓▓▓

**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**

Reminder: No abbreviations

| Date: 6/24/09 | Allergies: PCN, Cipro |
|---|---|

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab Q 3 weeks post-op x 10 doses

| Ht 160 cm | Wt 190.9 (86.8 kg) | BSA 1.96 |
|---|---|---|

Research Protocol: NSABP B-40 (Group 2B) Protocol # 800296913

Protocol Nurse: Melanie Zazulak, RN          Drugs supplied: Bevacizumab

Labs:   WBC: _____   HGB/Hct: _____   Platelets: _____
Segs/Brands: N/A   Lymphs/Mono: N/A   Creatinine: N/A
ANC: _____   UPCR 0.05

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone   4 mg PO |
| | ___ Other Antiemetic |

___ Delayed Emesis:   Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors:   ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
___ Filgrastim (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY Cycle 9 (post-op) Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15mg/kg | 1300 mg | IV over 30 mins | 4/24/09 | MM | JM |
| | | | | | | |
| | | | | | | |

Physician: Suma Sathi

Protocol Nurse: Melanie Zazulak   Chemo Nurse: S. Mayell   Chemo Nurse: Mary Mut



MRN: ████  05/14/09  ████
KAHN, ELIZABETH   *
ATT██: LARNED, ZOE
SEX: F   AGE: ██   DOB: ████   CIS

# Ochsner Medical Center
# Chemotherapy Infusion Center
# Outpatient Chemotherapy Order Form
# Research Orders

Reminder: No abbreviations

Date: 6/3/09     Allergies: PCN, Cipro

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab Q 3 weeks post-op X 10 doses

Ht 160cm     Wt 193.7 (88 Kg)     BSA 1.98

Research Protocol: NSABP B-40 (Group 2B)     Protocol # 800296913

Protocol Nurse: Melanie Lazulak, RN     Drugs supplied: Bevacizumab

Labs:  WBC: ____  HGB/Hct: N/A  Platelets: ____
Segs/Brands: N/A  Lymphs/Mono: N/A  Creatinine: N/A
ANC: ____

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone  4 mg PO |
| | ___ Other Antiemetic _____ |
| ___ Delayed Emesis: | Dexamethasone 8mg PO q 12 hours |
| | Metoclopramide 30mg PO q 12 hours |
| | Begin 16 hours after chemotherapy |

Growth Factors:
___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
___ Filgrastim (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (Post-op) Cycle 8 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15 mg/kg | 1320 mg | IV over 30 mins | 6/3/09 | X-T | CMB |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician: _____

Protocol Nurse: Melanie Lazulak   Chemo Nurse: _____   Chemo Nurse: _____

KAHN, ELIZABETH   MRN: ████   Encounter: L-181360620090603 DOS: 6/3/2009

**Ochsner Medical Center**
**Chemotherapy Infusion C**
**Outpatient Chemotherapy**
**Research Orders**

MRN: _____ 05/14/09
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F    AGE    DOB:
CIS

MRN _____ 03/12/09
KAHN, ELIZABETH
ATT PHYS: LA_____
SEX:F    AGE_____
CIS

Reminder: No abbreviations

Date: 5/14/09                                    Allergies: PCN, Cipro

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab Q 3 weeks post-op X 10 doses

Ht 160 cm        Wt 191.5 (87.0 kg)        BSA 1.97

Research Protocol: NSABP B-40 (Group 2B)    Protocol # 800296913

Protocol Nurse: Melanie Tazulak, RN         Drugs supplied: Bevacizumab

Labs:  WBC: ____        HGB/Hct: N/A        Platelets: N/A
       Segs/Brands: N/A        Lymphs/Mono: N/A        Creatinine: N/A
       ANC: ____        UPCR 0.06

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone  4 mg PO |
| | ___ Other Antiemetic _____ |
| ___ Delayed Emesis: | Dexamethasone 8mg PO q 12 hours |
| | Metoclopramide 30mg PO q 12 hours |
| | Begin 16 hours after chemotherapy |

Growth Factors:  ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
                 ___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
                 ___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
                 ___ Filgrastin (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (post-op) Cycle 7 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15mg/kg | 1305mg | IV over 30 mins | 5/14/09 | AS | PB |
| | | | | | | |
| | | | | | | |

Physician: _____

Protocol Nurse: _Melanie Tazula_  Chemo Nurse: _____  Chemo Nurse: _____

1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00046



KAHN ,ELIZABETH
ATT PHYS:LARNED, ZOE
SEX:F   AGE   DOB

**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**

Reminder: No abbreviations

| | |
|---|---|
| Date: 4/23/09 | Allergies: RN, Cipro |

Diagnosis: Breast Cancer
Treatment Regimen: Bevacizumab Q3weeks post op X 10 doses
Ht 160cm   Wt 196.9 (89.5 kg)   BSA 1.99
Research Protocol: NSABP B-40 (Group 2B)   Protocol # 80029 6913
Protocol Nurse: Melanie Zazulan, RN   Drugs supplied: Bevacizumab

Labs:   WBC: _____   HGB/Hct: N/A   Platelets: _____
Segs/Brands: N/A   Lymphs/Mono: N/A   Creatinine: N/A
ANC:

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone   4 mg PO |
| | ___ Other Antiemetic _____ |
| Delayed Emesis: | Dexamethasone 8mg PO q 12 hours |
| | Metoclopramide 30mg PO q 12 hours |
| | Begin 16 hours after chemotherapy |
| Growth Factors: | Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks |
| | Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks |
| | Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____ |
| | Filgrastim (Neupogen) _____ mcg subcutaneous daily for _____ days |

Hydration:

Other medication orders:

| CHEMOTHERAPY (Post-op) | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Cycle 0   Day 1 | | | | | | |
| Bevacizumab | 15mg/kg | 1350 mg | IV over 30 mins | 4/23/09 | R | MM |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician: _____

Protocol Nurse: Melanie Zazulan   Chemo Nurse: _____   Chemo Nurse: _____

KAHN, ELIZABETH   MRN: _____   Encounter: L-181360620090423 DOS: 4/23/2009

MRN: ▓▓▓▓▓▓   03/12/09
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F   AGE: ▓▓   DOB: ▓▓   CIS



# Ochsner Medical Center
## Chemotherapy Infusion Center
## Outpatient Chemotherapy Order Form
## Research Orders

Reminder: No abbreviations

Date: 4/2/09      Allergies: PCN, Cipro

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab Q3 weeks post-op X10 doses

Ht 160 cm    Wt 198.4 (90.2 kg)    BSA 2.00

Research Protocol: NSABP B-40 (Geno 2B)    Protocol # 800296913

Protocol Nurse: Melanie Tazulan RN    Drugs supplied: Bevacizumab

Labs: WBC: 4.56    HGB/Hct: 13.9/43.3    Platelets: 170
Segs/Brands: 67.1% granulocyte    Lymphs/Mono: 19.7/2.5    Creatinine: 0.8
ANC: 3000      UPCR 0.02

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone 4 mg PO |
| | ___ Other Antiemetic |

___ Delayed Emesis:   Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors:   ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
___ Filgrastin (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (Post-op)  Cycle 5 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15mg/kg | 1350mg | IV over 30 mins | 4/2/09 | AM | KP |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician: _____

Protocol Nurse: Melanie Tazula — Chemo Nurse: _____ — Chemo Nurse: _____

**Ochsner Medical Center**
**Chemotherapy Infusion**
**Outpatient Chemothera**
**Research Orders**

MRN:          03/12/09
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F    AGE:    DOB:          CIS

KAHN ,ELIZABETH          01/08/09
ATT PHYS: LARNED, ZOE
SEX:F    AGE:          CIS

Reminder: No abbreviations

Date: 3/12/09          Allergies: PCN, Cipro
Diagnosis: Breast Cancer
Treatment Regimen: Bevacizumab 15mg/Kg x10 doses
Ht 160 cm          Wt 197.8 (lb)          BSA 2.00
Research Protocol: NSABP B-40 (Group 2B)          Protocol # 8-00526919 - 800296913
Protocol Nurse: Melanie Zazulak, RN          Drugs supplied: Bevacizumab

Labs:  WBC:          HGB/Hct:          Platelets:
       Segs/Brands: N/A          Lymphs/Mono: N/A          Creatinine: N/A
       ANC:

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone  4 mg PO |
| | ___ Other Antiemetic |

___ Delayed Emesis:  Dexamethasone 8mg PO q 12 hours
                     Metoclopramide 30mg PO q 12 hours
                     Begin 16 hours after chemotherapy

Growth Factors:  ___ Epoetin alfa (Procrit) ___ units subcutaneous every ___ weeks
                 ___ Darbepoetin (Aranesp) ___ mcg subcutaneous every ___ weeks
                 ___ Pegfilgrastim (Neulasta) 6 mg Day ___ Date ___
                 ___ Filgrastim (Neupogen) ___ mcg subcutaneous daily for ___ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (POST-OP) Cycle 4 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15mg/Kg | 1350 mg | IV over 30 mins | 3/12/09 | C | NN |
| | | | | | | |
| | | | | | | |

Physician:

Protocol Nurse: Denise [signature]          Chemo Nurse: [signature]          Chemo Nurse: [signature]



KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F    AGE:    DOS:
CIS

# Ochsner Medical Center
## Chemotherapy Infusion Center
## Outpatient Chemotherapy Order Form
## Research Orders

Reminder: No abbreviations

| Date: 2|19|09 | Allergies: |
|---|---|

Diagnosis: Breast Ca

Treatment Regimen: Bevacizumab 15 mg/kg X 10 doses

Ht 160 cm          Wt 201.3 (91.5)          BSA 2.02

Research Protocol: NSABP B-40 (Group 2B)    Protocol # 800296913

Protocol Nurse: Melanie Zazulak, RN    Drugs supplied: Bevacizumab

Labs:  WBC:              HGB/Hct:              Platelets:
        Segs/Brands: N/A    Lymphs/Mono: N/A    Creatinine: N/A
        ANC:              UPCR = 0.50

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone   4 mg PO |
| | ___ Other Antiemetic |

Delayed Emesis:   Dexamethasone 8mg PO q 12 hours
                  Metoclopramide 30mg PO q 12 hours
                  Begin 16 hours after chemotherapy

Growth Factors:   ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
                  ___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
                  ___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
                  ___ Filgrastin (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (Post-op) Cycle 3 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15 mg/kg | 1370mg | IV over 30 mas | 2|19|09 | C | A |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician: John Ely

Protocol Nurse: Melanie Zazulak    Chemo Nurse: _____    Chemo Nurse: _____

KAHN, ELIZABETH  MRN: ____    Encounter: L-181360620090219 DOS: 2/19/2009

1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00050



**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**

Reminder: No abbreviations

| | |
|---|---|
| Date: 1/29/09 | Allergies: PCN, Cipro |

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab 15mg/kg × 10 doses

| Ht 160 cm | Wt 197.9 (90 kg) | BSA |
|---|---|---|

Research Protocol: NSABP B-40 (Group 2B)   Protocol # 800292 VD20   800296913

Protocol Nurse: Melanie Zazulak, RN   Drugs supplied: Bevacizumab

Labs: WBC: _____   HGB/Hct: _____   Platelets: _____
Segs/Brands: N/A   Lymphs/Mono: N/A   Creatinine: N/A
ANC: _____   ∅ labs

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone   4 mg PO |
| | ___ Other Antiemetic _____ |

___ Delayed Emesis:  Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors:  ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
___ Filgrastin (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY Cycle 2 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15 mg/kg | 1350 mg | IV over 30 mins | 1/29/09 | mg | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician:

Protocol Nurse: Melanie Zazulak, RN   Chemo Nurse: _____   Chemo Nurse: Glennison RN

KAHN, ELIZABETH  MRN: ██████  Encounter: L-181360620090129 DOS: 1/29/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00051**

Ochsne
Chemo
Outpat
Resear

MRN: ▮▮▮   01/08/09
KAHN, ELIZABETH
ATT PHYS: LARNED, ZOE
SEX: F   AGE: ▮   DOB: ▮▮   CIS   1

KAHN, ELIZABETH
ATT PHYS: THEODOSSIOU, CHRIS
SEX: F   AGE: ▮   DOB: ▮▮   CIS

**Reminder: No abbreviations**

| | |
|---|---|
| Date: 1 8 09 | Allergies: PCN, Cipro |

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab 15mg/kg X 10 doses

Ht 110 cm    Wt 201.3 (92 Kg)    BSA 2.02

Research Protocol: NSABP B-40 (Grup 2B)    Protocol # 800296913

Protocol Nurse: Melanie Zazular, RN    Drugs supplied: Bevacizumab

Labs: WBC: 4.06    HGB/Hct: 13.5/42.5    Platelets: 204
Segs/Brands: 61.7 granular    Lymphs/Mono: 223/7.1    Creatinine: 0.8
ANC: 2505    VRBC 000

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone   4 mg PO |
| | ___ Other Antiemetic _____ |

___ Delayed Emesis:  Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors: ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
___ Filgrastim (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY Cycle 1 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15mg/kg | 1380 mg | IV over 30 mins | 1 8 09 | MM | ℓ |
| | | | | | | |
| | | | | | | |

Physician: _____

Protocol Nurse: Melanie Zazular    Chemo Nurse: Mark Mur...    Chemo Nurse: Clxmn