# EXHIBIT I

ESTABLISHED PATIENT

This is a 52-year-old female who self-palpated a left breast mass in April 2008. On 04/09/2008, she had a diagnostic mammogram and ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on 04/21/2008 showed no evidence of distant metastatic disease. She had a normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x 4 cycles followed by surgery followed by Avastin maintenance every 3 weeks, all of which she is now completed.

Final breast pathology post lumpectomy revealed a mildly differentiated, infiltrating carcinoma with tumor measuring 7 mm showing an excellent clinical response all margins were negative. There is no lymphovascular invasion. Negative sentinel lymph node. Final pathologic staging was T1N0MX.

In the interval, the patient has done well. She reports a much improved energy level. Although she did have 4 falls in the interval- no precipitating factors. Get right up w/out further symptoms other than 1 time isolated dizziness. No paiBack to work full time. She denies any fevers, chills or infectious complaints. She denies any headaches or visual changes. She denies any sore throat, dysphagia or heartburn. She denies any chest pain or palpitations. She denies any cough or shortness of breath. She denies abdominal pain or discomfort. She reports normal stools without hematochezia or melena. She reports normal urination without dysuria. She denies musculoskeletal complaints. She has no neurologic complaints of localized weakness or numbness. She has a mild peripheral neuropathy, which is getting better. Some nail changes noted. Hair growing back slowly.

ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 189.3 pounds. Her blood pressure is 130/74, pulse is 77, respirations are 18 and temperature is 98.3 F.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation. Extraocular movements intact. No scleral icterus. No conjunctival pallor and oropharynx is benign.
NECK: Supple. There is no lymphadenopathy.
CHEST: Clear to auscultation and percussion bilaterally.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of tenderness. Well-healed surgical scar on left breast. There is no axillary lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds. Nontender. Nondistended. No hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed surgical scars.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout. Pain, temperature, and joint position sense are all intact.

LABORATORY DATA:

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Comprehensive Metabolic Pnl Status: Final Results Series: 00
Glucose 93 70-110 mg/dl
Urea Nitrogen (BUN) 15 6-20 mg/dl
Creatinine 0.7 0.5-1.4 mg/dl
Calcium 9.0 8.7-10.5 mg/dl
Sodium 144 136-145 mMol/l
Potassium 3.8 3.5-5.1 mMol/l
Chloride 107 95-110 mMol/l
Protein, Total 6.5 6.0-8.4 gm/dl
Albumin - Serum 3.5 3.5-5.2 g/dl
Bilirubin, Total 0.3 0.1-1.0 mg/dl
AST (SGOT) 25 10-40 U/L
Alkaline Phosphatase 59 55-135 U/L
Carbon Dioxide, $CO_2$ 29 23.0-29.0 mEq/L
ALT (SGPT) 31 10-44 U/L
Anion Gap 13 10-20 mmol/L
eGFR if not African Am >60 >60- mL/min
eGFR if African Americ >60 >60- mL/min

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Hem/Onc CBC Status: Final Results Series: 00
WBC 4.25 L 4.8-10.8 K/uL
RBC 4.56 4.00-5.40 M/uL
HGB 13.0 12.0-16.0 gm/dl
HCT 40.2 37.0-48.5 %
MCV 88.2 82-95 fL
MCH 28.5 27-31 pg
MCHC 32.3 32-36 %
RDW 14.9 H 11.5-14.5 %
% Granulocytes 62.8 40-76 %

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00
Gran % 62.8 38-73 %
Lymph % 27.1 21-44 %
Mono % 7.1 0.0-7.4 %
Eosinophil % 2.8 0.0-4.2 %
Basophil % 0.2 0-1.9 %
Gran # 2.7 1.8-7.7 K/uL
Lymph # 1.2 1-4.8 K/uL
Mono # 0.3 0.0-0.8 K/uL
Eos # 0.1 0-0.45 K/uL
Baso # 0.0 0.0-0.2 K/uL

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 169 150-350 K/uL
Mean Platelet Volume 10.0 9.2-12.9 fL

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Differential Status: Cancelled Series: 00

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: TSH Status: Final Results Series: 00
TSH 2.50 0.4-4.0 uIU/ml

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: LH Status: Final Results Series: 00
Luteinizing Hormone (L 11 mIU/ml

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: FSH Status: Final Results Series: 00
FSH 26 mIU/ml

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Free T4 Status: Final Results Series: 00
T4, Free 0.93 0.71-1.51 ng/dl

ASSESSMENT AND PLAN: Left breast carcinoma, has completed treatment.
Clinically doing very well, return to clinic in 3 months as per NCCN
guidelines.

Head CT.

The patient knows she can call me in the interval, if there are any problems that arise.

ELECTRONICALLY SIGNED BY Zoe Larned, MD 02/23/10 04:27:26 PM

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                    Sex: F

ESTABLISHED PATIENT

This is a 52-year-old female who self-palpated a left breast mass in April 2008. On 04/09/2008, she had a diagnostic mammogram and ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on 04/21/2008 showed no evidence of distant metastatic disease. She had a normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x 4 cycles followed by surgery followed by Avastin maintenance every 3 weeks, all of which she is now completed.

Final breast pathology post lumpectomy revealed a mildly differentiated, infiltrating carcinoma with tumor measuring 7 mm showing an excellent clinical response all margins were negative. There is no lymphovascular invasion. Negative sentinel lymph node. Final pathologic staging was T1N0MX.

In the interval, the patient has done well. More active and working full-time, though now off for summer vacation. She denies any fevers, chills or infectious complaints. She denies any headaches or visual changes. She denies any sore throat, dysphagia or heartburn. She denies any chest pain or palpitations. She denies any cough or shortness of breath. She denies abdominal pain or discomfort. She reports normal stools without hematochezia or melena. She reports normal urination without dysuria. She denies musculoskeletal complaints. She has no neurologic complaints of localized weakness or numbness. She has a mild peripheral neuropathy, which is continuing to get better. Still notes thinning hair.
ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 184.7 pounds. Her blood pressure is 123/74, pulse is 72, respirations are 18, and temperature is 97.9 F.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation. Extraocular movements intact. No scleral icterus. No conjunctival pallor and oropharynx is benign. No throat erythema or exudate. Adequate dentition. Normal tympanic membranes and ear canals.
NECK: Supple. There is no lymphadenopathy. Normal thyroid.
CHEST: Normal respiratory rate. Clear to auscultation and percussion bilaterally. No rhonchi, rales or wheezing.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of tenderness. Well-healed surgical scar on left breast. There is no axillary lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds in all quadrants. Nontender. Nondistended. No hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed surgical scars.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout. Pain, temperature, and joint position sense are all intact.

LABORATORY DATA:

Col Dt/Tm: 05/27/2010 07:56 Accession: 0020318279 Ordered By: LARNED
Title: Comprehensive Metabolic Pnl Status: Final Results Series: 00
Glucose 95 70-110 mg/dl
Urea Nitrogen (BUN) 13 6-20 mg/dl
Creatinine 0.7 0.5-1.4 mg/dl
Calcium 9.4 8.7-10.5 mg/dl
Sodium 141 136-145 mMol/l
Potassium 4.5 3.5-5.1 mMol/l
Chloride 105 95-110 mMol/l
Protein, Total 6.7 6.0-8.4 gm/dl
Albumin - Serum 3.6 3.5-5.2 g/dl
Bilirubin, Total 0.4 0.1-1.0 mg/dl
AST (SGOT) 24 10-40 U/L
Alkaline Phosphatase 57 55-135 U/L
Carbon Dioxide, $CO_2$ 28 23.0-29.0 mEq/L
ALT (SGPT) 27 10-44 U/L
Anion Gap 14 10-20 mmol/L
eGFR if not African Am >60 >60- mL/min
eGFR if African Americ >60 >60- mL/min

Col Dt/Tm: 05/27/2010 07:56 Accession: 0020318279 Ordered By: LARNED

Title: Hem/Onc CBC Status: Final Results Series: 00
WBC 4.23 L 4.8-10.8 K/uL
RBC 4.72 4.00-5.40 M/uL
HGB 13.1 12.0-16.0 gm/dl
HCT 40.4 37.0-48.5 %
MCV 85.6 82-95 fL
MCH 27.8 27-31 pg
MCHC 32.4 32-36 %
RDW 13.9 11.5-14.5 %
% Granulocytes 64.8 40-76 %

Col Dt/Tm: 05/27/2010 07:56 Accession: 0020318279 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00
Gran % 64.8 38-73 %
Lymph % 25.8 21-44 %
Mono % 6.6 0.0-7.4 %
Eosinophil % 2.6 0.0-4.2 %
Basophil % 0.2 0-1.9 %
Gran # 2.7 1.8-7.7 K/uL
Lymph # 1.1 1-4.8 K/uL
Mono # 0.3 0.0-0.8 K/uL
Eos # 0.1 0-0.45 K/uL
Baso # 0.0 0.0-0.2 K/uL

Col Dt/Tm: 05/27/2010 07:56 Accession: 0020318279 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 180 150-350 K/uL
Mean Platelet Volume 9.6 9.2-12.9 fL

ASSESSMENT AND PLAN: Left breast carcinoma as above.
Clinically doing very well and without evidence of recurrence, return to clinic in 3 months as per NCCN guidelines. Continue Tamoxifen.

The patient knows she can call me in the interval, if there are any problems that arise.


ELECTRONICALLY SIGNED BY Zoe Larned, MD 05/27/10 03:06:11 PM

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                          Sex: F

ESTABLISHED PATIENT

This is a 52-year-old female who self-palpated a left breast mass in April 2008. On 04/09/2008, she had a diagnostic mammogram and ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on 04/21/2008 showed no evidence of distant metastatic disease. She had a normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x 4 cycles followed by surgery followed by Avastin maintenance every 3 weeks, all of which she is now completed.

Final breast pathology post lumpectomy revealed a mildly differentiated, infiltrating carcinoma with tumor measuring 7 mm showing an excellent clinical response all margins were negative. There is no lymphovascular invasion. Negative sentinel lymph node. Final pathologic staging was T1N0MX.

In the interval, the patient has done well. More active and working full-time, with new projects in place. She denies any fevers, chills or infectious complaints. She denies any headaches or visual changes. She denies any sore throat, dysphagia or heartburn. She denies any chest pain or palpitations. She denies any cough or shortness of breath. She denies abdominal pain or discomfort. She reports normal stools without hematochezia or melena. She reports normal urination without dysuria. She denies musculoskeletal complaints. She has no neurologic complaints of localized weakness or numbness. She has a mild peripheral neuropathy, which is continuing to get better. Still notes thinning hair.

Does report lt knee pain and notes lt wrist pain- had a piece of furniture fall on it in July.

ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 191.0 pounds. Her blood pressure is 130/76, pulse is 82, respirations are 16, and temperature is 97.6 F.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation. Extraocular movements intact. No scleral icterus. No conjunctival pallor and oropharynx is benign. No throat erythema or exudate. Adequate dentition. Normal tympanic membranes and ear canals.
NECK: Supple. There is no lymphadenopathy. Normal thyroid.
CHEST: Normal respiratory rate. Clear to auscultation and percussion bilaterally. No rhonchi, rales or wheezing.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of tenderness. Well-healed surgical scar on left breast. There is no axillary lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds in all quadrants. Nontender. Nondistended. No hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed surgical scars.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout. Pain, temperature, and joint position sense are all intact.

LABORATORY DATA:

Col Dt/Tm: 08/30/2010 07:43 Accession: 0020537968 Ordered By: LARNED
Title: Folate, Serum Status: Final Results Series: 00
Folate 15.7 4.0-24.0 ng/ml

Col Dt/Tm: 08/30/2010 07:43 Accession: 0020537968 Ordered By: LARNED
Title: Comprehensive Metabolic Pnl Status: Final Results Series: 00
Glucose 94 70-110 mg/dl
Urea Nitrogen (BUN) 15 6-20 mg/dl
Creatinine 0.7 0.5-1.4 mg/dl
Calcium 8.9 8.7-10.5 mg/dl
Sodium 142 136-145 mMol/l
Potassium 4.2 3.5-5.1 mMol/l
Chloride 107 95-110 mMol/l
Protein, Total 6.9 6.0-8.4 gm/dl
Albumin - Serum 3.5 3.5-5.2 g/dl
Bilirubin, Total 0.3 0.1-1.0 mg/dl
AST (SGOT) 24 10-40 U/L
Alkaline Phosphatase 69 55-135 U/L

Carbon Dioxide, CO2 26 23.0-29.0 mEq/L
ALT (SGPT) 29 10-44 U/L
Anion Gap 15 10-20 mmol/L
eGFR if not African Am >60 >60- mL/min
eGFR if African Americ >60 >60- mL/min

Col Dt/Tm: 08/30/2010 07:43 Accession: 0020537968 Ordered By: LARNED
Title: Hem/Onc CBC Status: Final Results Series: 00
WBC 5.43 4.8-10.8 K/uL
RBC 4.67 4.00-5.40 M/uL
HGB 13.2 12.0-16.0 gm/dl
HCT 40.2 37.0-48.5 %
MCV 86.1 82-95 fL
MCH 28.3 27-31 pg
MCHC 32.8 32-36 %
RDW 13.6 11.5-14.5 %
% Granulocytes 59.6 40-76 %

Col Dt/Tm: 08/30/2010 07:43 Accession: 0020537968 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00
Gran % 59.6 38-73 %
Lymph % 29.8 21-44 %
Mono % 7.6 H 0.0-7.4 %
Eosinophil % 2.6 0.0-4.2 %
Basophil % 0.4 0-1.9 %
Gran # 3.2 1.8-7.7 K/uL
Lymph # 1.6 1-4.8 K/uL
Mono # 0.4 0.0-0.8 K/uL
Eos # 0.1 0-0.45 K/uL
Baso # 0.0 0.0-0.2 K/uL

Col Dt/Tm: 08/30/2010 07:43 Accession: 0020537968 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 181 150-350 K/uL
Mean Platelet Volume 9.7 9.2-12.9 fL

Col Dt/Tm: 08/30/2010 07:43 Accession: 0020537968 Ordered By: LARNED
Title: Differential Status: Cancelled Series: 00

Col Dt/Tm: 08/30/2010 07:43 Accession: 0020537968 Ordered By: LARNED
Title: Vitamin B12 Status: Final Results Series: 00
Vitamin B12 455 210-950 pg/ml

Col Dt/Tm: 08/30/2010 07:43 Accession: 0020537968 Ordered By: LARNED
Title: Ferritin Status: Final Results Series: 00
Ferritin 144 20-300 ng/ml


ASSESSMENT AND PLAN: Left breast carcinoma as above.
Clinically doing very well and without evidence of recureence, return to clinic in 3 months as per NCCN guidelines. Continue Tamoxifen.

Refer to orthopedics.

The patient knows she can call me in the interval, if there are any problems that arise.


ELECTRONICALLY SIGNED BY Zoe Larned, MD 08/30/10 04:30:04 PM

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                    Sex: F

ESTABLISHED PATIENT

This is a 52-year-old female who self-palpated a left breast mass in April 2008. On 04/09/2008, she had a diagnostic mammogram and ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on 04/21/2008 showed no evidence of distant metastatic disease. She had a normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x 4 cycles followed by surgery followed by Avastin maintenance every 3 weeks, all of which she is now completed.

Final breast pathology post lumpectomy revealed a mildly differentiated, infiltrating carcinoma with tumor measuring 7 mm showing an excellent clinical response all margins were negative. There is no lymphovascular invasion. Negative sentinel lymph node. Final pathologic staging was T1N0MX.

In the interval, the patient has done well. More active and working full-time. She denies any fevers, chills or infectious complaints. She denies any headaches or visual changes. She denies any sore throat, dysphagia or heartburn. She denies any chest pain or palpitations. She denies any cough or shortness of breath. She denies abdominal pain or discomfort. She reports normal stools without hematochezia or melena. She reports normal urination without dysuria. She denies musculoskeletal complaints. She has no neurologic complaints of localized weakness or numbness. She has a mild peripheral neuropathy, which is continuing to get better. Still notes thinning hair.

Completing OT for left wrist w/ significant improvement.

ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 192.2 pounds. Her blood pressure is 134/82, pulse is 77, respirations are 16, and temperature is 98.2 F.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation. Extraocular movements intact. No scleral icterus. No conjunctival pallor and oropharynx is benign. No throat erythema or exudate. Adequate dentition. Normal tympanic membranes and ear canals.
NECK: Supple. There is no lymphadenopathy. Normal thyroid.
CHEST: Normal respiratory rate. Clear to auscultation and percussion bilaterally. No rhonchi, rales or wheezing.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of tenderness. Well-healed surgical scar on left breast. There is no axillary lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds in all quadrants. Nontender. Nondistended. No hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed surgical scars.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout. Pain, temperature, and joint position sense are all intact.

LABORATORY DATA:

pending, will review when drawn 12/1/10

ASSESSMENT AND PLAN: Left breast carcinoma as above.
Clinically doing very well and without evidence of recureence, return to clinic in 3 months as per NCCN guidelines. Continue Tamoxifen.

The patient knows she can call me in the interval, if there are any problems that arise.

ELECTRONICALLY SIGNED BY Zoe Larned, MD 11/30/10 04:13:04 PM