# EXHIBIT J

Page 1

 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3    * * * * * * * * * * * * * * * * * * * * * * * *
 4   ELIZABETH KAHN,                    CASE NO.
          Plaintiff.                    2:16-cv-17039
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
 8        Defendants.
     and
 9   CYNTHIA THIBODEAUX,                CASE NO.
          Plaintiff,                    2:16-cv-15859
10   v.
     SANOFI S.A.,
11   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
12   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
13        Defendants.
14
15    * * * * * * * * * * * * * * * * * * * * * * * *
16
                        DEPOSITION
17                         OF
18                   DR. ZOE LARNED
19        Taken on Wednesday, February 21, 2018
20             Commencing at 1:05 p.m.
21                      at the
22         GAYLE & TOM BENSON CANCER CENTER
23              1514 Jefferson Highway
24              New Orleans, Louisiana
25    Job No. NJ2816476

```
                                                    Page 55
 1              MS. PEREZ REYNOLDS:  Object to form.
 2       A.  Can you repeat the question?
 3       Q.  Absolutely.
 4           Do you agree that it's been known for a long
 5   time that certain chemotherapy drugs can cause
 6   permanent changes to hair?
 7              MS. PEREZ REYNOLDS:  Same objection.
 8       A.  Yes.
 9       Q.  Changes to texture?
10       A.  Yes.
11       Q.  Changes to color?
12       A.  Yes.
13       Q.  Changes to fullness, like hair thinning?
14              MS. PEREZ REYNOLDS:  Object to form.
15       A.  Yes.
16       Q.  And do you agree that it's been known for a
17   long time that various chemotherapy drugs can cause
18   persistent or permanent hair loss?
19              MS. PEREZ REYNOLDS:  Object to form.
20       A.  Yes.
21       Q.  That's something you've known for a long
22   time?
23              MS. PEREZ REYNOLDS:  Object to form.
24   BY MS. BIERI:
25       Q.  And have you known that in connection with
```

Page 78

1    A.  No.  Of course you're only seeing the front
2  in this picture.
3    Q.  Let me show you what I'm marking as
4  Deposition Exhibit No. 10.
5        (Whereupon Exhibit No. 10, a photograph, was
6         marked for Identification.)
7        (Witness peruses document.)
8  BY MS. BIERI:
9    Q.  I'll represent to you that Ms. Kahn
10 testified that this photograph was taken on
11 June 21st of 2010.
12       Do the photographs in Exhibit 9 appear to
13 have the same fullness level as those depicted in
14 Exhibits 8 and Exhibit 10?
15       MS. PEREZ REYNOLDS:  Object to form.
16   A.  No.
17   Q.  Turning back to Ms. Kahn's records, do you
18 think -- just for the sake of the record, do you
19 think that the level of thickness in Exhibit 9 is
20 more or less than that depicted in Exhibits 8 and
21 9 -- 8 and 10?
22       MS. PEREZ REYNOLDS:  Object to form.
23   A.  Less.
24   Q.  Now, looking at what is marked as 1363.
25 That should be your record from May 27th of 2010; is

Page 79

1   that correct?
2        A.   Yes.
3        Q.   Here, do you note:  Still notes thinning
4   hair?  I'm looking at Page 1363.
5        A.   Yes, I see it.  Yes.
6        Q.   And is that something that Ms. Kahn would
7   have said to you, or is that your -- based on your
8   assessment?
9        A.   Right.  So anything in this section of the
10  note is subjective.  That's what the patient is
11  saying.
12       Q.   And are you -- sorry, just for the record --
13       A.   Everything above "Medications" on this note
14  is her subjective report.
15       Q.   Understood?
16       A.   Minus the first paragraph, which is about
17  her diagnosis.
18       Q.   Okay.
19            And based on my representation, that is
20  approximately within a month of Exhibit 10, correct?
21       A.   Yes.
22       Q.   Looking at what is marked as OHS1385 to 86,
23  is that your note from October 30th of 2010?
24       A.   Yes.
25       Q.   And Ms. Kahn is still reporting to you --

Page 80

1   still notes thinning hair?
2       A.  Thinning hair.
3       Q.  She's still noting that to you?
4       A.  Uh-huh.
5       Q.  Looking at 1486.
6           MS. PEREZ REYNOLDS:  You mean 1386?
7           MS. BIERI:  I may.
8           MS. PEREZ REYNOLDS:  That was the only 86 I
9           saw.
10          MS. BIERI:  No, I'm -- I'm actually -- we're
11          both wrong.
12  BY MS. BIERI:
13      Q.  Can you please, Doctor, look at 1406.
14      A.  Yes.
15      Q.  Is that your note from November 30th of
16  2010?
17      A.  Yes.
18      Q.  And was Ms. Kahn still saying that she had
19  thinning hair?
20      A.  Yes.
21      Q.  On December 28th, record 1415 to 1416, I
22  think, was Ms. Kahn complaining of thinning hair?
23      A.  She is.  She also started complaining of hot
24  flashes and a sex drive problem.  And based on the
25  plan, she was referred to one of our hormonal

1  specialists.
2     Q.  When you were making these notes on -- of
3  "still notes thinning hair," were you making any
4  effort personally to determine the level of fullness
5  of her hair, or were you simply reporting what she
6  was saying to you?
7     A.  I was reporting --
8         MS. PEREZ REYNOLDS:  Object to form.
9     A.  -- what she was saying to me.
10    Q.  Looking at 1434 to 1435, which I believe is
11 your note from May 17th of 2011.
12    A.  Uh-huh.
13    Q.  Oh, I think we just talked about that one.
14 Forgive me.
15        Looking at 1511 to 1512, here, it says
16 "still notes thinning hair, slightly better".  Is
17 that based on her comment to you?
18    A.  Yes.  That's in the subjective section of
19 the note.  That is the patient's comment.
20    Q.  And again on February 28th of 2012 at 1534,
21 I think, maybe -- does she again -- do you also note
22 that she was saying her hair is thinning but
23 slightly better?
24    A.  Yes.
25    Q.  And those are not your determinations.

Page 82

1  Those are her comments, correct?
2      A.  That's her subjective.  Correct.
3      Q.  And do you agree that after that date,
4  February 28th of 2012, there are no further notes
5  regarding Ms. Kahn's hair in your records?  And take
6  your time if you'd like.
7          (Witness peruses documents.)
8      A.  Correct.
9      Q.  So no notation of her mentioning her hair to
10 you after February of 2012, correct?
11     A.  Yes.
12     Q.  Do you have any independent recollection of
13 her mentioning anything about her hair to you after
14 February of 2012?
15     A.  No.
16     Q.  Beyond what we've discussed and what was
17 recorded in your notes, can you remember anything
18 about any conversations that you had with Ms. Kahn
19 about her hair prior to February of 2012?
20     A.  Repeat that.
21     Q.  Sure.  Let me ask it a different way.  That
22 may not have made good sense.
23     A.  Uh-huh.
24     Q.  When you noted in your records prior to
25 February of 2012, "hair is growing back in, pleased

Page 82

1   Those are her comments, correct?
2        A.   That's her subjective.  Correct.
3        Q.   And do you agree that after that date,
4   February 28th of 2012, there are no further notes
5   regarding Ms. Kahn's hair in your records?  And take
6   your time if you'd like.
7             (Witness peruses documents.)
8        A.   Correct.
9        Q.   So no notation of her mentioning her hair to
10  you after February of 2012, correct?
11       A.   Yes.
12       Q.   Do you have any independent recollection of
13  her mentioning anything about her hair to you after
14  February of 2012?
15       A.   No.
16       Q.   Beyond what we've discussed and what was
17  recorded in your notes, can you remember anything
18  about any conversations that you had with Ms. Kahn
19  about her hair prior to February of 2012?
20       A.   Repeat that.
21       Q.   Sure.  Let me ask it a different way.  That
22  may not have made good sense.
23       A.   Uh-huh.
24       Q.   When you noted in your records prior to
25  February of 2012, "hair is growing back in, pleased

Page 83

1 her hair is growing back in, still notes thinning
2 hair or still notes thinning hair, slightly
3 better" -- beyond those words, do you remember Ms.
4 Kahn saying anything else to you in addition to that
5 about her hair?
6     A.  No.
7         MS. PEREZ REYNOLDS: Object to form.
8 BY MS. BIERI:
9     Q.  And would you have made notations if she
10 said additional comments about her hair?
11     A.  Yes.
12     Q.  Did she ever ask you to refer her to someone
13 that could diagnose or possibly treat her hair
14 issues?
15         MS. PEREZ REYNOLDS: Object to form.
16     A.  Not that I recall. I would have documented
17 it if we were doing a dermatology referral.
18     Q.  And there is no documentation of a
19 dermatology referral, correct?
20     A.  Not in here.
21     Q.  And no discussion of any sort of
22 conversation with Ms. Kahn about conversations for
23 referral or for treatment, correct?
24     A.  I would have documented it if we had that
25 discussion.