# EXHIBIT L

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form    DATE 5/29/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | ✓ | Vomiting | | ✓ |
| Diarrhea | | ✓ | Other | | |
| Nausea | | ✓ | | | |

DESCRIBE*_____

KAHN, ELIZABETH
LARNED, ZOE
05/29/08

Pain Scale (0-10) __0/0__
Describe: _____

**IV ACCESS RECORD:**
Central line   PICC   (Port)   Hickman   Passport   Other _____
Location __RCW__                           Huber needle   Yes   No   Gauge __20g x 1"__
Peripheral line   Jelco   Butterfly   Gauge _____   CVC dsg care
Site _____   # of attempts _____   Labs drawn

**IV Site Assessment:**
blood return (Yes) No*       10mL saline flush (Yes) No
redness    Yes* (No)         100units/mL hep lock flush X __5__ mL (Yes) No
swelling   Yes* (No)         Blood return check per policy with vesicant administration (Yes) No
tenderness Yes* (No)         IV site check every 30 minutes (excluding vesicants/irritants) (Yes) No*
Heplock   (Needle removed)                                 Research Protocol (Yes) No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1130 | Benadryl | 50mg | IVPB | 50ml NS | 1130 | + | ✓ | of |
| | Tagament | 300mg | IVPB | 50ml NS | | + | ✓ | of |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1150 | Taxotere | 143mg | IVPB | 250ml | 1305 | + | ✓ | of |
| 1310 | Cisplatin | 1330mg | IVPB | 100ml | 1440 | + | ✓ | of |
| Capecitabine given to pt by Research RN | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 1125 | 250 NS | | KVO | 1500 |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 1130 | 132/80 | 74 | 20 | 96.9 |
| 1205 | 123/71 | 71 | 18 | |
| 1220 | 127/82 | 75 | 18 | 96.9 |
| 1235 | 139/86 | 79 | 20 | |
| 1250 | 134/88 | 77 | 18 | |
| 1305 | 118/80 | 72 | 20 | |
| 1430 | 142/79 | 75 | 20 | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2006) Copy Center   page 1 of 2   CLINIC NOTES

KAHN, ELIZABETH   MRN: ▮▮▮   Encounter: L-181360620080529   DOS: 5/29/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00041**

Ochsner - Chemotherapy Record
Notes and Consultant's Reports

KAHN, ELIZABETH
LARNED, ZOE

CL
05/29/08

**Patient Instruction Given**
Instructed to call nurse or MD for:

Dyspnea ✓   Bleeding ✓
Fever 100.4 ✓   Mouth sores ✓
Vomiting ✓   Diarrhea ✓
Other _____

**Patient Discharged**
Ambulatory   W/C   Stretcher   Admit to hospital
By self   Accompanied by Spouse
escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: Tolerated well. See ed. sheet.

Signature _Hemsworth_ R.N.   _____ R.N.
                              _____ R.N.   Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   CLINIC NOTES