# EXHIBIT M



**NSABP PROTOCOL B-40**
**Treatment Form for Docetaxel/Capecitabine Cycles in Groups 2A and 2B**

Form T2 (10-09-2006)
Page 1 of 2

9353

| Patient Initials | K (Last), E (First), (Middle) |
|---|---|

Fax to 412-622-2111

NSABP Patient ID

Institution/Affiliate: CCOP, OCHSNER CLINIC FOUNDATION, NEW ORLEANS, LA / CCOP, ALTON OCHSNER MEDICAL FOUNDATION, NEW ORLEANS, LA

Treating MD: _____ Last Name _____ First Name _____ Phone

Person Completing Form: ZAZULAK (Last Name), MELANIE (First Name), Phone

Are data amended? (check box if yes, and circle amended items)  ☐ Yes

*Submit this form when **Docetaxel/Capecitabine** treatment has ended in a Group 2A or 2B patient or if the patient randomized to Group 2A or 2B did not begin **Docetaxel/Capecitabine**.*

**Total Number of Cycles Given (Docetaxel/Capecitabine)**
- ○ None
- ○ 1
- ○ 2
- ○ 3
- ● 4

**Why did treatment end (or not begin)? (Docetaxel/Capecitabine)**
- ● Treatment completed per protocol criteria
- ○ Adverse event/side effects/complications
- ○ Alternative therapy
- ○ New lesion (including second primary cancer) or other sign of progression
- ○ Death
- ○ Other

*Complete one row of the following treatment table for each **Docetaxel/Capecitabine** cycle administered, and leave any remaining rows blank.*

| Cycle Number | Cycle Start Date — Month | Day | Year | Docetaxel (mg/m²) * | Capecitabine (mg/m²) * | Number of Capecitabine Doses Administered (0 - 28 doses) ** |
|---|---|---|---|---|---|---|
| 1 | 05 | 29 | 2008 | 75 | 825 | 28 |
| 2 | 06 | 19 | 2008 | 75 | 825 | 16 |
| 3 | 07 | 10 | 2008 | 75 | 650 | 14 |
| 4 | 07 | 31 | 2008 | 60 | 650 | 27 |

\* Dose used to calculate the amount of drug to be administered. In Groups 2A and 2B, full dose of **docetaxel** is 75 mg/m². Full dose of **capecitabine** is 825 mg/m².

\*\* If no capecitabine doses were missed during the cycle (BID on days 1-14), the total number of doses would be 28.

Mark Circles Like This: → ●

9353



Kahn, Elizabeth - NSABP 000063



Form T2 (10-09-2006)
Page 2 of 2

Patient Initials: K (Last), E (First), ☐ (Middle)

 NSABP Patient ID

**Comments:**

9353