# EXHIBIT N

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                    Sex: F

Date: 4/6/2009 Support Staff: T. Marquez, LPN

HISTORY OF PRESENT ILLNESS:
51 year old Caucasian female patient Gravida: 0 presents today follow-up of for annual exam. Also complaining of hot flashes. Denies bladder complaints, bowel complaints and breast complaints.

PAST MEDICAL HISTORY: Breast Cancer Diag. April 2008- Chemo and Radiation(prior to Lumpectomy)

PAST SURGICAL HISTORY: Left Breast lumpectomy December 10, 2008.

MEDICATIONS: See MEDCARD

ALLERGIES: See ALLERGY CARD

OBSTETRIC HISTORY: None

COMPREHENSIVE GYN HISTORY:
PAP HISTORY: Denies abnormal Paps.
INFECTION HISTORY: Denies STDs. Denies PID.
BENIGN HISTORY: Denies uterine fibroids. Denies ovarian cysts. Denies endometriosis. Denies other conditions.
CANCER HISTORY: Denies cervical cancer. Denies uterine cancer or hyperplasia. Denies ovarian cancer. Denies vulvar cancer or pre-cancer. Denies vaginal cancer or pre-cancer. Denies breast cancer. Denies colon cancer.
SEXUAL ACTIVITY HISTORY: Reports being sexually active.
MENSTRUAL HISTORY: menararche age 13. Periods were once monthly until 2 years ago, then began spacing out. Now since 2007 Every 6 Months,Since Chemo began no cycles since May 2008.
DYSMENORRHEA HISTORY: Reports mild dysmenorrhea.
CONTRACEPTION HISTORY: None.

SOCIAL HISTORY:Married x 13 years. Lives with spouse. Never smoked. Drinks occasionally. Never used drugs.

FAMILY HISTORY: The patient's sister had breast cancer ~ age 32.. The patient's mother and paternal grandmother had breast cancer (both were post menopausal)


DATA REVIEWED:
Last Pap: Date: April 4, 2008 Result: Negative for intraepithelial lesion or malignancy. Reactive
cellular changes. Inflammation present. Anucleated squamous
cells. Endocervical component is present.
Last Mammogram: Date: April 9, 2008 Result: Abnormal
Last Colon CA screen - None

VITAL SIGNS: BP: 142/92. Weight:198 pounds Height:5 ft. 3 in. (160 cm)

PAIN SCALE: 0/10 None

ROS: Negative other than HPI.

PE:
APPEARANCE: Well nourished, well developed, in no acute distress.
SKIN: Normal skin turgor, no lesions.
NECK: Neck symmetric without masses or thyromegaly.
NODES: No inguinal, cervical, axillary or femoral lymph node enlargement.
CHEST: Lungs clear to auscultation.
HEART: Regular rate and rhythm, no murmurs, rubs or gallops.
ABDOMEN: Soft. No tenderness or masses. No hepatosplenomegaly. No hernias.
BREASTS: Symmetrical, no skin changes or visible lesions.LEFT BREAST SLIGHTLY SCARRED with very minor thickening. No palpable masses, nipple discharge or adenopathy bilaterally.
PELVIC: Normal external female genitalia without lesions. Normal hair distribution. Adequate perineal body, normal urethral meatus. Vagina moist and well rugated without lesions or discharge. Cervix pink and without lesions. No significant cystocele or rectocele. Bimanual exam showed uterus NOT ABLE TO BE PALPATED WELL SECONDARY TO BODY HABITUS, and nontender. Adnexa without PALPABLE masses or tenderness. Urethra and bladder normal.
EXTREMITIES: No clubbing cyanosis or edema.

PROCEDURES:
Papsmear

DIAGNOSIS:
1. Normal gyn exam. V72.3.
2. Screening pap smear. V76.2.
3. Atrophic vaginitis. 627.3.
4. History of Breast Cancer. V10.3.
5. Menopause
6. Family History of Breast Cancer

PLAN:

MEDICATIONS PRESCRIBED: See MEDCARD

Patient was counseled today on calcium supplementation, exercise and A.C.S. Pap guidelines and recommendations for yearly pelvic exams, mammograms and monthly self breast exams; to see her PCP for other health maintenance.

FOLLOW-UP: Will see in 1 year.

Electronically signed by Margaret A.Roberie, M.D. 04/06/2009 3:40:56 PM

1018- KAHN, ELIZABETH- Ochsner Health System  01258