UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Robin Wright, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Civil Action No.: 2:18-cv-12719 |
| vs. | : | |
| | : | |
| | : | |
| Hospira, Inc., et al, | : | |
| | : | |
| Defendant(s). | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]  Plaintiff's original Complaint was filed in the Eastern District of Louisiana on December 7, 2018 (*Robin Wright v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al.,* Case No. 2:18-cv-12719), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned through the acquisition of additional records NDC Codes that show that Accord Healthcare, Inc.; Hospira, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Actavis LLC

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

f/k/a Actavis Inc.; Actavis Parma, Inc.; Sagent Pharmaceuticals, Inc.; and Sandoz Inc. rather than Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; McKesson Corporation d/b/a McKesson Packaging; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; and Pfizer Inc. should be named as the Defendant in Plaintiff's Complaint. Thus, Plaintiff's proposed amendment would reflect this change.

Pursuant to CMO 12A, Plaintiff has voluntarily dismissed with prejudice Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; McKesson Corporation d/b/a McKesson Packaging; Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.; and Pfizer Inc.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Respectfully submitted this 14th Day of February 2020.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: February 14, 2020

/s/ Rhett A. McSweeney
Rhett A. McSweeney