UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

June Phillips, Case No. 2:16-cv-15397.

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON WARNINGS CAUSATION

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on the claims of Plaintiff June Phillips. Plaintiff claims Defendants failed to provide an adequate warning concerning the risk of permanent alopecia and Taxotere. Among the many elements of that claim, Plaintiff must prove warnings causation. For the reasons more fully set forth in the attached Memorandum in Support, Plaintiff is unable to establish warnings causation and summary judgment is warranted on this issue. Accordingly, Sanofi prays that this Court enter summary judgment on Plaintiff's lawsuit for failure to establish causation—an essential element of all her claims.

Date: February 14, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY& BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2