# EXHIBIT A

**Patient Information Leaflet**

**Questions and Answers About**



**Taxotere® for Injection Concentrate**



(generic name = docetaxel)     (pronounced as TAX-O-TEER)

**What is Taxotere?**

Taxotere is a new medication to treat breast cancer. It has severe side effects in some patients. This leaflet is designed to help you understand how to use Taxotere and avoid its side effects to the fullest extent possible. The more you understand your treatment, the better you will be able to participate in your care. If you have questions or concerns, be sure to ask your doctor or nurse. They are always your best source of information about your condition and treatment.

**What is the most important information about Taxotere?**

- Since this drug, like many other cancer drugs, affects your blood cells, your doctor will ask for routine blood tests. These will include regular checks of your white blood cell counts. Rarely, people with low blood counts have developed life-threatening infections. The earliest sign of infection may be fever, so if you experience a fever, tell your doctor right away.
- Rare, but sometimes serious, allergic reactions have occurred with this medicine. If you have any allergies, tell your doctor before receiving this medicine.
- A small number of people who take Taxotere have severe fluid retention which can be life-threatening. To help avoid this problem, you must take another medication called dexamethasone (DECKS-A-METH-A-SONE) prior to each Taxotere treatment. You must follow the schedule and take the exact dose of dexamethasone prescribed (see schedule at end of brochure). If you forget to take a dose or do not take it on schedule you must tell the doctor or nurse prior to your Taxotere treatment.
- If you are using any other medicines, tell your doctor before receiving your infusions of Taxotere.

**How Does Taxotere Work?**

Taxotere works by attacking cancer cells in your body. Different cancer medications attack cancer cells in different ways.
Here's how Taxotere works: Every cell in your body contains a supporting structure (like a skeleton). If this "skeleton" is damaged, it can not grow or reproduce. Taxotere makes the "skeleton" in cancer cells very stiff, so that the cells can no longer grow.

WORD 6.0

Sanofi_000001

### How will I receive Taxotere?

Taxotere is given by an infusion directly into your vein. Your treatment will take about 1 hour. Generally, people receive Taxotere every 3 weeks. The amount of Taxotere and the frequency of your infusions will be determined by your doctor.

As part of your treatment, to reduce side effects your doctor will prescribe another medicine called dexamethasone. Your doctor will tell you how and when to take this medicine. It is important that you take the dexamethasone on the schedule set by your doctor. If you forget to take your medication, or do not take it on schedule, make sure to tell your doctor or nurse **BEFORE** you receive your Taxotere treatment. **Included with this information leaflet is a chart to help you remember when to take your dexamethasone.**

### What should be avoided while receiving Taxotere?

Taxotere can interact with other medicines. Use only medicines that are prescribed for you by your doctor and **be sure** to tell your doctor all the medicines that you use, including nonprescription drugs.

### What are the possible side effects of Taxotere?

**Low Blood Cell Count** - Many cancer medications, including Taxotere, cause a temporary drop in the number of white blood cells. These cells help protect your body from infection. Your doctor will routinely check your blood count and tell you if it is too low. Although most people receiving Taxotere do not have an infection even if they have a low white blood cell count, the risk of infection is increased.

**Fever is often one of the most common and earliest signs of infection. Your doctor will recommend that you take your temperature frequently, especially during the days after treatment with Taxotere. If you have a fever, tell your doctor or nurse immediately.**

**Allergic Reactions** - This type of reaction, which occurs during the infusion of Taxotere, is infrequent. If you feel a warm sensation, a tightness in your chest, or itching during or shortly after your treatment, tell your doctor or nurse immediately.

**Fluid Retention** - This means that your body is holding extra water. If this fluid retention is in the chest or around the heart it can be life-threatening. If you notice swelling in the feet and legs or a slight weight gain, this may be the first warning sign. Fluid retention usually does not start immediately; but, if it occurs, it may start around your 5th treatment. Generally, fluid retention will go away within weeks or months after your treatments are completed.

Dexamethasone tablets may protect patients from significant fluid retention. It is important that you take this medicine on schedule. If you have not taken dexamethasone

Sanofi_000002

on schedule, you must tell your doctor or nurse before receiving your next Taxotere treatment.

**Hair Loss** - Loss of hair occurs in most patients taking Taxotere (including the hair on your head, underarm hair, pubic hair, eyebrows, and eyelashes). Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatments, hair generally grows back.
Your doctor or nurse can refer you to a store that carries wigs, hairpieces, and turbans for patients with cancer.

**Fatigue** - A number of patients (about 10%) receiving Taxotere feel very tired following their treatments. If you feel tired or weak, allow yourself extra rest before your next treatment. If it is bothersome or lasts for longer than one week, inform your doctor or nurse.

**Muscle Pain** - This happens about 20% of the time, but is rarely severe. You may feel pain in your muscles or joints. Tell your doctor or nurse if this happens. They may suggest ways to make you more comfortable.

**Rash** - This side effect occurs commonly but is severe in about 5%. You may develop a rash that looks like a blotchy, hive-like reaction. This usually occurs on the hands and feet but may also appear on the arms, face, or body. Generally, it will appear between treatments and will go away before the next treatment. Inform your doctor or nurse if you experience a rash. They can help you avoid discomfort.

**Odd Sensations** - About half of patients getting Taxotere will feel numbness, tingling, or burning sensations in their hands and feet. If you do experience this, tell your doctor or nurse. Generally, these go away within a few weeks or months after your treatments are completed.

**Nail Changes** - Color changes to your fingernails or toenails may occur while taking Taxotere. In extreme, but rare, cases nails may fall off. After you have finished Taxotere treatments, your nails will generally grow back.

**Other Possible Side Effects** - Less severe side effects include nausea, vomiting and diarrhea. If you experience these or any other unusual effects, tell your doctor or nurse.

If you are interested in learning more about this drug, ask your doctor for a copy of the package insert.

Sanofi_000003

| Date<br>Day 1 | Date<br>Day 2 | Date<br>Day 3 | Date<br>Day 4 | Date<br>Day 5 |
|---|---|---|---|---|
| | Taxotere Treatment Day | | | |
| Start Dexamethasone tablets 2 times per day AM PM | Take Dexamethasone tablets 2 times per day AM PM | Take Dexamethasone tablets 2 times per day AM PM | Take Dexamethasone tablets 2 times per day AM PM | Take Dexamethasone tablets 2 times per day AM PM |

Sanofi_000004

## Patient Information Leaflet

## Questions and Answers About

## Taxotere® for Injection Concentrate

(generic name = docetaxel)         (pronounced as TAX-O-TEER)

## What is Taxotere?

Taxotere is a new medication to treat breast cancer. It has severe side effects in some patients. This leaflet is designed to help you understand how to use Taxotere and avoid its side effects to the fullest extent possible. The more you understand your treatment, the better you will be able to participate in your care. If you have questions or concerns, be sure to ask your doctor or nurse. They are always your best source of information about your condition and treatment.

## What is the most important information about Taxotere?

- Since this drug, like many other cancer drugs, affects your blood cells, your doctor will ask for routine blood tests. These will include regular checks of your white blood cell counts. Rarely, people with low blood counts have developed life-threatening infections. The earliest sign of infection may be fever, so if you experience a fever, tell your doctor right away.
- Rare, but sometimes serious, allergic reactions have occurred with this medicine. If you have any allergies, tell your doctor before receiving this medicine.
- A small number of people who take Taxotere have severe fluid retention which can be life-threatening. To help avoid this problem, you must take another medication called dexamethasone (DECKS-A-METH-A-SONE) prior to each Taxotere treatment. You must follow the schedule and take the exact dose of dexamethasone prescribed (see schedule at end of brochure). If you forget to take a dose or do not take it on schedule you must tell the doctor or nurse prior to your Taxotere treatment.
- If you are using any other medicines, tell your doctor before receiving your infusions of Taxotere.

## How Does Taxotere Work?

Taxotere works by attacking cancer cells in your body. Different cancer medications attack cancer cells in different ways.
Here's how Taxotere works: Every cell in your body contains a supporting structure (like a skeleton). If this "skeleton" is damaged, it can not grow or reproduce. Taxotere makes the "skeleton" in cancer cells very stiff, so that the cells can no longer grow.

WORDPERFECT 6.0/6.1

Sanofi_000005

### How will I receive Taxotere?

Taxotere is given by an infusion directly into your vein. Your treatment will take about 1 hour. Generally, people receive Taxotere every 3 weeks. The amount of Taxotere and the frequency of your infusions will be determined by your doctor.

As part of your treatment, to reduce side effects your doctor will prescribe another medicine called dexamethasone. Your doctor will tell you how and when to take this medicine. It is important that you take the dexamethasone on the schedule set by your doctor. If you forget to take your medication, or do not take it on schedule, make sure to tell your doctor or nurse **BEFORE** you receive your Taxotere treatment. **Included with this information leaflet is a chart to help you remember when to take your dexamethasone.**

### What should be avoided while receiving Taxotere?

Taxotere can interact with other medicines. Use only medicines that are prescribed for you by your doctor and **be sure** to tell your doctor all the medicines that you use, including nonprescription drugs.

### What are the possible side effects of Taxotere?

**Low Blood Cell Count** - Many cancer medications, including Taxotere, cause a temporary drop in the number of white blood cells. These cells help protect your body from infection. Your doctor will routinely check your blood count and tell you if it is too low. Although most people receiving Taxotere do not have an infection even if they have a low white blood cell count, the risk of infection is increased.

**Fever is often one of the most common and earliest signs of infection. Your doctor will recommend that you take your temperature frequently, especially during the days after treatment with Taxotere. If you have a fever, tell your doctor or nurse immediately.**

**Allergic Reactions** - This type of reaction, which occurs during the infusion of Taxotere, is infrequent. If you feel a warm sensation, a tightness in your chest, or itching during or shortly after your treatment, tell your doctor or nurse immediately.

**Fluid Retention** - This means that your body is holding extra water. If this fluid retention is in the chest or around the heart it can be life-threatening. If you notice swelling in the feet and legs or a slight weight gain, this may be the first warning sign. Fluid retention usually does not start immediately; but, if it occurs, it may start around your 5th treatment. Generally, fluid retention will go away within weeks or months after your treatments are completed.

Dexamethasone tablets may protect patients from significant fluid retention. It is important that you take this medicine on schedule. If you have not taken dexamethasone on schedule, you must tell your doctor or nurse before receiving your next Taxotere

treatment.

**Hair Loss** - Loss of hair occurs in most patients taking Taxotere (including the hair on your head, underarm hair, pubic hair, eyebrows, and eyelashes). Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatments, hair generally grows back.
Your doctor or nurse can refer you to a store that carries wigs, hairpieces, and turbans for patients with cancer.

**Fatigue** - A number of patients (about 10%) receiving Taxotere feel very tired following their treatments. If you feel tired or weak, allow yourself extra rest before your next treatment. If it is bothersome or lasts for longer than one week, inform your doctor or nurse.

**Muscle Pain** - This happens about 20% of the time, but is rarely severe. You may feel pain in your muscles or joints. Tell your doctor or nurse if this happens. They may suggest ways to make you more comfortable.

**Rash** - This side effect occurs commonly but is severe in about 5%. You may develop a rash that looks like a blotchy, hive-like reaction. This usually occurs on the hands and feet but may also appear on the arms, face, or body. Generally, it will appear between treatments and will go away before the next treatment. Inform your doctor or nurse if you experience a rash. They can help you avoid discomfort.

**Odd Sensations** - About half of patients getting Taxotere will feel numbness, tingling, or burning sensations in their hands and feet. If you do experience this, tell your doctor or nurse. Generally, these go away within a few weeks or months after your treatments are completed.

**Nail Changes** - Color changes to your fingernails or toenails may occur while taking Taxotere. In extreme, but rare, cases nails may fall off. After you have finished Taxotere treatments, your nails will generally grow back.

**Other Possible Side Effects** - Less severe side effects include nausea, vomiting and diarrhea. If you experience these or any other unusual effects, tell your doctor or nurse.

If you are interested in learning more about this drug, ask your doctor for a copy of the package insert.

Sanofi_000007

| Date_____ | Date_____ | Date_____ | Date_____ | Date_____ |
|---|---|---|---|---|
| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
| | **Taxotere Treatment Day** | | | |
| **Start** | **Take** | **Take** | **Take** | **Take** |
| Dexamethasone tablets | Dexamethasone tablets | Dexamethasone tablets | Dexamethasone tablets | Dexamethasone tablets |
| 2 times per day | 2 times per day | 2 times per day | 2 times per day | 2 times per day |
| AM | AM | AM | AM | AM |
| PM | PM | PM | PM | PM |

Sanofi_000008



Caution: Federal law prohibits dispensing without prescription.

# TAXOTERE®
## (docetaxel)
### for Injection Concentrate

**WARNING**
TAXOTERE® (docetaxel) for Injection Concentrate should be administered under the supervision of a qualified physician experienced in the use of antineoplastic agents. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available.

The incidence of treatment-related mortality associated with TAXOTERE® therapy is increased in patients with abnormal liver function and in patients receiving higher doses (see WARNINGS).

TAXOTERE® should generally not be given to patients with bilirubin > upper limit of normal (ULN), or to patients with SGOT and/or SGPT >1.5 x ULN concomitant with alkaline phosphatase > 2.5 x ULN. Patients with elevations of bilirubin or abnormalities of transaminase concurrent with alkaline phosphatase are at increased risk for the development of grade 4 neutropenia, febrile neutropenia, infections, severe thrombocytopenia, severe stomatitis, severe skin toxicity, and toxic death. Patients with isolated elevations of transaminase > 1.5 x ULN also had a higher rate of febrile neutropenia grade 4 but did not have an increased incidence of toxic death. Bilirubin, SGOT or SGPT, and alkaline phosphatase values should be obtained prior to each cycle of TAXOTERE® therapy and reviewed by the treating physician.

TAXOTERE® therapy should not be given to patients with neutrophil counts of < 1500 cells/mm³. In order to monitor the occurrence of neutropenia, which may be severe and result in infection, frequent blood cell counts should be performed on all patients receiving TAXOTERE®.

Severe hypersensitivity reactions characterized by hypotension and/or bronchospasm, or generalized rash/erythema occurred in 0.9% of patients who received the recommended dexamethasone premedication. Hypersensitivity reactions requiring discontinuation of the TAXOTERE® infusion were reported in five patients who did not receive premedication. These reactions resolved after discontinuation of the infusion and the administration of appropriate therapy. TAXOTERE® must not be given to patients who have a history of severe hypersensitivity reactions to TAXOTERE® or to other drugs formulated with polysorbate 80.

Severe fluid retention occurred in 6% of patients despite use of a 5-day dexamethasone premedication regimen. It was characterized by one or more of the following events: poorly tolerated peripheral edema, generalized edema, pleural effusion requiring urgent drainage, dyspnea at rest, cardiac tamponade, or pronounced abdominal distention (due to ascites).

## DESCRIPTION
Docetaxel is an antineoplastic agent belonging to the taxoid family. It is prepared by semisynthesis beginning with a precursor extracted from the renewable needle biomass of yew plants. The chemical name for docetaxel is (2R,3S)-N-carboxy-3-phenylisoserine,N-tert-butyl ester,13-ester with 5β-20-epoxy-1,2α,4,7β,10β,13α-hexahydroxytax-11-en-9-one 4-acetate 2-benzoate, trihydrate. Docetaxel has the following structural formula:

[chemical structure diagram]

Docetaxel is a white to almost-white powder with an empirical formula of $C_{43}H_{53}NO_{14} \cdot 3H_2O$, and a molecular weight of 861.9. It is highly lipophilic and practically insoluble in water. TAXOTERE® (docetaxel) for Injection Concentrate is a clear yellow to brownish-yellow viscous solution. TAXOTERE® is sterile, non-pyrogenic, and is available in single-dose vials containing 20 mg (0.5 mL) or 80 mg (2.0 mL) docetaxel (anhydrous). Each mL contains 40 mg docetaxel (anhydrous) and 1040 mg polysorbate 80.

TAXOTERE® for Injection Concentrate requires dilution prior to use. A sterile, non-pyrogenic, single-dose diluent is supplied for that purpose. The diluent for TAXOTERE® contains 13% ethanol in Water for Injection, and is supplied in 1.5 mL (to be used with 20 mg TAXOTERE® for Injection Concentrate) and 6.0 mL (to be used with 80 mg TAXOTERE® for Injection Concentrate) vials.

## CLINICAL PHARMACOLOGY
Docetaxel is an antineoplastic agent that acts by disrupting the microtubular network in cells that is essential for mitotic and interphase cellular functions. Docetaxel binds to free tubulin and promotes the assembly of tubulin into stable microtubules while simultaneously inhibiting their disassembly. This leads to the production of microtubule bundles without normal function and to the stabilization of microtubules, which results in the inhibition of mitosis in cells. Docetaxel's binding to microtubules does not alter the number of protofilaments in the bound microtubules, a feature which differs from most spindle poisons currently in clinical use.

**HUMAN PHARMACOKINETICS**
The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20 - 115 mg/m² in phase I studies. The area under the curve (AUC) was dose proportional following doses of 70 - 115 mg/m² with infusion times of one to two hours. Docetaxel's pharmacokinetic profile is consistent with a three-compartment pharmacokinetic model, with half-lives for the α, β, and γ phases of 4 min, 36 min, and 11.1 hr, respectively. The initial rapid decline represents distribution to the peripheral compartments and the late (terminal) phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment. Mean values for total body clearance and steady state volume of distribution were 21 L/h/m² and 113 L, respectively. Mean total body clearance for Japanese patients dosed at the range of 10-90 mg/m² was similar to that of European/American populations dosed at 100 mg/m², suggesting no significant difference in the elimination of docetaxel in the two populations.

A study of ¹⁴C-docetaxel was conducted in three cancer patients. Docetaxel was eliminated in both the urine and feces following oxidative metabolism of the tert-butyl ester group, but fecal excretion was the main elimination route. Within seven days, urinary and fecal excretion accounted for approximately 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in feces is excreted during the first 48 hours as one major and 3 minor metabolites with very small amounts (less than 8%) of unchanged drug. Based on in vitro studies, isoenzymes of the cytochrome P4503A (CYP 3A) subfamily appear to be involved in docetaxel metabolism.

A population pharmacokinetic analysis was carried out after TAXOTERE® treatment of 535 patients dosed at 100 mg/m². Pharmacokinetic parameters estimated by this analysis were very close to those estimated from phase I studies. The pharmacokinetics of docetaxel were not influenced by age or gender and total body clearance was not modified by pretreatment with dexamethasone. In patients with clinical chemistry data suggestive of mild to moderate liver function impairment (SGOT and/or SGPT >1.5 times the upper limit of normal (ULN) concomitant with alkaline phosphatase >2.5 times ULN), total body clearance was lowered by an average of 27%, resulting in a 38% increase in systemic exposure (AUC). This average, however, includes a substantial range and there is, at present, no measurement that would allow recommendation for dose adjustment in such patients. Patients with combined abnormalities of transaminase and alkaline phosphatase should, in general, not be treated with TAXOTERE®.

In vitro studies showed that docetaxel is about 94% protein bound, mainly to α₁-acid glycoprotein, albumin, and lipoproteins. In three cancer patients, the in vitro binding to plasma proteins was found to be approximately 97%. Dexamethasone does not affect the protein binding of docetaxel.

## CLINICAL STUDIES
The efficacy and safety of TAXOTERE® has been evaluated in advanced breast carcinoma patients in independent clinical studies at doses of 100, 75, and 60 mg/m².

**Safety and Efficacy at 100 mg/m²:** The safety and efficacy of TAXOTERE® have been evaluated in three phase II studies which were conducted in a total of 134 patients with anthracycline-resistant, locally advanced or metastatic breast carcinoma. Anthracycline resistance was defined as progressive disease on anthracycline for advanced disease or relapse on anthracycline adjuvant therapy. In these studies, TAXOTERE® was administered at a 100 mg/m² dose given as a one-hour infusion every 3 weeks.

The overall response rate (ORR) considering all patients (intent-to-treat) was 41% and the complete response (CR) was 2%. The median survival time was 43 weeks. In the evaluable patients (see table), the ORR was 47% and the CR was 2.8%. Overall response rates (ORR), duration of response, and time to progression are shown in the following table:

**Efficacy Of TAXOTERE® In Anthracycline-Resistant Breast Cancer Patients Treated At 100 mg/m²**

|  |  | (95% C.I.) |
|---|---|---|
| **Overall Response Rates** |  |  |
| Intent-to-Treat Patients (n=134) | 41% | (33 - 49) |
| Evaluable Patients (n=106)* | 47% | (38 - 57) |
| **Response Rate In Patients with Visceral Involvement** |  |  |
| Intent-to-Treat Patients (n=95) | 37% |  |
| Evaluable Patients (n=76)* | 43% |  |
| Median Response Duration** | 6 months | (2.1 - 17.5) |
| Median Time to Progression** | 4 months | (0.2 - 17.5) |
| Median Survival** | 10 months | (0.2 - 24.6+) |
| 1 Year Survival** | 43% |  |

\* Evaluable patients include those meeting the study eligibility requirements and having received at least two cycles of TAXOTERE® unless disease progression occurred earlier.
\** Intent-to-treat population

For the 134 anthracycline-resistant breast cancer patients who received TAXOTERE®, 127 had normal LFTs (see table for definition) at baseline, and 7 had elevated LFTs at baseline. Patients with elevated LFTs at baseline had an increased incidence of thrombocytopenia, infection, febrile neutropenia, and death considered at least possibly treatment related. The following table shows the incidence of important hematologic adverse events during the study:

**Hematologic Adverse Events In Anthracycline-Resistant Breast Cancer Patients Treated At 100 mg/m² With Normal Or Elevated Baseline Liver Function Tests**

| Adverse Event |  | Normal LFTs* at Baseline n = 127 % | Elevated LFTs** at Baseline n = 7 % |
|---|---|---|---|
| **Neutropenia** |  |  |  |
| Any | <2000 cells/mm³ | 99.2 | 100 |
| Grade 4 | <500 cells/mm³ | 94.5 | 100 |
| **Thrombocytopenia** |  |  |  |
| Any | <100,000 cells/mm³ | 11.8 | 71.4 |
| Grade 4 | <20,000 cells/mm³ | 0 | 14.3 |
| Anemia | <11 g/dL | 98.4 | 85.7 |
| **Infection*** |  |  |  |
| Any |  | 25.2 | 71.4 |
| Grade 3 and 4 |  | 7.1 | 57.1 |
| **Febrile Neutropenia**** |  |  |  |
| By Patient |  | 22.0 | 42.9 |
| By Course |  | 4.0 | 14.3 |
| Septic Death |  | 0.8 | 14.3 |
| Non-Septic Death |  | 0 | 14.3 |

\* Normal LFTs: Transaminases ≤ 1.5 times ULN or alkaline phosphatase ≤ 2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN.
\** Elevated LFTs: SGOT and/or SGPT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN.
\*** Incidence of infection requiring hospitalization or intravenous antibiotics was 13.4% (n=17) among the 127 patients with normal LFTs at baseline. There were two patients with grade 2, one with grade 3, and fourteen with grade 4 neutropenia.
\**** Febrile Neutropenia: ANC grade 4 with fever > 38° C with IV antibiotics and/or hospitalization.

The following table shows important non-hematologic adverse events for the anthracycline-resistant breast cancer patients with normal and elevated LFTs at baseline:

**Non-Hematologic Adverse Events In Anthracycline-Resistant Breast Cancer Patients Treated At 100 mg/m² With Normal Or Elevated Baseline Liver Function Tests**

| Adverse Event | Normal LFTs* at Baseline n = 127 % | Elevated LFTs** at Baseline n = 7 % |
|---|---|---|
| **Acute Hypersensitivity Reaction** |  |  |
| Regardless of Premedication |  |  |
| Any | 11.8 | 0 |
| Severe | 0 | 0 |
| **Fluid Retention*** |  |  |
| Regardless of Type of Premedication |  |  |
| Any | 56.7 | 57.1 |
| Severe | 9.4 | 14.3 |
| With Recommended Premedication | n = 92 | n = 3 |
| Any | 41.4 | 66.6 |
| Severe | 3.4 | 33.3 |
| **Neurosensory** |  |  |
| Any | 66.1 | 42.9 |
| Severe | 7.1 | 0 |
| Myalgia | 35.4 | 57.1 |
| **Cutaneous** |  |  |
| Any | 62.2 | 57.1 |
| Severe | 10.2 | 14.3 |
| **Asthenia** |  |  |
| Any | 80.3 | 42.9 |
| Severe | 22.8 | 28.6 |
| **Stomatitis** |  |  |
| Any | 55.9 | 71.4 |
| Severe | 8.7 | 57.1 |

\* Normal LFTs: Transaminases ≤ 1.5 times ULN or alkaline phosphatase ≤ 2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN.
\** Elevated Liver Function: SGOT and/or SGPT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN.
\*** Fluid Retention includes (by COSTART): edema (peripheral, localized, generalized), lymphedema, pulmonary edema, and edema otherwise not specified) and effusion (pleural, pericardial, and ascites).

**Safety at 75 mg/m²:** TAXOTERE® at a dose of 75 mg/m² every 3 weeks has been evaluated in two phase II studies in 55 previously untreated patients with normal liver function and locally advanced or metastatic breast carcinoma. The following table shows the important hematologic adverse events in these studies:

**Hematologic Adverse Events In 55 Breast Cancer Patients Treated With 75 mg/m²**

| Adverse Event |  | % |
|---|---|---|
| **Neutropenia** |  |  |
| Any | <2000 cells/mm³ | 98.1 |
| Grade 4 | <500 cells/mm³ | 80.0 |
| **Thrombocytopenia** |  |  |
| Any | <100,000 cells/mm³ | 5.5 |
| Grade 4 | <20,000 cells/mm³ | 0 |
| Anemia | <11 g/dL | 89.1 |
| **Infection** |  |  |
| Any |  | 21.8 |
| Grade 3 and 4 |  | 0 |
| **Febrile Neutropenia*** |  |  |
| By Patient |  | 1.8 |
| Septic Death |  | 0 |
| Non-Septic Death |  | 0 |

\* Febrile Neutropenia: ANC grade 4 with fever > 38° C with IV antibiotics and/or hospitalization.

The following table shows the important non-hematologic adverse events at 75 mg/m²:

**Non-Hematologic Adverse Events In 55 Breast Cancer Patients Treated With 75 mg/m²**

| Adverse Event | % |
|---|---|
| **Acute Hypersensitivity Reaction*** |  |
| Any | 29.1 |
| Severe | 1.8 |
| **Fluid Retention*** |  |
| Any | 69.1 |
| Severe | 10.9 |
| **Neurosensory** |  |
| Any | 38.2 |
| Severe | 1.8 |
| **Myalgia** |  |
| Any | 12.7 |
| Severe | 1.8 |
| **Cutaneous** |  |
| Any | 47.3 |
| Severe | 1.8 |
| **Asthenia** |  |
| Any | 63.6 |
| Severe | 7.3 |
| **Stomatitis** |  |
| Any | 30.9 |
| Severe | 3.6 |

\* Regardless of premedication
\** Without recommended premedication

**Safety and Efficacy at 60 mg/m²:** The safety and efficacy of TAXOTERE® have been evaluated in three phase II Japanese studies in 174 patients (3 patients had elevated LFTs) who had received prior chemotherapy for locally advanced or metastatic breast carcinoma; 26 patients had progression of disease as best response to prior anthracycline treatment. In the 26 patients who had progression of disease as best response to prior anthracycline treatment, the ORR was 34.6% (95% C.I.: 17.2 - 55.7) and the CR was 3.8%. The median duration of response was 4 months.

The following table shows important hematologic adverse events for the Japanese breast cancer trials:

**Hematologic Adverse Events In 174 Breast Cancer Patients Treated With 60 mg/m² Who Had Received Prior Chemotherapy In Trials Conducted In Japan**

| Adverse Event |  | % |
|---|---|---|
| **Neutropenia** |  |  |
| Any | <2000 cells/mm³ | 95.4 |
| Grade 4 | <500 cells/mm³ | 74.9 |
| **Thrombocytopenia** |  |  |
| Any | <100,000 cells/mm³ | 14.4 |
| Grade 4 | <20,000 cells/mm³ | 1.1 |
| Anemia | <11 g/dL | 64.9 |
| **Infection** |  |  |
| Any |  | 1.1 |
| Grade 3 and 4 |  | 0 |
| **Febrile Neutropenia*** |  |  |
| By Patient |  | 0 |
| Septic Death |  | 1.1 |
| Non-Septic Death |  | 0 |

\* Febrile Neutropenia: ANC grade 3/4 concomitant with fever > 38.1° C.

The following table shows important non-hematologic adverse events for the Japanese breast cancer trials; the incidence of severe non-hematologic toxicity in patients dosed at 60 mg/m² is negligible:

**Non-Hematologic Adverse Events In 174 Breast Cancer Patients Treated With 60 mg/m² Who Had Received Prior Chemotherapy In Trials Conducted In Japan**

| Adverse Event | % |
|---|---|
| **Acute Hypersensitivity Reaction** |  |
| Any | 0.6 |
| Severe | 0 |
| **Fluid Retention*** |  |
| Any | 12.6 |
| Severe | 0 |
| **Neurosensory** |  |
| Any | 19.5 |
| Severe | 0 |
| **Cutaneous** |  |
| Any | 30.5 |
| Severe | 0 |
| **Myalgia** |  |
| Any | 3.4 |
| Severe | 0 |
| **Asthenia** |  |
| Any | 65.5 |
| Severe | 0 |
| **Stomatitis** |  |
| Any | 19.0 |
| Severe | 0.6 |

\* without premedication

## INDICATIONS AND USAGE
TAXOTERE® (docetaxel) for Injection Concentrate is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have progressed during anthracycline-based therapy or have relapsed during anthracycline-based adjuvant therapy.

## CONTRAINDICATIONS
TAXOTERE® is contraindicated in patients who have a history of severe hypersensitivity reactions to docetaxel or to other drugs formulated with polysorbate 80.

TAXOTERE® should not be used in patients with neutrophil counts of <1500 cells/mm³.

## WARNINGS
TAXOTERE® (docetaxel) for Injection Concentrate should be administered under the supervision of a qualified physician experienced in the use of antineoplastic agents. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available.

**Toxic Deaths:** TAXOTERE® administered at 100 mg/m² was associated with deaths considered possibly or probably related to treatment in 2.4% (34/1435) of patients with normal liver function and in 11% (6/55) of patients with abnormal liver function (SGOT and/or SGPT > 1.5 times ULN together with AP > 2.5 times ULN). Among patients dosed at 60 mg/m², mortality related to treatment occurred in 0.6% (3/481) of patients with normal liver function, and in 3 of 7 patients with abnormal liver function. Approximately half of these deaths occurred during the first cycle. Sepsis accounted for the majority of the deaths.

**Premedication Regimen:** Although the optimal premedication regimen is not defined, all patients should be premedicated with oral corticosteroids such as dexamethasone 16 mg per day (e.g., 8 mg BID) for 5 days starting 1 day prior to TAXOTERE® to reduce the severity of fluid retention and

Sanofi_000009