# EXHIBIT D

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2                 NO. 2:16-cv-15397
 3                    JUNE PHILLIPS
 4                      VERSUS
 5       SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
                 and AVENTIS-PHARMA S.A.
 6
 7         Videotaped Deposition of JUNE PHILLIPS,
         923 Arabella Street, New Orleans, Louisiana
 8       70115, taken in the offices of Morris Bart &
         Associates on Thursday, August 16, 2018.
 9
10       APPEARANCES:
11           MORRIS BART & ASSOCIATES
             Attorneys at Law
12           BY:  RICHARD ROOT, Esquire
             601 Poydras Street, 24th Floor
13           New Orleans, Louisiana 70130
14               ATTORNEYS FOR PLAINTIFF
15
             NAPOLI SHKOLNIK
16           Attorneys at Law
             BY:  W. STEVEN BERMAN, Esquire
17           10,000 Lincoln Drive Wast
             Marlton, New Jersey  08053
18
                 ATTORNEYS FOR PLAINTIFFS STEERING
19               COMMITTEE
20
             SHOOK, HARDY & BACON
21           Attorneys at Law
             BY:  KELLY BIERI, Esquire
22           BY:  JASON HARMON, Esquire
             2555 Grand Boulevard
23           Kansas City, Missouri  64108
24               ATTORNEYS FOR DEFENDANT
25       Job No. NJ2985336
```

Page 6

1  INDEX
2  Page, Line
3
   Exhibit #1       19    21
4  Exhibit #2       24    15
   Exhibit #3       27    14
5  Exhibit #4       38    25
   Exhibit #5       39    4
6  Exhibit #6       81    22
   Exhibit #7       85    19
7  Exhibit #8      103    15
   Exhibit #9      107    5
8  Exhibit #10     126    25
   Exhibit #11     138    4
9  Exhibit #12     156    6
   Exhibit #13     158    11
10 Exhibit #14     159    11
   Exhibit #15     180    7
11 Exhibit #16     189    20
   Exhibit #17     197    12
12 Exhibit #18     197    25
   Exhibit #19     200    17
13 Exhibit #20     215    12
   Exhibit #21     223    12
14 Exhibit #22     224    21
   Exhibit #23     227    24
15 Exhibit #24     229    12
   Exhibit #25     232    12
16 Exhibit #26     234    9
   Exhibit #27     249    17
17 Exhibit #28     262    1
   Exhibit #29     269    19
18
19 EXAMINATION BY MS. BIERI    8    5
20
21
22
23
24
25

Page 7

1            S T I P U L A T I O N
2       It is stipulated and agreed by and
3  between counsel for the parties hereto that
4  the deposition of the aforementioned witness
5  is hereby being taken under the Federal Rules
6  of Civil Procedure, for all purposes, in
7  accordance with law;
8       That the formalities of reading and
9  signing are specifically waived;
10      That the formalities of sealing,
11 certification and filing are specifically
12 waived;
13      That all objections, save those as to the
14 form of the question and the responsiveness of
15 the answer, are hereby reserved until such
16 time as this deposition, or any part thereof,
17 may be used or sought to be used in evidence.
18          *   *   *   *
19      LINDY ROOT, Registered Professional
20 Reporter, and Certified Court Reporter, in and
21 for the Parish of Orleans, State of Louisiana,
22 officiated in administering the oath to the
23 witness.
24
25

Page 8

1       (Video introduction.)
2            JUNE PHILLIPS,
3  after having been first duly sworn by the
4  above-mentioned court reporter, did testify
5  as follows:
6  EXAMINATION BY MS. BIERI:
7  Q. State your full name, please.
8  A. June Phillips.
9  Q. Have you ever gone by any other names?
10 A. No.
11 Q. Ever gone by the name Ruby?
12 A. No.
13     It is my first name, but I have never gone
14   by it.
15 Q. That's your legal first name?
16 A. Yes.
17 Q. So is it Ruby June Phillips?
18 A. That's right.
19 Q. Ms. Phillips, how old are you?
20 A. 80.
21 Q. And what is your date of birth?
22 A. ▇▇▇▇▇▇▇▇
23 Q. Ms. Phillips, I'm Kelly Bieri, and when we
24   tried to do the deposition last time I
25   introduced myself to you.

Page 9

1    I'm not sure if you remember that.
2    Do you?
3  A. Yes.
4  Q. And just to clarify, we didn't have any
5    substantive discussion about your case, we
6    just exchanged pleasantries in front of your
7    counsel.  Is that correct?
8  A. Yes.
9  Q. Okay.  And other than that brief meeting, we
10   have never met or spoken before?
11 A. No.
12 Q. No, we have not?
13 A. No, we have not.
14 Q. Okay.  Have you ever participated in a
15   deposition before today?
16 A. Yes.
17 Q. How many?
18 A. One.
19 Q. When was that?
20 A. I don't remember.  It was years ago.
21 Q. More than ten years ago?
22 A. I think so.  Yes.
23 Q. Can you tell me what you remember about the
24   case it was involving?
25 A. It was a car, an automobile that something had

3 (Pages 6 - 9)

Page 54

1  someone, and I can't remember -- I don't
2  remember whether I gave it to Gaynell or
3  someone else.  Although Gaynell had already
4  had breast canner.
5  Q. What's Gaynell's last name?
6  A. Westfall.
7  Q. So you read the book?
8  A. Yeah.  I read it.
9  Q. And you do not recall the title?
10 A. I don't remember the name of it.  I can't -- I
11    mean I'm just trying to think, and I don't
12    remember at all.
13 Q. Do you remember what it physically looked
14    like?
15 A. It was a paperback.
16 Q. Do you remember what color it was?
17 A. Beige.
18 Q. Do you know when you passed it on to a friend?
19 A. Some time back.  I mean, you know, right
20    after -- Not long after I read it.  I remember
21    that.  I remember saying, I have a book, but I
22    just don't remember who I gave it to.
23 Q. Do you keep in correspondence with Cammie?
24 A. No.  I don't know her.  I've never met her.
25    She called me because Heidi asked her to call

Page 55

1  me.
2  Q. Do you keep in contact with Heidi?
3  A. Yes.
4  Q. Through e-mail?
5  A. Through e-mail.  She's in Europe.
6  Q. Do you have phone numbers for Heidi as well?
7  A. Well, she doesn't have one.  I mean I have her
8    cell phone number, but she's in Europe, and
9    she's going to be there until Thanksgiving,
10   and she's coming back just long enough to get
11   another 190 -- 180 days in Europe.
12 Q. Do you have Cammie's phone number?
13 A. No.
14 Q. You talked to her on the phone though.  Right?
15 A. Yeah.  She called me, but I don't have her
16   phone number.
17 Q. We've looked at a couple of e-mails that came
18   from an e-mail account called
19   juneskarma@aol.com.
20   Is that your e-mail account?
21 A. Uh-huh (affirmative response).
22 Q. Do you have any other e-mail accounts?
23 A. Probably I do, but I don't use them.  I --
24   There's one with Gmail, but I don't even
25   remember what the address is.

Page 56

1  Q. When did you set that e-mail account up?
2  A. I just thought it was a good idea to have
3    another one with Gmail.
4    I don't know.  Years ago.  A few years
5    ago.
6  Q. Now, you agree that you have sent e-mails from
7    juneskarma@aol.com regarding your cancer.
8    Correct?
9  A. Yes.
10 Q. Regarding your chemotherapy?
11 A. Yes.
12 Q. Regarding your hair loss.  Correct?
13 A. Well, yeah.  I guess.  Yeah.
14 Q. And regarding this lawsuit.  Correct?
15 A. I don't know.  I don't know if I've ever
16    mentioned that in an e-mail.
17 Q. How long have you had the juneskarma@aol
18    account?
19 A. Since the early '90's I think.
20 Q. Does anybody else use that e-mail account?
21 A. No.
22 Q. So the e-mails that you produced from that
23    e-mail account, if they are sent from that,
24    that means that they were sent from you.
25    Is that correct?

Page 57

1  A. That's correct.
2  Q. So if they were sent from juneskarma@aol.com,
3    that means you wrote them?
4  A. Yes.
5  Q. Okay.  Switching gears a bit.
6    Can you state for the record your current
7    address?
8  A. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ New Orleans, Louisiana
9    70115.
10 Q. And how long have you lived on ▓▓▓▓▓▓
11    ▓▓▓▓▓▓
12 A. Since 1999.
13 Q. Does anyone else live with you at that
14    address?
15 A. A cat.
16 Q. What's the cat's name?
17 A. Mojo.
18 Q. And before that did you live in the Quarter?
19 A. Yes.
20 Q. Did you own the building in the Quarter?
21 A. Yes.
22 Q. What was the address of that building?
23 A. 539 Dumaine.
24 Q. Did you work out of that building, too, or
25    just live there?

Page 58

1  A. It was an apartment building.
2  Q. And you sold it in 1999?
3  A. Yes.
4  Q. Okay. Were you born in New Orleans, Ms.
5     Phillips?
6  A. No.
7  Q. Where were you born?
8  A. Birmingham, Alabama.
9  Q. When did you move to New Orleans?
10 A. When I was 19 years old.
11 Q. So after high school?
12 A. Yes.
13 Q. Did you attend college?
14 A. Yes.
15 Q. Where did you attend college?
16 A. University of Alabama, Tulane, and LSU.
17 Q. Where did you -- Did you get a degree, an
18    undergraduate degree?
19 A. Undergraduate degree, yes.
20 Q. And from what institution did you earn an
21    undergraduate degree?
22 A. Well, I got my teaching certificate at LSU.
23 Q. And you -- I feel like you want to tell me
24    more.
25 A. No.

Page 59

1  Q. Okay. So that's the only certificate that you
2     have undergraduate wise?
3  A. Yes.
4  Q. Any degree?
5  A. No.
6  Q. What's the difference -- Forgive me. I don't
7     know.
8     What's the difference between a
9     certificate for teaching and a degree?
10 A. At the time I started teaching you did not
11    need a degree in Louisiana to teach in
12    technical schools or community colleges, and I
13    taught hospitality and tourism, hotel
14    management, computer courses for airlines, so
15    forth, and -- but you needed a teaching
16    certificate.
17    So LSU would send a professor down every
18    week for five years, and you were required to
19    take at least 18 hours of teaching skills, and
20    so that's what we took.
21 Q. So when was the last time you taught
22    hospitality?
23 A. In 2005.
24 Q. And is that the last time you held employment?
25 A. Yes.

Page 60

1  Q. No working since 2005?
2  A. No.
3  Q. And you're not making a lost wage claim in
4     this litigation.
5  A. No.
6  Q. Correct?
7  A. Correct.
8  Q. Did you attend graduate school of any kind?
9  A. No.
10 Q. Any other formal education?
11 A. Well, I took some sources at Delgado Community
12    College, but it was like the courses I took at
13    Tulane or at Alabama. I did not finish.
14 Q. Were you trying to get a degree at -- through
15    Delgado?
16 A. No.
17    Initially I was going to the University of
18    Alabama. Then I moved to New Orleans, and I
19    was going to Tulane at night and working for
20    Eastern Airlines during the day.
21 Q. And then?
22 A. Then I started flying, and it was impossible
23    to continue on.
24    Later on, when I had some seniority, I
25    went back to Delgado and took some more

Page 61

1     courses.
2  Q. Have you ever received any medical education?
3  A. No.
4  Q. And you're not currently married. Correct?
5  A. No.
6  Q. Have you ever been married?
7  A. No.
8  Q. Can you tell me for your parents their names?
9     Are your parents living?
10 A. No.
11 Q. Okay. Can you please tell me the names of
12    your parents, when they died, and the cause of
13    their deaths, please?
14 A. My father's name was Herman Phillips. He died
15    in 1960 of a ruptured aneurysm on the aorta.
16 Q. And your mother?
17 A. My mother's name was Ruth Bryant Phillips.
18    She died in 1988, and she just didn't wake up
19    one morning. Probably her heart.
20 Q. She had a history of heart problems?
21 A. No. But they just assumed that's what it was.
22 Q. Do you have any siblings?
23 A. I have a sister.
24 Q. What is your sister's name?
25 A. Janice Martisius.

Page 62

1  Q. Can you spell her last name?
2  A. M-A-R-T-I-S-I-U-S.
3  Q. And is your sister, Ms. Martisius, living?
4  A. Yes.
5  Q. Where does she live?
6  A. In the Villages, Florida.
7  Q. What is the age difference between you and
8     your sister?
9  A. Five years.
10 Q. Are you older or younger?
11 A. I'm the oldest.
12 Q. Would you say you're close to your sister?
13 A. Uh-huh (affirmative response).
14    Yes.
15 Q. How often do you see her?
16 A. I saw her last month.
17 Q. And over the course of a year how often do you
18    see her?
19 A. At least three or four times a year.
20 Q. Do you talk to her on the phone as well?
21 A. Oh, almost every day.
22 Q. And has the frequency of your contact with
23    your sister, whether visits in person or on
24    the phone, been consistent since 2013?
25 A. Oh, yes.

Page 63

1  Q. Who would you say beyond your sister are your
2     closest family members?
3  A. I just lost one of my closest family members
4     back in May.
5  Q. And who was that?
6  A. He was a first cousin, or a half brother
7     really.  His mother and my mother were
8     identical twins.  So genetically we were half
9     brothers and sisters, and we were raised
10    together.
11 Q. And what was his name?
12 A. Frank Bentayou.
13 Q. And he passed in May?
14 A. In May.
15 Q. And what was the cause of his death?
16 A. He fell in the bathroom and hit his head on
17    the tub and had a brain bleed.
18 Q. And he had a history of heart problems.
19    Correct?
20 A. Yes.
21 Q. Lots of stents?
22 A. Stents.
23    No.  Not stents.
24 Q. No?
25 A. When he was 21 years old in college, he

Page 64

1  developed endocranitis that -- and he had to
2  have the valves replaced.  He had them
3  replaced four different times.
4  Q. Who do you consider your closest friends?
5  A. My women friends you mean?
6  Q. Any friends.
7  A. Do you want their names?
8  Q. I do.  Please.
9  A. Heidi Epps, Judy Hiatt, Donna Miller, David
10    Lindsay, Tom Collins.
11 Q. That's a fun name.
12 A. Yeah.
13    Tommy Dempsey.
14    Those are my closest friends.
15 Q. And I've seen -- You've produced e-mails in
16    this case.
17 A. Uh-huh (affirmative response).
18 Q. And I saw a couple of other names.
19    Are you friends with somebody named
20    Dexter?
21 A. Dexter Ford.  Yeah.
22 Q. Do you consider him one of your good friends?
23 A. Yeah.  He is.
24 Q. Okay.  For Donna Miller, does she live in New
25    Orleans?

Page 65

1  A. No.  She lives in West Virginia.
2  Q. Do you know what city?
3  A. Charleston.
4  Q. And Mr. Collins, does he live in New Orleans?
5  A. Albuquerque, New Mexico.
6  Q. Mr. Dempsey?
7  A. Birmingham, Alabama.
8  Q. Mr. Ford?
9  A. He lives here in New Orleans.
10 Q. Okay.  And do you know the street Dexter Ford
11    lives on?
12 A. He lives in the Marigny.  I don't know if it's
13    Mandeville or Marigny.  It's one of those two.
14    I don't remember.
15 Q. Would you say that the people that you have
16    listed were all also your closest friends in
17    2013 and 2014?
18 A. Yeah.
19    My friends are global, because I worked
20    for an airline for so long.  They live all
21    over the country.
22 Q. I am just wondering if any of these are new
23    friends.
24 A. No.  No, they're not.  They are all old
25    friends that have known me for years and

17 (Pages 62 - 65)

Page 90

1  A. Back here in the back (indicating).
2  Q. Do you mind turning around so that could be in
3     the camera?
4  A. No. I'm not going to tear my hair up just to
5     pacify you about that. No.
6  Q. I certainly --
7  A. I mean you can see right here how thin it is
8     (indicating).
9  Q. Ms. Phillips, what I'm asking you to do -- You
10    don't have to disturb your hair in any way. I
11    just would like for you to show the back of
12    your head to the camera, please.
13 A. Okay.
14 Q. Can you stay in that position for a moment?
15    Thank you.
16    You were diagnosed with breast cancer in
17    August of '13. Correct?
18 A. That's correct.
19 Q. And your chemotherapy included Carboplatin,
20    Taxotere, and Herceptin. Correct?
21 A. Yes.
22 Q. And are you cancer free today?
23 A. Yes.
24 Q. How does it feel to have survived cancer for
25    going on five years now?

Page 91

1  A. Well, it feels good.
2     But you don't know. You know, you never
3     know if it's going to come back and you are
4     going to have the other breast have the same
5     thing happen to it.
6     You just don't know. It's something you
7     live with always.
8  Q. Do you know anybody who hasn't survived
9     cancer?
10 A. Yes.
11 Q. Breast cancer?
12 A. Yes.
13 Q. Who are those folks?
14 A. The people that don't survive they can be --
15    You know, once you are diagnosed with breast
16    cancer, if it comes back in another part of
17    your body it's still breast cancer. It's
18    still called breast cancer if you don't
19    survive.
20    So if it comes back as skin cancer, and
21    you die from it, you died from breast cancer.
22 Q. Well, let me ask you a question then.
23    You have had skin cancer. Correct?
24 A. I have had a couple of skin cancers, yes.
25 Q. On your back side?

Page 92

1  A. Yes.
2  Q. On your buttocks?
3  A. Yes.
4  Q. When was the first skin cancer that you had?
5  A. I don't remember. I would have to look and
6     see.
7     Dr. Rose took care of both of them.
8  Q. To your recollection was that before or after
9     you were diagnosed with breast cancer?
10 A. I don't remember. I think it was -- I think
11    it was before.
12 Q. So is it your opinion that really that is a
13    recurrence of the skin cancer?
14 A. I don't have any idea.
15 Q. But that's different to you?
16 A. I don't know.
17 Q. You mentioned that you know some folks who
18    have not survived breast cancer.
19    Are those friends or family members?
20 A. I know of people who have not survived, yes.
21 Q. Are those friends or family members?
22 A. I don't think so.
23 Q. Have you -- You said you liked to travel
24    earlier. Right?
25 A. Yes.

Page 93

1  Q. Have you done any traveling in the last five
2     years?
3  A. Not much.
4  Q. Where have you gone?
5  A. I have been to New York and been to California
6     and been to Florida, but I have not been out
7     of the country.
8  Q. And why haven't you been out of the country?
9  A. Because I have had various doctors
10    appointments and various going back for MRI's,
11    breast MRI's, and things like that that were
12    scheduled at such a time, and because I live
13    in New Orleans I don't ever go anywhere during
14    Hurricane season.
15 Q. And you have had ablations and pacemakers and
16    cardiac appointments and all kinds of
17    appointments?
18 A. That's right.
19 Q. Correct?
20 A. That's correct.
21 Q. And why don't you leave during Hurricane
22    season?
23 A. I went through Katrina and was in exile for
24    six weeks. I don't intend to go through that
25    again. I own property and I have pets, and it

Page 134

1  Q. Hold on. I'm still in the middle of a
2     question.
3  A. Well, they were given --
4        MS. BIERI:
5           Counsel, could you please ask your
6        client to let me finish my question?
7           Just for the benefit of Ms. -- Madam
8        Court Reporter.
9        MR. ROOT:
10          Sure.
11          Let her -- Let her finish the
12       question.
13          But on the other hand she can also
14       finish her answer.
15       MS. BIERI:
16          I absolutely agree with you on that.
17 EXAMINATION BY MS. BIERI:
18 Q. Ms. Phillips, my question was this.
19    Do you agree that you never saw any
20    information about the side effects of the
21    other drug that you say you would have taken?
22 A. That's right.
23 Q. Okay. It wouldn't matter to you what those
24    were?
25 A. No.

Page 135

1  Q. Do you know if there have been any reported
2     cases of permanent hair loss or alopecia with
3     this other drug?
4  A. No, I do not know.
5  Q. If that drug came with any risk of hair loss,
6     would you have taken it?
7  A. I was already told by the doctor it did not
8     come with a risk of hair loss.
9  Q. So it's your understanding --
10 A. Permanent hair loss we are talking about.
11 Q. Understood. And that's a fair clarification.
12    So it was your understanding that the
13    other drug had no risk of permanent hair loss?
14 A. That's correct.
15 Q. But if it did hypothetically --
16 A. Well, we are not talking hypothetically.
17 Q. I actually am.
18    My question is hypothetically if it did
19    would you have refused to take that drug?
20 A. I would have to find out what the options were
21    of other drugs.
22 Q. So I'm not sure I understand your answer.
23    If the other drug had a risk of permanent
24    hair loss, would you have refused to take that
25    drug, too?

Page 136

1  A. Yes.
2  Q. Okay. Now, do you understand that all
3     chemotherapy drugs work differently for
4     different people?
5  A. Yes.
6  Q. Okay. But you know that your chemotherapy
7     regimen, Taxotere, Carboplatin, and Herceptin,
8     has been successful for you. Correct?
9  A. Yes.
10 Q. And you agree that you can't know if you would
11    be alive today if you took another regimen.
12    Correct?
13 A. I would be alive today. Believe me, I would.
14    When I went to the surgeon, the first
15    words out of his mouth were you're not going
16    to die from this.
17    The surgeon saved my life. Not your drug.
18 Q. Let me ask you -- And are you talking about
19    when you first met with the surgeon?
20 A. That's right.
21    The first words out of his mouth were you
22    are not going to die from this, we are going
23    to remove this tumor, which is exactly what he
24    did.
25 Q. And so that was -- You are talking about a

Page 137

1     conversation you had with him before surgery?
2  A. That's right.
3  Q. And then during surgery you found out that you
4     had positive lymph nodes. Correct?
5  A. Yes.
6  Q. And then pathology was done on your tissue and
7     you found out that you were HER2 positive --
8  A. That's right.
9  Q. -- and PR positive and ER positive. Correct?
10 A. Yes.
11 Q. Okay. And that was after you talked to your
12    surgeon?
13 A. Yes.
14 Q. Is it your understanding that your type of
15    cancer is an aggressive type of cancer?
16 A. Yes.
17 Q. Give me just a moment.
18    Can we go off the record for just a
19    second?
20    THE VIDEOGRAPHER:
21       We are now off the record at 1:08.
22    (Off the record.)
23    THE VIDEOGRAPHER:
24       We are now back on the record. The
25       time is 1:08.

35 (Pages 134 - 137)

Page 170

1  A. No, I don't. It was just a few pages, and it
2     got thrown away a long time ago.
3  Q. Do you remember how long that first
4     appointment was with Dr. Walsh where y'all
5     talked so much?
6  A. Probably an hour.
7        He is wonderful. He takes all the time in
8     the world with you, and his nurse said that
9     she wouldn't have been with him 25 years if he
10    had been any other kind of doctor.
11 Q. Okay. So tell me what you remember about that
12    appointment.
13 A. Well, he examined me, and he says, you did
14    everything right. He said, you had a
15    mammogram a year ago. You have done self
16    examinations.
17       He couldn't find the tumor. He examined
18    me, and he couldn't feel it and neither could
19    I.
20       So he said, you did everything right, and
21    he said, this is just one of those things.
22 Q. Did he talk to you about options for
23    treatment?
24 A. No. He said, this is what we do. He said, we
25    do a lumpectomy. We go in and do a

Page 171

1     lumpectomy, and he said, if it has spread
2     beyond the lymph nodes --
3  Q. To the lymph nodes or beyond the lymph nodes?
4  A. Beyond the lymph nodes. We take the breast.
5        So I knew going in that it was a
6     possibility, but I was never given the option
7     of a mastectomy or a lumpectomy.
8  Q. Well, you had heard of a mastectomy before you
9     met with Dr. Walsh. Right?
10 A. That's correct.
11 Q. Did you say can I have a mastectomy if I want
12    one?
13 A. No. I did not ask.
14       I mean I was freaked out, first of all. I
15    just had been diagnosed with cancer, and
16    here's the surgeon that is going to take
17    this -- you know, tell me I'm not going to
18    die, and he is going to take the tumor out.
19       So the idea of a lumpectomy sounded better
20    than a mastectomy.
21       I know that some doctors now say we are
22    going to do chemo first, and then you can have
23    a mastectomy or a lumpectomy, and go on to
24    having radiation if you do a lumpectomy, but
25    they don't do that here. The doctors I went

Page 172

1     to did not give me that option.
2  Q. What else do you remember about that
3     appointment with Dr. Walsh?
4  A. There were all sorts of questions that I
5     asked. I knew nothing about cancer. I can't
6     remember off the top of my head what I wanted
7     to know, because he answered everything. I
8     remember that. He answered every single
9     thing.
10 Q. But you can't remember the questions or the
11    substance?
12 A. I can't remember the questions.
13       And for a long time Judy had the notes,
14    and she said, do you want these, and I said,
15    no, I don't want them, and she threw them
16    away.
17 Q. Did he talk to you at all about hormone
18    receptors pathology?
19 A. He told me that I had to have -- I don't
20    remember what they call it, but it's in my
21    medical records.
22       They sent me over to Touro, and they put a
23    dye in just -- I think they do it just
24    before or right before surgery or during
25    surgery.

Page 173

1        I remember they had to put some injections
2     all around the breast, and it was very
3     painful, and it sounded like a gun popping,
4     and it was -- I had to have that done over at
5     Touro, and they had to do some other exams
6     over there and some tests.
7  Q. So my question is do you remember if he talked
8     to you about doing -- about the impact of
9     being HER2 positive or ER or PR positive?
10 A. No, he did not. Only the oncologist did that.
11    He did not see the lab report.
12 Q. Okay. So beyond talking to Dr. Walsh did you
13    meet with another surgeon?
14 A. I tried to. I called a doctor that I had been
15    referred to, and I had an appointment set up,
16    and his nurse called me two days before the
17    appointment and said, he's not taking Medicare
18    patients anymore.
19       So I let it go by. So I didn't see anyone
20    after that. Only Dr. Walsh. I really liked
21    Dr. Walsh though.
22 Q. Okay. So you had a lumpectomy on October 9,
23    2013. Correct?
24 A. That's right.
25 Q. And then tell me when you learned that you

44 (Pages 170 - 173)

|  |  |
|---|---|
| Page 174<br>1  were node positive, and tell me about that<br>2  news.<br>3  A. You have to heal, you know, before you see the<br>4    oncologist.  You have to kind of heal for a<br>5    little while, because they put this<br>6    tight almost like an Ace bandage around you<br>7    after surgery, and it takes about three weeks<br>8    to heal before you can have an infusion.<br>9       So during that time about two weeks<br>10   in during the healing I went -- I had an<br>11   appointment with Dr. Sonnier, and when I went<br>12   to see him I told him that -- In fact, Dr.<br>13   Walsh had told me he thought it was just kind<br>14   of -- he didn't say run of the mill, but a<br>15   simple thing, you know.<br>16      So when I went out to see Dr. Sonnier, he<br>17   told me -- I told him that, and he said, well,<br>18   you know, Dr. Walsh didn't see the lab report.<br>19   He said, here's what we found in the lab<br>20   report.<br>21      He said, it's HER2 is an aggressive form<br>22   of cancer, but we have a wonderful drug for<br>23   it, and he said, it is Herceptin, and you have<br>24   to take it every three weeks for a year.  It's<br>25   an infusion. | Page 176<br>1  Q. Sure.<br>2     I assume that was scary news.  Right?<br>3  A. I didn't know exactly what it meant, and they<br>4    indicated -- And by they, again, I don't<br>5    remember whether it was Dr. Walsh or<br>6    Dr. Sonnier.  I think it was Dr. Sonnier.<br>7       They indicated that it had not -- they<br>8    didn't see any indication of it having spread<br>9    beyond the lymph nodes, and that the Herceptin<br>10   would be the thing -- the way to go, because<br>11   that's what knocked down the -- the --<br>12 Q. The HER2?<br>13 A. The HER2.<br>14    And that because I would be taking it for<br>15   a year, it probably would get any cancer cells<br>16   that were hiding around somewhere in my body.<br>17 Q. And they also told you about what the Taxotere<br>18   and the Carboplatin would do for you.<br>19     Correct?<br>20 A. They just named that.  No, they didn't.<br>21    That was Dr. -- Now, Dr. Walsh didn't talk<br>22   about chemo at all.<br>23 Q. Okay.  Well, you know, let's fast forward and<br>24   talk about when you met with your oncologist<br>25   for the first time, and I'm going |
| Page 175<br>1     Then --<br>2  Q. Wait.  Hold on though.<br>3     I was asking about when you learned that<br>4    you were node positive.<br>5     When did you learn --<br>6  A. Oh, the lymph nodes?<br>7     I didn't know until after -- He didn't<br>8    know until -- Because when they go in to the<br>9    surgery they inject a dye --<br>10 Q. Uh-huh (affirmative response.<br>11 A. -- and that's when they see, you know the<br>12   sentinel -- sentinel node.<br>13 Q. So when you woke up from surgery, and you<br>14   talked to your surgeon, you were told that you<br>15   were node positive then?<br>16 A. I didn't know they had taken the lymph nodes<br>17   out until -- I think it was -- I think it was<br>18   when I talked to Dr. Sonnier.  I didn't know<br>19   that.<br>20 Q. Did Dr. Walsh recommend Dr. Sonnier to you?<br>21 A. Yes.  He gave me his name.<br>22 Q. Whether it be from Dr. Walsh or Dr. Sonnier --<br>23   and your medical records may suggest that it<br>24   was actually Dr. Walsh --<br>25 A. It could have been.  I just don't remember. | Page 177<br>1    to -- Dr. Sonnier.<br>2  A. Uh-huh (affirmative response).<br>3  Q. When you met with him, it's your understanding<br>4    that he was the one that told you you were<br>5    HER2 positive, ER positive, and PR positive?<br>6  A. He's definitely the one that did that.<br>7  Q. Did anybody come with you to that appointment?<br>8  A. No.  I went by myself.<br>9  Q. How long was that first appointment with<br>10   Dr. Sonnier?<br>11 A. About 45 minutes to an hour.<br>12 Q. Tell me everything you can remember about that<br>13   appointment.<br>14 A. Well, he told me that -- you know, the drugs<br>15   that I would be taking.<br>16 Q. That he recommended for you?<br>17 A. Yeah.  He said, this is what we do.  This is<br>18   the way we treat this.<br>19    He explained them to me and told me that<br>20   they would give me an anti-nausea med for<br>21   about 30 minutes before they used -- did the<br>22   first infusion.  He told me that they would<br>23   order the meds once I got to the hospital --<br>24   to the infusion center.<br>25 Q. Uh-huh (affirmative response). |

Page 178

1  A. And that the first infusion would be seven to
2     eight hours, and thereafter it wouldn't be as
3     long except once every three weeks when I had
4     to take the Herceptin, and he said that you
5     will have, you know, the Carboplatin and the
6     Taxotere, you know, the bags of fluid that
7     they give you.
8        He told me, he says, you will have to have
9     a port.  So I had to have port put in, and he
10    said that you will lose your hair, he said,
11    but it will come back.
12 Q. Okay.
13 A. And he said, there's some side effects, he
14    said, but we have some really good anti-nausea
15    drugs.
16       So many people were nauseous from chemo
17    before that they have come up with some really
18    good anti-nausea drugs.
19 Q. So it was at this appointment that you learned
20    that you had an aggressive form of cancer?
21 A. Yes.
22 Q. Correct?
23 A. That's correct.
24 Q. And it was at this appointment that you
25    learned that without the THC regimen you had a

Page 179

1     60 percent chance of recurrence.  Correct?
2  A. Without THC?
3  Q. Sorry.
4        Without the Taxotere, Carboplatin, and
5     Herceptin.
6  A. He said that was the guidelines.  He said --
7     He told me that the Herceptin was the one that
8     was the most important one because of the 60
9     percent, you know, knocking it down, because
10    it was the one that targeted specifically the
11    HER2.
12 Q. So are you saying he told you that the
13    Herceptin was to specifically address the
14    HER2?
15 A. Yes.
16 Q. Okay.  But he recommended to you Taxotere,
17    Carboplatin, and Herceptin?
18 A. Well, he didn't say I recommend.  He said,
19    this is what we do.
20 Q. Would you disagree that he, quote, recommended
21    pursuit of the adjuvant TCH in addition to
22    adjuvant hormonal therapy and post lumpectomy
23    radiation therapy?
24 A. I don't even understand what that is.
25 Q. Do you want me to read it again?

Page 180

1  A. Is this from an e-mail or some legal document
2     or a document from a doctor?
3  Q. I will show it to you.  It's your medical
4     record from Dr. Sonnier.
5        I am going to mark it as Deposition
6     Exhibit #15.
7        (Exhibit #15 was marked for
8          identification.)
9        If you'd like -- There we go.  There you
10    go.
11       I'm looking -- The first Bates on that is
12    Crescent City Hematology Oncology 00024, and
13    it goes through 28.
14       I am looking at what has the number at the
15    bottom of 27, and I am reading from the last
16    paragraph, the third line.
17       Quote, I recommend pursuit of adjuvant TCH
18    in addition to adjuvant hormonal therapy and
19    post lumpectomy radiation therapy.
20       Do you dispute that that's what he
21    recommended to you?
22 A. Well, I guess he did.  He never said that to
23    me in those words, but that's what he says in
24    the medical report.
25 Q. Okay.  Did he talk to you about the importance

Page 181

1     of chemotherapy, adjuvant chemotherapy?
2  A. No.  He just said this is what we recommend,
3     or this is what we do.  This is how we do it.
4  Q. In looking at the same paragraph, the
5     sentence -- the second sentence -- and this is
6     all under the assessment and plan section.
7        Let me read you the first couple of
8     sentences under assessment and plan, paragraph
9     two.
10       Implications of her diagnosis was
11    discussed, including risk of distant
12    recurrence.  The importance of adjuvant
13    therapy was discussed.  Given her high risk of
14    recurrence based on the aforementioned
15    properties of her malignancy, I recommend
16    pursuit of TCH in addition to adjuvant
17    hormonal therapy and post lumpectomy radiation
18    therapy.
19       Do you disagree that the importance of
20    adjuvant chemotherapy was discussed at your
21    appointment with Dr. Sonnier?
22 A. All I can tell you is what he said to me.
23    This is what we do.
24       He didn't discuss in length any of this.
25    He didn't say I recommend.  He said this is

46 (Pages 178 - 181)

Page 182

1    the therapy that we do.
2  Q. He said you had an aggressive form of cancer?
3  A. Yes.
4  Q. He said that you needed chemotherapy?
5  A. Yes. And he said this is the way we treat it.
6  Q. And did he say it's important you have
7     chemotherapy?
8  A. No, he did not.
9  Q. Okay. Okay.
10       Let's look at --
11 A. He said, you have to take chemo, and you will
12    lose your hair, and that's when he told me
13    that.
14 Q. Let's talk about the side effects that you
15    remember him talking to you about.
16       You mentioned hair loss.
17       What other side effects did Dr. Sonnier
18    talk to you about, if any?
19 A. He really didn't talk to me about it, but he
20    said you have to go to chemo school, and they
21    are going to discuss all of this, and any
22    questions you have ask them at chemo school,
23    and they will tell you all about it.
24       So first I had to have the port put in,
25    then I had to have a MUGA scan, then I had to

Page 183

1    have a CAT scan, and then I went to chemo
2    school.
3  Q. I want to kind of focus -- Instead of going
4     through the timeline, I want to kind of stick
5     to the questions I'm asking.
6  A. Uh-huh (affirmative response).
7  Q. Just because I only have limited time with you
8     to talk to you.
9        So my question to you is beyond telling
10    you that you would lose your hair, but it
11    would grow back, you can't remember any side
12    effect that Dr. Sonnier discussed with you?
13 A. Not at that time, no.
14 Q. At any time?
15 A. As I began to get the side effects he
16    discussed them with me.
17 Q. Okay. But prior to chemotherapy?
18 A. No.
19 Q. Do you dispute that he discussed with you the
20    risks of cardiac toxicity, hematologic
21    toxicity, GI toxicity, neurologic toxicity,
22    and the long-term hematologic toxicity?
23 A. As I began to get --
24 Q. I'm talking about during the appointment on
25    October 29, 2013, do you dispute that he

Page 184

1    talked to you about those side effects?
2  A. He said that some of them were toxic and that
3     I would be monitored very closely, and if they
4     saw that I had too many side effects for too
5     long they would do something, that they would
6     stop the treatment at that point, because it
7     could be permanent.
8  Q. You're talking kind of in generalities.
9        Let me break this out.
10 A. I don't remember specifically what -- because
11    he was talking to me in very -- medical terms
12    also, and I'm not a doctor.
13 Q. Let me just ask you this way.
14       Do you remember during your October 29,
15    2013, meeting with Dr. Sonnier him talking
16    with you about cardiac toxicity associated
17    with chemotherapy?
18 A. I do not remember that.
19 Q. Do you remember him discussing with you
20    hematologic toxicity?
21 A. Yes. He said that I would have to have a
22    blood test before every infusion.
23 Q. Do you remember him talking to you about the
24    potential for long-term hematologic toxicities
25    from the chemotherapy regimen you were about

Page 185

1    to take?
2  A. He said they would monitor everything very
3     closely, because all of the side effects could
4     become permanent.
5  Q. What, if anything, do you recall about him
6     talking to you about GI toxicity?
7  A. I don't recall anything.
8  Q. What, if anything, do you remember him talking
9     to you about neurologic toxicity?
10 A. I don't remember if it was at that appointment
11    or not, but he at one point told me that I
12    would get neuropathy.
13 Q. Have you told me everything that you remember
14    that Dr. Sonnier told you during the October
15    29, 2013, appointment about the side effects
16    of chemotherapy?
17 A. What I remember, yes.
18 Q. Okay. Let me ask you this.
19       You say that Dr. Sonnier told you that you
20    would lose your hair?
21 A. Uh-huh (affirmative response).
22 Q. But that it would grow back?
23 A. Yes.
24 Q. Did he say what chemotherapy medicine would
25    cause you to lose your hair?

Page 186

1  A. No.
2  Q. Did Dr. Sonnier say to you that your hair
3     would grow back exactly as it was before
4     chemotherapy?
5  A. He just said my hair would grow back.
6  Q. Did he tell you that there -- that you might
7     get side effects from chemotherapy that
8     couldn't be anticipated?
9  A. No. He didn't say that.
10 Q. Do you recall him telling you that there might
11    be side effects -- Strike that.
12       Did he tell you that he didn't know which
13    specific side effects you would get?
14 A. In so many words, yes.
15 Q. Before you started chemotherapy I understand
16    that you talked to Dr. Sonnier. You told me
17    about chemo school, and you told me about the
18    handouts you have gotten.
19       Did you understand that there were serious
20    risks from undergoing chemotherapy?
21 A. Yes.
22 Q. Did you understand you could have congestive
23    heart failure?
24 A. Yes.
25 Q. Did you understand you could die?

Page 187

1  A. Yes.
2  Q. But you took those risks. Correct?
3  A. Yes.
4  Q. And that's because you wanted to live. Right?
5  A. Because I had cancer, and because this was the
6     guidelines that were set up for them to treat
7     the illness.
8  Q. And you wanted to live?
9  A. Well, I already -- Yeah. Yeah. Yeah.
10       Dr. Walsh said I wasn't going to die from
11    the cancer. So, you know, I assumed that I
12    wasn't going to die from that.
13 Q. And again, that was before he saw --
14 A. He hadn't seen the lab report.
15 Q. The lab reports, the nodes?
16 A. That's right.
17 Q. Okay. And you don't dispute that your
18    oncologist told you that you had a 60 percent
19    chance of recurrence without chemotherapy.
20       Correct?
21 A. He didn't say chemotherapy. He said without
22    taking Herceptin. He specifically said
23    Herceptin.
24 Q. You accepted the risks of potential congestive
25    heart failure, of potential death from

Page 188

1     chemotherapy. Correct?
2        MR. ROOT:
3            Object as to form.
4  EXAMINATION BY MS. BIERI:
5  Q. Well, let me ask you this.
6        Did you understand that chemotherapy can
7     cause death in certain people?
8  A. I'm sure I understood that. But you don't
9     think that way when you have cancer.
10 Q. Tell me what you mean.
11 A. You think get this out of my body right now.
12    Whatever it takes to get rid of it, let's do
13    it.
14 Q. Are there any circumstances under which you
15    would have refused Herceptin?
16 A. I don't think so. No.
17       When I heard the statistics on it, you
18    know, I thought, well, you know, that
19    percentage is pretty amazing. Let's do the
20    Herceptin.
21       You know, I wasn't pleased about having to
22    go through it for a year, but it is what it
23    is.
24 Q. But you knew you needed it to survive?
25 A. Yeah. I knew that in order for them to knock

Page 189

1     the percentages down to something within
2     reason I had to take the Herceptin.
3  Q. Okay.
4  A. The Herceptin didn't have any side effects to
5     me. Once I finished the Taxotere and
6     Carboplatin I didn't get those side effects.
7  Q. Did all of your side effects start when you
8     -- You started by taking Herceptin,
9     Carboplatin, and Taxotere. Correct?
10 A. Right.
11 Q. At the same time?
12 A. Yes. The first infusion.
13 Q. And did all of your side effects start when
14    you were taking all three drugs?
15 A. Within a week of that first infusion I had
16    sores in my mouth and in my throat. Yes.
17 Q. Exhibit #16. Excuse me.
18       I am going to hand you what's been marked
19    Deposition Exhibit #16. It is PPR 226.
20       (Exhibit #16 was marked for
21         identification.)
22       Did you receive this information during
23    chemo school?
24 A. Yes.
25 Q. Is this related to Herceptin?

| | |
|---|---|
| Page 194 | Page 196 |

Page 194
1  full of white hair and his hair came back
2  black.
3  Q. Did she tell you that your hair might come
4   back a different texture?
5  A. No, she didn't.
6  Q. Did she tell you that your hair would come
7   back exactly like it was before chemotherapy?
8  A. Eventually she said it would.  A nurse told me
9   that also.
10 Q. I want to be quite clear about this.
11     You're saying that the woman who led your
12  chemo school on November 7, 2013, told you
13  that eventually your hair would come back
14  exactly how it was before chemotherapy?
15 A. She didn't say exactly.  She said your hair
16  will come back.
17     But a nurse told me it would come back
18  exactly, and this was I don't know how far in
19  to infusions.
20     I was talking to her, and I didn't know
21  she had had breast cancer, and she wasn't the
22  nurse that normally did the infusion for me,
23  but that nurse was off that day and so she did
24  it, and she was talking about when she had
25  breast cancer.

Page 196
1  one infusion?
2  A. One infusion.  She was not my normal nurse.
3  Q. Did you ever attend any support groups?
4  A. Yeah, I did.  They asked me to come and speak,
5   because they said I had a real good attitude,
6   and they were having some problems with some
7   of the women that were just really depressed.
8     My attitude was always let's do this,
9   let's get this over with, let's do everything
10  we can right now to get rid of this, and they
11  always thought that I had a real good
12  attitude, because I didn't complain or
13  anything, and I would just sit there and read
14  for those hours of the infusions.
15     So they asked me to go to one of their
16  things where, you know, they kind of pump
17  people up and make them feel like everything
18  is going to be all right, and it was sort of a
19  luncheon, and I went to one of them, and they
20  asked me to speak to the women.
21     I said, you know, this is something you
22  just have to get through, and you have to just
23  absolutely make yourself get through this, and
24  you can do it, you know.
25     I said -- And this was toward the end of

Page 195
1     I said, oh, I didn't know you had breast
2  cancer.  She says, yeah, and I said, how long
3  does it take your hair to come back, and she
4  said, oh, forever, and she says, you know, it
5  is going to come back real curly, and it will
6  be a different color.
7     She says, and then eventually you will
8  have your same old hair back.
9  Q. Was she talking about what her experience was?
10 A. Yeah.
11     Uh-huh (affirmative response).
12 Q. And that was when you were already in the
13  middle of infusions?
14 A. It was somewhere in infusions.  I don't
15  remember when.
16 Q. Do you remember what she looked like?
17 A. Yeah.  Pretty much.  Vaguely.
18 Q. What do you remember about her appearance?
19 A. She was -- She had brown hair, and she had a
20  full head of hair.
21 Q. Height, age, anything?
22 A. She was probably late 40's, dark hair.  She
23  was taller than I am, which almost everybody
24  is.  She was probably five six, five seven.
25 Q. And she was somebody who only helped you with

Page 197
1  my infusions, and I said, if I can do it, you
2  can do it.
3  Q. And --
4  A. I know you can.
5  Q. So you went as a speaker, not as a
6  participant?
7  A. That's right.  That's right.
8  Q. Okay.
9  A. They asked me to do it.
10 Q. I am going to hand you what's being marked as
11  Deposition Exhibit #17.
12     (Exhibit #17 was marked for
13        identification.)
14     Is this the information sheet you received
15  during chemo school regarding Carboplatin?
16 A. Yes, it is.
17 Q. And you agree that some of the side effects of
18  Carboplatin are listed on the second page?
19 A. Yes.
20 Q. Did you read this document, Exhibit #17,
21  before you started chemotherapy?
22 A. Yes.  I read all of them.
23 Q. Okay.  I am going to hand you what's been
24  marked Deposition Exhibit #18.
25     (Exhibit #18 was marked for

Veritext Legal Solutions
800-227-8440                                                  973-410-4040

Page 198

1      identification.)
2    Q. Do you know what this document is marked
3    for the record as PPR 53 through 55?
4       Is this the handout you received at chemo
5    school related to Taxotere?
6 A. Yes, it is.
7 Q. Did you read this document before you started
8    chemotherapy?
9 A. Yes.
10 Q. And was it the woman who was leading the chemo
11   school who gave this to you?
12 A. Yes.
13 Q. Look at page 54 under what side affects may I
14   notice from receiving this medicine.
15      Do you agree that one of the side effects
16   listed under that section is, quote, complete
17   hair loss, including hair on your head,
18   armpits, pubic hair, eyebrows, and eyelashes?
19 A. Yes.
20 Q. And just above that a few lines do you agree
21   that it states that you should, quote, report
22   to your prescriber or healthcare professional
23   if they continue?
24 A. Yes.
25 Q. Do you agree that this document does not say

Page 199

1    that the hair loss would be temporary?
2 A. It doesn't say it would be permanent either.
3 Q. But it -- Do you agree that it does say that
4    if hair loss continues you should talk to your
5    doctor?
6 A. I did.
7 Q. Do you agree that this document didn't come
8    from Sanofi?
9 A. Yes.  It did not I guess.  Yeah.
10      It looks like it came from Touro.  Yeah.
11      This is what they gave me at Touro.  I
12   don't know where they got the information.
13 Q. Well, look at the bottom of the page.
14      Does that look like a web site address?
15 A. Oh, yeah.  Okay.
16 Q. So do you agree that this document did not
17   come from Sanofi?
18 A. Yes.  It did not.
19 Q. It did not?
20 A. It did not.
21 Q. In your PFS it asked if you were given any
22   written instructions, including any
23   prescriptions, packaging, package inserts,
24   literature, medication guides, or dosing
25   instructions related to Taxotere, and in your

Page 200

1    PFS I will represent to you that you
2    identified general info sheet from clinical
3    pharmacologist.
4       Is Exhibit #18 what you were talking
5    about?
6 A. Yes, it is.
7 Q. Okay.  Beyond the documents Exhibit #18,
8    Exhibit # -- forgive me for reaching --
9    Exhibit #17, Exhibit #16, and Exhibit #3, the
10   cancer binder --
11 A. Right.
12 Q. -- were you given any other documents that you
13   can recall regarding Taxotere?
14 A. No.
15 Q. I am going to hand you what is being marked as
16   Deposition Exhibit #19.
17      (Exhibit #19 was marked for
18        identification.)
19      Take a minute and look at that.
20      MS. BIERI:
21        Here you go, Mr. Root.
22 EXAMINATION BY MS. BIERI:
23 Q. Do you recognize what this document is?
24 A. It's a consent form that they give you at the
25   hospital.

Page 201

1 Q. And on that first page there, under what's
2    numbered paragraph 2, it says chemo using
3    Taxotere, Carboplatin, and Herceptin.
4       Did you understand this to be a consent
5    form related to your use of Taxotere,
6    Carboplatin, and Herceptin?
7 A. Yes.
8 Q. Let's look at the third page of the document
9    which has Bates number 44 on the corner.
10      Is that your signature under the consent
11   paragraph?
12 A. Yes.
13 Q. And is that dated by you 11/12/2013?
14 A. Yes.
15 Q. And that's also to your recollection signed by
16   your prescribing oncologist, Dr. Sonnier, at
17   the top of the page?
18 A. Yes.
19      Uh-huh (affirmative response).
20 Q. And then look at the next page, page 45.
21      Is your signature also on page 45?
22 A. Yes.
23 Q. And by signing this document were you agreeing
24   that you had read and understood it?
25 A. Yes.

Page 202

1  Q. Okay. At the top of the second page it says
2    all medical or surgical treatments involve
3    risks.
4        You understood that there were risks
5    associated --
6  A. Yes.
7  Q. -- with chemotherapy. Correct?
8  A. Yes.
9  Q. And you understood that some of those risks
10   were very serious. Correct?
11 A. Yes.
12 Q. Life threatening?
13 A. Yes.
14 Q. Okay. Let's look at page 45.
15       You understood that the risks that are
16   bullet pointed are risks associated with
17   chemotherapy. Correct?
18 A. Yes.
19 Q. Okay. Can you read what is bullet pointed as
20   the risks?
21 A. Hair loss, damage to blood forming organs,
22   bone marrow, which may result in bleeding,
23   infection, anemia, and possible need for
24   transfusion. Damage to brain, heart, kidney,
25   liver, lungs, nervous system, and skin.

Page 203

1    Serious allergic reaction, including shock.
2    Sterility. Nausea and/or vomiting,
3    constipation, or diarrhea. Sores on lips
4    and/or ulcers in lips, mouth, throat, stomach,
5    and rectum. Loss of lining of intestinal
6    tract from mouth to anus. Secondary cancer.
7    Cancer in the future caused by chemotherapy.
8    Local damage to infection site.
9  Q. Why did you decide to have chemotherapy
10   treatment even though these are the listed
11   risks in the consent form?
12 A. I thought I had already answered that
13   question, but I will answer it again.
14 Q. Forgive me if you have.
15 A. When you have cancer, you want to do something
16   about it. The doctor told me this is what we
17   do, these are the treatments that we give
18   patients for this.
19       So you put your faith in someone, and it
20   has to be a professional, and he was an
21   oncologist.
22       So he told me what the threat -- what
23   would happen, and he said, now, we monitor you
24   all the way through, and they did. They took
25   excellent care of me. They monitored me, and

Page 204

1    I had many many tests.
2  Q. But at the end of the day you were willing to
3    take the risks of these --
4  A. To get rid of the cancer, yes.
5  Q. Okay. Did you discuss with your oncologist or
6    anyone else the likelihood of brain damage?
7  A. No.
8  Q. The percentage likelihood?
9  A. No.
10 Q. That's not a question that you asked?
11 A. No.
12 Q. Did you ask about the percentage likelihood of
13   heart damage?
14 A. No, I didn't. Because they -- he told me that
15   there was a possibility and that they would
16   monitor me very closely, and I would have to
17   take all the MUGA tests which I did.
18 Q. Were you told that the heart damage from
19   Herceptin can show up years later?
20 A. No.
21       But when I had the pacemaker put in I had
22   an appointment with Dr. Sonnier not long after
23   that, and I told him about it and he says let
24   me look at these records, everything that we
25   have done, because you know Herceptin can

Page 205

1    cause some problems with your heart, and I
2    said, yeah, and he said, you remember I told
3    you that, and I said yes.
4        So he looked back on the computer, went
5    through the records and read them and read
6    them, and I sat there for a long time, and he
7    said, I don't think Herceptin had anything to
8    do with that, and I said, I don't think so
9    either, and I don't.
10 Q. And what's your basis for that?
11 A. Because I had always had PAT all my life,
12   and -- which goes in to SVT, and SVT is three
13   sections of your heart, you know, that they
14   can ablate, and once they tried to do the
15   ablation and it went into afib then they
16   couldn't do the ablation.
17       So the next step was drugs, which did not
18   work. I couldn't tolerate them. And then the
19   next step was a pacemaker.
20       So I don't think it had anything at all to
21   do with Herceptin, and he doesn't either.
22 Q. So it's your opinion because of your
23   preexisting heart issues --
24 A. Yes.
25 Q. -- that that's what caused your heart damage,

52 (Pages 202 - 205)

Page 210

1  brain, and, you know, it's bad enough that you
2  are dealing with cancer, but I would want to
3  know, you know, is this going to affect --
4  what -- what the effect might be on -- given
5  my brain, with like the aneurysm, or what
6  would the effect be if it were on my heart.
7     I would have to have more information
8  about it.
9  Q. You would want to know what the effect on your
10  heart would be from the other drug.
11    Is that correct?
12 A. Yeah. I would want more information.
13 Q. Before you would agree to take that drug?
14 A. Yes.
15 Q. So without that information you can't say for
16  sure that you would have taken the other drug?
17 A. I can't. No. I can't say for sure what I
18  would have done. I don't know what I would
19  have done.
20 Q. Let's look at paragraph 6A. It says no
21  guarantees. All information given to me, and
22  in particular all estimates made as to the
23  likelihood of recurrence of risks of this or
24  alternative -- alternate procedures or as to
25  the prospects of success, are made in the best

Page 211

1  professional judgment of my physician. The
2  possibility and nature of complications cannot
3  always be accurately anticipated, and
4  therefore there is and can be no guarantees,
5  either expressed or implied, as to the success
6  or other results of the medical treatment or
7  surgical procedure.
8     So is it fair to say that you understood
9  that there was no guarantee that chemotherapy
10  would successfully kill your cancer?
11 A. Yes.
12 Q. And you understand that no doctor can ever
13  guarantee --
14 A. Yes.
15 Q. -- such a result with chemotherapy. Correct?
16 A. Yes.
17 Q. Including with the other drug that we talked
18  about abstractly. Correct?
19 A. Uh-huh (affirmative response).
20 Q. Yes?
21 A. Including -- What was your question?
22    MR. BERMAN:
23       Her question was --
24    MS. BIERI:
25       No. I will tell her what my question

Page 212

1  was.
2  EXAMINATION BY MS. BIERI:
3  Q. My question was do you agree that no doctor
4  could guarantee that a chemotherapy drug,
5  including this other drug that you have talked
6  about, could successfully kill your cancer?
7  A. I don't know.
8  Q. Well, let me ask you this.
9     Do you agree that no doctor can
10  guarantee -- could guarantee that your regimen
11  of Taxotere, Carboplatin, and Herceptin would
12  successfully kill your cancer?
13    They can't guarantee that. Right?
14    MR. ROOT:
15       Object as to form.
16    THE WITNESS:
17       I don't know. I don't know. We
18    didn't -- That was never discussed.
19 EXAMINATION BY MS. BIERI:
20 Q. Did you --
21 A. The word guarantee was never brought up.
22 Q. Did you think that there was -- You didn't
23  think that there was a 100 percent chance that
24  your chemotherapy regimen would be successful?
25    You understood that there was a chance

Page 213

1  that it might not be. Correct?
2     MR. ROOT:
3        Objection as to form.
4     THE WITNESS:
5        I suppose I did. I don't know.
6  EXAMINATION BY MS. BIERI:
7  Q. And just looking actually at the words of the
8  consent that you signed on paragraph 6A, that
9  paragraph starts with the words no guarantees.
10    Correct?
11 A. That's right.
12 Q. And it says there is and can be no guarantee,
13  either expressed or implied, as to the success
14  or other results of the medical treatment or
15  surgical procedure.
16    Is that what it says?
17    MR. ROOT:
18       Objection as to form.
19    THE WITNESS:
20       Yes, that's what it says.
21 EXAMINATION BY MS. BIERI:
22 Q. And you understood that as to any chemotherapy
23  medicine, there can be no guarantee that it's
24  going to work. Correct?
25    MR. ROOT:

Page 214

```
 1        Object as to form.
 2        THE WITNESS:
 3            That's probably true.
 4  EXAMINATION BY MS. BIERI:
 5  Q. After you finished -- Well, at some point you
 6     had radiation therapy.  Correct?
 7  A. Yes.
 8  Q. And when did you have radiation therapy?
 9  A. April and May.
10  Q. Of 2014?
11  A. Yes.
12  Q. And who was your radiation oncologist?
13  A. I don't remember her name.  She left in the
14     middle of treatment, and I had another one,
15     and I didn't -- I don't remember her name.
16  Q. Did a radiation oncologist ever discuss the
17     risks of radiation with you?
18  A. They told me the side effects.
19  Q. And what side effects were you told about
20     regarding radiation?
21  A. I was told about the rash.
22  Q. Anything else?
23  A. I don't remember anything else, because I got
24     the rash right away.
25  Q. And was it the female radiation oncologist who
```

Page 215

```
 1     told you that risk?
 2  A. Yes.
 3  Q. Anybody else tell you verbally about side
 4     effects or the risks of side effects with
 5     radiation?
 6  A. I don't remember any.
 7  Q. Do you remember asking any questions about
 8     radiation?
 9  A. No.  I just remember that I had to take it.
10  Q. I am going to hand you what is being marked as
11     Deposition Exhibit #20.
12         (Exhibit #20 was marked for
13            identification.)
14         Do you know what this document is?
15  A. Yeah.  It's the side effects that you can get
16     from radiation.
17  Q. Is this a consent form that you signed in
18     connection with undergoing radiation therapy?
19  A. Yes.
20  Q. And is your signature at the bottom of the
21     first page?
22  A. Yes.
23  Q. And did you date it 2/26/14 at 11:10 a.m.?
24  A. I guess so.  That's what it says on here.
25  Q. And is your signature also on the last page
```

Page 216

```
 1     under the three consent paragraphs?
 2  A. Yes.
 3  Q. So under breast radiation, do you agree that
 4     it lists early reactions and late reactions?
 5  A. Where do you see that?
 6  Q. Look at the 1st and 7th bullet point, please.
 7  A. Oh, okay.  I see it now.  Late reactions.
 8  Q. So do you agree that this radiation consent
 9     form identifies certain early and late
10     reactions of radiation therapy?
11  A. Yes.
12  Q. And do you agree that the first bullet point
13     under the breast radiation late reactions says
14     changes in skin texture and/or coloration,
15     permanent hair loss, and scarring of skin?
16  A. I don't see where it says permanent hair loss.
17  Q. Read the bullet directly under late reactions.
18  A. Okay.  It says skin changes, redness, sunburn
19     like irritation, scaliness, blistering,
20     ulceration, thickening, hair loss.
21         It doesn't say permanent hair loss.
22  Q. And that's the second bullet point.
23         That's right under early reactions.
24     Correct?
25  A. Yes.
```

Page 217

```
 1  Q. Do you mind -- I don't want to get in your
 2     space.
 3         This is late reactions (indicating).
 4  A. Late reactions.  Okay.
 5  Q. Can you read the first bullet point under late
 6     reactions?
 7  A. Changes in skin texture and/or coloration,
 8     permanent hair loss, and scarring of skin.
 9  Q. And do you see other late reactions identified
10     as damage to the heart muscle or heart sac
11     leading to heart failure?
12  A. Yes.
13  Q. Permanent scarring of lung, producing
14     shortness of breath?
15  A. Uh-huh (affirmative response).
16  Q. Cough or susceptibility to infection?
17  A. Yes.
18  Q. And loss of thyroid function?
19  A. Yes.
20  Q. And you accepted all of these risks to have
21     radiation.  Correct?
22  A. Yes.
23  Q. And you did that in your effort to beat
24     cancer.  Correct?
25  A. I did it because they said this was the second
```

|  | Page 218 |  | Page 220 |
|---|---|---|---|
| 1 | part of the treatment, that I had to have | 1 | Yeah. |
| 2 | radiation, because I had had -- I did not opt | 2 | MS. BIERI: |
| 3 | for a mastectomy, which I was not given the | 3 | All right. |
| 4 | option for. | 4 | THE VIDEOGRAPHER: |
| 5 | I opted instead, which I was told this is | 5 | This is the end of media number |
| 6 | the way it was done, was to have a lumpectomy. | 6 | three. We are now off the record at |
| 7 | Q. Well, you understand that there were more | 7 | 2:49. |
| 8 | surgeons besides Dr. Walsh. Correct? | 8 | (Off the record.) |
| 9 | A. Yes. | 9 | THE VIDEOGRAPHER: |
| 10 | Q. And did you talk to any of those -- any other | 10 | This is the beginning of media number |
| 11 | surgeon besides Dr. Walsh to get their opinion | 11 | four. We are now back on the record at |
| 12 | on whether you should have a mastectomy? | 12 | 3:01. |
| 13 | A. No. | 13 | EXAMINATION BY MS. BIERI: |
| 14 | Q. And again, you understood what a mastectomy | 14 | Q. So when your hair was falling out did you |
| 15 | was -- | 15 | attribute it to chemotherapy? |
| 16 | A. Yes. | 16 | A. Initially I did not know what it was from. |
| 17 | Q. -- before surgery? | 17 | Q. So your hair started falling out during |
| 18 | A. Yes. | 18 | chemotherapy. Correct? |
| 19 | Q. And you didn't inquire of any surgeon whether | 19 | A. Oh, you're talking about during chemotherapy? |
| 20 | they would recommend a mastectomy. Correct? | 20 | Yes. Yeah. I knew that it was from |
| 21 | A. No. It just sounded -- | 21 | chemotherapy. |
| 22 | Q. No, you didn't inquire? | 22 | Q. Were you talking about in 2015 -- |
| 23 | A. No, I did not inquire. | 23 | A. Yes. |
| 24 | Q. Okay. Let me talk to you about the hair loss | 24 | Q. -- when it started falling out? |
| 25 | you experienced during chemotherapy. | 25 | A. Yeah. |

|  | Page 219 |  | Page 221 |
|---|---|---|---|
| 1 | A. Okay. | 1 | Uh-huh (affirmative response). |
| 2 | Q. Your hair on your scalp began to fall out | 2 | Q. So you had your hair -- Okay. |
| 3 | during chemotherapy. Correct? | 3 | So you had your hair grow back after |
| 4 | A. Yes. | 4 | chemotherapy, and then you had the time when |
| 5 | Q. And did it start falling out in November of | 5 | it started growing -- or falling out again in |
| 6 | 2013? | 6 | '15? |
| 7 | A. Yes. | 7 | A. When it grew back it was very curly, and you |
| 8 | Q. And ultimately you had it shaved off. Right? | 8 | couldn't really tell whether it was thin or |
| 9 | A. Yes. | 9 | not, because it was so curly and so close to |
| 10 | Q. Okay. And who shaved it for you? | 10 | my head. |
| 11 | A. Julie Quon. | 11 | Then when it got down to about right here, |
| 12 | Q. After you shaved it -- had it shaved the first | 12 | you could tell that -- I could tell that there |
| 13 | time, did you ever shave it again? | 13 | was some thinning to it, but it was real curly |
| 14 | A. No. | 14 | so you couldn't see bald spots right then |
| 15 | Q. And do you agree that your eyebrows and | 15 | (indicating). |
| 16 | eyelashes didn't fall out until after you had | 16 | Then as it got straight, that's when you |
| 17 | stopped Taxotere and Carboplatin? | 17 | could really tell it was thin. And that there |
| 18 | A. They started getting thin and falling out | 18 | was spots where there was no hair. |
| 19 | right toward the end of the infusions. | 19 | Q. And you're saying you didn't have an increase |
| 20 | MS. BIERI: | 20 | in -- you didn't have a situation where you |
| 21 | Oh, I think we need a media -- we | 21 | noticed actual hair loss in 2015? |
| 22 | need to change the tape. | 22 | A. It falling out, no. It just never came back. |
| 23 | Is now a good time for everyone? | 23 | You know, it just didn't come back. |
| 24 | I guess it has to be. | 24 | Q. And so you wouldn't have said that in any |
| 25 | MR. ROOT: | 25 | documents? |

Veritext Legal Solutions

800-227-8440                                                                                   973-410-4040