# EXHIBIT F

Printed by kong tiandong on 2/21/2013 4:34:08 AM. For personal use only. Not approved for distribution. Copyright © 2013 National Comprehensive Cancer Network, Inc., All Rights Reserved.

0.66–0.87; $P < .0001$). At a median follow-up of 8 years, the study reported no significant difference in disease-free survival, a secondary endpoint, in patients treated with trastuzumab for 2 years compared with 1 year.[200]

The BCIRG 006 study randomized 3222 women with HER2-positive, node-positive, or high-risk node-negative breast cancer to AC followed by docetaxel, AC followed by docetaxel plus trastuzumab for one year, or carboplatin, docetaxel plus trastuzumab for one year.[203] At 65-month follow-up, patients receiving AC followed by docetaxel with trastuzumab (AC TH) had an HR for disease-free survival of 0.64 ($P < 0.001$) when compared with the group of patients in the control arm receiving the same chemotherapy regimen without trastuzumab (AC T). The HR for disease-free survival was 0.75 ($P = .04$) when patients in the carboplatin/docetaxel/ trastuzumab (TCH)-containing arm were compared to patients in the control arm. No statistically significant difference in the HR for disease-free survival was observed between the two trastuzumab-containing arms. An OS advantage was reported for patients in both trastuzumab-containing arms relative to the control arm (HR for AC-TH vs. AC-T = 0.63; $P = .001$; HR for TCH vs. AC-T = 0.77; $P = .04$). Cardiac toxicity was significantly lower in the TCH arm (9.4% patients with >10% relative decline in left ventricular ejection fraction) compared with the AC-TH arm (18.6%; $P < .0001$). CHF was also more frequent with AC-TH than TCH (2% versus 0.4%; $P < .001$). Analysis of this trial by critical clinical event revealed more distant breast cancer recurrences with TCH (144 vs. 124), but fewer cardiac events with TCH compared with AC-TH (4 vs. 21).[203] In the FinHer trial, 1010 women were randomized to 9 weeks of vinorelbine followed by 3 cycles of FEC chemotherapy versus docetaxel for 3 cycles followed by 3 cycles of FEC chemotherapy.[198] Patients (n = 232) with HER2-positive cancers that were either node-positive or node-negative and ≥2 cm and PR-negative were further randomized to receive or not trastuzumab for 9 weeks during the vinorelbine or docetaxel portions of the chemotherapy only. With a median follow-up of 3 years, the addition of trastuzumab was associated with a reduction in risk of recurrence (HR 0.42; 95% CI, 0.21–0.83; $P = .01$). No statistically significant differences in OS (HR 0.41; 95% CI, 0.16– 1.08; $P = .07$) or cardiac toxicity were observed with the addition of trastuzumab.[198] At 5-year follow-up, a comparison of the two arms (ie, chemotherapy with and without trastuzumab) demonstrated that the HRs for distant disease-free survival (HR 0.65; 95% CI, 0.38–1.12; $P = .12$) and OS (HR 0.55; 95% CI, 0.27–1.11; $P = .094$) were higher relative to those reported at 3 years.[323]

All of the adjuvant trials of trastuzumab have demonstrated clinically significant improvements in disease-free survival, and the combined analysis from the NSABP B31 and NCCTG N9831 trials, and the HERA trial, showed significant improvement in OS with the use of trastuzumab in patients with high-risk, HER2-positive breast cancer. Therefore, regimens from each of these trials are included as trastuzumab-containing adjuvant regimen choices in the guideline. The benefits of trastuzumab are independent of ER status.[201,202]

Based on these studies, the Panel has designated use of trastuzumab with chemotherapy as a category 1 recommendation in patients with HER2-positive tumors >1 cm. The Panel recommends AC followed by paclitaxel with trastuzumab for 1 year commencing with the first dose of paclitaxel as a preferred trastuzumab-containing adjuvant regimen, since the efficacy of this regimen has been demonstrated in two randomized clinical trials and it has been associated with significant improvements in OS. The TCH regimen is also classified as a preferred regimen, especially in those with risk factors for cardiac toxicity, given the results of the BCIG 006 study that demonstrated superior

Version 1.2013, 02/01/13 © National Comprehensive Cancer Network, Inc. 2013, All rights reserved. **The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®**