# EXHIBIT G

PHILLIPS, JUNE J Acct# 13332426308 OPT RDO R 2/26/2014 - Consent_Radiation Therapy CO0200  5/7/2014 9:11:58 AM





CO0200

Acct# 13332426308 PT R
PHILLIPS, JUNE J
075Y   F   02/26/2014
Att. OUTLAW, ELESYIA

## TOURO INFIRMARY – ADDENDUM TO INFORMED CONSENT

### SYNOPSIS OF MATERIAL RISKS THAT MUST BE SPECIFIED IN AN INFORMED CONSENT, AS PRESCRIBED BY LOUISIANA LAW

## RADIATION THERAPY (RADIATION ONCOLOGY)

Material risks associated with the medical treatment, surgical procedure, or other therapy described as required by the Louisiana Medical Disclosure Panel.

**Breast Irradiation** *left + regional nodes*

- Early reactions
- Skin changes: redness (sunburn-like), irritation, scaliness, blistering, ulceration, coloration, thickening; hair loss
- Breast changes, including swelling, tightness, tenderness or pain
- Inflammation of the esophagus causing pain on swallowing, heartburn, or sense of obstruction
- Lung inflammation with cough
- Inflammation of heart sac with chest pain and possible decreased heart functions
- Late reactions
- Changes in skin texture and/or coloration, permanent hair loss and scarring of skin
- Breast changes, including thickening, firmness, tenderness, shrinkage, or edema (swelling)
- Swelling of arm
- Stiffness and discomfort in shoulder joint
- Rib damage causing pain or fracture
- Nerve damage causing pain, loss of strength or feeling in arm
- Damage to heart muscle or heart sac leading to heart failure
- Permanent scarring of lung producing shortness of breath, cough, or susceptibility to infection
- Loss of thyroid functions
- If there is a cancer recurrence, mastectomy may be required

Other Material Risks:

_____
_____
_____

_[signature]_____ Date: 2/26/14   Time: 11:10 AM
Signature of Patient

_[signature]_____ Date: 2/27/14   Time: 10:52 AM
Signature of Witness to Patient's Signature

_[signature]_____ Date: 2/26/14   Time: 11:00
Signature of Physician

Form# CO6272. Rev. 04/07, e01/12



Page 1 of 1   jf1000 7/19/2017 11:56:34 AM -05:00

**1339- PHILLIPS, JUNE- Touro Infirmary Hospital   00573**

PHILLIPS, JUNE J Acct# 13332426308 OPT RDO R 2/26/2014 - Primary Consent CO0350  5/7/2014 9:11:58 AM



CO0350


Acct# 13332426308  PT R
PHILLIPS, JUNE J
075Y  F  02/26/2014
Att. OUTLAW, ELESYIA

## TOURO INFIRMARY
### INFORMED CONSENT TO MEDICAL TREATMENT OR SURGICAL PROCEDURE (INCLUDING BLOOD) AND ACKNOWLEDGMENT OF RECEIPT OF MEDICAL INFORMATION

**INFORMATION ABOUT THIS DOCUMENT – READ CAREFULLY BEFORE SIGNING**

**TO THE PATIENT:** You have been told that you should consider medical treatment/surgery. Louisiana law requires us to tell you (1) the general nature of the procedure/treatment/surgery, (2) the nature of your condition, (3) the risks of the proposed treatment/surgery, as defined by the Louisiana Medical Disclosure Panel or as determined by your doctor, and (4) reasonable therapeutic alternatives and risks associated with such alternatives, and risks of no treatment.

You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved.

In keeping with the Louisiana law of informed consent, you are being asked to sign a confirmation that we have discussed all these matters. We have already discussed with you the common problems and risks. We wish to inform you as completely as possible. Please read the form carefully. Ask about anything you do not understand, and we will be pleased to explain it.

1. Patient Name: _Phillips, June_

2. Treatment/Procedure:
   (a) Description, nature of the treatment/procedure: _left breast and regional nodes_

   (b) Purpose: _(1) breast cancer_

---

**Blood and/or Blood Components** (This Section is to be completed **only** if the need for blood or blood components is anticipated.)

If transfusion **is** anticipated, the patient checks one of the boxes below and initials to authorize transfusion:
- If the **YES** box is checked and initialed by the patient, consent includes transfusion of blood and blood components, and the material risks in section 4(d) apply.
- If the **NO** box is checked and initialed by the patient, Touro s Refusal of Care Form (# 5110) must also be completed and placed on the chart.

☐ YES _____    ☐ NO _____
    Pt. Initial           Pt. Initial

---

3. Patient Condition:
   Patient's diagnosis, description of the nature of the condition or ailment for which the medical treatment, surgical procedure or other therapy described in item number 2 is indicated and recommended: _up_

Informed Consent to Medical Treatment of Surgical Procedure
Form # CO5100  Rev. 08/09, a08/11, 11/11, 11/12        Page 1 of 3

Page 1 of 3  jf1000 7/19/2017 11:56:34 AM -05:00

**1339- PHILLIPS, JUNE- Touro Infirmary Hospital  00574**

PHILLIPS, JUNE J Acct# 13332426308 OPT RDO R 2/26/2014 - Primary Consent CO0350 5/7/2014 9:11:58 AM



CO0350



Acct# 13332426308 PT R
PHILLIPS, JUNE J
DOB         075Y    F    02/26/2014
Att. OUTLAW, ELESYIA

4. Material Risks of treatment procedure:
   (a) All medical or surgical treatment involves risks. Listed below are those risks associated with this procedure that we believe a reasonable person in your (the patient's) position would likely consider significant when deciding whether to have or forego the proposed therapy. Please ask your physician if you would like additional information regarding the nature or consequences of these risks, their likelihood of occurrence, or other associated risks that you might consider significant by may not be listed below.
   (b) Risks (if any) as determined by your doctor or additional risks (if any) because of a complicating medical condition are:

   ☐ **_See attachment for risks identified by the Louisiana Medical Disclosure Panel_**

   (c) Risks generally associated with any surgical treatment/procedure, including anesthesia are: death, brain damage, disfiguring scars, quadriplegia (paralysis from neck down), paraplegia (paralysis from waist down), the loss or loss of function of any organ or limb, infection, bleeding, and pain.
   (d) Risks associated with the **Transfusion of Blood and Blood Components** include: fever; transfusion reaction which may include heart failure; kidney failure or anemia; hepatitis; AIDS (acquired immune deficiency syndrome); and other infections.

5. Reasonable therapeutic alternatives, risk associated with such alternatives, or risks associated with no treatment, are:
   _disease recurrence_
   _death_

6. Acknowledgments:
   (a) No Guarantees: All information given me and, in particular, all estimates made as to the likelihood of occurrence of risks of this or alternate procedures or as to the prospects of success, are made in the best professional judgment of my physician. The possibility and nature of complications cannot always be accurately anticipated and, therefore, there is and can be no guarantee, either expressed or implied, as to the success or other results of the medical treatment or surgical procedure.
   (b) Additional Information: Nothing has been said to me, no information has been given to me, and I have not relied upon any information that is inconsistent with the information set forth in this document.
   (c) Particular Concerns: I have had an opportunity to disclose and discuss with the physician providing such information, those risks or other potential consequences of the medical treatment or surgical procedure that are of particular concern to me.
   (d) Questions: I have had an opportunity to ask, and I have asked, any questions I may have about the information in this document and any other questions I have about the proposed treatment or procedure, and all such questions were answered in a satisfactory manner.

Informed Consent to Medical Treatment of Surgical Procedure
Form # CO5100 Rev. 08/09, e08/11, 11/11, 11/12      Page 2 of 3

Page 2 of 3   jfl000 7/19/2017 11:56:34 AM -05:00

PHILLIPS, JUNE J Acct# 13332426308 OPT RDO R 2/26/2014 - Primary Consent CO0350   5/7/2014 9:11:58 AM



CO0350

Acct# 13332426308  PT R
PHILLIPS, JUNE J
DOB ███████ 075Y   F   02/26/2014
Att. OUTLAW, ELESYIA

(e) **Authorized Physician:** The physician (or physician group) authorized to administer or perform the medical treatment, surgical procedures or other therapy described in item 2 is:

_Dr. Elesyia Outlaw_
Print name of authorized physician

(f) **Physician Certification:** I hereby certify that I have provided and explained the information set forth herein, including any attachment, and answered all questions of the patient, or the patient's representative, concerning the medical treatment or surgical procedure, to the best of my knowledge and ability.

_[signature]_   2/26/14  11:00
Signature of Physician / Date / Time

**CONSENT**

I hereby authorize and direct the designated authorized physician/group, together with associates and assistants of his choice, to administer or perform the medical treatment or surgical procedure described in item 2 of this Consent Form, including any additional procedures or services as they may deem necessary or reasonable, including the administration of any general or regional anesthetic agent, x-ray or other radiological services, laboratory services, and the disposal of any tissue removed during a diagnostic or surgical procedure, and hereby consent thereto.

I have read and understand all information set forth in this document and all blanks were filled in prior to my signing. This authorization for and consent to medical treatment or surgical procedure is and shall remain valid until revoked.

I acknowledge that I have had the opportunity to ask any questions about the contemplated medical procedure or surgical procedure described in item 2 of this consent form, including risks and alternatives, and acknowledge that my questions have been answered to my satisfaction.

_June Phillips_   2/26/14   11:10am
Patient or Authorized Person / Date / Time

If consent is signed by someone other than the patient, state the reason,

_____

and the relationship to the patient: _____

_____

Witness / Date / Time

Informed Consent to Medical Treatment of Surgical Procedure
Form # CO5100  Rev. 08/09, e08/11, 11/11, 11/12     Page 3 of 3

1339- PHILLIPS, JUNE- Touro Infirmary Hospital  00576