UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

June Phillips, Case No. 2:16-cv-15397.

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") will bring for hearing the accompanying Motion for Summary Judgment on Warnings Causation for the Claims of Plaintiff June Phillips on the 11th day of March, 2020, at 9:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Date: February 14, 2020

                        Respectfully submitted,

                        /s/ *Douglas J. Moore*
                        Douglas J. Moore (Bar No. 27706)
                        **IRWIN FRITCHIE URQUHART & MOORE LLC**
                        400 Poydras Street, Suite 2700
                        New Orleans, LA 70130
                        Telephone: 504-310-2100
                        Facsimile: 504-310-2120
                        dmoore@irwinllc.com

                        Harley V. Ratliff
                        Adrienne L. Byard
                        **SHOOK, HARDY & BACON L.L.P.**
                        2555 Grand Boulevard
                        Kansas City, Missouri 64108
                        Telephone: 816-474-6550
                        Facsimile: 816-421-5547
                        hratliff@shb.com
                        abyard@shb.com

                        *Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                 /s/ *Douglas J. Moore*