# EXHIBIT C

```
                                                                    1

 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3    * * * * * * * * * * * * * * * * * * * * *

 4  ELIZABETH KAHN,                    CASE NO.
          Plaintiff.                   2:16-cv-17039
 5  v.
    SANOFI S.A.,
 6  SANOFI-AVENTIS U.S.,
    L.L.C., SANOFI US
 7  SERVICE, INC., and
    AVENTIS-PHARMA, S.A.,
 8        Defendants.
    and
 9  CYNTHIA THIBODEAUX,                CASE NO.
          Plaintiff,                   2:16-cv-15859
10  v.
    SANOFI S.A.,
11  SANOFI-AVENTIS U.S.,
    L.L.C., SANOFI US
12  SERVICE, INC., and
    AVENTIS-PHARMA, S.A.,
13        Defendants.

14

15    * * * * * * * * * * * * * * * * * * * * *

16
                        DEPOSITION
17                          OF

18                   DR. ZOE LARNED

19       Taken on Wednesday, February 21, 2018

20              Commencing at 1:05 p.m.

21                       at the

22        GAYLE & TOM BENSON CANCER CENTER

23              1514 Jefferson Highway

24              New Orleans, Louisiana

25    Job No. NJ2816476
```

34

1 subscribe to or read any journals regularly?
2  A. So American Society of Clinical Oncology has
3 one called The Journal of Clinical Oncology. And
4 then the New England Journal of Medicine are the two
5 primary medical journals. But, you know, we have
6 constant resources that we use when we're seeing new
7 patients.
8  Q. Do you ever attend any conferences, like the
9 San Antonio Conference?
10  A. So we tend to take turns on those
11 conferences. I tend to do ASCO more than any
12 others. I haven't been to San Antonio in probably
13 six or seven years.
14     There is virtual attendance to most of those
15 conferences now so when you're raising kids, a lot
16 of us opt for the virtual attendance of conference
17 in order to be home with our children.
18  Q. Understood completely.
19     Okay. I want to talk to you a little bit
20 about taxanes now.
21  A. Sure.
22  Q. How -- well, strike that. Let me ask you a
23 broader question.
24     How have the trends in breast cancer
25 treatment changed over the course of your career?

35

1 And I guess I mean survival rates.
2  A. Uhmm, you know, I came -- I came along in a
3 fortunate time in breast cancer because we were
4 already having great drugs coming out at the time
5 that I was training that were already impacting
6 survivorship. So I came along at the start of the
7 Herceptin era, for example.
8     And since then, it's just gone like
9 wildfire. I mean multiple new drugs have come for
10 HER2 new positive cancers, for hormonal-positive
11 cancers and multiple new data on chemotherapy and
12 best chemotherapy as well as genetic testing to
13 determine who needs chemotherapy. So it's --
14  Q. So would you say that over the course of the
15 years, breast --
16  A. Survivorship has improved.
17  Q. And do you think that the introduction of
18 taxanes has helped survival rates for breast cancer?
19  A. Yes.
20  Q. And Docetaxel is a taxane, correct?
21  A. Yes.
22  Q. Do you currently prescribe Taxotere to
23 patients?
24  A. Yes.
25  Q. When did you first start prescribing

36

1 Taxotere?
2  A. I would assume 2001 with fellowship.
3  Q. So from 2001 to present, how many patients
4 -- I'm not asking you --
5  A. Uh-huh.
6  Q. -- to give me the exact number, but can you
7 think of a way to estimate the number of patients
8 for whom you've prescribed Taxotere?
9  A. Uhmm, it's certainly in the hundreds. I
10 mean I've been using it now for 17 years. Probably
11 do 80 patients a year with new taxane, if not more.
12 So you multiply that by ten-plus years, it's
13 certainly 800 to a thousand maybe, if I had to
14 estimate.
15  Q. So you're saying probably 80 patients a year
16 and you said ten years, but you've been prescribing
17 Taxotere since 2001, right?
18  A. So as a fellow, you're supervised still by
19 an attending, but...
20  Q. Okay.
21     So let me change my question a little bit.
22 Either prescribed or --
23  A. Supervised?
24  Q. -- or being supervised in the prescription
25 of.

37

1  A. There would be no way for me to recall back
2 to Duke years how many taxanes I might have written,
3 but I can say since starting private practice,
4 probably between 800 and 1,000 times.
5  Q. You're saying taxanes, there are other
6 taxanes --
7  A. Of course.
8  Q. -- besides Docetaxel, correct?
9  A. There's Paclitaxel. There's Nab-paclitaxel.
10 There's Taxotere.
11  Q. And I'm talking specifically about Taxotere.
12 Were those the numbers you were talking about as
13 well?
14  A. Uh-huh.
15  Q. Okay. I just wanted to make sure --
16  A. Right.
17  Q. -- we were speaking the same language.
18     Okay.
19     So tell me, why do you prescribe Taxotere?
20 Why do you like it?
21  A. It's beyond liking it. It has survival data
22 in the neoadjuvant and the adjuvant setting for
23 multiple cancers. It also has survival data for
24 metastatic prostate cancer, which is where I use it
25 quite a bit as well.

38

1   Q. And in terms of comparing it with other
2  taxanes, would you agree that there is a less chance
3  of neuropathy with Taxotere than with a Paclitaxel?
4       MS. PEREZ REYNOLDS: Object to form.
5   A. Yes.
6   Q. I'm sorry, did you say "yes"?
7   A. Yes.
8   Q. Okay.
9       Do you agree that there is less chance of a
10 secondary cancer with Taxotere versus Paclitaxel?
11  A. They are both fairly low, but yes.
12  Q. Is there less chance of leukemia with
13 Taxotere than with Paclitaxel?
14  A. It's very rare for both.
15  Q. And Taxotere can be given in combination
16 with Doxorubicin and with Cyclophosphamide, correct?
17  A. Yes.
18  Q. And is Taxotere synergistic with Herceptin?
19  A. Yes.
20  Q. And with Doxorubicin?
21  A. We can use it together. We tend to use it
22 as a second therapy on its own, though. So you can
23 Adriamycin and Cytoxan together followed by
24 Taxotere.
25  Q. Is that a common regimen for you, AC-T?

39

1   A. Yes.
2   Q. If you're choosing between Paclitaxel and
3  Taxotere, are there any other considerations you
4  take into account?
5   A. We certainly take patient status into
6  account.
7   Q. What does that mean?
8   A. So if you have a diabetic with neuropathy,
9  you might lean towards Taxotere. If I have a
10 metastatic patient with fluid collections, I lean
11 towards Paclitaxel. Because Docetaxel can add to
12 edema and fluid collection, so...
13  Q. What about patients with cardiac history, do
14 you lean towards Paclitaxel or Taxotere?
15      MS. PEREZ REYNOLDS: Objection to form.
16 BY MS. BIERI:
17  Q. You can answer.
18  A. Okay.
19      No, I will -- I will still use Docetaxel in
20 a cardiac patient. I just get cardiac clearance for
21 those patients, and we premedicate appropriately.
22  Q. Would you agree that while Docetaxel and
23 Paclitaxel are structurally similar, they are not
24 the same drug and carry different risks and
25 benefits?

40

1   A. Yes.
2   Q. And they are not interchangeable, correct?
3   A. Correct.
4       MS. PEREZ REYNOLDS: Object to form.
5  BY MS. BIERI:
6   Q. Just so you know, her job is to make
7  objections, and you can still answer the question.
8   A. Okay.
9   Q. I'm sure it's a little bit off-putting to
10 you, but she's doing her job.
11  A. Okay.
12  Q. So I know it feels weird.
13      And is it your opinion that Docetaxel is a
14 good, effective drug that saves lives?
15  A. Yes.
16  Q. Okay.
17      Talking about side effects of chemotherapy,
18 is it fair to say that you can't predict the
19 specific side effects that a particular patient is
20 going to get?
21      MR. MAHER: Object to form.
22  A. Yes.
23  Q. And do you warn patients that there are
24 unknowns with chemotherapy?
25  A. Yes.

41

1   Q. Have you had instances where a patient
2  experienced a side effect that you weren't aware of
3  or that was unexpected to you?
4   A. Well, we're made aware of them, but
5  unexpected, yes.
6   Q. Do you warn your patients about every
7  possible or reported adverse event or side effect
8  for each of the chemotherapy drugs you prescribe?
9       MS. PEREZ REYNOLDS: Object to form.
10  A. No.
11  Q. Right.
12      Do you warn them of every single thing that
13 is in the chemotherapy drugs label?
14  A. No.
15  Q. Might warning of every single potential side
16 effect or reported adverse event overwhelm the
17 patient?
18      MS. PEREZ REYNOLDS: Object to form.
19  A. Yes, and it would also be a fairly
20 time-consuming process. It's impossible to go over
21 an entire package insert, so some of it is left
22 fairly broad. But we do leave time for open-ended
23 questions and let them know that there are
24 unanticipated side effects as well.
25  Q. So how do you in your practice determine

11 (Pages 38 to 41)

### Page 50

1 that their hair loss would be temporary; is that
2 true?
3     MS. PEREZ REYNOLDS: Object to form.
4 BY MS. BIERI:
5   Q. Let me re-ask it.
6     Do you ever guarantee to a patient that
7 their hair loss will be temporary?
8   A. No.
9   Q. Do you ever guarantee that it will grow back
10 in a certain time period?
11   A. No.
12   Q. Do you warn patients -- strike that.
13     Do you warn breast cancer patients about the
14 potential risk of persistent or permanent hair loss
15 for any of the chemotherapy drugs that you provide?
16   A. Recently, yes.
17   Q. And in connection with which ones?
18   A. I just state it for all now, but that's a
19 question that most women come in with now.
20   Q. When did you start warning about the risk of
21 persistent or permanent hair loss?
22   A. Within the last year, likely. We have a
23 consent form that says "hair loss" on it. And under
24 the new rule that I have, we have updated all our
25 consent forms just to make sure they were up

### Page 51

1 up-to-date anyhow, and one of things we updated was
2 the hair loss, stating that it could possibly be
3 permanent as well.
4   Q. That change, was that change made in
5 connection with reading any of the label language
6 from any of the chemotherapy drugs?
7   A. No.
8     MS. PEREZ REYNOLDS: Object to form.
9 BY MS. BIERI:
10   Q. Did you understand my question?
11   A. I did.
12   Q. So the change was not because of something
13 that you read in the Taxotere label?
14   A. No.
15     MS. PEREZ REYNOLDS: Object to form.
16 BY MS. BIERI:
17   Q. Let me ask it a different way.
18     Was that change made because of anything
19 that you read in the Taxotere label?
20   A. No.
21   Q. And even with the warning that you give as
22 to all of the chemotherapy drugs that you prescribe
23 for hair loss, you're still -- you haven't
24 stopped -- strike that. Strike that. That is an
25 ugly question.

### Page 52

1     Have you ever stopped prescribing a
2 chemotherapy drug because of the potential risk of
3 permanent or persistent hair loss?
4   A. No.
5   Q. I want to read you -- read to you some
6 language --
7   A. Okay.
8   Q. -- from a Taxotere label.
9     Loss of --
10     MS. PEREZ REYNOLDS: Object to form.
11 BY MS. BIERI:
12   Q. "Loss of hair occurs in most patients taking
13 Taxotere, including the hair on your head, underarm
14 hair, pubic hair, eyebrows and eyelashes. Hair loss
15 will begin after the first few treatments and varies
16 from patient to patient. Once you have completed
17 all of your treatments, hair generally grows back."
18     Do you believe that there is anything false
19 or misleading in that language?
20     MS. PEREZ REYNOLDS: Object to form.
21   A. No.
22   Q. Have you reviewed any updates to the
23 Taxotere label between 2010 and today?
24   A. No.
25   Q. So if the label said, "Hair Loss: In most

### Page 53

1 cases, normal hair growth should return. In some
2 cases, frequency not known, permanent hair loss has
3 been observed," would that change your opinion of
4 Taxotere?
5     MS. PEREZ REYNOLDS: Object to form.
6     MR. MAHER: Objection to form.
7   A. No.
8   Q. Would it cause you to warn any differently
9 than you do?
10   A. No.
11   Q. When you prescribe Taxotere, are you doing
12 so because you believe it will give your patients
13 the best chance of surviving and beating their
14 breast cancer?
15   A. Yes.
16     MS. PEREZ REYNOLDS: Object to form.
17     MS. BIERI: Are you getting the witness'
18     answers?
19     THE REPORTER: Yes.
20     MS. BIERI: You can go ahead.
21     THE REPORTER: I would ask that you speak
22     up.
23     THE WITNESS: Sure.
24     THE REPORTER: And you're doing really well
25     now.

54

1    THE WITNESS: Okay.
2    MS. BIERI: Go ahead.
3    THE REPORTER: But there are moments when
4    you're talking about what you know or you're
5    looking at the -- and cutting her off
6    because you see where it's going.
7    THE WITNESS: Okay.
8    THE REPORTER: So I don't know what you
9    know.
10   THE WITNESS: Got it.
11   THE REPORTER: Thank you.
12 BY MS. BIERI:
13   Q. What -- what does alopecia mean? Do you
14 know what the definition of alopecia is?
15   A. Sure. It's hair loss.
16   Q. And is it your understanding that alopecia
17 can be temporary or permanent?
18   A. Yes.
19   Q. And do you agree that the term alopecia by
20 itself can mean either temporary or permanent?
21       MS. PEREZ REYNOLDS: Object to form.
22   A. Yes.
23   Q. Do you agree that it's been known for a long
24 time that certain chemotherapy agents can cause
25 permanent changes to hair?

55

1       MS. PEREZ REYNOLDS: Object to form.
2    A. Can you repeat the question?
3    Q. Absolutely.
4        Do you agree that it's been known for a long
5  time that certain chemotherapy drugs can cause
6  permanent changes to hair?
7        MS. PEREZ REYNOLDS: Same objection.
8    A. Yes.
9    Q. Changes to texture?
10   A. Yes.
11   Q. Changes to color?
12   A. Yes.
13   Q. Changes to fullness, like hair thinning?
14       MS. PEREZ REYNOLDS: Object to form.
15   A. Yes.
16   Q. And do you agree that it's been known for a
17 long time that various chemotherapy drugs can cause
18 persistent or permanent hair loss?
19       MS. PEREZ REYNOLDS: Object to form.
20   A. Yes.
21   Q. That's something you've known for a long
22 time?
23       MS. PEREZ REYNOLDS: Object to form.
24 BY MS. BIERI:
25   Q. And have you known that in connection with

56

1  your own clinical experience or from journals you've
2  read or some -- how do you know that?
3    A. Both. Reading and personal experience with
4  patient care.
5    Q. So have you had patients who have had
6  regrowth of hair after chemotherapy but the hair has
7  come back a different color?
8    A. Yes.
9    Q. Have you had patients whose hair has come
10 back a different texture, like going from straight
11 to curly?
12   A. Yes.
13   Q. Have you had patients whose hair has come
14 back thinner than it was before chemotherapy?
15   A. Yes.
16   Q. And on what different chemotherapy regimens
17 have you observed that?
18   A. Pretty much all.
19   Q. Not just Docetaxel-specific regimens?
20   A. Correct.
21       MS. PEREZ REYNOLDS: Objection to form.
22 BY MS. BIERI:
23   Q. Has that been just with Docetaxel-specific
24 regimens?
25       MS. PEREZ REYNOLDS: Object to form.

57

1    A. No.
2    Q. Okay.
3        I want to understand the range of thickness
4  changes that you've seen to a patient's hair.
5        Have you seen significant changes to a
6  patient's hair thickness after chemotherapy?
7    A. Yes.
8    Q. And in connection with which chemotherapy
9  drugs?
10   A. Most chemotherapy drugs.
11   Q. Is that specific to Docetaxel?
12   A. No.
13   Q. Have you seen that with patients who have
14 received Taxol?
15   A. Yes.
16   Q. Adriamycin?
17   A. Yes.
18   Q. Have you ever had a patient who -- well, let
19 me ask you this: Do you consider -- do you consider
20 significant hair thinning alopecia?
21       MS. PEREZ REYNOLDS: Object to form.
22   A. Yes.
23   Q. Have you ever had a patient who had complete
24 loss of hair -- strike that.
25       Have you ever had a patient who had a

58

1  complete loss of hair that persisted or was
2  permanent?
3     A. No.
4     Q. But you've seen a persistent significant
5  thinning of hair?
6     A. Yes.
7        MS. PEREZ REYNOLDS: Object to form.
8  BY MS. BIERI:
9     Q. Sorry. When she objects to the form, I ask
10 the question a different way. So forgive me if it
11 seems repetitive.
12       Have you seen patients who have had
13 persistent, significant thinning of hair?
14    A. Yes.
15    Q. And that has been with chemotherapy drugs
16 that are not just limited to Taxotere; is that
17 correct?
18    A. Yes.
19    Q. Okay.
20       Generally speaking, when a patient -- after
21 chemotherapy ends, when do you see patients' hair
22 begin to re-grow?
23    A. It varies from patient to patient. Some
24 patients have regrowth in a couple of weeks. Some
25 take a couple of months to see initial regrowth.

59

1     Q. Okay.
2        Putting aside length of hair because I
3  understand it would take a long time --
4     A. Just regrowth period. It could be anywhere
5  between weeks and months to see.
6     Q. So let me ask a slightly different question.
7        Putting aside length, how long do you -- how
8  long is it until you see complete regrowth? So
9  complete fullness regrowth?
10       MS. PEREZ REYNOLDS: Object to form.
11    A. That varies from patient to patient.
12    Q. When was -- had you seen patients with
13 significant hair thinning -- when was the first time
14 you saw a patient with significant hair thinning
15 that was persistent following chemotherapy?
16    A. I have no idea. Probably early in my
17 career, but it's not a huge number of patients that
18 have that.
19    Q. More than ten years ago?
20    A. Yes.
21    Q. Even -- okay, assuming that Taxotere causes
22 persistent or permanent hair loss, would you agree
23 that in your practice you've rarely seen a patient
24 who has been on a Taxotere regimen have persistent
25 or permanent hair loss?

60

1        MS. PEREZ REYNOLDS: Object to form.
2     A. Yes.
3     Q. Would you say that it's a rare side effect?
4     A. Yes.
5        MS. PEREZ REYNOLDS: Object to form.
6  BY MS. BIERI:
7     Q. Have you ever reported permanent or
8  persistent hair loss as an adverse event to the FDA?
9     A. No.
10    Q. Have you ever had a patient tell you that
11 they wished that they hadn't had chemo?
12    A. No.
13    Q. Okay.
14       You prescribed Tamoxifen to Ms. Kahn,
15 correct?
16    A. Correct.
17    Q. And you also -- strike that.
18       You prescribed Tamoxifen to Ms. Thibodeaux,
19 correct?
20    A. Correct.
21    Q. Can you explain to me how Tamoxifen works?
22    A. Right. So Tamoxifen is a selective estrogen
23 receptor modulator.
24       MS. BIERI: We can go off the record. We've
25       been going about an hour.

61

1        Do you mind?
2        THE VIDEOGRAPHER: Off the record at
3        2:06 p.m.
4        (Recess.)
5        THE VIDEOGRAPHER: We're back on the record
6        at 2:15 p.m.
7  BY MS. BIERI:
8     Q. Doctor, before our break, we were talking
9  about Tamoxifen. And you were explaining that it's
10 a SERM, S-E-R-M, right?
11       Can you continue explaining what Tamoxifen
12 is and what it does, please.
13    A. Right.
14       So Tamoxifen selectively determines where
15 estrogen can go in a body. So, for example, we have
16 estrogen receptors pretty much everywhere throughout
17 our body. On the breast and the other female organs
18 like the uterus, Tamoxifen blocks the receptors for
19 estrogen. Elsewhere in the body, like the bone or
20 the heart or the brain, those receptors are still
21 open to receive estrogen. So it selectively tells
22 estrogen where or where it cannot go.
23    Q. So it's blocking estrogen?
24    A. Yes.
25    Q. And is it your understanding that Tamoxifen

Page 62

1  can cause hair thinning?
2      A. Yes.
3         MS. PEREZ REYNOLDS: Object to form.
4  BY MS. BIERI:
5      Q. And what is that -- that understanding based
6  on?
7      A. Clinical practice and research.
8      Q. So you've seen articles --
9      A. Yes.
10     Q. -- or case abstracts to that effect?
11     A. Yes.
12        MS. PEREZ REYNOLDS: Object to form.
13 BY MS. BIERI:
14     Q. And you've seen that in your practice as
15 well?
16     A. Yes.
17     Q. And have you seen significant hair thinning
18 with Tamoxifen?
19        MS. PEREZ REYNOLDS: Object to form.
20     A. Yes.
21     Q. Do you know what the percentage risk of hair
22 thinning with Tamoxifen is?
23     A. No.
24     Q. Is it your understanding that women's
25 estrogen levels decrease during menopause?

Page 63

1      A. Yes.
2      Q. And after menopause?
3      A. Yes.
4         Am I allowed to comment here?
5      Q. Sure.
6      A. There's -- that's where the other factor
7  comes into play. It depends on the age of the
8  women. So I treat breast cancer patients. My
9  youngest currently is 26, and all the way up into
10 the 90s. Many of the women are 60s and above, so
11 they are already going through menopausal changes as
12 we're initiating therapy or have gone through.
13     Q. So are you saying that when you see hair
14 thinning with certain patients that you don't know
15 what to attribute it to?
16        MS. PEREZ REYNOLDS: Object to form.
17     A. Yes. There can be other factors.
18     Q. Are you aware of statistics suggesting that
19 approximately 50 percent of women experience hair
20 thinning in connection with menopause?
21        MS. PEREZ REYNOLDS: Object to form.
22     A. Not that particular figure, no.
23     Q. Do you know of a different figure or just --
24     A. No. I just know there is a percentage, but
25 no.

Page 64

1      Q. Is it your understanding that hair thinning
2  with menopause is temporary or permanent?
3      A. Permanent.
4      Q. Can Tamoxifen, which is blocking some
5  estrogen, I think, from getting to the breast
6  tissue, exacerbate menopausal symptoms?
7      A. Yes.
8      Q. Could being on Tamoxifen during menopause
9  make hot flashes worse?
10     A. Yes.
11     Q. Could being on Tamoxifen during menopause
12 make vaginal dryness worse?
13     A. Yes.
14     Q. Generally speaking, could being on Tamoxifen
15 during menopause make menopausal symptoms worse?
16        MS. PEREZ REYNOLDS: Object to form.
17     A. Yes.
18     Q. Let me ask you -- before we turn to your
19 care of Ms. Kahn, I'm going to mark as Deposition
20 Exhibit 6 a document that you brought with you to
21 deposition.
22        Where did you get Exhibit 6?
23        (Whereupon Exhibit No. 6, a Docetaxel drug
24        sheet, was marked for Identification.)
25     A. This is just a journal that provides

Page 65

1  information about all of the current chemotherapy
2  regimens that we give.
3      Q. What journal does it come from?
4      A. This one just happens to be the BC Cancer
5  Agency.
6      Q. So when you went to get the document that
7  you brought that is marked as Exhibit No6, where did
8  you go to get it, online or in paper format?
9      A. Online. It's easy to obtain.
10     Q. And what website do you go to, do you know?
11     A. I mean I've used this one for so long, I
12 just know to pull up this particular site because I
13 like the way it's done, but I don't know.
14     Q. Sure.
15        And it's the BC -- I'm sorry, say that
16 again. It's from the BC Cancer Agency?
17     A. Right. And they update pretty frequently.
18 This is actually an old copy.
19     Q. When did you pull this copy that's in
20 Exhibit 6?
21     A. I don't know. It's in a file that I have.
22 I recently recertified for boards, so I have all
23 sorts of things in files for drugs.
24     Q. When did you recertify?
25     A. Within the last year for oncology.

17 (Pages 62 to 65)

70

1  They'll send a representative. Our research nurses
2  also receive training.
3      Back then, I don't know if we did WebEx
4  training as well. Now, it's more current for us to
5  do WebEx so they don't come to us as frequently.
6      But before you can be an investigator or
7  participate in trials in any way, you have to
8  complete formal training.
9      Q. Do you know -- do you get information about
10 the purpose of the trial?
11     A. Absolutely.
12     Q. Do you get information about how to explain
13 the trial to patients?
14     A. Yes.
15     Q. Do you recall if you were given any written
16 materials about the trial beyond the informed
17 consent document?
18     A. I do not recall. Normally, we see those at
19 some point during the course though.
20     Q. Sitting here today -- and I appreciate that
21 it's been a while.
22     A. Uh-huh.
23     Q. Do you recall what the purpose of NSABP B-40
24 was?
25     A. It was mainly an Avastin question. Besides

71

1  determining the most appropriate chemotherapy to
2  give, there was a question as to whether Avastin in
3  addition to chemotherapy would improve survival.
4      Q. And do you recall that there were six arms
5  of treatment?
6      A. I don't recall that part.
7      Q. Okay.
8          Let me ask you with regard to Ms. Kahn.
9      A. Okay.
10     Q. Is it your understanding that Ms. Kahn had
11 three phases of chemotherapy?
12     A. Three different drugs or three phases?
13     Q. Three phases.
14     A. That, I do not recall.
15     Q. Okay.
16         I'll represent to you that Ms. Kahn had
17 three phases of chemotherapy.
18     A. Okay.
19     Q. I'll represent that in Phase I, she had
20 Taxotere, Avastin and Xeloda. And then in Phase II,
21 I'll represent that she had Adriamycin, Cytoxan and
22 Avastin. And I'll represent that in Phase III, she
23 had Avastin.
24     A. Then that would be correct.
25     Q. Can you look -- do you know when Ms. Kahn

72

1  finished her second phase of chemotherapy? And I --
2  if looking at what's numbered in the bottom corner
3  1056 to 1057 helps you, feel free.
4      I said 1056, but I just mean 1057.
5      Do you see the numbers I'm talking about?
6      A. I do. She got Cycle 2 on this dose. Let me
7  keep looking.
8      She got Cycle 3 on --
9      MS. PEREZ REYNOLDS: Kelly, did you say
10     1056?
11     MS. BIERI: I did, and I was wrong. I meant
12     to say 1057.
13     MS. PEREZ REYNOLDS: Okay.
14     A. So she got her final cycle, it looks like,
15 on 10/23/2008.
16     Q. The final cycle --
17     A. Adriamycin and Cytoxan.
18     Q. Okay.
19         Then let's look -- in that record, you're
20 noting in the HEENT section, positive alopecia,
21 correct?
22     A. Yes.
23     Q. I mean that's while she's undergoing
24 chemotherapy, correct?
25     A. Yes.

73

1      Q. Okay.
2          Then looking at your next chronological
3  record, which should be at 1071 to 1072.
4      A. Okay.
5      Q. What was the date of that visit?
6      A. 11/13/2008.
7      Q. And in that visit, you were also noting
8  positive alopecia, correct?
9      A. Yes.
10     Q. Okay.
11         Let's go to the next record, which I think
12 should be marked in the bottom right-hand corner as
13 1213 to 16. I'm looking specifically at -- well,
14 can you tell me the date of this visit?
15     A. 1/8/2008.
16     Q. And in -- on January 8th of 2009 --
17     A. '8, correct? Is it 2008 or 2009?
18     Q. I believe you're on Page 216 next to your
19 electronic --
20     A. It may just be blurry.
21     Q. -- signature.
22         Well, I want to make sure that we've got it
23 in the record correctly. And I'm happy to show you
24 my copy if it helps.
25         Do you see on the page prior, on Page

118

1  A. Yes.
2  Q. And if you look on the page that is -- first
3  of all, could that have been something that they
4  dropped off --
5  A. No.
6  Q. -- to you?
7  A. No, I've never seen this before.
8  Q. Well, how about to your department? Could
9  that have happened?
10     MS. BIERI: Object to the form.
11  A. No. We didn't store things for them. It
12  would be a simple pamphlet or an updated trial. But
13  no, we did not get this.
14  Q. So --
15  A. In fact, we do not hand out drug rep or
16  company-related materials directly to a patient.
17  Q. Now, you talked a little bit earlier about
18  patients being Internet savvy.
19  A. They are.
20  Q. And do you have any idea what was on the
21  Internet about Taxotere and any relationship between
22  Taxotere or causal relationship between Taxotere and
23  permanent hair loss back in 2008?
24  A. No.
25  Q. Okay.

119

1     Are you aware that -- first of all, you said
2  that you now have on your consent form for all
3  chemotherapy that --
4  A. Pending.
5  Q. Pardon me?
6  A. Pending still.
7  Q. Oh, it's pending. It has not gone into
8  place yet.
9  A. We've created the document. It hasn't gone
10  through the proper approval through the different
11  committees that Ochsner has. We probably have
12  several more months to complete that.
13  Q. Okay.
14     Well, let me just clear that up.
15  A. Uh-huh.
16  Q. As of right now, you've got -- well, first
17  of all, let me ask you this: With regard to any
18  other chemotherapy agents that have a risk of
19  permanent alopecia, what are the ones that you are
20  aware that has that risk in its -- in their labels?
21  A. I haven't paid particular attention to any
22  of the labels in regards to whether they say
23  "permanent hair loss".
24  Q. If I were to tell you that Taxotere is the
25  only taxane where a -- that has in their label a

120

1  causal connection -- a potential causal connection
2  between Taxotere use and permanent hair loss, would
3  you have any reason to disagree with me on that?
4     MS. BIERI: Object to the form.
5  A. I think they were -- had to do that in
6  response to clinical complaints about hair loss.
7  Q. Okay.
8     Are you aware that Taxol does not have
9  that -- that causal connection?
10     MS. BIERI: Object to the form.
11  A. Again, I have not looked at their package
12  inserts to see if they've included that in, but I
13  would not personally be surprised if everyone
14  includes that in going forward.
15  Q. Okay.
16     But if I were to tell you that there is no
17  indication of a causal connection between permanent
18  hair loss and Taxol use, would you have any reason
19  to disagree with me?
20     MS. BIERI: Object to the form.
21  A. I would say there is no documentation of a
22  causal relationship --
23  Q. Are you --
24  A. -- not that there is no indication.
25  Q. Are you -- well, first of all, you're not --

121

1  I think you testified earlier that you are not an
2  expert in dermatology, correct?
3  A. Don't want to be.
4  Q. And -- and you do not -- you are not
5  qualified to make an opinion with regard to what
6  caused any particular person's permanent hair loss;
7  is that correct?
8     MS. BIERI: Object to the form.
9  A. Correct. But I am clinically sound, and I
10  am aware that, having treated hundreds of patients
11  over my career, that not everyone grows their hair
12  back completely, irrelevant of Taxotere.
13  Q. Well, what I would like to do is I'd like to
14  -- do you know of any clinical studies at all or any
15  sort of paper or evidence other than your own
16  clinical experience that Taxol has a connection with
17  permanent hair loss?
18  A. Not particularly Taxol, no.
19     MS. BIERI: Object to the form.
20  BY MR. MAHER:
21  Q. Okay.
22     Now, I want to talk a little bit about
23  Cynthia Thibodeaux. I believe you testified that
24  there was one point in your -- in your office notes
25  that hair loss was discussed, and I believe that

31 (Pages 118 to 121)

142

1  form for all chemo's.
2     Q. Okay.
3        And in addition to the written consent form,
4  doctors also give oral consent discussions of risk,
5  correct?
6     A. Correct. So we orally review all treatment.
7     Q. And I think you told me earlier, you haven't
8  looked at Taxotere label since 2010, correct?
9     A. I was really kind of referring to the
10 package insert. I haven't spent any significant
11 time looking at it. I certainly know the changes,
12 but that's about it.
13    Q. And I read from you from Exhibit 15 the
14 language -- do you remember this from earlier:
15 "Loss of hair occurs in most patients taking
16 Taxotere, including the hair on your head, underarm
17 hair, pubic hair, eyebrows and eyelashes. Hair loss
18 will begin after the first few treatments and varies
19 from patient to patient. Once you have completed
20 all your treatments, hair generally grows back."
21    A. Yes.
22    Q. And I believe you told me you were not
23 critical of that language, correct?
24       MS. PEREZ REYNOLDS: Object to form.
25    A. Yes.

143

1     Q. And does "generally" mean "always" to you?
2     A. No.
3     Q. It means not always, correct?
4        MS. PEREZ REYNOLDS: Object to form.
5     A. Correct.
6     Q. And you were aware of cases of persistent
7  hair loss with Taxotere, however rare they may have
8  been, for a long time, correct?
9        MS. PEREZ REYNOLDS: Object to form.
10    A. I was aware of discussion regarding that.
11 In terms of specific clinical experience, no.
12    Q. In term -- you've seen -- we talked earlier
13 about you seeing patients with persistent or
14 permanent hair loss with a variety of chemotherapy
15 agents, correct?
16    A. Correct.
17    Q. And had you seen that with Taxol patients?
18    A. You know, I can think of a handful of women
19 that have had a frontal pattern baldness since
20 treatment. Their specifics of their treatment, I
21 don't recall all of them, but...
22    Q. You're not sure which drugs they were on?
23    A. No, but it wasn't just limited to Taxotere
24 if that's what you're asking.
25    Q. But you weren't relying on the label to know

144

1  that that was a potential risk, correct? You knew
2  that from your experience and from literature,
3  correct?
4        MS. PEREZ REYNOLDS: Object to form.
5     A. Repeat that.
6     Q. You weren't relying on label language about
7  a potential risk for persistent or permanent hair
8  loss. You knew that from either literature or your
9  own clinical experience, correct?
10    A. Yes.
11       MS. PEREZ REYNOLDS: Object to form.
12 BY MS. BIERI:
13    Q. Now, counsel showed you what was marked as
14 Exhibit 11.
15       There we go.
16       Have you ever seen Exhibit 11 before today?
17    A. No.
18    Q. Okay.
19       And you don't remember any conversations
20 with any Sanofi reps about Taxotere, correct?
21    A. No.
22    Q. And is it fair to say that no Sanofi
23 representative ever overstated anything to you about
24 Taxotere?
25    A. Yes.

145

1        MS. PEREZ REYNOLDS: Object to form.
2  BY MS. BIERI:
3     Q. Let me ask it a different way: Did any
4  Sanofi representative ever overstate anything about
5  the efficacy of Taxotere to you?
6        MS. PEREZ REYNOLDS: Object to form.
7     A. No.
8        MS. BIERI: Did you get her answer?
9        THE REPORTER: "No."
10       THE WITNESS: No.
11 BY MS. BIERI:
12    Q. When you were talking to Mr. Maher, you were
13 talking about how reps historically from various
14 pharmaceutical companies came in and did
15 presentations.
16       Were you talking generally about
17 pharmaceutical companies, or were you talking about
18 Tax -- or about Sanofi?
19    A. Generally about pharmaceutical companies.
20    Q. Do you have any recollection of any of those
21 with respect to Sanofi specifically?
22    A. No. They were giving a five-minute promotion
23 in the beginning of a conference, and that was it.
24 They came and they went.
25    Q. Now, when you were talking to Mr. Maher, he

37 (Pages 142 to 145)

146

1  also asked you -- showed you some pictures of Ms.
2  Thibodeaux; do you recall that?
3      A. Yes.
4      Q. Now, you have not tried to make a
5  determination about what has caused any change in
6  Ms. Thibodeaux's hair, correct?
7      A. We've never discussed it.
8      Q. And you've never tried to make a clinical
9  determination or otherwise about what has caused any
10 change to her hair; is that correct?
11     A. She's never taken her wig off for me to know
12 that I needed to discuss it further.
13     Q. Do you agree that hair loss can be caused by
14 many things, including thyroid issues, menopause,
15 Tamoxifen, among others?
16         MS. PEREZ REYNOLDS: Object to form.
17     A. Yes.
18     Q. And persistent hair loss could be caused by
19 those things, correct?
20         MS. PEREZ REYNOLDS: Object to form.
21     A. Yes.
22     Q. Do you have any idea about the rules or
23 guidance that the FDA provides about when "Dear
24 Doctor" letters can be issued?
25     A. Very vaguely.

147

1      Q. What is your understanding?
2      A. If enough adverse events have been reported.
3      Q. That's your understanding?
4      A. Yes.
5      Q. Do you know in -- with regard -- that is the
6  full extent of your understanding?
7      A. Yes. And that's difficult thing to process.
8  So, you know, often they send to the doctor a form
9  to fill out that an adverse event has been reported
10 by a patient. Those forms often do not get back for
11 a variety of different reasons.
12     Q. Do you know if the label for Adriamycin,
13 doxorubicin, indicates that persistent hair loss is
14 a risk?
15     A. I would assume it says "general hair loss",
16 but beyond that, I haven't paid that close attention
17 to their label.
18     Q. And is the only reason that you know
19 anything about the Taxotere label because of this
20 litigation? I mean is that why you've looked at it?
21     A. That's why I've paid more attention to it,
22 yes.
23     Q. Right.
24         In terms of the Taxol label, do you know
25 what it says about alopecia or the risk of

148

1  persistent hair loss, if anything?
2      A. I don't know the specific verbiage, no.
3      Q. I think when you were speaking with Mr.
4  Maher, he asked you if you thought that it was a
5  good idea to include the language that's in
6  Exhibit 16, which was -- do you remember that
7  discussion?
8      A. Yes, uh-huh.
9      Q. Did you think it -- why do you think it's a
10 good idea? Is it because of this litigation?
11     A. Yeah. I think lawyers did that.
12     Q. Do you -- so in your experience, your
13 clinical experience, is the incidence, if any, of
14 persistent hair loss with Taxotere specifically, as
15 opposed to the other drugs we've talked about, low?
16         MS. PEREZ REYNOLDS: Object to form.
17     A. Yes.
18     Q. And do you agree that the chemotherapy
19 regimen that Ms. Kahn took that included Taxotere
20 was effective for her?
21     A. Yes.
22     Q. And can you say with a reasonable degree of
23 medical certainty that she would be alive today if
24 she took a different regimen?
25         MS. PEREZ REYNOLDS: Object to form.

149

1      A. Well, you know, she obviously was on a
2  clinical trial. She could have gotten standard of
3  care, and yes, she would likely would be alive on
4  standard of care regimens as well.
5      Q. And do you know, was the standard of care
6  TAC?
7      A. Yes.
8      Q. Taxotere?
9      A. Right.
10     Q. So can you say to a reasonable degree of
11 medical certainty that Ms. Kahn would have a full
12 head of hair today had she received Taxol instead of
13 Taxotere?
14         MS. PEREZ REYNOLDS: Object to form.
15     A. I cannot say that.
16     Q. Can you say to a reasonable degree of
17 medical certainty that Ms. Thibodeaux would have a
18 full head of hair today if she had received Taxol
19 instead of Taxotere?
20     A. I can't say that.
21         MS. PEREZ REYNOLDS: Object to form.
22     A. I can't say that.
23     Q. Do you believe that the benefits of Taxotere
24 outweigh the risks -- the potential risks of
25 persistent or permanent hair loss?