# EXHIBIT E

1

```
 1              UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4

 5  ************************
                          *
 6  ELIZABETH KAHN,        *   CASE NO.
           Plaintiffs      *   2:16-CV-17039
 7                         *
                           *
 8  VERSUS                 *
                           *
 9                         *
    SANOFI S.A., ET AL     *
10         Defendants      *
                           *
11  ************************

12

13

14

15

16

17

18    Job No. NJ2756392

19

20              Deposition of ELIZABETH SARA

21  KAHN, taken on Thursday, December 7, 2017,

22  commencing at 8:34 a.m., at the law offices

23  of Pendley, Baudin & Coffin, 1515 Poydras

24  Street, Suite 1400, New Orleans, Louisiana

25  70112.
```

14

```
 1      Q.  And did Dr. Larned prescribe --
 2      A.  Larned.
 3      Q.  Larned.  Thank you.  Did Dr. Larned
 4  prescribe the tamoxifen for you?
 5      A.  Yes, she did.
 6      Q.  Okay.  And I think that we're both
 7  talking over each other a little bit, and I'm
 8  going to do my part to not anticipate what
 9  you're going to say and ask the next
10  question.
11      A.  Okay.
12      Q.  So forgive me if I've done that, and
13  I'll ask you to do the same.
14      A.  Okay.
15      Q.  I'm just worried about our court
16  reporter.
17      Are any of the medications that
18  you're taking today, do you think that
19  they're going to impact your ability to
20  provide truthful testimony?
21      A.  No.
22      Q.  Okay.  Do you have any medications
23  that you normally take, that you're not
24  taking today?
25      A.  No.
```

15

```
 1      Q.  Do you have any other emotional or
 2  personal issues that will prevent you from
 3  testifying accurately today?
 4      A.  No.
 5      MR. COFFIN:
 6          Object to the form.
 7          There's going to be some times
 8  during this deposition where I'll say an
 9  objection.
10      THE WITNESS:
11          Uh-huh (affirmative).
12      MR. COFFIN:
13          Generally, it will be, object to
14  the form, but it does not mean that you don't
15  still answer the question.
16      THE WITNESS:
17          Okay.
18      MR. COFFIN:
19          So, because, as Kelly said, it's
20  difficult for the court reporter, it's best
21  for you to just pause --
22      THE WITNESS:
23          Pause.  Okay.
24      MR. COFFIN:
25          -- or you don't want to jump and
```

16

```
 1  make your response.
 2      THE WITNESS:
 3          Okay.
 4  EXAMINATION BY MS. BIERI:
 5      Q.  And it's so hard, because in normal
 6  conversation, we know what the other person's
 7  going to say.  And we want to connect, and we
 8  want to start going.
 9      A.  Uh-huh (affirmative).
10      Q.  So it's a little bit foreign in here,
11  and I know it's your first deposition.  It's
12  no big deal.
13          Okay.  Have you consumed any alcohol
14  in the last 24 hours?
15      A.  No.
16      Q.  Okay.  Any other reason you couldn't
17  testify completely and accurately today?
18      A.  No.
19      Q.  Okay.  Now, that we've gotten some of
20  the preliminaries out of the way, the first
21  thing I want to ask you about is your health
22  today.  Are you cancer-free today?
23      A.  Yes.
24      Q.  I'm very happy to hear that.
25          Off the record.
```

17

```
 1          (Recess.)
 2  EXAMINATION BY MS. BIERI:
 3      Q.  Okay.  You were diagnosed with breast
 4  cancer in April of 2008?
 5      A.  Yes.
 6      Q.  And since your treatment in 2008 and
 7  2009, you've not had a recurrence, correct?
 8      A.  Correct.
 9      Q.  So how do you feel today?
10      A.  You mean, like, right this minute?
11      Q.  Sure.
12      A.  No.  I feel fine.
13      Q.  Okay.  Now, I want to turn to this
14  lawsuit.
15          You understand, you're here today to
16  testify in a lawsuit you brought against
17  Sanofi, correct?
18      A.  Yes.
19      Q.  Why are you suing Sanofi?
20      MR. COFFIN:
21          Object to the form.
22  EXAMINATION BY MS. BIERI:
23      Q.  Why did you bring a lawsuit against
24  Sanofi?
25      A.  Because they did not divulge
```

5 (Pages 14 to 17)

42

1  were trying to determine how to answer a
2  question about the amount of hair loss on the
3  back of your head; is that accurate?
4      A. Yes.
5      Q. And --
6      A. And what's -- yes.
7      Q. Go ahead, please.
8      A. Well, what constitutes bald. And, to
9  me, this is -- the back of my head has a bald
10 area, but --
11     Q. Even though there's some hair there.
12     A. There is -- yes, there is some hair.
13         Sorry for talking over you.
14     MR. COFFIN:
15         Kelly, do you have a question
16 pending?
17     MS. BIERI:
18         I do. I believe Ms. Kahn was
19 looking to see if there were other questions
20 that were vague.
21     THE WITNESS:
22         Right. And --
23 EXAMINATION BY MS. BIERI:
24     Q. Were you still looking for that,
25 Ms. Kahn?

43

1      A. Yes. But I can't -- I mean, yes, I
2  was, but I can't find anything particularly
3  at this point.
4      Q. Okay. Let me ask you, going back to
5  the question that you mentioned. Were you
6  looking at page -- what's marked as 15 of
7  Exhibit 2?
8         In the bottom middle of the page --
9      A. Yes.
10     Q. -- is it labeled 15?
11     A. Yes, I was looking there.
12     Q. Okay. So you checked --
13     A. Oh, actually, now, I'm going back to
14 look about the -- what I said in here, in the
15 exhibit -- in the fact sheet.
16     Q. Okay.
17     A. And I said there was a large bald
18 area in the hair on your head.
19     Q. And am I --
20     A. So.
21     Q. Forgive me for cutting you off,
22 Ms. Kahn.
23     A. Uh-huh (affirmative).
24     Q. And so while you checked a large bald
25 area --

44

1      A. Uh-huh (affirmative).
2      Q. -- in the hair on your head, it's not
3  completely bald, correct?
4      A. No, I'm not completely bald.
5      Q. Even in that area that you're talking
6  about.
7      A. True. Uh-uh (affirmative).
8      Q. You checked no for change in the
9  texture, thickness, or color of your hair
10 after Taxotere or docetaxel treatment; is
11 that accurate?
12     A. Yes.
13     Q. You don't think there's been any
14 change to the thickness of your hair?
15     MR. COFFIN:
16         Object to the form.
17     THE WITNESS:
18         So what do you mean by thickness?
19 Do you mean -- what do you mean by thickness?
20 EXAMINATION BY MS. BIERI:
21     Q. Well, you checked no, so what did you
22 mean when you checked no?
23     MR. COFFIN:
24         Can you just tell us where, what
25 question you're at. I'd like to be able to

45

1  refer to the actual question.
2      MS. BIERI:
3         Absolutely.
4         We are looking on Page 15, and
5  it's a little past midway down on the page --
6      THE WITNESS:
7         Uh-huh (affirmative). Right
8  here.
9         I'll address each point.
10 EXAMINATION BY MS. BIERI:
11     Q. Sure.
12     A. The texture of my hair is the same as
13 it was pre-chemo. The color of my hair is
14 the same as it was pre-chemo. The thickness
15 is the point -- the individual hair, but in
16 terms of thickness in covering my head, it is
17 not the same.
18     Q. Okay. So when --
19     A. It depends what you talk about -- you
20 know, what you clarify as thickness. Like,
21 the individual hair, or the hairs on your
22 head.
23     Q. Okay. So you're saying, the
24 thickness of each individual strand hasn't
25 changed, but you believe the overall

12 (Pages 42 to 45)

46

1  thickness of your hair covering is thinner
2  now; is that accurate?
3       I do not want to put any words in
4  your mouth.
5       A.  Yes.
6       Q.  I'm just trying to get a picture.
7       A.  The individual hairs are not more
8  thick or less thick, but the overall
9  thickness of the -- over the course of my
10 head is not what it was before chemo.
11      Q.  Okay.  In terms of -- while we're on
12 this page, I might as well --
13      A.  Okay.
14      Q.  -- ask you a few more questions.
15 You've checked yes for permanent or
16 persistent loss of eyebrows?
17      A.  I have no eyebrows.  I draw my
18 eyebrows on every morning.
19      Q.  How long have you been using an
20 eyebrow pencil?
21      A.  I lost my eyebrows during chemo
22 treatment, and I haven't had eyebrows since
23 chemo.
24      Q.  Do you have any hair -- any eyebrow
25 hair at all?

47

1       A.  There are a few -- very few strands.
2       Q.  You said your eyebrows fell out
3  during chemotherapy.
4       A.  Yes.
5       Q.  Do you remember when in chemotherapy?
6       A.  No.  No.  But I can tell you, it was
7  after -- it was after my hair fell out.
8       Q.  On the top of your head.
9       A.  On the top of my head.
10      Q.  And did they completely fall out, no
11 hair left in your eyebrows?
12      A.  Yes.  Once they fell out, there was
13 no hair left in my eyebrows.
14      Q.  And at some point, you had some
15 regrowth of eyebrows, correct?
16      MR. COFFIN:
17         Object to the form.
18      MS. BIERI:
19         Ms. Kahn has told me that she has
20 some -- a few hairs on her eyebrows, and they
21 had fallen out.  Now she has some.  At some
22 point, some came back.
23 EXAMINATION BY MS. BIERI:
24      Q.  Correct?
25      A.  Well, if you looked at me, you would

48

1  -- if you looked at me, you would say I
2  didn't have -- without an eyebrow pencil,
3  you'd say I had no eyebrows.  It was never --
4  they're very light-colored hairs.  I had very
5  -- I had eyebrows the color of my hair, so
6  they were dark and they were fairly thick.
7  So what I have now looks like my forehead is
8  naked.
9       Q.  What I'm trying to understand is, at
10 some point, did any hair in the eyebrow
11 region grow back?
12      A.  This is what I can tell you.  I don't
13 know if every single hair in my eyebrow that
14 I lost during chemo.  I don't know.  I lost
15 enough that I needed to draw in my eyebrows,
16 and I continue to do that since chemo.
17 That's what I can tell you.
18      Q.  Okay.  So do you believe that your
19 eyebrow hair has looked the same since it
20 fell out in chemotherapy to today, or have
21 there been changes?
22      A.  No, there hasn't been much change.
23      Q.  Okay.  You said much change.
24      A.  Okay.
25      Q.  So I have to ask.

49

1       A.  There's been no change.
2       Q.  There's been no change --
3       A.  No.
4       Q.  -- at all.
5       A.  No.
6       Q.  You also indicate permanent or
7  persistent loss of eyelashes.
8       A.  Yes.
9       Q.  Did your eyelashes fall out during
10 chemotherapy?
11      A.  Yes, my eyelashes fell out.
12      Q.  Did you ever regrow any eyelashes?
13      A.  I have a few eyelashes, yes.  Some
14 eyelashes grew back, but not to the degree
15 that they were before chemo.
16      Q.  You checked no to permanent or
17 persistent loss of nasal hair.  You're not
18 claiming that in this litigation, correct?
19      A.  Right.  Yes.
20      Q.  You're not claiming loss of ear hair,
21 correct?
22      A.  Correct.
23      Q.  You didn't check a box next to body
24 hair or genital hair.  Are you claiming --
25      A.  Oh.

13 (Pages 46 to 49)

86

1    Q. So can you give me any more specifics
2   about what you would have seen?
3    A. No, I can't.
4    Q. L:  Any packaging, container, box, or
5   label for Taxotere or docetaxel that you were
6   provided or obtained in connection with your
7   use of it.
8       I think you previously indicated to
9   me that the only document that you have
10  regarding Taxotere is the Chemocare handout
11  that is Exhibit 1; is that accurate?
12      MR. COFFIN:
13         Object to form.
14      THE WITNESS:
15         Yes, that's accurate.
16  EXAMINATION BY MS. BIERI:
17   Q. No labeling?  No packaging?
18   A. No.
19   Q. No patient inserts?
20      MR. COFFIN:
21         Object to the form.
22      THE WITNESS:
23         No.
24  EXAMINATION BY MS. BIERI:
25   Q. Do you have any documents -- I'm

87

1   looking at letter N -- documents obtained,
2   directly or indirectly from Sanofi?
3    A. No.
4    Q. As to O, you previously told me you
5   never had any communications with Sanofi,
6   correct?
7    A. Correct.
8    Q. So you don't have -- do you have any
9   documents responsive to O?
10   A. No.
11   Q. We're going to talk about photographs
12  in just a minute.
13      You're not claiming medical expenses
14  in this litigation, are you?
15      MR. COFFIN:
16         Object to the form.
17      THE WITNESS:
18         No.
19  EXAMINATION BY MS. BIERI:
20   Q. Or out-of-pocket expenses?
21      MR. COFFIN:
22         Object to the form.
23  EXAMINATION BY MS. BIERI:
24   Q. Are you claiming any out-of-pocket
25  expenses in this litigation?

88

1       MR. COFFIN:
2          Object to the form.
3       THE WITNESS:
4          No.
5   EXAMINATION BY MS. BIERI:
6    Q. Do you keep any nonelectronic
7   journals or diaries?
8    A. No, I do not.
9    Q. Have you ever?  Let me change that.
10  Have you ever since you were 18?
11   A. No, I have not.
12   Q. You --
13   A. I was going to say, when I was 12,
14  maybe.
15   Q. I asked the question in a certain way
16  on purpose.
17   A. Yeah.
18   Q. Do you write notes in other places?
19  Like, do you have a notebook where you keep
20  notes?
21   A. About what?  What are you talking
22  about?
23   Q. Notes on life.
24   A. Oh.  No.
25   Q. What kind of calendar did you keep,

89

1   if any, in 2008 and '09?
2    A. I kept a Google calendar with all of
3   my doctor appointments on it.
4    Q. And that's linked to your Google
5   account?
6    A. Yes.
7    Q. Is it a Gmail account?
8    A. Yes.
9    Q. And what kind of calendar do you keep
10  today?
11   A. Exactly the same.
12   Q. So from 2008 to today, you kept a
13  Google calendar.
14   A. Yes.
15   Q. That's tied to your e-mail account.
16   A. Yes.
17   Q. Did you look at your calendar in
18  preparing your fact sheet or otherwise in
19  connection with this lawsuit, to help you
20  remember information?
21   A. No.  Because it's a pain.  It's
22  difficult to go back that many years, so I
23  did not.
24   Q. Well, that kind of leads into the
25  next question.  Do you use a computer at

90

1  home?
2      A.  Yes, I do.
3      Q.  And do you have a computer at work as
4  well?
5      A.  Yes, I do.
6      Q.  How long have you had your current
7  home computer?
8      A.  Maybe two years?  It's fairly new.
9      Q.  And what happened -- did you have a
10  computer before that at home?
11      A.  Yes.
12      Q.  What happened to that one?
13      A.  It got ditched.  It was oldy-moldy.
14      Q.  Did you have -- were you able to
15  extract all of the information off of it
16  before you ditched it?
17      A.  I took documents off of it.  Whether
18  I got everything, I don't remember.  But we
19  did take some documents off of it, yes.
20      Q.  And that computer no longer exists.
21      A.  No, it no longer exists.
22      Q.  Did you keep any photographs on the
23  prior computer?
24      A.  Yes, there were -- yes.  But they
25  weren't my photographs.  They were my

91

1  husband's.
2      Q.  You didn't keep any photographs on
3  that computer?
4      A.  Half -- you know, a couple of dozen.
5  But that computer, it was -- he kept his
6  photographs.  I had very few photographs on
7  that computer.
8      Q.  Did you have another computer at that
9  time?
10      A.  Now, what are you talking, at that
11  time?  Are you talking about --
12      Q.  Okay.  That's fair.  You said, for
13  the last two years, you've had a certain
14  computer.  So are we saying 2015?
15      A.  My -- how I deal with photographs has
16  changed over the years.  A lot of years.
17  It's changed.  So you're going to have to be
18  specific on what years, if you want to know
19  about my photographs.
20      Q.  You know what?  Let's do it that way.
21  And we'll come back and do some other things,
22  but let's do it that way.
23         Why don't you tell me how you have
24  stored photographs over the years.
25      A.  Probably pre-2008, I would make print

92

1  copies, and I'd have print copies of photos.
2      Q.  And where would you keep those?
3      A.  In boxes in the house.  And I -- not
4  in albums, but in boxes in the house.
5      Q.  And after 2008?
6      A.  There was a period -- I have some
7  that I have kept on the computer, when I had
8  a -- like 2008, I had a flip phone.  I mean,
9  they really weren't smartphones, so I didn't
10  take pictures with my phone.  I had a camera,
11  and I have some of those electronically
12  saved.
13      Q.  Today, you have them electronically
14  saved?
15      A.  Some of them, yeah.  I don't think I
16  probably would have saved everything.
17      Q.  And where are they electronically
18  saved today?
19      A.  On an external hard drive.
20      Q.  At your house?
21      A.  Yes.
22      Q.  And have you looked through that
23  folder in connection with this lawsuit?  That
24  photograph, external hard drive?
25      A.  Yes.

93

1      Q.  How many photos would you say are on
2  the hard drive?
3      A.  I have no clue.
4      Q.  In terms of the hard copy photos that
5  you have --
6      A.  Uh-huh (affirmative).
7      Q.  -- do you still maintain some hard
8  copy photos in boxes in your house?
9      A.  Well, I don't -- I haven't destroyed
10  my old photos.  But do I get prints of new
11  things?  No, I do not.
12      Q.  But you didn't get rid of the old
13  ones you had?
14      A.  No, I did not get rid of old photos.
15      Q.  So you've got some photos in hard
16  copy.  You also have some photos on an
17  external hard drive.  Where else do you keep
18  photos?
19      A.  Today, I keep everything in Google
20  Photos.  So everything that I take is backed
21  up in Google Photos.
22      Q.  Did you keep -- you have a work
23  computer, correct?
24      A.  Yes.
25      Q.  Do you keep anything personal on your

24 (Pages 90 to 93)

154

1     MS. BIERI:
2         Sure. Of course, we can.
3         (Recess).
4  EXAMINATION BY MS. BIERI:
5     Q. We just had our lunch break. While
6  we were on lunch break, did you have a chance
7  to review the Third Amended PFS?
8     A. Yes, I did.
9     Q. And my question for you is simply
10 this: To the best of your knowledge, is
11 everything in the Third Amended PFS accurate?
12    A. No. There was one problem that I saw
13 in the Third Amended.
14    Q. What is that?
15    A. Just, it was the correct doctor, but
16 it was the wrong place where I went to get a
17 mammogram.
18    Q. Can you tell me with specificity what
19 you're talking about?
20    A. Yes. Let's see. Let's find the
21 page. I should have left it open. Yes. On
22 Page 8, my doctor, Dr. Roberie, prescribed
23 the mammogram from '97 to '94, but I never
24 went to West Jeff Imaging Center for that,
25 so . . .

155

1     Q. So, save that change, other than
2  that, is everything in the Third Amended
3  PFS --
4     A. Yeah. As far as I can see, it is.
5     Q. -- correct, to the best of your
6  knowledge?
7     A. Yes, it is.
8     Q. Okay. I want to just switch gears a
9  little bit. Tell me about finding the lump
10 in your breast that led to your breast cancer
11 diagnosis.
12    A. I found my lump, and then I had a
13 gynecologist appointment about two weeks
14 after.
15    Q. Pre-scheduled?
16    A. Yes. It was -- yes. And then she
17 found it, because it was findable. And then
18 I went immediately for a mammogram after I
19 saw her, and then subsequently, a biopsy.
20    Q. And then, after the biopsy, did you
21 get a call that informed you that it was
22 cancerous?
23    A. Yes.
24    Q. Tell me what you were thinking when
25 you got that phone call.

156

1     A. Well, my mother had breast cancer; my
2  sister had breast cancer. So in my mind, it
3  was -- there was a high chance that I would
4  have breast cancer.
5     Q. So even before you got the biopsy
6  results, you thought, this is probably breast
7  cancer.
8     A. Yes.
9     Q. And so you get the biopsy results.
10 And what are you thinking? How are you
11 feeling?
12    A. Well, it's devastating news, and
13 then, once you recover from the devastation,
14 then it's, like, okay, how are we going to
15 fight this. And that's what I -- you know,
16 the stance I took after getting diagnosed.
17    Q. And by fighting it, you mean: I'm
18 going to beat cancer, and I'm going to
19 survive.
20    A. Yes.
21    Q. And that was your ultimate goal.
22    MR. COFFIN:
23        Object to the form.
24    THE WITNESS:
25        It was one of my goals.

157

1  EXAMINATION BY MS. BIERI:
2     Q. What were your other goals?
3     A. To be as whole as possible once it
4  was finished, so that I wouldn't be reminded
5  every day, that I had cancer.
6     Q. Would you have taken a lower
7  percentage of survival to save breast tissue?
8     MR. COFFIN:
9        Object to the form.
10    THE WITNESS:
11        When I sat down with my surgeon,
12 who was the first doctor that I saw after my
13 -- after I knew, after my biopsy, he had
14 several options, and we talked about all
15 those options. And one of the options was
16 lumpectomy or mastectomy.
17        And so, in that kind of -- in
18 that sense -- and so I got to make the
19 decision on what -- I think he talked about
20 the efficacy of both, and then I made a
21 decision on what treatment I wanted.
22 EXAMINATION BY MS. BIERI:
23    Q. Did you think that you could
24 accomplish having a lumpectomy -- how did you
25 think you could have -- did you think you

40 (Pages 154 to 157)

158

1　could have the same efficacy with a
2　lumpectomy as with a mastectomy?
3　　　　MR. COFFIN:
4　　　　　Object to the form.
5　　　　THE WITNESS:
6　　　　　Well, I'm not a doctor, so all I
7　could do is buy what they explained to me.
8　EXAMINATION BY MS. BIERI:
9　　Q. Why don't we talk about that
10　appointment. So you go in and you see
11　Dr. Corsetti, correct?
12　　A. Uh-huh (affirmative).
13　　Q. Tell me what you remember about that
14　appointment.
15　　A. He sat down and started talking to us
16　about what our options are. He told me about
17　the size of my tumor, and that I'm going to
18　have some choices. And you can have a
19　surgery, a mastectomy, then chemotherapy, and
20　then radiation; or you can have chemo -- and
21　there's a special name for it. I forgot.
22　　Q. Neoadjuvant.
23　　A. Yeah. You can have chemo before your
24　surgery, in hopes that the tumor will shrink
25　to a size that you can have a lumpectomy and

159

1　then have -- so you'd have chemo, surgery,
2　and then radiation. And that's the -- and he
3　thought -- he explained that they were equal.
4　If we can shrink the tumor, it was equally
5　workable for me.
6　　Q. So if you thought that having a
7　lumpectomy wouldn't have given you as good of
8　a shot at beating cancer, would you have
9　chosen that option?
10　　A. Well, that wasn't one of the options.
11　He didn't say -- and we didn't know until
12　chemo was finished as to what exactly was
13　going to happen with the surgery, so . . .
14　　Q. What do you mean? That if it would
15　shrink the tumor?
16　　A. Well, if it didn't shrink, I was
17　still going to -- I was going to have to have
18　a mastectomy.
19　　Q. So you wanted to try and see if the
20　chemo would shrink the tumor. If it didn't,
21　you would have a mastectomy; if it did, you
22　would have a lumpectomy.
23　　A. Correct.
24　　Q. Did he ever say to you: I think that
25　your chances of survival with a lumpectomy

160

1　with neoadjuvant chemo, surgery, and then
2　radiation, your chances of survival were the
3　same as if you took the other course ,of
4　mastectomy, chemo, and radiation?
5　　A. I'm thinking he probably did because
6　I chose -- I mean, I got the lumpectomy,
7　so . . .
8　　Q. And you wouldn't have chosen that if
9　you thought that you had a less chance of
10　survival, doing that, correct?
11　　　　MR. COFFIN:
12　　　　　Object to the form.
13　　　　THE WITNESS:
14　　　　　Yes. Probably that -- yes. I
15　went with what I thought was best for me.
16　EXAMINATION BY MS. BIERI:
17　　Q. Saving your life.
18　　　　MR. COFFIN:
19　　　　　Object to the form.
20　　　　THE WITNESS:
21　　　　　Well, to me, any -- saving my
22　life was going to happen. I went in it
23　thinking that. So . . .
24　EXAMINATION BY MS. BIERI:
25　　Q. You thought that either route that

161

1　you took would be equally effective in saving
2　your life.
3　　A. Yes.
4　　Q. You wouldn't have -- that was the
5　goal, and you thought, I can accomplish the
6　goal of saving my life, while at the same
7　time, saving breast tissue.
8　　　　MR. COFFIN:
9　　　　　Object to the form.
10　EXAMINATION BY MS. BIERI:
11　　Q. Is that accurate?
12　　　　MR. COFFIN:
13　　　　　Object to the form.
14　　　　THE WITNESS:
15　　　　　Sure. Uh-huh (affirmative).
16　Yes.
17　EXAMINATION BY MS. BIERI:
18　　Q. Were those the only two options that
19　were presented to you?
20　　A. Yes.
21　　Q. Was there any discussion of a
22　specific type of chemotherapy that you would
23　have?
24　　　　MR. COFFIN:
25　　　　　Object to the form.

41 (Pages 158 to 161)

162

1 EXAMINATION BY MS. BIERI:
2 Q. I'm talking about a specific type of
3 chemotherapy drug.
4 MR. COFFIN:
5 Same objection.
6 THE WITNESS:
7 Not with my surgeon.
8 EXAMINATION BY MS. BIERI:
9 Q. Okay. So had you determined, at the
10 time that you walked out of your surgeon's
11 office -- Dr. Corsetti's office, at that
12 first meeting with him --
13 A. Uh-huh (affirmative).
14 Q. -- that you wanted to do
15 chemotherapy, then a lumpectomy, and then
16 radiation?
17 A. Yes. That was what we planned to do.
18 Q. And was that his recommendation to
19 you?
20 A. I think he felt either course was
21 fine for me.
22 Q. Was going to be equally affective in
23 saving your life.
24 A. Yes, equally affective.
25 Q. Did you have any concerns about that

163

1 course of treatment?
2 A. What do you mean?
3 Q. Did you have any concerns about going
4 forward with neoadjuvant chemotherapy, along
5 with the radiation?
6 A. Yes. That's a lot of hits on your
7 body. Yes, I had a lot of concerns about it.
8 That's very scary.
9 Q. And do you remember what you
10 discussed with him about the treatment
11 options? Did you go through and talk about
12 the benefits and the risks of each of the
13 options?
14 MR. COFFIN:
15 Object to the form.
16 THE WITNESS:
17 Yes. That's a big part of what
18 they do, is talk to you about what your
19 choices are and which are the best choices,
20 yes.
21 EXAMINATION BY MS. BIERI:
22 Q. What do you remember Dr. Corsetti
23 telling you?
24 A. What I just told you a few questions
25 ago. I can't explain any more.

164

1 Q. After you saw Dr. Corsetti, did you
2 go to see Dr. Kardinal?
3 A. We had an appointment, but I -- yes,
4 at some point after, we saw Dr. Corsetti,
5 yes.
6 Q. Okay. And Dr. Kardinal was your
7 first oncologist, right?
8 A. Yes.
9 Q. And would it sound right that your
10 first meeting with him was April 22nd of
11 2008?
12 A. Yes, that would be -- that sounds
13 exactly right.
14 Q. Okay. Did anybody go with you to
15 that meeting?
16 A. My husband.
17 Q. Did you bring in a list of questions
18 you wanted to talk to him about? Talk to
19 Dr. Kardinal about, that is.
20 A. I had questions almost every
21 appointment. Whether I had them then or not,
22 I don't know because it was my first visit to
23 him. I wanted to hear what he had to say.
24 Q. And would you write out questions
25 beforehand --

165

1 A. Yes.
2 Q. -- or would you just come in your
3 mind with questions?
4 A. I would write out questions
5 beforehand.
6 Q. Do you have a written document with
7 those questions on them?
8 A. Anything are in that notebook that we
9 just retrieved this afternoon from my house,
10 would be in that notebook.
11 Q. Okay. That's a notebook that you
12 have not produced yet in litigation, correct?
13 A. Correct.
14 Q. Did anyone -- had anyone asked you
15 for that notebook before today?
16 MR. COFFIN:
17 Object to the form to the extent
18 that it involves communications with me, my
19 office, your lawyers, which Counsel knows.
20 So you're not allowed to talk
21 about --
22 THE WITNESS:
23 Okay.
24 MR. COFFIN:
25 -- any communications with us.

42 (Pages 162 to 165)

166

1      THE WITNESS:
2      Okay.
3  EXAMINATION BY MS. BIERI:
4      Q.  Can you answer the question without
5  violating that instruction?
6      A.  Ask me the question again.
7      Q.  Did anybody ask you for that notebook
8  or that binder before today?
9      MR. COFFIN:
10      Same objection.
11      THE WITNESS:
12      Nope.  I had forgotten I had the
13  notebook, so that nobody could ask me because
14  I wouldn't even know that it existed.  And as
15  regards to the binder, I gave my lawyers
16  everything out of the binder that I thought
17  they needed.
18  EXAMINATION BY MS. BIERI:
19      Q.  How did you decide what you thought
20  they needed?
21      A.  Anything related to Taxotere.  So I
22  didn't know -- I mean, there are other things
23  in there that are related to all the other
24  drugs that I took, and I didn't know that was
25  something that needed to be presented.

167

1      Q.  You had no knowledge from any source
2  that you should be producing anything related
3  to your chemotherapy treatment beyond if it
4  had to do with Taxotere; is that correct?
5      MR. COFFIN:
6      Object to the form.
7      THE WITNESS:
8      Well, I knew that you would have
9  my medical records and you'd know exactly
10  what drugs I took.  And that's what's in the
11  binder.  So I knew the information was out
12  there.
13  EXAMINATION BY MS. BIERI:
14      Q.  Are there -- that's not all that's in
15  the binder, is it?
16      A.  Well, there's general information
17  about cancer treatment in general.  There's
18  some of my bills from Ochsner.
19      Q.  Are there Chemocare sheets for other
20  drugs in there?
21      A.  Yes.
22      Q.  And you made a decision not to give
23  those in litigation, correct?
24      A.  I didn't know that they would be -- I
25  didn't know that was important.

168

1      Q.  Okay.  Back to your appointment.
2      Do you remember if anybody else from
3  Dr. Kardinal's office was at that
4  appointment?  For example, did he have a
5  nurse that you dealt with at that
6  appointment?
7      MR. COFFIN:
8      Object to the form.
9      THE WITNESS:
10      No.  It was him.  I mean, a nurse
11  probably took my blood pressure and weight
12  and that kind of thing, but --
13  EXAMINATION BY MS. BIERI:
14      Q.  What I'm ultimately getting at is, I
15  think you were assigned, ultimately, a
16  clinical trial nurse, right?
17      A.  Correct.  But I wouldn't --
18      Q.  That's Shevonda Thomas, correct?
19      A.  But I wouldn't have had her at the
20  beginning because I hadn't signed on to a
21  clinical trial.
22      Q.  Okay.  She wasn't at that
23  appointment.
24      A.  No.
25      Q.  Okay.  Do you remember how long that

169

1  first appointment with Dr. Kardinal was?
2      A.  No.
3      Q.  Over an hour?
4      A.  I can't even imagine what it was.  I
5  have no clue.
6      Q.  No ability to guess.
7      A.  No.
8      Q.  Okay.  So you go in.  And I want you
9  to tell me what you remember about that
10  appointment, in as much detail as you
11  possibly can.
12      A.  I can give -- I cannot give much
13  detail.  He talked to me about my diagnosis
14  and --
15      Q.  What did he say about your diagnosis?
16  What did he tell --
17      A.  I don't remember.  And then he said
18  -- and starts talking about the chemotherapy
19  and the possibility of a clinical trial, and
20  then talking to us about what that meant.
21      Q.  Okay.  What did he say about -- you
22  can't remember anything he said about your
23  type of cancer?
24      A.  Well, he probably did, but I don't --
25      Q.  But you can't remember it.

43 (Pages 166 to 169)

170

1    A.  No.
2    Q.  You can't tell me anything today.  No
3  recollection.
4    A.  No.  It was ten years ago.  No.
5    Q.  You talked about treatment options,
6  correct?
7    A.  Yes.
8    Q.  Tell me what you remember about the
9  treatment options you discussed.
10    A.  Well, he recommended a clinical
11  trial.  And the big thing about the clinical
12  trial is, it's standard of care or better.
13  And so that's what we discussed.  And he
14  discussed what the clinical trial was for.
15    Q.  And what did he say about that?
16    A.  It was for the drug Avastin, that
17  they had been giving to late-stage cancers,
18  but they want to try to see if it will
19  prolong the life of people with early-stage
20  cancers like mine.  And so he thought it
21  would be a good choice for us and that we
22  didn't -- I don't think -- I don't know if we
23  -- I don't think we made the decision that
24  first day.
25    Q.  Did he talk -- was it your

171

1  understanding that only Avastin was going to
2  be used in the trial?
3    A.  No.  Avastin is on top of the
4  chemotherapy drugs.
5    Q.  And did he discuss what other
6  chemotherapy drugs would be used?
7    A.  I think he did, but depending -- I
8  don't know if they were -- they weren't the
9  same for every group.  And before you get --
10  before you decide -- you don't know what
11  group you're going to be in until you sign
12  off, saying you're going to be in the
13  clinical trial.
14    Q.  So did he tell you anything at all
15  about -- I mean, so you know that there are
16  different drugs that can be used.  Okay?
17    A.  Right.
18    Q.  Did he mention what drugs were
19  potentially going to be used?
20    A.  Probably, he did.
21    Q.  Do you have any recollection of that
22  discussion?
23    A.  No.
24    Q.  Do you remember discussing Taxotere
25  specifically?

172

1    A.  No.
2    Q.  No, you didn't discuss it; or, no,
3  you don't remember?
4    A.  I don't remember.
5    Q.  And it was his recommendation that
6  you participate in a clinical trial, correct?
7    A.  Yes.
8    Q.  Did you discuss any options that
9  didn't involve neoadjuvant chemotherapy?
10    A.  No.
11    Q.  Adjuvant.  Forgive me.  Neoadjuvant.
12    A.  Yeah.  No, we did not.
13    Q.  So you've said you thought that the
14  clinical trail -- that he told you that the
15  clinical trial would be the standard of care
16  or better.
17    A.  Uh-huh (affirmative).
18    Q.  Was there any other reason that you
19  thought that that option would be a good one
20  for you?
21    MR. COFFIN:
22      Object to the form.
23    MS. BIERI:
24      What's the basis of your
25  objection, Chris?

173

1    MR. COFFIN:
2      It's a compound question.
3      Would you like to read back the
4  question?  She asked two questions in one.
5      (Reporter complies.)
6    MR. COFFIN:
7      Previous question --
8    MS. BIERI:
9      Well, we're --
10    MR. COFFIN:
11      -- where it's all one question.
12    MS. BIERI:
13      Let's just start --
14    MR. COFFIN:
15      That's the objection.
16    MS. BIERI:
17      Let's start fresh.
18    THE WITNESS:
19      Okay.
20  EXAMINATION BY MS. BIERI:
21    Q.  Is there a reason beyond that he said
22  that the clinical trial was the standard of
23  care or better, that you thought a clinical
24  trial would be a good option for you?
25    A.  Are you asking me why I thought it

44 (Pages 170 to 173)

174

1  would be a good option?
2    Q.  Exactly.
3    A.  Because it was standard of care or
4  better.  So if we got in the group that was
5  standard of care, I'd be getting what they
6  would have given me anyway.  And if I got
7  standard of care or better, maybe that might
8  be a better -- you know, I might live a month
9  or two longer.
10   Q.  What did you understand to be the
11  standard of care part of it?
12   A.  Was what the drugs they were giving
13  for breast cancer at the time.
14   Q.  And did he tell you what those were,
15  or did he just say standard of care?
16   A.  I'm sure he did tell me what they
17  were.  I don't remember him talking about
18  them.  Because we talked a lot about the
19  Avastin.  But I would imagine that he
20  probably did talk to me about them, but I
21  don't recall.
22   Q.  And at the time you did the clinical
23  trial, Avastin wasn't approved for your type
24  of breast cancer, correct?
25        MR. COFFIN:

175

1        Object to the form.
2        THE WITNESS:
3        They weren't using it regularly
4  for early-stage cancers.
5  EXAMINATION BY MS. BIERI:
6    Q.  Do you know if Avastin was approved
7  for early-stage breast cancers at the time
8  you were in the clinical trial?
9        MR. COFFIN:
10       Object to the form.
11       Do you want to know the basis?
12       MS. BIERI:
13       Yes, I do.
14       MR. COFFIN:
15       Approved by who for what?  Are
16  you talking about agency?
17       MS. BIERI:
18       Well, early-stage breast cancer.
19       MR. COFFIN:
20       Are you asking for an expert
21  opinion?
22       MS. BIERI:
23       I'm asking for what she
24  understood.  She's allowed to tell me.
25       MR. COFFIN:

176

1        Approved by who?
2        MS. BIERI:
3        FDA.
4  EXAMINATION BY MS. BIERI:
5    Q.  Do you understand --
6        MR. COFFIN:
7        Maybe you should ask her that
8  then.
9        MS. BIERI:
10       Let me ask her that.
11       MR. COFFIN:
12       Go for it.
13  EXAMINATION BY MS. BIERI:
14   Q.  Do you understand that Avastin had
15  not been approved by the FDA for early -- for
16  breast cancer such as yours?
17   A.  I didn't.  I didn't know.  I don't
18  know.
19   Q.  So what do you think the purpose of
20  the clinical trial was?
21   A.  The idea was to find out if it would
22  prolong your life longer than what the
23  current, at the time, standard of care was.
24   Q.  Do you remember asking Dr. Kardinal
25  any questions at that appointment?

177

1    A.  I imagine I probably did, but I don't
2  remember what I asked him.
3    Q.  Why did you think you -- why did you
4  understand that you were a candidate for the
5  clinical trial?
6    A.  Because it was early-stage cancers,
7  it was a certain kind of breast cancer, and
8  everything that I had fit with what they were
9  looking for for the clinical trial.
10   Q.  Did anything about participating in a
11  clinical trial give you any pause?
12   A.  It did.  But one thing that I looked
13  forward to was having a clinical trial nurse
14  because that meant you had somebody to hold
15  your hand throughout the whole process, and
16  it really made my journey much smoother.
17   Q.  What were your concerns about
18  participating in a clinical trial?
19   A.  Well, was the drugs that were
20  selected -- they weren't selected just for
21  me.  They were for -- you know, it was sort
22  of a -- this type of person.  So it just --
23  was it going to be the best of me?  But we
24  went with -- and we read up about Avastin,
25  and we knew it wasn't -- it's not a toxic

45 (Pages 174 to 177)

178

1  chemo, and you don't get sick when you take
2  it. So it was -- we thought we'd go with the
3  clinical trial.
4      Q. Did clinical trial mean to you,
5  something that hadn't been approved by FDA,
6  wasn't standard of care? Let me break it up.
7  Did clinical trial mean to you that it was
8  something that hadn't been approved for the
9  exact use that was anticipated?
10     A. Well, I knew they were using Avastin,
11  so it's not -- it's, like, it wasn't -- they
12  might not -- I wasn't worried about taking
13  that drug.
14     Q. Why do you think they called it a
15  clinical trial?
16         MR. COFFIN:
17             Object to the form.
18         THE WITNESS:
19             They're doing studies on people
20  who take a certain cocktail of drugs. And
21  they had six different groups, and they
22  wanted to see what the results were.
23  EXAMINATION BY MS. BIERI:
24     Q. So Dr. Kardinal recommended to you
25  that you be in the clinical trial.

179

1      A. Yes.
2         MR. COFFIN:
3             Object to form.
4         THE WITNESS:
5             Oh. Sorry.
6         MR. COFFIN:
7             It was asked and answered.
8         THE WITNESS:
9             Yeah.
10        MR. COFFIN:
11            She already asked that question.
12        THE WITNESS:
13            She did.
14  EXAMINATION BY MS. BIERI:
15     Q. Did he offer you any other options if
16  you chose not to be in the clinical trial?
17     A. Well, I would get standard of care,
18  whatever that would be. Yes, I didn't have
19  to go into the clinical trial.
20     Q. What did he tell you was standard of
21  care?
22     A. I don't remember now.
23     Q. But you trusted his recommendation
24  that the clinical trial was a good option for
25  you.

180

1      A. That particular -- yes, I trusted
2  that particular recommendation.
3      Q. And you thought that was going to
4  give you your best chance of survival?
5      A. Yes.
6      Q. At that appointment, the first
7  meeting on April 22nd, were you given any
8  materials on the clinical trial?
9      A. I'm sure I was. I don't remember.
10     Q. If you don't remember, how are you
11  sure that you were?
12     A. Because they constantly gave me
13  papers, and that's why I kept that binder, so
14  that everything was in there. And I would
15  imagine, if you look in that binder, you will
16  find information about the clinical trial.
17     Q. I'm trying to figure out if at that
18  appointment, you got any information about
19  the clinical trial.
20     A. I probably did, but I can't tell you
21  that it came exactly at that appointment.
22     Q. So you got something about the
23  clinical trial. Was it an informed consent
24  -- was it an informed consent document that
25  told you about what the trial was going to be

181

1  like?
2      A. Well, you have to sign that before
3  you can be part of the clinical trial. But I
4  can imagine they gave me other paperwork
5  explaining about the clinical trial.
6      Q. You haven't produced any of that?
7      A. It would be in that --
8      Q. Hold on.
9      A. Yeah.
10     Q. Let me -- do you mind?
11     A. No. That's okay.
12     Q. You haven't produced any of that
13  paperwork in this litigation to date,
14  correct?
15     A. Correct.
16     Q. Okay. Would anything that you have
17  received from Dr. Kardinal at that
18  appointment, on the clinical trial or
19  otherwise, be in the yet to be received
20  binder?
21     A. Yes.
22     Q. Okay.
23        MR. COFFIN:
24            And just to be clear, you do have
25  medical records that involve the clinical

46 (Pages 178 to 181)

186

1  clinical trial, B-40 --
2    A. Right.
3    Q. -- was the best course of treatment
4  for you, correct?
5    A. Yes.
6    Q. Okay. Was the next time you went
7  into his office, May 14th of 2008?
8    A. I'd have to see my -- I don't
9  remember. I'd have to see my medical record,
10 to see if that's the date that I went in.
11   Q. Okay. At some point, you go in after
12 you decided that you want to participate in
13 the clinical trial, correct?
14   A. Correct.
15   Q. What does that next appointment look
16 like?
17   A. I can't remember exactly, but that
18 may have been the next appointment -- we said
19 we were going to do the clinical trial, and I
20 met the clinical trial nurse for the first
21 time, but I can't be positive if that was
22 that appointment.
23   Q. You can't be positive what was what
24 appointment? I'm sorry.
25   A. That I met the clinical trial nurse

187

1  on that second appointment. I don't remember
2  the chronology of signing for it. I just
3  don't remember what it is.
4    Q. Can you look at Exhibit 7 for me?
5    A. Uh-huh (affirmative).
6    Q. Thank you.
7    A. Oh, I don't have 7.
8    Q. No, you should.
9    A. Oh, there it is. It's under 1.
10 Okay. Yes.
11   Q. Okay. Does the name Shevonda Thomas
12 mean anything to you?
13   A. Yes. That was the first clinical
14 trial nurse that I was assigned.
15   Q. Okay. And it looks like this record
16 is dated 5/14/08 at 4:10 and 48 seconds p.m.
17   A. Correct.
18   Q. In the second line of the
19 second paragraph, it said: Patient seen this
20 a.m.
21   A. Uh-huh (affirmative). So I guess
22 that's when I met her, and that's when we
23 signed the consent form.
24   Q. Okay. Had you seen the consent form
25 prior to that day?

188

1    A. Probably, but I don't remember.
2    Q. You don't remember if the day you
3  signed it was the first time you saw the
4  consent form?
5    A. Correct.
6    Q. Did you review the consent form
7  before you signed it?
8    A. Yes. And I'm sure they talked about
9  that with me and told me exactly what I was
10 signing.
11   Q. Did you read every page of it?
12   A. I don't remember how long it is.
13   Q. Do you remember if you talked to just
14 Nurse Thomas that day, or if you also talked
15 to Dr. Kardinal?
16   A. I don't remember.
17   Q. Quote -- I'm looking at the second
18 line of the second paragraph now.
19   A. Uh-huh (affirmative).
20   Q. The B-40 consent was given, reviewed,
21 and discussed in great -- great is all
22 capitalized --
23   A. Uh-huh (affirmative).
24   Q. -- lengths with both patient and
25 husband. Patient and husband both have

189

1  plenty of questions. All questions answered
2  to both patient and husband's satisfaction.
3  Both verbalized understanding. Patient and
4  husband given time alone to discuss her
5  possible participation. Patient states she
6  is interested in participating in the trial.
7      Did I read that right?
8    A. Yes, you did.
9    Q. So you think that in addition to
10 getting the clinical trial consent form -- in
11 addition to that, someone also went over the
12 risks and the benefits of the trial with you
13 verbally?
14   A. Yes. Yes, they did.
15   Q. Okay. But you got this form that --
16 forgive me. Let's mark it. I'm going to
17 hand you what's been marked as Exhibit 8.
18   A. Okay.
19   Q. There you go. Do you recognize this
20 document?
21   A. Yes, I do.
22   Q. What is it?
23   A. It's the document that they gave me
24 to explain about the clinical trial.
25   Q. Let's look at Page 1681. Is that

48 (Pages 186 to 189)

190

1  your -- oh.  Let me know when you're there.
2      A.  Uh-huh (affirmative).
3      Q.  Is your signature on Page 1681?
4      A.  Yes, that's my --
5      Q.  And what does your signature
6  evidence?
7      A.  What do you mean?
8      Q.  Does it evidence your intent to
9  participate in the clinical trial?
10     A.  Yes.
11     Q.  Okay.  Now, aside from the last page,
12 which you also signed, are your initials on
13 the bottom of every other page?
14     A.  Yes, they are.
15     Q.  And does that mean that you read
16 those pages of the consent?
17     A.  Yes.  And that my doctor and the
18 nurse went over each page with me.  And they
19 went over each page, and then I would sign.
20     Q.  So you had the opportunity to read
21 it, then they would talk about it, and then
22 you would sign it; is that correct?
23     A.  Yes.
24     Q.  Okay.  So let's talk about the
25 purpose of the study.  I think you talked a

191

1  little about that earlier, but let's look at
2  what the actual clinical trial documents said
3  about the purpose of the study.  Let's look
4  at Page 1657.  I'm looking at the third
5  bullet point.
6      A.  Uh-huh (affirmative).
7      Q.  And it says that -- I quote:  Purpose
8  of the study is to learn more about the side
9  effects of the combination of drugs used in
10 this study.  End quote.
11         Did I read that right?
12     A.  Yes.
13     Q.  So you knew that your -- that the
14 study was trying to learn about side effects,
15 right?
16     A.  Yes.
17     Q.  And by that, it meant that they
18 didn't know how the side effects of the
19 combination of the drugs -- what those side
20 effects of the combination would be.
21     MR. COFFIN:
22         Object to the form.
23     MS. BIERI:
24         I can restate it.
25 EXAMINATION BY MS. BIERI:

192

1      Q.  Okay.  The document says:  A purpose
2  of this study is to learn more about the side
3  effects of the combinations of drugs used in
4  this study, correct?
5      A.  Yes.
6      Q.  So that means that they didn't know
7  what the side effects of the combinations of
8  drugs used in the study would be, correct?
9      MR. COFFIN:
10         Object to the form.
11 EXAMINATION BY MS. BIERI:
12     Q.  Is that your understanding?
13     A.  Well, not exactly.
14     Q.  What is your understanding then?
15     A.  Because it's the combination -- it's
16 to see about whether there are side effects
17 regarding the heart and then the side effects
18 regarding how patients recover from breast
19 surgery.  Those are the side effects that
20 they're looking at.
21     Q.  Well --
22     A.  So it's not just side effects in
23 general.  It's about those specific.
24     Q.  Let's read the next sentence.  The
25 first word of the sentence is:  Included in

193

1  what we will learn about side effects will be
2  whether or not adding Avastin -- it's
3  really --
4      A.  Uh-huh (affirmative).  Bevacizumab.
5      Q.  -- B-E-V-A-C-I-Z-U-M-A-B to
6  chemotherapy for breast cancer will affect
7  the heart, correct?
8      MR. COFFIN:
9         Object to the form.
10     MS. BIERI:
11         I'm not done.
12     MR. COFFIN:
13         Oh.
14 EXAMINATION BY MS. BIERI:
15     Q.  That means that one of the side
16 effects that they were interested in learning
17 about was the effect of the combination on
18 the heart, correct?
19     A.  Yes.  And the other one is about
20 recovery from breast surgery.  They list the
21 two side effects that they're talking about.
22     Q.  So you understood that your doctors
23 were trying specifically to understand how
24 the addition of Avastin to a chemotherapy
25 regimen would affect the heart, correct?

49 (Pages 190 to 193)

194

1      MR. COFFIN:
2          Object to the form.
3  EXAMINATION BY MS. BIERI:
4      Q.  Was that your understanding?
5      A.  Yes.
6      Q.  And you understood that that meant
7  that you could have damage to your heart,
8  correct?
9      A.  I was never told that that was going
10 to be an issue.
11     Q.  What do you think that sentence
12 means?
13     A.  I don't know.  They didn't say.  I
14 was never told that there could be possible
15 heart issues by taking it.
16     Q.  But you read this paper, correct?
17     A.  Yes.  And I knew -- and I had to have
18 specific heart tests because of the clinical
19 trial, so I knew all about that.
20     Q.  So you understood that they were
21 trying to see if adding Avastin would affect
22 your heart?
23     A.  Yes.
24     Q.  Positively or negatively, right?
25     A.  They never said that it could be a

195

1  negative effect.  I never heard -- they never
2  said that to me.
3      Q.  The document says that.
4      A.  No, it doesn't.  It says, affect the
5  heart.  It has nothing to do with positive or
6  negative.
7      Q.  Well, how do you affect something in
8  a way that's not positive or negative?
9          MR. COFFIN:
10         Object to the form.
11         THE WITNESS:
12             Things can be affected all
13 different ways.
14 EXAMINATION BY MS. BIERI:
15     Q.  When you read this sentence, what do
16 you read it to mean?
17     A.  Well, I was never told that something
18 could happen negatively to my heart.  I can
19 tell you that.  I was never told that.
20         Yes, I know it affected the heart.
21 My heart was tested before, my heart was
22 tested afterwards, and . . .
23     Q.  So by going to have your heart
24 tested, you knew that the heart was something
25 that they were interested in looking at in

196

1  this study, right?
2      A.  Yes, I did know that.
3      Q.  Did you think that there was a
4  possibility that the heart could be
5  negatively affected?
6      A.  No.
7      Q.  Despite having this document and
8  initialing Page 1657 and signing the back of
9  this consent, you had no belief that your
10 heart could be negatively impacted.
11     A.  No.
12     Q.  Does the language saying that they
13 want to know how -- whether or not adding
14 Avastin to chemotherapy for breast cancer
15 will affect the heart, does that suggest to
16 you that there is an unknown about how your
17 heart will react when Avastin is added?
18     A.  Yes.  That means there could be an
19 unknown.
20     Q.  Let's look at Page 1668.  I'm looking
21 at the bottom part of the written page, where
22 it lists side effects that occur in less than
23 3 percent of patients.  So up to --
24     A.  Uh-huh (affirmative).
25     Q.  -- 3 percent of patients could have

197

1  liver failure.  The document says that,
2  correct?
3      A.  Yes.
4      Q.  Gastrointestinal problems?
5      A.  Yes.
6      Q.  Acute leukemia?
7      A.  Yes.
8      Q.  Blood clots that may be life
9  threatening?
10     A.  Yes.
11     Q.  Heart damage?
12     A.  Yes.
13     Q.  Lung damage?
14     A.  Yes.
15     Q.  Despite that language, you thought
16 that there was no possibility that you could
17 have damage to your heart in taking the study
18 and participating in the study?
19         MR. COFFIN:
20         Object to the form.
21         THE WITNESS:
22             I don't think that really had
23 anything to do with the study because I
24 imagine -- I don't know, right off the top of
25 my head, but if you looked at the less than

198

1   3 percent of patients of any of these chemo
2   drugs, they may have similar side effects.
3   So it may not have mattered whether I was in
4   the study or not in the study.
5   EXAMINATION BY MS. BIERI:
6       Q. Okay.
7       A. It would have been the same.
8       Q. Okay. Let's turn to Page 1671 then.
9       A. (Witness complies).
10      Q. Towards the bottom of the page.
11      A. Uh-huh (affirmative).
12      Q. The underlined language: Risks and
13  side effects related to Avastin.
14      A. Uh-huh (affirmative).
15      Q. And I'm using the word Avastin where
16  the document actually says
17  B-E-V-A-C-I-Z-U-M-A-B. And it says -- and
18  Avastin is what we're talking about right
19  now, right? You and I --
20      A. Yes.
21      Q. -- in this deposition.
22          Okay. So let's -- and it says
23  there's a 25 percent or more chance of high
24  blood pressure, correct?
25      A. Correct.

199

1       Q. Now, let's skip to Page 1673. And if
2   you want to look to confirm that we're still
3   talking about the risks of Avastin, please
4   confirm that.
5           So at 1672, it says: These side
6   effects occur in less than 3 percent of
7   patients.
8       A. Okay.
9       Q. And we've got, first, bleeding in
10  various parts of the body, leading to
11  disability, including stroke or death,
12  especially in lung cancer patients, for
13  example. There's others.
14          But then, at the top of Page 1673, it
15  says: Heart problems, including irregular
16  heart beats, changes in blood pressure, fluid
17  collection surrounding the heart, chest
18  pains, and possibly heart attack or heart
19  failure. Correct?
20      A. Correct.
21      Q. Will you agree with me that this
22  document makes clear that there was a risk of
23  heart damage from participating in the
24  clinical study?
25          MR. COFFIN:

200

1           Object to the form.
2       THE WITNESS:
3           It might have been, but the list
4   might not have been any different with some
5   of the other drugs that I took also that
6   would have been standard of care.
7   EXAMINATION BY MS. BIERI:
8       Q. Okay. I first showed it to you in
9   connection -- on Page 1667, with the groups
10  2A and 2B, related to -- it's really from
11  Page 1667 to 1668 --
12      A. Uh-huh (affirmative).
13      Q. -- for groups taking Xeloda and
14  Taxotere. Heart damage is in that group,
15  right?
16      A. Uh-huh (affirmative). Yes.
17      Q. And it's also discussed in connection
18  specifically with Avastin, correct?
19      A. Right. It's in connection with both
20  drugs, yes.
21      Q. Okay. And then, turning back to
22  Page 1657: Included in what we will learn
23  about side effects will be whether or not
24  adding bevacizumab to chemotherapy for breast
25  cancer will affect the heart.

201

1           Do you take that to mean that they
2   were trying to see how the combination of
3   drugs would -- if that would negatively
4   affect your heart?
5       A. It's what would happen to my heart.
6   I don't know. I don't know. Yes. I mean,
7   my heart could be affected by taking that
8   drug.
9       Q. And it could be affected negatively,
10  correct?
11      A. I guess so.
12      Q. And as we just talked about in
13  connection specifically with the Avastin, you
14  understood that you had up to a 3 percent
15  chance of heart damage.
16      A. But that was the same with the other
17  drug, also. It was 3 percent.
18      Q. You were willing to take the risk of
19  a 3-percent chance -- up to a 3-percent
20  chance of liver failure, acute leukemia,
21  heart damage, and lung damage, correct?
22      MR. COFFIN:
23          Object to the form.
24      THE WITNESS:
25          Ask me the question again.

51 (Pages 198 to 201)

202

1       MS. BIERI:
2           Can you read it back?
3           (Reporter complies).
4       THE WITNESS:
5           Yes.  It's one of the -- it's the
6   side effects that are listed here.
7   EXAMINATION BY MS. BIERI:
8       Q.  Why were you willing to take that
9   risk?
10      MR. COFFIN:
11          Object to the form.
12      THE WITNESS:
13          Because there were many risks
14  with chemotherapy.
15  EXAMINATION BY MS. BIERI:
16      Q.  Any kind of chemotherapy you take,
17  there are a lot of risks, right?
18      A.  Yes.  Every single drug that I took
19  had possible risks.
20      Q.  Do you think that there's a
21  chemotherapy drug out there that you could
22  take that doesn't have risks?
23      A.  I don't know.
24      Q.  Are you aware of any?
25      A.  Not that I know of.  But drugs change

203

1   all the time, and I haven't been treated for
2   cancer in the last ten years, so I don't
3   know.
4       Q.  Okay.  Let's look at Page 1665.
5   Okay?  So under -- let's look at the section
6   that says:  What side effects or risks can I
7   expect from this study?
8           And it says:  You may have side
9   effects while on this study.  Most of these
10  are listed here, but there may be other side
11  effects that we cannot predict.  Side effects
12  will vary from person to person.  Everyone
13  taking part in the study will be carefully
14  watched for any side effects.  However,
15  doctors do not know all of the side effects
16  that may happen.  Side effects may be mild or
17  very serious.
18          So you understood that there could be
19  side effects that your doctors couldn't
20  predict, correct?
21      A.  Yes.
22      Q.  You understood that you couldn't know
23  all of the side effects that could happen.
24      MR. COFFIN:
25          Object to the form.

204

1   EXAMINATION BY MS. BIERI:
2       Q.  Is that what you understood from
3   reading that paragraph?
4       A.  Yes.
5       Q.  And do you understand that you were
6   at risk for some very serious side effects?
7       A.  Yes.
8       Q.  And the last sentence says:  In some
9   cases, side effects may be very serious,
10  long-lasting, or may never go away.  There is
11  also a risk of death.
12          The potential of long-lasting or
13  permanent side effects was not specific to
14  any particular side effect, correct?  This
15  isn't discussed in connection with a
16  particular side effect, right?
17      MR. COFFIN:
18          Object to the form.
19      THE WITNESS:
20          They're not being particular
21  here.
22  EXAMINATION BY MS. BIERI:
23      Q.  No.
24      A.  Or specific here.
25      Q.  They're speaking overall about the

205

1   risks and potential side effects of being in
2   the study, right?
3       A.  Yes.
4       Q.  Okay.  In other words, you understood
5   that any side effect could be long-lasting or
6   might not go away, correct?
7       MR. COFFIN:
8           Object to the form.
9       THE WITNESS:
10          That's what I read here.
11  EXAMINATION BY MS. BIERI:
12      Q.  Okay.  Now, did you understand that
13  hair loss was a likely side effect of
14  participating in this study?
15      A.  I knew that temporary hair loss was
16  going to happen.  And I was told that by my
17  doctors, and I was told that by my nurses.
18      Q.  Okay.  You answered a little bit
19  different question than what I asked, but
20  we're going to take them both.
21          You said that your doctors and your
22  nurses told you that you would have temporary
23  hair loss; is that right?
24      A.  Correct.
25      Q.  Let's start with this.  Who told you

52 (Pages 202 to 205)

206

1  that?
2      A. Dr. Kardinal and my clinical trial
3  nurse.
4          And one day, during one of my early
5  visits with Dr. Kardinal and the clinical
6  trial nurse, my husband and I were waiting in
7  the waiting room, and she says -- and this
8  had to have been after we signed up for the
9  study. And she says, I want you to meet
10  someone. I have another patient here who was
11  part of the study, and I want you to see how
12  her hair is growing back. And your hair is
13  going to grow back exactly like that, too.
14  You're going to have a full head of hair when
15  you're finished with chemotherapy.
16      Q. Who said that to you?
17      A. My clinical trial nurse.
18      Q. What was her name?
19      A. That would have been Shevonda.
20      Q. And on what date did she say that to
21  you?
22      A. I don't remember.
23      Q. Was it after you had lost your hair?
24      A. I don't remember. But it was after
25  we had agreed to be part of the clinical

207

1  trial. I know that.
2      Q. So after you had signed the consent
3  form, after you had already decided that this
4  is the course you were going to take,
5  correct?
6      A. Yes. And actually, it was not -- it
7  could not have been after I lost my hair,
8  because Shevonda moved to another position,
9  and I had a different clinical trial nurse.
10  So I only had her for my first couple of
11  visits, and then I got a new clinical trial
12  nurse.
13          So it was very early on. And I
14  didn't lose my hair until after I had
15  chemotherapy, so between my first and second
16  infusion.
17      Q. Are you saying you thought she said
18  this to you at your first infusion?
19      A. It may have been. I don't remember.
20  But it was sometime between signing and
21  having my first infusion.
22      Q. Do you remember what room you were in
23  when she said that to you?
24      A. Yes. We were in the waiting room.
25      Q. The waiting room of what?

208

1      A. Of the hematology department.
2      Q. And were you waiting for
3  chemotherapy?
4      A. I can't remember if we were waiting
5  for chemotherapy or whether we were waiting
6  to see the doctor.
7      Q. But you do know it was after you
8  signed up for the consent.
9      A. It was after --
10      Q. Or after you signed up for the study.
11      A. After we signed up for the study, she
12  said, You don't need to worry about your
13  hair. It's going to come back when you're
14  all done.
15      Q. What is your understanding of why she
16  said that to you?
17      A. Because every woman worries about
18  losing their hair. And that's one of the
19  major -- I mean, one of the side effects that
20  everybody has issues with.
21      Q. You can't speak to what every woman
22  worries about, correct?
23      A. No. But I know many breast cancer
24  survivors, and I can't tell you anyone who
25  was happy about losing their hair.

209

1      Q. Of the people who you knew.
2      A. And there are lots of them. Yes, of
3  the people that I know.
4      Q. So you know lots of women who have
5  had breast cancer and who have lost their
6  hair.
7      A. Yes.
8      Q. Do you know any who have taken
9  Taxotere?
10      A. I don't know what drugs any of them
11  took.
12      Q. Do you know, sitting here today, any
13  of the other women -- do you know any women
14  who you know to be part of the litigation?
15      A. No, I do not.
16      Q. Has any woman told you that she also
17  took Taxotere?
18      A. No, they have not.
19      Q. Okay. So when you saw the risk of
20  hair loss in many places on this form, did
21  you interpret it to mean temporary hair loss?
22      A. I didn't have to interpret it.
23  That's what my doctors and my nurses told me.
24      Q. Well, you told me what your nurse
25  told you after you signed this. I'm talking

210

1  about at the time that you were looking at
2  this document.
3      A. Whenever we talked about hair loss,
4  it was always talked about, temporary hair
5  loss. Always.
6      Q. Is it talked about as temporary hair
7  loss in the informed consent document you
8  signed to be part of the clinical study?
9      A. It doesn't say either way.
10     Q. No.
11     A. It says hair loss.
12     Q. What does the risk section on
13 Page 1665 say?
14     A. What are you talking about?
15        That many side effects go away soon,
16 and some may be very serious or long-lasting.
17 Is that what you're referring to?
18     Q. Yeah. In some cases, side effects
19 may be very serious, long-lasting, or may
20 never go away.
21     A. Yes, it says that. But when my
22 doctors have seen lots of patients, and all
23 of their patients had their hair grow back,
24 then I'm going to assume, when they tell me
25 my hair is going to grow back, that it will.

211

1      Q. Even though it doesn't say temporary
2  hair loss in this document, you assumed
3  that's what it meant.
4      A. Because that's what my doctors told
5  me.
6      Q. Is that --
7      A. I'm not assuming just because I read
8  it. I'm assuming it because that's what my
9  doctors told me.
10     Q. Hold on. I think we may -- you have
11 got to let me finish my questions --
12     A. Yeah.
13     Q. -- and answer the questions.
14     A. Okay.
15     Q. And then we can talk.
16        Nothing in this document says that
17 hair loss would be temporary, correct?
18     MR. COFFIN:
19        Object to the form.
20     THE WITNESS:
21        They don't use that term. They
22 don't use the term written. I don't see it
23 in this particular document.
24 EXAMINATION BY MS. BIERI:
25     Q. Does anything in this document

212

1  suggest to you that hair loss would be
2  temporary?
3      A. I don't know because I haven't gone
4  back to study it.
5      Q. You can, if you'd like. We can go
6  off the record if you'd like.
7      A. But other documents that I have --
8      Q. I'm talking about this document for
9  right now.
10     A. I know.
11     Q. And then we can keep talking. But
12 I'm talking about this document.
13     A. I don't know. Do you want me to sit
14 and read it now?
15     Q. Yeah. Let's go off record and give
16 you a chance to read it.
17     A. Okay. I'm going to take a break
18 because I'm having trouble focusing.
19     MS. BIERI:
20        No problem.
21        (Recess.)
22     MS. BIERI:
23        For the record, while we were on
24 break, plaintiff's counsel Chris Coffin
25 provided to us, a stack of documents not

213

1  previously produced, three to four inches
2  high, including a copy of a binder about
3  chemotherapy from Ochsner and a copy of a
4  notebook that has handwritten notes related
5  to her oncology treatment.
6         As I said to you off the record,
7  Chris, there's no way that I can process this
8  information and address it today. I'm going
9  to leave the deposition open, and I do not
10 think we should be subject to the seven-hour
11 rule. I learned about this over halfway into
12 her deposition.
13     MR. COFFIN:
14        Your position is noted. We'll
15 object to leaving the deposition open. There
16 are -- many of these documents that are
17 produced include records that have already
18 been produced in the form of medical records.
19 So you've gotten a lot of those from
20 providers.
21        There are documents that were not
22 previously produced. They were asked for
23 pursuant to the notice -- the exhibit to the
24 notice. We have not produced them today.
25        You have three hours left on the

54 (Pages 210 to 213)

214

1 record. I'm willing to give you some extra
2 time today. I understand they were just
3 produced, but we will not agree to leave the
4 deposition open. I'll give you a little bit
5 of extra time today. I understand your
6 position. I object to leaving it open.
7     MS. BIERI:
8         Chris, there -- Mr. Coffin, there
9 is a notebook of handwritten notes related
10 specifically to her treatment, that I assume
11 she wrote while she was going through that.
12 That affects the whole deposition. How I
13 would have structured my time and how I would
14 have done things is wholly impacted by these
15 documents that were not only asked for in the
16 notice, but were also required under the PFS.
17     I do not think, number one, that
18 you can tell me I cannot leave the deposition
19 open to give myself time to process what I do
20 have, what I don't have, what they say, how
21 they relate, to interpret someone's
22 handwriting. I'm going to finish. And to
23 prepare to take a deposition on that.
24     MR. COFFIN:
25         You're going to continue the

215

1 deposition?
2     MS. BIERI:
3         Yeah. I'm going to try to figure
4 out -- I'm going to get North on the phone.
5 Hold on.
6     MR. COFFIN:
7         Do you want to stay on the
8 record?
9     MS. BIERI:
10         No. No, thank you.
11         Can you stop your timer? Thank
12 you.
13         (Recess.)
14 EXAMINATION BY MS. BIERI:
15     Q. Before we took the break, we were
16 talking about your understanding that hair
17 loss from chemotherapy would be temporary.
18 Was that your understanding?
19     A. Yes.
20     Q. And what was that based on?
21     A. Everything that my doctors and nurses
22 told me.
23     Q. Was it based on seeing -- was it also
24 based on seeing other women whose hair
25 regrew?

216

1     A. Yeah. Yes. Yes.
2     Q. But it was not based on Exhibit 8,
3 correct?
4     A. Well, when I read Exhibit 8, I --
5 when it said hair loss, I figured that it was
6 temporary, because that's what I was told.
7     Q. Even though nothing in this document
8 says that hair loss is temporary, correct?
9     A. It doesn't say one way or the other,
10 but that's what I was told.
11     Q. I'm trying to ask a very narrow
12 question, and I think we've talked about the
13 basis for why you think what you think. I'm
14 just trying to confirm that this document,
15 Exhibit 8, does not say hair loss is going to
16 be temporary, correct?
17     MR. COFFIN:
18         Object to the form.
19     THE WITNESS:
20         But you're also asking me about
21 how I am interpreting this document, and I'm
22 interpreting it as temporary hair loss,
23 because that is what my doctors told me.
24 EXAMINATION BY MS. BIERI:
25     Q. Does the actual language of the

217

1 document say temporary hair loss?
2     A. It doesn't say either way.
3     Q. Does the document say temporary hair
4 loss?
5     MR. COFFIN:
6         Object to the form.
7     THE WITNESS:
8         It says hair loss.
9 EXAMINATION BY MS. BIERI:
10     Q. Okay. So you went in -- even before
11 you talked to your oncologist or your
12 oncology nurse about chemotherapy, did you
13 have an expectation that you would have
14 temporary hair loss with chemotherapy?
15     A. Yes.
16     Q. And what was that based on?
17     A. The people that I've known that had
18 chemotherapy lost their hair.
19     Q. Okay. Did you have an expectation
20 about when the hair loss would start in
21 chemotherapy?
22     A. It's written somewhere in my -- in
23 some of the documents. I think, if you look
24 in that notebook, it talks -- the binder.
25 There's a general description of side

55 (Pages 214 to 217)

226

1  chemotherapy.
2      MR. COFFIN:
3          Object to the form.
4      THE WITNESS:
5          Well, your hope is that it grows
6  back fast.
7  EXAMINATION BY MS. BIERI:
8      Q.  I'm not talking about your hope.  I'm
9  talking about your expectation.
10     A.  I didn't have expectations.  I never
11  went through it before.  I had no clue.
12     Q.  Well, you just told me, you knew many
13  women who had gone through breast cancer and
14  who had lost their hair, and that some of
15  your expectations and beliefs about temporary
16  hair loss were based on that experience.
17         So whether you've gone through it or
18  not, I'm trying to understand, based on what
19  you knew, what your expectation was.
20     A.  But if you ask me about any
21  particular person, I couldn't tell you how
22  long it took for their hair to grow in.  I
23  just know, they lost it, and then they got it
24  back.  I didn't know how many months or years
25  it took.

227

1      Q.  How many women do you think you knew
2  prior to going through chemotherapy, that
3  lost their hair as a result of chemotherapy?
4      A.  I don't know.
5      Q.  More than ten?
6      A.  Maybe.  Maybe 10 to 20.  I don't
7  know.
8      Q.  Is it your testimony that it took
9  longer than a year for any of them -- those
10  women to regrow their hair?
11     A.  I don't know.
12     Q.  Okay.  At any time during your
13  chemotherapy -- okay.  So your hair falls out
14  between your first and your second infusion,
15  right?
16     A.  Correct.
17     Q.  Well, you know what, let's back up
18  and do it this way.  You had -- you were in
19  group B2 -- 2B of the clinical trial,
20  correct?
21     A.  Correct.
22     Q.  And you had two phases of neoadjuvant
23  chemotherapy, followed by surgery, followed
24  by Avastin chemotherapy, correct?
25     A.  Correct.

228

1      Q.  And also, you had radiation, right?
2      A.  Correct.
3      Q.  And you were put on tamoxifen.
4      A.  Yes.  Once everything was over, yes.
5      Q.  Is that right, or were you put on
6  tamoxifen before the Avastin was over?
7      A.  It was in the middle of the Avastin,
8  I think.
9      Q.  Probably April of 2009, when you were
10  put on the --
11     A.  Right.  And I had not finished the
12  Avastin yet.  Right.  Correct.
13     Q.  Okay.  So in phase one of the
14  chemotherapy, you got Taxotere, Avastin, and
15  Xeloda, correct?
16     A.  Correct.
17     Q.  Okay.  So when you lost your hair,
18  you were taking Taxotere, Avastin, and
19  Xeloda.
20     A.  Correct.
21     Q.  Only.
22     A.  Correct.
23     Q.  When you lost your hair -- at the
24  time you lost your hair, what did you
25  attribute it to?

229

1      A.  The chemotherapy drugs that I was
2  taking.
3      Q.  Any specific chemotherapy drug?
4      A.  Well, I knew that one of the side
5  effects of Taxotere was temporary hair loss.
6      Q.  And did you think it could have been
7  due to Xeloda or to the Avastin, or did
8  you specifically attribute it to the
9  Taxotere?
10     A.  To the Taxotere.
11     Q.  Okay.  All right.  So, at the moment
12  you lost your hair -- started losing your
13  hair, did you have an expectation at that
14  point about when your hair would grow back?
15     A.  No.  I knew I had to finish the toxic
16  chemo before I'd see any regrowth of hair.
17     Q.  And by that, do you mean phase one,
18  phase two, phase three?
19     A.  The first two phases.
20     Q.  You didn't expect any hair regrowth
21  until the end of phase two.
22     A.  Correct.
23     Q.  Okay.  How long after the end of
24  phase two did you think your hair would -- it
25  would take your hair to grow back?

58 (Pages 226 to 229)

238

1      Q. So what do you claim that Taxotere
2  did to your hair?  I just want to understand
3  -- make sure there's no confusion about what
4  your claim is to your hair.  I want you to
5  show me, to tell me -- I want to fully
6  appreciate how you think Taxotere affected
7  your hair quality.
8      MR. COFFIN:
9          Object to the form.
10     THE WITNESS:
11         Well, I lost my hair, and then --
12  EXAMINATION BY MS. BIERI:
13     Q. And you knew that was going to
14  happen?
15     A. And I knew that was going to happen.
16     Q. You're not saying that that is --
17  you're not seeking damages for the fact that
18  you initially lost your hair, correct?
19     A. No, I'm not seeking damages for that.
20  When my hair started growing back, I expected
21  it to be covering my head in the same manner
22  that it did before.
23     Q. At what point?
24     A. I don't know.  I was always hopeful
25  that it would happen.

239

1      Q. Even today, are you hopeful?
2      A. Well, maybe.  Sure.  It could happen
3  any time.  Except for now, I know that
4  there's a drug that -- part of the side
5  effects is permanent hair loss.  So maybe not
6  now, but two years ago, maybe I am still
7  hopeful.
8      Q. Is it your testimony that two years
9  ago, you still thought that
10  chemotherapy-induced hair loss could be
11  reversed, that you could have hair grow?
12     A. Well, I'd go to my hair --
13     MR. COFFIN:
14         Object to the form.
15     THE WITNESS:
16         Excuse me.
17  EXAMINATION BY MS. BIERI:
18     Q. Did you understand the question?  I
19  can rephrase it.
20     A. I do.  I go to my hairdresser, and
21  he'll tell me, You know, I think your hair
22  might be a little -- look a little different.
23  Maybe you have a little more hair on your
24  head.
25         So it hasn't -- you know, it doesn't

240

1  always look exactly the same.  You know, hair
2  grows differently, so maybe it could have
3  filled in.
4      Q. Okay.  So we kind of veered away from
5  what we were originally talking about --
6      A. Uh-huh (affirmative).
7      Q. -- which is, how is your hair -- tell
8  me what you're saying that Taxotere did to
9  your hair, that you're seeking compensation
10  for.
11     A. I have an extreme bald spot in the
12  back of my head and -- where there's some
13  hair, but it's pronounced.  And when you look
14  at me full-on front, you can see my scalp,
15  and my hair is very thin in front.  And so
16  it's the front and then the back bald spot
17  that was not like that before chemotherapy.
18     Q. So are you comparing before
19  chemotherapy -- are you comparing today to
20  before chemotherapy, or are you comparing
21  mid-2009 to before chemotherapy?
22     MR. COFFIN:
23         Object to the form.
24     THE WITNESS:
25         Mid-2009, my hair -- I know, when

241

1  I stopped wearing a head covering in March,
2  my hair was not like it is today.  So I don't
3  know mid, where -- I don't remember where it
4  was.  So I don't really -- I can't give you
5  an accurate picture of exactly if it was
6  mid-2009, what I thought.
7      Q. In March 2009, when you said you
8  stopped wearing the hair covering, do you
9  think that your hair today is the same,
10  better, or worse than March of 2009?
11     A. I have more hair on my head now than
12  I did in March 2009.
13     Q. So in terms of progression, are you
14  saying -- has it been a steady increase in
15  the amount of hair that you have, or has it
16  -- what I want you to do is, please describe
17  to me, the progression of the fullness of the
18  hair on your head or the hair loss on your
19  head from when you stopped chemo until today.
20     MR. COFFIN:
21         Object to the form.
22  EXAMINATION BY MS. BIERI:
23     Q. I want to make sure I get that
24  question --
25     MR. COFFIN:

61 (Pages 238 to 241)

302

1    A. Yes, I would have.
2    Q. If there was a 7 percent chance of
3  permanent or persisting hair loss, would you
4  have asked about other options?
5    A. Yes, I think I would have.
6    Q. If there was a 5 percent chance of
7  permanent or persisting hair loss, would you
8  have asked about other options?
9    A. I think if I saw the words permanent
10 hair loss anywhere, I would have asked for
11 other options.
12   Q. If you had been told that there was a
13 3 percent chance of permanent or persisting
14 hair loss, would you have asked for other
15 options?
16   A. And then that gets tricky because you
17 can pull out the paper that talked about
18 those damages that 3 percent or less had, and
19 that I signed off on. So I can't -- when it
20 gets down to percentages, I don't know.
21   Q. So are you saying you're afraid to
22 give me your testimony because of how it
23 impacts the other --
24   A. No. It's just, I can't -- I don't
25 know. I can tell you, at 10 percent, I

303

1  certainly would. When you start going down
2  in smaller numbers, I can't give you a
3  definitive answer what I would have said at
4  the time. In hindsight, I would say I would
5  definitely ask for other options.
6    Q. Sure. How is that --
7    A. But that doesn't, you know.
8    Q. You would have asked for other
9  options, had you been told that Taxotere had
10 the risk of potential persisting or permanent
11 hair loss; is that right?
12   A. If I was told that Taxotere could
13 have caused permanent hair loss, I would have
14 asked what my other options are.
15   Q. So does that mean that you made sure
16 that for your other drugs that you took, to
17 inquire whether they caused permanent or
18 persisting hair loss?
19     MR. COFFIN:
20       Object to the form.
21     MS. BIERI:
22       I'm asking if that's what it
23 means.
24     THE WITNESS:
25       My doctors told me my hair would

304

1  come back. My doctors told me my hair loss
2  was temporary. So they knew what drugs I was
3  taking, they knew what the side effects were,
4  and they're telling me that I don't have to
5  worry about my hair. I'm going to lose it
6  with chemotherapy, but it's going to come
7  back like it was before.
8    EXAMINATION BY MS. BIERI:
9    Q. I think we were two ships passing in
10 the night.
11   A. Uh-huh (affirmative).
12   Q. I was asking something a hundred
13 percent different.
14   A. Okay. Then I don't understand your
15 question at all.
16   Q. Okay. If you're saying that a
17 warning about persisting hair loss or --
18 would have caused you to ask for other
19 options, I'm asking if that's your -- is that
20 your position?
21     MR. COFFIN:
22       Object to the form.
23     THE WITNESS:
24       I don't know what you're saying.
25       Oh, excuse me.

305

1  EXAMINATION BY MS. BIERI:
2    Q. Okay.
3    A. I don't understand what you're saying
4  to me at all.
5    Q. Did you tell me that if someone had
6  told you that persisting hair loss was a
7  potential side effect, that you would have
8  asked for other options?
9      MR. COFFIN:
10       Object to the form.
11     THE WITNESS:
12       Yes. I would have asked to see
13 what my other options were, yes.
14 EXAMINATION BY MS. BIERI:
15   Q. Were you sure to ask your doctors,
16 when you were prescribed other medications,
17 about whether they had a risk of permanent or
18 persisting hair loss?
19     MR. COFFIN:
20       Object to the form.
21     THE WITNESS:
22       Okay. I don't exactly know what
23 you're asking me.
24 EXAMINATION BY MS. BIERI:
25   Q. Well, let me ask it another way.

77 (Pages 302 to 305)