# EXHIBIT H

Page 1

1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2
                  CASE NO. 2:16-cv-17039
3
                       ELIZABETH KAHN,
4                        Plaintiffs,
5                            v.
6    SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
       US SERVICE, INC., and AVENTIS-PHARMA S.A.,
7                       Defendants.
8         Volume II of the deposition of ELIZABETH
     SARA KAHN, 1305 DUFOSSAT STREET, NEW ORLEANS,
9    LOUISIANA  70115, taken in the offices of
     PENDLEY, BAUDIN & COFFIN, LLP, on Wednesday,
10   January 31, 2018.
11   APPEARANCES:
12       PENDLEY, BAUDIN & COFFIN, LLP
         Attorneys at Law
13       BY:  JESSICA PEREZ, Esquire
         1515 Poydras Street, Suite 1400
14       New Orleans, Louisiana  70112
15           ATTORNEYS FOR PLAINTIFFS
16
17       SHOOK, HARDY & BACON, L.L.P.
         Attorneys at Law
18       BY:  KELLY BIERI, Esquire
         BY:  JASON A. HARMON, Esquire
19       2555 Grand Boulevard
         Kansas City, Missouri  64108-2613
20
             ATTORNEYS FOR DEFENDANTS
21
22
     REPORTED BY:
23
         VERNE B. MULLINS
24       Certified Court Reporter
         Registered Diplomate Reporter
25       Certified Shorthand Reporter (TX)

Veritext Legal Solutions
800-227-8440                              973-410-4040

Page 30
1  when I wrote it.
2  Q. You wrote --
3  A. It makes sense. Logically, to me, that makes
4     sense.
5  Q. So it's your belief that you wrote what is
6     notated on page 495 to 497 during your first
7     meeting with Dr. Corsetti in April of 2008?
8  A. Yes.
9  Q. I want to direct you to page 495. In the
10    middle of the page, it appears that you wrote,
11    "Chemotherapy most important part of
12    treatment."
13       Did you understand that chemotherapy was
14    the most important part of your treatment?
15 A. I imagine that somebody said that, exact, to
16    me, and so I wrote it down, because it
17    wasn't -- didn't come from me. It came from
18    one of my -- the medical --
19 Q. Is that something Dr. Corsetti said to you?
20 A. Either he did or a nurse did, but somebody --
21    somebody said that to me, yes, that's why I
22    wrote it.
23 Q. I'm going to have us flip to page 503 of
24    Exhibit 21. In the middle of the page, it
25    says, "25 percent chemo causes cancer to

Page 31
1  shrink to nothing."
2      Did I read that correctly?
3  A. Yes.
4  Q. Were you hoping that chemotherapy, before
5     surgery, would shrink your tumor such that you
6     could save breast tissue?
7  A. Yes.
8  Q. Okay. Do you mind turning back to PPR 495,
9     please?
10 A. Uh-huh.
11 Q. Towards the bottom of the page, you have, "10
12    percent, no change, with chemo."
13      Did I read that correctly?
14 A. Yes.
15 Q. So was it your understanding that there was a
16    90 percent chance that you would have a
17    shrinkage in tumor size with chemotherapy?
18 A. Yes.
19 Q. So you were willing to take a 10 percent
20    chance that there would be no shrinkage to the
21    tumor; is that accurate?
22 A. Yes. And because -- I don't see that I wrote
23    it here, but Dr. Corsetti said, regardless of
24    when I had chemo, whether I had it before or
25    after, I was going to have to have chemo. So

Page 32
1  it was going to -- it was going to have to be
2  part of my treatment, no matter what.
3  Q. Looking at the next page, PPR 496, we spoke
4     about this just a moment ago.
5  A. Uh-huh.
6  Q. Do you have any recollection of meeting with
7     Angela Tillman?
8  A. I might have. Either I met her or they either
9     told me about her, and she -- during my first
10    visits, there were a lot of people they were
11    introducing me to, and so -- part of the team,
12    and --
13 Q. Do you have a recollection -- I'm so sorry to
14    cut you off, you can finish.
15 A. I don't -- you know, some of them, you know,
16    you meet them for two minutes, and that was
17    over ten years ago and I never saw them again.
18 Q. Do you have a recollection of meeting with Ms.
19    Tillman?
20 A. I don't remember.
21 Q. So you do not have a recollection of meeting
22    with Ms. Tillman?
23 A. No. But I might have. You know, I can't tell
24    you definitively yes or no.
25 Q. I'm just asking if you have a recollection of

Page 33
1  it.
2  A. Yeah, I don't know exactly what you mean by
3     that.
4  Q. That means can you recall it?
5  A. It's been ten years. I can't -- I can't -- I
6     can't.
7  Q. Okay. So you don't have a specific
8     recollection of meeting with Ms. Tillman --
9  A. Right, right.
10 Q. -- is that accurate?
11 A. True.
12 Q. Do you also note support groups, on page 496?
13 A. Uh-huh, uh-huh.
14 Q. Did you ever go to a cancer-related support
15    group?
16 A. No, I did not.
17 Q. Were they recommended to you?
18 A. I was told about them, but they weren't
19    specifically recommended to me.
20 Q. Looking at page 497, can you read the last
21    line of text on page 497?
22 A. Yeah. Chemo, red devil.
23 Q. Is this a note you would have made when you
24    were meeting with Dr. Corsetti?
25 A. Yes.

Page 34

1  Q. Do you remember why you wrote chemo, red
2     devil?
3  A. It's one of the chemos, but I don't -- he may
4     have talked about it, I don't know, because he
5     wasn't my oncologist, he was my surgeon, and I
6     don't -- until I went to my oncologist, there
7     was no way to know exactly what chemo I would
8     be receiving.
9  Q. Is it your understanding that Adriamycin, also
10    called doxorubicin, is red in color?
11 A. Yes.
12 Q. And is it your understanding that
13    Adriamycin/doxorubicin is sometimes referred
14    to as the red devil?
15 A. Yes.
16       MS. PEREZ:
17           Object to form.
18       THE WITNESS:
19           Oh, but it is, yeah, sorry.
20 EXAMINATION BY MS. BIERI:
21 Q. Do you know if that has to do with the side
22    effects that people can have on Adriamycin?
23 A. I guess, yeah.
24 Q. And, ultimately, you did received Adriamycin.
25    Correct?

Page 35

1  A. Yes, I did.
2  Q. Okay.  I'd like to direct you to page 502
3     through 507 of Exhibit 21, please.  And take a
4     minute to look through those, if you need to.
5     I know you reviewed the document just
6     yesterday, but...
7        MS. PEREZ:
8            I'm sorry, what page is --
9        MS. BIERI:
10           Sure.  502 to 507.
11       MS. PEREZ:
12           Thank you.
13 EXAMINATION BY MS. BIERI:
14 Q. Do these records reflect your meeting -- your
15    first meeting with Dr. Cardinal?
16 A. Yes.
17 Q. And that first meeting was on April 22nd of
18    2008.  Correct?
19 A. I have the 23rd listed on here, but I could
20    have...
21 Q. Well, that's -- if you look -- and that's a
22    fair point.  Looking at page 502, there's not
23    a date at the top; page 503, there's not a
24    date at the top; page 504, it says questions,
25    4/23 --

Page 36

1  A. Right.
2  Q. -- of 2008.  The top of page 506 says
3     Wednesday, May 14th, and then there's no date
4     on the top of --
5  A. Right.
6  Q. -- page 507.
7        Do you -- did you first meet with
8     Dr. Cardinal on April 22nd of 2008?  And I can
9     hand you a medical record that's Bates labeled
10    860 to 861 --
11 A. Yeah.
12 Q. -- if that helps refresh your recollection?
13 A. Right.  Yes.
14 Q. And so the notes on page 502 and 503 are in
15    relation to your April 22nd meeting with
16    Dr. Cardinal?
17 A. Yes.
18 Q. And ultimately, not necessarily at the first
19    meeting, but ultimately, you followed
20    Dr. Cardinal's recommendation to participate
21    in NSABP B-40 clinical trial.  Correct?
22 A. Correct.
23 Q. And did you base your decision to follow
24    Dr. Cardinal's recommendation to be in NSABP
25    B-40, based on the risks and benefits of the

Page 37

1     clinical trials, and other options that were
2     outlined to you?
3        MS. PEREZ:
4            Object to form.
5        THE WITNESS:
6            Yes.
7  EXAMINATION BY MS. BIERI:
8  Q. So what was the purpose of the notes you were
9     taking on page 502 and 503?
10 A. Some of them was -- I don't know.  It's what
11    he was talking to us about.  So I'm just --
12    I'm jotting down some of the things that he
13    talked about.
14 Q. You're --
15 A. You know, I didn't write down every single
16    word.
17 Q. You were taking -- let me ask it this way:
18    You were taking down notes from your
19    conversation with Dr. Cardinal; is that
20    correct?
21 A. Correct.
22 Q. And you were writing down the important stuff
23    to remember; is that fair?
24       MS. PEREZ:
25           Object to form.

Veritext Legal Solutions
800-227-8440                                                                 973-410-4040