# EXHIBIT J

OCI, Clinical Trial NSABP B-40, PT0407, Study #800296913.

Eligibility Criteria met for NSABP B-40 trial as evidenced by: 50 year old female, PS (0), diagnosis made by core needle biopsy on 4/11/08. Patient has signed and dated the study consent, HIPPA, and pre-entry core biopsy consents. Patient is able to swallow oral medications, all pre-study labs and information obtained; History and physical exam done on 5/21/08 prior to randomization, which included a tumor assessment that revealed a 3x4cm mass i the left breast with no axillary involvement. Tumor assessment log began. HT.160cm, WT.195.5lbs (88kg). Pre-study labs drawn and reviewed per Dr. Kardinal and are WNL. UP/C ratio 0.08, serum creatinine clearance 118, serum creatinine 0.8, HCG negative (on 5/16/08), and ANC 3896. Patient is not menopausal. Patient is not taking any hormone medication or birth control pills.  Patient understands that she must use two forms of birth control, and she states that she will use condoms and vaginal foam. EKG WNL, MUGA 65%, negative PET scan, Bilateral mammogram done on 4/9/08. On 5/15/08 ultrasound guided core biopsy of left breast done with radiopaque markers placed at the biopsy sites, and at that time four cores were obtained for send out and mailed per protocol (PT0407). Tumors clinically staged T2, N0. Liver imaging and bone scan not required due to liver enzymes being within normal limits, and patient stating that she is not experiencing any bone pain. Patient with no history of PVD, heart disease, TIA, CVA, or MI. No history of hormonal therapy, no prior history of breast cancer or chemo therapy (including investigational drugs), no significant non-traumatic bleeding, no non-healing wounds or skin ulcers, pt. stated she has no hypersensitivity to drugs formulated with polysorbate 80, no history of gastroduodenal ulcers, bleeding disorders, sensory, motor or neuronal neuropathy.

Patient enrolled on NSABP B-40 study today and Randomized to Group 2B. Patient will recieve Bevacizumab (day 1 of each cycle), Docetaxel (day 1 of each cycle), and Capecitabine (days 1-14 of each cycle) the first four cycles every 21 days. Then 21 days after day 1 of the last cycle of Docetaxel, patient will begin Bevacizumab (Cycles 1 and 2 only every 21 days), and AC (4cycles every 21 days. Then restart Bevacizumab 4-6 weeks after breast surgery.

Medications ordered and confirmation of order taken to Christy in chemo pharmacy for filing. Capecitabine and Bevacizumab ordered from NSABP. Chemo pharmacy has Bevacizumab on hand from NSABP, but not enough to cover this patient. Pre-medication prescriptions recieved from Dr. Kardinal. Will call patient with randomization information and inform her that I have prescriptions for her to pick-up.

ELECTRONICALLY SIGNED BY Shevonda R. Thomas, RN,MSN, CRA 05/22/08 09:37:30 AM