# EXHIBIT K

08/25/2008  13:48   5048427693                    OCHSNER CANCER INST.                    PAGE  01/03

56713

**NSABP PROTOCOL B-40 TUMOR RESPONSE FORM**

Form TR (10-09-2006)
Page 1 of 3

NSABP Patient ID: [redacted]

Patient Initials: K , E —
(Last, First, Middle)

DATE FORM COMPLETED: 08 / 25 / 2008 (Month/Day/Year)

Fax to 412-622-2111

Institution/Affiliate: Ochsner Clinic CCOP /
Person Completing Form: ZAZULAK (Last Name)   Melanie (First Name)   504-842-3708 (Phone)

Are data amended?  ☐ Yes
(check box if yes, and circle amended items)

## INSTRUCTIONS

1. Each baseline target and nontarget lesion must be re-assessed at the following time points. **The form must be submitted even if the required assessment was not done.**
   - At the end of the docetaxel regimen (before starting AC)
   - At the end of the AC cycles (prior to surgery)

2. It is recommended that patients also be assessed for disease progression before each cycle of chemotherapy.
   - If disease progression is identified on a discretionary assessment, Form TR must be submitted.
   - If disease progression is not identified on a discretionary assessment, do not submit Form TR.

3. **Baseline measurements** are obtained prior to randomization, reported on the Registration Form (Form A), and are not updated after the patient has been entered on study.

4. All lesions detected in the breast and the axilla at baseline (prior to randomization) are designated as either target lesions or nontarget lesions.

   **Target Lesions include:**
   - Breast tumors ≥ 2.0 cm on baseline physical exam
   - Axillary nodes ≥ 2.0 cm on baseline physical exam

   **Nontarget Lesions include:**
   - Breast tumors < 2.0 cm on baseline physical exam
   - Axillary nodes < 2.0 cm on baseline physical exam

5. All assessments of target and nontarget lesions are done ONLY by physical examination (palpation).

6. Criteria for evaluation of clinical response are provided in section 12.1.4 of the protocol.

Mark Circles Like This: → ●

**Reason Form Submitted** (must be completed on all pages of the form.)
● Required assessment at the end of the docetaxel regimen (before starting AC)
○ Required assessment at the end of the AC cycles (prior to surgery)
○ Discretionary assessment which identified protocol-defined Progressive Disease
Do NOT submit this form for a discretionary assessment UNLESS the discretionary assessment identified protocol-defined progressive disease.

56713

Kahn, Elizabeth - NSABP 000065

08/25/2008  13:48    5048427693                OCHSNER CANCER INST.                    PAGE  02/03



Form TR (10-09-2006)
Page 2 of 3

**NSABP Patient ID:** 56713 [redacted]
**Patient Initials:** K E -
**DATE FORM COMPLETED:** 08 25 2008

### Section A: Evaluation of TARGET Lesions

Were the TARGET lesions measured on this evaluation? ● Yes   ○ No (If no, skip to SECTION B on page 3.)

**Date of Evaluation (TARGET Lesions):** 08 21 2008

**Response Status of TARGET lesions** *Refer to protocol section 12.1.4.*
○ Complete Response   ● Partial Response   ○ Stable Disease   ○ Progressive Disease

*(Progressive disease is defined as at least a 20% increase in the sum of the longest diameter (LD), taking as reference the smallest sum of the longest diameters to date.)*

#### MEASUREMENTS OF TARGET LESIONS
*Report the current measurement of each target lesion that was identified at baseline.*

| Lesion Number (TARGET Lesions) | Target Lesion Site | Longest Diameter of Lesion(s) (cm) *If lesion is no longer palpable, enter 00.0* |
|---|---|---|
| 1 | ○ Breast (primary tumor) | 1.0 |
| 2 | ○ Breast   ○ Axilla | . |
| 3 | ○ Breast   ○ Axilla | . |
| 4 | ○ Breast   ○ Axilla | . |
| 5 | ○ Breast   ○ Axilla | . |
| Sum of Longest Diameters of All Target Lesions | | . |

**SMALLEST SUM of Longest Diameters of all Target Lesions (to date):** 1.0 (cm)
*Consider the baseline assessment and all assessments that were done after the patient was entered on study.*

**Date SMALLEST SUM Observed:** 08 21 2008

**Reason Form Submitted** *(must be completed on all pages of the form.)*
● Required assessment at the end of the docetaxel regimen (before starting AC)
○ Required assessment at the end of the AC cycles (prior to surgery)
○ Discretionary assessment which identified protocol-defined Progressive Disease
Do NOT submit this form for a discretionary assessment UNLESS the discretionary assessment identified protocol-defined progressive disease.


56713

Kahn, Elizabeth - NSABP 000066

08/25/2008  13:48   5048427693                OCHSNER CANCER INST.                       PAGE  03/03

 

56713

| NSABP Patient ID | [redacted] | Patient Initials  K |  E | — | Form TR (10-09-2006) Page 3 of 3 |
|---|---|---|---|---|---|

DATE FORM COMPLETED: 08 25 2008  

## Section B. Evaluation of NONTARGET Lesions

**Were NONTARGET lesions identified on the <u>baseline</u> evaluation?**  ○ Yes  ● No
*(If no, skip to SECTION C.)*

**Were the NONTARGET lesions assessed on this evaluation?**  ○ Yes  ○ No
*(If no, skip to SECTION C.)*

**Date of Evaluation (NONTARGET Lesions)**  [ ][ ] [ ][ ] [ ][ ][ ][ ]
Month  Day  Year

**Response Status of NONTARGET Lesions** *Refer to protocol section 12.1.4.*
○ Complete Response (CR)
○ Incomplete Response or Stable Disease (non-CR/non-PD)
○ Progressive Disease (PD) *(unequivocal progression of existing non-target disease)*

## Section C. Manifestations of Progressive Disease (other than progression of target or non-target lesions)

**Was the appearance of any NEW lesions documented?**  ○ Yes  ● No

*(If yes)* **New Lesion Site** *(Mark all that apply.)*
  ○ Breast  ○ Axilla  ○ Other *(specify)* _____

**Date of Evaluation (New Lesion)**  [ ][ ] [ ][ ] [ ][ ][ ][ ]    *Provide earliest date if more than one for this report.*
Month  Day  Year

**Was there any other manifestation of disease progression?**  ○ Yes  ● No
*(other than progression of target lesions, progression of nontarget lesions, or the appearance of a new lesion)*

*(If yes)* Specify _____

---

**Reason Form Submitted** *(must be completed on <u>all pages</u> of the form.)*
● Required assessment at the end of the docetaxel regimen (before starting AC)
○ Required assessment at the end of the AC cycles (prior to surgery)
○ Discretionary assessment which identified protocol-defined Progressive Disease
  Do NOT submit this form for a discretionary assessment UNLESS the discretionary assessment identified protocol-defined progressive disease.

56713 

Kahn, Elizabeth - NSABP 000067