# EXHIBIT M

11/14/2008  11:11    5048427693              OCHSNER CANCER INST.              PAGE 01/03



**NSABP PROTOCOL B-40 TUMOR RESPONSE FORM**

Form TR (10-09-2006)
Page 1 of 3

56713

NSABP Patient ID: [redacted]

Patient Initials: K, E, -  (Last, First, Middle)

DATE FORM COMPLETED: 11 / 14 / 2008 (Month/Day/Year)

Fax to 412-622-2111

Institution/Affiliate: Ochsner Clinic CCOP
Person Completing Form: Zazular (Last Name), Melanie (First Name), 504-842-3708 (Phone)

Are data amended?  ☐ Yes
(check box if yes, and circle amended items)

## INSTRUCTIONS

1. Each baseline <u>target</u> and <u>nontarget</u> lesion must be re-assessed at the following time points. **The form must be submitted even if the required assessment was not done.**
   - At the end of the docetaxel regimen (before starting AC)
   - At the end of the AC cycles (prior to surgery)

2. It is recommended that patients also be assessed for disease progression before each cycle of chemotherapy.
   - If disease progression is identified on a discretionary assessment, Form TR must be submitted.
   - If disease progression is <u>not</u> identified on a discretionary assessment, do not submit Form TR.

3. **Baseline measurements** are obtained <u>prior to randomization</u>, reported on the Registration Form (Form A), and are <u>not updated</u> after the patient has been entered on study.

4. All lesions detected in the breast and the axilla at baseline (prior to randomization) are designated as either <u>target lesions</u> or <u>nontarget lesions</u>.

   **Target Lesions include:**
   - Breast tumors ≥ 2.0 cm on <u>baseline</u> physical exam
   - Axillary nodes ≥ 2.0 cm on <u>baseline</u> physical exam

   **Nontarget Lesions include:**
   - Breast tumors < 2.0 cm on <u>baseline</u> physical exam
   - Axillary nodes < 2.0 cm on <u>baseline</u> physical exam

5. All assessments of <u>target</u> and <u>nontarget</u> lesions are done ONLY by <u>physical examination</u> (palpation).

6. Criteria for evaluation of <u>clinical response</u> are provided in section 12.1.4 of the protocol.

Mark Circles Like This: → ●

**Reason Form Submitted** (must be completed on <u>all pages</u> of the form.)
○ Required assessment at the end of the docetaxel regimen (before starting AC)
● Required assessment at the end of the AC cycles (prior to surgery)
○ Discretionary assessment which identified protocol-defined Progressive Disease
  Do NOT submit this form for a discretionary assessment UNLESS the discretionary assessment identified protocol-defined progressive disease.

56713

Kahn, Elizabeth - NSABP 000087



56713

Form TR (10-09-2006)
Page 2 of 3

**NSABP Patient ID:** [redacted]

**Patient Initials:** K E -
Last / First / Middle

**DATE FORM COMPLETED:** 11 / 14 / 2008

### Section A: Evaluation of TARGET Lesions

Were the TARGET lesions measured on this evaluation? ● Yes   ○ No  *(If no, skip to SECTION B on page 3.)*

**Date of Evaluation (TARGET Lesions):** 11 / 13 / 2008

**Response Status of TARGET lesions** *Refer to protocol section 12.1.4.*
● Complete Response   ○ Partial Response   ○ Stable Disease   ○ Progressive Disease

*(Progressive disease is defined as at least a 20% increase in the sum of the longest diameter (LD), taking as reference the smallest sum of the longest diameters to date.)*

#### MEASUREMENTS OF TARGET LESIONS
*Report the current measurement of each target lesion that was identified at baseline.*

| Lesion Number (TARGET Lesions) | Target Lesion Site | Longest Diameter of Lesion(s) If lesion is no longer palpable, enter 00.0 |
|---|---|---|
| 1 | ● Breast  (primary tumor) | 00.0 (cm) |
| 2 | ○ Breast   ○ Axilla | (cm) |
| 3 | ○ Breast   ○ Axilla | (cm) |
| 4 | ○ Breast   ○ Axilla | (cm) |
| 5 | ○ Breast   ○ Axilla | (cm) |
| **Sum of Longest Diameters of All Target Lesions** | | 00.0 (cm) |

**SMALLEST SUM of Longest Diameters of all Target Lesions (to date):** 00.0 (cm)
*Consider the baseline assessment and all assessments that were done after the patient was entered on study.*

**Date SMALLEST SUM Observed:** 11 / 13 / 2008

**Reason Form Submitted** *(must be completed on all pages of the form.)*
○ Required assessment at the end of the docetaxel regimen (before starting AC)
● Required assessment at the end of the AC cycles (prior to surgery)
○ Discretionary assessment which identified protocol-defined Progressive Disease
Do NOT submit this form for a discretionary assessment UNLESS the discretionary assessment identified protocol-defined progressive disease.

56713





Form TR (10-09-2006)
Page 3 of 3

**NSABP Patient ID:** [redacted]

**Patient Initials:** K | E | —
Last / First / Middle

**DATE FORM COMPLETED:** 1 1 | 1 4 | 2 0 0 8
Month / Day / Year

## Section B: Evaluation of NONTARGET Lesions

Were NONTARGET lesions identified on the baseline evaluation?  ○ Yes  ● No
(If no, skip to SECTION C.)

Were the NONTARGET lesions assessed on this evaluation?  ○ Yes  ○ No
(If no, skip to SECTION C.)

Date of Evaluation (NONTARGET Lesions) [  ] Month [  ] Day [  ] Year

Response Status of NONTARGET Lesions  *Refer to protocol section 12.1.4.*
○ Complete Response (CR)
○ Incomplete Response or Stable Disease (non-CR/non-PD)
○ Progressive Disease (PD) *(unequivocal progression of existing non-target disease)*

## Section C: Manifestations of Progressive Disease
(other than progression of target or non-target lesions)

Was the appearance of any NEW lesions documented?  ○ Yes  ● No

(If yes) **New Lesion Site** *(Mark all that apply.)*
○ Breast  ○ Axilla  ○ Other *(specify)* _____

Date of Evaluation (New Lesion) [  ] Month [  ] Day [  ] Year
*Provide earliest date if more than one for this report.*

Was there any other manifestation of disease progression?  ○ Yes  ● No
*(other than progression of target lesions, progression of nontarget lesions, or the appearance of a new lesion)*

(If yes) Specify _____

**Reason Form Submitted** *(must be completed on all pages of the form.)*
○ Required assessment at the end of the docetaxel regimen (before starting AC)
● Required assessment at the end of the AC cycles (prior to surgery)
○ Discretionary assessment which identified protocol-defined Progressive Disease
  Do NOT submit this form for a discretionary assessment UNLESS the discretionary assessment identified protocol-defined progressive disease.

56713

Kahn, Elizabeth - NSABP 000089