MINUTE ENTRY
MILAZZO, J.
February 13, 2020

JS-10:01:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On February 13, 2020, the Court held a status conference with Dawn Barrios, Doug Moore, and other counsel. The parties discussed the selection of bellwether plaintiffs.

*[Signature]*