UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Sean Rains, Surving Spouse of Janele Dyer, Deceased
Case No.: _2:19-cv-00730-JTM-MBN

## DECLARATION

I, William Barfield, have attempted to reach my client, Sean Rains, Surviving Spouse of Janele Dyer, deceased, on the following dates: October 2, 2019 left voicemail, October 21, 2019 sent email and left voicemail, October 25, 2019 left voicemail, December 2, 2019 sent email, January 29, 2020 sent email and February 11, 2020 sent letter by U.S. mail

by (check all that apply) _X___ telephone, __X__ e-mail, ____ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**MCDONALD WORLEY, PC**

*/s/ William H. Barfield*
William H. Barfield,
bill@mcdonaldworley.com
TX State Bar No. 24031725
Jeffrey C. Bogart
jbogart@mcdonaldworley.com
State Bar No. 132778
Mc Donald S. Worley

don@mcdonaldworley.com
State Bar No. 24003208
**MCDONALD WORLEY, PC**
1770 St. James Place, Suite 100
Houston, Texas 77056
Telephone: (713) 523-5500
Facsimile: (713) 523-5501