UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "H" (5) |
| : | JUDGE MILAZZO |
| : | MAG. JUDGE NORTH |
| Carolyn Chapman                          , : | |
| Plaintiff(s), : | |
| : | Civil Action No.:  2:17-cv-16701 |
| vs. : | |
| : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.                                      , : | |
| Defendant(s). : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]  Plaintiff's original Complaint was filed in the Eastern District of Louisiana on November 30, 2018 (*Carolyn Chapman v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al,* Case No. 2:17-cv-16701), and Plaintiff served Defendants pursuant to PTO 9.

Since the time of filing the aforementioned Short Form Complaint, Plaintiff learned through the acquisition of additional records NDC Codes that show that Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Hospira Worldwide, LLC f/k/a

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

Hospira Worldwide, Inc., and Hospira, Inc. rather than McKesson Corporation d/b/a McKesson Packaging, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. should be named as the Defendant in Plaintiff's Complaint. Thus, Plaintiff's proposed amendment would reflect this change.

     Pursuant to CMO 12A, Plaintiff has voluntarily dismissed with prejudice McKesson Corporation d/b/a McKesson Packaging, and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

     Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

Respectfully submitted this 17th day of February 2020.

                                           */s/ Rhett A. McSweeney*
                                           Rhett A. McSweeney, #269542
                                           David M. Langevin, #329563
                                           McSweeney/Langevin
                                           2116 Second Avenue South
                                           Minneapolis, MN 55404
                                           Phone: (612) 542-4646
                                           Fax: (612) 454-2678
                                           dave@westrikeback.com
                                           ram@westrikeback.com
                                           Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: <u>February 17, 2020</u>                              <u>/s/ Rhett A. McSweeney</u>
                                                             Rhett A. McSweeney