UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Carolyn Chapman, | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | Civil Action No.: 2:17-cv-16701 |
| vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al, | |
| Defendant(s). | |

AMENDED **SHORT FORM COMPLAINT (Effective as of January 4, 2019)**[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Carolyn Chapman

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

N/A

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Current State of Residence: Illinois

5. State in which Plaintiff(s) allege(s) injury: Illinois and Indiana

6. Defendants (check all Defendants against whom a Complaint is made):

    a. Taxotere Brand Name Defendants

        [X] A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        [X] B. Sanofi-Aventis U.S. LLC

    b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

        [ ] A. Sandoz Inc.

        [ ] B. Accord Healthcare, Inc.

        [ ] C. McKesson Corporation d/b/a McKesson Packaging

        [X] D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        [X] E. Hospira, Inc.

        [ ] F. Sun Pharma Global FZE

        [ ] G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        [ ] H. Pfizer Inc.

        [ ] I. Actavis LLC f/k/a Actavis Inc.

        [ ] J. Actavis Pharma, Inc.

☐    K.    Other:

7.    Basis for Jurisdiction:

     ☐    Diversity of Citizenship

     ☒    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

> This Court has jurisdiction over this action pursuant to 28 USC § 1331, because this a civil action and Plaintiff's claim arises under law of the United States including, but not limited to, Title 15 of the United States Code, §§ 1451 et seq., 2051 et seq. and 2301 et seq.

8.    Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> U.S.D.C. - Southern District of Illinois

9.    Brand Product(s) used by Plaintiff (check applicable):

     ☒    A.    Taxotere

     ☐    B.    Docefrez

     ☐    C.    Docetaxel Injection

     ☒    D.    Docetaxel Injection Concentrate

     ☐    E.    Unknown

     ☐    F.    Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> 02/21/2011 - 05/02/2011

11. State in which Product(s) identified in question 9 was/were administered:

> Indiana

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent alopecia following the administration of Taxotere and Docetaxel

13. Counts in Master Complaint brought by Plaintiff(s):

    [X] Count I – Strict Products Liability - Failure to Warn
    [X] Count III – Negligence
    [X] Count IV – Negligent Misrepresentation
    [X] Count V – Fraudulent Misrepresentation
    [X] Count VI – Fraudulent Concealment
    [X] Count VII – Fraud and Deceit

    [ ] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Until recently, Plaintiff did not suspect, nor did she have reason to suspect, that wrongdoing had caused her injuries. In addition, Plaintiff did not have reason to suspect the tortious nature of the conduct causing the injuries, until recently and has filed the herein action well within the applicable statute of limitations period. Plaintiff had no knowledge of the wrongful conduct of the Defendants as set forth herein, nor did Plaintiff have access to the information regarding other injuries and complaints in the possession of Defendants. Additionally, Plaintiff was prevented from discovering this information sooner because Defendant misrepresented and continue to misrepresent to the public, to the medical profession and to Plaintiff that Taxotere is safe and free from serious side effects. Defendants have fraudulently concealed facts and information that could have led Plaintiff to an earlier discovery of potential causes of action.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: s/Jonathan R. Mencel

David M. Langevin (# 329563)

Rhett A. McSweeney (# 269542)

Jonathan R. Mencel (# 390056)

McSweeney / Langevin LLC

2116 Second Avenue South

Minneapolis, MN 55404

Phone: (612) 542-4646

Fax: (612) 454-2678

dave@westrikeback.com

ram@westrikeback.com

jon@westrikeback.com

Counsel for Plaintiff