# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| ------------------------------------------------------------ | : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE NORTH |

*Modine J. Landry v. Sanofi S.A., et al*
*Civil Action No.: 2:17-cv-08110*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), Plaintiff, by and through undersigned counsel, hereby informs this Honorable Court of the Death of Plaintiff, Modine J. Landry during the pendency of this action, which occurred on July 8, 2019. A copy of the death certificate is attached hereto.

Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Modine J. Landry's Estate in the near future.

Dated: February 17, 2020              Respectfully submitted,

/s/ Dawn M. Barrios
Dawn M. Barrios (#2821)
Bruce S. Kingsdorf (#7403)
Zachary L. Wool (#32778)
Emma K. Schwab (#35864)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
bkingsdorf@bkc-law.com
barrios@bkc-law.com
zwool@bkc-law.com
eschwab@bkc-law.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 17, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

              */s/ Dawn M. Barrios*
              DAWN M. BARRIOS