# EXHIBIT A

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

**BIRTH NUMBER:**
**STATE FILE NUMBER:** 2019-022-00536

**6969950**

### DECEDENT
- **DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX):** LANDRY, MODINE J
- **DATE OF BIRTH:** [redacted]
- **DATE OF DEATH:** 07/08/2019
- **TIME OF DEATH:** 04:45 AM
- **PLACE OF BIRTH (CITY, STATE, COUNTRY):** LAFAYETTE, LA UNITED STATES
- **SEX:** FEMALE
- **SOCIAL SECURITY NUMBER:** [redacted]
- **AGE:** 77 YEARS
- **DECEDENT'S ALIAS NAME(S) (LAST, FIRST, MIDDLE, SUFFIX):**
- **RESIDENCE OF DECEDENT (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY):** [redacted]
- **WITHIN CITY LIMITS?** YES
- **PARISH/COUNTY:** [redacted]

### PERSONAL
- **EVER IN U.S. ARMED FORCES?** NO
- **OCCUPATION:** BOOKKEEPER
- **INDUSTRY OF OCCUPATION:** ACCOUNTING
- **MARITAL STATUS:** NEVER MARRIED
- **NAME OF SURVIVING SPOUSE:**
- **FATHER/PARENT NAME:** LANDRY, JOSEPH PERCY
- **FATHER/PARENT PLACE OF BIRTH:** LAFAYETTE, LA UNITED STATES
- **MOTHER/PARENT NAME:** CREDEUR, ANNA LOU
- **MOTHER/PARENT PLACE OF BIRTH:** CARENCRO, LA UNITED STATES
- **INFORMANT'S NAME:** LANDRY, HAYWOOD
- **RELATIONSHIP TO DECEDENT:** BROTHER
- **INFORMANT'S ADDRESS:** [redacted]
- **EDUCATION:** HIGH SCHOOL GRADUATE, OR GED COMPLETED
- **OF HISPANIC ORIGIN?:** NO, NOT SPANISH/HISPANIC/LATINO
- **RACE:** WHITE

### DEATH INFO
- **PLACE OF DEATH:** DECEDENT'S HOME
- **FACILITY NAME:**
- **FACILITY ADDRESS:**
- **PARISH/COUNTY:**

### DISPOSITION
- **METHOD OF DISPOSITION:** BURIAL
- **PLACE OF DISPOSITION:** CALVARY CEMETERY
- **PLACE OF DISPOSITION (CITY, STATE, COUNTRY):** LAFAYETTE, LA UNITED STATES
- **DATE OF DISPOSITION:** 07/10/2019

### FUNERAL FACILITY
- **FUNERAL FACILITY NAME:** MARTIN & CASTILLE FUNERAL HOME, INC - ST. LANDRY STREET LAFAYETTE
- **ADDRESS OF FUNERAL FACILITY:** 330 ST. LANDRY ST., LAFAYETTE, LA 70506 UNITED STATES
- **NAME OF FUNERAL DIRECTOR:** MARTIN III, RAYMOND E
- **LICENSE NUMBER:** E2747
- **CORONER NOTIFIED?** Y
- **SIGNATURE OF FUNERAL DIRECTOR:** *e-sign*
- **DATE:** 7/15/2019

### MEDICAL INFO
- **MANNER OF DEATH:** NATURAL
- **IF FEMALE?:** NOT APPLICABLE
- **DID TOBACCO USAGE CONTRIBUTE TO DEATH?:** UNKNOWN

### CAUSE OF DEATH
PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate Interval Onset to Death |
|---|---|---|
| a. IMMEDIATE CAUSE | TRAUMATIC SUBARACHNOID HEMORRHAGE | 10 DAYS |
| b. | | |
| c. UNDERLYING CAUSE | | |
| d. | | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

- **WAS AN AUTOPSY PERFORMED?** NO
- **FINDINGS USED IN DETERMINING CAUSE?** NOT APPLICABLE

### INJURY INFORMATION
- **PLACE OF INJURY:**
- **DATE OF INJURY:**
- **TIME OF INJURY:**
- **INJURY AT WORK:**
- **IF TRANSPORTATION INJURY, SPECIFY:**
- **LOCATION OF INJURY:**
- **PARISH/COUNTY:**
- **DESCRIBE HOW INJURY OCCURED:**

### CERTIFIER
I CERTIFY THAT I ATTENDED THE DECEDENT FROM 6/28/2019 TO 7/8/2019 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.
- **SIGNATURE OF CERTIFIER:** *e-sign*
- **DATE:** 7/12/2019
- **CERTIFIER NAME:** PANELLI, VICTORIA E
- **CERTIFIER TITLE:** CERTIFYING PHYSICIAN
- **CERTIFIER ADDRESS:** 100 ASMA DR. - APT/STE 110, LAFAYETTE, LA 70508 UNITED STATES
- **BURIAL TRANSIT PERMIT:** 319686
- **PARISH OF ISSUE:** ORLEANS
- **DATE OF ISSUE:** 07/05/2019
- **DATE FILED WITH REGISTRAR:** 7/15/2019

### REGISTRAR
- **SIGNATURE OF REGISTRAR:** DEVIN GEORGE *e-sign*
- **ISSUED BY:** Sam, Britanny R
- **Issued On:** 7/15/2019 1:31:25 PM




006969950

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

**DEVIN GEORGE**
**STATE REGISTRAR**

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT



AmeriTech, Incorporated — ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE