# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Brewer et al v. Accord Healthcare, Inc. et al*<br><br>Plaintiff Name: Audrey Brewer and Randy Brewer<br>Civil Action No.: 2:18-cv-09605 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 18th day of February 2020        Respectfully submitted,

                                          /s/ *Matthew R. McCarley*
                                          **FEARS NACHAWATI, PLLC**
                                          Matthew R. McCarley, #24041426
                                          Tarek A. Abbassi, #24096225
                                          Jason S. Long #24098012
                                          5473 Blair Road
                                          Dallas, Texas 75231
                                          Telephone: (214) 890-0711
                                          Fax: (214) 890-0712
                                          mccarley@fnlawfirm.com
                                          tabbassi@fnlawfirm.com
                                          jlong@fnlawfirm.com
                                          Counsel for plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          /s/ *Jason S. Long*