UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## CASE MANAGEMENT ORDER NO. 23

Having carefully considered the parties' nominations, the Court selects the following Plaintiffs to proceed with discovery in preparation for the fourth bellwether trial:

- Sharon Allen, 2:17-cv-5108
- Sandra Burks, 2:18-cv-686
- Juanita Greer, 2:18-cv-11728
- Hattie Grines, 2:16-cv-15319
- Minnie Moore, 2:18-cv-12295
- Emma Willie, 2:18-cv-3857
- Cynthia Brown, 2:18-cv-6428
- Angela Durden, 2:18-cv-1544
- Mildred Kumar, 2:17-cv-15311
- Melissa Roach, 2:17-cv-7918
- Cindy Smith, 2:18-cv-7702
- Shirlon Pigott, 2:18-cv-8673

New Orleans, Louisiana, this 18th day of February, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE