IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| LORETTA LATIMORE, | SECTION "H" (5) JUDGE MILAZZO |
| Plaintiffs, | MAG. JUDGE NORTH |
| v. | |
| MCKESSON CORPORATION d/b/a MCKESSON PACKAGING, | Civil Action No. 2:17-CV-06712 |
| Defendants. | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 9210);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 18th day of February, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT