**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| VALERIE MCCOLLUM, | : | **JUDGE MILAZZO** |
| | : | |
| Plaintiffs, | : | **MAG. JUDGE NORTH** |
| | : | |
| v. | : | |
| | : | **Civil Action No. 2:18-CV-03578** |
| ACCORD HEALTHCARE, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 9211);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 18th day of February, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT