# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 <br> SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| *This Document Relates to:* <br> Alexandra B. Keith | : : | CIVIL ACTION NO. 2:17-cv-09462 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File a First Amended Short Form Complaint (Doc. 9233);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 18th day of February, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT