# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| | : | |
| *This Document Relates to:* | : | CIVIL ACTION NO. 2:17-cv-09485 |
| *Deborah A. Musico* | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File a Second Amended Short Form Complaint (Doc. 9234);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 18th day of February, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT