UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| DONNA H. PRIMROSE, | MAG. JUDGE NORTH |
| Plaintiff, | |
| v. | Civil Action No.: 2:18-cv-09425 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | |
| Defendants. | |

**ORDER**

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint (Doc. 9263);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 18th day of February, 2020.

Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE