UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Certain Cases,*
*Identified in Exh. A (Rec. Doc. 8977-3)*

# ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Pre-December 15, 2006) (Doc. 9231) Under Seal;

**IT IS ORDERED** that said Motion (Doc. 9235) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibits 4, 7-11, 32, and 36 to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Pre-December 15, 2006) under seal.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE