UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: JOHNA PLATERO
Case No.: 2:17-cv-12393

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Johna Platero whose case is on a Notice of Non-Compliance regarding production of Product Identification, to be heard by the Court in early 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

| | |
|---|---|
| Dated: February 19, 2020 | /s/ Alyssa J. White |
| | Alyssa J. White |
| | Johnson Law Group |
| | 2925 Richmond Avenue, Ste 1700 |
| | Houston, TX 77098 |
| | (713) 626-9336 |
| | awhite@johnsonlawgroup.com |