UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Maria Glynn v. Sanofi-Aventis U.S. LLC, et al.<br>Civil Action No.: 2:16-cv-15729 | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Maria Glynn, on January 13, 2020. A motion for substitution of plaintiff will be filed by the appropriate representative of Mrs. Glynn's estate.

Dated: February 19, 2020

                                            Respectfully Submitted,

                                            **MARTZELL, BICKFORD, & CENTOLA**

                                            */s/ Lawrence J. Centola, III*
                                            SCOTT R. BICKFORD, T.A. (#1165)
                                            LAWRENCE J. CENTOLA, III (#27402)
                                            338 Lafayette Street
                                            New Orleans, Louisiana 70130
                                            (504) 581-9065
                                            (504) 583-7635 (FAX)

                                            and

                                            Emily C. Jeffcott (LA #33204)
                                            Hugh P. Lambert (LA #7933)
                                            THE LAMBERT FIRM, PLC
                                            701 Magazine Street
                                            New Orleans, LA 70130
                                            Phone: (504) 581-1750
                                            Fax: (504) 529-2931
                                            ejeffcott@thelambertfirm.com
                                            hlambert@thelambertfirm.com

                                            Attorneys for Plaintiff

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 19, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>/s/ Lawrence J. Centola, III</u>