# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Maria Glynn v. Sanofi-Aventis U.S. LLC, et al.<br>Civil Action No.: 2:16-cv-15729 | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

NOW INTO COURT comes counsel for Plaintiff, Maria Glynn, who moves this Court for an order substituting Ronald W. Glynn on behalf of his deceased spouse, Maria Glynn, in the above-captioned matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for the following reasons:

1. On October 20, 2016, Maria Glynn filed a products liability lawsuit in the above-referenced matter.

2. On January 13, 2020, Maria Glynn passed away.

3. Plaintiff filed a suggestion of Death on February 19, 2020. *See* Doc. No. 9337.

4. Maria Glynn's product liability action against defendants survived Plaintiff decedent's death and is not concluded.

5. The decedent's spouse, Ronald W. Glynn, is a proper party to substitute for plaintiff-decedent Maria Glynn and wishes to be substituted on her behalf in this case.

WHEREFORE, counsel for Plaintiff request that this Court grant this request for substitution of Plaintiff in this action.

Dated: February 19, 2020

Respectfully Submitted,

**MARTZELL, BICKFORD, & CENTOLA**

*/s/ Lawrence J. Centola, III*_____
SCOTT R. BICKFORD, T.A. (#1165)
LAWRENCE J. CENTOLA, III (#27402)
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 583-7635 (FAX)

and

Emily C. Jeffcott (LA #33204)
Hugh P. Lambert (LA #7933)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
ejeffcott@thelambertfirm.com
hlambert@thelambertfirm.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lawrence J. Centola, III*_____