# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br>Rose Shorter | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., AND SANOFI-AVENTIS U.S. LLC.** |
| | Civil Action No.: 2:20-cv-00126 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this case matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 19th day of February, 2020

By: Sean C. Domnick, Esq.
FL Bar No. 843679
Domnick Cunningham & Whalen
2401 PGA Blvd., Ste 140
Palm Beach Gardens, FL 33410
(561) 625-6260
scd@dcwlaw.com
eservice@dcwlaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 19, 2020.                                               */s/ Sean C. Domnick*