UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION  _____  **THIS DOCUMENT RELATES TO:**  *Kimberly Nicole Gilmore vs Sanofi US Services Inc., et al.*  **Civil Action No. 2:19-cv-12390** | MDL No. 2740  SECTION "H" (5)  **JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH** |

**PLAINTIFF'S MOTION TO WITHDRAW DECLARATION OF NO CONTACT**

Comes now undersigned counsel, and moves to withdraw the Declaration of No Contact.

On January 15, 2020, Plaintiff's counsel filed the Declaration, which stated that Plaintiff was unresponsive. Following counsel's Declaration, Plaintiff made contact, and remains in good contact. Plaintiff has also cured all deficiencies alleged by Defendants.

Plaintiff respectfully requests that this Court withdraw the filed Declaration Form, and allow the case to proceed.

Dated: February 19, 2020

        Respectfully submitted,

        **REYES | BROWNE | REILLEY**

By: */s/ Ryan J. Browne*
    Ryan J. Browne
    Texas State Bar No. 00796262
    Spencer P. Browne
    Texas State Bar No. 24040589
    8222 Douglas Ave., Suite 400
    Dallas, TX 75225
    (214) 526-7900
    (214) 526-7910 (FAX)
    ryan@reyeslaw.com
    spencer@reyeslaw.com

        **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 19, 2020, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

                */s/Ryan J. Browne*
                Ryan J. Browne