## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| Kimberly Nicole Gilmore | HON. JANE TRICHE MILAZZO |
| | Case No. 2:18-cv-12390 |
| Plaintiff | |
| Vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | |

## ORDER

On this day came to be considered Plaintiff's Motion to Withdraw Declaration of No Contact.

IT IS HEREBY ORDERED that the Plaintiff's Motion to Withdraw Declaration of No Contact is GRANTED. Plaintiff is allowed to proceed with her case.

SIGNED THIS _____DAY OF _____, 2020.

_____
JUDGE PRESIDING