UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Ruth Snyder v. Sanofi US Services Inc., et al.; Case No. 2:17-cv-12155* | : | |
| | : | |
| | : | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting FRANK SNYDER on behalf of his deceased spouse, Ruth Snyder.

1. Ruth Snyder filed a products liability lawsuit against Defendants on November 9, 2017.

2. Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Ruth Snyder died on April 12, 2019.

3. Ruth Snyder's product liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on December 3, 2019.

5. Frank Snyder, surviving spouse of Ruth Snyder is the proper party to substitute for plaintiff-decedent Ruth Snyder and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating "[if] a party dies and the claim is not extinguished, the court may order substitution of the property party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

1

WHEREFORE, counsel for Plaintiff requests that the Court grant this motion for an Order substituting Frank Snyder, Successor In Interest of the Estate of Ruth Snyder, for the plaintiff, Ruth Snyder.

| | |
|---|---|
| **Dated this 19th day of February, 2020** | **Respectfully submitted,**<br><br>/s/ *Paige Boldt*<br>**Ryan L. Thompson**<br>Texas Bar No. 24046969<br>**Mikal C. Watts**<br>Texas Bar No. 20981820<br>**Paige Boldt**<br>Texas Bar No. 24082626<br><br>**WATTS GUERRA LLP**<br>5726 Hausman Rd. W., Ste. 119<br>San Antonio, TX 78249<br>Telephone: 866.529.9100<br>Fax: 210.448.0501<br>Email: rthompson@wattsguerra.com<br>Email: mcwatts@wattsguerra.com<br>Email: pboldt@wattsguerra.com<br><br>**ATTORNEYS FOR PLAINTIFF** |

### CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  February 19, 2020          /s/ *Paige Boldt*
                                                              Paige Boldt