UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Ruth Snyder v. Sanofi US Services Inc., et al.; Case No. 2:17-cv-12155* | | |

**ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF**

THIS CAUSE, having come before this Honorable Court on Ruth Snyder's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. Frank Snyder, on behalf of his deceased wife, Ruth Snyder, may be substituted for Ruth Snyder as the proper party plaintiff in this action.

SO ORDERED this ____ day of _____, 2020.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge

1