# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | JUDGE JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: | : | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC |
| Cathleen Backley v. Sanofi US Services Inc. et al. | : | 2:17-cv-14108-KDE-MBN |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

 Dated: February 19, 2020

                **HODES MILMAN LIEBECK, LLP**

                By: /s/ *Benjamin T. Ikuta*
                Benjamin T. Ikuta
                9210 Irvine Center Drive
                Irvine, California 92618
                Email: bikuta@hml.law

                *Attorneys for Plaintiff Cathleen Backley*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 19, 2020    **HODES MILMAN LIEBECK, LLP**

By: /s/ *Benjamin T. Ikuta*
Benjamin T. Ikuta
9210 Irvine Center Drive
Irvine, California 92618
Email: bikuta@hml.law

*Attorneys for Plaintiff Cathleen Backley*