UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Certain Cases,*
*Identified in Defendants' Exh. 1 (Doc. 9189-2)*

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF PSC
FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' *SEALED*
MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFFS WHOSE
TAXOTERE TREATMENT STARTED AFTER DECEMBER 11, 2015
UNDER SEAL**

MAY IT PLEASE THE COURT:

Plaintiffs identified in Doc. 9189-2, through the Plaintiffs' Steering Committee ("PSC"), respectfully request leave of Court to file, under seal, their Opposition to Defendants' *sealed* Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere treatment started after December 11, 2015, including their Response to Defendants' Statement of Facts and Plaintiffs' Counterstatement of Facts and Exhibits under seal. The PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced pleadings and exhibits should be filed under seal.

The Protective Order in this case, Pretrial Order No. 50, provides that:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

Plaintiffs' Opposition to Defendants' *sealed* Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere treatment started after December 11, 2015, including their Response to Defendants' Statement of Facts and Plaintiffs' Counterstatement of Facts and accompanying exhibits have been designated as confidential and/or "protected information," as set forth in PTO No. 50. Out of an abundance of caution, therefore, the PSC requests that these pleadings and exhibits be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Out of an abundance of caution, the PSC believes that PTO No. 50 requires the pleadings and exhibits at issue be sealed. *See* Pretrial Order No. 50 (Doc. No. 612-1, ¶ 2). Accordingly, the PSC respectfully requests that Plaintiffs' Opposition to Defendants' *sealed* Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere treatment started after December 11, 2015, including their Response to Defendants' Statement of Facts and Plaintiffs' Counterstatement of Facts and accompanying exhibits, which will be hand delivered to the Court on Thursday, February 20, 2020, pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for the duration of this litigation, or until the Court determines (or the parties agree) that the documents should not be marked confidential.

Accordingly, the PSC requests that the Court enter the attached proposed order directing that Plaintiffs' Opposition to Defendants' *sealed* Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere treatment started after December 11, 2015, including their Response to Defendants' Statement of Facts and Plaintiffs' Counterstatement of Facts and accompanying exhibits be filed UNDER SEAL.

Dated: February 19, 2020                                    Respectfully submitted,

*/s/ Christopher L. Coffin*                                 */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                              Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                            Andre Mura ((CA Bar # 298541) (on the brief)
1100 Poydras Street, Suite 2505                             GIBBS LAW GROUP LLP
New Orleans, LA 70163                                       6701 Center Drive West, Suite 1400
Telephone: 504-355-0086                                     Los Angeles, California 90045
Facsimile: 504-523-0699                                     Telephone: 510-350-9700
Email: ccoffin@pbclawfirm.com                               Facsimile: 510-350-9701
                                                            kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

                                                            *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                      */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                                  Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN                                         BARRIOS, KINGSDORF & CASTEIX, LLP
DAVID MEUNIER & WARSHAUER, LLC                              701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                     New Orleans, LA 70139
New Orleans, LA 70163-2800                                  Telephone: 504-524-3300
Telephone: 504-522-2304                                     Facsimile: 504-524-3313
Facsimile: 504-528-9973                                     Email: barrios@bkc-law.com
Email: plambert@gainsben.com

                                                            *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*


## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                                Daniel P. Markoff
Andrews & Thornton                                          Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                             9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                                     Oklahoma City, OK 73120
Phone: (800) 664-1734                                       Phone: (405) 607-8757
aa@andrewsthornton.com                                      Fax: (405) 607-8749
                                                            dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus                                              Abby E. McClellan
Bachus & Schanker, LLC                                      Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                              460 Nichols Road, Suite 200
Denver, CO 80202                                            Kansas City, MO 64112
Phone: (303) 893-9800                                       Phone: (816) 714-7100
Fax: (303) 893-9900                                         Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                                 mcclellan@stuevesiegel.com

| | |
|---|---|
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                           */s/ Dawn M. Barrios*
                                                           DAWN M. BARRIOS