UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Certain Cases,*
*Identified in Defendants' Exh. 1 (Doc. 9189-2)*

**[PROPOSED] ORDER**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiffs' Opposition to Defendants' sealed Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere treatment started after December 11, 2015 Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiffs' Opposition to Defendants' sealed Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere treatment started after December 11, 2015, Plaintiffs' Response to Defendants' Statement of Facts and Plaintiffs' Counterstatement of Facts and Exhibits 1 to 15 UNDER SEAL.

New Orleans, Louisiana, this ___ of _____, 2020.

           _____
           HON. JANE TRICHE MILAZZO
           UNITED STATES DISTRICT JUDGE