# EXHIBIT A

| Plaintiff | MDLC Plaintiff ID # | PFS Treatment Date | PFS Upload Date (Sanofi Used for Ex. A - Filed Jan. 7, 2020) | MDL Centrality Doc ID # | New PFS Treatment Date | PFS Upload Date for New Treatment Date | MDL Centrality Doc ID # | Law Firm |
|---|---|---|---|---|---|---|---|---|
| Wright, Sheena | 11110 | 04/??/2002 | 11/4/2019 | 417787 | 8/13/2009 | 2/6/2020 | 439910 | Fears \| Nachawati |
| Parrish, Elizabeth | 2893 | 11/14/2004 | 6/25/2018 | 191548 | 11/14/2008 | 1/31/2020 | 438396 | Bachus & Schanker, LLC |
| Alexander, Sheriba | 2410 | 6/1/2006 | 6/25/2018 | 191311 | 3/6/2007 | 1/17/2020 | 434387 | Bachus & Schanker, LLC |
| Gaffney, Judy | 7531 | 2/1/2006 | 6/28/2018 | 193903 | 3/8/2007 | 1/30/2020 | 438190 | Bachus & Schanker, LLC |
| Laudat, Janet | 2251 | 10/12/2006 | 6/24/2018 | 190600 | 1/4/2007 | 1/31/2020 | 438348 | Bachus & Schanker, LLC |
| Shearin, Michelle | 13181 | 11/??/2006 | 10/29/2019 | 416286 | 1/12/2007 | 2/6/2020 | 439914 | Fears \| Nachawati |
| Gray, Alice | 7028 | 11/17/2006 | 6/4/2018 | 177031 | 11/17/2006 | 6/4/2018 | 177031 | Johnson Becker |
| Johnson, Dawn | 12371 | 9/??/2006 | 6/21/2019 | 381368 | 9/??/2006 | 6/21/2019 | 381368 | Reyes\|Browne\|Reilley |
| Tatum, Dorothy | 10977 | 11/3/2006 | 8/21/2019 | 401144 | 2/8/2007 | 1/21/2020 | 435301 | Morris Bart, LLC |
| Blacknell, Monique | 12654 | 10/??/2006 | 8/21/2019 | 401091 | 10/??/2006 | 8/21/2019 | 401091 | Terry & Thweatt, P.C. |
| Diggs, Mollie | 1483 | --/--/2001 | 11/6/2017 | 33529 | --/--/2001 | 11/6/2017 | 33529 | Allan Berger & Associates |
| Rutledge, Elaine | 7988 | 1/1/2004 | 12/20/2018 | 282391 | 1/1/2004 | 12/20/2018 | 282391 | Brown & Crouppen |
| Weeks, Helen | 11524 | 11/18/1999 | 1/3/2020 | 430525 | 12/1/2009 | 1/17/2020 | 434518 | Morris Bart, LLC |
| Beauchemin, Marie | 2499 | 10/23/2006 | 4/9/2018 | 132787 | 10/23/2006 | 4/9/2018 | 132787 | Johnson Becker |
| Hill, Sylvia | 12641 | 11/16/2006 | 5/17/2019 | 360689 | 11/16/2006 | 5/17/2019 | 360689 | Johnson Becker |
| Nicodemus, Sue | 12536 | 12/8/2006 | 5/8/2019 | 354067 | 12/8/2006 | 5/8/2019 | 354067 | Johnson Becker |