# EXHIBIT F

```
                                                                    1
 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2
     - - - - - - - - - - - - - - - - - - - - - - x
 3    IN RE: TAXOTERE (DOCETAXEL) PRODUCTS        :
      LIABILITY LITIGATION                        :
 4                                                :  MDL No. 2740
      This Document Relates To:                   :  SECTION:  H
 5                                                :
      Sheila Crayton Case No. 2:17-cv-05923       :
 6    Cynthia Thibodeaux Case No. 2:16-cv-15859   :
     - - - - - - - - - - - - - - - - - - - - - - x
 7                                    Tuesday, November 26, 2019
                                                Washington, D.C.
 8
 9
10
11
12   Videotaped Deposition of:
13              DAVID A. KESSLER, Ph.D.,
14   called for oral examination by counsel for the Defendants,
15   pursuant to notice, at the offices of the American
16   Association of Justice, 777 Sixth Street, Northwest,
17   Suite 200, Washington, D.C. 20001, before Christina S.
18   Hotsko, RPR, CRR, of Veritext Legal Solutions, a Notary
19   Public in and for the District of Columbia, beginning at
20   9:07 a.m., when were present on behalf of the respective
21   parties:
22
23
24
25
```

```
                                              46
 1      A.  I do.
 2      Q.  Do you know anything else about
 3  Ms. Thibodeaux's medical history?
 4      A.  I've seen her pictures, both pre and
 5  post.  I've seen photos.  I believe she was --
 6  the answer is yes, I know some information.
 7      Q.  So you've seen photos.  Were those
 8  photos provided to you by counsel for
 9  plaintiffs?
10      A.  Yeah, it's the only way I could have
11  gotten them.
12      Q.  Understood.
13      A.  At my request.
14      Q.  Have you reviewed anything else?
15      A.  I have her medical records.  I have
16  some of her medical records.  What I wanted was
17  the context.  I wanted her node status, I
18  wanted her biomarker status.  That's the
19  information that I focused on.
20      Q.  Anything else other than those two
21  things?
22      A.  I mean, I have some general other
23  information, but generally, that was the
24  context that I wanted to understand.
25      Q.  And why was that context important to
```

```
                                              47
 1  you?
 2      A.  Well, I think that this entity -- I
 3  wanted to fully understand the adverse event,
 4  the disease, the syndrome that Ms. Thibodeaux
 5  experienced because I think that's very -- I
 6  wanted to understand that in the context of the
 7  diagnosis of, you know, permanent
 8  chemotherapy-induced alopecia, and I wanted to,
 9  you know, see that this wasn't female pattern
10  baldness or areata totalis.  So I wanted a
11  context of what we were dealing with.
12      Q.  Did you make a determination in this
13  case that Ms. Thibodeaux was not suffering from
14  those two hair-related medical conditions you
15  just mentioned?
16      A.  I don't -- I mean, I'm a pediatrician,
17  and I'll leave it to the dermatologists and the
18  hair specialists.  But you don't have to be a
19  specialist to know that she got chemotherapy
20  and her hair fell out and her hair remained
21  what -- the pictures remained [sic].  Those
22  things were -- are obvious to see, that these
23  are chemotherapy-induced permanent alopecia.
24      Q.  Okay.  So then -- do you have an
25  opinion, then, as to the specific cause of
```

```
                                              48
 1  Ms. Thibodeaux's hair loss?
 2      A.  I think there's no -- I mean, again,
 3  I'll let the hair -- the derm folks and people
 4  who have spent their career -- but I think
 5  there's no question this is
 6  chemotherapy-induced hair loss.
 7      Q.  Is that opinion expressed in either of
 8  your reports?
 9      A.  It's -- it's clear -- I'm not -- again,
10  I'll let the dermatologists talk about
11  Ms. Thibodeaux.  But you're asking me -- this
12  is a woman who had a full set of hair and had
13  rapid hair loss.  And I see it -- that's
14  chemotherapy-induced hair loss and it should be
15  obvious to anybody with an M.D.  It's -- I'll
16  let others testify to that.  But you're asking
17  me what my view is.
18      Q.  But -- I'm not sure exactly what
19  question you were answering there, but I'll ask
20  my question again.
21          Is that opinion expressed in any of
22  your expert reports?
23          MS. JEFFCOTT:  Object to form.
24          THE WITNESS:  I'd have to go back and
25  see.  I think I only mentioned Ms. Thibodeaux
```

```
                                              49
 1  in a schedule, so I don't believe I -- and I
 2  believe I saw these pictures after my --
 3  finishing my supplemental.  So the answer would
 4  be no.
 5  BY MR. MCRAE:
 6      Q.  Okay.  Thank you.
 7          Did you review the informed consent for
 8  Ms. Thibodeaux's breast cancer treatment in
 9  this case?
10      A.  I think I have it, but I don't know --
11  I don't remember looking at it.
12      Q.  Did that -- can you say whether that
13  informed your opinions in this case?
14      A.  Again, just so it's clear, Counsel, I'm
15  only too happy to -- I'm not going to give
16  case-specific opinions with Ms. Thibodeaux.
17  I've only done it for a context of being able
18  to talk about the regulatory and causation
19  aspects in a general sense.
20      Q.  Are you aware that Ms. Thibodeaux is
21  cancer-free today?
22      A.  I have no knowledge of that, sir.
23      Q.  Okay.
24      A.  I am not disputing that.  I just have
25  no knowledge and wouldn't want to make that
```

13 (Pages 46 to 49)