# EXHIBIT M

# Sanofi's knowledge

**2001**
**Same doctor published in *Journal of Clinical Oncology:* hair did not grow back in 7.4% of women after Taxotere use**

**2006**
**Sanofi met to discuss two kinds of hair loss after Taxotere use: temporary and non-reversible**

**Doctor reported that 6.3% of Taxotere patients had permanent hair loss**

**Amy Freedman, Sanofi's Global Safety Officer, admits Sanofi knew Taxotere causes permanent hair loss**

June 22, 2011
**Barbara Earnest started Taxotere, not knowing about the common risk of permanent hair loss**

**1999**
**Sanofi clinical trial doctor gives Sanofi adverse event reports of hair not growing back**

**2005**
**Sanofi receives 20 adverse event reports of permanent hair loss in the same month**

**2009**
**Doctor reported 66 cases of persistent alopecia in western France**

**1996**
**Sanofi launched Taxotere**

| 1996 | 1997 | 1999 | 2001 | 2002 | 2004 | 2005 | 2006 | 2009 | 2010 | 2011 |

## Sanofi's clinical trials

**1997**
**Sanofi's clinical trial began**
(TAX316)

**2002**
**Sanofi planned to analyze if hair loss after using Taxotere is reversible**
(TAX316)

**2004**
**Sanofi's 55 month results showed permanent hair loss in 3.2% of women**
(TAX316)

**2006**
**Sanofi's 77 month results confirmed permanent hair loss in 3.1% of women**
(TAX316)

**2009**
**Sanofi's 77 month results show permanent hair loss in 6.1% of women**
(GEICAM)

**2010**
**Sanofi's 10 year results confirmed permanent hair loss**
(TAX316)