# EXHIBIT P

**University Medical Center**
**Lafayette, Louisiana**

Δ'd protoc to Taxotere due to Taxol RXNS x 2

| PT# | 5149 MR | | 070106 |
|---|---|---|---|
| MENARD, SHERIBA A | | | 2 / F |
| | | | 5 |
| NO CC PCP LISTED ON | | | |

## Chemotherapy Flow sheet

| | | 7/21/06 | 7/28/06 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: 2006 | Mo/Day | | | | | | | | |
| Day of Study | | | #2 | | | | | | |
| Weight | | 218# | 220# | | | | | | |
| **MEDICATIONS** | | | | | | | | | |
| 1 | Decadron 4mg | 4mg | 4mg | | | | | | |
| 2 | Zofran 16mg | 16mg | 16mg | | | | | | |
| 3 | Carboplatin 205mg | 205mg | 205mg | | | | | | |
| 4 | Taxotere 60mg | 60mg | 60mg | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| **RESULTS / LAB** | | | | | | | | | |
| Hgb | | 12.1 | 11.6 | | | | | | |
| Hct | | 36.7 | 33.2 | | | | | | |
| RBC | | 3.88 | 3.6 | | | | | | |
| Platelets | | 190 | 176 | | | | | | |
| WBC | | 4.7 | 2.3 | | | | | | |
| Neutrophils | | 82 | 66 | | | | | | |
| Bands | | — | 13 | | | | | | |
| ANC | | | 1817 | | | | | | |
| Lymphocytes | | 6 | 13 | | | | | | |
| Monocytes | | 12 | 6 | | | | | | |
| Eosinophiles | | 0 | 1 | | | | | | |
| BUN | | 11 | 10 | | | | | | |
| Creatinine | | 0.9 | 1 | | | | | | |
| Total Protein | | 6.0 | 6 | | | | | | |
| Total Bilirubin | | 0.7 | 0.6 | | | | | | |
| Calcium | | 8.5 | 8.4 | | | | | | |
| Alkaline Phosphate | | 70 | 66 | | | | | | |
| Ferritin / TIBC | | | | | | | | | |
| Iron / Iron Sat | | | | | | | | | |
| LDH / Uric Acid | | | | | | | | | |
| Mg / Phosphorus | | | | | | | | | |
| 24 Hr Urine Cr Cl | | | | | | | | | |
| Muga% / DLCO% | | | | | | | | | |

**Right side annotations:**

Hosp Number: 136778
Patient: R Pov 89 136778
Diagnosis: R Breast CA
Wt: 218#   Ht: 66"
Total Body Surface: >2.0
Allergies: hypersensitivity to Taxol
Informed Consent: ☑ Yes ☐ No

7/21/06 chemo given as per protocol via MP. tol well.

7/28/06 chemo #2 given per Mediport. Tol well. KR

University Medical Center
Lafayette, Louisiana

PT# 2852775 MR ▮ 060606
MENARD, SHERIBA A
2 / F
1

# Taxol/Carboplatin Weekly Protocol

All patients are presented to Oncology Staff prior to prescribing chemotherapy and/or radiation therapy.
**All Protocols Must be Signed by Staff MD.**

Diagnosis: (L) BRCA     Height: 66 1/2"  Weight: 204# 220#  BSA: 72.0
Karnofsky Performance Status: _____

Protocol: Taxol/Carboplatin every week

Lab results required prior to each chemotherapy: CBC/D, CMP

Prior to chemotherapy:
    Benadryl 50 milligrams intravenous push
    Tagamet 300 milligrams intravenous piggyback
    Decadron 20 milligrams intravenous piggyback
    Zofran 16 milligrams by mouth or intravenous piggyback

<u>One course consists of:</u>

| Drug | Daily Dose | Schedule |
|---|---|---|
| Taxol | ~~30~~ milligrams/m² __60__ milligrams intravenous piggyback | every week |
|  | **If receiving radiation therapy** |  |
|  | -OR- |  |
|  | ☐ 60 milligrams/m² _____ milligrams intravenous piggyback | every week |
|  | **If NOT receiving radiation therapy** |  |
| Carboplatin (AUC ☐ 1.5 OR ☒ 2) __205__ milligrams intravenous piggyback | | every week |

Age __48__
Serum creatinine __1.0__  6-6-06
Date of creatinine __6/6/06__

Repeat cycle every week

7/18/06 — Discontinue TAXOL — b/of SOB associated w/ effect
          → start TAXOTERE weekly w/ Carboplatin

XRT consult 6/8/06

Number of courses to be administered: __during XRT__

Monitor: <u>Vital signs: every 5 minutes times 3, then every 15 minutes for 1 hour, then hourly until complete</u>
    *RN must remain at the bedside for the first 15 minutes
    -Rate of administration: start infusion of Taxol at 250 milliliters/hour for 15 minutes, then increase rate to 500 milliliters/hour

Juan Rodriguez, M.D.
Medicaid #4075990

Parameters for treatment: Check with Oncology Staff before cancelling any chemo due to abnormal parameters, as listed below.
    WBC 3,000UL or greater. Absolute neutrophil count (ANC) 1500 or greater. (ANC = Neutrophils plus bands times WBC).
    Platelet count 100,000UL or greater.
Dose limiting factors: myelosuppression, neutropenia, neurotoxicity, thrombocytopenia, renal toxicity
Other Potential Side Effects: hypersensitivity reactions, transient bradycardia, rhythm disturbances, arrhythmias, alopecia, mucositis, diarrhea, nausea, vomiting, onycholysis, electrolyte imbalance, peripheral neuropathy, allergic reactions, amenorrhea, sterility

Date: __6/4/06__                                    Attending Physician Signature

Δ pre-med to Decadron 4mg IVP
              Zofran 16mg PO            Attending Staff Signature

faxed to Selena
 + pharmacy on 7/18/06

## Dosage Changes

| Drug | Daily Dose Changes | | Date | Staff Signature |
|---|---|---|---|---|
| Taxotere | __30__ milligrams/m² __60__ milligrams | | 7/18/06 | |
| Carboplatin | ~~milligrams/m²~~ __205__ milligrams | | 7/28/06 | |
|  | _____ milligrams/m² _____ milligrams | | | |
|  | _____ milligrams/m² _____ milligrams | | | |