UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
Cases listed in Rec. Doc. 8977-3.

### DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS C, H, K, N, AND O TO THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFFS WHOSE TAXOTERE TREATMENT STARTED BEFORE DECEMBER 15, 2006 UNDER SEAL

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully request leave of Court to file under seal the following exhibits to their Reply in Support of their Motion for Summary Judgment on the claims of all Plaintiffs who started their Taxotere treatments before December 15, 2006. (Rec. Doc. 9359):

- Exhibit C
- Exhibit H
- Exhibit K
- Exhibit N
- Exhibit O

While courts recognize a common law right to access judicial records and proceedings, "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citations omitted).

Here, the above-referenced exhibits consist of documents which have been designated as confidential and/or "protected information," as set forth in PTO 50,[1] including research. For these reasons, these exhibits must be sealed.

WHEREFORE, Defendants pray that this Motion be granted, and the aforementioned exhibits be filed UNDER SEAL.

                                Respectfully submitted,

                                <u>/s/ *Douglas J. Moore*</u>
                                Douglas J. Moore (Bar No. 27706)
                                **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                400 Poydras Street, Suite 2700
                                New Orleans, LA 70130
                                Telephone: 504-310-2100
                                Facsimile: 504-310-2120
                                dmoore@irwinllc.com

                                Harley V. Ratliff
                                Adrienne L. Byard
                                Kelly Bieri
                                **SHOOK, HARDY& BACON L.L.P.**
                                2555 Grand Boulevard
                                Kansas City, Missouri 64108
                                Telephone: 816-474-6550
                                Facsimile: 816-421-5547
                                hratliff@shb.com
                                abyard@shb.com
                                kbieri@shb.com

                                *Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.*

---

[1] Pretrial Order No. 50 (Rec. Doc. 612-1, ¶ 2) governs:
    [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*