UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                                                             SECTION "H" (5)

THIS DOCUMENT RELATES TO
Cases listed in Rec. Doc. 8977-3.

## ORDER

Considering the *Ex Parte* Motion For Leave To File Exhibits C, H, K, N, and O to their Reply in Support of their Motion for Summary Judgment on the claims of all Plaintiffs who started their Taxotere treatments before December 15, 2006 under seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits C, H, K, N, O (Rec. Doc. 9359-5, 9359-10, 9359-13, 9359-16, 9359-17) UNDER SEAL.

                                                                              _____
                                                                              HON. JANE TRICHE MILAZZO
                                                                              UNITED STATES DISTRICT COURT JUDGE