UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Elizabeth Kahn, Case No. 16-cv-17039;*
*June Phillips, Case No. 16-cv-15397.*

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum in Support of the Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Trial Plaintiffs, Elizabeth Kahn and June Phillips (Doc. 9334);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiffs' Reply Memorandum in Support of the Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Trial Plaintiffs, Elizabeth Kahn and June Phillips (Doc. 9166), including its referenced Exhibit, into the record in this matter.

New Orleans, Louisiana, this 20th day of February 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE