# EXHIBIT A



*Center for Health Sciences*

# Expert Report of Ellen T. Chang, Sc.D.

*in re:*

**Taxotere (Docetaxel) Products Liability Litigation**

Exponent, Inc.
149 Commonwealth Dr
Menlo Park, CA 94025

December 9, 2019

December 9, 2019

## Summary of opinions

I have been asked by counsel for Sanofi to evaluate the available scientific evidence on the occurrence of irreversible or permanent alopecia among breast cancer patients using chemotherapeutic regimens containing docetaxel (Taxotere®), and to use the science of epidemiology to address whether a causal relationship has been established between docetaxel and irreversible or permanent alopecia.

In general, I consider terms such as "irreversible alopecia," "permanent alopecia," "nonreversible alopecia," "persistent alopecia," and "persisting alopecia" to refer to the same concept, that is, hair loss that continues over an extended duration of time, without subsequent resolution. There is no universal or authoritative clinical definition of this condition, and various scientists and clinicians may define it differently, for example, based on the duration of persistence or the degree of hair regrowth. For this report, I took into consideration all relevant scientific studies of this concept of irreversible or permanent alopecia, referred to using assorted similar terms. In the context of the TAX 316 randomized controlled trial, I use the term "irreversible alopecia" specifically to refer to hair loss that persists for at least six months after the cessation of study chemotherapy, without subsequent resolution. This definition is consistent with the typical expected duration of chemotherapy-induced alopecia for approximately one month to six months after cessation of chemotherapy.

In my evaluation of whether docetaxel causes irreversible or permanent alopecia in breast cancer patients, I considered comparison populations of breast cancer patients who received other anticancer chemotherapies. I made such comparisons because the alternative to docetaxel-containing chemotherapeutic regimens would not be the absence of breast cancer treatment, but rather other accepted chemotherapeutic regimens that are within the standard of care.

In my opinion, to a reasonable degree of scientific certainty, large, long-term, randomized controlled trials are the best source of evidence to address the potential causal relationship between docetaxel and irreversible or permanent alopecia. Such evidence comes from the TAX 316 trial, which conducted 10-year follow-up to evaluate the efficacy of docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment for operable breast cancer patients with positive axillary lymph nodes. This trial did not demonstrate a statistically significant increase in risk of irreversible alopecia among breast cancer patients randomized to TAC, compared with those randomized to FAC. Other randomized controlled trials of docetaxel-containing chemotherapy that I identified from a systematic literature search were limited by not methodically ascertaining or reporting the long-term frequency of irreversible or permanent alopecia. Besides TAX 316, I found only one other randomized