UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

# ORDER

Considering the Motion for Leave to File Reply in Support of their Motion to Amend Pretrial Order 70B Regarding *Ex Parte* Contact with MDL Plaintiffs' Prescribing and Treating Physicians, filed by Defendants, sanofi-aventis U.S. LLC, Sanofi US Services Inc., Actavis Pharma, Inc. and Actavis LLC, Accord Healthcare, Inc., Pfizer, Inc., Hospira, Inc. and Hospira Worldwide, LLC, Sandoz Inc., and Sun Pharmaceutical Industries, Inc. (collectively "Defendants");

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of their Motion to Amend Pretrial Order 70B Regarding *Ex Parte* Contact with MDL Plaintiffs' Prescribing and Treating Physicians is hereby entered into the Court's docket.

New Orleans, Louisiana, this 20th day of February, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE