# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

## ORDER

As previously ordered (Doc. 9228), the Court will hold oral argument on **March 11, 2020 at 10:00 a.m. IT IS ORDERED** that the following Motions will be heard:

- Defendants' Motion for Summary Judgment Based on Statute of Limitations (Doc. 9295);

- Defendants' Motion for Summary Judgment Based on Warnings Causation (Against June Phillips) (Doc. 9299);

- Defendants' Motion for Summary Judgment Based on Warnings Causation (Against Elizabeth Kahn) (Doc. 9300); and

- Defendants' Motion to Amend Pretrial Order 70B Regarding Ex Parte Contact with MDL Plaintiffs' Prescribing and Treating Physicians (Doc. 9109). (This Motion will no longer be heard on March 25, 2020.)

Each party will have seven minutes to argue each Motion.

New Orleans, Louisiana, this 21st day of February, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**