UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

**CASE MANAGEMENT ORDER NO. 14E**
**(AMENDMENT TO TRIAL SCHEDULES)**

The Court hereby amends CMO 14 (Rec. Doc. 3064) and its related orders to revise the schedules for the second, third, fourth, and fifth trials. The amended schedules, as agreed to by the parties, are outlined in the attached Exhibit A. All other provisions of CMO 14 and its related orders shall remain in full force and effect.

New Orleans, Louisiana, this 21st day of February, 2020.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE