**Case Management Order 14E**
**(MDL Trial Dates, superseding CMO 14D (Doc. 7416))**

**EXHIBIT A**

|  | Trial #2A (Kahn/Phillips v. Sanofi) | Trial #3 (Stewart/Sanford/ Hughes v. 505(b)(2)) | Trial #4 (Sanofi MS) | Trial 5 (505(b)(2)) |
|---|---|---|---|---|
| Trial Pool Nomination ¶ 7(a) | Completed | Completed | Friday, January 24, 2020 | Friday, February 21, 2020 |
| Phase I Discovery in Trial Pool Cases ¶ 7(d) | Completed | Completed | Friday, May 22, 2020 | Friday, May 15, 2020 |
| Final Plaintiff Selection - Parties' Nomination ¶ 7(b) | Completed | Completed | Friday, May 29, 2020 | Thursday, May 21, 2020 |
| Final Plaintiff Selection - Court's Selection ¶ 7(b) | Completed | Completed | Friday, June 05, 2020 | Thursday, May 28, 2020 |
| Preliminary Witness List (new) | Monday, January 27, 2020 | Thursday, November 21, 2019 | Friday, June 19, 2020 | Friday, June 05, 2020 |
| Amendments to Pleadings (new) | Friday, January 31, 2020 | Thursday, November 14, 2019 | Friday, April 17, 2020 | Friday, April 17, 2020 |
| Initial Motions and Briefs* | Friday, February 14, 2020 | Thursday, March 12, 2020 | Friday, June 26, 2020 | Thursday, June 11, 2020 |
| Initial Opposition Briefs* | Friday, February 28, 2020 | Thursday, March 26, 2020 | Wednesday, July 15, 2020 | Thursday, June 25, 2020 |
| Initial Reply Briefs* | Friday, March 06, 2020 | Thursday, April 02, 2020 | Wednesday, July 22, 2020 | Thursday, July 9, 2020 |
| Hearing and Argument (week of:)* | Monday, March 09, 2020 | Monday, April 06, 2020 | Monday, August 03, 2020 | Monday, July 27, 2020 |
| Phase II Discovery in Selected Trial Pool Cases | Friday, March 20, 2020 | Tuesday, March 03, 2020 | Friday, September 04, 2020 | Friday, August 28, 2020 |
| Plaintiff Expert Reports ¶ 4(a) | Friday, March 20, 2020 | Friday, March 13, 2020 | Friday, September 04, 2020 | Friday, September 04, 2020 |
| Plaintiff Expert depositions ¶ 4(a) | Friday, April 10, 2020 | Thursday, April 16, 2020 | Friday, September 25, 2020 | Friday, October 02, 2020 |
| Defendant Expert Reports ¶ 4(b) | Tuesday, April 14, 2020 | Tuesday, April 21, 2020 | Tuesday, September 29, 2020 | Wednesday, October 7, 2020 |
| Defendant Expert Depositions ¶ 4(b) | Tuesday, May 05, 2020 | Friday, May 22, 2020 | Tuesday, October 20, 2020 | Friday, November 6, 2020 |
| Motions and Briefs ¶ 65(a) | Friday, May 08, 2020 | Monday, June 01, 2020 | Wednesday, October 28, 2020 | Friday, November 20, 2020 |
| Opposition Briefs ¶ 5(b) | Friday, May 29, 2020 | Thursday, June 25, 2020 | Wednesday, November 18, 2020 | Friday, December 18, 2020 |
| Reply Briefs | Friday, June 05, 2020 | Monday, July 13, 2020 | Wednesday, November 25, 2020 | Friday, January 8, 2021 |
| Hearing and Argument ¶ 5(d) (week of:) | Monday, June 08, 2020 | Monday, July 20, 2020 | Monday, November 30, 2020 | Monday, January 18, 2021 |
| Final Witness List ¶ 6(b) | Friday, June 05, 2020 | Wednesday, August 05, 2020 | Tuesday, December 01, 2020 | Tuesday, February 09, 2021 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Friday, June 05, 2020 | Wednesday, August 05, 2020 | Tuesday, December 01, 2020 | Tuesday, February 09, 2021 |
| Jury Questionnaire ¶ 6(a) | Monday, June 08, 2020 | Friday, August 07, 2020 | Tuesday, December 01, 2020 | Friday, February 19, 2021 |
| Motions in Limine ¶ 6(d) | Friday, June 12, 2020 | Tuesday, August 25, 2020 | Friday, December 04, 2020 | Tuesday, March 02, 2021 |
| Oppositions to Motions in Limine ¶ 6(h) | Monday, June 22, 2020 | Tuesday, September 08, 2020 | Tuesday, December 22, 2020 | Tuesday, March 16, 2021 |
| Counter Designations ¶ 6(e) | Monday, June 22, 2020 | Wednesday, September 09, 2020 | Tuesday, December 29, 2020 | Wednesday, March 17, 2021 |
| Objections to Designations ¶ 6(f) | Thursday, July 02, 2020 | Monday, September 14, 2020 | Friday, January 08, 2021 | Monday, March 22, 2021 |
| Responses to Objections to Designations (new) | Friday, July 10, 2020 | Thursday, September 17, 2020 | Wednesday, January 13, 2021 | Thursday, March 25, 2021 |
| Submit Designations to Court (new) | Monday, July 13, 2020 | Monday, September 21, 2020 | Friday, January 15, 2021 | Monday, March 29, 2021 |
| Final Pretrial Order (new) | Friday, July 24, 2020 | Thursday, September 24, 2020 | Friday, January 15, 2021 | Thursday, April 01, 2021 |
| Final Pretrial Conference ¶ 6(j) | Thursday, July 30, 2020 | Tuesday, September 29, 2020 | Thursday, January 21, 2021 | Wednesday, April 07, 2021 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Tuesday, August 04, 2020 | Friday, October 02, 2020 | Tuesday, January 26, 2021 | Friday, April 09, 2021 |
| Jury Selection | Monday, August 10, 2020 | Friday, October 09, 2020 | Monday, February 01, 2021 | Monday, April 19, 2021 |
| Trial | Monday, August 10, 2020 | Tuesday, October 13, 2020 | Monday, February 01, 2021 | Monday, April 19, 2021 |

* This initial motion deadline does not require the filing of any motion, and the parties agree that they will not argue that any later-filed motion should have been filed by this deadline.
Paragraph (¶) references are to the descriptions in Case Management Order No. 14 (Doc. 3064).