**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| LAVERNE PIRTLE _____, | : : | |
| Plaintiff(s), | : : | Civil Action No.: **2:19-cv-11979** |
| vs. | : : : | |
| SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC. _____, | : : | |
| Defendant(s). | : : | |

----------------------------------------------------------- :

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

**NOW COMES** Plaintiff, Laverne Pirtle, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A.

Plaintiff's counsel conferred with counsel for Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

Dated: February 24, 2020                                 Respectfully submitted,

**Oliver Law Group P.C.**
*/s/ Alyson Oliver*
Alyson Oliver
1647 W. Big Beaver Rd.
Troy, MI 48084
Tel: (248) 327-6556
Fax: (248) 436-3385
notifications@oliverlawgroup.com

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and

Defendants did not indicate any opposition to the relief requested.

## CERTIFICATE OF SERVICE

I certify that on February 24, 2020, I filed the above document with the Court via the

Court's CM/ECF system, which will notify all counsel of record.

*/s/ Alyson Oliver*
Alyson Oliver

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| LAVERNE PIRTLE , | : : | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | : : | Civil Action No.: 2:19-cv-11979 |
| vs. | : : : | |
| SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC. , | : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------------ | : | |

**AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2019)[1]**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury

Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15,

this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended

Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

        LAVERNE PIRTLE

---

[1]      This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

2.        Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

_____

3.        Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

_____

4.        Current State of Residence: ___MICHIGAN_____

5.        State in which Plaintiff(s) allege(s) injury: ___INDIANA_____

6.        Defendants (check all Defendants against whom a Complaint is made):

      a.      Taxotere Brand Name Defendants

            ☒    A.    Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

            ☒    B.    Sanofi-Aventis U.S. LLC

      b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

            ☐    A.    Sandoz Inc.

            ☐    B.    Accord Healthcare, Inc.

            ☐    C.    McKesson Corporation d/b/a McKesson Packaging

            ☐    D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

            ☐    E.    Hospira, Inc.

            ☐    F.    Sun Pharma Global FZE

            ☐    G.    Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

            ☐    H.    Pfizer Inc.

            ☐    I.    Actavis LLC f/k/a Actavis Inc.

            ☐    J.    Actavis Pharma, Inc.

2

☐     K.     Other:

7.     Basis for Jurisdiction:

☒     Diversity of Citizenship

☐     Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.     Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> Northern District of Indiana

9.     Brand Product(s) used by Plaintiff (check applicable):

☒     A.     Taxotere

☐     B.     Docefrez

☐     C.     Docetaxel Injection

☐     D.     Docetaxel Injection Concentrate

☐     E.     Unknown

☐     F.     Other:

3

10.  First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> Approximately taken from February 2015 until July 2018

11.  State in which Product(s) identified in question 9 was/were administered:

> INDIANA

12.  Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent hair loss of the central scalp vertex

13.  Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability - Failure to Warn
☒ Count III – Negligence
☒ Count IV – Negligent Misrepresentation
☒ Count V – Fraudulent Misrepresentation
☒ Count VI – Fraudulent Concealment
☒ Count VII – Fraud and Deceit

☐ Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

5

14.    Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:
Alyson Oliver
MI State Bar No. P55020
OLIVER LAW GROUP P.C.
(248) 327-6556
notifications@oliverlawgroup.com
1647 W. Big Beaver Rd.
Troy, MI 48084

*COUNSEL FOR PLAINTIFF*