UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| LAVERNE PIRTLE, <br><br>    Plaintiff(s),<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC., <br><br>    Defendant(s). | : : : : : : : : : : : | Civil Action No.: **2:19-cv-11979** |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2020

_____
Hon. Jane Triche Milazzo