UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL: 2740 |
| ) | SECTION "N" (5) |
| ) | HON. JANE TRICHE MILAZZO |
| ) | HON. MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| *PLAINTIFFS ON THE ATTACHED LIST* ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES Troy F. Tatting and respectfully moves the Court for leave to withdraw as counsel of record in this MDL litigation and for the Plaintiffs on the attached list. Munir Meghjee and Jason DePauw of Robins Kaplan LLP will remain as counsel of record in this MDL and for the Plaintiffs on the attached list.

WHEREFORE, Troy F. Tatting requests that the Court enter an Order that he has been withdrawn as counsel of record in this MDL litigation and for the Plaintiffs on the attached list.

Dated: February 24, 2020

Respectfully submitted,

By: */s/ Troy F. Tatting*
Troy F. Tatting (MN #0354156)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500
Fax: (612) 339-4181
ttatting@robinskaplan.com

Munir R. Meghjee (MN #0301437)
Jason L. DePauw (MN #0392150)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500
Fax: (612) 339-4181
mmeghjee@robinskaplan.com
jdepauw@robinskaplan.com

90413461.1

| Plaintiff | Case No. |
|---|---|
| Anderson, Lori | 2:18-cv-2833 |
| Ashley, Geraldine | 2:17-cv-13540 |
| Bartkowiak, Kathryn | 2:18-cv-2838 |
| Beedles-Miller, Judy | 2:18-cv-4512 |
| Belin, Carolyn | 2:18-cv-8242 |
| Booth, Vicki | 2:18-cv-00592 |
| Cooper, Julianne | 2:19-cv-12467 |
| Crowley, Debra | 2:17-cv-10412 |
| Demo, Deborah | 2:17-cv-10220 |
| East, Bettyann | 2:17-cv-11293 |
| Emilien-Spence, Charlette | 2:19-cv-12956 |
| Fernandez, Donna | 2:18-cv-10945 |
| Furlong, Fiona | 2:18-cv-09433 |
| Godfrey, Patricia Ann | 2:17-cv-7809 |
| Goodwin, Gloria | 2:18-cv-7677 |
| Green, Debra | 2:17-cv-10225 |
| Gurley, Kelly | 2:19-cv-10060 |
| Hatton-Cobb, Jenna | 2:18-cv-08735 |
| Haynes, Clara | 2:17-cv-12813 |
| Heath, Karin | 2:17-cv-13533 |
| Heim, Gale | 2:18-cv-05707 |
| Henderson, Cora | 2:17-cv-11304 |
| Herod, Carmen | 2:17-cv-09687 |
| Holt, Yvonne | 2:17-cv-12971 |
| Houser, Tina | 2:17-cv-10403 |
| Howard, Randi | 2:18-cv-09902 |
| Hughley, Mary | 2:19-cv-11579 |
| Jacobowitz, Judith | 2:18-cv-13550 |
| Johnson, Bernadette | 2:19-cv-2713 |
| Johnson, Debra | 2:16-cv-16254 |
| Jones, Lenner | 2:17-cv-9081 |
| Lee, Cynthia | 2:17-cv-07821 |
| Lessner, Joan | 2:18-cv-01279 |
| Mangum, Sharon | 2:17-cv-04947 |
| Martinez, Therese | 2:17-cv-07665 |
| McDowell, Cheryl | 2:17-cv-12984 |
| Morrow, Debra | 2:17-cv-12824 |
| Newton, Felicia | 2:17-cv-11975 |
| Owens, Karen | 2:18-cv-06234 |
| Parker, Catherine | 2:17-cv-09691 |
| Piggee, Marietta | 2:18-cv-11240 |
| Rodgers, Doris | 2:17-cv-07806 |
| Smith, Frances | 2:17-cv-13654 |

| Plaintiff | Case No. |
|---|---|
| Thomas, Velma | 2:17-cv-14383 |
| Thompson, Vicki | 2:19-cv-1453 |
| Tomasko, Sherry | 2:17-cv-06550 |
| Turner, Susan | 2:17-cv-5040 |
| VanZuylen, Michele | 2:17-cv-9076 |
| Vela, Tanya | 2:18-cv-3902 |
| Weaver, Vicky | 2:19-cv-00003 |
| Wilson, Lavonia | 2:17-cv-06553 |
| Woodward, Amy | 2:17-cv-11932 |

90413461.1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2020, the above document was electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                  */s/* Troy F. Tatting

90413461.1