UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *PLAINTIFFS ON THE ATTACHED LIST* ) <br> ) | MDL: 2740 <br> SECTION "N" (5) <br> HON. JANE TRICHE MILAZZO <br> HON. MICHAEL NORTH |

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD**

CONSIDERING the Motion to Withdraw as Counsel of Record filed by Troy F. Tatting (Rec. Doc. _____),

IT IS HEREBY ORDERED that Troy F. Tatting of Robins Kaplan LLP is withdrawn as counsel of record in this MDL litigation and for the Plaintiffs on the attached list. Munir Meghjee and Jason DePauw of Robins Kaplan LLP will remain as counsel in this MDL litigation and for the Plaintiffs on the attached list.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

90413543.1

| Plaintiff | Case No. |
|---|---|
| Anderson, Lori | 2:18-cv-2833 |
| Ashley, Geraldine | 2:17-cv-13540 |
| Bartkowiak, Kathryn | 2:18-cv-2838 |
| Beedles-Miller, Judy | 2:18-cv-4512 |
| Belin, Carolyn | 2:18-cv-8242 |
| Booth, Vicki | 2:18-cv-00592 |
| Cooper, Julianne | 2:19-cv-12467 |
| Crowley, Debra | 2:17-cv-10412 |
| Demo, Deborah | 2:17-cv-10220 |
| East, Bettyann | 2:17-cv-11293 |
| Emilien-Spence, Charlette | 2:19-cv-12956 |
| Fernandez, Donna | 2:18-cv-10945 |
| Furlong, Fiona | 2:18-cv-09433 |
| Godfrey, Patricia Ann | 2:17-CV-7809 |
| Goodwin, Gloria | 2:18-cv-7677 |
| Green, Debra | 2:17-cv-10225 |
| Gurley, Kelly | 2:19-cv-10060 |
| Hatton-Cobb, Jenna | 2:18-cv-08735 |
| Haynes, Clara | 2:17-cv-12813 |
| Heath, Karin | 2:17-cv-13533 |
| Heim, Gale | 2:18-cv-05707 |
| Henderson, Cora | 2:17-cv-11304 |
| Herod, Carmen | 2:17-cv-09687 |
| Holt, Yvonne | 2:17-cv-12971 |
| Houser, Tina | 2:17-cv-10403 |
| Howard, Randi | 2:18-cv-09902 |
| Hughley, Mary | 2:19-cv-11579 |
| Jacobowitz, Judith | 2:18-cv-13550 |
| Johnson, Bernadette | 2:19-cv-2713 |
| Johnson, Debra | 2:16-cv-16254 |
| Jones, Lenner | 2:17-cv-9081 |
| Lee, Cynthia | 2:17-CV-07821 |
| Lessner, Joan | 2:18-cv-01279 |
| Mangum, Sharon | 2:17-cv-04947 |
| Martinez, Therese | 2:17-cv-07665 |
| McDowell, Cheryl | 2:17-cv-12984 |
| Morrow, Debra | 2:17-cv-12824 |
| Newton, Felicia | 2:17-cv-11975 |

| Plaintiff | Case No. |
|---|---|
| Owens, Karen | 2:18-cv-06234 |
| Parker, Catherine | 2:17-cv-09691 |
| Piggee, Marietta | 2:18-cv-11240 |
| Rodgers, Doris | 2:17-cv-07806 |
| Smith, Frances | 2:17-cv-13654 |
| Thomas, Velma | 2:17-cv-14383 |
| Thompson, Vicki | 2:19-cv-1453 |
| Tomasko, Sherry | 2:17-cv-06550 |
| Turner, Susan | 2:17-cv-5040 |
| VanZuylen, Michele | 2:17-cv-9076 |
| Vela, Tanya | 2:18-cv-3902 |
| Weaver, Vicky | 2:19-cv-00003 |
| Wilson, Lavonia | 2:17-cv-06553 |
| Woodward, Amy | 2:17-cv-11932 |

3