# EXHIBIT B



Martzell, Bickford & Centola APC
Attorneys at Law

John R. Martzell (1937-2007)
Scott R. Bickford *
Lawrence J. Centola, III
Neil F. Nazareth
Spencer R. Doody
Jason Z. Landry

Byron J. Jeanice
Office Administrator

* also licensed in
Texas and Colorado

August 7, 2019
**SENT VIA EMAIL TRANSMISSION**

Mara Cusker Gonzalez, Esq. (maracusker.gonzalez@dechert.com)
**DECHERT LLP**
Three Bryant P ark
1095 Avenue of the Americas
New York, NY 10036

**RE: Hospira Discovery Issues**

Dear Mara,

Please provide your available dates for a meet and confer to discuss the following discovery deficiencies:

**1.    Custodial files.**

Please produce the custodial files for the following:

Soni Hingorani-Giles
Felice Sommerfield
Eric Floyd
Annette Murphy
Lisa Zboril
Ann Kamykowski
Lisa Kindwald
Lora Peknik-Graham
Lisa Skeens

Please let us know the time frame for production of these custodial files.

**2.    Foreign Regulatory Information.**

To date, Hospira has objected to producing discovery related to foreign labeling requirements and changes for the docetaxel. Based on our review of the documents that have been produced, Hospira's docetaxel product was approved in European countries in 2009 and approved in Australia in 2010.

Hospira's SOP QS.06 entitled "Product Complaint and Post Marketing Surveillance Policy" and bates labeled HOS012_02_00000336-HOS012_02_00000356 states:

"The purpose of this document is to establish Hospira's responsibilities for implementing and maintaining complaint management and post market surveillance processes to ensure customer feedback alleging a potential product complaint or adverse event is handled in a manner that is consistent with global regulatory requirements."

The SOP Bates labeled HOS01200000433 is entitled: "Reconciliation of Serious Adverse Events between Global Product Safety and Complaints Safety Database."

Based on the SOPs, Hospira designed its complaint management to be consistent with global regulatory requirements. Hospira's complaint management is not limited to compliance with the FDA.

Because the Hospira SOPs address global regulatory compliance and because Hospira maintained a global safety database, the interaction between Hospira and the European Medicines Agency and Hospira and the Therapeutic Goods Administration are relevant and subject to discovery.

Please produce all documents between Hospira and the European Medicines Agency regarding the docetaxel label in Europe and any changes made to the label since approval.

Please produce all documents between Hospira and the Therapeutic Goods Administration regarding the docetaxel label in Australia and any changes made to the label since approval.

### 3. Databases.

Please produce all docetaxel documents from the MarComm database and the Common Technical Documents database.

### 4. Depositions.

Please provide deposition dates for the following:

Laura Kapolnek
Karen Halloran
Ellen Wetterling
Xing Min Qiu

                                            Sincerely yours,

                                            **MARTZELL BICKFORD & CENTOLA**

                                            Lawrence J. Centola, III

LJC,III/lwl