UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO All Cases v. Hospira/Pfizer Defendants; Dora Sanford No. 17-9417 | |

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' MOTION TO EXTEND THE HOSPIRA GENERAL DISCOVERY DEADLINE UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiffs' Motion to Extend the Hospira General Discovery Deadline (Rec. Doc. 9374) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachment (Exhibit D) to the Plaintiffs' Motion to Extend the Hospira General Discovery Deadline UNDER SEAL.

New Orleans, Louisiana, this ___ of February, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE