# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Christy Harbert | MDL NO. 2740<br>SECTION "H" (5)<br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC.<br><br>Civil Action No.: 2:16-cv-15839 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this case matter except Hospira, Inc. and Hospira Worldwide, LLC; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Respectfully submitted this 19th day of February, 2020.

/s/ Ruth Rizkalla
Ruth Rizkalla (SBN 224973)
rr@kirtlandpackard.com
**KIRTLAND & PACKARD LLP**
1638 South Pacific Coast Hwy
Redondo Beach, California 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 19, 2020, a true copy of the foregoing was served via ECF on all counsel of record.

/s/Ruth Rizkalla
Ruth Rizkalla, Esq.