## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| *Wetzel v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* | MAG. JUDGE NORTH |
| Plaintiff Name: Susan Wetzel Civil Action No.: 2:18-cv-13640 | |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 26th day of February 2020                    Respectfully submitted,

                                                        /s/ Matthew R. McCarley
                                                        **FEARS NACHAWATI, PLLC**
                                                        Matthew R. McCarley, #24041426
                                                        Tarek A. Abbassi, #24096225
                                                        Jason S. Long #24098012
                                                        5473 Blair Road
                                                        Dallas, Texas 75231
                                                        Telephone: (214) 890-0711
                                                        Fax: (214) 890-0712
                                                        mccarley@fnlawfirm.com
                                                        tabbassi@fnlawfirm.com
                                                        jlong@fnlawfirm.com
                                                        Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2020, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing

to all counsel of record who are CM/ECF participants.

                                                        /s/ Jason S. Long