UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)     MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:
All Cases

## [PROPOSED] ORDER

Considering the foregoing Consent Motion to Withdraw and Substitute Pleadings (Docs. 9374-1, 9374-6, 9374-8),

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall remove Record Documents 9374-1, 9374-6 and 9374-8 from the docket, replace Doc. 9374-1 with the redacted memorandum provided herewith, and place the exhibits (Docs. 9374-6, 9374-8) UNDER SEAL.

New Orleans, Louisiana this ____ day of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1