UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
Cases listed in Rec. Doc. 9189-2.

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFFS WHOSE TAXOTERE TREATMENT STARTED AFTER DECEMBER 11, 2015 AND TO EXCEED PAGE LIMIT FOR REPLY

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") respectfully move this Court for leave to file a Reply in Support of their Motion for Summary Judgment on the claims of all Plaintiffs who started their Taxotere treatment after December 11, 2015, and for leave to exceed the 10-page limit set forth in Local Rule 7.7. The standard limit of 10 pages for a Reply, as set forth in Local Rule 7.7, is insufficient under these circumstances to appropriately address the issues raised by Plaintiffs' Opposition. Therefore, Defendants request an additional six (6) pages for a total of sixteen (16) pages.

WHEREFORE, Defendants pray that this Court will grant leave to file a Reply Memorandum and to exceed the 10-page limit set forth in Local Rule 7.7.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*