UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
Cases listed in Rec. Doc. 9189-2.

**ORDER**

Considering the Motion for Leave File Reply in Support of their Motion for Summary Judgment on the claims of all Plaintiffs who started their Taxotere treatment after December 11, 2015, and to file the Reply in Excess of the 10-Page Page Limit, filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi");

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Proposed Reply in Support of their Motion for Summary Judgment on the claims of all Plaintiffs who started their Taxotere treatment after December 11, 2015 is hereby entered into the Court's record. **IT IS FURTHER ORDERED** that Defendants may file their Reply Memorandum in excess of the 10-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
JUDGE JANE TRICHE MILAZZO