UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Cases listed in Rec. Doc. 9189-2.

## ORDER

Considering the *Ex Parte* Motion For Leave To File their Reply in Support of their Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere treatment Started after December 11, 2015 and Exhibits Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Defendants' Reply (Rec. Doc. 9397-2) and Exhibits 98-109 (Rec. Doc. 9397-3, 9397-4, 9397-5, 9397-6, 9397-7, 9397-8, 9397-9, 9397-10, 9397-11, 9397-12, 9397-13, 9397-14) UNDER SEAL.

                                               _____
                                               HON. JANE TRICHE MILAZZO
                                               UNITED STATES DISTRICT COURT JUDGE