UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA INC.**<br><br>Civil Action No.: 2:17-cv-15815 |
| THIS DOCUMENT RELATES TO:<br><br>Barbara C. Agnese & Dominic Agnese | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated this 27th day of February, 2020 | Respectfully Submitted By:<br><br>/s/ Christopher L. Coffin<br>Christopher L. Coffin (LA Bar# 27902)<br>Jessica A. Perez (LA Bar# 34024)<br>PENDLEY, BAUDIN & COFFIN, L.L.P.<br>24110 Eden Street / PO Drawer 71<br>Plaquemine, LA 70765-0071 |

                                    Tel: (225) 687-6396 / Fax: (225) 687-6398
                                    ccoffin@pbclawfirm.com
                                    jperez@pbclawfirm.com

                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  February 27, 2020                         /s/ Christopher L. Coffin