UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Cynthia Thibodeaux, Case No. 2:16-cv-15859

## SANOFI'S MOTION TO TAX COSTS

Pursuant to Local Rule 54.3 and Federal Rule of Civil Procedure 54(d)(1), Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") respectfully move this Honorable Court to tax costs against Plaintiff Cynthia Thibodeaux. This application is supported by the attached Bill of Costs, Affidavit of Adrienne L. Byard, and Memorandum in Support of Motion to Tax Costs.

WHEREFORE, Sanofi prays that costs be taxed against Plaintiff in accordance with the attached Bill of Costs, Affidavit, and Memorandum in Support of Motion to Tax Costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |
| | |
| | *Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*