UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Cynthia Thibodeaux, Case No. 2:16-cv-15859

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

### ADRIENNE L. BYARD

of the law firm Shook, Hardy & Bacon L.L.P., counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi"), in the above-captioned matter, who, after being sworn, did affirm that the records maintained by the bookkeeping department of this law firm reflect the following costs expended on behalf of Sanofi in the amount of SIXTY SEVEN THOUSAND NINE HUNDRED TWENTY SEVEN AND 77/100 DOLLARS [$67,927.77] as more fully detailed below:

**COURT COSTS**
Docket Fee Pursuant to 28 U.S.C. § 1923

|  |  |
|---|---|
|  | $20.00 |
| Subtotal: | $20.00 |

**DEPOSITION TRANSCRIPT FEES**

| | |
|---|---|
| Transcript fee of Cynthia Thibodeaux | $8,112.88 |
| Transcript fee of Shevonda Thomas | $3,121.98 |
| Transcript fee of Fayne St. John | $1,534.57 |
| Transcript fee of Zoe Larned | $2,232.26 |
| Transcript fee of Frank Williams | $2,400.63 |
| Transcript fee of Julie Danna, M.D. | $1,010.38 |
| Transcript fee of Melanie Zazulak Breaux, R.N. | $1,788.42 |
| Transcript fee of Ralph Corsetti, M.D. | $1,377.35 |
| Transcript fee of Troy Scroggins, Jr., M.D. | $817.32 |
| Transcript fees of Betty Joseph, Kenisha Thibodeaux, Marilyn Roberts | $1,674.75 |

| | |
|---|---:|
| Transcript fee of David Madigan, Ph.D. | $5,212.77 |
| Transcript fee of Curtis Thompson, M.D. | $5,032.75 |
| Transcript fee of Antonella Tosti, M.D. | $6,086.76 |
| Transcript fee of Linda Bosserman, M.D. | $5,212.46 |
| Transcript fee of Laura Plunkett, M.D. | $8,743.58 |
| Transcript fee of Ellen Feigal, M.D. | $5,210.51 |
| Transcript fee of David Kessler, M.D. | $8,338.40 |
| Subtotal: | $67,907.77 |
| **TOTAL COSTS EXPENDED:** | **$67,927.77** |

*[signature]*

_____
**ADRIENNE L. BYARD**

**SWORN TO ME AND SUBSCRIBED BEFORE ME ON THIS 27th DAY OF FEBRUARY, 2020.**

*[signature]*

_____
NOTARY PUBLIC
Name: LORI K. WHITSON (# 12389338 )

LORI K. WHITSON
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires Sep. 5, 2020
Commission # 12389338

4839-6254-8917 v1