**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                             SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Cynthia Thibodeaux, Case No. 2:16-cv-15859

<u>NOTICE OF SUBMISSION</u>

PLEASE TAKE NOTICE that Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") will bring for hearing the accompanying Motion to Tax Costs against Plaintiff Cynthia Thibodeaux on the 25th day of March, 2020 at 9:30 a.m., before the Honorable William W. Blevins, Clerk of Court for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted,

/s/ *Douglas J. Moore*                               Harley Ratliff
Douglas J. Moore (Bar No. 27706)                     Adrienne L. Byard
**IRWIN FRITCHIE URQUHART & MOORE LLC**              **SHOOK, HARDY & BACON L.L.P.**
400 Poydras Street, Suite 2700                       2555 Grand Boulevard
New Orleans, LA  70130                               Kansas City, Missouri 64108
Telephone: 504-310-2100                              Telephone: 816-474-6550
Facsimile:  504-310-2120                             Facsimile:  816-421-5547
dmoore@irwinllc.com                                  hratliff@shb.com
                                                     abyard@shb.com

                                                     *Counsel for sanofi-sventis U.S., LLC*
                                                     *and Sanofi U.S. Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*