UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          :   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION        :
                                     :   SECTION "H" (5)
------------------------------------ :
                                         JUDGE MILAZZO
THIS DOCUMENT RELATES TO:                MAG. JUDGE NORTH

*Modine J. Landry v. Sanofi S.A., et al*
Civil Action No.: 2:17-cv-08110

## MOTION FOR SUBSTITUTION OF PLAINTIFF

COMES NOW, Plaintiff Modine J. Landry and files this motion to substitute, Haywood Paul Landry, John Malcom Roberts, Jr. and Monica Lynn Borel, as the proper plaintiffs pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. In support therefore, Plaintiff respectfully shows the Court the following:

1. Plaintiff, Modine J. Landry, filed the present action in the United States District Court for the Eastern District of Louisiana on August 22, 2017.

2. Modine J. Landry died on July 8, 2019.

3. On February 17, 2020, Plaintiff filed a Suggestion of Death pursuant to Rule 25(a) of the Federal Rules of Civil Procedure.

4. Pursuant to the Supplemental Judgment of Possession rendered on February 20, 2020 in the Succession of Modine J. Landry, Proceedings No. 2019-0461 of the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, Haywood Paul Landry, John Malcom Roberts, Jr. and Monica Lynn Borel were recognized as the owners of and sent into possession of an undivided one-third (1/3) interest each in and to the Taxotere claim filed by Modine J. Landry.

WHEREFORE, Counsel for Plaintiff requests that Haywood Paul Landry, John Malcolm Roberts, Jr. and Monica Lynn Borel, heirs of Modine J. Landry, be substituted as the proper party Plaintiffs pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

Dated: February 27, 2020

Respectfully submitted,

/s/ Bruce S. Kingsdorf
Bruce S. Kingsdorf (#7403)
Dawn M. Barrios (#2821)
Zachary L. Wool (#32778)
Emma K. Schwab (#35864)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
bkingsdorf@bkc-law.com
barrios@bkc-law.com
zwool@bkc-law.com
eschwab@bkc-law.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Bruce S. Kingsdorf*
BRUCE S. KINGSDORF