UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| ------------------------------------------------------------ | : : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | | JUDGE MILAZZO MAG. JUDGE NORTH |

*Modine J. Landry v. Sanofi S.A., et al*
*Civil Action No.: 2:17-cv-08110*

# ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff, as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Haywood Paul Landry, John Malcolm Roberts, Jr. and Monica Lynn Borel, heirs of Modine J. Landry, are substituted for Plaintiff Modine J. Landry as the proper party Plaintiffs in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE