# EXHIBIT B

1    **1.14.1.3    <u>Draft Labeling Text</u>**

2    **Avastin®**
3    **(Bevacizumab)**

4    **For Intravenous Use**

5    **WARNINGS**
6    **Gastrointestinal Perforations**
7    Avastin administration can result in the development of
8    gastrointestinal perforation, in some instances resulting in fatality.
9    Gastrointestinal perforation, sometimes associated with
10    intra-abdominal abscess, occurred throughout treatment with Avastin
11    (i.e., was not correlated to duration of exposure).  The incidence of
12    gastrointestinal perforation (gastrointestinal perforation, fistula
13    formation, and/or intra-abdominal abscess) in patients with colorectal
14    cancer and in patients with non-small cell lung cancer (NSCLC)
15    receiving Avastin was 2.4% and 0.9%, respectively.  The typical
16    presentation was reported as abdominal pain associated with
17    symptoms such as constipation and vomiting.  Gastrointestinal
18    perforation should be included in the differential diagnosis of patients
19    presenting with abdominal pain on Avastin.  Avastin therapy should be
20    permanently discontinued in patients with gastrointestinal perforation.
21    (See **WARNINGS:  Gastrointestinal Perforations** and **DOSAGE**
22    **AND ADMINISTRATION:  Dose Modifications.**)

23    **Wound Healing Complications**
24    Avastin administration can result in the development of wound
25    dehiscence, in some instances resulting in fatality.  Avastin therapy
26    should be permanently discontinued in patients with wound dehiscence
27    requiring medical intervention.  The appropriate interval between
28    termination of Avastin and subsequent elective surgery required to
29    avoid the risks of impaired wound healing/wound dehiscence has not
30    been determined.  (See **WARNINGS:  Wound Healing**
31    **Complications** and **DOSAGE AND ADMINISTRATION:  Dose**
32    **Modifications.**)

**Hemorrhage**

Fatal pulmonary hemorrhage can occur in patients with NSCLC treated with chemotherapy and Avastin. The incidence of severe or fatal hemoptysis was 31% in patients with squamous histology and 2.3% in patients with NSCLC excluding predominant squamous histology. Patients with recent hemoptysis ($\geq 1/2$ tsp of red blood) should not receive Avastin. (See **WARNINGS: Hemorrhage, ADVERSE REACTIONS: Hemorrhage,** and **DOSAGE AND ADMINISTRATION: Dose Modifications.**)

## DESCRIPTION

Avastin® (Bevacizumab) is a recombinant humanized monoclonal IgG1 antibody that binds to and inhibits the biologic activity of human vascular endothelial growth factor (VEGF) in *in vitro* and *in vivo* assay systems. Bevacizumab contains human framework regions and the complementarity-determining regions of a murine antibody that binds to VEGF (1). Bevacizumab is produced in a Chinese Hamster Ovary mammalian cell expression system in a nutrient medium containing the antibiotic gentamicin and has a molecular weight of approximately 149 kilodaltons. Avastin is a clear to slightly opalescent, colorless to pale brown, sterile, pH 6.2 solution for intravenous (IV) infusion. Avastin is supplied in 100 mg and 400 mg preservative-free, single-use vials to deliver 4 mL or 16 mL of Avastin (25 mg/mL). The 100 mg product is formulated in 240 mg $\alpha,\alpha$-trehalose dihydrate, 23.2 mg sodium phosphate (monobasic, monohydrate), 4.8 mg sodium phosphate (dibasic, anhydrous), 1.6 mg polysorbate 20, and Water for Injection, USP. The 400 mg product is formulated in 960 mg $\alpha,\alpha$-trehalose dihydrate, 92.8 mg sodium phosphate (monobasic, monohydrate), 19.2 mg sodium phosphate (dibasic, anhydrous), 6.4 mg polysorbate 20, and Water for Injection, USP.

62   **CLINICAL PHARMACOLOGY**

63   **Mechanism of Action**

64   Bevacizumab binds VEGF and prevents the interaction of VEGF to its

65   receptors (Flt-1 and KDR) on the surface of endothelial cells. The

66   interaction of VEGF with its receptors leads to endothelial cell

67   proliferation and new blood vessel formation in *in vitro* models of

68   angiogenesis. Administration of Bevacizumab to xenotransplant

69   models of colon cancer in nude (athymic) mice caused reduction of

70   microvascular growth and inhibition of metastatic disease progression.

71   **Pharmacokinetics**

72   The pharmacokinetic profile of Bevacizumab was assessed using an

73   assay that measures total serum Bevacizumab concentrations (i.e., the

74   assay did not distinguish between free Bevacizumab and Bevacizumab

75   bound to VEGF ligand). Based on a population pharmacokinetic

76   analysis of 491 patients who received 1 to 20 mg/kg of Avastin

77   weekly, every 2 weeks, or every 3 weeks, the estimated half-life of

78   Bevacizumab was approximately 20 days (range 11–50 days). The

79   predicted time to reach steady state was 100 days. The accumulation

80   ratio following a dose of 10 mg/kg of Bevacizumab every 2 weeks was

81   2.8.

82   The clearance of Bevacizumab varied by body weight, by gender, and

83   by tumor burden. After correcting for body weight, males had a higher

84   Bevacizumab clearance (0.262 L/day vs. 0.207 L/day) and a larger $V_c$

85   (3.25 L vs. 2.66 L) than females. Patients with higher tumor burden

86   (at or above median value of tumor surface area) had a higher

87   Bevacizumab clearance (0.249 L/day vs. 0.199 L/day) than patients

88   with tumor burdens below the median. In a randomized study of

89   813 patients (Study 1), there was no evidence of lesser efficacy

90   (hazard ratio for overall survival) in males or patients with higher

91   tumor burden treated with Avastin as compared to females and patients

92   with low tumor burden. The relationship between Bevacizumab

93   exposure and clinical outcomes has not been explored.

94   **Special Populations**

95   Analyses of demographic data suggest that no dose adjustments are

96   necessary for age or sex.

97   *Patients with renal impairment.*  No studies have been conducted to

98   examine the pharmacokinetics of Bevacizumab in patients with renal

99   impairment.

100  *Patients with hepatic dysfunction.*  No studies have been conducted to

101  examine the pharmacokinetics of Bevacizumab in patients with hepatic

102  impairment.

103  **CLINICAL STUDIES**

104  **Avastin® In Metastatic Colorectal Cancer (mCRC)**

105  The safety and efficacy of Avastin in the treatment of patients with

106  metastatic carcinoma of the colon or rectum were studied in three

107  randomized, controlled clinical trials in combination with intravenous

108  5-fluorouracil–based chemotherapy.  The activity of Avastin in

109  patients with metastatic colorectal cancer that progressed on or after

110  receiving both irinotecan based- and oxaliplatin based-chemotherapy

111  regimens was evaluated in an open-access trial in combination with

112  intravenous 5-fluorouracil-based chemotherapy.

113  **Avastin in Combination with Bolus-IFL**

114  Study 1 was a randomized, double-blind, active-controlled clinical trial

115  evaluating Avastin as first-line treatment of metastatic carcinoma of

116  the colon or rectum.  Patients were randomized to bolus-IFL

117  (irinotecan 125 mg/m$^2$ IV, 5-fluorouracil 500 mg/m$^2$ IV, and

118  leucovorin 20 mg/m$^2$ IV given once weekly for 4 weeks every

119  6 weeks) plus placebo (Arm 1), bolus-IFL plus Avastin (5 mg/kg every

120  2 weeks) (Arm 2), or 5-FU/LV plus Avastin (5 mg/kg every 2 weeks)

121  (Arm 3).  Enrollment in Arm 3 was discontinued, as pre-specified,

122  when the toxicity of Avastin in combination with the bolus-IFL

123  regimen was deemed acceptable.

124     Of the 813 patients randomized to Arms 1 and 2, the median age was
125     60, 40% were female, and 79% were Caucasian.  Fifty-seven percent
126     had an ECOG performance status of 0.  Twenty-one percent had a
127     rectal primary and 28% received prior adjuvant chemotherapy.  In the
128     majority of patients, 56%, the dominant site of disease was
129     extra-abdominal, while the liver was the dominant site in 38% of
130     patients. Results are presented in Table 1 and Figure 1.

**Table 1**
Study 1 Efficacy Results

|  | IFL+Placebo | IFL+ Avastin 5 mg/kg q 2 wks |
|---|---|---|
| Number of Patients | 411 | 402 |
| Overall Survival[a] | | |
|    Median (months) | 15.6 | 20.3 |
|    Hazard ratio | | 0.66 |
| Progression-free Survival[a] | | |
|    Median (months) | 6.2 | 10.6 |
|    Hazard ratio | | 0.54 |
| Overall Response Rate[b] | | |
|    Rate (percent) | 35% | 45% |
| Duration of Response | | |
|    Median (months) | 7.1 | 10.4 |

[a] $p < 0.001$ by stratified logrank test.
[b] $p < 0.01$ by $\chi^2$ test.

131

132
133

**Figure 1**

Duration of Survival in Study 1



134

135   Error bars represent 95% confidence intervals.

136

137   The clinical benefit of Avastin, as measured by survival in the two

138   principal arms, was seen in the subgroups defined by age (<65 yrs,

139   ≥65 yrs) and gender.

140   Among the 110 patients enrolled in Arm 3, median overall survival

141   was 18.3 months, median progression-free survival was 8.8 months,

142   overall response rate was 39%, and median duration of response was

143   8.5 months.

144   **Avastin in Combination with 5-FU/LV Chemotherapy**

145   Study 2 was a randomized, active-controlled clinical trial testing

146   Avastin in combination with 5-FU/LV as first-line treatment of

147   metastatic colorectal cancer.  Patients were randomized to receive

148   5-FU/LV (5-fluorouracil 500 mg/m$^2$, leucovorin 500 mg/m$^2$ weekly

149   for 6 weeks every 8 weeks) or 5-FU/LV plus Avastin (5 mg/kg every

150   2 weeks) or 5-FU/LV plus Avastin (10 mg/kg every 2 weeks).

151   The primary endpoints of the trial were objective response rate and

152   progression-free survival.  Results are presented in Table 2.

**Table 2**
Study 2 Efficacy Results

| | 5-FU/LV | 5-FU/LV+Avastin 5 mg/kg | 5-FU/LV+Avastin 10 mg/kg |
|---|---|---|---|
| Number of Patients | 36 | 35 | 33 |
| Overall Survival | | | |
| Median (months) | 13.6 | 17.7 | 15.2 |
| Progression-free Survival | | | |
| Median (months) | 5.2 | 9.0 | 7.2 |
| Overall Response Rate | | | |
| Rate (percent) | 17 | 40 | 24 |

153

154    Progression-free survival was significantly longer in patients receiving

155    5-FU/LV plus Avastin at 5 mg/kg when compared to those not

156    receiving Avastin.  However, overall survival and overall response rate

157    were not significantly different.  Outcomes for patients receiving

158    5-FU/LV plus Avastin at 10 mg/kg were not significantly different

159    than for patients who did not receive Avastin.

160    **Avastin in Combination with 5-FU/LV and Oxaliplatin**
161    **Chemotherapy**

162    Study 3 was an open-label, randomized, 3-arm, active-controlled,

163    multicenter clinical trial evaluating Avastin alone, Avastin in

164    combination with 5-FU/LV and oxaliplatin (FOLFOX4), and

165    FOLFOX4 alone in the second-line treatment of metastatic carcinoma

166    of the colon or rectum.  Patients were previously treated with

167    irinotecan and 5-FU for initial therapy for metastatic disease or as

168    adjuvant therapy.  Patients were randomized to FOLFOX4 (Day 1:

169    oxaliplatin 85 mg/m$^2$ and leucovorin 200 mg/m$^2$ concurrently IV, then

170    5-FU 400 mg/m$^2$ IV bolus followed by 600 mg/m$^2$ continuously IV;

171    Day 2: leucovorin 200 mg/m$^2$ IV, then 5-FU 400 mg/m$^2$ IV bolus

172    followed by 600 mg/m$^2$ continuously IV; repeated every 2 weeks),

173    FOLFOX4 plus Avastin, or Avastin monotherapy.  Avastin was

174    administered at a dose of 10 mg/kg every 2 weeks and for patients in

175  the FOLFOX4 plus Avastin arm, prior to the FOLFOX4 chemotherapy
176  on Day 1.

177  Of the 829 patients randomized to the three arms, the median age was
178  61 years, 40% were female, 87% were Caucasian, and 49% had an
179  ECOG performance status of 0. Twenty-six percent had received prior
180  radiation therapy, and 80% received prior adjuvant chemotherapy.
181  Ninety-nine percent received prior irinotecan, with or without 5-FU for
182  metastatic colorectal cancer, and 1% received prior irinotecan and
183  5-FU as adjuvant therapy.

184  The Avastin monotherapy arm of Study 3 was closed to accrual after
185  enrollment of 244 of the planned 290 patients following a planned
186  interim analysis by the data monitoring committee (DMC), based on
187  evidence of decreased survival in the Avastin alone arm as compared
188  to the FOLFOX4 alone arm. In the two remaining study arms, overall
189  survival (OS) was significantly longer in patients receiving Avastin in
190  combination with FOLFOX4 as compared to those receiving
191  FOLFOX4 alone (median OS 13.0 mos vs. 10.8 mos; hazard ratio 0.75
192  [95% CI  0.63, 0.89], p=0.001 stratified log rank test). In addition,
193  patients treated with Avastin in combination with FOLFOX4 were
194  reported to have significantly longer progression-free survival and a
195  higher overall response rate based on investigator assessment. The
196  clinical benefit of Avastin, as measured by survival, was seen in the
197  subgroups defined by age (<65 yrs, ≥65 yrs) and gender.

198  **Avastin in Third-Line Metastatic Colorectal Cancer**
199  Study 4 was an open access, multicenter, single arm study that
200  evaluated the activity of Avastin in combination with bolus or
201  infusional 5-FU/LV in 339 patients with metastatic colorectal cancer
202  with disease progression following both irinotecan- and
203  oxaliplatin-containing chemotherapy regimens. The majority (73%) of
204  patients received concurrent 5-FU/LV according to a bolus regimen.

205   There was one objective partial response in the first 100 evaluable
206   patients for an overall response rate of 1% (95% CI 0–5.5%).

207   **Avastin® In Unresectable Non-Squamous, Non-Small Cell**
208   **Lung Cancer (NSCLC)**
209   The safety and efficacy of Avastin as first-line treatment of patients
210   with locally advanced, metastatic, or recurrent non-squamous, NSCLC
211   was studied in a single, large, randomized, active-controlled,
212   open-label, multicenter study (Study 5, n=878), supported by a
213   randomized, dose ranging, active controlled Phase 2 study (Study 6,
214   n=98).

215   In Study 5, chemotherapy-naïve patients with locally advanced,
216   metastatic or recurrent non-squamous NSCLC were randomized (1:1)
217   to receive six cycles of paclitaxel 200 mg/m$^2$ and carboplatin
218   AUC=6.0, both by IV infusion on day 1 (PC) or PC in combination
219   with Avastin at a dose of 15 mg/kg by IV infusion on day 1 (PC plus
220   Avastin). After completion or upon discontinuation of chemotherapy,
221   patients in the PC plus Avastin arm continued to receive Avastin alone
222   until disease progression or until unacceptable toxicity. Cycles were
223   repeated every 21 days. Patients with predominant squamous
224   histology (mixed cell type tumors only), central nervous system (CNS)
225   metastasis, gross hemoptysis (≥1/2 tsp of red blood), or unstable
226   angina and those receiving therapeutic anticoagulation were excluded.
227   The main outcome measure of the study was duration of survival.

228   Among the 878 patients randomized to the two treatment arms, the
229   median age was 63, 46% were female, 43% were ≥ age 65, and 28%
230   had ≥5% weight loss at study entry. Eleven percent had recurrent
231   disease and of the remaining 89% with newly diagnosed NSCLC, 12%
232   had Stage IIIB with malignant pleural effusion and 76% had Stage IV
233   disease. The survival curves are presented in Figure 2. Overall
234   survival was statistically significantly higher among patients receiving
235   PC plus Avastin compared with those receiving PC alone; median OS

236   was 12.3 mos vs. 10.3 mos (hazard ratio 0.80 [repeated 95% CI 0.68,

237   0.94], final p-value 0.013, stratified log-rank test).  Based on

238   investigator assessment which was not independently verified, patients

239   were reported to have longer progression-free survival with Avastin in

240   combination with PC compared to PC alone.

241                                 **Figure 2**

242                 Duration of Survival in Study 5



243

244

245   In an exploratory analyses across patient subgroups, the impact of

246   Avastin on overall survival was less robust in the following:  women

247   [HR = 0.99 (95% CI: 0.79, 1.25)], age ≥ 65 years [HR = 0.91 (95% CI:

248   0.72, 1.14)] and patients with ≥ 5% weight loss at study entry

249   [HR = 0.96 (95% CI: 0.73, 1.26)].

250   **Avastin in Metastatic Breast Cancer**

251   The efficacy and safety of Avastin as first-line treatment of patients

252   with metastatic breast cancer was studied in a single, open-label,

253   randomized, multicenter study (Study 7, N=722).  The efficacy and

254   safety of Avastin as second- and third-line treatment of patients with

255   metastatic breast cancer was studied in a single open-label randomized

256   study (Study 8, N= 462).

257

258   *Study 7*

259   In Study 7,  patients who had not received chemotherapy for locally
260   recurrent or metastatic breast cancer were randomized (1:1) to receive
261   paclitaxel (90 mg/m$^2$ IV once weekly for 3 out of 4 weeks) alone or in
262   combination with Avastin (10 mg/kg IV infusion every 2 weeks).
263   Patients were treated until disease progression or unacceptable
264   toxicity.  In situations where paclitaxel was discontinued or held,
265   treatment with Avastin alone could be continued until disease
266   progression.  Patients with breast cancer overexpressing HER2 were
267   not eligible unless they had received prior therapy with Herceptin®.
268   Prior hormonal therapy for the treatment of metastatic disease was
269   allowed, as was prior adjuvant chemo or hormonal therapy.  Adjuvant
270   taxane therapy, if received, must have been completed 12 or more
271   months prior to study entry.  Patients with central nervous system
272   metastasis were excluded.  The main outcome measure of the study
273   was progression-free survival (PFS), as assessed by an independent
274   review facility (IRF).  Secondary outcome measures were overall
275   survival and objective response rate.

276   Of the 722 patients randomized to the two treatment arms, the median
277   age was 55 years (range 27 - 85), 76% were white, 55.3% were
278   postmenopausal, and 64% were ER and/or PR positive.  The patient
279   characteristics were similar across the treatment arms.  Thirty-six
280   percent had received prior hormonal therapy for advanced disease, and
281   66% had received adjuvant chemotherapy, including 20% with prior
282   taxane use and 50% with prior anthracycline use.  Efficacy results are
283   summarized in Table 3.

284

285   **Table 3.**

286   Avastin Efficacy Results from Study 7

| Efficacy Parameter | Avastin + Paclitaxel (n=368) | Paclitaxel alone (n=354) | p-value | HR (95% CI) |
|---|---|---|---|---|
| Progression-free Survival [median, months (95% CI)] | 11.3 (10.5, 13.3) | 5.8 (5.4, 8.2) | <0.0001 | 0.48 (0.39, 0.61) |
| Overall Survival [median, months (95% CI)] | 26.5 (23.7, 29.2) | 24.8 (21.4, 27.4) | 0.14 | 0.87 (0.72, 1.05) |
| Partial Response Rate[1] (PR) | 48.9% [2] | 22.2% | <0.001 | |

287   [1]Includes only patients with measurable disease

288   [2] The difference in partial response rates is 26.7% with a 95% CI (18.4%, 35.0%).

289   The addition of Avastin to paclitaxel resulted in an improvement in

290   PFS with no significant improvement in overall survival.  Partial

291   response rates in patients with measurable disease were higher with

292   Avastin plus paclitaxel.  No complete responses were observed.

293   Thirty-four percent of the patients had incomplete follow-up for

294   disease progression, therefore, an exploratory analysis was performed

295   providing a hazard ratio of 0.57.

296   *Study 8*

297   In Study 8, patients who had received prior anthracycline and taxane

298   therapy in the adjuvant setting or for their metastatic breast cancer

299   were randomized (1:1) to receive capecitabine alone or in combination

300   with Avastin.  The study enrolled 462 patients.  The median age was

301   51 years (range 29 – 78), 80.5% were white, and 50% were ER and

302   40% were  PR positive. The patient characteristics were similar across

303   the treatment arms. The study failed to demonstrate a statistically

304   significant effect on PFS or overall survival.  The median PFS was 4.2

305   months in the capecitabine arm and 4.9 months in the capecitabine

306   plus Avastin arm (log-rank p-value = 0.86, hazard ratio 0.98).  The

307   median overall survival was 14.5 months in the capecitabine arm and

308    15.1 months in the capecitabine plus Avastin arm (hazard ratio of
309    1.08).

310

311    **INDICATIONS AND USAGE**

312    Avastin®, in combination with intravenous 5-fluorouracil–based

313    chemotherapy, is indicated for first- or second-line treatment of

314    patients with metastatic carcinoma of the colon or rectum.

315    Avastin®, in combination with carboplatin and paclitaxel, is indicated

316    for first-line treatment of patients with unresectable, locally advanced,

317    recurrent or metastatic non-squamous, non-small cell lung cancer.

318    Avastin®, in combination with paclitaxel is indicated for the treatment

319    of patients who have not received chemotherapy for metastatic HER2

320    negative breast cancer.

321    The effectiveness of Avastin in metastatic breast cancer is based on an

322    improvement in progression free survival.  Avastin is not indicated for

323    patients with breast cancer that has progressed following anthracycline

324    and taxane chemotherapy administered for metastatic disease.

325    Currently, no data are available that demonstrate an improvement in

326    disease-related symptoms or increased survival with Avastin in breast

327    cancer.   (See CLINICAL STUDIES.)

328    **CONTRAINDICATIONS**

329    None.

330    **WARNINGS**

331    **Gastrointestinal Perforations (See DOSAGE AND**

332    **ADMINISTRATION:  Dose Modifications)**

333    Gastrointestinal perforation complicated by intra-abdominal abscesses

334    or fistula formation and in some instances with fatal outcome, occurs

335    at an increased incidence in patients receiving Avastin as compared to

336    controls.  In Studies 1, 2, and 3, the incidence of gastrointestinal

337    perforation (gastrointestinal perforation, fistula formation, and/or

338    intra-abdominal abscess) in patients receiving Avastin was 2.4%.

339    These episodes occurred with or without intra-abdominal abscesses

340    and at various time points during treatment.  The typical presentation

341    was reported as abdominal pain associated with symptoms such as

342    constipation and emesis.

343    In post-marketing clinical studies and reports, gastrointestinal

344    perforation, fistula formation in the gastrointestinal tract

345    (eg. gastrointestinal, enterocutaneous, esophageal, duodenal, rectal),

346    and/or intra-abdominal abscess occurred in patients receiving Avastin

347    for colorectal and for other types of cancer.  The overall incidence in

348    clinical studies was 1%, but may be higher in some cancer settings.  Of

349    the reported events, approximately 30% were fatal.  Patients with

350    gastrointestinal perforation, regardless of underlying cancer, typically

351    present with abdominal pain, nausea and fever.  Events were reported

352    at various time points during treatment ranging from one week to

353    greater than 1 year from initiation of Avastin, with most events

354    occurring within the first 50 days.

355    Permanently discontinue Avastin in patients with gastrointestinal

356    perforation (gastrointestinal perforation, fistula formation, and/or

357    intra-abdominal abscess).

358    **Non-Gastrointestinal Fistula Formation (See DOSAGE AND**

359    **ADMINISTRATION: Dose Modifications)**

360    Non-gastrointestinal fistula formation has been reported in patients

361    treated with Avastin in controlled clinical studies (with an incidence of

362    < 0.3%) and in post-marketing experience, in some cases with fatal

363    outcome.  Fistula formation involving the following areas of the body

364    other than the gastrointestinal tract have been reported:

365    tracheo-esophageal, bronchopleural, biliary, vagina and bladder.

366   Events were reported throughout treatment with Avastin, with most
367   events occurring within the first 6 months.

368   Permanently discontinue Avastin in patients with fistula formation
369   involving an internal organ.

370   **Wound Healing Complications (See DOSAGE AND**
371   **ADMINISTRATION:  Dose Modifications)**

372   Avastin impairs wound healing in animal models.  In clinical studies
373   of Avastin, patients were not allowed to receive Avastin until at least
374   28 days had elapsed following surgery.  In clinical studies of Avastin
375   in combination with chemotherapy, there were 6 instances of
376   dehiscence among 788 patients (0.8%).

377   The appropriate interval between discontinuation of Avastin and
378   subsequent elective surgery required to avoid the risks of impaired
379   wound healing has not been determined.  In Study 1, 39 patients who
380   received bolus-IFL plus Avastin underwent surgery following Avastin
381   therapy; of these patients, six (15%) had wound healing/bleeding
382   complications.  In the same study, 25 patients in the bolus-IFL arm
383   underwent surgery; of these patients, one of 25 (4%) had wound
384   healing/bleeding complications.  The longest interval between last
385   dose of study drug and dehiscence was 56 days; this occurred in a
386   patient on the bolus-IFL plus Avastin arm.

387   The interval between termination of Avastin and subsequent elective
388   surgery should take into consideration the calculated half-life of
389   Avastin (approximately 20 days).

390   Discontinue Avastin in patients with wound healing complications
391   requiring medical intervention.

**Hemorrhage (See DOSAGE AND ADMINISTRATION:**
**Dose Modifications)**

Two distinct patterns of bleeding have occurred in patients receiving
Avastin.  The first is minor hemorrhage, most commonly NCI-CTC
Grade 1 epistaxis.  The second is serious, and in some cases fatal,
hemorrhagic events.

In Study 6, four of 13 (31%) Avastin-treated patients with squamous
cell histology and two of 53 (4%) Avastin-treated patients with
histology other than squamous cell, experienced serious or fatal
pulmonary hemorrhage as compared to none of the 32 (0%) patients
receiving chemotherapy alone.  Of the patients experiencing
pulmonary hemorrhage requiring medical intervention, many had
cavitation and/or necrosis of the tumor, either pre-existing or
developing during Avastin therapy.  In Study 5, the rate of pulmonary
hemorrhage requiring medical intervention for the PC plus Avastin
arm was 2.3% (10 of 427) compared to 0.5% (2 of 441) for the PC
alone arm.  There were seven deaths due to pulmonary hemorrhage
reported by investigators in the PC plus Avastin arm as compared to
one in the PC alone arm.  Generally, these serious hemorrhagic events
presented as major or massive hemoptysis without an antecedent
history of minor hemoptysis during Avastin therapy.  Do not
administer Avastin to patients with recent history of hemoptysis of
$\geq 1/2$ tsp of red blood.  Other serious bleeding events occurring in
patients receiving Avastin across all indications include
gastrointestinal hemorrhage, subarachnoid hemorrhage, and
hemorrhagic stroke.  Some of these events were fatal. (See **ADVERSE**
**REACTIONS:  Hemorrhage.**)

The risk of central nervous system (CNS) bleeding in patients with
CNS metastases receiving Avastin has not been evaluated because
these patients were excluded from late stage clinical studies following
development of CNS hemorrhage in a patient with a CNS metastasis in
a Phase 1 study.

424    Discontinue Avastin in patients with serious hemorrhage

425    (i.e., requiring medical intervention) and initiate aggressive medical

426    management. (See **ADVERSE REACTIONS: Hemorrhage.**)

427    **Arterial Thromboembolic Events (see DOSAGE AND**

428    **ADMINISTRATION: Dose Modifications and**

429    **PRECAUTIONS: Geriatric Use)**

430    Arterial thromboembolic events (ATE) occurred at a higher incidence

431    in patients receiving Avastin in combination with chemotherapy as

432    compared to those receiving chemotherapy alone. ATE included

433    cerebral infarction, transient ischemic attacks (TIAs), myocardial

434    infarction (MI), angina, and a variety of other ATE. These events

435    were fatal in some instances.

436    In a pooled analysis of randomized, controlled clinical trials involving

437    1745 patients, the incidence of ATE was 4.4% among patients treated

438    with Avastin in combination with chemotherapy and 1.9%

439    among patients receiving chemotherapy alone. Fatal outcomes for

440    these events occurred in 7 of 963 patients (0.7%) who were treated

441    with Avastin in combination with chemotherapy, compared to 3 of

442    782 patients (0.4%) who were treated with chemotherapy alone. The

443    incidences of both cerebrovascular arterial events (1.9% vs. 0.5%) and

444    cardiovascular arterial events (2.1% vs. 1.0%) were increased in

445    patients receiving Avastin compared to chemotherapy alone. The

446    relative risk of ATE was greater in patients 65 and over (8.5% vs.

447    2.9%) as compared to those less than 65 (2.1% vs. 1.4%).

448    (See **PRECAUTIONS: Geriatric Use.**)

449    The safety of resumption of Avastin therapy after resolution of an

450    ATE has not been studied. Permanently discontinue Avastin in

451    patients who experience a severe ATE during treatment. (See

452    **DOSAGE AND ADMINISTRATION: Dose Modifications** and

453    **PRECAUTIONS: Geriatric Use.**)

**454   Hypertension (See DOSAGE AND ADMINISTRATION:**
**455   Dose Modifications)**

456   The incidence of severe hypertension was increased in patients
457   receiving Avastin as compared to controls.  Across clinical studies the
458   incidence of NCI-CTC Grade 3 or 4 hypertension ranged from 8-18%.

459   Medication classes used for management of patients with NCI-CTC
460   Grade 3 hypertension receiving Avastin included
461   angiotensin-converting enzyme inhibitors, beta blockers, diuretics, and
462   calcium channel blockers.  Development or worsening of hypertension
463   can require hospitalization or require discontinuation of Avastin in up
464   to 1.7% of patients.  Hypertension can persist after discontinuation of
465   Avastin.  Complications can include hypertensive encephalopathy
466   (in some cases fatal) and CNS hemorrhage.

467   In the post-marketing experience, acute increases in blood pressure
468   associated with initial or subsequent infusions of Avastin have been
469   reported (see **PRECAUTIONS:  Infusion Reactions**).  Some cases
470   were serious and associated with clinical sequelae.

471   Permanently discontinue Avastin in patients with hypertensive crisis or
472   hypertensive encephalopathy.  Temporarily suspend Avastin in
473   patients with severe hypertension that is not controlled with medical
474   management. (See **DOSAGE AND ADMINISTRATION:  Dose**
475   **Modifications.**)

**476   Reversible Posterior Leukoencephalopathy Syndrome**
**477   (RPLS) (See DOSAGE AND ADMINISTRATION:**
**478   Dose Modifications)**

479   RPLS has been reported in clinical studies (with an incidence of
480   <0.1%) and in post-marketing experience.  RPLS is a neurological
481   disorder which can present with headache, seizure, lethargy,
482   confusion, blindness and other visual and neurologic disturbances.
483   Mild to severe hypertension may be present, but is not necessary for
484   diagnosis of RPLS. Magnetic Resonance Imaging (MRI) is necessary

485    to confirm the diagnosis of RPLS.  The onset of symptoms has been
486    reported to occur from 16 hours to 1 year after initiation of Avastin.

487    In patients developing RPLS, discontinue Avastin and initiate
488    treatment of hypertension, if present.  Symptoms usually resolve or
489    improve within days, although some patients have experienced
490    ongoing neurologic sequelae.  The safety of reinitiating Avastin
491    therapy in patients previously experiencing RPLS is not known.

492    **Neutropenia and Infection (See PRECAUTIONS: Geriatric**
493    **Use and ADVERSE REACTIONS: Neutropenia and Infection)**
494    Increased rates of severe neutropenia, febrile neutropenia, and
495    infection with severe neutropenia (including some fatalities) have been
496    observed in patients treated with myelosuppressive chemotherapy plus
497    Avastin. (See **PRECAUTIONS:  Geriatric Use** and **ADVERSE**
498    **REACTIONS:  Neutropenia and Infection.**)

499    **Proteinuria (See DOSAGE AND ADMINISTRATION:**
500    **Dose Modifications)**
501    The incidence and severity of proteinuria is increased in patients
502    receiving Avastin as compared to control.  In Studies 1, 3 and 5 the
503    incidence of NCI-CTC Grade 3 and 4 proteinuria, characterized as
504    >3.5 gm/24 hours, ranged up to 3.0% in Avastin-treated patients.

505    Nephrotic syndrome occurred in seven of 1459 (0.5%) patients
506    receiving Avastin in clinical studies.  One patient died and one
507    required dialysis.  In three patients, proteinuria decreased in severity
508    several months after discontinuation of Avastin.  No patient had
509    normalization of urinary protein levels (by 24-hour urine) following
510    discontinuation of Avastin.

511    The highest incidence of proteinuria was observed in a dose-ranging,
512    placebo-controlled, randomized study of Avastin in patients with
513    metastatic renal cell carcinoma, an indication for which Avastin is not
514    approved, 24-hour urine collections were obtained in approximately

515  half the patients enrolled.  Among patients in whom 24-hour urine
516  collections were obtained, four of 19 (21%) patients receiving Avastin
517  at 10 mg/kg every two weeks, two of 14 (14%) patients receiving
518  Avastin at 3 mg/kg every two weeks, and none of the 15 placebo
519  patients experienced NCI-CTC Grade 3 proteinuria (>3.5 gm
520  protein/24 hours).

521  Discontinue Avastin in patients with nephrotic syndrome.  The safety
522  of continued Avastin treatment in patients with moderate to severe
523  proteinuria has not been evaluated.  In most clinical studies, Avastin
524  was interrupted for ≥2 grams of proteinuria/24 hours and resumed
525  when proteinuria was <2 gm/24 hours.  Patients with moderate to
526  severe proteinuria based on 24-hour collections should be monitored
527  regularly until improvement and/or resolution is observed. (See
528  **DOSAGE AND ADMINISTRATION:  Dose Modifications.)**

529  **Congestive Heart Failure**
530   NCI-CTC Grade 2–4 left ventricular dysfunction, was reported in 25
531  of 1459 (1.7%) patients receiving Avastin in clinical studies.  In Study
532  7, the rate of congestive heart failure (defined as NCI-CTC Grade 3
533  and 4) in the Avastin plus paclitaxel arm was 2.2 % versus 0.3% in the
534  control arm. Among patients receiving anthracyclines, the rate of CHF
535  was 3.8% for Avastin treated patients and 0.6 % for patients receiving
536  paclitaxel alone.  Congestive heart failure occurred in six of 44 (14%)
537  patients with relapsed acute leukemia (an unlabelled indication)
538  receiving Avastin and concurrent anthracyclines in a single arm study.

539  The safety of continuation or resumption of Avastin in patients with
540  cardiac dysfunction has not been studied.

541  **PRECAUTIONS**
542  **General**
543  Use Avastin with caution in patients with known hypersensitivity to
544  Avastin or any component of this drug product.

**BL125085/145 Amendment:  Bevacizumab—Genentech, Inc.**
20 of 45/Regional Final Label

**Infusion Reactions**

In clinical studies, infusion reactions with the first dose of Avastin were uncommon (<3%) and severe reactions occurred in 0.2% of patients. Infusion reactions reported in the clinical trials and post-marketing experience include hypertension, hypertensive crises associated with neurologic signs and symptoms, wheezing, oxygen desaturation, NCI-CTC Grade 3 hypersensitivity, chest pain, headaches, rigors, and diaphoresis. Adequate information on rechallenge is not available. Avastin infusion should be interrupted in all patients with severe infusion reactions and appropriate medical therapy administered.

There are no data regarding the most appropriate method of identification of patients who may safely be retreated with Avastin after experiencing a severe infusion reaction.

**Surgery**

Avastin therapy should not be initiated for at least 28 days following major surgery. The surgical incision should be fully healed prior to initiation of Avastin. Because of the potential for impaired wound healing, Avastin should be suspended prior to elective surgery. The appropriate interval between the last dose of Avastin and elective surgery is unknown; however, the half-life of Avastin is estimated to be 20 days (see **CLINICAL PHARMACOLOGY: Pharmacokinetics**) and the interval chosen should take into consideration the half-life of the drug. (See **WARNINGS: Gastrointestinal Perforations** and **Wound Healing Complications.**)

**Cardiovascular Disease**

Patients were excluded from participation in Avastin clinical trials if, in the previous year, they had experienced clinically significant cardiovascular disease. In an exploratory analysis pooling the data from five randomized, placebo-controlled, clinical trials conducted in patients without a recent history of clinically significant cardiovascular

576   disease, the overall incidence of arterial thromboembolic events, the
577   incidence of fatal arterial thromboembolic events, and the incidence of
578   cardiovascular thromboembolic events were increased in patients
579   receiving Avastin plus chemotherapy as compared to chemotherapy
580   alone.

581   **Laboratory Tests**
582   Blood pressure monitoring should be conducted every two to
583   three weeks during treatment with Avastin.  Patients who develop
584   hypertension on Avastin may require blood pressure monitoring at
585   more frequent intervals.  Patients with Avastin-induced or
586   -exacerbated hypertension who discontinue Avastin should continue to
587   have their blood pressure monitored at regular intervals.

588   Patients receiving Avastin should be monitored for the development or
589   worsening of proteinuria with serial urinalyses.  Patients with a 2+ or
590   greater urine dipstick reading should undergo further assessment,
591   e.g., a 24-hour urine collection.  (See **WARNINGS:  Proteinuria** and
592   **DOSAGE AND ADMINISTRATION:  Dose Modifications.**)

593   **Drug Interactions**
594   No formal drug interaction studies with anti-neoplastic agents have
595   been conducted.  In Study 1, patients with colorectal cancer were
596   given irinotecan/5-FU/leucovorin (bolus-IFL) with or without Avastin.
597   Irinotecan concentrations were similar in patients receiving bolus-IFL
598   alone and in combination with Avastin.  The concentrations of SN38,
599   the active metabolite of irinotecan, were on average 33% higher in
600   patients receiving bolus-IFL in combination with Avastin when
601   compared with bolus-IFL alone.  In Study 1, patients receiving
602   bolus-IFL plus Avastin had a higher incidence of NCI-CTC Grade 3–4
603   diarrhea and neutropenia.  Due to high inter-patient variability and
604   limited sampling, the extent of the increase in SN38 levels in patients
605   receiving concurrent irinotecan and Avastin is uncertain.

606   In Study 6, based on limited data, there did not appear to be a
607   difference in the mean exposure of either carboplatin or paclitaxel
608   when each was administered alone or in combination with Avastin.
609   However, 3 of the 8 patients receiving Avastin plus
610   paclitaxel/carboplatin had substantially lower paclitaxel exposure after
611   four cycles of treatment (at Day 63) than those at Day 0, while patients
612   receiving paclitaxel/carboplatin without Avastin had a greater
613   paclitaxel exposure at Day 63 than at Day 0.

614   **Carcinogenesis, Mutagenesis, Impairment of Fertility**
615   No carcinogenicity data are available for Avastin in animals or
616   humans.

617   Avastin may impair fertility.  Dose-related decreases in ovarian and
618   uterine weights, endometrial proliferation, number of menstrual cycles,
619   and arrested follicular development or absent corpora lutea were
620   observed in female cynomolgus monkeys treated with 10 or 50 mg/kg
621   of Avastin for 13 or 26 weeks.  Following a 4- or 12-week recovery
622   period, which examined only the high–dose group, trends suggestive
623   of reversibility were noted in the two females for each regimen that
624   were assigned to recover.  After the 12-week recovery period,
625   follicular maturation arrest was no longer observed, but ovarian
626   weights were still moderately decreased.  Reduced endometrial
627   proliferation was no longer observed at the 12-week recovery time
628   point, but uterine weight decreases were still notable, corpora lutea
629   were absent in 1 out of 2 animals, and the number of menstrual cycles
630   remained reduced (67%).

631   **Pregnancy Category C**
632   Avastin has been shown to be teratogenic in rabbits when administered
633   in doses that approximate the human dose on a mg/kg basis.  Observed
634   effects included decreases in maternal and fetal body weights, an
635   increased number of fetal resorptions, and an increased incidence of

636   specific gross and skeletal fetal alterations.  Adverse fetal outcomes
637   were observed at all doses tested.

638   Angiogenesis is critical to fetal development and the inhibition of
639   angiogenesis following administration of Avastin is likely to result in
640   adverse effects on pregnancy.  There are no adequate and
641   well-controlled studies in pregnant women.  Avastin should be used
642   during pregnancy or in any woman not employing adequate
643   contraception only if the potential benefit justifies the potential risk to
644   the fetus.  All patients should be counseled regarding the potential risk
645   of Avastin to the developing fetus prior to initiation of therapy.  If the
646   patient becomes pregnant while receiving Avastin, she should be
647   apprised of the potential hazard to the fetus and/or the potential risk of
648   loss of pregnancy.  Patients who discontinue Avastin should also be
649   counseled concerning the prolonged exposure following
650   discontinuation of therapy (half-life of approximately 20 days) and the
651   possible effects of Avastin on fetal development.

652   **Nursing Mothers**
653   It is not known whether Avastin is secreted in human milk.  Because
654   human IgG1 is secreted into human milk, the potential for absorption
655   and harm to the infant after ingestion is unknown.  Women should be
656   advised to discontinue nursing during treatment with Avastin and for a
657   prolonged period following the use of Avastin, taking into account the
658   half-life of the product, approximately 20 days [range 11–50 days].
659   (See **CLINICAL PHARMACOLOGY:  Pharmacokinetics.**)

660   **Pediatric Use**
661   The safety and effectiveness of Avastin in pediatric patients has not
662   been studied.  However, physeal dysplasia was observed in juvenile
663   cynomolgus monkeys with open growth plates treated for four weeks
664   with doses that were less than the recommended human dose based on
665   mg/kg and exposure.  The incidence and severity of physeal dysplasia

666   were dose-related and were at least partially reversible upon cessation
667   of treatment.

**Geriatric Use**

669   In Study 1, NCI-CTC Grade 3–4 adverse events were collected in all
670   patients receiving study drug (396 bolus-IFL plus placebo;
671   392 bolus-IFL plus Avastin; 109 5-FU/LV plus Avastin), while
672   NCI-CTC Grade 1 and 2 adverse events were collected in a subset of
673   309 patients.  There were insufficient numbers of patients 65 years and
674   older in the subset in which NCI-CTC Grade 1-4 adverse events were
675   collected to determine whether the overall adverse event profile was
676   different in the elderly as compared to younger patients.  Among the
677   392 patients receiving bolus-IFL plus Avastin, 126 were at least
678   65 years of age.  Severe adverse events that occurred at a higher
679   incidence ($\geq 2\%$) in the elderly when compared to those less than
680   65 years were asthenia, sepsis, deep thrombophlebitis, hypertension,
681   hypotension, myocardial infarction, congestive heart failure, diarrhea,
682   constipation, anorexia, leukopenia, anemia, dehydration, hypokalemia,
683   and hyponatremia.  The effect of Avastin on overall survival was
684   similar in elderly patients as compared to younger patients.

685   In Study 3, patients age 65 and older receiving Avastin plus
686   FOLFOX4 had a greater relative risk as compared to younger patients
687   for the following adverse events:  nausea, emesis, ileus, and fatigue.

688   In Study 5 patients age 65 and older receiving carboplatin, paclitaxel,
689   and AVASTIN had a greater relative risk for proteinuria as compared
690   to younger patients.

691   In Study 7, there were insufficient numbers of patients $\geq$ 65 years old
692   to determine whether the overall adverse event profile was different in
693   the elderly as compared with younger patients.

694   Of the 742 patients enrolled in Genentech-sponsored clinical studies in
695   which all adverse events were captured, 212 (29%) were age 65 or

696    older and 43 (6%) were age 75 or older.  Adverse events of any
697    severity that occurred at a higher incidence in the elderly as compared
698    to younger patients, in addition to those described above, were
699    dyspepsia, gastrointestinal hemorrhage, edema, epistaxis, increased
700    cough, and voice alteration.

701    In an exploratory, pooled analysis of 1745 patients treated in
702    five randomized, controlled studies, there were 618 (35%) patients age
703    65 or older and 1127 patients less than 65 years of age.  The overall
704    incidence of arterial thromboembolic events was increased in all
705    patients receiving Avastin with chemotherapy as compared to those
706    receiving chemotherapy alone, regardless of age.  However, the
707    increase in arterial thromboembolic events incidence was greater in
708    patients 65 and over (8.5% vs. 2.9%) as compared to those less than 65
709    (2.1% vs. 1.4%).  (See **WARNINGS:  Arterial Thromboembolic**
710    **Events.**)

711    **ADVERSE REACTIONS**

712    The most serious adverse reactions in patients receiving Avastin were:

713    • Gastrointestinal Perforations (see **WARNINGS**)

714    • Non-Gastrointestinal Fistula Formation (see **WARNINGS**)

715    • Wound Healing Complications (see **WARNINGS**)

716    • Hemorrhage (see **WARNINGS**)

717    • Arterial Thromboembolic Events (see **WARNINGS**)

718    • Hypertensive Crises (see **WARNINGS:  Hypertension**)

719    • Reversible Posterior Leukoencephalopathy Syndrome
720      (see **WARNINGS**)

721    • Neutropenia and Infection (see **WARNINGS**)

722    • Nephrotic Syndrome (see **WARNINGS:  Proteinuria**)

723    • Congestive Heart Failure (see **WARNINGS**)

724

**Adverse Reactions in Clinical Trials**

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice. The adverse reaction information from clinical trials does, however, provide a basis for identifying the adverse events that appear to be related to drug use and for approximating rates.

The data described below reflect exposure to Avastin in 1529 patients, including 665 receiving Avastin for at least 6 months and 199 receiving Avastin for at least one year. Avastin was studied primarily in placebo- and active-controlled trials (n=501, and n=1028, respectively).

Gastrointestinal Perforation

The incidence of gastrointestinal perforation across all studies ranged from 0–3.7%. The incidence of gastrointestinal perforation, in some cases fatal, in patients with mCRC receiving Avastin alone or in combination with chemotherapy was 2.4% compared to 0.3% in patients receiving only chemotherapy. The incidence of gastrointestinal perforation in NSCLC patients receiving Avastin was 0.9% compared to 0% in patients receiving only chemotherapy. (See **WARNINGS: Gastrointestinal Perforations and DOSAGE AND ADMINISTRATION: Dose Modifications.**)

Non-Gastrointestinal Fistula Formation

(See **WARNINGS: Non-Gastrointestinal Fistula Formation, DOSAGE AND ADMINISTRATION: Dose Modifications.**)

Wound Healing Complications

The incidence of post-operative wound healing and/or bleeding complications was increased in patients with mCRC receiving Avastin as compared to patients receiving only chemotherapy. Among patients

755     requiring surgery on or within 60 days of receiving study treatment,
756     wound healing and/or bleeding complications occurred in 15% (6/39)
757     of patients receiving bolus-IFL plus Avastin as compared to 4% (1/25)
758     of patients who received bolus-IFL alone.  In the same study, the
759     incidence of wound dehiscence was also higher in the Avastin-treated
760     patients (1% vs. 0.5%).

761     Hemorrhage
762     Severe or fatal hemorrhages, including hemoptysis, gastrointestinal
763     bleeding, hematemesis, CNS hemorrhage, epistaxis, and vaginal
764     bleeding occurred up to five-fold more frequently in Avastin-treated
765     patients compared to patients treated with chemotherapy alone.
766     NCI-CTC Grade 3–5 hemorrhagic events occurred in 4.7% of NSCLC
767     patients and 5.2% of mCRC patients receiving Avastin compared to
768     1.1% and 0.7% for the control groups respectively.  (See
769     **WARNINGS:  Hemorrhage.)**

770     The incidence of epistaxis was higher (35% vs. 10%) in patients with
771     mCRC receiving bolus-IFL plus Avastin compared with patients
772     receiving bolus-IFL plus placebo.  These events were generally mild in
773     severity (NCI-CTC Grade 1) and resolved without medical
774     intervention.  Additional mild to moderate hemorrhagic events
775     reported more frequently in patients receiving bolus-IFL plus Avastin
776     when compared to those receiving bolus-IFL plus placebo included
777     gastrointestinal hemorrhage (24% vs. 6%), minor gum bleeding (2%
778     vs. 0), and vaginal hemorrhage (4% vs. 2%). (See **WARNINGS:**
779     **Hemorrhage and DOSAGE AND ADMINISTRATION:  Dose**
780     **Modifications.)**

781     Arterial Thromboembolic Events
782     The incidence of arterial thromboembolic events was increased in
783     NSCLC patients receiving PC plus Avastin (3.0%) compared with
784     patients receiving PC alone (1.4%).  Five events were fatal in the PC
785     plus Avastin arm, compared with 1 event in the PC alone arm.  This

786   increased risk is consistent with that observed in patients with mCRC.
787   (See **WARNINGS:  Arterial Thromboembolic Events, DOSAGE**
788   **AND ADMINISTRATION:  Dose Modifications,** and
789   **PRECAUTIONS:  Geriatric Use.**)

790   Venous Thromboembolic Events
791   The incidence of NCI-CTC Grade 3–4 venous thromboembolic events
792   was higher in patients with mCRC or NSCLC receiving Avastin with
793   chemotherapy as compared to those receiving chemotherapy alone.  In
794   addition, in patients with mCRC the risk of developing a second
795   subsequent thromboembolic event in patients receiving Avastin and
796   chemotherapy is increased compared to patients receiving
797   chemotherapy alone. In Study 1, 53 patients (14%) on the bolus-IFL
798   plus Avastin arm and 30 patients (8%) on the bolus-IFL plus placebo
799   arm received full dose warfarin following a venous thromboembolic
800   event.  Among these patients, an additional thromboembolic event
801   occurred in 21% (11/53) of patients receiving bolus-IFL plus Avastin
802   and 3% (1/30) of patients receiving bolus-IFL alone.

803   The overall incidence of NCI-CTC Grade 3–4 venous thromboembolic
804   events in Study 1 was 15.1% in patients receiving bolus-IFL plus
805   Avastin and 13.6% in patients receiving bolus-IFL plus placebo.
806   In Study 1, the incidence of the following NCI-CTC Grade 3 and 4
807   venous thromboembolic events was higher in patients receiving
808   bolus-IFL plus Avastin as compared to patients receiving bolus-IFL
809   plus placebo:  deep venous thrombosis (34 vs. 19 patients) and
810   intra-abdominal venous thrombosis (10 vs. 5 patients).

811   Hypertension
812   Fatal CNS hemorrhage complicating Avastin induced hypertension
813   can occur.

814    In Study 1, the incidences of hypertension and of severe hypertension
815    were increased in patients with mCRC receiving Avastincompared to
816    those receiving chemotherapy alone (see Table 3).

**Table 4**
Incidence of Hypertension and Severe Hypertension in Study 1

| | Arm 1<br>IFL + Placebo<br>(n=394) | Arm 2<br>IFL +<br>Avastin<br>(n=392) | Arm 3<br>5-FU/LV + Avastin<br>(n=109) |
|---|---|---|---|
| Hypertension[a]<br>(>150/100 mmHg) | 43% | 60% | 67% |
| Severe Hypertension[a]<br>(>200/110 mmHg) | 2% | 7% | 10% |

[a] This includes patients with either a systolic or diastolic reading greater than the
cutoff value on one or more occasions.

817

818    Among patients with severe hypertension in the Avastin arms, slightly
819    over half the patients (51%) had a diastolic reading greater than
820    110 mmHg associated with a systolic reading less than 200 mmHg.

821    Similar results were seen in patients receiving Avastin alone or in
822    combination with FOLFOX4 or carboplatin and paclitaxel.
823    (See **WARNINGS:  Hypertension** and **DOSAGE AND**
824    **ADMINISTRATION:  Dose Modifications.**)

825    Neutropenia and Infection
826    An increased incidence of neutropenia has been reported in patients
827    receiving Avastinand chemotherapy compared to chemotherapy alone.
828    In Study 1, the incidence of NCI-CTC Grade 3 or 4 neutropenia was
829    increased in patients with mCRC receiving IFL+Avastin (21%)
830    compared to patients receiving IFL alone (14%).  In Study 5, the
831    incidence of NCI-CTC Grade 4 neutropenia was increased in patients
832    with NSCLC receiving PC plus Avastin (26.2%) compared with
833    patients receiving PC alone (17.2%).  Febrile neutropenia was also
834    increased (5.4% for PC plus Avastin vs. 1.8% for PC alone).  There

835 were 19 (4.5%) infections with NCI-CTC Grade 3 or 4 neutropenia in
836 the PC plus Avastin arm of which 3 were fatal compared to 9 (2%)
837 neutropenic infections in patients receiving PC alone, of which none
838 were fatal.  During the first 6 cycles of treatment the incidence of
839 serious infections including pneumonia, febrile neutropenia, catheter
840 infections and wound infections was increased in the PC plus Avastin
841 arm [58 patients (13.6%)] compared to the PC alone arm [29 patients
842 (6.6%)].

843 Proteinuria
844 (See **WARNINGS:  Proteinuria, DOSAGE AND**
845 **ADMINISTRATION:  Dose Modifications**, and **PRECAUTIONS:**
846 **Geriatric Use.**)

847 Immunogenicity
848 As with all therapeutic proteins, there is a potential for
849 immunogenicity.  The incidence of antibody development in patients
850 receiving Avastin has not been adequately determined because the
851 assay sensitivity was inadequate to reliably detect lower titers.
852 Enzyme-linked immunosorbent assays (ELISAs) were performed on
853 sera from approximately 500 patients treated with Avastin, primarily
854 in combination with chemotherapy.  High titer human anti-Avastin
855 antibodies were not detected.

856 Immunogenicity data are highly dependent on the sensitivity and
857 specificity of the assay.  Additionally, the observed incidence of
858 antibody positivity in an assay may be influenced by several factors,
859 including sample handling, timing of sample collection, concomitant
860 medications, and underlying disease.  For these reasons, comparison of
861 the incidence of antibodies to Avastin with the incidence of antibodies
862 to other products may be misleading.

863  **Metastatic Carcinoma of the Colon and Rectum**

864  The data in Tables 5 and 6 were obtained in Study 1.  All NCI-CTC

865  Grade 3 and 4 adverse events and selected NCI-CTC Grade 1 and 2

866  adverse events (hypertension, proteinuria, thromboembolic events)

867  were reported for the overall study population.  The median age was

868  60, 60% were male, 79% were Caucasian, 78% had a colon primary

869  lesion, 56% had extra-abdominal disease,  29% had prior adjuvant or

870  neoadjuvant chemotherapy,  and 57% had ECOG performance status

871  of 0.  The median duration of exposure to Avastin was 8 months in

872  Arm 2 and 7 months in Arm 3.  Severe and life-threatening (NCI-CTC

873  Grade 3 and 4) adverse events, which occurred at a higher incidence

874  ($\geq 2\%$) in patients receiving bolus-IFL plus Avastin as compared to

875  bolus-IFL plus placebo, are presented in Table 5.

**Table 5**
NCI-CTC Grade 3 and 4 Adverse Events in Study 1
(Occurring at Higher Incidence (≥2%) Avastin vs. Control)

|  | Arm 1 IFL+Placebo (n=396) | | Arm 2 IFL+Avastin (n=392) | |
|---|---|---|---|---|
| NCI-CTC Grade 3–4 Events | 295 | (74%) | 340 | (87%) |
| **Body as a Whole** | | | | |
| Asthenia | 28 | (7%) | 38 | (10%) |
| Abdominal Pain | 20 | (5%) | 32 | (8%) |
| Pain | 21 | (5%) | 30 | (8%) |
| **Cardiovascular** | | | | |
| Hypertension | 10 | (2%) | 46 | (12%) |
| Deep Vein Thrombosis | 19 | (5%) | 34 | (9%) |
| Intra-Abdominal Thrombosis | 5 | (1%) | 13 | (3%) |
| Syncope | 4 | (1%) | 11 | (3%) |
| **Digestive** | | | | |
| Diarrhea | 99 | (25%) | 133 | (34%) |
| Constipation | 9 | (2%) | 14 | (4%) |
| **Hemic/Lymphatic** | | | | |
| Leukopenia | 122 | (31%) | 145 | (37%) |
| Neutropenia[a] | 41 | (14%) | 58 | (21%) |

[a] Central laboratories were collected on Days 1 and 21 of each cycle.
Neutrophil counts are available in 303 patients in Arm 1 and 276 in Arm 2.

876

877  NCI-CTC Grade 1–4 adverse events which occurred at a higher

878  incidence (≥5%) in patients receiving bolus-IFL plus Avastin as

879  compared to the bolus-IFL plus placebo arm, are presented in Table 6.

**Table 6**
NCI-CTC Grade 1–4 Adverse Events in Study 1
(Occurring at Higher Incidence (≥5%) in IFL+Avastin vs. IFL)

|  | Arm 1 IFL+Placebo (n=98) | | Arm 2 IFL+ Avastin (n=102) | | Arm 3 5-FU/LV+Avastin (n=109) | |
|---|---|---|---|---|---|---|
| **Body as a Whole** | | | | | | |
| Pain | 54 | (55%) | 62 | (61%) | 67 | (62%) |
| Abdominal Pain | 54 | (55%) | 62 | (61%) | 55 | (50%) |
| Headache | 19 | (19%) | 27 | (26%) | 30 | (26%) |
| **Cardiovascular** | | | | | | |
| Hypertension | 14 | (14%) | 23 | (23%) | 37 | (34%) |
| Hypotension | 7 | (7%) | 15 | (15%) | 8 | (7%) |
| Deep Vein Thrombosis | 3 | (3%) | 9 | (9%) | 6 | (6%) |
| **Digestive** | | | | | | |
| Vomiting | 46 | (47%) | 53 | (52%) | 51 | (47%) |
| Anorexia | 29 | (30%) | 44 | (43%) | 38 | (35%) |
| Constipation | 28 | (29%) | 41 | (40%) | 32 | (29%) |
| Stomatitis | 18 | (18%) | 33 | (32%) | 33 | (30%) |
| Dyspepsia | 15 | (15%) | 25 | (24%) | 19 | (17%) |
| GI Hemorrhage | 6 | (6%) | 25 | (24%) | 21 | (19%) |
| Weight Loss | 10 | (10%) | 15 | (15%) | 18 | (16%) |
| Dry Mouth | 2 | (2%) | 7 | (7%) | 4 | (4%) |
| Colitis | 1 | (1%) | 6 | (6%) | 1 | (1%) |
| **Hemic/Lymphatic** | | | | | | |
| Thrombocytopenia | 0 | | 5 | (5%) | 5 | (5%) |
| **Nervous** | | | | | | |
| Dizziness | 20 | (20%) | 27 | (26%) | 21 | (19%) |

880

**Table 6 (cont'd)**
NCI-CTC Grade 1–4 Adverse Events in Study 1

(Occurring at Higher Incidence (≥5%) in IFL+Avastin vs. IFL)

| | Arm 1 IFL+Placebo (n=98) | | Arm 2 IFL+ Avastin (n=102) | | Arm 3 5-FU/LV+ Avastin (n=109) | |
|---|---|---|---|---|---|---|
| Respiratory | | | | | | |
| Upper Respiratory Infection | 38 | (39%) | 48 | (47%) | 44 | (40%) |
| Epistaxis | 10 | (10%) | 36 | (35%) | 35 | (32%) |
| Dyspnea | 15 | (15%) | 26 | (26%) | 27 | (25%) |
| Voice Alteration | 2 | (2%) | 9 | (9%) | 6 | (6%) |
| Skin/Appendages | | | | | | |
| Alopecia | 25 | (26%) | 33 | (32%) | 6 | (6%) |
| Skin Ulcer | 1 | (1%) | 6 | (6%) | 7 | (6%) |
| Special Senses | | | | | | |
| Taste Disorder | 9 | (9%) | 14 | (14%) | 23 | (21%) |
| Urogenital | | | | | | |
| Proteinuria | 24 | (24%) | 37 | (36%) | 39 | (36%) |

881

882 The data in Table 7 were obtained in Study 3. Only NCI-CTC

883 Grade 3–5 non-hematologic and Grade 4–5 hematologic adverse

884 events related to treatment were reported.  The median age was a

885 61 years, 40% were female, 87% were Caucasian, 99% received prior

886 chemotherapy for metastatic colorectal cancer, 26% had received prior

887 radiation therapy, and the 49% had an ECOG performance status of 0.

888 Selected NCI-CTC Grade 3–5 non-hematologic and Grade 4–5

889 hematologic adverse events  which occurred at a higher incidence in

890 patients receiving FOLFOX4 plus Avastin as compared to those who

891 received FOLFOX4 alone, are presented in Table 7.  These data are

892 likely to under-estimate the true adverse event rates due to the

893 reporting mechanisms used in Study 3.

**Table 7**
NCI-CTC Grade 3–5 Non-Hematologic and
Grade 4–5 Hematologic Adverse Events in Study 3
(Occurring at Higher Incidence (≥2%)
with Avastin+FOLFOX4 vs. FOLFOX4)

| | FOLFOX4 (n=285) | FOLFOX4+ Avastin (n=287) | Avastin (n=234) |
|---|---|---|---|
| Patients with at least one event | 171 (60%) | 219 (76%) | 87 (37%) |
| Gastrointestinal | | | |
|    Diarrhea | 36 (13%) | 51 (18%) | 5 (2%) |
|    Nausea | 13 (5%) | 35 (12%) | 14 (6%) |
|    Vomiting | 11 (4%) | 32 (11%) | 15 (6%) |
|    Dehydration | 14 (5%) | 29 (10%) | 15 (6%) |
|    Ileus | 4 (1%) | 10 (4%) | 11 (5%) |
| Neurology | | | |
|    Neuropathy–sensory | 26 (9%) | 48 (17%) | 2 (1%) |
|    Neurologic–other | 8 (3%) | 15 (5%) | 3 (1%) |
| Constitutional symptoms | | | |
|    Fatigue | 37 (13%) | 56 (19%) | 12 (5%) |
| Pain | | | |
|    Abdominal pain | 13 (5%) | 24 (8%) | 19 (8%) |
|    Headache | 0 (0%) | 8 (3%) | 4 (2%) |
| Cardiovascular (general) | | | |
|    Hypertension | 5 (2%) | 26 (9%) | 19 (8%) |
| Hemorrhage | | | |
|    Hemorrhage | 2 (1%) | 15 (5%) | 9 (4%) |

894

895 **Non-Squamous, Non-Small Cell Lung Cancer**

896 The data in Table 8 were obtained in Study 5. Only NCI-CTC

897 Grade 3–5 non-hematologic and Grade 4–5 hematologic adverse

898 events were reported. The median age was 63, 46% were female, no

899 patients had received prior chemotherapy, 76% had Stage IV disease,

900 12% had Stage IIIB disease with malignant pleural effusion, 11% had

901    recurrent disease, and 40% had an ECOG performance status of 0.

902    The median duration of exposure to Avastin was 4.9 months.

903    NCI-CTC Grade 3, 4, and 5 adverse events that occurred at a ≥2%

904    higher incidence in patients receiving PC plus Avastin as compared

905    with PC alone are presented in Table 8.

**Table 8**
NCI-CTC Grade 3–5 Non-Hematologic and
Grade 4 and 5 Hematologic Adverse Events in Study 5
(Occurring at a ≥2% Higher Incidence in
Avastin-Treated Patients Compared with Control)

| NCI-CTC Category Term[a] | No. (%) of NSCLC Patients | |
| --- | --- | --- |
| | PC (n=441) | PC + Avastin (n=427) |
| Any event | 286 (65%) | 334 (78%) |
| Blood/bone marrow | | |
|   Neutropenia | 76 (17%) | 113 (27%) |
| Constitutional symptoms | | |
|   Fatigue | 57 (13%) | 67 (16%) |
| Cardiovascular (general) | | |
|   Hypertension | 3 (0.7%) | 33 (8%) |
| Vascular | | |
|   Venous thrombus/embolism | 14 (3%) | 23 (5%) |
| Infection/febrile neutropenia | | |
|   Infection without neutropenia | 12 (3%) | 30 (7%) |
|   Infection with NCI-CTC Grade 3 or 4 neutropenia | 9 (2%) | 19 (4%) |
|   Febrile neutropenia | 8 (2%) | 23 (5%) |
| Pulmonary/upper respiratory | | |
|   Pneumonitis/pulmonary infiltrates | 11 (3%) | 21 (5%) |
| Metabolic/laboratory | | |
|   Hyponatremia | 5 (1%) | 16 (4%) |
| Pain | | |
|   Headache | 2 (0.5%) | 13 (3%) |
| Renal/genitourinary | | |
|   Proteinuria | 0 (0%) | 13 (3%) |

[a] Events were reported and graded according to NCI-CTC, Version 2.0. Per protocol, investigators were required to report NCI-CTC Grade 3–5 non-hematologic and Grade 4 and 5 hematologic events.

906

907 **Metastatic Breast Cancer**

908 The data in Table 9 were obtained in Study 7. Only NCI-CTC

909 Grade 3–5 non-hematologic and Grade 4–5 hematologic adverse

910 events were reported. The median age was 55 years (range 27 - 85);

911    76% were white; 36% had received prior hormonal therapy for
912    advanced disease, and 66% had received adjuvant chemotherapy,
913    including 20% with prior taxane use and 50% with prior
914    anthracyclines use. The median duration of exposure was 9 months
915    with Avastin plus paclitaxel and 5 months for patients receiving
916    paclitaxel alone

917    Severe and life-threatening (NCI-CTC Grade 3 and 4) adverse events
918    that occurred at a higher incidence ($\geq 2\%$) in patients receiving
919    paclitaxel plus Avastin compared with paclitaxel alone, are presented
920    in Table 9.

**Table 9**

NCI-CTC Grade 3–5 Non-Hematologic and
Grade 4 and 5 Hematologic Adverse Events in
Study 7 (Occurring at Higher Incidence (≥2%) in
Paclitaxel + Avastin vs. Paclitaxel alone)

| NCI-CTC Terminology | Paclitaxel (n = 348) | Paclitaxel + Avastin (n = 363) |
|---|---|---|
| Patients with at least one event | 176 (50.6%) | 258 (71.1%) |
| Neuropathy—sensory | 61 (17.5%) | 88 (24.2%) |
| Cerebrovascular ischemia | 0 (0%) | 9 (2.5%) |
| Hypertension | 5 (1.4%) | 58 (16.0%) |
| Headache | 2 (0.6%) | 13 (3.6%) |
| Bone pain | 6 (1.7%) | 14 (3.9%) |
| Nausea | 5 (1.4%) | 15 (4.1%) |
| Vomiting | 8 (2.3%) | 20 (5.5%) |
| Diarrhea | 5 (1.4%) | 17 (4.7%) |
| Dehydration | 3 (0.9%) | 12 (3.3%) |
| Fatigue | 18 (5.2%) | 39 (10.7%) |
| Infection w/o neutropenia | 16 (4.6%) | 33 (9.1%) |
| Infection w/ unknown ANC | 1 (0.3%) | 11 (3.0%) |
| Neutrophils | 11 (3.2%) | 21 (5.8%) |
| Rash/desquamation | 1 (0.3%) | 9 (2.5%) |
| Proteinuria | 0 (0.0%) | 11 (3.0%) |

921

922   Sensory neuropathy, hypertension, and fatigue were reported at a ≥5%
923   higher absolute incidence in the paclitaxel+Avastin arm compared
924   with the paclitaxel alone arm.

925   Fatal adverse reactions occurred in 6/363 (1.7%) of patients who
926   received paclitaxel plus Avastin.  Causes of death were gastrointestinal
927   perforation (2), myocardial infarction (2), diarrhea/abdominal
928   pain/weakness/hypotension (2).

929 **Other Serious Adverse Events**

930 The following additional serious adverse events occurred in at least

931 one subject treated with Avastin in clinical studies or post-marketing

932 experience:

933 *Body as a Whole: polyserositis*

934 *Cardiovascular: pulmonary hypertension*

935 *Digestive: intestinal necrosis, mesenteric venous occlusion,*
936 *anastomotic ulceration*

937 *Hemic and lymphatic: pancytopenia*

938 *Respiratory: nasal septum perforation*

939 **OVERDOSAGE**

940 The highest dose tested in humans (20 mg/kg IV) was associated with

941 headache in nine of 16 patients and with severe headache in three of

942 16 patients.

943 **DOSAGE AND ADMINISTRATION**

944 Do not initiate Avastin until at least 28 days following major surgery.

945 The surgical incision should be fully healed prior to initiation of

946 Avastin.

947 **Metastatic Carcinoma of the Colon or Rectum**

948 Avastin, used in combination with intravenous 5-FU-based

949 chemotherapy, is administered as an intravenous infusion (5 mg/kg or

950 10 mg/kg) every 14 days.

951 The recommended dose of Avastin, when used in combination with

952 bolus-IFL, is 5 mg/kg.

953 The recommended dose of Avastin, when used in combination with

954 FOLFOX4, is 10 mg/kg.

955 **Non-Squamous, Non-Small Cell Lung Cancer**

956 The recommended dose of Avastin is 15 mg/kg, as an IV infusion

957 every 3 weeks.

958 **Metastatic Breast Cancer**

959 The recommended dose of Avastin is 10 mg/kg, as an IV infusion

960 every 14 days.

961 **Dose Modifications**

962 There are no recommended dose reductions for the use of Avastin.

963 If needed, Avastin should be either discontinued or temporarily

964 suspended as described below.

965 Avastin should be permanently discontinued in patients who develop

966 gastrointestinal perforation (gastrointestinal perforation, fistula

967 formation in the gastrointestinal tract, intra-abdominal abscess), fistula

968 formation involving an internal organ, wound dehiscence requiring

969 medical intervention, serious bleeding, a severe arterial

970 thromboembolic event, nephrotic syndrome, hypertensive crisis or

971 hypertensive encephalopathy. In patients developing RPLS,

972 discontinue Avastin and initiate treatment of hypertension, if present.

973 (See **WARNINGS:  Reversible Posterior Leukoencephalopathy**

974 **Syndrome.**)

975 Temporary suspension of Avastin is recommended in patients with

976 evidence of moderate to severe proteinuria pending further evaluation

977 and in patients with severe hypertension that is not controlled with

978 medical management.  The risk of continuation or temporary

979 suspension of Avastin in patients with moderate to severe proteinuria

980 is unknown.

981 Avastin should be suspended at least several weeks prior to elective

982 surgery.  (See **WARNINGS:  Gastrointestinal Perforation** and

983 **Wound Healing Complications** and **PRECAUTIONS:  Surgery.**)

984 Avastin should not be resumed until the surgical incision is fully

985 healed.

986 **Preparation for Administration**

987 Avastin should be diluted for infusion by a healthcare professional

988 using aseptic technique.  Withdraw the necessary amount of Avastin to

989 obtain the required dose and dilute in a total volume of 100 mL of

990 0.9% Sodium Chloride Injection, USP.  Discard any unused portion

991 left in a vial, as the product contains no preservatives.  Parenteral drug

992 products should be inspected visually for particulate matter and

993 discoloration prior to administration.


994 Diluted Avastin solutions for infusion may be stored at 2°C–8°C

995 (36°F–46°F) for up to 8 hours.  No incompatibilities between Avastin

996 and polyvinylchloride or polyolefin bags have been observed.


997 **Avastin infusions should not be administered or mixed with**

998 **dextrose solutions.**


999 **Administration**

1000 **DO NOT ADMINISTER AS AN IV PUSH OR BOLUS**.  The initial

1001 Avastin dose should be delivered over 90 minutes as an IV infusion

1002 following chemotherapy.  If the first infusion is well tolerated, the

1003 second infusion may be administered over 60 minutes.  If the

1004 60-minute infusion is well tolerated, all subsequent infusions may be

1005 administered over 30 minutes.


1006 **Stability and Storage**

1007 Avastin vials must be refrigerated at 2–8°C (36–46°F). Avastinvials

1008 should be protected from light.  Store in the original carton until time

1009 of use. **DO NOT FREEZE.  DO NOT SHAKE.**


1010 **HOW SUPPLIED**

1011 Avastin is supplied as 4 mL and 16 mL of a sterile solution in

1012 single-use glass vials to deliver 100 and 400 mg of Bevacizumab per

1013 vial, respectively.

1014    Single unit 100 mg carton:  Contains one 4 mL vial of Avastin
1015    (25 mg/mL).  NDC 50242-060-01

1016    Single unit 400 mg carton:  Contains one 16 mL vial of Avastin
1017    (25 mg/mL).  NDC 50242-061-01

1018   **REFERENCES**

1019    1.  Presta LG, Chen H, O'Connor SJ, Chisholm V, Meng YG,
1020        Krummen L, et al. Humanization of an anti-vascular endothelial
1021        growth factor monoclonal antibody for the therapy of solid
1022        tumors and other disorders. Cancer Res 1997;57:4593-9.

1023   _____

**Avastin®**
**(Bevacizumab)**
**For Intravenous Use**

| | |
|---|---|
| Manufactured by: | 745530X |
| **Genentech, Inc.** | LV0017 |
| 1 DNA Way | 483570X |

South San Francisco, CA 94080-4990 Initial U.S.Approval: February 2004

Code Revision Date: February 2008

© 2008 Genentech, Inc.

1024