# EXHIBIT P

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ELIZABETH KAHN,                 \*   CASE NO.
        Plaintiffs              \*   2:16-CV-17039

VERSUS                          \*

SANOFI S.A., ET AL              \*
        Defendants              \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Job No. NJ2756392

Deposition of ELIZABETH SARA KAHN, taken on Thursday, December 7, 2017, commencing at 8:34 a.m., at the law offices of Pendley, Baudin & Coffin, 1515 Poydras Street, Suite 1400, New Orleans, Louisiana 70112.

Page 177

1    A.   I imagine I probably did, but I don't
2  remember what I asked him.
3    Q.   Why did you think you -- why did you
4  understand that you were a candidate for the
5  clinical trial?
6    A.   Because it was early-stage cancers,
7  it was a certain kind of breast cancer, and
8  everything that I had fit with what they were
9  looking for for the clinical trial.
10    Q.   Did anything about participating in a
11  clinical trial give you any pause?
12    A.   It did.  But one thing that I looked
13  forward to was having a clinical trial nurse
14  because that meant you had somebody to hold
15  your hand throughout the whole process, and
16  it really made my journey much smoother.
17    Q.   What were your concerns about
18  participating in a clinical trial?
19    A.   Well, was the drugs that were
20  selected -- they weren't selected just for
21  me.  They were for -- you know, it was sort
22  of a -- this type of person.  So it just --
23  was it going to be the best of me?  But we
24  went with -- and we read up about Avastin,
25  and we knew it wasn't -- it's not a toxic

Page 178

1   chemo, and you don't get sick when you take
2   it.  So it was -- we thought we'd go with the
3   clinical trial.
4       Q.  Did clinical trial mean to you,
5   something that hadn't been approved by FDA,
6   wasn't standard of care?  Let me break it up.
7   Did clinical trial mean to you that it was
8   something that hadn't been approved for the
9   exact use that was anticipated?
10      A.  Well, I knew they were using Avastin,
11  so it's not -- it's, like, it wasn't -- they
12  might not -- I wasn't worried about taking
13  that drug.
14      Q.  Why do you think they called it a
15  clinical trial?
16          MR. COFFIN:
17              Object to the form.
18          THE WITNESS:
19              They're doing studies on people
20  who take a certain cocktail of drugs.  And
21  they had six different groups, and they
22  wanted to see what the results were.
23  EXAMINATION BY MS. BIERI:
24      Q.  So Dr. Kardinal recommended to you
25  that you be in the clinical trial.

1  risks and potential side effects of being in
2  the study, right?
3      A.  Yes.
4      Q.  Okay.  In other words, you understood
5  that any side effect could be long-lasting or
6  might not go away, correct?
7          MR. COFFIN:
8              Object to the form.
9          THE WITNESS:
10             That's what I read here.
11 EXAMINATION BY MS. BIERI:
12     Q.  Okay.  Now, did you understand that
13 hair loss was a likely side effect of
14 participating in this study?
15     A.  I knew that temporary hair loss was
16 going to happen.  And I was told that by my
17 doctors, and I was told that by my nurses.
18     Q.  Okay.  You answered a little bit
19 different question than what I asked, but
20 we're going to take them both.
21         You said that your doctors and your
22 nurses told you that you would have temporary
23 hair loss; is that right?
24     A.  Correct.
25     Q.  Let's start with this.  Who told you

Page 206

1  that?
2      A.  Dr. Kardinal and my clinical trial
3  nurse.
4          And one day, during one of my early
5  visits with Dr. Kardinal and the clinical
6  trial nurse, my husband and I were waiting in
7  the waiting room, and she says -- and this
8  had to have been after we signed up for the
9  study.  And she says, I want you to meet
10 someone.  I have another patient here who was
11 part of the study, and I want you to see how
12 her hair is growing back.  And your hair is
13 going to grow back exactly like that, too.
14 You're going to have a full head of hair when
15 you're finished with chemotherapy.
16     Q.  Who said that to you?
17     A.  My clinical trial nurse.
18     Q.  What was her name?
19     A.  That would have been Shevonda.
20     Q.  And on what date did she say that to
21 you?
22     A.  I don't remember.
23     Q.  Was it after you had lost your hair?
24     A.  I don't remember.  But it was after
25 we had agreed to be part of the clinical

Page 217

1  document say temporary hair loss?
2       A.  It doesn't say either way.
3       Q.  Does the document say temporary hair
4  loss?
5           MR. COFFIN:
6               Object to the form.
7           THE WITNESS:
8               It says hair loss.
9  EXAMINATION BY MS. BIERI:
10      Q.  Okay.  So you went in -- even before
11 you talked to your oncologist or your
12 oncology nurse about chemotherapy, did you
13 have an expectation that you would have
14 temporary hair loss with chemotherapy?
15      A.  Yes.
16      Q.  And what was that based on?
17      A.  The people that I've known that had
18 chemotherapy lost their hair.
19      Q.  Okay.  Did you have an expectation
20 about when the hair loss would start in
21 chemotherapy?
22      A.  It's written somewhere in my -- in
23 some of the documents.  I think, if you look
24 in that notebook, it talks -- the binder.
25 There's a general description of side

Page 218

1  effects, and it explains the time frame of
2  when you start chemotherapy and when you
3  would probably start losing your hair.
4       Q.   And in fact, you had procured some
5  head coverings -- scarves or hats, even
6  before you started chemotherapy, correct?
7       A.   Yes.
8       Q.   Did you borrow them from your sister?
9       A.   Some.
10      Q.   Okay.  So you expected that you would
11 have hair loss starting in chemotherapy.
12 When did you expect your hair would grow
13 back?
14      A.   Well, chemotherapy had to be
15 finished, and then I didn't know how soon it
16 would grow back.
17      Q.   Did you think it would grow back
18 within days of stopping chemotherapy?
19      A.   I have no clue.  And I don't remember
20 talking with my doctor specifically about
21 when it would start growing back at -- when I
22 finished.
23      Q.   Did you expect that your hair would
24 fully regrow and be the same as it was before
25 chemotherapy?

```
                                              Page 219

 1       A.   I thought I would have a full head of
 2   hair when it grew back.
 3       Q.   Did you think it would be the same as
 4   it was before chemotherapy?
 5       A.   I thought eventually, it would be the
 6   same.
 7       Q.   How long did you think it would take
 8   for your hair -- the hair on your head, to
 9   fully regrow and be the same as it was before
10   chemo?
11            MR. COFFIN:
12                 Object to the form.
13            THE WITNESS:
14                 I didn't know how long it was
15   going to be.  I just knew that once I
16   finished chemotherapy, it should start
17   growing back, but I had no clue how quick it
18   would grow.
19   EXAMINATION BY MS. BIERI:
20       Q.   Did you think it would be fully
21   regrown by three months?
22            MR. COFFIN:
23                 Object to the form.
24            THE WITNESS:
25                 I didn't know.
```

Page 228

1  Q. And also, you had radiation, right?
2  A. Correct.
3  Q. And you were put on tamoxifen.
4  A. Yes. Once everything was over, yes.
5  Q. Is that right, or were you put on
6  tamoxifen before the Avastin was over?
7  A. It was in the middle of the Avastin,
8  I think.
9  Q. Probably April of 2009, when you were
10 put on the --
11 A. Right. And I had not finished the
12 Avastin yet. Right. Correct.
13 Q. Okay. So in phase one of the
14 chemotherapy, you got Taxotere, Avastin, and
15 Xeloda, correct?
16 A. Correct.
17 Q. Okay. So when you lost your hair,
18 you were taking Taxotere, Avastin, and
19 Xeloda.
20 A. Correct.
21 Q. Only.
22 A. Correct.
23 Q. When you lost your hair -- at the
24 time you lost your hair, what did you
25 attribute it to?

Page 229

1      A.   The chemotherapy drugs that I was
2   taking.
3      Q.   Any specific chemotherapy drug?
4      A.   Well, I knew that one of the side
5   effects of Taxotere was temporary hair loss.
6      Q.   And did you think it could have been
7   due to the Xeloda or to the Avastin, or did
8   you specifically attribute it to the
9   Taxotere?
10     A.   To the Taxotere.
11     Q.   Okay.  All right.  So, at the moment
12  you lost your hair -- started losing your
13  hair, did you have an expectation at that
14  point about when your hair would grow back?
15     A.   No.  I knew I had to finish the toxic
16  chemo before I'd see any regrowth of hair.
17     Q.   And by that, do you mean phase one,
18  phase two, phase three?
19     A.   The first two phases.
20     Q.   You didn't expect any hair regrowth
21  until the end of phase two.
22     A.   Correct.
23     Q.   Okay.  How long after the end of
24  phase two did you think your hair would -- it
25  would take your hair to grow back?

1          MR. COFFIN:
2              Object to the form.
3          THE WITNESS:
4              I didn't know.
5   EXAMINATION BY MS. BIERI:
6      Q.  Is it your testimony that you had no
7   expectation whatsoever about when your hair
8   would grow back?
9          MR. COFFIN:
10             Object to the form.
11         THE WITNESS:
12             I hoped it would grow back
13  quickly.  But that's not an expectation,
14  that's a hope, and they're two different
15  things.
16  EXAMINATION BY MS. BIERI:
17     Q.  I agree with you.
18         So you had no expectation about when
19  your hair would grow back; is that correct?
20         MR. COFFIN:
21             Object to the form.
22         THE WITNESS:
23             I had no expectation.  I did not
24  know.  I didn't expect when it would come
25  back.  I didn't know.

Page 254

1  material directly from Sanofi?
2      A.  I didn't get -- I don't know what you
3  mean by that.  Like, was I supposed to get
4  material from all the drug companies?
5      Q.  Not from all of them.  From Sanofi.
6      A.  Well, why would that be different
7  than all the drug companies?  I don't know
8  what you mean.
9      Q.  That's not my question.  I'm not
10 asking about the other drug companies.  I'm
11 asking:  Did you have some expectation that
12 Sanofi was going to have a contact with you?
13     A.  No.  Why would I --
14     Q.  Are you talking then about
15 information that was communicated to you
16 through your doctor?
17     A.  Yes.  All the information was
18 communicated through the doctor, or other
19 health providers.
20     Q.  First question:  You told me that
21 Nurse Thomas told you that your hair would
22 grow back, correct?
23     A.  Yes, she did.
24     Q.  Can you identify anyone else who told
25 you specifically that your hair loss would be

1   temporary?
2       A.   Dr. Kardinal told me my hair loss
3   would be temporary; Dr. Larned told me my
4   hair loss would be temporary.
5       Q.   Did you ever discuss with your
6   doctors when you could expect your hair to
7   regrow?
8       A.   At some point in '09, and I don't
9   know when, when I went to see Dr. Larned, I
10  asked her, when will my hair -- or it may
11  have been 2010.  I don't know the exact
12  appointment I had with her.  But I did talk
13  to her about when would my hair grow back.
14      Q.   You asked her that question, When
15  will my hair grow back?
16      A.   Yes.
17      Q.   And -- or did you ask it a different
18  way?  I want to understand what you said to
19  her.
20      A.   When will my hair grow back.
21      Q.   And what was her response?
22      A.   She had none.  She couldn't explain.
23  She couldn't give me a date.  She couldn't
24  explain.
25      Q.   Do you remember any of the words she

Page 256

```
 1  said?
 2       A.  No.
 3       Q.  When you talked to Dr. Larned in 2009
 4  or 2010, did you believe that your hair loss
 5  was due to Taxotere?
 6           MR. COFFIN:
 7                Object to the form.
 8           THE WITNESS:
 9                We didn't discuss any particular
10  thing about why it wasn't growing back at the
11  rate that I had hoped it would grow back.
12  EXAMINATION BY MS. BIERI:
13       Q.  Well, you were talking to your
14  oncologist, correct?
15       A.  Correct.  But we didn't talk about
16  any particular drugs or causes.
17       Q.  Did you think, at that point, it was
18  due to chemotherapy?
19       A.  Well, I lost it because of
20  chemotherapy.  I had no clue about the
21  growing back.
22       Q.  So was there a potential in your mind
23  at that point that your hair was not growing
24  back due to something other than a
25  chemotherapy drug?
```

Page 257

1   A.  I didn't know.  And Dr. Larned was
2   one of the doctors that I saw frequently.  I
3   think I saw her every three months for a
4   while.  So I talked to her because she's the
5   one that I would see all the time.
6       Q.  Did Dr. Larned recommend that you do
7   anything with regard to your hair loss?
8       A.  No.  She had no suggestions.
9       Q.  Have you ever -- through today's
10  date, have you ever talked to any health care
11  provider about whether Taxotere caused or
12  contributed to your hair thinning?
13      A.  No.
14      Q.  Have you ever asked any health care
15  provider why they thought your hair is
16  thinner than it was before chemotherapy?
17      A.  I talked once to my gynecologist, and
18  her comments were back -- her comment to me
19  was, Well, as you age, your hair gets
20  thinner.
21      Q.  And which gynecologist was this?
22      A.  Dr. Roberie.
23      Q.  So have you considered whether the
24  current condition of your hair is affected by
25  the aging process?

1    A.  I was 50 at the time, and most
2  50-year-old's hair do not thin.  You know,
3  80, maybe, but not 50.  So when she told me
4  that, I was a little taken aback, but -- so I
5  dropped it.
6    Q.  Are you aware that there are hundreds
7  of different causes of hair loss?
8         MR. COFFIN:
9             Object to the form.
10        THE WITNESS:
11            You mean besides chemotherapy?
12 EXAMINATION BY MS. BIERI:
13   Q.  Uh-huh (affirmative).
14   A.  Yes.
15   Q.  Do you know that it is -- do you know
16 that determining the cause of hair loss is
17 important to determining the right treatment?
18        MR. COFFIN:
19            Object to the form.
20        THE WITNESS:
21            I mean, I hadn't thought about
22 that, so I was not --
23 EXAMINATION BY MS. BIERI:
24   Q.  So you were not aware of that.
25   A.  Not particularly, no.

Page 259

1      Q.   Do you think that the changes to your
2   hair since 2008, are due solely to Taxotere?
3      A.   I can't say that because I lost my
4   hair and I had several cocktails of
5   chemotherapy drugs.  So my initial loss of
6   hair was Taxotere, because that was one of
7   the first drugs I took.  And then, in the
8   second phase, I took different drugs.  My
9   hair didn't grow back.  So I don't know what
10  -- you know, it was a cocktail of drugs.
11     Q.   So your hair loss might be
12  contributed to by some of the other
13  chemotherapy drugs that you took?
14          MR. COFFIN:
15              Object to the form.
16  EXAMINATION BY MS. BIERI:
17     Q.   Is that your opinion?
18          MR. COFFIN:
19              Object to the form.
20          THE WITNESS:
21              Well, several of the drugs that I
22  took say it had temporary hair loss as a side
23  effect.
24  EXAMINATION BY MS. BIERI:
25     Q.   Well, that's not exactly what I'm

Page 260

1  asking.  I'm asking a little bit of a
2  different question.
3          Do you think that your persistent
4  hair loss is caused solely by Taxotere?
5          MR. COFFIN:
6              Object to the form.
7          THE WITNESS:
8              Now I do.
9  EXAMINATION BY MS. BIERI:
10     Q.   Was there a time when you did not?
11     A.   Sure.  I had no clue that that was
12  one of the side effects of Taxotere, until
13  2016.  I had no clue that a side effect of
14  Taxotere was permanent hair loss.
15     Q.   Today, do you think it's possible
16  that one of the other chemotherapy drugs has
17  caused or contributed to your persistent hair
18  loss?
19     A.   No.  Because -- no, I don't.
20     Q.   You think it's a hundred percent due
21  to Taxotere.
22     A.   I do.
23     Q.   Do you think that any other
24  non-chemotherapy drug has caused or
25  contributed to your persistent hair loss?

1  about, but no.  I mean, I have to say no,
2  because I don't know what you're talking
3  about.  So I imagine my answer would be no.
4     Q.  Okay.  At any point, have you sought
5  treatment of any kind to address the
6  condition of your hair that you are
7  complaining about?
8     A.  No.
9     Q.  Why not?
10    A.  Because when I talked to my doctors,
11 they didn't say anything that it was about --
12 that it was -- they didn't give me an option
13 to -- I don't know how to say it.  They
14 didn't suggest that there was anything to
15 treat -- a way to treat my hair.
16    Q.  Who didn't suggest that?
17    A.  Dr. Larned or Dr. Roberie.
18    Q.  And you didn't ask the question.
19    A.  I only talked to them about when
20 would -- would my hair grow out fully.  And
21 that's what we talked about.
22    Q.  So you didn't say, Is there any
23 treatment option I can attempt?
24    A.  No.
25    Q.  Okay.  I'm going to hand you what