# EXHIBIT R

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
                     CASE NO. 2:16-cv-17039
 3
                          ELIZABETH KAHN,
 4                          Plaintiffs,
 5                               v.
 6    SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
        US SERVICE, INC., and AVENTIS-PHARMA S.A.,
 7                          Defendants.
 8          Volume II of the deposition of ELIZABETH
         SARA KAHN, 1305 DUFOSSAT STREET, NEW ORLEANS,
 9       LOUISIANA  70115, taken in the offices of
         PENDLEY, BAUDIN & COFFIN, LLP, on Wednesday,
10       January 31, 2018.
11       APPEARANCES:
12          PENDLEY, BAUDIN & COFFIN, LLP
            Attorneys at Law
13          BY:  JESSICA PEREZ, Esquire
            1515 Poydras Street, Suite 1400
14          New Orleans, Louisiana  70112
15             ATTORNEYS FOR PLAINTIFFS
16
17          SHOOK, HARDY & BACON, L.L.P.
            Attorneys at Law
18          BY:  KELLY BIERI, Esquire
            BY:  JASON A. HARMON, Esquire
19          2555 Grand Boulevard
            Kansas City, Missouri  64108-2613
20
               ATTORNEYS FOR DEFENDANTS
21
22
       REPORTED BY:
23
           VERNE B. MULLINS
24         Certified Court Reporter
           Registered Diplomate Reporter
25         Certified Shorthand Reporter (TX)
```

Page 44

1  Q. Were the notes made on PPR 537 and PPR 539
2     written in 2009?
3  A. Yes.
4  Q. And do you know that by looking at the dates
5     on PPR page 540 and 534?
6  A. Well, I know that I finished my treatment in
7     '09 and after '09, I didn't write anything,
8     so...
9  Q. Looking at PPR 537, what are -- do the two
10    lines under July 27 say?
11 A. Dermatologist visit; biotin for hair.
12 Q. Were the notes on page 537 made in connection
13    with the doctor's appointment?
14 A. Yes.
15 Q. What doctor?
16 A. Dr. J. Coller Ochsner.
17       MS. BIERI:
18            Can we go off for just one moment?
19            (Discussion off the record.)
20       MS. BIERI:
21            Back on.
22 EXAMINATION BY MS. BIERI:
23 Q. What medical institution, if any, is Dr. J.
24    Coller Ochsner affiliated with?
25 A. She -- she has an independent office.

Page 45

1  Q. Did you -- is it your recollection that you
2     had a dermatologist visit with Dr. Coller
3     Ochsner on July 27th of 2009?
4  A. Yes.
5  Q. And were you notating here things that you
6     were going to discuss with her or things that
7     were discussed during that appointment?
8  A. Things that were discussed.
9  Q. And did you want biotin for your hair, on July
10     27th of 2009?
11  A. Did I want it?
12  Q. Yeah.
13  A. It was -- it was suggested.
14  Q. Did you ask for something regarding your hair,
15     during your July 27th of 2009 appointment with
16     Dr. Coller Ochsner?
17  A. I asked her if there was anything that I could
18     do to help my hair grow back faster.
19  Q. And she recommended biotin to you; is that
20     accurate?
21  A. Yes.
22  Q. Did someone recommend that you see Dr. Coller
23     Ochsner on July 27th of 2009?
24  A. I went -- I went for a mole check, I think.
25     That was -- I had -- I had -- the notes that I