# EXHIBIT S

```
 1           UNITED STATES DISTRICT COURT
 2           EASTERN DISTRICT OF LOUISIANA
 3    * * * * * * * * * * * * * * * * * * * * * * *
 4   ELIZABETH KAHN,                    CASE NO.
         Plaintiff.                     2:16-cv-17039
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
 8       Defendants.
     and
 9   CYNTHIA THIBODEAUX,                CASE NO.
         Plaintiff,                     2:16-cv-15859
10   v.
     SANOFI S.A.,
11   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
12   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
13       Defendants.
14
15    * * * * * * * * * * * * * * * * * * * * * * *
16
                        DEPOSITION
17                         OF
18                   DR. ZOE LARNED
19        Taken on Wednesday, February 21, 2018
20             Commencing at 1:05 p.m.
21                     at the
22         GAYLE & TOM BENSON CANCER CENTER
23              1514 Jefferson Highway
24              New Orleans, Louisiana
25    Job No. NJ2816476
```

Page 109

1      Prior to this past year when your department
2  decided to put in their consent form the risk for
3  permanent hair loss for chemotherapy, before that,
4  it was just the risk of hair loss.  It did not talk
5  about permanent hair loss; is that correct?
6          MS. BIERI:  Object to form.
7      A.  Correct.  And again, the form is ongoing.
8      Q.  Right.
9      A.  The current form still says "hair loss".
10     Q.  But back in 2008 --
11     A.  Correct.
12     Q.  -- when Ms. Thibodeaux and Ms. Kahn were
13 at -- receiving their chemotherapy, permanent hair
14 loss was not a risk that was warned of in the
15 consent, correct?
16         MS. BIERI:  Object to the form.
17     A.  We have a consent form that just says
18 general hair loss.
19     Q.  Correct, correct.  And now it says
20 "permanent hair loss"?
21     A.  No.  It says "hair loss", and in
22 parentheses, "potentially permanent".
23     Q.  Okay.
24         But again, that was not the case back in
25 2008, correct?

Page 110

1      A.  No.
2      Q.  Correct?
3      A.  No.
4      Q.  No.  It is correct though, right?
5      A.  It is correct.
6      Q.  Okay.  Thank you.
7          Within the past year, what caused you to --
8      A.  This.
9      Q.  Let me ask the this -- let me ask the
10  question.  I've got to get the question out first.
11         Why did you decide to now warn of the
12  potential for permanent hair loss for chemotherapy?
13     A.  For this reason.  We have had several
14  patients who have found out about the lawsuit and
15  have discussed it in relationship to them, and so we
16  recognized the need to clarify that on the consent
17  form.
18     Q.  And you're talking about the Taxotere
19  concern?
20     A.  The Taxotere concern.
21     Q.  Okay.
22         And that's what caused this change?
23     A.  For me personally, correct.
24     Q.  Okay.  You've got to wait until I finish --
25     A.  I was in charge of changing the form.