# EXHIBIT T
# (UNDER SEAL)