# EXHIBIT V

Page 1

```
 1             UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3
 4   CYNTHIA THIBODEAUX,
             Plaintiff,
 5
     VERSUS              CIVIL ACTION NO. 2:16-cv-15859
 6
     SANOFI S.A., SANOFI-AVENTIS U.S.
 7   L.L.C., SANOFI US SERVICE, INC., and
     AVENTIS-PHARMA S.A.,
 8           Defendants.
     ---------------------------------------------------
 9   ELIZABETH KAHN,
             Plaintiff,
10
     VERSUS              CIVIL ACTION NO. 2:16-cv-17039
11
     SANOFI S.A., SANOFI-AVENTIS U.S.
12   L.L.C., SANOFI US SERVICE, INC., and
     AVENTIS-PHARMA S.A.,
13           Defendants.
14
15
          VIDEOTAPED DEPOSITION OF SHEVONDA THOMAS
16
17      Taken at the Offices of Irwin, Fritchie,
18      Urquhart & Moore, LLC, 400 Poydras Street,
19      Suite 2700, New Orleans, Louisiana, on
20      Wednesday, January 10, 2018, beginning at
21      9:07 a.m.
22
23   JOB NO. 2783235
24
25
```

Page 68

1   Q.   Would you ever identify -- would you ever
2   represent the risks and side effects of a clinical
3   trial that were different from what was --
4   A.   No.
5   Q.   Let me get my question out --
6   A.   Go ahead.
7   Q.   -- if you don't mind.  I'm so sorry.  I
8   just want to get a clean record.
9       Would you ever have identified for a
10  patient risks or side effects that were different
11  from what was identified in the Informed Consent
12  document they were signing?
13  A.   No, because when I sit with my patient, I
14  sit with my patient with this.
15      When I'm researching or looking up
16  things, I'm looking up things for myself.  It's to
17  educate me.
18      And so when I sit with my patient and we
19  read through this entire packet, we go through the
20  packet so that they can be knowledgeable of
21  whatever information, whether it be this packet or
22  whatever packet goes with it.
23      When I sat with my patient, I sat with my
24  patient with their study because I had to explain
25  to them where they fell once we received their --

Page 69

```
 1   their arm, which -- or their group.  And then once
 2   we get past this, I would literally go through
 3   each page with them.  And it would take a long
 4   time, but I would go through here.
 5              And then by the time we get to the end,
 6   there was the opportunity for them to decide, if
 7   they wanted to, you know, get on it or not.  I
 8   just remember it look a long time.
 9        Q.   So the only document that you would base
10   what warnings or side effects you told a patient
11   about was the actual Informed Consent document
12   that you were having them sign, correct?
13        A.   Yes.
14        Q.   Okay.  Do you ever make any guarantees to
15   patients about the outcome of their chemotherapy
16   treatment?
17        A.   No.
18        Q.   Can you -- why not?
19        A.   Because I can't guarantee them.
20        Q.   And can you predict how a chemotherapy
21   medication will affect a particular patient?
22        A.   No.
23        Q.   Do you ever tell patients that they won't
24   get a certain listed side effect?
25        A.   No.
```

1  Sanofi-Aventis that Taxotere had a risk of
2  permanent hair loss, were you?
3  MS. BIERI:
4        Object to the form.
5     A.   I don't remember that either.  I -- I
6  don't -- I don't remember.
7  MR. MAHER:
8     Q.   So you don't remember telling -- but if
9  you would have known that, if you would have known
10 that there was a risk of permanent hair loss, you
11 would have told Ms. Thibodeaux, right?
12    A.   If I would have known that there was a
13 permanent -- a risk for permanent hair loss, I
14 would have said something.
15 MS. BIERI:
16       Object to the form.
17 MR. MAHER:
18    Q.   And you don't recall doing that?
19    A.   No.
20    Q.   And, in fact, in the Informed Consent,
21 which is Exhibit 11, it doesn't say anything about
22 permanent hair loss, right?
23 MS. BIERI:
24       Object to the form.
25 MR. MAHER:

1           I'm sorry.  It's not Exhibit 11.
2  MS. BIERI:
3           I think it's Exhibit 7.
4  MR. MAHER:
5           Exhibit 7.
6  MS. BIERI:
7           Thibodeaux Exhibit 7.
8  MR. MAHER:
9           Thibodeaux Exhibit 7.  Thank you.
10     A.   No.  It doesn't say -- it just says hair
11  loss.
12     Q.   Right.  But if you have known that there
13  was a risk of permanent hair loss, you would have
14  told her about it?
15  MS. BIERI:
16           Object to the form.
17     A.   I would have told her, yes.
18  MR. MAHER:
19           Thank you.  I think we're done.  Thank
20  you so much for your time.
21     A.   Thank you.
22                EXAMINATION
23  BY MS. BIERI:
24     Q.   If a patient had doubt about the study or
25  being in the study, would you have documented