# EXHIBIT C

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2                   NO. 2:16-cv-15397
 3                     JUNE PHILLIPS
 4                       VERSUS
 5        SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
                   and AVENTIS-PHARMA S.A.

 6
 7        Videotaped Deposition of JUNE PHILLIPS,
        923 Arabella Street, New Orleans, Louisiana
 8      70115, taken in the offices of Morris Bart &
        Associates on Thursday, August 16, 2018.

 9
10      APPEARANCES:
11          MORRIS BART & ASSOCIATES
            Attorneys at Law
12          BY:  RICHARD ROOT, Esquire
            601 Poydras Street, 24th Floor
13          New Orleans, Louisiana 70130
14              ATTORNEYS FOR PLAINTIFF
15
            NAPOLI SHKOLNIK
16          Attorneys at Law
            BY:  W. STEVEN BERMAN, Esquire
17          10,000 Lincoln Drive Wast
            Marlton, New Jersey  08053
18
                ATTORNEYS FOR PLAINTIFFS STEERING
19              COMMITTEE
20
            SHOOK, HARDY & BACON
21          Attorneys at Law
            BY:  KELLY BIERI, Esquire
22          BY:  JASON HARMON, Esquire
            2555 Grand Boulevard
23          Kansas City, Missouri  64108
24              ATTORNEYS FOR DEFENDANT
25      Job No. NJ2985336
```

Page 68

1    A. She lives in Tampa.

2    Q. Forgive me if you've told me.

3         Where does Gaynell live?

4    A. She lives in Tampa.

5    Q. Beyond the people that you have mentioned,

6       have you talked to anyone else about the hair

7       loss that you are claiming in this litigation?

8    A. Doctors.  I have talked to doctors about it.

9    Q. Which doctors have you spoken to?

10   A. Dr. Rose.  Dr. Sonnier.

11   Q. Okay.  Anyone else?

12   A. I don't think so.

13        Well, yeah.  Dr. Cassidy.

14   Q. Let's talk about the doctors with whom you

15      have spoken.

16        When did you talk to Dr. Rose about the

17      allegations of hair loss in this litigation?

18   A. I went to Dr. Rose to tell her that I was

19      going to have to take chemo, and that I was

20      going to lose my hair, that Dr. Sonnier said I

21      would lose my hair, but that it would come

22      back.

23        She said, well, let's -- she said, well,

24      once you finish chemo, get the okay from your

25      oncologist, and come back, and we will talk

Page 125

1   EXAMINATION BY MS. BIERI:

2   Q. Ms. Phillips, what do you contend you should

3      have been warned about?

4   A. I should have been told that the drug Taxotere

5      would cause -- could cause permanent hair

6      thinning and hair loss or complete alopecia.

7           I was never told this.

8   Q. So --

9   A. And I later found out there was a drug that I

10     could have taken that did not cause this.  I

11     was not given that option.

12  Q. Let's back up and process the different things

13     you said in response to that question.

14          So you contend that Sanofi failed to warn

15     doctors that the drug Taxotere could cause

16     permanent hair thinning or hair loss.

17          Is that right?

18  A. That's right.

19  Q. Has Dr. Sonnier told you that he was not aware

20     of a risk, however small, of persistent hair

21     thinning or hair loss with Taxotere?

22  A. Yes.

23  Q. He said those words to you?

24  A. He said that he had another patient that had

25     the same symptoms that I did, and that he

Page 130

1     alopecia.

2  Q. More than 50 percent of the time?

3  A. I don't know what percent but, yeah, I would

4     say most of the time.

5  Q. More often than not.

6        Are you claiming that you would have

7     refused to take Taxotere if you were told that

8     there was a risk that your hair would be in

9     the condition it is today?

10  A. I would have opted for the other drug had I

11     known about it.

12  Q. So it's your understanding that there was

13     another chemotherapy drug that you could have

14     taken?

15  A. Yes.

16  Q. And what is your basis for the belief that

17     there was another drug you could have taken?

18  A. I was told that.

19  Q. By whom?

20  A. Not only by the doctor, but by the people that

21     were -- the lawyers that were filing this --

22     or a lawyer told me that there was another

23     drug.

24        And I already knew that, because I had

25     talked to Dr. Sonnier about it, and he told me

Page 131

```
 1      that it would take longer, you would be on

 2      chemo longer, and chemo is not a walk in the

 3      park to take, but considering -- excuse me --

 4      considering this -- the alternative of going

 5      through -- Think about women that are 35 and

 6      40 years old.  They have to deal with this for

 7      50 more years.  Now think about that.

 8           What do you think they would do?

 9           Of course they would take the other drug

10      for another couple of weeks of chemo.

11   Q. Let's talk about what Dr. Sonnier -- what you

12      remember about your conversation with

13      Dr. Sonnier.

14           Did he tell you -- What else did he tell

15      you about this other drug?

16           Do you remember?

17   A. No.

18   Q. Do you remember what --

19   A. Just that it took a little longer.  You would

20      be on chemo longer.

21   Q. In terms of what -- Do you know what the name

22      of this other drug is?

23   A. No.

24   Q. Do you know if this other drug was appropriate

25      for your particular type of cancer?
```

Page 135

1  Q. Do you know if there have been any reported

2     cases of permanent hair loss or alopecia with

3     this other drug?

4  A. No, I do not know.

5  Q. If that drug came with any risk of hair loss,

6     would you have taken it?

7  A. I was already told by the doctor it did not

8     come with a risk of hair loss.

9  Q. So it's your understanding --

10 A. Permanent hair loss we are talking about.

11 Q. Understood.  And that's a fair clarification.

12        So it was your understanding that the

13    other drug had no risk of permanent hair loss?

14 A. That's correct.

15 Q. But if it did hypothetically --

16 A. Well, we are not talking hypothetically.

17 Q. I actually am.

18        My question is hypothetically if it did

19    would you have refused to take that drug?

20 A. I would have to find out what the options were

21    of other drugs.

22 Q. So I'm not sure I understand your answer.

23        If the other drug had a risk of permanent

24    hair loss, would you have refused to take that

25    drug, too?

Page 136

1   A. Yes.

2   Q. Okay.  Now, do you understand that all

3      chemotherapy drugs work differently for

4      different people?

5   A. Yes.

6   Q. Okay.  But you know that your chemotherapy

7      regimen, Taxotere, Carboplatin, and Herceptin,

8      has been successful for you.  Correct?

9   A. Yes.

10  Q. And you agree that you can't know if you would

11     be alive today if you took another regimen.

12        Correct?

13  A. I would be alive today.  Believe me, I would.

14        When I went to the surgeon, the first

15     words out of his mouth were you're not going

16     to die from this.

17        The surgeon saved my life.  Not your drug.

18  Q. Let me ask you -- And are you talking about

19     when you first met with the surgeon?

20  A. That's right.

21        The first words out of his mouth were you

22     are not going to die from this, we are going

23     to remove this tumor, which is exactly what he

24     did.

25  Q. And so that was -- You are talking about a

Page 142

1   EXAMINATION BY MS. BIERI:

2   Q. I'm just asking what your opinion is.

3        MR. ROOT:

4             Object as to form.

5        THE WITNESS:

6             I don't -- That's just not clear to

7        me.

8   EXAMINATION BY MS. BIERI:

9   Q. You don't have an opinion?

10  A. Yeah.  My opinion is that if there was a

11     different kind of chemo other than Taxotere

12     that hadn't caused permanent hair loss, I

13     should have been given the option of taking

14     that, but I wasn't given that option because

15     the doctors didn't know that.

16  Q. Let me ask you this question.

17             Is it your understanding that your risk of

18     recurrence would have gone from 60 percent to

19     25 percent with just Herceptin?

20  A. I don't know.  I'm not a doctor.

21  Q. That's not what you wrote here.  Right?

22  A. I just told you that I probably didn't state

23     that correctly.

24  Q. And I am not trying to be obtuse about this.

25             What do you think you should have stated

Page 179

1      60 percent chance of recurrence.  Correct?

2   A. Without THC?

3   Q. Sorry.

4         Without the Taxotere, Carboplatin, and

5      Herceptin.

6   A. He said that was the guidelines.  He said --

7      He told me that the Herceptin was the one that

8      was the most important one because of the 60

9      percent, you know, knocking it down, because

10     it was the one that targeted specifically the

11     HER2.

12  Q. So are you saying he told you that the

13     Herceptin was to specifically address the

14     HER2?

15  A. Yes.

16  Q. Okay.  But he recommended to you Taxotere,

17     Carboplatin, and Herceptin?

18  A. Well, he didn't say I recommend.  He said,

19     this is what we do.

20  Q. Would you disagree that he, quote, recommended

21     pursuit of the adjuvant TCH in addition to

22     adjuvant hormonal therapy and post lumpectomy

23     radiation therapy?

24  A. I don't even understand what that is.

25  Q. Do you want me to read it again?

Page 200

1       PFS I will represent to you that you

2       identified general info sheet from clinical

3       pharmacologist.

4           Is Exhibit #18 what you were talking

5       about?

6   A.  Yes, it is.

7   Q.  Okay.  Beyond the documents Exhibit #18,

8       Exhibit # -- forgive me for reaching --

9       Exhibit #17, Exhibit #16, and Exhibit #3, the

10      cancer binder --

11  A.  Right.

12  Q.  -- were you given any other documents that you

13      can recall regarding Taxotere?

14  A.  No.

15  Q.  I am going to hand you what is being marked as

16      Deposition Exhibit #19.

17          (Exhibit #19 was marked for

18              identification.)

19          Take a minute and look at that.

20          MS. BIERI:

21              Here you go, Mr. Root.

22  EXAMINATION BY MS. BIERI:

23  Q.  Do you recognize what this document is?

24  A.  It's a consent form that they give you at the

25      hospital.

Page 201

1    Q. And on that first page there, under what's

2       numbered paragraph 2, it says chemo using

3       Taxotere, Carboplatin, and Herceptin.

4            Did you understand this to be a consent

5       form related to your use of Taxotere,

6       Carboplatin, and Herceptin?

7    A. Yes.

8    Q. Let's look at the third page of the document

9       which has Bates number 44 on the corner.

10            Is that your signature under the consent

11       paragraph?

12    A. Yes.

13    Q. And is that dated by you 11/12/2013?

14    A. Yes.

15    Q. And that's also to your recollection signed by

16       your prescribing oncologist, Dr. Sonnier, at

17       the top of the page?

18    A. Yes.

19            Uh-huh (affirmative response).

20    Q. And then look at the next page, page 45.

21            Is your signature also on page 45?

22    A. Yes.

23    Q. And by signing this document were you agreeing

24       that you had read and understood it?

25    A. Yes.

Page 202

1   Q.  Okay.  At the top of the second page it says

2       all medical or surgical treatments involve

3       risks.

4            You understood that there were risks

5       associated --

6   A.  Yes.

7   Q.  -- with chemotherapy.  Correct?

8   A.  Yes.

9   Q.  And you understood that some of those risks

10      were very serious.  Correct?

11  A.  Yes.

12  Q.  Life threatening?

13  A.  Yes.

14  Q.  Okay.  Let's look at page 45.

15           You understood that the risks that are

16      bullet pointed are risks associated with

17      chemotherapy.  Correct?

18  A.  Yes.

19  Q.  Okay.  Can you read what is bullet pointed as

20      the risks?

21  A.  Hair loss, damage to blood forming organs,

22      bone marrow, which may result in bleeding,

23      infection, anemia, and possible need for

24      transfusion.  Damage to brain, heart, kidney,

25      liver, lungs, nervous system, and skin.

Page 203

1       Serious allergic reaction, including shock.

2       Sterility.  Nausea and/or vomiting,

3       constipation, or diarrhea.  Sores on lips

4       and/or ulcers in lips, mouth, throat, stomach,

5       and rectum.  Loss of lining of intestinal

6       tract from mouth to anus.  Secondary cancer.

7       Cancer in the future caused by chemotherapy.

8       Local damage to infection site.

9    Q. Why did you decide to have chemotherapy

10      treatment even though these are the listed

11      risks in the consent form?

12   A. I thought I had already answered that

13      question, but I will answer it again.

14   Q. Forgive me if you have.

15   A. When you have cancer, you want to do something

16      about it.  The doctor told me this is what we

17      do, these are the treatments that we give

18      patients for this.

19         So you put your faith in someone, and it

20      has to be a professional, and he was an

21      oncologist.

22         So he told me what the threat -- what

23      would happen, and he said, now, we monitor you

24      all the way through, and they did.  They took

25      excellent care of me.  They monitored me, and

Page 204

1       I had many many tests.

2   Q.  But at the end of the day you were willing to

3       take the risks of these --

4   A.  To get rid of the cancer, yes.

5   Q.  Okay.  Did you discuss with your oncologist or

6       anyone else the likelihood of brain damage?

7   A.  No.

8   Q.  The percentage likelihood?

9   A.  No.

10  Q.  That's not a question that you asked?

11  A.  No.

12  Q.  Did you ask about the percentage likelihood of

13      heart damage?

14  A.  No, I didn't.  Because they -- he told me that

15      there was a possibility and that they would

16      monitor me very closely, and I would have to

17      take all the MUGA tests which I did.

18  Q.  Were you told that the heart damage from

19      Herceptin can show up years later?

20  A.  No.

21          But when I had the pacemaker put in I had

22      an appointment with Dr. Sonnier not long after

23      that, and I told him about it and he says let

24      me look at these records, everything that we

25      have done, because you know Herceptin can

Page 205

1      cause some problems with your heart, and I

2      said, yeah, and he said, you remember I told

3      you that, and I said yes.

4           So he looked back on the computer, went

5      through the records and read them and read

6      them, and I sat there for a long time, and he

7      said, I don't think Herceptin had anything to

8      do with that, and I said, I don't think so

9      either, and I don't.

10   Q. And what's your basis for that?

11   A. Because I had always had PAT all my life,

12      and -- which goes in to SVT, and SVT is three

13      sections of your heart, you know, that they

14      can ablate, and once they tried to do the

15      ablation and it went into afib then they

16      couldn't do the ablation.

17           So the next step was drugs, which did not

18      work.  I couldn't tolerate them.  And then the

19      next step was a pacemaker.

20           So I don't think it had anything at all to

21      do with Herceptin, and he doesn't either.

22   Q. So it's your opinion because of your

23      preexisting heart issues --

24   A. Yes.

25   Q. -- that that's what caused your heart damage,