# EXHIBIT D

```
                                                    1166
08:48:06   1              UNITED STATES DISTRICT COURT
           2              EASTERN DISTRICT OF LOUISIANA
           3
           4
           5   IN RE:  TAXOTERE (DOCETAXEL)
                       PRODUCTS LIABILITY       Docket No.: 16-MD-2740
           6           LITIGATION               Section "H(5)"
                                                September 20, 2019
           7                                    New Orleans, Louisiana

           8   Relates To: Barbara Earnest,
               Case No.: 16-CV-17144
           9
          10   * * * * * * * * * * * * * * * * * * * * * * * * * *
          11
          12              DAY 5, MORNING SESSION
                      TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          13     HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                       UNITED STATES DISTRICT JUDGE
          14
          15   APPEARANCES:
          16   For the Plaintiffs:     Barrios, Kingsdorf & Casteix, LLP
                                       BY:  DAWN BARRIOS, ESQ.
          17                           701 Poydras Street
                                       Suite 3650
          18                           New Orleans, Louisiana 70139
          19
          20   For the Plaintiffs:     Gainsburgh, Benjamin, David,
                                          Meunier & Warshauer, LLC
          21                           BY:  PALMER LAMBERT, ESQ.
                                       2800 Energy Centre
          22                           1100 Poydras Street
                                       New Orleans, Louisiana 70163-2800
          23
          24
          25
                              OFFICIAL TRANSCRIPT
```

```
                                                    1167
 1   APPEARANCES:
 2   For the Plaintiffs:     David F. Micelli, LLC.
                             BY:  DAVID F. MICELI, ESQ.
 3                           P. O. Box 2519
                             Carrolllton, GA 30112
 4
 5   For the Plaintiffs:     Gibbs Law Group, LLP
 6                           BY:  KAREN BARTH MENZIES, ESQ.
                             6701 Center Drive West, Suite 1400
 7                           Los Angeles, California 90045
 8
 9   For the Plaintiffs:     Pendley, Baudin & Coffin, LLP
                             BY:  CHRISTOPHER COFFIN, ESQ.
10                           1100 Poydras Street
                             Suite 2505
11                           New Orleans, Louisiana 70163
12
13   For the Plaintiffs:     Bachus & Schanker, LLC
                             BY:  DARIN SCHANKER, ESQ.
14                           BY:  J. KYLE BACHUS, ESQ.
                             1899 Wynkoop Street
15                           Suite 700
                             Denver, Colorado 80202
16
17   For the Plaintiffs:     Fleming, Nolen & Jez, LLP
18                           BY:  RAND P. NOLEN, ESQ.
                             2800 Post Oak Boulevard
19                           Suite 4000
                             Houston, Texas 77056
20
21   For the Plaintiffs:     Morgan and Morgan
22                           BY:  EMILY C. JEFFCOTT, ESQ.
                             7010 S. Palafox Street, Suite 95
23                           Pensacola, Florida 32502
24
25
                              OFFICIAL TRANSCRIPT
```

```
                                                    1168
 1   APPEARANCES:
 2
     For Sanofi-Aventis U.S.,
 3   LLC and Sanofi US
     Services, Inc.:         Irwin Fritchie Urquhart
 4                              & Moore, LLC
                             BY:  DOUGLAS J. MOORE, ESQ.
 5                           400 Poydras Street, Suite 2700
                             New Orleans, Louisiana 70130
 6
 7
     For Sanofi-Aventis U.S.,
 8   LLC and Sanofi US
     Services, Inc.:         Shook Hardy & Bacon, LLP
 9                           BY:  HARLEY V. RATLIFF, ESQ.
                             BY:  JON A. STRONGMAN, ESQ.
10                           2555 Grand Boulevard
                             Kansas City, Missouri 64108
11
12
     For Sanofi-Aventis U.S.,
13   LLC and Sanofi US
     Services, Inc.:         Shook Hardy & Bacon, LLP
14                           BY:  HILDY M. SASTRE, ESQ.
                             201 Biscayne Boulevard
15                           Suite 3200
                             Miami, Florida 33131
16
17   Official Court Reporter:  Cathy Pepper, CRR, RMR, CCR
18                             Certified Realtime Reporter
                               Registered Merit Reporter
19                             500 Poydras Street, Room B-275
                               New Orleans, Louisiana 70130
20                             (504) 589-7779
                               Cathy_Pepper@laed.uscourts.gov
21
22   Proceedings recorded By mechanical stenography. Transcript
     produced by computer-aided transcription.
23
24
25
                              OFFICIAL TRANSCRIPT
```

```
                                                    1169
 1                       I N D E X
 2
 3                                                  PAGE
 4
 5   ELLEN G. FEIGAL, MD, (CONTINUED)..............  1170
 6   DIRECT EXAMINATION (CONTINUED) BY MR. MICELI.. 1170
 7   CROSS-EXAMINATION BY MR. STRONGMAN............  1214
 8   REDIRECT EXAMINATION BY MR. MICELI............  1243
 9   LINDA BOSSERMAN, MD, FACP, FASCO..............  1248
10   VOIR DIRE EXAMINATION BY MS. MENZIES..........  1248
11   DIRECT EXAMINATION BY MS. MENZIES.............  1259
12   CROSS-EXAMINATION BY MR. STRONGMAN............  1275
13   REDIRECT EXAMINATION BY MS. MENZIES...........  1284
14   LUNCHEON RECESS...............................  1285
15
07:59:30  16
09:12:31  17
18
19
20
21
22
23
24
25
                              OFFICIAL TRANSCRIPT
```

### Page 1270

1  So let's look at each of these. So TAC chemotherapy
2  involves giving all three drugs once -- on one day every
3  three weeks for six treatments. The docetaxel is given at
4  75 milligrams per meters squared. When you give it over six
5  treatments, the total cumulative dose is 450 milligrams per
6  meters squared of docetaxel, so that's 450 milligrams per
7  meters squared.
8  Q.  These are the cumulative doses?
9  A.  Milligrams per meters squared cumulative.
10 Q.  Okay. Next.
11 A.  In the TC regimen, that's given for four cycles. Taxotere
12 and Cytoxan or cyclophosphamide is given on one day every
13 three weeks for four treatments. So the Cytoxan at
14 75 milligrams per meters squared for four treatments gives you
15 a cumulative dose of 300 milligrams per meters squared.
16 Q.  Okay. Next, please.
17 A.  The AC followed by docetaxel, because we give them in
18 sequence, we're allowed to give -- we have been shown the
19 efficacy and safety is best with the doxorubicin at
20 100 milligrams per meters squared. That's given four cycles of
21 AC followed by four cycles of docetaxel at 100 per meters
22 squared. So 100 per meters squared times the four cycles would
23 be a cumulative dose of 400 milligrams per meters squared, in
24 sequence is 400 milligrams per meters squared.
25  And the last one, FEC followed by docetaxel, the FEC

### Page 1271

1  is given for three cycles, and the docetaxel, again, because
2  it's given alone in -- but in sequence after the FEC, the
3  effect -- the appropriate dose is 100 milligrams per meters
4  squared times three cycles. That cumulative dose is
5  300 milligrams per meters squared.
6  Q.  And can you tell us what regimen Ms. Barbara Earnest
7  received?
8  A.  She received the AC followed by docetaxel regimen.
9  Q.  I missed a highlight.
10 A.  Oh, the TC for four cycles or the --
11 Q.  So you mentioned that the sequential dosing for docetaxel
12 in the AC followed by T regimen includes a dose of
13 100 milligrams, correct?
14 A.  That is the correct single-agent dose. When it's given in
15 combination like in TAC, you have to reduce the dose to
16 75 milligrams per meters squared.
17 Q.  Among women who have a diagnosis similar to
18 Barbara Earnest, is chemotherapy essential to survival?
19 A.  Chemotherapy is an option. Most people with early-stage
20 IIA disease are cured by surgery and/or radiation. So,
21 chemotherapy is recommended because it can improve the outcome
22 for some patients, and so it's considered a standard, but some
23 patients accept it and some people don't.
24 Q.  I'm going to switch gears on you a little bit. Let's just
25 talk very generally about the doctor-patient discussions

### Page 1272

1  regarding informed consent, okay?
2  A.  Uh-huh (affirmative response).
3  Q.  How are treatment decisions made?
4  A.  So as you can see, there are multiple options that all
5  have strong evidence of efficacy, and each of those regimens
6  have some different toxicities. So a major principle
7  established in the community and across the country, and
8  especially by ASCO and quality metrics, is to have an informed
9  consent process.
10  Informed consent is not a document. It's a
11 discussion and a process where in this very unfair
12 relationship -- I have almost 40 years of experience treating
13 patients. A patient comes in with breast cancer. I tell them
14 they can learn everything I know, but probably not in one week
15 or two weeks when they need to make decisions. So it's our job
16 to go over what is known about the major risks and the
17 benefits, not just to talk about potential benefits, but what
18 price do you pay. It's their body. It's their treatment plan.
19  And we have to find the right treatment plan for
20 them, including surgery, potential radiation, and then the
21 systemic therapy, which for patients with endocrine-positive
22 IIA disease includes chemotherapy and endocrine therapy, which
23 we're not going to talk about. But the chemotherapy has all
24 these options.
25  So the process means going through and talking

### Page 1273

1  about -- we might recommend one or another for a patient. We
2  would explain why, and we would go over in detail what are the
3  likely side effects? How long might they last? Are anything
4  permanent or disfiguring? Or is it permanent and you wouldn't
5  see it, but the patient would live with it? Are things
6  temporary? What time frame might we expect these symptoms to
7  wear off? What would their life be like on the chemotherapy
8  and afterwards?
9   And then we go over the things we could do to lower
10 it or prevent it, like nausea. We automatically give very
11 specific regimens to prevent nausea or vomiting. So each of
12 these are discussed with the patient, sometimes in more than
13 one visit.
14  And then we give materials for them to read, and then
15 we have them come back and discuss it. And when they are in
16 agreement, we have patients sign an informed consent, which is
17 a quality measure across the country.
18 Q.  And how does the informed consent process work with the
19 doctor and the patient? I think you're describing the doctor
20 and patient in a clinical setting; is that correct?
21 A.  Yes. And in the clinic, we have a whole education
22 discussion. We give the patient a chance to ask questions, to
23 involve their family members. Many times I get the children or
24 the parents or doctor friends or their advisor friends coming
25 to those visits or calling me with questions or emailing or