UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                         SECTION "H" (5)

THIS DOCUMENT RELATES TO:
June Phillips, Case No. 2:16-cv-15397

### [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Warnings Causation (Rec. Doc. 9419) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibit A to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Warnings Causation UNDER SEAL.

New Orleans, Louisiana, this ___ of _____, 2020.

                                                                  _____
                                                                  HON. JANE TRICHE MILAZZO
                                                                  UNITED STATES DISTRICT JUDGE