**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Kahn v. Sanofi-Aventis, et al., Case No. 2:16-cv-17039 | |

**NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT**

Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provides notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 9418-2] Exhibit A to the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

2. [Rec. Doc. 9418-5] Exhibit D Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

3. [Rec. Doc. 9418-6] Exhibit E Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

4. [Rec. Doc. 9418-7] Exhibit F Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

5. [Rec. Doc. 9418-8] Exhibit G Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

6. [Rec. Doc. 9418-9] Exhibit H Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

7. [Rec. Doc. 9418-10] Exhibit I Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

8. [Rec. Doc. 9418-11] Exhibit J Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

9. [Rec. Doc. 9418-12] Exhibit K Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

10. [Rec. Doc. 9418-13] Exhibit L Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

11. [Rec. Doc. 9418-14] Exhibit M Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

12. [Rec. Doc. 9418-15] Exhibit N Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

13. [Rec. Doc. 9418-16] Exhibit O Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

14. [Rec. Doc. 9418-18] Exhibit Q Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

15. [Rec. Doc. 9418-21] Exhibit T Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations;

16. [Rec. Doc. 9418-22] Exhibit U Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations.

On Monday, March 2, 2020, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: February 28, 2020                                Respectfully submitted,

*/s/ Christopher L. Coffin*                             */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                          Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                        GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                         6701 Center Drive West, Suite 1400

| | |
|---|---|
| New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | Los Angeles, California 90045<br>Telephone: 510-350-9700<br>Facsimile: 510-350-9701<br>kbm@classlawgroup.com |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |
| /s/M. Palmer Lambert<br>M. Palmer Lambert (#33228)<br>GAINSBURGH BENJAMIN DAVID<br>MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: 504-522-2304<br>Fax: 504-528-9973<br>plambert@gainsben.com | /s/Dawn M. Barrios<br>Dawn M. Barrios (#2821)<br>BARRIOS, KINGSDORF & CASTEIX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: 504-524-3300<br>Fax: 504-524-3313<br>barrios@bkc-law.com |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews<br>Andrews & Thornton<br>4701 Von Karman Ave., Suite 300<br>Newport Beach, CA 92660<br>Phone: (800) 664-1734<br>aa@andrewsthornton.com | Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@atkinsandmarkoff.com |
| J. Kyle Bachus<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Phone: (303) 893-9800<br>Fax: (303) 893-9900<br>kyle.bachus@coloradolaw.net | Abby E. McClellan<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Phone: (816) 714-7100<br>Fax: (816) 714-7101<br>mcclellan@stuevesiegel.com |
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P. | David F. Miceli<br>David F. Miceli, LLC |

1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. Palmer Lambert