UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Kahn v. Sanofi-Aventis, et al., Case No. 2:16-cv-17039 | |

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO THE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON THE STATUTE OF LIMITATIONS UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations (Rec. Doc. 9418) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits A, D-O, Q, and T-U) to the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations UNDER SEAL.

New Orleans, Louisiana, this ___ of March, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE