# EXHIBIT B

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY              CLINIC NUMBER: 1813606
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 06-19-08
PHONE 504/842-3000                  DICTATOR: LARNED, ZOE L
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


This is a patient of Dr. Carl Kardinal, who is being treated with neoadjuvant chemotherapy.

The patient self-palpated a left breast mass in April 2008. She underwent a diagnostic mammogram 04/09/08 and ultrasound-guided core biopsy on 04/11/08. She had a PET scan on 04/21/08 with no evidence to suggest distant metastatic disease. On 04/23/08, she had a MUGA scan showing a normal ejection fraction of 65%.

The patient opted to participate in the NSABP B-40 and was randomized to receive Taxotere, Xeloda, and bevacizumab. She has completed her first cycle of this therapy to date.

Additional breast cancer features strongly ER/PR positive, and HER-2/neu 2+ by IHC FISH assay was nonamplified.

The patient tolerated cycle 1 fairly well. She reports that she did have some diarrhea and a queasy stomach a couple of days post chemotherapy. She also developed mouth sores for which she received Duke's Magic Mouthwash. She complained of a rare headache, which Tylenol relieved. She did have some increased heartburn on her dexamethasone, which Tums, and Rolaids relieved and she has currently a runny nose consistent with sinus allergies. She has had no recent fevers, chills or infections. The last week, she recovered from all of her chemotherapy side effects and actually went on a vacation to the outer banks, North Carolina and felt well.

In the interval, she was also treated for urinary tract infection with Cipro, but she developed a rash and this was discontinued at day 3. She has had no further dysuria complaints.

The patient presents today for cycle #2.

On today's review of systems, she reports no fatigue, feeling well, good p.o. intake. No current pain complaints. No headaches. No visual changes. No dizziness. No nausea. No vomiting. No abdominal pain. Stools are normal. Urination is normal. No musculoskeletal complaints. She does report she has lost her hair.

LABS: Today, white count 19.41, hemoglobin 13.8, hematocrit 41.7, and