# EXHIBIT D

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3     * * * * * * * * * * * * * * * * * * * * * *
 4   ELIZABETH KAHN,                    CASE NO.
         Plaintiff.                     2:16-cv-17039
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
 8       Defendants.
     and
 9   CYNTHIA THIBODEAUX,                CASE NO.
         Plaintiff,                     2:16-cv-15859
10   v.
     SANOFI S.A.,
11   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
12   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
13       Defendants.
14
15     * * * * * * * * * * * * * * * * * * * * * *
16
                       DEPOSITION
17                        OF
18                  DR. ZOE LARNED
19       Taken on Wednesday, February 21, 2018
20           Commencing at 1:05 p.m.
21                    at the
22      GAYLE & TOM BENSON CANCER CENTER
23            1514 Jefferson Highway
24            New Orleans, Louisiana
25   Job No. NJ2816476
```

1    the United States?
2        A.   Yes.
3        Q.   And do you agree that you are not an expert
4    in the regulatory process as it pertains to
5    prescription drugs?
6        A.   Yes.
7        Q.   Do you agree that you are not an expert in
8    the labeling of prescription drugs?
9        A.   Yes.
10       Q.   Do you agree that you are not an expert in
11   the warning of prescription drugs?
12       A.   Yes.
13       Q.   And you're not an epidemiologist, correct?
14       A.   No.
15       Q.   You're not a dermatologist, correct?
16       A.   No.
17       Q.   So do you agree that you are not qualified
18   to offer expert opinions or expert opinion testimony
19   in this litigation on diagnosing the cause of
20   persistent alopecia or hair loss?
21       A.   Yes.
22       Q.   You agree with that?
23       A.   Uh-huh.
24       Q.   And you are not a cardiologist?
25       A.   No.

Page 66

1    Q.  Has anything in Exhibit 6 changed the way
2    that you warn about Taxotere?
3    A.  No.  I didn't even bother looking at it.
4    They just told me to bring something if I had it,
5    and that was all I had.
6    Q.  Understood.
7        Let's look at the exhibit dealing with your
8    treatment of Ms. Kahn, which is Exhibit 1.
9        And I'm going to take -- if it doesn't
10   offend you, I'm going to take this one out of the
11   way and put a clip on it just so we don't get these
12   mixed up.
13   A.  Okay.
14   Q.  And did you begin treating Ms. Kahn on
15   June 19th of 2008?
16   A.  That is likely correct.
17   Q.  Feel free to look at that top record that's
18   Bates labeled 970 if that helps refresh your
19   recollection.
20       (Witness peruses document.)
21   A.  Yes.
22   Q.  And did you take over care of Ms. Kahn after
23   she had already opted to participate in NSABP B-40?
24   A.  Yes.
25   Q.  And after that clinical trial was already

Page 67

1  underway?
2      A.  Yes.
3      Q.  And Ms. Kahn had already lost her hair,
4  correct?
5          (Witness peruses document.)
6  BY MS. BIERI:
7      Q.  If you look toward the bottom of the first
8  page, I was looking --
9          THE REPORTER:  Is there a response to that?
10         MS. BIERI:  There isn't.  I'm helping the
11         witness.
12         THE REPORTER:  Okay.
13 BY MS. BIERI:
14     Q.  If you look towards the bottom of the first
15 page --
16     A.  Yes, I see it.
17     Q.  Let me ask the question again.
18         At that time when you began treating Ms.
19 Kahn, had she already lost her hair?
20     A.  Correct, she had lost her hair.
21     Q.  So you wouldn't have had the opportunity to
22 see Ms. Kahn's hair pre chemo?
23     A.  No.
24     Q.  I'm going to hand you what's being marked as
25 Deposition Exhibit No. 7, and I'll represent to you

1  I think you testified earlier that you are not an
2  expert in dermatology, correct?
3      A.  Don't want to be.
4      Q.  And -- and you do not -- you are not
5  qualified to make an opinion with regard to what
6  caused any particular person's permanent hair loss;
7  is that correct?
8          MS. BIERI:  Object to the form.
9      A.  Correct.  But I am clinically sound, and I
10 am aware that, having treated hundreds of patients
11 over my career, that not everyone grows their hair
12 back completely, irrelevant of Taxotere.
13     Q.  Well, what I would like to do is I'd like to
14 -- do you know of any clinical studies at all or any
15 sort of paper or evidence other than your own
16 clinical experience that Taxol has a connection with
17 permanent hair loss?
18     A.  Not particularly Taxol, no.
19         MS. BIERI:  Object to the form.
20 BY MR. MAHER:
21     Q.  Okay.
22         Now, I want to talk a little bit about
23 Cynthia Thibodeaux.  I believe you testified that
24 there was one point in your -- in your office notes
25 that hair loss was discussed, and I believe that

1    Q.   And by the time she got to you, she had
2    totally finished the Taxotere; is that right?
3    A.   Yes.
4    Q.   Okay.
5         So you didn't have any -- any discussions
6    with her as to the risk or the benefits of Taxotere
7    since it had already happened; is that right?
8    A.   Correct.
9    Q.   And with regard to Ms. Kahn, at the time
10   that you saw her, she was --
11        MS. BIERI:  Hold on for just one second.
12             Are you now going to be doing all the
13        questioning about Kahn?
14        MR. MAHER:  Well, I'm going to ask some.
15        MS. BIERI:  If you are going to ask
16        questions about Kahn, then only you are
17        going to ask questions about Kahn.
18        MR. MAHER:  Okay, that's fine.  That's fine.
19        MS. BIERI:  Is that fine with you?
20        MS. PEREZ REYNOLDS:  That's fine.
21        MR. MAHER:  Okay.
22   BY MR. MAHER:
23   Q.   So Ms. Kahn was -- when you first started --
24   when you took over from Dr. Kardinal with regard to
25   the care of Ms. Kahn --

1    A.  Uh-huh.
2    Q.  -- she had already started her clinical
3  trial as well; is that right?
4    A.  Yes, she had.
5    Q.  And she had already had at least one dose of
6  Taxotere; is that right?
7        MS. BIERI:  Object to the form.
8    A.  Yes.
9    Q.  And since she had already started her
10 Taxotere and the clinical trial, you wouldn't have
11 gone -- re-gone over the consent forms with her,
12 would you have?
13   A.  No.
14   Q.  Okay.
15       You wouldn't have had any more discussion
16 with her about the risks or benefits of Taxotere at
17 that point since it had already been done, correct?
18       MS. BIERI:  Object to the form.
19   A.  Correct.
20   Q.  Okay.  Thank you.
21       And again, are you aware of any other
22 chemotherapy agent that the FDA has required a label
23 change with regard to disclosing reports of adverse
24 events consisting of permanent hair loss other than
25 Taxotere?

1        MS. BIERI: Object to the form.
2    A. No.
3    Q. Are you?
4    A. No.
5    Q. Okay. Thank you.
6        I'm going to hand you -- and I don't have
7  another copy of this. I apologize. I don't even
8  have another copy for myself.
9        It's the 9/28/07 Taxotere label, and I'm
10 going to mark that as Exhibit No. 15.
11       (Whereupon Exhibit No. 15, a Taxotere label,
12       was marked for Identification.)
13       MR. MAHER: Thank you.
14 BY MR. MAHER:
15   Q. I am going to hand that to you right now.
16 Here, let me have that back, please. Well, I've
17 got -- I'm sorry, go ahead and if you can turn to
18 page -- first of all, you see that that is the
19 Taxotere label?
20   A. Yes.
21   Q. Okay.
22       And that's -- that was the one that was in
23 effect at the time that Ms. Thibodeaux and Ms. Kahn
24 were receiving Taxotere; is that right?
25   A. Yes.