# EXHIBIT E

Page 1

1              UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3

4

5    * * * * * * * * * * * * * * * * * * * * * *
                                    *
6    ELIZABETH KAHN,                *   CASE NO.
            Plaintiffs              *   2:16-CV-17039
7                                   *
                                    *
8    VERSUS                         *
                                    *
9                                   *
     SANOFI S.A., ET AL         *
10            Defendants            *
                                    *
11   * * * * * * * * * * * * * * * * * * * * * *
12

13

14

15

16

17

18      Job No. NJ2756392
19

20            Deposition of ELIZABETH SARA
21   KAHN, taken on Thursday, December 7, 2017,
22   commencing at 8:34 a.m., at the law offices
23   of Pendley, Baudin & Coffin, 1515 Poydras
24   Street, Suite 1400, New Orleans, Louisiana
25   70112.

Page 17

```
 1                    (Recess).
 2    EXAMINATION BY MS. BIERI:
 3       Q.  Okay.  You were diagnosed with breast
 4    cancer in April of 2008?
 5       A.  Yes.
 6       Q.  And since your treatment in 2008 and
 7    2009, you've not had a recurrence, correct?
 8       A.  Correct.
 9       Q.  So how do you feel today?
10       A.  You mean, like, right this minute?
11       Q.  Sure.
12       A.  No.  I feel fine.
13       Q.  Okay.  Now, I want to turn to this
14    lawsuit.
15            You understand, you're here today to
16    testify in a lawsuit you brought against
17    Sanofi, correct?
18       A.  Yes.
19       Q.  Why are you suing Sanofi?
20            MR. COFFIN:
21                Object to the form.
22    EXAMINATION BY MS. BIERI:
23       Q.  Why did you bring a lawsuit against
24    Sanofi?
25       A.  Because they did not divulge
```

1   information that they knew.  They knew that

2   they were -- that their drug could cause

3   permanent hair loss, and nowhere did my

4   doctors or nurses tell me that I could have

5   permanent hair loss after this drug, and --

6   because they didn't -- the doctors didn't

7   know.

8        Q.  On what basis do you say your doctors

9   didn't know?

10       A.  Well, they could have hidden it from

11  me, but going through my cancer treatment,

12  both my doctors and all of my chemo nurses

13  gave me very detailed information about what

14  was -- why I was given a certain drug and

15  then what would happen to me when I took that

16  drug.  So I was given all the side effects.

17            And they always made a point -- it

18  wasn't just the doctors who told me.  It was

19  the doctors and nurses.  So I would hope that

20  they would -- if they knew, they would have

21  told me.

22       Q.  But you have no basis to say

23  definitively, if they knew or did not know.

24            MR. COFFIN:

25                 Object to the form.

1    EXAMINATION BY MS. BIERI:

2        Q.  Well, have you ever --

3        A.  I can tell you that nobody ever told

4    me that I could get permanent hair loss from

5    taking Taxotere.  That, I can tell you that.

6        Q.  And have you ever asked any of the

7    doctors or nurses who gave you information,

8    if permanent hair loss was a side effect of

9    Taxotere?

10       A.  No.

11       Q.  What is the injury that you're

12   alleging in the lawsuit?

13           MR. COFFIN:

14               Object to the form.

15           THE WITNESS:

16               I didn't -- well, I don't exactly

17   know what you're asking me.

18   EXAMINATION BY MS. BIERI:

19       Q.  Okay.  And that's fair.

20       A.  Uh-huh (affirmative).

21       Q.  Thank you for clarifying when you

22   didn't understand a question.  And do that

23   anytime during this deposition.

24       A.  Okay.

25       Q.  I'm asking you -- I don't want to put

1   contacted the first law firm?

2       A.   No.   I don't remember the date.

3       Q.   Sometime between when Ms. McDermott

4   had told you about the ads and November of

5   2016?

6       A.   Right.   Yes.   So sometime between

7   September and November of 2016.

8       Q.   At any time before your conversation

9   with Ms. McDermott, in the summer or early

10  fall of 2016, had you considered suing

11  Sanofi?

12      A.   Repeat it again, because I think I --

13  I mean, I think I understand what you're

14  saying, but I don't -- say it again.

15      Q.   Sure.   At any time before you spoke

16  to Ms. McDermott in the summer to early

17  fall --

18      A.   Oh, before.

19      Q.   -- of 2016, had you considered suing

20  Sanofi?

21      A.   No.   Because I didn't know there was

22  a problem.

23      Q.   And by that, you mean -- what do you

24  mean by that?

25      A.   I didn't know that there was a

1   particular drug that could have caused my

2   permanent hair loss.  It didn't even occur to

3   me.

4       Q.  Did you discuss whether you were

5   going to file a lawsuit with your husband?

6       A.  Yes, we talked about it.  Uh-huh

7   (affirmative).

8       Q.  Did you talk about the decision

9   whether you were going to file a lawsuit with

10   anyone else besides your husband?

11          MR. COFFIN:

12              Object to the form to the extent

13   that it invokes conversations with her

14   lawyers about whether she would file a

15   lawsuit.

16          MS. BIERI:

17              You know what, for this one, I'll

18   ask it a different way.

19          MR. COFFIN:

20              Sure.

21   EXAMINATION BY MS. BIERI:

22       Q.  Before you contacted a lawyer, had

23   you talked to anyone besides your husband

24   about filing -- the potential of filing suit?

25       A.  No.  Though I probably mentioned to

Page 45

1   refer to the actual question.

2          MS. BIERI:

3             Absolutely.

4             We are looking on Page 15, and

5   it's a little past midway down on the page --

6          THE WITNESS:

7             Uh-huh (affirmative).  Right

8   here.

9             I'll address each point.

10  EXAMINATION BY MS. BIERI:

11     Q.  Sure.

12     A.  The texture of my hair is the same as

13  it was pre-chemo.  The color of my hair is

14  the same as it was pre-chemo.  The thickness

15  is the point -- the individual hair, but in

16  terms of thickness in covering my head, it is

17  not the same.

18     Q.  Okay.  So when --

19     A.  It depends what you talk about -- you

20  know, what you clarify as thickness.  Like,

21  the individual hair, or the hairs on your

22  head.

23     Q.  Okay.  So you're saying, the

24  thickness of each individual strand hasn't

25  changed, but you believe the overall

1   thickness of your hair covering is thinner

2   now; is that accurate?

3           I do not want to put any words in

4   your mouth.

5       A.  Yes.

6       Q.  I'm just trying to get a picture.

7       A.  The individual hairs are not more

8   thick or less thick, but the overall

9   thickness of the -- over the course of my

10  head is not what it was before chemo.

11      Q.  Okay.  In terms of -- while we're on

12  this page, I might as well --

13      A.  Okay.

14      Q.  -- ask you a few more questions.

15  You've checked yes for permanent or

16  persistent loss of eyebrows?

17      A.  I have no eyebrows.  I draw my

18  eyebrows on every morning.

19      Q.  How long have you been using an

20  eyebrow pencil?

21      A.  I lost my eyebrows during chemo

22  treatment, and I haven't had eyebrows since

23  chemo.

24      Q.  Do you have any hair -- any eyebrow

25  hair at all?

1      A.   There are a few -- very few strands.

2      Q.   You said your eyebrows fell out

3  during chemotherapy.

4      A.   Yes.

5      Q.   Do you remember when in chemotherapy?

6      A.   No.   No.   But I can tell you, it was

7  after -- it was after my hair fell out.

8      Q.   On the top of your head.

9      A.   On the top of my head.

10     Q.   And did they completely fall out, no

11  hair left in your eyebrows?

12     A.   Yes.   Once they fell out, there was

13  no hair left in my eyebrows.

14     Q.   And at some point, you had some

15  regrowth of eyebrows, correct?

16         MR. COFFIN:

17              Object to the form.

18         MS. BIERI:

19              Ms. Kahn has told me that she has

20  some -- a few hairs on her eyebrows, and they

21  had fallen out.   Now she has some.   At some

22  point, some came back.

23  EXAMINATION BY MS. BIERI:

24     Q.   Correct?

25     A.   Well, if you looked at me, you would

Page 48

1    -- if you looked at me, you would say I

2    didn't have -- without an eyebrow pencil,

3    you'd say I had no eyebrows.  It was never --

4    they're very light-colored hairs.  I had very

5    -- I had eyebrows the color of my hair, so

6    they were dark and they were fairly thick.

7    So what I have now looks like my forehead is

8    naked.

9        Q.  What I'm trying to understand is, at

10   some point, did any hair in the eyebrow

11   region grow back?

12       A.  This is what I can tell you.  I don't

13   know if every single hair in my eyebrow that

14   I lost during chemo.  I don't know.  I lost

15   enough that I needed to draw in my eyebrows,

16   and I continue to do that since chemo.

17   That's what I can tell you.

18       Q.  Okay.  So do you believe that your

19   eyebrow hair has looked the same since it

20   fell out in chemotherapy to today, or have

21   there been changes?

22       A.  No, there hasn't been much change.

23       Q.  Okay.  You said much change.

24       A.  Okay.

25       Q.  So I have to ask.

Page 49

```
 1       A.   There's been no change.

 2       Q.   There's been no change --

 3       A.   No.

 4       Q.   -- at all.

 5       A.   No.

 6       Q.   You also indicate permanent or

 7  persistent loss of eyelashes.

 8       A.   Yes.

 9       Q.   Did your eyelashes fall out during

10  chemotherapy?

11       A.   Yes, my eyelashes fell out.

12       Q.   Did you ever regrow any eyelashes?

13       A.   I have a few eyelashes, yes.  Some

14  eyelashes grew back, but not to the degree

15  that they were before chemo.

16       Q.   You checked no to permanent or

17  persistent loss of nasal hair.  You're not

18  claiming that in this litigation, correct?

19       A.   Right.  Yes.

20       Q.   You're not claiming loss of ear hair,

21  correct?

22       A.   Correct.

23       Q.   You didn't check a box next to body

24  hair or genital hair.  Are you claiming --

25       A.   Oh.
```

1     A.   Well, my mother had breast cancer; my

2   sister had breast cancer.  So in my mind, it

3   was -- there was a high chance that I would

4   have breast cancer.

5     Q.   So even before you got the biopsy

6   results, you thought, this is probably breast

7   cancer.

8     A.   Yes.

9     Q.   And so you get the biopsy results.

10  And what are you thinking?  How are you

11  feeling?

12    A.   Well, it's devastating news, and

13  then, once you recover from the devastation,

14  then it's, like, okay, how are we going to

15  fight this.  And that's what I -- you know,

16  the stance I took after getting diagnosed.

17    Q.   And by fighting it, you mean:  I'm

18  going to beat cancer, and I'm going to

19  survive.

20    A.   Yes.

21    Q.   And that was your ultimate goal.

22         MR. COFFIN:

23              Object to the form.

24         THE WITNESS:

25              It was one of my goals.

Page 157

1    EXAMINATION BY MS. BIERI:

2        Q.   What were your other goals?

3        A.   To be as whole as possible once it

4    was finished, so that I wouldn't be reminded

5    every day, that I had cancer.

6        Q.   Would you have taken a lower

7    percentage of survival to save breast tissue?

8            MR. COFFIN:

9                Object to the form.

10           THE WITNESS:

11               When I sat down with my surgeon,

12   who was the first doctor that I saw after my

13   -- after I knew, after my biopsy, he had

14   several options, and we talked about all

15   those options.  And one of the options was

16   lumpectomy or mastectomy.

17               And so, in that kind of -- in

18   that sense -- and so I got to make the

19   decision on what -- I think he talked about

20   the efficacy of both, and then I made a

21   decision on what treatment I wanted.

22   EXAMINATION BY MS. BIERI:

23       Q.   Did you think that you could

24   accomplish having a lumpectomy -- how did you

25   think you could have -- did you think you

Page 192

1      Q.   Okay.   The document says:   A purpose

2   of this study is to learn more about the side

3   effects of the combinations of drugs used in

4   this study, correct?

5      A.   Yes.

6      Q.   So that means that they didn't know

7   what the side effects of the combinations of

8   drugs used in the study would be, correct?

9           MR. COFFIN:

10              Object to the form.

11  EXAMINATION BY MS. BIERI:

12     Q.   Is that your understanding?

13     A.   Well, not exactly.

14     Q.   What is your understanding then?

15     A.   Because it's the combination -- it's

16  to see about whether there are side effects

17  regarding the heart and then the side effects

18  regarding how patients recover from breast

19  surgery.   Those are the side effects that

20  they're looking at.

21     Q.   Well --

22     A.   So it's not just side effects in

23  general.   It's about those specific.

24     Q.   Let's read the next sentence.   The

25  first word of the sentence is:   Included in

Page 193

1   what we will learn about side effects will be

2   whether or not adding Avastin -- it's

3   really --

4        A.   Uh-huh (affirmative).   Bevacizumab.

5        Q.   -- B-E-V-A-C-I-Z-U-M-A-B to

6   chemotherapy for breast cancer will affect

7   the heart.

8             MR. COFFIN:

9                  Object to the form.

10            MS. BIERI:

11                 I'm not done.

12            MR. COFFIN:

13                 Oh.

14   EXAMINATION BY MS. BIERI:

15        Q.   That means that one of the side

16   effects that they were interested in learning

17   about was the effect of the combination on

18   the heart, correct?

19        A.   Yes.   And the other one is about

20   recovery from breast surgery.   They list the

21   two side effects that they're talking about.

22        Q.   So you understood that your doctors

23   were trying specifically to understand how

24   the addition of Avastin to a chemotherapy

25   regimen would affect the heart, correct?

Page 205

1   risks and potential side effects of being in

2   the study, right?

3       A.  Yes.

4       Q.  Okay.  In other words, you understood

5   that any side effect could be long-lasting or

6   might not go away, correct?

7           MR. COFFIN:

8               Object to the form.

9           THE WITNESS:

10              That's what I read here.

11  EXAMINATION BY MS. BIERI:

12      Q.  Okay.  Now, did you understand that

13  hair loss was a likely side effect of

14  participating in this study?

15      A.  I knew that temporary hair loss was

16  going to happen.  And I was told that by my

17  doctors, and I was told that by my nurses.

18      Q.  Okay.  You answered a little bit

19  different question than what I asked, but

20  we're going to take them both.

21          You said that your doctors and your

22  nurses told you that you would have temporary

23  hair loss; is that right?

24      A.  Correct.

25      Q.  Let's start with this.  Who told you

Page 206

1    that?

2         A.   Dr. Kardinal and my clinical trial

3    nurse.

4              And one day, during one of my early

5    visits with Dr. Kardinal and the clinical

6    trial nurse, my husband and I were waiting in

7    the waiting room, and she says -- and this

8    had to have been after we signed up for the

9    study.  And she says, I want you to meet

10   someone.  I have another patient here who was

11   part of the study, and I want you to see how

12   her hair is growing back.  And your hair is

13   going to grow back exactly like that, too.

14   You're going to have a full head of hair when

15   you're finished with chemotherapy.

16        Q.   Who said that to you?

17        A.   My clinical trial nurse.

18        Q.   What was her name?

19        A.   That would have been Shevonda.

20        Q.   And on what date did she say that to

21   you?

22        A.   I don't remember.

23        Q.   Was it after you had lost your hair?

24        A.   I don't remember.  But it was after

25   we had agreed to be part of the clinical

Page 245

1     A.   Uh-huh (affirmative).

2     Q.   -- the questions because it -- I need

3  to understand.  So the more you can help me

4  understand, that's what we're here to do.

5  This is my shot, to ask you these questions.

6     A.   Uh-huh (affirmative).

7     Q.   Okay.  So you think your hair growth

8  plateaued at some point.

9     A.   Correct.

10     Q.   Can you put any time frame at all on

11  when you think it plateaued?

12     A.   For the last few years, it's been

13  like this, so you know.

14     Q.   More than the last two years?

15     A.   Possibly.  Maybe, you know, three to

16  four years.

17     Q.   Okay.  And that's the best estimate

18  you can give?

19     A.   Yes.

20     Q.   Okay.  So you're not seeking damages

21  for the initial period of hair loss on

22  Taxotere, correct?

23     A.   No.

24     Q.   Because you knew your hair was going

25  to fall out.

Page 246

1      A.   Correct.

2      Q.   So when does your date of damage

3  start?

4      A.   Well, I don't know because I had -- I

5  don't know.  I don't know when my date of

6  damage starts.

7      Q.   Well, it's not in the first -- is it

8  in the first month you had hair loss?

9          MR. COFFIN:

10             Object to the form.

11         THE WITNESS:

12             Well, my hair hasn't completely

13  grown back, but there was no way for me to

14  know what caused that.  So I can't tell you

15  what the damage was -- like the date of

16  damage.  I don't know.

17  EXAMINATION BY MS. BIERI:

18      Q.   There was no way for you to tell what

19  caused that?  What are you saying?  I don't

20  understand.

21      A.   Well, I had no clue that there were

22  -- anything that I had taken out there, that

23  it caused permanent hair loss.  So I didn't

24  know to know that, okay, you received this,

25  and then that was the damage, and then --

Page 247

1  there was no way to know that.

2      Q.   I'm just trying to identify -- if you

3  knew your hair was going to fall out, and

4  that was expected, so you're not saying

5  anybody did anything wrong.  You expected

6  temporary hair loss.

7      A.   Correct.

8      Q.   I have to know when you think it's no

9  longer temporary, when you were starting to

10 say my client owes you compensation for.

11 When is it no longer temporary?

12          MR. COFFIN:

13              Object to the form.

14          THE WITNESS:

15              When I found out that your client

16 had lied to me.

17 EXAMINATION BY MS. BIERI:

18      Q.   Okay.  Let's break that down.  You

19 never had any conversations with any friend

20 from Sanofi, correct?

21      A.   Correct.

22      Q.   You've never read any materials

23 directly from Sanofi, correct?

24      A.   Correct.

25      Q.   Your basis for saying that is you

Page 248

1  think that your doctor should have told you

2  about the risk of permanent hair loss,

3  correct?

4          MR. COFFIN:

5              Object to the form.

6  EXAMINATION BY MS. BIERI:

7     Q.  And you thought your doctor, if he

8  knew, he or she knew, he or she would have

9  told you, correct?

10         MR. COFFIN:

11             Object to the form.

12         THE WITNESS:

13             It was never listed as one of the

14  side effects, permanent hair loss, ever.

15  EXAMINATION BY MS. BIERI:

16    Q.  I'm trying to understand the basis

17  for your statement.

18    A.  Uh-huh (affirmative).

19    Q.  What is the basis for your statement

20  that Sanofi -- what did you say?

21    A.  I said they lied to me.  Sanofi knew

22  -- at that time, I found out -- I've only

23  found that out recently -- knew at the time,

24  that there were certain percentage of

25  patients that had permanent hair loss, and I

Page 249

1   know that -- I've heard the packages are now

2   -- it mentions that.  It didn't mention it

3   then, and my doctor didn't tell me.

4       Q.  And is that something your counsel

5   told you?

6           MR. COFFIN:

7               Object to the form.

8               Don't answer that question.

9           THE WITNESS:

10              No.

11  EXAMINATION BY MS. BIERI:

12      Q.  Can you answer that question without

13  revealing attorney-client privilege?

14          MR. COFFIN:

15              Which one?  Which question?

16          MS. BIERI:

17              She just told me what she thought

18  Sanofi knew, and I'm asking her what's the

19  basis of that knowledge.

20          THE WITNESS:

21              The Internet -- the research that

22  we did on the Internet.

23  EXAMINATION BY MS. BIERI:

24      Q.  When did you research that on the

25  Internet?

Page 250

1     A.   After I talked to my friend Leslie in

2   summer of 2016, and it was sometime after

3   that, you know, the next month, before I got

4   counsel, that we did some - my husband and I

5   did some research.

6     Q.   And what did you see when you did

7   your research?

8     A.   That Sanofi knew that Taxotere could

9   cause permanent hair loss to a percentage of

10  patients, and they told their patients in

11  Europe and they -- before they told their

12  patients -- many years before they told the

13  patients in the United States.

14    Q.   And you're not talking about telling

15  patients.  Do you really mean --

16    A.   No.  I mean telling doctors, is what

17  I mean.  Sorry.

18    Q.   So it's your assumption that none of

19  your doctors knew that permanent alopecia was

20  a potential side effect of Taxotere.

21         MR. COFFIN:

22             Object to the form.

23         THE WITNESS:

24             Well --

25  EXAMINATION BY MS. BIERI:

Page 251

1      Q.  Is that your opinion?

2      A.  My doctors told me lists of side

3  effects.  They never told me permanent hair

4  loss.  They always told me temporary hair

5  loss.  So if my doctors told me that, I'm

6  thinking that they -- that's the side effects

7  that they knew.

8      Q.  That's your assumption.

9      A.  I don't like to assume, so I'm not

10  going to say I assumed.

11      Q.  Well, then, what's it based on?

12      A.  It's based on all the information

13  they gave me, piles of papers explaining

14  everything, and that was never explained.  I

15  was always told, your hair is going to grow

16  back.

17      Q.  Did you ever specifically ask any of

18  your doctors, Are you aware of whether

19  permanent hair loss is a potential side

20  effect of Taxotere?

21      A.  Did I ask that?  Is that what you're

22  asking me?

23      Q.  Correct.

24      A.  No.  Because they told me, the drugs

25  that I was taking, the hair loss was

Page 252

1   temporary.

2       Q.   You've never heard one of your

3   doctors say to you, I didn't know that

4   permanent hair loss was a side effect of

5   Taxotere, correct?

6       A.   I'm so lost.  Give it to me a

7   different way, because I'm kind of . . .

8       Q.   You're saying that your doctors told

9   you -- or your health care providers --

10      A.   Uh-huh (affirmative).

11      Q.   -- told you that hair loss would be

12  temporary from chemotherapy, correct?

13      A.   Correct.

14      Q.   Okay.  So you're assuming that they

15  had no information that permanent hair loss

16  was a potential side effect, correct?

17          MR. COFFIN:

18              Object to the form.

19          THE WITNESS:

20              I really -- I hate -- I don't

21  like to use the word assume.  I expected them

22  to tell me all the side effects that they

23  knew about.  They gave me lists, and so, I

24  figured, if you're giving me lists, that

25  they're not hiding anything from me.

Page 253

1   EXAMINATION BY MS. BIERI:

2       Q.   But that's not based on an expressed

3   discussion with them about whether they did

4   or did not know that permanent hair loss was

5   a potential side effect of Taxotere.

6       A.   I never talked about permanent hair

7   loss with my doctors.

8       Q.   Okay.  So I want to go back to an

9   issue we were talking about just a little bit

10  ago.  Your claim is that you've been injured

11  by Sanofi, correct?

12          MR. COFFIN:

13              Object to the form.

14  EXAMINATION BY MS. BIERI:

15      Q.   By your use of Taxotere and the fact

16  that you think it caused permanent hair loss,

17  correct?

18          MR. COFFIN:

19              Object to the form.

20          THE WITNESS:

21              That they didn't tell me that

22  there was a risk of permanent hair loss, and

23  that I ended up with permanent hair loss.

24  EXAMINATION BY MS. BIERI:

25      Q.   Did you ever expect to get any

Page 254

1    material directly from Sanofi?

2        A.   I didn't get -- I don't know what you

3    mean by that.  Like, was I supposed to get

4    material from all the drug companies?

5        Q.   Not from all of them.  From Sanofi.

6        A.   Well, why would that be different

7    than all the drug companies?  I don't know

8    what you mean.

9        Q.   That's not my question.  I'm not

10   asking about the other drug companies.  I'm

11   asking:  Did you have some expectation that

12   Sanofi was going to have a contact with you?

13       A.   No.  Why would I --

14       Q.   Are you talking then about

15   information that was communicated to you

16   through your doctor?

17       A.   Yes.  All the information was

18   communicated through the doctor, or other

19   health providers.

20       Q.   First question:  You told me that

21   Nurse Thomas told you that your hair would

22   grow back, correct?

23       A.   Yes, she did.

24       Q.   Can you identify anyone else who told

25   you specifically that your hair loss would be

Page 255

1  temporary?

2      A.  Dr. Kardinal told me my hair loss

3  would be temporary; Dr. Larned told me my

4  hair loss would be temporary.

5      Q.  Did you ever discuss with your

6  doctors when you could expect your hair to

7  regrow?

8      A.  At some point in '09, and I don't

9  know when, when I went to see Dr. Larned, I

10  asked her, when will my hair -- or it may

11  have been 2010.  I don't know the exact

12  appointment I had with her.  But I did talk

13  to her about when would my hair grow back.

14      Q.  You asked her that question, When

15  will my hair grow back?

16      A.  Yes.

17      Q.  And -- or did you ask it a different

18  way?  I want to understand what you said to

19  her.

20      A.  When will my hair grow back.

21      Q.  And what was her response?

22      A.  She had none.  She couldn't explain.

23  She couldn't give me a date.  She couldn't

24  explain.

25      Q.  Do you remember any of the words she

Page 260

1   asking.  I'm asking a little bit of a

2   different question.

3           Do you think that your persistent

4   hair loss is caused solely by Taxotere?

5           MR. COFFIN:

6               Object to the form.

7           THE WITNESS:

8               Now I do.

9   EXAMINATION BY MS. BIERI:

10      Q.  Was there a time when you did not?

11      A.  Sure.  I had no clue that that was

12  one of the side effects of Taxotere, until

13  2016.  I had no clue that a side effect of

14  Taxotere was permanent hair loss.

15      Q.  Today, do you think it's possible

16  that one of the other chemotherapy drugs has

17  caused or contributed to your persistent hair

18  loss?

19      A.  No.  Because -- no, I don't.

20      Q.  You think it's a hundred percent due

21  to Taxotere.

22      A.  I do.

23      Q.  Do you think that any other

24  non-chemotherapy drug has caused or

25  contributed to your persistent hair loss?

Page 301

1      You can't say that you would be alive

2  today if you hadn't taken Taxotere, correct?

3      A.  I had -- my treatment was a

4  multifaceted treatment, and I don't know what

5  -- which thing was the most beneficial.  I

6  have no clue what -- if I had one thing or

7  not had one thing, what would have made a

8  difference.

9      Q.  So you can't say.

10      A.  Can't say.

11      Q.  So now that you survived breast

12  cancer, nine-plus years, are you contending

13  that you would not have taken Taxotere if you

14  had known that there was a risk of persisting

15  hair loss?

16      A.  If my doctor had told me that one of

17  the side effects of Taxotere was permanent

18  hair loss, I would have asked him, what are

19  my other options.  Just like when I was told

20  about the surgery, about a mastectomy, I

21  wanted to know what my other options were.

22      Q.  If you had been told that there was a

23  10 percent chance of permanent or persisting

24  hair loss, would you have asked about other

25  options?

1       A.   Yes, I would have.

2       Q.   If there was a 7 percent chance of

3  permanent or persisting hair loss, would you

4  have asked about other options?

5       A.   Yes, I think I would have.

6       Q.   If there was a 5 percent chance of

7  permanent or persisting hair loss, would you

8  have asked about other options?

9       A.   I think if I saw the words permanent

10  hair loss anywhere, I would have asked for

11  other options.

12       Q.   If you had been told that there was a

13  3 percent chance of permanent or persisting

14  hair loss, would you have asked for other

15  options?

16       A.   And then that gets tricky because you

17  can pull out the paper that talked about

18  those damages that 3 percent or less had, and

19  that I signed off on.  So I can't -- when it

20  gets down to percentages, I don't know.

21       Q.   So are you saying you're afraid to

22  give me your testimony because of how it

23  impacts the other --

24       A.   No.  It's just, I can't -- I don't

25  know.  I can tell you, at 10 percent, I

1   certainly would.  When you start going down

2   in smaller numbers, I can't give you a

3   definitive answer what I would have said at

4   the time.  In hindsight, I would say I would

5   definitely ask for other options.

6        Q.  Sure.  How is that --

7        A.  But that doesn't, you know.

8        Q.  You would have asked for other

9   options, had you been told that Taxotere had

10  the risk of potential persisting or permanent

11  hair loss; is that right?

12       A.  If I was told that Taxotere could

13  have caused permanent hair loss, I would have

14  asked what my other options are.

15       Q.  So does that mean that you made sure

16  that for your other drugs that you took, to

17  inquire whether they caused permanent or

18  persisting hair loss?

19            MR. COFFIN:

20                 Object to the form.

21            MS. BIERI:

22                 I'm asking if that's what it

23  means.

24            THE WITNESS:

25                 My doctors told me my hair would

1  come back.  My doctors told me my hair loss

2  was temporary.  So they knew what drugs I was

3  taking, they knew what the side effects were,

4  and they're telling me that I don't have to

5  worry about my hair.  I'm going to lose it

6  with chemotherapy, but it's going to come

7  back like it was before.

8  EXAMINATION BY MS. BIERI:

9      Q.  I think we were two ships passing in

10  the night.

11     A.  Uh-huh (affirmative).

12     Q.  I was asking something a hundred

13  percent different.

14     A.  Okay.  Then I don't understand your

15  question at all.

16     Q.  Okay.  If you're saying that a

17  warning about persisting hair loss or --

18  would have caused you to ask for other

19  options, I'm asking if that's your -- is that

20  your position?

21         MR. COFFIN:

22             Object to the form.

23         THE WITNESS:

24             I don't know what you're saying.

25             Oh, excuse me.

Page 305

1    EXAMINATION BY MS. BIERI:

2        Q.   Okay.

3        A.   I don't understand what you're saying

4    to me at all.

5        Q.   Did you tell me that if someone had

6    told you that persisting hair loss was a

7    potential side effect, that you would have

8    asked for other options?

9            MR. COFFIN:

10               Object to the form.

11           THE WITNESS:

12               Yes.  I would have asked to see

13   what my other options were, yes.

14   EXAMINATION BY MS. BIERI:

15       Q.   Were you sure to ask your doctors,

16   when you were prescribed other medications,

17   about whether they had a risk of permanent or

18   persisting hair loss?

19           MR. COFFIN:

20               Object to the form.

21           THE WITNESS:

22               Okay.  I don't exactly know what

23   you're asking me.

24   EXAMINATION BY MS. BIERI:

25       Q.   Well, let me ask it another way.

Page 306

1      A.   You're talking about other drugs that
2   possibly had that as a side effect.
3      Q.   Nope.  I'm just asking --
4      A.   I don't know what you're saying.
5      Q.   When you got a prescription or were
6   put on any kind of medication, did you ask
7   that question?  Did you say --
8      A.   Oh.  Did I particularly ask that
9   question?
10      Q.   Did you ask that question?
11      A.   No.
12      Q.   To any doctor about any drug?
13      A.   Well, in terms of the chemotherapy
14   drugs because we knew that they caused
15   temporary hair loss.  I don't know what drugs
16   you're talking about.
17      Q.   I just want to know, have you ever
18   asked the question to a doctor or health care
19   provider, Does this drug have a risk of
20   causing permanent or persisting hair loss?
21      A.   No, I have not.
22      Q.   For any drug at any time?
23      A.   Not that I remember.
24      Q.   I've read your blog, and I know you
25   had several side effects from chemotherapy,

```
                                              Page 338
 1   and it would be forever, or if it would be --
 2   it would end when you ended the drug?
 3       Q.  So if it were temporary, you would
 4   take it?
 5       A.  Well, I took chemotherapy, knowing
 6   that I was going to lose my hair.  I would
 7   have temporary hair loss.
 8       Q.  So today, if you were told that a
 9   drug had a risk of hair thinning or partial
10   hair loss, that you thought was temporary,
11   would you take it?
12            MR. COFFIN:
13                Object to the form.
14            THE WITNESS:
15                Well, if a doctor could assure me
16   that it was temporary hair loss; but if they
17   could not, then I would probably talk to them
18   about, what are my -- I wouldn't probably.  I
19   would talk to them about what my other
20   options are.
21   EXAMINATION BY MS. BIERI:
22       Q.  Are you going to take tamoxifen
23   tomorrow?
24       A.  I'm taking tamoxifen until -- through
25   April.
```