# EXHIBIT F

Page 1

1           UNITED STATES DISTRICT COURT
2             EASTERN DISTRICT OF LOUISIANA
3
4    ELIZABETH KAHN,
5           Plaintiff,
6
7    VERSUS                      CASE NO. 2:16-cv-17039
8
9    SANOFI S.A. SANOFI-AVENTIS U.S.
10   L.L.C., SANOFI US SERVICE, INC.,
11   and AVENTIS-PHARMA S.A.,
12          Defendants.
13
14   ****************************************************
15          THE VIDEOTAPED AND ORAL DEPOSITION OF
16   MARGARET ROBERIE, M.D., HELD AT OCHSNER BAPTIST
17   HOSPITAL, 2820 NAPOLEAN AVENUE, NAPOLEAN MEDICAL
18   PLAZA, SUITE 400, BACK AND SPINE CONFERENCE ROOM,
19   NEW ORLEANS, LOUISIANA 70115, ON FEBRUARY 21ST,
20   2020, COMMENCING AT 11:16 A.M. AND ENDING AT
21   3:14 P.M.
22
23   REPORTED BY:
24   JANITA L. ANDERSON
25   CERTIFIED COURT REPORTER

```
 1            Objection.
 2     BY MS. PEREZ-REYNOLDS:
 3         Q.   And in your discussions with Ms. Schultz,
 4     I believe you talked about how to the best of your
 5     knowledge and recollection based on your
 6     interactions with Ms. Kahn that since the time
 7     she's underwent chemotherapy you have been able to
 8     visually notice hair thinning; is that fair?
 9         MS. SCHULTZ:
10            Object to the form.
11         THE WITNESS:
12            My primary recollection of her has always
13     been with thin hair.
14     BY MS. PEREZ-REYNOLDS:
15         Q.   And has her appearance based on your
16     observation been fairly consistent?
17         A.   Yes.
18         MS. SCHULTZ:
19            Object to the form.
20     BY MS. PEREZ-REYNOLDS:
21         Q.   And I know there is a note later on in one
22     of the exhibits, I believe it's from 2017, but it's
23     the recordation that mentions hair loss for the
24     first time?
25         A.   Right.
```