UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. & SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO:<br>**Susan Paul s v. Sanofi-Aventis U.S. LLC, et al.** | Civil Action No.: 2:17-cv-17023 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc. & Sanofi-Aventis U.S. LLC each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 2nd day of March, 2020

Respectfully Submitted,
**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 2, 2020				/s/*Mark R. Niemeyer*