# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Jeanne Rosensteel v. Sanofi US Services Inc., et al. | MOTION TO SUBSTITUTE PARTY PLAINTIFF<br><br>Civil Action No.:  2:17-cv-17253 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff by and through her undersigned counsel, and hereby moves this Honorable Court for an order substituting David Rosensteel on behalf of his deceased wife, Jeanne Rosensteel, for the following reasons:

1. On December 14, 2017 Jeanne Rosensteel filed a Complaint in the above referenced matter.
2. On December 13, 2019 Jeanne Rosensteel died.
3. Jeanne Rosensteel's product liability action against defendants survived her death and was not extinguished.
4. Jeanne Rosensteel's husband, David Rosensteel later notified Plaintiff's counsel of Mrs. Rosensteel's death and his interest in continuing this litigation on Mrs. Rosensteel's behalf.
5. Notice of Jeanne Rosensteel's death was submitted to this Honorable Court on February 13, 2020.
6. Jeanne Rosesnsteel's husband, David Rosensteel, is the Proper Party Plaintiff. David Rosensteel wishes to be substituted on behalf of Jeanne Rosensteel, as the Plaintiff in this action pursuant to Fed. R. Civ. P. 25(a)(1), which states, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that this Court grant this request for substitution of David Rosensteel in place of Jeanne Rosensteel as Plaintiff in this action.

Respectfully submitted this 2 day of March, 2020,

*/s/ Kristie L. Fischer*

SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on ___March 2___, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: ___March 2___, 2020

*[signature]*

Kristie L. Fischer (NV Bar No. 11693)
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com