## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | MOTION TO SUBSTITUTE PARTY PLAINTIFF |
| THIS DOCUMENT RELATES TO:<br><br>Jeanne Rosensteel v. Sanofi US Services Inc., et al. | Civil Action No.:  2:17-cv-17253 |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as the Suggestion of Death with any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiff David Rosensteel, as surviving spouse, is substituted for Plaintiff Jeanne Rosensteel as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE