# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document Relates to ) <br> ) <br> *Coretta Tengesdahl v. Sanofi-Aventis U.S., LLC, et al* ) <br> *LLC et al.;* **Case No.: 2:17-cv-6354** ) <br> ) | MDL NO.  2740 <br><br> SECTION "H" (5) <br> Chief Judge: MILAZZO <br> Magistrate Judge: NORTH |

## CONSENT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Coretta Tengesdahl respectfully requests leave to file her Amended Short Form Complaint by adding Hospira Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., as a named defendants in this case and dismissing her claim against defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.

Plaintiff's Complaint was originally filed against Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC. Since filing her Complaint, Plaintiff has received information and learned that Hospira Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., manufactured the chemotherapy drug administered to her.

Plaintiff's counsel conferred with counsel for defendant and there is no opposition to this Motion.

Plaintiff, therefore, desires to amend the Complaint to add Hospira Inc., and Hospira

Worldwide, LLC f/k/a Hospira Worldwide Inc., as a defendants in this matter and to further dismiss her claim against defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC., with prejudice.

    Respectfully submitted,

    BRUNO & BRUNO, LP
    Attorneys for Plaintiff

    /s/ Joseph M, Bruno
    Joseph M. Bruno, (La # 3604)
    Markita S. Hawkins, (La# 35812)
    855 Baronne Street
    New Orleans, La 70113
    Telephone: (504) 525-1335
    Facsimile: (504) 561-6775
    Email: jbruno@brunobrunolaw.com
           mhawkins@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2nd, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

    /s/ Joseph M. Bruno
    Joseph M. Bruno