UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document Relates to ) <br> ) <br> *Coretta Tengesdahl v. Sanofi-Aventis U.S., LLC, et al* ) <br> *LLC et al.;* **Case No.: 2:17-cv-6354** ) <br> ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> Chief Judge: MILAZZO <br> Magistrate Judge: NORTH |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Coretta Tengesdahl, by and through counsel, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Coretta Tengesdahl, that she was provided Taxotere/Docetaxel chemotherapy that was manufactured by Sanofi S.A., Aventis Pharma S.A., Sanofi US Service Inc. f/k/a Aventis US Inc. and Sanofi-Aventis U.S., LLC, which caused her to permanently lose her hair. Her original suit was filed on June 30, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Hospira Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., should be named as Defendants in Plaintiff's case as manufacturers of the chemotherapy infusions which caused her permanent hair loss.

Therefore, Plaintiff seeks to amend her complaint to name Hospira Inc., Hospira

Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer, Inc. as defendants.

Dated this 2nd day of March, 2020.

                                            BRUNO & BRUNO, LLP
                                            Attorneys for Plaintiff

                                            /s/ Joseph M, Bruno
                                            Joseph M. Bruno, (La # 3604)
                                            Markita S. Hawkins, (La# 35812)
                                            855 Baronne Street
                                            New Orleans, La 70113
                                            Telephone: (504) 525-1335
                                            Facsimile: (504) 561-6775
                                            Email: jbruno@brunobrunolaw.com
                                                          mhawkins@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

                                            /s/ Joseph M. Bruno
                                            Joseph M. Bruno