# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document Relates to ) <br> ) <br> *Coretta Tengesdahl v. Sanofi-Aventis U.S., LLC, et al* ) <br> *LLC et al.*; **Case No.: 2:17-cv-6354** ) <br> ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> Chief Judge: MILAZZO <br> Magistrate Judge: NORTH |

_____

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown,

IT IS HEREBY Ordered that the Plaintiff may file her First Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion. Previously named Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi US Service Inc. f/k/a Aventis US Inc. and Sanofi-Aventis U.S., LLC, are hereby dismissed with prejudice.

SIGNED THIS _____ day of _____, 2020

_____
Hon. Jane Triche Milazzo