**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Pankonin v. Sanofi US Services Inc f/k/a Sanofi-Aventis U.S. Inc. et al*<br><br>Plaintiff Name: Christi Pankonin<br>Civil Action No.: 2:19-cv-14519 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 2nd Day of March 2020      Respectfully submitted,

                 /s/ *Matthew R. McCarley*
                 **FEARS NACHAWATI, PLLC**
                 Matthew R. McCarley, #24041426
                 Tarek A. Abbassi, #24096225
                 Jason S. Long #24098012
                 5473 Blair Road
                 Dallas, Texas 75231
                 Telephone: (214) 890-0711
                 Fax: (214) 890-0712
                 mccarley@fnlawfirm.com
                 tabbassi@fnlawfirm.com
                 jlong@fnlawfirm.com
                 Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                 /s/ *Jason S. Long*