## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Stephanie Wilson v. Sanofi US Services, Inc., et al.* | Civil Action No. 2:19-cv-12382 |

## CONSENT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Stephanie Wilson, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), respectfully requests leave of Court to file an Amended Short Form Complaint in this matter, attached hereto as Exhibit A. Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff's counsel conferred with defense counsel and there is no opposition to this Motion, provided that it is expressly agreed and understood that Hospira Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. reserve and do not waive any defenses by agreeing not to contest this motion, including but not limited to defenses based on jurisdiction or statute of limitations. For the foregoing reasons, Plaintiff respectfully requests this Court grant leave to file the attached Amended Short Form Complaint.

Dated: March 3, 2020

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (Texas Bar No. 24072097)
**FRANCOLAW, PLLC**
500 W. 2nd Street, Floor 19, Suite 138
Austin, TX  78701

Telephone: (512) 714-2223
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

Damon J. Baldone (LSBA 21997)
**DAMON J. BALDONE & ASSOCIATES**
162 New Orleans Blvd.
Houma, LA  70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319
Email: damon@baldonelaw.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule 7.6 and PTO 37A, Plaintiff's counsel conferred with counsel for Defendants and there is no opposition to this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 3, 2020

                                                       */s/ David B. Franco*
                                                      David B. Franco