**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

<table>
<tr><td>

**IN RE: TAXOTERE (DOCETAXEL)**
**PRODUCTS LIABILITY LITIGATION**

<br><br>

THIS DOCUMENT RELATES TO:

*Stephanie Wilson v. Sanofi US Services, Inc., et al.*

</td><td>

**MDL NO. 2740**

**SECTION "H" (5)**

**JUDGE MILAZZO**
**MAG. JUDGE NORTH**

<br>

Civil Action No. 2:19-cv-12382

</td></tr>
</table>

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO**
**FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Stephanie Wilson, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), respectfully seek leave of Court to file an Amended Short Form Complaint in this matter, attached hereto as Exhibit A.

Plaintiff filed her original complaint in the United States District Court for the Eastern District of Louisiana on August 29, 2019 based upon her understanding and review of medical records which indicated she was administered Taxotere/Docetaxel in connection with her treatment for breast cancer in 2018 and that caused her to suffer permanent/persistent hair loss. Prior to this filing, Plaintiff received a completed Statement Regarding Chemotherapy Drug Administered from Florida Cancer Specialists indicating that she had received Taxotere/Docetaxel manufactured by Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC (hereinafter referred to as the Sanofi Defendants). Plaintiff named and served the Sanofi Defendants.

Upon further investigation, Plaintiff's counsel was informed by another medical provider that she was also administered Docetaxel in connection with her treatment for throat cancer in 2015. Plaintiff recently received a completed Statement Regarding Chemotherapy Drug Administered from Hematology Oncology Associates indicating that she had received Docetaxel manufactured by Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., attached hereto as Exhibit B. Based on this newly obtained information, Plaintiff seeks to amend her Short Form Complaint to add Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as additional named defendants to this action.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff's counsel conferred with defense counsel and there is no opposition to this Motion. Defendants will not be unduly prejudiced by Plaintiff's proposed amended complaint. Plaintiff does not seek to raise additional legal theories. Plaintiff seeks only to include the proper named defendants as parties to this action. Thus, Plaintiff's proposed amendment would reflect this change.

For the foregoing reasons, Plaintiff respectfully request this Court grant leave to file the attached Amended Short Form Complaint.

Dated: March 3, 2020

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (Texas Bar No. 24072097)
**FRANCOLAW, PLLC**
500 W. 2nd Street, Floor 19, Suite 138
Austin, TX  78701
Telephone: (512) 714-2223
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

Damon J. Baldone (LSBA 21997)
**DAMON J. BALDONE & ASSOCIATES**
162 New Orleans Blvd.
Houma, LA  70364
Telephone: (985) 868-3427

Facsimile: (985) 872-2319
Email: damon@baldonelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 3, 2020

/s/ David B. Franco
David B. Franco