UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Stephanie Wilson v. Sanofi US Services, Inc., et al.* | Civil Action No. 2:19-cv-12382 |

**ORDER GRANTING MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to File an Amended Short Form Complaint and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiff may file her Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

SIGNED THIS _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT