# EXHIBIT 1

**HOSPIRA DEPOSITIONS**

| | Name | Status[1] |
|---|---|---|
| | *Depositions Taken* | |
| 1 | **Mary Baker**, U.S. Medical Director, Injectables | 6/13/19 (fact and 30(b)(6)) |
| 2 | **Laurie Wojtko**, Associate Director, Regulatory | 6/19-6/20/19 (fact and 30(b)(6)) |
| 3 | **Juergen Schmider**, V.P., Safety Evaluation and Reporting | 7/17/19 (fact and 30(b)(6)) |
| 4 | **Laura Kapolnek**, Associate Regulatory Affairs Specialist | 10/30/19 |
| 5 | **Karilyn Halloran**, Regulatory Affairs Specialist | 11/26/19 |
| 6 | **Lisa Zboril**, V.P., Global Regulatory Affairs | 12/11/19 |
| 7 | **Robynn Michelson**, Director, Aggregate Report Management | 1/23/20 |
| 8 | **Angeliki Kotsianti**, Senior Director, Global Medical Product Evaluation | 2/19/20 |
| | *Depositions Scheduled* | |
| 1 | **Xin Min Qiu**, Director, Safety Surveillance and Risk Management | 2/27/20, Singapore, subject to travel rules |
| 2 | **Eric Floyd**, former V.P., Global Regulatory Affairs | 3/3/20 |
| 3 | **Lora A. Peknik Graham**, former Product Manager, Regulatory Affairs | Agreed to 3/5/20 but PSC later declined to proceed |
| 4 | **Tariq Mir**, former Head of Global Product Safety | 3/11/20 |
| 5 | **Claudio Rodriguez**, former Medical Director, Global Product Safety | 3/13/20 |
| | *Depositions Noticed by the PSC and Later Canceled* | |
| 1 | **Jennifer Gattari**, Senior Director, Marketing | Noticed for 10/23/19; PSC canceled on 10/10/19 |
| 2 | **Lisa Skeens**, V.P., Global Regulatory Affairs | Noticed for 1/16/20; PSC canceled on 1/14/20 |
| 3 | **Felice Sommerfield**, former Senior Associate, Global Regulatory Affairs | Noticed for 2/6/20; PSC canceled on 1/28/20 |
| 4 | **Tricia Racanelli**, Director, Regulatory Affairs | Noticed for 2/12/20; PSC canceled on 2/7/20 |
| | *Deposition Requests the PSC Made and Later Withdrew* | |
| 1 | **Ellen Wetterling**, former Portfolio Lead | |
| 2 | **Lisa Kindwald**, Project Manager, Artwork Labeling Implementation | |
| 3 | **Sunaina A. Hingorani-Giles**, former Project Manager | |
| 4 | **Ann Marie Kamykowski**, former Documentation and Label Editor | |
| 5 | **Annette Murphy**, former Senior Program Manager | |

---

[1] Unless otherwise noted, depositions refer to fact witness depositions.