# EXHIBIT 8

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************
     IN RE: TAXOTERE (DOCETAXEL)         MDL NO. 2740
 4   PRODUCTS LIABILITY LITIGATION       SECTION "H" (5)
                                         THURSDAY, FEBRUARY 13, 2020
 5   This document relates to:
     All cases
 6   ****************************************************************

 7

 8                   TRANSCRIPT OF DISCOVERY CONFERENCE
                 HEARD BEFORE THE HONORABLE MICHAEL B. NORTH
 9                    UNITED STATES MAGISTRATE JUDGE

10

11   APPEARANCES:

12
     FOR THE PLAINTIFFS:         M. Palmer Lambert, Esquire
13                               GAINSBURGH, BENJAMIN, DAVID,
                                   MEUNIER & WARSHAUER
14                               1100 Poydras Street, Suite 2800
                                 New Orleans, LA   70163
15

16                               Andrew A. Lemmon, Esquire
                                 LEMMON LAW FIRM
17                               650 Poydras Street, Suite 2335
                                 New Orleans, LA   70130
18

19                               Lawrence J. Centola, Esquire
                                 MARTZELL, BICKFORD & CENTOLA
20                               338 Lafayette Street
                                 New Orleans, LA   70130
21

22                               Christopher L. Coffin, Esquire
                                 PENDLEY, BAUDIN & COFFIN
23                               1100 Poydras Street, Suite 2505
                                 New Orleans, LA   70163
24

25


                           OFFICIAL TRANSCRIPT
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE DEFENDANTS:        Julie A. Callsen, Esquire
                               TUCKER ELLIS, LLP
 4                             950 Main Avenue, Suite 1100
                               Cleveland, OH   44113
 5

 6                             Kelly E. Brilleaux, Esquire
                               IRWIN, FRITCHIE, URQUHART & MOORE
 7                             400 Poydras Street, Suite 2700
                               New Orleans, LA   70130
 8

 9                             Kathleen E. Kelly, Esquire
                               HINSHAW & CULBERTSON
10                             53 State Street, 27th Floor
                               Boston, MA   02109
11

12                             Harley V. Ratliff, Esquire
                               SHOOK, HARDY & BACON
13                             2555 Grand Boulevard
                               Kansas City, MO   64108
14

15                             Mara Cusker Gonzalez, Esquire
                               DECHERT, LLP
16                             Three Bryant Park
                               1095 Avenue of the Americas
17                             New York, NY   10036

18
                               Evan C. Holden, Esquire
19                             GREENBERG TRAURIG
                               Terminus 200
20                             3333 Piedmont Road NE, Suite 2500
                               Atlanta, GA   30305
21

22
                               John F. Olinde, Esquire
23                             CHAFFE, McCALL
                               1100 Poydras Street, Suite 2300
24                             New Orleans, LA   70163

25


                        OFFICIAL TRANSCRIPT
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE DEFENDANTS:            Richmond T. Moore, Esquire
                                   WILLIAMS & CONNOLLY
 4                                 725 Twelfth Street N.W.
                                   Washington, D.C.  20005
 5

 6

 7  PARTICIPATING BY PHONE:

 8                                 Michael J. Suffern, Esquire
                                   ULMER & BERNE
 9                                 600 Vine Street, Suite 2800
                                   Cincinnati, OH  45202
10

11

12

13

14

15  Official Court Reporter:       Alexis A. Vice, CCR, RPR, CRR
                                   500 Poydras Street, HB-275
16                                 New Orleans, LA  70130
                                   (504) 589-7777
17                                 Alexis_Vice@laed.uscourts.gov

18

19

20  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
21

22

23

24

25


                          OFFICIAL TRANSCRIPT
```

1 know, what their responsibilities were.  I don't think it's
2 that complicated.
3          If you-all don't plan to suggest that there's a
4 comparative fault element to your defense, then that can be the
5 response to the interrogatories and request for production.
6          MS. CALLSEN: Understood.  The interrogatories as
7 phrased ask for people we do intend to blame, not everybody
8 we've ruled out, so I guess.
9          THE COURT: Just to be clear, the first thing I said
10 was the interrogatories were much broader --
11          MS. CALLSEN: Okay.
12          THE COURT: -- in scope than what it is I'm being told
13 now they're really looking for.  So my minute entry is only
14 going to reflect that entities that the 505(b)(2) defendants
15 currently intend to suggest to the jury are responsible for
16 failing to update the appropriate labels are to be identified.
17 That's it, very narrow.
18          MS. CALLSEN: Okay, understood.  Understood, thank
19 you.
20          MR. LEMMON: Thank you.
21          THE COURT: All right.  Finally, I remain unconvinced
22 that the general discovery deadline needs to be extended.  It's
23 pretty simple.
24          And I understand that you-all have visited with
25 Judge Milazzo before, after, during the last time that we

1  talked about it and that she agreed.  At some point -- and this
2  is not to put the matter off on Judge Milazzo.  But at some
3  point, if you-all get to a point where you think it's that big
4  of a deal, I think it's most appropriately brought up with her.
5          The schedule was built by Judge Milazzo.  It was
6  constructed by her in consultation with you-all.  And I don't
7  think that it would be appropriate for me to jump in at this
8  late date and start extending periods for discovery really by
9  any period, but certainly as much as 90 days into expert
10 discovery.  So I'm not going to extend the discovery period.
11         If you-all think it's that big of a deal -- and maybe
12 there's somebody next-door right now doing it.  I was told
13 yesterday that we have simultaneous hearings going on with
14 Judge Milazzo and with me.  But if you-all think it's that much
15 of an issue, I suggest you raise it with her.  I'm not inclined
16 to mess around with her schedule at this point.
17         All right, anything else?
18         MR. LEMMON: Your Honor, there is another issue that
19 is percolating with Accord in particular.  It may be addressed
20 through the answers to the interrogatories.  I'm not sure, but
21 anyhow.
22         THE COURT: I'm happy to address something by
23 telephone if you-all give me a heads-up.
24         MR. LEMMON: Okay.
25         THE COURT: If you want to address something because

OFFICIAL TRANSCRIPT

```
 1  of the pending discovery deadline before the next time we get
 2  together, just send me an email, and we'll do it by phone.
 3              MR. LEMMON:  Great.  That was all I was going to ask
 4  was for a date.
 5              MS. CALLSEN:  I would just appreciate knowing what the
 6  issue is before I can respond.
 7              THE COURT:  Well, y'all can talk offline as they say.
 8              MS. CALLSEN:  All right, thank you.
 9              THE COURT:  Again, I'll leave it up to you-all to
10  decide when we need to do this again.  And just get dates from
11  Blanca, and we'll go from there.
12              All right, thank y'all.
13              (Whereupon this concludes the proceedings.)
14
15
16                           **CERTIFICATE**
17      I, Alexis A. Vice, RPR, CRR, Official Court Reporter for
18  the United States District Court, Eastern District of
19  Louisiana, do hereby certify that the foregoing is a true and
20  correct transcript, to the best of my ability and
21  understanding, from the record of the proceedings in the
22  above-entitled and numbered matter.
23
24                              /s/Alexis A. Vice, RPR, CRR
                                Alexis A. Vice, RPR, CRR
25                              Official Court Reporter


                           OFFICIAL TRANSCRIPT
```