UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:　　　　　　　　　　　SECTION "H" (5)
All Cases v. Hospira/Pfizer Defendants;
Dora Sanford No. 17-9417

### HOSPIRA'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION TO EXTEND THE GENERAL DISCOVERY DEADLINE

Pursuant to Local Rule 78.1, Hospira respectfully requests that the Court conduct oral argument on Plaintiffs' Motion to Extend the Hospira General Discovery Deadline (Doc. 9374). Hospira further requests that the Court set oral argument on Plaintiffs' Motion for March 11, 2020 as the Court has already set oral argument on several other motions in the MDL for that day. Hospira submits that oral argument will clarify the issues, enable Hospira to address any questions the Court may have, and assist the Court in resolving this important matter. A proposed order is attached.

Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599
mark.cheffo@dechert.com
maracusker.gonzalez@dechert.com

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)

**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com
*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, this 3d day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Mark S. Cheffo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:                            SECTION "H" (5)
All Cases v. Hospira/Pfizer Defendants;
Dora Sanford No. 17-9417

# O R D E R

**IT IS ORDERED** that the Court will hold oral argument on **March ___, 2020, at 9:30 a.m.** on Plaintiffs' Motion to Extend the Hospira General Discovery Deadline (Doc. 9374). Each party will have seven minutes to argue the Motion.

New Orleans, Louisiana, this _____ day of March, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE