UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: All Cases v. Hospira/Pfizer Defendants; Dora Sanford No. 17-9417 | SECTION "H" (5) |

**HOSPIRA'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 4, 7, 9-12, AND 14 TO HOSPIRA'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THE GENERAL DISCOVERY DEADLINE**

Hospira respectfully requests leave of the Court to file the attached Exhibits 4, 7, 9-12, and 14 to Hospira's Opposition to Plaintiffs' Motion to Extend the Hospira General Discovery Deadline (Doc. 9439) under seal as they contain information that has been designated as "Protected" under the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter.

WHEREFORE, Hospira prays that this motion be granted and the attached Exhibits 4, 7, 9-12, and 14 of Hospira's Opposition to Plaintiffs' Motion to Extend the Hospira General Discovery Deadline be filed UNDER SEAL.

Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599
mark.cheffo@dechert.com
maracusker.gonzalez@dechert.com

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)

Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*