**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: All Cases v. Hospira/Pfizer Defendants; Dora Sanford No. 17-9417 | SECTION "H" (5) |

# EXHIBIT 4

### TO HOSPIRA'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THE HOSPIRA GENERAL DISCOVERY DEADLINE

# FILED UNDER SEAL

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br>All Cases v. Hospira/Pfizer Defendants;<br>Dora Sanford No. 17-9417 | SECTION "H" (5) |

# EXHIBIT 7

### TO HOSPIRA'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THE HOSPIRA GENERAL DISCOVERY DEADLINE

# FILED UNDER SEAL

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: All Cases v. Hospira/Pfizer Defendants; Dora Sanford No. 17-9417 | SECTION "H" (5) |

# EXHIBIT 9

TO HOSPIRA'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THE HOSPIRA GENERAL DISCOVERY DEADLINE

# FILED UNDER SEAL

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br>All Cases v. Hospira/Pfizer Defendants;<br>Dora Sanford No. 17-9417 | SECTION "H" (5) |

# EXHIBIT 10

### TO HOSPIRA'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THE HOSPIRA GENERAL DISCOVERY DEADLINE

# FILED UNDER SEAL

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: All Cases v. Hospira/Pfizer Defendants; Dora Sanford No. 17-9417 | SECTION "H" (5) |

# EXHIBIT 11

## TO HOSPIRA'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THE HOSPIRA GENERAL DISCOVERY DEADLINE

# FILED UNDER SEAL

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br>All Cases v. Hospira/Pfizer Defendants;<br>Dora Sanford No. 17-9417 | SECTION "H" (5) |

# EXHIBIT 12

### TO HOSPIRA'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THE HOSPIRA GENERAL DISCOVERY DEADLINE

# FILED UNDER SEAL

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br>All Cases v. Hospira/Pfizer Defendants;<br>Dora Sanford No. 17-9417 | SECTION "H" (5) |

# EXHIBIT 14

## TO HOSPIRA'S OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THE HOSPIRA GENERAL DISCOVERY DEADLINE

# FILED UNDER SEAL