UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br>All Cases v. Hospira/Pfizer Defendants;<br>Dora Sanford No. 17-9417 | SECTION "H" (5) |

**O R D E R**

Considering Hospira's *Ex Parte* Motion for Leave to File Under Seal Exhibits 4, 7, 9-12, and 14 to Hospira's Opposition to Plaintiffs' Motion to Extend the Hospira General Discovery Deadline (Doc. 9439):

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits 4, 7, 9-12, and 14 to Hospira's Opposition to Plaintiffs' Motion to Extend the Hospira General Discovery Deadline be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of March, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE