**CERTIFICATE OF SERVICE**

I hereby certify that, this 3d day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Mark S. Cheffo