# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| Kimberly Nicole Gilmore | HON. JANE TRICHE MILAZZO |
| | Case No. 2:19-cv-12390 |
| Plaintiff | |
| Vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw Declaration of No Contact (Doc. 9349);

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff is allowed to proceed with her case.

New Orleans, Louisiana, this 26th day of February 2020.

_____
JUDGE JANE TRICHE MILAZZO