UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: 2:19-cv-13981 *Martine Reeder v. Sanofi U.S. Services, Inc., et al.* | | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

Rayna E. Kessler, with the law offices of Robins Kaplan LLP, represented the Plaintiff as Attorney of Record while this matter was pending in New Jersey state court and prior to the removal of the action by Defendants. Now that the matter is removed and pending before Your Honor,Plaintiff wishes to substitute Brent W. Coon and Eric W. Newell as her counsel of record to proceed with her claim.

By agreement, the below-signed attorney of Robins Kaplan LLC wish to withdraw, and substitute Attorneys Brent W. Coon Eric W. Newell, as follows:

Brent W. Coon

Texas Bar No. 04769750
Eric W. Newell
Texas Bar No. 24046521
Brent Coon & Associates
215 Orleans
Beaumont, Texas 77701
Telephone: (409) 835-2666
Facsimile: (409) 835-1912
brent@bcoonlaw.com
eric_newell@bcoonlaw.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Respectfully submitted and representation accepted by:

/s/ *Eric W. Newell*
Brent W. Coon
Texas Bar No. 04769750
Eric W. Newell
Texas Bar No. 24046521
Brent Coon & Associates
215 Orleans
Beaumont, Texas 77701
Telephone: (409) 835-2666
Facsimile: (409) 835-1912
brent@bcoonlaw.com
eric_newell@bcoonlaw.com


Agreed to by:

/s/ Rayna E. Kessler
Rayna E. Kessler (NJ Bar # 031782010)
399 Park Avenue, Suite 3600
New York, NY  10022-4611
Telephone: (212) 980-7431
Facsimile: (212) 980-7499
RKessler@robinskaplan.com
Attorney for Plaintiffs MARTINE REEDER

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of March, 2020, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

/s/ *Eric W. Newell*
Eric W. Newell