# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 03, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-30631    In re: Taxotere Prod Liability
                         USDC No. 2:16-MD-2740
                         USDC No. 2:18-CV-7024

The court has granted appellants' motion to supplement the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion within 15 days from this date. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Allison G. Lopez, Deputy Clerk
                                504-310-7702

Ms. Ilana H. Eisenstein
Mr. John Christopher Elliott
Ms. Carol L. Michel
Mr. Gregory E. Ostfeld

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | No. 19-30631 |
| THIS DOCUMENT RELATES TO: | Appeal from: Master Docket Case No. 2:16-md-02740 (E.D. La.) |
| JULIE CLARK, | |
| Plaintiff, | Civil Action No. 2:18-cv-07024 |
| v. | |
| SANOFI US SERVICES, INC., and SANOFI-AVENTIS U.S. LLC, | |
| Defendants. | |
| CARRIENE NEVIN, | |
| Plaintiff, | Civil Action No. 2:18-cv-01589 |
| v. | |
| ACCORD HEALTHCARE, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., HOSPIRA WORLDWIDE, LLC, HOSPIRA, INC., McKESSON CORPORATION, PFIZER, INC., SANDOZ, INC., SANOFI US SERVICES, INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC., | |
| Defendants. | |

**DEBORAH PURNELL,**

    **Plaintiff,**

v.

**SANDOZ, INC.,**

  **Defendants.**

Civil Action No.  2:18-cv-01395

**RENEE JEFFERS**

    **Plaintiff,**

v.

**SANOFI US SERVICES, INC., and SANOFI-AVENTIS U.S. LLC,**

  **Defendants.**

Civil Action No.  2:17-cv-14193

## PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON APPEAL

Pursuant to Federal Rule of Appellate Procedure 10(e), Plaintiffs-Appellants move to supplement the record to include Document No. 9053, Judge Milazzo's Order and Reasons granting Plaintiff-Appellant Carienne Nevin's Motion for Leave to File Amended Notice of Appeal ("the Order") (Doc. 8184) and Document No. 9055, Ms. Nevin's Amended Notice of Appeal. Counsel for Plaintiffs-Appellants conferred with Counsel for Defendants-Appellees, and they do not the oppose the relief sought herein.

Federal Rule of Appellate Procedure 10(e)(2) permits supplementation of the record on appeal where "anything material to either party is omitted from or misstated in the record by error or accident." In filing Ms. Nevin's original notice of appeal, Undersigned inadvertently only designated the denial of Ms. Nevin's Rule 59(e) Motion. ROA.4041-43. Thereafter, Ms. Nevin filed a motion and memorandum for leave to file an amended notice of appeal to include the underlying May 22, 2019 order dismissing her case. ROA.4047-48; 4050-65. Ms. Nevin attached thereto the amended notice of appeal. ROA.4074.

On January 16, 2020, *after* the parties' joint submission of the record on appeal was filed with this Court, the District Court granted Ms. Nevin's Motion For Leave To File An Amended Notice of Appeal, allowing Ms. Nevin to "amend her notice of appeal and designate the dismissal order at issue," and entered Ms. Nevin's Amended Notice of Appeal.[1] *See* **Exhibit A** attached hereto, Doc No. 9053 – Order and Reasons granting Plaintiff-Appellant Carienne Nevin's Motion for Leave to File Amended Notice of Appeal ("the Order") (Doc. No. 8184); *see also* **Exhibit B** attached hereto, Doc. No. 9055 – Ms. Nevin's Amended Notice of Appeal.

---

[1] *See* ROA.5204 (Doc. No. 9053 - docket entry showing grant of Doc. No. 8184 - motion for leave to amend notice of appeal); ROA.5129 (Doc. No. 8184 - motion for leave to amend notice of appeal with attachments); ROA.9055 (Doc. No. 9055 docket entry – amended notice of appeal).

On January 27, 2020, the District Court supplemented the Record on Appeal with Plaintiff-Appellant's Motion for Leave to File Amended Notice of Appeal and Defendants-Appellants opposition brief, but the Order granting Ms. Nevin's motion (Doc. No. 9053) and the later-entered amended notice of appeal (Doc. No. 9055) were not added to the Supplemental Record on Appeal. The Order allows Plaintiff-Appellant to appeal the underlying May 22, 2019 dismissal of her case (ROA.3963) in addition to the July 11, 2019 Order denying her Rule 59(e) motion. As there are different standards/legal tests for review of the underlying order of dismissal as opposed to the denial of a Fed. R. Civ. P. 59(e) motion, this is material to Ms. Nevin's appeal.

Because the District Court's January 16, 2020 Order (Doc. No. 9053) and the later-entered amended notice of appeal affect Plaintiff-Appellant's rights in front of this Court, Plaintiff-Appellant respectfully requests that this Court supplement the record to include the January 16, 2020 Order Granting Plaintiff's Motion for Leave to File Amended Notice of Appeal (Doc. No. 9053) and Ms. Nevin's Amended Notice of Appeal (Doc. No. 9055).

**CERTIFICATION OF CONFERENCE**

Counsel for both Plaintiff-Appellants and Defendants-Appellees conferred on this motion. Defendants do not oppose the requested relief.

**CERTIFICATION OF COMPLIANCE**

By their signatures, undersigned counsel certifies that this Motion complies with the type-volume limitation contained in Fed. R. App. P. 27(d)(2). This Motion contains 756 words.

DATED this 28th day of February, 2020.

Respectfully Submitted,

*/s J. Christopher Elliott* (BAR NO.41063)
J. Christopher Elliott
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
P: (303)899-9800
F: (303)893-9900
celliott@coloradolaw.net
***Counsel for Plaintiffs-Appellants***

## CERTIFICATE OF SERVICE

I certify that February 28, 2020, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service.

*/s/J. Christopher Elliott*

# EXHIBIT A

Case: 19-30631  Document: 00515330066  Page: 7  Date Filed: 03/03/2020
Case 2:16-md-02740-JTM-MBN  Document 9446  Filed 03/03/20  Page 8 of 13
Case 2:16-md-02740-JTM-MBN  Document 9053  Filed 01/16/20  Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 16-2740
PRODUCTS LIABILITY )
LITIGATION ) SECTION: "H" (5)
 )
**This document relates to:** )
Carriene Nevin, 18-cv-1589 )

# ORDER AND REASONS

Before the Court is a Motion for Leave to File Amended Notice of Appeal (Doc. 8184). In the Motion, Plaintiff explains that her counsel erred in drafting her notice of appeal. Under Federal Rule of Appellate Procedure 3(c)(1)(B), Nevin was required to "designate the judgment, order, or part thereof being appealed" in her notice of appeal. Nevin's counsel explains that he was filing several notices of appeal on the same date, and for Nevin's appeal, he inadvertently failed to correctly identify the dismissal order at issue. Plaintiff's Notice of Appeal stated that she was appealing Record Document No. 7635, the Court's order denying her Rule 59 Motion; Plaintiff had intended to appeal Record Document No. 7204, the Court's order dismissing her case.

Under Federal Rule of Appellate Procedure 4(a)(1)(A), the district court may extend the time to belatedly file a notice of appeal if the party shows excusable neglect or good cause. Nevin argues that because her counsel was filing several notices of appeal on the same day and in doing so made a clerical error, this qualifies as "excusable neglect." Nevin also points to a ruling by the United States Fifth Circuit:

> A notice of appeal is required to "designate the judgment, order, or part thereof being appealed." FED. R. APP. P. 3(c)(1)(B). This requirement, however, is not jurisdictional and "a mistake in designating a

1

Case: 19-30631 Document: 00515330066 Page: 8 Date Filed: 03/03/2020
Case 2:16-md-02740-JTM-MBN Document 9446 Filed 03/03/20 Page 9 of 13
Case 2:16-md-02740-JTM-MBN Document 9053 Filed 01/16/20 Page 2 of 2

> judgment appealed from should not bar an appeal as long as the intent to appeal a specific judgment can be fairly inferred and the appellee is not prejudiced by the mistake." Turnbull v. United States, 929 F.2d 173, 177 (5th Cir.1991). Such a mistake in designating the proper judgment can be corrected "by an indication of intent in the briefs or otherwise." United States v. Rochester, 898 F.2d 971, 976 n. 1 (5th Cir.1990).[1]

Counsel's firm represents thousands of cases in this MDL. Under these circumstances, the Court finds that counsel's error qualifies as excusable neglect and that Nevin's intent to appeal the specific judgment dismissing her case can be inferred. The Court further notes that Defendants point to no prejudice that they will suffer by allowing Plaintiff to amend her appeal. Therefore, the Court will allow Plaintiff to amend her notice of appeal and designate the dismissal order at issue.

Accordingly, for the foregoing reasons, Plaintiff's Motion for Leave to File Amended Notice of Appeal (Doc. 8184) is **GRANTED**.

New Orleans, Louisiana this 16th day of January, 2020.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

---

[1] Ellibee v. Leonard, 226 Fed. App'x 351, 355 (5th Cir. 2007).

# EXHIBIT B

Case: 19-30631   Document: 00515330066   Page: 10   Date Filed: 03/03/2020
Case 2:16-md-02740-JTM-MBN   Document 9446   Filed 03/03/20   Page 11 of 13
Case 2:16-md-02740-JTM-MBN   Document 9095   Filed 01/16/20   Page 1 of 3

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| THIS DOCUMENT RELATES TO: | Master Docket No. 2:16-md-02740 |
| CARRIENE NEVIN, Plaintiff, v. | Civil Action No. 2:18-cv-01589 |
| | Judge Jane T. Milazzo |
| ACCORD HEALTHCARE, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., HOSPIRA WORLDWIDE, LLC, HOSPIRA, INC., McKESSON CORPORATION, PFIZER, INC., SANDOZ, INC., SANOFI US SERVICES, INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC., Defendants. | |

## PLAINTIFF'S AMENDED NOTICE OF APPEAL

Notice is hereby given that Carriene Nevin, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from Document # 7204: Order, which was entered in this action on May 22, 2019; and Document # 7635: ORDER denying Plaintiff's Rule 59 Motion, which was entered in this action on July 11, 2019.

Case: 19-30631    Document: 00515330066    Page: 11    Date Filed: 03/03/2020
Case 2:16-md-02740-JTM-MBN Document 9446 Filed 03/03/20 Page 12 of 13
Case 2:16-md-02740-JTM-MBN Document 9095 Filed 01/16/20 Page 2 of 3

Respectfully submitted this 5th day of September 2019.

>  /s/ J. Christopher Elliott
> J. Christopher Elliott, Esq. Colo. Reg. No. 41063
> BACHUS & SCHANKER, LLC
> 1899 Wynkoop Street, Suite 700
> Denver, Colorado 80202
> (303)893-9800
> (303)893-9900 [Fax]
> Email:  celliott@coloradolaw.net
> *Attorney for Plaintiff Nevin*

Case: 19-30631 Document: 00515330066 Page: 12 Date Filed: 03/03/2020

Case 2:16-md-02740-JTM-MBN Document 9446 Filed 03/03/20 Page 13 of 13
Case 2:16-md-02740-JTM-MBN Document 9095 Filed 01/16/20 Page 3 of 3

## **CERTIFICATE OF SERVICE**

I certify that September 5, 2019, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

/s/ *J. Christopher Elliott*