UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL 2740** |
| | **SEC. "H"(5)** |
| **THIS DOCUMENT RELATES TO:** Kelly Gahan, No. 16-15283 | **JUDGE MILAZZO** |

## JUDGMENT

For reasons issued March 3, 2020 and filed herein (Rec. Doc. 9440);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims of plaintiff Kelly Gahan in the above-captioned matter are **DISMISSED WITH PREJUDICE**

Signed in New Orleans, LA this 3rd day of March, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE