# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Maria Glynn v. Sanofi-Aventis U.S. LLC, et al.<br>Civil Action No.: 2:16-cv-15729 | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Before the Court is a Motion to Substitute Party (Doc. 9338);

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 26th day of February, 2020.

_____
United States District Judge

1