UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Ruth Snyder v. Sanofi US Services Inc., et al.;* Case No. 2:17-cv-12155 | : | |
| | : | |
| | : | |

## ORDER

Before the Court is Ruth Snyder's Motion to Substitute Party Plaintiff (Doc. 9350);

**IT IS ORDERED** that the Motion is **GRANTED**, and Frank Snyder, on behalf of his deceased wife, Ruth Snyder, may be substituted for Ruth Snyder as the proper party plaintiff in this action.

New Orleans, Louisiana, this 26th day of February, 2020.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge