UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Certain Cases, Identified in Defendants' Exh. 1 (Doc. 9189-2)* | |

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiffs' Opposition to Defendants' sealed Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere treatment started after December 11, 2015 Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**. The Clerk of Court shall file Plaintiffs' Opposition to Defendants' sealed Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere treatment started after December 11, 2015, Plaintiffs' Response to Defendants' Statement of Facts and Plaintiffs' Counterstatement of Facts and Exhibits 1 to 15 under seal.

New Orleans, Louisiana, this 26th day of February, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE