UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC.** |
| THIS DOCUMENT RELATES TO:<br>*Gabrielle Higgins-Sambe, et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:19-cv-10852 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

**Dated: March 4, 2020**

                                        **LOWE LAW GROUP**
                                        By: */s/ Nathan Buttars*
                                        6028 S. Ridgeline Dr., Ste. 200
                                        Ogden, UT 84405
                                        Telephone: (385) 298-0175
                                        Facsimile: (801) 656-0997
                                        Email: nate@lowelawgroup.com
                                        *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 4, 2020                   /s/ *Nathan Buttars*