UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Wilma Campbell,<br><br>  Plaintiff(s),<br><br>vs.<br><br>Sanofi-Aventis U.S. LLC, et. al,<br><br>  Defendant(s). | : : : : : : : : : : : | Civil Action No.: 2:18-cv-12797 |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to file an Amended Complaint (Doc. 9290);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 26th day of February, 2020.

_____
Judge Jane Milazzo, U.S. District Judge