UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Margaret Christiansen, | : | |
| Plaintiff(s), | : | Civil Action No.: 2:18-cv-12034 |
| vs. | : | |
| Hospira, Inc. and Hospira Worldwide LLC, | : | |
| Defendant(s). | : | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9291);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 26th day of February, 2020.

_____
Judge Jane Milazzo, U.S. District Judge