UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Njeri Mendenhall, Plaintiff(s), vs. Accord Healthcare, Inc., Defendant(s). | : : : : : : : : : : | Civil Action No.: 2:18-cv-12024 |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9293);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 26th day of February, 2020.

_____
Judge Jane Milazzo, U.S. District Judge