# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Carolyn Chapman, | |
| Plaintiff(s), | Civil Action No.: 2:17-cv-16701 |
| vs. | |
| Carolyn Chapman v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc. et al., | |
| Defendant(s). | |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9305);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 26th day of February, 2020.

_____
Judge Jane Milazzo, U.S. District Judge