UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Sherry Robinson                   ,<br><br>     Plaintiff(s),<br><br>vs.<br><br>Hospira, Inc., Hospira Worldwide LLC, Accord Healthcare, Inc., and Sandoz, Inc.     ,<br><br>     Defendant(s). | : : : : : : : : : : : : | Civil Action No.:  2:18-cv-12008 |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9306);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 26th day of February, 2020.

Judge Jane Milazzo, U.S. District Judge