**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Susan Fuller v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.; and PFIZER INC.** |
| | Civil Action No.: 2:16-cv-16847 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc., and Pfizer Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 5th day of March, 2020

Respectfully submitted,
GOMEZ TRIAL ATTORNEYS
 _/s/Lindsay R. Stevens_
John H. Gomez (CA Bar # 171485) T.A
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101

1

Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com