BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Susan Fuller v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**<br><br>Civil Action No.: 2:16-cv-16847 |

   NOW COMES Plaintiff Aisha Crews, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her Second Amended Short Form Complaint, as attached hereto. This motion also dismisses with prejudice previously named Defendants Sanofi-Aventis US, LLC and Sanofi US Service, Inc.

Dated this 5th day of March, 2020              Respectfully submitted,

                                                GOMEZ TRIAL ATTORNEYS
                                                 /s/Lindsay R. Stevens
                                                John H. Gomez (CA Bar # 171485) T.A
                                                Ahmed S. Diab (CA Bar # 262319)
                                                Lindsay R. Stevens (CA Bar # 256811)
                                                655 West Broadway, Suite 1700
                                                San Diego, California 92101
                                                Telephone: (619) 237-3490
                                                Facsimile: (619) 237-3496
                                                john@thegomezfirm.com
                                                adiab@thegomezfirm.com
                                                lstevens@thegomezfirm.com

1

## **CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com