## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Susan Fuller v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al. | **ORDER**<br><br>Civil Action No.: 2:16-cv-16847 |

Upon Plaintiff's Motion for Leave to file a Second Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file a Second Amended Complaint as attached to her Motion.

This ___ day of _____, 2020

_____
The Hon. Jane T. Milazzo

1