UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| *MARTHA MILLER*<br>***Plaintiff***<br><br>vs.<br><br>**SANOFI-AVENTIS U.S. LLC, et al.**<br>   ***Defendants*** | Civil Action No: 2:17-cv-04893 |

NOTICE OF SERVICE OF SUBPOENA

TO TESTIFY AT A DEPOSITION DUCES TECUM IN A CIVIL ACTION

   Plaintiff hereby gives notice pursuant to Federal Rule of Civil Procedure 45 to Defendants that Plaintiff intends to serve the attached subpoena commanding an appearance to testify at a deposition and the production of documents, information and/or objects upon Smilow Cancer Center and/or Yale New Haven Hospital.

Dated: March 5, 2020

Respectfully submitted,

KIRKENDALL DWYER LLP
**By:**
 */s/ Alexander G. Dwyer*

Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
*Fax: 214-253-0629*
ad@kirkendalldwyer.com

A<small>TTORNEYS FOR</small> P<small>LAINTIFF</small>,
*Martha Miller*

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2020, a copy of the foregoing Notice of Service of Subpoena to Testify at a Deposition Duces Tecum was served via EMAIL upon the following:

Douglas J. Moore
**IRWIN FRITCHIE URQUHART & MOORE, LLC**
400 Poydras Street
Suite 2700
New Orleans, LA 70130
T: 504.310.2163 / F: 504.310.2101
dmoore@irwinllc.com
*Defense Liaison Counsel*

John F. Olinde
**CHAFFE McCALL, LLP**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
T: 504.585.7241 / F: 504.544.6084
505b2liaison@chaffe.com
*Defense Liaison Counsel*

Julie A. Callsen
Brandon D. Cox
**TUCKER ELLIS LLP**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
T: 216.592.5000 / F: 216.592.5009
noproductid@tuckerellis.com
*Counsel for Defendant Accord Healthcare Inc.*

Kelly Bieri
Harley V. Ratliff
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
T: 816.474.6550 / F: 816.421.5547
noproductid@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

Mara Cusker Gonzalez
Mark S. Cheffo
**DECHERT LLP**
Three Bryant Park
New York, NY 10010
T: 212.698.3500 / F: 212.698.3599
docetaxelproductid@dechert.com
*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
53 State Street, 27th Floor
Boston, MA 02109
T: 617.213.7000 / F: 617.213.7001
docenoprodid@hinshawlaw.com
*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

Erin M. Bosman
Julie Y. Park
**MORRISON & FOERSTER LLP**
12531 High Bluff Dr.
San Diego, CA 92130-2040
T: 858.720.5100 / F: 858.720.5125
noproductid@mofo.com
*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

*/s/*
ALEXANDER G. DWYER