UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740<br>SECTION "H" (5) |
| | : : | JUDGE MILAZZO |
| | : : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : : : : : : | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT MCKESSON CORPORATION D/B/A MCKESSON PACKAGING |
| SAMANTHA NASH v. MCKESSON CORPORATION D/B/A MCKESSON PACKAGING, et al. | : : : : : : | . |
| | : | Civil Action No.: 2:18-CV-13243 |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except McKesson Corporation d/b/a McKesson Packaging, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated this 6th day of March, 2020.

Respectfully submitted,

*/s/ Sarah Shoemake Doles*
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Sarah Shoemake Doles*