# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Sanofi-Aventis U.S. LLC, Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., and Accord Healthcare, Inc.** |
| THIS DOCUMENT RELATES TO: <br><br> Cone v. Sanofi-Aventis U.S. LLC, et al. | Civil Action No.: 2:19-cv-1898 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC, Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., and Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of April, 2020

*/s/ Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com

CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 6, 2020                            */s/ Seth Sharrock Webb*
                                                      SETH SHARROCK WEBB, # 51236
                                                      BROWN & CROUPPEN, P.C.
                                                      211 N. Broadway, Suite 1600
                                                      St. Louis, Missouri  63102
                                                      314-421-0216
                                                      314-421-0359 facsimile
                                                      sethw@getbc.com