# EXHIBIT P

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form

DATE 2/12/08

6204859441
THIBODEAUX, CYNTHIA   CL
THEODOSSIOU, CHRIS
HEM  61 F
02/12/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | • | | Vomiting | • | |
| Diarrhea | • | | Other | • | |
| Nausea | • | | | | |

DESCRIBE*

Pain Scale (0-10)   0

Describe :

**IV ACCESS RECORD:**

Central line    PICC    (Port)    Hickman    Passport    Other

Location  Lt chest Wall    Huber needle  (Yes)  No  Gauge 20 1"

Peripheral line    Jelco    Butterfly    Gauge ___    CVC dsg care  No    ✓ALLERGIES  Yes (reviewed & updated)

Site ___    # of attempts ___    Labs drawn  No

**IV Site Assessment:**

| | | | | | |
|---|---|---|---|---|---|
| blood return | (Yes) | No* | 10cc saline flush | (Yes) | No  H/H |
| redness | Yes* | (No) | 100u/heparin flush X 5 cc's | (Yes) | (No)  PLTS |
| swelling | Yes* | (No) | Blood return check | (Yes) | (No)  CR |
| tenderness | Yes* | (No) | per policy w/vesicant administration | | WBC |
| Heplock | Needle removed | | Research Protocol (Yes) No | | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1125 | Dexamethasone | 20mg | IVPB | 50ml/NS | 1145 | + | ✓ | |
| | Aloxi | .25mg | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1145 | Taxotere | 170mg | IVPB | 250ml/D5W | 1315 | + | ✓ | |
| 1315 | Gemzar | 2275mg | IVPB | 250ml/NS | 1400 | + | ✓ | |
| 1400 | Avastin | 1630 mg | IVPB | 100ml/NS | 1530 | + | ✓ | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 1125 | 250ml NS | — | KVO | | 1145 | 116/67 | 61 | 18 | |
| | post chemo | | 500ml/hr | 1600 | 1200 | 114/66 | 61 | 18 | |
| | | | | | 1315 | 112/67 | 60 | 18 | |
| | | | | | 1400 | 118/61 | 65 | 18 | |
| | | | | | 1530 | 128/72 | 76 | 18 | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 2/14/2007) Copy Center    page 1 of 2    CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

Patient Assessment Grid

Please circle the one that applies for each symptom and document
Narrative description of Levels 2, 3, and 4

| Severity | Nausea and/or Vomiting | Pain | Fatigue |
|---|---|---|---|
| Level 1 – Not at all | G9021 | G9025 | G9029 |
| Level 2 – A little | G9022 | G9026 | G9030 |
| Level 3 – Quite a bit | G9023 | G9027 | G9031 |
| Level 4 – Very much | G9024 | G9028 | G9032 |

6 204859441

Patient Instruction Given
Instructed to call nurse or MD for:

Patient Discharged
Ambulatory   W/C   Stretcher   Admit OFH
By Self   Accompanied by _____
escort
to RTC   X 8 day
Follow-up appt given to patient   Placed in the mail

Dyspnea   Bleeding
Fever 100.4   Mouth sores
Vomiting   Diarrhea
Other _____

COMMENTS/TEACHING: tolerated Well

Signature _____ R.N.   _____ R.N.

_____ R.N.   _____
Physician Signature

Form No. 00009 (Rev. 2/14/2007) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:   Encounter: L-6204859441 DOS: 2/12/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00604

Patient Name: THIBODEAUX, CYNTHIA
MRN:
DOB:                                    Sex: F

OCI, Clinical Trial NSABP B-40, PT0302, Study #800203913.
02/19/08

Patient returned to clinic today b/c she was supposed to receive Cycle 1/ Day 8 dose of Gemcitabine 1000mg/m2. Pt. is in good spirits. She has very minimal complaints. Denies N/V/D and constipation. No reports of any abd. pain. Pt. remains working in a fulltime status as a social worker. PS 0. She denies fatigue and states she has been eating well. Pt.'s only complaint is that of a rash. Rash (GR2) noted to neck and small area noted to middle of chest. It is very red and slightly raised w/ very small bumps. Pt. states that there is alot of itching associated w/ rash. When pt. went to her prior appt. w/ Dr. Corsetti this afternoon, Dr. Kardinal was there and was able to assess this rash. Pt. was given a new script for Lidex cream BID.
Wt. 230lbs.(104.5kg). Vital signs: BP 135/82 (Currently not taking any blood pressure medication), P 90, T 97.3(oral), PS(0). CBC was drawn and results are as follows: WBC 1.83 (GR3), H/H 12.5/38.5, PLT 149 (GR1), ANC 348 (GR4).
Per protocol for GR4 ANC, Day 8 gemcitabine will be omitted. Dr. Kardinal notified and new orders received for pt. to receive Neulasta 6mg injection today. Neulasta injection to be given by chemo nurse, Judy, RN. I have also instructed pt to call us tomorrow regarding the status of her rash, per Dr. Kardinal's orders. Pt. verbalizes understanding of all instructions. I have also instructed pt. that she will be notified of her next RTC appts.
Pt. will continued to be followed per the protocol.


**ELECTRONICALLY SIGNED BY Melanie Zazulak, RN 02/19/08 03:55:19 PM**

**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**

6204859441
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS          CL
                                HEM  61 F
                                02/12/08



Reminder: No abbreviations

Date: 2/19/08                                      NKA
Diagnosis: Right Breast CA
Treatment Regimen Docetaxel + Bevacizumab Day 1 each cycle x 4 cycles + Gemcitabine
Ht 5'11 (180cm)        Wt              BSA              Days 1+8 x 4 cycles
Research Protocol: NSABP B40  GR3B        Protocol # 800203913
Protocol Nurse: Shewonda R. Thomas, RN    Drugs supplied: Gemcitabine + Bevacizumab
Labs: WBC: 1.83          HGB/Hct: 12.5/38.5    Platelets: 149
Segs/Brands: 19 (segs)   Lymphs/Mono: 79/2     Creatinine: N/A
ANC: 348

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ✓ Dexamethasone  4 mg PO |
| | ___ Other Antiemetic |

Delayed Emesis:  Dexamethasone 8mg PO q 12 hours
                 Metoclopramide 30mg PO q 12 hours

Growth Factors:  ___ Epoetin alfa (Procrit) _____    units subcutaneous every _____ weeks
                 ___ Darbepoetin (Aranesp) _____    mcg subcutaneous every _____ weeks
                 ✓ Pegfilgrastim (Neulasta) 6 mg Day 9/10  Date 2/19/08
                 ___ Filgrastim (Neupogen) _____    mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Cycle 1  Day 8 | | | | | | |
| Gemzar Days 1+8 | 1000mg/m² | ON HOLD for ANC | IV on Day 1+8 of each cycle | | | |
| | | | | | | |

Physician:

Protocol Nurse: Melanie Zaquila  Chemo Nurse: Dennis (RN)   Chemo Nurse:

THIBODEAUX, CYNTHIA  MRN:          Encounter: L-205803420100720 DOS:

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form          DATE 3/5/08

**PATIENT ASSESSMENT   Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | | Vomiting | | |
| Diarrhea | | | Other | | |
| Nausea | | | | | |

DESCRIBE: _Seen by MD_

6204859441                          CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS          HEM  61 F
                                         02/12/08

Pain Scale (0-10) ___0/10___

Describe : _____

**IV ACCESS RECORD:**

Central line    PICC    (Port)    Hickman    Passport    Other ___

Location _L chest_          Huber needle  (Yes)  No   Gauge _20g/1"_

Peripheral line    Jelco    Butterfly    Gauge _____     CVC dsg care

Site _____ # of attempts _____     Labs drawn

√ALLERGIES (reviewed & updated)

**IV Site Assessment:**

| | | | | | | |
|---|---|---|---|---|---|---|
| blood return | (Yes) | No* | 10cc saline flush | (Yes) | No | WBC ___ |
| redness | Yes* | No | 100u/heparin flush X __ cc's | | No | H/H ___ |
| swelling | Yes* | No | Blood return check | (Yes) | No | PLTS ___ |
| tenderness | Yes* | No | per policy w/vesicant administration | | | CR ___ |
| Heplock | | Needle removed | | | | |

*further documentation in the comments

Research Protocol  (Yes)   No

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1355 | Aloxi | 20 mg | IVPB | 50 ml | 1412 | + | √ | MB |
| 1355 | Aloxi | 0.25 mg | IVP | NS | 1412 | + | √ | MB |
| 1415 | Benadryl | 25 mg | IVPB | 50 ml NS | 1431 | + | √ | MB |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1440 | Docetaxel | 170 mg | IVPB | 250 ml D5W | 1548 | + | √ | MB |
| 1550 | Gemcitabine | 2270 mg | IVPB | 250 NS | 1620 | + | √ | MB |
| 1622 | Bevacizumab | 1540 mg | IVPB | 100 ml NS | 1725 | + | √ | MB |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TIME | BP | PULSE | RESP | TEMP |
| 1350 | NS flush | 250 ml | | 1730 | 1215 | 126/69 | 64 | 18 | 98.3 |
| | | | | | 1735 | 120/69 | 58 | 18 | 97.0 |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 2/14/2007) Copy Center    page 1 of 2          **CLINIC NOTES**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

Patient Assessment Grid

Please circle the one that applies for each symptom and document
Narrative description of Levels 2, 3, and 4

| Severity | Nausea and/or Vomiting | Pain | Fatigue |
|----------|------------------------|------|---------|
| Level 1 — Not at all | G9021 | G9025 | G9029 |
| Level 2 — A little | G9022 | G9026 | G9030 |
| Level 3 — Quite a bit | G9023 | G9027 | G9031 |
| Level 4 — Very much | G9024 | G9028 | G9032 |

6204859441                    CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS        HEM  61 F
                                        02/12/08

Patient Instruction Given
Instructed to call nurse or MD for:

Dyspnea            Bleeding
Fever  100.4       Mouth sores
Vomiting           Diarrhea
Other

Patient Discharged
Ambulatory   W/C   Stretcher   Admit OFH
By self   Accompanied by _____
escort
to RTC          Prn Oci
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING:  _Tol chemo 5 distress._

Signature  _M Harrison Rn_  R.N.          _____ R.N.

_____ R.N.          _____
                                Physician Signature

Form No. 00009 (Rev. 2/14/2007) Copy Center   page 2 of 2          CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6204859441 DOS: 2/12/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00602

**Patient Name:** THIBODEAUX, CYNTHIA
**MRN:**
**DOB:**                                        **Sex: F**

OCI, Clinical Trial NSABP B-40, PT0302, Study #800203913

Patient in today to receive cycle 2 day 8 protocol specified Gemzar. CBC drawn per phlebotomist this am. WBC 1.60, RBC 3.44, HGB 10.7, HCT 31.6, Plts 130 (GR1). Vital signs: BP141/77, P96, T97.9. ANC 400(GR4). Ht 152cm, Wt 231.1lbs (105kg), BSA 2.24. Day 8 Gemzar held due to grade 4 ANC of 400. Patient received 6mg neulasta SQ today. Patient also complained of mouth and throat tenderness (GR1). Dukes solution ordered per Dr. Kardinal, and called into patients pharmacy of choice (Walgreens: corner of Claiborne / Napoleon 504-891-0976). Patient states she was really tired (fatigue (GR1)on last Friday after she got off work, which was 2 days after she received her last chemo. She states it lasted 1 to 2 days, but she still performed her normal daily activities. Patient with no complaints of nausea, vomiting, or diarrhea. Patient given instructions in reference to her next cycle of appointments, and she was informed that she will receive neupogen daily for cycles 3 and 4 on days 2-7 and days 9-14, while continuing to receive her scheduled chemotherapy on days 1 and 8 as per protocol randomization orders. Patient reluctant, but understands the importance of the injections. Patient informed the appointments will be scheduled by the chemotherapy registration clerk, and then I will mail them to her. Patient verbalized understanding. Will continue to follow patient per protocol.

**ELECTRONICALLY SIGNED BY Shevonda R. Thomas, RN,MSN, CRA 03/12/08 03:49:36 PM**

**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**



6204859441
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS
CL
HEM  81 F
02/12/08

Reminder: No abbreviations

Date: 3/12/08
Diagnosis: ® Breast Ca.
Treatment Regimen: Docetaxel + Bevacizumab b/ ea cycle x 4, Gemzar Days 1+8 x 4 cycles.
Ht 180 cm    Wt 231.1 lbs (105 Kg)  BSA  2.024
Research Protocol: B-40 NSABP   GR 3B   Protocol # 800.203913
Protocol Nurse: Shevonda R. Thomas RN MSN  Drugs supplied: Bev. + Gemzar

Labs: WBC: 1.60          HGB/Hct: 10.7 / 31.6       Platelets:
Segs/Brands: 25 / —      Lymphs/Mono: 72 / 2         Creatinine:
ANC: 400  (GR4)                                      RBC: 1.60  3.44

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | Dexamethasone 20mg PO |
| | Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | Dexamethasone  4 mg PO |
| | ___ Other Antiemetic |

___ Delayed Emesis:  Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours

Growth Factors:     ___ Epoetin alfa (Procrit) ___ units subcutaneous every ___ weeks
                    ___ Darbepoetin (Aranesp) ___ mcg subcutaneous every ___ weeks
                    ✓ Pegfilgrastim (Neulasta) 6 mg Day 2.8 Date 3/13/08 3/12/08 SKD
                    ___ Filgrastim (Neupogen) ___ mcg subcutaneous daily for ___ days

Hydration:

Other medication orders:

| CHEMOTHERAPY | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Cycle 2  Day 8 | | | | | | |
| Gemcitabine | 1000 mg/m² | ON Hold | IV q 21 days D₁ + 8 of each cycle. | | | |

over ® men

GR 4 ANC

Physician: _Vudmd_

Protocol Nurse: _Shevonda R Thomas RN_  Chemo Nurse: _____  Chemo Nurse: _____

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form      DATE 5/26/08

**PATIENT ASSESSMENT  Does Patient Have?**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | * | ✓ | Vomiting | * | ✓ |
| Diarrhea | * | ✓ | Other | * | ✓ |
| Nausea | * | ✓ |  |  |  |

DESCRIBE*

```
6204859441            CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS    HEM  61 F
                      02/12/08
```

Pain Scale (0-10) _____

Describe : _____

**IV ACCESS RECORD:**

Central line    PICC    (Port)    Hickman    Passport    Other

Location  Chest                    Huber needle    Yes    No    Gauge 20  3/4/1

Peripheral line    Jelco    Butterfly    Gauge _____    CVC dsg care

Site _____    # of attempts _____    Labs drawn

**IV Site Assessment:**

| blood return | Yes | No | 10mL saline flush    Yes    No |
|---|---|---|---|
| redness | Yes* | No | 100units/mL hep lock flush X 5 mL    Yes    No |
| swelling | Yes* | No | Blood return check per policy with vesicant administration    Yes    No |
| tenderness | Yes* | No | IV site check every 30 minutes (excluding vesicants/irritants)    Yes    No* |
| Heplock | Needle removed | | Research Protocol    Yes    No |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1200 | dexamethasone | 28mg | IVPB | 50 NS | 1250 | (+) | ✓ | WY |
| | Aloxi | 0.25mg | — | | 1210 | | ✓ | WY |
| 1210 | Benadryl | 25mg | IVPB | 50 NS | 1270 | (+) | ✓ | WY |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1220 | Docetaxol | 170mg | IVPB | 250 NS | 1320 | (+) | ✓ | WY |
| 1320 | Perjeta | 227/1mg | IVPB | 250 NS | 1350 | (+) | ✓ | WY |
| 1350 | Herceptin | 1540mg | IVPB | 100 NS | 1420 | (+) | ✓ | WY |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 1200 | NS 250 | — | flush | 1420 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL IVF** | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2006) Copy Center    page 1 of 2    CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6204859441                    CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS        HEM  61 F
                         02/12/08

**Patient Instruction Given**
Instructed to call nurse or MD for:

| Dyspnea | Bleeding |
| Fever 100.4 | Mouth sores |
| Vomiting | Diarrhea |
| Other _____ | |

**Patient Discharged**
Ambulatory    W/C    Stretcher    Admit to hospital
By self    Accompanied by _____
escort
to RTC _____
Follow-up appt given to patient    Placed in the mail

COMMENTS/TEACHING: _____

Signature _____ R.N.    _____ R.N.

_____ R.N.    _____
                Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center    page 2 of 2    CLINIC NOTES

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00600

**Patient Name:** THIBODEAUX, CYNTHIA
**MRN:**
**DOB:**                                              **Sex: F**

OCI, Clinical Trial NSABP B-40, PT0302, Study #800203913

Patient in today to receive cycle 3 day 8 protocol specified Gemzar.  CBC drawn per phlebotomist this am. WBC 3.43, RBC 3.21, HGB 9.7, HCT 30.4, Plts 55 (GR2).  ANC 1,784. Ht 152cm, Wt 236 lbs (107kg), BSA 2.26. Day 8 Gemzar held due to grade 2 platelets of 55 per Dr. Cole and Dr. Phillips orders.   Patient with no complaints of nausea, vomiting, or diarrhea.  Patient given instructions in reference to her next cycle of appointments, and she was informed that she will be scheduled to receive neupogen daily for cycle 4 on days 2-7 and days 9-14, while continuing to receive her scheduled chemotherapy on days 1 and 8 as per protocol randomization orders if her lab results permit.  Patient informed that her appointments will be scheduled by the chemotherapy registration clerk, and then I will mail them to her.  Patient verbalized understanding to all teaching instructions.  Will continue to follow and monitor patient per protocol.

**ELECTRONICALLY SIGNED BY Shevonda R. Thomas, RN,MSN, CRA 04/02/08 01:01:42 PM**

**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**



6204859441
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS
CL
HEM 61 F
02/12/08

Reminder: **No abbreviations**

Date: 4/2/08
Diagnosis: (R) Breast CA
Treatment Regimen Docetaxel + Bevacizumab D₁ Q ea. Cycle x 4. Gemzar days 1+8 X 4 cycles.
Ht 180cm          Wt                    BSA
Research Protocol: NSABP B40 GR3B          Protocol # 800203913
Protocol Nurse: Shewanda Thomas, RN          Drugs supplied: Bevacizumab + Gemzar
Labs: WBC: 3.43          HGB/Hct: 9.7 /30.4          Platelets: 55 (GR2)
Segs/Brands: 47/5          Lymphs/Mono: 36/4          Creatinine:
ANC: 1784          RBC: 3.21

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone  4 mg PO |
| | ___ Other Antiemetic |

___ Delayed Emesis:  Dexamethasone 8mg PO q 12 hours
                     Metoclopramide 30mg PO q 12 hours

Growth Factors:    ___ Epoetin alfa (Procrit) ___ units subcutaneous every ___ weeks
                   ___ Darbepoetin (Aranesp) ___ mcg subcutaneous every ___ weeks
                   ___ Pegfilgrastim (Neulasta) 6 mg Day ___ Date ___
                   ✓ Filgrastin (Neupogen) 480 mcg subcutaneous daily for days 9-14 days

Hydration:

Other medication orders:

| CHEMOTHERAPY | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Cycle 3  Day 8 | | | | | | |
| Gemcitabine | 1000mg/m2 | 1408mg 1700mg | IV q 21 days Day 1+8 q each cycle. | 4/2/08 | | |

Physician:

Protocol Nurse: ___ Chemo Nurse: ___          Chemo Nurse: ___

*Hold days 9 Gemzar due to Platelet count 55 per ms.*

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form          DATE 4/16/08

**PATIENT ASSESSMENT  Does Patient Have?**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | • | ✓ | Vomiting | • | ✓ |
| Diarrhea | • | ✓ | Other | • | ✓ |
| Nausea | • | ✓ |  |  |  |

DESCRIBE*_____

```
6205123651
THIBODEAUX ,CYNTHIA        CL
THEODOSSIOU, CHRIS
                          CIS  61 F
                          04/15/08
```

Pain Scale (0-10)    Ø

Describe : _____

**IV ACCESS RECORD:**

(Central line)   PICC   (Port)   Hickman   Passport   Other _____

Location    Dou                (Huber needle) (Yes)  No  Gauge 20G 3/4 "

Peripheral line   Jelco   Butterfly   Gauge _____   CVC dsg care

Site _____  # of attempts _____   Labs drawn

**IV Site Assessment:**

| | | |
|---|---|---|
| blood return | (Yes) | No* |
| redness | Yes* | (No) |
| swelling | Yes* | (No) |
| tenderness | Yes* | (No) |
| Heplock | (Needle removed) | |

*further documentation under comments

10mL saline flush  (Yes)  No
100units/mL hep lock flush X  5  mL   (Yes)   No
Blood return check per policy with vesicant administration  (Yes)  No
IV site check every 30 minutes (excluding vesicants/irritants)  (Yes)  No*
Research Protocol  Yes   No

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1110 | Benadryl | 25mg | IV | 50ccas | 1130 | ⊕ | ✓ | C |
| 1130 | Aloxi | 0.25 | IV | 50cc NS | 1150 | ⊕ | ✓ | C |
|  | Decadron | 20 mg |  |  |  |  |  | C |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1150 | Docetaxel | 169 mg | IV | 250ccNS | 1250 | ⊕ | ✓ | C |
| 1255 | Gemzar | 2270mg | IV | 250ccNS | 1330 | ⊕ | ✓ | C |
| 1330 | Avastin | 1560mg | IV | 100ccNS | 1400 | ⊕ |  | C |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 11A | 250ccNS | Ø | flush | 1405 |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL IVF | | | | |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 1115 | 116/61 | 79 | 20 | — |
| 1330 | 123/61 | 84 | 20 | — |
| 1400 | 110/61 | 64 | 20 | — |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center    page 1 of 2     CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6205123651 DOS: 4/16/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6205123651

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea      ☑ Bleeding
☑ Fever  100.4  ☑ Mouth sores
☐ Vomiting      ☑ Diarrhea
☐ Other _____

**Patient Discharged**
☑ Ambulatory   W/C   Stretcher   Admit to hospital
☑ By self   Accompanied by _____
  escort
to RTC  _D2-7 Neupogen_
☑ Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _Tolerated infusion ē destress._ ——

Signature _Altum_ _____ R.N.    _____ R.N.

_____ R.N.    _____
                              Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6205123651 DOS: 4/16/2008

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form                DATE 4/23/08

PATIENT ASSESSMENT  Does Patient Have?

6205123651
THIBODEAUX ,CYNTHIA          CL
THEODOSSIOU, CHRIS
                                    61 F
                              04/15/08

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | • |  | Vomiting | • |  |
| Diarrhea | • |  | Other | • |  |
| Nausea | • |  |  |  |  |

DESCRIBE*_____

_____

Pain Scale (0-10) _____

Describe : _____

IV ACCESS RECORD:
Central line    PICC    (Port)    Hickman    Passport    Other ____ 203/4'

Location  L Chest                            Huber-needle (Yes)   No   Gauge  203/4'

Peripheral line   Jelco    Butterfly    Gauge _____         CVC dsg care

Site _____ # of attempts _____         Labs drawn

IV Site Assessment:                slight

| blood return | (Yes) | No* | 10mL saline flush | (Yes) | No. |
|---|---|---|---|---|---|
| redness | Yes* | No | 100units/mL hep lock flush X ___ mL | (Yes) | No |
| swelling | Yes* | No | Blood return check per policy with vesicant administration | (Yes) | No |
| tenderness | Yes* | No | IV site check every 30 minutes (excluding vesicants/irritants) | Yes | No* |
| Heplock | Needle removed | | Research Protocol  Yes | No* | |

*further documentation under comments

### MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

### CHEMOTHERAPY RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| 330p | Tamoxar | 8270 mg | IV | 250 mL NS | 330p | 4 5 m |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| IV FLUIDS/BLOOD PRODUCTS | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 330p | 250 mL NS | COM/ehr | 400p |  |  |  |  |

TOTAL IVF  267 mL

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center   page 1 of 2      CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6205123651 DOS: 4/16/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6205123651

Patient instruction Given
Instructed to call nurse or MD for:

| Dyspnea | Bleeding |
| Fever  100.4 | Mouth sores |
| Vomiting | Diarrhea |
| Other _____ | |

Patient Discharged
Ambulatory    W/C    Stretcher    Admit to hospital
By self    Accompanied by  _____
escort
to RTC _____
Follow-up appt given to patient    Placed in the mail

COMMENTS/TEACHING: _____

Signature _____ R.N.        _____ R.N.

_____ R.N.        _____
                                     Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center    page 2 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6205123651 DOS: 4/16/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00672

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form          DATE 5/7/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | * | ↓ | Vomiting | * | ↓ |
| Diarrhea | * | | Other | * | ↓ |
| Nausea | * | | | | |

DESCRIBE*
_____
_____

6205123651                    CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS       CIS  61 F
04/15/08

Pain Scale (0-10)    Ø

Describe : _____

**IV ACCESS RECORD:**

Central line    PICC    (Port)    Hickman    Passport    Other _____

Location ① Chest                    Huber needle    Yes    No    Gauge 20    1"

Peripheral line    Jelco    Butterfly    Gauge _____    CVC dsg care

Site _____ # of attempts _____    Labs drawn

**IV Site Assessment:**

| | | | | |
|---|---|---|---|---|
| blood return | (Yes) | No* | 10mL saline flush (Yes) No | |
| redness | Yes* | (No) | 100units/mL hep lock flush X 10 mL   Yes   No | |
| swelling | Yes* | (No) | Blood return check per policy with vesicant administration   Yes   No | |
| tenderness | Yes* | | IV site check every 30 minutes (excluding vesicants/irritants)   Yes   No* | |
| Heplock | Needle removed | | Research Protocol   Yes   No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 150 | Benadryl | 25 | IVPB | 50 | 210 | ← | ✓ | YP |
| 210 | Ativan | 0.25 | IVPB | 50 | 230 | ← | ← | YP |
| | Decadron | 20 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 230 | Avastin | 1540 mg | IVPB | 100 | 308 | ← | ✓ | YP |
| 300 | Adriamycin | 137 | IVP | — | 310 | ← | ✓ | YP |
| 310 | Cytoxan | 1371 | IVPB | 250 | 400 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 120 | NS | | | 430 |
| | | | | |
| | | | | |
| | | | | |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 230 | 119/70 | 79 | | |
| 330 | 124/67 | 80 | | |
| | | | | |
| | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center   page 1 of 2        CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6205123651

**Patient Instruction Given**
Instructed to call nurse or MD for:

Dyspnea          Bleeding
Fever  100.4     Mouth sores
Vomiting         Diarrhea
Other

**Patient Discharged**
Ambulatory   W/C   Stretcher   Admit to hospital
By self   Accompanied by _____
   escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _____

Signature _____ R.N.          _____ R.N.

_____ R.N.          _____
                     Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6205123651 DOS: 4/16/2008

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00670**

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form          DATE 5/28/08

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | | Vomiting | | |
| Diarrhea | | | Other | | |
| Nausea | | | | | |

DESCRIBE*

6205123651                    CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS    CIS  61 F
                                04/15/08

Pain Scale (0-10) _____

Describe : _____

**IV ACCESS RECORD:**

Central line    PICC    (Port)    Hickman    Passport    Other _____

Location  Chest                    Huber needle   Yes    No   Gauge  20  1"

Peripheral line   Jelco   Butterfly   Gauge _____    CVC dsg care

Site _____ # of attempts _____    Labs drawn

**IV Site Assessment:**

| | | | |
|---|---|---|---|
| blood return | (Yes) | No* | 10mL saline flush (Yes) No |
| redness | Yes* | No | 100units/mL hep lock flush X ___ mL (Yes) No |
| swelling | Yes* | No | Blood return check per policy with vesicant administration (Yes) No |
| tenderness | Yes* | No | IV site check every 30 minutes (excluding vesicants/irritants) (Yes) No* |
| Heplock | Needle removed | | Research Protocol (Yes) No |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1200 1215 | Activase X2 | 2mg | IVP | — | 1215 | (+) | ✓ | w |
| 1255 | Aloxi | 0.25mg | IVPB | 50NS | 1255 | (+) | ✓ | w |
| | dexamethasone | 20mg | IVPB | — | 1315 | (+) | ✓ | w |
| 1245 | Benadryl | 25mg | IVPB | 50NS | 1255 | (+) | ✓ | w |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1305 | Avastin | 540mg | IVPB | 100NS | 1335 | (+) | ✓ | w |
| 1335 | Adriamycin | 130mg | IVP | — | 1350 | (+) | ✓ | w |
| 1350 | Cytoxan | 1394g | IVPB | 250NS | 1440 | (+) | ✓ | w |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 1045 | NS | 750X2 | / | fluid 1440 |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center    page 1 of 2        CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

```
6205123651                    CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS        CIS  61 F
                             04/15/08
```

**Patient Instruction Given**
Instructed to call nurse or MD for:

| Dyspnea | Bleeding |
| Fever 100.4 | Mouth sores |
| Vomiting | Diarrhea |
| Other |

**Patient Discharged**
(Ambulatory)  W/C    Stretcher    Admit to hospital
By self    Accompanied by _____
escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** Pont c̄ tol returned, only p̄ 250 bolus NS + Ativan 2 mg x 2 - pt otherwise s̄ event _____ M brew

Signature _Mark Monken_ _____ R.N.      _____ R.N.

_____ R.N.

_____
Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center    page 2 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6205123651 DOS: 4/16/2008

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form          DATE 6/18/08

**PATIENT ASSESSMENT** Does Patient Have?

|                | YES | NO |        | YES | NO |
|----------------|-----|----|--------|-----|----|
| Mouth Sores    |     | ✓  | Vomiting |   | ✓  |
| Diarrhea       |     | ✓  | Other  |     | ✓  |
| Nausea         |     | ✓  |        |     |    |

DESCRIBE*

_Seen MD this AM_

6205367771
THIBODEAUX ,CYNTHIA          CL
THEODOSSIOU, CHRIS
                             CIS  61 F
                             06/18/08

Pain Scale (0-10)  0/10

Describe : _____

**IV ACCESS RECORD:**

Central line    PICC    (Port)    Hickman    Passport    Other _____

Location  _LC_____    Huber needle    Yes    No   Gauge _20g x 1"_

Peripheral line (Jelco)   Butterfly    Gauge _22_         CVC dsg care

Site  _Rt wrist_____    # of attempts  _1_       Labs drawn

IV Site Assessment: _R IV_

| blood return | (Yes) No* | 10mL saline flush    (Yes)  No |
| redness      | Yes* (No) | 100units/mL hep lock flush X _5_ mL  (Yes)  No |
| swelling     | Yes* (No) | Blood return check per policy with vesicant administration  (Yes)  No |
| tenderness   | Yes* (No) | IV site check every 30 minutes (excluding vesicants/irritants)  (Yes)  No* |
| Heplock      | Needle removed | Research Protocol    Yes  (No) |

*further documentation under comments

## MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|-----------|-----------|------|-------|-----------|-----------|--------------|--------------|----------|
| 1100 | Activase | 2mg | IVP left installed 1 hr | 1100 | — | ✓ | gl |
| 1105 | Dexamethasone | 20mg | IVPB | 50mL NS | 1130 | + | ✓ | gl |
|      | Aloxi | 0.25mg | IVPB | 50 mL NS |      | + | ✓ | gl |
| 1131 | Benadryl | 25mg | IVPB | 50 mL NS | 1147 | + | ✓ | gl |
|      |          |      |       |           |           |   |   |    |

## CHEMOTHERAPY RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|-----------|-----------|------|-------|-----------|-----------|--------------|--------------|----------|
| 1155 | Doxorubicin | 137mg | IVP | ——— | 1215 | + | ✓ | gl |
| 1218 | Cytoxan | 1375 | IVPB | 250 mL NS | 1300 | + | ✓ | gl |
|      |           |       |      |           |      |   |   |    |
|      |           |       |      |           |      |   |   |    |
|      |           |       |      |           |      |   |   |    |
|      |           |       |      |           |      |   |   |    |

| | IV FLUIDS/BLOOD PRODUCTS | | | | VITAL SIGNS RECORD | | | | |
|-------|------|----------|------|------|------|------|-------|------|------|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 1055 | NS 250 | flush | | 1100 | | | | | |
| 1155 | NS 250 | overloading | | 1310 | | | | | |
|      |      |          |      |      |      |      |       |      |      |
|      |      |          |      |      |      |      |       |      |      |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center    page 1 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6205367771  DOS: 6/18/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

```
6205367771                CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS        CIS  61 F
                              06/18/08
```

(1030) Unable to obtain Blood
from port. 250ml NS adm'd. After infusion still
no Blood return. Activase 2mg IVP to port + left
in. PIV to R lateral wrist started x1 attempt 22g.
Tolerated well. Premeds adm'd 1035 + Blood return
from port. (1155) Doxorubicin IVP with frequent
checks for Blood Return. No problems with
administering — Jennis RN

---

**Patient Instruction Given**
Instructed to call nurse or MD for:

- (Dyspnea)    (Bleeding)
- (Fever  100.4)   (Mouth sores)
- (Vomiting)    (Diarrhea)
- Other _____

**Patient Discharged**
(Ambulatory)  W/C    Stretcher    Admit to hospital
(By self)  Accompanied by _____
                escort
to RTC _____
(Follow-up appt given to patient)   Placed in the mail

COMMENTS/TEACHING: Tolerated well.

Signature _Jennis RN_ _____ R.N.

_____ R.N.    _____ R.N.

_____ R.N.    Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center    page 2 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6205367771  DOS: 6/18/2008

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation F          DATE 7/9/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | | Vomiting | | |
| Diarrhea | | | Other | | |
| Nausea | | | | | |

DESCRIBE*

6205367771                CL
THIBODEAUX ,CYNTHIA
THEODOSSIOU, CHRIS        CIS  61  F
                         06/18/08

Pain Scale (0-10)   0

Describe :

**IV ACCESS RECORD:**
Central line   PICC   Port   Hickman   Passport   Other _____
Location   1  Chest     Huber needle  Yes   No   Gauge 20g / in
Peripheral line   Jelco   Butterfly   Gauge ___   CVC dsg care
Site _____   # of attempts _____   Labs drawn

**IV Site Assessment:**
blood return   Yes   No*        10mL saline flush   Yes   No
redness   Yes*   No             100units/mL hep lock flush X 5 mL
swelling   Yes*   No            Blood return check per policy with vesicant administration   Yes   No
tenderness   Yes*   No          IV site check every 30 minutes (excluding vesicants/irritants)   Yes   No*
Heplock   Needle removed        Research Protocol   Yes   No
*further documentation under comments.

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0945 | Benadryl | | | | 1001 | + | ✓ | au |
| 1001 | Dexamethasone (20 ml) | | | | 1018 | + | ✓ | au |
| 0910 | Aloxi | 2.2 ml x 30 min | IV per Chest port | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1018 | Doxorubicin | 137 mg | IV Push | | 1033 | + | ✓ | au |
| 1033 | Cyclophosphamide | 1375 mg | IVPB | NS 250ml | 1105 | + | ✓ | am |

**IV FLUIDS/BLOOD PRODUCTS**                **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0940 | NS 250 | flush | | 1110 | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6205367771 DOS: 6/18/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6 20536 7771

0910 Unable to aspirate blood return from
Port @ accessing. Normal Saline IV fluids
will not infuse by gravity drainage per
tube needle. Cathflo 2.2 ml IV instilled
into port and clamped X 30 min. Ass

0940 Brisk blood returned obtained @
30 min of Cathflow instillation. Flushes
easily _____ Burgon

**Patient Instruction Given**
Instructed to call nurse or MD for:

Dyspnea        Bleeding
Fever > 100.4  Mouth sores
Vomiting       Diarrhea
Other _____

**Patient Discharged**
Ambulatory   W/C   Stretcher   Admit to hospital
By self   Accompanied by _____
escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** Tolerated well

Signature _____ R.N.
                          R.N.

_____ R.N.

Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center    page 2 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6205367771 DOS: 6/18/2008

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00765**

08272008-04967

Ochsner Medical Center                    NAME: THIBODEAUX, CYNTHIA
1516 Jefferson Hwy.                        Medical Record #:
New Orleans, LA 70121                      Account #: 6205542548
                                          Admit Date: 08/27/2008
                                          Discharge Date:  /  /

OPERATIVE REPORT

Date of Procedure: 08/27/2008

SURGEON: Ralph L. Corsetti, M.D.

ASSISTANT: Thomas Jin Ku Kang, M.D. (RES)

PREOP DIAGNOSIS: Right breast carcinoma status post neoadjuvant
chemotherapy.

POSTOP DIAGNOSIS: Right breast carcinoma status post neoadjuvant
chemotherapy.

PROCEDURE:
1. Right breast wire localization partial mastectomy.
2. Right axillary sentinel lymph node biopsy.
3. Injection of Lymphazurin blue dye and radiocolloid.

ANESTHESIA: General endotracheal.

FINDINGS:
1. Sentinel lymph node biopsy hot blue with a count of 150 negative
   for 2 nodes by frozen section.
2. Lumpectomy short stitch superior, long stitch lateral.

PROCEDURE IN DETAIL: The patient's right chest was prepped with
Chlorhexidine and draped in a sterile fashion. Preoperatively a wire
localization wire was placed. The wire entered the skin in the inner
lower quadrant and was directed medially and slightly superiorly.
Preoperatively the patient subareolar tissue was injected with
radiocolloid and 2.5 mL of Lymphazurin blue dye. A transverse
incision was made in the right axilla just below the axillary
hairline. Subcutaneous tissues were dissected with Bovie cautery and
a probe was used to locate sentinel node which was hot blue with a
count of 150. The node was removed from the axilla and sent for
frozen section and was found to be negative. The clavipectoral fascia
was closed with 3-O Vicryl interrupted sutures. Deep dermal sutures
were placed of 3-O interrupted Vicryl and skin was closed with a
running 4-O Monocryl.

An elliptical incision was made incorporating a previous biopsy site
at the medial areola. The medial edge of the areola was taken with
the ellipse. The breast tissue was cored to obtain a biopsy and
included the specimen indicated by wire localization. The lumpectomy
was removed from the field, marked short stitch superior, long stitch
lateral. Excellent hemostasis was obtained in the lumpectomy cavity
with Bovie cautery. Deep dermal sutures were placed with 3-O Vicryl
interrupted sutures and skin was closed with 4-O Monocryl running

THIBODEAUX, CYNTHIA   MRN:           Encounter: L-6205542548 DOS: 8/27/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00832

08272008-04967

Ochsner Medical Center          NAME: THIBODEAUX, CYNTHIA
1516 Jefferson Hwy.             Medical Record #:
New Orleans, LA  70121          Account #: 6205542548
                               Admit Date: 08/27/2008
                               Discharge Date:  /  /

OPERATIVE REPORT

subcuticular suture.  The lumpectomy did not go down to the level of
the pectoral fascia.  The patient tolerated the procedure well and was
transported to recovery room in stable condition.  The patient will be
discharged when criteria met.

COMPLICATIONS:  None.

DISPOSITION:  Home.

CONDITION:  Stable.

Follow-up in Dr. Corsetti's clinic in 2 weeks.  The patient provided
prescription for Percocet for pain.

_____
THOMAS JIN KU KANG, M.D. (RES)

MQ/985689  D: 08/27/2008 12:30:43  T: 08/27/2008 13:02:53

Authenticated and Edited by Thomas J. Kang, MD On 8/29/08 2:37:17 PM Central Time
Authenticated by Ralph L. Corsetti, MD On 09/08/2008 09:38:41 AM

THIBODEAUX, CYNTHIA  MRN:          Encounter: L-6205542548 DOS: 8/27/2008

Ochsner Health Systems
Pathology and Laboratory Medicine
William G. Hellis Memorial Laboratories
1514 Jefferson Highway - New Orleans, LA   70121
Francis R. Rodwig, Jr. M.D.,M.P.H., Chairman


Anatomic Pathology Laboratory
504-842-3330


HISTOLOGY REPORT

---

Patient Name : THIBODEAUX, CYNTHIA          Client # :
Medical Rec #:              (F)              Billing #:
OF6205542548
Date of Birth:                              Collected: 08/27/2008
Location     : OUT PATIENT                  Received : 08/27/2008
Accession #  : S08-28042                    Reported : 08/31/2008


SUPPLEMENTAL REPORT
Diagnostic information has been added.


ORDERING PHYSICIAN(S):
Ralph L Corsetti


CLINICAL DIAGNOSIS/INFORMATION:
Right breast carcinoma.

dam

SPECIMEN:
1. Sentinel node #1 (hot and blue, count 150).   2. Right breast
wire localization (short stitch superior, long stitch lateral).

---

FINAL PATHOLOGIC DIAGNOSIS :
    1.  TWO LYMPH NODES WITH NO EVIDENCE OF METASTATIC CARCINOMA
          PRESENT ON MULTIPLE H&E SECTIONS.
          MULTIPLE SECTIONS STAINED WITH CYTOKERATINS ARE NEGATIVE
            FOR METASTATIC CARCINOMA.
          THE POSITIVE AND NEGATIVE CONTROLS STAINED
            APPROPRIATELY.
    2.  RIGHT BREAST LUMPECTOMY SPECIMEN SHOWING A COLLOID
          CARCINOMA (WELL-DIFFERENTIATED MUCINOUS
          ADENOCARCINOMA) MEASURING 1.3 CM IN MAXIMUM


NAME: THIBODEAUX, CYNTHIA
Medical Record #: 2058034
Account #: 6205542548
Page #: 1


THIBODEAUX, CYNTHIA  MRN:          Encounter: L-6205542548 DOS: 8/27/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00856

Ochsner Health Systems
Pathology and Laboratory Medicine
William G. Hellis Memorial Laboratories
1514 Jefferson Highway - New Orleans, LA   70121
Francis R. Rodwig, Jr. M.D.,M.P.H., Chairman

Anatomic Pathology Laboratory
504-842-3330

DIMENSION.
IN ADDITION, THERE ARE FOCAL AREAS OF LOW-GRADE DUCT
   CARCINOMA IN SITU PRESENT, INCLUDING A FOCUS
   OF DCIS PRESENT AT THE LATERAL MARGIN.
ALL OTHER MARGINS OF RESECTION ARE NEGATIVE.
THERE IS A FOCUS OF COLLOID CARCINOMA PRESENT IN THE
   AREA OF THE PRIOR BIOPSY CAVITY, LESS THAN
   1 MM FROM THE INKED ANTERIOR MARGIN IN THE DERMIS.
NO LYMPHOVASCULAR SPACE INVASION IDENTIFIED.

Note:  Please see patient's prior biopsy (S08-1860).

pT1, pN0, pMX


                         Thom F. Smilari, M.D.
                         (Electronically Signed:  08/31/2008)


TUMOR REGISTRY

_____

SUPPLEMENTAL :  10/15/08
2.  A focus of DCIS is present at the posterior margin.


                         Thom F. Smilari, M.D.
                         (Electronically Signed:  10/15/2008)

_____

F.S.:
1.  Two benign lymph nodes.   JER/TFS


_____

GROSS :
1.    Received fresh labeled "sentinel node" is a 2 x 1.5 cm
fragment of yellow adipose tissue.  Two lymph nodes are

NAME: THIBODEAUX, CYNTHIA
Medical Record #:
Account #: 6205542548
Page #: 2


THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6205542548 DOS: 8/27/2008

Ochsner Health Systems
Pathology and Laboratory Medicine
William G. Hellis Memorial Laboratories
1514 Jefferson Highway – New Orleans, LA   70121
Francis R. Rodwig, Jr. M.D.,M.P.H., Chairman

Anatomic Pathology Laboratory
504-842-3330

identified.  They measure 0.5 and 0.7 cm.  The smaller lymph node
is inked black.  Both lymph nodes are entirely submitted in a
single cassette after frozen section is done.

2.    Received fresh labeled "right breast wire localization" is a
lumpectomy specimen oriented by a short suture indicating
superior and a long suture indicating lateral.  The specimen
measures 5.4 cm from superior to inferior, 7 cm from lateral to
medial and 5.5 cm from anterior to posterior.  On the anterior
aspect of the specimen, there is a 3.8 x 1.5 cm ellipse of
pigmented, rubbery, wrinkled skin.  A metallic wire is identified
entering the specimen at the inferior/anterior margin.  The
surgical margins are inked black.  On cut sections correlating
with the tip of the wire, the specimen has an ill-defined 1.3 x
1.3 x 1 cm slightly indurated, multicystic, gray-pink area filled
with mucinous tan material.  A troublesome area is located
grossly at 0.6 cm from the anterior margin and 0.6 cm from
superior margin.  The rest of the margins are well away from the
troublesome area.  A metallic clip is identified at the center of
the lesion.  On the rest of cut sections there are a few rubbery,
fibrinous, gray-pink areas.  No additional troublesome areas are
identified. The specimen is serially sectioned.  Representative
sections are submitted, labeled:

A-B – medial
C-D – lateral
E-F – superior
G-H – inferior
I-J – posterior
K-M – anterior


                    Jorge E. Ruiz


NAME: THIBODEAUX, CYNTHIA
Medical Record #:
Account #: 6205542548
Page #: 3

PAGE 0001 OF 0002

OCHSNER CLINIC FOUNDATION           PAT NAME: THIBODEAUX, CYNTHIA
1514 JEFFERSON HIGHWAY              CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121        HOSP NO:  6205753476
PHONE 504/842-3000                  PROCEDURE DATE:    09-24-08
                                    DICTATOR: Ralph Corsetti


O P E R A T I V E   N O T E


Date of Procedure:  09/24/2008

SURGEON:  Ralph L. Corsetti, M.D.

ASSISTANT:  Ross M. Hogan, MD (RES)

PREOPERATIVE DIAGNOSIS:  Right breast carcinoma, status post
lumpectomy with a positive lateral margin with ductal carcinoma in
situ at the previous lateral margin of the previous lumpectomy site.

POSTOPERATIVE DIAGNOSIS:  Right breast carcinoma, status post
lumpectomy with a positive lateral margin with ductal carcinoma in
situ at the previous lateral margin of the previous lumpectomy site.

OPERATION:  Re-excision of the lateral one-half of the previous
lumpectomy site.

ANESTHESIA:

PROCEDURE IN DETAIL:  The patient was brought to the operating room
after informed consent was obtained.  She underwent general
anesthesia.  She was in the supine position.  The right breast was
prepped and draped in a sterile fashion.  The previous incision had
been a curvilinear circumareolar incision along the lower inner aspect
of the right areolar margin.  Since the lateral margin needed to be re-
excised, we elliptically excised the lateral half of the previous
incision scar site to take an anterior ellipse of skin.  This was left
in situ en bloc with the resection specimen of the lateral one half of
the previous lumpectomy cavity as we circumferentially dissected with
electrocautery superiorly beneath the nipple-areolar complex, as well
as inferiorly and laterally.  The posterior dissection again did not
reach the pectoralis fascia.  We excised the lateral entire one half
of the previous lumpectomy cavity intact with the anterior ellipse of
skin, entering the cavity at its midpoint from a medial to lateral
aspect.  The specimen was labeled with a short stitch on the true
superior margin and a long stitch on the new true lateral margin.
Hemostasis was achieved in the lumpectomy cavity with electrocautery.
The deep dermal layer was closed with interrupted #3-O Vicryl suture
and the skin was closed with a running #4-O Monocryl subcuticular
suture.  Steri-Strips and sterile dressing were applied.  Estimated

THIBODEAUX, CYNTHIA  MRN:          Encounter: L-6205753476 DOS: 9/24/2008

PAGE 0002 OF 0002

```
OCHSNER CLINIC FOUNDATION          PAT NAME: THIBODEAUX, CYNTHIA
1514 JEFFERSON HIGHWAY             CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121       HOSP NO:    6205753476
PHONE 504/842-3000                 PROCEDURE DATE:    09-24-08
                                   DICTATOR: Ralph Corsetti
```

O P E R A T I V E   N O T E

blood loss was minimal.  All needle, instrument, and sponge counts
were correct.  The patient was turned over
to anesthesia in satisfactory condition.  The specimen was sent to
pathology for permanent sectioning.

_____

RALPH L. CORSETTI, M.D.


MQ/451119  D: 09/24/2008 20:27:10  T: 09/25/2008 08:15:18

OCHSNER/HEALTH SYSTEMS

**PATHOLOGY & LABORATORY MEDICINE**
WILLIAM G. HELIS MEMORIAL LABORATORIES
1514 JEFFERSON HIGHWAY - NEW ORLEANS, LA  70121
Francis R. Rodwig, Jr. M.D., M.P.H., Chairman

ANATOMIC PATHOLOGY LABORATORY
(504) 842-3330

**Patient Name:**  **THIBODEAUX, CYNTHIA**
**MRN:**          **2058034**
**DOB:**          **09/11/1946**          **Sex: F**

**HISTOLOGY REPORT**

| | |
|---|---|
| Patient Name : **THIBODEAUX, CYNTHIA** | Client # : |
| Medical Rec #: | Billing #: OF6205753476 |
| Date of Birth: | Collected: 09/24/2008 |
| Location    : OUT PATIENT | Received : 09/24/2008 |
| Accession # : S08-30572 | Reported : 09/29/2008 |

**ORDERING PHYSICIAN(S):**
Ralph L Corsetti

**CLINICAL DIAGNOSIS/INFORMATION:**
Breast cancer, right.

smh

**SPECIMEN:**
Reexcision of lateral margin lumpectomy, right breast (short
suture = superior margin; long suture = lateral margin).

**FINAL PATHOLOGIC DIAGNOSIS :**
      EXCISION FROM RIGHT BREAST
          NO CARCINOMA IDENTIFIED.
          RECENT EXCISION SITE REACTIVE CHANGES.

                    Edwin N. Beckman, M. D.
                    (Electronically Signed:  09/29/2008)

**GROSS :**
Received fresh is a segment of fibrofat, measuring 5 cm from
superior to inferior, 5 cm from lateral to medial and 3.2 cm from
anterior to posterior.  On the lateral aspect of the specimen,
there is a 6 x 5 cm biopsy cavity surrounded by fat necrosis and
pink tissue.  New margins are inked black.  There is a short
suture indicating superior margin and a long suture indicating
lateral margin.  The rest of the cut surfaces are unremarkable.
The anterior aspect of this specimen has a 3.5 cm segment of
pigmented skin.  The skin surface has a longitudinal ill-defined
area that may represent a new surgical incision.  Margins are
inked black.  Representative sections are submitted, sublabeled:

A-B - superior
D-E - inferior
E-F- lateral
G-H - anterior
I-J - posterior.

                    Blanca Maldonado

**MICROSCOPIC :**
Reactive changes include fat necrosis, focal foreign body giant
cell reaction, and some areas of denser fibrosis.  No residual
infiltrating carcinoma is identified.  No significant intraductal
proliferative change is identified in the numerous sections.

FINAL REPORT                          PAGE DOCUMENT 0062

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MRS CYNTHIA THIBODEAUX
1516 JEFFERSON HIGHWAY              CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 10-16-08
PHONE 504/842-3000                 DICTATOR: CORSETTI, RALPH
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


Cynthia Thibodeaux is a very pleasant 62-year-old female patient of mine
for whom we had performed breast conserving therapy surgery. Initially on
08/27/08, her initial attempt at lumpectomy and sentinel lymph node biopsy
had revealed 2 negative sentinel lymph nodes and the right breast
lumpectomy revealed a colloid carcinoma, which was a well-differentiated
mucinous adenocarcinoma measuring 1.3 cm in maximum dimension. In
addition, there had been report of focal areas of low-grade ductal
carcinoma in situ present at the lateral margin. The patient had undergone
preoperative neoadjuvant chemotherapy as part of the NSABP-B-40 trial
including Avastin, Taxane, Gemzar, Adriamycin, and Cytoxan. Because of the
focus of DCIS noted on the pathology report from 08/27/08 at the lateral
margin, she underwent reexcision of the lateral margin on 09/24/08, which
revealed no residual disease there. She was presented at multidisciplinary
breast conference this morning at 7 a.m. and the pathology for the
conference was reviewed by Dr. Sightler and it was found by him that the
area in focus of DCIS that was present at the margin, which was originally
reported as being at the lateral margin, was in fact at the posterior
margin. Because of this, this was rediscussed with the patient the
supplemental report was noted as of yesterday 10/15/08 and because of this
I am recommending reexcision of the true posterior margin since this is
the margin that had the focus of DCIS present at it.

The patient understands the situation and is willing to proceed with
reexcision of the deep posterior margin. We will excise the deep entire
posterior one half of the margin on Wednesday, 10/29/08 in the operating
room under general anesthesia. We will go through the previous incision
site and then she will proceed with radiation therapy. She will continue
with Dr. Larned for followup and continue with her adjuvant therapy as
recommended by the NSABP-B-40 protocol. Informed consent was obtained
today and we will proceed with re-excision of the posterior margin,
Wednesday, 10/29/08 under general anesthesia.



     Ralph L. Corsetti, M.D.

RLC/co     103        LMod: 10/17/2008 01:13:30 (ET)
dd: 10/16/2008 12:14:14 (ET)     td: 10/17/2008 00:50:16 (ET)     VR:

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00947

```
ALTON OCHSNER MEDICAL FOUNDATION     PATIENT NAME: MRS CYNTHIA THIBODEAUX
1516 JEFFERSON HIGHWAY                CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 10-16-08
PHONE 504/842-3000                   DICTATOR: CORSETTI, RALPH
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY
```

**PROVIDER NOTE**

```
 1499552 / JobID: 33281448   DocID: 26452627
 Document authenticated by Ralph L. Corsetti, M.D., on 11/17/2008 18:38:54 E
```

THIBODEAUX, CYNTHIA  MRN:          Encounter: L-205803420081016 DOS: 10/16/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  00948

Ochsner Health Systems
Pathology and Laboratory Medicine
William G. Hellis Memorial Laboratories
1514 Jefferson Highway - New Orleans, LA  70121
Francis R. Rodwig, Jr. M.D.,M.P.H., Chairman

Anatomic Pathology Laboratory
504-842-3330

HISTOLOGY REPORT

---

Patient Name : THIBODEAUX, CYNTHIA              Client # :
Medical Rec #:                (F)                Billing #:
OF6205994147
Date of Birth:                                  Collected: 10/29/2008
Location     : OUT PATIENT                       Received : 10/30/2008
Accession #  : S08-34992                         Reported : 11/06/2008


ORDERING PHYSICIAN(S):
Ralph L Corsetti


CLINICAL DIAGNOSIS/INFORMATION:
Right breast carcinoma.

dam

SPECIMEN:
True deep posterior margin, right breast (stitches, long lateral,
short superior).

---

FINAL PATHOLOGIC DIAGNOSIS :
    BREAST, RIGHT, REEXCISION DEEP POSTERIOR MARGIN:
        USUAL HYPERPLASIA WITHOUT ATYPIA.
        FIBROCYSTIC CHANGES.
        MICROCALCIFICATIONS.
        NEGATIVE FOR ATYPIA AND MALIGNANCY.



                    Harold E. Sightler, M.D.
                    (Electronically Signed:  11/06/2008)


NAME: THIBODEAUX, CYNTHIA
Medical Record #: 2058034
Account #: 6205994147
Page #: 1


THIBODEAUX, CYNTHIA  MRN:          Encounter: L-6205994147 DOS: 10/29/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01012

Ochsner Health Systems
Pathology and Laboratory Medicine
William G. Hellis Memorial Laboratories
1514 Jefferson Highway – New Orleans, LA   70121
Francis R. Rodwig, Jr. M.D.,M.P.H., Chairman

Anatomic Pathology Laboratory
504-842-3330

---

GROSS :
Received in formalin, labeled true deep posterior margin right
breast, is an 11 x 8 x 3 cm segment of rubbery, lobulated, tan-
brown tissue.  One of the sides resembles a cavity margin.
Specimen has orientation, long is lateral, short superior
resembling a true deep margin.  Representative sections are
submitted, sublabeled as follows:

A-B -- superior posterior margin
C-D -- lateral posterior margin
E-F -- medial posterior margin
G-H -- inferior posterior margin
I-J -- true posterior margin.

J. Alberto Canales

NAME: THIBODEAUX, CYNTHIA
Medical Record #:
Account #: 6205994147
Page #: 2

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6205994147 DOS: 10/29/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01013

OCHSNER HEALTH SYSTEM
**PATHOLOGY & LABORATORY MEDICINE**
WILLIAM G. HELIS MEMORIAL LABORATORIES
1514 JEFFERSON HIGHWAY - NEW ORLEANS, LA  70121
Francis R. Rodwig, Jr. M.D., M.P.H., Chairman

ANATOMIC PATHOLOGY LABORATORY
(504) 842-3330

**Patient Name: THIBODEAUX, CYNTHIA**
**MRN:**
**DOB:** _____        _____    **Sex: F**

**HISTOLOGY REPORT**

Patient Name : **THIBODEAUX, CYNTHIA**          Client # :
Medical Rec #:                                 Billing #: OF6205994147
Date of Birth:                                 Collected: 10/29/2008
Location    : OUT PATIENT                      Received : 10/30/2008
Accession # : S08-34992                        Reported : 11/06/2008


**ORDERING PHYSICIAN(S):**
Ralph L Corsetti


**CLINICAL DIAGNOSIS/INFORMATION:**
Right breast carcinoma.

dam

**SPECIMEN:**
True deep posterior margin, right breast (stitches, long lateral,
short superior).

**FINAL PATHOLOGIC DIAGNOSIS :**
    BREAST, RIGHT, REEXCISION DEEP POSTERIOR MARGIN:
        USUAL HYPERPLASIA WITHOUT ATYPIA.
        FIBROCYSTIC CHANGES.
        MICROCALCIFICATIONS.
        NEGATIVE FOR ATYPIA AND MALIGNANCY.


                    Harold E. Sightler, M.D.
                    (Electronically Signed:  11/06/2008)


**GROSS :**
Received in formalin, labeled true deep posterior margin right
breast, is an 11 x 8 x 3 cm segment of rubbery, lobulated, tan-
brown tissue.  One of the sides resembles a cavity margin.
Specimen has orientation, long is lateral, short superior
resembling a true deep margin.  Representative sections are
submitted, sublabeled as follows:

A-B -- superior posterior margin
C-D -- lateral posterior margin
E-F -- medial posterior margin
G-H -- inferior posterior margin
I-J -- true posterior margin.


                    J. Alberto Canales

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01014**

PAGE 0001 OF 0002

OCHSNER CLINIC FOUNDATION
1514 JEFFERSON HIGHWAY
NEW ORLEANS, LOUISIANA 70121
PHONE 504/842-3000

PAT NAME: THIBODEAUX, CYNTHIA
CLINIC NUMBER:
HOSP NO:    6205994147
PROCEDURE DATE:    10-29-08
DICTATOR: Suvens Shankar


O P E R A T I V E   N O T E


Date of Procedure:  10/29/2008

SURGEON:  Ralph L. Corsetti, M.D.

ASSISTANT:  Suvens Shankar, MD (RES)

PREOPERATIVE DIAGNOSIS:  Right breast cancer with ductal carcinoma in situ (DCIS) at posterior margin.

POSTOPERATIVE DIAGNOSIS:  Right breast cancer with ductal carcinoma in situ (DCIS) at posterior margin.

ANESTHESIA:  LMA.

DESCRIPTION OF PROCEDURE:  The patient was brought to the operating room and placed supine position.  LMA anesthesia was then administered.  Both arms were supported with arm boards.  The patient's right breast, chest, and upper arm were prepped and draped in normal sterile fashion.

Using a #15 blade, an incision was made at the old incision site which was infra-alveolar.  Bovie dissection was done through the skin and subcutaneous tissues and the previously excised lumpectomy cavity was entered into.  Seroma present in the cavity was suctioned.  Using Bovie cautery, we started dissection from the superior aspect moving medially inferiorly and then laterally to core out the wall of the cavity.  In doing so, we carried the dissection down to the level of the pectoralis fascia and the pectoralis major muscle.  This dissection was carried out to include about 0.5 cm of tissue all around the previous lumpectomy cavity.  A good margin was obtained on the posterior aspect to include the pectoral major fascia.  The specimen was sent for pathological examination.  Hemostasis was achieved in the wound.  The wound was closed using 3-0 interrupted Vicryl sutures subdermal and the skin was closed using 4-0 Monocryl sutures.  Steri-Strips were applied.  Fluffs with a supporting bra were applied.  All counts were correct at the end of the case.  Dr. Corsetti was present for the entire procedure.  The patient tolerated the procedure well and was extubated and transferred to the PACU in stable condition.

THIBODEAUX, CYNTHIA  MRN:          Encounter: L-6205994147 DOS: 10/29/2008

PAGE 0002 OF 0002

```
OCHSNER CLINIC FOUNDATION          PAT NAME: THIBODEAUX, CYNTHIA
1514 JEFFERSON HIGHWAY             CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121       HOSP NO:    6205994147
PHONE 504/842-3000                 PROCEDURE DATE:    10-29-08
                                   DICTATOR: Suvens Shankar

   O P E R A T I V E   N O T E
```

_____
RALPH L. CORSETTI, M.D.
Dictated By:  SUVENS SHANKAR, MD (RES)

MQ/66234  D: 10/29/2008 17:25:07  T: 10/29/2008 19:54:03

THIBODEAUX, CYNTHIA  MRN:          Encounter: L-6205994147 DOS: 10/29/2008

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

2/03/08   6206166205
THIBODEAUX ,CYNTHIA
ATT PHYS: THEODOSSIOU, CHRIS
SEX:F   AGE:92 y   DOB:   CIS

DATE 1/14/09

Pain Scale (0-10) ___0___

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____
Location ___Chest___   Huber needle ☐ Yes ☐ No   Gauge 20   1"
☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐
Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
| | | |
|---|---|---|
| blood return ☐ Yes ☑ No* | 10mL saline flush ☑ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X___mL ☑ Yes ☐ No | |
| swelling ☑ Yes* ☐ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | |
| Heplock   Needle removed ☐ | Research Protocol ☑ Yes ☐ No* | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS | |
|---|---|---|---|---|---|---|---|---|---|
| 1015 | Benadryl | 25 mg | IVPB | 50 NS | 1025 | ⊕ | ✓ | NM | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**CHEMOTHERAPY RECORD**

| 1025 | Avastin | 1635 IV | IVPB | 100 NS | 1055 | ⊖ | ✓ | NM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 1000 | NS 100 | — | flw | 1100 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: _____   Encounter: L-6206166205 DOS: 12/3/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

THIBODEAUX, CYNTHIA        12/03/08    6206166205
ATT PHYS: THEODOSSIOU, CHRIS.                    CIS
SEX:F    AGE:62 y    DOB:

## PATIENT ASSESSMENT  Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☐ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☐ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

DESCRIBE: _pain frequently c̄ ? ... Bleeds_
_easily & tenderness redness or swelling_                    _MMxxx_

---

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea            ☐ Bleeding
☐ Fever  100.4       ☐ Mouth sores
☐ Vomiting           ☐ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _44.5 event_ _____                    _MMxxx_

Signature _Mark Mastern_ _____  R.N.        _____  R.N.

_____  R.N.        _____
                                          Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6206166205 DOS: 12/3/2008

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01046**

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

```
                                        12/03/08    6206166205
THIBODEAUX ,CYNTHIA           *
ATT PHYS: THEODOSSIOU  CHRIS            CIS
SEX:F    AGE:62 y    DOB:
```

DATE 12/04/08

Pain Scale (0-10) ___0___

Describe : _____

**IV ACCESS RECORD:**

☐ Central line  ☐ PICC  ☑ Port ☑  Hickman ☐  Passport ☐  Other ☐

Location __Chest__      Huber needle ☑ Yes ☐ No  Gauge __20 1 inch__

☐ Peripheral line  Jelco ☐  Butterfly ☐  Gauge _____  CVC dsg care ☐

Site _____      # of attempts _____    Labs drawn ☑

IV Site Assessment

| | | | | |
|---|---|---|---|---|
| blood return | ☐ Yes | ☑ No* | 10mL saline flush | ☑ Yes  ☐ No |
| redness | ☐ Yes* | ☑ No | 100units/mL hep lock flush X ☐ mL  ☐ Yes ☐ No |
| swelling | ☐ Yes* | ☑ No | Blood return check per policy with vesicant administration  ☐ Yes  ☑ No |
| tenderness | ☐ Yes* | ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes  ☐ No* |
| Heplock | Needle removed ☑ | Research Protocol ☐ Yes  ☑ No |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0845 | Benadryl | 25 mg | IVPB | 50mL NS | 0905 | ⊖ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0905 | Avastin | 1135 mg | IVPB | 100mL NS | 0935 | ⊖ | ✓ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** | | | | | **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0845 | 100mL NS | | 100 | 0940 | 0850 | 123/82 | 69 | 20 | 96.9 |
| | | | | | 0935 | 117/77 | 68 | 18 | |
| | | | | | | | | | |
| | | | | | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 1 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN: _____    Encounter: L-6206166205 DOS: 12/3/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01047

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6206166205

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

**DESCRIBE** *

*(handwritten)* No port blood return. Pt states "it happens from time to time" all lumens patable. [illegible] needle placed in [illegible] Port flushes without difficulty, no swelling noted. — S. May RN

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea   ☑ Bleeding
☑ Fever 100.4   ☑ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐  Admit to hospital ☐
By self ☐  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** *(handwritten)* Pt. tolerated well, no distress.

Signature _S. May RN_ _____ R.N.   _____ R.N.

_____ R.N.   _____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN:   Encounter: L-6206166205 DOS: 12/3/2008

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01048

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

12/03/08   6206168205
THIBODEAUX, CYNTHIA
ATT PHYS: THEODOSSIOU, CHRIS
SEX: F   AGE: 62 y   DOB:                CIS

DATE 12/3/0

Pain Scale (0-10) ___ 0 ___

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____
Location ___Chest___   Huber needle ☐ Yes ☐ No  Gauge 20  (R

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____ # of attempts _____   Labs drawn ☐

**IV Site Assessment:**

| | | |
|---|---|---|
| blood return ☑ Yes ☐ No* | 10mL saline flush ☑ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X ☑ mL ☑ Yes ☐ No | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | |
| Heplock   Needle removed ☐ | Research Protocol ☑ Yes ☐ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1055 | Benadryl | 25 m | IVPB | 50 NS | 1105 | ⊕ | ✓ | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1105 | AVASTIN | 1635 mg | IVPB | 100 NS | 1135 | ⊕ | ✓ | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 1000 | NS 250 | — | flush | 1145 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| TOTAL IVF | |
|---|---|

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN          Encounter: L-6206166205 DOS: 12/3/2008

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

12/03/08    6206166205
THIBODEAUX ,CYNTHIA
ATT PHYS: THEODOSSIOU CHRIS
SEX:F    AGE:62 y    DOB:

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☐ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☐ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

DESCRIBE \* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea     ☐ Bleeding
☐ Fever  100.4  ☐ Mouth sores
☐ Vomiting    ☐ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐  Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _t̄ s̄ event_ _____

Signature ___MaryMartz___ R.N.        _____ R.N.

_____ R.N.        _____
                         Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA  MRN: _____   Encounter: L-6206166205 DOS: 12/3/2008

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

02/04/09   6206544056
**THIBODEAUX ,CYNTHIA**
ATT PHYS: LARNED, ZOE                    CIS
SEX:F   AGE:62 y   DOB

DATE 3/18/09

Pain Scale (0-10) _____ Ø

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   ☑ PICC   ☐ Port   ☐ Hickman   ☐ Passport   Other ☐ _____

Location ① Chest   Huber needle ☑ Yes ☐ No   Gauge 20 1 inch

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____ # of attempts _____   Labs drawn ☐

**IV Site Assessment:**   chronic
blood return ☐ Yes ☑ No*          10mL saline flush ☐ Yes ☑ No
redness ☐ Yes* ☑ No               100units/mL hep lock flush X 5 mL ☑ Yes ☐ No
swelling ☐ Yes* ☑ No              Blood return check per policy with vesicant administration ☑ Yes ☐ No
tenderness ☐ Yes* ☑ No            IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Heplock   Needle removed ☑         Research Protocol ☐ Yes ☑ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0930 | Benadryl | 25 mg | IVPB | 50mL NS | 0950 | + | ✓ | CAM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0950 | Aloxatin | 1023mg | IVPB | 100mL NS | 1030 | + | ✓ | CAM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 0935 | 100mL NS | | K170 | 1025 | 0935 | 137/74 | 79 | 18 | |
| | | | | | 1040 | 128/80 | 75 | 18 | |
| | | | | | | | | | |
| | | | | | | | | | |

| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6206544056 DOS: 2/4/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01070**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

02/04/09   6206544056

THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F   AGE:62 y   DOB

**PATIENT ASSESSMENT  Does Patient Have?**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☑ |  |  |  |

DESCRIBE *_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea     ☐ Bleeding
☑ Fever  100.4   ☑ Mouth sores
☑ Vomiting    ☑ Diarrhea
☐ Other _____

**COMMENTS/TEACHING:** _Pt tolerated well, no distress._

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

Signature _S. Maykal_   R.N.

_____ R.N.

_____ R.N.   _____ R.N.

_____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN        Encounter: L-6206544056 DOS: 2/4/2009

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01071

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

02/04/09    6206544056
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB:                    CIS

DATE __2/25/09__

Pain Scale (0-10) __0/10__

Describe : _____

**IV ACCESS RECORD:**

☑ Central line    PICC ☐    Port ☑    Hickman ☐    Passport ☐    Other ☐ _____

Location __L TA Chest__    Huber needle ☐ Yes ☐ No   Gauge _____

☐ Peripheral line   Jelco ☐    Butterfly ☐    Gauge _____    CVC dsg care ☐

Site _____    # of attempts _____    Labs drawn ☐

**IV Site Assessment:** ml
blood return ☑ Yes  ☐ No*         10mL saline flush ☑ Yes  ☐ No
redness  ☐ Yes*  ☑ No            100units/mL hep lock flush X __5__ mL  ☑ Yes  ☐ No
swelling  ☐ Yes*  ☐ No           Blood return check per policy with vesicant administration  ☑ Yes  ☐ No
tenderness ☐ Yes*  ☑ No          IV site check every 30 minutes (excluding vesicants/irritants)  ☐ Yes  ☐ No*
Heplock   Needle removed ☐                Research Protocol ☐ Yes  ☐ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0915 | Benadryl | 25 mg | IVPB | 50mL NS | 0931 | + | ✓ | MB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0936 | Avastin | 1015mg | IVPB | 100mL NS | 1007 | + | ✓ | MB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**

**VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0915 | NS flush | 100 mL | | 1015 | 0930 | 132/76 | 65 | 20 | — |
| | | | | | 1017 | 132/75 | 64 | 20 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center    page 1 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN: _____   Encounter: L-6206544056 DOS: 2/4/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01072**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

02/04/09   6206544056
THIBODEAUX , CYNTHIA                    ~S
ATT PHYS: LARNED, ZOE
SEX:F   AGE:62 y   DOB:

**PATIENT ASSESSMENT  Does Patient Have?**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☑ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☑ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ |  |  |  |

DESCRIBE * *No Complaints*

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea   ☑ Bleeding
☐ Fever  100.4   ☐ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☐
☐ escort         *per Oci*
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: *Tolerated chemo without distress*

Signature *M Hamoonon* _____ R.N.   _____ R.N.

_____ R.N.   _____
                                        Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 2 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN        Encounter: L-6206544056 DOS: 2/4/2009

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01073

**Ochsner - Chemotherapy Reco[rd]**

**Patient Treatment Documentation Form**

02/04/09   6206544056
**THIBODEAUX ,CYNTHIA**
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB    CIS

DATE 2/4/09

Pain Scale (0-10)  0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line    PICC ☐    Port ☒    Hickman ☐    Passport ☐    Other ☐ _____

Location ___Chest___    Huber needle ☐ Yes  ☐ No   Gauge 20  1"

☐ Peripheral line   Jalco ☐    Butterfly ☐    Gauge _____    CVC dsg care ☐

Site _____ # of attempts _____    Labs drawn ☐

**IV Site Assessment:**  ≠ Activas
| | | |
|---|---|---|
| blood return ☒ Yes  ☐ No* | 10mL saline flush ☐ Yes ☐ No | |
| redness ☐ Yes* ☒ No | 100units/mL hep lock flush X ___ mL ☐ Yes ☐ No | |
| swelling ☐ Yes* ☒ No | Blood return check per policy with vesicant administration ☐ Yes ☐ No | |
| tenderness ☐ Yes* ☒ No | IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☐ No* | |
| Heplock   Needle removed ☐ | Research Protocol ☐ Yes ☐ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0900 | ACTIVASE | 2mg | IVP | — | 0920 | (+) | ✓ | AWM |
| 0925 | Benadryl | 25mL | IVPB | 50NS | 0935 | (+) | ✓ | W |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0935 | AVASTIN | 1635 mg | IVPB | 100 NS | 1005 | (+) | ✓ | WM |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** | | | | | **VITAL SIGNS RECORD** | | |

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0925 | NS 100 | — | IFWith | 1015 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

02/04/09      6206544056
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE                    CIS
SEX:F     AGE:62 y     DOB:

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea          ☑ Bleeding
☑ Fever  100.4    ☑ Mouth sores
☑ Vomiting        ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑  W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _Typ 5 avait_ _____  _M Munteon_

_____
_____

Signature _Mark Munteu_          R.N.          _____  R.N.

_____  R.N.          _____
                                Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2     CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:          Encounter: L-6206544056 DOS: 2/4/2009

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01075

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

MRN:          04/09/08    6206993152
THIBODEAUX ,CYNTHIA        *
ATT PHY.: LARNED, ZOE              CIS
SEX:F    AGE:62 y    DOB:

DATE __5/20/09__

Pain Scale (0-10) ____0____

Describe : _____

**IV ACCESS RECORD:**
☐ Central line    PICC ☐    Port ☐    Hickman ☐    Passport ☐    Other ☐ _____

Location _____    Huber needle ☐ Yes ☐ No  Gauge _____

☐ Peripheral line    Jelco ☑    Butterfly ☐   Gauge __#24__    CVC dsg care ☐

Site ____(L) H____    # of attempts __2__    Labs drawn ☐

**IV Site Assessment:**

| | | | |
|---|---|---|---|
| blood return ☑ Yes  ☐ No* | 10mL saline flush ☐ Yes ☐ No | | |
| redness  ☐ Yes* ☑ No | 100units/mL hep lock flush X ___ mL ☐ Yes ☑ No | | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | | |
| Heplock ☐   Needle removed ☑ | Research Protocol ☐ Yes ☑ No | | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0958 | Benadryl | 25 mg | IV | 50 mL NS | 1015 | (+) | ✓ | PB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1015 | Avastin | 1635mg | IV | 100mL NS | 1045 | (+) | ✓ | PB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**          **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0955 | 100mL NS | Ø | KVO | 1055 | 1000 | 140/74 | 62 | 18 | 96.0 |
| | | | | 1045 | 1045 | 137/79 | 57 | 18 | 96.1 |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

☐ See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2      CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:        Encounter: L-6206993152 DOS: 4/9/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01194**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6 206993152

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☑ | Shortness of breath | ☐ | ☑ |
| Nausea / Vomiting | ☐ | ☑ | Itching / Rash | ☐ | ☑ |
| Constipation / Diarrhea | ☐ | ☑ | Fever / Chills | ☐ | ☑ |
| Numbness / Tingling | ☐ | ☑ | Weak / Tired | ☐ | ☑ |
| Depression | ☐ | ☑ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

**DESCRIBE** *_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐  Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ ascort
to RTC _____
Follow-up appt given to patient ☐ Placed in the mall ☐

☑ Dyspnea    ☑ Bleeding
☑ Fever ↑ 100.4  ☑ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other _____

**COMMENTS/TEACHING:** _____ Pt tolerated tx well.

_____

Signature _S. Buckley RN_ _____  R.N.    _____  R.N.

_____  R.N.    _____
                                  Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN: _____  Encounter: L-6206993152 DOS: 4/9/2009

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

04/09/09    6206993152
**THIBODEAUX, CYNTHIA**
ATT PHYS: LARNED, ZOE
SEX: F   AGE: 62 y   DOB   C/S

DATE 4/29/09

Pain Scale (0-10) ___0___

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location  Chest   Huber needle ☐ Yes ☐ No  Gauge 20 | 1"

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge 24   CVC dsg care ☐

Site (L) FA.   # of attempts 1   Labs drawn ☐

**IV Site Assessment:**
| | | |
|---|---|---|
| blood return ☑ Yes ☐ No* | 10mL saline flush ☑ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | |
| Heplock   Needle removed ☑ | Research Protocol ☑ Yes ☑ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0845 | BENADRYL | 25 mg | IVPB | 50 mL | 0905 | (+) | U | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 0405 | AVASTIN | 1635 mg | IVPB | 100 mL | 0935 | (+) | U | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| START TIME | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 0805 | NS 100+ | Flush | 0905 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN: _____   Encounter: L-6206993152 DOS: 4/9/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01196**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

04/09/09        6206993152
**THIBODEAUX ,CYNTHIA**
ATT PHYS: LARNED, ZOE                CIS
SEX:F    AGE:62 y    DOS:

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☐ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

**DESCRIBE** *_____

---

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea        ☐ Bleeding
☐ Fever  100.4   ☐ Mouth sores
☐ Vomiting       ☐ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐   Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** Port difficult to flush + S bl. ret. — tx given peripherally —
pt sent for port study — they were able to flush but got
no bl. return

Signature  Mark Monte                RN.                                          RN.

                                     RN.
                                     Physician Signature

Form No. 00009 (Rev. 9/12/2006) Copy Center   page 2 of 2    **CLINIC NOTES**

THIBODEAUX, CYNTHIA   MRN:  2058034          L-6206993152 DOS: 4/9/2009

**1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01197**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

THIBODEAUX ,CYNTHIA    04/09/09    . 6206993152
ATT PHYS: LARNED, ZOE
SEX: F    AGE:62 y    DOB
CIS

DATE __4/9/09__

Pain Scale (0-10) ___0___

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location __LCW__    Huber needle ☑ Yes ☐ No  Gauge _+20/in_ _see note_

☐ Peripheral line  Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
| | | |
|---|---|---|
| blood return ☐ Yes ☑ No* | 10mL saline flush ☑ Yes ☐ No | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☑ No | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | |
| Heplock  Needle removed ☑ | Research Protocol ☐ Yes ☐ No | |
| *further documentation under comments | | |

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 10⁰⁹A | Benadryl | 25mg | IVB~ | 50cc NS | 10¹⁰A | ∅ | ✓ | B |
| 9¹⁸A | Actinue | 2mg | IVP | — | 9¹⁸A | ∅ | ✓ | B |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10¹⁴A | Avastin | 162mg | IVB~ | 100cc NS | 10⁵⁵A | + | ✓ | B |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 9³⁵A | NS Flush | 100cc | kvo | 1¹⁰A | 10⁰⁹A | 151/86 | dd | 20 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   **CLINIC NOTES**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

04/09/09
THIBODEAUX ,CYNTHIA          6206993152
ATT PHYS: LARNED, ZOE
SEX:F      AGE:62 y      DOB                    CIS

## PATIENT ASSESSMENT  Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☑ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

DESCRIBE *

Port Accessed c̄ Huber 20 2/in. Unable to flush. Re Accessed c̄ Huber #20 1in By Mark Monty. Cont to be unable to flush. 9% Actuvec 2mg. Installed in to port. Will wait 30 minutes then retry. According to Protocol. — Sayaki

Por Unable to get blood return port Actuvec. Port flushing well. — Sayan

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea   ☑ Bleeding
☑ Fever 100.4   ☐ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _____ Tol erated Infusion s̄ Difficulty.

Signature _____ (R.N.)   _____ R.N.

_____ R.N.   _____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA   MRN:   Encounter: L-6206993152 DOS: 4/9/2009

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

06/10/09    6207476631
**THIBODEAUX ,CYNTHIA**
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB    CIS

DATE 6 | 10 | 09

Pain Scale (0-10)  0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☐   Hickman ☐   Passport ☐   Other ☐ _____

Location _____ Huber needle ☐ Yes ☐ No   Gauge _____

☐ Peripheral line  Jelco ☐  Butterfly ☐   Gauge  24       CVC dsg care ☐

Site   Hand       # of attempts   1       Labs drawn ☐

**IV Site Assessment:**
blood return ☐ Yes  ☐ No*          10mL saline flush ☐ Yes ☐ No
redness   ☐ Yes*  ☐ No            100units/mL hep lock flush X ☐ mL ☐ Yes ☐ No
swelling  ☐ Yes*  ☐ No            Blood return check per policy with vesicant administration  ☐ Yes ☐ No
tenderness ☐ Yes* ☐ No            IV site check every 30 minutes (excluding vesicants/irritants)  ☐ Yes ☐ No*
Heplock ☐   Needle removed ☐       Research Protocol ☐ Yes ☐ No
*further documentation under comments

(Melanie/Denise)

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 935 | Benadryl | 25mg | IV | 50 ccns | 955 | (+) | ✓ | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 955 | Avastin | 1620mg | ✓ | 100 ccns | 1025 | (+) | (B) | M |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 935 | 100 ccns | ⊘ | flush | 1035 | 930 | 141/64 | 65 | 18 | — |
| | | | | | 1030 | 121/70 | 63 | 18 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

☐ See page 2  for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2    CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN:          Encounter: L-6207476631 DOS: 6/10/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

06/10/09    6207476631
THIBODEAUX ,CYNTHIA
ATT PHYS: LARNED, ZOE
SEX:F    AGE:62 y    DOB:

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☑ | Shortness of breath | ☐ | ☑ |
| Nausea / Vomiting | ☐ | ☑ | Itching / Rash | ☐ | ☑ |
| Constipation / Diarrhea | ☐ | ☑ | Fever / Chills | ☐ | ☑ |
| Numbness / Tingling | ☐ | ☑ | Weak / Tired | ☐ | ☑ |
| Depression | ☐ | ☑ | Other | ☐ | ☑ |
| Bleeding / Bruising | ☐ | ☑ | | | |

**DESCRIBE** *_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea    ☐ Bleeding
☑ Fever ↑ 100.4  ☑ Mouth sores
☑ Vomiting    ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _per OCI_
Follow-up appt given to patient ☐ Placed in the mail ☐

**COMMENTS/TEACHING:** _Tolerated infusion 's distress_

Signature _Cl_____   R.N.        _____ R.N.

_____ R.N.        _____
                            Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

THIBODEAUX, CYNTHIA  MRN:        Encounter: L-6207476631 DOS: 6/10/2009

1284-THIBODEAUX, CYNTHIA- Ochsner Health System  01266