# EXHIBIT Q

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form                DATE  5/29/08

**PATIENT ASSESSMENT** Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | • | ✓ | Vomiting | • | ✓ |
| Diarrhea | • | ✓ | Other | • | ✓ |
| Nausea | • | ✓ |  |  |  |
| DESCRIBE* |  |  |  |  |  |

```
6205308251                      CL
KAHN, ELIZABETH            CIS  50 F
LARNED, ZOE                     05/29/08
```

Pain Scale (0-10) ___0/0___

Describe : _____

**IV ACCESS RECORD:**

Central line.   PICC   (Port)   Hickman   Passport   Other _____

Location   R C W                    Huber needle   Yes   No   Gauge 20gx1"

Peripheral line   Jelco   Butterfly   Gauge _____   CVC dsg care

Site _____ # of attempts _____   Labs drawn

**IV Site Assessment:**
blood return  (Yes)  No*       10mL saline flush  (Yes)  No
redness  Yes*  (No)            100units/mL hep lock flush X _5_ mL   (Yes)  No
swelling  Yes*  (No)           Blood return check per policy with vesicant administration  (Yes)  No
tenderness  Yes*  (No)         IV site check every 30 minutes (excluding vesicants/irritants)  (Yes)  No*
Heplock  (Needle removed)      Research Protocol  (Yes)  No
*further documentation under comments

### MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1130 | Benadryl | 50mg | IVPB | 50 mL NS | 1130 | + | ✓ | 8 |
|  | Pepcid | 300mg | IVPB | 50 mL NS |  | + | ✓ | 8 |

### CHEMOTHERAPY RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1150 | Taxotere | 143mg | IVPB | 250 mL | 1305 | + | ✓ | 8 |
| 1310 | Cytoxan | 1330mg | IVPB | 100 mL | 1440 | + | ✓ | 8 |
|  | Capecitabine given to pt by Research RN |  |  |  |  |  |  |  |

### IV FLUIDS/BLOOD PRODUCTS

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 1125 | 250 NS |  | KVO | 1500 |

### VITAL SIGNS RECORD

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 1130 | 138/80 | 74 | 20 | 96.9 |
| 1205 | 182/71 | 71 | 18 | — |
| 1200 | 127/82 | 75 | 18 | 96.9 |
| 1235 | 134/86 | 79 | 8 |  |
| 1255 | 134/88 | 77 | 18 |  |
| 1305 | 118/86 | 72 | 20 |  |
| 1430 | 142/99 | 75 | 20 |  |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center   page 1 of 2       CLINIC NOTES

Ochsner - Chemotherapy Record
Notes and Consultant's Reports

6205308251                    CL
KAHN ,ELIZABETH
LARNED, ZOE              CIS  50  F
                              05/29/08

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
Ambulatory   W/C   Stretcher   Admit to hospital
By self   Accompanied by _Spouse_
escort
to RTC _____

Dyspnea ✓   Bleeding ✓
Fever 100.4 ✓   Mouth sores ✓
Vomiting ✓   Diarrhea ✓
Follow-up appt given to patient   Placed in the mail

Other _____

COMMENTS/TEACHING: _Tolerated well. See ed. sheet._

Signature _Gleanworth_   R.N.   _____ R.N.

_____ R.N.   _____
                                Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

KAHN, ELIZABETH  MRN:        Encounter: L-181360620080529 DOS: 5/29/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00042**

**Ochsner - Chemotherapy**
Patient Treatment Documentation Form   DATE 6-19-08

**PATIENT ASSESSMENT** Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | · | ✓ | Vomiting | · | ✓ |
| Diarrhea | · | ✓ | Other | · |  |
| Nausea | · | ✓ |  |  |  |

DESCRIBE*

_Seen MD this AM_

```
6205308251
KAHN ,ELIZABETH            CL
LARNED, ZOE         CIS  50 F
                         05/29/08
```

Pain Scale (0-10)  0/10

Describe : _Took premed this AM as prescribed_

**IV ACCESS RECORD:**
Central line    PICC    (Port)    Hickman    Passport    Other _____

Location  RLW _____    Huber needle  (Yes)   No    Gauge  20g x 1"

Peripheral line    Jelco    Butterfly    Gauge _____    CVC dsg care

Site _____    # of attempts _____    Labs drawn

**IV Site Assessment:**

| | | |
|---|---|---|
| blood return | (Yes)  No* | 10mL saline flush  (Yes)  No |
| redness | Yes*  (No) | 100units/mL hep lock flush X 5 mL  (Yes)  No |
| swelling | Yes*  (No) | Blood return check per policy with vesicant administration  (Yes)  No |
| tenderness | Yes*  (No) | IV site check every 30 minutes (excluding vesicants/irritants) |
| Heplock | Needle removed | Research Protocol  (Yes)  No* |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 925 | Benadryl | 50mg | IVPB | 50 mL NS | 931 | + | ✓ | gp |
|  | Cimetidine | 300mg | IVPB | 50 mL NS |  | + | ✓ | gp |
| 952 | Zofran | 8mg | IVPB | 50 mL NS | 1010 | + | ✓ | gp |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1012 | Taxotere | 143mg | IVPB | 250 mL NS | 1116 | + | ✓ | gp |
| 1117 | Avastin | 1330mg | IVPB | 100 mL NS | 1220 | + | ✓ | gp |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 925 | 250 mL NS | Ø | KVO | 1230 |
|  |  |  |  |  |
|  |  |  |  |  |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 1000 | 120/85 | 77 | 20 |  |
| 1030 | 132/73 | 77 | 18 |  |
| 1115 | 123/83 | 74 | 20 |  |

TOTAL IVF _____

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center    page 1 of 2    CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6205308251
KAHN ,ELIZABETH          CL
LARNED, ZOE
                         CIS  50 F
                         05/29/08

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
Ambulatory   W/C   Stretcher   Admit to hospital
By self    Accompanied by _friend_
escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

Dyspnea      Bleeding
Fever  100.4   Mouth sores
Vomiting      Diarrhea
Other _____

COMMENTS/TEACHING: _Tolerated well_

Signature _Jeanison_     R.N.          _____ R.N.

                         R.N.          _____
                                       Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

KAHN, ELIZABETH   MRN:        Encounter: L-181360620080619 DOS: 6/19/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00040**

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form          DATE 7/10/08

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | : | ) | Vomiting | : | / |
| Diarrhea | : | | Other | : | / |
| Nausea | : | | | | |

DESCRIBE*  _Seen by MD_

Pain Scale (0-10)  ___0/10___

Describe : _____

6205308251
KAHN ,ELIZABETH                    CL
LARNED, ZOE
                                   CIS  50 F
                                   05/29/08

**IV ACCESS RECORD:**
Central line     PICC    (Port)    Hickman    Passport    Other

Location  _Rt Chest_               Huber needle (Yes)   No   Gauge _20g/1"_

Peripheral line    Jelco    Butterfly    Gauge ____        CVC dsg care

Site _____  # of attempts _____        Labs drawn

**IV Site Assessment:**

| | | |
|---|---|---|
| blood return | (Yes) | No* |
| redness | Yes* | (No) |
| swelling | Yes* | (No) |
| tenderness | Yes* | (No) |
| Heplock | Needle removed | |

10mL saline flush  (Yes)   No
100units/mL hep lock flush X _5_ mL   (Yes)   No
Blood return check per policy with vesicant administration   (Yes)   No
IV site check every 30 minutes (excluding vesicants/irritants)  (Yes)   No*
Research Protocol   Yes    No

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1013 | Benadryl | 50 mg | IVPB | 50 mL | 1029 | ↑ | ✓ | mg |
| 1013 | Cimitidine | 300 mg | IVPB | NS | 1029 | ↑ | ✓ | mg |
| 1030 | Zofran | 8 mg | IVPB | 50 mL NS | 1046 | ↑ | | mg |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1047 | Taxotere | 149 mg | IVPB | 280 mL NS | 1150 | ↑ | ✓ | mg |
| 1151 | Adriamycin | 330 mg | IVPB | 100 mL NS | 1225 | ↑ | ✓ | mg |
| | Capecitabine | 3000 mg po bid to be taken at home D1-14. | | | | — | | mg |

**IV FLUIDS/BLOOD PRODUCTS**                              **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1010 | NS flush | | 100 mL KVO | 1230 | 1010 | 130/92 | 82 | 20 | 96.4 |
| | | | | | 1100 | 137/82 | 88 | 20 | — |
| | | | | | 1155 | 137/85 | 80 | 20 | — |
| | | | | | 1235 | 130/73 | 80 | 20 | — |
| | TOTAL IVF | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center   page 1 of 2        CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6205308251
KAHN ,ELIZABETH
LARNED, ZOE

CL

CIS  50 F
05/29/08

---

**Patient Instruction Given**
Instructed to call nurse or MD for:

Dyspnea    Bleeding
Fever  100.4    Mouth sores
Vomiting    Diarrhea
Other _____

**Patient Discharged**
Ambulatory   W/C   Stretcher   Admit to hospital
By self   Accompanied by *family*
escort   *per eci*
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: *Tolerated well.* _____

_____

Signature *M Lamoreaux* _____ R.N.     _____ R.N.

_____ R.N.     _____
                          Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center    page 2 of 2     **CLINIC NOTES**

KAHN, ELIZABETH  MRN:     Encounter: L-181360620080710 DOS: 7/10/2008

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form   DATE 7/31/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | • | | | |
| Diarrhea | | • | Vomiting | | • |
| Nausea | | • | Other | | • |
| DESCRIBE* | | | | | |

DESCRIBE: Soles of feet peeling
MD appt this AM - Taxotere decreased

6205556492
KAHN ,ELIZABETH          CL
PHILLIPS, JOSEPH
                        CIS  50 F
                        07/31/08

Pain Scale (0-10)   0/10

Describe :

**IV ACCESS RECORD:**

Central line   PICC   (Port)   Hickman   Passport   Other

Location   RCW          Huber needle (Yes)   No   Gauge 20g x 1"

Peripheral line   Jelco   Butterfly   Gauge ____   CVC dsg care

Site ____   # of attempts ____   Labs drawn

**IV Site Assessment:**
blood return (Yes)   No*        10mL saline flush (Yes)   No
redness   Yes*  (No*)          100units/mL hep lock flush X5 ___ mL  (Yes)   No
swelling  Yes*  (No*)          Blood return check per policy with vesicant administration  (Yes)   No*
tenderness Yes* (No*)          IV site check every 30 minutes (excluding vesicants/irritants) (Yes)  No*
Heplock   Needle Removed       Research Protocol (Yes)(No)  No*
*further documentation in under comments

### MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1002 | Zofran | 8 mg | IVPB | 50 ne NS | 1018 | + | ✓ | OC |
| 143 | Benadryl | 50 mg | IVPB | 50 ne NS | 1001 | + | ✓ | OC |
| | Tagamet | 300 mg | IVPB | 50 ne NS | 1001 | + | ✓ | OC |
| | Pt took pre meds this AM as directed | | | | | | | |

### CHEMOTHERAPY RECORD

| START | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1120 | Bevacizumab | 1330 mg | IVPB | 100 mL | 1150 | + | ✓ | OC |
| 1200 | Taxotere | 120 mg | IVPB | 250 ne | 1120 | + | ✓ | OC |
| | Capecitabine given to pt buy OCT RN Melanie | | | | | | | |

### IV FLUIDS/BLOOD PRODUCTS

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 925 | NS 250 ne | Ø | KVO | 1210 |

### VITAL SIGNS RECORD

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 940 | 145/89 | 89 | 20 | 95⁶ |
| 1045 | 138/85 | 76 | 20 | — |
| 1150 | 138/87 | 71 | 18 | |
| 1150 | 144/85 | 74 | 20 | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center   page 1 of 2   CLINIC NOTES

KAHN, ELIZABETH   MRN:          Encounter: L-181360620080731 DOS: 7/31/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System   00035**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

6205556492                    CL
KAHN ,ELIZABETH
PHILLIPS, JOSEPH          CIS  50 F
                         07/31/08

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
Ambulatory    W/C    Stretcher    Admit to hospital
By self    Accompanied by _____
escort
to RTC _____
Follow-up appt given to patient    Placed in the mail

Dyspnea    Bleeding
Fever — 100.4    Mouth sores
Vomiting    Diarrhea
Other _____

**COMMENTS/TEACHING:** _Tolerated well_

Signature _____ R.N.          _____ R.N.

_____ R.N.          Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center    page 2 of 2    **CLINIC NOTES**

KAHN, ELIZABETH  MRN:          Encounter: L-181360620080731 DOS: 7/31/2008

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form          DATE  8/21/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | | • | Vomiting | | • |
| Diarrhea | | • | Other | • | |
| Nausea | | • | | | |

DESCRIBE*

6205556492                    CL
KAHN ,ELIZABETH
PHILLIPS, JOSEPH              CIS  50 F
                             07/31/08

Pain Scale (0-10) _____ 0

Describe : _____

**IV ACCESS RECORD:**

Central line     PICC    (Port)    Hickman    Passport    Other _____

Location   Rt chest Wall                Huber needle   (Yes)   No   Gauge _____

Peripheral line    Jelco    Butterfly    Gauge _____         CVC dsg care

Site _____ # of attempts _____   Labs drawn

**IV Site Assessment:**

| | | |
|---|---|---|
| blood return | (Yes)  No* | 10mL saline flush  (Yes)  No |
| redness | Yes*  (No) | 100units/mL hep lock flush X ___ mL  (Yes)  No |
| swelling | Yes*  (No) | Blood return check per policy with vesicant administration   Yes  (No) |
| tenderness | Yes*  (No) | IV site check every 30 minutes (excluding vesicants/irritants)  (Yes)  No* |
| Heplock | Needle removed | Research Protocol   Yes  (No) |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1220 | Dexamethasone | 20mg | IVPB | 50ml NS | 1250 | + | ✓ | |
| | aloxi | .25mg | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1300 | Adriamycin | 119mg | IVP | — | 1310 | + | ✓ | |
| 1310 | Cytoxan | 1194mg | IVPB | 250ml NS | 1400 | + | ✓ | |
| 1400 | Adriastin | 134mg | IVPB | 100ml NS | 1430 | + | ✓ | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 1210 | 250ml NS | — | KVO | 1440 |
| | | | | |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| 1400 | 147/80 | 84 | 18 | |
| 1500 | 120/70 | 91 | 18 | |

TOTAL IVF

See page 2  for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center     page 1 of 2        CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**Patient Instruction Given**
Instructed to call nurse or MD for:

Dyspnea      Bleeding
Fever  100.4  Mouth sores
Vomiting      Diarrhea
Other _____

**Patient Discharged**
Ambulatory   W/C   Stretcher      Admit to hospital
By self    Accompanied by   _friend_
escort
to RTC _____
Follow-up appt given to patient   Placed in the mall

COMMENTS/TEACHING: _Tolerated Well_____

Signature _____ R.N.        _____ R.N.

_____ R.N.        _____
                                          Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2     CLINIC NOTES

KAHN, ELIZABETH   MRN:          Encounter: L-181360620080821 DOS: 8/21/2008

1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00034

**Ochsner - Chemotherapy Record**
Patient Treatment Documentation Form        DATE 9/11/08

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | · | | Vomiting | · | |
| Diarrhea | · | | Other | · | |
| Nausea | · | | | | |

DESCRIBE*

6205556492
KAHN, ELIZABETH                CL
PHILLIPS, JOSEPH

Pain Scale (0-10)    0

Describe : 0

**IV ACCESS RECORD:**

Central line    PICC    Port    Hickman    Passport    Other

Location  B Chest                    Huber needle  Yes    No    Gauge 20 g 1 in

Peripheral line    Jelco    Butterfly    Gauge _____    CVC dsg care _____

Site _____    # of attempts _____    Labs drawn _____

**IV Site Assessment:**

| | | | |
|---|---|---|---|
| blood return | Yes | No* | 10mL saline flush   Yes   No |
| redness | Yes* | No | 100units/mL hep lock flush X 5 mL   Yes   No |
| swelling | Yes* | No | Blood return check per policy with vesicant administration   Yes*   No |
| tenderness | Yes* | No | IV site check every 30 minutes (excluding vesicants/irritants)   Yes   No* |
| Heplock | Needle removed | | Research Protocol   Yes   No* |

*further documentation under comments

### MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1245 | Dexamethasone | 20 mg | IVPB | NS 50 ml | 1301 | + | ✓ | ab |
| | Aloxi | 0.25 mg | | | | | | |
| 1215 | Ativase | 2mg/2ml | IV | — | 1245 | + | ✓ | ab |

### CHEMOTHERAPY RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1301 | Doxorubicin | 121 mg | IV Push | — | 1320 | + | ✓ | ab |
| 1320 | cyclophosphamide | 1205 mg | IVPB | NS 250 ml | 1350 | + | ✓ | acm |
| 1351 | Taxotere | 1360 mg | IVPB | NS 100 ml | 1425 | + | ✓ | acm |

### IV FLUIDS/BLOOD PRODUCTS          VITAL SIGNS RECORD

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1135 | NS 250 ml | flush | | 1350 | 1350 | 122/82 | 70 | 20 | |
| 1300 | NS 250 ml | flush | | 1430 | 1425 | 143/87 | 76 | 20 | |

TOTAL IVF _____

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 1/24/2008) Copy Center    page 1 of 2    CLINIC NOTES

KAHN, ELIZABETH   MRN:         Encounter: L-181360620080911 DOS: 9/11/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00031**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Report**

1135 R chest port �ã blood return but flushes well
NS 250ml infusing. Dr _____ 1215 no
blood return �ã 250 ml NS infused. Activase
2mg/2ml pushed into port and clamped x 3 minutes
1245 Brisk blood return upon aspiration.
Premeds started. A Singer

**Patient Instruction Given**
Instructed to call nurse or MD for:

Dyspnea    Bleeding
Fever > 100.4    Mouth sores
Vomiting    Diarrhea
Other _____

**Patient Discharged**
Ambulatory   W/C   Stretcher   Admit to hospital
By self   Accompanied by _friend_ ✓
      escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** Tolerated well.
Delayed Emesis protocol �ã Dex and Reglan reviewed.
Pt. verbalizes correct dosage and frequency.

Signature _A Singer_ R.N. _____ R.N.

_____ R.N.   _____ Physician Signature

Form No. 00009 (Rev. 1/24/2008) Copy Center   page 2 of 2   **CLINIC NOTES**

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00032**

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

DATE 10/2/08

| | |
|---|---|
| MRN: | 6205787362 |
| KAHN ,ELIZABETH | |
| ATT PHYS: THEODOSSIOU, CHRIS | CIS |
| SEX:F   AGE:50 y | |

Pain Scale (0-10)  0/10

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location   RCW _____   Huber needle ☑ Yes  ☐ No   Gauge 20g x 1"

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes  ☐ No*
redness ☐ Yes*  ☑ No
swelling ☐ Yes*  ☑ No
tenderness ☐ Yes*  ☑ No
Heplock ____   Needle removed ☑

10mL saline flush ☑ Yes  ☐ No
100units/mL hep lock flush X 5 mL ☑ Yes  ☐ No
Blood return check per policy with vesicant administration ☑ Yes  ☐ No
IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes  ☐ No*
Research Protocol ☑ Yes  ☐ No

*further documentation under comments

### MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1215 | Dexamethasone | 20 mg | IVPB | 50 ml NS | 1231 | + | y | SP |
| | Aloxi | 0.25 mg | IVPB | 50 ml NS | 1231 | + | y | SP |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### CHEMOTHERAPY RECORD

| 1231 | Doxorubicin | 120 mg | IVP | — | 1246 | + | y | SP |
| 1250 | Cyclophosphamide | 1200 mg | IVPB | 250 ml | 1330 | + | y | SP |
| | | | | | | | | |
| | | | | | | | | |

### IV FLUIDS/BLOOD PRODUCTS / VITAL SIGNS RECORD

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1210 | NS 250 ml | ∅ | KVO | 1330 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

KAHN, ELIZABETH   MRN:      Encounter: L-6205787362 DOS: 10/2/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System   00029**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

MRN:
**KAHN ,ELIZABETH**          6205787362
ATT PHYS: THEODOSSIOU, CHRIS
SEX:F     AGE:50 y                              CIS

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

DESCRIBE * _____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea        ☐ Bleeding
☑ Fever 100.4    ☐ Mouth sores
☑ Vomiting       ☑ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑  W/C ☐  Stretcher ☐   Admit to hospital ☐
By self ☐  Accompanied by ☑ _friend_
☐ escort
to RTC
Follow-up appt given to patient _____ Placed in the mail
_Day 001_

COMMENTS/TEACHING: _Reinforced delayed emesis instructions_
_H States will take exact way she has before b/c she had good_
_results Tolerated chemo today_

Signature _Juddison(?)_ _____ R.N.     _____ R.N.

_____ R.N.     _____ Physician Signature

Form No. 00009 (Rev. 9/12/2006) Copy Center   page 2 of 2   CLINIC NOTES

KAHN, ELIZABETH  MRN:        Encounter: L-6205787362 DOS: 10/2/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00030**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN: 6205787362
KAHN ,ELIZABETH
ATT PHYS: THEODOSSIOU, CHRIS
SEX:F  AGE:50 y   CIS

DATE _10/23/08_

Pain Scale (0-10) _0/10_

Describe : _____

**IV ACCESS RECORD:**
☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location _RCW_    Huber needle ☑ Yes  ☐ No  Gauge _20g x 1"_

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☑Yes ☐No*   10mL saline flush ☑ Yes ☐ No
redness ☐Yes* ☑No*   100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No
swelling ☐Yes* ☑No   Blood return check per policy with vesicant administration ☑ Yes ☐ No
tenderness ☐Yes* ☑No   IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Heplock   Needle removed ☑   Research Protocol ☐ Yes ☐ No
*further documentation under comments

### MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1225 | Dexamethasone | 20mg | | | | + | y | |
| | Aloxi | 0.25mg | | | | + | y | |

### CHEMOTHERAPY RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1450 | Doxorubicin | 120mg | IVP | | 1505 | + | y | |
| 1506 | Cytoxan | 1200 mg | NPB | 250mL | 1536 | + | y | |

### IV FLUIDS/BLOOD PRODUCTS / VITAL SIGNS RECORD

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1220 | NS 250ml | ∅ | KVO | 1543 | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2   CLINIC NOTES

KAHN, ELIZABETH  MRN:        Encounter: L-6205787362 DOS: 10/23/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00027**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT  Does Patient Have?**

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☐ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ |  |  |  |

DESCRIBE *_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea      ☐ Bleeding
☐ Fever  100.4  ☐ Mouth sores
☐ Vomiting     ☐ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by _____
☐ escort
to RTC
Follow-up appt given to patient    Placed in the mail

COMMENTS/TEACHING: _Tolerated well Will have surgery_
_in Nov. Will resume the chemo after 4 weeks or_
_per protocol_

Signature _____  R.N.      _____ R.N.

_____ R.N.      _____
                                Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2      **CLINIC NOTES**

KAHN, ELIZABETH  MRN:            Encounter: L-6205787362 DOS: 10/23/2008

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00028**

Ochsner Health System

Coding Summary

| | | |
|---|---|---|
| Patient Name: Kahn, Elizabeth | Billing No: 6205787362 | MRN: |
| Date of Birth: | Sex:    FEMALE | SSN: |
| Age at Admit:    50 years | Race:    Unknown | LOS:   130 |
| Admit Date/Time:    10/02/2008  1130 | Disch Date/Time: | Total Charges:$6,476.32 |
| Attend Phys:   00047201  Theodossiou, Chris | Financial Class  U   HMO/PPO Contracts (Managed Care Plans) | |
| Patient Type:   O   Outpatient | Payor 1: U85 U85 UNITED OPTIONS | |
| Det Pt Type:    T    PT, OT, Speech Therapy, Rad | Payor 2: | |
| Disch Service:   ONC    ONCOLOGY | Payor 3: | |
| Admit Dx:    V58.11 ANTINEOPLASTIC CHEMO ENC | Discharge Status: | |

Seq POA   Diagnosis     Description

| | | |
|---|---|---|
| 1 | V58.11 | Encounter for antineoplastic chemotherapy |
| 2 | 174.8 | Malignant neoplasm of female breast |

| Seq/Ep | Procedure | Modifiers 1 2 3 4 5 | Start | End | Provider | Role |
|---|---|---|---|---|---|---|
| 1 | 1 99.25  INJECT CA CHEMOTHER NEC | | 10/02/2008 | | | |
| | | | | | 00047201 Theodossiou, Chris | SU |
| 2 | 1 99.29  INJECT/INFUSE NEC | | 10/02/2008 | | | |
| | | | | | 00047201 Theodossiou, Chris | SU |

Consult Performed By
<None>

KAHN, ELIZABETH   MRN:          Encounter: L-6205787362 DOS: 10/2/2008

KAHN, ELIZABETH
ATT PHYS: CORSETTI, RALPH L.
SEX: F      AGE: 51 y                    SUR

## OCHSNER

## POST-OPERATIVE NOTE

Form No. 3923  (Rev. 1/08)

Date of Service: 12/10/08

Pre-op Diagnosis: Hx (L) locally advanced breast carcinoma s/p

Post-op Diagnosis: same        Primary chemotherapy

Procedure(s):

1) Left Breast wire localization partial mastectomy
   (lumpectomy)

2) Left axillary sentinel lymph node biopsies x 3

3) Injection of blue dye & radiocolloid into (L) breast
                                    for SLN
Length of Open Biopsy Incision:                     identification

Size of Lesion:

Surgeon(s): Corsetti

Assistant(s): D. Bourgeois

Anesthesia: (GETA)   IV Sedation   Epidural   Spinal   Local
(circle all applicable)

Findings/Key Components: (To be completed by Staff Physician Only):

Diagram

1) (L) SLNBx  #1  hot, blue "160" ⟶ ⬭
2) (L)  "   #2  warm blue "50" ⟶ ⬭
3) (L)  "   #3  hot', blue "85" ⟶ ⬭
4) (L) Breast lumpectomy SS-sup, LS-lat
5) Additional (L) ax. flap
        tissue

Est. Bld Loss: Min          Urine Output:            Drains: ∅

IV Fluids: Crystalloid:            Colloid:            Bld/Bld Prod: ∅

In accordance with Ochsner policy, I was present during the key
components and was available throughout the entire procedure.

Staff Surgeon Signature: _____

Yellow - Chart Copy-File in Progress Notes  •  White - PFO Copy  •  Pink - Department Copy



KAHN, ELIZABETH  MRN:        Encounter: L-6206202023 DOS: 12/10/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01097**

Ochsner Medical Center          NAME: KAHN, ELIZABETH
1516 Jefferson Hwy.             Medical Record #:
New Orleans, LA  70121          Account #: 6206202023
                               Admit Date: 12/10/2008
                               Discharge Date:  /  /

OPERATIVE REPORT

Date of Procedure:  12/10/2008

SURGEON:  Ralph L. Corsetti, M.D.

ASSISTANT:  Dan P. Bourgeois, M.D. (RES)

ANESTHESIA:  General endotracheal anesthesia.

PREOPERATIVE DIAGNOSIS:  History of left breast locally advanced
breast carcinoma status post primary chemotherapy.

POSTOPERATIVE DIAGNOSIS:  History of left breast locally advanced
breast carcinoma status post primary chemotherapy.

PROCEDURE:
1. Left breast wire localization partial mastectomy (lumpectomy).
2. Left axillary sentinel lymph node biopsies x3.
3. Injection of isosulfan Lymphazurin blue and radiocolloid into
   the left breast for sentinel lymph node identification.

PROCEDURE IN DETAIL:  The patient underwent preoperative wire
localization of the left breast.  The wire was in the upper outer
quadrant and was traveling inferiorly from its insertion site.  On the
localization films the wire seemed to be traveling somewhat medially,
but in situ.  The wire was traveling slightly laterally from the
insertion site.  The patient was injected in the preop holding area in
the left subareolar region with the radiocolloid.  She was brought to
the operating room.  She underwent general anesthesia.  The left
breast was then further injected with the isosulfan Lymphazurin blue
dye.  This was allowed to migrate and move to the axilla for 10-15
minutes as the breast was prepped and draped in a sterile fashion
along with the left arm and axilla.  With the area prepped and draped
in a sterile fashion a hot spot was noted with the gamma probe in the
left axilla.  A transverse inferior axillary incision was made using
sharp dissection.  The electrocautery was used to divide the
subcutaneous tissue.  The clavipectoral fascia was opened and we found
some radioactive and blue lymph node in the level I region.  The first
specimen was sentinel lymph node biopsy #1 from the left axilla level
I hot and blue with an ex vivo count of 160.  Adjacent to this was a
left sentinel lymph node biopsy #2 with an ex vivo count of
approximately 50 and this was also labeled as warm and blue.  Specimen
#3 was sentinel lymph node biopsy #3 hot and blue with an ex vivo
count of 85.  All of these were in the level I region and all three
were negative on frozen section for any evidence of metastatic
carcinoma.  Once they had been removed there was essentially no
residual radioactivity or blue dye noted in the left axillary level I
and level II region, indicating adequate sentinel lymph node biopsy.
We had taken some additional left axillary tissue during dissection of
these three nodes and this was submitted for permanent sectioning and

Page #: 2

```
Ochsner Medical Center          NAME: KAHN, ELIZABETH
1516 Jefferson Hwy.             Medical Record #:
New Orleans, LA  70121          Account #: 6206202023
                               Admit Date: 12/10/2008
                               Discharge Date:   /  /
```

OPERATIVE REPORT

that was specimen #5 labeled as additional left axillary tissue.
Attention was then turned to the breast itself which was marked with a
transverse oblique periareolar incision in the upper outer quadrant
slightly inferior to the wire insertion site.  The skin incision was
made.  Circumferential dissection was made around the anticipated
tract of the wire.  This was taken close to but not down to the
pectoralis fascia.  The specimen was removed and labeled with a short
stitch superior and a long stitch lateral.  Hemostasis was achieved in
the lumpectomy site with electrocautery.  Specimen radiograph
confirmed the proper removal of the clip and the desired area for
lumpectomy.  The lumpectomy was submitted as specimen #4 for permanent
sectioning.  With hemostasis achieved in the lumpectomy site and the
axillary lymph node site, the axilla was closed with interrupted 3-0
Vicryl suture on the clavipectoral fascia.  The blue lymphatic
afferent channel that was leading from the breast to the axilla was
oversewn with 3-0 Vicryl suture as well.  The deep dermal subcutaneous
layer was closed with interrupted 3-0 Vicryl suture and the skin
closed with a running 4-0 Monocryl subcuticular skin closure.
Attention was then turned to the lumpectomy site.  This was closed in
a similar fashion with a deep dermal subcutaneous layer of interrupted
3-0 Vicryl suture followed by running 4-0 Monocryl subcuticular skin
closure.  Steri-Strips, sterile gauze dressing were applied.
Estimated blood loss had been minimal.  No drains were placed.  All
specimens were then submitted for further permanent sectioning and
immuno stains on the sentinel nodes.  She tolerated the procedure well
and was turned over to anesthesia for extubation in a satisfactory
condition.

_____
RALPH L. CORSETTI, M.D.

HQ/810304  D: 12/12/2008 11:10:29  T: 12/12/2008 11:41:46

Authenticated by Ralph L. Corsetti, MD On 12/17/2008 08:47:27 AM

1018- KAHN, ELIZABETH- Ochsner Health System  01123

PAGE 0001 OF 0003

OCHSNER CLINIC FOUNDATION
1514 JEFFERSON HIGHWAY
NEW ORLEANS, LOUISIANA 70121
PHONE 504/842-3000

PAT NAME: KAHN, ELIZABETH
CLINIC NUMBER:
HOSP NO:   6206202023
PROCEDURE DATE:   12-12-08
DICTATOR: CORSETTI, RALPH L

O P E R A T I V E  N O T E

Page #: 1

Ochsner Medical Center
1516 Jefferson Hwy.
New Orleans, LA  70121

NAME: KAHN, ELIZABETH
Medical Record #:
Account #: 6206202023
Admit Date: 12/10/2008
Discharge Date:   /  /

OPERATIVE REPORT

Date of Procedure:  12/10/2008

SURGEON:  Ralph L. Corsetti, M.D.

ASSISTANT:  Dan P. Bourgeois, M.D. (RES)

ANESTHESIA:  General endotracheal anesthesia.

PREOPERATIVE DIAGNOSIS:  History of left breast locally advanced
breast carcinoma status post primary chemotherapy.

POSTOPERATIVE DIAGNOSIS:  History of left breast locally advanced
breast carcinoma status post primary chemotherapy.

PROCEDURE:
1. Left breast wire localization partial mastectomy (lumpectomy).
2. Left axillary sentinel lymph node biopsies x3.
3. Injection of isosulfan Lymphazurin blue dye and radiocolloid into
   the left breast for sentinel lymph node identification.

PROCEDURE IN DETAIL:  The patient underwent preoperative wire
localization of the left breast.  The wire was in the upper outer
quadrant and was traveling inferiorly from its insertion site.  On the
localization films the wire seemed to be traveling somewhat medially,
but in situ.  The wire was traveling slightly laterally from the
insertion site.  The patient was injected in the preop holding area in
the left subareolar region with the radiocolloid.  She was brought to
the operating room.  She underwent general anesthesia.  The left
breast was then further injected with the isosulfan Lymphazurin blue

**** COPY ****

KAHN, ELIZABETH  MRN:          Encounter: L-6206503015 DOS: 1/5/2009

PAGE 0002 OF 0003

OCHSNER CLINIC FOUNDATION          PAT NAME: KAHN, ELIZABETH
1514 JEFFERSON HIGHWAY             CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121       HOSP NO:   6206202023
PHONE 504/842-3000                 PROCEDURE DATE:    12-12-08
                                   DICTATOR: CORSETTI, RALPH L

O P E R A T I V E   N O T E

dye.  This was allowed to migrate and move to the axilla for 10-15
minutes as the breast was prepped and draped in a sterile fashion
along with the left arm and axilla.  With the area prepped and draped
in a sterile fashion a hot spot was noted with the gamma probe in the
left axilla.  A transverse inferior axillary incision was made using
sharp dissection.  The electrocautery was used to divide the
subcutaneous tissue.  The clavipectoral fascia was opened and we found
some radioactive and blue lymph node in the level I region.  The first
specimen was sentinel lymph node biopsy #1 from the left axilla level
I hot and blue with an ex vivo count of 160.  Adjacent to this was a
left sentinel lymph node biopsy #2 with an ex vivo count of
approximately 50 and this was also labeled as warm and blue.  Specimen
#3 was sentinel lymph node biopsy #3 hot and blue with an ex vivo
count of 85.  All of these were in the level I region and all three
were negative on frozen section for any evidence of metastatic
carcinoma.  Once they had been removed there was essentially no
residual radioactivity or blue dye noted in the left axillary level I
and level II region, indicating adequate sentinel lymph node biopsy.
We had taken some additional left axillary tissue during dissection of
these three nodes and this was submitted for permanent sectioning and


                        Page #: 2

Ochsner Medical Center            NAME: KAHN, ELIZABETH
1516 Jefferson Hwy.               Medical Record #:
New Orleans, LA  70121            Account #: 6206202023
                                 Admit Date: 12/10/2008
                                 Discharge Date:   /   /

OPERATIVE REPORT

that was specimen #5 labeled as additional left axillary tissue.
Attention was then turned to the breast itself which was marked with a
transverse oblique periareolar incision in the upper outer quadrant
slightly inferior to the wire insertion site.  The skin incision was
made.  Circumferential dissection was made around the anticipated
tract of the wire.  This was taken close to but not down to the
pectoralis fascia.  The specimen was removed and labeled with a short
stitch superior and a long stitch lateral.  Hemostasis was achieved in
the lumpectomy site with electrocautery.  Specimen radiograph
confirmed the proper removal of the clip and the desired area for
lumpectomy.  The lumpectomy was submitted as specimen #4 for permanent
sectioning.  With hemostasis achieved in the lumpectomy site and the
axillary lymph node site, the axilla was closed with interrupted 3-0

**** COPY ****

MRN: 1813606   01/05/09   6206503015
KAHN ,ELIZABETH        *
ATT PHYS: SCROGGINS, TROY G.JR.          XRT
SEX: F   AGE: 51 y

PAGE 0003 OF 0003

OCHSNER CLINIC FOUNDATION            PAT NAME: KAHN, ELIZABETH
1514 JEFFERSON HIGHWAY               CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121         HOSP NO:   6206202023
PHONE 504/842-3000                   PROCEDURE DATE:    12-12-08
                                     DICTATOR: CORSETTI, RALPH L

   O P E R A T I V E   N O T E

Vicryl suture on the clavipectoral fascia.  The blue lymphatic
afferent channel that was leading from the breast to the axilla was
oversewn with 3-O Vicryl suture as well.  The deep dermal subcutaneous
layer was closed with interrupted 3-O Vicryl suture and the skin
closed with a running 4-O Monocryl subcuticular skin closure.
Attention was then turned to the lumpectomy site.  This was closed in
a similar fashion with a deep dermal subcutaneous layer of interrupted
3-O Vicryl suture followed by running 4-O Monocryl subcuticular skin
closure.  Steri-Strips, sterile gauze dressing were applied.
Estimated blood loss had been minimal.  No drains were placed.  All
specimens were then submitted for further permanent sectioning and
immuno stains on the sentinel nodes.  She tolerated the procedure well
and was turned over to anesthesia for extubation in a satisfactory
condition.


_____

RALPH L. CORSETTI, M.D.


MQ/810304  D: 12/12/2008 11:10:29  T: 12/12/2008 11:41:46


Authenticated by Ralph L. Corsetti, MD On 12/17/2008 08:47:27 AM

MRN:              01/05/09   6206503015
KAHN ,ELIZABETH              *
ATT PHYS: SCROGGINS, TROY G.JR.        XRT
SEX:F    AGE:51 y

                    **** COPY ****

KAHN, ELIZABETH  MRN:          Encounter: L-6206503015 DOS: 1/5/2009

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN:                    01/08/09
KAHN ,ELIZABETH                6206438566
ATT PHYS: LARNED, ZOE
SEX: F      AGE: 51 y                    Cts

DATE 1/8/09

Pain Scale (0-10) 8

Describe : _____

_____

**IV ACCESS RECORD:**
☑ Central line    PICC ☐    Port ☑    Hickman ☐    Passport ☐    Other ☐ _____

Location ___(R) cw___          Huber needle ☑ Yes  ☐ No   Gauge _____

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____         CVC dsg care ☐

Site _____ # of attempts _____    Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes  ☐ No*      10mL saline flush ☑ Yes  ☐ No
redness ☐ Yes*  ☑ No          100units/mL hep lock flush X __5__ mL ☑ Yes  ☐ No
swelling ☐ Yes*  ☑ No         Blood return check per policy with vesicant administration ☑ Yes  ☐ No
tenderness ☐ Yes*  ☑ No       IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes  ☐ No*
Heplock      Needle removed ☑   Research Protocol ☐ Yes  ☑ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12YS | Avastin | 1380 mg | IV | 100cc NS | 1315 | (+) | | JC |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS** / **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1230 | 100cc NS | 8 | flush | 1322 | 1240 | 118/87 | 12 | 28 | — |
| | | | | | 1330 | 151/84 | 74 | 20 | — |
| | | | | | | | | | |
| | | | | | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2    CLINIC NOTES

1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00025

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT**  Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☐ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea         ☐ Bleeding
☐ Fever  100.4    ☐ Mouth sores
☐ Vomiting        ☐ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☐   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

**COMMENTS/TEACHING:** _____
_____
_____

Signature _____ R.N.    _____ R.N.

_____ R.N.

_____
Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 2 of 2    **CLINIC NOTES**

KAHN, ELIZABETH  MRN:           Encounter: L-6206438566 DOS: 1/8/2009

6205787362

**KAHN, ELIZABETH**
MRN:
ATT PHYS: THEODOSSIOU, CHRIS
SEX: F     AGE: 50 y                    CIS

Ochsne
Chemo    MRN:
Outpat   KAHN, ELIZABETH    01/08/09    6206438566
Resear   ATT PHYS: LARNED, ZOE
         SEX: F    AGE: 51 y               CIS    1

Reminder: **No abbreviations**

| Date: | 1 8 09 | | Allergies: | PCN, Cipro |
|---|---|---|---|---|

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab 15mg/kg X 10 doses

Ht 110 cm    Wt 201.3 (92 kg)    BSA 2.02

Research Protocol: NSABP B-40 (Grup 3B)    Protocol # B00296913

Protocol Nurse: Melanie Zazular, RN    Drugs supplied: Bevacizumab

Labs: WBC: 4.06    HGB/Hct: 13.5/42.5    Platelets: 204
Segs/Brands: 61.7% granular    Lymphs/Mono: 223/7.1    Creatinine: 0.8
ANC: 2505    UPC 0.06

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone 4 mg PO |
| | ___ Other Antiemetic ___ |

___ Delayed Emesis:  Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors:  ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
___ Filgrastin (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Cycle 1  Day 1 | | | | | | |
| Bevacizumab | 15mg/kg | 1380 mg | IV over 30 mins | 1 8 09 | MM | C |
| | | | | | | |
| | | | | | | |

Physician: B

Protocol Nurse: Melanie Zazular    Chemo Nurse: Mark Mint    Chemo Nurse: Clstnu

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00052**

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN:
KAHN ,ELIZABETH    01/08/09    6206438566
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y    CIS

DATE 1/29/09

Pain Scale (0-10) 0

Describe :_____

**IV ACCESS RECORD:**
☐ Central line   ☐ PICC ☐   ☑ Port ☐   Hickman ☐   Passport ☐   Other ☐ _____
Location Rt chest wall _____   Huber needle ☑ Yes   ☐ No   Gauge 20 1"

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes   ☐ No*
redness   ☐ Yes*  ☑ No
swelling   ☐ Yes*  ☑ No
tenderness ☐ Yes*  ☑ No
Heplock   Needle removed ☑

10mL saline flush ☑ Yes   ☐ No.
100units/mL hep lock flush X 5 mL ☑ Yes   ☐ No
Blood return check per policy with vesicant administration   ☐ Yes  ☑ No
IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes   ☐ No*
Research Protocol ☐ Yes   ☑ No

*further documentation under comments

| MEDICATION RECORD | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| CHEMOTHERAPY RECORD | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1050 | Avastin | 1330mg | IVPB | 100mINS | 1120 | + | ✓ | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 1040 | 100mlNS | — | KVO | 1120 | 1050 | 124/86 | 71 | 18 | |
| | | | | | 1126 | 125/90 | 74 | 18 | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center    page 1 of 2    **CLINIC NOTES**

KAHN, ELIZABETH   MRN:       Encounter: L-6206438566 DOS: 1/29/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00023**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ | ☑ |
| Bleeding / Bruising | ☐ * | ☑ | | | |

DESCRIBE * _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea   ☑ Bleeding
☑ Fever  100.4   ☑ Mouth sores
☑ Vomiting   ☑ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☐   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____ *I OCI*
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _____ *tolerated Well* _____

Signature _____ R.N.     _____ R.N.

_____ R.N.     _____
                                        Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2      CLINIC NOTES

KAHN, ELIZABETH  MRN:        Encounter: L-6206438566 DOS: 1/29/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00024**

01/06/09          606438566

KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y                    CIS



**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**

Reminder: No abbreviations

| Date: 1/29/09 | Allergies: PCN, Cipro |
|---|---|

Diagnosis: Breast Cancer
Treatment Regimen Bevacizumab 15mg/kg x 10 doses

| Ht 160 cm | Wt 197.9 (90 kg) | BSA |
|---|---|---|

Research Protocol: NSABP B-40 (Group 2B)  Protocol # 800292 800296913

Protocol Nurse: Melanie Zazulak, en          Drugs supplied: Bevacizumab

Labs:  WBC: _____     HGB/Hct: N/A     Platelets: N/A
       Segs/Brands: N/A   Lymphs/Mono: N/A
       ANC: _____       Ø labs        Creatinine: N/A

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone   4 mg PO |
| | ___ Other Antiemetic _____ |

___ Delayed Emesis:  Dexamethasone 8mg PO q 12 hours
                     Metoclopramide 30mg PO q 12 hours
                     Begin 16 hours after chemotherapy

Growth Factors:  ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
                 ___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
                 ___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
                 ___ Filgrastin (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY Cycle 2  Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15 mg/kg | 1350 mg | IV over 30 mins | 1/29/09 mg | Ø | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician: _____

Protocol Nurse: Melanie Zazulak en   Chemo Nurse: _____   Chemo Nurse: Glennis en RN

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

MRN:                01/08/09        6206438566
**KAHN ,ELIZABETH**              *
ATT PHYS: LARNED, ZOE
SEX:F      AGE:51 y                            CIS

DATE 2/19/09

Pain Scale (0-10) _____ 0

Describe : _____

**IV ACCESS RECORD:**
☐ Central line    PICC ☐    Port ☑    Hickman ☐    Passport ☐    Other ☐
Location _____ PCW _____    Huber needle ☑ Yes ☐ No   Gauge # 20g/1"
☐ Peripheral line   Jelco ☐    Butterfly ☐   Gauge _____    CVC dsg care ☐
Site _____    # of attempts _____    Labs drawn ☐

**IV Site Assessment:**
| | | |
|---|---|---|
| blood return ☑ Yes | ☐ No* | 10mL saline flush ☑ Yes ☐ No |
| redness ☐ Yes* | ☑ No | 100units/mL hep lock flush X 5 mL ☑ Yes ☐ No |
| swelling ☐ Yes* | ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No |
| tenderness ☐ Yes* | ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* |
| Heplock   Needle removed ☑ | | Research Protocol ☐ Yes ☑ No |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1530 | Avastin | 370mg | IVPB | 100 NS | 1600 | ⊕ | ✓ | KB |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP |
|---|---|---|---|---|
| 1530 | 100 NS | / | WO | 1605 |
| | | | | |

**VITAL SIGNS RECORD**

| TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| pre | 153 92 | | | |
| 1600 | 119 68 | | | |
| | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2      CLINIC NOTES

KAHN, ELIZABETH   MRN:          Encounter: L-6206438566 DOS: 2/19/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☑ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea    ☐ Bleeding
☐ Fever 100.4  ☐ Mouth sores
☑ Vomiting    ☐ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☑ escort
to RTC ____ 8wks ____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: _Tol. well._ _____

_____

Signature _____ R.N.        _____ R.N.

_____ R.N.        _____
                                       Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2   CLINIC NOTES

KAHN, ELIZABETH  MRN:        Encounter: L-6206438566 DOS: 2/19/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00022**

MRN 01/08/09 6206738566   CIS
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX: F   AGE: 51 y


**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**

Reminder: No abbreviations

| Date: 2/19/09 | Allergies: |
|---|---|

Diagnosis: Breast Ca

Treatment Regimen: Bevacizumab 15 mg/kg X 10 doses

Ht 160 cm   Wt 201.3 (91.5)   BSA 2.02

Research Protocol: NSABP B-40 (Group 2B)   Protocol # 800296913

Protocol Nurse: Melanie Zazulak, RN   Drugs supplied: Bevacizumab

Labs: WBC: ___   HGB/Hct: ___   Platelets: N/A
Segs/Brands: N/A   Lymphs/Mono: N/A   Creatinine: N/A
ANC: ___   UPCR = 0.50

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone 4 mg PO |
| | ___ Other Antiemetic |

___ Delayed Emesis: Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors: ___ Epoetin alfa (Procrit) ___ units subcutaneous every ___ weeks
___ Darbepoetin (Aranesp) ___ mcg subcutaneous every ___ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day ___ Date ___
___ Filgrastin (Neupogen) ___ mcg subcutaneous daily for ___ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (post-op) Cycle 3 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15 mg/kg | 1370 mg | IV over 30 min | 2/19/09 | C | A |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician: _____

Protocol Nurse: Melanie Zazulak   Chemo Nurse: ___   Chemo Nurse: ___

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

MRN:                    03/12/09    6206814827
**KAHN ,ELIZABETH**
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y                         CIS

DATE 3|13|09

Pain Scale (0-10) _____ Ø

Describe : _____

**IV ACCESS RECORD:**
☑ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____

Location _____ (Rew) _____   Huber needle ☑ Yes ☐ No   Gauge 20G ¾" 4

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☑

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes   ☐ No*     10mL saline flush ☑ Yes ☐ No
redness ☐ Yes*  ☑ No          100units/mL hep lock flush X ___ mL ☑ Yes ☐ No
swelling ☐ Yes*  ☑ No          Blood return check per policy with vesicant administration  ☐ Yes ☑ No
tenderness ☐ Yes*  ☑ No        IV site check every 30 minutes (excluding vesicants/irritants) ☐ Yes ☑ No*
Heplock     Needle removed ☑   Research Protocol ☐ Yes ☑ No
*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1515 | Avastin | 1350mg | IV | 100cc ns ∮1545 | | (+) | ✓ | JL |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**IV FLUIDS/BLOOD PRODUCTS**

| START | TYPE | ADDITIVES | RATE | STOP | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TIME | BP | PULSE | RESP | TEMP |
| 1515 | 100cc ns | Ø | Flush NSS | | 1510 | 119/91 | 79 | 18 | — |
| | | | | | 1550 | 123/93 | 80 | 18 | — |
| | | | | | | | | | |

TOTAL IVF

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2    CLINIC NOTES

KAHN, ELIZABETH  MRN:        Encounter: L-6206814827 DOS: 3/13/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

MRN:                    03/12/09    6206814827
**KAHN ,ELIZABETH**
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y                              CIS

**PATIENT ASSESSMENT** Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☑ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☑ |
| Bleeding / Bruising | ☐ * | ☑ |  |  |  |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _per oce_
Follow-up appt given to patient   Placed in the mail

☑ Dyspnea          ☑ Bleeding
☑ Fever  100.4     ☑ Mouth sores
☑ Vomiting          ☐ Diarrhea
☐ Other

COMMENTS/TEACHING: _Tolerated infusion σ distress._ _____

_____
_____

Signature _Oibun_                    R.N.        _____ R.N.

_____ R.N.        _____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2    **CLINIC NOTES**

**Ochsner Medical Center**
**Chemotherapy Infusion**
**Outpatient Chemothera**
**Research Orders**

MRN: 03/12/09 6206814827
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y                    CIS

Reminder: No abbreviations

| | |
|---|---|
| Date: 3/12/09 | Allergies: PCN, Cipro |

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab 15mg/kg x 10 doses

Hit 160 cm    Wt 197.8 (lbs)    BSA 2.00

Research Protocol: NSABP B 40 (Group 2B)    Protocol # 800594614 exp 800296913

Protocol Nurse: Melanie Zazulak, RN    Drugs supplied: Bevacizumab

| Labs: | WBC: | HGB/Hct: | Platelets: |
|---|---|---|---|
| | Segs/Brands: N/A | Lymphs/Mono: N/A | Creatinine: N/A |
| | ANC: | | |

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone   4 mg PO |
| | ___ Other Antiemetic |

| Delayed Emesis: | Dexamethasone 8mg PO q 12 hours |
|---|---|
| | Metoclopramide 30mg PO q 12 hours |
| | Begin 16 hours after chemotherapy |

| Growth Factors: | ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks |
|---|---|
| | ___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks |
| | ___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____ |
| | ___ Filgrastim (Neupogen) _____ mcg subcutaneous daily for _____ days |

Hydration:

Other medication orders:

| CHEMOTHERAPY (POST-OP) Cycle 4 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15mg/kg | 1350 mg | IV over 30 mins | 3/12/09 | C | MM |
| | | | | | | |
| | | | | | | |

Physician:

Protocol Nurse: Denise _____    Chemo Nurse: _____    Chemo Nurse: _____

KAHN, ELIZABETH   MRN:          Encounter: L-181360620090312 DOS: 3/12/2009

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN:                03/12/09    6206814827
KAHN ,ELIZABETH                              CIS
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y

DATE 4/2/09

Pain Scale (0-10)  0/10

Describe : _____

**IV ACCESS RECORD:**
☑ Central line   ☐ PICC   ☐ Port☑   ☐ Hickman   ☐ Passport   ☐ Other ☐ _____

Location (R) Cw _____ Huber needle ☑ Yes  ☐ No   Gauge 20g/1in

☐ Peripheral line   ☐ Jelco   ☐ Butterfly   Gauge _____   CVC dsg care ☐

Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**

| blood return ☑ Yes  ☐ No* | 10mL saline flush ☑ Yes ☐ No |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X 5 mL ☑ Yes ☐ No |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* |
| Heplock    Needle removed | Research Protocol ☐ Yes ☑ No |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1519 | Avastin | 1350 mg | IVPB | 100cens | 1550 | + | ✓ | OK |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**       **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1500 | 100 cc NS | flush | — | 1600 | 1502 | 116/86 | 77 | 16 | — |
| | | | | | 1550 | 127/98 | 73 | 16 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL IVF | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center    page 1 of 2    CLINIC NOTES

KAHN, ELIZABETH   MRN:        Encounter: L-6206814827 DOS: 4/2/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☒ | Shortness of breath | ☐ * | ☒ |
| Nausea / Vomiting | ☐ * | ☒ | Itching / Rash | ☐ * | ☒ |
| Constipation / Diarrhea | ☐ * | ☒ | Fever / Chills | ☐ * | ☒ |
| Numbness / Tingling | ☐ * | ☒ | Weak / Tired | ☐ * | ☒ |
| Depression | ☐ * | ☒ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☒ | | | |

DESCRIBE * _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea   ☑ Bleeding
☐ Fever  100.4   ☐ Mouth sores
☐ Vomiting   ☐ Diarrhea
☑ Other

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑  Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING: *Tolerated infusion well. Left*
*without difficulty + RT*

Signature _____ R.N.     _____ R.N.

_____ R.N.     _____
                                    Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2     **CLINIC NOTES**

KAHN, ELIZABETH  MRN:            Encounter: L-6206814827 DOS: 4/2/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00018**



MRN: 03/12/09 6206814827
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F  AGE:61 y  CIS

# Ochsner Medical Center
## Chemotherapy Infusion Center
## Outpatient Chemotherapy Order Form
## Research Orders

Reminder: No abbreviations

| | |
|---|---|
| Date: 4/2/09 | Allergies: PCN, Cipro |

Diagnosis: Breast Cancer

Treatment Regimen Bevacizumab Q3 weeks post-op X10 doses

(Ht 160 cm)  Wt 198.4 (90.2 kg)  BSA 2.00

Research Protocol: NSABP B-40 (Arm 2B)  Protocol # 800296913

Protocol Nurse: Melanie Tazulahu RN  Drugs supplied: Bevacizumab

Labs: WBC: 4.56  HGB/Hct: 13.9/43.3  Platelets: 170
Segs/Brands: 67.1% granulocyte  Lymphs/Mono: 19.7/2.5  Creatinine: 0.8
ANC: 3000  UPCR 0.02

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone  4 mg PO |
| | ___ Other Antiemetic _____ |

___ Delayed Emesis:  Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors:  ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
___ Filgrastin (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (post-op) Cycle 5 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15mg/kg | 1350mg | IV over 30 mins | 4/2/09 | MM | KY |
| | | | | | | |
| | | | | | | |

Physician: _____

Protocol Nurse: Melanie Tazula — Chemo Nurse: _____  Chemo Nurse: _____

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

MRN:          03/12/09      6206814827
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F     AGE:51 y                      CIS

DATE 4/23/09

Pain Scale (0-10)  0/10

Describe : _____

**IV ACCESS RECORD:**
☑ Central line   PICC ☐   Port ☐ — Hickman ☐   Passport ☐   Other ☐ _____

Location  RT chest                    Huber needle ☑ Yes ☐ No   Gauge  2cg

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____       CVC dsg care ☐

Site _____                          # of attempts _____      Labs drawn ☐

**IV Site Assessment:**

| | | |
|---|---|---|
| blood return ☑ Yes  ☐ No* | 10mL saline flush ☑ Yes  ☐ No | |
| redness ☐ Yes*  ☑ No | 100units/mL hep lock flush X __5__ mL ☐ Yes  ☐ No | |
| swelling ☐ Yes*  ☑ No | Blood return check per policy with vesicant administration  ☐ Yes  ☐ No | |
| tenderness ☐ Yes*  ☑ No | IV site check every 30 minutes (excluding vesicants/irritants)  ☐ Yes  ☐ No* | |
| Heplock  Needle removed ☐ | Research Protocol ☑ Yes  ☐ No | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1620 | Avastin | 350mg | IVPB | 100ml NS | 1652 | ✓ | ✓ | MR |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| IV FLUIDS/BLOOD PRODUCTS | | | | | VITAL SIGNS RECORD | | | |
|---|---|---|---|---|---|---|---|---|
| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
| 1610 | NS flush | 100ml | / | 1700 | 1615 | 133/82 | 72 | 20 | — |
| | | | | | 1700 | 124/84 | 66 | 20 | — |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL IVF** | | | | | | | | | |

See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2      CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

MRN:
KAHN ,ELIZABETH          03/12/09      6206814827
ATT PHYS: LARNED, ZOE
SEX:F      AGE:51 y                                CIS

## PATIENT ASSESSMENT  Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☐ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ |  |  |  |

DESCRIBE * *no Complaints*

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea      ☐ Bleeding
☐ Fever 100.4  ☑ Mouth sores
☐ Vomiting     ☐ Diarrhea
☐ Other _____

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by ☐ _____
☐ escort
to RTC _____ *Per Dr. Zuhs.*
Follow-up appt given to patient   Placed in the mail

COMMENTS/TEACHING *Tolerated chemo without distress.*

Signature _M Hanson Rn_ R.N.    _____ R.N.

_____ R.N.    _____ Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 2 of 2     CLINIC NOTES

KAHN, ELIZABETH   MRN:        Encounter: L-6206814827 DOS: 4/23/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00016**



KAHN ,ELiZABETH
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y

**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**

Reminder: No abbreviations

| Date: 4/23/09 | Allergies: RN, Cipro |
|---|---|

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab Q3weeks post op X 10 doses

Ht 160cm       Wt 196.9 (89.5 kg)       BSA 1.99

Research Protocol: NSABP B-40 (Group 2B)       Protocol # 800296913

Protocol Nurse: Melanie Zazulan, RN       Drugs supplied: Bevacizumab

Labs: WBC:               HGB/Hct:               Platelets:
Segs/Brands: N/A       Lymphs/Mono: N/A       Creatinine: N/A
ANC:

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone   4 mg PO |
| | ___ Other Antiemetic _____ |
| | _____ |
| | _____ |

___ Delayed Emesis:   Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors:   ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date
___ Filgrastin (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (Post-op) | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Cycle 0   Day 1 | | | | | | |
| Bevacizumab | 15mg/kg | 1350 mg | IV over 30 mins | 4/23/09 | C | MM |
| | | | | | | |
| | | | | | | |

Physician: _____

Protocol Nurse: Melanie Zazulan   Chemo Nurse: _____   Chemo Nurse: _____

KAHN, ELIZABETH   MRN:          Encounter: L-181360620090423 DOS: 4/23/2009

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

MRN:               05/14/09
KAHN ,ELIZABETH          6207322359
ATT PHYS: LARNED, ZOE
SEX:F     AGE:51 y                    CtS

DATE _5/14/09_

Pain Scale (0-10) _0_

Describe : _____

**IV ACCESS RECORD:**
☑ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐ _____
Location _(L) CW_    Huber needle ☑ Yes ☐ No   Gauge _#20 1"_
☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____   CVC dsg care ☐
Site _____   # of attempts _____   Labs drawn ☐

**IV Site Assessment:**
blood return ☑ Yes ☐ No*        10mL saline flush ☑ Yes ☐ No
redness ☐ Yes* ☑ No            100units/mL hep lock flush X _5_ mL ☑ Yes ☐ No
swelling ☐ Yes* ☑ No           Blood return check per policy with vesicant administration ☑ Yes ☐ No
tenderness ☐ Yes* ☑ No         IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No*
Heplock ☐   Needle removed ☑    Research Protocol ☐ Yes ☑ No
*further documentation under comments

### MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

### CHEMOTHERAPY RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1555 | Avastin | 1305 mg | IV | 100 mL NS | 1625 | (+) | ✓ | PD |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

### IV FLUIDS/BLOOD PRODUCTS

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1550 | 100 ml NS | 0 | KVO | 1635 | 1555 | 122/77 | 105 | 18 |  |
|  |  |  |  |  | 1635 | 115/81 | 68 | 18 | — |
|  |  |  |  |  |  |  |  |  |  |

TOTAL IVF

☐ See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2      CLINIC NOTES

KAHN, ELIZABETH   MRN:          Encounter: L-6207322359 DOS: 5/14/2009

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT** Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☑ | Shortness of breath | ☐ * | ☑ |
| Nausea / Vomiting | ☐ * | ☑ | Itching / Rash | ☐ * | ☑ |
| Constipation / Diarrhea | ☐ * | ☑ | Fever / Chills | ☐ * | ☑ |
| Numbness / Tingling | ☐ * | ☑ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☑ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient ☐  Placed in the mail ☐

☑ Dyspnea    ☑ Bleeding
☑ Fever ↑ 100.4    ☑ Mouth sores
☑ Vomiting    ☑ Diarrhea
☐ Other _____

COMMENTS/TEACHING: _Pt. tolerated tx well._ _____

Signature _~Buckley~_ R.N.    _____ R.N.

_____ R.N.    _____
                        Physician Signature

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 2 of 2    **CLINIC NOTES**

KAHN, ELIZABETH   MRN:         Encounter: L-6207322359 DOS: 5/14/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00014**



**Ochsner Medical Center**
**Chemotherapy Infusion Ce**
**Outpatient Chemotherapy**
**Research Orders**

MRN:        05/14/09   6207322359
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE        CIS
SEX:F    AGE:51 y

Reminder: No abbreviations

Date: 5/14/09                                    Allergies: PCN, Cipro

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab Q 3 weeks post-op X 10 doses

Ht 160 cm        Wt 191.5 (87.0 kg)        BSA 1.97

Research Protocol: NSABP B-40 (Group 2B)        Protocol # 800296913

Protocol Nurse: Melanie Tazulax, RN        Drugs supplied: Bevacizumab

Labs:  WBC:                HGB/Hct:  N/A        Platelets: N/A
       Segs/Brands: N/A    Lymphs/Mono: N/A    Creatinine: N/A
       ANC:                UPCR 0.06

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone   4 mg PO |
| | ___ Other Antiemetic ___ |
| ___ Delayed Emesis: | Dexamethasone 8mg PO q 12 hours |
| | Metoclopramide 30mg PO q 12 hours |
| | Begin 16 hours after chemotherapy |

Growth Factors:  ___ Epoetin alfa (Procrit) ___ units subcutaneous every ___ weeks
                 ___ Darbepoetin (Aranesp) ___ mcg subcutaneous every ___ weeks
                 ___ Pegfilgrastim (Neulasta) 6 mg Day ___ Date ___
                 Filgrastim (Neupogen) ___ mcg subcutaneous daily for ___ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (post-op) Cycle 7 Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15mg/kg | 1305mg | IV over 30 mins | 5/14/09 | AB | PB |
| | | | | | | |
| | | | | | | |

Physician: ___

Protocol Nurse: Melanie Tazula    Chemo Nurse: ___    Chemo Nurse: ___

Ochsner - Chemotherapy Record

**Patient Treatment Documentation Form**

MRN:                    05/14/09    6207322359
**KAHN  ELIZABETH**
ATT PHYS: LARNED, ZOE
SEX:F      AGE:51 y                                          CIS

DATE  6/4/09

Pain Scale (0-10)  _Ø_

Describe : _____

---

**IV ACCESS RECORD:**

☐ Central line   ☐ PICC   ☐ Port ☒   ☐ Hickman   ☐ Passport   ☐ Other ☐ _____

Location _P chest_   Huber needle ☐ Yes  ☐ No   Gauge _20g 1 in_

☐ Peripheral line   ☐ Jelco   ☐ Butterfly   Gauge _____   CVC deg care ☐

Site _____ # of attempts _____   Labs drawn ☐

**IV Site Assessment:**

| | | | |
|---|---|---|---|
| blood return | ☒ Yes | ☐ No* | 10mL saline flush ☒ Yes ☐ No |
| redness | ☐ Yes* | ☒ No | 100units/mL hep lock flush X _5_ mL ☒ Yes ☐ No |
| swelling | ☐ Yes* | ☒ No | Blood return check per policy with vesicant administration ☒ Yes ☐ No |
| tenderness | ☐ Yes* | ☒ No | IV site check every 30 minutes (excluding vesicants/irritants) ☒ Yes ☐ No* |
| Heplock ☐ | Needle removed ☒ | | Research Protocol ☐ Yes ☒ No |

*further documentation under comments

---

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1400 | Avastin | 1,320mg | IVPB | NS 100ml | 1430 | ⊕ | / Tery | |

**IV FLUIDS/BLOOD PRODUCTS** | **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1350 | NS 100ml | | flush | 1430 | 1350 | 109/72 | 73 | 20 | |
| | | | | | 1440 | 130/66 | 65 | 20 | |

TOTAL IVF

☐ See page 2  for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 9/12/2008) Copy Center   page 1 of 2    CLINIC NOTES

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

**PATIENT ASSESSMENT** Does Patient Have?

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | * ☐ | Shortness of breath | ☐ | * ☐ |
| Nausea / Vomiting | ☐ | * ☐ | Itching / Rash | ☐ | * ☐ |
| Constipation / Diarrhea | ☐ | * ☐ | Fever / Chills | ☐ | * ☐ |
| Numbness / Tingling | ☐ | * ☐ | Weak / Tired | ☐ | * ☐ |
| Depression | ☐ | * ☐ | Other | ☐ | * ☐ |
| Bleeding / Bruising | ☐ | * ☐ |  |  |  |

DESCRIBE *

**Patient Instruction Given**
Instructed to call nurse or MD for:

☑ Dyspnea      ☑ Bleeding
☑ Fever ↑ 100.4   ☐ Mouth sores
☐ Vomiting     ☐ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☑   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☑   Accompanied by ☐ _____
☐ escort
to RTC _____
Follow-up appt given to patient ☐ Placed in the mail ☐

COMMENTS/TEACHING: _Tolerated well._

Signature _____ R.N.      _____ R.N.

_____ R.N.      _____
                          Physician Signature

Form No. 00009 (Rev. 9/12/2006) Copy Center   page 2 of 2   **CLINIC NOTES**

KAHN, ELIZABETH   MRN:        Encounter: L-6207322359 DOS: 6/4/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00012**

MRN: 05/14/09   6207322359
KAHN ,ELIZABETH
ATT DATE: LARNED, ZOE
SEX:F    AGE:51 y
CIS

**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**

Reminder: No abbreviations

Date: 6/3/09                                          Allergies: PCN, Cipro

Diagnosis: Breast Cancer

Treatment Regimen: Bevacizumab Q3 weeks post-op X10 doses

Ht 160cm        Wt 193.7 (88 Kg)        BSA 1.98

Research Protocol: NSABP B-40 (Group 2B)        Protocol # 800296913

Protocol Nurse: Melanie Lazulak, RN        Drugs supplied: Bevacizumab

Labs:   WBC: _____        HGB/Hct: _____        Platelets: _____
        Segs/Brands: N/A     Lymphs/Mono: N/A       Creatinine: N/A
        ANC: _____

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone  4 mg PO |
| | ___ Other Antiemetic _____ |
| ___ Delayed Emesis: | Dexamethasone 8mg PO q 12 hours |
| | Metoclopramide 30mg PO q 12 hours |
| | Begin 16 hours after chemotherapy |
| Growth Factors: | ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks |
| | ___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks |
| | ___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____ |
| | ___ Filgrastim (Neupogen) _____ mcg subcutaneous daily for _____ days |

Hydration: _____

Other medication orders: _____

| CHEMOTHERAPY Cycle 8 (post-op) Day 1 | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15 mg/kg | 1320 mg | IV over 30 mins | 6/3/09 | X-1 | XND |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Physician: _____

Protocol Nurse Melanie Lazulak   Chemo Nurse _____   Chemo Nurse _____

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN:                    05/14/09      6207322359
**KAHN ,ELIZABETH**          *
ATT PHYS: LARNED, ZOE
SEX:F      AGE:51 y                    CIS

DATE 6/24/09

Pain Scale (0-10) 0

Describe : _____

**IV ACCESS RECORD:**

☐ Central line    PICC ☐    Port ☑    Hickman ☐    Passport ☐    Other ☐ ___

Location  chest                        Huber needle ☐ Yes ☐ No   Gauge 20 / 3/4"

☐ Peripheral line   Jelco ☐    Butterfly ☐    Gauge ___         CVC dsg care ☐

Site _____ # of attempts _____         Labs drawn ☐

**IV Site Assessment:**

| blood return ☑ Yes ☐ No* | 10mL saline flush ☑ Yes ☐ No |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X 5 mL ☑ Yes ☐ No |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☑ Yes ☐ No |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* |
| Heplock ☐ Needle removed ☑ | Research Protocol ☑ Yes ☐ No |

*further documentation under comments

## MEDICATION RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## CHEMOTHERAPY RECORD

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 1015 | AVASTIN | 1300mg | IVPB | 100NS | 1045 | ⊕ | ✓ | WT |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## IV FLUIDS/BLOOD PRODUCTS

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 1010 | NS 100 | — | Pump | 1055 | | | | | |
| | | | | | | | | | |

**VITAL SIGNS RECORD**

TOTAL IVF

☐ See page 2 for Patient Instructions Given and Narrative Notes
Form No. 00009 (Rev. 9/12/2006) Copy Center   page 1 of 2      **CLINIC NOTES**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

MRN        05/14/09      6207322359
**KAHN ,ELIZABETH**
ATT PHYS: LARNED, ZOE
SEX:F      AGE:51 y                        CIS

**PATIENT ASSESSMENT** Does Patient Have?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ * | ☐ | Shortness of breath | ☐ * | ☐ |
| Nausea / Vomiting | ☐ * | ☐ | Itching / Rash | ☐ * | ☐ |
| Constipation / Diarrhea | ☐ * | ☐ | Fever / Chills | ☐ * | ☐ |
| Numbness / Tingling | ☐ * | ☐ | Weak / Tired | ☐ * | ☐ |
| Depression | ☐ * | ☐ | Other | ☐ * | ☐ |
| Bleeding / Bruising | ☐ * | ☐ | | | |

DESCRIBE * _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

☐ Dyspnea        ☐ Bleeding
☐ Fever ↑ 100.4  ☐ Mouth sores
☐ Vomiting       ☐ Diarrhea
☐ Other

**Patient Discharged**
Ambulatory ☒   W/C ☐   Stretcher ☐   Admit to hospital ☐
By self ☐   Accompanied by   family member
☐ escort
to RTC _____
Follow-up appt given to patient ☐ Placed in the mail ☐

COMMENTS/TEACHING: _____

Signature _____  R.N.

_____ R.N.        _____ R.N.

_____ R.N.        Physician Signature

Form No. 00009 (Rev. 9/12/2006) Copy Center   page 2 of 2      CLINIC NOTES

KAHN, ELIZABETH  MRN:        Encounter: L-6207322359 DOS: 5/14/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00010**

**Ochsner Medical Center**
**Chemotherapy Infusion Center**
**Outpatient Chemotherapy Order Form**
**Research Orders**

MRN:  05/14/09  6207322359
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE          CIS
SEX: F     AGE: 51 y

Reminder: No abbreviations

| | |
|---|---|
| Date: 6/24/09 | Allergies: PCN, Cipro |

Diagnosis: Breast Cancer

Treatment Regimen Bevacizumab Q 3 weeks post-op X 10 doses

Ht 160 cm    Wt 190.9 (86.8 kg)    BSA 1.96

Research Protocol: NSABP B-40 (Group 2B) Protocol # 800296913

Protocol Nurse: Melanie Zazulak, en    Drugs supplied: Bevacizumab

Labs:  WBC: _____    HGB/Hct: _____    Platelets: _____
Segs/Brands: N/A    Lymphs/Mono: N/A    Creatinine: N/A
ANC: _____    UPCR  0.05

| Antiemetic Risk | Immediately prior to chemotherapy |
|---|---|
| HIGH | ___ Ondansetron (Zofran) 8mg PO<br>___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes<br>___ Granisetron (Kytril) 1mg PO<br>___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes<br>___ Dexamethasone 20mg PO<br>___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes<br>___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes<br>___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone  4 mg PO<br>___ Other Antiemetic _____ |

___ Delayed Emesis:   Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors: ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
___ Filgrastin (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration: 

Other medication orders: 

| CHEMOTHERAPY<br>Cycle 9 (post-op) Day 1 | DOSAGE<br>mg/m2 or mg/kg<br>or AUC | PATIENT DOSE<br>Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
|---|---|---|---|---|---|---|
| Bevacizumab | 15mg/kg | 1300 mg | IV over 30 mins | 4/24/09 | MM | SM |
| | | | | | | |
| | | | | | | |

Physician: Summa Sathi

Protocol Nurse: Melanie Zazulak    Chemo Nurse: S. May Rd    Chemo Nurse: Mary Mut

KAHN, ELIZABETH   MRN:       Encounter: L-181360620090624 DOS: 6/24/2009

**Ochsner - Chemotherapy Record**

**Patient Treatment Documentation Form**

MRN:           07/16/09    620 ̄851842
**KAHN ,ELIZABETH**
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y           CIS

DATE 7/16/09

Pain Scale (0-10) _____ 0 _____

Describe : _____

**IV ACCESS RECORD:**

☐ Central line   PICC ☐   Port ☑   Hickman ☐   Passport ☐   Other ☐

Location ___Chest___     Huber needle ☐ Yes ☐ No  Gauge 20 / 1"

☐ Peripheral line   Jelco ☐   Butterfly ☐   Gauge _____     CVC dsg care ☐

Site _____  # of attempts _____    Labs drawn ☐

**IV Site Assessment:**

| | | | |
|---|---|---|---|
| blood return ☑ Yes ☐ No* | 10mL saline flush ☑ Yes ☐ No | | |
| redness ☐ Yes* ☑ No | 100units/mL hep lock flush X 5 mL ☐ Yes ☐ No | | |
| swelling ☐ Yes* ☑ No | Blood return check per policy with vesicant administration ☐ Yes ☐ No | | |
| tenderness ☐ Yes* ☑ No | IV site check every 30 minutes (excluding vesicants/irritants) ☑ Yes ☐ No* | | |
| Heplock ☐  Needle removed ☑ | Research Protocol ☐ Yes ☐ No | | |

*further documentation under comments

**MEDICATION RECORD**

| START TIME | MEDICATION | DOSE | ROUTE | IV FLUIDS | STOP TIME | BLOOD RETURN | SALINE FLUSH | INITIALS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**CHEMOTHERAPY RECORD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1000 | AVASTIN | 300 mg | IVPB | 100 NS | 1030 | ① | ✓ | JW |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**IV FLUIDS/BLOOD PRODUCTS**       **VITAL SIGNS RECORD**

| START | TYPE | ADDITIVES | RATE | STOP | TIME | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|---|---|---|---|---|
| 0935 | NS | 100 | — | flow 1040 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL IVF | | | | | | | | |

☐ See page 2 for Patient Instructions Given and Narrative Notes

Form No. 00009 (Rev. 9/12/2008) Copy Center    page 1 of 2     **CLINIC NOTES**

KAHN, ELIZABETH  MRN:        Encounter: L-6207691842 DOS: 7/16/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00007**

**Ochsner - Chemotherapy Record**
**Notes and Consultant's Reports**

MRN:           07/16/09    6207691842
**KAHN ,ELIZABETH**                                    CIS
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y

**PATIENT ASSESSMENT  Does Patient Have?**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Mouth Sores | ☐ | ☐ | Shortness of breath | ☐ | ☐ |
| Nausea / Vomiting | ☐ | ☐ | Itching / Rash | ☐ | ☐ |
| Constipation / Diarrhea | ☐ | ☐ | Fever / Chills | ☐ | ☐ |
| Numbness / Tingling | ☐ | ☐ | Weak / Tired | ☐ | ☐ |
| Depression | ☐ | ☐ | Other | ☐ | ☐ |
| Bleeding / Bruising | ☐ | ☐ | | | |

DESCRIBE * _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Patient Instruction Given**
Instructed to call nurse or MD for:

**Patient Discharged**
Ambulatory ☑    W/C ☐    Stretcher ☐    Admit to hospital ☐
By self ☐    Accompanied by ☑ ___ Husband

☐ Dyspnea        ☐ Bleeding
☐ Fever ↑ 100.4  ☐ Mouth sores
☐ Vomiting       ☐ Diarrhea
☐ Other _____

☐ escort
to RTC _____
Follow-up appt given to patient ☐  Placed in the mail ☐

COMMENTS/TEACHING: ___ fx s̄ event ___                    M Montea

Signature ___ Mark Montea ___   R.N.   _____ R.N.

_____ R.N.

_____
Physician Signature

Form No. 00009 (Rev. 9/12/2006) Copy Center    page 2 of 2    **CLINIC NOTES**

KAHN, ELIZABETH  MRN:          Encounter: L-6207691842 DOS: 7/16/2009

**1018- KAHN, ELIZABETH- INFUSION PHARMACY Ochsner Health System  00008**

KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y
CIS

hsner Medical Center
emotherapy Infusion
tpatient Chemothera[p]
esearch Orders

MRN:    07/16/09   6207891842
KAHN ,ELIZABETH
ATT PHYS: LARNED, ZOE
SEX:F    AGE:51 y
CIS

er: No abbreviations

Date: 7/16/09                                          Allergies: PCN, Cipro

Diagnosis: Breast Cancer

Treatment Regimen Bevacizumab Q3 weeks Post-op X 10 doses

Ht 160 cm       Wt 191.0 (86.8kg)      BSA 1.96

Research Protocol: NSABP B-40 (Group 2B)   Protocol # 800296913

Protocol Nurse: Melanie Zazulak, RN        Drugs supplied: Bevacizumab

| Labs: | WBC: | HGB/Hct: | Platelets: |
| | Segs/Brands: N/A | Lymphs/Mono: N/A | Creatinine: N/A |
| | ANC: | | |

| Antiemetic Risk | Immediately prior to chemotherapy |
| --- | --- |
| HIGH | ___ Ondansetron (Zofran) 8mg PO |
| | ___ Ondansetron (Zofran) 8mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Granisetron (Kytril) 1mg PO |
| | ___ Granisetron (Kytril) 1mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg PO |
| | ___ Dexamethasone 20mg in 50mL Normal Saline IVPB greater than 15 minutes |
| | ___ Palonosetron (Aloxi) 0.25mg in 50 mL Normal Saline IVPB greater than 15 minutes |
| | ___ Dexamethasone 20mg and Palonosetron (Aloxi) 0.25mg in 50mL of Normal Saline IVPB greater than 15 minutes |
| Intermediate | ___ Dexamethasone  4 mg PO |
| | ___ Other Antiemetic |

___ Delayed Emesis:  Dexamethasone 8mg PO q 12 hours
Metoclopramide 30mg PO q 12 hours
Begin 16 hours after chemotherapy

Growth Factors:  ___ Epoetin alfa (Procrit) _____ units subcutaneous every _____ weeks
___ Darbepoetin (Aranesp) _____ mcg subcutaneous every _____ weeks
___ Pegfilgrastim (Neulasta) 6 mg Day _____ Date _____
___ Filgrastin (Neupogen) _____ mcg subcutaneous daily for _____ days

Hydration:

Other medication orders:

| CHEMOTHERAPY (Post-op) | DOSAGE mg/m2 or mg/kg or AUC | PATIENT DOSE Specify units | ROUTE & FREQUENCY | Specific dates | RN initials | RN initials |
| --- | --- | --- | --- | --- | --- | --- |
| Cycle 10  Day 1 | | | | | | |
| Bevacizumab | 15mg/kg | 1300 mg | IV over 30 mins | 7/16/09 | MN | C |

Physician:

Protocol Nurse: Melanie Zazulak   Chemo Nurse: _____   Chemo Nurse: _____