# EXHIBIT S

```
                                                           1
 1           UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4

 5  ***********************
                          *
 6  ELIZABETH KAHN,       *   CASE NO.
            Plaintiffs    *   2:16-CV-17039
 7                        *
                          *
 8  VERSUS                *
                          *
 9                        *
    SANOFI S.A., ET AL    *
10          Defendants    *
                          *
11  ***********************

12

13

14

15

16

17

18    Job No. NJ2756392

19

20           Deposition of ELIZABETH SARA

21  KAHN, taken on Thursday, December 7, 2017,

22  commencing at 8:34 a.m., at the law offices

23  of Pendley, Baudin & Coffin, 1515 Poydras

24  Street, Suite 1400, New Orleans, Louisiana

25  70112.
```

38

1  A. So I could remember things that --
2  it's been ten years, so to jar my memory.
3  Q. Did you talk to your husband about
4  the deposition today?
5  A. Yes, we talked about it.
6  Q. And what did you talk about? What
7  did you say? What did he say?
8  A. It's going to be fine. So he was
9  very supportive.
10  Q. Good. And I do hope that today is
11  okay. And like I said, if you need a break
12  or anything, you just tell me.
13     Beyond your husband and your lawyers,
14  who else knows you're giving a deposition
15  today?
16  A. My family members know.
17  Q. And by that, do you mean your
18  parents?
19  A. Yes. My parents and my siblings.
20  Uh-huh (affirmative).
21  Q. And have you talked to them about
22  this case?
23  A. I've talked to them that I'm -- we're
24  involved in the lawsuit. We haven't talked
25  about the case per se, but they know about

39

1  the lawsuit and why I'm involved in it.
2  Q. What do you mean by that?
3  A. The fact that --
4     MR. COFFIN:
5       Object to the form.
6     THE WITNESS:
7       The fact that --
8  EXAMINATION BY MS. BIERI:
9  Q. Well, what have you told them?
10  A. Let's see. What have I told them?
11  That one of the drugs that I took during
12  chemo has -- one of the side effects is
13  permanent hair loss, and that I was never
14  told that, and I was always hoping my hair
15  would grow back. So that's why we're filing
16  this lawsuit.
17  Q. I'm handing you what's been marked as
18  Deposition Exhibit 2, and that document is
19  entitled Plaintiff Fact Sheet.
20     Do you recognize this document?
21  A. Yes, I do.
22  Q. Did you review this document in
23  preparation for your deposition?
24  A. No, I did not.
25  Q. Did you have input into preparing

40

1  this document?
2  A. Yes, I had input.
3  Q. Did anyone else help you prepare the
4  document, Exhibit 2?
5  A. Well, if I'm understanding what
6  you're asking, I filled it out myself.
7  However, there were some things that I wasn't
8  sure about, and some of the questions were
9  vague to me, and so I had to talk to my
10  lawyers to find out exactly what the question
11  meant.
12     So in that sense, I had help, because
13  I thought some of the questions were vague.
14  Q. Which questions did you think were
15  vague?
16  A. I don't remember exactly --
17  Q. Take a minute and --
18  A. -- but I could look.
19  Q. Forgive me for cutting you off. My
20  apologies.
21  A. That's okay.
22  Q. Just please take your time.
23  A. No, I knew.
24     Okay. Not the doctors. The doctors
25  -- that was pretty cut and dry, about, you

41

1  know, doctor visits. And my diagnosis was
2  cut and dry.
3     So they asked: Small bald area in
4  the hair on your head.
5     Now, where I answered no, I think
6  back here is really bald, but there is some
7  hair.
8     So how do you answer that question
9  when --
10     If I look at -- if I get a picture
11  taken of me and I look at the back of my
12  hair, to me, it's bald. But, I mean, you
13  could probably count the hairs on my head,
14  but I do have some.
15     So a question like that, how do I
16  answer that. That kind of thing.
17  Q. Just to clarify one thing, you're not
18  saying you think you could count the total
19  number of hairs --
20  A. Right.
21  Q. -- on your head, are you?
22  A. No. I'm being facetious about that,
23  but no.
24  Q. Okay. But your point was, you were
25  -- I think, were you trying to say -- you

270

1  A. Well, probably. But I don't --
2  what --
3  Q. No. Let's stop.
4     Do you agree that you had your last
5  period in March of 2008?
6  A. Yes.
7  Q. Were you diagnosed by -- to your
8  knowledge, were you diagnosed by anyone as
9  menopausal in 2008?
10 A. No. My gynecologist says it's a year
11 without any periods before we will diagnose
12 menopause.
13 Q. Okay. So do you believe you were in
14 menopause in March of 2009?
15 A. Yes.
16 Q. A year without a period, correct?
17 A. Right.
18 Q. Okay. Are you aware that 40 to 50
19 percent of women have hair thinning issues
20 after menopause?
21    MR. COFFIN:
22       Object to the form.
23    THE WITNESS:
24       My gynecologist, when I talked to
25 her about, when would my hair fully grow

271

1  back, she -- that's when she said, Oh, it
2  happens because of age. So . . .
3  EXAMINATION BY MS. BIERI:
4  Q. And you thought age and menopause
5  went together.
6  A. Generally, yes, I do. Yes, I do
7  think age and menopause go together.
8  Q. That's what you think she meant in
9  that conversation.
10 A. Yes.
11 Q. That was your takeaway. That was
12 your understanding, that she was saying,
13 women lose their hair as they age because --
14 and you thought that meant because of
15 menopause, correct?
16 A. Yeah, I'd --
17 Q. And that was --
18 A. -- I'd say that.
19 Q. And that was Dr. Pelitere?
20 A. No. That was my gynecologist,
21 Dr. Roberie.
22 Q. Thank you.
23    Do you agree that your hair thinning
24 might be caused by menopause?
25    MR. COFFIN:

272

1       Object to the form.
2    THE WITNESS:
3       I don't have hair thinning. I
4  have hair balding.
5  EXAMINATION BY MS. BIERI:
6  Q. Okay.
7  A. It's two different things.
8  Q. I want to --
9  A. To me.
10 Q. Okay. When we talked about it
11 earlier, we said -- you did say, at that
12 point, I think, thinning, in terms of the
13 overall volume. And that's how I meant it.
14 Would you prefer me to refer to it a
15 different way?
16 A. Well, when you talk about menopause
17 and hair thinning, it's not -- to me, it's
18 not balding. It's actual -- it's thinning.
19 Where, as an individual, you might know your
20 hair is thinner; but as somebody looking at
21 you, they might not realize that your hair is
22 thinner.
23 Q. What's that belief based on?
24 A. Because of many -- I know many, many
25 postmenopausal women who have heads of hair.

273

1  Many, many, many. So that's what --
2  Q. So anecdotal evidence of other women
3  you've seen?
4  A. Yes.
5  Q. So do you think any degree of your
6  hair thinning, overall hair thinning, is
7  caused by menopause?
8     MR. COFFIN:
9        Object to the form.
10    THE WITNESS:
11       I don't know. No one ever told
12 me it was that.
13 EXAMINATION BY MS. BIERI:
14 Q. Well, you said Dr. Roberie thought
15 the hair thinning was a natural part of a
16 woman's aging, correct? Did you tell me
17 that?
18 A. Yes, she did say that.
19 Q. So do you --
20 A. But she didn't -- but she didn't
21 explain why -- she didn't explain hair
22 balding. She talked about hair thinning. As
23 I said, I think those are two different
24 things.
25 Q. Well, she was looking at you. Were

69 (Pages 270 to 273)

274

1  you in person when you had this discussion
2  with her?
3     A. Yes.
4     Q. So she was looking at you?
5     A. Yes.
6     Q. And she was answering a question you
7  had about your hair when she provided that
8  answer, correct?
9        MR. COFFIN:
10           Object to the form.
11       THE WITNESS:
12           I think she was trying to be
13  kind.
14  EXAMINATION BY MS. BIERI:
15     Q. I don't want you to speculate about
16  what you think --
17     A. Right.
18     Q. -- she was trying to do. I'm
19  Asking --
20     A. She didn't answer my question. And
21  so . . .
22     Q. Well, she did answer your question.
23  Maybe not in the way that you wanted. But
24  you said she told you she thought hair
25  thinning occurred as women aged. That's been

275

1  your testimony today, correct?
2     A. Right.
3        MR. COFFIN:
4           Object to the form.
5  EXAMINATION BY MS. BIERI:
6     Q. So do you agree that it's possible
7  that menopause has contributed to the current
8  condition of your hair?
9        MR. COFFIN:
10          Object to the form.
11       THE WITNESS:
12          I can't answer that. I don't
13  know.
14  EXAMINATION BY MS. BIERI:
15     Q. I want your opinion.
16     A. I don't know.
17       MR. COFFIN:
18          Object to the form.
19  EXAMINATION BY MS. BIERI:
20     Q. Are you going to say, menopause is
21  not contributing to the current condition of
22  my hair? Is that your testimony?
23       MR. COFFIN:
24          Object to the form.
25       THE WITNESS:

276

1           I can't give a definitive on
2  that.
3  EXAMINATION BY MS. BIERI:
4     Q. So you're not willing to say -- let's
5  do this a different way.
6        Do you think it's possible that
7  menopause contributed to the current
8  condition of your hair?
9        MR. COFFIN:
10          Object to the form.
11       THE WITNESS:
12          I don't know. I don't know if
13  it's possible or not.
14  EXAMINATION BY MS. BIERI:
15     Q. Even despite what Dr. Roberie said,
16  you don't even think it's possible. Is that
17  your testimony?
18       MR. COFFIN:
19          Object to the form.
20       THE WITNESS:
21          Yes.
22  EXAMINATION BY MS. BIERI:
23     Q. You told me you're taking lisinopril,
24  correct?
25     A. Correct.

277

1     Q. Have you ever read any materials
2  related to the side effects of lisinopril?
3     A. I probably have. But I've been
4  taking it for a number of years, so I don't
5  remember what I read.
6     Q. I don't know what means.
7     A. Well, when you get the drugs from the
8  pharmacy, there's a sheet in there that lists
9  side effects and information about the drug.
10  And I'm sure, when I first took it .that I
11  read it, but I can't tell you what it said.
12     Q. Have you ever read the actual label
13  for lisinopril?
14       MR. COFFIN:
15          Object to the form.
16       MS. BIERI:
17          Yeah.
18  EXAMINATION BY MS. BIERI:
19     Q. I don't -- forgive me. I don't mean
20  the label that's on the bottle.
21     A. It is.
22     Q. I mean the prescription -- the
23  prescribing physician label.
24       MR. COFFIN:
25          Objection to the form.