# EXHIBIT T

```
                                                           Page 1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                   CASE NO. 2:16-cv-17039
 3
                        ELIZABETH KAHN,
 4                        Plaintiffs,
 5                             v.
 6     SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C., SANOFI
          US SERVICE, INC., and AVENTIS-PHARMA S.A.,
 7                        Defendants.
 8        Volume II of the deposition of ELIZABETH
       SARA KAHN, 1305 DUFOSSAT STREET, NEW ORLEANS,
 9     LOUISIANA  70115, taken in the offices of
       PENDLEY, BAUDIN & COFFIN, LLP, on Wednesday,
10     January 31, 2018.
11     APPEARANCES:
12         PENDLEY, BAUDIN & COFFIN, LLP
           Attorneys at Law
13         BY:  JESSICA PEREZ, Esquire
           1515 Poydras Street, Suite 1400
14         New Orleans, Louisiana  70112
15            ATTORNEYS FOR PLAINTIFFS
16
17         SHOOK, HARDY & BACON, L.L.P.
           Attorneys at Law
18         BY:  KELLY BIERI, Esquire
           BY:  JASON A. HARMON, Esquire
19         2555 Grand Boulevard
           Kansas City, Missouri  64108-2613
20
              ATTORNEYS FOR DEFENDANTS
21
22
       REPORTED BY:
23
           VERNE B. MULLINS
24         Certified Court Reporter
           Registered Diplomate Reporter
25         Certified Shorthand Reporter (TX)
```

Veritext Legal Solutions
800-227-8440                                              973-410-4040

Page 42

1  taken in connection with the 5/14, 2008
2  meeting?
3  A. I -- I don't know.  I mean, it was -- it was
4     after that time, so I don't -- I don't know.
5     But I would -- probably, because this is
6     Wednesday, May 14th, and on -- on page 507, I
7     say something Thursday that they're going to
8     do.  So chances are, that was done -- written
9     on Wednesday.
10 Q. You note, "Can take vitamins and can take
11    antihistamine"; is that correct?
12 A. Yes.
13 Q. Is that based on something that you were told
14    by a healthcare provider?
15 A. Probably.  I wouldn't have written it if they
16    hadn't.
17 Q. Do you know which healthcare provider?
18 A. No.
19 Q. What vitamins were you taking at the time, if
20    any?
21 A. I don't think at the time -- at that time, I
22    was taking any.
23 Q. Were you contemplating taking vitamins at that
24    time?
25 A. I don't think so.

Page 43

1  Q. Okay.  Then I have to ask you the question:
2     Why would you have written that down?
3  A. I don't know.
4  Q. To your recollection, were you taking an
5     antihistamine, at the time?
6  A. Probably.
7  Q. So you think that you were taking an
8     antihistamine, but not taking vitamins at the
9     time; is that accurate?
10 A. Correct.
11 Q. Looking back over page -- pages 502 to 507, do
12    those reflect all of the notes you took when
13    deciding to take Dr. Cardinal's recommendation
14    to be in clinical trial NSABP B-40?
15 A. Yes.
16 Q. Do you identify anywhere on pages 502 to 507,
17    notes of specific side effects?
18 A. No.  I don't -- doesn't look like I wrote any
19    specific side effects on any of those pages.
20 Q. Let's look at PPR 537, please.  The top of the
21    page says July 27; is that accurate?
22 A. Correct.
23 Q. And two pages later, on PPR 539, November 16th
24    is written at the top of the page.  Correct?
25 A. Correct.

Page 44

1  Q. Were the notes made on PPR 537 and PPR 539
2     written in 2009?
3  A. Yes.
4  Q. And do you know that by looking at the dates
5     on PPR page 540 and 534?
6  A. Well, I know that I finished my treatment in
7     '09 and after '09, I didn't write anything,
8     so...
9  Q. Looking at PPR 537, what are -- do the two
10    lines under July 27 say?
11 A. Dermatologist visit; biotin for hair.
12 Q. Were the notes on page 537 made in connection
13    with the doctor's appointment?
14 A. Yes.
15 Q. What doctor?
16 A. Dr. J. Coller Ochsner.
17    MS. BIERI:
18       Can we go off for just one moment?
19       (Discussion off the record.)
20    MS. BIERI:
21       Back on.
22 EXAMINATION BY MS. BIERI:
23 Q. What medical institution, if any, is Dr. J.
24    Coller Ochsner affiliated with?
25 A. She -- she has an independent office.

Page 45

1  Q. Did you -- is it your recollection that you
2     had a dermatologist visit with Dr. Coller
3     Ochsner on July 27th of 2009?
4  A. Yes.
5  Q. And were you notating here things that you
6     were going to discuss with her or things that
7     were discussed during that appointment?
8  A. Things that were discussed.
9  Q. And did you want biotin for your hair, on July
10    27th of 2009?
11 A. Did I want it?
12 Q. Yeah.
13 A. It was -- it was suggested.
14 Q. Did you ask for something regarding your hair,
15    during your July 27th of 2009 appointment with
16    Dr. Coller Ochsner?
17 A. I asked her if there was anything that I could
18    do to help my hair grow back faster.
19 Q. And she recommended biotin to you; is that
20    accurate?
21 A. Yes.
22 Q. Did someone recommend that you see Dr. Coller
23    Ochsner on July 27th of 2009?
24 A. I went -- I went for a mole check, I think.
25    That was -- I had -- I had -- the notes that I

Page 50

1   Or something else?
2  A. I think it was what we discussed at the
3     appointment.
4  Q. And you think it was something you discussed
5     with Dr. Larned?
6  A. Yes.
7  Q. To your recollection, did you enquire of
8     Dr. Larned about taking biotin --
9       MS. BIERI:
10          Can we go off the record for a
11       second?
12          (Discussion off the record.)
13 EXAMINATION BY MS. BIERI:
14 Q. To your -- do you think that you asked
15    Dr. Larned about taking biotin on November
16    16th of 2009?
17 A. I don't know -- I don't exactly know what
18    you're asking me, what I'm -- what -- I don't
19    exactly know what you're asking me.
20 Q. Okay. And thank you for clarifying that you
21    didn't understand my question. Let me try
22    again.
23        You have the date of November 16th here.
24    Correct?
25 A. Correct.

Page 51

1  Q. Do you think that you wrote the words under
2     November 16 on November 16th?
3  A. Yes.
4  Q. Okay. Do you -- did you enquire of someone
5     about whether you should take biotin?
6  A. So I'm still not sure what you're asking me.
7     Are you asking me if I went to the doctor and
8     said, "Should I take this?" Is that what
9     you're asking?
10 Q. Yes.
11 A. No, I probably didn't put it that way, no.
12 Q. How -- did you think that you asked a
13    healthcare provider about whether you could
14    take something for your hair?
15 A. Possibly or I complained about it and this is
16    what was suggested.
17 Q. But you don't have a recollection --
18 A. No.
19 Q. -- one way or the other?
20 A. No.
21 Q. You can't say definitively whether a
22    healthcare provider, on November 16th,
23    recommended that you take Biotin
24    multivitamins, B complex, or One A Day Women's
25    Health?

Page 52

1  A. I'm sure they recommended it. That's why I
2     wrote it down.
3       MS. BIERI:
4          Can you repeat the witness's answer
5       back, please?
6       (The requested testimony was read back:
7          ANSWER:
8            I'm sure they recommended it.
9          That's why I wrote it down.)
10 EXAMINATION BY MS. BIERI:
11 Q. So in November of 2009, you weren't satisfied
12    with the condition of your eyebrows or hair on
13    your scalp; is that accurate?
14 A. Correct.
15 Q. And was it that you were not satisfied with
16    the fullness of the hair on your scalp or your
17    eyebrows?
18       MS. PEREZ:
19          Object to form.
20       THE WITNESS:
21          I wasn't happy with how my hair
22       looked.
23 EXAMINATION BY MS. BIERI:
24 Q. What about your nails? Do you remember what
25    concern, if any, you had about your nails, on

Page 53

1     November 16th of 2009?
2  A. They've never been the same since chemo.
3  Q. How so?
4  A. They -- they grow -- they grow oddly, I don't
5     know how -- there must be some medical term,
6     but they grow differently. And they split --
7     they seem -- I don't think it's consistency.
8     I don't know what the medical term is, but
9     they're different than what they were like
10    before chemo.
11 Q. Did you ever take biotin?
12 A. I don't remember.
13 Q. Do you have any recollection of taking biotin?
14 A. No.
15 Q. Do you have any receipts related to the
16    purchase of biotin?
17 A. No.
18 Q. Have you ever taken a multivitamin?
19 A. No.
20 Q. Have you ever taken B complex?
21 A. I don't think so. I don't think so. But
22    maybe. It's hard -- I don't now.
23 Q. Do you have any recollection of ever taking a
24    B complex vitamin?
25 A. I don't remember. And I don't now, so I can't