# EXHIBIT U

## MEDICATION FLOWSHEET

**Patient Name:** Elizabeth Kahn

**Allergies:** PCN, cipro

| DATE Start / Stop | MEDICATION Dosage/Direction/Amount | REFILLS Date/Amount/Initials |
|---|---|---|
| 7/27/09 | Tamoxifen | |
| 7/27/09 | Lisinopril | |

1018- KAHN, ELIZABETH- MD Claiborne & Associates  00006

# EP Patient Progress Form

**Patient Name:** Elizabeth Kahn

**Date of visit:** 7-27-09

ROS: Neuro: Orient (date/time/place) +/- Mood +/-
Skin: Face +/- Arms: +/- Hands: +/- Neck: +/- Legs: +/- Eyes: +/-
Allergies: PCN, Cipro
Constitutional: Height: 5'3" Weight: 191 Sitting B/P: 142/93, Pulse 87
Medication changes: ___ YES ___ NO list: _____

**\*Presenting problem (1)** Plantar wart
HPI: Location: ® foot   Duration: ? months
  new ✓   better ___ worse ___ same ___
MDM/TX/PLAN: ® foot — plantar
  — freeze — w/
  sal acid —

**\*\*Presenting problem (2)** _____
HPI: Location: ___ Duration: ___
  new ___ better ___ worse ___ same ___
MDM/TX/PLAN:
  white — white marks from ___
  ___ — ® elbow ok

**\*\*\*Presenting problem (3)** _____
HPI: Location: ___ Duration: ___
  new ___ better ___ worse ___ same ___
MDM/TX/PLAN: OTD ___ ® ___
  Cannot do a
  test

Scheduled Test: Lab ___ Path ___ Fungal Smear ___
Counseling Provided: Yes ___ No ___

Return visit recommended:
Days ___
Weeks ___
Months ___

\*=low(11-12) \*\*=mod(13) \*\*\*=mod/high(14-15)

11  Elizabeth Kahn   9:25   9:30  Claiborne

# Dermatology Medical History

Patient: Elizabeth Kahn      Date of Birth: [redacted]      Today's Date: 7/27/09

Reason for today's visit: Plantar wart

Are you allergic to any medications? ☑ YES  ☐ NO   If yes, list below:
1. Penicillin
2. Cipro

Have you ever had dental anesthesia (Novocaine)? ☑ YES  ☐ NO    Any bad reaction? ☐ YES  ☑ NO

List all medications you are currently taking (including prescriptions, over-the-counter meds., vitamins, and herbals):
1. tamoxifen
2. lisinopril
3.
4.
5.
6.

Do you have now, or have you ever had diseases or conditions of: (Please check YES or NO)

| Lungs: | YES | NO | Other Systemic: | YES | NO |
|---|---|---|---|---|---|
| Bronchitis | ☐ | ☑ | Diabetes | ☐ | ☑ |
| Emphysema | ☐ | ☑ | Excessive thirst/hunger | ☐ | ☑ |
| Asthma | ☐ | ☑ | Amputation | ☐ | ☑ |
| Chronic Cough | ☐ | ☑ | Thyroid | ☐ | ☑ |
| Morning Cough | ☐ | ☑ | Kidney | ☐ | ☑ |
| Shortness of Breath | ☐ | ☑ | Dialysis | ☐ | ☑ |
| Wheezing | ☐ | ☑ | Bladder | ☐ | ☑ |
|  |  |  | Frequency/burning | ☐ | ☑ |

| Cardiovascular: | YES | NO | Gastrointestinal |  |  |
|---|---|---|---|---|---|
| High Blood Pressure | ☑ | ☐ | Stomach absorptive disorder | ☐ | ☑ |
| Chest Pain | ☐ | ☑ | Nausea, vomiting, diarrhea | ☑ | ☐  *currently no* |
| Heart Attack | ☐ | ☑ | when taking antibiotics |  |  |
| Heart Murmur | ☐ | ☑ | Yeast infection when |  |  |
| Irregular Heartbeat | ☐ | ☑ | taking antibiotics | ☑ | ☐  *past* |
| Phlebitis | ☐ | ☑ | Arthritis/Joint Deformity | ☑ | ☐ |
| Inflammation of vein | ☐ | ☑ | Arthralgia | ☐ | ☑ |
| Blood clots | ☐ | ☑ | Limited motion | ☐ | ☑ |
| Pacemaker | ☐ | ☑ | Artificial joint | ☐ | ☑ |
|  |  |  | Convulsions, Epilepsy or Seizures | ☐ | ☑ |
|  |  |  | Fainting | ☐ | ☑ |

List any other diseases or conditions: just completed treatment for breast cancer

List surgical procedures you have had in the last 6 months: breast lumpectomy for cancer

Skin:
- Have you ever had skin cancer?  ☐ YES  ☑ NO
- Has anyone in your family had skin cancer?  ☑ YES  ☐ NO
- Do you have a history of any specific skin diseases?  ☐ YES  ☑ NO   If yes, ____
- Do you have problems with healing  ☐ YES  ☑ NO
- Do you develop keloids (scars) after surgery  ☐ YES  ☑ NO
- Do you bleed easily?  ☐ YES  ☐ NO
- Do you develop skin rashes in reaction to ☐ Medications ☐ Food ☐ Environment ☐ Bandages ☐ Topical Neosporin  ☑ Other  some metals

Social History:
- Do you drink alcohol?  ☐ YES  ☑ NO   If YES ____ drinks per day
- Do you use IV drugs?  ☐ YES  ☑ NO   If YES, what? ____   How often? ____
- Do you smoke?  ☐ YES  ☑ NO   If YES, how much: ____
- Have you had or have you been exposed to HIV (AIDS)?  ☐ YES  ☑ NO

Please answer the following questions:
(Women) Are you pregnant?  ☐ YES  ☑ NO    Due Date: __/__/__
What is your occupation? Teacher     Hobbies? ____

Completed by: ☑ Patient
☐ Medical Assistant    ____ Initials

Signed by Patient: Elizabeth Kahn     Date: 7/27/09

Reviewed by: H. Abram Elmer, LPN     Date: 7/27/09

©2005 Inga Ellzey Practice Group, Inc. May be reproduced for personal use only.