UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Dara Kessler* | Civil Action No.: 2:17-cv-15397 |

**CONSENT MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff, Dara Kessler, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), respectfully requests leave to file an Amended Short Form Complaint, attached hereto as Exhibit A, by adding Sandoz Inc. as a named defendant in this case. Plaintiff's Complaint was originally filed against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC. Since filing her claim Plaintiff's counsel received a completed Statement Regarding Chemotherapy Drug Administered from Swedish Medical Center identifying Sandoz Inc. as the manufacturer of the chemotherapy drug administered to Plaintiff.

For the foregoing reason, Plaintiff respectfully requests this Court grant leave to file the attached Amended Short Form Complaint.

Dated: March 5, 2020.

Respectfully Submitted,

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271

dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filling to all counsel of record who are CM/ECF participants.

/s/ Robert J. Binstock
Robert J. Binstock