EXAMPLE 1 – Adriana Edit

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "N" (5)** |
| | **JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |
| THIS DOCUMENT RELATES TO:<br>*Dara Kessler* | Civil Action No.: 2:17-cv-15397 |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Compliant and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiff may file her Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

SIGNED THIS _____ day of _____, 2020

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE