**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "N" (5)** |
| | **JUDGE MILAZZO** |
| | **MAG. JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | |
| *Dara Kessler* | Civil Action No.: 2:17-cv-15397 |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Dara Kessler, by and through the undersigned counsel, brings this Motion pursuant to Federal Rule of Civil Procedure 15(a), and respectfully seeks leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A.

Plaintiff's original Complaint was filed in the Eastern District of Louisiana on December 7, 2017. The original suit was filed in this matter based upon the belief by Plaintiff, Dara Kessler, that she was administered Taxotere/Docetaxel that was manufactured by Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, which caused her to permanently lose her hair.

Since the time of filing the aforementioned complaint, Plaintiff's counsel received a completed Statement Regarding Chemotherapy Drug Administered from Swedish Medical Center identifying the National Drug Codes of Sandoz Inc., and therefore, should be named as Defendants in Plaintiff's case as manufacturer of the chemotherapy infusion which caused her permanent hair loss.

Plaintiff, therefore, seeks to amend her complaint to name Sandoz Inc. as Defendant in this matter.

Dated: March 5, 2020.                              Respectfully Submitted,

                                                   **REICH & BINSTOCK**
                                                   /s/ Robert J. Binstock
                                                   Robert J. Binstock (TX: 02328350)
                                                   Dennis C. Reich (TX: 16739600)
                                                   4265 San Felipe, Suite 1000
                                                   Houston, TX 77027
                                                   Phone: 713-622-7271
                                                   dreich@reichandbinstock.com
                                                   bbinstock@reichandbinstock.com

                                                   *Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filling to all counsel of record who are CM/ECF participants.

                                                   /s/ Robert J. Binstock
                                                   Robert J. Binstock