| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Adcock | Brenda | 2:18-cv-12849 | 12/07/2018 | No PTO-71 Documentation | 505 |
| 2 | Baez | Maria | 2:19-cv-12307 | 8/27/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 3 | Benedetto | Diana | 2:19-cv-12529 | 9/11/2019 | No PTO 71A | sanofi |
| 4 | Black-Roberson | Juanita | 2:17-cv-16237 | 12/09/2017 | PFS Not Substantially Complete: Authorizations - all are undated. | 505 |
| 5 | Blevins | Lola | 2:18-cv-12324 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 6 | Blodgett | Susan | 2:19-cv-01412 | 2/14/2019 | PFS Not Substantially Complete | sanofi |
| 7 | Bogner | Lisa | 2:18-cv-13378 | 12/11/2018 | No HIPAA or Psychiatric Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 8 | Bonnell | Sarah | 2:19-cv-12553 | 9/11/2019 | No Signed/Verified PFS | sanofi |
| 9 | Bradley | Tanya | 2:18-cv-12372 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 10 | Burgess | Karen | 2:17-cv-04528 | 5/2/2017 | PFS Not Substantially Complete | sanofi |
| 11 | Burns | Carrie | 2:19-cv-11973 | 8/1/2019 | No CMO 12A | sanofi |
| 12 | Byers | Cyrethia | 2:17-cv-07373 | 8/1/2017 | PFS Not Substantially Complete | sanofi |
| 13 | Bynum | Hilda | 2:18-cv-03098 | 3/22/2018 | No Authorizations; No PTO 71A | sanofi |
| 14 | Calhoun | Rosalyn | 2:17-cv-13751 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 15 | Campbell | Cynthia D | 2:18-cv-11265 | 11/20/2018 | PFS Not Substantially Complete | sanofi |
| 16 | Carr Scott | Jessica | 2:17-cv-12902 | 11/21/2017 | PFS Not Substantially Complete | sanofi |
| 17 | Carson | Hattie | 2:16-cv-15322 | 1/22/2016 | PFS Not Substantially Complete | sanofi |
| 18 | Ceraio | Yvonne | 2:19-cv-10846 | 5/31/2019 | No CMO 12A | Both sanofi and 505 |
| 19 | Clark | Bonnie | 2:18-cv-12942 | 12/9/2018 | PFS Not Substantially Complete | sanofi |
| 20 | Cleckley | Marietta S | 2:18-cv-10273 | 11/1/2018 | PFS Not Substantially Complete | sanofi |
| 21 | Cochran | Judi | 2:17-cv-17309 | 12/14/2017 | PFS Not Substantially Complete | sanofi |
| 22 | Coleman | Vernita | 2:17-cv-06202 | 6/27/2017 | PFS Not Substantially Complete | sanofi |
| 23 | Conner | Erika | 2:18-cv-13516 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 24 | Conrad | Chanda | 2:19-cv-12774 | 09/24/2019 | No Signed/Verified PFS | 505 |
| 25 | Cornelius | Ann | 2:18-cv-13342 | 12/11/2018 | PFS Not Substantially Complete: Authorizations - missing health insurance authorization. | 505 |
| 26 | Cruel | Sonya | 2:17-cv-16738 | 12/11/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 27 | Cummings | Bernice | 2:17-cv-09815 | 9/29/2017 | PFS Not Substantially Complete | sanofi |
| 28 | Curtis | Nellie | 2:17-cv-08626 | 9/3/2017 | No Authorizations; No PTO 71A | sanofi |
| 29 | Dagnon | Kathy | 2:19-cv-12623 | 9/16/2019 | No PTO 71A | sanofi |
| 30 | Davis | Brenda | 2:18-cv-05407 | 5/29/2018 | PFS Not Substantially Complete | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 31 | Davis | Rotanda | 2:18-cv-12401 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 32 | Dean | Janet | 2:18-cv-04806 | 05/10/2018 | No PTO-71 Documentation | 505 |
| 33 | Demeniuk | Michele | 2:18-cv-12402 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 34 | Deppe | Linda | 2:17-cv-15574 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 35 | Docherty | Teresa | 2:19-cv-12444 | 9/4/2019 | No Signed/Verified PFS | sanofi |
| 36 | Doucet | Daisy | 2:17-cv-17024 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 37 | Downs | Mary B. | 2:18-cv-03930 | 04/13/2018 | No PTO-71 Documentation | 505 |
| 38 | Dyer | Janele | 2:19-cv-00730 | 1/31/2019 | PFS Not Substantially Complete | sanofi |
| 39 | Elliott | Farrell | 2:19-cv-12374 | 8/29/2019 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 |
| 40 | Ellis | Bettie A | 2:19-cv-10602 | 5/21/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 41 | Farrier | Bernadette | 2:18-cv-12242 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 42 | Farrior | Mattie B | 2:18-cv-10979 | 11/14/2018 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 43 | Fisher | Stacey | 2:18-cv-13317 | 12/11/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 44 | Fodera | Theresa | 2:18-cv-12406 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 45 | Fort | Brenda | 2:18-cv-05607 | 6/6/2018 | PFS Not Substantially Complete | sanofi |
| 46 | Foster | Addie S | 2:17-cv-10224 | 10/6/2017 | PFS Not Substantially Complete | sanofi |
| 47 | Foxx | Geraldine | 2:19-cv-02446 | 3/18/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 48 | Frederick | Cheryl | 2:18-cv-05354 | 05/26/2018 | No PTO-71 Documentation | 505 |
| 49 | French | Donna J | 2:17-cv-16652 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 50 | Garner | Venissa H. | 2:16-cv-16803 | 12/01/2016 | No PTO-71 Documentation | 505 |
| 51 | Garrett Way | Rose Maria | 2:19-cv-01862 | 2/28/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 52 | Gaston | Mary | 2:17-cv-07121 | 7/26/2017 | PFS Not Substantially Complete | sanofi |
| 53 | George | Sandie | 2:17-cv-12704 | 11/17/2017 | PFS Not Substantially Complete | sanofi |
| 54 | Giest | Marilyn | 2:18-cv-12409 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 55 | Gilbert | Carolyn | 2:18-cv-12219 | 12/3/2018 | No PTO 71A | sanofi |
| 56 | Glover | Kia | 2:18-cv-10879 | 11/13/2018 | No PTO-71 Documentation | 505 |
| 57 | Goodman Guy | Debra | 2:18-cv-12528 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 58 | Gough | Natalie | 2:17-cv-14574 | 12/5/2017 | PFS Not Substantially Complete | sanofi |
| 59 | Gowens | Sally | 2:18-cv-12411 | 12/4/2018 | PFS Not Substantially Complete | sanofi |
| 60 | Grady | Gwendolyn | 2:18-cv-12246 | 12/4/2018 | No Signed/Verified PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 61 | Gray | Isabella | 2:19-cv-09225 | 4/10/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 62 | Green | Karen | 2:18-cv-12414 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 63 | Greene | Shirley | 2:16-cv-16748 | 11/7/2016 | PFS Not Substantially Complete | sanofi |
| 64 | Griffin | Virginia | 2:19-cv-12149 | 8/13/2019 | No Signed/Verified PFS | sanofi |
| 65 | Haines | Jessica | 2:18-cv-12415 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 66 | Hall | Delores | 2:18-cv-12429 | 12/5/2018 | PFS Not Substantially Complete | sanofi |
| 67 | Hall | Peggy | 2:19-cv-11104 | 6/10/2019 | No CMO 12A | sanofi |
| 68 | Hartman | Deborah | 2:17-cv-16308 | 12/9/2017 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 69 | Hawks | Barbara | 2:19-cv-12576 | 09/12/2019 | PFS Not Substantially Complete; No Authorizations; No PTO-71 documentation. | 505 |
| 70 | Hawthorne | Anishia | 2:18-cv-08591 | 9/13/2018 | No CMO 12A | sanofi |
| 71 | Henigan | Nannette | 2:19-cv-10819 | 5/30/2019 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 |
| 72 | Henning | Charlene | 2:18-cv-12483 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 73 | Herrington | Desiree | 2:18-cv-12513 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 74 | Hill | Aida M. | 2:17-cv-08858 | 09/10/2017 | No PTO-71 Documentation | 505 |
| 75 | Hill | Mary | 2:18-cv-05990 | 6/15/2018 | PFS Not Substantially Complete | sanofi |
| 76 | Hipp | Cathy C | 2:19-cv-10935 | 6/7/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 77 | Hodges | Valerie | 2:19-cv-12483 | 9/6/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 78 | Holifield | Shirley | 2:18-cv-13442 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 79 | Horman | Marcy | 2:18-cv-12517 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 80 | Houston | Cecile | 2:17-cv-16328 | 12/09/2017 | PFS Not Substantially Complete | 505 |
| 81 | Hutchison | Deborah | 2:18-cv-07288 | 8/1/2018 | PFS Not Substantially Complete | sanofi |
| 82 | James | Darnisha | 2:18-cv-12454 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 83 | Johnson | Katherine C | 2:18-cv-05355 | 5/26/2018 | PFS Not Substantially Complete | sanofi |
| 84 | Johnson | Pauline | 2:17-cv-13551 | 11/28/2017 | PFS Not Substantially Complete | sanofi |
| 85 | Johnson | Phyllis | 2:19-cv-12095 | 8/8/2019 | No PTO 71A | sanofi |
| 86 | Jones | Johnsetta | 2:19-cv-12452 | 9/5/2019 | No Signed/Verified PFS | sanofi |
| 87 | Jones | Lisa | 2:18-cv-12256 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 88 | Kalsky | Theresa | 2:19-cv-12400 | 8/30/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 89 | Kerrick | Sharon R | 2:19-cv-09916 | 4/30/2019 | PFS Not Substantially Complete | sanofi |
| 90 | Knoll | Patricia | 2:18-cv-12485 | 12/5/2018 | No Signed/Verified PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 91 | Koziol | Renee | 2:19-cv-12453 | 09/05/2019 | PFS Not Substantially Complete | 505 |
| 92 | Krisell | Sonja | 2:18-cv-12261 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 93 | Lacy | Marcella | 2:18-cv-08404 | 9/6/2018 | No Authorizations; No PTO 71A | sanofi |
| 94 | Lane-Mosley | Carol | 2:18-cv-12494 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 95 | Lavender | Teresa | 2:18-cv-12262 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 96 | Leduke | Sandra | 2:19-cv-12336 | 8/28/2019 | No Signed/Verified PFS | sanofi |
| 97 | Lee | Mary | 2:18-cv-12489 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 98 | Longo | Lucia | 2:19-cv-12783 | 9/24/2019 | No Signed/Verified PFS | sanofi |
| 99 | Mackay | Christine | 2:18-cv-12338 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 100 | Martin | Sheila | 2:19-cv-12338 | 08/28/2019 | No Signed/Verified PFS | 505 |
| 101 | Mass | Gloria | 2:19-cv-11978 | 08/01/2019 | No Signed/Verified PFS | 505 |
| 102 | Matz | Shari | 2:18-cv-09553 | 10/15/2018 | PFS Not Substantially Complete | sanofi |
| 103 | Mcgee | Friella | 2:17-cv-13831 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 104 | McKenna | Connie | 2:18-cv-06188 | 06/22/2018 | No PTO-71 Documentation | 505 |
| 105 | McKnight | Karen | 2:19-cv-12387 | 8/30/2019 | No Signed/Verified PFS | sanofi |
| 106 | Mcmillan | Melanie | 2:18-cv-10481 | 11/5/2018 | PFS Not Substantially Complete | sanofi |
| 107 | Might | Beverly | 2:19-cv-13944 | 11/27/2019 | No PTO 71A | sanofi |
| 108 | Mobley | Betty | 2:18-cv-12505 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 109 | Moldenhauer | Brenda | 2:18-cv-13344 | 12/11/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 110 | Monley | Anita | 2:18-cv-03911 | 4/13/2018 | PFS Not Substantially Complete | sanofi |
| 111 | Myles | Lillian | 2:18-cv-06100 | 06/20/2018 | No PTO-71 Documentation | 505 |
| 112 | Neely | Yolanda | 2:18-cv-12292 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 113 | Newbern | Nancy | 2:18-cv-04582 | 05/02/2018 | No PTO-71 Documentation | 505 |
| 114 | Newett | Rose | 2:17-cv-13835 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 115 | Nichols | Judy | 2:19-cv-12330 | 8/28/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 116 | Nichols | Linda | 2:18-cv-05472 | 05/30/2018 | No PTO-71 Documentation | 505 |
| 117 | Northouse | Carole | 2:18-cv-12509 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 118 | Packer | Judith | 2:17-cv-07647 | 8/8/2017 | PFS Not Substantially Complete | sanofi |
| 119 | Peebles | Joyce | 2:19-cv-12532 | 9/11/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 120 | Perot | Jontue | 2:17-cv-12590 | 11/16/2017 | PFS Not Substantially Complete | sanofi |
| 121 | Perry | Ethel | 2:18-cv-13702 | 12/13/2018 | No Authorizations; No CMO 12A; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 122 | Peterson | Carolyn | 2:18-cv-12286 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 123 | Phelps | Roberta | 2:18-cv-03308 | 03/27/2018 | No PTO-71 Documentation | 505 |
| 124 | Pierce | Crystal | 19-cv-12570 | 09/12/2019 | No Signed/Verified PFS | 505 |
| 125 | Polhamus | Roberta | 2:19-cv-12716 | 9/23/2019 | No Signed/Verified PFS | sanofi |
| 126 | Powell | Evelyn | 2:17-cv-17995 | 12/30/2017 | PFS Not Substantially Complete | sanofi |
| 127 | Prather | Laura | 2:19-cv-12567 | 9/12/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 128 | Prince | Sandra G | 2:16-cv-17801 | 12/27/2016 | No Authorizations | sanofi |
| 129 | Querry | Chris | 2:17-cv-12360 | 11/13/2017 | No Authorizations; No PTO 71A | sanofi |
| 130 | Rangel De Castaneda | Otilia | 2:19-cv-11235 | 6/15/2019 | PFS Not Substantially Complete; No Authorizations (Not dated); No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 131 | Reed | Carol | 2:18-cv-05743 | 6/8/2018 | PFS Not Substantially Complete | sanofi |
| 132 | Reese | Carlena | 2:17-cv-14116 | 12/2/2017 | PFS Not Substantially Complete | sanofi |
| 133 | Reynolds | Harriet | 2:19-cv-12538 | 9/11/2019 | No Signed/Verified PFS | sanofi |
| 134 | Richardson | Jennifer | 2:18-cv-13570 | 12/12/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 135 | Rippy | Janet | 2:17-cv-11438 | 10/29/2017 | PFS Not Substantially Complete | sanofi |
| 136 | Robinson | Eleanora | 2:19-cv-12358 | 8/29/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 137 | Rose | Paulette | 2:19-cv-12533 | 9/11/2019 | No Signed/Verified PFS | sanofi |
| 138 | Russell | Kelly | 2:19-cv-11808 | 07/24/2019 | PFS Not Substantially Complete | 505 |
| 139 | Sage | Lynda | 2:18-cv-12268 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 140 | Salter | Serena | 2:19-cv-00488 | 1/23/2019 | PFS Not Substantially Complete | sanofi |
| 141 | Sargent | Anita | 2:17-cv-16971 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 142 | Schulze | Naomi | 2:19-cv-12582 | 9/13/2019 | No PTO 71A | Both sanofi and 505 |
| 143 | Scothern | Teri | 2:19-cv-12385 | 8/30/2019 | No Signed/Verified PFS | sanofi |
| 144 | Scott | Jennie | 2:19-cv-01553 | 2/19/2019 | PFS Not Substantially Complete | sanofi |
| 145 | Scott | Tiana | 2:19-cv-01555 | 02/19/2019 | No PTO-71 Documentation | 505 |
| 146 | Severino | Carmen | 2:19-cv-12566 | 9/12/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 147 | Shelton | Lisa M | 2:19-cv-09977 | 5/1/2019 | No PTO 71A | sanofi |
| 148 | Sick | Patricia | 2:18-cv-12285 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 149 | Singleton | Towanda | 2:18-cv-13592 | 12/12/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 150 | Sites | Cathy | 2:18-cv-05547 | 6/1/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 151 | Smith | Melodie Wells | 2:18-cv-14198 | 12/26/2018 | No PTO-71 Documentation | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 152 | Starkloff | Cheryl | 2:18-cv-13029 | 12/10/2018 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 153 | Starr | Carol L. | 2:17-cv-06001 | 06/21/2017 | No PTO-71 Documentation | 505 |
| 154 | Stevenson | Chanelle | 2:19-cv-13437 | 11/5/2019 | No Authorizations (Expired); No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 155 | Stone | Dorothy | 2:19-cv-12371 | 8/29/2019 | No Signed/Verified PFS | sanofi |
| 156 | Strickland | Tamra | 2:18-cv-12288 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 157 | Sumling | Millicent | 2:18-cv-13381 | 12/11/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 158 | Tabor | Dorothy A. | 2:18-cv-11430 | 11/23/2018 | No PTO-71 Documentation | 505 |
| 159 | Tanner | Nancy | 2:17-cv-14478 | 12/04/2017 | No PTO-71 Documentation | 505 |
| 160 | Taylor | Darlene | 2:18-cv-12289 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 161 | Thibou | Theresa | 2:17-cv-11452 | 10/29/2017 | PFS Not Substantially Complete: Authorizations - HIPAA is undated and others are not witnessed. | 505 |
| 162 | Thomas | Angela | 2:17-cv-12173 | 11/9/2017 | PFS Not Substantially Complete | sanofi |
| 163 | Thomas | Patricia L. | 2:19-cv-12455 | 09/05/2019 | PFS Not Substantially Complete; Authorizations - Health Ins, Workers Comp and Disability missing Witness Signature; No PTO-71 documentation. | 505 |
| 164 | Thompson | Shannon | 2:17-cv-10109 | 10/04/2017 | No PTO-71 Documentation | 505 |
| 165 | Thompson | Susan | 2:19-cv-12391 | 8/30/2019 | No Signed/Verified PFS | sanofi |
| 166 | Thrower | Lillie | 2:19-cv-12500 | 9/9/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 167 | Titus | Barbara | 2:19-cv-12316 | 08/27/2019 | No Signed/Verified PFS | 505 |
| 168 | Toler | Sharon | 2:19-cv-12573 | 9/12/2019 | No Signed/Verified PFS | sanofi |
| 169 | Tucker | Beulah Lee | 2:19-cv-09848 | 04/29/2019 | PFS Not Substantially Complete; No PTO-71 documentation. | 505 |
| 170 | Tucker | Debra | 2:18-cv-12330 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 171 | Walker | Clare | 2:19-cv-12167 | 8/15/2019 | PFS Not Substantially Complete; No Authorizations (Expired); No PTO 71A | sanofi |
| 172 | Wearing | Alleshia M. | 2:18-cv-13835 | 12/14/2018 | No PTO-71 Documentation | 505 |
| 173 | Weir | Rita | 2:17-cv-14860 | 12/5/2017 | PFS Not Substantially Complete | sanofi |
| 174 | White | Carolyn | 2:16-cv-17485 | 12/15/2016 | PFS Not Substantially Complete; No PTO-71 documentation; No CMO-12 documentation | 505 |
| 175 | White | Geraldine | 2:17-cv-12548 | 11/15/2017 | PFS Not Substantially Complete | sanofi |
| 176 | Wiggins | Sophia | 2:19-cv-12410 | 9/3/2019 | No Signed/Verified PFS | sanofi |
| 177 | Wilcox | Geraldine | 2:18-cv-12119 | 12/1/2018 | No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 178 | Williams | Amanda | 2:19-cv-11764 | 07/19/2019 | PFS Not Substantially Complete; No Authorizations | 505 |
| 179 | Williams | Donicia | 2:17-cv-15817 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 180 | Williams | Doris | 2:17-cv-11448 | 10/29/2017 | PFS Not Substantially Complete | sanofi |
| 181 | Williams | Susan | 2:18-cv-13076 | 12/10/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 182 | Wiloughby | Kimberly | 2:19-cv-12254 | 8/21/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | Both sanofi and 505 |
| 183 | Wilson | Joretha | 2:19-cv-12308 | 8/27/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 184 | Wright | Beverly | 2:19-cv-12830 | 9/26/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 185 | Young Lane | Audrey | 2:19-cv-12413 | 9/3/2019 | No Signed/Verified PFS | sanofi |
| 186 | Zavala | Brenda | 2:19-cv-13614 | 11/13/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | Both sanofi and 505 |
| 187 | Zivkovic | Tania | 2:18-cv-12521 | 12/5/2018 | No Signed/Verified PFS | sanofi |