UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Brown v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; INC. SANOFI-AVENTIS U.S. LLC**<br><br>Civil Action No.:2:19-cv-11980 |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 10th day of March, 2020.

                                                            Debra Humphrey, Esq.
                                                           (NY Bar No. 5050448)
                                                           Marc J. Bern & Partners LLP
                                                           60 East 42nd Street, Suite 950
                                                           New York, NY 10165
                                                           Tel: (212) 702-5000
                                                           Fax: (212) 818-0164
                                                           dhumphrey@bernllp.com

CERTIFICATE OF SERVICE

      I hereby certify that on March, 10th of 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 10th, 2020.                          /s/Debra Humphrey