UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Sonja Peach v. Sanofi US Services Inc., et al.;* | : | |
| *Case No. 2:19-cv-13895* | : | |
| | : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**NOW COMES** Plaintiff, Sonja Peach, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A.

Plaintiff's counsel conferred with counsel for Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

Dated: March 11, 2020                    Respectfully submitted,

                                         **PULASKI LAW FIRM, PLLC**
                                         /s/ *Leslie LaMacchia*
                                         Leslie LaMacchia
                                         Adam Pulaski
                                         2925 Richmond, Suite 1725
                                         Houston, TX 77098
                                         Tel: (713) 664-4555
                                         Fax: (713) 664-7543
                                         llamacchia@pulaskilawfirm.com
                                         adam@pulaskilawfirm.com

                                         *Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and

Defendants did not indicate any opposition to the relief requested.

## CERTIFICATE OF SERVICE

I certify that on March 11, 2020, I filed the above document with the Court via the Court's

CM/ECF system, which will notify all counsel of record.

                                         /s/ *Leslie LaMacchia*
                                         Leslie LaMacchia