## EXHIBIT C

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI AVENTIS US, LLC AND SANOFI US SERVICES, INC.**<br><br>Civil Action No.: 2:17-cv-16822 |
| THIS DOCUMENT RELATES TO:<br><br>Meloise Serieux v. Sanofi Aventis US, LLC et al. | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi Aventis US, LLC and Sanofi US Services, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 11 day of March, 2020.

/s/ Ashleigh E. Raso
Ashleigh E. Raso (MN #393353)
Anthony J. Nemo (MN #221351)
MESHBESHER & SPENCE
1616 Park Avenue
Minneapolis, MN 55404
Tel: (612) 339-9121
araso@meshbesher.com
tnemo@meshbesher.com
Attorneys for Plaintiff

15

CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  March 11, 2020                    /s/__Ashleigh E. Raso_____