UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |

THIS DOCUMENT RELATES TO:

ALL CASES

**MEMORANDUM IN SUPPORT OF MOTION TO FILE
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES
UNDER LA. REV. STAT. § 9:2800.59 UNDER SEAL**

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. (collectively "Sanofi"), respectfully request leave of Court to file their Opposition to Plaintiffs' Motion for Summary Judgment on Affirmative Defenses Under La. Rev. Stat. § 9:2800.59, their Statement of Facts, and Exhibits A-YY under seal.

Sanofi respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Sanofi's Opposition and Statement of Facts contain several references to documents which have been designated as confidential and/or "protected information," as set forth in PTO 50. This includes confidential communications

maintained by Sanofi. The same is true of the source documents themselves, which are attached as Exhibits A-YY to the Opposition. For these reasons, this Opposition, the Statement of Facts, and Exhibits A-YY must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the pleadings at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Therefore, under PTO 50 and the applicable case law, Sanofi's Opposition, Statement of Facts, and Exhibits A-YY should be filed under seal.

                                                    Respectfully submitted,

                                                    */s/ Douglas J. Moore*
                                                    Douglas J. Moore (Bar No. 27706)
                                                    **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                                    400 Poydras Street, Suite 2700
                                                    New Orleans, LA 70130
                                                    Telephone: 504-310-2100
                                                    Facsimile: 504-310-2120
                                                    dmoore@irwinllc.com

                                                    Harley Ratliff
                                                    Adrienne L. Byard
                                                    **SHOOK, HARDY & BACON L.L.P.**
                                                    2555 Grand Boulevard
                                                    Kansas City, Missouri 64108
                                                    Telephone: 816-474-6550
                                                    Facsimile: 816-421-5547
                                                    hratliff@shb.com
                                                    abyard@shb.com

                                                    *Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

<u>/s/ *Douglas J. Moore*</u>