UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H"

THIS DOCUMENT RELATES TO:

ALL CASES

## NOTICE OF MANUAL ATTACHMENT

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. (collectively "Defendants" or "Sanofi"), through undersigned counsel, hereby provide notice of the manual attachment of the pleadings listed below, which Defendants have requested be filed under seal pursuant to Local Rule 5.6. On Wednesday, March 11, 2020, counsel for Sanofi will hand deliver the following pleadings to the Court:

Opposition to Plaintiffs' Motion for Summary Judgment on Affirmative Defenses Under La. Rev. Stat. § 9:2800.59; Responses to Plaintiffs' LR 56.1 Statement of Undisputed Facts; and Exhibits A-YY to Opposition.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Douglas J. Moore*
　　　　　　　　　　　　　　　　　　　Douglas J. Moore (Bar No. 27706)
　　　　　　　　　　　　　　　　　　　**IRWIN FRITCHIE URQUHART & MOORE LLC**
　　　　　　　　　　　　　　　　　　　400 Poydras Street, Suite 2700
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　　Telephone: 504-310-2100
　　　　　　　　　　　　　　　　　　　Facsimile: 504-310-2120
　　　　　　　　　　　　　　　　　　　dmoore@irwinllc.com

>Harley V. Ratliff
>Adrienne L. Byard
>**SHOOK, HARDY& BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile: 816-421-5547
>hratliff@shb.com
>abyard@shb.com
>kbieri@shb.com
>
>*Counsel for sanofi-aventis U.S., LLC and Sanofi US Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

>/s/ *Douglas J. Moore*