UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H"

THIS DOCUMENT RELATES TO:

ALL CASES

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") to file their Opposition to Plaintiffs' Motion for Summary Judgment on Affirmative Defenses Under La. Rev. Stat. § 9:2800.59 UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Opposition to Plaintiffs' Motion for Summary Judgment on Affirmative Defenses Under La. Rev. Stat. § 9:2800.59 UNDER SEAL.

New Orleans, Louisiana, this ___ day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE