UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| LAVERNE PIRTLE, <br><br>      Plaintiff(s), <br><br>vs. <br><br>SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC., <br><br>      Defendant(s). | <br><br>Civil Action No.: __2:19-cv-11979__ |

## ORDER

Before the Court is an Unopposed Motion for Leave to File an Amended Complaint (Doc. 9370);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 12th day of March, 2020.

_____
Hon. Jane Triche Milazzo