UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *PLAINTIFFS ON THE ATTACHED LIST* ) ) | MDL: 2740<br>SECTION "H" (5)<br>HON. JANE TRICHE MILAZZO<br>HON. MICHAEL NORTH |

## ORDER

Considering the Motion to Withdraw as Counsel of Record filed by Troy F. Tatting (Doc. 9371);

**IT IS ORDERED** that Troy F. Tatting of Robins Kaplan LLP is withdrawn as counsel of record in this MDL litigation and for the Plaintiffs on the attached list. Munir Meghjee and Jason DePauw of Robins Kaplan LLP will remain as counsel in this MDL litigation and for the Plaintiffs on the attached list.

New Orleans, Louisiana, this 12th day of March, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE