| Plaintiff | Case No. |
|---|---|
| Anderson, Lori | 2:18-cv-2833 |
| Ashley, Geraldine | 2:17-cv-13540 |
| Bartkowiak, Kathryn | 2:18-cv-2838 |
| Beedles-Miller, Judy | 2:18-cv-4512 |
| Belin, Carolyn | 2:18-cv-8242 |
| Booth, Vicki | 2:18-cv-00592 |
| Cooper, Julianne | 2:19-cv-12467 |
| Crowley, Debra | 2:17-cv-10412 |
| Demo, Deborah | 2:17-cv-10220 |
| East, Bettyann | 2:17-cv-11293 |
| Emilien-Spence, Charlette | 2:19-cv-12956 |
| Fernandez, Donna | 2:18-cv-10945 |
| Furlong, Fiona | 2:18-cv-09433 |
| Godfrey, Patricia Ann | 2:17-CV-7809 |
| Goodwin, Gloria | 2:18-cv-7677 |
| Green, Debra | 2:17-cv-10225 |
| Gurley, Kelly | 2:19-cv-10060 |
| Hatton-Cobb, Jenna | 2:18-cv-08735 |
| Haynes, Clara | 2:17-cv-12813 |
| Heath, Karin | 2:17-cv-13533 |
| Heim, Gale | 2:18-cv-05707 |
| Henderson, Cora | 2:17-cv-11304 |
| Herod, Carmen | 2:17-cv-09687 |
| Holt, Yvonne | 2:17-cv-12971 |
| Houser, Tina | 2:17-cv-10403 |
| Howard, Randi | 2:18-cv-09902 |
| Hughley, Mary | 2:19-cv-11579 |
| Jacobowitz, Judith | 2:18-cv-13550 |
| Johnson, Bernadette | 2:19-cv-2713 |
| Johnson, Debra | 2:16-cv-16254 |
| Jones, Lenner | 2:17-cv-9081 |
| Lee, Cynthia | 2:17-CV-07821 |
| Lessner, Joan | 2:18-cv-01279 |
| Mangum, Sharon | 2:17-cv-04947 |
| Martinez, Therese | 2:17-cv-07665 |
| McDowell, Cheryl | 2:17-cv-12984 |
| Morrow, Debra | 2:17-cv-12824 |
| Newton, Felicia | 2:17-cv-11975 |

| Plaintiff | Case No. |
| --- | --- |
| Owens, Karen | 2:18-cv-06234 |
| Parker, Catherine | 2:17-cv-09691 |
| Piggee, Marietta | 2:18-cv-11240 |
| Rodgers, Doris | 2:17-cv-07806 |
| Smith, Frances | 2:17-cv-13654 |
| Thomas, Velma | 2:17-cv-14383 |
| Thompson, Vicki | 2:19-cv-1453 |
| Tomasko, Sherry | 2:17-cv-06550 |
| Turner, Susan | 2:17-cv-5040 |
| VanZuylen, Michele | 2:17-cv-9076 |
| Vela, Tanya | 2:18-cv-3902 |
| Weaver, Vicky | 2:19-cv-00003 |
| Wilson, Lavonia | 2:17-cv-06553 |
| Woodward, Amy | 2:17-cv-11932 |