UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION     SECTION "H" (5)

THIS DOCUMENT RELATES TO:
All Cases

## ORDER

Considering the foregoing Consent Motion to Withdraw and Substitute Pleadings (Doc. 9390);

**IT IS ORDERED** that the Motion is hereby **GRANTED**, and the Clerk shall remove Record Documents 9374-1, 9374-6 and 9374-8 from the docket, replace Doc. 9374-1 with the redacted memorandum provided herewith, and place the exhibits (Docs. 9374-6, 9374-8) under seal.

New Orleans, Louisiana, this 12th day of March, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE