# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Dora Sanford, Case No. 2:17-cv-09417 |

## HOSPIRA'S MOTION FOR SUMMARY JUDGMENT
## BASED ON THE STATUTE OF LIMITATIONS

Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira") hereby move this Court for summary judgment on the claims of Plaintiff Dora Sanford. Mrs. Sanford's claims are barred by Louisiana's one-year statute of limitations. *See* La. Civ. Code Ann. art. 3492.

For the reasons explained in the attached Memorandum in Support, Hospira requests that the Court grant Hospira's Motion for Summary Judgment, dismiss Mrs. Sanford's claims against Hospira with prejudice, and order that Hospira be allowed to de-designate one of the seven Hospira plaintiffs that remain in the trial pool for Trial 5.

Dated: March 12, 2020

Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599
mark.cheffo@dechert.com

2

Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Phone: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com

John F. Olinde (Bar No. 1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                       /s/ *Mark S. Cheffo*