# EXHIBIT 2

1          IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2
3
4   - - - - - - - - - - - - - - -+
                                  |
5   IN RE: TAXOTERE (DOCETAXEL)  |  MDL NO. 2740
                                  |
6   PRODUCT LIABILITY LITIGATION |  SECTION "N" (5)
                                  |  JUDGE MILAZZO
7   This Document Relates to:    |
                                  |  No. 2:17-cv-09417
8   Dora Sanford v. Hospira, Inc.|
                                  |
9   - - - - - - - - - - - - - - -+
10
11
12              Videotaped Deposition of
13                   DORA SANFORD
14                 Washington, D.C.
15               Friday, May 24, 2019
16                   10:05 a.m.
17
18
19
20
21
22
23   Job No. 3391064
24   Reported by:  Laurie Donovan, RPR, CRR, CLR
25

Page 14

1 medications today?
2    A   No.
3    Q   Have you taken any other medications in
4 the last 24 hours?
5    A   Yes.
6    Q   Which ones?
7    A   The vitamin, uh, a multivitamin and a
8 Vitamin C.
9    Q   Is the multivitamin a prescription or
10 over the counter?
11    A   Over the counter.
12    Q   And is the Vitamin C a prescription or
13 over the counter?
14    A   Over the counter.
15    Q   And are you taking those under the
16 instruction of any physician?
17    A   Yes.
18    Q   Who?
19    A   My breast specialist.  After I had my
20 surgery, they put me on that, uh, the vitamins.
21    Q   After you had your mastectomy?
22    A   Yes, ma'am.  Yes.
23    Q   What was your understanding of why you
24 were put on the multivitamin and Vitamin C after
25 your mastectomy?

Page 15

1    A   Because I needed to.  The Vitamin C
2 helps me to keep my immune system up, and also the
3 multivitamin also.
4    Q   And do you recall what your physicians
5 told you about why your immune system might be
6 lowered?
7    A   No.
8    Q   Did your doctors tell you that your
9 immune system might be lowered because you had a
10 mastectomy?
11    A   No.
12    Q   Sitting here today, do you have any
13 understanding of why your immune system was
14 lowered?
15    A   Due to cancer.
16    Q   Due to cancer, the breast cancer?
17    A   Mm-hmm.
18    Q   Can you please tell us your full name
19 for the record.
20    A   Dora Johnson Sanford.
21    Q   And in your life, have you ever used any
22 other names, such as a maiden name?
23    A   Johnson.
24    Q   Johnson, okay.  What is your date of
25 birth?

Page 16

1    A   [REDACTED] 1957.
2    Q   And if I do my math correctly, does that
3 make you 61 years old today?
4    A   Yes.
5    Q   And where were you born?
6    A   New Orleans, Louisiana.
7    Q   What are the last four digits of your
8 Social Security number?
9    A   [REDACTED]
10    Q   And are you represented by an attorney
11 today?
12    A   Yes.
13    Q   Who is your attorney?
14    A   Zachary Wool.  Wool.
15    Q   And when did you first meet Mr. Wool?
16    A   Only yesterday.
17    Q   Have you spoken with any other lawyers
18 in connection with bringing this lawsuit?
19    A   McGartland Law Firm.
20    Q   Is that Mr. Michael McGartland?
21    A   Yeah, I talked to the, yeah, I talked to
22 the, I talked to the paralegal.
23    Q   The paralegal?
24    A   Mm-hmm.
25    Q   Have you spoken, except for Mr. Wool,

Page 17

1 with any other attorneys in this case?
2    A   No.
3    Q   How did you come to find your attorneys
4 or the law firm that's representing you in this
5 lawsuit?
6    A   Back in 2016.
7    Q   What happened in 2016?
8    A   I seen a commercial on TV.
9    Q   You saw an advertisement?
10    A   Mm-hmm.
11    Q   What was that advertisement?
12    A   He was talking about Taxotere and
13 permanent hair loss.
14    Q   And what about that lawyer advertisement
15 prompted you to call an attorney?
16    A   Because I know that my hair never did
17 grow back, and I took Taxotere, so I just wanted
18 to get some information about it, so I called.
19    Q   Did you retain a lawyer at that point
20 after you spoke with them?  And I'm not looking
21 for you to tell me any conversations you've had
22 with attorneys.
23    A   Yes.
24    Q   Prior to seeing the lawyer
25 advertisement, had any of your doctors told you

5 (Pages 14 - 17)

Page 18

1 that the docetaxel had caused your hair loss?
2    A   No.
3           MR. WOOL:  Object to form.
4 BY MS. WADHWANI:
5    Q   When was the first time that someone
6 told you that docetaxel may have caused your hair
7 loss?
8    A   When I seen the commercial on TV.
9    Q   So the first time that you believed that
10 docetaxel could have caused your hair loss was
11 when you saw an advertisement by lawyers on the
12 television, correct?
13    A   Yes.
14    Q   Okay.  Have you ever looked at your
15 medical records, Ms. Sanford?
16    A   You can ask my lawyer.  I don't know.
17    Q   So I'm just asking you personally.  Have
18 you seen any of your medical records from say your
19 breast cancer doctors, your oncologists?
20    A   Don't know.
21    Q   Have you seen any medical records from
22 your primary care physicians?
23    A   No.
24    Q   Have you seen any medical records from
25 any of your other physicians?

Page 19

1    A   No.
2    Q   So the only one you're not sure about is
3 whether you've seen medical records from your
4 breast cancer doctors; is that right?
5    A   None of my doctors.
6    Q   None of your doctors.  Okay, I'm sorry.
7 I misheard you.
8        So just so we're clear for the record --
9    A   Yes.
10    Q   -- is it correct that you have not seen
11 any of your medical records at all?
12    A   Rephrase that again.
13    Q   Have you ever seen any of your medical
14 records?
15    A   No.
16    Q   Do you have any reason to think that
17 your medical records are not truthful and
18 accurate?
19           MR. WOOL:  Objection to form.
20           THE WITNESS:  I don't know.
21 BY MS. WADHWANI:
22    Q   Do you have any basis to think there is
23 anything inaccurate in your medical records?
24           MR. WOOL:  Objection to form.
25           THE WITNESS:  I don't know.

Page 20

1 BY MS. WADHWANI:
2    Q   Are you aware that your doctors rely on
3 the information in your medical records to help
4 diagnose any problems you have?
5           MR. WOOL:  Objection to form.
6           THE WITNESS:  Rephrase that again.
7 BY MS. WADHWANI:
8    Q   Sure.  Are you aware that your doctors
9 rely on the information in your medical records to
10 help treat you?
11           MR. WOOL:  Same objection.
12           THE WITNESS:  I don't know.  I
13 don't know.
14 BY MS. WADHWANI:
15    Q   When you go and see your healthcare
16 providers, are you asked questions?
17    A   Yes, I do.
18    Q   Do you get asked questions about your
19 personal medical history?
20    A   Rephrase that again.
21    Q   Sure.  When you see your healthcare
22 providers, do you get asked questions about your
23 personal medical history?
24    A   I don't understand.
25    Q   When you go to a doctor's office, are

Page 21

1 you given paperwork to fill out?
2    A   Yes.
3    Q   And does at least some of that paperwork
4 include questions about your health and your
5 medical history?
6    A   Yes.
7    Q   And are some of those questions that you
8 fill out on that form addressing your family
9 medical history?
10    A   Yes.
11    Q   And do some of those forms ask you about
12 any medications you are taking?
13    A   Yes.
14    Q   When you go into the examination room,
15 does a nurse or a doctor also ask you questions
16 about your current health?
17    A   Yes.
18    Q   When you go into the examination room,
19 does the nurse or doctor also ask you questions
20 about your medical history?
21    A   Yes.
22    Q   When you go into the examining room,
23 does the nurse or doctor ask you questions about
24 any problems or symptoms you are having?
25    A   Yes.

6 (Pages 18 - 21)

Page 30

1 any questions about anything you read in that
2 document?
3     A   No.
4     Q   Do you recall if that document
5 guaranteed that your hair would grow back?
6         MR. WOOL:  Object to form.
7         THE WITNESS:  Say that again.
8 BY MS. WADHWANI:
9     Q   Sure.  Did the, the information you
10 reviewed about Taxotere guarantee that your hair
11 would grow back?
12     A   It say -- it didn't say "permanent hair
13 loss."  It say -- all it say "hair loss," so in
14 my, in my way, I'm hoping my hair will grow back.
15     Q   Did the document itself say that your
16 hair would definitely grow back?
17     A   Only say "hair loss."
18     Q   Did it say that your hair would
19 definitely grow back?
20         MR. WOOL:  Object to form.
21         THE WITNESS:  I don't understand
22     that, what you just said.
23 BY MS. WADHWANI:
24     Q   Sure.
25         In the information that you read about

Page 31

1 Taxotere and its discussion of hair loss, did the
2 document say that your hair would definitely grow
3 back?
4     A   It say -- it didn't say "permanent hair
5 loss."
6     Q   Did it say "temporary hair loss"?
7     A   It didn't say "permanent hair loss."
8     Q   Ma'am, can you please answer my
9 question.  Did it say "temporary hair loss"?
10     A   Only say "hair loss," so I'm thinking it
11 will grow back.
12     Q   Did you see any other documents related
13 to your breast cancer treatments besides the one
14 that we've just been describing?
15     A   Yes.
16     Q   Tell me about those.
17     A   Adriamycin say hair loss, but my hair --
18 hair will grow back with that one.
19     Q   And what did you see related to
20 adriamycin?
21     A   It said "hair loss," too.
22     Q   It said "hair loss," too?
23     A   Mm-hmm.
24     Q   Did it say "temporary hair loss"?
25     A   I don't know.  Can't remember.

Page 32

1     Q   Did the adriamycin information that you
2 saw say that your hair would definitely grow back?
3     A   I don't remember.
4     Q   Do you recall seeing any other documents
5 around your breast cancer treatments at the time?
6     A   I took herceptin.
7     Q   What kind of information did you receive
8 related to herceptin?
9     A   It talked about the heart issues, about
10 your heart and stuff like that, yeah.
11     Q   What kind of heart issues?
12     A   It can weaken your heart.
13     Q   And when you say "weaken your heart,"
14 what does that mean?
15     A   You can have heart problems.
16     Q   And you understood from this information
17 about herceptin that you could have heart problems
18 if you took herceptin, right?
19     A   Yes, yes.
20     Q   And knowing that risk, you still decided
21 to take herceptin, right?
22     A   Well, the doctor told me that, ma'am.
23 You know what I'm saying?  Didn't nobody never
24 tell me about permanent hair loss.
25     Q   Right, but I'm focused on herceptin and

Page 33

1 the issue of heart problems that you were talking
2 about.
3     A   Mm-hmm.
4     Q   You saw before you took the herceptin
5 that you could have heart problems?
6     A   Yes.
7     Q   And you took herceptin, right?
8     A   Yes.
9     Q   Do you recall any other information
10 related to your breast cancer treatments?
11     A   No.
12     Q   Do you still have or did you give to
13 your lawyers the information that we've just been
14 discussing that you saw related to Taxotere,
15 adriamycin and herceptin?
16     A   Yes.
17     Q   Did you give that information to your
18 lawyers?
19     A   Yes.
20     Q   Do you have any documents related to
21 your wigs, such as invoices or care?
22     A   I had one receipt.  I just recently
23 bought some wigs, but I normally don't keep
24 receipts for the wigs.  I just buy them and wear
25 them.  I just -- I don't keep the receipt.

9 (Pages 30 - 33)

Page 34

```
 1     Q   I think I heard you say you just buy
 2 them and wear them, and you don't keep the
 3 receipts; is that right?
 4     A   Yeah, mm-hmm.
 5     Q   Do you use email?
 6     A   Yes.
 7     Q   Do you use social media such as
 8 Facebook?
 9     A   Yes, ma'am, yes.
10     Q   Which social media do you use?
11     A   Facebook.
12     Q   Do you use anything else, like Instagram
13 or -- and I don't use it, so I'm very ignorant
14 about all the variety of different social media,
15 but Instagram or anything else besides Facebook?
16     A   I have Facebook.  I do have Twitter, but
17 I don't use it, and I have SnapChat, but I don't
18 use that neither.  I just -- yeah.
19     Q   You signed up --
20     A   Signed up for it, yeah, but I use
21 Facebook.
22     Q   You use Facebook.  How long have you
23 been using Facebook?
24     A   Seven years.
25     Q   Do you post pictures onto Facebook?
```

Page 35

```
 1     A   Yes, family, yeah.
 2     Q   Do you -- what other kind of things do
 3 you post onto Facebook?
 4     A   Birthdays.  Religious stuff.  When I
 5 have my survivor date, when I made my five years,
 6 I put in I made my five-year survivor rate,
 7 survivor, yeah, last year.
 8     Q   Your breast cancer survivor rate?
 9     A   Mm-hmm.  I made five years last year,
10 and I put my picture in, and everybody knowing I
11 made five years.  I survived.
12     Q   And then is your Facebook posting
13 public, or is it restricted to certain people?
14     A   Friends.
15     Q   Friends?
16     A   Mm-hmm.
17     Q   Family?
18     A   Mm-hmm.
19     Q   Is that a yes?
20     A   Yes.  I'm sorry.  Yes.
21     Q   And did you get a warm response from
22 your friends and your family when you posted your
23 five-year survivor rate?
24     A   Yes.
25     Q   Was it important to you, that five-year
```

Page 36

```
 1 milestone?
 2     A   Yes.
 3     Q   And why is that?
 4     A   I'm still here.
 5     Q   You're still alive?
 6     A   Yeah.
 7     Q   At the time that you were diagnosed with
 8 breast cancer, were you worried that you might not
 9 still be alive five years later?
10     A   Yes.  That's one of the things, anybody
11 go through cancer, yes.
12     Q   Going back a second to your email
13 address, and I promise we won't use it, this is
14 just gathering information, but could you tell me
15 your email addresses?
16     A   It's ███████████████████ and
17 ██████████████████
18     Q   So just so I make sure I heard you
19 correctly, is it ████████████ or is it
20 ████████████"?
21     A   No.  San, S-A-N.
22     Q   Oh, okay.
23     A   I have Yahoo.com, and I have Gmail, too,
24 but it's ████████████
25     Q   Do you keep any sort of diary or
```

Page 37

```
 1 journals?
 2     A   No.
 3     Q   Have you ever?
 4     A   No.
 5     Q   Do you keep a calendar or some place
 6 that you document your upcoming events,
 7 activities?
 8     A   Yeah, on my phone, like doctor's
 9 appointments and stuff like that, or my husband is
10 going through cancer right now, I try to keep his
11 appointments on my phone to remind, a reminder.
12     Q   Okay.  Are the kind of things that you
13 keep on your phone reminders of just medical
14 appointments, or do you keep other kind of things
15 on there?
16     A   That's it.
17     Q   I want to ask you a little bit of
18 general questions about your personal history now.
19         What is your current address?
20     A   ██████████████████ Woodbridge,
21 Virginia, 22191.
22     Q   How long have you lived in Woodbridge?
23     A   Since August 28, 2018 with my son.
24     Q   Do you live with your son?
25     A   Yes.
```

10 (Pages 34 - 37)

1   Q   Where did you move from?
2   A   Louisiana.  Zachary, Louisiana.
3   Q   What brought you up to Woodbridge,
4 Virginia in August of 2018?
5   A   My husband was diagnosed with colon
6 cancer Stage IV, and my son wants us to come live
7 with him for a while until my husband get better.
8   Q   How is your husband doing today?
9   A   Up and down.
10   Q   I'm very sorry to hear that.
11   A   Mm-hmm.
12   Q   And you said you moved from Zachary?
13   A   Louisiana, right outside of Baton Rouge.
14   Q   How long did you live in Zachary,
15 Louisiana?
16   A   Since 1984.
17   Q   Before you moved to Virginia in
18 August 2018, had you lived outside of the state of
19 Louisiana?
20   A   No.
21   Q   Besides your son, do you and your
22 husband live with anyone else in your Woodbridge,
23 Virginia home right now?
24   A   No.  Oh, yeah, my daughter-in-law and my
25 grandbaby.  I'm sorry.

1   Q   How old is your grandchild?
2   A   She's 13.
3   Q   13?
4   A   Mm-hmm.
5   Q   And I think your attorneys mentioned to
6 us that you might be moving this summer; is that
7 right?
8   A   My son is going to Fort Bragg, so we
9 moving to North Carolina.
10   Q   And I'm sorry.  There was a motorcycle
11 going by.  Your son is going to where?
12   A   To Fort Bragg, military, so we going to
13 North Carolina next month, once she get out of
14 school, my granddaughter get out of school.
15   Q   All right.  So your son is going to Fort
16 Bragg, and you and your husband and your
17 granddaughter and your daughter-in-law, you're all
18 moving to North Carolina to be close to him?
19   A   Yes.
20   Q   And that's going to happen in June?
21   A   Yes.
22   Q   Since you've been living in Woodbridge,
23 what pharmacy do you use to get prescriptions?
24   A   CVS.  Sorry.
25   Q   It's okay.

1       And when you were living in Zachary, did
2 you have more or less a typical pharmacy, a
3 pharmacy that you typically went to?
4   A   Yes.  CVS was the one I was using before
5 I came, but Winn Dixie, Walgreen and WalMart, all
6 in Zachary.
7   Q   And were you using Winn Dixie and
8 WalMart for your Synthroid when you first started
9 taking it in January of 2015?
10   A   Winn Dixie.
11   Q   Winn Dixie.
12       Ma'am, have you ever served in the
13 military?
14   A   No.
15   Q   Have you ever taken any courses or night
16 programs or anything related to medicine?
17   A   No.
18   Q   Have you ever taken any courses or
19 seminars or night programs or anything related to
20 law and the practice of law?
21   A   No.
22   Q   Are there any doctors in your family?
23   A   No.
24   Q   Are there any lawyers in your family?
25   A   No.

1   Q   Tell me about your hobbies.  Do you have
2 any?
3   A   Yes.
4   Q   And what are your hobbies?
5   A   Walking, walking my dog, going to the
6 park, taking long drives, and shopping.
7   Q   Sounds like nice hobbies.
8       When you walk the dog, how far do you
9 typically walk?
10   A   We walk like two blocks, yeah.
11   Q   Have you ever played any sports?
12   A   Yes.
13   Q   What sports?
14   A   Volleyball.
15   Q   Do you still play volleyball today?
16   A   No.
17   Q   When did you used to play volleyball?
18   A   High school.
19   Q   In high school?
20   A   And tennis.  I played tennis, too.
21   Q   Did you play tennis in high school?
22   A   Mm-hmm.
23   Q   Is that a yes?
24   A   Yes.  I'm sorry.
25   Q   Have you played volleyball or tennis

Page 66

1 your blood pressure --
2     A   No.
3     Q   -- because of your mom's history?
4     A   Huh-uh, no.
5     Q   So we've talked about the kidney disease
6 and your continued monitoring by your heart
7 doctor.
8         Do you have a heart doctor in Virginia?
9     A   No.
10    Q   Any other medical issues?
11    A   That's it.
12    Q   That's all?
13    A   I see my -- I still see the oncologist
14 here. I have a new one in Woodbridge, Dr. Kang,
15 and I just seen her in March. Kang.
16    Q   I think that's K-A-N-G.
17    A   Mm-hmm, yes. Sorry.
18    Q   How often in the last couple of years
19 do you follow up with your breast cancer doctors?
20    A   The breast cancer doctor, I seen her
21 every six months, but I don't have one here, yeah,
22 I don't have one here, but the one in Baton Rouge,
23 the one at the hospital, I seen her every year,
24 and that's Dr. Cuntz.
25        And my oncologist, I was seeing him

Page 67

1 every six months when I was in Baton Rouge, but
2 when I moved to Woodbridge last year, the new one,
3 I see her every six months.
4     Q   Let me just make sure that I understand
5 that.
6         You do follow-up for your breast cancer
7 with Dr. Cuntz?
8     A   Mm-hmm.
9     Q   Or at least you did before you --
10    A   Came here, yeah.
11    Q   -- before you moved to Virginia.
12        Do you see anyone in follow-up to your
13 breast cancer here in Virginia since you moved
14 here in August of 2018?
15    A   No. I just see my oncologist here,
16 there in Woodbridge.
17    Q   And what is the purpose for which you
18 see your oncologist in Woodbridge?
19    A   Do blood work, check the blood and stuff
20 like that, and she just check me, make sure
21 nothing, no cysts or tumors or anything like that,
22 yeah, new growth, yeah.
23    Q   So you see Dr. Kang in Woodbridge, and
24 she makes sure the breast cancer is not coming
25 back?

Page 68

1     A   Yes. Correct. Yes.
2     Q   And since 2014, you have not had breast
3 cancer, correct?
4     A   Yes.
5     Q   And you've gotten a good report from
6 your breast cancer doctors and oncologists since
7 that time related to breast cancer, right?
8     A   Yes.
9     Q   Now, do you also see Dr. Kang related to
10 your thyroid?
11    A   No. I have another doctor. I have a
12 new endocrinologist in Woodbridge.
13    Q   And what's your endocrinologist's name?
14    A   My mind is blank. I'm sorry.
15    Q   That's okay.
16    A   I should, I should have -- Dr. Husain.
17 Thank you.
18        THE REPORTER: What is it?
19 BY MS. WADHWANI:
20    Q   Dr. Husain, H-U-S-A-I-N.
21    A   Sorry. My mind . . .
22    Q   That's quite okay.
23        How often do you follow with Dr. Husain?
24    A   I seen her -- I'm going to see her again
25 next month before I move to, to North Carolina.

Page 69

1 Every six months.
2     Q   And what do your visits with her
3 typically consist of?
4     A   Blood work. Blood work, too, blood work
5 and urine.
6     Q   So what is your understanding of what is
7 being checked through those tests?
8     A   She check for calcium levels and check
9 for cancer, yeah.
10    Q   What is your understanding of why you're
11 being checked for calcium in relation to your
12 thyroid and your thyroid cancer?
13    A   Make sure the, the Synthroid is working,
14 and if it's not, to raise it up, all the
15 milligrams, up or down.
16    Q   Since you started taking Synthroid in
17 January of 2015, have you had adjustments made to
18 your dosages?
19    A   A bunch of times, yes.
20    Q   Okay, and what are the reasons for those
21 adjustments?
22    A   The calcium levels, yeah.
23    Q   Your doctors thought that your calcium
24 levels were not right, so they made adjustments?
25    A   Yeah, that's what I think.

18 (Pages 66 - 69)

1 had a, made a doctor appointment.
2     Q    And then in the context of this
3 litigation, you provided these documents to your
4 attorney; is that right?
5     A    Yes.
6     Q    I'm not looking for you to tell me any
7 of the discussions around that, just a simple yes
8 or no about that.
9          Do you recall when you gave these to
10 your attorney, when you provided those documents
11 to your attorney?  Do you remember when?
12    A    Yesterday.
13    Q    Yesterday?
14    A    Yes.
15    Q    I'm going to mark as Exhibit 4 another
16 set of documents.  Similarly, I just need to you
17 leaf through them to familiarize yourself with
18 what they are.
19    A    Okay.
20          (Exhibit 4 was marked for
21          identification.)
22 BY MS. WADHWANI:
23    Q    Are the documents that we marked as
24 Exhibit 4 documents that you gave to your attorney
25 yesterday?

1     A    Yes.
2     Q    I did notice on the first page of
3 Exhibit 4 there is handwriting on that page.
4          Do you know whose handwriting that is?
5     A    Yes.
6     Q    Whose is it?
7     A    The nurse at the top, and mine's at the
8 bottom.
9     Q    So yours is the handwriting in the blue?
10    A    Yes.
11    Q    And the nurse has the handwriting at the
12 top?
13    A    Yes.
14    Q    And then if you look toward the bottom,
15 toward the right of your handwriting, do you know
16 whose handwriting that is?
17    A    That's mine, too.
18    Q    And what were your notes at the bottom
19 there, in the blue and the black handwriting?
20    A    The dates.  I was trying to keep with
21 the dates when I had chemo.
22    Q    And the dates that you were noting, were
23 those the dates for Taxotere?  That document
24 refers to Taxotere?
25    A    Yes.  I assume, yes.

1     Q    And I see at the top that the nurse
2 wrote down "Taxotere, cytoxin and herceptin"; is
3 that right?
4     A    Yes.
5     Q    And you were taking those three
6 chemotherapy medications at the same time, right?
7     A    Yes.
8     Q    And were you discussing these documents
9 with the nurse?  Was she going through them with
10 you?
11    A    She just -- yeah, she told me the dates
12 I'm going to go take them, the time, the dates,
13 yeah.
14    Q    And I also notice at the bottom of the
15 page, there is a website URL, and then there is
16 also a date of August 6, 2013.
17    A    Mm-hmm.
18    Q    Now, August 6, 2013, is the date that
19 you went in and learned some information about
20 chemotherapy treatments from one of your doctors,
21 right?
22    A    Yes.
23    Q    And that wasn't the only date that you
24 learned information about your chemotherapy
25 treatment, correct?

1     A    Yes.
2     Q    Did you print off these documents and
3 bring them in to the nurse, or did the nurse
4 provide them to you?
5     A    The nurse provided them to me.
6     Q    Did she talk through them with you, or
7 did she just say, in a nutshell, here is some
8 information for your use?
9     A    She wrote down stuff as we were talking.
10    Q    And what do you remember about those
11 conversations?  And you're welcome to look through
12 the document if it helps refresh your memory.
13    A    She told me the kind of chemo I would be
14 taking for six months.  I took chemo for six
15 months, and -- but she, um, told me I would be
16 taking it every three, every three weeks.  I would
17 be taking chemo 21 days, something like that.
18 Every three weeks is 21 days, yeah.  That's the
19 best I can remember, but she never told me about
20 permanent hair loss, yeah.
21    Q    And is it your understanding that you
22 took cytoxin?  And I only ask because some of your
23 records say that you took carboplatin along with
24 Taxotere and herceptin at the same time, and I'm
25 just, for myself, trying to understand that.

23 (Pages 86 - 89)

Page 90

1    A    Yes.
2    Q    So what's your understanding of which
3  one you took; cytoxin or carboplatin or both?
4    A    Carboplatin I think I took.  I can't
5  remember.  It's all of them on here.  All the
6  chemo I took is the sheets right here.
7    Q    Okay, and when you had this conversation
8  with the nurse about the chemotherapy agents you
9  were going to be taking, I take it that was not
10  your first discussion about taking chemotherapy
11  with your healthcare providers, right?
12    A    Rephrase that again.  I'm trying to --
13    Q    It was terribly phrased.
14        Was this the first time that you had had
15  a conversation around taking chemotherapy with any
16  of your healthcare providers?
17    A    The first time with my oncologist, yeah.
18    Q    What about with Dr. Cuntz; did you have
19  a conversation about taking chemotherapy with her
20  prior to August 6?
21    A    Yes.
22    Q    And what was that conversation?
23    A    It's back when I already had the
24  surgery.  We talked about chemo, yeah.
25    Q    And what did she tell you?

Page 91

1    A    Asked me was I going to take chemo.  She
2  asked me was I going to take chemo.
3    Q    And what did you say?
4    A    Yes.
5    Q    And why did you say yes?
6    A    Because I know when you have cancer, you
7  should take chemo, from my experience with my mom.
8    Q    So your mom's experience, without taking
9  treatment, informed your decision to take
10  chemotherapy?
11    A    Yeah.
12        (Exhibit 5 was marked for
13        identification.)
14  BY MS. WADHWANI:
15    Q    I'm going to show you what we've marked
16  as Exhibit 5.  It is a copy of an original
17  receipt --
18    A    Yes.
19    Q    -- that you brought, and the reason we
20  are marking a copy is because Ms. Donovan, with
21  her wonderful experience, has helpfully pointed
22  out that this exhibit will not last if we don't
23  use a copy of it.
24        Are you -- I'm happy to hand you the
25  original and make sure you're comfortable that

Page 92

1  that is an accurate copy.
2    A    Yes.
3    Q    So are you comfortable that Exhibit 5 is
4  an accurate copy of what you brought in?
5    A    Yes.
6    Q    What is Exhibit 5?
7    A    Exhibit 5, I went to Jenny's in Dallas
8  to visit someone, my sister, and I went to buy
9  some wigs.  I bought two wigs, and that's the
10  price of them there.
11    Q    And that's what you referring to earlier
12  when you told me that you had recently bought some
13  wigs?
14    A    Yes.
15    Q    Was the purpose of your visit do Dallas
16  to see your sister?
17    A    A baby shower, her first -- her
18  daughter's first baby.
19    Q    How long were you in Dallas?
20    A    Just for the weekend.
21        (Exhibit 6 was marked for
22        identification.)
23  BY MS. WADHWANI:
24    Q    Then we've marked as Exhibit 6 a binder
25  of several different kinds of documents.  The

Page 93

1  binder is called "My Journey."  I'm going to hand
2  that to you.
3        If you could summarize for me what this
4  binder is and why you have it, that would be
5  helpful.
6    A    Okay.  The binder, "The Journey," I got
7  that the first day I went to see the breast
8  specialist.
9    Q    Which breast specialist?
10    A    Dr. Cuntz.  She's the one that did the
11  surgery.  She normally give you a journal to write
12  in, and I just kept it, and the draining, the
13  draining sheet right here.
14    Q    The draining diary?
15    A    Yeah, diary, I had that.  Home Health
16  came to take care of me after I had the surgery,
17  because I had the bottles hanging to drain the
18  fluid, so this is the sheet right here.
19    Q    And you kept records of those visits for
20  your own personal use?
21    A    Yes.  That's when I was getting
22  Medicaid, yeah.  This is when I got ready to have
23  the, the surgery.
24    Q    The mastectomy?
25    A    Mastectomy, yeah.

24 (Pages 90 - 93)

Page 94

1    Q   Is that instructions for preparations
2 for your --
3    A   For surgery, yes.
4        This is when I was doing, doing
5 lymphedema.  Lymphedema is something you get once
6 they take all the lymph nodes from under the
7 armpits due to breast cancer, so it swells, so I
8 had to go to therapy for that.
9    Q   And was it your shoulder and chest area
10 that swelled?
11    A   Yeah, everything, yeah.  I have a breast
12 pump right now, so . . .
13    Q   No, I was doing this because I was
14 interrupting you.  I apologize.
15        And so you got lymphedema after your
16 mastectomy?
17    A   Yes.
18    Q   And did you experience discomfort from
19 that?
20    A   Yes.
21    Q   And you said that -- how have you been
22 treating that?
23    A   I went to outpatient, outpatient therapy
24 for like five years, but my therapy got me a pump.
25 I have it here with me here, so I can get that

Page 95

1 pump and get all the, the fluid, keep the swelling
2 down, and also I have the, I have the sleeves I
3 wear, too.
4    Q   When the swelling comes around, does
5 that limit your mobility?
6    A   Yes, yes.
7    Q   How so?
8    A   A lot.  My arm don't go all the way up
9 anymore.  I can't do a lot of stuff.
10    Q   Like what?
11    A   Cleaning, yeah, picking up stuff.
12    Q   And has that limitation on your
13 activities been the case since you had your breast
14 cancer surgery?
15    A   Yes.
16    Q   Did Dr. Cuntz tell you before you had
17 your surgery that that was a possibility?
18    A   No.
19    Q   Would you have not had the surgery had
20 she said that?
21        MR. WOOL:  Object to form.
22        THE WITNESS:  I don't know.  I mean
23    at that time I don't know.
24 BY MS. WADHWANI:
25    Q   It looks like -- as you pointed out,

Page 96

1 there is some information in there that reflects
2 your entries, and then there is also some other
3 written information in there.
4        The written information that was
5 provided, did you read through that?
6    A   This here or what?
7    Q   No.  Sorry.  Underneath the papers that
8 you are holding right now, if you go to the actual
9 documents enclosed in the three rings of the
10 binder --
11    A   Oh, okay.  Sorry.
12    Q   That's a, that's a lot of paper.  Did
13 you read through that when you got it?
14    A   This right here?
15    Q   So I'm asking generally about the entire
16 set of documents that are behind all those --
17    A   No.
18    Q   -- nice colored --
19    A   No, I did not.
20    Q   Okay, but you did review the cancer
21 flowchart; is that right?
22    A   She discussed it with me.
23    Q   Okay.  Is that your handwriting on the
24 cancer flowchart, or is that Dr. Cuntz'?
25    A   Dr. Cuntz.

Page 97

1    Q   What do you remember about that
2 conversation?
3    A   I remember radiation, MRI, and the
4 surgery.
5    Q   And you can put that aside for now, too.
6        (Exhibit 7 was marked for
7        identification.)
8 BY MS. WADHWANI:
9    Q   For recordkeeping purposes, we have
10 marked as Exhibit 7 a Tuesday, April 1, 2014 issue
11 of the Zachary Post.  I didn't want to ruin your
12 copy, so I made color copies so we can let you
13 take this home today.
14    A   Okay.
15    Q   I will give you this copy to use and
16 refer to as we talk today, but you will leave here
17 today with this copy, which is marked as
18 Exhibit 7.
19        What is this, Mrs. Sanford?
20    A   This is a survivor journey that I did
21 with Relay For Life.  I was selected for that, so
22 they called me, American Cancer Society, somebody
23 called me, asked me would I do my story, so I did
24 my story, um, when I had breast cancer, about my
25 mom dying with cancer, yeah.

25 (Pages 94 - 97)

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400

1    A    Okay.
2    Q    So do you claim that Dr. Cuntz did
3 anything wrong in her care and treatment of your
4 breast cancer?
5    A    No. Sorry. No.
6    Q    Do you claim that Dr. Patten did
7 anything wrong in his care and treatment of you
8 for your breast cancer?
9    A    He didn't tell me about the permanent
10 hair loss, that one of the chemos, until I seen
11 the commercial on TV. I'm hoping all the time
12 that my hair was going to grow back.
13    Q    And if Dr. Patten had told you, before
14 you started taking chemotherapy, that your hair
15 would not grow back, would you have declined to
16 take the chemotherapy?
17        MR. WOOL:  Object to form.
18        THE WITNESS:  I don't know.  That's
19    a big decision, yeah.  I don't know.
20 BY MS. WADHWANI:
21    Q    Nevertheless, at the time that you were
22 being treated for your breast cancer in 2013 and
23 2014, is it fair to say that you trusted the
24 medical judgment of Dr. Cuntz and Dr. Patten and
25 your oncologists?

1    A    Yes.
2        MR. WOOL:  Object to form.
3 BY MS. WADHWANI:
4    Q    And is it fair to say that you generally
5 followed the advice of Dr. Cuntz, Dr. Patten, and
6 any other oncologists in connection with their
7 diagnosis and treatment of your breast cancer?
8    A    Yes.
9    Q    I'd like to get a little bit more detail
10 on your diagnosis and treatment.
11        I think based on our conversations this
12 morning that my understanding is that you have
13 been diagnosed with cancer twice in your life; is
14 that right?
15    A    Yes.
16    Q    One time with breast cancer in 2013 and
17 then with thyroid cancer in late 2014, early 2015;
18 is that correct?
19    A    Yes.
20    Q    Now, when was your breast cancer first
21 diagnosed?
22    A    2013. I had a mammogram done around
23 March of 2013, and from there went on.
24    Q    So from your mammogram, the mammogram
25 assume was diagnosed as abnormal?

1    A    Abnormal, and I went back.
2    Q    And then you came back in for further
3 tests?
4    A    Yes.
5    Q    Do you remember what those tests were?
6 Did you have a biopsy?
7    A    I had a biopsy.
8    Q    Did you have an MRI?
9    A    MRI, yes.
10    Q    And from those tests you learned that
11 you had breast cancer?
12    A    Yes.
13    Q    And what did Dr. Cuntz tell you about
14 your cancer diagnosis?
15    A    She called, called me back in and told
16 me I had breast cancer, yeah.
17    Q    Is it right that Dr. Cuntz told you that
18 cancer was detected in your left breast and
19 strongly suspected in your right breast?
20    A    My right, yeah, my right breast was
21 Stage III and my left was Stage I.
22    Q    At the time that Dr. Cuntz called you in
23 and talked to you, did she tell you that the
24 cancer had been identified as cancer in your left
25 breast and suspected in your right breast?

1    A    Yes.
2    Q    Okay, and did she offer you, in terms of
3 your right breast, the option to confirm that
4 there was cancer there with a biopsy before
5 proceeding with further treatment?
6    A    Yes.
7    Q    And you chose not to have that
8 confirmatory biopsy on your right breast, right?
9    A    I had, I had, I had a biopsy done.
10    Q    Right --
11    A    Mm-hmm.
12    Q    -- but what I'm getting at is that after
13 that biopsy and the diagnosis of breast cancer,
14 did you have a further biopsy on your right
15 breast?
16    A    No.
17    Q    And why not?
18    A    I had decided to have the surgery.
19    Q    What was your thought process around
20 deciding to have the surgery that removed both of
21 your breasts?
22    A    I was diagnosed in April. I didn't have
23 the surgery until June, because I wanted to think
24 about it. It took me that long a time to think
25 about it, pray about it, see what I wanted to do.

1    Q   And what was your thought process in
2  that time period of thinking about it?  What kind
3  of thoughts were going through your mind?
4    A   People dying.  My mom.
5    Q   And was that thought of dying and your
6  mom dying --
7    A   And my best friend died in September of
8  that same year.
9    Q   The September of the year that your mom
10  died?
11    A   Yes.
12    Q   And your friend died of breast cancer as
13  well?
14    A   Yeah, mm-hmm.
15    Q   And so their deaths were part of what
16  you were thinking about when you decided to
17  have --
18    A   Trying to decide what I want to do.
19    Q   And how did you come to your decision to
20  proceed with a mastectomy?
21    A   I talked to my husband about it, yeah.
22    Q   What kind of discussions did you and
23  your husband have?
24    A   What I need to do.
25    Q   Did he give you any of his advice?

1    A   He's going to support me whatever I want
2  to do.
3    Q   So you ultimately decided to have your
4  breasts removed?
5    A   Mm-hmm.
6    Q   Why did you make that decision?
7    A   Because me and him talked about it, and
8  I went back and talked to the doctor and told them
9  that's what I wanted to do.
10    Q   But what made you decide to come to that
11  decision?
12    A   Having the peace of mind that I did the
13  right thing.
14    Q   Now, after your diagnosis, you underwent
15  a mastectomy of both breasts, and that was
16  performed by Dr. Cuntz, right?
17    A   Yes.
18    Q   Where was the procedure done?
19    A   Woman's Hospital.
20    Q   And that's in Baton Rouge?
21    A   Yes.
22    Q   Dr. Cuntz described the risk of
23  mastectomy to you?
24    A   I can't remember.  I can't remember.
25    Q   Do you remember if she described the

1  risk of mastectomy to you before you decided to
2  have it?
3    A   I can't remember.
4    Q   Did she discuss the risks of permanent
5  scarring?
6    A   Can't remember.  Sorry.
7    Q   That's okay.  Did she discuss the risks
8  of infection?
9    A   No.
10    Q   Did she discuss the risks of pain?
11    A   No.  I can't remember.
12    Q   When you had a discussion with Dr. Cuntz
13  about the risks of the breast surgery, was your
14  husband in the room during this conversation?
15    A   Yes.
16    Q   Did he ask any questions?
17    A   I think he just said we agree to have
18  the surgery.
19    Q   And then after your mastectomy, is it
20  your understanding that the doctors ran some tests
21  on the tissues that had been taken from your body,
22  the tumors that had been removed?
23    A   Yes, I think so, yeah.
24    Q   And do you remember discussing the
25  results of those tests with any of your doctors?

1    A   No.
2    Q   Do you remember speaking with Dr. Patten
3  about the cancer in your right breast?
4    A   I can't remember.  I'm sorry.
5    Q   That's okay.
6        Did Dr. Patten explain to you that the
7  cancer in your right breast was different than the
8  cancer in your left breast?
9    A   All I know is Stage III and Stage I.
10  That's what I know, yeah.
11    Q   Okay, and did you have an understanding
12  of -- you mentioned the HER2 earlier.
13    A   Mm-hmm.
14    Q   What did you understand about the HER2
15  with relation to your left breast?
16    A   I thought maybe something dealing with
17  hormones.  That's the only thing I thought of.
18        THE REPORTER:  I thought maybe
19    what?
20        THE WITNESS:  Hormones.  Dealing
21    with hormones.  Yeah, that's all I know.
22  BY MS. WADHWANI:
23    Q   And what does that mean to deal with
24  hormones?
25    A   That some women have hormones, yeah.

29 (Pages 110 - 113)

Page 114

1    Q   And what is the effect or the
2 significance of having the hormones in your breast
3 cancer?
4    A   I don't know.  I don't know.
5    Q   Did you have a conversation with
6 Dr. Patten surrounding HER2 and your right breast?
7    A   No.
8    Q   Did Dr. Patten tell you that your breast
9 cancer was high-risk?
10        MR. WOOL:  Object to form.
11        THE WITNESS:  No.
12 BY MS. WADHWANI:
13   Q   Did Dr. Patten tell you that your breast
14 cancer was aggressive?
15        MR. WOOL:  Object to form.
16        THE WITNESS:  I can't remember.
17        MS. WADHWANI:  I'm going to mark as
18 Exhibit 8 an August 2, 2013 record called
19 "Hematology/Oncology Progress Note" from Our
20 Lady of the Lake Physician Group.
21        (Exhibit 8 was marked for
22        identification.)
23 BY MS. WADHWANI:
24   Q   Please take a moment to look at that
25 document, Mrs. Sanford.

Page 115

1    A   Mm-hmm.
2        (Witness peruses document.)
3 BY MS. WADHWANI:
4    Q   Have you seen this document before?
5    A   I can't remember.
6    Q   You see at the top that this is a record
7 from Our Lady of the Lake Physician Group in
8 Louisiana -- Louisiana -- excuse me -- Louisiana
9 Hematology Oncology Associates?
10   A   Yes.
11   Q   Is this where you were going for your
12 breast cancer treatment?
13   A   Yes.
14   Q   And you see the date at the top of this
15 record says August 2, 2013?
16   A   Yes.
17   Q   And it refers to the patient as you,
18 Mrs. Dora Sanford?
19   A   Mm-hmm.
20   Q   And I want to turn your attention to the
21 back of that page, and you see "Impression and
22 Plan" there?
23   A   Mm-hmm, yes, I do.
24   Q   And it says "Aggressive breast cancer."
25        Did Dr. Patten ever tell you that he

Page 116

1 considered your breast cancer to be aggressive?
2    A   I can't remember, ma'am.
3    Q   And then if we go down to the second
4 paragraph under "Impression and Plan," he notes
5 that "in light of her current problems
6 specifically with both HER2/neu positive breast
7 cancer and also HER2/neu negative breast cancer,
8 we discussed various treatment options."
9        Do you see that?
10   A   Yes.
11   Q   And the HER2, is this what you were
12 referring to?
13   A   Yes.
14   Q   And you had these conversations with
15 Dr. Patten?
16   A   Of what HER2 is, yeah.
17   Q   And did you have a discussion with
18 Dr. Patten about various treatment options?
19   A   No.  He just gave me the treatment that
20 we went over earlier today.  He didn't tell me I
21 have other options, options to take.
22   Q   Okay, and he said that "One option that
23 has been reported in the past at the San Antonio
24 breast cancer meeting was treatment with
25 Adriamycin."

Page 117

1    A   Oh, turn it back over?
2    Q   No, no.  We're still --
3    A   Okay.
4    Q   It's talking about one of the options.
5    A   Okay.
6    Q   Treatment with Adriamycin "followed by
7 six cycles of TCH therapy."
8        Do you see that?
9    A   Yes.
10   Q   And so it's your contention, sitting
11 here today, that you think this medical record is
12 wrong, that Dr. Patten did not discuss various
13 treatment options with you; is that correct?
14   A   Yes.
15   Q   Do you recall him discussing with you
16 treatment with Adriamycin followed by six cycles
17 of TCH therapy?
18   A   Yes.  That's what I got from the nurse,
19 yes.
20   Q   And that's the treatment that you had,
21 right?
22   A   Yes.
23   Q   If you go on in the record, it says,
24 "I discussed with the patient and her husband the
25 intensity of this chemotherapy program."

30 (Pages 114 - 117)

1        Do you remember having that
2   conversation?
3        A   Yes.
4        Q   Tell me about that conversation.
5        A   The conversation was he told me about
6   this treatment here, the --
7        Q   Taxotere --
8        A   Taxotere.
9        Q   -- carboplatin and herceptin?
10       A   Yeah, and how long I was going to be
11  taking it, every three weeks for six months.
12       Q   And I realize that there is some --
13  strike that.
14           Did he discuss with you that this
15  chemotherapy program would be intense?
16       A   Yes.
17       Q   And how did he describe that intensity?
18       A   I will be fatigued, tired, can't eat.
19  Tired and can't eat.  Very fatigued, yeah.
20       Q   Were you concerned about that?
21       A   Being tired?  Yeah.
22       Q   Were you concerned about the intensity
23  of the chemotherapy regimen?
24       A   Yes.
25       Q   But you went ahead and took that

1   regimen, correct?
2        A   Yes.
3        Q   You can put that aside.
4            When you had this conversation with
5   Dr. Patten or anytime before you started taking
6   treatment for your breast cancer, were you
7   concerned that it could spread?
8        A   I wasn't thinking about that.  I don't,
9   I don't know.
10       Q   Were you concerned that you could die if
11  your breast cancer was not treated effectively?
12       A   Yes.
13       Q   Now, Dr. Patten recommended chemotherapy
14  to you to deal with this breast cancer, right?
15       A   Yes.
16       Q   And what is your understanding of why he
17  recommended chemotherapy?
18       A   Because I had cancer.
19       Q   Did you agree, based on your
20  conversations with Dr. Patten, that chemotherapy
21  was an appropriate course of treatment for you?
22       A   Yes.
23       Q   Now, we saw from that record and from
24  your own testimony today that the chemotherapy
25  regimen that Dr. Patten recommended consisted of

1   several different types of chemotherapy, right?
2        A   Yes.
3        Q   You -- how many different chemotherapy
4   agents did he recommend you take?
5        A   Four.
6        Q   What is your understanding of why he
7   recommended that you take four different types of
8   chemotherapy?
9        A   The stage, was thinking about the stage,
10  Stage III and Stage I.
11       Q   What is it about the stage that you
12  remember prompting him to recommend four different
13  chemotherapy medications?
14       A   I don't know.
15       Q   What was your understanding at the time
16  of why the stage meant that it was prudent for you
17  to take four different types of chemotherapy?
18       A   Because of the stage I was in.  I'm
19  thinking because the stage.
20       Q   What was the significance of the stage
21  you were in?
22       A   I was a Stage III and a Stage I.
23       Q   What did that mean to you?
24       A   I guess I was thinking about my mom at
25  that time, because she was a Stage IV.

1        Q   And so you knew your cancer was
2   advanced?
3            MR. WOOL:  Object to form.
4            THE WITNESS:  Mm-hmm.
5   BY MS. WADHWANI:
6        Q   Was that a yes?
7        A   No, no.
8        Q   You didn't know your cancer was advanced
9   at Stage III?
10       A   I don't know.
11       Q   But nevertheless you were thinking about
12  your mom and her experience?
13       A   Yes.
14       Q   And how chemotherapy might lead for you
15  to have a different outcome than your mom?
16           MR. WOOL:  Object to form.
17           THE WITNESS:  I don't know.
18           MS. WADHWANI:  I'm marking as
19  Exhibit 9 a document entitled "Patient
20  Consent to Medical Treatment or Surgical
21  Procedure and Acknowledgement of Receipt of
22  Medical Information."
23           (Exhibit 9 was marked for
24           identification.)
25

31 (Pages 118 - 121)

Page 122

1 BY MS. WADHWANI:
2     Q    Feel free, Mrs. Sanford, to take a
3 moment to look at this document.
4          I'm going to direct you to what is
5 essentially page 3.  It has the numbers in the
6 bottom right that say 751.
7          Do you see that?  Yes, you're on the
8 right page.
9     A    Mm-hmm.
10    Q    Under "Signature of Patient," is that
11 your signature?
12    A    Yes.
13    Q    And did you sign this document on
14 August 6, 2013?
15    A    Yes.
16    Q    Did you read this document before you
17 signed it?
18    A    Yes.
19    Q    What is your understanding of what this
20 document is?
21    A    A consent to do the treatment.
22    Q    And the treatment specifically is the
23 chemotherapy, right?
24    A    Yes.
25    Q    If we go back to the first page, it

Page 123

1 says, under item number 1, "Treatment/Procedure,"
2 the chemotherapy drugs include Adriamycin, three
3 cycles, followed by TCH -- Taxotere, carboplatin,
4 plus herceptin, right?
5     A    Yes.
6     Q    And just to confirm, that's your
7 understanding of the four chemotherapy medications
8 that you took, right?
9     A    Yes.
10    Q    And item 1 also states that the purpose
11 of the chemotherapy was "to kill any cancer
12 cells."
13         Was that your understanding as well?
14    A    Yes.
15    Q    Do you know why Dr. Patten recommended
16 these four chemotherapy agents over other
17 chemotherapy agents?
18    A    No.
19    Q    Did you suggest to Dr. Patten that you
20 thought four chemotherapy medications was too
21 much?
22    A    No.
23    Q    Did you ask him why he was recommending
24 four chemotherapy medications to you?
25    A    No.

Page 124

1     Q    Do you think Dr. Patten was wrong to
2 recommend these four chemotherapy medications to
3 you?
4     A    No, but he should have told me that
5 Taxotere was permanent hair loss.  I wasn't aware
6 of that until I seen the commercial on TV.
7     Q    How would that information have figured
8 into your treatment?
9     A    What?  The commercial?
10    Q    The information about what you call
11 permanent hair loss, how would that have figured
12 into your treatment and your decisions about your
13 treatment?
14    A    If I had a choice to take something
15 else?  Is that what you're telling me?
16    Q    I'm asking how knowledge that a
17 chemotherapy agent may cause permanent hair loss,
18 how would that have figured into your
19 decision-making at the time about how to proceed
20 with your cancer treatment?
21    A    I would ask the doctor, do we got
22 another treatment out there, something else out
23 there besides what he offered me, but at the time
24 I didn't know.
25    Q    Did you ask any questions of Dr. Patten

Page 125

1 relating to the side effects of your chemotherapy
2 treatments?
3     A    My side effects?
4     Q    Yes.
5     A    Yes, I did.
6     Q    What did you ask him?
7     A    When I was taking treatment, when I seen
8 him, I take treatment, and the next week I see him
9 after the chemo and before the chemo, I was very
10 fatigued.
11    Q    You were very what?
12    A    Weak, fatigued, and also I did mention
13 one time about the hair thing, too.  I did.  I had
14 a wig on.  He said to me how pretty my hair was,
15 and I said "you know that's a wig," but we never
16 talked about the permanent hair loss.
17    Q    Did you talk about any other side
18 effects of your chemotherapy before you took
19 chemotherapy?
20    A    Before or after?
21    Q    Before.
22    A    Oh, no.
23    Q    So if you turn to page 3, which is the
24 same page where your signature is, Mrs. Sanford --
25    A    Mm-hmm.

32 (Pages 122 - 125)

1 chemotherapy, you underwent a chemotherapy
2 education, right?
3     A   Like a class?
4     Q   You tell me, but I saw both in the
5 binder that you gave us -- and let me mark a
6 document, because I think it might help refresh
7 your recollection.
8     A   Okay.
9         MS. WADHWANI:  I'll mark as Exhibit
10 10 a document called "Chemotherapy
11 Education."
12         (Exhibit 10 was marked for
13         identification.)
14         THE WITNESS:  This the handout that
15 the doctor gave me when I went, when I went
16 to get my chemo.
17 BY MS. WADHWANI:
18     Q   And is this one of the documents that
19 you talked about with the nurse as well?
20     A   If I had any kind of problem, I can give
21 them a call.  When they gave me this document
22 right here, she went through it with me.
23     Q   When she went -- Nurse Judy went through
24 this with you, right?
25     A   Yes.

1     Q   Did you go through this with any doctor?
2     A   Doctor?
3     Q   Yeah, did you go through any discussion
4 or conversation related to some education on
5 chemotherapy with Dr. David Hanson before you had
6 your first dose of chemotherapy?
7     A   Dr. Hanson wasn't my oncologist.  I know
8 him, but he wasn't my oncologist, no.
9     Q   Did you meet with him to discuss
10 chemotherapy with him before you took any
11 chemotherapy?
12     A   No.
13     Q   Now, you showed me those documents in
14 Exhibit 6 that you received, and you don't have to
15 look through them unless you want to, but you
16 showed us the documents in Exhibit 6 and Exhibit 4
17 that you received, some written materials about
18 chemotherapy.
19         Do you recall watching a film, before
20 you had your chemotherapy doses, related to
21 chemotherapy?
22     A   No.
23     Q   Do you recall receiving any other
24 written materials related to chemotherapy other
25 than the ones that you brought in with you today?

1     A   The ones I brought in today.
2     Q   And so turning back to Exhibit 10, do
3 you see your name at the top of page 1 of this
4 document?
5     A   Yes.
6     Q   And do you see the date is August 6,
7 2013?
8     A   Yes.
9     Q   And this document is entitled
10 "Chemotherapy Education," right?
11     A   Correct.
12     Q   If you turn to the page that has 738 in
13 the bottom right.
14     A   Yes.
15     Q   This is the third page.  Do you see
16 that?  I think you're on the right page, yes.
17         Looking at the section called "Side
18 Effects of Cancer Treatment," it says, "Why are
19 side effects important?"  And could you please
20 read the first sentence for us.
21     A   "Side effects of treatment cause
22 inconvenience, discomfort," and occur even fatal
23 [sic].
24     Q   That's fine, and do you recall reading
25 the sentence that "side effects and treatment

1 cause inconvenience, discomfort, and occasionally
2 even fatality to patients"?
3     A   No.
4     Q   You don't recall reading that?
5     A   No.
6     Q   When they gave you this information, did
7 you read it?
8     A   No.
9     Q   If you would have read that chemotherapy
10 can cause fatality, would you have elected not to
11 take chemotherapy?
12         MR. WOOL:  Object to form.
13         THE WITNESS:  I don't know, and
14 I -- I don't know.
15 BY MS. WADHWANI:
16     Q   Did Dr. Patten specifically ever
17 describe to you the risks and benefits, benefits
18 for each of the four chemo -- I will try again.
19         Did Dr. Patten describe the specific
20 risks and benefits for each of the four
21 chemotherapy medications he prescribed to you?
22     A   The nurse.  I talked to the nurse, the
23 nurse, the one that give me the sheets.
24     Q   Did you have an independent conversation
25 with her outside those sheets?

34 (Pages 130 - 133)

1    A    No.
2    Q    Did she just hand you the sheets, or did
3 you go through them with her?
4    A    Go through them with her.
5    Q    What did she tell you were the risks of
6 adriamycin?
7    A    I can't remember.
8    Q    Did she tell you that a risk of
9 adriamycin is heart problems that can lead to
10 death?
11    A    Can't remember.
12    Q    Did she tell you that there is a risk of
13 developing a secondary cancer with adriamycin?
14    A    Don't remember.
15    Q    Do you remember if she told you there is
16 a risk -- strike that.
17        Do you remember if she told you that
18 your chance of developing a secondary cancer is
19 higher if you receive adriamycin with other
20 anticancer treatments or with radiation therapy?
21    A    No, I don't remember.
22    Q    Do you agree that the risk of heart
23 problems and additional cancers are serious risks?
24        MR. WOOL:  Object to form.
25        THE WITNESS:  I don't know.  I, I

1    don't know.
2 BY MS. WADHWANI:
3    Q    Do you think that additional cancer is
4 not a serious risk?
5    A    It can be, yes.
6    Q    It can -- additional cancer can be a
7 serious risk, right?
8    A    Yes.
9    Q    And heart problems can be a serious
10 risk, right?
11    A    Yes.
12    Q    Did Dr. Patten or Nurse Judy ever
13 explain to you how docetaxel works?
14    A    No.  I can't remember.
15    Q    Did Dr. Patten or Nurse Judy ever tell
16 you how adriamycin works?
17    A    Can't remember.  It's been six years.
18    Q    Fair enough.  Did they tell you how
19 carboplatin works?
20    A    No.
21    Q    Did they tell you how herceptin works?
22    A    They told me that I would be taking it
23 for a year, and it was a protein blocker.  I
24 remember that.  A protein blocker.  It blocks the
25 tumor not to grow back.  I remember that, yeah.

1    Q    Do you recall what risks Nurse Judy
2 discussed with you with regard to docetaxel?
3    A    She didn't tell me about the hair loss,
4 the permanent hair loss.  Like I told you, I seen
5 the commercial on TV.
6    Q    Right, and my question, my question is:
7 Did Nurse Judy tell you what the risks of
8 docetaxel were?
9    A    No.
10    Q    Did Dr. Patten ever tell you that your
11 hair would grow back with certainty from any loss
12 from chemotherapy?
13        MR. WOOL:  Object to form.
14        THE WITNESS:  Nobody tell me about
15    the hair loss, no.
16 BY MS. WADHWANI:
17    Q    Did he ever guarantee that your hair
18 would come back?
19    A    He never did discuss that with me.
20    Q    Did you understand at the time that you
21 took chemotherapy that there was a risk of hair
22 loss?
23    A    Yes, but always knowing the hair would
24 grow back.
25    Q    And what did you -- what was the basis

1 of your knowledge?
2    A    Some of my survivor group, my support
3 group, they had hair grow back, yeah.
4    Q    So based on your friends' experience,
5 you believed your hair would grow back?
6    A    Yes.
7    Q    Did any doctor tell you that your hair
8 would definitely grow back?
9    A    No.  Never told me about the hair loss,
10 no.
11    Q    But my question is:  Did any doctor ever
12 tell you that your hair would definitely grow
13 back?
14    A    Not to my knowledge.
15    Q    Did Dr. Patten or Nurse Judy describe to
16 you the risks of carboplatin?
17    A    Not to my knowledge.
18    Q    And herceptin; did Dr. Patten ever
19 describe the risks of herceptin?
20    A    He told me what it's gonna -- what, what
21 it does by taking it for a whole year, it will
22 block the tumor not to grow back.
23    Q    So he told you that one of the benefits
24 of taking herceptin for a whole year would be that
25 the tumor would not grow back; is that correct?

1   A   Mm-hmm.
2   Q   Is that a yes?
3   A   Yes.  I'm sorry.
4   Q   Totally fine.
5       Did he discuss with you what the risks
6 of herceptin was?
7   A   The heart, the heart.  I had a -- in
8 three months while I was taking herceptin, I had a
9 thing called a mother scan.  It's in a nuclear
10 thing.  What they do is -- a nuclear.  What they
11 do, I go to the X-ray area, and they take blood
12 and they put it into a bottle, and then I wait
13 like 30 minutes and then they inject it back in my
14 arm.  What it do, it lights my body up, and I get
15 up on the X-ray machine, and it turns my body to
16 see how strong my heart is from taking herceptin,
17 and that's at, that was at the Lake, Our Lady of
18 the Lake.  That's at Mary Bird Perkins.
19       THE REPORTER:  What?
20       MR. ALLEN:  Our Lady of the Lake.
21       THE WITNESS:  I'm sorry.  I talk so
22   fast.
23       So I know that part about the
24   herceptin, because I had to take those scans
25   every three months.

1 BY MS. WADHWANI:
2   Q   You knew there were heart risks with
3 herceptin?
4   A   Yes.
5   Q   And you knew there were additional tests
6 you would have to take while you were taking
7 herceptin?
8   A   Yeah.
9   Q   Did Dr. Patten ever guarantee that you
10 would not experience side effects?
11   A   We never -- I never got any details with
12 that, with the, all the side effects, what side
13 effects you're talking about.
14   Q   So Dr. Patten, through this consent
15 form, which -- I apologize.  I can't remember the
16 exhibit number right now.
17       MR. ALLEN:  Exhibit 9.
18 BY MS. WADHWANI:
19   Q   If you could turn to Exhibit 9, please.
20   A   The last one here?  Excuse me.  I'm
21 going to flip this over like that.  Okay.
22   Q   As we previously looked at Exhibit 9, we
23 looked at the list of side effects --
24   A   Mm-hmm.
25   Q   -- that you had read at the time you

1 signed this consent, right?
2   A   Mm-hmm.
3   Q   Is that a yes?
4   A   Yes.
5   Q   You said you had read this form before
6 you signed it, so I take it that on the previous
7 page of this form, which is number 5, do you see
8 number 5?
9   A   Yeah, no guarantee, yeah.
10   Q   Number 5 says, "No guarantees:  All
11 information given to me and, in particular, all
12 estimates made as to the likelihood of occurrence
13 of risks of this or alternative procedures or as
14 to the prospects of success, are made in the best
15 professional judgment of my physician.  The
16 possibility and nature of complications cannot
17 always be accurately anticipated, and therefore,
18 there is and can be no guarantee, either expressed
19 or implied, as to the success or other results of
20 the medical treatment or surgical procedure," and
21 you read this at the time, right?
22   A   Yes.
23   Q   You understood there were no guarantees
24 with regard to your chemotherapy treatment, right?
25   A   If they would have offered me a

1 different kind of chemo, maybe I had a choice and
2 didn't know the side effects with the hair loss.
3   Q   Ma'am, respectfully, my question is:
4 You read this section number 5 --
5   A   Yes.
6   Q   -- at the time?
7   A   Yes.
8   Q   And so you understood at the time that
9 there were no guarantees related to your
10 chemotherapy treatment, correct?
11   A   Yes.
12   Q   Now, as we've talked about, you started
13 your chemotherapy with adriamycin, right?
14   A   Yes.
15   Q   And you were taking adriamycin alone at
16 first?
17   A   Yes.
18   Q   For three cycles?
19   A   Yes.
20   Q   I think you said each of those cycles
21 was every 21 days, approximately, right?
22   A   Yes.
23   Q   Did you have a chemotherapy port placed
24 before you took adriamycin?
25   A   Yes.

36 (Pages 138 - 141)

Page 142

1    Q    And were you taking adriamycin roughly
2 between the beginning of August and mid-September
3 in 2013?
4    A    I didn't take it that long, because I
5 couldn't -- I had to take three cycles, right?
6    Q    Yeah, the dates I have, and you tell me
7 if these don't comport --
8    A    Okay.
9    Q    -- with your memory as to your
10 adriamycin cycles, are that you took the first
11 course of adriamycin on August 6, 2013, the second
12 course of adriamycin on August 27, 2013, and your
13 third course on September 17, 2013?
14    A    Yes.
15    Q    Does that sound right to you?
16    A    Yes.
17    Q    Where would you go to have these
18 treatments done?
19    A    Mary Bird Perkins.
20    Q    Was it the same place every time?
21    A    Every time.
22    Q    How long would an infusion of adriamycin
23 take?
24    A    A couple hours.
25    Q    A couple hours?

Page 143

1    A    Couple hours, yeah.
2    Q    Would someone go with you?
3    A    My husband.
4    Q    Did he attend with you every infusion of
5 adriamycin?
6    A    Yes.
7    Q    Would you speak with any healthcare
8 providers when you received your adriamycin
9 chemotherapy?
10    A    Just my oncologist.  Just Dr. Patten.
11    Q    Dr. Patten.
12        Did you experience any side effects from
13 adriamycin?
14    A    Being tired, fatigued.
15    Q    Do you remember experiencing hair loss
16 as a result of adriamycin?
17    A    Yes.
18    Q    And do you remember that you experienced
19 hair loss after your first dose of adriamycin?
20    A    Yes.
21    Q    And can you describe to me the extent of
22 that hair loss at the time?
23    A    Not a whole lot.  Just a little bit.
24 Not a whole lot.
25    Q    So you did not go bald; is that correct?

Page 144

1    A    I didn't go bald.
2    Q    Where on -- strike that.  Where on your
3 body did you lose hair?
4    A    My eyebrows.  I don't have any eyebrows,
5 and I don't have hair under my arm.  My hair, it
6 didn't grow back.
7    Q    Did you lose hair anywhere else on your
8 body after that first dose of adriamycin?
9    A    No.
10    Q    Just your eyebrows and your underarms?
11    A    My eyebrows, I lost my eyebrows and a
12 little of my hair, yeah.
13    Q    The hair on your head?
14    A    Yeah.
15    Q    Now, after you took adriamycin, would
16 you have to go back the next day to talk to the
17 doctor, or would you just talk to the doctor when
18 you went back to do your next dose of adriamycin?
19    A    Next dose.
20    Q    And now I want to talk about your next
21 round of chemotherapy with the Taxotere, the
22 carboplatin and the herceptin.
23        You took those all at the same time,
24 right?
25    A    I took the herceptin -- I didn't like

Page 145

1 taking the Taxotere and the other one.  I didn't,
2 I didn't take the herceptin for a while.  I didn't
3 take it right then.
4    Q    Okay.  So you took the Taxotere and the
5 carboplatin on the same day?
6    A    Yeah.
7    Q    Were they separately administered?
8    A    Separately, yeah, separately.
9    Q    So you took one and then the other?
10    A    I took the Taxotere first, yeah.
11    Q    Okay, followed by the carboplatin?
12    A    Yeah.
13    Q    On the same day?
14    A    Yeah, four hours.  I was there four
15 hours.
16    Q    I'm sorry?
17    A    I was there four hours.
18    Q    Four hours, okay, and when would you
19 take the herceptin in relation --
20    A    I'm going to try to remember to the best
21 of my knowledge.  I think three, three months
22 after I started taking the other treatment,
23 because I had took it for a whole year, so yeah.
24    Q    Right.  Well, according to your medical
25 records, you were taking herceptin at the same

37 (Pages 142 - 145)

Page 146

1 time --
2    A   I can't remember.
3    Q   -- as Taxotere and --
4    A   Yeah.
5    Q   -- Carboplatin?
6        If, as we're talking, you don't
7 remember, that's absolutely fine.
8    A   Okay, okay.
9    Q   I'm just going to tell you what I saw in
10 the records --
11    A   Yeah.
12    Q   -- to see if it triggers a memory for
13 you.
14    A   Okay.
15    Q   If it does, it does.  If it doesn't, it
16 doesn't.  Is that okay?
17    A   That's okay.
18    Q   Okay.
19        So going to your medical records, you
20 started taking the herceptin at the same time that
21 you started taking the Taxotere and the
22 carboplatin.
23    A   Okay.
24    Q   Do you remember that?
25    A   Yeah.

Page 147

1    Q   And it is true, according to your
2 records and according to your memory, that you
3 took herceptin for approximately a year, correct?
4    A   Yes.
5    Q   And therefore, even when you stopped
6 taking the Taxotere and the carboplatin, you
7 continued on with the herceptin alone, right?
8    A   Yes, yes.
9    Q   At some point, though, you were taking
10 Taxotere, carboplatin and herceptin at the same
11 time?
12    A   Yes.
13    Q   And I just wanted to find out if "at the
14 same time" means all in the same day or whether
15 you would come back the next day for the herceptin
16 while you were taking the Taxotere and the
17 carboplatin.
18    A   I took all of them, I took all of them
19 the same day.
20    Q   The same day, okay, and do you have an
21 understanding as to why you were taking three
22 chemotherapy medications all at the same time?
23    A   Was I aware?
24    Q   Do you have an understanding of why you
25 were taking three chemotherapy medications --

Page 148

1    A   Due to the cancer, due to the cancer.
2    Q   What was it about the cancer, to your
3 understanding, that required you to take three
4 chemotherapy agents at the same time?
5    A   I was thinking that the cancer and the
6 stage I was in, that's the understanding I got.
7    Q   That it was at an advanced stage?
8    A   Yeah.
9        MR. WOOL:  Object to form.
10 BY MS. WADHWANI:
11    Q   And do you remember that you took the
12 Taxotere, carboplatin and herceptin in combination
13 from approximately the beginning of October
14 through close to the -- 2013 through January 2014?
15    A   Twenty-first.
16    Q   Now, where would you go for those?
17    A   Mary Bird Perkins.
18    Q   Same place as you went for your
19 adriamycin?
20    A   Yes.
21    Q   And when you took your herceptin, would
22 you go to Mary Bird Perkins as well?
23    A   Yes.
24    Q   So all your chemotherapy you took at
25 Mary Bird Perkins, correct?

Page 149

1    A   Yes.
2    Q   Did your husband accompany you to all of
3 those visits over the course of the year?
4    A   Almost at the end, I got my kids
5 involved to start coming to see what, you know,
6 what was going on, yeah.
7    Q   Who of your children started
8 accompanying you?
9    A   Mark, my daughter Charlotte, and my son
10 Michael.  Michael came at the end when I took my
11 last treatment, and that was on January 21st,
12 yeah.
13    Q   Now, you also, as part of your breast
14 cancer treatment, had radiation, right?
15    A   Yes.
16    Q   Do you remember when you had radiation?
17    A   I'm going to try to think, my best of my
18 knowledge, so I finished chemo January 21, 2014.
19 I think March, April/March, around that time, I
20 think.  I really can't remember.  It was around
21 that time.
22    Q   And what was your understanding of why,
23 after having taken four chemotherapy medications,
24 you were taking radiation?
25    A   To kill the rest of the cancer cells,

1 Taxotere and the carboplatin, yeah, that's when I
2 started losing weight. That's when I got
3 fatigued, yeah.
4    Q   And did you just say that you referred
5 to the adriamycin as the "red devil"?
6    A   Yeah.
7    Q   Why did you refer to it as that?
8    A   Because it's red.
9    Q   But why the red devil?
10   A   I don't know.
11   Q   "Devil" has a negative connotation.
12   A   Yeah, I know.
13   Q   Was there some issue with the
14 adriamycin?
15   A   No.
16   Q   When you started losing the hair under
17 your arms and on your eyebrows and the hair loss
18 on your head after you took your first course of
19 adriamycin, did you talk with your doctors about
20 that hair loss?
21   A   I can't remember.
22   Q   You don't know if you asked them about
23 it at all?
24   A   Huh-uh.
25   Q   When your chemotherapy with the

1 adriamycin finished in September 2013, what did
2 the hair on your head look like, to the extent
3 that you can remember?
4    A   It was still kind of thick, yeah. It
5 was still kind of thick, but when I started taking
6 the other chemo, I decided to kind of get my
7 husband to cut it down some, yeah.
8    Q   So did you have your husband cut your
9 hair down before you started the herceptin,
10 carboplatin and Taxotere?
11   A   No, no.
12   Q   When did you have him start to cut it
13 down?
14   A   After I started taking the chemo, months
15 after I started taking the chemo, because I looked
16 bad. Still do.
17   Q   Were you progressively losing your hair
18 over the course of your --
19   A   Yeah, I can just brush it and my hair
20 was just coming out. I could just brush it and my
21 hair was coming out, yeah.
22   Q   During the course of your chemotherapy
23 treatments, did you lose your hair on any other
24 parts of your body besides hair loss on your head,
25 your eyebrows and your underarms?

1    A   Private area. My private area.
2    Q   Your private area, your genitals?
3    A   Yes.
4    Q   Anywhere else?
5    A   On my legs. I didn't have much hair on
6 my legs, but yeah.
7    Q   Before you started chemotherapy, you
8 didn't have much hair on your legs; is that what
9 you said?
10   A   Yeah, you can see it, but you don't see
11 anything now. My hair never did grow back.
12   Q   So since you took chemotherapy, your
13 hair has not grown back on your legs, your
14 eyebrows have not grown back since you took the
15 adriamycin, your hair under your arms has not
16 grown back since you took the adriamycin?
17   A   Uh-huh.
18   Q   Is there anywhere else on your body that
19 you did --
20   A   No. With adriamycin I still had hair, I
21 still had my eyebrows and I still had hair on my
22 arms, but when I start taking the Taxotere, that's
23 when I started losing hair. When I was taking
24 adriamycin, I still had hair, but -- it was still
25 kind of thick, but some of the hair came out.

1    Q   And were you experiencing, with the
2 adriamycin, bald patches?
3    A   I can't remember.
4    Q   Were you experiencing, with the
5 adriamycin, thinning of your hair?
6    A   I can't remember.
7    Q   And then when you were taking the
8 Taxotere, carboplatin and herceptin, did you
9 experience full loss of hair on your head?
10   A   I saw that my hair started coming out
11 more.
12   Q   Did it completely come out?
13   A   It started coming out here, but you see
14 how my hair look. You seen me when I took my wig
15 out, yeah, it started coming out, yeah.
16   Q   What I'm trying to get at, Mrs. Sanford,
17 and I apologize if my questions are not clear --
18   A   Yes, ma'am.
19   Q   -- is how about on the sides of your
20 head? I'm just trying to understand. On the
21 sides of your head, did all your hair fall out
22 when you were taking the Taxotere, carboplatin and
23 herceptin?
24   A   It came out, yeah.
25   Q   And what about on the back of your head?

42 (Pages 162 - 165)

Page 166

1      A    Yes.
2      Q    Okay.  Did you at some point go
3  completely bald?
4      A    No.
5      Q    Sorry?
6      A    No.
7      Q    Okay.  So describe to me what the
8  condition of your hair was like after you stopped
9  taking the Taxotere, carboplatin and herceptin.
10  In the, in the month after you stopped that, what
11  was the condition of your hair?
12      A    How I look now.
13      Q    Sorry?
14      A    How I look on those pictures.  You got
15  pictures of me, right?
16      Q    Yeah, I do.  This is a good time and
17  place to go through them.  Thank you.
18           While we're waiting for Katherine to
19  find those, I want to give you back the originals
20  of these pictures of you and your beautiful
21  family.
22      A    Thank you.
23      Q    So you can keep those so they don't get
24  smudged.  Those are the originals.  I've got
25  copies.

Page 167

1      A    Okay.
2           MR. WOOL:  You can put those over
3  here, Dora.
4           MS. WADHWANI:  I'm going to mark as
5  Exhibit 11 photographs that were provided to
6  us by counsel for Ms. Sanford.
7           (Exhibit 11 was marked for
8               identification.)
9  BY MS. WADHWANI:
10      Q    Ms. Sanford, I'll let you know this is
11  the way the photos came to us, because they appear
12  to have been scanned.  They may not be as crystal
13  clear as you might remember them or have at home.
14      A    Okay.
15      Q    But I just want to go through these with
16  you and ask you:  Do you know what date this first
17  picture on Exhibit 11 was taken?
18      A    No.
19      Q    Do you remember approximately when this
20  was taken?
21      A    Probably 2014.  I'm just going to -- '14
22  or '13.  '14.
23      Q    You can't say one way or the other?
24      A    I don't know.
25      Q    And what do you remember about your hair

Page 168

1  at this time?
2      A    This picture is so dark.  I had my --
3  you can see the hair on my head, but I had it
4  brushed down.  What you want to know about it?
5      Q    Well, I'm just trying to -- because like
6  you said, it's very -- this picture that we
7  received is very dark hard to see, so I was
8  wondering if you could remember what your hair
9  looked like at this time.
10      A    Yeah, it looked like this hair here,
11  like the next page when you look at it, this one
12  here.
13      Q    Picture 3?
14      A    Yeah, mm-hmm.
15      Q    And before we jump to 3, let's look at
16  photograph 2.
17      A    Okay.
18      Q    Do you remember when this photo was
19  taken?
20      A    I'm trying to look and see.  I think
21  2016 or '15.
22      Q    What makes you think that --
23      A    I'm just thinking that.  I mean . . .
24      Q    Can you tell me today with any
25  reasonable certainty that you know when this

Page 169

1  picture was taken?
2      A    No.
3      Q    Okay.  Is the same true for photograph
4  1?  You can't say with any certainty what day that
5  picture was taken?
6      A    Yes.
7      Q    And what about for photograph 3; can you
8  tell me when that photo was taken?
9      A    Could I go back?  I'm sorry.
10      Q    Sure.  We're on photograph 3.
11      A    Photograph 3.  2016.  I'm thinking 2016.
12      Q    What makes you say 2016?
13      A    I don't know.
14      Q    If you don't recall, that's absolutely
15  fine.
16      A    Okay.
17      Q    What we don't want to you do is
18  speculate.
19      A    Yeah, I'm sorry.
20      Q    It sounds like you're speculating.  Is
21  that right?
22      A    Yeah.  Sorry.
23      Q    If you look and you can't remember what
24  year it is, that's fine.
25      A    Okay.

43 (Pages 166 - 169)

1    Q   What about do you ever use with any
2  regularity a hot comb?
3    A   Just when I was a child.
4    Q   And since you became an adult?
5    A   No.
6        MR. WOOL:  I'm going to object that
7  I don't know what a hot comb is.
8        MS. WADHWANI:  I'll let your client
9    describe it to you.
10 BY MS. WADHWANI:
11   Q   You know what a hot comb is, right,
12 Mrs. Sanford?
13   A   Uh-huh.
14   Q   And then you brought a photo that's
15 dated October 16, 2007, right?
16   A   Which one is that?
17   Q   Sorry.  It's the next one.
18   A   Oh, so my grandbaby.  Okay.
19   Q   Which one is your grandbaby?
20   A   Oh, sorry.  That's my son Mark
21 graduating from basic training.  Sorry.
22   Q   And that was in October 2007?
23   A   Mm-hmm.
24   Q   And then you have a photo from 2009?
25   A   Family, yeah.

1    Q   And some more photos from 2007.
2    A   Mm-hmm.
3    Q   And then you have a photo on October 17,
4  2009?
5    A   Mm-hmm.
6    Q   And what's going on in this photo?
7    A   My son's basic training.  He's
8  graduating from basic training.  Fort Gordon, I
9  think, yeah.  My youngest son, Mark.
10   Q   And at this time you're still generally
11 styling your hair the same way?
12   A   Yes.
13   Q   And then in 1998?
14   A   Basic training for my son Michael.
15   Q   And your hair looks a little shorter
16 here.
17   A   I cut it, yeah.
18   Q   How were you wearing your hair at this
19 time in 1998?
20   A   The same style.  I still had the part
21 right there, and this was cut short.
22   Q   And were you still using the hot curler
23 on your hair?
24   A   Yeah.
25   Q   Okay, thank you.

1        Ma'am, have you ever asked any of your
2  physicians whether you have a hair loss condition?
3    A   No.
4    Q   Have you ever sought treatment for your
5  hair loss?
6    A   No.
7    Q   Have you ever sought a diagnosis for
8  your hair loss or hair condition?
9    A   No.
10   Q   Have you ever had any blood tests to
11 determine whether you have permanent hair loss?
12   A   No.
13   Q   Have you had any biopsies on your head
14 to determine whether you have permanent hair loss?
15   A   No.
16   Q   Have you had any scans to determine
17 whether you have permanent hair loss?
18   A   No.
19   Q   Have you had any tests to determine
20 whether you have permanent hair loss?
21   A   No.
22   Q   Has a doctor or other healthcare
23 provider ever diagnosed you with permanent hair
24 loss?
25   A   No.

1    Q   Has any doctor or healthcare provider
2  told you what has caused your hair loss?
3    A   No.
4    Q   Has any doctor ever told you that you
5  experienced hair loss on your body as a result of
6  your use of Taxotere?
7    A   No.
8        MR. WOOL:  Object to form.
9  BY MS. WADHWANI:
10   Q   Has any doctor ever told you that you
11 experienced hair loss on your head as a result of
12 your use of Taxotere?
13   A   No.
14       MR. WOOL:  Object to form.
15 BY MS. WADHWANI:
16   Q   At what point in time did you conclude
17 that your hair was not going to grow back?
18   A   One day in my living room, I had my TV
19 on, I seen it.  I was hoping my hair going to grow
20 back.  Anybody would want their hair to grow back,
21 and I had my TV on, I seen the commercials there
22 about Taxotere, and I know I took that drug, and
23 so they had a number, and I called.
24   Q   Okay, and that was the point in time
25 when you concluded your hair loss was permanent?

47 (Pages 182 - 185)

1 up, my hair -- I was going to have hair.
2    Q   Did you see anything in the regrowth of
3 your hair between 2014 and 2016 that suggested to
4 you that your hair was going to grow back?
5    A   Did I see what?
6    Q   See any changes.
7    A   In my hair?
8    Q   In your hair that suggested to you that
9 it was going to grow back.
10    A   No. Still looked the same.
11    Q   So some hope on your part; is that
12 right?
13    A   I had some hope on my part, yeah.
14    Q   Have you ever taken any prescription
15 medication to try and improve your --
16    A   No.
17    Q   -- hair? No? Have you taken any
18 nonprescription, over-the-counter medication --
19    A   No.
20    Q   Just to make sure the record is clear, I
21 know you know where I'm going, but I want to make
22 sure that my question is clear on the record, so
23 let me just ask it again.
24        Have you ever taken any
25 over-the-counter, nonprescription medication to

1 try and treat your hair loss?
2    A   No.
3    Q   Do you link your hair loss to anything
4 other than your chemotherapy?
5    A   No.
6    Q   Has anyone ever told you that hair loss
7 issues that form the basis of your claim in this
8 lawsuit were caused by your use of Taxotere?
9        MR. WOOL: I want to object, and
10    Ms. Dora, I don't want you to talk about what
11    you talked about with your lawyers.
12        THE WITNESS: Okay.
13 BY MS. WADHWANI:
14    Q   I'll rephrase the question.
15        Other than your attorneys, has anyone
16 ever told you that the hair loss which forms the
17 basis for your lawsuit was caused by Taxotere?
18    A   No.
19    Q   Other than your attorneys, has anyone
20 ever told you that the hair loss issues for which
21 you bring this lawsuit were caused by something
22 other than Taxotere?
23    A   No.
24        MS. WADHWANI: Let's take a break.
25        THE VIDEOGRAPHER: Off the record

1    at 15:40.
2        (Whereupon, a short recess was
3        taken.)
4        THE VIDEOGRAPHER: Back on the
5    record at 16:05.
6 BY MS. WADHWANI:
7    Q   Before we took our break, Mrs. Sanford,
8 you had mentioned how you had seen the lawyer's ad
9 in 2016.
10        Do you remember when in 2016 you saw
11 that ad?
12    A   No.
13    Q   Do you remember whether it was early
14 winter, spring of 2016?
15    A   Don't -- I can't remember.
16    Q   Summer?
17    A   Don't -- can't remember.
18    Q   Do you remember which law firm?
19    A   McGartland.
20    Q   Have you had any conversations with
21 Dr. Husain, your endocrinologist, related to your
22 hair loss?
23    A   That's my new doctor. No, I can't
24 remember now. I can't remember.
25    Q   Has Dr. Husain ever told you what she

1 thinks is causing your hair loss?
2    A   No.
3        (Exhibit 13 was marked for
4        identification.)
5 BY MS. WADHWANI:
6    Q   So you were able to find the newspaper
7 article that you had lost page 3 on, online?
8    A   Yes, mm-hmm.
9    Q   The miracles of the internet, so now we
10 have the full article, and I just want to go to
11 page 3.
12    A   Page 3. 1, 2, 3, okay.
13    Q   And this is where the -- the article
14 that you interviewed with the Zachary Post for in
15 April 2014, "A Survivor's Journey," that we talked
16 about earlier.
17    A   Yes.
18    Q   This is the missing page, and in it you
19 talk about how important it was to have the
20 support of your family, correct?
21    A   Yes.
22    Q   And to have the support of God, correct?
23    A   Yes.
24    Q   And to have the support of all the
25 doctors and staff, such as Dr. Cuntz and

49 (Pages 190 - 193)

1 Dr. Patten and everyone at Mary Bird Perkins,
2 correct?
3     A    Yes, yes.
4     Q    And you also say you're thankful to the
5 American Cancer Society, correct?
6     A    Yes.
7     Q    And here at this time in April 2014,
8 you're still taking your herceptin, right?
9     A    Yes.
10    Q    And you refer to your herceptin in the
11 first column here of page 3 where it says, "She
12 also goes in monthly for herceptin treatments,
13 which is a protein blocker that blocks the tumor
14 from coming back."
15    A    Yes.
16    Q    Which is exactly what you told us
17 earlier today, right?
18    A    Yes, yes.
19    Q    The article goes on to say, "This
20 treatment is received through her port and has no
21 side effects," and then it quotes you as saying,
22 "Through my chemotherapy and radiation treatment,
23 I have lost 40 pounds.  My hair, skin and nails
24 are not the same, but all these side effects are
25 just something that I have to go through.  I am

1 here and I thank God every day my current PET
2 scans show that I am cancer-free."
3         And that's what you said, right?
4     A    Yes.
5     Q    And that's what you believed, correct?
6     A    Yes.
7         (Discussion was held off the
8         record.)
9         MS. WADHWANI:  All right.  Just so
10 we can understand a little bit more about the
11 lawsuit that you're bringing, and as part of
12 that I'm going to mark the Sixth Amended
13 Plaintiff Fact Sheet.
14        (Exhibit 14 was marked for
15        identification.)
16 BY MS. WADHWANI:
17    Q    Mrs. Sanford, I have handed you what we
18 have marked as Exhibit 14, a document called the
19 "Sixth Amended Plaintiff Fact Sheet," and I want
20 to turn your attention first -- strike that.
21        Do you recall seeing this document
22 before?
23    A    I think I did.
24    Q    Okay.  I want to turn your attention to
25 the last page, and the reason I wanted to ask this

1 is you'll see --
2     A    The last page?
3     Q    Yeah, and you're, you're right on it.
4 You'll see there on the last page at the end of
5 this sheet, it says "Declaration:  Pursuant to 28
6 U.S.C. Section 1746, I declare under penalty of
7 perjury that all of the information provided in
8 connection" --
9     A    What?  Where we at now?  Sorry.
10    Q    Sorry.  No, I'm reading too fast for
11 both you and Ms. Donovan.  I apologize.
12        We are at -- you see at the bottom, the
13 big X Roman numeral X, and then "Declaration"?
14 Yes, that is where I am.
15    A    Okay.
16    Q    Why don't you just read that little
17 portion to yourself.
18    A    Okay.
19        (Witness peruses document.)
20        THE WITNESS:  Yes.
21 BY MS. WADHWANI:
22    Q    And you'll see that under the
23 declaration is a space for the signature and the
24 date, and it's not signed.
25        So my first question is:  Did you review

1 this document previously?
2         MR. WOOL:  Are you referring
3 specifically to the sixth one or any of them?
4 BY MS. WADHWANI:
5     Q    I'm referring specifically to the Sixth
6 Amended Plaintiff Fact Sheet, which we have now
7 marked as Exhibit 14.
8     A    My signature is not on here, so I must
9 have didn't sign it.  I don't know.  I don't know.
10    Q    You can't say one way or the other,
11 sitting here today, whether you've seen this Sixth
12 Amended Plaintiff Fact Sheet?
13    A    Don't know.  I'm just going back, trying
14 to look, trying to remember.
15        MR. WOOL:  I'm sorry to interrupt.
16 I think she has your highlighted copy.
17        (Discussion was held off the
18        record.)
19        THE WITNESS:  I'm still looking.
20 BY MS. WADHWANI:
21    Q    Take your time and let me know if any of
22 this information looks familiar to you.
23    A    I can't remember.  Sorry.
24    Q    You can't say one way or the other,
25 sitting here, if you've ever seen this document

50 (Pages 194 - 197)

Page 210

1    if you could just give a moment between when
2    you answer -- I know that you and Mr. Wool
3    have a rhythm going together, but I would
4    appreciate if you let me get in an objection.
5    Thank you.
6          THE WITNESS:  Okay.
7  BY MR. WOOL:
8    Q   Do you remember talking about the
9  commercial that you saw?  Earlier today in the
10  deposition, do you remember how we discussed it?
11    A   Yes.
12    Q   And I believe counsel referred to it as
13  a "lawyer advertisement."
14        Do you remember that?
15    A   Yes.
16    Q   From that point to today, have you ever
17  seen an advertisement from a drug company saying
18  that their drug has been associated with a risk of
19  permanent hair loss?
20        MS. WADHWANI:  Objection to form.
21        THE WITNESS:  No.
22  BY MR. WOOL:
23    Q   I'd like you to turn, Ms. Sanford, to
24  Exhibit 14.  That's the Sixth Plaintiff Fact
25  Sheet, and if we just go quickly to page 20 --

Page 211

1          MS. WADHWANI:  Can you give me just
2    a second, Zach, to get there?
3          Thanks.  I'm ready.
4  BY MR. WOOL:
5    Q   And if you'd just look at question
6  number 25.  Do you see it there?
7    A   Yes.
8    Q   It says "out-of-pocket expenses"?
9    A   Yes.
10    Q   And do you remember being asked a little
11  bit about the damages that you were claiming?
12    A   Yes.
13    Q   Okay, and number 25, it says, "Are you
14  making a claim for lost out of pocket expenses?"
15        Do you see that question?
16    A   Yes.
17    Q   And this is marked down as "no."  Do you
18  see that?
19    A   Yes.
20    Q   Is that a correct answer?
21    A   No.
22    Q   Okay.  What out-of-pocket expenses are
23  you seeking?
24    A   All the hair I bought, the wigs.
25    Q   And I believe there is one receipt that

Page 212

1  you have that you brought with you today, correct?
2    A   Yes.
3    Q   Do you have any other receipts for your
4  wigs?
5    A   No.
6    Q   And about how many wigs do you think
7  you've purchased between your chemotherapy and
8  today?
9    A   About 15.
10    Q   15?
11    A   Mm-hmm.
12    Q   And about how much do you think those
13  wigs cost in total?
14    A   About $2,000.
15    Q   We took a break a little bit earlier,
16  much earlier this morning when you removed your
17  wig.
18        Do you remember that?
19    A   Yes.
20    Q   It was, it was hard for you, wasn't it?
21    A   Yes.
22    Q   Is it fair to say you got a little
23  emotional?
24    A   Yes.
25    Q   Is there anything that you would like to

Page 213

1  express about why you got emotional or how you
2  feel every day when you wake up without a wig on?
3    A   Yes.
4    Q   What would you like to say?
5    A   I would like to say every morning I get
6  up, I go to the mirror to take care of my hygiene
7  and stuff like that.  I take my cap off my head.
8  I don't have eyebrows and I don't have the hair
9  like I used to have.  I'm not me, the person I
10  used to look like, and that's very -- I get very
11  emotional when I see myself, very depressing.
12  That's, that's how I feel.
13        MR. WOOL:  Okay.  No further
14  questions.
15    FURTHER EXAM BY COUNSEL FOR DEFENDANT
16  BY MS. WADHWANI:
17    Q   I just have a couple of follow-ups for
18  you, Mrs. Sanford, and I thank you for your time
19  today.
20        Mr. Wool brought up your visits with
21  Dr. Theunissen, your dermatologist who is treating
22  your seborrheic dermatitis and those visits in
23  2016, right?
24    A   Yes.
25    Q   Did you have any discussions whatsoever

54 (Pages 210 - 213)

Page 214

1  with Dr. Theunissen about your hair loss?
2    A   No.  I can't remember, no.
3    Q   The subject of your hair loss never came
4  up one way or the other with Dr. Theunissen, did
5  it?
6    A   No.
7    Q   I appreciate Mr. Wool asking you if you
8  have any receipts for the wigs that you purchased
9  outside of the one that you brought in today, and
10  I accept your representation that you do not.
11        I just want to ask you:  How did you pay
12  for those wigs?
13    A   My husband normally pay for them.  We
14  would go shopping and buy wigs.
15    Q   Would you pay using a credit card?
16    A   Debit card.
17    Q   A debit card?
18    A   Yeah.
19    Q   But some bank card that would create a
20  record, right?
21    A   Yeah.
22    Q   Have you looked for or obtained your
23  bank records --
24    A   No.
25    Q   -- your transactional records going back

Page 215

1  to the time you started purchasing wigs?
2    A   No, ma'am.
3        MS. WADHWANI:  Okay.  We're going
4    to make a request for those records to
5    demonstrate the out-of-pocket expenses.
6    We're not trying to look, Mrs. Sanford, at
7    anything related to your other expenses.
8    It's just since you're bringing a claim for
9    expensed related to your wigs, we want to
10    understand those damages, so we're going to
11    make a request to your attorneys for that.
12        No further questions.  Thank you so
13    much for your time.
14        THE WITNESS:  Thank you.
15        THE VIDEOGRAPHER:  Off the record
16    at 16:56.
17        (Signature having not been
18        waived, the video deposition
19        of DORA SANFORD was concluded
20        at 4:56 p.m.)
21
22
23
24
25

Page 216

1
2
3
4
5
6        ACKNOWLEDGEMENT OF WITNESS
7        I, Dora Sanford, do hereby
8    acknowledge that I have read and examined the
9    foregoing testimony, and the same is a true,
10    correct and complete transcription of the
11    testimony given by me, and any corrections
12    appear on the attached Errata sheet signed by
13    me.
14
15
16  _____   _____
17  (DATE)        (SIGNATURE)
18
19
20
21
22
23
24
25

Page 217

1        E R R A T A   S H E E T
2  IN RE:  Dora Sanford vs. Hospira Worldwide
3  RETURN BY:
4  PAGE   LINE           CORRECTION AND REASON
5  ____   ____ _____
6  ____   ____ _____
7  ____   ____ _____
8  ____   ____ _____
9  ____   ____ _____
10  ____   ____ _____
11  ____   ____ _____
12  ____   ____ _____
13  ____   ____ _____
14  ____   ____ _____
15  ____   ____ _____
16  ____   ____ _____
17  ____   ____ _____
18  ____   ____ _____
19  ____   ____ _____
20  ____   ____ _____
21  ____   ____ _____
22  ____   ____ _____
23  ____   ____ _____
24  ____   _____ _____
25  (DATE)        (SIGNATURE)

55 (Pages 214 - 217)

Page 218

```
 1
 2
 3
 4
 5  CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
 6         I, Laurie Donovan, Registered
        Professional Reporter, Certified Realtime
 7      Reporter, and notary public for the District
        of Columbia, the officer before whom the
 8      foregoing deposition was taken, do hereby
        certify that the foregoing transcript is a
 9      true and correct record of the testimony
        given; that said testimony was taken by me
10      stenographically and thereafter reduced to
        typewriting under my supervision; and that I
11      am neither counsel for, related to, nor
        employed by any of the parties to this case
12      and have no interest, financial or otherwise,
        in its outcome
13
           IN WITNESS WHEREOF, I have hereunto
14      set my hand and affixed my notarial seal this
        3rd day of June, 2019
15
16      My commission expires:  March 14, 2022
17
18

19
20      LAURIE DONOVAN
        NOTARY PUBLIC IN AND FOR
21      THE DISTRICT OF COLUMBIA
22
23
24
25
```

Veritext Legal Solutions
212-267-6868                    www.veritext.com                    516-608-2400