# EXHIBIT 3

Page 1

```
 1   UNITED STATES DISTRICT COURT
 2   EASTERN DISTRICT OF LOUISIANA
 3

     IN RE: TAXOTERE (DOCETAXEL)
 4   PRODUCTS LIABILITY LITIGATION
 5
     This Document Relates to:            MDL NO. 2740
 6

 7   Dora Sanford vs. Hospira Inc.,
     et al.
 8   No. 2:17-cv-09417
 9

10
11       VIDEOTAPED DEPOSITION OF CARLOS MICHAEL SANFORD
12                    (Taken by Defendant)
13               Fayetteville, North Carolina
14                Monday, January 27, 2020
15                       12:33 p.m.
16
17
18
19   Reported by Andrea L. Kingsley, RPR
20
21
22
23
24
25
```

Page 26

```
 1  mother's decision to have taken chemotherapy?
 2     A.   Yes.  Because she's here with me.
 3     Q.   I want to talk a little bit about the
 4  support you provided your mother during and after
 5  treatment.  You mentioned visiting.  About how often
 6  would you visit your mother?
 7     A.   I think I visited maybe once or twice to
 8  go down there and just to be there with her as a
 9  son, to sit with her, not to provide any advice or
10  anything like that, but just to be her son and sit
11  with her and just be there with her.
12     Q.   That was during her chemotherapy
13  treatment?
14     A.   Yes.
15     Q.   Do you recall the dates at all?
16     A.   I don't.
17     Q.   You mentioned that your mother came and
18  stayed with you following her chemotherapy treatment
19  in Kentucky?
20     A.   Yes.  She came to visit.  It was like
21  maybe two or three days.  It wasn't like -- as a
22  matter of fact, she may have been on a break or
23  something.  Because I know they had breaks.  So she
24  may have been on a break.
25     Q.   Did she ever stay with you longer than
```

Page 27

```
 1  two to three days --
 2     A.   No.
 3     Q.   Did your mother live with you for a few
 4  weeks after her chemotherapy treatment ended?
 5     A.   Well, this is like years after, years
 6  after -- as a matter of fact, my mom and dad lived
 7  with me in my dad's final year of his life, they
 8  moved to Woodbridge, Virginia in 2018.  In -- in
 9  August 2018 and my dad passed in July of 2019 and
10  my mom came -- she actually came here to
11  Fayetteville with us for a couple -- until
12  September and then moved back to Baton Rouge.
13     Q.   When did you move here to Fayetteville?
14     A.   Me, physically, me, I got here in
15  September, but I bought a house, I moved my family
16  in June.
17     Q.   Did that include your mother and father
18  in June?
19     A.   No.  Well, my dad was still in the
20  hospice.  So my mom and I, we were living in my
21  other house in Woodbridge because at the time he
22  was already -- I just didn't know what was going to
23  happen with him.  So I had already moved my family
24  here forward and my mom and myself, we stayed in
25  the DMV area because, like I said, at that point he
```

Page 28

```
 1  was already in hospice.  So we were just kind of
 2  playing it by ear to see what was going to happen.
 3     Q.   Where is your mother living now?
 4     A.   She lives in Baton Rouge.
 5     Q.   Does she live alone?
 6     A.   My brother, my brother lives with her.
 7     Q.   What is your brother's name that she
 8  lives with?
 9     A.   Mark Sanford.
10     Q.   Talking about the time that your mother
11  was living with you from August 2018 until September
12  of this past year, what are some of the things that
13  you would do together with your mother and your
14  family?
15     A.   So we would -- you're talking about just
16  the whole time?
17     Q.   Yes, in general.
18     A.   So when my dad was healthy enough, we
19  would go out to DC, do some things, sightseeing,
20  things like that.  Just things as a family.  They
21  used to come to the Pentagon sometimes.  And then
22  her and my dad used to go to the movies all the
23  time.  Again, it was kind of predicated off of his
24  health, if he was feeling well enough to do things.
25  But it got to a point to where he couldn't really
```

Page 29

```
 1  do much.  So, you know, it got to where she was
 2  kind of handling certain things, but then I kind of
 3  would step in because it was becoming too much.
 4  When they first got there, oh, yeah, we were going
 5  into DC, doing things, going -- doing -- doing
 6  everything in DC, sightseeing, visiting certain
 7  monuments, things like that.
 8     Q.   What kind of movies does your mom like?
 9     A.   Pretty much -- I don't think she really
10  has a genre.  If it's just something she wants to
11  see.  They stayed at the movies, those two, they
12  would just go to any new movie that he wanted to go
13  see, she would go see.  Sometimes she had something
14  that she wanted to go see, but it wasn't a specific
15  genre or anything like that.
16     Q.   What kind of things does your mother do
17  with your daughter?
18     A.   My daughter plays volleyball year round.
19  She plays in high school as well.  So, you know,
20  she -- her life is basically she -- she's the type
21  of mother where whatever my daughter wanted to do,
22  she would make time to do it.  It wasn't about her.
23  "Hey, Caitlin, I want to do this."  No.  Whatever
24  Caitlin wanted to do, she would do.  So her life is
25  basically predicated around, especially when she
```

Veritext Legal Solutions
212-279-9424                www.veritext.com                212-490-3430

Page 50

1  A.  Yes.
2  Q.  To your knowledge, is your mom wearing a
3  wig in that photograph?
4  A.  Yes, she's wearing a wig.
5  Q.  Turning back to Exhibit 2 and 3, the
6  first two photographs, to your knowledge, is your
7  mother wearing any hair extensions in those photos?
8  A.  No.
9      MS. PETTI:  I have no more
10  questions at this time.
11     MR. FONTENOT:  I have no questions.
12     THE VIDEOGRAPHER:  We're going off
13  record at 2:07.  This the conclusion of
14  today's deposition.
15     (Deposition concluded at 2:07 p.m.)
16     (Signature reserved)

Page 51

1  STATE OF NORTH CAROLINA
2  WAKE COUNTY
3      REPORTER'S CERTIFICATE
4      I, Andrea L. Kingsley, a Notary Public
5  in and for the State of North Carolina, do hereby
6  certify that there came before me on Monday, the
7  January 27, 2020, the person hereinbefore named,
8  who was by me duly sworn to testify to the truth
9  and nothing but the truth of his knowledge
10  concerning the matters in controversy in this
11  cause; that the witness was thereupon examined
12  under oath, the examination reduced to typewriting
13  under my direction, and the deposition is a true
14  record of the testimony given by the witness.
15      I further certify that I am neither
16  attorney or counsel for, nor related to or employed
17  by, any attorney or counsel employed by the parties
18  hereto or financially interested in the action.
19      IN WITNESS WHEREOF, I have hereto set
20  my han                        ry, 2020.
21
22
23      Andrea L. Kingsley, Notary Public
24      Notary Public #201903800023
25

Page 52

1  Evan P. Fontenot, Esquire
2  Efontenot@pbclawfirm.com
3      January 29, 2020
4  RE: Sanford  v. Hospira Worldwide, LLC, Et Al.
5  1/27/2020, Carlos M. Sanford (#3955614)
6      The above-referenced transcript is available for
7  review.
8      Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-ny@veritext.com.
16
17   Return completed errata within 30 days from
18  receipt of testimony.
19    If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22      Yours,
23      Veritext Legal Solutions

Page 53

1  Sanford  v. Hospira Worldwide, LLC, Et Al.
2  Carlos M. Sanford (#3955614)
3      E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____    _____
24 Carlos M. Sanford          Date
25

```
                                                    Page 54
 1  Sanford v. Hospira Worldwide, LLC, Et Al.
 2  Carlos M. Sanford (#3955614)
 3          ACKNOWLEDGEMENT OF DEPONENT
 4    I, Carlos M. Sanford, do hereby declare that I
 5  have read the foregoing transcript, I have made any
 6  corrections, additions, or changes I deemed necessary as
 7  noted above to be appended hereto, and that the same is
 8  a true, correct and complete transcript of the testimony
 9  given by me.
10
11  _____  _____
12  Carlos M. Sanford          Date
13  *If notary is required
14           SUBSCRIBED AND SWORN TO BEFORE ME THIS
15           _____ DAY OF _____, 20___.
16
17
18           _____
19           NOTARY PUBLIC
20
21
22
23
24
25
```