# EXHIBIT 4

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**



LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

August 02, 2013
RE:   Patient: Dora Sanford        MR#: ▉        DOB: ▉ /57

SUBJECTIVE: This is a pleasant patient who has had bilateral mastectomies on 6/20/13; showed right sentinel lymph nodes 2 of 2 positive 0.19 cm largest; additional right sentinel lymph nodes 3 of 3 positive, 1.3 cm with extranodal extension; additional right axillary lymph nodes 4 of 15 positive; left sentinel nodes 3 of 3 negative; 1 additional sentinel lymph node 1 of 1 negative. Left breast cancer was 1.2 cm primary; ER 92%, PR 0%, HER2/neu 3+. PET scan and MUGA scan were performed prior to this visit.

REVIEW OF SYSTEMS: There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 120/76, heart rate 82, respiratory rate 18, weight ▉ pounds, temperature 98.2°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:  Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS:  Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART:  S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN:  Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN:  Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL:  Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES:  No clubbing, cyanosis, or edema.
NEUROLOGIC:  Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC:  No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC:  The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

MUGA scan – ejection fraction 84%.

PET scan shows no definitive evidence of metastatic disease. It did show some thyroid nodularity.

00008

SanfordD-PPR-   00026

Page 2
RE:  Dora Sanford
███████

IMPRESSION AND PLAN:  Aggressive breast cancer.  The patient has a HER2/neu overexpressing breast cancer of the left breast which was not lymph node positive.  The patient has a right breast cancer which is ER 100%, PR 50%, and HER2/neu negative which has multi lymph node positive disease suggesting high risk for metastases.

In light of her current problem specifically with both HER2/neu positive breast cancer and also HER2/neu negative breast cancer, we discussed various treatment options.  One option that has been reported in the past at the San Antonio breast cancer meeting was treatment with Adriamycin 90 mg/m² x 3 cycles followed by six cycles of TCH therapy.  I discussed with the patient and her husband the intensity of this chemotherapy program.  The patient and her husband were willing to proceed with chemotherapy and a chemotherapy teaching session was planned and an appointment was made.

**Dictated by:** Judd Patten , M.D., PhD.
**Electronically Approved by:**       Judd Patten
                                          08/28/13 6:14 PM

JEP:ab 383345

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge·LA 70817

SanfordD-PPR-     00027

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**


LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

August 06, 2013
RE:     Patient: Dora Sanford                                    DOB:        57

<u>SUBJECTIVE</u>: Ms. Sanford is a 56-year-old African American female patient of Dr. Patten with the recent diagnosis of bilateral breast cancer status post recent bilateral mastectomy which revealed node positive ER/PR positive, HER-2/neu negative infiltrating ductal carcinoma presenting today for chemotherapy teaching. Dr. Patten, secondary to her aggressive disease would like to treat the patient with three cycles of AC followed by TCH with Herceptin every three weeks for a total of one year. Her right breast is a stage IIIA tumor with a 4.4 cm with 9 out of 20 lymph nodes positive for metastasis. This lesion is ER/PR positive, HER-2/neu negative. However, the patient's left breast which had a smaller mass in the upper inner area was node negative with a G3 histology but was ER/PR, HER-2/neu overexpressing. The patient is to initiate her first cycle of AC today. She will have her Emend prior to starting therapy.

<u>PSYCHOSOCIAL ASSESSMENT</u>: The patient's distress management tool was rated as an 8/10. She is more worried about dealing with her children psychosocial issues as well as physical issues with sleep, her parents and sexual changes that may occur for treatment. She tells me that she is highly motivated to proceed with treatment as she is eager for a cure.

<u>REVIEW OF SYSTEMS</u>: The patient denies headache or change in vision or hearing. She has a good appetite and stable weight. She denies any GI upset or change in her bowel or bladder habits. She has had no fever, chills, sweats or other signs of infection. She has had good healing of breasts. She denies any new joint or focal bone pain. She has had no unusual bleeding and denies any other issues at this time.

### **DICTATION CUT OFF HERE & PICKED BACK UP ON IMPRESSION/PLAN**

<u>OBJECTIVE</u>:
<u>PHYSICAL EXAMINATION</u>:
GENERAL: * in no acute distress.
VITAL SIGNS: Temperature *°, blood pressure *, pulse *, weight * pounds.
HEENT: Sclera anicteric, conjunctiva pink. Oropharynx is pink, moist and without lesion.
NECK: FROM without lymphadenopathy or JVD.
CHEST: Clear bilaterally to auscultation.
CV: Normal sinus rate and rhythm.
ABDOMEN: Soft and nontender with normoactive bowel sounds.
EXTREMITIES: No edema.
NEUROLOGIC: Alert and oriented x 3 without focal deficit.
SKIN: Warm, dry and intact.

<u>LABORATORY</u>: None today.

<u>IMPRESSION/PLAN</u>:
1. Bilateral breast cancer stage IA in the left breast stage IIIA in the right breast. The left breast is HER-2/neu positive although node negative. The right breast has 9/20 positive lymph nodes and is HER-

00010

Page 2
RE:   Dora Sanford
███████

2/neu negative although ER/PR positive.  The patient is to initiate her first cycle of AC today.  She will have a total of three cycles followed by six cycles of TCH followed by the remainder of one year with q. three week Herceptin.  She understands the aggressive nature of her disease.

2.  CHEMOTHERAPY EDUCATION/COUNSELING: The patient attended chemo teaching alone. Included were discussion, an audio visual film, and written materials and handouts.  We reviewed the patient's disease process, stage of disease, and treatment regimen. We discussed the frequency and length of treatment, possible adverse effects, symptom management, and supportive therapies. Included were growth factors, antiemetics, mouth care, and diarrhea and constipation protocols. We discussed details of port care and maintenance as well as other services provided by our center. Questions and concerns were addressed and the patient voiced understanding and signed the consent. The patient was given prescriptions with adequate refills and instructed in their use. Included prescriptions were: Emend, Zofran and Phenergan.

3.  New MediPort placed on 08/01/13 at Lake Imaging in her right chest. Site is clear.

Services provided to Dora J. Sanford were performed in the office of Dr. Hanson.  These services were furnished under the physician's direct personal supervision.

**Dictated by:** Judy Owens N.P.
**Electronically Approved by:**       Judy Owens
                                                        09/16/13 12:35 PM

**Electronic CoSigned by:**           David Hanson, M.D.
                                                        09/23/13 8:30 PM

JO:sh   388283

00011

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**

 LOUISIANA HEMATOLOGY-ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

August 13, 2013
RE:    Patient: Dora Sanford                                    DOB:     67

**HISTORY OF PRESENT ILLNESS:** Ms. Sanford is a 56-year-old African American female patient of Dr. Patten with recent diagnosis of bilateral breast cancer status post bilateral mastectomy which was node positive, ER/PR positive, HER-2/neu negative presently being treated with Adriamycin and Cytoxan. She had her first cycle a week ago followed by Neulasta. Today she is here for evaluation/toxicity assessment.

Ms. Sanford stated that Saturday was a bad day. She stated she felt really tired but since yesterday she has been feeling fairly well. She denies any fever or any nausea or vomiting but she stated she has decreased appetite and mild tenderness to her oral mucosa.

**PSYCHOSOCIAL ASSESSMENT:** No new psychosocial issue was voiced.

**REVIEW OF SYSTEMS:** Reports no headache, dizziness, vertigo or tinnitus. Mild nausea. Mild tenderness to her oral mucosa. No chewing or swallowing difficulty. No fever, chills, chest pain, palpitations, orthopnea, coughing, sputum production or hemoptysis. No new joint or focal bone pain. Reports fatigue.

**PHYSICAL EXAM:**
GENERAL: She appears to be in no distress.
VITAL SIGNS: Temperature 98.1, blood pressure 122/80, pulse 80, weight ___ pounds. ECOG score 1. Pain score 0.
HEENT: Sclerae anicteric, conjunctivae pink, oropharynx clear.
NECK: Supple.
CHEST: Clear.
CV: Regular rate and rhythm without murmur or gallop.
ABDOMEN: Soft and nontender. Normoactive bowel sounds to all quadrants.
EXTREMITIES: No edema or tenderness.
NEUROLOGIC: Alert and oriented x 3.
SKIN: Warm and dry.

**LABORATORY:** CBC today: White blood cell count 1300, absolute granulocyte count only 200, hemoglobin 9.4 gm/dl, hematocrit 29.5%, platelets 177,000. Chemistry unremarkable.

**IMPRESSION:**
1. Recent diagnosis of bilateral breast cancer presently on adjuvant therapy with AC. She had her first cycle a week ago followed with Neulasta.
2. Neutropenia grade 4 , absolute granulocyte count only 200 despite Neulasta.
3. Anemia grade 2, hemoglobin of 9.4.

**PLAN:**
1. Ms. Sanford will start Levaquin 500 mg daily for prophylaxis and was instructed on the dose and the route and possible adverse effects.
2. Neutropenia precaution was reviewed at length.
3. Ms. Sanford will be back next week for evaluation/toxicity assessment.

Services provided to Dora Sanford were performed in Dr. Patten's office. These services were furnished under the physician's direct personal supervision.

SanfordD-PPR-    00031

Page 2
RE:  Dora Sanford
■■■■■

*This is an electronic signature*
Ghenet Ghebretatios, MSN, FNP-BC, AOCNP
GG:blg  383828

SanfordD-PPR-    00032

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**

 **LOUISIANA HEMATOLOGY·ONCOLOGY ASSOCIATES**
4950 Essen Lane, Suite 500 Baton Rouge, LA 70809
Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

August 27, 2013
RE:    Patient: Dora Sanford        MR#: ▮▮▮        DOB: ▮▮/57

SUBJECTIVE: This is a very pleasant but unfortunate lady with two breast cancers, sentinel lymph node positive, one triple negative and the other HER-2/*neu* overexpressing. The patient is on a treatment program that has take into account both of these tumors. Prior to proceeding with a Herceptin-based chemotherapy the patient is receiving single agent Adriamycin at 90 mg/m² x 3 cycles. Following this the patient's ejection fraction will be restudied and at that point the patient will initiate TCH therapy.

REVIEW OF SYSTEMS: Positive for some sinus problems. She will initiate Claritin therapy prior to Neulasta injection following her next dose of Adriamycin. The patient does have alopecia secondary to her first dose of Adriamycin administered at 90 mg/m². There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

## PHYSICAL EXAMINATION:
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 120/74, heart rate 76, respiratory rate 18, weight ▮▮▮ pounds, temperature 97.7°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK: Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS: Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART: S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN: Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

LABORATORY: Hemoglobin 10.7, hematocrit 32.9, white count 10.3, platelets 703,000. Chemistry pending.

SanfordD-PPR-    00037

Page 2
RE:  Dora Sanford
███

IMPRESSION AND PLAN:  High risk breast cancer.  The patient has both triple negative sentinel lymph node positive breast cancer as well as HER-2/*neu* overexpressing breast cancer.  The patient will proceed with second infusion of Adriamycin-based chemotherapy.  Third and final cycle of Adriamycin will be scheduled in 3 weeks after which patient will have a 3-4 week rest prior to beginning TCH chemotherapy.

**Dictated by:** Judd Patten, M.D., PhD.
**Electronically Approved by:**       Judd Patten
                                      08/28/13 6:14 PM

JEP:lb  385735

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

SanfordD-PPR-    00038

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**



LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

September 17, 2013

RE:    Patient: Dora Sanford        MR#:▇▇▇        DOB:▇▇/57

HISTORY OF PRESENT ILLNESS: Ms. Sanford is a 56-year-old African American female patient of Dr. Patten with recent diagnosis of bilateral breast cancer status post bilateral mastectomy. Right breast pathology revealed ER strongly positive, PR negative and Her 2 new not overexpressed. 2 of 2 sentinel node and 9 out of 20 non sentinel nodes were positive. Left breast Biopsy revealed ER strongly positive, PR negative Her 2 new overexpressed 3+ and 2 of sentinel node were negative. She is presently being treated with Adriamycin alone x 3 cycles followed by TCH x 6 cycles followed by Herceptin alone. She had her second Adriamycin followed with neulasta 2 weeks ago. Today she is here for evaluation and cycle 3

No new complaints.

PSYCHOSOCIAL ASSESSMENT: No new psychosocial issue was voiced.

REVIEW OF SYSTEMS: Reports no headache, dizziness, vertigo or tinnitus. no nausea. No chewing or swallowing difficulty. No fever, chills, chest pain, palpitations, orthopnea, coughing, sputum production or hemoptysis. No new joint or focal bone pain. Reports fatigue.

PHYSICAL EXAM:
GENERAL: She appears to be in no distress.
VITAL SIGNS: Temperature 98.5, blood pressure 118/78, pulse 76, weight ▇ pounds. ECOG score 1. Pain score 0.
HEENT: Sclerae anicteric, conjunctivae pink, oropharynx clear.
NECK: Supple.
CHEST: Clear.
CV: Regular rate and rhythm without murmur or gallop.
ABDOMEN: Soft and nontender. Normoactive bowel sounds to all quadrants.
EXTREMITIES: No edema or tenderness.
NEUROLOGIC: Alert and oriented x 3.
SKIN: Warm and dry.

LABORATORY: CBC today: White blood cell count 12,300, hemoglobin 10.6gm/dl, hematocrit 32.8%, platelets 494,000. Chemistry unremarkable.

IMPRESSION:
1. Recent diagnosis of bilateral breast cancer presently on adjuvant therapy with Adriamycin only x 3 cycles followed by TCH x 6 cycles. She had her Third cycle
2. Anemia grade I, hemoglobin of 10.6.
3. Fatigue grade I

PLAN:
1. Ms. Sanford will obtain third cycle Adriamycin.
2. Ms. Sanford will be back tomorrow for Neulasta injection.
3. She will be back in one week for evaluation.

SanfordD-PPR-    00043

Page 2
RE:  Dora Sanford
       ▮▮▮▮▮

Services provided to Dora Sanford were performed in Dr. Hanson's office.  These services were furnished under the physician's direct personal supervision.


*This is an electronic signature*
Ghenet Ghebretatios, MSN, FNP-BC, AOCNP
GG:blg  383828

SanfordD-PPR-     00044

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**



LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES
4950 Essen Lane, Suite 500 Baton Rouge, LA 70809
Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

October 8, 2013
RE:    Patient: Dora Sanford          MR#:▮▮▮▮          DOB:▮▮/57

**SUBJECTIVE:** This is a very pleasant but unfortunate lady with two breast cancers, sentinel lymph node positive, one triple negative and the other HER-2/*neu* overexpressing. The patient is on a treatment program that has take into account both of these tumors. Prior to a Herceptin-based chemotherapy the patient received single agent Adriamycin at 90 mg/m² x 3 cycles. Following this the patient's ejection fraction was 59%. Today the patient will initiate TCH therapy.

**REVIEW OF SYSTEMS:** Positive for some sinus problems. She will initiate Claritin therapy prior to Neulasta injection following her next dose of Adriamycin. The patient does have alopecia secondary to her first dose of Adriamycin administered at 90 mg/m². There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems. Her mouth sores have resolved with miracle mouth wash therapy.

**PHYSICAL EXAMINATION:**
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 120/76, heart rate 80, respiratory rate 18, weight▮▮▮pounds, temperature 98.0°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK: Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS: Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART: S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN: Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

**LABORATORY:** Hemoglobin 10.6, hematocrit 32.5, white count 13.6, platelets 710,000. Chemistry normal.

SanfordD-PPR-    00052

Page 2
RE:  Dora Sanford

IMPRESSION AND PLAN:
1. High risk breast cancer.  The patient has both triple negative sentinel lymph node positive breast cancer as well as HER-2/*neu* overexpressing breast cancer.
2. Adriamycin Chemotherapy. The patient is status post 3 cycles of adriamycin administered at 90mg/m2 dose level with acceptable tolerance.
3. TCH chemotherapy. The patient will initiate TCH chemotherapy for her 2neu over expressing breast cancer today.

Patient and husband are in agreement with proceeding with treatment plan.

**Reviewed by:** Judd Patten , M.D., PhD.
**Electronically Approved by:**     Judd Patten

JEP:lb  385735

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

00035

SanfordD-PPR-     00053

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**


LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

October 29, 2013
RE:   Patient: Dora Sanford       MR#: ▮         DOB: ▮ /57

<u>SUBJECTIVE:</u>  This is a very pleasant but unfortunate lady with two breast cancers, sentinel lymph node positive, one triple negative and the other HER-2/*neu* overexpressing. The patient is on a treatment program that has taken into account both of these tumors. Prior to a Herceptin-based chemotherapy the patient received single agent Adriamycin at 90 mg/m² x 3 cycles. Following this the patient's ejection fraction was 59%. Today the patient is due for cycle 2 of TCH therapy.

<u>REVIEW OF SYSTEMS:</u>  She will initiate Claritin therapy prior to Neulasta injection. The patient does have alopecia secondary to her first dose of Adriamycin administered at 90 mg/m². There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems. She takes 3 days of decadron following chemotherapy which has greatly reduced toxicity.

<u>PHYSICAL EXAMINATION:</u>
GENERAL APPEARANCE:  The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS:  Blood pressure 120/76, heart rate 84, respiratory rate 18, weight ▮ pounds, temperature 98.2°.
HEENT:  Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:  Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS:  Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART:  S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN:  Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN:  Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL:  Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES:  No clubbing, cyanosis, or edema.
NEUROLOGIC:  Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC:  No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC:  The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

<u>LABORATORY:</u>  Hemoglobin 9.2, hematocrit 27.8, white count 9.4, platelets 167,000. Chemistry normal.

SanfordD-PPR-   00058

Page 2
RE: Dora Sanford

IMPRESSION AND PLAN:

1. High risk breast cancer. The patient has both triple negative sentinel lymph node positive breast cancer as well as HER-2/*neu* overexpressing breast cancer.
2. Adriamycin Chemotherapy. The patient is status post 3 cycles of adriamycin administered at 90mg/m2 dose level with acceptable tolerance.
3. TCH chemotherapy. The patient will proceed with cycle 2 of TCH chemotherapy for her 2neu over expressing breast cancer today.

Patient and daughter are in agreement with proceeding with treatment plan.

**Reviewed by:** Judd Patten , M.D., PhD.
**Electronically Approved by:**     Judd Patten

JEP:lb  385735

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817
     Sefa Akwasi MD 4811 North Blvd  Baton Rouge, LA 70806

SanfordD-PPR-     00059

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**

 LOUISIANA HEMATOLOGY ONCOLOGY ASSOCIATES
4950 Essen Lane, Suite 500 Baton Rouge, LA 70809
Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

November 19, 2013
RE:   Patient: Dora Sanford        MR#: ▓        DOB: ▓/57

<u>SUBJECTIVE</u>: Ms. Sanford is a 56-year-old African American female with stage III multifocal breast cancer with one triple negative and the other lesion HER-2/neu overexpressing. The patient presents today for her second cycle of TCH after completing her initial treatment with Adriamycin x3 cycles administered at 90 mg/m². Recent MUGA scan shows an ejection fraction for 59%.

<u>REVIEW OF SYSTEMS</u>: There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

<u>PSYCHOSOCIAL</u>:  The patient denies any new psychosocial issue.  She denies anxiety or depression.

<u>PHYSICAL EXAMINATION:</u>
GENERAL APPEARANCE:  The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 130/70, heart rate 86, respiratory rate 18, weight ▓ pounds, temperature 98°.
HEENT:  Pupils were equal and reactive to light and accommodation.  Extraocular muscles were intact. ENT showed no ulcerations of the mouth.  There are no ulcerations of the nasal mucus membranes.  There is no evidence of herpetic lesions on the lips.  The uvula was midline.  There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:   Supple without JVD, thyromegaly or adenopathy.  There was full range of motion.
LUNGS:   Clear to auscultation and percussion.  Good respiratory effort.  Percussion of the chest revealed no dullness.  There were no palpable lesions on the chest wall.
HEART:   S1, S2.  No murmur, rub or gallop.  The PMI was nondisplaced.  There were no carotid bruits.  The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN:   Exam failed to reveal hepatosplenomegaly.  The abdomen was nondistended, soft with no tenderness or rebound.  There were no palpable hernias.  Bowel sounds were present.
SKIN:   Warm and dry.  There were no subcutaneous nodules appreciated.  Good skin turgor.
MUSCULOSKELETAL:  Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES:  No clubbing, cyanosis, or edema.
NEUROLOGIC:  Alert and oriented x 3.  Deep tendon reflexes were intact.  Cranial nerves were grossly intact.
LYMPHATIC:  No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC:  The patient was oriented to time and place.  Mood and affect appeared appropriate.  Judgment and insight appeared appropriate.  Recent and remote memory is intact.

<u>LABORATORY</u>: Hemoglobin 8.3, hematocrit 25.5, white count 6.6, platelets 77,000.  BUN 7, creatinine 0.99, SGOT 36, SGPT 38, alk phos 84, LDH 275.

SanfordD-PPR-   00063

Page 2
RE:  Dora Sanford
███████

IMPRESSION AND PLAN:

1. Multifocal breast cancer.  The patient has both triple negative, sentinel lymph node positive breast cancer as well as HER-2/neu overexpressing breast cancer

2. Adriamycin chemotherapy.  The patient is status post 3 cycles of Adriamycin administered at 90 mg/m$^2$ dose level with acceptable tolerance.

3. TCH chemotherapy.  The patient will proceed with cycle 3 of TCH chemotherapy for her HER-2/neu overexpressing breast cancer.

**Dictated by:** Judd Patten M.D., PhD.
**Electronically Approved by:**       Judd Patten
                                      11/27/13 10:10 AM

JEP:blg 398056

SanfordD-PPR-      00064

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**

 LOUISIANA HEMATOLOGY ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

December 10, 2013
RE:   Patient: Dora Sanford          MR#:▮          DOB:▮ /57

SUBJECTIVE: This is a pleasant lady with a history of HER2/neu overexpressing breast cancer. The patient underwent right breast biopsy. ER was strongly positive. PR was negative. The HER2/neu was not overexpressed; 2 of 2 sentinel lymph nodes and 9 of 20 non-sentinel lymph nodes were positive.

Left breast biopsy revealed ER strongly positive, PR negative, HER2/neu overexpressed cancer. Two sentinel lymph nodes were negative.

The patient was initially treated with Adriamycin alone 90 mg/m² x 3 cycles.

Following the completion of her Adriamycin therapy, the patient has been initiated on therapy with TCH. The patient now returns for TCH #4.

REVIEW OF SYSTEMS: There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 120/70, heart rate 82, respiratory rate 18, weight▮pounds, temperature 98.4°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK: Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS: Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART: S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN: Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.

Page 2
RE: Dora Sanford
███████

PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

LABORATORY: Hemoglobin 10.3, hematocrit 31.7, white count 7.0, platelets 98,000; Chemistry pending.

IMPRESSION AND PLAN:
1. Bilateral breast cancer as stated above. The patient will proceed with cycle #4 of TCH chemotherapy.
2. Anemia. The patient is status post transfusional therapy and states that her performance status has greatly improved following her transfusional therapy.
3. MUGA scan. The patient will be scheduled for every three month MUGA scan for evaluation during her chemotherapy program with Herceptin.

**Dictated by:** Judd Patten M.D., PhD.
**Electronically Approved by:**     Judd Patten
                                                    12/22/13 4:37 PM

JEP:ab 401017

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**


LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809
Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

December 30, 2013
RE:   Patient: Dora Sanford        MR#: ▓▓▓        DOB: ▓/57

SUBJECTIVE:  This is a 56-year-old African American female who has bilateral breast cancer, status post bilateral mastectomy. Right breast pathology revealed ER strongly positive, PR negative, HER2/neu not overexpressed cancer with 2 of 2 sentinel lymph nodes and 9 of 20 non-sentinel lymph nodes positive. Left breast revealed ER strongly positive, PR negative, HER2/neu overexpressed with two sentinel lymph nodes negative. The patient completed initial treatment with Adriamycin 90 mg/m2 alone x 3 cycles. The patient is presently on TCH and is here for cycle #5 of treatment. The patient has had a recent MUGA scan on 12/19/13 as assessment for cardiac toxicity.

PSYCHOSOCIAL ASSESSMENT:  No new psychosocial issue was noted.

REVIEW OF SYSTEMS:  There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE:  The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS:  Blood pressure 126/74, heart rate 84, respiratory rate 18, weight ▓▓▓ temperature 97.7°.
HEENT:  Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:  Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS:  Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART:  S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN:  Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN:  Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL:  Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES:  No clubbing, cyanosis, or edema.
NEUROLOGIC:  Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC:  No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC:  The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

SanfordD-PPR-   00076

Page 2
RE:  Dora Sanford
███████

LABORATORY: Hemoglobin 8.6, hematocrit 26.4, white count 7.6, and platelets 195,000.  Chemistry is within acceptable limits.

IMPRESSION AND PLAN:
1. Bilateral breast cancer as stated above.  The patient is presently on TCH chemotherapy with the intention to complete TCH x 6 cycles followed by one year of Herceptin.
2. Grade III anemia.  The patient has required transfusional therapy in the past and will likely require additional transfusion based on our experience and today's administration of chemotherapy.  The patient will schedule for transfusion of two units on 1/2/2014.

**Dictated by:** Judd Patten M.D., PhD.
**Electronically Approved by:**       Judd Patten
                                      01/22/14 10:35 AM

JEP:aa 403761

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

00059

SanfordD-PPR-   00077

 OUR LADY OF THE LAKE PHYSICIAN GROUP

 LOUISIANA HEMATOLOGY ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

January 21, 2014
RE:   Patient: Dora Sanford        MR#: ▮▮▮▮        DOB: ▮▮/57

SUBJECTIVE:  This is a pleasant 56-year-old African American lady who has a diagnosis of bilateral breast cancer status post bilateral mastectomies.  Right breast cancer pathology revealed ER strongly positive, PR negative, HER-2/*neu* not overexpressed with 2 of 2 sentinel lymph nodes and 9 of 20 nonsentinel lymph nodes were positive.

Left breast biopsy revealed ER strongly positive, PR negative, HER-2/*neu* overexpressed 3+ and 2 sentinel lymph nodes were negative.

Initial treatment was with Adriamycin alone 90 mg/m² x 3 cycles.

The patient was then placed on TCH chemotherapy and had a cycle and completed cycle 5 on 12/30/2013.  The patient is now here for cycle 6 of TCH her final cycle of chemotherapy to be followed by Herceptin only.

REVIEW OF SYSTEMS:  There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE:  The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS:  Blood pressure 120/74, heart rate 86, respiratory rate 18, weight ▮▮▮ pounds, temperature 98.3°.
HEENT:  Pupils were equal and reactive to light and accommodation.  Extraocular muscles were intact.  ENT showed no ulcerations of the mouth.  There are no ulcerations of the nasal mucus membranes.  There is no evidence of herpetic lesions on the lips.  The uvula was midline.  There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:  Supple without JVD, thyromegaly or adenopathy.  There was full range of motion.
LUNGS:  Clear to auscultation and percussion.  Good respiratory effort.  Percussion of the chest revealed no dullness.  There were no palpable lesions on the chest wall.
HEART:  S1, S2.  No murmur, rub or gallop.  The PMI was nondisplaced.  There were no carotid bruits.  The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN:  Exam failed to reveal hepatosplenomegaly.  The abdomen was nondistended, soft with no tenderness or rebound.  There were no palpable hernias.  Bowel sounds were present.
SKIN:  Warm and dry.  There were no subcutaneous nodules appreciated.  Good skin turgor.
MUSCULOSKELETAL:  Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES:  No clubbing, cyanosis, or edema.
NEUROLOGIC:  Alert and oriented x 3.  Deep tendon reflexes were intact.  Cranial nerves were grossly intact.
LYMPHATIC:  No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.

00065

Page 2
RE:  Dora Sanford
███████

PSYCHIATRIC:  The patient was oriented to time and place.  Mood and affect appeared appropriate.  Judgment and insight appeared appropriate.  Recent and remote memory is intact.

LABORATORY:  Hemoglobin 9.1, hematocrit 27.6, white count 6.6, platelets 120,000.  BUN 8, creatinine 1.11, SGOT 30, SGPT 22, alkaline phosphatase 62, LDH 361.

IMPRESSION:
1. Bilateral breast cancer as stated above.  The patient has received initial therapy with high-dose Adriamycin followed by TCH.  The patient is due for cycle 6 of TCH today.
2. Anemia, grade 1-2.
3. History of grade 3 thrombocytopenia – currently improved.
4. Fatigue secondary to chemotherapy.

PLAN:  The patient will proceed with cycle 6 of TCH.  Restaging studies including MUGA scan were discussed with the patient.  Patient will return in approximately 3 weeks for additional Herceptin therapy.

Dictated by: Judd Patten M.D., PhD.
Electronically Approved by:      Judd Patten
                                 01/26/14 4:00 PM

JEP:lb 407046

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

00066

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**



LOUISIANA HEMATOLOGY ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

March 18, 2014

RE:   Patient: Dora Sanford          MR#:                    DOB:        /57

HISTORY OF PRESENT ILLNESS:  Ms. Sanford is a 56-year-old African American female patient of Dr. Patten with diagnosis of bilateral breast cancer status post bilateral mastectomy. Right breast pathology revealed ER strongly positive, PR negative and HER2/neu not overexpressed, two of two sentinel nodes and nine out of 20 non-sentinel nodes were positive. Left breast biopsy revealed ER strongly positive, PR negative, HER2/neu overexpressed 3+ and two sentinel nodes were negative.  She completed treatment with Adriamycin alone x3 cycles, followed by TCH and presently on Herceptin only. Today she is here for evaluation and hercepting therapy.  She recently developed port related DVT and currently unticoagulated with 4 mg TTSa, 2 mg other days.   Her INR today is subtherapeutic 1.1.3 We would like to maintain it at 2-3.

Reports no new complaints.

Will schedule her for MUGA  scan before her next Herceptin.

PSYCHOSOCIAL ASSESSMENT:  No new psychosocial issue was voiced.

REVIEW OF SYSTEMS:  No new complaints.

PHYSICAL EXAM:
GENERAL:  She appears to be in no distress.
VITAL SIGNS:  Temperature 97.8 blood pressure 118/70, pulse 78 weight          pounds.  ECOG score 1.  Pain score 0.

LABORATORY:    PT 12.5, INR 1.3

IMPRESSION:
   1.  Bilateral breast cancer as stated above.  She completed chemo now on Herceptin only.  presently on hercetin
   2.  Anemia Grade I, asymptomatic
   3.  Port Related DVT

PLAN:
   1.  Ms. Sanford will proceed with Herceptin today.
   2.  Adusted coumadin dose to 4 mg q evenings.
   3.   Continue current medication
   4.   Will be back in one week for PT/INR check  for Herceptin evaluation.

SanfordD-PPR-     00096

Page 2
RE: Dora Sanford
█████████

Services provided to Dora Sanford were performed in the office of Dr. Spell. These services were furnished under the physician's direct personal supervision.

**Dictated by:** Ghenet Ghebretatios NP, FNP-BC, AOCNP.
**Electronically Approved by:**     Ghenet Ghebretatios
                                    03/18/14 4:09 PM

**Electronic CoSigned by:**     Derrick Spell, M.D.
                                03/19/14 9:53 AM

SanfordD-PPR-     00097

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**

 LOUISIANA HEMATOLOGY·ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

June 17, 2014
RE:   Patient: Dora Sanford        MR#: ▮▮▮▮        DOB: ▮▮▮/57

SUBJECTIVE: This is a very pleasant 56-year-old African American female with a history of bilateral breast cancer status post bilateral mastectomy. Right breast pathology revealed ER strongly positive, PR negative, and HER2/neu not overexpressed; 2 of 2 sentinel lymph nodes and 9 of 20 nonsentinel lymph nodes were positive for metastatic disease.

Left breast biopsy revealed ER strongly positive, PR negative, HER2/neu overexpressing 3+ and two sentinel lymph nodes were negative.

The patient was initiated on chemotherapy with Adriamycin 90 mg/m² single agent x 3 cycles. Following this, she was started on TCH and completed six cycles.

The patient is presently on Herceptin alone. The patient continues prophylactic Coumadin to prevent a thrombosis at her port. There was some concern expressed by the radiologist on previous CT scans.

REVIEW OF SYSTEMS: Unremarkable. There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

## PHYSICAL EXAMINATION:
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 120/72, heart rate 80, respiratory rate 18, weight ▮▮▮ pounds, temperature 97.8°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK: Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS: Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART: S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN: Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.

SanfordD-PPR-   00117

Page 2
RE:  Dora Sanford
███████

LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

LABORATORY: Hemoglobin 9.4, hematocrit 29.6, white count 6.6, platelets 183,000; BUN 15, creatinine 1.19, SGOT 30, SGPT 25, alk phos 88, LDH 205.

MUGA scan shows cardiac ejection fraction 47%.

IMPRESSION AND PLAN:
1. Bilateral breast cancer as noted above in the history of present illness.
2. Adjuvant Herceptin therapy. The patient will continue current Herceptin therapy. Repeat MUGA scan will be evaluated in 12 weeks.
3. Prophylactic Coumadin. The patient will continue prophylactic Coumadin therapy. The patient does have an occasional PT/INR checked. Currently her PT is 19.4. INR is 1.72.
4. Hypokalemia. The patient will continue oral potassium supplementation.

I certify that I spent 25 minutes with the patient and greater than 50% of the time was spent in counseling and/or care coordination.

**Dictated by:** Judd Patten M.D., PhD.
**Electronically Approved by:**      Judd Patten
                                     06/24/14 3:48 PM

JEP:snh  429350

SanfordD-PPR-      00118

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**

 **LOUISIANA HEMATOLOGY·ONCOLOGY ASSOCIATES**
4950 Essen Lane, Suite 500 Baton Rouge, LA 70809
Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

July 8, 2014

RE:   Patient: Dora Sanford      MR#: ▮▮▮▮      DOB: ▮▮/57

HISTORY OF PRESENT ILLNESS:  Ms. Sanford is a 56-year-old African American female patient of Dr. Patten with diagnosis of bilateral breast cancer status post bilateral mastectomy. Right breast pathology revealed ER strongly positive, PR negative and HER2/neu not overexpressed, two of two sentinel nodes and nine out of 20 non-sentinel nodes were positive. Left breast biopsy revealed ER strongly positive, PR negative, HER2/neu overexpressed 3+ and two sentinel nodes were negative.  She completed treatment with Adriamycin alone x3 cycles, followed by TCH and presently on Herceptin only. Today she is here for evaluation and Herceptin therapy.  She recently developed port related DVT and currently anticoagulated with 6 mg TTSa, 5 mg other days. INR today is 1.

No new complaints.

PSYCHOSOCIAL ASSESSMENT:  No new psychosocial issue was voiced.

REVIEW OF SYSTEMS:  No new complaints. 10 point system review negative

PHYSICAL EXAM:
GENERAL: She appears to be in no distress.
VITAL SIGNS: Temperature 97.8 blood pressure 118/70, pulse 78 weight ▮▮▮ pounds. ECOG score 1.  Pain score 0.
HEENT: conjuctivae pink sclera unicteric, oropharynx clear.
 NECK: supple
CHEST: Clear bilaterally
CV: regular rate and rhythm.
ABDOMEN: deferred
EXTREMITIES: no edema or tenderness
NEUROLOGY: alert and oriented x3
SKIN: hyperpigmentation to hands and fingers and toes.

LABORATORY:  CBC: white blood cell count 7000, Hemoglobin 10.1gm/dl, Hematocrit29.8%, platelets 182,000.  PT/INR not done today.

IMPRESSION:
1. Bilateral breast cancer as stated above.  She completed chemo now on Herceptin only.  presently on Herceptin
2. Anemia Grade II, asymptomatic
3. Port Related DVT
4. Hypokalemia improved

SanfordD-PPR-      00120

Page 2
RE:  Dora Sanford                    -
       ██████

,

PLAN:
1.  Ms. Sanford willcontinue current medication including coumadin.
2.  Will proceed with Herceptin today
3.  Will be back in three weeks for PT/INR check and Herceptin.

Patient visit was 15 minutes and more than 50% of time was spent in patient counselling and coordination of medical care.

Services provided to Dora Sanford were performed in the office of Dr. Bienvenu.  These services were furnished under the physician's direct personal supervision.

**Dictated by:** Ghenet Ghebretatios NP, FNP-BC, AOCNP.
**Electronically Approved by:**          Ghenet Ghebretatios
                                                         07/14/14 8:25 AM

Electronic CoSigned by:          Bryan Bienvenu, M.D.
                                                07/24/14 9:22 AM

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**

 **LOUISIANA HEMATOLOGY·ONCOLOGY ASSOCIATES**

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

July 29, 2014
RE:   Patient: Dora Sanford        MR#: ▮▮▮▮        DOB: ▮▮▮/57

SUBJECTIVE:  This is a pleasant 57-year-old African American female with a diagnosis of bilateral breast cancer status post bilateral mastectomy.  Right breast pathology revealed ER strongly positive, PR negative, and HER2/neu negative breast cancer with 2 of 2 sentinel lymph nodes and 9 of 20 non-sentinel lymph nodes positive.

Left breast biopsy revealed ER strongly positive, PR negative, HER2/neu overexpressing breast cancer with 2 sentinel lymph nodes negative.

The patient was treated aggressively with Adriamycin alone 90 mg/m2 x3 cycles.  This was initiated on 08/06/13.  On 10/18/13 she initiated six cycles of TCH and has been on Herceptin therapy since that time.  Her last MUGA scan was performed 06/11/13.  Her last planned Herceptin is 09/09/14.  She is here today for Herceptin #15.

REVIEW OF SYSTEMS:  There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.  The patient recently had a birthday and turned 57 years old.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE:  The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 118/70, heart rate 84, respiratory rate 18, weight ▮▮▮ pounds, temperature 98.3°.
HEENT:  Pupils were equal and reactive to light and accommodation.  Extraocular muscles were intact.  ENT showed no ulcerations of the mouth.  There are no ulcerations of the nasal mucus membranes.  There is no evidence of herpetic lesions on the lips.  The uvula was midline.  There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:  Supple without JVD, thyromegaly or adenopathy.  There was full range of motion.
LUNGS:  Clear to auscultation and percussion.  Good respiratory effort.  Percussion of the chest revealed no dullness.  There were no palpable lesions on the chest wall.
HEART:  S1, S2.  No murmur, rub or gallop.  The PMI was nondisplaced.  There were no carotid bruits.  The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN:  Exam failed to reveal hepatosplenomegaly.  The abdomen was nondistended, soft with no tenderness or rebound.  There were no palpable hernias.  Bowel sounds were present.
SKIN:  Warm and dry.  There were no subcutaneous nodules appreciated.  Good skin turgor.
MUSCULOSKELETAL:  Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES:  No clubbing, cyanosis, or edema.
NEUROLOGIC:  Alert and oriented x 3.  Deep tendon reflexes were intact.  Cranial nerves were grossly intact.
LYMPHATIC:  No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.

00105

Page 2
RE:  Dora Sanford
██████

PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

LABORATORY: Hemoglobin 10.4, hematocrit 31.5, white count 7.3, platelets 192,000. Chemistry pending.

IMPRESSION AND PLAN:
1. Bilateral breast cancer as stated above. The patient is due for Herceptin only therapy.
2. Anemia grade 2, asymptomatic.
3. Port related DVT. The patient remains on Coumadin therapy. We plan to discontinue her Coumadin at the time of completion of her Herceptin at which time her Mediport may be removed.

I certify that I spent 15 minutes with the patient and greater than 50% of the time was spent in counseling and/or care coordination.

Dictated by: Judd Patten M.D., PhD.
Electronically Approved by:      Alana Vaughn
                                 08/06/14 1:06 PM

JEP:jpt 435583

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

SanfordD-PPR-    00124

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**


LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

August 19, 2014
RE:   Patient: Dora Sanford        MR#: ▮▮▮▮        DOB: ▮▮▮/57

<u>SUBJECTIVE:</u>  This is a very pleasant 57-year-old African American female with a diagnosis of bilateral breast cancer status post bilateral mastectomy. The right breast pathology revealed ER strongly positive, PR negative and HER2/neu negative breast cancer with two of two sentinel lymph nodes and nine of 20 non-sentinel lymph nodes positive.

Left breast biopsy revealed ER strongly positive, PR negative, HER2/neu-overexpressing breast cancer with two sentinel lymph nodes negative.

The patient was treated aggressively with Adriamycin alone 90 mg/m2 x three cycles. This treatment was initiated on 8/9/13. On 10/18/13, she initiated six cycles of TCH and has been on Herceptin therapy since that time. Her last MUGA scan was performed 6/11/13. Her last planned Herceptin is 9/9/14. She is here today for Herceptin #16. Following completion of her Herceptin therapy, she has scheduled scans and follow up with Dr. Bienvenu.

<u>REVIEW OF SYSTEMS:</u>  There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

<u>PHYSICAL EXAMINATION:</u>
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 135/88, heart rate 90, respiratory rate 18, weight ▮▮▮ pounds, temperature 97.9°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:  Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS:  Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART:  S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN:  Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.

SanfordD-PPR-   00125

Page 2
RE: Dora Sanford
█████

LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

LABORATORY: Hemoglobin 10.9, hematocrit 33.4, white blood cell count 7, platelet count 201,000. Chemistry within acceptable limits. PT/INR 1.50.

IMPRESSION AND PLAN:

1. Bilateral breast cancer as stated above. The patient is due for Herceptin only therapy.
2. Anemia. Grade 2. Asymptomatic.
3. Heart-related DVT. The patient remains on Coumadin therapy. We plan to discontinue Coumadin at the time of completion of Herceptin at which time her MediPort will be removed.

I certify that I spent 25 minutes with the patient and greater than 50% of the time was spent in counseling and/or care coordination.

Dictated by: Judd Patten M.D., PhD.
Electronically Approved by:        Judd Patten
                                   08/30/14 10:40 AM
JEP:lam 438925

cc: Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212 Baton Rouge LA 70817

SanfordD-PPR-    00126

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**

 LOUISIANA HEMATOLOGY•ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

September 9, 2014

RE:   Patient: Dora Sanford          MR#: ▮▮▮▮          DOB: ▮▮'57

HISTORY OF PRESENT ILLNESS:  Ms. Sanford is a 56-year-old African American female patient of Dr. Patten with diagnosis of bilateral breast cancer status post bilateral mastectomy. Right breast pathology revealed ER strongly positive, PR negative and HER2/neu not overexpressed, two of two sentinel nodes and nine out of 20 non-sentinel nodes were positive. Left breast biopsy revealed ER strongly positive, PR negative, HER2/neu overexpressed 3+ and two sentinel nodes were negative.  She completed treatment with Adriamycin alone x3 cycles, followed by TCH and presently on Herceptin only. Today she is here for evaluation and obtain last Herceptin therapy.  She developed port related DVT and currently anticoagulated with 6 mg q hs, her INR today was 1.4 . No change with diet or medication
No new complaints.

PSYCHOSOCIAL ASSESSMENT:  No new psychosocial issue was voiced.

REVIEW OF SYSTEMS:  No new complaints. 10 point system review negative

PHYSICAL EXAM:
GENERAL: She appears to be in no distress.
VITAL SIGNS: Temperature 97.9 blood pressure 127/90, pulse 87 weight ▮▮▮ pounds. ECOG score 1. Pain score 0.
HEENT: conjuctivae pink sclera unicteric, oropharynx clear.
 NECK: supple
CHEST: Clear bilaterally
CV: regular rate and rhythm.
ABDOMEN: deferred
EXTREMITIES: no edema or tenderness
NEUROLOGY: alert and oriented x3
SKIN: hyperpigmentation to hands and fingers

LABORATORY:  CBC: white blood cell count 6500, Hemoglobin 10.9gm/dl, Hematocrit 33.5%, platelets 175,000.  PT/INR 16.8/1.4  Alk phos 162

IMPRESSION:
1. Bilateral breast cancer as stated above.  She completed chemo will obtain last Herceptin.
2. Anemia Grade II, asymptomatic
3. Port Related DVT
4. Hypokalemia improved

PLAN:

00110

Page 2
RE:  Dora Sanford
███████

1. Ms. Sanford will continue current medication and adjust Coumadin to 6 mg q hs.
2. Will proceed with Herceptin today
3. Will be back in 2 weeks for PT/INR check. .

Patient visit was 15 minutes and more than 50% of time was spent in patient counselling and coordination of medical care.

Services provided to Dora Sanford were performed in the office of Dr. Bienvenu. These services were furnished under the physician's direct personal supervision.

**Dictated by:** Ghenet Ghebretatios NP, FNP-BC, AOCNP.
**Electronically Approved by:**     Ghenet Ghebretatios
                                    09/11/14 10:38 AM

Electronic CoSigned by:     Bryan Bienvenu, M.D.
                            09/16/14 8:40 AM

00111

SanfordD-PPR-     00129