# EXHIBIT 6



**WOMAN'S HOSPITAL**
100 WOMAN'S WAY
POST OFFICE BOX 95009
BATON ROUGE, LOUISIANA 70895-9009

**OPERATIVE/DELIVERY REPORT**

**PREOPERATIVE DIAGNOSIS:** Right suspected breast cancer. Left breast cancer.

**POSTOPERATIVE DIAGNOSIS:** Bilateral breast cancer.

**OPERATION:**

**SURGEON:** Dr. Cuntz.

**ASSISTANT:** None.

**ANESTHESIA:** General.

**ESTIMATED BLOOD LOSS:** Approximately 50 cc.

**COMPLICATIONS:** None.

**PROCEDURE IN DETAIL:** After proper consent was obtained the patient was brought to the operating room. She was placed supine on the operating table. She was given general anesthesia with LMA intubation which occurred without complications. She was prepped and draped in standard sterile fashion over her right and left chest, neck, and axillae. 2 cc of Methylene Blue diluted in 3 cc of normal saline were injected into the left breast as well as the right breast. Both breasts were massaged for 5 minutes. An elliptical incision was made in the right breast including the nipple areolar complex to include the entire right breast. This incision was brought down through the skin and subcutaneous tissue with the 15 blade knife. Then using electro Bovie cauterization, the superior flap of the mastectomy was developed, dissecting the subcutaneous fat from the breast tissue. This was done superiorly to the clavicle, medially to the sternum, and laterally to the latissimus dorsi. Then using blunt and sharp dissection, the blue lymphatic channels were followed posteriorly and medially until several blue nodes were noted. The gamma probe was also used to guide the dissection. The patient was also noted to have a very enlarged hard lymph node. This lymph node was dissected with electro Bovie cauterization and sent to pathology for evaluation. 2-3 lymph nodes were also noted to be matted and these were dissected and sent to pathology for evaluation. Once this was done the inferior side of the mastectomy was developed using traction, counter-traction in the same fashion as the superior flap. This was done medially to the sternum, inferiorly to the rectus muscle, and laterally to the latissimus dorsi. The breast was removed from a medial to lateral direction again using electro Bovie cauterization. Once completed the breast was marked with a suture at 12 o'clock. The pathologist evaluation of the lymph nodes noted that there was a metastatic carcinoma within the lymph node. Our attention was brought to the right axilla where, using blunt dissection, the fat over the axillary vein was dissected. Once the axillary vein was identified along the inferior border, blunt dissection occurred along the chest wall until the long thoracic nerve was identified. Once this nerve was identified, our dissection occurred from a medial to lateral direction through the border of the axillary vein until the thoracodorsal branch of the axillary vein was identified. Using careful blunt dissection, the thoracodorsal nerve was identified and from a superior to inferior direction, the axillary contents were dissected using blunt dissection as well as electro Bovie cauterization and hemoclips to provide hemostasis. This was done until the thoracodorsal nerve was identified to tract posteriorly. Then using electro Bovie cauterization, the remainder of the axillary tissue was excised. Hemostasis was insured. Two 19 French drains were placed, one along the chest wall and one in the axilla.

**PATIENT:** SANFORD, DORA
**ATT PHY:** Cecilia M Cuntz, M.D.
**DIC PHY:** Cecilia M Cuntz, M.D.
**ROOM #:** PACU2501A
**SURGERY/DELIVERY DATE:**

**MED REG#:** ▓▓▓▓
**ACCOUNT:** #▓▓▓▓
**ADMIT DATE:** 06/20/2013
**DISCH DATE:**

OPERATIVE/DELIVERY REPORT

COPY TO: Cecilia M Cuntz, M.D.

Page 1 of 2

Using INSORB staples, the wound edges were reapproximated and skin staples were used to close the incision. The drains were sewn to the skin using 2-0 nylon. Attention was brought to the left breast where in the same fashion, the elliptical incision was made including the nipple areolar complex. The flaps were developed superiorly using traction, counter-traction, and electro Bovie cauterization. The blue lymphatic channels were followed posteriorly and medially and numerous blue nodes were identified as well as dissection was guided with the gamma probe. These were dissected with electro Bovie cauterization. Hemoclips were used to provide hemostasis. They were sent to pathology. The inferior flap was developed using electro Bovie cauterization, traction, counter-traction. This was done in the same fashion as the right. The breast was removed from the pectoralis fascia with electro Bovie cauterization from a medial to lateral direction. Once this was complete, the pathologist noted that all sentinel nodes were negative and no metastatic disease was found. A 19 French drain was placed through a separate stab incision. The wound was closed with INSORB sutures and the skin was closed with skin staples. The patient tolerated the procedure well. She was extubated and brought to recovery without complications.

Unreviewed
_____
Cecilia M Cuntz, M.D.

D: 06/20/2013 02:38 P
T: 06/20/2013 03:14 P
CC/nsd
Job #11314313 Doc# 556458
cc:     Cecilia M Cuntz, M.D.

---

PATIENT: SANFORD, DORA
ATT PHY: Cecilia M Cuntz, M.D.
DIC PHY: Cecilia M Cuntz, M.D.
ROOM #: PACU2501A
SURGERY/DELIVERY DATE:

MED REC#:
ACCOUNT:
ADMIT DATE: 06/20/2013
DISCH DATE:

OPERATIVE/DELIVERY REPORT                                                    Page 2 of 2
                        COPY TO: Cecilia M Cuntz, M.D.