# EXHIBIT 7



**Sanford, Dora**
55 Y old Female, DOB: 1957

Guarantor: Sanford, Dora   Insurance: LA MEDICAID PRIMARY
PCP: Timothy A Bella   Referring: Timothy Andrus
Appointment Facility: Louisiana Breast Specialist-Baton Rouge General Location

06/25/2013                                                           Maria Cuntz, M.D.

### Current Medications
None

### Past Medical History
Left Breast Cancer

### Surgical History
C-Section x4
Tubaligation
Breast Bx 1970's

### Family History
5 brother(s), 3 sister(s) - healthy. 3 son(s), 1 daughter(s) - healthy.

### Social History
No Tobacco Are you a:: nonsmoker.
No ETOH.
Caffeine: Yes, 1 cup of coffee per day, 2 cokes per day.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
Skin:
   Rash denies.

### Reason for Appointment
1. Pt doing well no complaints

### Assessments
1. Malignant neoplasm of breast (female), unspecified site - 174.9 (Primary)

### Treatment
1. **Malignant neoplasm of breast (female), unspecified site**
Return next week to check wound and drainage output
Pt instructed to take a daily MVI with iron.

### Follow Up
1 Week (Reason: post op)

### History of Present Illness
Post-op:
   The patient presents for post-op of right, modified radical mastectomy, left, simple mastectomy, with lymph node dissection, sentinal node biopsy. Surgery date 1 week ago. Pathology report pending. Drain #1, #2, #3, >30 cc. Current symptom(s) include palpitations on occasion. Severity of the symptom(s) is mild.

### Vital Signs
Ht   Wt   BMI

### Examination
incision(s):
   Incision

clian no evidence of infection hematoma of the left breast

no evidence of infection/no cellulitis.
Discussed with Patient:
   Diagnosis Yes.

### Physical Examination
   Home Health vitals stable with BP 112/80 HR 92 HR 104 on one occasion.

Patient: Sanford, Dora   DOB: 1957   Progress Note: Maria Cuntz, M.D.   06/25/2013
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

00023 http://10.151.20.110:9193/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...   11/16/2016

SanfordD-PPR-   00241

*[signature: Dr. Cintz, MD]*

Electronically signed by Cecilia Cintz, MD on 06/25/2013 at 02:49 PM CDT

Sign off status: Completed

---

Louisiana Breast Specialist-Baton Rouge General Location
8585 PICARDY AVE STE. 300
BATON ROUGE, LA 70809-3679
Tel: 225-757-7991
Fax: 225-213-1132

---

Patient: Sanford, Dora   DOB: ███ 1957   Progress Note: Maria Cintz, M.D.   06/25/2013

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)