# EXHIBIT 8



**Chemotherapy Education**

Patient Name: *Sanford, Dora J.*

MR#: ▮▮▮▮  DOB: ▮▮▮/57

PHYS: Patten  DATE: 08/06/13

---

Louisiana Hematology Oncology Associates' (LHOA) goal is to provide the most patient-centered, up-to-date care possible. The physicians are committed not only to superb medical care but also to patient education and providing a comfortable and convenient setting in which to deliver care.

Below is some information which may be of assistance to you as you begin your chemotherapy treatment:

## Emergencies and Phone Calls:

If you are experiencing a true, life-threatening emergency, call 911. Call our office only *after* you have made arrangements to get to the Emergency Room.

Our nurses return calls during business hours as time permits. If the matter is urgent, please tell our phone operator so that the nurse can confer with you in the timeliest manner possible. Please understand that calls for test results and prescription refills will be returned after urgent patient needs are met.

We ask that you remember that physicians' schedules are long and demanding. It may be late in the afternoon after all patients are seen, or sometimes the following day before non-emergency phone calls are returned.

If you feel you need us, we want to hear from you. Please use this guide as to when you should make your phone call:

**Call Anytime – Day or Night – If**

- Fever 100.5 F. degrees or greater.
- Uncontrollable nausea or diarrhea.
- Pain medication is not working.
- Chest pains or shortness of breath.
- Severe shaking or chills.
- Bleeding from the nose or gums.
- Blood in the urine.



- Black, tarry bowel movement.
- Severe diarrhea.
- Constipation with intense abdominal cramping.
- Changes in your vision or hearing.
- Increased bruising or pinpoint red or purple spots anywhere on the body.

**Call During Regular Office Hours (8:00 a.m.–4:30 p.m. Monday-Friday)**

- If you have questions about your medication, treatment or side effects.
- If you're having nutrition problems.
- If you need a prescription refilled.
    - Please call by 3:00 p.m. and have your pharmacy's phone number
    - For narcotics such as Percocet, MS Contin or Oxycontin, plan to either come into the office for a written prescription or allow 5 days for the written prescription to be mailed. By law, your pharmacy must have a written prescription. No narcotic prescriptions can be written on weekends.
- For lab tests or scans, please know that results usually take:
    - Scans: 48-72 hours
    - Tumor markers: 72 hours
    - Bone marrow: 7-10 days
    - Pathology Reports: 3-5 days
- If you've heard about a new treatment.
- If you notice new numbness or tingling of fingers or toes.

Never hesitate to call us for *any* problem that is important to you. If a certain medication is not working, call and let us know. Chances are, we can prescribe or suggest something to make you more comfortable

## Prescription Refills:

It is always best to anticipate your prescription refill needs and have any necessary prescriptions written during your scheduled office visit or treatment. Please bring the container of the medicine that needs to be refilled. If you are unable to do so, please call our office as early as possible during regular office hours for your refill of non-narcotic prescriptions. All prescription requests will be handled promptly.

By law, you must have a written prescription for narcotics such as Percocet, MS Contin or Oxycontin. That means narcotic pain prescriptions cannot be written after office hours or during the weekends. No exceptions are possible because of Federal regulations. We are extremely sympathetic to your needs and we want you to have the medications you need when you need them, but we cannot violate the law. It is always best to anticipate and get your prescriptions written while you are seeing your physician. We thank you in advance for understanding these policies.

SanfordD-OLOLPhysGrpLHOGMR-     00737

Please carefully monitor your need for pain medication refills and allow ample time to acquire a written prescription.

## Chemotherapy Room Guidelines:

In order to provide a pleasant and safe environment in our chemotherapy room, please observe the following rules:

All cell phone should be on vibrate or low ring mode. When talking on the phone, please keep your voice at a low level.

Only ONE family member per patient is allowed in the chemotherapy room. There may be high traffic times when we ask family members to wait in the waiting room.

Children under the age of 12 are not allowed in the chemotherapy room.

Patients are allowed to eat in the chemotherapy room. Please be aware that many chemotherapy patients are sensitive to strong smelling foods.

If you take pain medicine, please bring it with you.

Bring any special supplies you may need such as ostomy supplies, catheters, etc. Our office does not keep hospital supplies in stock.

If you have waited for treatment for greater than 30 minutes, please check with the schedulers.

## Side Effects of Cancer Treatment:

### Why are side effects important?

Side effects of treatment cause inconvenience, discomfort, and occasionally even fatality to patients. Additionally, and perhaps more importantly, side effects may also prevent doctors from delivering the prescribed dose of therapy at the specific time and schedule of the treatment plan. This is extremely important to understand since the expected outcome from therapy is based on delivering treatment at the dose and schedule of the treatment plan. In other words, side effects not only cause discomfort and unpleasantness, but may also limit a patient's ability to achieve the best outcome from treatment by preventing the delivery of therapy at its optimal dose and time.

Fortunately, in the last 15 years there has been a great deal of progress in the development of treatments to help prevent and control the side effects of cancer treatment. These compounds have led to vast improvements in the management of symptoms associated with cancer treatment, allowed for greater accuracy and consistency concerning the administration of cancer treatment, and have made many cancer treatments more widely available to patients throughout the world.

SanfordD-OLOLPhysGrpLHOGMR-        00738

**Common side effects:**

Information about possible side affects you may experience is being provided by the National Cancer Institute:

☑ Mouth and Throat

☑ Nausea and

☑ Diarrhea

☑ Constipation

☑ Appetite Changes

☑ Hair Loss (Alopecia)

☑ Fatigue (feeling weak and very tired)

☑ Nerve Changes

☐ Swelling (Fluid retention)

☐ Infection

☑ Skin and Nail Changes

☐ Memory changes

☐ Pain

☐ Sexual and Fertility Changes in Men

☑ Sexual and Fertility Changes in Women

**Additional Information:**

Below is some additional information that may be of assistance to you during your treatment:

☐ Y  ☐ N   Pump Maintenance

☑ Y  ☐ N   Diarrhea

SanfordD-OLOLPhysGrpLHOGMR-    00739

☑ Y ☐ N   Thrombocytopenia

☑ Y ☐ N   Sore Mouth

☑ Y ☐ N   Laxative Protocol

☑ Y ☐ N   Bone Pain Managment

☐ Y ☐ N   Lovenox

☑ Y ☐ N   Emend

SanfordD-OLOLPhysGrpLHOGMR-    00740

## Diarrhea Management Guidelines



At first sign of diarrhea (loose or frequent stools, abdominal cramping) take 4mg's of Loperamide (Immodium AD ®) then take 2mg every 2 hours (4mg's every 4 hours can be used during the night and avoid foods high in fiber)

Drink at least 8 glasses of clear fluids, broth, Gatorade (Do not drink fruit juice)

If no diarrhea for at least 12 hours

If diarrhea persists for 3 days while taking Loperamide

Stop taking Loperamide

Notify your doctor

- Avoid laxatives
- Avoid alcohol, tea or coffee (if you are experiencing diarrhea)
- If you experience early on-set diarrhea (within 24 hours of treatment) notify your physician/nurse. A medication by IV can be administered to treat this.
- Take your anti-nausea medication, if needed. If no relief, notify your physician/nurse.
- Avoid crowds and people with infections 7-14 days following your treatment.
- Avoid aspirin and aspirin containing products.

SanfordD-OLOLPhysGrpLHOGMR-    00741

# Thrombocytopenia

**Definition:** Thromboyctopenia is an abnormal decrease in the number of platelets which may result in an increased potential for bleeding, hemorrhaging, and/or complications associated from extensive bleeding. Thrombocytopenia can be caused by chemotherapy, radiation therapy, immunotherapy, other medications, and certain diseases including cancer.

The following are instructions to help reduce your risk of serious injury, bleeding, and/or hemorrhaging during the period of time that your platelet count is below normal.

1. Use a soft bristled toothbrush. Avoid flossing.
2. Do not blow your nose forcefully.
3. Avoid constipation and straining to have a bowel movement.
4. Drink plenty of fluids.
5. Increase fiber in your diet
6. Use stool softeners.
7. Do not use enemas or suppositories.
8. If unable to relieve constipation with the above suggestions, notify your physician.
9. Avoid all alcohol containing beverages.
10. Use an electric razor (no razor blades).
11. Avoid all activities that can put you at risk of injury (contact sports, etc.).
12. Avoid all aspirin or medication containing aspirin.
13. Avoid non-steroidal anti-inflammatory drugs, such as Indocin, Advil, Motrin, unless prescribed by the oncologist who is aware of your platelet count.
14. If you are on any blood thinning medication, such as: Coumadin or Heparin, notify your oncologist.
15. Do not take any medications by injection into your muscle (IM injection).
16. Do not take any medication or temperature rectally, or use rectal dilators. Avoid straining, bending at the waist, or lifting heavy objects.
17. Avoid activities that can cause injury to your skin (e.g. peeling crawfish, opening oysters and crabs, yard work, etc.).

**Signs and Symptoms to report:**
1. Excessive bruising on the skin (particularly if not associated with injury).
2. Tiny red or large purple spots on the skin.
3. Bleeding from the gums or nose.
4. Black or red blood in the stool.
5. Blood in the urine.
6. Light headedness, dizziness, or changes in level of consciousness.
7. Scleral bleeding (rupture of blood vessels in the eyes).

Should you experience an injury to the skin that will not stop bleeding, apply ice and pressure to the area and notify your physician immediately.

SanfordD-OLOLPhysGrpLHOGMR-   00742

# Sore Mouth

**Encourage:**
1. Use plenty of liquids, sauces, gravies & butter.
2. Choose soft or blended foods.
3. Eat small, frequent, high nutritious meals.
4. Eat soft, cool, bland foods; soft boiled eggs, oatmeal.
5. Serve foods cool or at room temperature.
6. Use supplementary feedings to maintain high fluid intake; eggnog or milkshakes.
7. Use a straw, suck on ice.
8. Use sugarless hard candy or sugarless gum to increase moisture.
9. Eat moist foods; ice cream, pudding, jello, baby foods.
10. Use a soft toothbrush.

**Avoid:**
1. Rough, coarse, dry or fried foods.
2. Citrus fruit juices and spicy foods.
3. Alcohol, carbonated beverages.
4. Extremely hot or cold foods.
5. Tobacco.

**Mouth Care:**
1. Gently brush all surfaces of teeth, gums and tongue with a soft brush after eating and whenever you feel the need.
1. Make a soothing mouth rinse of 1 tsp baking soda and 1 tsp salt in 1 quart of water and rinse mouth after meals and at bedtime. (May prepare ahead of time and remix when empty). Avoid commercial mouthwashes with alcohol.
2. Report to your doctor any symptoms of sore mouth: red, shiny, swollen gums or sores in mouth or throat.
3. A prescription mouth rinse is available to numb your mouth and gums.

SanfordD-OLOLPhysGrpLHOGMR-   00743

## Laxative Protocol

Patients on regularly dosed narcotic analgesics and certain chemotherapy drugs eventually suffer from constipation. Your physician recommends a daily bowel regimen that is followed just as carefully as your other medications. The overall goal is for each patient to have a bowel movement at least every two days. Because each patient and his/her response can vary, use the guidelines below to find a regimen that works best for you. If at any time your analgesic dosage is changed, you may also need to increase (or decrease) your daily dosage of laxative.

1. Take 2 Senokot S tablets at bedtime.
2. If you do not have a bowel movement in the morning, take 2 Senokot S tablets after breakfast.
3. If you do not have a bowel movement by the evening take 3 Senokot S tablets at bedtime.
4. If you do not have a bowel movement by the next morning, take 4 Senokot S tablets after breakfast.
5. If there is no bowel movement within 48 hours after beginning this protocol, add 2 tablespoons of Milk of Magnesia after breakfast and after dinner, as needed, while continuing Senokot S tablets.
6. If there is no bowel movement with 72 hours after staring this protocol, add a Dulcolax Suppository (10 mg) or Fleet Enema.

After having started bowel movements, use the previous step as your daily laxative protocol. For example, if you achieved a bowel movement after Step 4, use Step 3 as your daily regimen.

Senokot S can be bought over the counter at your pharmacy.

## Bone Pain Management

This injection is a protein that will be absorbed into your bone marrow to stimulate the production of white blood cells (your immune system).  Because it is actively working in your bone marrow, patients can experience bone pain. Bone pain is most often described as the "achy" feeling one would get with the flu.

To help prevent or manage bone pain, follow these instructions:

**Claritin** (regular, over the counter) 24 hour tablets – NOT Claritin D
(you may use the generic form)
- Take one Claritin tablet by mount twice a day (once in the morning and once in the event) beginning the day of your injection.
- Take Claritin for 3-5 days.

If bone pain continues, do not stop taking the Claritin.  Add the following:

**Tylenol Arthritis**
(you may use the generic form)
- Take 2 tablets by mouth every 8 hours as needed.

Check your temperature as needed.  If your temperature is equal or greater than 100.5°F, Please call your doctor at 225/767-1311.

SanfordD-OLOLPhysGrpLHOGMR-    00745

# Emend

Emend is an anti-nausea medicine that your physician has prescribed. It comes in a BLUE package, and it contains 3 capsules. There is a capsule for the day of treatment and one for the next 2 days.

Depending on your insurance, you will either get this medicine from our dispensary or prescription will be sent to the pharmacy of your choice where you will then pick up the prescription.

You will get this medicine with each treatment, so please be sure that you have it each time. If our dispensary provides this medicine, please stop by the dispensary window to pick up. If it is sent to your pharmacy, please pick it up and bring it with you.

** IT IS VERY IMPORTANT THAT YOU BRING THIS MEDICINE WITH YOU TO YOUR CHEMOTHERAPY VISIT.

** DO NOT TAKE BEFORE YOUR CHEMOTHERAPY. You will be instructed when to take upon arrival.

SanfordD-OLOLPhysGrpLHOGMR-    00746