# EXHIBIT 9

| Patient: Sanford, Dora | OUR LADY OF THE LAKE PHYSICIAN GROUP |
|---|---|
| MR#: [redacted] | LOUISIANA HEMATOLOGY ONCOLOGY ASSOCIATES |
| July 8/6/13 | CHEMOTHERAPY CONSENT |

## PATIENT CONSENT TO MEDICAL TREATMENT OR SURGICAL PROCEDURE AND ACKNOWLEDGEMENT OF RECIEPT OF MEDICAL INFORMATION

READ CAREFULLY BEFORE SIGNING.

You have been told that you should consider medical treatment/surgery. Louisiana law requires us to tell you (1) the nature of your condition, (2) the general nature of the medical treatment/surgery, (3) the risks of the proposed treatment/surgery as defined by the Louisiana Medical Disclosure Panel or as determined by your doctor, (4) reasonable therapeutic alternatives and material risks associated with such alternatives, and (5) risks of no treatment.

You have the right to be informed about your condition and the recommended surgical, medical, or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved.

In keeping with the Louisiana law of informed consent, you are being asked to sign a confirmation that we have discussed all these matters. We already discussed with you the common problems and risks. We wish to inform you as completely as possible. Please read the form carefully. Ask about anything you do not understand, and we will be pleased to explain.

1. **TREATMENT/PROCEDURE**
   Description, nature of the treatment/procedure: Delivery of one or more Chemotherapy Cycles that will take place over a period of time as directed by my physician. The chemotherapy drugs include:

   _Adriamycin 3 cycles followed by TCH – Taxotere, Carboplatin + Herceptin_

   Purpose:

   _To kill any cancer cells_

2. **PATIENTS CONDITION** The patient's diagnosis or a description of the nature or ailment for which the medical treatment, surgical procedure or other therapy described in item Number 2 is indicated and recommended:

   _Bilateral Breast Cancer, Multi Lymph Node positive, Her 2 neu Gene Positive_

3. **MATERIAL RISKS OF TREATMENT OR PROCEDURE**
   a. All medical or surgical treatment involves risks. Listed below are those risks associated with this procedure that we believe a reasonable person in your (the patient's) position would likely consider significant when deciding whether to have or forego the proposed therapy. Please ask your physician if you would like additional information regarding the nature or consequences of these risks, their likelihood of occurrence, or other associated risks that you might consider significant but may not be listed below.

EXHIBIT 9 Sanford

- b. Risks generally associated with any surgical treatment procedure, including infection and/or nerve damage, disfiguring scars, quadriplegia (paralysis from neck down), paraplegia (paralysis from waist down), the loss or loss of function of any organ or limb, infection bleeding, and pain.
- c. The material risks associated with the medical treatment, surgical procedure, or therapy described in item 2 of this consent form as identified by the Louisiana Medical Disclosure Panel Law are provided as an attachment to this document.
- d. Additional risks (if any) particular to the patient because of a complicating medical condition are:

_See Disclosure Panel_

4. Reasonable therapeutic alternatives and the risk(s) associated with such alternatives are:

_Alternative Chemotherapy_

5. **No Guarantees:** All information given to me and, in particular, all estimates made as to the likelihood of occurrence of risks of this or alternate procedures or as to the prospects of success, are made in the best professional judgment of my physician. The possibility and nature of complications cannot always be accurately anticipated, and therefore, there is and can be no guarantee, either expressed or implied, as to the success or other results of the medical treatment or surgical procedure.

6. **Additional Information:** Nothing has been said to me, no information has been given to me, and I have not relied upon any information that is inconsistent with the information set forth in this document.

7. **Particular Concerns:** I have had an opportunity to disclose and discuss with the physician authorizing or providing such information, those risks or other potential consequences of the medical treatment or surgical procedure that are of particular concern to me.

8. **Questions:** I have had an opportunity to ask, and I have asked, any question I may have about the information in this document and any other question I have about the proposed treatment or procedure, and all such questions were answered in a satisfactory manner.

9. **Authorized Physician:** The physician(s) authorized to administer or perform, and to authorize other licensed healthcare provider to administer or perform, the medical treatment, surgical procedure or other therapy described in Item 2 are:

Bryan J. Bienvenu, MD; Frederic T. Billings, III, MD, FACP, David S. Hanson, MD, FACP; Judd E. Patten, MD, PhD; Kellie D. Schmeeckle, MD; Derrick W. Spell, MD, FACP

10. **Physician/Health Care Provider Certification:** I hereby certify that I have provided and explained the information set forth herein, including any attachment, and answered all questions of the patient, or the patient's representative, concerning the medical treatment or surgical procedure, to the best of my knowledge and ability.

CONSENT

I hereby authorize and direct the designated authorized physician in Item 10 above, together with associates, assistants, and licensed healthcare providers of his/her choice, to administer or perform the medical treatment or surgical procedure described in item 2 of this Consent Form, including any additional procedures or services as they may deem necessary or reasonable, including the administration of any general or regional anesthetic agent, x-ray or other radiological services, laboratory services, and the disposal of any tissue removed during a diagnostic or surgical procedure, and I hereby consent thereto.

I have read and understand all information set forth in this document, and all blanks were filled in prior to my signing. This authorization for and consent to medical treatment or surgical procedure is and shall remain valid until revoked.

I acknowledge that I have had the opportunity to ask any questions about the contemplated medical procedure or surgical procedures described in item 2 of this Consent Form, including risks and alternatives, and acknowledge that my questions have been answered to my satisfaction.

I also consent to the presence of necessary support personnel during my treatment or procedure for the purpose of education/consultation to Hospital staff and/or to my physician.

## CANCER CHEMOTHERAPY TREATMENTS AND PROCEDURES
## PATIENT CONSENT TO TREATMENT – DISCLOSURE OF RISKS

The Louisiana Medical Disclosure Panel has identified that the following material risks are associated with the medical treatments and surgical procedures listed below. Please review closely those risks associated with the procedure(s) for which you are scheduled as listed in Item 2 of the consent form.

A. Cancer Chemotherapy (treatment of cancer using anti-cancer medications)
   1. Hair Loss.
   2. Damage to blood forming organ (bone marrow) which may results in bleeding, infection, anemia, and possible need for transfusion.
   3. Damage to brain, heart, kidneys, liver, lungs, nervous system, and skin.
   4. Serious allergic reaction including shock.
   5. Sterility.
   6. Nausea and/or vomiting.
   7. Constipation or diarrhea.
   8. Sores on lips and/or ulcers in the lips, mouth, throat, stomach, rectum.
   9. Loss of lining of intestinal tract from mount to anus.
   10. Secondary cancer (cancers in the future caused by chemotherapy).
   11. Local damage at injection site.

| Other risks, if any, associated with this procedure are: | Common | Uncommon | Very Uncommon |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Physician: [signature]   Date: 8/2/13

Signature of Patient: x Dora [signature]   Date: 8-6-13

Signature of Representative (when required): ____

Relationship to Patient: ____
Reason Patient unable to sign: ____

Witness: Judy Owens [signature]   Date: 8-6-13

### HIPAA Notice

I understand that my treatment may be administered in a group setting, in the treatment rom. If I object to these accommodations, I must speak with the charge nurse, and complete the Request for Alternative Treatment Accommodations Forms.

I understand that a nurse/physician may confer with me about my condition while in the treatment room.

Patient or Person Authorized to Consent: ____

Patient: x Dora [signature]