# EXHIBIT 12



PRESORT STD
US POSTAGE
PAID
ZACHARY, LA
PERMIT NO. 6

CAR-RT PRESORT
POSTAL CUSTOMERS
ECWSS
Postal Patron Local

*The Post is the place for Zachary news.*

Proud to be Zachary's *only* locally owned, managed and staffed newspaper.

Zachary Post · Tuesday, April 1, 2014 · Vol. 9, No. 13 · Published Weekly · Circulation 16,000 · zacharypost.com © 2014

# A Survivor's Journey
## Relay for Life set for April 11 at Zachary Community Park

BY ASHLEY EVANS

In March 2013, Dora Sanford decided to go in early for her yearly physical. After a routine mammogram, she got a call saying that the doctor wanted to see her. "The mammogram is what showed the cancer," says Dora. "I was feeling fine and showing no other symptoms. I had no warning signs. Had I not gone in early, because I was going to wait until the end of the year due to my work schedule, my situation could be very different."

The mammogram showed a tumor on her right breast and her left breast was showing pre-cancerous cells. She chose to have a double mastectomy. "I was officially di-



*Dora Sanford*

agnosed with Stage 4 breast cancer on June 8 and by June 18 I was undergoing surgery at Woman's Hospital."

Dora was diagnosed with breast cancer only 5 months after her own mother passed away from breast cancer. "Having that family history of breast cancer, I was scared of what my results could show. But I knew that I just needed to have the tests done and face it."

"The reason why I want to share my story is because I think about people just walking around, too busy with work and life to take the time to take care of themselves. They could be walking around with cancer and not know it. Just like I was," says Dora.

See RELAY on page 3

### Election Saturday, April 5

Voters parish wide will decide April 5 whether to extend for another 10 years the property taxes that fund East Baton Rouge Parish's parks system.

BREC unanimously voted in the fall to ask voters to continue paying the 6.2 mills last approved in 2004.

The taxes make up about half of the commission's operating budget and all funding for capital improvements, as well as half of BREC's operating budget and all funding for capital improvements.

Voters will see one proposition that contains two tax renewals: a 4.1 mill tax for capital improvements, operations and maintenance and a 2.1 mill tax that only goes toward operations and maintenance.

Combined, they are expected to generate nearly $230 million for the system over 10 years.

The BREC funding comes up for renewal every 10 years.

# Craig McCulloch Joins Congressional Race
## Local businessman faces crowded field in the Sixth District for November election

Craig McCulloch, a resident of East Feliciana and no stranger to Zachary has entered the race for Congress in the Sixth Congressional district.

McCulloch's roots are more than five generations deep in the Sixth District. His childhood memories are from life growing up in Baker. Today, along with his wife, Wanda, they call now call Ethel home.

"Daddy was a plant worker and mom was a home-maker. We weren't even considered a part of the middle-class but I wouldn't of known it," said McCulloch, thinking back on his childhood.

A graduate of Baker High School and member of the Baker football hall-of-fame, McCulloch took his athletic skills to Nicholls State University on a football scholarship where he was one



*Craig McCulloch*

of the first starting quarterbacks on their first varsity team. In 1975, he finished his pre-physical therapy schooling at Nicholls and in 1977 graduated physical therapy school at Louisiana State University.

During his breaks from school, McCulloch would work on oil platforms in South Louisiana.

"I was always at the bottom of the totem pole," McCulloch said of the experience. "They would have me wading waste deep in the muck and sometimes it would be close to freezing outside. Without a doubt though, I can say that experience coupled with football taught me the definition of hard work and the value of a dollar."

In 1984, Baker Physical Therapy opened its doors and McCulloch began his career as a small business owner.

"It was definitely a risk," McCulloch said. "No one invested in me and the government definitely didn't help start my business. We built it from the ground up. It's a family business."

Today, Baker Physical Therapy continues to serve residents of the Baker, Zachary, Central and Greater Baton Rouge area.

McCulloch is the first cousin of former state senator and mayor of Baker, Mike Cross, who passed away last November after a brief battle with lung cancer.

Cross' son, Ryan Cross, is serving as McCulloch's campaign manager.

"Outside of knocking on doors for Mike, I've never been involved

See McCulloch on page 6



WE ARE YOUR BANK of ZACHARY
ON MAIN STREET SINCE 1904
New Services Coming Soon!
CALL US ABOUT A MORTGAGE LOAN TODAY!

Plaza Office | 225-654-2788
2110 Church St. in Zachary

Main Office | 225-654-2701
4743 Main St. in Zachary

Central Office | 225-261-5111
13444 Hooper Rd. in Baton Rouge

Lane Regional | ATM Only
6300 Main St. in Zachary
(Located in Cafeteria)

www.BankOfZachary.com

EXHIBIT 13

2 Zachary POST  Tuesday, April 1, 2014



P.O. Box 1637
Zachary, LA 70791

Phone (225) 654-0122
Fax (225) 208-1165

Email stories and photos to
info@zacharypost.com

Published Tuesdays
52 weeks a year

Publisher & Editor
Daniel Duggan

Graphic Designer
Tina Adams

Account Executives
Georgiana Walls
Ashley Evans

Contributing Writer
James Ronald Skains

New Year Historian
Calla Duggan

Minecraft Hackmaster
Chandler Duggan

The Ginger Avenger
Cecelia Duggan

Stunt Man in Training
Colton Duggan

Deadline for news and advertising:
Wednesday 5 P.M.

Call for advertising rates.

## Zachary High School Music Student Recognized at the Baton Rouge Metropolitan Council Meeting



Metropolitan Councilman Trae Welch and Mayor-President Melvin "Kip" Holden recognized Gracie Ellerbee, Zachary High School Student who was recently invited to Interlochen Arts Academy in Michigan, one of the most prestigious camps for the Arts in the world. Councilman Welch touted her achievements as a member of the All Parish Symphonic Band, 1st Chair in Percussion, All Parish Jazz Band in Piano for two years, All State Jazz Band in Piano, Louisiana Youth Orchestra in Percussion, her musical accompaniment in the hit musical "9 to 5" at The Baton Rouge Theatre and was invited to Northwestern State's Wind Ensemble. Councilman Welch also recognized her for her ability to be self-taught on trumpet and piano. Gracie was given a $5000 scholarship to attend Interlochen this summer, but will be holding a fundraiser in hopes of raising another $3,000 to be able to attend the camp. On Wednesday, April 9, she will be selling jambalaya dinners at Zachary City Hall beginning at 10:30 a.m.

CALL 654-0122 TO ADVERTISE YOUR BUSINESS IN 33,000 PAPERS A WEEK IN ZACHARY AND THE FELICIANAS

## Relay for Life: Celebrate, Remember, Fight Back on April 11

Join the American Cancer Society Relay for Life April 11, 2014 at BREC Community Park as we come together as a community to fight back against a disease that has taken so much. Relay for Life is more than a fundraiser. It is the opportunity to honor the survivors and to remember those we've lost. It is the chance for us to show support, give strength, share courage, and provide hope.

There are so many ways you can be a part of this celebration. Join us at the ACS Relay Festival, where we will have a variety of games, food, and entertainment for the whole family to enjoy. Purchase a luminaria to remember those we love or one's we've lost. Help us in this fight by joining a relay team and walk to help strengthen our forces. The money that we raise through this event helps to support the American Cancer Society and their efforts in research, health services, transportation to treatment, education, and prevention.

For more information, please visit www.relayforlife.org to join a team, or donate. All teams would love a new team member! Join us as we take turns walking for a better future. Still have questions? Call Melissa at 570-8668 or email meljms@hotmail.com





## RELAY

continued from page 1

"Take the time for you, get regular mammograms and tests done."

With her chemotherapy treatments completed in January, Dora is currently undergoing radiation at Mary Bird Perkins Cancer Center. She also goes in monthly for Herceptin treatments, which is a protein blocker that blocks the tumor from coming back. This treatment is received through her port and has no side effects. "Through my chemotherapy and radiation treatments, I have lost 40 pounds, my hair, skin, and nails are not the same, but all these side effects are just something that I have to go through. I am here and I thank God every day. My current PET scans show that I am cancer-free."

Dora would like to thank her family, husband Charles, and children Jerome, Michael, Mark, and Charlotte, as well as her daughter-in-law, Teanda, for getting her through day-to-day. "I could not have gotten through this without my family's support. My friends and church family have been wonderful, but first and foremost I have to thank God." Dora and her family have lived in Zachary for over 30 years. All of her children are graduates of Zachary High School.

"Support is key, because when you have people around that will encourage you, it makes you want to fight. Put on those boxing gloves and don't give up. My doctors and their staff were also a huge support for me, Dr. Cuntz, my Breast Specialist at Woman's Hospital, Dr. Patten, my oncologist and Dr. Levine, my radiologist, both at Mary Bird Perkins, and I can't forget Chris Perkins at Baton Rouge General, my Lymphedema Specialist."

Dora also credits American Cancer Society and its many outreach programs for helping her get through her battle. "I am so thankful for American Cancer Society. I went to the Wig Bank and they gave me my wig. I called the 1-800 number when I was taking Chemo and couldn't eat. I was able to talk with a doctor and she told me certain foods that may help me regain my appetite. American Cancer Society has been a blessing to me." She encourages everyone to support American Cancer Society and Relay for Life. "All the money goes to a good cause and you never know when you or a loved one will need help." To learn more about American Cancer Society go to www.cancer.org.

If you are also a Cancer Survivor, American Cancer Society's Relay for Life would like to invite you to a Survivor Breakfast on Saturday, April 5, 2014 at 8:30 a.m. at Plains Presbyterian Church. RSVP to Christy Turner at cturner25@me.com or call Renee Beadle at (225) 413-7282.

And a Survivor's Dinner on Friday, April 11, 2014 at 6:00 p.m. at the BREC Zachary Community Park on Old Scenic Highway. RSVP to Johnna Roose at johnna-roose@gmail.com or call Renee Beadle at (225) 413-7282.




**4** Zachary POST  Tuesday, April 1, 2014

# Congratulations to Zachary's Newest Police Officers




*Congratulations to Zachary Communications Officer Stephanie Kilcrease and Zachary Police Officer Josh Cooper, who endured months of exhaustive exercises and academic work at the police academy. Now, they ready to become police officers. Upon graduation from police academies, recruits become certified police officers. Chief McDavid introduced the new Police Officers to the Mayor and Members of the Zachary City Council on March 25th.*

## Zachary Firefighter Recognized for Heroic Rescue at Zachary Council Meeting




*Captain Casey Phenald, Zachary Firefighter was recognized at the Zachary Council Meeting by Zachary Fire Chief Danny Kimble and also Metropolitan Councilman Trae Welch. Captain Phenald was commended for his heroic rescue of a man whose truck skidded off an icy roadway and plunged into a body of water in St. Francisville on March 4. Phenald and another St. Francisville resident sprang into action braving the alligator infested, freezing water to rescue a 65 year old Winnfield man.*



**New Location!**

**Elizabeth Russell Hess** | DDS, MS
frontdesk@geauxbraces.com

**zachary orthodontics**

P 225-570-8608
1215 Independence Blvd. Bldg 1, Suite B
Zachary, LA 70791

geauxbraces.com

Located Directly in Front of Copper Mill Elementary



**FELICIANA WINDSHIELD**
Zachary's Auto Glass Place
AUTO GLASS REPAIR AND REPLACEMENT
(May Qualify for No Deductible)
VEHICLE INSPECTION STATION (All Parishes)
Hwy 19
658-7906 (local) · 921-2185 (cell)



**CECIL GRAVES AUTOPLEX**
Chrysler Dodge Jeep Ram

(855) 506-2773 · 7245 Hwy 61 N · St. Francisville
OPEN 8:00am-6:30pm M-F & 8:00am-4:30pm Saturday.
Parts & Service Hours 7:30am-5pm M-F
24 hour towing service (225) 245-0769 · www.cecilgravesautoplex.com



**NEED CASH NOW?**
**90 Day Collateral Loans**
**(225) 570-2935**
TOOLS · ELECTRONICS · GUNS
JEWELRY · LAWN EQUIPMENT · ETC.

Find us on Facebook:
Bayou Pawn & Jewelry 3

**BAYOU PAWN & JEWELRY 3**
MANAGER JEFFREY KNIGHT
9522 Main St., Zachary, LA 70791 · bayoupawn3@gmail.com
Mon. - Fri. 8:30 a.m. - 5:30 p.m. · Saturday 9 a.m. - 3 p.m.



**ST. PAUL'S Study**

**Gifts, Bibles, Books**
Baptism, Communion, & Confirmation
White Veils & White Ties
for First Communion

**Join Our Once a Month Book Club**
*Son of God* by Roma Downey & Mark Burnett
April 22, 2014 10 am - 11 am or April 24, 2014 · 6 pm - 7 pm

**(225) 570-8966 · 4826 MAIN STREET**

Tuesday, April 1, 2014   Zachary POST   5

## District Students Excel During Special Olympics Time Trials at ZHS



The Special Olympians from Zachary High School, Northwestern Middle, Copper Mill Elementary and Rollins Place Elementary competed last week to obtain qualifying scores for the upcoming Capital Area Special Olympics Track and Field Meet to be held in Baton Rouge on April 16 and 17, 2014.






### SILLIMAN INSTITUTE
*A Tradition of Excellence*

**REGISTER NOW FOR THE 2014-2015 SCHOOL YEAR!**



National Merit Scholar | Well-developed Athletic Program | 100th Day of School Celebration

- "Silliman…a place you enter to learn and leave to achieve."
- Grades PreK – 12th
- College Preparatory Curriculum/Dual Enrollment Classes
- Low Student/Teacher Ratio
- Approved by the State of Louisiana and accredited by the Mississippi Association of Independent Schools
- Well-developed Athletic Program
- "A quality education is our commitment to you and the families we serve."

SILLIMAN INSTITUTE DOES NOT DISCRIMINATE ON THE BASIS OF SEX, RACE, COLOR, RELIGION OR NATIONAL ETHNIC ORIGIN.



**JEWEL "TRAE" WELCH**
ATTORNEY AT LAW
PERSONAL INJURY & CRIMINAL LAW

I'll work to get the results you deserve.

Call me today!

21122 OLD SCENIC HWY
SUITE A
654-8291

**TOURS**
**Escorted from Baton Rouge**
*Looking for a birthday gift…*
*Try a Gift Certificate!*

Washington, D.C /
Cherry Blossoms
Mar. 28 – Apr. 3   $1099

Texas Wildflowers
Apr. 1 – 5   $659

Don't delay!
Call for details
on these and all our tours!

Zachary Travel Center
225-654-9210 or 800-366-0627
www.zacharytravel.com

**All About Self Storage**
5553 Groom Rd
Baker, LA 70714

Below is a description of property that will be auctioned to the highest bidder for unpaid rent in accordance with LA RS 4759. The auction will be held on Thursday the 24th day of April, 2014, at 11:00 am. The auction will take place at All About Storage, 5553 Groom Rd, Baker, LA 70714.

| Attn: Ricky Washington | unit # 115 |
| Attn: Armand Goudeau | unit # 140, 160 |
| Attn: Reuben Goodman | unit # 156 |
| Attn: Zenola Bates | unit# 106 |
| Attn: Jessica Hurst | unit #164 |
| Attn: Denise Lee | unit #224 |
| Attn: Roberto Byrd | unit #225 |
| Attn: Lizzie Young | unit # 265 |
| Attn: John Eankles | unit # 374 |
| Attn: Anthony Major | unit #405 |
| Attn: Dantes Brooks | unit#501 |
| Attn: Calvin Mosley | unit #525 |
| Attn: Aartna Oriley | unit #926 |

The Public is welcome to attend. Payment will be in cash only. Items will include household items, miscellaneous furniture. We will have a minimum bid on all units and we reserve the right to refuse any bid.
Thank you, Management.

# MCCULLOCH

continued from page 1

in politics and never considered running for office," McCulloch said. "I'm learning quickly why more honest, hard-working people don't run for office. The political establishment doesn't like an outsider challenging the status quo."

McCulloch said he made the decision to enter the race after much thought and prayer because, "we can't afford to settle for status quo career politicians or for candidates who don't share our values or have the life experiences necessary to help fix the mess in DC."

"I want to preserve the American Dream for my children and grandchildren," McCulloch said.

McCulloch says he also understands the needs of District Six's numerous small towns.

"Career politicians seem to neglect our small towns because there are just not a lot of voters there," McCulloch asserted. "That's not me. I'll fight for all of our plant workers, our farmers, our fishermen and our countless other hard-working individuals, no matter the size of your business or your town."

McCulloch said that passing a balanced budget amendment would avoid "government shutdown fiascos" and "endless fiscal cliffs."

"I balance my personal and business checkbooks," McCulloch said. "Why can't Washington do the same? If a small business spends more than it takes in we call it bankrupt, but Washington is allowed to just kick the can down the road and write the federal government a blank check. Enough with the special treatment for Washington, D.C. This kind of mismanagement is hurting our children's futures."

McCulloch said his top priorities are creating jobs, getting our fiscal house in order and true healthcare reform.

"I'm the only candidate in this race who is in the healthcare industry," McCulloch said. "We need real healthcare reform that is based on competition and the free market, not that rests on the backs of hard-working families and individuals."

"We don't need to just repeal Obamacare. That's just another talking point that career politicians are using to get reelected or move up," McCulloch said. "We need to replace it with policies that incentivize healthcare savings accounts, allow for insurance to be pooled and sold across state lines, reduce burdensome regulations on small business owners like myself and allow individuals to take a new job and keep their current coverage."

McCulloch said another key issue facing our nation is energy security.

"The President's war on energy is costing Louisiana residents jobs and its harming our national security," McCulloch said. "We need to promote domestic drilling and encourage international exportation of energy. We will create more jobs, become energy independent, strengthen our national security, keep our kids out of harm's way overseas and take power away from our enemies abroad."

"In Congress, I'll be another voice calling for President Obama to approve the Keystone XL pipeline and open up federal land for domestic drilling," McCulloch said. "I'm more concerned about Louisiana families than I am polar bears."

McCulloch is an upfront advocate for term limits.

"I think that's a big part of the problem up there," McCulloch said. "People get elected and suddenly they get starstruck and start falling in line with the Washington establishment. Political service shouldn't be a career, that's not what the founders had in mind."

McCulloch describes himself as being "100 percent pro-life and a firm believer in traditional Louisiana values."

"My view on marriage is simple. One man. One woman. Period," McCulloch said.

"I'm a proud conservative, and not ashamed to say it," McCulloch said. "I don't think believing in traditional marriage is a radical view, unlike some of my opponents who run away from the question. I'm also no career politician and I haven't been waiting to do this my whole life. I don't have to take a poll to know my positions, and I believe in doing what is right and just being honest. Our grandma's were right, just tell the truth and work hard, it's what I've done my entire life."

There are currently 12 people running for the open congressional seat being vacated by Congressman Bill Cassidy.





# ZHS Mock Trial Wins Region III, Heads Back to State



One of two Zachary High School mock trial teams won the Louisiana State Bar Association Region 3 Mock Trial Competition which was held on March 14th and 15th in Baton Rouge. ZHS was represented in the competition by two teams with the ZHS Black team winning the Region 3 championship. The ZHS Blue Team went one and one in the competition defeating a team from Episcopal High School and losing to a team from West Feliciana High School. The ZHS blue team was made up of all first year members and included Aanan Henderson, Shelby Waddell, Ellen Manuel, John Carl Begley, Lama Hantash, and Juliana Voiers. The ZHS Black team defeated teams from Scotlandville Magnet, Episcopal High School, West Feliciana High School and a team from Baton Rouge Magnet High School in the regional finals. The ZHS black team will compete in the LSBA State Mock Trial Tournament in Shreveport on Saturday, March 29 against seven other teams from around the state. This marks the second consecutive state tournament appearance for the ZHS mock trial program and fourth trip overall to the state tournament since 2006. A team from ZHS won the state championship last year and represented Louisiana in the National High School Mock Trial Championship in Indianapolis in May. This year's regional championship team is made up of third-year mock trial members Jackie Odom and Jordan Kozar and first year members Brianca Pierre, Eddie Veal, Allison Cupit, Nash Joyner, and Reagan Staggs. Jackie Odom was awarded best attorney in the Region 3 competition and Eddie Veal was awarded best witness. The ZHS mock trial program is sponsored and coached by ZHS teachers Chris Staggs and Adrienne Dykes. The attorney coach for ZHS is Craig Kaster. Pictured above, left to right: ZHS teacher-coach Adrienne Dykes, Reagan Staggs, Nash Joyner, Allison Cupit, Jordan Kozar, Jackie Odom, Eddie Veal, Brianca Pierre, ZHS teacher-coach Chris Staggs.

# Rittell Makes History for ZHS Wrestling



Daniel Rittell wins 5th place in the state wrestling championships and 2nd place in the city. He is the first wrestler from Zachary to make it to the semifinals in division I in 27 years. He also won a award for most points scored on the ZHS wrestling team.

CALL 654-0122 TO ADVERTISE YOUR BUSINESS IN 33,000 PAPERS A WEEK IN ZACHARY & THE FELICIANAS



NEW Location Now Open!
1215 Independence Blvd, Bldg 1, Ste A
(In Front of Copper Mill Elementary)

# The Bonin Clinic
Adult Primary Care



Accepting New Patients

Accepting most insurance plans, including Medicare

**Joey Bonin**
NP-C, APRN-BC
225-570-2010
Hours: 8 a.m. - 5 p.m.

- Your Last Diet!
- Private Consultations.
- One-on-One Personal Attention.
- Private Weekly Weigh-ins.

Get ready for Summer!



Ideal Protein

## Zachary Listings

OPEN HOUSE SUNDAY
APRIL 6TH • 2 - 4 PM

3BR/2BA
1444 Buffalo Hollow
Ravenwood
$214,900

4BR/2BA Oaks of Zachary
$223,900

4BR/3BA Copper Mill
$404,900

Vacant Land
7 Acres
$95,000

5BR/3BA Copper Mill $382,900



KELLER WILLIAMS REALTY
RED STICK PARTNERS
225.768.1800

Robin Deshotels
(225) 620-3663
FOR SALE

Each Office is Independently Owned and Operated

## Sacha Cosmetics Celebrates Grand Re-Opening



Sacha Cosmetics celebrated their new location with a ribbon cutting on Monday, March 24. The new store is located at 19900 Old Scenic Highway, Suite J (between Martha's Bistro & Fastlane). Family, friends, and Chamber members enjoyed refreshments as well as a blessing of the building. Sacha Cosmetics is the official cosmetic line of the Miss Universe and Miss USA Pageants. With many different variations and colors to match diverse skin tones, Sacha satisfies an ethnicity niche market that is unfilled by traditional cosmetic lines. Open in Zachary since April 2013, Sacha is also sold in 23 different countries as a premium brand. Open Tuesday-Saturday, 10am-6pm. Call today for a free consultation (225) 654-3798 or Like them on Facebook, Sacha Cosmetics of Louisiana for more information.

## LIGO Comes to ZHS, Provides Electrifying Lecture



Zachary High 9th graders were in for a day of engaging electricity and magnetism activities designed by the experts from LIGO Livingston on Thursday, March 27. The Laser Interferometer Gravitational-Wave Observatory (LIGO) is a facility dedicated to the detection of cosmic gravitational waves and the measurement of these waves for scientific research. It consists of two widely separated installations located in Livingston, LA and Hanford, WA, operated in unison as a single observatory. This observatory is available for use by the world scientific community, and is a vital member in a developing global network of gravitational wave observatories. LIGO is funded by the National Science Foundation, and was designed and constructed by a team of scientists from the California Institute of Technology, the Massachusetts Institute of Technology, and by industrial contractors. LIGO Livingston has sent a team to Zachary High School today to explore science concepts such as light, gravity, waves, and interference, and allow students to learn about LIGO's search for gravitational waves while interacting with scientists. William Katzman was the instructor who performed and taught students on Thursday.

### HELP WANTED

**KPAQ Industries, LLC**
**KPAQ Industries**
located in St. Francisville, LA, is hiring!

- Mechanical Engineer
- Millwright Mechanic
- Process Engineer

KPAQ is an independent manufacturer of virgin unbleached pulp and paper products.

You must be 18 years of age and have a HS Diploma or GED. 2-10 years experience required for mechanic positions.

Send email *(ATTENTION: Job Code #01)* with Resume to recruiting@kpaq.com

---

### 14 years of service.
### WHAT A RELIEF!


**Lake After Hours URGENT CARE**

When you're sick, you don't need a hassle. With convenient locations and hours, our experienced medical staff is in place to help you get better faster.

**ZACHARY LOCATION**
18989 Old Scenic Hwy • (225) 654-8850
Mon-Fri 9AM-9PM • Sat-Sun 9AM-6PM
www.LakeAfterHours.com

---

### Newman's Cleaners and Tuxedo Rentals
225-286-5132 • 225-719-3334

**$40 OFF* Every Tux Rental**
Largest Selection in Town
Order NOW for Prom for the Best Selection!

*No coupon needed

5145 Main St., Ste. K • Zachary
(Next to Chubby's Grill)
Monday - Friday 7 am til 6 pm • Saturday 8 am til 2 pm

---



**HUSTLER** THE GAME CHANGER

**Open House April 4 & 5**
Special Pricing 2 Days Only

- HEAVY DUTY FABRICATED STEEL DECKS
- KAWASAKI FR PREMIUM ENGINE - 1 YR WARRANTY
- FABRICATED HEAVY DUTY STEEL FRAME
- PATENTED AUTOMATIC PARK BRAKE SYSTEM
- HEAVY DUTY FRONT CASTER FORKS WITH INDUSTRIAL STEEL BALL BEARINGS
- 3 GAL FUEL CAPACITY
- 8 MPH

INTRODUCING THE ALL-NEW **Raptor**

STARTING AT **$2799**

**RTR POWER EQUIPMENT**
8170 Hwy. 63 • Clinton, LA
225.683.9335

---

### Mechanics
**First Student**

### TECH III



First Student is the leading provider of student transportation in North America. Join our world class team of safety-focused maintenance technicians with an opportunity that offers stable, reliable year round work. Currently, we are seeking Tech III Mechanics to maintain our modern fleet of vehicles in Morganza, LA.

Qualified candidates must be at least 21 years of age, possess min. 3 years of hands on diesel experience or vocational training and a valid driver's license. The ability to obtain a CDL and knowledge and experience with OSHA and DOT requirements are needed. Must have full set of mechanic's hand tools, and be able to pass a background check and drug screen.

We offer weekly pay, annual increases, company training, benefits available, holidays and vacation, 401(k), and free uniforms.

To apply, please email resume to:
**FIRST STUDENT**
Greg.gavina@firstgroup.com

Equal Opportunity Employer

## Industrial Occupational Safety Council Celebrates Grand Opening With Ribbon Cutting




On March 24, Industrial Occupational Safety Council (IOSC) celebrated their first official day open with a ribbon cutting ceremony. IOSC is located at 9305 Main Street, Suite E in Zachary (next to Signature Southern Accents). IOSC has been operating for almost a year, but have now opened a full-time office to serve the community. "We reached out to the city and businesses in Zachary and saw a need for Occupational Medical Services in the area," said Quincy Vinson. "We are so happy to be here and become a part of the community." IOSC offers many services including Safety Consulting, Employee Safety Training, OSHA Compliance, Drug Testing, Audiograms, and Sport Physicals. IOSC also provides fast, economical care for adults and children for acute illnesses and injuries that are non-life threatening. Walk-ins are welcome for minor injury and illness care. "Safety Training is a huge part of our niche," says Chanda Chaney. "We have safety training rooms here, but we have found that many employers like on-site training, which reduces lost of production time and is more cost-effective." Training classes include Asbestos Training, Accident Investigation, Respiratory Protection, and many more. All classes can be customized specifically to client specifications and needs. For more information, call (225) 570-9474, email mhvinson@live.com, or visit IndustrialIosc.com. Pictured above right: IOSC Staff Members: Michael Vinson, Quincy Vinson, Chanda Chaney, and Sunny Thibodeaux (not pictured, Ray Vinson, CEO).





**Providers as trusted** as the name that stands behind them.





**JOHNSTON & HAYDEN, LLC**
**CERTIFIED PUBLIC ACCOUNTANTS**
Accounting and Tax Preparation Services
1215 Independence Blvd., Building 3, Suite B
Zachary, Louisiana 70791
Telephone: (225) 654-4414
Fax: (225) 654-4457







**10** Zachary POST  Tuesday, April 1, 2014

### Joie Petite Design to Host Life, Art, Wine for ACS

Joie Petite Designs asks you to save the date for "Life, Art, Wine" benefiting the American Cancer Society.

On Thursday, April 10th from 7:00-9:00 pm Joie Petite Designs, Art Gallery and Studio will host an Art Show and Wine Tasting kicking off the Zachary Relay For Life benefiting the American Cancer Society. On tap for the evening is live music, a silent art auction, live painting demonstrations by Lisa Pope and Jenny Mills and a wine-tasting brought to you by LeBlanc's Food Stores. Representatives from ACS will be present selling T-shirts as well as luminaries honoring friends and loved ones affected by cancer. A percentage of all artwork sold the night of the event will be donated to the ACS Baker/Zachary Relay for Life in addition to a portion of the proceeds from the silent auction. This event is FREE and open to the public. Joie Petite Designs is located at 4257 Church Street, Suite 104, in Zachary, directly across from Charlet Funeral Home.

For more information call (225)281-7197 or email joypetty@joiepetitedesigns.com or rtruaxbr@aol.com



### Zachary Agriscience Department / FFA Holds Plant Sale

The Zachary High Agriscience Department and FFA will hold its annual Spring Plant Sale in the school's production greenhouse. The sale will run from Tues, April 1-4, from 7:30 am – 4:30 pm and Sat., Apr. 5, from 10-2. The greenhouses are located on Ada St., at the back of the campus, near the stadium. Follow the signs. The advanced Agriscience students have grown a variety of vegetable and flowering bedding plants, herbs, and hanging baskets to sell. This spring project serves as a fundraiser as well as providing an opportunity for the students to gain real-world skills. Proceeds from the sale fund other ZHS Agriscience and FFA sponsored activities. For more information, contact Kathy Conerly, Agriscience Teacher, at 658-7326, or zhsffa@gmail.com

### Lane Foundation Fundraiser - Fish Fry Friday!

The LaneRMC Foundation will host "Fish Fry Friday" on Friday, April 11th, from 11 a.m. – 1 p.m., in City Hall Parking Lot.

Meals are $10 each and will be personally prepared by David Arnheim and staff.

Meals include fresh Louisiana catfish, French fries, hush puppies and cole slaw.

Reserve your meal today! Quantity is limited. Pre-Orders are recommended.

Email tpayment@lanermc.org or call 658-6699 to pre-order.

The event is sponsored by Breazeale, Sachse, Wilson, LLP. All proceeds will benefit the many projects of LaneRMC Foundation.

### Heritage Ranch Cook-Off for Kids Invites BBQ Teams April 5

Heritage Ranch Cook-Off for the Kids is Saturday, April 5 from 2-6 p.m., 20090 Tucker Road, Zachary. The BBQ Cook-Off is to support Heritage Ranch Christian Children's Home. It features a live concert by Chris LeBlanc Band. Bring your lawn chairs and blankets. Food trucks. Raffle prizes. Beer by Abita Brewing Company. Trail rides in a horse drawn carriage. Kids activities. And much more. Event tickets are $35 each or 6 tickets for $175 (save $35). Ages 12 and under are free.

Enter a BBQ team at www.hrbr.org. Phone: 225-658-1800

### Zachary Youth Softball Now Registering

Zachary Youth Park and the City of Zachary would like to announce that online registration (zysoftball.org) is now open for youth softball (girls ages 7 to 16). The fee is $70.00 and registration must be completed by April 13th in order to participate. Tryouts will be April 15th and 16th at Zachary Youth Park. Games will begin May 27th and will end by July 3rd. Coaches are needed for all age groups and a background check is required. Registration forms are available at Zachary Youth Park, 1650 Mt. Pleasant Road, from 7:00 to 4:30 Monday thru Thursday.







Tuesday, April 1, 2014 Zachary POST 11

# BUSINESS DIRECTORY | CLASSIFIEDS

## ANTIQUES


4 Sisters & etc.
Presenting Antiques & etc.
(225) 570-2339
21126 Plank Rd. • Zachary
sisters4zachary@gmail.com

## ARTS, DANCE & MUSIC
ENJOY A FREE ART LESSON!
Art Lessons Made Easy with Betty Miller
225-654-9900
225-301-2908

HAPPY BIRTHDAY TO US!
Come in and celebrate by receiving 20-40% OFF on artwork throughout the gallery in the month of April
jolie petite designs
(225) 281-7197

THE MUSIC TREE
Teachers of the Musical Arts
654-1271
NOW ENROLLING FOR THE SPRING SEMESTER
www.musictreeprep.com

## CONSTRUCTION

C & A Construction, LLC
Trackhoe, Bull Dozer, Dump Truck
Dirt, Limestone, Gravel
Chris Hall

## CUSTOM DRAPES
"We come to you, FREE estimates"
Fabrics, Slip Covers, Custom Drapery, Roman Shades, Shutters & Upholstery
225-936-8649
Credit cards accepted

## DOG CARE

Y-FARMS Kennels
All Breeds Dog Boarding
Obedience & Retriever Training
www.my-farms.com • 225-445-5012

## DRY CLEANERS
Newman's Cleaners and Tuxedo Rentals
10% Off All Military Prior & Current
225-286-5152 • 225-719-3334
Monday - Friday 7 am to 6 pm
Saturday 8 am til 2 pm
5145 Main St. Ste. K (Next to Chubby's Grill) - Zachary

## FURNITURE
Junior's Furniture Service, LLC
Upholstery, Custom Built Ottomans and Headboards
225-654-3949

## HOME & LAWN
Randy Falcon
House Painting & Home Maintenance
454-2961

Gros Brothers LLC
Lawn Care
Licensed & Insured
Shawn (225) 936-3766
Buddy (225) 405-4845

Integrity Plumbing
(225) 241-0803
Toby Beatty, Owner
Lmp 2130
Tub Change-outs
Tubs/Showers/Walk-in tubs
Water Heaters
Plumbing Repairs

Lloyd's Home Maintenance & Repair
No Job too Small!
Call 225-936-7652

SUPERCUTS Lawn Service
Mowing • Trimming • Edging & More
For Reliable Customer Service call Matt
(225) 235-4260

## INSURANCE

CASTELLO AGENCY INC.
4257 Church St. Suite 107
ZACHARY, LA 70791
James E. Castello CIC
225-654-7313


FARM BUREAU INSURANCE
225-658-0290

## NON PROFIT

United African American Venture Capital Fund, Inc.
Jerrell Johnson, President
8762 Quarters Lake Rd., Ste 7 • Baton Rouge, LA 70809
p. 225-892-9621

## REAL ESTATE

Scott Delhom
Wayne Clark Realty


LIKE the Post on Facebook
for timely news & extra content!
facebook.com/ZacharyPostNews

# OWENS FAMILY DENTISTRY

"Now I can pick up an apple and take a big bite. I love it."

Talk to Owens Family Dentistry about this revolutionary way to secure your current dentures with no messy adhesives whatsoever.

- Uses your current dentures.
- No messy pastes or adhesives.
- No more fear of denture embarrassment.
- Talk, laugh, sing and eat with confidence again.

Call today to learn about the benefits and risks and find out if this is right for you.
225-658-0089
owensfamilydentistry.com

3M Denture Attachment System

—Ed J., Satisfied 3M Denture Attachment System Customer

Dentures snap out, they snap in, they stay put.

3M and ESPE are registered trademarks of 3M or 3M Deutschland GmbH. Used under license in Canada. © 3M 2012. All rights reserved.
id_342524

## Classifieds Classifieds

My Biggest Sale Ever. 5750 Senat Lane in Clinton. Saturday, April 5th, 8am-4pm.

Zachary Area Help Wanted. Full Time experienced Clerical Position. heavy typing. 10-key, quickbooks invoicing, A/P, A/R, Payroll, and Microsoft Office; Answer Phones & all general office duties. Must be mature, reliable, organized & able to multi-task. Non-smoking environment. Will Drug & background check. Fax resume & salary requirements to 225-658-2243.

NOW HIRING @ AMERICANA YMCA! CERTIFIED LIFEGUARDS & SWIM INSTRUCTORS. Minimum Age 16+. Flex schedules. We can train you! Great opportunity! Americana YMCA 4200 Liberty Way Zachary, LA. (225) 654-YMCA. Ask for Jonathan Lee. AQUATICS SUPERVISORS needed for other Y locations across Baton Rouge area. Apply today! www.ymcabr.org

Room for Rent. Corner of Church St and Lee St in Zachary. Paid utilities, Furnished. No Smoking. Background Check Required. Text or call (225) 301-2908 or call (225) 654-9900.

Drivers: Averitt Express is hiring Dedicated CDL-A Drivers. Benefits & Weekly Hometime. 855-430-8869 Apply online: AverittCareers.com Equal Opportunity Employer- Females, minorities, protected veterans, and individuals with disabilities are encouraged to apply.

Drivers: Chemical & LP Regional/OTR Out & Back Openings! Great Pay, Bonuses & Benefits incl. 100% PAID Health Ins! CDL-A, 1yr OTR T/T Exp., TWIC & X End. Req. MARTIN TRANSPORT: 1-225-355-1342

Garage Sale to support mission work. April 4th and 5th at 7828 Hwy 10 Ethel, La.

Specialty Maintenance Contractors LLC. Additions, Construction, Remodeling & Repairs. Whatever your needs may be, we do it. 225-572-3673.

Call in or send us your Classified Ad
Only $10 Up to 20 words
Phone 225-654-0122 or email advertising@zacharypost.com

## Local Zachary Student Raising Money for Mission Trip

Margot Moore, a local Zachary student, will be participating in the World Race Mission Trip this summer. However, in order for her to accomplish this task she must raise considerable money to cover the cost of travel. On Saturday, April 5 beginning at 11:00 a.m. in the St. Patrick's Episcopal Church Parking Lot on Church Street Margot will be selling jambalaya dinners for $7 per plate.

The World Race is a stretching journey into 11 countries in 11 months to serve "the least of these" while amongst real and raw community. This unique mission trip is a challenging adventure for young adults to abandon worldly possessions and a traditional lifestyle in exchange for an understanding that it's not about you; it's about the Kingdom. The first World Race squads launched from Mexico in January 2006. Literally knocking on doors and sleeping on streets, it was a raw adventure of faith. While in Swaziland in 2007, the Lord told Seth Barnes to structure the World Race for a movement and to give it away to our generation. The World Race continues to change. It is expanding overseas and in the States, yet its foundations stay the same. It is a journey to 11 countries in 11 months to serve "the least of these" while amongst real and raw community. It facilitates discipleship through the process of discovering into the abundant life He promised. It births partnerships with ministries around the world.

## Arts Council Hosts Bergsma Trio April 7 at ZHS Arts Theatre

RACZ, the Regional Arts Council of Zachary, proudly presents The Bergsma Trio, who will perform in concert on Monday, April 7 at 7 p.m. at the Zachary High School Visual and Performing Arts Theatre. The group is comprised of French hornist Dr. Heidi Lucas, violinist Dr. Stephen Redfield and pianist Dr. David Evenson. Each is an accomplished and respected artist in their respective field.

Dr. Heidi Lucas is Associate Professor of Horn at the University of Southern Mississippi. She holds degrees from the Crane School of Music-SUNY Potsdam (B.M.), the Eastman School of Music (M.M.) and the University of Georgia (D.M.A). She is currently principal horn of the Pensacola Symphony, Gulf Coast Symphony, Meridian Symphony, Pensacola Opera Orchestra, and Mobile Opera Orchestra, as well as 3rd horn of the Mobile Symphony.

Dr. Stephen Redfield is Associate Professor of Violin at the University of Southern Mississippi. He holds a Doctorate degree in Music from the University of Texas Austin. He serves as concertmaster of the Santa Fe Pro Musica and the Arizona Bach Festival. He is a long-standing participant in the Oregon Bach Festival, often featured as concertmaster and in chamber music, and where he has participated in numerous recordings, including the Grammy Award-winning disc Credo.

Dr. David Evenson is Professor Emeritus of Music and Department Head Emeritus of Southeastern's Department of Music and Dramatic Arts. Evenson holds the bachelor's and master's degrees from Indiana University and his doctoral degree from the University of Arizona. As a soloist, Evenson has been heard with the Louisiana Philharmonic Chamber Orchestra, the Louisiana Sinfonietta, the Mississippi Symphony Chamber Orchestra, the Wellesley Symphony in Boston, and the Baton Rouge Symphony Orchestra.

The Bergsma Trio was founded in Spring 2013 and recorded The Voice of the Coelancanth: Rhapsodic Variations for violin, horn, and piano as part of the album, The Voice of the Coelacanth: Music of William Bergsma. The recording is to be released on the Centaur label in summer of 2014. The Bergsma Trio is currently touring Alabama, Florida, Mississippi, Louisiana and Texas.

RACZ is devoted to bringing fine arts to our community. Tickets for this performance are $10 for adults, $5 for students with student ID, and may be purchased at the RACZ website, http://www.raczonline.org/, at the door, and from any RACZ member. For more information, email to: info@zacharyarts.org.



**OPEN HOUSE • APRIL 4 & 5**
Monday - Friday: 8 am - 5 pm
Saturday: 8 am-Till
FREE REFRESHMENTS
Special Pricing 2 Days Only!
MODELS AS LOW AS $219.99
RedMax — 2 Year Warranty
**REDMAX TRIMMERS** Commercial Cutter & Homeowner
**RTR Power Equipment**
(225) 683-9335
8170 Hwy 63 • Clinton, LA



Bellelo's Furniture & Appliances, LLC — Celebrating 57 Years
24 MONTHS NO INTEREST or 15% CASH DISCOUNT
Lazyboy Recliners Your Choice $399 — 3 Great Styles!
Recliner Sofa Bonded Leather SALE $699
Sofa & Loveseat SALE $699
Sofa only $499
Recliner Loveseat SALE $699
5pc Dining Sets
Queen Bed SALE $549
All NEW at Bellelo's — Sideboard SALE $549, Tall Curio SALE $699, Media Credenza SALE $799
Mattress Sale! Limited Offer $269 Queen Set
FRIGIDAIRE Appliance Specials — 26 cu ft Refrigerator, Frost Free Freezer $449, $549, $999, $649
Laundry Sale MAYTAG $499 each
Serta iComfort Queen Set $1299 Cool Action Gel Memory Foam — Save up to 50%
TEMPUR-PEDIC
Ashley, Bernhardt, Broyhill, England, Flexsteel, Lazboy, Mayo, Liberty, Craftmaster, Natuzzi, Legacy, Leo, Lane, Pulaski, Sealy, Serta, Simmons, Tempurpedic, Universal and more!
Bellelo's FURNITURE & APPLIANCES, LLC — Since 1957
www.belleloonline.com
372 Hospital Rd., New Roads — 225-638-4526
3425 Hwy 1 S., Port Allen — 225-749-0076



Cecil Graves St. Francisville
GREAT SELECTION OF CHEVROLETS & GMCs
AN AMERICAN REVOLUTION — FIND NEW ROADS — GMC PROFESSIONAL GRADE
A Family Owned Dealership, That Treats You Like Family!
800-547-7072 • 7259 Hwy 61 N • St. Francisville
www.cecilgraves.com



HELLOOO, 2014.
5810 Main St. • Zachary — 658-5002
10218 Sullivan Rd. • Central (In front of Walmart next to Olinde's) — 261-3131
WOMEN'S DESIGNER CUT WITH CONDITIONING TREATMENT $20.14
KID'S DESIGNER CUT $9.95
ADULT DESIGNER CUT $3 off
COLOR & CUT $49.95
FS shampoo therapy FREE WITH EVERY HAIRCUT
NO APPOINTMENT NECESSARY
Fantastic Sams HAIR SALONS