# EXHIBIT 14

```
               UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF LOUISIANA




 IN RE:  TAXOTERE                   No. 2:17-cv-09417
 (DOCETAXEL) PRODUCTS
 LIABILITY LITIGATION               MDL No. 2740

                                    Section:  N(5)
 This document relates to:
 Dora Sanford vs. Hospira           Judge Milazzo
 Inc., et al.                       Mag.  Judge North


 * * * * * * * * * * * * * * * * * * * * * * * * *



              THE VIDEOTAPED DEPOSITION OF

CECILIA CUNTZ, M.D., taken in connection with the

captioned cause, pursuant to the following stipulations

before RITA A. DEROUEN, Certified Court Reporter, at

Woman's Breast Specialists, 500 Rue de la Vie, Suite

305, Baton Rouge, Louisiana 70817 on the 23rd of

August, 2019, beginning at 9:00 a.m.
```

```
 1   was not an appropriate chemotherapy regimen for
 2   Ms. Sanford?
 3        A.   No.
 4        Q.   Did you tell Dr. Patton that his chemotherapy
 5   regimen was not an appropriate treatment for
 6   Ms. Sanford's breast cancer?
 7        A.   No.
 8        Q.   Did you agree with Dr. Patton under "Impression
 9   and Plan" that Ms. Sanford was suffering from aggressive
10   breast cancer?
11        A.   Yes.
12                  (Exhibit 8 was marked.)
13   BY MS. WADHWANI:
14        Q.   What is the exhibit we have marked as
15   Exhibit 8, Dr. Cuntz?
16        A.   A -- one of my notes from February 2018.
17        Q.   Do you know if this is the last time that you
18   saw Ms. Sanford?
19        A.   Yes, it is.
20        Q.   At this visit, had Ms. Sanford experienced a
21   recurrence of her breast cancer?
22        A.   No.
23        Q.   At any point between the time you performed her
24   double mastectomy in June 2013 and her visit with you
25   here in February of 2018, had Ms. Sanford experienced
```

1   recurrence of her breast cancer?
2        A.   No.
3        Q.   Was she cancer-free at this time?
4        A.   Yes.
5        Q.   Did you consider the treatment of her cancer to
6   have been successful?
7        A.   Yes.
8        Q.   Did Ms. Sanford ever complain about hair loss
9   to you while she was your patient?
10       A.   Not that I remember.
11       Q.   Did she seek treatment from you for hair loss?
12       A.   No.
13       Q.   If she had complained about hair loss to you,
14  would you have noted that in your records?
15       A.   Yes.
16       Q.   Did Ms. Sanford ask any questions or raise any
17  concerns with you about the possibility of experiencing
18  permanent alopecia in 2014?
19       A.   She did not express a problem -- she did not
20  express anything to me, no.
21       Q.   Did Ms. Sanford ask any questions or raise any
22  concerns with you about the possibility of experiencing
23  permanent alopecia in 2015?
24       A.   I don't remember, no.  No.
25       Q.   How about in 2016?

```
1      A.   Same.
2      Q.   She did not raise any concerns with you about
3   permanent alopecia?
4      A.   I don't remember her raising -- I'm sorry.  I
5   don't remember her raising concerns.
6      Q.   How about in 2017?
7      A.   I don't remember.  I'm sorry.
8      Q.   And in 2018, did Ms. Sanford ask questions
9   about the possibility of experiencing permanent
10  alopecia?
11     A.   I don't know.
12     Q.   If at any time between 2013 and 2018
13  Ms. Sanford would have raised concerns with you about
14  the possibility of experiencing permanent alopecia,
15  would you have noted that in your records?
16     A.   Yes.  Probably, yes.
17     Q.   I take it, then, that you have not prescribed
18  any medications for Ms. Sanford to treat hair loss?
19     A.   No.
20     Q.   I also take it that you haven't recommended any
21  over-the-counter treatments, medications, shampoos for
22  hair loss?
23     A.   No.
24     Q.   I just want to talk a little bit now about your
25  medical training.  Where did you go to medical school?
```

```
 1            R E P O R T E R ' S   C E R T I F I C A T E
 2
 3                 I, Rita A. DeRouen, Certified Court
 4    Reporter, Certificate #2014018, in and for the State of
 5    Louisiana, as the officer before whom this testimony was
 6    taken, do hereby certify that CECILIA CUNTZ, M.D., after
 7    having been duly sworn by me upon authority of
 8    R.S. 37:2554, did testify as set forth in the foregoing
 9    59 pages on August 23, 2019; that this testimony was
10    reported by me in stenographic machine shorthand, was
11    prepared and transcribed by ComputerAided Transcription
12    by me or under my personal direction and supervision,
13    and is a true and correct transcript to the best of my
14    ability and understanding; that the transcript has been
15    prepared in compliance with transcript format guidelines
16    required by statute or by the rules of the board; that I
17    have acted in compliance with the prohibition on
18    contractual relationships, as defined by Louisiana Code
19    of Civil Procedure Article 1434 and in the rules and
20    advisory opinions of the board; that I am not related to
21    counsel or the parties herein, nor am I otherwise
22    interested in the outcome of this matter.
23
24                 This certification is valid only for a
25    transcript accompanied by my original signature and
```

```
 1    original required seal on this page.
 2                 Signed:   September 5, 2019
 3
 4
 5
 6
 7                 _____
 8                 Rita DeRouen, CCR, RPR
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  WITNESS CERTIFICATION
 2        I, CECILIA CUNTZ, M.D., the undersigned, do
 3   hereby certify that I have read the foregoing deposition
 4   taken on DATE, and it contains a true and accurate
 5   transcript of the testimony given by me:
 6            (   )  Witness corrections
 7            (   )  With corrections as reflected on the
 8   Errata Sheet(s) prepared by me and attached hereto
 9   consisting of _____ pages.
10
11                              _____
12                                    CECILIA CUNTZ, M.D.
13                              _____
14                                          DATE
15
16
17
18
19
20
21
22
23
24
25
```