# EXHIBIT 15

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION         MDL NO. 2740

This Document Relates To:             SECTION "N"(5)

Dora Sanford vs. Hospira Inc.,        JUDGE MILAZZO
Et al
No. 2:17-cv-09417                     MAG JUDGE NORTH

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *



        VIDEO DEPOSITION OF LACI THEUNISSEN, M.D.,

        taken on Wednesday, February 19, 2020, at

        Dermatology of Bocage, 7855 Jefferson Highway,

        Baton Rouge, Louisiana




        REPORTED BY:  TAMRA K. KENT  C.C.R.
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
           Court Reporters of Louisiana, LLC
            9522 Brookline Avenue, Suite 217
            Baton Rouge, Louisiana 70809
           (225)201-9650 Office * (225)201-9651 Fax
```

1      A.  Well, on the picture that --
2      Q.  I'm sorry; bad question.  I'm asking you
3  about the notes in the physical examination.
4      A.  She was normal.
5      Q.  And?
6      A.  Alert.  No distress.
7      Q.  So you noted that she was in no apparent
8  distress; is that right?
9      A.  Yes.
10     Q.  You did an examination of her, of her upper
11 body; is that right?  According to the chart.
12     A.  Well, that's just the heading.  But then
13 when you look on the chart, we looked at her head,
14 neck, and arms.
15     Q.  So you looked at, you examined her head?
16 Correct?
17     A.  Correct.
18     Q.  Her face?
19     A.  Correct.
20     Q.  Her scalp?
21     A.  Correct.
22     Q.  And her arms; is that right?
23     A.  Correct.
24     Q.  And when you turn to your Assessment and
25 Plan, what was your diagnosis for Miss Sanford on

```
 1   that day?
 2        A.   Tinea faciale.
 3        Q.   Can you explain what that is, please?
 4        A.   A fungal infection on the face.
 5        Q.   Other than your treatment of her for tinea
 6   faciale --
 7        A.   Yes.
 8        Q.   -- did you treat Miss Sanford for any other
 9   conditions on this visit?
10        A.   No.
11        Q.   Do you recall having discussions with
12   Miss Sanford about any other health conditions on
13   this visit?
14        A.   I'm going to speak, because I'm not exactly
15   sure.  I know that sometimes, you know, she was
16   wearing a wig at that time.  You can't see the
17   picture.  She was wearing a wig.
18             And I recall at some point -- although, I
19   did not put it in the medical documents -- that she
20   did say something about removing her wig and having
21   hair loss.
22             And we probably had some conversation
23   about, Man, I'm sorry that you had hair loss.  But
24   we focused on just the problem that she was here
25   for, which was the rash on her face.  And then
```

```
 1   further on in the office visits, the rash on her
 2   scalp.
 3        Q.  So she didn't come -- you didn't treat her
 4   for her hair loss?
 5        A.  I did not.  I did not.  But I did have
 6   probably a conversation mainly, you know, about she
 7   being bummed out about her hair loss.
 8            And I probably said, Yeah, well, you have
 9   your life, you know.  And then we moved on.  So I
10   do remember having that conversation.
11            Although not -- I would not document that
12   because that does not have anything to do with why
13   I was treating her.
14        Q.  And other than what you have just
15   described, is that all you remember about your
16   discussions with her --
17        A.  Uh-huh.
18        Q.  -- regarding her hair loss?
19        A.  Uh-huh.  Yes.
20        Q.  Yes.
21        A.  Can I talk?
22        Q.  Yes.
23        A.  I mean, we see a lot of women with hair
24   loss, and a lot of women might be post-chemo.  It
25   may be hormonal.  Because sometimes it's a real
```

```
 1              C E R T I F I C A T E
 2
 3         This certification is valid only for a
 4   transcript accompanied by my original signature and
 5   original required seal on this page.
 6
 7         I, Tamra K. Kent, Certified Court Reporter
 8   in and for the State of Louisiana, as the officer
 9   before whom this testimony was taken, do hereby
10   certify that LACI THEUNISSEN, M.D., to whom the
11   oath was administered, after having been first duly
12   sworn by me upon authority of RS 37:2554, did
13   testify as hereinbefore set forth in the foregoing
14   43 pages;
15         That this testimony was reported by me in
16   stenographic machine shorthand, was prepared and
17   transcribed by me or under my personal direction
18   and supervision, and is a true and correct
19   transcript to the best of my ability and
20   understanding;
21         That the transcript has been prepared in
22   compliance with transcript format guidelines
23   required by statute or by rules of the board, and
24   that I am informed about the complete arrangements,
25   financial or otherwise, with the person or entity
```

1  making arrangements for deposition services; that I
2  have acted in compliance with the prohibition on
3  contractual relationships, as defined by Louisiana
4  Code of Civil Procedure Article 1434 and in rules
5  and advisory opinions of the board; that I have no
6  actual knowledge of any prohibited employment or
7  contractual relationship, direct or indirect,
8  between a court reporting firm and any party
9  litigant in this matter, nor is there any such
10 relationship between myself and a party litigant;
11
12         That I am not related to counsel or to the
13 parties herein, nor am I otherwise interested in
14 the outcome of this matter.
15
16
17
18 Tamra K. Kent   83070
   Certified Reporter in and for
19 the State of Louisiana
20
21
22
23
24
25