# EXHIBIT 16

09/23/2016 FRI 12:49  FAX 8134435734                                                         ☑003/004



# McGARTLAND
## LAW FIRM, PLLC

1300 S. University Dr., Ste. 500
Fort Worth, TX 76107

*Office* (817) 332-9300
*Toll Free* 1-866-832-9300
*Fax* (817) 332-9301
firm@mcgartland.com

August 25, 2016

Mary Bird Perkins Center
4950 Essen Lane
Baton Rouge, LA 70809

RE:   Our Client:    Sanford, Dora
      DOB:           ▇▇▇/1957

Dear Records Custodian:

Please allow this correspondence to confirm that the office of McGartland Law Firm, PLLC utilizes the services of Choice Legal to process authorizations on our behalf to obtain records indicated on the attached authorization.

Kindly honor the authorization releasing information to Choice Legal as if it were our office requesting the records.

**PLEASE SEND ALL REQUESTS FOR PAYMENTS AND THE RECORDS TO:**

Choice Legal, Inc.
PO Box 1215
Tampa, Florida 33601
Tel (888) 776-2377/Fax (813) 324-5191

If you have any questions regarding this matter, please feel free to contact our office. Thank you for your courtesy and cooperation.

Very truly yours,

Enclosures

Choice #: ▇▇▇▇

09/23/2016 FRI 12:49  FAX 8134435734                                              ☒004/004

# Medical Authorization
## In Accordance with 45 CFR Section 164.508(c) – HIPAA

Upon presentation of this authorization, or a photocopiable copy thereof, you are requested to provide the records outlined below to McGartland Law Firm or its Chosen Entity, Inc. 9201 King Palm Drive, Tampa Fl. 33619 (phone (888) 476-3177 - (fax 813-273-0314) who is acting as an agent of my attorney. McGartland Law Firm, 1300 South University, Suite 500, Fort Worth, Texas 76107 (phone 817-332-9300 - Fax 817-332-9301) and/or to have verbal communication with my attorney, McGartland Law Firm, 1300 South University, Suite 500, Fort Worth, Texas 76107.

**Patient Information:**

Name: Dora A Sanford                    Social Security No. [redacted]

Date of Birth [redacted] /1957          Account No. _____

Healthcare Provider: Mary Bird Perkin Center _____

**Dates of Service (Check One and Complete Date of Service if Required)**
☐ Please provide a complete copy of my file for all dates of service
☒ Please provide a complete copy of my file for service from ___see below___ through ___see below___

**Records to be Released (45 CFR § 164.508(c)(1)(i)):**
For 1/1/2012-Present: MARS, TARS, Consultations, Inpatient/Outpatient chemotherapy orders, pharmacy records, medication reconciliation records, chemotherapy administration records, billing records related to chemotherapy, SCIP Reporting Records or itemized billing records containing NDC Code**, Cancer Survivorship Plan, and records showing breast cancer diagnosis type and stage. PLEASE EXCLUDE MASTECTOMY RECORDS. PLEASE EXCLUDE ANY DIAGNOSTIC FILMS.

The purpose of this request is for legal review or personal use (45 CFR § 164.508(c)(1)(iv)).

☒ I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance upon this authorization (45 CFR § 164.508(c)(1)(ii)).

☒ I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes (45 CFR § 164.508(b)(4)(iii)).

☒ I understand that my records are confidential and cannot be disclosed without my written authorization except when otherwise permitted by law. Information that is disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected. I understand that the specified information to be released may include, but is not limited to: history, diagnosis, and/or treatment of drug or alcohol abuse, mental illness, or communicable disease, including Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS) (45 CFR § 164.508(c)(2)(i)(B)).

**Electronic Medical Digital:**
☒ I understand that all documents may be provided by digital or electronic medium if possible.

This authorization will expire One Hundred Eighty (180) days from the date of my signature unless I revoke the authorization prior to that time.

Patient has the right to receive a copy of this form.

Date: 8/8/2016              Signature: _Dora A Sanford_
                                       Signature of Patient or Legally Authorized Representative

                                       _Dora A Sanford_
                                       Printed Name of Patient or Legally Authorized Representative

09/23/2016 FRI 12:48  FAX 8134435734                                    ☒001/004

# CHOICE LEGAL

9204 King Palm Drive
Tampa, FL 33619
TEL: (888) 776-2377
FAX: (813) 324-5818

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Records Custodian | Sally Connor, Ext. 292 |
| | sally.connor@choicelegal.com |
| COMPANY: | DATE: |
| Mary Bird Perkin Center | 09/23/2016 |
| PHONE NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 225-215-1109 | |
| FAX NUMBER: | SENDER'S REFERENCE NUMBER: |
| 225-215-1669 | ▇▇▇▇▇ |

RE:

Dora Sanford                                    ****URGENT****

Please see attached Authorization request for Dora Sanford.

Should there be any questions or concerns, please do not hesitate contacting me. My direct phone number is: (813) 682-0954 and my email address is listed above.

Thank you kindly,

Sally Connor
Choice Legal, Inc.
9204 King Palm Drive
Tampa, FL 33619
Phone: (888) 776-2377, Ext. 292
Fax: 813-324-5818

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.



# McGARTLAND
LAW FIRM, PLLC

1300 S. University Dr., Ste. 500
Fort Worth, TX 76107

Office (817) 332-9300
Toll Free 1-866-832-9300
Fax (817) 332-9301
firm@mcgartland.com

November 21, 2018

Dr. Newsome
8888 Summa Avenue
Baton Rouge, LA 70809

    RE:    Our Client:    Sanford, Dora
             DOB:            1957

Dear Records Custodian:

Please allow this correspondence to confirm that the office of McGartland Law Firm, PLLC utilizes the services of Choice Legal to process authorizations on our behalf to obtain records indicated on the attached authorization.

Kindly honor the authorization releasing information to Choice Legal as if it were our office requesting the records.

**PLEASE SEND ALL REQUESTS FOR PAYMENTS AND THE RECORDS TO:**

Choice Legal, Inc.
PO Box 1215
Tampa, Florida 33601
Tel (888) 776-2377/Fax (813) 452-6642
Email: Records@ChoiceLegal.com

If you have any questions regarding this matter, please feel free to contact our office. Thank you for your courtesy and cooperation.

Very truly yours,

Enclosures

Choice #:

## Medical Authorization
### In Accordance with 45 CFR Section 164.508(c) - HIPAA

Upon presentation of this authorization, or a photo static copy thereof, you are requested to provide the records outlined below to McGartland Law Firm or to Choice Legal, Inc. 2204 King Palm Drive, Tampa FL 33615 (phone (888) 776-2377- (fax 813-273-0341) who is acting as an agent of my attorney, McGartland Law Firm, 1300 South University, Suite 500, Fort Worth, Texas 76107 (phone 817-332-9300 - Fax 817-332-9301) and/or to have verbal communication with my attorney, McGartland Law Firm, 1300 South University, Suite 500, Fort Worth, Texas 76107.

**Patient Information**

Name: Dora L. Sanford   Social Security No.: [redacted]

Date of Birth: [redacted] 1957   Account No.: _____

Healthcare Provider: Dr. Newsome

**Dates of Service** (Check One and Complete Dates of Service if Required)
- ☐ Please provide a complete copy of my file for all dates of service
- ☒ Please provide a complete copy of my file for service from _see below_ through _see below_

Records to be Released (45 CFR § 164.508(c)(1)(i)).

All medical records 1/1/2001-Present

The purpose of this request is for legal review or personal use (45 CFR § 164.508(c)(1)(iv)).

☒ I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance upon this authorization (45 CFR § 164.508(c)(2)(i)).

☒ I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes (45 CFR § 164.508(c)(2)(ii)).

☒ I understand that my records are confidential and cannot be disclosed without my written authorization except when otherwise permitted by law. Information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected. I understand that the specified information to be released may include, but is not limited to: history, diagnosis, and/or treatment of drug or alcohol abuse, mental illness, or communicable disease, including Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS) (45 CFR § 164.508(c)(3)(ii)).

**Electronic Medium Digital**
☒ I understand that all documents may be provided by digital or electronic medium if possible.

This authorization will expire One Hundred Eighty (180) days from the date of my signature unless I revoke the authorization prior to that time.

Patient has the right to receive a copy of this form.

Date: 11/21/18   Signature: _Dora J. Sanford_
Patient or Legally Authorized Representative

_Dora J. Sanford_
Printed Name of Patient or Legally Authorized Representative

The patient reiterates that this authorization includes specific records that he/she needs. Please do not send any and all records. The patient and his/her agent, Choice Legal, will not pay for any records other than those specified on attached authorization.



1300 S. University Dr., Ste. 500
Fort Worth, TX 76107

Office (817) 332-9300
Toll Free 1-866-832-9300
Fax (817) 332-9301
firm@mcgartland.com

November 21, 2018

Dr. Ghana King
2079 Daniel Stuart Square, Suite B
Woodbridge, VA 22191

    RE:    Our Client:    Sanford, Dora
           DOB:              /1957

Dear Records Custodian:

Please allow this correspondence to confirm that the office of **McGartland Law Firm, PLLC** utilizes the services of **Choice Legal** to process authorizations on our behalf to obtain records indicated on the attached authorization.

Kindly honor the authorization releasing information to Choice Legal as if it were our office requesting the records.

**PLEASE SEND ALL REQUESTS FOR PAYMENTS AND THE RECORDS TO:**

Choice Legal, Inc.
PO Box 1215
Tampa, Florida 33601
Tel (888) 776-2377/Fax (813) 452-6642
Email: Records@ChoiceLegal.com

If you have any questions regarding this matter, please feel free to contact our office. Thank you for your courtesy and cooperation.

Very truly yours,

Enclosures

**Choice #:**

## Medical Authorization
### In Accordance with 45 CFR Section 164.508(c) - HIPAA

Upon presentation of this authorization, or a photo static copy thereof, you are requested to provide the records outlined below to McGartland Law Firm or to Choice Legal, Inc. 5204 King Palm Drive, Tampa, FL 33615 (phone (888) 776-2377, fax 813-273-0344) who is acting as an agent of my attorney, McGartland Law Firm, 1300 South University, Suite 500, Fort Worth, Texas 76107 (phone 817-332-9300 - Fax 817-332-9301) and/or to have verbal communication with my attorney, McGartland Law Firm, 1300 South University, Suite 500, Fort Worth, Texas 76107.

**Patient Information**

Name: Dora J. Sanford         Social Security No: [redacted]

Date of Birth: [redacted] 1957         Account No: _____

Healthcare Provider: Dr. Ghaita King

**Dates of Service** (Check One and Complete Dates of Service if Required)
☐ Please provide a complete copy of my file for all dates of service
☒ Please provide a complete copy of my file for service from see below through see below

**Records to be Released** (45 CFR § 164.508(c)(1)(i)):

All medical records 1/1/2001-Present

The purpose of this request is for legal review or personal use (45 CFR § 164.508(c)(1)(iv)).

☒ I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance upon this authorization (45 CFR § 164.508(c)(2)(i)).

☒ I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes (45 CFR § 164.508(c)(2)(ii)).

☒ I understand that my records are confidential and cannot be disclosed without my written authorization except when otherwise permitted by law. Information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected. I understand that the specified information to be released may include, but is not limited to: history, diagnosis, and/or treatment of drug or alcohol abuse, mental illness, or communicable disease, including Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS) (45 CFR § 164.508(c)(2)(iii)).

**Electronic Medium Digital**
☒ I understand that all documents may be provided by digital or electronic medium if possible.

This authorization will expire One Hundred Eighty (180) days from the date of my signature unless I revoke the authorization prior to that time.

Patient has the right to receive a copy of this form.

Date: 11/21/18         Signature: Dora J. Sanford
                                  Patient or Legally Authorized Representative

                                  Dora J. Sanford
                                  Printed Name of Patient or Legally Authorized Representative

The patient reiterates that this authorization includes specific records that he/she needs. Please do not send any and all records. The patient and his/her agent, Choice Legal, will not pay for any records other than those specified on attached authorization.