UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**MDL NO. 16-2740**

**IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION**

*This document relates to:*
Dora Sanford, Case No. 2:17-cv-09417

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants Hospira, Inc. and Hospira Worldwide LLC

(collectively, "Hospira") will bring for hearing the accompanying Motion for Summary Judgment

based on the Statute of Limitations for the Claims of Plaintiff Dora Sanford on the 6th day of April,

2020, at 9:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court

for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Dated: March 12, 2020                                   Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599
mark.cheffo@dechert.com

Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

2

Phone: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com

John F. Olinde (Bar No. 1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.


/s/ *Mark S. Cheffo*