UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "N"(5) |
| KATHLEEN JACKSON,  Plaintiff(s), | : : | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| vs. | : : | |
| SANDOZ INC.; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC. | : : : | Civil Action No.: 2:19-cv-9924 |
| Defendant(s). | : | |

**PLAINTIFF'S UNOPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), and respectfully moves the Court for leave to amend the short form Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on April 30, 2019 (*Kathleen Jackson v. Sandoz Inc.*, Case No. 2:19-cv-9924). On May 2, 2019, Plaintiff served Defendants pursuant to PTO 30.

Prior to filing her Complaint, Plaintiff had obtained medical records indicating Sandoz Inc. manufactured at least some of the doses of Docetaxel administered to her. She had been unable to obtain records confirming the identity of the manufacture of the remaining doses of Docetaxel administered to her. Accordingly, Plaintiff named only Sandoz as a Defendant in her original Complaint. Since filing her Complaint, Plaintiff has obtained a Statement Regarding Chemotherapy Drug Administered confirming that all doses of Taxotere (Docetaxel) administered to her were manufactured either by Sandoz Inc. or by one of the Hospira entities. Accordingly, Plaintiff now seeks leave to file an Amended Complaint identifying Sandoz, Inc. as an additional

Defendant. A copy of Plaintiff's proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel and there is no opposition to this motion.

Respectfully submitted this __12__ day of March, 2020.

                                                 /s/ Kristie L. Fischer
                                               SCOTT K. CANEPA, ESQ.
                                               Nevada Bar No. 4556
                                               TERRY W. RIEDY, ESQ.
                                               Nevada Bar No. 3895
                                               BRYAN T. ABELE, ESQ.
                                               Nevada Bar No. 7250
                                               KRISTIE L. FISCHER, ESQ.
                                               Nevada Bar No. 11693
                                               CANEPA RIEDY ABELE & FISCHER
                                               851 S. Rampart Boulevard
                                               Suite 160
                                               Las Vegas, Nevada 89145
                                               Tel: (702) 304-2335
                                               Fax: (702) 304-2336
                                               scanepa@canepariedy.com
                                               triedy@canepariedy.com
                                               babele@canepariedy.com
                                               kfischer@canepariedy.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 12, 2020

/s/ Kristie L. Fischer
KRISTIE L. FISCHER, ESQ.