**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO:
June Phillips, Case No. 2:16-cv-15397

<u>**ORDER**</u>

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Warnings Causation (Rec. Doc. 9419) Under Seal;

**IT IS ORDERED** that said Motion (Doc. 9420) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibit A to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Warnings Causation under seal.

New Orleans, Louisiana, this 12th day of March, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE