UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Kahn v. Sanofi-Aventis, et al., Case No. 2:16-cv-17039

# ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations (Rec. Doc. 9418) Under Seal;

**IT IS ORDERED** that said Motion (Doc. 9421) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits A, D-O, Q, and T-U) to the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations under seal.

New Orleans, Louisiana, this 12th day of March, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE