## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO:
**Elizabeth Kahn, Case No. 2:16-cv-17039**

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits A-1 Through A-13 to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Under the Learned Intermediary Doctrine (Rec. Doc. 9422) Under Seal;

**IT IS ORDERED** that said Motion (Doc. 9423) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibits A-1 through A-13 to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment Under the Learned Intermediary Doctrine under seal.

New Orleans, Louisiana, this 12th day of March, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE