MINUTE ENTRY
MILAZZO, J.
MARCH 11, 2020

JS-10: 01:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: **All cases** | | |

## MINUTE ENTRY

COURT REPORTER: KAREN IBOS
LAW CLERK: SAM SCHOTT
CASE MANAGER: ERIN MOULEDOUS
APPEARANCES BY COUNSEL: See attached sign-in sheet

Court begins at 10:00 a.m.
The Court held oral argument on the following motions:

> Motion for Summary Judgment Based on Warnings Causation as to June Phillips **(Doc. 9299)**
> Motion for Summary Judgment Based on Warnings Causation as to Elizabeth Kahn **(Doc. 9300)**
> Motion for Summary Judgment Based on the Statute of Limitations **(Doc. 9295)**
> Motion to Amend Pretrial Order 70B Regarding Ex Parte Contact with MDL Plaintiffs' Prescribing and Treating Physicians **(Doc. 9109)**

Motions argued by counsel and taken under submission by the Court.

Court adjourned at 11:30 a.m.