UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

March 11, 2020

**10:00 am Motion Hearing Sign in Sheet**

| Motion | Plaintiff Counsel Arguing (Please print) | Defense Attorney Arguing (Please print) |
|---|---|---|
| MOTION for Summary Judgment *Based on Warnings Causation* Document: 9299 Philips | RICHARD ROOT | DOUGLAS MOORE |
| MOTION for Summary Judgment *Based on Warnings Causation* Document: 9230 KAHN | DARIN SCHANKER | DOUGLAS MOORE |
| MOTION for Summary Judgment *Based on the Statute of Limitations* Document: 9295 | CHRIS COFFIN | JON STRONGMAN |
| MOTION to Amend Pretrial Order 70B Regarding Ex Parte Contact with MDL Plaintiffs' Prescribing and Treating Physicians Document: 9109 | PALMER LAMBERT | KELLY BRILLEAUX |