**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Bettie Avril Ellis
**Case No.:** 2:19-cv-10602 JTM-MBN

## DECLARATION

I, Amber M. Pang Parra                    (Attorney's Name), have attempted to reach

my client, Bettie A. Ellis on the following dates:

**Calls:** 10/28/2019, 10/31/2019, 11/01/2019, 11/4/2019, 01/02/2020, 01/03/2020, 01/06/2020, 01/23/2020, 03/11/2020; **Emails:** 10/31/2019, 01/06/2020, 01/08/2020, 01/23/2020, 01/30/2020, 03/11/2020; **Text:** 10/17/2019, 11/04/2019; **U.S. Mail:** 10/31/2019; **Certified Mail:** 01/07/2020, 02/20/2020 Received returned mail unclaimed Returned to Sender. **Other:** Called her daughter Joy Ellis-George 01/28/2020; reached out to friend on Facebook 01/17/2020, 01/22/2020, 1/24/2020, 1/27/2020, 01/29//2020, 01/31/2020,02/03/2020, 02/03/2020, 02/04/2020, 02/05/2020

by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, __X__ social media,

__X__ U.S. Mail, __X__ Certified Mail, __X__ other, and my client has not been responsive to my

communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: March 11, 2020.

_____

| | |
|---|---|
| NAME | Amber M. Pang Parra |
| FIRM NAME | Justinian & Associates PLLC. |
| ADDRESS | 7042 Alamo Downs Pkwy Ste 370 San Antonio, TX 78238 |
| PHONE NUMBER | 855-452-5529 |
| EMAIL ADDRESS | ampp@justinian.com |