UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | |
| CHRISTY HARBERT,<br>　　Plaintiff<br><br>Vs.<br><br>SANOFI-AVENTIS U.S. LLC., ET AL.,<br><br>　　Defendant(s) | MDL NO. 2740<br>SECTION "N" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br>Civil Action No.: 2:16-CV-15839 |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff CHRISTY HARBERT, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter. The copy of the Amended Short Form Complaint is attached as Exhibit "A" to this Motion.

Dated: March 11, 2020

Respectfully submitted,

KIRTLAND & PACKARD, LLP

By:   /s/ Ruth Rizkalla
Ruth Rizkalla, Esq.
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001
rr@kirtlandpackard.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendants' Counsel has been contacted, and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this March 9, 2020.

By: /s/ Ruth Rizkalla
Ruth Rizkalla, Esq.
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001
rr@kirtlandpackard.com
ATTORNEY FOR PLAINTIFF