UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| CHRISTY HARBERT,<br>    Plaintiff<br><br>Vs.<br><br>SANOFI-AVENTIS U.S. LLC., ET AL.,<br><br>    Defendant(s) | MDL NO. 2740<br>SECTION "N" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE<br>AMENDED COMPLAINT<br>Civil Action No.: 2:16-CV-15839 |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File an Amended Short Form Complaint is hereby set for submission before District Judge Milazzo or Magistrate Judge North on March 11, 2020 at 9:30am or 11:00am.

Respectfully submitted on January 22, 2020

By:   /s/ Ruth Rizkalla_____
Ruth Rizkalla, Esq.
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
Telephone: (310) 536-1000
Facsimile: (310) 536-1001
rr@kirtlandpackard.com
ATTORNEY FOR PLAINTIFF