UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO: <br><br> Gee v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.. | Civil Action Number: 2:18-cv-06096 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 13th day of March, 2020.

                                                     /s/Richard L. Root
                                                   Betsy J. Barnes (LA Bar # 19473)
                                                   Richard L. Root (LA Bar #19988)
                                                   Morris Bart, LLC
                                                   601 Poydras Street, 24th Floor
                                                   New Orleans, LA 70130
                                                   Telephone: 504-525-8000
                                                   Facsimile: 504- 599- 3392
                                                   bbarnes@morrisbart.com
                                                   rroot@morrisbart.com

CERTIFICATE OF SERVICE

      I hereby certify that on March, 13th of 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 13th, 2020.                   /s/Richard L. Root