UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Kahn v. Sanofi-Aventis, et al, Case No. 2:16-cv-17039

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), respectfully submits this Notice of Supplemental Authority in further support of her opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations (Rec. Doc. 9295).

In *Crochet v. Bristol-Myers Squibb Co.,* No. 19-30026 (5th Cir. March 13, 2020) *(unpublished)* the Fifth Circuit reversed the district court's grant of summary judgment based on prescription, ruling that the Plaintiff's pharmaceutical claim of an inadequate warning under Louisiana Products Liability Act, La. Stat. Ann. § 9: 2800, presented a genuine issue as to whether *contra non valentem* can preserve Plaintiff's claim. (Attached as Exhibit A.)

Wherefore, Plaintiff respectfully advises the Court of this recent 5th Circuit decision as additional authority for her position that Defendants' motion be denied.

1

Dated: March 14, 2020                        Respectfully submitted,

*/s/ Christopher L. Coffin*                  */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)               Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.             Andre Mura ((CA Bar # 298541) (on the brief)
1100 Poydras Street, Suite 2505              GIBBS LAW GROUP LLP
New Orleans, Louisiana 70163                 6701 Center Drive West, Suite 1400
Phone: (504) 355-0086                        Los Angeles, California 90045
Fax: (504) 355-0089                          Telephone: 510-350-9700
ccoffin@pbclawfirm.com                       Facsimile: 510-350-9701
                                             kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

                                             *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                       */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                   Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                    BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                     701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street      New Orleans, LA 70139
New Orleans, LA 70163-2800                   Phone: 504-524-3300
Phone: 504-522-2304                          Fax: 504-524-3313
Fax: 504-528-9973                            barrios@bkc-law.com
plambert@gainsben.com

                                             *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                 Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP        Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                  9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                             Oklahoma City, OK 73120
Phone: (800) 664-1734                        Phone: (405) 607-8757
aa@andrewsthornton.com                       Fax: (405) 607-8749
                                             dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus                               Abby E. McClellan
Bachus & Schanker, LLC                       Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700               460 Nichols Road, Suite 200
Denver, CO 80202                             Kansas City, MO 64112
Phone: (303) 893-9800                        Phone: (816) 714-7100
Fax: (303) 893-9900                          Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                  mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              */s/ Dawn M. Barrios*
                                              DAWN M. BARRIOS