**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                          SECTION "H" (5)

THIS DOCUMENT RELATES TO:


Elizabeth Kahn, Case No. 2:16-cv-17039.

## ORDER

Considering the Motion for Leave to File Response to Plaintiff's Notice of Supplemental

Authority in further support of her Opposition to Defendants' Motion for Summary Judgment

Based on the Statute of Limitations against Plaintiff, Elizabeth Kahn, filed by Defendants, sanofi-

aventis U.S. LLC and sanofi US Services, Inc;

IT IS HEREBY ORDERED that said Motion be and is GRANTED, and that Defendants'

proposed Response to Plaintiff's Notice of Supplemental Authority is hereby entered into the

Court's docket.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE