UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Kahn v. Sanofi-Aventis, et al, Case No. 2:16-cv-17039

### SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON THE STATUTE OF LIMITATIONS

Plaintiff, Elizabeth Kahn, through the Plaintiffs' Steering Committee ("PSC"), supplements her Memorandum in Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitation (Rec. Doc. 9418) with testimony from depositions taken within the discovery period. At the end of the argument on Defendants' motion heard on Wednesday, March 11, 2020, the Court allowed Plaintiff's counsel's request to supplement the record with facts established during the depositions of Steve Seebol, husband of Plaintiff, Ms. Kahn, and Ms. Leslie McDermott, Plaintiff's longtime friend.

Since the depositions were concluded just days prior to the oral argument on March 11, 2020, the excerpts submitted as exhibits are rough "unofficial" transcripts. Despite Plaintiff's request for final copies, the court reporting service was only able to provide "rough" transcripts on Saturday, March 14, 2020.[1]

The testimony of these two additional fact witnesses buttresses the existing record and further shows that Ms. Kahn made reasonable inquiries to three physicians, but was not on notice that she had suffered a permanent injury caused by Taxotere until she learned about a

---

[1] Should the Court request, this pleading can be supplemented with excerpts of the official version of the deposition transcripts.

lawyer advertisement in late 2016. At a minimum, then, there exists triable issues of material facts that preclude summary judgment for Sanofi.[2]

*First, Ms. Kahn experienced a permanent lack of hair re-growth following toxic chemotherapy.*

- Ms. Kahn's husband, Steve Seebol, testified that Dr. Kardinal instructed that hair regrowth should begin following the conclusion of Ms. Kahn's toxic chemotherapy treatments with Taxotere, Adriamycin, and Cyclophosphamide.  Exhibit A, Deposition of Steve Seebol at 104:11-105:7; 230:1-231:7.

- Based upon this representation, both Ms. Kahn and her husband understood that any hair loss associated with chemotherapy would be temporary and would occur during the toxic chemotherapy phase.  *Id* at 227:8-231:16; 224:15-225:15.

- Upon completing toxic chemotherapy, Ms. Kahn's hair began slowly re-growing during the time period she underwent surgery, radiation, and Avastin treatments. Unfortunately, her hair never fully re-grew.  *Id* at 230:1-231:7, *see also* Exhibit B, Deposition of Leslie McDermott at 61:2-65:12.

*Second, Ms. Kahn made reasonable inquiries about the failure of her hair to re-grow.*

- Ms. Kahn's husband became concerned that something was amiss with her lack of hair re-growth and advised her to inquire.  Ex. A at 168:7-171:21.

- Ms. Kahn's friend, Leslie McDermott, likewise shared this same concern and asked Ms. Kahn if she had consulted with her doctors.  Ex. B at 61:2-65:12.

- Despite making reasonable inquiries, Ms. Kahn (and her husband) remained unaware that the underlying cause of her permanent lack of hair re-growth was attributable to her use of Taxotere.  Ex. A at 171:8-172:4.

---

[2] Additionally, should the Court allow the filing of the Amended Short Form Complaint of Ms. Kahn (which is still pending) (Rec. Doc. 9166), the individualized facts concerning Mrs. Kahn's knowledge, inquiry, and recognition of injury strongly tips the scales in favor of a denial of the motion based upon prescription.

- Mr. Seebol specifically recalls that Dr. Larned (oncologist) assured Ms. Kahn that her hair would re-grow and that she would not need a "comb over." Ex. A at 172:5-16.

- Mr. Seebol continued to hold out hope that his wife's hair would return at some undefined point in the future. Ex. A at 169:10-19.

*Lastly, Ms. Kahn did not make a connection between her permanent lack of hair re-growth and her use of Taxotere until 2016.*[3]

- Both Ms. Kahn and her husband did not have actual or constructive knowledge that Ms. Kahn's permanent hair loss, or lack of re-growth, might be associated with her prior use of Taxotere until they received a call from Ms. Kahn's friend, Leslie McDermott in 2016. Ex. A at 56:24-57:13; 58:10-59:18; *see also* Exhibit B, at 57:5-60:15.

- Ms. McDermott phoned Ms. Kahn in late summer of 2016 and informed Ms. Kahn that she had seen several TV ads stating the chemotherapy drug Taxotere had been linked to permanent hair loss. Ms. McDermott expressed her concern to Ms. Kahn that perhaps her hair was not growing back because of Taxotere. Ex. B at 57:5-60:15; 65:23-67:6. This was the first time Plaintiff obtained any actual or constructive knowledge of the potential cause of her injury.

In light of this additional testimony, the Court should deny Sanofi's Motion for Summary Judgment Based on the Statute of Limitations.

---

[3] Ms. Kahn filed suit in December 2016, well within one year of learning that she may be the victim of a tort (Rec. Doc. 1 filed December 9, 2016).

Dated: March 15, 2020                                  Respectfully submitted,

/s/ Christopher L. Coffin                              /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                         Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                       Andre Mura ((CA Bar # 298541) (on the brief)
1100 Poydras Street, Suite 2505                        GIBBS LAW GROUP LLP
New Orleans, Louisiana 70163                           6701 Center Drive West, Suite 1400
Phone: (504) 355-0086                                  Los Angeles, California 90045
Fax: (504) 355-0089                                    Telephone: 510-350-9700
ccoffin@pbclawfirm.com                                 Facsimile: 510-350-9701
                                                       kbm@classlawgroup.com
*Plaintiffs' Co-Lead Counsel*
                                                       *Plaintiffs' Co-Lead Counsel*


/s/M. Palmer Lambert                                   /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                             Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                              BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                               701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                New Orleans, LA 70139
New Orleans, LA 70163-2800                             Phone: 504-524-3300
Phone: 504-522-2304                                    Fax: 504-524-3313
Fax: 504-528-9973                                      barrios@bkc-law.com
plambert@gainsben.com
                                                       *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                           Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP                  Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                            9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                                       Oklahoma City, OK 73120
Phone: (800) 664-1734                                  Phone: (405) 607-8757
aa@andrewsthornton.com                                 Fax: (405) 607-8749
                                                       dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus                                         Abby E. McClellan
Bachus & Schanker, LLC                                 Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                         460 Nichols Road, Suite 200
Denver, CO 80202                                       Kansas City, MO 64112
Phone: (303) 893-9800                                  Phone: (816) 714-7100
Fax: (303) 893-9900                                    Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                            mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

> */s/ Dawn M. Barrios*
> DAWN M. BARRIOS