# EXHIBIT A

SteveSeebol_Rough

1

1              ||| UNCERTIFIED ROUGH DRAFT |||

2          ROUGH DRAFT TESTIMONY OF STEVEN SEEBOL

3                   TAKEN ON 3/10/2020

4

5   REPORTER'S NOTE:  THIS ROUGH DRAFT OF THE PROCEEDINGS

6      WAS PRODUCED AND IS NOT CERTIFIED.  THE ROUGH DRAFT

7      TRANSCRIPT MAY NOT BE CITED OR USED IN ANY WAY OR AT

8      ANY TIME TO REBUT OR CONTRADICT THE FINAL CERTIFIED

9         TRANSCRIPTION OF PROCEEDINGS.  THERE WILL BE

10   DISCREPANCIES BETWEEN THIS FORM AND THE FINAL FORM OF

11      THE TRANSCRIPT, BECAUSE THIS REALTIME INSTANT-FORM

12       TRANSCRIPT HAS NOT BEEN FULLY EDITED, PROOFREAD,

13    CORRECTED, FINALIZED, INDEXED, BOUND, OR CERTIFIED.

14    THERE WILL ALSO BE A DISCREPANCY BETWEEN THE PAGE AND

15   LINE NUMBERS APPEARING ON THIS UNEDITED ROUGH DRAFT AND

16      THE EDITED, PROOFREAD, CORRECTED, CERTIFIED FINAL

17   TRANSCRIPT.  IF THESE PROCEEDINGS HAVE BEEN VIDEOTAPED,

18       THE ROUGH DRAFT AND ANY SUBSEQUENT DRAFTS OF THE

19   TRANSCRIPT WILL BE COMPARED AGAINST THE AUDIO OF SAID

20         VIDEOTAPE(S) IN ORDER TO ASSURE COMPLETE

21   VERBATIM ACCURACY OF THE FINAL, CERTIFIED TRANSCRIPT.

22

23              THE VIDEOGRAPHER:

                      Page 1

SteveSeebol_Rough

 6   know that they are -- they've lost hair.  In some

 7   cases, a lot of hair.  It hasn't grown back.

 8           I'm trying to figure out what else you would

 9   like me to say about this.

10   BY MS. NICHOLAS:

11       Q    You're fine.

12           Do you know what claims Ms. Kahn is bringing

13   against Sanofi?

14       A    Claims?

15       Q    Uh-huh.

16           MS. PEREZ-REYNOLDS:

17               Object to form.

18       A    I'm not exactly sure what you mean by

19   "claims"?

20   BY MS. NICHOLAS:

21       Q    Do you know the name of the product involved?

22       A    Yes.

23       Q    What is the name of the product?

24       A    Taxotere.

25       Q    Are you familiar with the drug Taxotere?

           *****THIS IS A ROUGH DRAFT ONLY*****
                                              56


 1       A    I'm not sure what you mean by "familiar."

 2       Q    Do you know what the drug Taxotere is?

SteveSeebol_Rough

3      A    It's a chemo drug.

4      Q    What do you understand Ms. Kahn is claiming

5   that Sanofi did wrong?

6      A    That they did not let them -- that there was

7   not -- let me see how I could word this properly.

8           That there was a known problem with the drug

9   that it caused in a certain percentage of women hair

10  loss, permanent hair loss, and that she wasn't told

11  about that.

12  BY MS. NICHOLAS:

13     Q    Is it your understanding that she's alleging

14  that Taxotere should be taken off the market?

15          MS. PEREZ-REYNOLDS:

16              Object to form.

17     A    I don't know that.

18  BY MS. NICHOLAS:

19     Q    What, if anything, do you understand that

20  Ms. Kahn is alleging that Sanofi should have done

21  differently?

22     A    They should have let them know that there was

23  a problem with the drug.

24     Q    When did you learn about this lawsuit?

25     A    I guess it was 2016.

                *****THIS IS A ROUGH DRAFT ONLY*****
                           Page 63

SteveSeebol_Rough

1       Q    How did you learn about it?

2       A    A friend of hers, Leslie McDermott.

3       Q    How did Leslie McDermott learn about this

4    lawsuit?

5       A    She saw an ad on TV.

6       Q    Have you seen the ad?

7       A    I did not.

8       Q    What did Leslie McDermott tell you about the

9    lawsuit?

10      A    She just said that she's -- there's a drug

11   that it's being claimed that it kept hair from coming

12   back.  She asked Elizabeth if she had taken that drug

13   and maybe she should look into it.

14      Q    Were you there for that conversation?

15      A    I was not.

16           THE WITNESS:

17                I'm going to have to take a break.  I'm

18                starting to lose it.  If that's okay.

19           MS. NICHOLAS:

20                Of course.

21           THE VIDEOGRAPHER:

22                We're now off the record at 2:09.

23                (A short break is taken.)

Page 64

SteveSeebol_Rough

24        THE VIDEOGRAPHER:

25            We're now -- we're now back on the

            *****THIS IS A ROUGH DRAFT ONLY*****
                                                        58

1            record at 2:21.

2    BY MS. NICHOLAS:

3        Q    So before we took our break -- first of all,

4    are you okay to continue?

5        A    Yes.

6        Q    And if you need a break, I know we discussed

7    it off record, but please let us know.  We're happy to

8    take a break.

9        A    Okay.

10       Q    So when did you learn that Elizabeth was

11   thinking about filing a Taxotere lawsuit?

12       A    I guess it was in 2016.

13       Q    Was it around the time that she spoke with

14   Lesley McDermott.

15       A    Yes.

16       Q    Before that conversation, had she talked

17   about filing a lawsuit?

18       A    No.

19       Q    What did she say to you when she told you

20   that she had sued Sanofi, she decided to file her

SteveSeebol_Rough

21    lawsuit?

22        A    Well, we had discussed it before she decided

23    to file the lawsuit.  The big thing was she checked on

24    her chemo drugs and Taxotere was one of the chemo

25    drugs.

            *****THIS IS A ROUGH DRAFT ONLY*****
                                                    59

1        Q    Do you remember anything else about the

2    conversation that you had when you were making the

3    decision to file the lawsuit?

4        A    Well, we were kind of privy to that, we had

5    really no idea what was going on.  I mean, her hair did

6    not grow back.  In our mind, it was a very unusual

7    thing because most people's hair grow back.  So all of

8    a sudden we have, well, maybe this was the cause of it

9    because we had no idea what the cause of it was and

10   nobody was telling us what the cause of it was.

11       Q    How long before 2016 had you been having

12   those thoughts that it was an abnormal regrowth?

13            MS. PEREZ-REYNOLDS:

14                Object to form.

15       A    Probably since it -- it was happening.

16   BY MS. NICHOLAS:

17       Q    Since 2009?  2010?

                        Page 66

SteveSeebol_Rough

18      A    Right.

19      Q    Since your first discussion about filing this

20    lawsuit, have you talked about the lawsuit with

21    Elizabeth?

22      A    Sure.

23      Q    What have you talked about?

24      A    Mostly just in general terms of, you know, of

25    something that's going on, of how long will it go on,

*****THIS IS A ROUGH DRAFT ONLY*****

60

1    will she have to go to trial?  Things like that.

2      Q    What -- have you said to her in response to

3    those thoughts?

4      A    Generally, just that we'll just have to see

5    what happens.

6      Q    Have you had any other conversations about

7    the lawsuit?

8      A    I'm sure there must have been.

9      Q    Do you remember any of them?

10      A    I think they were all basically about the

11    same.

12      Q    And that would be just general discussions?

13      A    Right.  Well, I can't really be specific

14    because there's been nothing specific about it at this

Page 67

SteveSeebol_Rough

6      A    Yes.

7      Q    What do you remember about Nurse Thomas?

8      A    I think we only saw her a few times.  She

9   seemed very nice.  Everyone involved with this trial

10  was very nice.

11     Q    Was Nurse Thomas, along with Dr. Kardinal,

12  someone who talked to you about participating in the

13  clinical trial?

14     A    I don't know if she did or not.  He

15  definitely did, though.

16     Q    Do you remember reviewing an informed consent

17  for the clinical trial?

18     A    I do not.

19     MS. NICHOLAS:

20         Let's take a break.

21     THE VIDEOGRAPHER:

22         This is the end of Media Number 1.  We

23         are now off the record at 3:11.

24         (A short break is taken.)

25     THE VIDEOGRAPHER:

          *****THIS IS A ROUGH DRAFT ONLY*****

                                   104

1         This is the beginning of Media No. 2.

2         We're now back on the record at 3:20.

SteveSeebol_Rough

3   BY MS. NICHOLAS:

4       Q    All right.  So we were just talking about

5   Exhibit 11 before the break.  I was asking do you

6   remember having this conversation discussed in

7   Exhibit 11.

8       A    Yes.

9       Q    And so what was the B40 consent?

10      A    I don't really know.

11      Q    Do you remember viewing an informed consent

12  packet?

13      A    I don't remember.

14      Q    All right.  What was the discussion that you

15  had with Dr. Kardinal?

16      A    The only thing I could remember, that he was

17  talking about the -- the trial.  He was talking about

18  the Avastin drug.

19      Q    Okay.  Can you tell me what you remember

20  about that?

21      A    He told us that it was going to be after the

22  original chemo, that it was a nontoxic chemo, that her

23  hair should grow back, and it won't be an issue.  She'd

24  have -- she's have to do it more often.  Her -- but

25  that there were no side effects.  She wouldn't have to

SteveSeebol_Rough

1    take off work.

2         Q    And you mentioned that he said her hair would

3    grow back.  Did he mean during the Avastin treatment?

4         A    Yeah.  It didn't affect hair growth at all.

5         Q    So the "hair recovery" conversation was about

6    Avastin?

7         A    Yes, about Avastin.

8         Q    Did you understand the clinical trial would

9    have six different groups?

10        A    Yes.

11        Q    And did you understand that Elizabeth

12   wouldn't know what drug she was going to receive?

13        A    Yes.

14        Q    And you -- scratch that.

15             Why did you make the decision to participate

16   in the clinical trial with its unknowns versus specific

17   chemotherapy regimen?

18        A    The way it was presented to us was that it

19   was as good or better than anything else we could get,

20   and she were offering us a -- a drug that might be very

21   effective with no charge or anything to us, so it was

22   like sort of a little -- just a little bit more.  In

23   New Orleans, it would be lagniappe.  They said, "Well,

SteveSeebol_Rough

24    this is the lagniappe."

25         Q    So there is the possibility of a lower risk

                 *****THIS IS A ROUGH DRAFT ONLY*****

                                                          106

 1    of recurrence with the clinical trial?

 2              MS. PEREZ-REYNOLDS:

 3                   Object to form.

 4         A    You know, I'm not sure we were thinking about

 5    recurrence at this point.  I think we were mostly

 6    thinking about doing away with the tumor.

 7    BY MS. NICHOLAS:

 8         Q    So there's a chance that it would be more

 9    effective in shrinking the tumor before her surgery?

10              MS. PEREZ-REYNOLDS:

11                   Object to form.

12         A    But it was after her first surgery, so that

13    wouldn't have been the case.  She got the Avastin

14    later.

15    BY MS. NICHOLAS:

16         Q    Oh, I see.  You mean the Avastin.

17         A    Right.

18         Q    I apologize.

19         A    Yeah.

20         Q    I was talking about the chemotherapy

SteveSeebol_Rough

6      Q    Around what?

7      A    Three months.

8      Q    Three months after chemo?

9      A    Yeah.

10     Q    When did you expect her hair to come back?

11          MS. PEREZ-REYNOLDS:

12               Object to form.

13     A    Around that time.  About three months after

14   chemo it should have been fuller than it was.

15   BY MS. NICHOLAS:

16     Q    What -- what gave you that expectation?

17     A    Because we expected her hair was going to

18   grow back.

19     Q    What gave you that expectation?

20     A    Everybody we knew who had -- who took chemo,

21   their hair came back.  So it's just -- it was one of

22   those things we expected.

23     Q    Did you talk to anybody who had chemo about

24   that?

25          MS. PEREZ-REYNOLDS:

            *****THIS IS A ROUGH DRAFT ONLY*****
                                           168


1                Object to form.

2      A    Not that I remember.

Page 188

SteveSeebol_Rough

3    BY MS. NICHOLAS:

4         Q    Do you think you would have talked to someone

5    about that?

6         A    Probably not.

7         Q    How did you notice that her hair was not

8    coming back or it was growing back abnormally?

9         A    How did I notice?  It -- it was pretty

10   obvious.

11        Q    It was visible?

12        A    It was visible.

13        Q    Did Elizabeth know that there was something

14   abnormal about her hair --

15             MS. PEREZ-REYNOLDS:

16                  Object to form.

17   BY MS. NICHOLAS:

18        Q    -- about then?

19        A    Yes.

20        Q    So about three months after chemotherapy,

21   Elizabeth felt that her hair was not coming back as she

22   thought it would?

23             MS. PEREZ-REYNOLDS:

24                  Object to form.

25        A    You know, maybe it was four months.  I can't

*****THIS IS A ROUGH DRAFT ONLY*****

Page 189

SteveSeebol_Rough

1    say -- yeah, at -- around that time, it should have

2    been growing in better than it was and it wasn't.

3    BY MS. NICHOLAS:

4        Q    When you noticed that that was happening did

5    you think something was wrong?

6            MS. PEREZ-REYNOLDS:

7                Object to form.

8        A    I didn't know.

9    BY MS. NICHOLAS:

10       Q    You noticed that her hair wasn't regrowing in

11   the way that you expected, but you didn't think

12   anything was wrong?

13           MS. PEREZ-REYNOLDS:

14               Object to form.

15       A    Well, obviously I thought something was

16   wrong, but I had no idea what it was.  Of course it was

17   like, maybe it will start growing tomorrow.  I mean, I

18   didn't know.  Maybe it will start growing next week.  I

19   didn't know.

20   BY MS. NICHOLAS:

21       Q    Did you ever question what you thought was

22   wrong with her hair?

23           MS. PEREZ-REYNOLDS:

SteveSeebol_Rough

24            Object to form.

25      A    Again, I didn't know.  I had no idea what was

                *****THIS IS A ROUGH DRAFT ONLY*****

                                                    170

1   do it.  All I know is what we were seeing, it wasn't

2   growing back the way we thought it should.

3   BY MS. NICHOLAS:

4       Q    Did you ever look into it?

5            MS. PEREZ-REYNOLDS:

6                 Object to form.

7       A    Did I ever look into it, no, I never looked

8   into it.

9   BY MS. NICHOLAS:

10      Q    Did you ever talk to Elizabeth about looking

11  into it?

12      A    I think she did look into it because I know

13  she spoke to doctors about it.

14      Q    What makes you say that?

15      A    Because she told me she did.

16      Q    When did she tell you that?

17      A    I can't -- I have no idea.  I cannot remember

18  the dates.

19      Q    Would it have been a long time ago or

20  recently?

                        Page 191

SteveSeebol_Rough

21    A    Long time ago.  Around the time it was

22    happening.

23    Q    So around --

24    A    It might have happened after the Avastin.  It

25    might have been, you know, six months later.  It might

*****THIS IS A ROUGH DRAFT ONLY*****

♀                                                              171

1    have been -- but it was around the time that the ending

2    of chemo.

3    Q    So around three to six months after chemo?

4    A    I would say.

5         MS. PEREZ-REYNOLDS:

6              Object to form.

7    BY MS. NICHOLAS:

8    Q    Did you have any suspicions about what was

9    causing it not to grow back?

10        MS. PEREZ-REYNOLDS:

11             Object to form.

12    A    Nope.

13    BY MS. NICHOLAS:

14    Q    Did Elizabeth?

15        MS. PEREZ-REYNOLDS:

16             Object to form.

17    A    I don't think she did either.

SteveSeebol_Rough

18    BY MS. NICHOLAS:

19         Q    After her cancer treatment, was there ever a

20    point when she started to lose hair again?

21         A    Not that I know of.

22         Q    Did you expect her to have the same amount of

23    hair she had before chemo?

24         A    I thought it would be.

25         Q    What -- what did you base that on?

               *****THIS IS A ROUGH DRAFT ONLY*****

                                                          172

1          A    Nothing that I could think of generally.  I

2     just thought it was going to grow back.  Like I said,

3     everybody that we knew had it, their hair grew back.

4     Just figured it would grow back.

5          Q    Did any of Elizabeth's doctors tell you that?

6          A    Yes.  It -- it was more in a casual way.  We

7     didn't sit down and discuss it so much.  One of her

8     doctors did mention it one time.

9          Q    Can you tell me about that?

10         A    Dr. Larned.

11         Q    Yeah.

12         A    Probably about halfway through the -- through

13    chemo said something to to the effect of, Don't worry

14    your hair will come back.  You're not going to have to

                          Page 193

SteveSeebol_Rough

15  wear a comb over.  She sort of very lightly, sort of

16  like a joke..

17      Q    When was that conversation?

18      A    Again, it was probably somewhere in the

19  middle of her first rounds of the chemo.

20      Q    Was it a medical appointment?

21      A    Yes.

22      Q    You were at that medical appointment?

23      A    Yes, I was.

24      Q    And you remember Dr. ^Lernad talking about

25  the side of effect of hair loss?

            *****THIS IS A ROUGH DRAFT ONLY*****

                                                173

 1      A    She said something to the nature of, Don't

 2  worry.  Your hair will come back.  And the reason I

 3  remember this is because she said the thing about the

 4  comb over, which I thought was very odd that she said

 5  it.

 6      Q    And that conversation occurred after

 7  Elizabeth start taking the chemo?

 8      A    Yes.

 9      Q    So she was mid treatment when that was said?

10      A    As far as I could remember.

11      Q    Do you remember Dr. Larned talking to her

                    Page 194

SteveSeebol_Rough

 6  loss or lose her hair; correct?

 7          MS. NICHOLAS:

 8                Object to form.

 9      A   Yes.

10  BY MS. PEREZ-REYNOLDS:

11      Q   At that time did you believe that Elizabeth

12  may suffer from permanent hair loss if she took

13  chemotherapy?

14      A   Did not.

15      Q   So it was not your expectation that the hair

16  loss she would experience would be permanent in nature;

17  correct?

18      A   Yes, it was not my expectation.

19      Q   And I believe you testified earlier that you

20  recall from one of the visits you attended with

21  Elizabeth that Dr. error Ned had informed her that her

22  hair loss would be temporary and that she would not

23  require, I think you said, a "comb-over."  Is that

24  right?

25      A   A comb-over, yes.

                *****THIS IS A ROUGH DRAFT ONLY*****
                                                      224


 1          MS. NICHOLAS:

 2                Object to form.

                          Page 251

SteveSeebol_Rough

3  BY MS. PEREZ-REYNOLDS:

4      Q    Did you chuckle when doctor lorner made that

5  particular comment?

6      A    Yeah, I think so.  I think it was pretty

7  funny.

8      Q    Do you recall if Dr. Kardinal ever discussed

9  with Elizabeth in your presence, based on your memory,

10  that her hair loss would be temporary in nature?

11      A    I don't remember him ever saying it.  He

12  might very well have.  I just don't remember.

13      Q    You just don't recall one way or another?

14      A    I don't remember.

15      Q    You also talked today about another person

16  that was involved in some of the education, if you

17  will, before Elizabeth underwent treatment and I

18  believe that person you identified was Nurse Thomas?

19      A    Right, yes.

20      Q    Does that ring a bell?

21          Do you recall whether or not Nurse Thomas

22  ever discussed what type of hair loss Elizabeth might

23  anticipate having as result of her chemotherapy

24  treatments?

25      A    Yes.

          *****THIS IS A ROUGH DRAFT ONLY*****

SteveSeebol_Rough

♀

1      Q     What do you recall about any conversations

2    with Nurse Thomas?

3      A     The day we were meeting with her, I guess it

4    probably was the day she signed the consent agreement

5    because we had a large meeting with them.  Afterwards,

6    she was going to take us over to where the infusions

7    were, the chemo room.  In order to get there, you have

8    to walk out and then walk through the -- a waiting room

9    where you wait for your oncologist.

10          As we were going through there, she saw one

11   of her patients and brought us over.  The woman was on

12   that -- that was on that same clinical trial had

13   started the Avastin and she mentioned to us that her

14   hair is growing back.  It was like, see, her hair is

15   growing back.

16     Q     And you mentioned the clinical trial and the

17   consent form.  I'd like to take a look at that consent

18   form very quickly if you don't mind.

19     A     Yeah, sure.

20     Q     I believe that was given to you and it's

21   marked as Exhibit 13.

22     A     Yes.

23     Q     I also think it's the -- probably the

Page 253

SteveSeebol_Rough

24    thickest document you might have there.  You got it,

25    okay.

            *****THIS IS A ROUGH DRAFT ONLY*****
                                                        226

 1              And if we could, let's look at page 26.  So

 2    if you could look at page 26 of 26, and then what's

 3    attached here is the actual last page.

 4         A    Page 26?

 5         Q    Yeah.  And then if you could also, just

 6    before I ask your a question, take a look at the very

 7    last page.  It doesn't -- it's Bates number, which is

 8    the number in the bottom right-hand corner, a 01684.

 9              Have you had a chance to look at page 26 and

10    then the last page?

11         A    Oh, the last couple of seconds.

12         Q    Do you see anywhere of these pages, either

13    the very last page that's attached to this exhibit or

14    on page 26 of 26, where your signature appears on this

15    document?

16         A    Is is not there.

17         Q    And I believe you testified earlier that you

18    just don't have a specific recollection of this

19    particular document; correct?

20         A    Correct.  I do not remember it.

                        Page 254

SteveSeebol_Rough

21      Q    And if we could now, let's take a look at --

22   and I apologize.  I've got to find the right page.  Can

23   we look at page 10 of the 26.

24          And I believe you went through this with

25   Ms. Nicholas, but I wanted to ask you some questions

                *****THIS IS A ROUGH DRAFT ONLY*****
                                                        227

 1   here.  It's --

 2      A    Hold on.

 3      Q    Oh, I apologize.

 4      A    Okay.  Okay.

 5      Q    Don't let me get ahead of you for sure.

 6          So page 10 of 26 under the "Risk" heading?

 7      A    Uh-huh.

 8      Q    And you see the second sentence there that

 9   says:  "Most of these are listed" -- well, let me back

10   up.

11          The first sentence stating:  "You may have

12   side effects while on this study," was it your

13   understanding that by going through chemotherapy,

14   Elizabeth may experience some side effects from

15   treatment?

16      A    Yes.

17      Q    Okay.  And then the second sentence there

SteveSeebol_Rough

18    says:  "Most of these" -- referring back to the side

19    effects -- "are listed here, but there may be other

20    side effects we cannot predict."

21            Is that what -- is a fair reading of what's

22    there?

23    A    Yes.

24    Q    If you would, I'd like to flip to page -- I

25    apologize -- page 12 of 26 now.

              *****THIS IS A ROUGH DRAFT ONLY*****

                                                    228

1            We've seen on page 10 that it discussed side

2    effects and it does mention that some side effects are

3    going to be listed in the consent form; correct?

4    A    Yes.

5    Q    And then if we are looking on page 12, the

6    heading where it says Risk and Side Effects related to

7    capecitabine, Xeloda, and docetaxel, Taxotere, Groups

8    2A and 2B," do you recall if Elizabeth was in one of

9    the Group 2 groups?

10    A    I thought that's what it says, yeah.  I

11    believe so.

12    Q    And I'll represent to you that that is

13    correct.  I believe she was 2B.

14            If you would, just look with me here where it

SteveSeebol_Rough

15    says:  "These side effects occur in 25 percent or more

16    of patients receiving capecitabine and docetaxel."

17              Can you tell us what the first side effect

18    actually listed there is?

19        A    Hair loss.

20        Q    Okay.  And based on your understanding of the

21    conversations that you had with Nurse Thomas, since you

22    don't recall a specific one with Dr. Kardinal, is it

23    fair to say that your expectation of the type of hair

24    loss that Elizabeth would experience would be temporary

25    in nature?

              *****THIS IS A ROUGH DRAFT ONLY*****

                                                      229


 1        A    Yes.

 2              MS. NICHOLAS:    Object to form.

 3    BY MS. PEREZ-REYNOLDS:

 4        Q    And then if you'll look with me on page 15 of

 5    26, you're going to notice a theme here.  There's

 6    another category that says "Risks and Side Effects

 7    Related to Doxorubicin, Adriamycin, and

 8    Cyclophosphamide, All groups."  And I would represent

 9    to you that doxorubicin and cyclophosphamide are two

10    drugs which Elizabeth did receive during the course of

11    her chemotherapy treatment.

                        Page 257

SteveSeebol_Rough

12          So similar question:  You see some effects

13    are listed here under "Likely Effects," meaning that,

14    according to this form, that they occur in 25 percent

15    or more of patients taking these drugs, can you tell us

16    what the very first side effect listed is?

17          A    Hair loss.

18          Q    And again, was it your understanding at the

19    time that Elizabeth underwent chemotherapy, that any

20    hair loss she may experience would be temporary in

21    nature?

22              MS. NICHOLAS:

23                  Object to form.

24          A    Yes.

25    BY MS. PEREZ-REYNOLDS:

              *****THIS IS A ROUGH DRAFT ONLY*****
                                                        230

1          Q    And then if we could look to page 16 of 26.

2    And if you look under "Risks and Side Effects Related

3    to Bevacizumab," which is a mouthful, but another word,

4    I'll represent to you, for Avastin.  And again we see

5    "2B" is listed here.

6              And based on your recollection, do you recall

7    Elizabeth taking Avastin as part of the clinical trial?

8          A    Yes.

SteveSeebol_Rough

9        Q    Okay.  And I believe based on your testimony

10   here today you have stated that you did not -- it was

11   your understanding that Avastin was not considered to

12   be a -- I believe your word was "toxic" chemotherapy;

13   is that accurate?

14             MS. NICHOLAS:

15                  Object to the form.

16        A    Yes.

17   BY MS. PEREZ-REYNOLDS:

18        Q    And you were discussing earlier with some of

19   the photographs, I believe, that based on your

20   recollection, Elizabeth's hair began to come back once

21   she finished toxic chemotherapy; correct?

22        A    Yes.

23             MS. NICHOLAS:

24                  Object to form.

25   BY MS. PEREZ-REYNOLDS:

                 *****THIS IS A ROUGH DRAFT ONLY*****
                                                      231

1        Q    And is it also your recollection that during

2    the time that she was taking Avastin, she had had some

3    hair regrowth at that time?

4        A    Yes.

5        Q    And do you recall her losing any hair while

                         Page 259

SteveSeebol_Rough

6   she took Avastin?

7        A    I don't remember that.

8        Q    If you could, just take a moment to look

9   through page 16 and 17.  I'd like to know if you see

10  anywhere in the informed consent form under the side

11  effects related to bevacizumab where hair loss is

12  listed as a potential side effect.

13            MS. NICHOLAS:

14                 Object to form.

15       A    (Views document.)

16            It appears not to be listed.

17  BY MS. PEREZ-REYNOLDS:

18       Q    All right.  You can put that one to the side.

19            I believe Ms. Nicholas had asked you a series

20  of questions about whether you would change anything

21  about Elizabeth's treatment given that she's alive here

22  today.  Do you remember that series of questions?

23       A    Yes.

24       Q    I want to talk to you a little bit kind of

25  about that concept, if you will.

            *****THIS IS A ROUGH DRAFT ONLY*****
                                                    232


1            Knowing what you know today about the drugs

2   that Elizabeth took and Taxotere's association with

Page 260