# EXHIBIT B

1        A.   I can't -- I can't give you a date.

2        Q.   You saw advertisements for Taxotere

3   lawsuits on television?

4        A.   I did.

5        Q.   Ms. Kahn testified that you informed her

6   in 2016 that you had seen these Taxotere lawsuit

7   ads.  Do you have any reason to dispute if that's

8   accurate?

9        A.   No.

10        Q.   Can you describe to me -- strike that.

11   How many ads did you see?

12        A.   Several.

13        Q.   When you say several can you estimate?

14        A.   Enough that I was getting annoyed until I

15   actually listened.

16        Q.   Was it the same commercial over and over

17   or was it a different?

18        A.   I think it was the same commercial but I

19   am not positive.

20        Q.   Do you know if the commercials identified

21   any law firm or law firms?

22        A.   I don't know.

23        Q.   You're not able to estimate how many times

24   you saw the ad or ads other than that you had seen

25   enough that you were getting annoyed by it?

*** UNCERTIFIED * ROUGH DRAFT * TRANSCRIPT ***

```
1        A.   Correct.

2        Q.   What did the advertisement say?

3        A.   I believe it followed the regular temp

4   plate that all those class action lawsuits follow.

5   You know if you've -- if you've taken Taxotere and

6   you've suffered permanent hair loss call this

7   number, something like that.

8        Q.   Did the ad or ads make any representations

9   about Taxotere or it's generic Docetaxel?

10       MR. COFFIN:

11            Object to the form.

12       THE WITNESS:

13            I don't really understand the question.

14       MR. THOMAS:

15       Q.   Did the ad say that this drug Taxotere or

16   it's general necessary Docetaxel did anything did

17   they make on in recommendations about the drug?

18       MR. COFFIN:

19            Object to the form.

20       THE WITNESS:

21            They say if you suffered permanent hair

22   loss and you were taking Taxotere it does not make

23   much to assume that they're saying that it was

24   cause bid Taxotere at least someone leaves it was.

25       MR. THOMAS:
```

*** UNCERTIFIED * ROUGH DRAFT * TRANSCRIPT ***

```
 1        Q.   The ads mention any other drugs that cause
 2   hair loss?
 3        A.   I don't believe so.
 4        Q.   Did the ads make any promises?
 5        A.   No.
 6        Q.   Did the ads say anything about the Sanofi?
 7        A.   I don't think so.
 8        Q.   Do you know if you saw any ads prior to
 9   2016?
10        A.   I don't know.
11        Q.   No ability to estimate?
12        A.   No.
13        Q.   After you saw the ads you then had a
14   conversation with Ms. Kahn; is that correct?
15        A.   I did.
16        Q.   When did that conversation take place?
17        A.   I don't know.  When ever she said it did.
18   I don't know.  This was -- this was obviously a
19   much bigger deal for her than it was for me so I
20   trust her recollection.
21        Q.   Okay.  She testified that she believed she
22   spoke to you between July and mid September 2016.
23   Does that sound about right?
24        A.   Sounds possible.
25        ******** NOT AN OFFICIAL TRANSCRIPT ********
```

1    Q.  Tell me what you remember about that

2  conversation?

3    A.  I remember that I -- it was difficult for

4  me to decide whether to bring it up or not because

5  I knew that she was sensitive about her hair loss

6  and I tried to pretend like I didn't notice it.

7  And as a friend I -- I wanted her to think that

8  we're weren't seeing it.  So I went back and forth

9  and back and forth and then I decided I knew she

10  continuity watch much TV that she watched streaming

11  things that would have ads or no ads and I was sort

12  of surprised that she hadn't mentioned it to me I

13  think I was hoping she would discover this herself

14  but she didn't.  And so I brought it up careful so

15  as not to hurt her feelings.

16    Q.  Was there -- or how much time went by

17  between you first seeing the ad and then you

18  telling Ms. Kahn that you saw these ads?

19    A.  Well it wasn't instantaneous.

20    Q.  You deliberated?

21    A.  Maybe a month, I don't know.

22    Q.  You testified that you thought Ms. Kahn

23  was sensitive about her hair loss and that you

24  pretended you didn't notice it?

25    A.  I just -- by not mentioning it I just

1    tried not to draw attention to it.

2         Q.   When did you start noticing Ms. Kahn's

3    alleged hair loss?

4         A.   When the hair first started growing back.

5    She had shown me her head when she had no hair.

6    And then when it started to grow back she told you

7    her hat off and she showed me the new growth and

8    she said when it gets to be a certain length I'm

9    going to not aware a hat anymore, something like

10   this.  And then as it started to grow in her

11   eyebrows didn't grow in, her hair didn't really

12   grow in, so it was -- and then I thought well you

13   know you have that seven -- we may have even talked

14   about that they have a seven-year hair cycling

15   thing -- not seven years.  Seven -- I guess that is

16   seven years where the hair falls out a new one

17   grows.  I mean it's just going to take time for all

18   the cycles to get back into, you know, so I thought

19   it will come back.

20        Q.   Okay?

21        A.   But it didn't.

22        Q.   What do you mean the seven-year hair

23   cycle?

24        A.   Something about hair follicles they drop

25   hair every seven -- I don't know -- I guess it's

1   seven years every seven years a new hair starts to

2   grow so I just -- I didn't want -- I didn't want

3   her not to have her hair.  So maybe it will take

4   years until the full bounty of hair returns.

5       Q.  Okay.  So when you started -- strike that.

6   When you noticed her hair was not growing back when

7   was that?

8       A.  As soon as the chemo had gotten out of her

9   system and the hair started growing back.

10      Q.  Do you know what year that was?

11      A.  I didn't -- I didn't put this in my mental

12  calendar.  It was just an experience.  I know I was

13  excited that she was going to get her hair back.

14  So I you know looked forward to seeing her thinking

15  oh, well good she'll look healthier she'll look

16  more like herself.

17      Q.  Did you have any conversations with

18  Ms. Kahn about her hair around that time?

19      A.  I think we did talk about a little.

20      Q.  Okay.  And what did you discuss?

21      A.  I think we talked about the possibility

22  that it might come back.  I think we both hoped

23  that it would.  I asked her if she talked to her

24  daughter about it and she said she had.  I asked

25  her if she talked to her hair dresser about it

1    examine she said she had.  I asked her about the

2    eyebrows.

3         Q.  Okay.  What did she say about the

4    eyebrows?

5         A.  That she didn't have any.  She was drawing

6    them on.  She talked about how she tried different

7    products to try to get the most real lick stick

8    looking eyebrow.  I think I offered to get her that

9    new micro blading so she'd have some eyebrows and

10   she wasn't ready for that.

11        Q.  And when did this conversation take place?

12        MR. COFFIN:

13             Object to the form.

14        THE WITNESS:

15             I'm telling you I don't know the dates.  I

16   mean this was just the process is the hair started

17   to supposed to be coming back.

18        MR. THOMAS:

19        Q.  Okay.  It was around the time that you

20   said you started noticing that her hair had not

21   grown back?

22        MR. COFFIN:

23             Object to the form.

24        THE WITNESS:

25             The eyebrow conversation.

*** UNCERTIFIED * ROUGH DRAFT * TRANSCRIPT ***

```
1          MR. THOMAS:

2          Q.  I think you testified earlier that around

3    the time that she had completed chemo that her hair

4    was growing back, you started noticing that her

5    hair had not grown back?

6          A.   Correct.

7          Q.   So completed chemo in 2009 does that sound

8    right?

9          A.   (Witness nods head.)

10         Q.   And is that in a year, is that when you

11   started noticing that her hair had not grown back?

12         MR. COFFIN:

13              Object to the form.

14         THE WITNESS:

15              When I believe there was length in the

16   hair that did grow back?

17         Q.   Okay?

18         A.   That was long enough that I felt there

19   should be hair in more places than there were.

20         Q.   Okay and at what length?

21         A.   Inch and a half.

22         Q.   So Ms. Kahn's hair reached an inch and a

23   half or so you thought there should be more hair?

24         A.   .

25         MR. COFFIN:
```

*** UNCERTIFIED * ROUGH DRAFT * TRANSCRIPT ***

```
 1              Object to form.
 2        THE WITNESS:
 3              At the top.
 4        MR. THOMAS:
 5        Q.  And then do you that I happened within a
 6   year of they are completing her chemotherapy
 7   treatment?
 8        MR. COFFIN:
 9              Object to the form.
10        THE WITNESS:
11              Her hair never grew back the way that it
12   had been that is it what I believe.
13        MR. THOMAS:
14        Q.  I'm just talking about when you said her
15   length got to the one and a half inch?
16        A.  I don't know.  I mean I see her
17   periodically so I don't --
18        Q.  I get that I I'm just trying to get a time
19   pipeline down?
20        A.  I am not going table to give you time line
21   I can give you orders of things but I am not going
22   to be able to give you dates.
23        Q.  So tell me about this conversation you had
24   with her, Ms. Kahn about the Taxotere lawsuit ads?
25        MR. COFFIN:
```

1        Object to the form.

2     THE WITNESS:

3        Well, my recollection is that we were

4   together and that we were sitting on my sofa --

5   maybe we were at her house on her sofa -- I

6   recollection is that we were sitting on the sofa

7   and I looked over at her and had the reflection

8   from her head and I thought I've got to say

9   something.  But as I told you, I remember the

10  conversation.  I'm less confident about the days

11  MR. THOMAS:

12     Q.  As you sit here do you remember what you

13  told her?

14     A.  I said Elizabeth, do you remember seeing

15  those ads on TV from the permanent hair loss from

16  the chemo drug.  And I said no.  I said I've seen a

17  lot of if I think you should watch because I think

18  your hair should have come back.

19     Q.  And what did Ms. Kahn say some response to

20  that comment?

21     A.  I guess.

22  MR. COFFIN:

23        Object to the form.

24     THE WITNESS:

25        I guess she said she was going to look for

```
 1   the ad I don't know.
 2        MR. THOMAS:
 3        Q.   Anything else that you can recall about
 4   that conversation?
 5        A.   No.  I remember it was tough.  That's what
 6   I remember.
 7        Q.   Other than that conversation did you have
 8   any other discussions with Ms. Kahn about the
 9   Taxotere ads that you saw?
10        A.   No -- oh, I think she might have said she
11   called and talked to an attorney.  I think she did
12   tell me that.
13        Q.   Okay?
14        A.   Do you know toll follow up.
15        Q.   Do you know the name of the law firm?
16        A.   No.
17        Q.   Did you have any discussions with Ms. Kahn
18   about filing a lawsuit with Ms. Kahn before she
19   sued?
20        A.   That she should file a lawsuit.
21        Q.   Did you have any discussions with Ms. Kahn
22   about her decision to file a lawsuit before she
23   actually filed the lawsuit?
24        A.   I doubt it.
25        Q.   None that you recall?
```

*** UNCERTIFIED * ROUGH DRAFT * TRANSCRIPT ***