UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039.

## ORDER

Considering the Motion for Leave to File Response to Plaintiff's Supplemental Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations against Plaintiff, Elizabeth Kahn, filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Response to Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motion for Summary Judgment is hereby entered into the Court's docket.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE