# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO:<br>Gail Gray v. Sanofi US Services, Inc., et al. | Civil Action No.: 2:18-cv-10364 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6)

Dated this 16th day of March, 2020

By: /s/ Randi Kassan
Randi Kassan
NY Bar No. 4375754
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Facsimile: (516) 741-0128
Email: rkassan@thesandersfirm.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on March <u>16</u>, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>March 16</u>, 2020

                                              By: <u>/s/ *Randi Kassan*</u>
                                              Randi Kassan
                                              NY Bar No. 4375754
                                              SANDERS PHILLIPS GROSSMAN, LLC
                                              100 Garden City Plaza, Suite 500
                                              Garden City, NY 11530
                                              Telephone: (516) 741-5600
                                              Facsimile: (516) 741-0128
                                              Email: <u>rkassan@thesandersfirm.com</u>