UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANDOZ INC., HOSPIRA WORLDWIDE LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>*Betty Powell v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.*<br><br>Civil Action No.: 2:19-cv-13262 | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named Defendants in this matter (Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Accord Healthcare, Inc.; McKesson Corporation d/b/a McKesson Packaging; Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.) except Defendants Sandoz Inc., Hospira Worldwide, LLC f/ka Hospira Worldwide, Inc. and Hospira, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against Defendants Sandoz Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

<table>
<tr><td>DATED this 16th day of March, 2020</td><td>Respectfully submitted,<br><br>**REYES | BROWNE | REILLEY**<br><br>By: */s/ Ryan J. Browne*<br><br>Ryan J. Browne<br>Texas State Bar No. 00796262<br>Spencer P. Browne<br>Texas State Bar No. 24040589<br>8222 Douglas Ave., Suite 400<br>Dallas, TX 75225<br>(214) 526-7900<br>(214) 526-7910 (FAX)<br>ryan@reyeslaw.com<br>spencer@reyeslaw.com<br><br>**ATTORNEYS FOR PLAINTIFF**</td></tr>
</table>

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 16, 2020                          */s/ Ryan J. Browne*
                                                Ryan J. Browne

2