**TRANSCRIPT ORDER FORM (DKT-14)  READ INSTRUCTIONS ON PAGE 2 BEFORE COMPLETING**

District Court <u>United States District Court Eastern District of Louisiana</u>    District Court Docket No. <u>2:16-cv-15859</u>

Short Case Title <u>Cynthia Thibodeaux v. Sanofi-Aventis U.S., Inc., et al.</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Jodi Simcox, RMR, FCRR</u>

Date Notice of Appeal Filed in the District Court <u>2/13/2020</u>    Court of Appeals No. <u>20-30104</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ☒Transcript is already on file in the Clerk's Office
**OR**
**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| January 9, 2020 | Oral Argument Proceedings | Jane Triche Milazzo |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made.  Method of Payment:**
☒Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;    ☐Advance Payment Waived by Reporter;    ☐U.S. Government Funds
☐Other _____

Signature <u>/s/ M. Palmer Lambert</u>    Date Transcript Ordered <u>3/16/2020</u>

Print Name <u>M. Palmer Lambert</u>    Phone <u>(504) 522-2304</u>

Counsel for <u>Plaintiff</u>

Address <u>1100 Poydras Street, Suite 2800, New Orleans, LA 70163</u>

Email of Attorney: <u>plambert@gainsben.com</u>

**PART II.  COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt.  Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher
☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter

**Part III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court.  This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes_____

Date _____ Signature of Reporter _____