**TRANSCRIPT ORDER FORM (BKT-13)** — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court <u>United States District Court Eastern District of Louisiana</u>  District Court Docket No. <u>2:16-cv-15607</u>

Short Case Title <u>Deborah Johnson v. Sanofi-Aventis U.S., Inc., et al.</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Nichelle N. Drake, RPR, CRR</u>

Date Notice of Appeal Filed in the District Court <u>2/13/2020</u>  Court of Appeals No. <u>20-30107</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| April 4, 2019 | Motion Hearing re: [5732] MOTION for Summary Judgment against PL Jacqueline Mills and [5734] MOTION for Summary Judgment against PL Deborah Johnson | Jane Triche Milazzo |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☒ Private Funds; ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
☐ Other _____

Signature <u>/s/ M. Palmer Lambert</u>  Date Transcript Ordered <u>3/16/2020</u>

Print Name <u>M. Palmer Lambert</u>  Phone <u>(504) 522-2304</u>

Counsel for <u>Plaintiff</u>

Address <u>1100 Poydras Street, Suite 2800, New Orleans, LA 70163</u>

Email of Attorney: <u>plambert@gainsben.com</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____