**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| *Williams et al v. Sanofi US Services Inc. et al* | MAG. JUDGE NORTH |
| Plaintiff Name: Susan Williams and Thomas Williams | |
| Civil Action No.: 2:18-cv-13076 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH**
**PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who

have appeared stipulate to the dismissal of the present action with prejudice, with each party to

bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU <u>MUST</u> CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of

claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 16th day of March 2020                    Respectfully submitted,


                                                    /s/ *Matthew R. McCarley*
                                                    **FEARS NACHAWATI, PLLC**
                                                    Matthew R. McCarley, #24041426
                                                    Tarek A. Abbassi, #24096225
                                                    Jason S. Long #24098012
                                                    5473 Blair Road
                                                    Dallas, Texas 75231
                                                    Telephone: (214) 890-0711
                                                    Fax: (214) 890-0712
                                                    mccarley@fnlawfirm.com
                                                    tabbassi@fnlawfirm.com
                                                    jlong@fnlawfirm.com
                                                    Counsel for plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing

to all counsel of record who are CM/ECF participants.


                                                    /s/ *Jason S. Long*