UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Cases listed in Rec. Doc. 9189-2.

### ORDER

Considering the Defendants' Motion for Leave to File Reply in Support of their Motion for Summary Judgment and to file the Reply in Excess of the 10-Page Page Limit (Doc. 9397);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Defendants' Proposed Reply in Support of their Motion for Summary Judgment on the claims of all Plaintiffs who started their Taxotere treatment after December 11, 2015 is hereby entered into the Court's record. **IT IS FURTHER ORDERED** that Defendants may file their Reply Memorandum in excess of the 10-page limit set forth in Local Rule 7.7.

New Orleans, Louisiana, this 12th day of March, 2020.

_____
JUDGE JANE TRICHE MILAZZO