# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740  SECTION "H"(5) JUDGE TRICHE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Nicole Pastorkovich, 2:18-cv-13186 | : : | |

# ORDER

Upon Plaintiff's Motion for Leave to File an Amended Short Form Complaint and for good cause shown, it is hereby ordered that Plaintiff's motion is GRANTED and Plaintiff may file her Amended Short Form Complaint, which was attached to Plaintiff's motion as Exhibit A.

This _____ day of _____, 2020.

_____
Judge Milazzo, United States District Judge