UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H"(5) |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| Tina Withers, 2:18-cv-13407 | : | |

**MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

Plaintiff Tina Withers, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Relying on medical records reflecting that Plaintiff was prescribed Docetaxel, Plaintiff filed her Short Form Complaint on December 11, 2018, naming Defendants Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. (collectively, "Sanofi"), Sandoz, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis, Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. Thereafter, Plaintiff obtained additional records from Plaintiff's infusion facility showing that Plaintiff was infused with docetaxel manufactured by Sanofi. On March 16, 2020, Plaintiff dismissed her claims against all Defendants except Sanofi. (See Doc. 9558.) Consequently, Plaintiff seeks leave to amend her complaint to remove the previously dismissed defendants. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense counsel and there is no opposition to this motion.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Date: March 17, 2020

Respectfully submitted,

/s/ *Sarah Shoemake Doles*
**CAREY DANIS & LOWE**
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

/s/ *Sarah Shoemake Doles*
Sarah Shoemake Doles