UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H"(5) |
| SHARON SCHNEIDER, | : | JUDGE MILAZZO |
| Plaintiff(s), | : : | MAG. JUDGE NORTH |
| vs. | : : | |
| HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC., Defendant(s). | : : : | Civil Action No.: 2:19-cv-13068 |

**PLAINTIFF'S UNOPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), and respectfully moves the Court for leave to amend the short form Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on October 9, 2019 (*Sharon Schneider v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et al.*, Case No. 2:19-cv-13068). On January 2, 2020, Plaintiff served Defendants pursuant to PTO 40A.

Prior to filing her Complaint, Plaintiff had obtained medical records indicating Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and/or Hospira, Inc. manufactured at least three (3) of doses of Docetaxel administered to her. She had been unable to obtain records confirming the identity of the manufacture of the remaining doses of Docetaxel administered to her. Accordingly, Plaintiff named only the Hospira entities as Defendants in her original Complaint. Since filing her Complaint, Plaintiff has obtained a Statement Regarding Chemotherapy Drug Administered confirming that Sandoz, Inc. manufactured Docetaxel administered to Plaintiff. Accordingly, Plaintiff now seeks leave to file an Amended Complaint identifying Sandoz, Inc. as

an additional Defendant. A copy of Plaintiff's proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

Respectfully submitted this  17  day of March, 2020.

                                                  /s/ Kristie L. Fischer
SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
CANEPA RIEDY ABELE & FISCHER
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated:  March 17, 2020

                                                  /s/ Kristie L. Fischer
KRISTIE L. FISCHER, ESQ.