MINUTE ENTRY
MILAZZO, J.
March 17, 2020

JS-10:00:35

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to all cases** | | |

## MINUTE ENTRY

On March 17, 2020, the Court held a telephone status conference with liaison counsel. The parties updated the Court on the status of the case.

**IT IS ORDERED** that the general status conference and show cause hearing currently set for March 24, 2020, is **CONTINUED**;

**IT IS FURTHER ORDERED** that the meeting with lead and liaison counsel currently set for March 24, 2020, is **CONVERTED** to a telephone status conference with liaison counsel. Lead counsel will be permitted to listen in on the conference;

**IT IS FURTHER ORDERED** that the oral argument set for March 25, 2020, is **CONTINUED**.

_____