**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                   **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Debra Goodman Guy**
**Case No.: 2:18-cv-12528**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Debra Goodman Guy whose case is on a Notice of Non-Compliance to be heard by the Court on March 24, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: March 18, 2020                          **BACHUS & SCHANKER, LLC**

                                               By: */s/ J.Christopher Elliott*
                                               Christopher Elliott, Esq.
                                               Bachus & Schanker, LLC
                                               1899 Wynkoop Street Suite 700
                                               Denver, CO 80238
                                               Telephone: (303)893-8900
                                               Facsimile: (303) 893-9900
                                               Email: celliott@coloradolaw.net

                                               *Attorney for Plaintiffs*