UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Johnsetta Jones
Case No.: 2:19-cv-12452

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Johnsetta Jones whose case is on a Notice of Non-Compliance to be heard by the Court on March 24, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: March 18, 2020           **BACHUS & SCHANKER, LLC**

         By: */s/ J.Christopher Elliott*
         Christopher Elliott, Esq.
         Bachus & Schanker, LLC
         1899 Wynkoop Street Suite 700
         Denver, CO 80238
         Telephone: (303)893-8900
         Facsimile: (303) 893-9900
         Email: celliott@coloradolaw.net

         *Attorney for Plaintiffs*