UNIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| SANDIE GEORGE, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No. **2:2017-cv-12704** |
| Sanofi-Aventis US Services, Inc. f/k/a Sanofi-Aventis US Inc., Sanofi-Aventis U.S., Winthrop US d/b/a/ Sanofi-Aventis U.S., LLC, Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories, Ltd., | : : : : : : : : : | |
| Defendants. | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parities pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Sandie George hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:2017-cv-12704, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Sandie/Sandra George, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:2017-cv-16814. All parties shall bear their own costs.

Dated this 18th day of March, 2020

/s/ D. Todd Mathews
D. Todd Mathews
The Gori Law Firm, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 (phone)
(618) 659-9834 (fax)
todd@gorilaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: March 18, 2020                             /s/ D. Todd Mathews