UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

# ORDER

**IT IS ORDERED** that the liaison counsel telephone conference currently set for March 24, 2020, is **CONTINUED** to **March 25, 2020, at 10:00 a.m.** The call-in number is 888-273-3658, and the access code is 1304800.

New Orleans, Louisiana, this 18th day of March, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE