UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Lucia Longo
Case No.: 2:19-12783

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Lucia Longo whose case is on a Notice of Non-Compliance to be heard by the Court on March 24, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: March 19, 2020                        BACHUS & SCHANKER, LLC

                                             By: */s/ J.Christopher Elliott*
                                             Christopher Elliott, Esq.
                                             Bachus & Schanker, LLC
                                             1899 Wynkoop Street Suite 700
                                             Denver, CO 80238
                                             Telephone: (303)893-8900
                                             Facsimile: (303) 893-9900
                                             Email: celliott@coloradolaw.net

                                             *Attorney for Plaintiffs*