UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Amanda Williams
Case No.: 2:19-cv-11764

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Amanda Williams whose case is on a Notice of Non-Compliance to be heard by the Court on March 24, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: March 19, 2020

**HOLLIS, WRIGHT, CLAY, & VAIL, P.C.**

By: */s/ Christopher McNutt*
Christopher McNutt
Hollis, Wright, Clay, & Vail, P.C.
2201 Morris Avenue
Birmingham, AL. 35203
205-324-3600
cmcnutt@hollis-wright.com

*Attorney for Plaintiff*