UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Deborah Hartman
Case No.: 2:17-cv-16308

## DECLARATION

I, Jennifer Nolte, have attempted to reach my client, Deborah Hartman, on the following dates: October 22, 2019, January 27, 2020, January 28, 2020, January 29, 2020, January 30, 2020, January 31, 2020, February 3, 2020, February 4, 2020, February 5, 2020, February 12, 2020, February 14, 2020, February 20, 2020, February 26, 2020 and March 18, 2020. by (check all that apply) X telephone, X e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiff*