**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                                          **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Stacey Fisher**
**Case No.: 2:18-cv-13317**

<u>**STATEMENT OF PLAINTIFF'S COUNSEL**</u>

    I represent Stacey Fisher whose case is on a Notice of Non-Compliance to be heard by the Court on March 24, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: March 19, 2020                                    /s/ *Jason S. Long*
                                                                         **FEARS NACHAWATI, PLLC**
                                                                         Jason S. Long #24098012
                                                                         5473 Blair Road
                                                                         Dallas, Texas 75231
                                                                         Telephone: (214) 890-0711
                                                                         Fax: (214) 890-0712
                                                                         jlong@fnlawfirm.com
                                                                         Counsel for plaintiff