UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Sumling v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al*<br><br>Plaintiff Name: Millicent Sumling<br>Civil Action No.: 2:18-cv-13381 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 19th day of March 2020

Respectfully submitted,

/s/ *Matthew R. McCarley*
**FEARS NACHAWATI, PLLC**
Matthew R. McCarley, #24041426
Tarek A. Abbassi, #24096225
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
mccarley@fnlawfirm.com
tabbassi@fnlawfirm.com
jlong@fnlawfirm.com
Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Jason S. Long*