**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                        **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                       **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Towanda Singleton**
**Case No.: 2:18-cv-13592**

<u>**STATEMENT OF PLAINTIFF'S COUNSEL**</u>

        I represent Towanda Singleton whose case is on a Notice of Non-Compliance to be heard
by the Court on March 24, 2020. I reviewed the deficiency and the Notice of Non-Compliance,
and promptly advised my client unless the deficiency is cured, the case could be dismissed with
prejudice.

        The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: March 19, 2020                      /s/ *Jason S. Long*
                                           **FEARS NACHAWATI, PLLC**
                                           Jason S. Long #24098012
                                           5473 Blair Road
                                           Dallas, Texas 75231
                                           Telephone: (214) 890-0711
                                           Fax: (214) 890-0712
                                           jlong@fnlawfirm.com
                                           Counsel for plaintiff