UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Brenda Moldenhauer
Case No.: 2:18-cv-13344

## DECLARATION

I, Jason Long, have attempted to reach my client, Brenda Moldenhauer on the following dates: 11/30/19, 12/26/19, 1/11/20, 2/6/20, 2/10/20, 2/13/20, 2/19/20, 3/15/20 by telephone, e-mail, text message, U.S. Mail, Certified Mail, and FedEx. My client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
Counsel for plaintiff