UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## CASE MANAGEMENT ORDER NO. 14F

Because the Federal and State Governments have declared emergencies in response to the COVID-19 pandemic, the parties have agreed to amend CMO 14E as follows:

- The deadline for Plaintiffs' expert disclosures (for all experts, including dermatologist / dermatopathologist) as to Accord, Hospira, and Sandoz is extended from March 16, 2020 to April 15, 2020 (as to Hospira, as previously agreed, Plaintiffs will serve general expert reports regardless of whether and how the Court rules on Hospira's Motion for Summary Judgment in the case of Dora Sanford (Doc. 9508); the parties' agreement as to other expert discovery as to Hospira remains in effect, such that additional expert discovery, beyond Plaintiffs' general Hospira expert reports, will be deferred pending the Court's decision on the MSJ in Sanford);

- The deadline for Plaintiff expert depositions is extended from April 16, 2020 to May 18, 2020;

- The deadline for all of Defendants' expert disclosures (for all experts) is extended from April 24, 2020 to May 26, 2020; and

- The deadline for Defendant expert depositions is extended from May 22, 2020 to June 22, 2020.

New Orleans, Louisiana, this 19th day of March, 2020.

                                     **HON. JANE TRICHE MILAZZO**
                                     **UNITED STATES DISTRICT JUDGE**