UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Shirley Holifield and Ben Holifield
Case No.: 2:18-cv-13442

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Shirley Holifield and Ben Holifield whose case is on a Notice of Non-Compliance to be heard by the Court on March 24, 2020 I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: March 24, 2020                      /s/ *Jason S. Long*
                                                    **FEARS NACHAWATI, PLLC**
                                                    Jason S. Long #24098012
                                                    5473 Blair Road
                                                    Dallas, Texas 75231
                                                    Telephone: (214) 890-0711
                                                    Fax: (214) 890-0712
                                                    jlong@fnlawfirm.com
                                                    Counsel for plaintiff