**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** __Sandra Prince_____
**Case No.:** __2:16-cv-17801_____

**<u>DECLARATION OF PLAINTIFF'S COUNSEL</u>**

I represented Sandra Prince whose case in on a Notice of Non-Compliance to be heard by the Court on March 24, 2020.

After multiple unsuccessful attempts to contact the client over an extended period of time, we received a note from my Ms. Prince's son, Paul Coppett III, indicating that she had passed away. Following failed attempts to connect via letter on 9/24/2018 and phone on 12/5/2018, my office communicated on 1/11/2019 with Mr. Coppett III regarding the urgent steps needed to substitute parties and the outstanding deficiency to be cured. Despite an initial expressed desire to pursue the claim, contact attempts on 1/15/19 and 2/7/2019 were also unsuccessful. We reached a family member of Mr. Coppett III via phone on 2/20/2019 but despite assurances of return contact, Mr. Coppett has not been responsive to my communications in more than a year, including a letter dated March 17, 2020, and I have not been notified of a duly authorized representative for my client's estate.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: March 19, 2020

By: /s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)
ZOLL & KRANZ, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com

*Counsel for Plaintiff*