UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Dorothy Stone
Case No.: 2:19-cv-12371

## DECLARATION

I, Darin L. Schanker, have attempted to reach my client, Dorothy Stone, on the following dates: 10/2/2019, 10/28/2019, 10/31/2019, 11/12/2019, 1/6/2020, 1/21/2019, 2/3/2020, 2/5/2020, 2/6/2020, 2/26/2020, 3/2/2020 3/4/2020, 3/6/2020, 3/10/2020, 3/11/2020, 3/18/2020 by (check all that apply) by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to her last known address), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: March 19, 2020                    **BACHUS & SCHANKER, LLC**

By: */s/ Darin L. Schanker*
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
101 West Colfax Suite 650 Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900 Email: dschanker@coloradolaw.net
*Attorney for Plaintiff*