UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Harriet Reynolds
Case No.: 2:19-cv-12538

## DECLARATION

I, Darin L. Schanker, have attempted to reach my client, Harriet Rose, on the following dates: 10/2/2019, 10/28/2019, 11/11/2019, 11/20/2019, 1/6/2020, 1/20/2019, 2/17/2020, 3/4/2020, 3/6/2020, 3/18/2020 by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to her last known address), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: March 19, 2020

**BACHUS & SCHANKER, LLC**

By: */s/ Darin L. Schanker*
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: dschanker@coloradolaw.net
*Attorney for Plaintiff*