# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document Relates to ) <br> ) <br> *Coretta Tengesdahl v. Sanofi-Aventis U.S., LLC, et al* ) <br> *LLC et al.;* **Case No.: 2:17-cv-6354** ) <br> ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> Chief Judge: MILAZZO <br> Magistrate Judge: NORTH |

## ORDER

Upon Plaintiff's Consent Motion for Leave to File an Amended Complaint (Doc. 9434);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 18th day of March, 2020.

                                                                                      _____
                                                                                      Hon. Jane Triche Milazzo