UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Karen Green
Case No.: 2:18-cv-12414

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Karen Green, on the following dates: 5/14/19, 5/17/19, 6/12/19, 6/13/19, 6/17/19, 1/27/20, 2/5/20, 3/4/20, 3/18/20 by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to her last known address) and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

BACHUS & SCHANKER, LLC

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*