UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Michele Demeniuk**
**Case No.: 2:18-cv-12402**

## DECLARATION

　　I, J. Christopher Elliott, have attempted to reach my client, Michele Demeniuk, on the following dates: 1/21/19, 5/1/19, 5/6/19, 5/15/19, 5/25/19, 6/6/19, 1/24/20, 6/19/19, 6/21/19, 1/14/20, 1/29/20, 3/4/20, 3/5/20, 3/18/20

by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ other (skip-traced) and my client has not been responsive to my communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　**BACHUS & SCHANKER, LLC**

　　　　　　　　　　　　　　　　　　By: */s/ J.Christopher Elliott*
　　　　　　　　　　　　　　　　　　J. Christopher Elliott, Esq.
　　　　　　　　　　　　　　　　　　Bachus & Schanker, LLC
　　　　　　　　　　　　　　　　　　101 West Colfax, Suite 650
　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　Telephone: (303)893-8900
　　　　　　　　　　　　　　　　　　Facsimile: (303) 893-9900
　　　　　　　　　　　　　　　　　　Email: celliott@coloradolaw.net

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*