## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| | **JUDGE MILAZZO** |
| | **MAG. JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | |
| *Stephanie Wilson v. Sanofi US Services, Inc., et al.* | Civil Action No. 2:19-cv-12382 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint (Doc. 9438);

**IT IS ORDERED**  that  the  Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 18th day of March, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT