Case 2:16-md-02740-JTM-MBN   Document 9658   Filed 03/19/20   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)           :        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION         :

------------------------------------------------------------ :        SECTION "H" (5)

THIS DOCUMENT RELATES TO:                    **JUDGE MILAZZO**
                                             **MAG. JUDGE NORTH**

*Modine J. Landry v. Sanofi S.A., et al*
*Civil Action No.: 2:17-cv-08110*

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff (Doc. 9408);

**IT IS ORDERED** that the Motion is **GRANTED**. Haywood Paul Landry, John Malcolm Roberts, Jr. and Monica Lynn Borel, heirs of Modine J. Landry, are substituted for Plaintiff Modine J. Landry as the proper party Plaintiffs in the above captioned case.

New Orleans, Louisiana, this 18th day of March, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE