UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H"(5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>MOTION TO SUBSTITUTE PARTY PLAINTIFF |
| THIS DOCUMENT RELATES TO:<br><br>Jeanne Rosensteel v. Sanofi US Services Inc., et al. | Civil Action No.:   2:17-cv-17253 |

### ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff (Doc. 9430);

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff David Rosensteel, as surviving spouse, is substituted for Plaintiff Jeanne Rosensteel as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 18th day of March, 2020.

UNITED STATES DISTRICT COURT JUDGE