# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETXAEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: 2:19-cv-13981 *Martine Reeder v. Sanofi U.S. Services, Inc., et al.* | : | JUDGE MILAZZO |

## ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 9445);

**IT IS ORDERED** that the Motion is **GRANTED** and that Rayna E. Kessler with the law offices of Robins Kaplan LLP be allowed to withdraw as Plaintiff's counsel, and further, that Brent W. Coon and Eric W. Newell of the law firm of Brent Coon & Associates be allowed to substitute as counsel of record for Plaintiff.

New Orleans, Louisiana, this 18th day of March, 2020.

JUDGE JANE TRICHE MILAZZO