IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "N" 5 |
| | | COMPLAINT & JURY DEMAND |
| This Document Relates To: *Phyllis Corliss* | * * * | CIVIL ACTION NO. 2:17-cv-12131 |

**PLAINTTIF'S MEMORANDUM IN SUPPORT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Phyllis Corliss by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Phyllis Corliss, that was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair.  Her original suit was filed on November 9, 2017.

Subsequent to the filing of her original lawsuit, Plaintiff wishes to dismiss all Sanofi defendants, and that Hospira Inc.  and Hospira Worldwide, LLC a/k/a Hospira Worldwide, Inc. should be named as the only Defendants in Plaintiff's case as manufacturer of the chemotherapy drug which allegedly caused her permanent hair loss.

Plaintiff, therefore, desires to amend the Complaint and dismiss all Sanofi defendants previously named with prejudice, and leave Hospira Inc. and Hospira Worldwide, LLC a/k/a Hospira Worldwide, Inc. as the only remaining defendants.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/ Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 20$^h$ day of March, 2020.

/s/Eric W. Newell
Eric W. Newell