UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL AS TO ALL SANOFI DEFENDANTS EXCEPT DEFENDANTS Hospira Inc. and Hospira Worldwide, LLC for whom Plaintiffs have obtained Product Identification.** |
| THIS DOCUMENT RELATES TO | : : : | Civil Action No.: 2:17-cv-13605 |

-------------------------------------------------------------

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named Sanofi defendants in this matter except for defendants Hospira Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. for whom plaintiffs have obtained product identification, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506.) Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of March, 2020

Respectfully Submitted,

Brent Coon & Associates

/s/ Brent W. Coon
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_Newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on March 20, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

     DATED: March 20, 2020

                                              /s/ Brent W. Coon