# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: 2:19-cv-13764 *Joyce Tyrrell v. Sanofi U.S. Services, Inc., et al.* | JUDGE MILAZZO |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW, Plaintiff, by and through her undersigned attorneys, and respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11. and would show unto this Court the following:

Rayna E. Kessler, with the law offices of Robins Kaplan LLP, represented the Plaintiff as Attorney of Record while this matter was pending in New Jersey state court and prior to the removal of the action by Defendants. Now that the matter is removed and pending before Your Honor, Plaintiff wishes to substitute Andrew T. Kagan as her counsel of record to proceed with her claim.

By agreement, the below-signed attorney of Robins Kaplan LLC wish to withdraw, and substitute Attorneys Andrew T. Kagan, as follows:

Andrew T. Kagan, Esq.
FL Bar No. Bar No.26291
Kagan Legal Group LLC
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477

Email: Andrew@kaganlegalgroup.com

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

    Respectfully submitted and representation accepted by:

By: /s/ *Andrew T. Kagan*
Andrew T. Kagan, Esq.
FL Bar No.26291
Kagan Legal Group LLC
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
Telephone: (939) 220-2424
Facsimile: (939) 220-2477
Email: Andrew@kaganlegalgroup.com
*Attorney for Plaintiff Joyce Tyrrell*

Agreed to by:

By: /s/ *Rayna E. Kessler*
Rayna E. Kessler
NJ ID No. 031782010
399 Park Avenue, Suite 3600
New York, New York 10022-4611
Telephone: (212) 980-7431
Facsimile: (212) 980-7499
Email: RKessler@RobinsKaplan.com
*Attorney for Plaintiff Joyce Tyrrell*

## **CERTIFICATE OF SERVICE**

I certify that on March 20, 2020, a true and correct copy of the above and foregoing document was served electronically using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

*/s/ Andrew T. Kagan*
Andrew T. Kagan, Esq.
