IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : MDL NO. 2740 |
| | : SECTION "N" (5) |
| **THIS DOCUMENT RELATES TO:** | : JUDGE MILAZZO |
| 2:19-cv-13764 | |
| *Joyce Tyrrell v. Sanofi U.S. Services, Inc., et al.* | |

## ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel:

IT IS ORDERED, ADJUDGED AND DECREED that Rayna E. Kessler with the law offices of Robins Kaplan LLP be allowed to withdraw as Plaintiff's counsel, and further, that Andrew T. Kagan of the law firm of Kagan Legal Group LLC be allowed to substitute as counsel of record for Plaintiff.

Signed this ___ day of _____, 2020.

_____
JUDGE JANE TRICHE MILAZZO