<u>**EXHIBIT A**</u>

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION <br><br> <u>Sean Rains, Surviving Spouse of Janele Dyer, Deceased</u> <br>  vs. <br>  <u>Sanofi Aventis U.S. LLC</u> <br><br> THIS DOCUMENT RELATES TO: <br><br> Civil Action No.: 2:19-cv-00730-JTM-MBN | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU <u>MUST</u> CHECK ALL THAT APPLY**

☐  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other <u>Plaintiff is deceased and her surviving spouse has been advised of the notice of Non-Compliance and has not been responsive to communications to date</u>

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this 20 _____ day of March, 2020 _____

William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24031725
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 2400328 1770
St. James Pl., Suite 100

Houston, TX 77056

Phone (713) 523-5500

Fax (713) 523-5501

## CERTIFICATE OF SERVICE

I hereby certify that on March , 20 , 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March , 20 , 2020               /s/*William H. Barfield*

4