UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| Sheila Knight | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal of Defendant Sandoz; Hospira & Sun by McDonald Worley PC** |
| vs. | : : | |
| Sanofi S.A., et al, | : | Civil Action No. 2:17-cv-17052-KDE-MBN |
| Defendant(s). | : : | |
| ------------------------------------------------------ | : : | |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that Plaintiff, Sheila Knight, hereby dismisses all claims in this matter without prejudice against Defendants Sandoz, Hospira Worldwide, Hospira Inc. and Sun Pharma Global FZE, only, in Civil Action No. 2:17-cv-17052-KDE-MBN. Defendants Sandoz, Hospira Worldwide, Hospira Inc. and Sun Pharma Global FZE are dismissed, without prejudice, from all claims pending in the Taxotere Litigation pending in MDL No. 22740 in which Plaintiff is represented by the law firm of MC DONALD WORLEY PC. This stipulation shall not affect the lawsuit filed by Sheila Knight, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:17-cv-17052-KDE-MBN. All parties shall bear their own costs.

1

Dated this __20th_____ day of __March_____, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on _March_, _20___, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: __March__, _20_ _, 2020.                    */s/  Jeffrey C. Bogert*_____
                                                   Jeffrey C. Bogert
                                                   jbogert@mcdonaldworley.com
                                                   State Bar Np. 132778
                                                   McDonald S. Worley
                                                   don@mcdonaldworley.com
                                                   State Bar No. 4003208
                                                   William H. Barfield
                                                   bill@mcdonaldworley.com
                                                   State Bar No. 24003208
                                                   1770 St. James Place, Suite 100
                                                   Houston, TX 77056
                                                   Phone: (713) 523-5500
                                                   Fax: (713) 523-5501