UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Yvonne Holt* <br> *Case No. 2:17-cv-12971* | |

**Plaintiff's Notice of Submission of Her Motion for Leave to File Amended Short Form Complaint**

_____

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Triche Milazzo on April 8, 2020.

1

2

Respectfully submitted this 20th day of March, 2020.

                **ROBINS KAPLAN LLP**

                */s/ Jason L. DePauw*
                Jason L. DePauw (MN Bar#0392150)
                Munir R. Meghjee (MN Bar #0301437)
                Robins Kaplan LLP
                800 LaSalle Avenue, Suite 2800
                Minneapolis, MN 55402
                Telephone: (612) 349-8500
                Facsimile: (612) 339-4181
                jdepauw@robinskaplan.com
                mmeghjee@robinskaplan.com

                *Attorneys for Plaintiff*