UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Yvonne Holt*<br>*Case No. 2:17-cv-12971* | |

**Plaintiff's Motion for Leave to File Amended Short Form Complaint**

COMES NOW Plaintiff Yvonne Holt, by and through her attorneys, respectfully seeks leave of Court to file an Amended Short Form Complaint (attached as "Exhibit A") pursuant to Pretrial Order No. 82 (Dkt. 4230) and Federal Rule of Civil Procedure 15(a)(2) to add Sagent Pharmaceuticals, Inc. as a Defendant and dismiss with prejudice previously named Defendants Sandoz Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., and Pfizer Inc. for the reasons set forth in Plaintiff's supporting memorandum filed in support of this motion.

1

Respectfully submitted this 20th day of March, 2020.

        **ROBINS KAPLAN LLP**

        /s/ *Jason L. DePauw*
        Jason L. DePauw (MN Bar#0392150)
        Munir R. Meghjee (MN Bar #0301437)
        Robins Kaplan LLP
        800 LaSalle Avenue, Suite 2800
        Minneapolis, MN 55402
        Telephone: (612) 349-8500
        Facsimile: (612) 339-4181
        jdepauw@robinskaplan.com
        mmeghjee@robinskaplan.com

*Attorneys for Plaintiff*