UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Yvonne Holt* <br> *Case No. 2:17-cv-12971* | |

**Order Granting Plaintiff's Leave to File Amended Short Form Complaint**

This matter having come before the Court on Plaintiff's Motion for Leave (Dkt. No. \_\_\_\_\_) to File an Amended Short Form Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the above entitled motion is GRANTED.

New Orleans, Louisiana this \_\_\_\_day of _____, 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge

1