UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES UNDER LA. REV. STAT. §2800.59 AND ITS EXHIBIT UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiffs' Reply in Support of Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses Under La. Rev. Stat. §2800.59 and its attachment (Exhibit 1) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiffs' Reply in Support of Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses Under La. Rev. Stat. §2800.59 and its attachment (Exhibit 1) UNDER SEAL.

New Orleans, Louisiana, this ___ of March, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE