BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Twila Johnson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC**<br><br>Civil Action No.: 2:17-cv-13564 |

Pursuant to CMO 12A, Plaintiffs dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiffs seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of March, 2020

    Respectfully submitted,
    GOMEZ TRIAL ATTORNEYS
    /s/Lindsay R. Stevens
    John H. Gomez (CA Bar # 171485) T.A
    Ahmed S. Diab (CA Bar # 262319)
    Lindsay R. Stevens (CA Bar # 256811)
    655 West Broadway, Suite 1700
    San Diego, California 92101

>Telephone: (619) 237-3490
>Facsimile: (619) 237-3496
>*john@thegomezfirm.com*
>*adiab@thegomezfirm.com*
>*lstevens@thegomezfirm.com*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 20, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>*/s/ Lindsay R. Stevens*
>Lindsay R. Stevens (CA Bar # 256811)
>GOMEZ TRIAL ATTORNEYS
>655 West Broadway, Suite 1700
>San Diego, California 92101
>Telephone: (619) 237-3490
>Facsimile: (619) 237-3496
>lstevens@thegomezfirm.com