<div style="text-align:center">

**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

</div>

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Elizabeth Wells v. Sandoz Inc. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**<br><br>Civil Action No.: 2:17-cv-9990 |

NOW COMES Plaintiff Elizabeth Wells, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her Amended Short Form Complaint, as attached hereto. This motion also dismisses with prejudice previously named Defendants Sanofi-Aventis US, LLC and Sanofi US Service, Inc.

Dated this 20th day of March, 2020        Respectfully submitted,

<div style="margin-left: 40%">

GOMEZ TRIAL ATTORNEYS
 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

</div>

## **CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>*/s/ Lindsay R. Stevens*
>Lindsay R. Stevens (CA Bar # 256811)
>GOMEZ TRIAL ATTORNEYS
>655 West Broadway, Suite 1700
>San Diego, California 92101
>Telephone: (619) 237-3490
>Facsimile: (619) 237-3496
>lstevens@thegomezfirm.com