## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Elizabeth Wells v. Sandoz Inc. | **ORDER** <br><br> Civil Action No.: 2:17-cv-9990 |

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

This ___ day of _____, 2020

_____
The Hon. Jane T. Milazzo