BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Lisa Brown v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al. | ORDER <br><br> Civil Action No.: 2:17-cv-5454 |

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file a Amended Complaint as attached to her Motion.

This ___ day of _____, 2020

_____
The Hon. Jane T. Milazzo

1