UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Doris Williams**
**Case No.: 2:17-cv-11448**

## NOTICE OF WITHDRAWAL OF ELECTRONIC FILING [Dkt. 9645]

On March 19, 2020, Plaintiff filed a Statement of Plaintiff's Counsel [Dkt. 9645] to the Master Docket for *In re Taxotere (Docetaxel) Product Liability Litigation* (Case No. 2:16-md-07240) Plaintiff's counsel now withdraws the declaration [Dkt. 9645] as it was submitted in error.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*