UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC |
| THIS DOCUMENT RELATES TO:<br><br>*Sandra Copeland v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* | |
| | Civil Action No.: |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter (Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.) except Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

1

| | |
|---|---|
| DATED this 23rd day of March, 2020. | Respectfully submitted,<br><br>**REYES \| BROWNE \| REILLEY**<br><br>By: /s/ *Ryan J. Browne*<br>Ryan J. Browne<br>Texas State Bar No. 00796262<br>Spencer P. Browne<br>Texas State Bar No. 24040589<br>8222 Douglas Ave., Suite 400<br>Dallas, TX 75225<br>(214) 526-7900<br>(214) 526-7910 (FAX)<br>ryan@reyeslaw.com<br>spencer@reyeslaw.com<br><br>**ATTORNEYS FOR PLAINTIFF** |

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 23, 2020                    /s/ *Ryan J. Browne*
                                          Ryan J. Browne