UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
|  | Section: N(5) |
| This Document Relates to: | JUDGE JANE TRICHE MILAZZO |
| *Gail Harris v. Sanofi U.S. Services Inc., et al.* Case No. 2:18-cv-00806 | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

Please enter the appearance of Debra J. Humphrey, of the law firm of Marc J. Bern & Partners LLP, as counsel for Plaintiff Gail Harris.

Date: March 23, 2020                    Respectfully submitted,

/s/ Debra J. Humphrey
Debra J. Humphrey
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
Email: dhumphrey@bernllp.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Debra J. Humphrey
Debra J. Humphrey