# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT ACCORD HEALTHCARE, INC.; SAGENT PHARMACEUTICALS, INC.; ACTAVIS LLC F/K/A ACTAVIS INC.; AND ACTAVIS PHARMA, INC.** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:19-cv-00368 |
| CYNTHIA KINSELLA, | |
| v. | |
| SANOFI US SERVICES, INC., ET AL | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

1

Dated this 23rd day of March, 2020.

By:  /s/ Joseph D. Terry
Joseph D. Terry
L. Lee Thweatt
**Terry & Thweatt, P.C.**
One Greenway Plaza, Suite 100
Houston, TX 77046
Telephone: (713) 600-4710
Facsimile: (713) 600-4706
Email: jterry@terrythweatt.com
Email: lthweatt@terrythweatt.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 23, 2020.

                                                 */s/ Joseph D. Terry*
                                                Joseph D. Terry
                                                L. Lee Thweatt
                                                **Terry & Thweatt, P.C.**
                                                One Greenway Plaza, Suite 100
                                                Houston, TX 77046
                                                Telephone: (713) 600-4710
                                                Facsimile: (713) 600-4706
                                                jterry@terrythweatt.com
                                                lthweatt@terrythweatt.com