**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Lisa Long* | * | CIVIL ACTION NO. 2:17-cv-16340 |
| | * | |

**PLAINTTIF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff Lisa Long, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 23rd day of March, 2020

BRENT COON & ASSOCIATES

/s/  *Eric W. Newell*
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## **CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6.   Counsel for Sanofi defendants and Accord Healthcare Inc. defendant  gave consent.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 23rd day of March, 2020.

_/s/Eric W. Newell_
Eric W. Newell