UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>Billie Brewer, 2:19-cv-14658=JTM-MBN | : : | |

**MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

Plaintiff Billie Brewer, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint, and in support thereof would show the Court the following:

Relying on recollection and belief, Plaintiff filed her Short Form Complaint on December 17, 2019, naming Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis U.S. LLC, and McKesson Corporation d/b/a McKesson Packaging. Thereafter, Plaintiff obtained additional records from Plaintiff's infusion facility in response to a subpoena issued under CMO 12A. These records revealed that Plaintiff was infused with docetaxel manufactured by Eagle Pharmaceuticals and Accord Healthcare, Inc. Consequently, Plaintiff seeks leave to amend her complaint to remove the previously named defendants and add Accord Healthcare, Inc. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with the appropriate defense counsels and there is no opposition to this motion.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Date:   March 23, 2020                                  Respectfully submitted,


                                              /s/     *Colin G. Wood, Esq.*
                                              **JASON JOY & ASSOCIATES, PLLC**
                                              Colin G. Wood
                                              Texas Bar No.: 24082535
                                              Colin@jasonjoylaw.com
                                              Jason J. Joy
                                              Texas Bar No.: 24058932
                                              Jason@jasonjoylaw.com
                                              909 Texas Street, Suite 1801
                                              Houston, TX 77002
                                              Telephone: (713) 221-6500
                                              Facsimile: (713) 221-1717


## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of March 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                              /s/ *Colin G. Wood*
                                              Colin G. Wood