UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br><br>BILLIE BREWER v. SANOFI US SERVICES, INC. F/K/A SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S. LLC, AND MCKESSON CORPORATION D/B/A MCKESSON PACKAGING | : : : : : : : : : | Civil Action No.: 2:19-CV-14658 |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9728).

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Hon. Jane Triche Milazzo