UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br> SECTION "H" (5) <br> JUDGE TRICHE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO <br> Billie Brewer, 2:19-cv-14658-JTM-MBN | : : | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File an Amended Short Form Complaint is hereby set for submission before District Judge Milazzo or Magistrate Judge North on April 8, 2020 at 9:30am or 11:00am.

Date:   March 23, 2020                                          Respectfully submitted,

/s/     Colin G. Wood, Esq.
**JASON JOY & ASSOCIATES, PLLC**
Colin G. Wood
Texas Bar No.: 24082535
Colin@jasonjoylaw.com
Jason J. Joy
Texas Bar No.: 24058932
Jason@jasonjoylaw.com
909 Texas Street, Suite 1801
Houston, TX 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/     Colin G. Wood, Esq.
Colin G. Wood