**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to:** | ) | |
| Elizabeth Kahn, No. 2:16-cv-17039 | ) | |
| June Phillips, No. 2:16-cv-15397 | ) | |

**ORDER**

On March 11, 2020, the Court held oral argument on several Motions. **IT IS ORDERED** that:

Defendants' Motion for Summary Judgment Based on Statute of Limitations (Doc. 9295) is **DENIED**;

Defendants' Motion for Summary Judgment Based on Warnings Causation (Against Elizabeth Kahn) (Doc. 9300) is **DENIED**; and

Defendants' Motion for Summary Judgment Based on Warnings Causation (Against June Phillips) (Doc. 9299) is **GRANTED.** Plaintiff June Phillips' case is **DISMISSED WITH PREJUDICE**.

Written reasons will follow.

New Orleans, Louisiana, this 23rd day of March, 2020.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**