UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Vivian Crenshaw                      , <br><br>    Plaintiff(s),<br><br>vs.<br><br>Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.    ,<br><br>    Defendant(s).<br>-------------------------------------------------------------- | : : : : : : : : : : : | <br><br><br>Civil Action No.:  2:17-cv-14012  |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1] Plaintiff's original Complaint was filed in the Eastern District of Louisiana on December 1, 2017 (*Vivian Crenshaw v. Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., et al,* Case No. 2:17-cv-14012), and Plaintiff served Defendants pursuant to PTO 9.

Plaintiff has learned through the acquisition of medical records that show that Sanofi-Aventis U.S. LLC; Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc.; and Sagent Pharmaceuticals, Inc. should be named as the Defendants in Plaintiff's Complaint. Thus,

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion based on the understanding and agreement that Defendants do not waive any defenses including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved.

Respectfully submitted this 24th day of March 2020.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 24, 2020

/s/ Rhett A. McSweeney
Rhett A. McSweeney

2