UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Miriam Kridner
Case No.: 16-cv-16945

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Miriam Kridner files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Miriam Kridner died on or about December 6, 2018, during the pendency of this civil action. A Motion to Substitute Parties for Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: March 25, 2020　　　　　　　　　**JOHNSON BECKER, PLLC**

　　　　　　　　　　　　　　　　　　　　/s/ Alexandra W. Robertson
　　　　　　　　　　　　　　　　　　　　Alexandra W. Robertson, Esq. MN Bar #395619
　　　　　　　　　　　　　　　　　　　　Timothy J. Becker, Esq. MN Bar #256663
　　　　　　　　　　　　　　　　　　　　Johnson Becker, PLLC
　　　　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　St. Paul, Minnesota 55101
　　　　　　　　　　　　　　　　　　　　(612) 436-1800 (telephone)
　　　　　　　　　　　　　　　　　　　　arobertson@johnsonbecker.com
　　　　　　　　　　　　　　　　　　　　tbecker@johnsonbecker.com

　　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on March 25, 2020, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson
