UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Miriam Kridner
Case No.: 16-cv-16945

## PLAINTIFF'S MOTION TO SUBSTITUTE CHARLES KRIDNER ON BEHALF OF MIRIAM KRIDNER

COMES NOW, Plaintiff Miriam Kridner and files this motion to substitute her surviving spouse, Charles Kridner, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Miriam Kridner filed the present action in the United States District Court for the Eastern District of Louisiana on November 15, 2016;

2. Plaintiff Miriam Kridner died on December 6, 2018;

3. On March 25, 2020, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Charles Kridner is the surviving spouse and proper party plaintiff pursuant to the laws of the State of Louisiana.

Plaintiff respectfully requests that Charles Kridner be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: March 25, 2020　　　　　　　　　　**JOHNSON BECKER, PLLC**

<u>/s/ Alexandra W. Robertson</u>
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on March 25, 2020, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson