**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | MDL NO. 2740 |
| **PRODUCTS LIABILITY LITIGATION** | |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Miriam Kridner
Case No.: 16-cv-16945

_____

**ORDER**

_____

Upon Plaintiff's Motion to Substitute Charles Kridner on behalf of Miriam Kridner and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2020

_____

The Hon. Jane Triche Milazzo