## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT, SANOFI US SERVICES, INC. AND SANOFI-AVENTIS U.S., LLC.** |
| THIS DOCUMENT RELATES TO:<br>Tabatha Stillwell | Civil Action No.: 2:18-cv-5950 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi U.S. Services, Inc. and Sanofi-Aventis U.S., LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 25th day of March, 2020

Respectfully submitted,

MURRAY LAW FIRM

*/s/ Robin Myers Primeau*
Stephen B. Murray, Sr.
Arthur M. Murray

       Robin Myers Primeau (La. Bar No. 32613)
       Jessica W. Hayes
       MURRAY LAW FIRM
       650 Poydras Street, Suite 2150
       New Orleans, Louisiana 70130
       (T) 504-525-8100
       (F) 504-584-5249
       smurray@murray-lawfirm.com
       amurray@murray-lawfirm.com
       rmyers@murray-lawfirm.com
       jhayes@murray-lawfirm.com

       ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

  I hereby certify that on March 25, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

  DATED: March 25, 2020        /s/ *Robin Myers Primeau*