# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT, SANOFI US SERVICES, INC, SANOFI-AVENTIS U.S., LLC, AND ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO:<br>Barbara Navy | Civil Action No.: 2:17-cv-8588 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi U.S. Services, Inc., Sanofi-Aventis U.S., LLC and Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 25th day of March, 2020

Respectfully submitted,

MURRAY LAW FIRM

*/s/ Robin Myers Primeau*

>Stephen B. Murray, Sr.
>Arthur M. Murray
>Robin Myers Primeau (La. Bar No. 32613)
>Jessica W. Hayes
>MURRAY LAW FIRM
>650 Poydras Street, Suite 2150
>New Orleans, Louisiana 70130
>(T)   504-525-8100
>(F)   504-584-5249
>smurray@murray-lawfirm.com
>amurray@murray-lawfirm.com
>rmyers@murray-lawfirm.com
>jhayes@murray-lawfirm.com

>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 25, 2020                    /s/ *Robin Myers Primeau*