# Exhibit B

Aug. 9. 2018 3:39PM  C D H                                                    No. 3780  P. 2
Case 2:16-md-02740-JTM-MBN Document 9798-2 Filed 03/25/20 Page 2 of 3
Case 2:16-md-02740-JTM-MBN Document 3492 Filed 07/24/18 Page 13 of 16

## EXHIBIT B

### STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Janice Infusino

DATE OF BIRTH: ███████████  SSN: ███████████

TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

SANOFI AVENTIS US LLC
- ☐ 0075-8001-80
- ☐ 0075-8001-20
- ☒ 0075-8003-01
- ☐ 0075-8004-04

SANOFI AVENTIS US LLC d/b/a WINTHROP US
- ☐ 0955-1020-01
- ☐ 0955-1021-04
- ☐ 0955-1022-08

HOSPIRA, INC.
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27
- ☐ 0409-0366-01
- ☐ 0409-0367-01
- ☐ 0409-0368-01
- ☐ 0409-0369-01

McKESSON PACKAGING SERVICES
- ☐ 63739-932-11
- ☐ 63739-971-17

SANDOZ INC.
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

ACCORD HEALTHCARE, INC.
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-231-63
- ☐ 16729-231-64
- ☐ 16729-231-65
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

SAGENT PHARMACEUTICALS
- ☒ 25021-222-01
- ☒ 25021-222-04
- ☐ 25021-222-07
- ☒ 25021-245-01  °J. 9/4/18
- ☐ 25021-245-04

PFIZER LABORATORIES
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9141-33
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9142-33
- ☐ 0069-9143-22
- ☐ 0069-9143-33
- ☐ 0069-9144-11
- ☐ 0069-9144-22
- ☐ 0069-9144-33

ACTAVIS PHARMA, INC.
- ☐ 45963-734-52
- ☐ 45963-734-54
- ☐ 45963-734-74
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

DR REDDYS LAB LTD.
- ☐ 43598-258-11
- ☐ 43598-259-40

TEVA PHARMS USA
- ☐ 0703-5720-01
- ☐ 0703-5730-01

NORTHSTAR RX LLC
- ☐ 16714-465-01
- ☐ 16714-500-01

EAGLE PHARMACEUTICALS
- ☐ 42367-121-25
- ☐ 42367-121-29

SUN PHARMACEUTICAL INDUSTRIES, INC.
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☒ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

13

Aug. 9. 2018 3:40PM    C D H                                    No. 3780   P. 3
Case 2:16-md-02740-JTM-MBN   Document 9798-2   Filed 03/25/20   Page 3 of 3
Case 2:16-md-02740-JTM-MBN   Document 3492   Filed 07/24/18   Page 14 of 16

__6/26/14__
DATE OF FIRST TREATMENT

__10/9/14__
DATE OF LAST TREATMENT

__6__
# OF DOSES

_Carolyn Junkroski PharmD._
SIGNATURE OF REPRESENTATIVE OF PRACTICE/INFUSION CENTER

__Northwestern Medicine Cancer Center - Central DuPage Hospital__
NAME OF PRACTICE/INFUSION CENTER

__Carolyn Junkroski PharmD.__
PRINTED NAME & TITLE OF REPRESENTATIVE

__4405 Weaver Parkway__
ADDRESS

__8/9/18__
DATE

__Warrenville, IL 60555__
CITY, STATE, ZIP