UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| GENEVA SIMMONS, | MAG. JUDGE NORTH |
| Plaintiff, | |
| v. | Civil Action No.: 2:17-cv-09337 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Geneva Simmons, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a), hereby respectfully moves for leave to file an Amended Short Form Complaint, attached hereto as Exhibit A.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Actavis/Sagent Pharmaceuticals, Inc. ("Sagent"), who plan to oppose this motion for leave to amend on statute of limitations grounds. Under Fed. R. Civ. P. 15(a)(2), justice requires the Court's leave to amend in order to name the correct defendants because product identification has been obtained that indicates Sagent as a docetaxel manufacturer for Plaintiff's chemotherapy treatment. *See* Exhibit B.

Actavis/Sagent plan to oppose this motion for leave to amend based on its argument that the amendment would be futile because the claim is time-barred. However, a substantive disagreement on timeliness is premature with regards to this motion for leave to amend Plaintiff's Short Form Complaint. Because the timeliness disagreement is premature, deciding whether

Plaintiff's claims are timely is not an issue that is ripe for the Court. Furthermore, the discovery rule exception to Texas' statute of limitation operates to toll Plaintiff's claims in this case.

Therefore, Plaintiff requests that the Court grant her leave to amend her Short Form Complaint because positive identification of Sagent as a docetaxel manufacturer in her chemotherapy treatment has been obtained, the issue of timeliness is not ripe for the Court to review or decide, and Texas law operates to preserve Plaintiff's claim from any timeliness defense arguments.

Respectfully submitted on March 25, 2020.

By: /s/ Nathan Buttars
Nathan Buttars
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel for Actavis/Sagent, and there is opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 25, 2020          */s/ Nathan Buttars*