# Exhibit B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Geneva Simmons

DATE OF BIRTH:    SSN:

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

SANOFI AVENTIS US LLC
- ☐ 0075-8001-80
- ☐ 0075-8001-20
- ☐ 0075-8003-01
- ☐ 0075-8004-04

SANOFI AVENTIS US LLC d/b/a WINTHROP US
- ☒ 0955-1020-01
- ☒ 0955-1021-04
- ☐ 0955-1022-08

HOSPIRA, INC.
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27
- ☐ 0409-0366-01
- ☐ 0409-0367-01
- ☐ 0409-0368-01
- ☐ 0409-0369-01

McKESSON PACKAGING SERVICES
- ☐ 63739-932-11
- ☐ 63739-971-17

SANDOZ INC.
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

ACCORD HEALTHCARE, INC.
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☒ 16729-231-63
- ☒ 16729-231-64
- ☐ 16729-231-65
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

SAGENT PHARMACEUTICALS
- ☒ 25021-222-01
- ☒ 25021-222-04
- ☐ 25021-222-07
- ☐ 25021-245-01
- ☐ 25021-245-04

PFIZER LABORATORIES
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9141-33
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9142-33
- ☐ 0069-9143-22
- ☐ 0069-9143-33
- ☐ 0069-9144-11
- ☐ 0069-9144-22
- ☐ 0069-9144-33

ACTAVIS PHARMA, INC.
- ☐ 45963-734-52
- ☐ 45963-734-54
- ☐ 45963-734-74
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

DR. REDDYS LAB LTD.
- ☐ 43598-258-11
- ☐ 43598-259-40

TEVA PHARMS USA
- ☐ 0703-5720-01
- ☐ 0703-5730-01

NORTHSTAR RX LLC
- ☐ 16714-465-01
- ☐ 16714-500-01

EAGLE PHARMACEUTICALS
- ☐ 42367-121-25
- ☐ 42367-121-29

SUN PHARMACEUTICAL INDUSTRIES, INC.
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT ☐ WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

DATE OF FIRST TREATMENT: 12/26/13

DATE OF LAST TREATMENT: 2/27/2014

# OF CYCLES: 4

_____
SIGNATURE OF REPRESENTATIVE OF

Shelly Biggs, Director
_____
PRINTED NAME & TITLE OF REPRESENTATIVE

9/24/18
_____
DATE

Covenant Children's
Joe Arrington Cancer Center
_____
NAME OF PRACTICE/INFUSION

4101 22ND
_____
ADDRESS

Lubbock, Texas 79410
_____
CITY, STATE, ZIP

14