UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| GENEVA SIMMONS, | : : | MAG. JUDGE NORTH |
| Plaintiffs,<br>vs. | : : : | Civil Action No.: 2:17-cv-09337 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : : | |
| Defendants. | : : | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File an Amended Short Form Complaint is hereby set for submission before District Judge Milazzo or Magistrate Judge North on April 22, 2020 at 9:30am.

Respectfully submitted on March 25, 2020

By: */s/ Nathan Buttars*
Nathan Buttars
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 25, 2020         */s/ Nathan Buttars*