UNITED STATES DISTRICT COURT
EASTERN DISTICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO <br><br> Martha Blodgett v. Sanofi U.S Services Inc., et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Hospira Worldwide and Hospira Inc.** <br><br> Civil Action No.: 2:18-cv-12456 |

Pursuant to MCO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide and Hospira Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec.Doc.1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Date this 26th day of March, 2020

                                                    THE MAHER LAW FIRM

                                                    /s/ Jason R. Fraxedas
                                                    Jason R. Fraxedas, Esq.
                                                    271 West Canton Avenue, Suite 1
                                                    Winter Park, FL 32789
                                                    Phone: 407-839-0866
                                                    Fax: 407-425-7958

                                                    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of March 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 26, 2020                             */s/ Jason R. Fraxedas*