UNITED STATES DISTRICT COURT
EASTERN DISTICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO <br><br> Christine Douglas v. Sanofi U.S. Services Inc., et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICE, SANOFI-AVENTIS, US LLC, ACCORD HEALTHCARE, HOSPIRA WORLDWIDE, HOSPIRA INC., SANDOZ, SUN PHARMA GLOBAL PZE, AND WINTHROP** <br><br> Civil Action No.: 2:17-cv-14017 |

Pursuant to MCO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services, Sanofi-Aventis, US LLC, Accord Healthcare, Hospira Worldwide, Hospira Inc., Sandoz, Sun Pharma Global PZE, and Winthrop, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec.Doc.1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Date this 26th day of March, 2020

                                                                          THE MAHER LAW FIRM

                                                                          /s/ Jason R. Fraxedas
                                                                          Jason R. Fraxedas, Esq.
                                                                          271 West Canton Avenue, Suite 1

Winter Park, FL 32789  
Phone: 407-839-0866  
Fax: 407-425-7958

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of March 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 26, 2020                         */s/ Jason R. Fraxedas*