# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Hackney et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC.**<br><br>Civil Action No.: 2:19-cv-01902 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc, f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S.LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 26th day of March 2020.

        Debra J. Humphrey, Esq.
        NY Bar No. 5050448
        Marc J. Bern & Partners LLP
        60 East 42nd Street, Suite 950
        New York, NY 10165
        Tel: (212) 702-5000
        Fax: (212) 818-0164
        dhumphrey@bernllp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 26th of 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 26th, 2020

                                                 /s/ Debra J. Humphrey