UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| VIVIAN BAKER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ACCORD HEALTHCARE, INC.<br><br>　　　　　　　Defendants. | Civil Action No.:2:17-cv-09497 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff Vivian Baker, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), and hereby moves for leave to file her First Amended Short Form Complaint, attached hereto as Exhibit A.

Plaintiff contacted Defendants' Liaison counsel and counsel for Accord Healthcare., who indicated that Defendants do not oppose the filing of Plaintiff's Amended Short Form Complaint.

Respectfully submitted this 26th day of March, 2020.

　　　　　　　　　　　　　　　　　　　　*/s/ C Brannon Robertson*
　　　　　　　　　　　　　　　　　　　　Stephen M. Fernelius
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 06934340
　　　　　　　　　　　　　　　　　　　　C. Brannon Robertson
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 240028522
　　　　　　　　　　　　　　　　　　　　Ryan M. Perdue
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24046611
　　　　　　　　　　　　　　　　　　　　Fernelius Simon Mace Robertson
　　　　　　　　　　　　　　　　　　　　Perdue PLLC
　　　　　　　　　　　　　　　　　　　　4119 Montrose Blvd, Ste. 500
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77006

# CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

      /s/ *C. Brannon Robertson*
Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 240028522
Ryan M. Perdue
Texas State Bar No. 24046611
Fernelius Simon Mace Robertson Perdue PLLC
4119 Montrose Blvd, Ste. 500
Houston, Texas 77006