UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| _____ | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Annie Hunt v. Hospira, Inc., et al.; Case No. 2:17-cv-08141* | : | |
| | : | |
| | : | |

### SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Annie Hunt,

files this Suggestion of Death upon the Record.  Plaintiff Annie Hunt departed this world on or

about December 18, 2019 during the pendency of this civil action.


**Dated: March 27, 2020**              **Respectfully submitted,**

                                       */s/ Paige Boldt*_____
                                       **Ryan L. Thompson**
                                       Texas Bar No. 24046969
                                       **Mikal C. Watts**
                                       Texas Bar No. 20981820
                                       **Paige Boldt**
                                       Texas Bar No. 24082626

                                       **WATTS GUERRA LLP**
                                       5726 Hausman Rd. W., Ste. 119
                                       San Antonio, TX 78249
                                       Telephone: 866.529.9100
                                       Fax: 210.448.0501
                                       Email: rthompson@wattsguerra.com
                                       Email: mcwatts@wattsguerra.com
                                       Email: pboldt@wattsguerra.com

                                       **ATTORNEYS FOR PLAINTIFF**