UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Vivian Crenshaw                                    ,<br><br>    Plaintiff(s),<br>vs.<br><br><br>Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.    ,<br><br>    Defendant(s).<br>-------------------------------------------------------------- | : : : : : : : : : : : : | <br><br><br>Civil Action No.:  2:17-cv-14012 |

## ORDER

    Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.


This the _____ day of _____ , 2020.


                                                                                                                 Judge Jane Milazzo, U.S. District Judge