UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **TRAVANA BANKS-RASHEED**<br><br>      Plaintiff(s),<br><br>vs.<br><br>**HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC,** and **HOSPIRA, INC.**<br><br>      Defendant(s). | : : : : : : : : : : : : : | **COMPLAINT & JURY DEMAND**<br><br><br>Civil Action No.: **2:19-cv-4025** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff, Travana Banks-Rasheed, by and through her Counsel, **with the consent of Defendants**, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter. This motion also dismisses with prejudice previously named defendants Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC. The copy of the First Amended Short Form Complaint is attached as Exhibit "A" to this Motion, and a Memorandum in Support of this Motion is being filed herewith.

                                                                          Respectfully submitted,

                                                                          /s/ Aaron C. Johnson
                                                                          Aaron C. Johnson, MO # 38756
                                                                          David G. Summers, MO # 42290
                                                                          Summers & Johnson, P.C.
                                                                          717 Thomas Street
                                                                          Weston, MO 64098
                                                                          (816) 640-9940
                                                                          Fax (816) 386-9927

1

aaron@summersandjohnson.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aaron C. Johnson, Attorney for Plaintiff

2