UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | ) | |

Cynthia Thibodeaux, 16-15859

## ORDER

**IT IS ORDERED** that defendant's Motion for Taxation of Costs Against Plaintiff Cynthia Thibodeaux (Doc. 9407) be **REFERRED** to the Clerk of Court for determination.

Signed this 30th day of March, 2020.

_____
United States District Judge