UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )   MDL No. 2740
PRODUCTS LIABILITY LITIGATION )
                              )   SECTION: "H" (5)
                              )
THIS DOCUMENT RELATES TO:     )
All actions                   )

## PRETRIAL ORDER NO. 103

On March 10, 2020, Defendants filed a 14-Day Notice of Non-Compliance Pursuant to Pretrial Order 22A (Doc. 9495), identifying cases for the March 24, 2020 dismissal call docket.

The cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," were identified on Defendants' 14 Day Notice of Noncompliance (Doc. 9495) and have subsequently been **DISMISSED WITH PREJUDICE** by Plaintiffs;

Further, **IT IS ORDERED** that the cases listed on the attached Exhibit B, titled "Non-Compliance Declaration List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed on the attached Exhibit C, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**.

The remainder of cases set for hearing at the March 24, 2020 Show Cause hearing will be carried over and addressed at a future hearing.

New Orleans, Louisiana, this 30th day of March, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**