March 24, 2020
Non Compliance Dismissal List

EXHIBIT A

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Dyer | Janele | 2:19-cv-00730 | PFS Not Substantially Complete | sanofi | McDonald Worley | 3/20/2020 | 9682 |
| 2 | Foxx | Geraldine | 2:19-cv-02446 | PFS Not Substantially Complete; No PTO 71A | sanofi | Marc J. Bern & Partners LLP | 3/16/2020 | 9552 |
| 3 | French | Donna J | 2:17-cv-16652 | PFS Not Substantially Complete | sanofi | Peterson & Associates, P.C. | 3/13/2020 | 9529 |
| 4 | Garrett Way | Rose Maria | 2:19-cv-01862 | PFS Not Substantially Complete; No PTO 71A | sanofi | Marc J. Bern & Partners LLP | 3/16/2020 | 9551 |
| 5 | George | Sandie | 2:17-cv-12704 | PFS Not Substantially Complete | sanofi | Gori Julian & Associates | 3/18/2020 | 9599 |
| 6 | Henigan | Nannette | 2:19-cv-10819 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 | Ferrer, Poirot & Wansbrough | 3/19/2020 | 9635 |
| 7 | Sumling | Millicent | 2:18-cv-13381 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Fears | Nachawati | 3/19/2020 | 9624 |
| 8 | White | Carolyn | 2:16-cv-17485 | PFS Not Substantially Complete; No PTO-71 documentation; No CMO-12 documentation | 505 | Atkins & Markoff | 3/19/2020 | 9640 |
| 9 | Williams | Susan | 2:18-cv-13076 | PFS Not Substantially Complete; No PTO 71A | sanofi | Fears | Nachawati | 3/16/2020 | 9570 |