March 24, 2020
Non Compliance Declarations List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Bonnell | Sarah | 2:19-cv-12553 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19//2020 | 9655 |
| 2 | Bradley | Tanya | 2:18-cv-12372 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19//2020 | 9657 |
| 3 | Curtis | Nellie | 2:17-cv-08626 | No Authorizations; No PTO 71A | sanofi | McGartland Law Firm, PLLC | 12/20/2020 | 8782 |
| 4 | Davis | Rotanda | 2:18-cv-12401 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9654 |
| 5 | Demeniuk | Michele | 2:18-cv-12402 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9652 |
| 6 | Ellis | Bettie A | 2:19-cv-10602 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi | Justinian & Associates PLLC | 3/13/2020 | 9527 |
| 7 | Farrior | Mattie B | 2:18-cv-10979 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi | Lowe Law Group | 1/31/2020 | 9159 |
| 8 | Giest | Marilyn | 2:18-cv-12409 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9594 |
| 9 | Green | Karen | 2:18-cv-12414 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9650 |
| 10 | Hartman | Deborah | 2:17-cv-16308 | PFS Not Substantially Complete; No CMO 12A | sanofi | Allen & Nolte, PLLC (Previously Mulligan) | 3/19/2020 | 9615 |
| 11 | Herrington | Desiree | 2:18-cv-12513 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9649 |
| 12 | Horman | Marcy | 2:18-cv-12517 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9646 |
| 13 | Moldenhauer | Brenda | 2:18-cv-13344 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Fears | Nachawati | 3/19/2020 | 9627 |
| 14 | Prince | Sandra G | 2:16-cv-17801 | No Authorizations | sanofi | Zoll & Kranz, LLC | 3/19/2020 | 9636 |
| 15 | Querry | Chris | 2:17-cv-12360 | No Authorizations; No PTO 71A | sanofi | Johnson Law Group | 1/14/2020 | 9032 |
| 16 | Reynolds | Harriet | 2:19-cv-12538 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9643 |
| 17 | Stone | Dorothy | 2:19-cv-12371 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9642 |