March 24, 2020
Non Compliance Statement List

**EXHIBIT C**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Coleman | Vernita | 2:17-cv-06202 | PFS Not Substantially Complete | sanofi | Johnson Law Group | 1/9/2020 | 9018 |
| 2 | Farrier | Bernadette | 2:18-cv-12242 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9651 |
| 3 | Fisher | Stacey | 2:18-cv-13317 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Fears \| Nachawati | 3/19/2020 | 9623 |
| 4 | Goodman Guy | Debra | 2:18-cv-12528 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9587 |
| 5 | Haines | Jessica | 2:18-cv-12415 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9589 |
| 6 | Henning | Charlene | 2:18-cv-12483 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9610 |
| 7 | Holifield | Shirley | 2:18-cv-13442 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 3/19/2020 | 9633 |
| 8 | Jones | Johnsetta | 2:19-cv-12452 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9590 |
| 9 | Krisell | Sonja | 2:18-cv-12261 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9644 |
| 10 | Lee | Mary | 2:18-cv-12489 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9595 |
| 11 | Longo | Lucia | 2:19-cv-12783 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9611 |
| 12 | Mackay | Christine | 2:18-cv-12338 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9585 |
| 13 | Nichols | Judy | 2:19-cv-12330 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 3/18/2020 | 9592 |
| 14 | Northouse | Carole | 2:18-cv-12509 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9584 |
| 15 | Packer | Judith | 2:17-cv-07647 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9591 |
| 16 | Perry | Ethel | 2:18-cv-13702 | No Authorizations; No CMO 12A; No PTO 71A | sanofi | Fears \| Nachawati | 3/19/2020 | 9625 |
| 17 | Prather | Laura | 2:19-cv-12567 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 3/18/2020 | 9593 |
| 18 | Sage | Lynda | 2:18-cv-12268 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/19/2020 | 9612 |
| 19 | Severino | Carmen | 2:19-cv-12566 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 3/18/2020 | 9583 |
| 20 | Singleton | Towanda | 2:18-cv-13592 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Fears \| Nachawati | 3/19/2020 | 9626 |

March 24, 2020

Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 21 | Taylor | Darlene | 2:18-cv-12289 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9586 |
| 22 | Thompson | Susan | 2:19-cv-12391 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9598 |
| 23 | Titus | Barbara | 2:19-cv-12316 | No Signed/Verified PFS | 505 | Bachus & Schanker | 3/18/2020 | 9581 |
| 24 | Wiggins | Sophia | 2:19-cv-12410 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9597 |
| 25 | Williams | Amanda | 2:19-cv-11764 | PFS Not Substantially Complete; No Authorizations | 505 | Hollis, Wright, Clay & Vail, P.C. | 3/19/2020 | 9613 |
| 26 | Wright | Beverly | 2:19-cv-12830 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 3/18/2020 | 9582 |
| 27 | Young Lane | Audrey | 2:19-cv-12413 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9580 |