UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>Civil Action No.: 2:19-cv-14403<br>Sandra Reskevicus | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

- [✓] Plaintiff lacks evidence of being administered a Taxotere (docetaxel product manufactured by an MDL defendant;
- [✓] Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
- [ ] Other

If warranted under the circumstance, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 30th day of March 2020.

                                                                   BY: Travis R. Walker, Esq.
FBN: 36693
The Law Offices of Travis R. Walker, P.A.
1235 SE Indian Street, Suite 101
Stuart, Florida 34997
Office: (772) 708-0952
masstorts@traviswalkerlaw.com

### CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record for are CM/ECF participants.

DATED: March 30, 2020                /s/ *Travis R. Walker*