UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          )          MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION        )
                                     )          SECTION: "H" (5)
                                     )
This document relates to all cases   )

## ORDER

**IT IS ORDERED** that the liaison counsel telephone conference originally

set for March 25, 2020, is **RESET** for **April 1, 2020, at 2:00 p.m.**

New Orleans, Louisiana, this 30th day of March, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE