UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Cindy Broussard v. Sanofi S.A., et al.<br>Civil Action No.: 2:16-cv-17624 | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

**MOTION TO ENROLL ADDITIONAL COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff in this matter, who moves this Honorable Court for an Order enrolling additional counsel of record on her behalf, Scott R. Bickford and Lawrence J. Centola of/and the law firm of Martzell, Bickford & Centola.

Based on the foregoing, Plaintiff respectfully moves for an order enrolling new counsel of record as set forth above.

Respectfully submitted,

**MICHAEL HINGLE & ASSOCIATES**

*/s/ Michael Hingle*
MICHAEL HINGLE, T.A. (LA Bar #6943)
220 Gause Boulevard
Slidell, LA 70130
(985) 641-6800
(985) 646-1471 (Fax)
colleen@hinglelaw.com
servewmh@hinglelaw.com

CERTIFICATE OF SERVICE

I hereby certify that on March 31st, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Michael Hingle*