**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> Cindy Broussard v. Sanofi S.A., et al. <br> Civil Action No.: 2:16-cv-17624 | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL B. NORTH |

## PROPOSED ORDER ON MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff in this matter, who moves this Honorable Court for an Order enrolling additional counsel of record on her behalf,.

Considering the foregoing motion,

IT IS ORDERED that  Scott R. Bickford and Lawrence J. Centola of/and the law firm of Martzell, Bickford & Centola be enrolled as  additional counsel of record.

New Orleans, Louisiana this _____ day of _____, 2020.

_____

UNITED STATES DISTRICT JUDGE