# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Blynda Smith v. Sanofi S.A., et al.<br>Civil Action No.: 2:17-cv-00617 | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## PROPOSED ORDER ON MOTION TO ENROLL ADDITIONAL COUNSEL

Considering the foregoing motion,

IT IS ORDERED that Scott R. Bickford and Lawrence J. Centola of/and the law firm of Martzell, Bickford & Centola be enrolled as additional counsel of record.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE