# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

This Document Relates to:
Cindy Broussard v. Sanofi S.A., et al.
Civil Action No.: 2:16-cv-17624

MDL NO. 2740

SECTION "N" (5)

JUDGE JANE TRICHE MILAZZO

MAG. JUDGE MICHAEL B. NORTH

## **PROPOSED ORDER ON MOTION TO ENROLL ADDITIONAL COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff in this matter, who moves this Honorable Court for an Order enrolling additional counsel of record on her behalf,.

Considering the foregoing motion,

IT IS ORDERED that Scott R. Bickford and Lawrence J. Centola of/and the law firm of Martzell, Bickford & Centola be enrolled as additional counsel of record.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE