UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO <br> *Yvonne Holt, et al.*, <br> Case No. 17-12971 | |

**SPECIAL APPEARANCE OF SAGENT PHARMACEUTICALS, INC., IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Pursuant to Pretrial Order No. 37A (Doc. 1682), Sagent Pharmaceuticals, Inc. ("Sagent") hereby enters its Special Appearance to oppose *Plaintiff's Motion for Leave to File Amended Short Form Complaint* (Doc. 9686) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 9686-3) be futile because it is time-barred, and there is no "discovery rule" or other tolling available under applicable law to save plaintiff's untimely attempt to add Sagent as a defendant in the lawsuit.

Dated: March 31, 2020.

Respectfully submitted,

/s/ Michael J. Suffern
Michael J. Suffern
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
jheis@ulmer.com

*Attorney for Defendant Sagent Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Michael J. Suffern