# EXHIBIT 1

# Heis, Jennifer

| | |
|---|---|
| **From:** | Heis, Jennifer |
| **Sent:** | Tuesday, March 3, 2020 3:16 PM |
| **To:** | 'Reynolds, Julie A.K.'; Suffern, Michael |
| **Cc:** | McIntosh, Tom; DePauw, Jason L.; Palmer Lambert |
| **Subject:** | RE: Holt v. Sanofi et. al., 2:17-cv-12971 |

Julie,

The longest potentially applicable statute of limitations is two years, but Ms. Holt filed a lawsuit seeking recovery for her alleged injuries more than two years ago.  Therefore, she cannot claim she had not discovered docetaxel caused her alleged injury within the statute of limitations.

If you would still like to discuss by phone, let me know.
Thanks.
Jeni

------
Jennifer Snyder Heis
Ulmer & Berne LLP
513.698.5058

**From:** Reynolds, Julie A.K. <JReynolds@RobinsKaplan.com>
**Sent:** Tuesday, March 3, 2020 1:51 PM
**To:** Suffern, Michael <msuffern@ulmer.com>
**Cc:** Heis, Jennifer <jheis@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; DePauw, Jason L. <JDePauw@RobinsKaplan.com>; Palmer Lambert <plambert@gainsben.com>
**Subject:** RE: Holt v. Sanofi et. al., 2:17-cv-12971

Mr. Suffern,

Could we have a quick 10 minute call today?  We'd like to make sure that we understand your position.

Thank you,

Julie

Julie Reynolds, Esq.
**ROBINS KAPLAN** LLP

Robins Kaplan LLP | 800 LaSalle Avenue | Suite 2800 | Minneapolis, MN 55402
Direct 612.349.0987 | Fax 612.339.4181 | jreynolds@robinskaplan.com | RobinsKaplan.com

**From:** Reynolds, Julie A.K.
**Sent:** Monday, March 2, 2020 11:06 AM
**To:** 'Suffern, Michael' <msuffern@ulmer.com>
**Cc:** Heis, Jennifer <jheis@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; DePauw, Jason L. <JDePauw@RobinsKaplan.com>; 'Palmer Lambert' <plambert@gainsben.com>
**Subject:** RE: Holt v. Sanofi et. al., 2:17-cv-12971

Mr. Suffern,

1

What is your basis for stating that the complaint is time-barred?

Thank you!

Julie Reynolds, Esq.
ROBINS KAPLAN LLP
Robins Kaplan LLP | 800 LaSalle Avenue | Suite 2800 | Minneapolis, MN 55402
Direct 612.349.0987 | Fax 612.339.4181 | jreynolds@robinskaplan.com | RobinsKaplan.com

---

**From:** Suffern, Michael <msuffern@ulmer.com>
**Sent:** Monday, February 24, 2020 11:50 AM
**To:** Reynolds, Julie A.K. <JReynolds@RobinsKaplan.com>
**Cc:** Heis, Jennifer <jheis@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>
**Subject:** [EXTERNAL] RE: Holt v. Sanofi et. al., 2:17-cv-12971

Ms. Reynolds,
Sagent Pharmaceuticals, Inc. is going to enter a special appearance, pursuant to PTO 37A, to oppose the motion for leave to amend to add Sagent as a defendant in this case. The opposition is premised on the fact that the proposed amendment would be futile, because the proposed amended short form complaint clearly is time-barred as to Sagent.

Please call me if you would like to discuss this. Also, we would appreciate it if you would provide us a copy of your motion when you file it.

Thank you.

------
Michael J. Suffern
Ulmer & Berne LLP
513.698.5064

**From:** Reynolds, Julie A.K. <JReynolds@RobinsKaplan.com>
**Sent:** Wednesday, February 12, 2020 2:50 PM
**To:** Suffern, Michael <msuffern@ulmer.com>
**Cc:** olinde@chaffe.com; Heis, Jennifer <jheis@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; DePauw, Jason L. <JDePauw@RobinsKaplan.com>; Molina, Nancy L. <NMolina@RobinsKaplan.com>
**Subject:** RE: Holt v. Sanofi et. al., 2:17-cv-12971

Mr. Suffern,

Please find the proposed pleading attached. As to your request to see the evidence please see Document ID 396947 in MDL Centrality.

Thank you,

Julie

Julie Reynolds, Esq.
ROBINS KAPLAN LLP
Robins Kaplan LLP | 800 LaSalle Avenue | Suite 2800 | Minneapolis, MN 55402
Direct 612.349.0987 | Fax 612.339.4181 | jreynolds@robinskaplan.com | RobinsKaplan.com

**From:** Suffern, Michael <msuffern@ulmer.com>
**Sent:** Tuesday, February 11, 2020 12:30 PM
**To:** Reynolds, Julie A.K. <JReynolds@RobinsKaplan.com>
**Cc:** olinde@chaffe.com; Heis, Jennifer <jheis@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>
**Subject:** [EXTERNAL] FW: Holt v. Sanofi et. al., 2:17-cv-12971

Ms. Reynolds,
Mr. Olinde forwarded your email, below, requesting unopposed leave to amend to add Sagent as a defendant. We represent Sagent. Would you please send us a copy of the proposed motion, so that we may see the precise language to which you are seeking our agreement. Thank you.

------
Michael J. Suffern
Ulmer & Berne LLP
513.698.5064

**From:** Reynolds, Julie A.K. <JReynolds@RobinsKaplan.com>
**Sent:** Tuesday, February 11, 2020 1:23 PM
**To:** olinde@chaffe.com; dmoore@irwinllc.com; julie.callsen@tuckerellis.com; brandon.cox@tuckerellis.com; merrellc@gtlaw.com; hodene@gtlaw.com; markcheffo@quinnemanuel.com; maracuskergonzalez@quinnemanuel.com; laviniadenniston@quinnemanuel.com; kbieri@shb.com; ckaufman@shb.com; gcoan@hinshawlaw.com; kekelly@hinshawlaw.com; Suffern, Michael <msuffern@ulmer.com>; Beck, Kimberly <kbeck@ulmer.com>
**Cc:** Meghjee, Munir R. <MMeghjee@RobinsKaplan.com>; DePauw, Jason L. <JDePauw@RobinsKaplan.com>; Molina, Nancy L. <NMolina@RobinsKaplan.com>; Potter, Ann M. <APotter@RobinsKaplan.com>; Cleary, DeeAnne E. <DCleary@RobinsKaplan.com>
**Subject:** Holt v. Sanofi et. al., 2:17-cv-12971

To Whom it May Concern:
  Pursuant to CMO 37 I am writing to inform you that Ms. Yvonne Holt (2:17-cv-12971) will seek leave of Court to amend her short form complaint to add Sagent as a defendant. Based on Ms. Holt's CMO 12 submission one of the lot numbers of Ms. Holt's doxetael rounds matches a Sagent lot number. In addition Ms. Holt's motion will also seek to dismiss Sanoz, Accord, Hospira, Sun Pharma, Pfizer, and Actavis. Please let us know in the next 14 days if you have any objection to this motion.
  Thank you,
  Julie Reynolds

Julie Reynolds, Esq.
**ROBINS KAPLAN LLP**

Robins Kaplan LLP | 800 LaSalle Avenue | Suite 2800 | Minneapolis, MN 55402
Direct 612.349.0987 | Fax 612.339.4181 | jreynolds@robinskaplan.com | RobinsKaplan.com

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com
_____