UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Thibodeaux v. Sanofi-Aventis, et al,
Case No. 2:16-cv-15859

## JOINT RECORD DESIGNATIONS

NOW INTO COURT, by and through undersigned counsel, come Plaintiff Cynthia Thibodeaux and Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., who submit the following record designations pursuant to an Order from the United States Court of Appeals for the Fifth Circuit dated March 17, 2020. The parties designate documents both from the master docket for *In Re: Taxotere (Docetaxel) Products Liability Litigation*, 16-md-02740, and from the individual member case docket, *Thibodeaux v. Sanofi-Aventis, U.S., Inc. et al.*, 16-cv-15859. Docket entries designated herein should be included in their entirety, including all exhibits and attachments. The filings made under seal in 16-md-02740 that correspond to Doc. No. 8976 should be transmitted to the Court of Appeals in accordance with the District Clerk's usual practices and procedure for preserving confidentiality.

*In re: Taxotere (Docetaxel) Products Liability Litigation*, No. 16-MD-02740:

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 07/25/2017 | 689 | AMENDED MASTER LONG FORM COMPLAINT with Jury Demand against All Defendants filed by All Plaintiffs. (Reference: all cases)(tm) (Entered: 07/25/2017) |

1

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 08/30/2017 | 784 | Minute ORDER for proceedings held before Chief Judge Kurt D. Engelhardt: Motion Hearing held on 8/30/2017. ORDERED that 489 MOTION to Dismiss Plaintiffs' Master Long Form Complaint is DENIED with respect to Count One and Counts Three through Seven of Plaintiffs' Master Long Form Complaint. FURTHER ORDERED that with respect to Counts Two and Eight of the Master Long Form Complaint,, Plaintiffs shall have fourteen (14) days to provide counsel and the Court with supplemental briefing or an amendment as stated herein. ORDERED that 469 MOTION to Remand CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA 17-CV-1812, 17-CV-1813, 17-CV-1814, 17-CV-3864, 17-CV-3866, 17-CV-3865, 17-CV-3867, 17-CV-2356, 17-CV-5832, 17-CV-5833 filed by Plaintiff is GRANTED IN PART and DENIED IN PART as stated herein. ORDERED that 473 MOTION to Remand 17-CV-3871; 17-CV-3871; 17-CV-3893; 17-CV-3894; 17-CV-3895; 17-CV-3896; 17-CV-3897;17-CV-3901; 17-CV-3904; 17-CV-3905; 17-CV-3906; 17-CV-3908; 17-CV-3909; 17-CV-3909; 17-CV-3911; 17-CV-3917; 17-CV-3932; 17-CV-3933; 17-CV-01891; 17-CV-3935; 17-CV-3938; 17-CV-3939; 17-CV-3941; 17-CV-3949; 17-CV-3953; 17-CV-3954; 17-CV-3962; 17-CV-3965; 17-CV-3968; 17-CV-3977; 17-CV-3979; 2:17-CV-02891; 17-CV-4008; 17-CV-4009; 17-CV-4011; 17-CV-4012; 17-CV-4014; 17-CV-3978; 17-CV-3974; 17-CV-3969; 17-CV-3967; 17-CV-4016; 17-CV-4016; 17-CV-4021; 17-CV-4023; 17-CV-4028; 17-CV-4027; 17-CV-4025; 17-CV-4020; 17-CV-4010; 17-CV-3976; 17-CV-3975; 17-CV-3970; 17-CV-3964; 17-CV-3960; 17-CV-3951; 17-CV-3948; 17-CV-3952; 17-CV-3947; 17-CV-3912 is GRANTED, and the referenced cases shall be remanded to the Superior Court of Delaware. (Court Reporter Cathy Pepper.) (Reference: All Cases)(cml) (Additional attachment(s) added on 8/31/2017: # 1 Attendance Sign In Sheet) (cml). (Entered: 08/31/2017) |
| 09/27/2017 | 877 | PRETRIAL ORDER #61: ORDERED that Count Two and Count Eight of Plaintiffs' First Amended Master Long Form Complaint are DISMISSED. IT IS FURTHER ORDERED that an individual plaintiff shall have fourteen (14) days from the date of this Order to amend her Short Form Complaint to allege analogous state law claims that may be viable on an individual basis. Signed by Chief Judge Kurt D. Engelhardt. (Attachments: # 1 Exhibit A) (Reference: All Cases)(cbs) (Entered: 09/27/2017) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 10/16/2017 | 961 | ANSWER to 689 Amended Master Complaint with Jury Demand by Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.(Reference: ALL CASES)(Moore, Douglas) Modified on 10/17/2017 (cml). (Entered: 10/16/2017) |
| 12/06/2017 | 1157 | EXPARTE/CONSENT MOTION for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs by Plaintiff. (Attachments: # 1 Exhibit A: Proposed Amended Short Form Complaints, # 2 Exhibit B: Proposed Order)(Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(Lambert, Matthew) (Entered: 12/06/2017) |
| 12/12/2017 | 1319 | ORDER granting 1157 Motion for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs. Signed by Chief Judge Kurt D. Engelhardt on 12/12/2017. (Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(cbs) (Entered: 12/15/2017) |
| 09/27/2018 | 4407 | Second AMENDED COMPLAINT with Jury Demand Second Amended Master Long Form Complaint adding Sagent Pharmaceuticals, Inc. against Defendant filed by Plaintiff. (Attachments: # 1 Summons for Sagent Pharmaceuticals, Inc.)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 09/27/2018) |
| 01/29/2019 | 6017 | CASE MANAGEMENT ORDER #16 - SELECTING SECOND BELLWETHER TRIAL PLAINTIFF(S): The following Plaintiffs are designated to proceed to the second phase of discovery: (1) Cynthia Thibodeaux, Case No. 2:16-cv-15859 (Primary Plaintiff) and (2) Shelia Crayton, Case No. 2:17-cv-05923. Signed by Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) (Entered: 01/29/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 10/30/2019 | 8424 | MOTION to Compel Discovery from Plaintiffs Sheila Crayton and Cynthia Thibodeaux by Defendant. Motion(s) referred to Michael North. Motion(s) will be submitted on 11/20/2019. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Notice of Submission)(Reference: 17-05923; 16-15859)(Moore, Douglas) Modified submission date & member case reference number on 10/31/2019 (ecm). (Entered: 10/30/2019) |
| 10/30/2019 | 8425 | EXPARTE/CONSENT MOTION to Expedite Hearing on Motion to Compel Discovery from Plaintiffs Sheila Crayton and Cynthia Thibodeaux by Defendant. Motion(s) referred to Michael North. (Attachments: # 1 Proposed Order)(Reference: 17-05923; 16-15859)(Moore, Douglas) Modified member case reference number on 11/4/2019 (ecm). (Entered: 10/30/2019) |
| 10/31/2019 | 8432 | ORDER GRANTING 8425 MOTION to Expedite Hearing on Motion to Compel filed by Defendant. Motion Hearing with Oral Argument set for 11/6/2019 at 2:00 PM during the Discovery Status Conference before Magistrate Judge Michael North on 8424 MOTION to Compel Discovery from Plaintiffs Sheila Crayton and Cynthia Thibodeaux. Signed by Magistrate Judge Michael North on 10/31/2019. (Reference: ALL CASES)(dw) (Entered: 10/31/2019) |
| 11/01/2019 | 8440 | EXPARTE/CONSENT MOTION to Seal by Plaintiff. Motion(s) referred to Michael North. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Exhibit A Under Seal, # 4 Exhibit B Under Seal, # 5 Exhibit C Under Seal)(Reference: 2:17-cv-05923; 2:16-cv-15859)(Root, Richard) Modified referral on 11/4/2019 (ecm). (Entered: 11/01/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 11/01/2019 | 8441 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 8424 MOTION to Compel Discovery from Plaintiffs Sheila Crayton and Cynthia Thibodeaux. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Reference: 2:17-cv-5923; 2:16-cv-15859)(Root, Richard) (Additional attachment(s) added on 11/4/2019: # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C) (dw). Modified on 11/4/2019 per Rec. Doc. 8479 (dw). (Entered: 11/01/2019) |
| 11/04/2019 | 8479 | ORDER GRANTING 8440 Motion for Leave to File Exhibits A, B, and C to Plaintiffs' Opposition to Motion to Compel, Under Seal. Signed by Magistrate Judge Michael North on 11/4/2019. (Reference: 17-5923, 16-15859)(dw) (Entered: 11/04/2019) |
| 11/05/2019 | 8498 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum in Support of Motion to Compel Discovery from Plaintiffs Sheila Crayton and Cynthia Thibodeaux by Defendant. Motion(s) referred to Michael North. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit Z, # 4 Exhibit AA, # 5 Exhibit BB, # 6 Exhibit CC, # 7 Exhibit DD, # 8 Exhibit EE)(Reference: 17-05923; 16-15859)(Moore, Douglas) Modified member case reference number on 11/7/2019 (ecm). (Entered: 11/05/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 11/06/2019 | 8536 | Minute Order. Proceedings held before Magistrate Judge Michael North: Discovery/status conference and PTO 85 call docket conference held on 11/6/2019. On call docket matters, the Court finds that the emails of Erica Lieberman and Joan Phillips are not privileged and are to be produced within seven days. Within 30 days, the following Plaintiffs are to comply with the requirements of the Courts March 27, 2019 minute entry (rec. doc. 6614 ), including the production of complete social media post-strings: Cynthia Bell, Carol Brandon, Donna Carino, Joann Fandal, Dana Guyette, Jane Hall, Sabrina Jones, Sandra Mauer, and Elaine Paul. The Court also took up Defendants motion to compel and related filings. (Rec. docs. 8424, 8441, 8498). The Court declines to order further discovery responses from Ms. Crayton pending the upcoming conference with the District Judge to consider Ms. Craytons role as a Bellwether Plaintiff. With respect to Ms. Thibodeaux, within seven days she is to furnish the defense with a supplemental Rule 26 certification that no further photographs or ESI exist. (Court Reporter Nichelle Drake.) (Reference: ALL CASES) (dw) (Entered: 11/07/2019) |
| 11/07/2019 | 8534 | ORDER GRANTING 8498 Defendants' Motion for Leave to File Reply Brief in Support of their Motion to Compel Discovery filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc. Signed by Magistrate Judge Michael North on 11/6/2019. (Reference: 16-5923, 16-15859) (dw) (Entered: 11/07/2019) |
| 11/07/2019 | 8535 | REPLY to Response to Motion filed by Defendant re 8424 MOTION to Compel Discovery from Plaintiffs Sheila Crayton and Cynthia Thibodeaux. (Attachments: # 1 Exhibit Z, # 2 Exhibit AA, # 3 Exhibit BB, # 4 Exhibit CC, # 5 Exhibit DD, # 6 Exhibit EE)(Reference: 16-5923, 16-15859)(dw) (Entered: 11/07/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 12/09/2019 | 8679 | TRANSCRIPT of Discovery Status Conference and PTO Call Docket Conference held on November 6, 2019 before Judge Michael B. North. Court Reporter/Recorder Nichelle Drake, Telephone number 504-589-7775. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 3/9/2020. (Reference: All Cases)(rsg) (Entered: 12/09/2019) |
| 12/12/2019 | 8702 | ORDER AND REASONS denying 8334 Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint; granting 8602 Motion to Seal Exhibits A, H, I, J, K, L, and M to Defendants' response (Doc. 8601); granting 8650 Motion for Leave to File Reply Memorandum. The Clerk's office is instructed to file Plaintiffs' reply into the record in this matter. Signed by Judge Jane Triche Milazzo on 12/11/2019. (Reference: All Cases)(ecm) (Entered: 12/12/2019) |
| 12/19/2019 | 8779 | MOTION for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux by Defendant. Motion(s) will be submitted on 1/9/2020. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Memorandum in Support, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Notice of Submission)(Reference: 16-15859)(Moore, Douglas) (Entered: 12/19/2019) |
| 12/20/2019 | 8793 | ORDER Setting Oral Argument on 8779 MOTION for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux: The Court will hold oral argument immediately following the 9:30 a.m. status conference on January 9, 2020. Any opposition to the Motion for Summary Judgment shall be filed by January 3, 2020 as agreed to by the parties. Signed by Judge Jane Triche Milazzo.(Reference: 16-15859)(ecm) (Entered: 12/20/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 01/03/2020 | 8890 | EXPARTE/CONSENT MOTION to Seal by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Notice of Manual Attachment, # 3 Exhibit, # 4 Proposed Order)(Reference: 2:16-cv-15859)(Root, Richard) (Entered: 01/03/2020) |
| 01/06/2020 | 8916 | ORDER granting 8890 Motion to Seal Plaintiff's Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Cynthia Thibodeaux, and Exhibits A through S. Signed by Judge Jane Triche Milazzo. (Reference: 16-15859)(ecm) (Entered: 01/06/2020) |
| 01/07/2020 | 8953 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum in Support of Motion for Summary Judgment Based on the Statute of Limitations by Defendant. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Reference: 16-15859)(Moore, Douglas) (Entered: 01/07/2020) |
| 01/07/2020 | 8976 | *SEALED* MEMORANDUM in Opposition filed by plaintiff in response to defendant's Motion for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux (Doc. 8779). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J pt. 1, # 11 Exhibit J pt. 2, # 12 Exhibit J pt. 3, # 13 Exhibit K, # 14 Exhibit L pt. 1, # 15 Exhibit L pt. 2, # 16 Exhibit L pt. 3, # 17 Exhibit L pt. 4, # 18 Exhibit L pt. 5, # 19 Exhibit L pt. 6, # 20 Exhibit L pt. 7, # 21 Exhibit L pt. 8, # 22 Exhibit L pt. 9, # 23 Exhibit L pt. 10, # 24 Exhibit L pt. 11, # 25 Exhibit L pt. 12, # 26 Exhibit L pt. 13, # 27 Exhibit M, # 28 Exhibit N, # 29 Exhibit O, # 30 Exhibit P, # 31 Exhibit Q, # 32 Exhibit R, # 33 Exhibit S) (Reference: 16-15858)(ecm) (Entered: 01/07/2020) |
| | Not Appearing on Docket (see row above) | *Vault Copy of Plaintiff's Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations Grounds Against Plaintiff Cynthia Thibodeaux, and Exhibits A through S.* |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 01/09/2020 | 9024 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Motion Hearing held on 1/9/2020 re 8779 MOTION for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux filed by Defendant. Motion is argued by counsel and taken under submission by the Court. (Court Reporter Jodi Simcox.) (Reference: 16-15859)(ecm) (Entered: 01/10/2020) |
| 01/14/2020 | 9033 | ORDER granting 8779 Motion for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux. Plaintiff's case is DISMISSED WITH PREJUDICE. Written reasons will follow. Further Order granting 8953 Motion for Leave to File Reply. Signed by Judge Jane Triche Milazzo. (Reference: 16-15859)(ecm) (Entered: 01/14/2020) |
| 01/14/2020 | 9034 | REPLY to Response to Motion filed by Defendant re 8779 MOTION for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux. (Reference: 16-15859) (Filed per Rec. Doc. 9033).(ecm) (Entered: 01/14/2020) |
| 01/23/2020 | 9110 | ORDER AND REASONS granting 8779 MOTION for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux. Her case is dismissed with prejudice. Signed by Judge Jane Triche Milazzo on 1/22/2020.(Reference: 16-15859)(ecm) (Entered: 01/23/2020) |
| 01/23/2020 | 9114 | JUDGMENT per Order and Reasons (Doc. 9110). IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims of plaintiff Cynthia Thibodeaux in the above-captioned matter are DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo. (Reference: 16-15859)(ecm) (Entered: 01/23/2020) |
| 02/13/2020 | 9285 | NOTICE OF APPEAL by Plaintiff as to 9114 Judgment, 9033 Order on Motion for Summary Judgment,, Order on Motion for Leave to File,. (Filing fee $ 505, receipt number ALAEDC-8148628.) (Reference: 2:16-cv-15859)(Lambert, Matthew) (Entered: 02/13/2020) |
| 03/16/2020 | 9565 | APPEAL TRANSCRIPT REQUEST by Plaintiff re 9285 Notice of Appeal. (Transcript is already on file) (Reference: 2:16-cv-15859)(Lambert, Matthew) (Entered: 03/16/2020) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 03/16/2020 | 9566 | APPEAL TRANSCRIPT of Motion Hearing held on January 9, 2020 before Judge Jane Triche Milazzo. Court Reporter/Recorder Jodi Simcox, Telephone number 504-589-7780. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 6/15/2020. (Reference: 16-15859)(rsg) (Entered: 03/16/2020) |
|  | Not Appearing on Docket (see row above) | Transcript of Oral Argument Proceedings, Jan. 9, 2020 |

### *Thibodeaux v. Sanofi-Aventis, U.S., Inc. et al.*, No. 16-cv-15859:

| Date | Rec. Doc. | Docket Text (16-15859) |
|---|---|---|
| 10/26/2016 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5777258) filed by Cynthia Thibodeaux. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons)Attorney Morris Bart, III added to party Cynthia Thibodeaux(pty:pla).(Bart, Morris) (Entered: 10/26/2016) |
| 11/04/2016 | 4 | PRETRIAL ORDER #1. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 11/04/2016) |
| 05/31/2017 | 5 | AMENDED SHORT FORM COMPLAINT by Cynthia Thibodeaux. (Barnes, Betsy) Modified on 6/7/2017 (cg). (Entered: 05/31/2017) |
| 06/27/2017 | 6 | Summons Submitted for Issuance (Attachments: # 1 Summons, # 2 Summons, # 3 Summons)(Godshall, Lauren) (Entered: 06/27/2017) |
| 06/28/2017 | 7 | Summons Issued as to Aventis Pharma S.A., Sanofi S.A., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC. (cc) (Entered: 06/28/2017) |

| | | |
|---|---|---|
| 12/12/2017 | 8 | AMENDED SHORT FORM COMPLAINT against Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC, filed by Cynthia Thibodeaux per Rec. Doc. No. 1319 in Master Case.(cbs) (Entered: 12/26/2017) |
| 05/21/2018 | 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance.(ADI) (Entered: 05/21/2018) |
| 01/14/2020 | 10 | ORDER DISMISSING CASE with prejudice per Rec. Doc. 9033 in 16-MD-2740. Written reasons will follow. Signed by Judge Jane Triche Milazzo.(ecm) (Entered: 01/14/2020) |
| 01/23/2020 | 11 | ORDER AND REASONS granting Motion for Summary Judgment. Signed by Judge Jane Triche Milazzo on 1/22/2020. (Filed at Rec. Doc. 9110 in 16-MD-2740)(ecm) (Entered: 01/23/2020) |
| 01/23/2020 | 12 | JUDGMENT that all claims of plaintiff Cynthia Thibodeaux in the above-captioned matter are DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo on 1/23/20. (Filed at Rec. Doc. 9114 in 16-MD-2740)(ecm) (Entered: 01/23/2020) |

Dated: March 31, 2020

Respectfully submitted,

/s/ *Richard L. Root*
Betsy J. Barnes # 19473
Richard Root #19988
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
rroot@morrisbart.com

*Attorneys for Plaintiff*

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

12

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000

| | |
|---|---|
| Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
