UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)      MDL No. 2740
PRODUCTS LIABILITY LITIGATION

    SECTION: "H" (5)

THIS DOCUMENT RELATES TO:

*Gahan v. Sanofi-Aventis US, LLC, et al*
Case No.: 2:16-cv-15283

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Kelly Gahan, Plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Fifth Circuit, from the District Court's final Judgment (Doc. 9448) entered March 3, 2020 dismissing her case with prejudice based upon the Court's Order and Reasons (Doc. 9440) entered concurrently on March 3, 2020 granting summary judgment in favor of Defendants.

Respectfully Submitted,

/s/ *Darin L. Schanker*
Darin L. Schanker, *appearing pro hac vice per PTO #1 (Doc. 4)*
Scot C. Kreider, *appearing pro hac vice per PTO #1 (Doc. 4)*
BACHUS & SCHANKER, LLC
1899 Wynkoop Street
Ste. 700
Denver, CO 80202
(303)899-9800
F: (303)893-9900
dschanker@coloradolaw.net
scot.kreider@coloradolaw.net

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Darin L. Schanker*
Darin L. Schanker