UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Flora Jean Martin
Case No.: 2:17-cv-11247

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Flora Jean Martin whose case is on a Notice of Non-Compliance issued in early March, per the counsel for the Sanofi defendants. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: 4/1/2020

/s/ Alyssa J. White
Alyssa J. White
Johnson Law Group
2925 Richmond Avenue, Ste 1700
Houston, TX 77098
(713) 626-9336
awhite@johnsonlawgroup.com