UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H"(5) |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| Lena Manigo, 2:18-cv-13246 | : | |

## ORDER

Upon Plaintiff's Motion for Leave to File an Amended Short Form Complaint and for good cause shown, it is hereby ordered that Plaintiff's motion is GRANTED and Plaintiff may file her Amended Short Form Complaint, which was attached to Plaintiff's motion as Exhibit A.

This _____ day of _____, 2020.

_____
Judge Milazzo, United States District Judge