UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Yvonne Holt* <br> *Case No. 2:17-cv-12971* | |

**Plaintiff's Motion for Leave to File Reply Memorandum in Support of Her Motion to File an Amended Short Form Complaint**

Plaintiff, Yvonne Holt, by and through her attorneys, respectfully files this Motion for Leave to File a Reply Memorandum in Support of Her Motion for Leave to File an Amended Short Form Complaint (Dkt. 9686). The attached Reply Memorandum complies with the length limit of LR 7.7 for reply briefs and will be helpful to the Court in considering the arguments raised by both parties on this issue.

WHEREFORE, Plaintiff Yvonne Holt respectfully requests that this Court grant leave to file her Reply Memorandum in Support of Her Motion for Leave to File an Amended Short Form Complaint (Dkt. 9686).

1

Respectfully submitted this 2nd day of April, 2020.

**ROBINS KAPLAN LLP**

*/s/ Jason L. DePauw*
Jason L. DePauw (MN Bar #0392150)
Munir R. Meghjee (MN Bar #0301437)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
jdepauw@robinskaplan.com
mmeghjee@robinskaplan.com

*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this 2nd Day of April, 2020, the foregoing the document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

*/s/ Jason L. DePauw*
Jason L. DePauw