UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Yvonne Holt* <br> *Case No. 2:17-cv-12971* | |

**[Proposed] Order**

Considering the Plaintiff's Motion for Leave to File Reply Memorandum in Support of Her Motion for Leave to Amend Her Short Form Complaint;

IT IS HEREBY ORDERED that the above entitled motion is GRANTED, and the Plaintiff's proposed Reply Memorandum in Support of Her Motion to File an Amended Short Form Complaint is hereby entered onto the Court's docket.

New Orleans, Louisiana this ____ day of _____, 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge

1