# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| ANA ARCE  *Plaintiff* vs. SANOFI-AVENTIS U.S. LLC, ET AL., *Defendants* | : : : : : : : : : : : : | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.** Civil Action No.: 2:17-cv-14146 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, separately and d/b/a Winthrop U.S.each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated: April 2, 2020 | Respectfully submitted, |
| | **SHAW COWART, L.L.P.** |
| | */s/ Ethan L. Shaw* |
| | ETHAN L. SHAW |
| | Texas Bar No. 18140480 |
| | elshaw@shawcowart.com |
| | JOHN P. COWART |
| | Texas Bar No. 04919500 |
| | jcowart@shawcowart.com |
| | 1609 Shoal Creek Blvd., Suite 100 |
| | Austin, Texas 78701 |
| | T: 512.499.8900 / F: 512.320.8906 |
| | ***ATTORNEYS FOR PLAINTIFF*** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW