BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Aisha Crews v. Accord Healthcare, Inc. | **ORDER** <br><br> Civil Action No.: 2:17-cv-10525 |

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9467);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of April, 2020.

_____
The Hon. Jane T. Milazzo