BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Susan Fuller v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al. | ORDER <br><br> Civil Action No.: 2:16-cv-16847 |

Upon Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. 9469);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of April, 2020.

_____
The Hon. Jane T. Milazzo