# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| KATHLEEN JACKSON, Plaintiff(s), | : : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| vs. | : : : | |
| SANDOZ INC.; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC. | : : : : | Civil Action No.: _2:19-cv-9924_ |
| Defendant(s). | : | |

## ORDER

Upon Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 9513);

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of April, 2020.

_____
Judge Jane Milazzo, U.S. District Judge