UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| CHRISTY HARBERT,<br>　　　Plaintiff<br><br>Vs.<br><br>SANOFI-AVENTIS U.S. LLC., ET AL.,<br><br>　　　Defendant(s) | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>MOTION FOR LEAVE TO FILE<br>AMENDED COMPLAINT<br>Civil Action No.: 2:16-cv-15839 |

## ORDER

Upon Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 9528);

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of April, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT