# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 03, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30107   In re: Taxotere Prod Liability
                         USDC No. 2:16-MD-2740
                         USDC No. 2:16-CV-15607
                         USDC No. 2:16-CV-17410

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  */s/ Dantrell Johnson*

                                  By: _____
                                  Dantrell L. Johnson, Deputy Clerk
                                  504-310-7689

Ms. Dawn M. Barrios
Ms. Ilana H. Eisenstein
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel
Mr. Richard Lee Root
Mr. T. Aaron Stringer

**P.S. to Counsel**: In light of the fact that the Court's original designation of the record order that issued on March 18, 2020, did not generate a Notice of Docket (NDA) e-mail to counsel, the designation order is now re-sent, NDA e-mailed, and deadline automatically updated until April 17, 2020.