# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740  SECTION "H"(5)  JUDGE TRICHE MILAZZO  MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Sandra Ross, 2:18-cv-13419 | : : | |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint (Doc. 9575);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of April 2020.

_____
Judge Milazzo, United States District Judge