## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"(5)** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **Nicole Pastorkovich, 2:18-cv-13186** | : | |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint

(Doc. 9576);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to

file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of April, 2020.

_____
Judge Milazzo, United States District Judge