UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Kelly Gahan, Case No. 2:16-cv-15283

## DECLARATION

I, **Harley V. Ratliff**, of the law firm Shook, Hardy & Bacon L.L.P., counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi"), in the above-captioned matter, declare that the records maintained by the bookkeeping department of this law firm reflect the following costs expended on behalf of Sanofi in the amount of TWENTY-TWO THOUSAND SIX HUNDRED EIGHTY-FOUR AND 35/100 DOLLARS [$22,684.35] as more fully detailed below:

**COURT COSTS**
Docket Fee Pursuant to 28 U.S.C. § 1923

|  |  |  |
|---|---|---|
|  |  | $20.00 |
|  | Subtotal: | $20.00 |

**DEPOSITION TRANSCRIPT FEES**

| | | |
|---|---|---|
| Transcript fee of Kelly Gahan | | $5,099.99 |
| Transcript fee of Virginia Borges, M.D. | | $3,723.12 |
| | Subtotal: | $8,823.11 |

**OTHER COSTS**

| | | |
|---|---|---|
| Medical Records Collection | | $10,841.24 |
| Dr. Virginia Borges' Fees for Deposition (6 hours x $500/hour) | | $3,000.00 |
| | Subtotal: | $13,841.24 |

                 **TOTAL COSTS EXPENDED:**     **$22,684.35**

2

_____
**HARLEY V. RATLIFF**