UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Kelly Gahan, Case No. 2:16-cv-15283**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi") will bring for hearing the accompanying Motion to Tax Costs against Plaintiff Kelly Gahan on the 22nd day of April, 2020 at 9:30 a.m., before the Honorable William W. Blevins, Clerk of Court for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | Harley Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA 70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile: 504-310-2120 | Facsimile: 816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |
| | |
| | *Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ <i>Douglas J. Moore</i>