UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
) SECTION: "H" (5)
)
This document relates to all cases )
)

## ORDER

On March 23, 2020, the Court issued an order (Doc. 9729) granting Defendants' Motion for Summary Judgment Based on Warnings Causation (Against June Phillips).

**IT IS ORDERED** that the order is **AMENDED** to reflect that only Plaintiff's failure to warn claims and her negligence claims are dismissed. Her fraud claims remain pending.

New Orleans, Louisiana, this 8th day of April, 2020.

**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**