**TRANSCRIPT ORDER FORM (DKT-13)** — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: United State District Court Eastern District of Louisiana    District Court Docket No. 2:16-cv-17144

Short Case Title: Barbara Earnest vs. Sanofi-Aventis U.S., Inc., et al.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Cathy Pepper, CRR, RMR, CCR

Date Notice of Appeal Filed in the District Court: 3/13/2020    Court of Appeals No. 20-30184

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☒ Voir Dire Sept. 16, 2019
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☒ Jury Instructions Sept. 16, 2019 ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| Sept. 16, 2019 | Day 1 - Morning Session Transcript of Jury Trial Proceedings | Jane Triche Milazzo |
| Sept. 17, 2019 | Day 2 - Morning Session Transcript of Jury Trial Proceedings | Jane Triche Milazzo |
| Sept. 18, 2019 | Day 3 - Morning Session Transcript of Jury Trial Proceedings | Jane Triche Milazzo |
| Sept. 19, 2019 | Day 4 - Morning Session Transcript of Jury Trial Proceedings | Jane Triche Milazzo |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☒ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ M. Palmer Lambert    Date Transcript Ordered: 04/08/2020

Print Name: M. Palmer Lambert    Phone: (504)522-2304

Counsel for: Plaintiff

Address: 1100 Poydras Street, Suite 2800, New Orleans LA 70163

Email of Attorney: plambert@gainsben.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____

**TRANSCRIPT ORDER FORM (BKT-13)** — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: United State District Court Eastern District of Louisiana    District Court Docket No. 2:16-cv-17144

Short Case Title: Barbara Earnest vs. Sanofi-Aventis U.S., Inc., et al.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Cathy Pepper, CRR, RMR, CCR

Date Notice of Appeal Filed in the District Court: 3/13/2020    Court of Appeals No. 20-30184

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing ___ ☐ Voir Dire ___
☐ Opening Statement of Plaintiff ___ ☐ Opening Statement of Defendant ___
☐ Closing Argument of Plaintiff ___ ☐ Closing Argument of Defendant: ___
☐ Opinion of court ___ ☐ Jury Instructions ___ ☐ Sentencing ___

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| Sept. 20, 2019 | Day 5 - Morning Session Transcript of Jury Trial Proceedings | Jane Triche Milazzo |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☒ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other ___

Signature: /s/ M. Palmer Lambert    Date Transcript Ordered: 04/08/2020
Print Name: M. Palmer Lambert    Phone: (504)522-2304
Counsel for: Plaintiff
Address: 1100 Poydras Street, Suite 2800, New Orleans LA 70163
Email of Attorney: plambert@gainsben.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) ___

Date ___    Signature of Reporter ___    Tel. ___
Email of Reporter ___

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ___    Actual Number of Volumes ___

Date ___    Signature of Reporter ___