**TRANSCRIPT ORDER FORM (DKT-13)** READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: United State District Court Eastern District of Louisiana  District Court Docket No. 2:16-cv-17144

Short Case Title: Barbara Earnest vs. Sanofi-Aventis U.S., Inc., et al.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Karen A. Ibos, CCR, RPR, CRR, RMR

Date Notice of Appeal Filed in the District Court: 3/13/2020   Court of Appeals No. 20-30184

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☒ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☒ Closing Argument of Plaintiff Sept. 26, 2019  ☒ Closing Argument of Defendant: Sept. 26, 2019
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| Sept. 23, 2019 | Day 6 - Morning Session Transcript of Jury Trial Proceedings | Jane Triche Milazzo |
| Sept. 24, 2019 | Day 7 - Morning Session Transcript of Jury Trial Proceedings | Jane Triche Milazzo |
| Sept. 25, 2019 | Day 8 - Morning Session Transcript of Jury Trial Proceedings | Jane Triche Milazzo |
| Sept. 26, 2019 | Day 9 - Morning Session Transcript of Jury Trial Proceedings | Jane Triche Milazzo |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☒ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ M. Palmer Lambert   Date Transcript Ordered: 04/08/2020
Print Name: M. Palmer Lambert   Phone: (504)522-2304
Counsel for: Plaintiff
Address: 1100 Poydras Street, Suite 2800, New Orleans LA 70163
Email of Attorney: plambert@gainsben.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____