# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>McAfee et al v. Accord Healthcare, Inc. et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. LLC.**<br><br>Civil Action No.: 2:18-cv-10734 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc, f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S.LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 9th day of April 2020.

> Debra J. Humphrey, Esq.
> NY Bar No. 5050448
> Marc J. Bern & Partners LLP
> 60 East 42nd Street, Suite 950
> New York, NY 10165
> Tel: (212) 702-5000
> Fax: (212) 818-0164
> dhumphrey@bernllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9th of 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 9th, 2020

/s/ Debra J. Humphrey