UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 ) ) SECTION: "H" (5) ) ) JUDGE MILAZZO ) ) MAG. JUDGE NORTH ) |
| THIS DOCUMENT RELATES TO: CAROLYN JONES V. SANOFI-AVENTIS U.S. LLC, et al. Civil Action No.: 2:20-cv-850 | ) NOTICE OF PARTIAL ) DISMISSAL WITH PREJUDICE ) AS TO MCKESSON ) CORPORATION D/B/A ) MCKESSON PACKAGING, ) PFIZER INC., ACTAVIS ) PHARMA, INC. & ACTAVIS ) LLC F/K/A ACTAVIS INC. ) |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Defendants McKesson Corporation d/b/a McKesson Packaging, Pfizer Inc., Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 9th day of April, 2020.

Respectfully submitted,

By: */s/ Thomas Smith*
Thomas Smith, TN Bar #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 9, 2020						By: */s/ Thomas Smith*
									Thomas Smith