UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 ) ) SECTION: "H" (5) ) ) JUDGE MILAZZO ) ) MAG. JUDGE NORTH ) ) NOTICE OF PARTIAL ) DISMISSAL WITH PREJUDICE ) AS TO ALL DEFENDANTS ) EXCEPT SANOFI-AVENTIS ) U.S. LLC, SANOFI US SERVICES ) INC. F/K/A SANOFI-AVENTIS |
| THIS DOCUMENT RELATES TO: SUSIE HARRIS v. SANOFI-AVENTIS U.S. LLC, et al. Civil Action No.: 2:19-cv-14700 | ) U.S. INC., SANDOZ INC., ) ACCORD HEALTHCARE, INC., ) HOSPIRA WORLDWIDE, LLC ) F/K/A HOSPIRA WORLDWIDE, ) INC. & HOSPIRA, INC. ) |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all defendants in this matter (McKesson Corporation d/b/a McKesson Packaging, Pfizer Inc., Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.) except Defendants Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis Inc., Sandoz Inc., Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 9th day of April, 2020.

Respectfully submitted,

By: */s/ Thomas Smith*
Thomas Smith, TN Bar #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 9, 2020                    By: */s/ Thomas Smith*
                                            Thomas Smith