# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 09, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30184    In re: Taxotere Prod Liability, et al
                        USDC No. 2:16-MD-2740
                        USDC No. 2:16-CV-17144

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702

Ms. Dawn M. Barrios
Mr. Christopher L. Coffin
Ms. Ilana H. Eisenstein
Ms. Rachel Horton
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel