# EXHIBIT A

DORA SANFORD

DEPOSITION TRANSCRIPT

```
1              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA
2

3

4       - - - - - - - - - - - - - -+
                                    |
5    IN RE: TAXOTERE (DOCETAXEL)  |  MDL NO. 2740
                                    |
6    PRODUCT LIABILITY LITIGATION  |  SECTION "N" (5)
                                    |  JUDGE MILAZZO
7    This Document Relates to:     |
                                    |  No. 2:17-cv-09417
8    Dora Sanford v. Hospira, Inc.|
                                    |
9       - - - - - - - - - - - - - -+
10

11

12             Videotaped Deposition of
13                  DORA SANFORD
14               Washington, D.C.
15              Friday, May 24, 2019
16                 10:05 a.m.
17

18

19

20

21

22

23    Job No. 3391064
24    Reported by:  Laurie Donovan, RPR, CRR, CLR
25
```

Page 2

```
 1           Videotaped Deposition of
 2               DORA SANFORD
 3
 4  Held at the offices of:
 5           Williams & Connolly LLP
 6           725 Twelfth Street, NW
 7           Washington, D.C. 20005
 8           (202)434-5000
 9
10
11
12
13
14
15
16
17
18           Taken pursuant to notice, before
19  Laurie Donovan, Registered Professional
20  Reporter, Certified Realtime Reporter, and
21  notary public for the District of Columbia.
22
23
24
25
```

Page 3

```
 1              A P P E A R A N C E S
 2  ON BEHALF OF THE PLAINTIFFS:
 3           Barrios, Kingsdorf & Casteix LLP
 4           701 Poydras Street
 5           Suite 3650
 6           New Orleans, Louisiana 70139
 7           (504)524-3300
 8           By: Zachary L. Wool, Esq.
 9              zwool@bkc-law.com
10  ON BEHALF OF THE DEFENDANTS:
11           Williams & Connolly LLP
12           725 Twelfth Street, NW
13           Washington, D.C. 20005
14           (202)434-5000
15           By: Neelum J. Wadhwani, Esq.
16              nwadhwani@wc.com
17              Katherine A. Petti, Esq.
18              kpetti@wc.com
19
20
21
22
23
24
25
```

Page 4

```
 1  (Appearances continued)
 2  ALSO ON BEHALF OF DEFENDANTS:
 3           Chaffe McCall LLP
 4           1100 Poydras Street
 5           Suite 2300
 6           New Orleans, Lousiana 70163
 7           (504)585-7022
 8           By: Peter J. Rotolo, III
 9              rotolo@chaffe.com
10  ALSO PRESENT:
11           Nat Pham, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1              EXAMINATION INDEX
 2                                    PAGE
 3  EXAMINATION BY MS. WADHWANI . . . . . . . .  8
 4  EXAMINATION BY MR. WOOL . . . . . . . . . . . 204
 5  FURTHER EXAM BY MS. WADHWANI  . . . . . . . . 213
 6
 7
 8
 9              E X H I B I T S
10  EXHIBIT    DESCRIPTION           PAGE
11  Exhibit 1  Notice of Deposition . . . . . . 25
12  Exhibit 2  Medical record for Dora Sanford,
13              Bates SanfordD-PPR-00739 . . . . 76
14  Exhibit 3  Various medical records for
15              Dora Sanford, breast specialist
16              and kidney doctor . . . . . . . . 85
17  Exhibit 4  Several documents showing
18              information about chemotherapy
19              drugs . . . . . . . . . . . . . . 86
20  Exhibit 5  Receipt from Jenny's Beauty
21              Supply for wigs . . . . . . . . . 91
22  Exhibit 6  Binder entitled "My Journey"
23              containing information regarding
24              cancer treatment for Sanford . . 92
25
```

2 (Pages 2 - 5)

Page 6

1 (Exhibits continued)
2 EXHIBIT   DESCRIPTION           PAGE
3 Exhibit 7  Front page of newspaper article
4       about Dora Sanford in the
5       Zachary Post, "A Survivor's
6       Journey" . . . . . . . . . . . .  97
7 Exhibit 8  Hematology Oncology Progress
8       Note, Bates SanfordD-PPR-00026 .  114
9 Exhibit 9  Chemotherapy Consent Form, Bates
10      number SanfordD-OLOLPhysGrpLHOGMR-
11      00749 . . . . . . . . . . . . . .  121
12 Exhibit 10  Booklet entitled "Chemotherapy
13      Education" Bates number SanfordD-
14      OLOLPhysGrpLHOGMR-00736 . . . . .  130
15 Exhibit 11  Photographs of plaintiff . . . .  167
16 Exhibit 12  Photographs of plaintiff . . . .  178
17 Exhibit 13  Full copy of "A Survivor's
18      Journey" article. . . . . . . . .  193
19 Exhibit 14  Sixth Amended Plaintiff Fact
20      Sheet, Bates SanfordD-PFS-00180 .  195
21 Exhibit 15  Plaintiff Fact Sheet, Bates
22      SanfordD-PFS-00001 . . . . . . .  198
23 Exhibit 16  Declaration signed by plaintiff,
24      Bates SanfordD-PFS-00055 . . . .  199
25

Page 7

1        PROCEEDINGS
2        THE VIDEOGRAPHER:  We are now on
3  the record at 10:05 on May 24, 2019.  This is
4  the video deposition of Dora Sanford taken in
5  the matter of Dora Sanford versus Hospira, et
6  al.  This deposition is located at 725
7  12th Street, Northwest, in Washington, D.C.
8  Our court reporter is Laurie Donovan, my name
9  is Nat Pham, both on behalf of Veritext.
10       Will counsel please introduce
11 themselves and state whom you represent.
12       MR. WOOL:  Zachary Wool for
13 Ms. Sanford.
14       MS. WADHWANI:  Neelum Wadhwani from
15 Williams & Connolly on behalf of Hospira.
16       MS. PETTI:  Katherine Petti from
17 Williams & Connolly on behalf of Hospira.
18       MR. ROTOLO:  Peter Rotolo from
19 Chaffe McCall on behalf of Hospira.
20       THE VIDEOGRAPHER:  Would the court
21 reporter please swear in the witness.
22       (Witness duly sworn.)
23
24
25 ///

Page 8

1        * * * * *
2          DORA SANFORD,
3  having been first duly sworn, testified
4  upon her oath as follows:
5    EXAMINATION BY COUNSEL FOR DEFENDANT
6  BY MS. WADHWANI:
7  Q  Good morning, Mrs. Sanford.
8  A  Good morning.
9  Q  How are you this morning?
10 A  Fine.
11 Q  As I'm sure Zach told you, the
12 deposition setting is a little unusual, because in
13 the normal course of conversation, if you and I
14 were talking and you nodded your head, I would
15 know that you were saying "yes," so if you shook
16 your head, I would know that you were saying "no,"
17 but Ms. Donovan here can only record what I
18 actually say and what you actually say, so you
19 have to give a verbal answer to any of my
20 questions.
21       It's totally normal to forget that
22 throughout the course of the day, and so I might
23 prompt you and just say "is that a yes" or "is
24 that a no."  I'm not pushing on you.  I'm just
25 making sure that Ms. Donovan's record is clear.

Page 9

1        Is that fair?
2  A  That's fair.
3  Q  Okay.
4        The other thing that I'm sure Zach told
5  you is that in normal conversation, you might know
6  where I'm going before I finish my sentence, and I
7  might know where you're going before you finish
8  your sentence, and we often will jump in and talk
9  with each other, but during the course of the
10 deposition, Ms. Donovan cannot record two people
11 speaking at once.
12       So if you can try your best to let me
13 finish my question before you respond, and I will
14 try my best to let you finish your answer before I
15 ask you the next question, maybe we can help each
16 other out with that together.
17       Is that fair?
18 A  That's fair.
19 Q  I met you just a couple minutes ago.  I
20 told you my name is Neelum Wadhwani and I
21 represent Hospira, and I will be taking your
22 deposition today.
23       Is it true that you have filed a lawsuit
24 against Hospira related to your use of the
25 chemotherapy medication docetaxel?

3 (Pages 6 - 9)

1    A   Yes.
2    Q   What is the basis for your claim against
3  Hospira?
4    A   Didn't no one tell me it was permanent
5  hair loss.
6    Q   I'm sorry. I didn't hear you.
7    A   Didn't no one tell me it was permanent
8  hair loss.
9    Q   Your claim against Hospira is that the
10  company did not warn you of the risk of permanent
11  hair loss?
12    A   Correct.
13    Q   Have you been deposed before? Have you
14  ever sat in a room like this and had someone ask
15  you questions that you had to answer, with a court
16  reporter taking down everything you said?
17    A   Yes, when I was young.
18    Q   And what was the reason you were deposed
19  when you were young?
20    A   One of my neighbors got hit by a car. I
21  was like in the third grade at that time.
22    Q   Okay, and so you talked with some
23  lawyers about what you saw in relation to that car
24  accident --
25    A   Yes.

1    Q   -- is that right?
2        And since that time when you were in
3  third grade, have you given any depositions?
4    A   No.
5        MR. WOOL: Ms. Dora, you need to
6     speak up a little bit when you answer so we
7     can all hear you.
8        THE WITNESS: No. I'm sorry.
9  BY MS. WADHWANI:
10    Q   I am a light talker as well, especially
11  as the day goes on, so you let me know when you
12  can't hear me.
13        And I'll make sure to let you know when
14  I can't hear you as well, Zach.
15    A   Okay.
16    Q   Is there any reason that you can't give
17  me accurate and complete responses to my questions
18  today?
19    A   No.
20    Q   Are you currently taking any medications
21  that would impair your ability to give me accurate
22  and complete responses today?
23    A   No.
24    Q   Are you on any medications today?
25    A   Yes.

1    Q   Please tell me which ones.
2    A   I took a Synthroid this morning, a
3  Synthroid.
4    Q   Okay, a Synthroid, and what are you
5  taking Synthroid for?
6    A   Thyroid.
7    Q   What is your understanding of what
8  Synthroid is doing?
9    A   It's balancing my levels, because I
10  don't have a thyroid anymore. Keeping my levels,
11  yeah.
12    Q   It's keeping your levels up --
13    A   Mm-hmm.
14    Q   -- because you don't have a thyroid.
15  How long have you been taking Synthroid?
16    A   Since 2015.
17    Q   We'll get to this in a little bit, but
18  you had a thyroidectomy in January of 2015; is
19  that right?
20    A   Correct.
21    Q   And that was because you had cancer in
22  your thyroid?
23    A   Yes.
24    Q   And since your thyroid was removed in
25  January 2015, have you been taking Synthroid?

1    A   Yes.
2    Q   Are you on any other medications today?
3    A   Yes, but I haven't took them yet. It's
4  not time.
5    Q   Okay. When it's time, what will you be
6  taking today?
7    A   11:00. A calcium drug, a calcium, uh,
8  Vitamin D.
9        THE REPORTER: A cancer drug?
10        THE WITNESS: No. It's a vitamin.
11     It's for calcium.
12        THE REPORTER: Oh, calcium.
13        THE WITNESS: Yeah.
14  BY MS. WADHWANI:
15    Q   You're taking a product that is
16  essentially a Vitamin D?
17    A   Yes, ma'am.
18    Q   And why are you taking that?
19    A   It's for calcium.
20    Q   And I will do my best to keep track of
21  the time, and, of course, I think Zach will also
22  as well to make sure that we take a break before
23  or certainly by 11:00 so that you can take your
24  medication.
25        Are you planning to take any other

4 (Pages 10 - 13)

1 medications today?

2   A   No.

3   Q   Have you taken any other medications in
4 the last 24 hours?

5   A   Yes.

6   Q   Which ones?

7   A   The vitamin, uh, a multivitamin and a
8 Vitamin C.

9   Q   Is the multivitamin a prescription or
10 over the counter?

11   A   Over the counter.

12   Q   And is the Vitamin C a prescription or
13 over the counter?

14   A   Over the counter.

15   Q   And are you taking those under the
16 instruction of any physician?

17   A   Yes.

18   Q   Who?

19   A   My breast specialist. After I had my
20 surgery, they put me on that, uh, the vitamins.

21   Q   After you had your mastectomy?

22   A   Yes, ma'am. Yes.

23   Q   What was your understanding of why you
24 were put on the multivitamin and Vitamin C after
25 your mastectomy?

1   A   Because I needed to. The Vitamin C
2 helps me to keep my immune system up, and also the
3 multivitamin also.

4   Q   And do you recall what your physicians
5 told you about why your immune system might be
6 lowered?

7   A   No.

8   Q   Did your doctors tell you that your
9 immune system might be lowered because you had a
10 mastectomy?

11   A   No.

12   Q   Sitting here today, do you have any
13 understanding of why your immune system was
14 lowered?

15   A   Due to cancer.

16   Q   Due to cancer, the breast cancer?

17   A   Mm-hmm.

18   Q   Can you please tell us your full name
19 for the record.

20   A   Dora Johnson Sanford.

21   Q   And in your life, have you ever used any
22 other names, such as a maiden name?

23   A   Johnson.

24   Q   Johnson, okay. What is your date of
25 birth?

1   A   July 27, 1957.

2   Q   And if I do my math correctly, does that
3 make you 61 years old today?

4   A   Yes.

5   Q   And where were you born?

6   A   New Orleans, Louisiana.

7   Q   What are the last four digits of your
8 Social Security number?

9   A   5016.

10   Q   And are you represented by an attorney
11 today?

12   A   Yes.

13   Q   Who is your attorney?

14   A   Zachary Wool. Wool.

15   Q   And when did you first meet Mr. Wool?

16   A   Only yesterday.

17   Q   Have you spoken with any other lawyers
18 in connection with bringing this lawsuit?

19   A   McGartland Law Firm.

20   Q   Is that Mr. Michael McGartland?

21   A   Yeah, I talked to the, yeah, I talked to
22 the, I talked to the paralegal.

23   Q   The paralegal?

24   A   Mm-hmm.

25   Q   Have you spoken, except for Mr. Wool,

1 with any other attorneys in this case?

2   A   No.

3   Q   How did you come to find your attorneys
4 or the law firm that's representing you in this
5 lawsuit?

6   A   Back in 2016.

7   Q   What happened in 2016?

8   A   I seen a commercial on TV.

9   Q   You saw an advertisement?

10   A   Mm-hmm.

11   Q   What was that advertisement?

12   A   He was talking about Taxotere and
13 permanent hair loss.

14   Q   And what about that lawyer advertisement
15 prompted you to call an attorney?

16   A   Because I know that my hair never did
17 grow back, and I took Taxotere, so I just wanted
18 to get some information about it, so I called.

19   Q   Did you retain a lawyer at that point
20 after you spoke with them? And I'm not looking
21 for you to tell me any conversations you've had
22 with attorneys.

23   A   Yes.

24   Q   Prior to seeing the lawyer
25 advertisement, had any of your doctors told you

5 (Pages 14 - 17)

Page 18

```
 1   that the docetaxel had caused your hair loss?
 2       A   No.
 3           MR. WOOL: Object to form.
 4   BY MS. WADHWANI:
 5       Q   When was the first time that someone
 6   told you that docetaxel may have caused your hair
 7   loss?
 8       A   When I seen the commercial on TV.
 9       Q   So the first time that you believed that
10   docetaxel could have caused your hair loss was
11   when you saw an advertisement by lawyers on the
12   television, correct?
13       A   Yes.
14       Q   Okay. Have you ever looked at your
15   medical records, Ms. Sanford?
16       A   You can ask my lawyer. I don't know.
17       Q   So I'm just asking you personally. Have
18   you seen any of your medical records from say your
19   breast cancer doctors, your oncologists?
20       A   Don't know.
21       Q   Have you seen any medical records from
22   your primary care physicians?
23       A   No.
24       Q   Have you seen any medical records from
25   any of your other physicians?
```

Page 19

```
 1       A   No.
 2       Q   So the only one you're not sure about is
 3   whether you've seen medical records from your
 4   breast cancer doctors; is that right?
 5       A   None of my doctors.
 6       Q   None of your doctors. Okay, I'm sorry.
 7   I misheard you.
 8           So just so we're clear for the record --
 9       A   Yes.
10       Q   -- is it correct that you have not seen
11   any of your medical records at all?
12       A   Rephrase that again.
13       Q   Have you ever seen any of your medical
14   records?
15       A   No.
16       Q   Do you have any reason to think that
17   your medical records are not truthful and
18   accurate?
19           MR. WOOL: Objection to form.
20           THE WITNESS: I don't know.
21   BY MS. WADHWANI:
22       Q   Do you have any basis to think there is
23   anything inaccurate in your medical records?
24           MR. WOOL: Objection to form.
25           THE WITNESS: I don't know.
```

Page 20

```
 1   BY MS. WADHWANI:
 2       Q   Are you aware that your doctors rely on
 3   the information in your medical records to help
 4   diagnose any problems you have?
 5           MR. WOOL: Objection to form.
 6           THE WITNESS: Rephrase that again.
 7   BY MS. WADHWANI:
 8       Q   Sure. Are you aware that your doctors
 9   rely on the information in your medical records to
10   help treat you?
11           MR. WOOL: Same objection.
12           THE WITNESS: I don't know. I
13   don't know.
14   BY MS. WADHWANI:
15       Q   When you go and see your healthcare
16   providers, are you asked questions?
17       A   Yes, I do.
18       Q   Do you get asked questions about your
19   personal medical history?
20       A   Rephrase that again.
21       Q   Sure. When you see your healthcare
22   providers, do you get asked questions about your
23   personal medical history?
24       A   I don't understand.
25       Q   When you go to a doctor's office, are
```

Page 21

```
 1   you given paperwork to fill out?
 2       A   Yes.
 3       Q   And does at least some of that paperwork
 4   include questions about your health and your
 5   medical history?
 6       A   Yes.
 7       Q   And are some of those questions that you
 8   fill out on that form addressing your family
 9   medical history?
10       A   Yes.
11       Q   And do some of those forms ask you about
12   any medications you are taking?
13       A   Yes.
14       Q   When you go into the examination room,
15   does a nurse or a doctor also ask you questions
16   about your current health?
17       A   Yes.
18       Q   When you go into the examination room,
19   does the nurse or doctor also ask you questions
20   about your medical history?
21       A   Yes.
22       Q   When you go into the examining room,
23   does the nurse or doctor ask you questions about
24   any problems or symptoms you are having?
25       A   Yes.
```

6 (Pages 18 - 21)

Page 22

Q When you go into the examination room and talk with a nurse or doctor, do you tell them any concerns you are having related to your physical or medical condition?
A Yes.
Q When you fill out those forms at the doctor's office, do you answer all the questions truthfully and completely?
A Yes.
Q And when you are providing information in response to questions in the examination room by a doctor or a nurse, do you answer all those questions truthfully and completely?
A Yes.
Q And is it fair to say that you know that the information you are giving your doctors about your personal medical history, your current concerns, your symptoms and your medications are very important for the doctor to know?
A Yes.
Q Have you seen any of the nurses or doctors write down information you give them, either on paper or in a computer?
A Yes.
Q And are you -- what's your understanding

Page 23

of why they are recording that information?
A Family history. My family history.
Q Okay. Is it your understanding that they're recording that information so they can use it in their continued care of you?
A Yes.
Q Is it your understanding that the doctors and nurses are recording that information so that they can use it to treat any issues that you are coming in to see them about on that day?
A Yes.
Q So you told me just a few minutes ago that you brought a claim against Hospira because you believe the company did not tell you about permanent hair loss from taking docetaxel; is that right?
A Yes.
Q And what do you mean by "hair loss"?
MR. WOOL: Object to form.
THE WITNESS: Didn't no one tell me about hair loss.
BY MS. WADHWANI:
Q What kind of hair loss did you experience that you attribute to taking -- excuse me. Let me strike that and start again.

Page 24

What -- how would you describe the hair loss that you experienced that you attribute from your use of the chemotherapy agent docetaxel?
A I lost hair. I lost hair.
Q When you say you "lost hair," did it fall out?
I'm, I'm not trying to trick you here, ma'am. What I'm trying to understand is when you say "hair loss," what exactly that means. Are you saying all your hair fell out? Are you saying some of it fell out? That's what I'm trying to understand.
(Witness removes her wig.)
BY MS. WADHWANI:
Q Okay, thank you.
So you're alleging that your hair now is the result of your use of the chemotherapy agent?
A Yes, ma'am.
Q Okay. Thank you, and you're welcome to put your wig back on if you would like.
Would you like to take a moment?
A (Nods.)
THE VIDEOGRAPHER: Going off the record at 10:25.

Page 25

(Whereupon, a short recess was taken.)
THE VIDEOGRAPHER: Back on the record at 10:34.
MR. WOOL: Before we go on, for the written record it is clear, in response to a previous question before we took a break, Ms. Sanford removed her wig. I just want to make sure that the written record is clear when answering that question that you had asked.
MS. WADHWANI: Thank you.
BY MS. WADHWANI:
Q Are you okay to continue?
A Yes.
(Exhibit 1 was marked for identification.)
BY MS. WADHWANI:
Q Ma'am, I've handed you what we've marked as Exhibit 1, and this document is titled "Notice of Deposition of Plaintiff Dora Sanford."
Have you seen this document before?
A Yes.
Q Do you have an understanding that this is the notice that we issued that brought you here

Page 26

1  for your deposition today?
2      A   Yes.
3      Q   And if you turn to the last page on the
4  back of the document, all the way to the back --
5  feel free to take a moment to review that.  I know
6  you've already read it, but just refresh yourself.
7          (Witness peruses document.)
8          THE WITNESS: Fine.  Okay.
9  BY MS. WADHWANI:
10     Q   Do you see that the notice asks for
11  certain kinds of documents and materials?
12     A   Yes.
13     Q   And this morning before our deposition
14  started, Mr. Wool handed me a stack of documents,
15  which, as we go through the day, we'll mark and
16  put into the record to reflect that you brought
17  documents.
18         Were those documents brought, to the
19  best of your knowledge, in response to these
20  document requests in Exhibit A?
21     A   Yes.
22     Q   Do you recall, generally speaking, what
23  it is you brought with you today?
24     A   Yes.
25     Q   What is it?

Page 27

1      A   Yes.
2      Q   What, what do you recall bringing with
3  you today?
4      A   Oh, I didn't bring anything with me
5  today.
6      Q   Okay.  Is it your understanding that the
7  items that were brought in today were items that
8  were in the possession of your lawyers?
9      A   Yes.
10     Q   Do you know if you previously provided
11  those items to your lawyers?
12     A   Yes.
13     Q   Besides the documents that Mr. Wool
14  provided me this morning, have you personally
15  brought in any other documents in response to
16  Exhibit A?
17     A   No.
18     Q   In your normal day-to-day, do you keep
19  any documents related to your healthcare?
20     A   No.  I don't understand.  Say it again.
21     Q   Sure.
22         Do you have a, a file or a place in your
23  house, anything that you might put information
24  related to your healthcare?  For instance, do you
25  keep your prescription information that you may

Page 28

1  get from the pharmacy anywhere?  Do you keep any
2  information, handouts from doctors that you might
3  receive?
4      A   Yes, mm-hmm.
5      Q   What kind of things do you typically
6  keep that you receive related to --
7      A   Doctors' appointments, if I got to take
8  a scan or something like that or get blood work
9  done.
10     Q   So are these kind of documents kind of
11  reminders --
12     A   Reminders.
13     Q   -- and the like that the office may give
14  you to say your next appointment is --
15     A   Yes.
16     Q   Okay.  Do you keep anything else related
17  to your healthcare besides the appointment
18  reminders?
19     A   No.
20     Q   Do you have any documents related to
21  your breast cancer?
22     A   Yes.
23     Q   Can you describe for me what documents
24  you have related to your breast cancer.
25     A   Have today with me now, or --

Page 29

1      Q   That you've ever had.
2      A   Oh, when I first started taking chemo,
3  the documents they give you, they talk to you
4  about.
5      Q   What kind of documents are those?
6      A   About different chemo.
7      Q   Different kinds of chemotherapy
8  treatments?
9      A   Yeah, that they set up for me, yeah.
10     Q   And what do you remember about the
11  information in those documents?
12     A   I remember no, no hair loss, no
13  permanent hair loss.  I remember for the Taxotere,
14  they say hair loss, but no permanent hair loss.
15     Q   And what do you recall seeing about the
16  Taxotere?
17     A   I remember that.
18     Q   Do you remember if this was a document
19  that was prepared by the doctor's office?
20     A   Yes.
21     Q   Did you talk about the information in
22  that document with any of your breast cancer
23  doctors?
24     A   No.
25     Q   Did you ask your breast cancer doctors

8 (Pages 26 - 29)

Page 30

1 any questions about anything you read in that
2 document?
3     A   No.
4     Q   Do you recall if that document
5 guaranteed that your hair would grow back?
6         MR. WOOL:  Object to form.
7         THE WITNESS:  Say that again.
8 BY MS. WADHWANI:
9     Q   Sure.  Did the, the information you
10 reviewed about Taxotere guarantee that your hair
11 would grow back?
12    A   It say -- it didn't say "permanent hair
13 loss."  It say -- all it say "hair loss," so in
14 my, in my way, I'm hoping my hair will grow back.
15    Q   Did the document itself say that your
16 hair would definitely grow back?
17    A   Only say "hair loss."
18    Q   Did it say that your hair would
19 definitely grow back?
20        MR. WOOL:  Object to form.
21        THE WITNESS:  I don't understand
22 that, what you just said.
23 BY MS. WADHWANI:
24    Q   Sure.
25        In the information that you read about

Page 31

1 Taxotere and its discussion of hair loss, did the
2 document say that your hair would definitely grow
3 back?
4     A   It say -- it didn't say "permanent hair
5 loss."
6     Q   Did it say "temporary hair loss"?
7     A   It didn't say "permanent hair loss."
8     Q   Ma'am, can you please answer my
9 question.  Did it say "temporary hair loss"?
10    A   Only say "hair loss," so I'm thinking it
11 will grow back.
12    Q   Did you see any other documents related
13 to your breast cancer treatments besides the one
14 that we've just been describing?
15    A   Yes.
16    Q   Tell me about those.
17    A   Adriamycin say hair loss, but my hair --
18 hair will grow back with that one.
19    Q   And what did you see related to
20 adriamycin?
21    A   It said "hair loss," too.
22    Q   It said "hair loss," too?
23    A   Mm-hmm.
24    Q   Did it say "temporary hair loss"?
25    A   I don't know.  Can't remember.

Page 32

1     Q   Did the adriamycin information that you
2 saw say that your hair would definitely grow back?
3     A   I don't remember.
4     Q   Do you recall seeing any other documents
5 around your breast cancer treatments at the time?
6     A   I took herceptin.
7     Q   What kind of information did you receive
8 related to herceptin?
9     A   It talked about the heart issues, about
10 your heart and stuff like that, yeah.
11    Q   What kind of heart issues?
12    A   It can weaken your heart.
13    Q   And when you say "weaken your heart,"
14 what does that mean?
15    A   You can have heart problems.
16    Q   And you understood from this information
17 about herceptin that you could have heart problems
18 if you took herceptin, right?
19    A   Yes, yes.
20    Q   And knowing that risk, you still decided
21 to take herceptin, right?
22    A   Well, the doctor told me that, ma'am.
23 You know what I'm saying?  Didn't nobody never
24 tell me about permanent hair loss.
25    Q   Right, but I'm focused on herceptin and

Page 33

1 the issue of heart problems that you were talking
2 about.
3     A   Mm-hmm.
4     Q   You saw before you took the herceptin
5 that you could have heart problems?
6     A   Yes.
7     Q   And you took herceptin, right?
8     A   Yes.
9     Q   Do you recall any other information
10 related to your breast cancer treatments?
11    A   No.
12    Q   Do you still have or did you give to
13 your lawyers the information that we've just been
14 discussing that you saw related to Taxotere,
15 adriamycin and herceptin?
16    A   Yes.
17    Q   Did you give that information to your
18 lawyers?
19    A   Yes.
20    Q   Do you have any documents related to
21 your wigs, such as invoices or care?
22    A   I had one receipt.  I just recently
23 bought some wigs, but I normally don't keep
24 receipts for the wigs.  I just buy them and wear
25 them.  I just -- I don't keep the receipt.

9 (Pages 30 - 33)

Page 34

1 Q I think I heard you say you just buy
2 them and wear them, and you don't keep the
3 receipts; is that right?
4 A Yeah, mm-hmm.
5 Q Do you use email?
6 A Yes.
7 Q Do you use social media such as
8 Facebook?
9 A Yes, ma'am, yes.
10 Q Which social media do you use?
11 A Facebook.
12 Q Do you use anything else, like Instagram
13 or -- and I don't use it, so I'm very ignorant
14 about all the variety of different social media,
15 but Instagram or anything else besides Facebook?
16 A I have Facebook. I do have Twitter, but
17 I don't use it, and I have SnapChat, but I don't
18 use that neither. I just -- yeah.
19 Q You signed up --
20 A Signed up for it, yeah, but I use
21 Facebook.
22 Q You use Facebook. How long have you
23 been using Facebook?
24 A Seven years.
25 Q Do you post pictures onto Facebook?

Page 35

1 A Yes, family, yeah.
2 Q Do you -- what other kind of things do
3 you post onto Facebook?
4 A Birthdays. Religious stuff. When I
5 have my survivor date, when I made my five years,
6 I put in I made my five-year survivor rate,
7 survivor, yeah, last year.
8 Q Your breast cancer survivor rate?
9 A Mm-hmm. I made five years last year,
10 and I put my picture in, and everybody knowing I
11 made five years. I survived.
12 Q And then is your Facebook posting
13 public, or is it restricted to certain people?
14 A Friends.
15 Q Friends?
16 A Mm-hmm.
17 Q Family?
18 A Mm-hmm.
19 Q Is that a yes?
20 A Yes. I'm sorry. Yes.
21 Q And did you get a warm response from
22 your friends and your family when you posted your
23 five-year survivor rate?
24 A Yes.
25 Q Was it important to you, that five-year

Page 36

1 milestone?
2 A Yes.
3 Q And why is that?
4 A I'm still here.
5 Q You're still alive?
6 A Yeah.
7 Q At the time that you were diagnosed with
8 breast cancer, were you worried that you might not
9 still be alive five years later?
10 A Yes. That's one of the things, anybody
11 go through cancer, yes.
12 Q Going back a second to your email
13 address, and I promise we won't use it, this is
14 just gathering information, but could you tell me
15 your email addresses?
16 A It's dorajsan@Yahoo.com and
17 dorajsan58@Gmail.com.
18 Q So just so I make sure I heard you
19 correctly, is it "dorajsan," S-A-N, or is it
20 "dorajsanford"?
21 A No. San, S-A-N.
22 Q Oh, okay.
23 A I have Yahoo.com, and I have Gmail, too,
24 but it's 58@gmail.com.
25 Q Do you keep any sort of diary or

Page 37

1 journals?
2 A No.
3 Q Have you ever?
4 A No.
5 Q Do you keep a calendar or some place
6 that you document your upcoming events,
7 activities?
8 A Yeah, on my phone, like doctor's
9 appointments and stuff like that, or my husband is
10 going through cancer right now, I try to keep his
11 appointments on my phone to remind, a reminder.
12 Q Okay. Are the kind of things that you
13 keep on your phone reminders of just medical
14 appointments, or do you keep other kind of things
15 on there?
16 A That's it.
17 Q I want to ask you a little bit of
18 general questions about your personal history now.
19 What is your current address?
20 A 1838 Strickland Court, Woodbridge,
21 Virginia, 22191.
22 Q How long have you lived in Woodbridge?
23 A Since August 28, 2018 with my son.
24 Q Do you live with your son?
25 A Yes.

10 (Pages 34 - 37)

1   Q   Where did you move from?
2   A   Louisiana. Zachary, Louisiana.
3   Q   What brought you up to Woodbridge,
4 Virginia in August of 2018?
5   A   My husband was diagnosed with colon
6 cancer Stage IV, and my son wants us to come live
7 with him for a while until my husband get better.
8   Q   How is your husband doing today?
9   A   Up and down.
10   Q   I'm very sorry to hear that.
11   A   Mm-hmm.
12   Q   And you said you moved from Zachary?
13   A   Louisiana, right outside of Baton Rouge.
14   Q   How long did you live in Zachary,
15 Louisiana?
16   A   Since 1984.
17   Q   Before you moved to Virginia in
18 August 2018, had you lived outside of the state of
19 Louisiana?
20   A   No.
21   Q   Besides your son, do you and your
22 husband live with anyone else in your Woodbridge,
23 Virginia home right now?
24   A   No. Oh, yeah, my daughter-in-law and my
25 grandbaby. I'm sorry.

1   Q   How old is your grandchild?
2   A   She's 13.
3   Q   13?
4   A   Mm-hmm.
5   Q   And I think your attorneys mentioned to
6 us that you might be moving this summer; is that
7 right?
8   A   My son is going to Fort Bragg, so we
9 moving to North Carolina.
10   Q   And I'm sorry. There was a motorcycle
11 going by. Your son is going to where?
12   A   To Fort Bragg, military, so we going to
13 North Carolina next month, once she get out of
14 school, my granddaughter get out of school.
15   Q   All right. So your son is going to Fort
16 Bragg, and you and your husband and your
17 granddaughter and your daughter-in-law, you're all
18 moving to North Carolina to be close to him?
19   A   Yes.
20   Q   And that's going to happen in June?
21   A   Yes.
22   Q   Since you've been living in Woodbridge,
23 what pharmacy do you use to get prescriptions?
24   A   CVS. Sorry.
25   Q   It's okay.

1       And when you were living in Zachary, did
2 you have more or less a typical pharmacy, a
3 pharmacy that you typically went to?
4   A   Yes. CVS was the one I was using before
5 I came, but Winn Dixie, Walgreen and WalMart, all
6 in Zachary.
7   Q   And were you using Winn Dixie and
8 WalMart for your Synthroid when you first started
9 taking it in January of 2015?
10   A   Winn Dixie.
11   Q   Winn Dixie.
12       Ma'am, have you ever served in the
13 military?
14   A   No.
15   Q   Have you ever taken any courses or night
16 programs or anything related to medicine?
17   A   No.
18   Q   Have you ever taken any courses or
19 seminars or night programs or anything related to
20 law and the practice of law?
21   A   No.
22   Q   Are there any doctors in your family?
23   A   No.
24   Q   Are there any lawyers in your family?
25   A   No.

1   Q   Tell me about your hobbies. Do you have
2 any?
3   A   Yes.
4   Q   And what are your hobbies?
5   A   Walking, walking my dog, going to the
6 park, taking long drives, and shopping.
7   Q   Sounds like nice hobbies.
8       When you walk the dog, how far do you
9 typically walk?
10   A   We walk like two blocks, yeah.
11   Q   Have you ever played any sports?
12   A   Yes.
13   Q   What sports?
14   A   Volleyball.
15   Q   Do you still play volleyball today?
16   A   No.
17   Q   When did you used to play volleyball?
18   A   High school.
19   Q   In high school?
20   A   And tennis. I played tennis, too.
21   Q   Did you play tennis in high school?
22   A   Mm-hmm.
23   Q   Is that a yes?
24   A   Yes. I'm sorry.
25   Q   Have you played volleyball or tennis

11 (Pages 38 - 41)

Page 42

1  with any regularity after high school?
2  A  No.
3  Q  Do you do any regular volunteer work
4  either with your church or any community
5  organizations?
6  A  I did before I came here.
7  Q  Before you came to Virginia?
8  A  Mm-hmm.
9  Q  What kind of volunteer work were you
10  doing?
11  A  Phone volunteer, worked on the phone.
12  Q  And was it for a charity?
13  A  Charity.
14  Q  What kind of charity?
15  A  Bible outreach.
16  Q  And explain to me what that means.  What
17  were you doing in that work on the phone?
18  A  People called in and donate money to
19  give Bibles to a pastor in another country.
20  Q  Have you ever taken, since high school,
21  any art courses or --
22  A  Yes.
23  Q  Tell me what you took.
24  A  I did through cancer services at Mary
25  Bird Perkins Cancer Center.  I had my treatment

Page 43

1  through the Woman's Hospital and crafts and art
2  and paint and stuff like that.
3  Q  So what were those courses like?
4  A  There's some you go and sit down and we
5  paint, and someone talk to you.  What it does, it
6  make you -- relax you, calm, yeah, relax you,
7  yeah.
8  Q  And why were you taking those courses?
9  A  That's something that I feel that I need
10  to do to kind of stay focused on, on life, yeah.
11  Q  Were you taking those in connection with
12  the fact that you had suffered from breast cancer?
13  A  Yes.
14  Q  And this was helping you, in taking
15  these art courses, to cope with --
16  A  Yeah.
17  Q  -- having had breast cancer?
18  A  Yes.
19  Q  Since high school, have you taken any
20  courses that you would consider to be
21  education-related?
22  A  I went to college, mm-hmm, yeah.
23  Q  What college did you go to?
24  A  Baton Rouge Community College.
25  Q  What years did you go to Baton Rouge

Page 44

1  Community College?
2  A  2005 to 2007.
3  Q  Did you have a major?
4  A  Yes.  Business.
5  Q  Business?  What made you decide to go to
6  college to pursue a business degree in 2005?
7  A  Just wanted to further my education.
8  Q  And did you get your business degree?
9  A  No, no.  I'm sorry.
10  Q  And why not?
11  A  Had to go to work.  Had to go back to
12  work.
13  Q  And what was your line of work?
14  A  I worked in the insurance industry.
15  Q  How long did you work in the insurance
16  industry?
17  A  Overall the last job or overall all
18  together?  I did 19 years, but I quit and went
19  back to school again, and I had to go back to work
20  again, so 19 years altogether.
21  Q  What kind of insurance?
22  A  The one, the first one was workers'
23  comp, and the second one was homeowners and
24  commercial.
25  Q  We're coming up before 11:00.  Would you

Page 45

1  like for us to take a break for you to take your
2  medication?
3  A  Yes.
4        THE VIDEOGRAPHER:  Off the record
5  at 11:00.
6        (Whereupon, a short recess was
7        taken.)
8        THE VIDEOGRAPHER:  Back on the
9  record at 11:19.
10  BY MS. WADHWANI:
11  Q  Do you smoke, Mrs. Sanford?
12  A  No.
13  Q  Have you ever?
14  A  No.
15  Q  Do you consume alcohol?
16  A  No.
17  Q  Have you ever?
18  A  Teenager.  When I was a teenager.
19  Q  Fair enough.
20  A  Yeah.
21  Q  Can you please tell us for the record
22  your husband's full name.
23  A  Charles Edward Sanford.
24  Q  What is Mr. Sanford's date of birth?
25  A  June 29, 1956.

12 (Pages 42 - 45)

Page 46

1   Q   And when did you meet Mr. Sanford?
2   A   Back in 1976.
3   Q   How did you meet him?
4   A   Through a friend.
5   Q   When did you and Mr. Sanford marry?
6   A   1978.
7   Q   Were you married in Louisiana?
8   A   Yes.
9   Q   And where?
10  A   Baton Rouge.
11  Q   Does your husband currently work?
12  A   Retired.
13  Q   What did he used to do?
14  A   He worked at a paper mill. He was a
15 paper tester.
16  Q   Was that his job during the entire time
17 you were married, or did he have other employment?
18  A   He had another employment before. While
19 we was married -- before we got married, and then
20 we got married, he switched over to the paper
21 mill.
22  Q   Did he switch over to working at the
23 paper mill relatively shortly after you got
24 married?
25  A   Yes.

Page 47

1   Q   Is Mr. Sanford joining your lawsuit, to
2 your knowledge?
3   A   Yes.
4   Q   Do you have an understanding of what
5 Mr. Sanford's claims are in this lawsuit?
6   A   Hair loss, permanent hair loss.
7   Q   So I understand that. I understand that
8 your claim in the lawsuit is that you suffered
9 permanent hair loss.
10  A   Hair loss, yeah.
11  Q   Do you have an understanding of what
12 Mr. Sanford's claims are?
13  A   Yes.
14  Q   What are they?
15  A   My hair loss.
16  Q   Do you have an understanding of what
17 Mr. Sanford is claiming is the reason that your
18 hair loss has prompted him to bring a lawsuit as
19 well?
20  A   Yes.
21  Q   What is your understanding?
22  A   I don't know. I don't know.
23  Q   So we just talked some about your
24 personal history, and now I want to step back a
25 little bit and also talk about your family

Page 48

1 history.
2   A   Yes.
3   Q   Are your parents still living?
4   A   Deceased.
5   Q   Both of them?
6   A   Yes.
7   Q   What was the name of your mother?
8   A   Beatrice Johnson.
9   Q   And what was the name of your father?
10  A   Thomas William.
11  Q   And when did your mother, Mrs. Johnson,
12 die?
13  A   October 2012.
14  Q   What did Mrs. Johnson die of?
15  A   Breast cancer. Breast cancer.
16  Q   I'm very sorry to hear that, and your
17 father?
18  A   He had a stroke.
19  Q   He had a stroke? Okay. When did your
20 father die?
21  A   1984.
22  Q   Do you have any siblings?
23  A   Yes.
24  Q   What are the names of your siblings?
25  A   Linda, Veronica, Gail, Bertel, Thomas,

Page 49

1 Ray, John, Alton.
2       That's it.
3   Q   You did a great job.
4   A   I tried to put them in order.
5   Q   Is that in order of age?
6   A   Yes. Should be nine. Should be eight.
7   Q   Eight. You all must have had a lot of
8 fun as kids.
9       So what's Linda's last name?
10  A   Johnson.
11  Q   So Ms. Linda Johnson, how old is she?
12  A   63. Take that back. I'm sorry. 64.
13  Q   She's not going to like you for making
14 her older.
15      And how is her health? How is her
16 health?
17  A   Good, I guess. She never talk about her
18 health with me, so yeah.
19  Q   Okay, and what about Ms. Veronica?
20  A   Veronica is 63 and good.
21  Q   She's in good health?
22  A   Yeah.
23  Q   What about Ms. Gail?
24  A   Gail is 60. Good.
25  Q   Good health?

13 (Pages 46 - 49)

1   A   Mm-hmm.
2   Q   Is that a yes?
3   A   Yes. I'm sorry.
4   Q   No worries.
5       And I'm sorry. I'm not sure I caught
6 the name correctly. B-e-r --
7   A   Bertel. I said Bertel, yeah. Bertel,
8 B-E-R-T-E-L, he's 59.
9   Q   59? How is his health?
10  A   He just had hip surgery, so yeah.
11  Q   Did he have a hip replacement?
12  A   Yes.
13  Q   Is he recovering?
14  A   About four months ago, yeah.
15  Q   Is he recovering okay? I know that can
16 be a bit of a long recovery.
17  A   Yeah.
18  Q   How about Mr. Thomas?
19  A   Thomas is 58.
20  Q   How is his health?
21  A   He have -- should be good, should be
22 good.
23  Q   And your brother, Mr. Ray?
24  A   Ray? Good. Ray should be 55.
25  Q   Mr. John; how old is he?

1   A   He was the last one. John should be 52,
2 and Alton should be 54.
3   Q   Is Mr. Alton's health well?
4   A   He's a diabetic, yeah.
5   Q   Is he able to manage that with
6 medication?
7   A   Yes.
8   Q   To your knowledge, have any of your
9 siblings had any issues with hair loss?
10  A   No.
11  Q   Do they all live in Louisiana?
12  A   No. Alton lives in Chicago. Veronica
13 live in Dallas, yeah.
14  Q   And do the rest of them live in
15 Louisiana?
16  A   Yes.
17  Q   And you have four children --
18  A   Yes.
19  Q   -- is that right?
20      What are their names?
21  A   Jerome is my oldest, Michael Carlos or
22 Carlos Michael, Mark Anthony, and Charlotte is my
23 daughter. Only one girl.
24  Q   And which of your sons is the one you're
25 living with?

1   A   Carlos Michael.
2   Q   And how old are each of your children?
3   A   Jerome is 43, Michael is 40, Mark is 31,
4 and my daughter -- Mark is 32, and my daughter
5 is -- Mark having a birthday soon. Mark is 33,
6 and my daughter is 30. They are almost three
7 years apart, yeah, so I had to think about the
8 age. Mark is 33 and my daughter is 30.
9   Q   Are all of them in good health?
10  A   Yes.
11  Q   So I know that you told me that
12 Mr. Carlos Michael Sanford lives in Woodbridge.
13 Where do the rest of them live?
14  A   Baton Rouge. Baker, Louisiana. That's
15 right by Zachary, yeah. Baker, yeah.
16  Q   Have any of them, to your knowledge,
17 experienced any hair loss?
18  A   No hair loss.
19  Q   Do you know if anyone in your family,
20 any grandparents, aunts and uncles, experienced
21 any hair loss?
22  A   No, I don't know.
23  Q   Now, you told me just a few minutes ago
24 that your mother had been diagnosed and died of
25 cancer.

1   A   Yes.
2   Q   Is there anyone else among your
3 grandparents or siblings who have been diagnosed
4 with cancer?
5   A   No, not as I know of.
6   Q   Do you know what kind of treatment your
7 mother received for her breast cancer?
8   A   She didn't. No treatment. She didn't
9 want no treatment.
10  Q   She didn't want any treatment. Do you
11 have an understanding as to why not?
12  A   No. She never did say.
13  Q   How did that make you feel?
14  A   About her?
15  Q   About her electing not to pursue
16 treatment.
17  A   Bad, yeah.
18  Q   Did you wish she would have pursued some
19 treatment?
20  A   Yes.
21  Q   Did you talk with her about that?
22  A   Yes.
23  Q   What was her response?
24  A   No.
25  Q   What did you say to her?

14 (Pages 50 - 53)

1  A   Get treatment, get some kind of help,
2  and she say no.
3  Q   Did she give you a reason why?
4  A   No.
5  Q   But you had been hoping she would have
6  gone to get some treatment from some breast cancer
7  doctors?
8  A   Yes.
9  Q   You mentioned --
10  A   Can I go back to that question again, my
11  mom?
12  Q   Yes.
13  A   You say that. She did have doctors, she
14  had the surgery, but she refused the treatment.
15  Q   Okay, no, thank you. That's a good
16  clarification.
17      So what kind of surgery did your mom
18  have?
19  A   She had one breast removed, yeah.
20  Q   So she had a -- do you remember when she
21  had a mastectomy?
22  A   Mm-hmm. I'm trying to think. 2008,
23  yeah.
24  Q   And then after she had that surgery in
25  2008, she did not take any more treatment; is that

1  right?
2  A   No more treatment.
3  Q   And you encouraged her to seek
4  additional treatment besides the surgery, correct?
5  A   Yeah, the whole family.
6  Q   The whole family asked her to do so?
7  A   Yes.
8  Q   But she did not?
9  A   No.
10  Q   So when you were diagnosed with breast
11  cancer, it was important for you to get treatment
12  beyond your surgery based on what you had seen had
13  happened to your mom?
14  A   Five months later, I was diagnosed and
15  she died, yes.
16  Q   That must have been very difficult for
17  many reasons.
18  A   Mm-hmm.
19  Q   Is that a yes?
20  A   Mm-hmm.
21  Q   And did that experience make you want to
22  get appropriate treatment for your breast cancer?
23  A   Say that again.
24  Q   So did that experience of unfortunately
25  losing your mother and then being diagnosed with

1  breast cancer five months later make you want to
2  get good treatment for yourself?
3  A   Yes. I had to think about it. I didn't
4  go right -- I had to think about a lot of stuff,
5  yes.
6  Q   What kind of things did you need to
7  think about?
8  A   The cancer itself, because it's
9  overwhelmed.
10  Q   You were overwhelmed by the diagnosis of
11  the cancer?
12  A   Yeah, and my mom's cancer. She just
13  died, and five months later I was diagnosed. It
14  was just overwhelmed, you know.
15  Q   And what were your feelings at the time?
16  A   Hurt. Why me? Yeah.
17  Q   Were you afraid of dying, too?
18  A   Yeah.
19  Q   And what, what other things were going
20  through your mind?
21  A   My mom. Basically her.
22  Q   What were you thinking about your mom?
23  A   All the denial when she had the cancer,
24  you know.
25  Q   She was -- you thought she was in

1  denial?
2  A   Yeah.
3  Q   Okay, and so when you were diagnosed
4  with cancer, what were you -- how was that
5  factoring into your thoughts?
6  A   Why me? Why it happen to me, you know?
7  Yeah.
8  Q   Did you ask your doctors that question
9  of why it happened to me?
10  A   They kind of know when I went in. They
11  kind of know I was overwhelmed. Cancer is a scary
12  thing when you, when it hit home a second time,
13  yeah.
14  Q   Did your doctors give you any indication
15  of why you might have gotten cancer? Did you have
16  any discussions around that?
17  A   No, because my mom -- we didn't have the
18  same cancer, yeah, different cancer, yeah.
19  Q   Do you know what kind of cancer your mom
20  had?
21  A   Mastetic [sic].
22  Q   Metastatic?
23  A   Mm-hmm.
24  Q   And yours is not metastatic?
25  A   HER2, HER2-positive.

15 (Pages 54 - 57)

1   Q   What does that mean?

2   A   It's something dealing with the

3 hormones, yeah. Hormones, yeah. I'm sorry. I'm

4 going to talk up. I'm sorry.

5   Q   We also have a loud air conditioner,

6 which doesn't help the situation.

7       I'm certainly not asking you, obviously,

8 to speak from a medical knowledge. I'm just

9 asking you for your understanding.

10   A   Mm-hmm.

11   Q   What does "HER2" mean with regard to

12 your hormones?

13   A   Would you say it again? I'm sorry.

14   Q   Sure. I said: From your understanding,

15 what does the HER2 do to your hormones?

16   A   What it did to me when I was taking

17 chemo or after chemo?

18   Q   Let's start with while you were taking

19 chemo.

20   A   I don't know. I don't know.

21   Q   What about after chemo?

22   A   After all the chemo, I can't drink no

23 energy drinks or nothing like that or -- I know

24 that much.

25   Q   Why can't you drink energy drinks?

1   A   I figured it had like a side effect to

2 it, so I don't know. I don't know.

3   Q   Did any doctor tell you that you couldn't

4 drink --

5   A   No.

6   Q   -- energy drinks?

7   A   No.

8   Q   So --

9   A   Just me.

10   Q   That's fine. That's absolutely fine.

11 So what was your concern around drinking energy

12 drinks?

13   A   I didn't want the -- in my mind, in my

14 mind, I didn't want the cancer to come back. I

15 don't want to take anything to cause the cancer to

16 come back. That's something that nobody want to

17 go through, yeah.

18   Q   You went through a lot?

19   A   Yeah.

20   Q   Understandably, you don't want to go

21 through it again?

22   A   Yeah.

23   Q   Are there any current medical issues for

24 which you are being treated right now? We talked

25 a little bit about the fact that you're taking

1 Synthroid --

2   A   Yes.

3   Q   -- on a daily basis and have been since

4 2015 to make sure that the functions that you had

5 with your thyroid are still regulated in your

6 body, right?

7   A   Correct.

8   Q   Are there any other medical issues that

9 you're dealing with?

10   A   Yes. I have a kidney doctor now.

11   Q   You have a kidney --

12   A   Doctor.

13   Q   A kidney doctor? And why do you have a

14 kidney doctor?

15   A   My kidney -- I have a kidney disease,

16 they told me, yeah.

17   Q   What's your understanding of what that

18 kidney disease is?

19   A   I seen my kidney doctor a month ago. I

20 seen my kidney doctor a month ago.

21   Q   What did your doctor tell you?

22   A   I did a urine and blood, and he say that

23 my levels is like 60 percent, you know, like a

24 Stage III. A Stage III blood is good. Just drink

25 a lot of water, so that all the toxins -- when I

1 go to the bathroom and urine, all the toxins not

2 coming out, so that's why I have to drink a lot of

3 water to push it out, yeah.

4   Q   I see, and who's -- what's the name of

5 your doctor?

6   A   I don't have my paper. It should be in

7 my medical records. It should be in my medical --

8 it should be in my stuff that you have.

9   Q   Okay. You referred to a piece of paper

10 that you were looking for. What's that piece of

11 paper?

12   A   Oh, I don't have that. I was going to

13 go on my phone. I have the doctors on my phone,

14 they telephone numbers and they names and stuff.

15 I don't have anything with me. I'm sorry.

16   Q   That's okay.

17       Are you on any medication related to

18 your kidney disease?

19   A   No. I drink a lot of water.

20   Q   And was this kidney disease diagnosed a

21 month ago?

22   A   No.

23   Q   When was it diagnosed?

24   A   After I took chemo.

25   Q   Was it diagnosed in 2014?

16 (Pages 58 - 61)

Page 62

1    A    Around that time, my oncologist, yeah,
2    mm-hmm.
3    Q    Did your oncologist say that the kidney
4    disease was a result of taking the chemotherapy?
5    A    I can't remember.  So much was going on
6    at that time.
7    Q    Do you remember what was going on at the
8    time that led to this diagnosis?
9         And that's a terrible question.
10        So by that, what I'm trying to get at
11   is:  Were you experiencing symptoms that you
12   thought were unusual that led you to go to your
13   doctor and say there's something not right here?
14   A    For the kidney?
15   Q    Yes.
16   A    No.  A PET scan picked it up.
17   Q    So when you were going through some of
18   your routine follow-up with your breast cancer
19   doctors, they picked it up?
20   A    Yes, the oncologists.
21   Q    And what were the conversations about
22   what the oncologists had seen on the PET scan?
23   A    That I had some kind of kidney function,
24   I needed to go to a kidney doctor, and he referred
25   me to one in Baton Rouge.  Then when I came to

Page 63

1    Woodbridge, I had to get a doctor here to kind of
2    monitor me while I'm here.
3    Q    Any other medical issues besides your
4    kidney disease and your thyroid?
5    A    Yes, ma'am.  I have a heart doctor also.
6    Q    A heart doctor?
7    A    Dr. Newson in Baton Rouge, Baton Rouge
8    Cardiology.
9    Q    And do you remember how to spell that?
10   Is it Newson?
11   A    Newson, like "new" and "son."
12   Q    And how long -- strike that.
13        When did you first start seeing
14   Dr. Newson?
15   A    Last year.
16   Q    2018?
17   A    2018.
18   Q    Do you remember approximately when?
19   A    Yeah, February 2018, and I went back in
20   July.
21   Q    So you first started seeing Dr. Newson
22   in February 2018, and what was going on at the
23   time that led you to go see Dr. Newson?
24   A    I was sleeping one night, and all at
25   once my heart got -- it woke me up.  My heart was

Page 64

1    going real, real fast, and I went to my primary
2    physician, and he referred me to this heart
3    doctor, and he told me that I had a heart -- you
4    know, I had the, call it a stress test and all
5    that, and they did an echo, and from that he said
6    I have like a little leak in one of my valves, but
7    just keep that monitored, yeah.
8    Q    Are you getting any treatment for that?
9    A    No.
10   Q    You're just following up with your heart
11   doctors to make sure that nothing more happens?
12   A    Yes.
13   Q    Does anyone else in your family have any
14   heart issues?
15   A    No.
16   Q    Does anyone in your family have any
17   hypertension?
18   A    Not as I know of.
19   Q    High blood pressure?
20   A    My sister Linda.
21   Q    Your sister Linda?
22   A    And my mom.
23   Q    And Mrs. Johnson, your mom?
24   A    Mm-hmm.
25   Q    Anyone else have any other heart issues?

Page 65

1    A    Not as I know of.
2    Q    Do you know -- we'll take a pause to let
3    these sirens go by.
4         Do you know when Ms. Linda's heart
5    issues first developed?
6    A    You say high blood or bad heart?
7    Q    Her high blood pressure.
8    A    High blood pressure?  I don't know.
9    Q    And you said your mom had high blood
10   pressure, too?
11   A    Yes.
12   Q    Was she taking any medications for that?
13   A    Yes.
14   Q    When you -- when did you learn your mom
15   had high blood pressure?
16   A    In my teens.  When I was a teenager.
17   Q    So after that time when you would see
18   your physicians, would you tell them that as part
19   of your family history, your mom had high blood
20   pressure?
21   A    Yes.
22   Q    And do you think that your doctors gave
23   you additional tests because of that?
24   A    Yeah.  My blood pressure is fine.
25   Q    Did the doctors say they would monitor

17 (Pages 62 - 65)

1 your blood pressure --
2    A    No.
3    Q    -- because of your mom's history?
4    A    Huh-uh, no.
5    Q    So we've talked about the kidney disease
6 and your continued monitoring by your heart
7 doctor.
8         Do you have a heart doctor in Virginia?
9    A    No.
10   Q    Any other medical issues?
11   A    That's it.
12   Q    That's all?
13   A    I see my -- I still see the oncologist
14 here. I have a new one in Woodbridge, Dr. Kang,
15 and I just seen her in March. Kang.
16   Q    I think that's K-A-N-G.
17   A    Mm-hmm, yes. Sorry.
18   Q    How often in the last couple of years
19 do you follow up with your breast cancer doctors?
20   A    The breast cancer doctor, I seen her
21 every six months, but I don't have one here, yeah,
22 I don't have one here, but the one in Baton Rouge,
23 the one at the hospital, I seen her every year,
24 and that's Dr. Cuntz.
25         And my oncologist, I was seeing him

1 every six months when I was in Baton Rouge, but
2 when I moved to Woodbridge last year, the new one,
3 I see her every six months.
4    Q    Let me just make sure that I understand
5 that.
6         You do follow-up for your breast cancer
7 with Dr. Cuntz?
8    A    Mm-hmm.
9    Q    Or at least you did before you --
10   A    Came here, yeah.
11   Q    -- before you moved to Virginia.
12         Do you see anyone in follow-up to your
13 breast cancer here in Virginia since you moved
14 here in August of 2018?
15   A    No. I just see my oncologist here,
16 there in Woodbridge.
17   Q    And what is the purpose for which you
18 see your oncologist in Woodbridge?
19   A    Do blood work, check the blood and stuff
20 like that, and she just check me, make sure
21 nothing, no cysts or tumors or anything like that,
22 yeah, new growth, yeah.
23   Q    So you see Dr. Kang in Woodbridge, and
24 she makes sure the breast cancer is not coming
25 back?

1    A    Yes. Correct. Yes.
2    Q    And since 2014, you have not had breast
3 cancer, correct?
4    A    Yes.
5    Q    And you've gotten a good report from
6 your breast cancer doctors and oncologists since
7 that time related to breast cancer, right?
8    A    Yes.
9    Q    Now, do you also see Dr. Kang related to
10 your thyroid?
11   A    No. I have another doctor. I have a
12 new endocrinologist in Woodbridge.
13   Q    And what's your endocrinologist's name?
14   A    My mind is blank. I'm sorry.
15   Q    That's okay.
16   A    I should, I should have -- Dr. Husain.
17 Thank you.
18        THE REPORTER:  What is it?
19 BY MS. WADHWANI:
20   Q    Dr. Husain, H-U-S-A-I-N.
21   A    Sorry. My mind . . .
22   Q    That's quite okay.
23        How often do you follow with Dr. Husain?
24   A    I seen her -- I'm going to see her again
25 next month before I move to, to North Carolina.

1 Every six months.
2    Q    And what do your visits with her
3 typically consist of?
4    A    Blood work. Blood work, too, blood work
5 and urine.
6    Q    So what is your understanding of what is
7 being checked through those tests?
8    A    She check for calcium levels and check
9 for cancer, yeah.
10   Q    What is your understanding of why you're
11 being checked for calcium in relation to your
12 thyroid and your thyroid cancer?
13   A    Make sure the, the Synthroid is working,
14 and if it's not, to raise it up, all the
15 milligrams, up or down.
16   Q    Since you started taking Synthroid in
17 January of 2015, have you had adjustments made to
18 your dosages?
19   A    A bunch of times, yes.
20   Q    Okay, and what are the reasons for those
21 adjustments?
22   A    The calcium levels, yeah.
23   Q    Your doctors thought that your calcium
24 levels were not right, so they made adjustments?
25   A    Yeah, that's what I think.

18 (Pages 66 - 69)

Page 70

1  Q   Is that what the doctors told you?
2  A   Yeah.
3  Q   Do you recall your Synthroid being
4 adjusted for any other reason but your calcium
5 levels?
6  A   That's all I know.
7  Q   Any other medical issues that you can
8 recall?
9  A   That's all.  That's all I know.
10  Q   I saw in some of your records that you
11 might have experienced anemia at some point.
12      Does that ring a bell?
13  A   That's after surgery.
14  Q   After which surgery?
15  A   Both when I had the breast removed and
16 also with the thyroid surgery, yeah.
17  Q   So you experienced anemia after both
18 surgeries?
19  A   Yes.
20  Q   Did your doctors explain to you why that
21 might be the case, that you experienced anemia
22 after the two surgeries?
23  A   No.
24  Q   How were you treated for your anemia?
25  A   When I had -- when I was anemia the

Page 71

1 first time, they gave me blood, yeah, when I was
2 taking the chemo.
3  Q   You had a transfusion?
4  A   Mm-hmm, a couple times, yeah.
5  Q   Did you take any iron pills for your
6 anemia?
7  A   Yes.
8  Q   Were you taking iron pills while you
9 were taking chemotherapy?
10  A   No.  Don't remember.  I can't remember.
11 I don't think so.
12  Q   To the best of your recollection,
13 you're, you're not sure?
14  A   Not sure, huh-uh.
15  Q   Would you defer to your medical records
16 if it says whether or not you were prescribed or
17 recommended to take iron pills during your
18 chemotherapy?
19  A   I should go to my medical records?
20  Q   No, no.  I'm saying if it said that in
21 your medical records, that you were taking iron
22 pills during your chemotherapy, would you have any
23 reason to think that was not true?
24  A   No.
25  Q   After your thyroid surgery, what was

Page 72

1 your treatment for your anemia then?
2  A   No, I didn't take any pills after I
3 finished the thyroid surgery.  I only had it when
4 I was taking chemo, when I was taking chemo and
5 they gave me the blood transfusion.  I think I
6 took the iron pills when I had the breasts
7 removed, both breasts removed.
8  Q   So after you had your breasts removed,
9 you started taking iron pills?
10  A   When I started taking chemo, yeah.  I
11 took chemo right after the -- I had the breast
12 surgery, and six weeks later I took chemo, yeah.
13  Q   And did you start your iron pills in
14 those six weeks between --
15  A   I, I can't remember.  Sorry.
16  Q   Fair enough.  We're stretching your
17 memory some today, and if you can't recall, that's
18 fine.
19  A   Okay.
20  Q   Did you have any treatment for the
21 anemia you experienced after your thyroid removal?
22  A   No.
23  Q   Did your doctors tell you after your
24 thyroid was removed, that you had anemia?
25  A   No.  I can't remember.

Page 73

1  Q   Have you been diagnosed with any kind of
2 anemia since 2015?
3  A   Huh-uh.  Since 2015?
4  Q   Yep.
5  A   I don't, I don't know.  I can't
6 remember.
7  Q   On average, how many times do you see
8 doctors in a month?
9  A   Now or after chemo?
10  Q   Well, let's start with now.
11  A   In a month's time?  You're saying a
12 month's time?  What was it?
13  Q   Yeah, on average, understanding that in
14 the course of a year, sometimes it goes up,
15 sometimes it goes down, depending on what you're
16 doing and the date.
17  A   So mines, I would say three, three or
18 four times.  Four times.
19  Q   Four times a month?
20  A   Three times a month.  Primary care,
21 endocrinologist and chemo.  Yeah, three.
22  Q   So just to make sure I heard you
23 correctly --
24  A   Three.
25  Q   So you're seen three times a month, and

19 (Pages 70 - 73)

1  you usually see your primary care physician?
2     A   I seen him a month ago.
3     Q   What's his name?
4     A   Dr. Bonacelli, Michael Bonacelli. I
5  hope I'm pronouncing his name right. He's the
6  same office as the other doctor, the
7  endocrinologist, in the same office.
8     Q   So you see your primary care physician
9  once a month, your endocrinologist --
10    A   No, I see my primary doctor -- I'm
11 sorry. I didn't understand what you said. I'm
12 sorry. I see him every three months, I see the
13 endocrinologist every six months, and I see the
14 other doctor every six months, so yeah, once every
15 six months.
16    Q   You see your oncologist every six
17 months?
18    A   Mm-hmm.
19    Q   Your endocrinologist every six months?
20    A   Yes.
21    Q   And your primary doctor every three
22 months?
23    A   Mm-hmm.
24    Q   And I apologize if you already said
25 this, but when was the last time you saw Dr. Kang?

1     A   I seen her in March. April, May --
2  March.
3     Q   March of 2019?
4     A   Mm-hmm.
5     Q   And you're currently cancer-free?
6     A   Yes.
7     Q   So we talked about it a little bit this
8  morning already, but I want to talk about some of
9  the medications --
10    A   Okay.
11    Q   -- that you take, and I know it's hard
12 to remember everything, so I'm going to mark as
13 Exhibit 2 one of your medical records from Inova.
14        Do you know what Inova is?
15    A   Mm-hmm.
16    Q   Is that a yes?
17    A   Yes.
18    Q   What is Inova?
19    A   Northern Virginia. That's all I know.
20    Q   It's a medical facility?
21    A   Yeah, mm-hmm.
22    Q   And who do you see there?
23    A   Dr. Bonacelli and Doctor -- what's her
24 name again, my endocrinologist? Dr. Husain.
25    Q   Your endocrinologist?

1     A   Yeah.
2         (Exhibit 2 was marked for
3         identification.)
4  BY MS. WADHWANI:
5     Q   So you'll see at the top, Mrs. Sanford,
6  that underneath the information related to the
7  address of Inova and your name, that there is an
8  encounter date, which is December 7, 2018.
9     A   Mm-hmm.
10    Q   Do you understand that to mean that this
11 is the day that you went to Inova?
12    A   Mm-hmm.
13    Q   Okay, and then underneath that, it says
14 "Visit Summary." It says "drug use as of
15 December 7, 2018."
16    A   Mm-hmm.
17    Q   Do you see that?
18    A   Mm-hmm.
19    Q   Is that a yes?
20    A   Yes. I'm sorry. Yes.
21    Q   That's okay.
22        And then if we go down a little bit, at
23 the bottom two thirds of the page it says
24 "Medications."
25        Do you see that?

1     A   Yes.
2     Q   So I just want to go through these, and
3  I think some of them we've already talked about.
4  Others, you can tell me what you're taking them
5  for.
6         So Acetaminophen, which is Tylenol,
7  taken as needed; is there anything specific you
8  take Tylenol for?
9     A   If I have a headache, yeah.
10    Q   And I take it then when you fill out
11 this medications list when you see your doctor or
12 you talk to your doctor about it, you try and be
13 as thorough as possible?
14    A   Yes.
15    Q   Whenever you provide information to your
16 doctors, you try and be as thorough as possible
17 about whatever concerns you have; is that right?
18    A   Yes.
19        MR. WOOL: Objection to form.
20 BY MS. WADHWANI:
21    Q   And you try and be as thorough as
22 possible about whatever medications you're taking,
23 correct?
24    A   Yes.
25    Q   And then I think we talked earlier this

20 (Pages 74 - 77)

Page 78

1 morning about the fact that you're taking Vitamin
2 C, correct?
3     A   Correct.
4     Q   For your calcium after your thyroid
5 surgery, right?
6     A   Yeah.
7     Q   And then I will tell you I'm not exactly
8 sure how to pronounce this next medication, but I
9 think it's Azelastine-Fluticasone.
10         MR. WOOL: Fluticasone,
11     F-L-U-T-I-C-A-S-O-N-E.
12 BY MS. WADHWANI:
13     Q   It's described as a "suspension." Do
14 you have a nasal spray?
15     A   Yes. That's what it's for. Sinus. I
16 have sinus.
17     Q   Sinus issues?
18     A   Yeah.
19     Q   Are they allergies?
20     A   Allergies.
21     Q   Do you take this nasal spray on a
22 seasonal basis or on a regular basis?
23     A   Seasonal basis.
24     Q   And then on the next page, there is --
25 at the top, after the medication we've just been

Page 79

1 discussing, the nasal spray, another drug,
2 Rocaltrol.
3         Do you know what that is?
4     A   That's a calcium pill.
5     Q   So another calcium pill?
6     A   Mm-hmm.
7     Q   And then you also take Tums. Is that
8 for calcium as well?
9     A   That's one, one a day.
10     Q   And do you have an understanding as to
11 why you take at least three medications for
12 calcium?
13     A   I only take two. I take the Calcitriol,
14 and I take the calcium Tums.
15     Q   Oh, sorry. You're right. Sorry. I'm
16 confusing myself. I apologize.
17         So you take two medications for your
18 calcium, correct?
19     A   Yes.
20     Q   And then the next one is the Flexeril.
21 How long have you been taking Flexeril?
22     A   I haven't took Flexeril in a while, but
23 it was after I had the surgery with the neck, the
24 muscle spasm, for my neck, yeah.
25     Q   After you had your --

Page 80

1     A   I had to take it as needed, now if I
2 need, but it's been a while since I took it. It's
3 for -- my neck get real tight, and it's from, I
4 guess from cutting the muscles when they took the
5 thyroid out, yeah, muscle spasm.
6     Q   Okay. When would you say is the last
7 time, your best guess, that you took the Flexeril?
8     A   Before I moved here, before I moved to
9 Woodbridge. I would say sometime last year.
10     Q   And the Nizoral shampoo; what is that
11 for?
12     A   For dry scales, and I use it for my
13 face, too. I have dry skin.
14     Q   Is that prescription?
15     A   Prescription, yes.
16     Q   And so describe to me on your, your
17 scalp and your face, what, what it looks like,
18 what it feels like.
19     A   Dry. Just dry. Like your face get real
20 dry like itchy, yeah, like that.
21     Q   Do you get any flakes in your skin?
22 Does the dryness cause your skin to flake off?
23     A   Yeah.
24     Q   Does it cause you to get any, for lack
25 of a better word, like cuts or scrapes from the

Page 81

1 dryness?
2     A   No.
3     Q   How long have you been taking the
4 Nizoral shampoo?
5     A   2016. 2016.
6     Q   And have you found that that has been
7 helpful with the issues of dryness on your scalp
8 and your face?
9     A   Yeah.
10     Q   Then we've already talked today about
11 your use of Synthroid, right?
12     A   Yes.
13     Q   And the Antivert, what are you talking
14 that for?
15     A   I have that, um, dealing with sinus or
16 that, like a bad sinus infection. It gets in my
17 ear, so I get off balance, so that's what that's
18 for.
19     Q   How long have you been taking the
20 Antivert?
21     A   Since 2009, 2008, something like that.
22     Q   We talked earlier already, I think, that
23 you are taking a multivitamin, right?
24     A   Yes.
25     Q   And then the Kenalog ointment; what is

21 (Pages 78 - 81)

Page 82

1 that?
2    A    That was some kind of oil that I put on
3 my scalp, but I don't use it anymore.
4    Q    You used to put that on your scalp?
5    A    Mm-hmm.
6    Q    Was that related to the dryness
7 issues --
8    A    Yes.
9    Q    -- for which you take the Nizoral as
10 well?
11    A    Yes.
12    Q    And --
13    A    Haven't used it in a long time.
14    Q    -- were you prescribed --
15    A    Yes.
16    Q    -- the Kenalog by a dermatologist?
17    A    Yes.
18    Q    Who did you seek help from related to
19 the dryness issues on your scalp and your face?
20    A    Dr. Theunissen, Theunissen, yeah.
21    Q    Is Dr. Theunissen in Louisiana?
22    A    Yes.
23    Q    Is Dr. Theunissen a man or a woman?
24    A    A woman.
25    Q    How long did you follow with her?

Page 83

1    A    I started going to her in 2016, yeah.
2 2016, yeah.
3    Q    And are you still taking the Nizoral?
4    A    It's another page?
5    Q    Sorry.  It's above, the other shampoo
6 that you said you took for your dry scalp.
7    A    That's the shampoo you're talking about?
8    Q    Yes.
9    A    Yes, I still use that for my face and my
10 scalp.
11    Q    And who prescribes that for you?
12    A    The same doctor.
13    Q    Dr. Theunissen?
14    A    Yeah, that's the shampoo.
15    Q    Since you moved here, she still
16 prescribes it for you?
17    A    No.  I'm sorry.  Dr. Bonacelli, my
18 primary doctor.
19    Q    Your primary care physician continues to
20 prescribe the Nizoral for you, right?
21    A    Yes.
22    Q    Did Dr. Theunissen or Dr. Bonacelli give
23 you any estimates as to how long you'll have to
24 keep using the shampoo?
25    A    No.

Page 84

1    Q    Do you have an understanding as to how
2 long you'll have to keep using the shampoo?
3    A    No.
4    Q    Are there any other medications that you
5 are currently taking?
6    A    No.
7    Q    Let me ask you.  We're about to move to
8 a new topic, but it's just after noon.  Would you
9 like to take a break for lunch now?
10    A    That would be fine.
11         MR. WOOL:  Yes.
12         THE VIDEOGRAPHER:  Off the record
13 at 12:07.
14         (Whereupon, the lunch recess was
15         taken.)
16         THE VIDEOGRAPHER:  Back on the
17 record at 12:59.
18 BY MS. WADHWANI:
19    Q    How was your lunch?
20    A    Delicious.
21    Q    As we discussed this morning, your
22 attorney brought some documents in, and I just
23 want to mark those for the record and ask you a
24 few questions about them.  I may return to them as
25 well a little bit later in the deposition, but I

Page 85

1 just wanted to start with getting those marked and
2 in the record.
3         Is that okay?
4    A    That's okay.
5         (Exhibit 3 was marked for
6         identification.)
7 BY MS. WADHWANI:
8    Q    So we're going to start with what we
9 have marked as Exhibit 3, and I'll show that to
10 you, Mrs. Sanford.  Take a moment to look through
11 those.  You don't have to look through every one.
12 I'll tell you right now I'm not going to ask you
13 detailed questions at this point about those.
14         And what are the records we've marked as
15 Exhibit 3, just generally speaking?
16    A    One was from my, one of my physician
17 doctors, a breast specialist in Baton Rouge, and
18 the other was from the kidney doctor in
19 Woodbridge.
20    Q    And are these medical records that you
21 had in your possession at your house?
22    A    Yes.
23    Q    How did you come to possess those
24 records?
25    A    It was given to me by the doctor when I

22 (Pages 82 - 85)

1 had a, made a doctor appointment.
2    Q   And then in the context of this
3 litigation, you provided these documents to your
4 attorney; is that right?
5    A   Yes.
6    Q   I'm not looking for you to tell me any
7 of the discussions around that, just a simple yes
8 or no about that.
9        Do you recall when you gave these to
10 your attorney, when you provided those documents
11 to your attorney?  Do you remember when?
12    A   Yesterday.
13    Q   Yesterday?
14    A   Yes.
15    Q   I'm going to mark as Exhibit 4 another
16 set of documents.  Similarly, I just need to you
17 leaf through them to familiarize yourself with
18 what they are.
19    A   Okay.
20        (Exhibit 4 was marked for
21        identification.)
22 BY MS. WADHWANI:
23    Q   Are the documents that we marked as
24 Exhibit 4 documents that you gave to your attorney
25 yesterday?

1    A   Yes.
2    Q   I did notice on the first page of
3 Exhibit 4 there is handwriting on that page.
4        Do you know whose handwriting that is?
5    A   Yes.
6    Q   Whose is it?
7    A   The nurse at the top, and mine's at the
8 bottom.
9    Q   So yours is the handwriting in the blue?
10    A   Yes.
11    Q   And the nurse has the handwriting at the
12 top?
13    A   Yes.
14    Q   And then if you look toward the bottom,
15 toward the right of your handwriting, do you know
16 whose handwriting that is?
17    A   That's mines, too.
18    Q   And what were your notes at the bottom
19 there, in the blue and the black handwriting?
20    A   The dates.  I was trying to keep with
21 the dates when I had chemo.
22    Q   And the dates that you were noting, were
23 those the dates for Taxotere?  That document
24 refers to Taxotere?
25    A   Yes.  I assume, yes.

1    Q   And I see at the top that the nurse
2 wrote down "Taxotere, cytoxin and herceptin"; is
3 that right?
4    A   Yes.
5    Q   And you were taking those three
6 chemotherapy medications at the same time, right?
7    A   Yes.
8    Q   And were you discussing these documents
9 with the nurse?  Was she going through them with
10 you?
11    A   She just -- yeah, she told me the dates
12 I'm going to go take them, the time, the dates,
13 yeah.
14    Q   And I also notice at the bottom of the
15 page, there is a website URL, and then there is
16 also a date of August 6, 2013.
17    A   Mm-hmm.
18    Q   Now, August 6, 2013, is the date that
19 you went in and learned some information about
20 chemotherapy treatments from one of your doctors,
21 right?
22    A   Yes.
23    Q   And that wasn't the only date that you
24 learned information about your chemotherapy
25 treatment, correct?

1    A   Yes.
2    Q   Did you print off these documents and
3 bring them in to the nurse, or did the nurse
4 provide them to you?
5    A   The nurse provided them to me.
6    Q   Did she talk through them with you, or
7 did she just say, in a nutshell, here is some
8 information for your use?
9    A   She wrote down stuff as we were talking.
10    Q   And what do you remember about those
11 conversations?  And you're welcome to look through
12 the document if it helps refresh your memory.
13    A   She told me the kind of chemo I would be
14 taking for six months.  I took chemo for six
15 months, and -- but she, um, told me I would be
16 taking it every three, every three weeks.  I would
17 be taking chemo 21 days, something like that.
18 Every three weeks is 21 days, yeah.  That's the
19 best I can remember, but she never told me about
20 permanent hair loss, yeah.
21    Q   And is it your understanding that you
22 took cytoxin?  And I only ask because some of your
23 records say that you took carboplatin along with
24 Taxotere and herceptin at the same time, and I'm
25 just, for myself, trying to understand that.

23 (Pages 86 - 89)

Page 90

1    A    Yes.
2    Q    So what's your understanding of which
3 one you took; cytoxin or carboplatin or both?
4    A    Carboplatin I think I took.  I can't
5 remember.  It's all of them on here.  All the
6 chemo I took is the sheets right here.
7    Q    Okay, and when you had this conversation
8 with the nurse about the chemotherapy agents you
9 were going to be taking, I take it that was not
10 your first discussion about taking chemotherapy
11 with your healthcare providers, right?
12    A    Rephrase that again.  I'm trying to --
13    Q    It was terribly phrased.
14         Was this the first time that you had had
15 a conversation around taking chemotherapy with any
16 of your healthcare providers?
17    A    The first time with my oncologist, yeah.
18    Q    What about with Dr. Cuntz; did you have
19 a conversation about taking chemotherapy with her
20 prior to August 6?
21    A    Yes.
22    Q    And what was that conversation?
23    A    It's back when I already had the
24 surgery.  We talked about chemo, yeah.
25    Q    And what did she tell you?

Page 91

1    A    Asked me was I going to take chemo.  She
2 asked me was I going to take chemo.
3    Q    And what did you say?
4    A    Yes.
5    Q    And why did you say yes?
6    A    Because I know when you have cancer, you
7 should take chemo, from my experience with my mom.
8    Q    So your mom's experience, without taking
9 treatment, informed your decision to take
10 chemotherapy?
11    A    Yeah.
12         (Exhibit 5 was marked for
13         identification.)
14 BY MS. WADHWANI:
15    Q    I'm going to show you what we've marked
16 as Exhibit 5.  It is a copy of an original
17 receipt --
18    A    Yes.
19    Q    -- that you brought, and the reason we
20 are marking a copy is because Ms. Donovan, with
21 her wonderful experience, has helpfully pointed
22 out that this exhibit will not last if we don't
23 use a copy of it.
24         Are you -- I'm happy to hand you the
25 original and make sure you're comfortable that

Page 92

1 that is an accurate copy.
2    A    Yes.
3    Q    So are you comfortable that Exhibit 5 is
4 an accurate copy of what you brought in?
5    A    Yes.
6    Q    What is Exhibit 5?
7    A    Exhibit 5, I went to Jenny's in Dallas
8 to visit someone, my sister, and I went to buy
9 some wigs.  I bought two wigs, and that's the
10 price of them there.
11    Q    And that's what you referring to earlier
12 when you told me that you had recently bought some
13 wigs?
14    A    Yes.
15    Q    Was the purpose of your visit do Dallas
16 to see your sister?
17    A    A baby shower, her first -- her
18 daughter's first baby.
19    Q    How long were you in Dallas?
20    A    Just for the weekend.
21         (Exhibit 6 was marked for
22         identification.)
23 BY MS. WADHWANI:
24    Q    Then we've marked as Exhibit 6 a binder
25 of several different kinds of documents.  The

Page 93

1 binder is called "My Journey."  I'm going to hand
2 that to you.
3         If you could summarize for me what this
4 binder is and why you have it, that would be
5 helpful.
6    A    Okay.  The binder, "The Journey," I got
7 that the first day I went to see the breast
8 specialist.
9    Q    Which breast specialist?
10    A    Dr. Cuntz.  She's the one that did the
11 surgery.  She normally give you a journal to write
12 in, and I just kept it, and the draining, the
13 draining sheet right here.
14    Q    The draining diary?
15    A    Yeah, diary, I had that.  Home Health
16 came to take care of me after I had the surgery,
17 because I had the bottles hanging to drain the
18 fluid, so this is the sheet right here.
19    Q    And you kept records of those visits for
20 your own personal use?
21    A    Yes.  That's when I was getting
22 Medicaid, yeah.  This is when I got ready to have
23 the, the surgery.
24    Q    The mastectomy?
25    A    Mastectomy, yeah.

24 (Pages 90 - 93)

1   Q   Is that instructions for preparations
2 for your --
3   A   For surgery, yes.
4       This is when I was doing, doing
5 lymphedema. Lymphedema is something you get once
6 they take all the lymph nodes from under the
7 armpits due to breast cancer, so it swells, so I
8 had to go to therapy for that.
9   Q   And was it your shoulder and chest area
10 that swelled?
11   A   Yeah, everything, yeah. I have a breast
12 pump right now, so . . .
13   Q   No, I was doing this because I was
14 interrupting you. I apologize.
15       And so you got lymphedema after your
16 mastectomy?
17   A   Yes.
18   Q   And did you experience discomfort from
19 that?
20   A   Yes.
21   Q   And you said that -- how have you been
22 treating that?
23   A   I went to outpatient, outpatient therapy
24 for like five years, but my therapy got me a pump.
25 I have it here with me here, so I can get that

1 pump and get all the, the fluid, keep the swelling
2 down, and also I have the, I have the sleeves I
3 wear, too.
4   Q   When the swelling comes around, does
5 that limit your mobility?
6   A   Yes, yes.
7   Q   How so?
8   A   A lot. My arm don't go all the way up
9 anymore. I can't do a lot of stuff.
10   Q   Like what?
11   A   Cleaning, yeah, picking up stuff.
12   Q   And has that limitation on your
13 activities been the case since you had your breast
14 cancer surgery?
15   A   Yes.
16   Q   Did Dr. Cuntz tell you before you had
17 your surgery that that was a possibility?
18   A   No.
19   Q   Would you have not had the surgery had
20 she said that?
21       MR. WOOL: Object to form.
22       THE WITNESS: I don't know. I mean
23   at that time I don't know.
24 BY MS. WADHWANI:
25   Q   It looks like -- as you pointed out,

1 there is some information in there that reflects
2 your entries, and then there is also some other
3 written information in there.
4       The written information that was
5 provided, did you read through that?
6   A   This here or what?
7   Q   No. Sorry. Underneath the papers that
8 you are holding right now, if you go to the actual
9 documents enclosed in the three rings of the
10 binder --
11   A   Oh, okay. Sorry.
12   Q   That's a, that's a lot of paper. Did
13 you read through that when you got it?
14   A   This right here?
15   Q   So I'm asking generally about the entire
16 set of documents that are behind all those --
17   A   No.
18   Q   -- nice colored --
19   A   No, I did not.
20   Q   Okay, but you did review the cancer
21 flowchart; is that right?
22   A   She discussed it with me.
23   Q   Okay. Is that your handwriting on the
24 cancer flowchart, or is that Dr. Cuntz'?
25   A   Dr. Cuntz.

1   Q   What do you remember about that
2 conversation?
3   A   I remember radiation, MRI, and the
4 surgery.
5   Q   And you can put that aside for now, too.
6       (Exhibit 7 was marked for
7       identification.)
8 BY MS. WADHWANI:
9   Q   For recordkeeping purposes, we have
10 marked as Exhibit 7 a Tuesday, April 1, 2014 issue
11 of the Zachary Post. I didn't want to ruin your
12 copy, so I made color copies so we can let you
13 take this home today.
14   A   Okay.
15   Q   I will give you this copy to use and
16 refer to as we talk today, but you will leave here
17 today with this copy, which is marked as
18 Exhibit 7.
19       What is this, Mrs. Sanford?
20   A   This is a survivor journey that I did
21 with Relay For Life. I was selected for that, so
22 they called me, American Cancer Society, somebody
23 called me, asked me would I do my story, so I did
24 my story, um, when I had breast cancer, about my
25 mom dying with cancer, yeah.

25 (Pages 94 - 97)

1  Q   And I -- is the Zachary Post the daily
2 newspaper from Zachary, Louisiana?
3  A   Yes, yes.
4  Q   So you were on the front page --
5  A   Yes.
6  Q   -- of the newspaper?
7  A   Mm-hmm.
8  Q   And did you provide this so other people
9 could learn from your experience?
10  A   Yes.
11  Q   I just want to ask you a quick question.
12 It looks like this article continues on to page
13 3 --
14  A   I don't, I don't have it.  Sorry.
15  Q   That is completely all right.
16  A   Probably in my storage in Louisiana.
17 Sorry, yeah.
18  Q   At least the front page goes through and
19 talks about your diagnosis and how you had no
20 warning signs, and that you were diagnosed because
21 you were just about to leave your job, and so you
22 went for a screening mammogram to be able to use
23 the insurance; is that right?
24  A   Yes, that's correct.
25  Q   And then that mammogram showed that you

1 had some issues in both breasts, correct?
2  A   Yes, yes.
3  Q   And as you say, the article goes on to
4 talk about how you were diagnosed with breast
5 cancer only five months after your own mother had
6 passed away, and that you were scared of what
7 those results could show, but that you -- you say
8 here, "but I knew that I just need to have the
9 test done and face it."
10       What did you mean by that?
11       MR. WOOL:  Object to form.
12       THE WITNESS:  Don't know.  I don't
13   know at that time.  I don't know.  Rephrase
14   it again.  Sorry.
15 BY MS. WADHWANI:
16  Q   Sure.
17       I'm looking here at the final column of
18 the portion of the story on this front page, and
19 the first full paragraph in that column quotes
20 you, and you say, "Having that family history of
21 breast cancer, I was scared of what my results
22 could show, but I knew that I just need to have
23 the test done and face it."
24       And my question is:  What, what were you
25 conveying there?  What did you mean there?

1  A   What the outcome going to be, by facing
2 it.
3  Q   By facing what?
4  A   Cancer.
5  Q   The article goes on, but I understand
6 you don't have it.
7       We talked this morning before the lunch
8 break about some of the doctors you've seen and
9 your health history and your family health
10 history, and you mentioned that you have been
11 seeing doctors regularly over the past few years.
12       Do you generally feel comfortable
13 talking with your doctors about your health and
14 your medical conditions?
15  A   Yes.
16  Q   And does that also apply when talking
17 with nurses or other medical staff in the doctors'
18 offices?
19  A   Yes.
20  Q   Do you feel that you are open and candid
21 with them?
22  A   Yes.
23  Q   Do you feel that you are thorough with
24 them?
25  A   Yes.

1  Q   And do you try and be as detailed as
2 possible about your medical history?
3  A   Yes.
4  Q   Do you try and be as detailed as
5 possible about any physical or medical conditions
6 that are concerning you at the time of your visit?
7  A   Yes.
8  Q   When you discuss these concerns with
9 your doctors, has it been your experience that
10 they take the time to address your concerns?
11  A   Yes.
12  Q   Do you generally trust your doctors'
13 advice?
14  A   Yes, I do.
15  Q   Do you trust their medical judgment?
16  A   Yes.
17  Q   Why is that?
18  A   By me being their patient, I trust them
19 to give me the best care that I need, yeah.
20  Q   Do you trust that, because they've gone
21 to medical school and have experience in the
22 field, that they will try and give you the best
23 medical care they can?
24  A   Yes.
25  Q   Do you generally follow your doctors'

26 (Pages 98 - 101)

1 advice and instructions?
2    A    Yes.
3    Q    And did that apply with the physicians
4 you have seen and see still today with regard to
5 your breast cancer?
6    A    Yes.
7    Q    And does that apply -- do you follow the
8 advice and instructions of the doctors who you
9 follow for your thyroid cancer?
10    A    Yes.
11    Q    Do you have any issue with the medical
12 care and treatment that your oncologists and
13 breast cancer doctors provided you in 2013 and
14 2014 related to your breast cancer?
15    A    They didn't tell me about permanent hair
16 loss. That's the only problem I have. They
17 didn't tell me about my hair was never going to
18 grow back.
19    Q    And if they had told you about permanent
20 hair loss, would that have changed your mind to
21 take chemotherapy?
22         MR. WOOL: Object to form.
23         THE WITNESS: I don't know. I
24    don't know.
25

1 BY MS. WADHWANI:
2    Q    Did you believe that you were in good
3 hands with your breast cancer doctor and your
4 oncologist?
5    A    Yes.
6    Q    Do you believe that they considered all
7 options for treating your breast cancer?
8         MR. WOOL: Object to form.
9         THE WITNESS: No.
10 BY MS. WADHWANI:
11    Q    Why do you say that?
12    A    I believe that -- I, I believe it should
13 have been -- this was, the medicine here was
14 selected for me. If they would have offered me
15 something else, just give me a chance to select
16 what I wanted. You know, to keep my hair.
17    Q    And how would you have gone about making
18 the determination of what you wanted?
19    A    If they would have offered me something
20 else and then explained to me the difference,
21 yeah, I didn't know anything about permanent hair
22 loss until I seen the commercial.
23    Q    So in your mind at the time, was the
24 thing you cared about the most in treating your
25 cancer not losing your hair?

1    A    No. That's one of the things. I mean
2 everybody wants, wants hair, you know. You know,
3 I was thinking taking chemo, okay, everything
4 going to be good, you know, when I finish taking
5 chemo, but now I'm reminded every day when I look
6 in the mirror, something's missing. I don't look,
7 I don't look the same.
8    Q    What were the things that were important
9 to you at the time when you were considering your
10 breast cancer treatments?
11    A    The whole me. Everything. The whole
12 me.
13    Q    Beating breast cancer I assume was one
14 of your considerations?
15    A    Permanent hair loss. Getting my hair
16 back, too, yeah, yes.
17    Q    Anything else?
18    A    The whole me. I mean be able to be who
19 I used to be.
20    Q    And how would you have balanced the
21 risks and benefits at the time of losing your hair
22 permanently versus treating your cancer?
23         MR. WOOL: Object to form.
24         THE WITNESS: I don't know. Back
25    then it was so much going on, I mean it's a

1    lot. It's a lot, a lot to think about, a lot
2    going through my head. I really don't -- I
3    don't know.
4 BY MS. WADHWANI:
5    Q    Do you believe that your breast cancer
6 doctors and oncologists tried to come up with a
7 treatment plan that was right for you to treat
8 your breast cancer?
9         MR. WOOL: Object to form.
10         THE WITNESS: I don't know. He
11    didn't discuss that with me about the better
12    plan. I mean this the plan he gave me.
13 BY MS. WADHWANI:
14    Q    Okay. Did you believe you were in good
15 hands?
16    A    Yes.
17    Q    Are you alleging that Dr. Cuntz did
18 anything wrong in her care and treatment of you
19 for your breast cancer?
20    A    Dr. Cuntz is my breast specialist.
21 She's the one that cut the breasts off. Then I
22 went to my oncologist, Dr. Patten, P-A-T-T-E-N,
23 Joyce Patten.
24    Q    I appreciate that. I want to take them
25 in turn.

27 (Pages 102 - 105)

1    A    Okay.
2    Q    So do you claim that Dr. Cuntz did
3  anything wrong in her care and treatment of your
4  breast cancer?
5    A    No. Sorry. No.
6    Q    Do you claim that Dr. Patten did
7  anything wrong in his care and treatment of you
8  for your breast cancer?
9    A    He didn't tell me about the permanent
10  hair loss, that one of the chemos, until I seen
11  the commercial on TV. I'm hoping all the time
12  that my hair was going to grow back.
13    Q    And if Dr. Patten had told you, before
14  you started taking chemotherapy, that your hair
15  would not grow back, would you have declined to
16  take the chemotherapy?
17        MR. WOOL:  Object to form.
18        THE WITNESS:  I don't know. That's
19    a big decision, yeah. I don't know.
20  BY MS. WADHWANI:
21    Q    Nevertheless, at the time that you were
22  being treated for your breast cancer in 2013 and
23  2014, is it fair to say that you trusted the
24  medical judgment of Dr. Cuntz and Dr. Patten and
25  your oncologists?

1    A    Yes.
2        MR. WOOL:  Object to form.
3  BY MS. WADHWANI:
4    Q    And is it fair to say that you generally
5  followed the advice of Dr. Cuntz, Dr. Patten, and
6  any other oncologists in connection with their
7  diagnosis and treatment of your breast cancer?
8    A    Yes.
9    Q    I'd like to get a little bit more detail
10  on your diagnosis and treatment.
11        I think based on our conversations this
12  morning that my understanding is that you have
13  been diagnosed with cancer twice in your life; is
14  that right?
15    A    Yes.
16    Q    One time with breast cancer in 2013 and
17  then with thyroid cancer in late 2014, early 2015;
18  is that correct?
19    A    Yes.
20    Q    Now, when was your breast cancer first
21  diagnosed?
22    A    2013. I had a mammogram done around
23  March of 2013, and from there went on.
24    Q    So from your mammogram, the mammogram I
25  assume was diagnosed as abnormal?

1    A    Abnormal, and I went back.
2    Q    And then you came back in for further
3  tests?
4    A    Yes.
5    Q    Do you remember what those tests were?
6  Did you have a biopsy?
7    A    I had a biopsy.
8    Q    Did you have an MRI?
9    A    MRI, yes.
10    Q    And from those tests you learned that
11  you had breast cancer?
12    A    Yes.
13    Q    And what did Dr. Cuntz tell you about
14  your cancer diagnosis?
15    A    She called, called me back in and told
16  me I had breast cancer, yeah.
17    Q    Is it right that Dr. Cuntz told you that
18  cancer was detected in your left breast and
19  strongly suspected in your right breast?
20    A    My right, yeah, my right breast was
21  Stage III and my left was Stage I.
22    Q    At the time that Dr. Cuntz called you in
23  and talked to you, did she tell you that the
24  cancer had been identified as cancer in your left
25  breast and suspected in your right breast?

1    A    Yes.
2    Q    Okay, and did she offer you, in terms of
3  your right breast, the option to confirm that
4  there was cancer there with a biopsy before
5  proceeding with further treatment?
6    A    Yes.
7    Q    And you chose not to have that
8  confirmatory biopsy on your right breast, right?
9    A    I had, I had, I had a biopsy done.
10    Q    Right --
11    A    Mm-hmm.
12    Q    -- but what I'm getting at is that after
13  that biopsy and the diagnosis of breast cancer,
14  did you have a further biopsy on your right
15  breast?
16    A    No.
17    Q    And why not?
18    A    I had decided to have the surgery.
19    Q    What was your thought process around
20  deciding to have the surgery that removed both of
21  your breasts?
22    A    I was diagnosed in April. I didn't have
23  the surgery until June, because I wanted to think
24  about it. It took me that long a time to think
25  about it, pray about it, see what I wanted to do.

28 (Pages 106 - 109)

Page 110

1   Q   And what was your thought process in
2  that time period of thinking about it? What kind
3  of thoughts were going through your mind?
4   A   People dying. My mom.
5   Q   And was that thought of dying and your
6  mom dying --
7   A   And my best friend died in September of
8  that same year.
9   Q   The September of the year that your mom
10 died?
11  A   Yes.
12  Q   And your friend died of breast cancer as
13 well?
14  A   Yeah, mm-hmm.
15  Q   And so their deaths were part of what
16 you were thinking about when you decided to
17 have --
18  A   Trying to decide what I want to do.
19  Q   And how did you come to your decision to
20 proceed with a mastectomy?
21  A   I talked to my husband about it, yeah.
22  Q   What kind of discussions did you and
23 your husband have?
24  A   What I need to do.
25  Q   Did he give you any of his advice?

Page 111

1   A   He's going to support me whatever I want
2  to do.
3   Q   So you ultimately decided to have your
4  breasts removed?
5   A   Mm-hmm.
6   Q   Why did you make that decision?
7   A   Because me and him talked about it, and
8  I went back and talked to the doctor and told them
9  that's what I wanted to do.
10  Q   But what made you decide to come to that
11 decision?
12  A   Having the peace of mind that I did the
13 right thing.
14  Q   Now, after your diagnosis, you underwent
15 a mastectomy of both breasts, and that was
16 performed by Dr. Cuntz, right?
17  A   Yes.
18  Q   Where was the procedure done?
19  A   Woman's Hospital.
20  Q   And that's in Baton Rouge?
21  A   Yes.
22  Q   Dr. Cuntz described the risk of
23 mastectomy to you?
24  A   I can't remember. I can't remember.
25  Q   Do you remember if she described the

Page 112

1  risk of mastectomy to you before you decided to
2  have it?
3   A   I can't remember.
4   Q   Did she discuss the risks of permanent
5  scarring?
6   A   Can't remember. Sorry.
7   Q   That's okay. Did she discuss the risks
8  of infection?
9   A   No.
10  Q   Did she discuss the risks of pain?
11  A   No. I can't remember.
12  Q   When you had a discussion with Dr. Cuntz
13 about the risks of the breast surgery, was your
14 husband in the room during this conversation?
15  A   Yes.
16  Q   Did he ask any questions?
17  A   I think he just said we agree to have
18 the surgery.
19  Q   And then after your mastectomy, is it
20 your understanding that the doctors ran some tests
21 on the tissues that had been taken from your body,
22 the tumors that had been removed?
23  A   Yes, I think so, yeah.
24  Q   And do you remember discussing the
25 results of those tests with any of your doctors?

Page 113

1   A   No.
2   Q   Do you remember speaking with Dr. Patten
3  about the cancer in your right breast?
4   A   I can't remember. I'm sorry.
5   Q   That's okay.
6        Did Dr. Patten explain to you that the
7  cancer in your right breast was different than the
8  cancer in your left breast?
9   A   All I know is Stage III and Stage I.
10 That's what I know, yeah.
11  Q   Okay, and did you have an understanding
12 of -- you mentioned the HER2 earlier.
13  A   Mm-hmm.
14  Q   What did you understand about the HER2
15 with relation to your left breast?
16  A   I thought maybe something dealing with
17 hormones. That's the only thing I thought of.
18       THE REPORTER: I thought maybe
19    what?
20       THE WITNESS: Hormones. Dealing
21    with hormones. Yeah, that's all I know.
22 BY MS. WADHWANI:
23  Q   And what does that mean to deal with
24 hormones?
25  A   That some women have hormones, yeah.

29 (Pages 110 - 113)

Page 114

1    Q    And what is the effect or the
2  significance of having the hormones in your breast
3  cancer?
4    A    I don't know.  I don't know.
5    Q    Did you have a conversation with
6  Dr. Patten surrounding HER2 and your right breast?
7    A    No.
8    Q    Did Dr. Patten tell you that your breast
9  cancer was high-risk?
10          MR. WOOL:  Object to form.
11          THE WITNESS:  No.
12  BY MS. WADHWANI:
13    Q    Did Dr. Patten tell you that your breast
14  cancer was aggressive?
15          MR. WOOL:  Object to form.
16          THE WITNESS:  I can't remember.
17          MS. WADHWANI:  I'm going to mark as
18  Exhibit 8 an August 2, 2013 record called
19  "Hematology/Oncology Progress Note" from Our
20  Lady of the Lake Physician Group.
21          (Exhibit 8 was marked for
22          identification.)
23  BY MS. WADHWANI:
24    Q    Please take a moment to look at that
25  document, Mrs. Sanford.

Page 115

1    A    Mm-hmm.
2          (Witness peruses document.)
3  BY MS. WADHWANI:
4    Q    Have you seen this document before?
5    A    I can't remember.
6    Q    You see at the top that this is a record
7  from Our Lady of the Lake Physician Group in
8  Louisiana -- Louisiana -- excuse me -- Louisiana
9  Hematology Oncology Associates?
10    A    Yes.
11    Q    Is this where you were going for your
12  breast cancer treatment?
13    A    Yes.
14    Q    And you see the date at the top of this
15  record says August 2, 2013?
16    A    Yes.
17    Q    And it refers to the patient as you,
18  Mrs. Dora Sanford?
19    A    Mm-hmm.
20    Q    And I want to turn your attention to the
21  back of that page, and you see "Impression and
22  Plan" there?
23    A    Mm-hmm, yes, I do.
24    Q    And it says "Aggressive breast cancer."
25          Did Dr. Patten ever tell you that he

Page 116

1  considered your breast cancer to be aggressive?
2    A    I can't remember, ma'am.
3    Q    And then if we go down to the second
4  paragraph under "Impression and Plan," he notes
5  that "in light of her current problems
6  specifically with both HER2/neu positive breast
7  cancer and also HER2/neu negative breast cancer,
8  we discussed various treatment options."
9          Do you see that?
10    A    Yes.
11    Q    And the HER2, is this what you were
12  referring to?
13    A    Yes.
14    Q    And you had these conversations with
15  Dr. Patten?
16    A    Of what HER2 is, yeah.
17    Q    And did you have a discussion with
18  Dr. Patten about various treatment options?
19    A    No.  He just gave me the treatment that
20  we went over earlier today.  He didn't tell me I
21  have other options, options to take.
22    Q    Okay, and he said that "One option that
23  has been reported in the past at the San Antonio
24  breast cancer meeting was treatment with
25  Adriamycin."

Page 117

1    A    Oh, turn it back over?
2    Q    No, no.  We're still --
3    A    Okay.
4    Q    It's talking about one of the options.
5    A    Okay.
6    Q    Treatment with Adriamycin "followed by
7  six cycles of TCH therapy."
8          Do you see that?
9    A    Yes.
10    Q    And so it's your contention, sitting
11  here today, that you think this medical record is
12  wrong, that Dr. Patten did not discuss various
13  treatment options with you; is that correct?
14    A    Yes.
15    Q    Do you recall him discussing with you
16  treatment with Adriamycin followed by six cycles
17  of TCH therapy?
18    A    Yes.  That's what I got from the nurse,
19  yes.
20    Q    And that's the treatment that you had,
21  right?
22    A    Yes.
23    Q    If you go on in the record, it says,
24  "I discussed with the patient and her husband the
25  intensity of this chemotherapy program."

30 (Pages 114 - 117)

Page 118

1       Do you remember having that
2 conversation?
3    A   Yes.
4    Q   Tell me about that conversation.
5    A   The conversation was he told me about
6 this treatment here, the --
7    Q   Taxotere --
8    A   Taxotere.
9    Q   -- carboplatin and herceptin?
10   A   Yeah, and how long I was going to be
11 taking it, every three weeks for six months.
12   Q   And I realize that there is some --
13 strike that.
14       Did he discuss with you that this
15 chemotherapy program would be intense?
16   A   Yes.
17   Q   And how did he describe that intensity?
18   A   I will be fatigued, tired, can't eat.
19 Tired and can't eat.  Very fatigued, yeah.
20   Q   Were you concerned about that?
21   A   Being tired?  Yeah.
22   Q   Were you concerned about the intensity
23 of the chemotherapy regimen?
24   A   Yes.
25   Q   But you went ahead and took that

Page 119

1 regimen, correct?
2    A   Yes.
3    Q   You can put that aside.
4        When you had this conversation with
5 Dr. Patten or anytime before you started taking
6 treatment for your breast cancer, were you
7 concerned that it could spread?
8    A   I wasn't thinking about that.  I don't,
9 I don't know.
10   Q   Were you concerned that you could die if
11 your breast cancer was not treated effectively?
12   A   Yes.
13   Q   Now, Dr. Patten recommended chemotherapy
14 to you to deal with this breast cancer, right?
15   A   Yes.
16   Q   And what is your understanding of why he
17 recommended chemotherapy?
18   A   Because I had cancer.
19   Q   Did you agree, based on your
20 conversations with Dr. Patten, that chemotherapy
21 was an appropriate course of treatment for you?
22   A   Yes.
23   Q   Now, we saw from that record and from
24 your own testimony today that the chemotherapy
25 regimen that Dr. Patten recommended consisted of

Page 120

1 several different types of chemotherapy, right?
2    A   Yes.
3    Q   You -- how many different chemotherapy
4 agents did he recommend you take?
5    A   Four.
6    Q   What is your understanding of why he
7 recommended that you take four different types of
8 chemotherapy?
9    A   The stage, was thinking about the stage,
10 Stage III and Stage I.
11   Q   What is it about the stage that you
12 remember prompting him to recommend four different
13 chemotherapy medications?
14   A   I don't know.
15   Q   What was your understanding at the time
16 of why the stage meant that it was prudent for you
17 to take four different types of chemotherapy?
18   A   Because of the stage I was in.  I'm
19 thinking because the stage.
20   Q   What was the significance of the stage
21 you were in?
22   A   I was a Stage III and a Stage I.
23   Q   What did that mean to you?
24   A   I guess I was thinking about my mom at
25 that time, because she was a Stage IV.

Page 121

1    Q   And so you knew your cancer was
2 advanced?
3        MR. WOOL:  Object to form.
4        THE WITNESS:  Mm-hmm.
5 BY MS. WADHWANI:
6    Q   Was that a yes?
7    A   No, no.
8    Q   You didn't know your cancer was advanced
9 at Stage III?
10   A   I don't know.
11   Q   But nevertheless you were thinking about
12 your mom and her experience?
13   A   Yes.
14   Q   And how chemotherapy might lead for you
15 to have a different outcome than your mom?
16       MR. WOOL:  Object to form.
17       THE WITNESS:  I don't know.
18       MS. WADHWANI:  I'm marking as
19 Exhibit 9 a document entitled "Patient
20 Consent to Medical Treatment or Surgical
21 Procedure and Acknowledgement of Receipt of
22 Medical Information."
23       (Exhibit 9 was marked for
24       identification.)
25

31 (Pages 118 - 121)

1  BY MS. WADHWANI:
2      Q    Feel free, Mrs. Sanford, to take a
3  moment to look at this document.
4          I'm going to direct you to what is
5  essentially page 3. It has the numbers in the
6  bottom right that say 751.
7          Do you see that? Yes, you're on the
8  right page.
9      A    Mm-hmm.
10     Q    Under "Signature of Patient," is that
11 your signature?
12     A    Yes.
13     Q    And did you sign this document on
14 August 6, 2013?
15     A    Yes.
16     Q    Did you read this document before you
17 signed it?
18     A    Yes.
19     Q    What is your understanding of what this
20 document is?
21     A    A consent to do the treatment.
22     Q    And the treatment specifically is the
23 chemotherapy, right?
24     A    Yes.
25     Q    If we go back to the first page, it

1  says, under item number 1, "Treatment/Procedure,"
2  the chemotherapy drugs include Adriamycin, three
3  cycles, followed by TCH -- Taxotere, carboplatin,
4  plus herceptin, right?
5      A    Yes.
6      Q    And just to confirm, that's your
7  understanding of the four chemotherapy medications
8  that you took, right?
9      A    Yes.
10     Q    And item 1 also states that the purpose
11 of the chemotherapy was "to kill any cancer
12 cells."
13         Was that your understanding as well?
14     A    Yes.
15     Q    Do you know why Dr. Patten recommended
16 these four chemotherapy agents over other
17 chemotherapy agents?
18     A    No.
19     Q    Did you suggest to Dr. Patten that you
20 thought four chemotherapy medications was too
21 much?
22     A    No.
23     Q    Did you ask him why he was recommending
24 four chemotherapy medications to you?
25     A    No.

1      Q    Do you think Dr. Patten was wrong to
2  recommend these four chemotherapy medications to
3  you?
4      A    No, but he should have told me that
5  Taxotere was permanent hair loss. I wasn't aware
6  of that until I seen the commercial on TV.
7      Q    How would that information have figured
8  into your treatment?
9      A    What? The commercial?
10     Q    The information about what you call
11 permanent hair loss, how would that have figured
12 into your treatment and your decisions about your
13 treatment?
14     A    If I had a choice to take something
15 else? Is that what you're telling me?
16     Q    I'm asking how knowledge that a
17 chemotherapy agent may cause permanent hair loss,
18 how would that have figured into your
19 decision-making at the time about how to proceed
20 with your cancer treatment?
21     A    I would ask the doctor, do we got
22 another treatment out there, something else out
23 there besides what he offered me, but at the time
24 I didn't know.
25     Q    Did you ask any questions of Dr. Patten

1  relating to the side effects of your chemotherapy
2  treatments?
3      A    My side effects?
4      Q    Yes.
5      A    Yes, I did.
6      Q    What did you ask him?
7      A    When I was taking treatment, when I seen
8  him, I take treatment, and the next week I see him
9  after the chemo and before the chemo, I was very
10 fatigued.
11     Q    You were very what?
12     A    Weak, fatigued, and also I did mention
13 one time about the hair thing, too. I did. I had
14 a wig on. He said to me how pretty my hair was,
15 and I said "you know that's a wig," but we never
16 talked about the permanent hair loss.
17     Q    Did you talk about any other side
18 effects of your chemotherapy before you took
19 chemotherapy?
20     A    Before or after?
21     Q    Before.
22     A    Oh, no.
23     Q    So if you turn to page 3, which is the
24 same page where your signature is, Mrs. Sanford --
25     A    Mm-hmm.

32 (Pages 122 - 125)

1    Q   -- you see at the top, it states, "The
2  Louisiana Medical Disclosure Panel has identified
3  that the following material risks are associated
4  with the medical treatments and surgical
5  procedures listed below.  Please review closely
6  these risks associated with the procedure(s) for
7  which you are scheduled as listed in item 2 of the
8  consent form."
9        Do you see that?
10   A   Yes.
11   Q   And did you read these risks associated
12 with the procedure?
13   A   I guess I did.  I signed it, yeah.
14   Q   And did you see number I was "hair
15 loss"?
16   A   Yeah, but it didn't say "permanent hair
17 loss."  In my mind I'm thinking my hair is going
18 to grow back.  I'm hoping my hair will grow back
19 one day.
20   Q   Does it say "temporary hair loss" there?
21   A   But it's not saying "permanent hair
22 loss."
23   Q   I understand, ma'am, what you're saying,
24 but it's just a simple question.  Does it say
25 "temporary hair loss" there?

1    A   No.
2    Q   And then number 3 says "damage to brain,
3  heart, kidneys, liver, lungs, nervous system and
4  skin."
5        Did you read that at the time?
6    A   Yes.
7    Q   Did you have any concerns that your
8  chemotherapy was going to cause damage to your
9  brain, heart, kidneys, liver, lungs, nervous
10 system or skin?
11       MR. WOOL:  Objection to form.
12       THE WITNESS:  At that time I didn't
13 think about it.
14 BY MS. WADHWANI:
15   Q   Why is that?
16   A   It just -- I don't know.  I just didn't
17 think about it.
18   Q   And then if you go down, there are
19 several other risks associated with taking
20 chemotherapy, and one of them is "loss of lining
21 of intestinal tract."
22       Were you concerned when you saw that?
23   A   I don't know.
24   Q   Number 10 is "secondary cancers," and in
25 parenthesis it says "cancers in the future caused

1  by chemotherapy."
2        At that point were you concerned about
3  taking chemotherapy because it might cause
4  additional cancer?
5    A   No.
6    Q   Why not?
7    A   I don't know.  I just didn't think about
8  it.
9    Q   What were you thinking about at that
10 time?
11   A   I don't know.
12       MS. WADHWANI:  We've been going
13 over an hour.  Shall we take a break?
14       MR. WOOL:  Do you want to take a
15 break?
16       THE WITNESS:  Yes.
17       THE VIDEOGRAPHER:  Off the record
18 at 1:57.
19       (Whereupon, a short recess was
20       taken.)
21       THE VIDEOGRAPHER:  Back on the
22 record at 14:25.
23 BY MS. WADHWANI:
24   Q   I just want to go back and ask you a
25 couple things about the documents that we were

1  reviewing earlier at Exhibit 4 with the
2  handwriting on it.
3        Yeah, right there.  I don't need you to
4  go through those.  I just wanted to refer them to
5  you.
6        My question is -- you told me that you
7  discussed these documents with a nurse.  Was that
8  Dr. Patten's nurse?
9    A   Yes.
10   Q   Do you remember the nurse's name?
11   A   Judy.
12   Q   Nurse Judy.  Do you remember her last
13 name?
14   A   No.
15   Q   Was it Owen?
16   A   I guess.
17   Q   I'm not, I'm not saying it is.  If you
18 don't have a recollection, that's absolutely fine.
19   A   I don't remember, no.
20   Q   Okay.  Do you recall where this
21 conversation took place?
22   A   At Mary Bird Perkins Treatment Center,
23 yeah.
24   Q   Thank you.  You can set that aside.
25       Now, before you took a single dose of

33 (Pages 126 - 129)

1 chemotherapy, you underwent a chemotherapy
2 education, right?
3    A   Like a class?
4    Q   You tell me, but I saw both in the
5 binder that you gave us -- and let me mark a
6 document, because I think it might help refresh
7 your recollection.
8    A   Okay.
9         MS. WADHWANI: I'll mark as Exhibit
10    10 a document called "Chemotherapy
11    Education."
12         (Exhibit 10 was marked for
13         identification.)
14         THE WITNESS:  This the handout that
15    the doctor gave me when I went, when I went
16    to get my chemo.
17 BY MS. WADHWANI:
18    Q   And is this one of the documents that
19 you talked about with the nurse as well?
20    A   If I had any kind of problem, I can give
21 them a call.  When they gave me this document
22 right here, she went through it with me.
23    Q   When she went -- Nurse Judy went through
24 this with you, right?
25    A   Yes.

1    Q   Did you go through this with any doctor?
2    A   Doctor?
3    Q   Yeah, did you go through any discussion
4 or conversation related to some education on
5 chemotherapy with Dr. David Hanson before you had
6 your first dose of chemotherapy?
7    A   Dr. Hanson wasn't my oncologist.  I know
8 him, but he wasn't my oncologist, no.
9    Q   Did you meet with him to discuss
10 chemotherapy with him before you took any
11 chemotherapy?
12    A   No.
13    Q   Now, you showed me those documents in
14 Exhibit 6 that you received, and you don't have to
15 look through them unless you want to, but you
16 showed us the documents in Exhibit 6 and Exhibit 4
17 that you received, some written materials about
18 chemotherapy.
19         Do you recall watching a film, before
20 you had your chemotherapy doses, related to
21 chemotherapy?
22    A   No.
23    Q   Do you recall receiving any other
24 written materials related to chemotherapy other
25 than the ones that you brought in with you today?

1    A   The ones I brought in today.
2    Q   And so turning back to Exhibit 10, do
3 you see your name at the top of page 1 of this
4 document?
5    A   Yes.
6    Q   And do you see the date is August 6,
7 2013?
8    A   Yes.
9    Q   And this document is entitled
10 "Chemotherapy Education," right?
11    A   Correct.
12    Q   If you turn to the page that has 738 in
13 the bottom right.
14    A   Yes.
15    Q   This is the third page.  Do you see
16 that?  I think you're on the right page, yes.
17         Looking at the section called "Side
18 Effects of Cancer Treatment," it says, "Why are
19 side effects important?"  And could you please
20 read the first sentence for us.
21    A   "Side effects of treatment cause
22 inconvenience, discomfort," and occur even fatal
23 [sic].
24    Q   That's fine, and do you recall reading
25 the sentence that "side effects and treatment

1 cause inconvenience, discomfort, and occasionally
2 even fatality to patients"?
3    A   No.
4    Q   You don't recall reading that?
5    A   No.
6    Q   When they gave you this information, did
7 you read it?
8    A   No.
9    Q   If you would have read that chemotherapy
10 can cause fatality, would you have elected not to
11 take chemotherapy?
12         MR. WOOL: Object to form.
13         THE WITNESS: I don't know, and
14    I -- I don't know.
15 BY MS. WADHWANI:
16    Q   Did Dr. Patten specifically ever
17 describe to you the risks and benefits, benefits
18 for each of the four chemo -- I will try again.
19         Did Dr. Patten describe the specific
20 risks and benefits for each of the four
21 chemotherapy medications he prescribed to you?
22    A   The nurse.  I talked to the nurse, the
23 nurse, the one that give me the sheets.
24    Q   Did you have an independent conversation
25 with her outside those sheets?

34 (Pages 130 - 133)

Page 134

1    A   No.
2    Q   Did she just hand you the sheets, or did
3  you go through them with her?
4    A   Go through them with her.
5    Q   What did she tell you were the risks of
6  adriamycin?
7    A   I can't remember.
8    Q   Did she tell you that a risk of
9  adriamycin is heart problems that can lead to
10 death?
11   A   Can't remember.
12   Q   Did she tell you that there is a risk of
13 developing a secondary cancer with adriamycin?
14   A   Don't remember.
15   Q   Do you remember if she told you there is
16 a risk -- strike that.
17       Do you remember if she told you that
18 your chance of developing a secondary cancer is
19 higher if you receive adriamycin with other
20 anticancer treatments or with radiation therapy?
21   A   No, I don't remember.
22   Q   Do you agree that the risk of heart
23 problems and additional cancers are serious risks?
24       MR. WOOL: Object to form.
25       THE WITNESS: I don't know. I, I

Page 135

1    don't know.
2  BY MS. WADHWANI:
3    Q   Do you think that additional cancer is
4  not a serious risk?
5    A   It can be, yes.
6    Q   It can -- additional cancer can be a
7  serious risk, right?
8    A   Yes.
9    Q   And heart problems can be a serious
10 risk, right?
11   A   Yes.
12   Q   Did Dr. Patten or Nurse Judy ever
13 explain to you how docetaxel works?
14   A   No. I can't remember.
15   Q   Did Dr. Patten or Nurse Judy ever tell
16 you how adriamycin works?
17   A   Can't remember. It's been six years.
18   Q   Fair enough. Did they tell you how
19 carboplatin works?
20   A   No.
21   Q   Did they tell you how herceptin works?
22   A   They told me that I would be taking it
23 for a year, and it was a protein blocker. I
24 remember that. A protein blocker. It blocks the
25 tumor not to grow back. I remember that, yeah.

Page 136

1    Q   Do you recall what risks Nurse Judy
2  discussed with you with regard to docetaxel?
3    A   She didn't tell me about the hair loss,
4  the permanent hair loss. Like I told you, I seen
5  the commercial on TV.
6    Q   Right, and my question, my question is:
7  Did Nurse Judy tell you what the risks of
8  docetaxel were?
9    A   No.
10   Q   Did Dr. Patten ever tell you that your
11 hair would grow back with certainty from any loss
12 from chemotherapy?
13       MR. WOOL: Object to form.
14       THE WITNESS: Nobody tell me about
15   the hair loss, no.
16 BY MS. WADHWANI:
17   Q   Did he ever guarantee that your hair
18 would come back?
19   A   He never did discuss that with me.
20   Q   Did you understand at the time that you
21 took chemotherapy that there was a risk of hair
22 loss?
23   A   Yes, but always knowing the hair would
24 grow back.
25   Q   And what did you -- what was the basis

Page 137

1  of your knowledge?
2    A   Some of my survivor group, my support
3  group, they had hair grow back, yeah.
4    Q   So based on your friends' experience,
5  you believed your hair would grow back?
6    A   Yes.
7    Q   Did any doctor tell you that your hair
8  would definitely grow back?
9    A   No. Never told me about the hair loss,
10 no.
11   Q   But my question is: Did any doctor ever
12 tell you that your hair would definitely grow
13 back?
14   A   Not to my knowledge.
15   Q   Did Dr. Patten or Nurse Judy describe to
16 you the risks of carboplatin?
17   A   Not to my knowledge.
18   Q   And herceptin; did Dr. Patten ever
19 describe the risks of herceptin?
20   A   He told me what it's gonna -- what, what
21 it does by taking it for a whole year, it will
22 block the tumor not to grow back.
23   Q   So he told you that one of the benefits
24 of taking herceptin for a whole year would be that
25 the tumor would not grow back; is that correct?

35 (Pages 134 - 137)

Page 138

1   A   Mm-hmm.
2   Q   Is that a yes?
3   A   Yes. I'm sorry.
4   Q   Totally fine.
5       Did he discuss with you what the risks
6   of herceptin was?
7   A   The heart, the heart. I had a -- in
8   three months while I was taking herceptin, I had a
9   thing called a mother scan. It's in a nuclear
10  thing. What they do is -- a nuclear. What they
11  do, I go to the X-ray area, and they take blood
12  and they put it into a bottle, and then I wait
13  like 30 minutes and then they inject it back in my
14  arm. What it do, it lights my body up, and I get
15  up on the X-ray machine, and it turns my body to
16  see how strong my heart is from taking herceptin,
17  and that's at, that was at the Lake, Our Lady of
18  the Lake. That's at Mary Bird Perkins.
19      THE REPORTER: What?
20      MR. ALLEN: Our Lady of the Lake.
21      THE WITNESS: I'm sorry. I talk so
22  fast.
23      So I know that part about the
24  herceptin, because I had to take those scans
25  every three months.

Page 139

1 BY MS. WADHWANI:
2   Q   You knew there were heart risks with
3 herceptin?
4   A   Yes.
5   Q   And you knew there were additional tests
6 you would have to take while you were taking
7 herceptin?
8   A   Yeah.
9   Q   Did Dr. Patten ever guarantee that you
10 would not experience side effects?
11  A   We never -- I never got any details with
12 that, with the, all the side effects, what side
13 effects you're talking about.
14  Q   So Dr. Patten, through this consent
15 form, which -- I apologize. I can't remember the
16 exhibit number right now.
17      MR. ALLEN: Exhibit 9.
18 BY MS. WADHWANI:
19  Q   If you could turn to Exhibit 9, please.
20  A   The last one here? Excuse me. I'm
21 going to flip this over like that. Okay.
22  Q   As we previously looked at Exhibit 9, we
23 looked at the list of side effects --
24  A   Mm-hmm.
25  Q   -- that you had read at the time you

Page 140

1 signed this consent, right?
2   A   Mm-hmm.
3   Q   Is that a yes?
4   A   Yes.
5   Q   You said you had read this form before
6 you signed it, so I take it that on the previous
7 page of this form, which is number 5, do you see
8 number 5?
9   A   Yeah, no guarantee, yeah.
10  Q   Number 5 says, "No guarantees: All
11 information given to me and, in particular, all
12 estimates made as to the likelihood of occurrence
13 of risks of this or alternative procedures or as
14 to the prospects of success, are made in the best
15 professional judgment of my physician. The
16 possibility and nature of complications cannot
17 always be accurately anticipated, and therefore,
18 there is and can be no guarantee, either expressed
19 or implied, as to the success or other results of
20 the medical treatment or surgical procedure," and
21 you read this at the time, right?
22  A   Yes.
23  Q   You understood there were no guarantees
24 with regard to your chemotherapy treatment, right?
25  A   If they would have offered me a

Page 141

1 different kind of chemo, maybe I had a choice and
2 I didn't know the side effects with the hair loss.
3   Q   Ma'am, respectfully, my question is:
4 You read this section number 5 --
5   A   Yes.
6   Q   -- at the time?
7   A   Yes.
8   Q   And so you understood at the time that
9 there were no guarantees related to your
10 chemotherapy treatment, correct?
11  A   Yes.
12  Q   Now, as we've talked about, you started
13 your chemotherapy with adriamycin, right?
14  A   Yes.
15  Q   And you were taking adriamycin alone at
16 first?
17  A   Yes.
18  Q   For three cycles?
19  A   Yes.
20  Q   I think you said each of those cycles
21 was every 21 days, approximately, right?
22  A   Yes.
23  Q   Did you have a chemotherapy port placed
24 before you took adriamycin?
25  A   Yes.

36 (Pages 138 - 141)

Page 142

1  Q   And were you taking adriamycin roughly
2  between the beginning of August and mid-September
3  in 2013?
4  A   I didn't take it that long, because I
5  couldn't -- I had to take three cycles, right?
6  Q   Yeah, the dates I have, and you tell me
7  if these don't comport --
8  A   Okay.
9  Q   -- with your memory as to your
10 adriamycin cycles, are that you took the first
11 course of adriamycin on August 6, 2013, the second
12 course of adriamycin on August 27, 2013, and your
13 third course on September 17, 2013?
14 A   Yes.
15 Q   Does that sound right to you?
16 A   Yes.
17 Q   Where would you go to have these
18 treatments done?
19 A   Mary Bird Perkins.
20 Q   Was it the same place every time?
21 A   Every time.
22 Q   How long would an infusion of adriamycin
23 take?
24 A   A couple hours.
25 Q   A couple hours?

Page 143

1  A   Couple hours, yeah.
2  Q   Would someone go with you?
3  A   My husband.
4  Q   Did he attend with you every infusion of
5  adriamycin?
6  A   Yes.
7  Q   Would you speak with any healthcare
8  providers when you received your adriamycin
9  chemotherapy?
10 A   Just my oncologist. Just Dr. Patten.
11 Q   Dr. Patten.
12     Did you experience any side effects from
13 adriamycin?
14 A   Being tired, fatigued.
15 Q   Do you remember experiencing hair loss
16 as a result of adriamycin?
17 A   Yes.
18 Q   And do you remember that you experienced
19 hair loss after your first dose of adriamycin?
20 A   Yes.
21 Q   And can you describe to me the extent of
22 that hair loss at the time.
23 A   Not a whole lot. Just a little bit.
24 Not a whole lot.
25 Q   So you did not go bald; is that correct?

Page 144

1  A   I didn't go bald.
2  Q   Where on -- strike that. Where on your
3  body did you lose hair?
4  A   My eyebrows. I don't have any eyebrows,
5  and I don't have hair under my arm. My hair, it
6  didn't grow back.
7  Q   Did you lose hair anywhere else on your
8  body after that first dose of adriamycin?
9  A   No.
10 Q   Just your eyebrows and your underarms?
11 A   My eyebrows, I lost my eyebrows and a
12 little of my hair, yeah.
13 Q   The hair on your head?
14 A   Yeah.
15 Q   Now, after you took adriamycin, would
16 you have to go back the next day to talk to the
17 doctor, or would you just talk to the doctor when
18 you went back to do your next dose of adriamycin?
19 A   Next dose.
20 Q   And now I want to talk about your next
21 round of chemotherapy with the Taxotere, the
22 carboplatin and the herceptin.
23     You took those all at the same time,
24 right?
25 A   I took the herceptin -- I didn't like

Page 145

1  taking the Taxotere and the other one. I didn't,
2  I didn't take the herceptin for a while. I didn't
3  take it right then.
4  Q   Okay. So you took the Taxotere and the
5  carboplatin on the same day?
6  A   Yeah.
7  Q   Were they separately administered?
8  A   Separately, yeah, separately.
9  Q   So you took one and then the other?
10 A   I took the Taxotere first, yeah.
11 Q   Okay, followed by the carboplatin?
12 A   Yeah.
13 Q   On the same day?
14 A   Yeah, four hours. I was there four
15 hours.
16 Q   I'm sorry?
17 A   I was there four hours.
18 Q   Four hours, okay, and when would you
19 take the herceptin in relation --
20 A   I'm going to try to remember to the best
21 of my knowledge. I think three, three months
22 after I started taking the other treatment,
23 because I had took it for a whole year, so yeah.
24 Q   Right. Well, according to your medical
25 records, you were taking herceptin at the same

37 (Pages 142 - 145)

1  time --
2    A   I can't remember.
3    Q   -- as Taxotere and --
4    A   Yeah.
5    Q   -- Carboplatin?
6        If, as we're talking, you don't
7  remember, that's absolutely fine.
8    A   Okay, okay.
9    Q   I'm just going to tell you what I saw in
10  the records --
11    A   Yeah.
12    Q   -- to see if it triggers a memory for
13  you.
14    A   Okay.
15    Q   If it does, it does.  If it doesn't, it
16  doesn't.  Is that okay?
17    A   That's okay.
18    Q   Okay.
19        So going to your medical records, you
20  started taking the herceptin at the same time that
21  you started taking the Taxotere and the
22  carboplatin.
23    A   Okay.
24    Q   Do you remember that?
25    A   Yeah.

1    Q   And it is true, according to your
2  records and according to your memory, that you
3  took herceptin for approximately a year, correct?
4    A   Yes.
5    Q   And therefore, even when you stopped
6  taking the Taxotere and the carboplatin, you
7  continued on with the herceptin alone, right?
8    A   Yes, yes.
9    Q   At some point, though, you were taking
10  Taxotere, carboplatin and herceptin at the same
11  time?
12    A   Yes.
13    Q   And I just wanted to find out if "at the
14  same time" means all in the same day or whether
15  you would come back the next day for the herceptin
16  while you were taking the Taxotere and the
17  carboplatin.
18    A   I took all of them, I took all of them
19  the same day.
20    Q   The same day, okay, and do you have an
21  understanding as to why you were taking three
22  chemotherapy medications all at the same time?
23    A   Was I aware?
24    Q   Do you have an understanding of why you
25  were taking three chemotherapy medications --

1    A   Due to the cancer, due to the cancer.
2    Q   What was it about the cancer, to your
3  understanding, that required you to take three
4  chemotherapy agents at the same time?
5    A   I was thinking that the cancer and the
6  stage I was in, that's the understanding I got.
7    Q   That it was at an advanced stage?
8    A   Yeah.
9        MR. WOOL:  Object to form.
10  BY MS. WADHWANI:
11    Q   And do you remember that you took the
12  Taxotere, carboplatin and herceptin in combination
13  from approximately the beginning of October
14  through close to the -- 2013 through January 2014?
15    A   Twenty-first.
16    Q   Now, where would you go for those?
17    A   Mary Bird Perkins.
18    Q   Same place as you went for your
19  adriamycin?
20    A   Yes.
21    Q   And when you took your herceptin, would
22  you go to Mary Bird Perkins as well?
23    A   Yes.
24    Q   So all your chemotherapy you took at
25  Mary Bird Perkins, correct?

1    A   Yes.
2    Q   Did your husband accompany you to all of
3  those visits over the course of the year?
4    A   Almost at the end, I got my kids
5  involved to start coming to see what, you know,
6  what was going on, yeah.
7    Q   Who of your children started
8  accompanying you?
9    A   Mark, my daughter Charlotte, and my son
10  Michael.  Michael came at the end when I took my
11  last treatment, and that was on January 21st,
12  yeah.
13    Q   Now, you also, as part of your breast
14  cancer treatment, had radiation, right?
15    A   Yes.
16    Q   Do you remember when you had radiation?
17    A   I'm going to try to think, my best of my
18  knowledge, so I finished chemo January 21, 2014.
19  I think March, April/March, around that time, I
20  think. I really can't remember.  It was around
21  that time.
22    Q   And what was your understanding of why,
23  after having taken four chemotherapy medications,
24  you were taking radiation?
25    A   To kill the rest of the cancer cells,

38 (Pages 146 - 149)

1 any cancer cells there.
2    Q   Did you experience any side effects as a
3 result of your radiation treatments?
4    A   Still tired, fatigued. That's the only
5 thing.
6    Q   And then you had breast reconstructive
7 surgery; is that right?
8    A   Yes.
9    Q   When did you have that?
10    A   2015, I think, because I -- my --
11    Q   It looks like your records say
12 October 2014.
13        Does that sound right to you?
14    A   Yeah.
15    Q   Around that time?
16    A   Yeah, because I had two. I had the
17 first phase, and then I had the silicones in 2015,
18 I think, yeah, so therefore -- yeah.
19    Q   I see. So what happened in the first
20 phase of your breast reconstruction?
21    A   I did the expanders. After the
22 radiation, expanders is something that they put in
23 the skin to stretch the skin to put the silicones
24 in, yeah.
25    Q   I see, and is that, to your

1 understanding, is that -- so once the silicone is
2 implanted --
3    A   Yeah, it's implanted.
4    Q   -- there's no discomfort and itching or
5 anything?
6    A   No.
7    Q   Okay.
8        Now, rounding out the discussion of your
9 breast cancer treatments and your discussions with
10 your doctors regarding the same, do you remember
11 in June 2016, three years after your mastectomy,
12 Dr. Bienvenu is recommending you take Tamoxifen, a
13 hormonal therapy --
14    A   Yes.
15    Q   -- for breast cancer?
16    A   I remember, yes.
17    Q   And what do you remember about that?
18    A   Three years later, that's when I found
19 out I was a Stage III here and a Stage I here. If
20 you see my journal, I say I was a Stage IV.
21        THE REPORTER: If you see what?
22        THE WITNESS: My survivor written
23 paper, in here I say I was a Stage IV. I
24 didn't know that I was a Stage III here and a
25 Stage I there. They didn't explain it to me

1 like that, but even though three years later
2 when I went to go see him, we was talking one
3 day in his office, and he said, oh, you
4 haven't took the Tamoxifen yet. I said I'm
5 not taking it.
6        THE REPORTER: Please slow down.
7        THE WITNESS: I'm sorry.
8        THE REPORTER: He said you
9 haven't --
10        THE WITNESS: Taken Tamoxifen, and
11 so I said I wasn't going to take it, and I
12 talked to my breast specialist about it when
13 I seen her, and that's when I found out the
14 stages.
15        So all the time in my mind back
16 when I first started off, Dr. Patten told me
17 I was a Stage IV, but maybe he was saying
18 Stage I and Stage III here, but my
19 understanding was Stage IV here.
20        So I decided not to take that pill.
21 It was my decision.
22 BY MS. WADHWANI:
23    Q   So you decided, based on the nature of
24 your breast cancer, that you didn't need to take
25 Tamoxifen; is that right?

1    A   Yeah, I didn't want to take it.
2    Q   Okay, and was that decision informed in
3 part that you were three years out and were doing
4 well at that point with regard to your breast
5 cancer?
6    A   No. It was my decision, because he say
7 that I should have took it, but I told him I
8 didn't want -- I didn't feel -- I didn't want to
9 take it.
10    Q   Why didn't you want to take it?
11    A   I just didn't want to take it.
12    Q   Was it that you didn't want to add
13 another medication to the mix or -- I'm just
14 trying to understand what your thought process was
15 at the time. That's all.
16    A   I didn't want to have another
17 medication. I was taking the thyroid medicine
18 already.
19        THE REPORTER: I would have
20 taken --
21        MS. WADHWANI: She was taking the
22 thyroid medicine already.
23 BY MS. WADHWANI:
24    Q   Is that what you're saying?
25    A   Yes.

39 (Pages 150 - 153)

1    Q    You didn't want to add another
2 medication to the mix?
3    A    And I'm taking this pill for the rest of
4 my life, this thyroid, yeah, yeah.
5    Q    Now, you said that Dr. Bienvenu had
6 recommended and wanted you to take the Tamoxifen?
7    A    He wrote a prescription out for me, and
8 I, and I told him when I went back that I wasn't
9 going to take it, so yeah.
10    Q    What did he say to you were the reasons
11 he thought you should take it?
12    A    I can't remember. Sorry.
13    Q    Did he tell you there would be risks in
14 not taking the Tamoxifen?
15    A    No. I can't remember.
16    Q    All right. Let's talk a little bit
17 about your health history that doesn't have to do
18 with your breast cancer or your thyroid cancer.
19        Generally speaking, how would you
20 describe your health before your cancer diagnosis?
21    A    Healthy.
22    Q    Before your cancer diagnosis, on
23 average, how often would you visit your doctor?
24    A    My primary doctor, I've seen him at
25 least about two, twice a year, my primary doctor.

1    Q    And generally just for checkups?
2    A    For checkups, yeah, yeah.
3    Q    Any other doctors before your diagnosis
4 of breast cancer that you would see with
5 regularity?
6    A    No.
7    Q    A gynecologist, or was your primary care
8 physician providing those services?
9    A    My primary doctor did, yeah.
10    Q    Did you experience any serious illness
11 or medical condition before your diagnosis of
12 breast cancer?
13    A    Just sinuses. I have allergies. That's
14 it.
15    Q    Those are the seasonal allergies we were
16 talking about?
17    A    Yeah, mm-hmm.
18    Q    Did you have, when you were a child, any
19 illnesses or conditions beyond common ear
20 infections or colds or flus that required you to
21 be under the care of a doctor?
22    A    No.
23    Q    How about in your twenties; any health
24 issues in your twenties?
25    A    No.

1    Q    How about your thirties?
2    A    Having babies.
3    Q    You had babies?
4    A    Yeah, yeah.
5    Q    Did you have any complications with
6 having any of your children?
7    A    Yeah, I had surgery with all my kids,
8 surgery, yeah.
9    Q    You had C-Sections?
10    A    Yes.
11    Q    And was, was the reason for those
12 C-Sections because you had complications with your
13 pregnancies?
14    A    My first one was breech, and they say my
15 pelvis and stuff was real small, tight, you know,
16 real small, so that's, that's why.
17    Q    So at the time your doctors felt the
18 safest course for you and the baby would be to
19 have a Caesarian section, correct?
20    A    Yes.
21    Q    And that was true with all your babies?
22    A    Yes.
23    Q    Have you ever suffered from any
24 depression or anxiety beyond sort of the normal
25 course of life?

1    A    Yes, generally with the cancer and stuff
2 like that and about losing my mom, and -- yeah.
3    Q    So the death of your mom and your
4 diagnosis with breast cancer?
5    A    And my best friend.
6    Q    And your best friend?
7    A    Yeah, all in one year, and then the next
8 year, yeah.
9    Q    That's really hard.
10    A    Mm-hmm.
11    Q    Did you seek counseling for that?
12    A    No, just talked to my husband and my
13 family. That's it.
14    Q    Did you get any medication or any
15 antidepressants or antianxiety?
16    A    No.
17    Q    Is there any other time in your life
18 that you have felt depression or anxiety beyond
19 the normal experience?
20    A    No, no.
21    Q    We talked a little bit this morning
22 about the skin and scalp condition that you've
23 been experiencing since 2013 where you get the
24 shampoo, and then you also for a time had those
25 oils to help, right?

40 (Pages 154 - 157)

Page 158

1    A   Yes.
2    Q   Have you experienced any other skin
3 conditions that require medical treatment?
4    A   Before the cancer?
5    Q   At any time in your life.
6    A   Yeah, yes. I used to go to a
7 dermatologist, yeah.
8    Q   And what would you -- strike that.
9        What conditions have you sought out the
10 treatment of a dermatologist for?
11    A   It was for dry skin.
12    Q   Was this related to the same condition?
13    A   No.
14    Q   Okay. Describe to me when you started
15 experiencing this condition of dry skin.
16    A   I'm trying to see what they call it.
17 It's got a name, but my mind is blanking right
18 now. I'm sorry.
19    Q   That's okay. Do you remember when it
20 first started?
21    A   The dryness?
22    Q   Yeah, I just want to make sure we're
23 clear for the record. You started experiencing
24 some dryness, the dryness that we talked about
25 this morning that you used the shampoo for, in

Page 159

1 2016, right?
2    A   Yes.
3    Q   And that I think is called seborrheic
4 dermatitis; is that right?
5    A   Mm-hmm.
6    Q   Is that a yes?
7    A   Yes.
8    Q   And then in addition to the seborrheic
9 dermatitis, you testified that you experienced
10 another condition with dry skin?
11    A   I can't think of the name right now.
12    Q   Was that before your cancer diagnosis or
13 after?
14    A   That was way before, when I was young,
15 high school.
16    Q   Do you remember what treatment you got
17 for that?
18    A   I had some cream I had to put on.
19    Q   How often would you have to apply the
20 cream?
21    A   Twice a week.
22    Q   Where would you apply the cream to?
23    A   On my legs and my arms.
24    Q   How long did you apply that cream?
25    A   I guess a couple months. It's been so

Page 160

1 long ago.
2    Q   So it was a very short amount of time?
3    A   Yes.
4    Q   Back when you were a teenager?
5    A   Mm-hmm.
6    Q   Have you experienced menopause?
7    A   Yeah.
8    Q   When did you experience menopause?
9    A   In my fifties.
10    Q   Did you experience any symptoms of
11 menopause? You know, some women experience hot
12 flashes or night sweats. Some women experience
13 dryness. Some women experience --
14    A   Dryness, dryness, yeah.
15    Q   Okay. Did you experience any other
16 symptoms with menopause?
17    A   Hot, hot flashes and stuff like that,
18 yeah.
19    Q   Do you recall whether you were
20 prescribed any hormone replacement therapy to
21 treat those symptoms?
22    A   No, no. No replacement.
23    Q   Did you take any medication to deal with
24 your symptoms of menopause?
25    A   No.

Page 161

1    Q   Have you ever been diagnosed with an
2 autoimmune disease? An autoimmune disease. Have
3 you ever been diagnosed with a disease that the
4 doctors say interferes with your immune system?
5    A   No.
6    Q   Every woman's favorite topic: Weight.
7 What is the most that you've weighed in your
8 lifetime?
9    A   198.
10    Q   And what is the least that you have
11 weighed in your lifetime?
12    A   120.
13    Q   When did you weigh 198?
14    A   When I first started chemo, when I went
15 in to do it, and I came out at 123.
16    Q   So you weighed 198 before you started
17 chemotherapy, and then at the end of taking
18 herceptin, at what point did you weigh 128?
19    A   Herceptin or the, all the chemo?
20    Q   Right. It was a bad question.
21        At what point in your chemotherapy
22 regimen did your weight drop down to 128?
23    A   When I started taking, when I started
24 taking at first when I kept my weight, red devil
25 you can call it. When I started taking the

41 (Pages 158 - 161)

1  Taxotere and the carboplatin, yeah, that's when I
2  started losing weight. That's when I got
3  fatigued, yeah.
4      Q    And did you just say that you referred
5  to the adriamycin as the "red devil"?
6      A    Yeah.
7      Q    Why did you refer to it as that?
8      A    Because it's red.
9      Q    But why the red devil?
10     A    I don't know.
11     Q    "Devil" has a negative connotation.
12     A    Yeah, I know.
13     Q    Was there some issue with the
14  adriamycin?
15     A    No.
16     Q    When you started losing the hair under
17  your arms and on your eyebrows and the hair loss
18  on your head after you took your first course of
19  adriamycin, did you talk with your doctors about
20  that hair loss?
21     A    I can't remember.
22     Q    You don't know if you asked them about
23  it at all?
24     A    Huh-uh.
25     Q    When your chemotherapy with the

1  adriamycin finished in September 2013, what did
2  the hair on your head look like, to the extent
3  that you can remember?
4      A    It was still kind of thick, yeah. It
5  was still kind of thick, but when I started taking
6  the other chemo, I decided to kind of get my
7  husband to cut it down some, yeah.
8      Q    So did you have your husband cut your
9  hair down before you started the herceptin,
10  carboplatin and Taxotere?
11     A    No, no.
12     Q    When did you have him start to cut it
13  down?
14     A    After I started taking the chemo, months
15  after I started taking the chemo, because I looked
16  bad. Still do.
17     Q    Were you progressively losing your hair
18  over the course of your --
19     A    Yeah, I can just brush it and my hair
20  was just coming out. I could just brush it and my
21  hair was coming out, yeah.
22     Q    During the course of your chemotherapy
23  treatments, did you lose your hair on any other
24  parts of your body besides hair loss on your head,
25  your eyebrows and your underarms?

1      A    Private area. My private area.
2      Q    Your private area, your genitals?
3      A    Yes.
4      Q    Anywhere else?
5      A    On my legs. I didn't have much hair on
6  my legs, but yeah.
7      Q    Before you started chemotherapy, you
8  didn't have much hair on your legs; is that what
9  you said?
10     A    Yeah, you can see it, but you don't see
11  anything now. My hair never did grow back.
12     Q    So since you took chemotherapy, your
13  hair has not grown back on your legs, your
14  eyebrows have not grown back since you took the
15  adriamycin, your hair under your arms has not
16  grown back since you took the adriamycin?
17     A    Uh-huh.
18     Q    Is there anywhere else on your body that
19  you did --
20     A    No. With adriamycin I still had hair, I
21  still had my eyebrows and I still had hair on my
22  arms, but when I start taking the Taxotere, that's
23  when I started losing hair. When I was taking
24  adriamycin, I still had hair, but -- it was still
25  kind of thick, but some of the hair came out.

1      Q    And were you experiencing, with the
2  adriamycin, bald patches?
3      A    I can't remember.
4      Q    Were you experiencing, with the
5  adriamycin, thinning of your hair?
6      A    I can't remember.
7      Q    And then when you were taking the
8  Taxotere, carboplatin and herceptin, did you
9  experience full loss of hair on your head?
10     A    I saw that my hair started coming out
11  more.
12     Q    Did it completely come out?
13     A    It started coming out here, but you see
14  how my hair look. You seen me when I took my wig
15  out, yeah, it started coming out, yeah.
16     Q    What I'm trying to get at, Mrs. Sanford,
17  and I apologize if my questions are not clear --
18     A    Yes, ma'am.
19     Q    -- is how about on the sides of your
20  head? I'm just trying to understand. On the
21  sides of your head, did all your hair fall out
22  when you were taking the Taxotere, carboplatin and
23  herceptin?
24     A    It came out, yeah.
25     Q    And what about on the back of your head?

42 (Pages 162 - 165)

---

Page 166

1  A  Yes.
2  Q  Okay. Did you at some point go
3  completely bald?
4  A  No.
5  Q  Sorry?
6  A  No.
7  Q  Okay. So describe to me what the
8  condition of your hair was like after you stopped
9  taking the Taxotere, carboplatin and herceptin.
10  In the, in the month after you stopped that, what
11  was the condition of your hair?
12  A  How I look now.
13  Q  Sorry?
14  A  How I look on those pictures. You got
15  pictures of me, right?
16  Q  Yeah, I do. This is a good time and
17  place to go through them. Thank you.
18  While we're waiting for Katherine to
19  find those, I want to give you back the originals
20  of these pictures of you and your beautiful
21  family.
22  A  Thank you.
23  Q  So you can keep those so they don't get
24  smudged. Those are the originals. I've got
25  copies.

Page 167

1  A  Okay.
2  MR. WOOL: You can put those over
3  here, Dora.
4  MS. WADHWANI: I'm going to mark as
5  Exhibit 11 photographs that were provided to
6  us by counsel for Ms. Sanford.
7  (Exhibit 11 was marked for
8  identification.)
9  BY MS. WADHWANI:
10  Q  Ms. Sanford, I'll let you know this is
11  the way the photos came to us, because they appear
12  to have been scanned. They may not be as crystal
13  clear as you might remember them or have at home.
14  A  Okay.
15  Q  But I just want to go through these with
16  you and ask you: Do you know what date this first
17  picture on Exhibit 11 was taken?
18  A  No.
19  Q  Do you remember approximately when this
20  was taken?
21  A  Probably 2014. I'm just going to -- '14
22  or '13, '14.
23  Q  You can't say one way or the other?
24  A  I don't know.
25  Q  And what do you remember about your hair

Page 168

1  at this time?
2  A  This picture is so dark. I had my --
3  you can see the hair on my head, but I had it
4  brushed down. What you want to know about it?
5  Q  Well, I'm just trying to like -- because like
6  you said, it's very -- this picture that we
7  received is very dark hard to see, so I was
8  wondering if you could remember what your hair
9  looked like at this time.
10  A  Yeah, it looked like this hair here,
11  like the next page when you look at it, this one
12  here.
13  Q  Picture 3?
14  A  Yeah, mm-hmm.
15  Q  And before we jump to 3, let's look at
16  photograph 2.
17  A  Okay.
18  Q  Do you remember when this photo was
19  taken?
20  A  I'm trying to look and see. I think
21  2016 or '15.
22  Q  What makes you think that --
23  A  I'm just thinking that. I mean . . .
24  Q  Can you tell me today with any
25  reasonable certainty that you know when this

Page 169

1  picture was taken?
2  A  No.
3  Q  Okay. Is the same true for photograph
4  1? You can't say with any certainty what day that
5  picture was taken?
6  A  Yes.
7  Q  And what about for photograph 3; can you
8  tell me when that photo was taken?
9  A  Could I go back? I'm sorry.
10  Q  Sure. We're on photograph 3.
11  A  Photograph 3. 2016. I'm thinking 2016.
12  Q  What makes you say 2016?
13  A  I don't know.
14  Q  If you don't recall, that's absolutely
15  fine.
16  A  Okay.
17  Q  What we don't want to you do is
18  speculate.
19  A  Yeah, I'm sorry.
20  Q  It sounds like you're speculating. Is
21  that right?
22  A  Yeah. Sorry.
23  Q  If you look and you can't remember what
24  year it is, that's fine.
25  A  Okay.

43 (Pages 166 - 169)

1  Q  And what about photograph 4; do you
2  recall when that photo was taken?
3  A  This one here?
4  Q  Yes.
5  A  It's the same picture as this one here.
6  Q  Do you think photograph 4 and photograph
7  2 were taken at the same time?
8  A  Yes. It's the same picture.
9  Q  Okay. You just can't remember when?
10  A  Huh-uh.
11  Q  Okay. What about photograph 5; can you
12  tell, sitting here today, when that photo was
13  taken?
14  A  I can look in my eyes. I was still
15  taking chemo. I can look in my eyes, so it had to
16  be around 2014, because I kind of can look. It's
17  the eyes.
18  Q  And what about your eyes in this photo
19  indicates to you --
20  A  I don't know. It's so dark.
21       THE REPORTER: I'm sorry. You're
22       both talking at the same time. "What about
23       your eyes" --
24  BY MS. WADHWANI:
25  Q  -- in this photo indicates to you that

1  you were taking chemotherapy?
2  A  I don't know. I don't know.
3  Q  And for photographs 6 and 7, which
4  appear to be different shots --
5  A  Of the same, the first one here.
6  Q  Can you say what year these were taken?
7  Is that a no?
8  A  That's a no, yeah.
9  Q  So could it be 2013? Is that right?
10  A  It's either '13 or '14, I'm thinking.
11  Q  And then if we go to the photograph
12  with -- you're on it exactly, number 8. Do you
13  know when this picture was taken?
14  A  Yes.
15  Q  And when was it taken?
16  A  I think this picture was taken in 2010,
17  I'm thinking.
18  Q  What makes you remember that this was
19  taken in 2010?
20  A  Because I'm fat. Because I weigh about
21  190 pounds, look like, yeah, 190.
22  Q  So you remember you looking like this in
23  2010?
24  A  Yeah.
25  Q  And what about photograph number 9?

1  A  Around the same, I guess. Probably
2  2011.
3  Q  2010/2011?
4  A  Mm-hmm.
5  Q  And tell me about how you were styling
6  your hair at this time in 2010/2011. I'm, I'm
7  looking at it. Just tell me about your normal
8  hair care routine at this time.
9  A  How I wear it? The style?
10  Q  Yeah, how you --
11  A  I wear it in a bob. That's a bob style
12  that's parted down and . . .
13  Q  And how would you take care of your
14  hair? How would you style it?
15  A  I roll it.
16  Q  Rolling it with rollers or --
17  A  Would roll it sometime with the rollers
18  that you put the paper on. You wash it and put
19  the paper, put the paper clip on.
20  Q  Yes.
21  A  Sometime I just use the hot curler, just
22  hot, you know, and just brush it down to have it
23  like that.
24  Q  And would you do that every morning?
25  A  No, not every morning.

1  Q  How often would you do that?
2  A  Once a week, because what I do, I just
3  take and just put a little cap on it and just go
4  to bed, and my curls would stay, yeah.
5  Q  And were these rollers that you applied
6  heat to first and then put them in and put your
7  cap on?
8  A  No. It's rollers that you buy from the
9  store. You put the paper on and put clips on and
10  just put -- and your hair stay, get the curls in
11  it, yeah.
12  Q  Would you sometimes instead use a
13  curling iron?
14  A  Yeah, sometime, yeah.
15  Q  And I'm looking at this photo. Did you
16  always wear your part like this, to the right?
17  A  Yeah, mm-hmm.
18  Q  And has your hairline through your adult
19  life always been where it's at right here?
20  A  Yes.
21  Q  Where your hair started on your head,
22  it's been the same --
23  A  Yeah.
24  Q  -- throughout your life?
25  A  Mm-hmm.

44 (Pages 170 - 173)

Page 174

1    Q   That's a yes?
2    A   Yes.
3    Q   I think actually we have a closer up
4  picture here, number 10.
5        Is that Mr. Sanford?
6    A   Yes.
7    Q   Do you remember when this photo was
8  taken?
9    A   Yes.
10   Q   When was it taken?
11   A   My mom died October 2012. This was
12 November. I was at my class reunion. We had a
13 class reunion that night. That was November 2012.
14   Q   And does this photo again reflect how
15 you typically used to wear your hair at that time
16 around 2012?
17   A   Yes.
18   Q   Were you still in 2012 using the curlers
19 or the hot --
20   A   Yeah.
21   Q   -- sorry -- the rollers or the hot
22 curlers?
23   A   Yes.
24   Q   Were you doing anything else?
25   A   Washing and conditioning it, yeah.

Page 175

1    Q   When you came out of the shower, was it
2  your habit and practice to blow-dry your hair
3  straight at all?
4    A   No.
5    Q   Did you blow-dry your hair at all?
6    A   Yes.
7    Q   How frequently would you blow-dry your
8  hair?
9    A   Once a month.
10   Q   What would be the occasions on which you
11 would blow-dry your hair?
12   A   If I'm going to somewhere, going to
13 something special, special occasion, yeah.
14   Q   And would you blow-dry it straight, use
15 one of those brushes that help you blow-dry it
16 straight?
17   A   Yeah, yeah, with the brush on it, yeah.
18   Q   The ladies in the room know exactly what
19 you're talking about.
20   A   Okay.
21   Q   All right. Then photograph 11, do you
22 know what year this is from?
23   A   Yes, ma'am. It was this year.
24   Q   This year?
25   A   Mm-hmm.

Page 176

1    Q   Okay. What was the occasion or reason
2  for taking this photo?
3    A   I took them for my lawyer.
4    Q   Your lawyer asked you to take some
5  photos, and this is what you did?
6    A   Yes.
7    Q   And is that also true for the photos at
8  -- I'm sorry -- number 12 and number 13?
9    A   Yes.
10   Q   So you took these for your lawyer?
11   A   Yes.
12   Q   And what was the purpose of putting this
13 head covering on?
14   A   That's one of my things that my family
15 fuss at me about at home. I always keep a cap on.
16 I never go outside with nothing on my head. I'm
17 just conscious I don't have hair, a whole lot of
18 hair anymore, so I always keep a cap on.
19   Q   So you were reflecting to your lawyers
20 how you might wear your hair right now or the
21 appearance that you have right now?
22   A   Yeah, but when I don't have a wig on,
23 that's what I use is that cap, yeah.
24   Q   And are the photos at 14 and 15 from the
25 same day of the photos that you were taking for

Page 177

1  your lawyers? It looks like you are still wearing
2  the same lovely pink shirt.
3    A   Yes.
4    Q   And is the same true for photos at 16
5  and 17?
6    A   Yes.
7    Q   And 18 and 19 and 20?
8    A   Yes.
9    Q   And going back a moment to the photo at
10 17.
11   A   17?
12   Q   Yeah.
13   A   Let me get there.
14   Q   And I know it's a little bit dark, but
15 hopefully --
16   A   17.
17   Q   17, yes, ma'am. You're on the right
18 picture, yes, ma'am.
19   A   Mm-hmm.
20   Q   I think you told me earlier this area
21 above the forehead, near the temple, your hairline
22 has always been at that place all your life, your
23 entire life?
24       MR. WOOL: Objection.
25       THE WITNESS: Objection. I mean I

45 (Pages 174 - 177)

1    don't know. I mean you asked me -- what
2    picture with the hair?
3  BY MS. WADHWANI:
4    Q   Yeah, one of your earlier pictures.
5  You're looking at picture 9 right now, ma'am.
6    A   Okay, 9. I'm going to go back to it. I
7  had hair right here, right there, right in here.
8  My hair was combed back.
9    Q   I'm trying to understand this, this part
10  and where your hairline is. I think you told me
11  earlier that that's where your hairline has been
12  all your life; is that right?
13    A   Yes.
14    Q   Okay, and then you brought us in some
15  photos of your lovely family today that we made
16  color copies of so we don't have to mess up your
17  photos, and we're going to mark one set of those
18  copies as Exhibit 12.
19        (Exhibit 12 was marked for
20        identification.)
21  BY MS. WADHWANI:
22    Q   So why did you bring in these photos
23  today, Mrs. Sanford?
24    A   I just wanted some extra pictures where
25  you could see.

1    Q   Okay, thank you, and can you tell me, if
2  you can, if you know, what year the first picture
3  is from.
4    A   It was like -- my kids were still home,
5  so -- my youngest was small. I would say '94,
6  something like that.
7    Q   And it's a little bit in shadow, so
8  you'll forgive me if I mistake, but are you
9  wearing the white blouse?
10    A   Yes.
11    Q   And are your children in this photo?
12    A   Yes.
13    Q   And who else is in this photo?
14    A   Cousins, nephews, aunts, yeah.
15    Q   And then the next photo is a photo dated
16  October 8, 2005, and what's this photo?
17    A   My grandbaby. Went to go visit my
18  grandbaby in Mobile. That's the grandbaby I'm
19  holding, the one we live with now.
20    Q   Okay, the 13-year-old?
21    A   Yeah.
22    Q   I bet time just flew on that one.
23    A   Yeah.
24    Q   And then on the third picture, when is
25  this picture from?

1    A   I tried to think about it. That's my
2  brother, my sister Linda, and my daughter
3  Charlotte, and my brother Ray. I'd say 2003,
4  something like that.
5    Q   And who is the other person in the
6  photo?
7    A   My daughter, my sister Linda, me and my
8  brother Ray.
9    Q   Sorry. I did not catch your sister
10  Linda.
11        Okay. At this time in 2003, were you
12  engaged in the same hair care practices that you
13  described to me earlier?
14    A   Yeah.
15    Q   In 2010/2011?
16    A   Yes.
17    Q   Since you've become an adult, what
18  generally has been your practice with taking care
19  of your hair and styling your hair?
20    A   Wash and condition it and hot-curl it
21  like I normally do. Well, not now, but back then,
22  before all the treatment, yeah.
23    Q   At any time in your life have you worn
24  braids or corn rows?
25    A   No.

1    Q   Have you done weaves?
2    A   Never.
3    Q   Have you worn your hair back
4  consistently, or did you always typically wear it
5  down?
6    A   Wear it down.
7    Q   Did you ever use any chemical
8  straightening agents?
9    A   Like a perm? Yeah.
10    Q   How many perms have you had in your
11  life?
12    A   I don't know.
13    Q   When is the last time you had a perm?
14    A   First part of 2012.
15    Q   Were you, were you fairly consistent in
16  getting perms?
17    A   No.
18    Q   On average, how often would you get
19  them?
20    A   A special occasion, if I had to go to a
21  wedding or Christmas functions, stuff like that,
22  Christmas parties, yeah.
23    Q   And have you been getting perms for
24  special occasions since you became an adult?
25    A   Yeah.

46 (Pages 178 - 181)

Page 182

1    Q    What about do you ever use with any
2 regularity a hot comb?
3    A    Just when I was a child.
4    Q    And since you became an adult?
5    A    No.
6         MR. WOOL: I'm going to object that
7 I don't know what a hot comb is.
8         MS. WADHWANI: I'll let your client
9 describe it to you.
10 BY MS. WADHWANI:
11   Q    You know what a hot comb is, right,
12 Mrs. Sanford?
13   A    Uh-huh.
14   Q    And then you brought a photo that's
15 dated October 16, 2007, right?
16   A    Which one is that?
17   Q    Sorry. It's the next one.
18   A    Oh, so my grandbaby. Okay.
19   Q    Which one is your grandbaby?
20   A    Oh, sorry. That's my son Mark
21 graduating from basic training. Sorry.
22   Q    And that was in October 2007?
23   A    Mm-hmm.
24   Q    And then you have a photo from 2009?
25   A    Family, yeah.

Page 183

1    Q    And some more photos from 2007.
2    A    Mm-hmm.
3    Q    And then you have a photo on October 17,
4 2009?
5    A    Mm-hmm.
6    Q    And what's going on in this photo?
7    A    My son's basic training. He's
8 graduating from basic training. Fort Gordon, I
9 think, yeah. My youngest son, Mark.
10   Q    And at this time you're still generally
11 styling your hair the same way?
12   A    Yes.
13   Q    And then in 1998?
14   A    Basic training for my son Michael.
15   Q    And your hair looks a little shorter
16 here.
17   A    I cut it, yeah.
18   Q    How were you wearing your hair at this
19 time in 1998?
20   A    The same style. I still had the part
21 right there, and this was cut short.
22   Q    And were you still using the hot curler
23 on your hair?
24   A    Yeah.
25   Q    Okay, thank you.

Page 184

1         Ma'am, have you ever asked any of your
2 physicians whether you have a hair loss condition?
3    A    No.
4    Q    Have you ever sought treatment for your
5 hair loss?
6    A    No.
7    Q    Have you ever sought a diagnosis for
8 your hair loss or hair condition?
9    A    No.
10   Q    Have you ever had any blood tests to
11 determine whether you have permanent hair loss?
12   A    No.
13   Q    Have you had any biopsies on your head
14 to determine whether you have permanent hair loss?
15   A    No.
16   Q    Have you had any scans to determine
17 whether you have permanent hair loss?
18   A    No.
19   Q    Have you had any tests to determine
20 whether you have permanent hair loss?
21   A    No.
22   Q    Has a doctor or other healthcare
23 provider ever diagnosed you with permanent hair
24 loss?
25   A    No.

Page 185

1    Q    Has any doctor or healthcare provider
2 told you what has caused your hair loss?
3    A    No.
4    Q    Has any doctor ever told you that you
5 experienced hair loss on your body as a result of
6 your use of Taxotere?
7    A    No.
8         MR. WOOL: Object to form.
9 BY MS. WADHWANI:
10   Q    Has any doctor ever told you that you
11 experienced hair loss on your head as a result of
12 your use of Taxotere?
13   A    No.
14        MR. WOOL: Object to form.
15 BY MS. WADHWANI:
16   Q    At what point in time did you conclude
17 that your hair was not going to grow back?
18   A    One day in my living room, I had my TV
19 on, I seen it. I was hoping my hair going to grow
20 back. Anybody would want their hair to grow back,
21 and I had my TV on, I seen the commercials there
22 about Taxotere, and I know I took that drug, and
23 so they had a number, and I called.
24   Q    Okay, and that was the point in time
25 when you concluded your hair loss was permanent?

47 (Pages 182 - 185)

Page 186

1    A    Yes.
2    Q    So even though no doctor had told you,
3 you decided, from watching an advertisement by
4 lawyers, that your hair loss was permanent?
5    A    No doctor never -- no one never told me
6 that I had permanent hair loss. Like I said, when
7 I seen the commercial on TV, that's when I called,
8 yes.
9    Q    Okay. So your conclusion about when
10 your hair loss was permanent was as a result of
11 seeing an advertisement by lawyers on TV; is that
12 right?
13    A    Yes.
14    Q    Have you ever done any Internet searches
15 related to hair loss or chemotherapy?
16    A    When I was taking chemo or after chemo?
17    Q    At any point in time.
18    A    After I found out about the permanent
19 hair loss on the TV, that's when I started doing
20 research.
21    Q    Okay, and what kind of research were you
22 doing?
23    A    Trying to see what caused the permanent
24 hair loss, and in, in the research I found, they
25 say it was dealing with Taxotere. That's what I,

Page 187

1 that's what I was reading, yeah. I went on that
2 site.
3    Q    What site were you on where you saw
4 that?
5    A    The one that be on the, the TV
6 commercial.
7    Q    A lawyer's --
8    A    Yes.
9    Q    -- site? A lawyer who was looking for
10 clients; is that right?
11    A    No. I'm, I'm just reading about it. I
12 don't know if he's looking for clients or not,
13 yeah.
14    Q    But you saw it on a lawyer's website?
15    A    Yes.
16    Q    Did you see it anywhere else, some
17 statements that Taxotere causes permanent hair
18 loss other than a lawyer's website?
19    A    And the TV.
20    Q    A lawyer's advertisement?
21    A    Yes.
22    Q    Anywhere else?
23    A    No.
24    Q    Now, you lost your hair in 2013 and 2014
25 while you were taking your chemotherapy, correct?

Page 188

1    A    Mm-hmm.
2    Q    What made you think during those two
3 years between losing your hair and seeing a
4 lawyer's ad that your hair would grow back?
5    A    Before the commercial, I'm waiting and
6 sitting and waiting, hoping that my hair will grow
7 back.
8    Q    Did you ask anybody if your hair was
9 going to grow back?
10    A    No.
11    Q    Is that a no?
12    A    No, huh-uh, because --
13    Q    I'm sorry. We need to make sure --
14    A    No, because I was thinking, I was
15 thinking it was going to grow back.
16    Q    Was there anything that happened in
17 those two years that made you think it was going
18 to grow back?
19    A    By me seeing my other support group
20 friends, ladies that in the support group with me,
21 their hair grow back.
22    Q    How long had their hair taken to grow
23 back?
24    A    I don't know, but a lot of them I had
25 just met. It took me at least about two years to

Page 189

1 go to the support group, because I had so much
2 going on, and I see their hair had grown back. I
3 don't know how long it took, but they had hair.
4    Q    So you didn't go to the cancer support
5 group because you had a lot going on until
6 approximately 2016; is that right?
7    A    (Nods.)
8    Q    And so during --
9        THE REPORTER: Was that a yes?
10        THE WITNESS: Yes.
11 BY MS. WADHWANI:
12    Q    So during that time between 2014 and
13 2016 when your hair wasn't growing back, did you
14 investigate why not?
15    A    No.
16    Q    Did you ask your doctors why not?
17    A    No.
18    Q    Did you visit any websites to find out
19 why not?
20    A    No.
21    Q    You just knew your hair wasn't growing
22 back; is that right?
23    A    I just -- I was thinking it was going to
24 grow back. In my mind, one day I'd get up and I
25 would have hair. I even dreamed it. When I woke

48 (Pages 186 - 189)

1  up, my hair -- I was going to have hair.
2    Q   Did you see anything in the regrowth of
3  your hair between 2014 and 2016 that suggested to
4  you that your hair was going to grow back?
5    A   Did I see what?
6    Q   See any changes.
7    A   In my hair?
8    Q   In your hair that suggested to you that
9  it was going to grow back.
10   A   No.  Still looked the same.
11   Q   So some hope on your part; is that
12 right?
13   A   I had some hope on my part, yeah.
14   Q   Have you ever taken any prescription
15 medication to try and improve your --
16   A   No.
17   Q   -- hair?  No?  Have you taken any
18 nonprescription, over-the-counter medication --
19   A   No.
20   Q   Just to make sure the record is clear, I
21 know you know where I'm going, but I want to make
22 sure that my question is clear on the record, so
23 let me just ask it again.
24      Have you ever taken any
25 over-the-counter, nonprescription medication to

1  try and treat your hair loss?
2    A   No.
3    Q   Do you link your hair loss to anything
4  other than your chemotherapy?
5    A   No.
6    Q   Has anyone ever told you that hair loss
7  issues that form the basis of your claim in this
8  lawsuit were caused by your use of Taxotere?
9       MR. WOOL:  I want to object, and
10      Ms. Dora, I don't want you to talk about what
11      you talked about with your lawyers.
12      THE WITNESS:  Okay.
13 BY MS. WADHWANI:
14   Q   I'll rephrase the question.
15      Other than your attorneys, has anyone
16 ever told you that the hair loss which forms the
17 basis for your lawsuit was caused by Taxotere?
18   A   No.
19   Q   Other than your attorneys, has anyone
20 ever told you that the hair loss issues for which
21 you bring this lawsuit were caused by something
22 other than Taxotere?
23   A   No.
24      MS. WADHWANI:  Let's take a break.
25      THE VIDEOGRAPHER:  Off the record

1  at 15:40.
2       (Whereupon, a short recess was
3       taken.)
4       THE VIDEOGRAPHER:  Back on the
5  record at 16:05.
6  BY MS. WADHWANI:
7    Q   Before we took our break, Mrs. Sanford,
8  you had mentioned how you had seen the lawyer's ad
9  in 2016.
10      Do you remember when in 2016 you saw
11 that ad?
12   A   No.
13   Q   Do you remember whether it was early
14 winter, spring of 2016?
15   A   Don't -- I can't remember.
16   Q   Summer?
17   A   Don't -- can't remember.
18   Q   Do you remember which law firm?
19   A   McGartland.
20   Q   Have you had any conversations with
21 Dr. Husain, your endocrinologist, related to your
22 hair loss?
23   A   That's my new doctor.  No, I can't
24 remember now.  I can't remember.
25   Q   Has Dr. Husain ever told you what she

1  thinks is causing your hair loss?
2    A   No.
3       (Exhibit 13 was marked for
4       identification.)
5  BY MS. WADHWANI:
6    Q   So you were able to find the newspaper
7  article that you had lost page 3 on, online?
8    A   Yes, mm-hmm.
9    Q   The miracles of the internet, so now we
10 have the full article, and I just want to go to
11 page 3.
12   A   Page 3.  1, 2, 3, okay.
13   Q   And this is where the -- the article
14 that you interviewed with the Zachary Post for in
15 April 2014, "A Survivor's Journey," that we talked
16 about earlier.
17   A   Yes.
18   Q   This is the missing page, and in it you
19 talk about how important it was to have the
20 support of your family, correct?
21   A   Yes.
22   Q   And to have the support of God, correct?
23   A   Yes.
24   Q   And to have the support of all the
25 doctors and staff, such as Dr. Cuntz and

49 (Pages 190 - 193)

1  Dr. Patten and everyone at Mary Bird Perkins,
2  correct?
3     A   Yes, yes.
4     Q   And you also say you're thankful to the
5  American Cancer Society, correct?
6     A   Yes.
7     Q   And here at this time in April 2014,
8  you're still taking your herceptin, right?
9     A   Yes.
10    Q   And you refer to your herceptin in the
11 first column here of page 3 where it says, "She
12 also goes in monthly for herceptin treatments,
13 which is a protein blocker that blocks the tumor
14 from coming back."
15    A   Yes.
16    Q   Which is exactly what you told us
17 earlier today, right?
18    A   Yes, yes.
19    Q   The article goes on to say, "This
20 treatment is received through her port and has no
21 side effects," and then it quotes you as saying,
22 "Through my chemotherapy and radiation treatment,
23 I have lost 40 pounds. My hair, skin and nails
24 are not the same, but all these side effects are
25 just something that I have to go through. I am

1  here and I thank God every day my current PET
2  scans show that I am cancer-free."
3        And that's what you said, right?
4     A   Yes.
5     Q   And that's what you believed, correct?
6     A   Yes.
7        (Discussion was held off the
8        record.)
9        MS. WADHWANI: All right. Just so
10   we can understand a little bit more about the
11   lawsuit that you're bringing, and as part of
12   that I'm going to mark the Sixth Amended
13   Plaintiff Fact Sheet.
14       (Exhibit 14 was marked for
15       identification.)
16 BY MS. WADHWANI:
17    Q   Mrs. Sanford, I have handed you what we
18 have marked as Exhibit 14, a document called the
19 "Sixth Amended Plaintiff Fact Sheet," and I want
20 to turn your attention first -- strike that.
21       Do you recall seeing this document
22 before?
23    A   I think I did.
24    Q   Okay. I want to turn your attention to
25 the last page, and the reason I wanted to ask this

1  is you'll see --
2     A   The last page?
3     Q   Yeah, and you're, you're right on it.
4  You'll see there on the last page at the end of
5  this sheet, it says "Declaration: Pursuant to 28
6  U.S.C. Section 1746, I declare under penalty of
7  perjury that all of the information provided in
8  connection" --
9     A   What? Where we at now? Sorry.
10    Q   Sorry. No, I'm reading too fast for
11 both you and Ms. Donovan. I apologize.
12       We are at -- you see at the bottom, the
13 big X Roman numeral X, and then "Declaration"?
14 Yes, that is where I am.
15    A   Okay.
16    Q   Why don't you just read that little
17 portion to yourself.
18    A   Okay.
19       (Witness peruses document.)
20       THE WITNESS: Yes.
21 BY MS. WADHWANI:
22    Q   And you'll see that under the
23 declaration is a space for the signature and the
24 date, and it's not signed.
25       So my first question is: Did you review

1  this document previously?
2        MR. WOOL: Are you referring
3     specifically to the sixth one or any of them?
4  BY MS. WADHWANI:
5     Q   I'm referring specifically to the Sixth
6  Amended Plaintiff Fact Sheet, which we have now
7  marked as Exhibit 14.
8     A   My signature is not on here, so I must
9  have didn't sign it. I don't know. I don't know.
10    Q   You can't say one way or the other,
11 sitting here today, whether you've seen this Sixth
12 Amended Plaintiff Fact Sheet?
13    A   Don't know. I'm just going back, trying
14 to look, trying to remember.
15       MR. WOOL: I'm sorry to interrupt.
16    I think she has your highlighted copy.
17       (Discussion was held off the
18       record.)
19       THE WITNESS: I'm still looking.
20 BY MS. WADHWANI:
21    Q   Take your time and let me know if any of
22 this information looks familiar to you.
23    A   I can't remember. Sorry.
24    Q   You can't say one way or the other,
25 sitting here, if you've ever seen this document

50 (Pages 194 - 197)

1 before?
2   A   I don't -- I'm trying to look and see.
3       MS. WADHWANI: I'm going to mark as
4 Exhibit 15 Plaintiff Fact Sheet 1 to the
5 Fifth Amended Complaint.
6       (Exhibit 15 was marked for
7       identification.)
8 BY MS. WADHWANI:
9   Q   So Mrs. Sanford, what I've handed you
10 are what have been represented to us by your
11 lawyers as earlier versions of the Sixth Amended
12 Plaintiff Fact Sheet. You'll see the first
13 document in Exhibit 15 is Plaintiff Fact Sheet,
14 and then the subsequent documents are first
15 amended, second amended, third amended -- I'm not
16 going to ask you to go through all of these
17 documents, so let me just assure you of that.
18      My question is generally, as it was with
19 the Sixth Amended Plaintiff Fact Sheet, have
20 you seen these before?
21  A   Yes.
22  Q   When do you recall seeing these?
23  A   My lawyer.
24  Q   Your lawyer showed them to you?
25  A   Yes.

1   Q   Did you fill these out? Did you
2 physically fill these out?
3   A   Yes.
4   Q   They are typewritten. Did you type
5 these up?
6   A   No. I written, I written them out, and
7 I'm -- yeah.
8   Q   You filled them out in pen and then --
9   A   Yeah.
10  Q   -- gave them to your lawyer?
11  A   Yeah.
12  Q   Did you do that for each of these six
13 plaintiff fact sheets?
14  A   Yes.
15  Q   I just wanted to clear that up, because
16 I'll mark as Exhibit 16 -- we have one signed
17 declaration which I'm marking as Exhibit 16.
18      (Exhibit 16 was marked for
19      identification.)
20 BY MS. WADHWANI:
21  Q   Do you see that Exhibit 16, it says
22 "Declaration"?
23  A   Yes.
24  Q   And do you see your signature?
25  A   Yes.

1   Q   What is the date next to your signature?
2   A   November 4, 2017.
3   Q   So at some point you attested to the
4 fact that one of these plaintiff fact sheets was
5 true and correct, right?
6   A   I didn't look through all of them, but I
7 did see them, yes.
8   Q   Right. My question is that you made a
9 declaration as to --
10  A   Yes.
11  Q   -- one of them, right? You signed one
12 of them?
13  A   One of the declarations, one
14 declaration, yeah.
15  Q   One declaration. Thanks.
16      Did you review and fill out the fact
17 sheet each time a new one was prepared?
18  A   Yes.
19  Q   And so sitting here today, acknowledging
20 I'm not asking you to go through page by page, is
21 it your understanding that the information in
22 these plaintiff fact sheets represent -- excuse
23 me. I'll start again.
24      Sitting here today, is it your
25 understanding that the information reflected in

1 each of these plaintiff fact sheets is truthful
2 and accurate to the best of your knowledge?
3   A   Best of my knowledge, yes.
4   Q   Now, looking to Exhibit 14 --
5   A   Go back to 14.
6   Q   -- which is the single Sixth Amended
7 Plaintiff Fact Sheet, I'll ask you some questions
8 about that one.
9       And Mrs. Sanford, if I could have you
10 turn to page 19, and the numbers are at the bottom
11 center of the pages. If you could turn, please,
12 to page 19 of the PFS, the Plaintiff Fact Sheet.
13  A   I'm looking at it, yeah.
14  Q   Are you there?
15  A   Yes.
16  Q   I want to direct your attention to the
17 section called "Other Claimed Damages," and just
18 go through that a little bit to make sure I
19 understand the nature of your allegations and the
20 damages you're seeking in this case, okay?
21  A   Yes.
22  Q   So under question 18, you ticked "yes"
23 to the question, "Do you claim that your use of
24 Taxotere or docetaxel caused or aggravated any
25 psychiatric or psychological condition," correct?

51 (Pages 198 - 201)

Page 202

1    A    Yeah. Could I explain a little bit?
2    Q    I would welcome that.
3    A    I did have a lot of stress, anxiety,
4  very frustrated in my situation, and that's what I
5  was talking about.
6    Q    And which situation is that?
7    A    My hair loss, sitting there hoping one
8  day my hair will grow back, and that's really a
9  frustration to me, and I got depressed about it.
10   Q    And did you seek the assistance of a
11 doctor?
12   A    No.
13   Q    Did you seek the assistance of a
14 counselor?
15   A    No. Just my family.
16   Q    Did you try and get any medication to
17 assist you?
18   A    No.
19   Q    Question 20 says, "Do you claim that you
20 incurred medical expenses for the alleged injury
21 that you claim was caused by Taxotere or
22 docetaxel," and you ticked "no," correct?
23   A    I don't have no medical expenses, no.
24   Q    So is it correct that you are not
25 seeking damages for medical expenses in this

Page 203

1  litigation?
2       Is that correct?
3    A    Seeking damages?
4    Q    You don't have any medical expenses for
5  which you are seeking money in this litigation,
6  right?
7    A    To pay my doctor bills and stuff like
8  that, you're telling me?
9    Q    Yeah.
10   A    No, I have no doctor bills.
11   Q    Okay, and the next page, page 20, at the
12 top, 22, the question is, "Do you claim that you
13 lost wages or suffered impairment of earning
14 capacity because of the alleged injury that you
15 claim was caused by Taxotere or docetaxel," and
16 you checked "no," correct?
17   A    Yes.
18   Q    And that's still correct?
19   A    That's still correct.
20      MS. WADHWANI: It's my
21 understanding that Mr. Wool would like to ask
22 you some questions, so I'm not going to
23 completely rest on my examination in case I
24 have any follow-up from Mr. Wool's
25 examination.

Page 204

1       But I believe that you wanted to
2  take a couple minutes, Zach?
3       THE VIDEOGRAPHER: Off the record
4  at 16:27.
5       (Whereupon, a short recess was
6       taken.)
7       THE VIDEOGRAPHER: Back on the
8  record at 16:47.
9    EXAMINATION BY COUNSEL FOR PLAINTIFF
10 BY MR. WOOL:
11   Q    Hi, Ms. Sanford. I appreciate that
12 we've been in here for a long time today. I just
13 have a few questions that I want to go over with
14 you, and then counsel may have a few follow-ups,
15 and then I think we'll be out of here, okay?
16   A    Okay.
17   Q    We talked earlier about your -- how you
18 styled your hair before you had chemotherapy.
19      Do you remember that?
20   A    Yes.
21   Q    And there was some talk about hot combs,
22 and I attempted to make a joke about not knowing
23 what one was.
24      When you styled your hair using a hot
25 comb, or I think you mentioned getting a perm, did

Page 205

1  you ever experience any hair loss?
2    A    No.
3    Q    The first hair loss that you experienced
4  is after you received chemotherapy?
5    A    Yes.
6    Q    Now I'd like to jump forward a little
7  bit to the decision to use chemotherapy. Do you
8  remember that we looked at some of the handouts
9  that you had gone over with Nurse Judy?
10      Do you remember that?
11   A    Yes.
12   Q    Do you remember anything that you saw
13 saying that Taxotere carried a risk of causing
14 permanent hair loss?
15   A    No.
16   Q    When you agreed to receive Taxotere,
17 your understanding was that the hair loss
18 associated with it would be temporary, correct?
19   A    Yes.
20      MS. WADHWANI: Objection to form.
21      Sorry. Just give me a chance to
22 interpose an objection. Thank you.
23 BY MR. WOOL:
24   Q    I'd like to go forward to 2014 now and
25 talk about the Zachary Post article.

52 (Pages 202 - 205)

1    Do you remember that?
2    A    Yes.
3    Q    And I believe they went and they
4  found -- they were able to find Exhibit 13, the
5  pages that were missing from the original copy of
6  the newspaper that you have.
7        Do you remember that?
8    A    Yes.
9    Q    And just turn to page 3 for me.  I just
10  have a couple questions for you.
11        Do you remember reading about how, at
12  the time of this article in 2014, you were still
13  receiving herceptin?
14    A    Yes.
15    Q    And in here you talk about how your
16  "hair, skin and nails are not the same,"
17        Do you recall that?
18    A    Yes.
19    Q    At his time when this article came out,
20  did you believe that your hair loss was going to
21  be temporary as you were still undergoing
22  treatment?
23        MS. WADHWANI: Objection to form.
24        THE WITNESS: Yes.
25

1  BY MR. WOOL:
2    Q    I would like to go forward to 2015.  You
3  mentioned earlier your support group.
4        Do you remember that?
5    A    Yes.
6    Q    And I believe you talked a little bit
7  about some of the other women in your support
8  group and how their hair was growing back,
9  correct?
10    A    Correct.
11    Q    How did that make you feel when you saw
12  them and their hair growing back?
13    A    I was depressed, just like I had been
14  cheated.  Still hoping that my hair will grow
15  back.
16    Q    So when you saw -- do I understand you
17  to mean that when you saw that other women's hair
18  was growing back in your support group --
19    A    I was still hoping.
20    Q    -- let me finish my question -- that one
21  day your hair would still grow back?
22        MS. WADHWANI: Objection to form.
23        THE WITNESS: Yes, yes.
24  BY MR. WOOL:
25    Q    I also believe in 2015 is when you said

1  you went to see Dr. Theunissen.
2        Do you remember that?
3    A    Yes.
4    Q    And Dr. Theunissen prescribed to you --
5  is a dermatologist, right?
6    A    Yes.
7    Q    And is a woman, I believe you said?
8    A    It's a woman.
9    Q    And she knew that you had undergone
10  chemotherapy, correct?
11    A    Yes.
12    Q    And I believe you said you went to see
13  her because of your scalp and the itchiness you
14  were having and the dryness, correct?
15    A    Yes.
16    Q    When you went to see her, did you take
17  your wig off?
18    A    Yes.
19    Q    Did she examine your scalp?
20    A    Yes.
21    Q    Did she tell you that you had what she
22  thought to be permanent hair loss at that time?
23    A    No.
24    Q    Did she tell you she thought you had a
25  hair loss problem at all?

1    A    No.
2    Q    Did she tell you she thought you needed
3  some treatment for your hair loss?
4    A    No.
5    Q    So she gave you the prescription for the
6  shampoo, and you left, correct?
7    A    Yes.
8    Q    And at that time, after the doctor
9  didn't say you had a problem with permanent hair
10  loss, did you still believe that your hair loss
11  from the chemotherapy was temporary?
12    A    Yes.
13        MS. WADHWANI: Objection to form.
14  BY MR. WOOL:
15    Q    And then moving forward to 2016, I
16  believe that's when you saw a commercial, correct?
17    A    Yes.
18    Q    And at that time in 2016 is when you
19  first realized that all of your hope was
20  misplaced, isn't it?
21    A    Yes.
22        MS. WADHWANI: Objection to form.
23  BY MR. WOOL:
24    Q    And I believe --
25        MS. WADHWANI: Sorry.  Ms. Sanford,

53 (Pages 206 - 209)

Page 210

1   if you could just give a moment between when
2   you answer -- I know that you and Mr. Wool
3   have a rhythm going together, but I would
4   appreciate if you let me get in an objection.
5   Thank you.
6         THE WITNESS: Okay.
7   BY MR. WOOL:
8   Q   Do you remember talking about the
9   commercial that you saw? Earlier today in the
10  deposition, do you remember how we discussed it?
11  A   Yes.
12  Q   And I believe counsel referred to it as
13  a "lawyer advertisement."
14        Do you remember that?
15  A   Yes.
16  Q   From that point to today, have you ever
17  seen an advertisement from a drug company saying
18  that their drug has been associated with a risk of
19  permanent hair loss?
20        MS. WADHWANI: Objection to form.
21        THE WITNESS: No.
22  BY MR. WOOL:
23  Q   I'd like you to turn, Ms. Sanford, to
24  Exhibit 14. That's the Sixth Plaintiff Fact
25  Sheet, and if we just go quickly to page 20 --

Page 211

1         MS. WADHWANI: Can you give me just
2   a second, Zach, to get there?
3         Thanks. I'm ready.
4   BY MR. WOOL:
5   Q   And if you'd just look at question
6   number 25. Do you see it there?
7   A   Yes.
8   Q   It says "out-of-pocket expenses"?
9   A   Yes.
10  Q   And do you remember being asked a little
11  bit about the damages that you were claiming?
12  A   Yes.
13  Q   Okay, and number 25, it says, "Are you
14  making a claim for lost out of pocket expenses?"
15        Do you see that question?
16  A   Yes.
17  Q   And this is marked down as "no." Do you
18  see that?
19  A   Yes.
20  Q   Is that a correct answer?
21  A   No.
22  Q   Okay. What out-of-pocket expenses are
23  you seeking?
24  A   All the hair I bought, the wigs.
25  Q   And I believe there is one receipt that

Page 212

1   you have that you brought with you today, correct?
2   A   Yes.
3   Q   Do you have any other receipts for your
4   wigs?
5   A   No.
6   Q   And about how many wigs do you think
7   you've purchased between your chemotherapy and
8   today?
9   A   About 15.
10  Q   15?
11  A   Mm-hmm.
12  Q   And about how much do you think those
13  wigs cost in total?
14  A   About $2,000.
15  Q   We took a break a little bit earlier,
16  much earlier this morning when you removed your
17  wig.
18        Do you remember that?
19  A   Yes.
20  Q   It was, it was hard for you, wasn't it?
21  A   Yes.
22  Q   Is it fair to say you got a little
23  emotional?
24  A   Yes.
25  Q   Is there anything that you would like to

Page 213

1   express about why you got emotional or how you
2   feel every day when you wake up without a wig on?
3   A   Yes.
4   Q   What would you like to say?
5   A   I would like to say every morning I get
6   up, I go to the mirror to take care of my hygiene
7   and stuff like that. I take my cap off my head.
8   I don't have eyebrows and I don't have the hair
9   like I used to have. I'm not me, the person I
10  used to look like, and that's very -- I get very
11  emotional when I see myself, very depressing.
12  That's, that's how I feel.
13        MR. WOOL: Okay. No further
14  questions.
15        FURTHER EXAM BY COUNSEL FOR DEFENDANT
16  BY MS. WADHWANI:
17  Q   I just have a couple of follow-ups for
18  you, Mrs. Sanford, and I thank you for your time
19  today.
20        Mr. Wool brought up your visits with
21  Dr. Theunissen, your dermatologist who is treating
22  your seborrheic dermatitis and those visits in
23  2016, right?
24  A   Yes.
25  Q   Did you have any discussions whatsoever

54 (Pages 210 - 213)

Page 214

1    with Dr. Theunissen about your hair loss?
2        A    No. I can't remember, no.
3        Q    The subject of your hair loss never came
4    up one way or the other with Dr. Theunissen, did
5    it?
6        A    No.
7        Q    I appreciate Mr. Wool asking you if you
8    have any receipts for the wigs that you purchased
9    outside of the one that you brought in today, and
10   I accept your representation that you do not.
11           I just want to ask you: How did you pay
12   for those wigs?
13       A    My husband normally pay for them. We
14   would go shopping and buy wigs.
15       Q    Would you pay using a credit card?
16       A    Debit card.
17       Q    A debit card?
18       A    Yeah.
19       Q    But some bank card that would create a
20   record, right?
21       A    Yeah.
22       Q    Have you looked for or obtained your
23   bank records --
24       A    No.
25       Q    -- your transactional records going back

Page 215

1    to the time you started purchasing wigs?
2        A    No, ma'am.
3            MS. WADHWANI:  Okay.  We're going
4    to make a request for those records to
5    demonstrate the out-of-pocket expenses.
6    We're not trying to look, Mrs. Sanford, at
7    anything related to your other expenses.
8    It's just since you're bringing a claim for
9    expensed related to your wigs, we want to
10   understand those damages, so we're going to
11   make a request to your attorneys for that.
12           No further questions.  Thank you so
13   much for your time.
14           THE WITNESS:  Thank you.
15           THE VIDEOGRAPHER:  Off the record
16   at 16:56.
17           (Signature having not been
18           waived, the video deposition
19           of DORA SANFORD was concluded
20           at 4:56 p.m.)
21
22
23
24
25

Page 216

1
2
3
4
5
6            ACKNOWLEDGEMENT OF WITNESS
7            I, Dora Sanford, do hereby
8    acknowledge that I have read and examined the
9    foregoing testimony, and the same is a true,
10   correct and complete transcription of the
11   testimony given by me, and any corrections
12   appear on the attached Errata sheet signed by
13   me.
14
15
16   _____
17   (DATE)        (SIGNATURE)
18
19
20
21
22
23
24
25

Page 217

1        E R R A T A  S H E E T
2    IN RE:  Dora Sanford vs. Hospira Worldwide
3    RETURN BY:
4    PAGE  LINE            CORRECTION AND REASON
5    ___  _____
6    ___  _____
7    ___  _____
8    ___  _____
9    ___  _____
10   ___  _____
11   ___  _____
12   ___  _____
13   ___  _____
14   ___  _____
15   ___  _____
16   ___  _____
17   ___  _____
18   ___  _____
19   ___  _____
20   ___  _____
21   ___  _____
22   ___  _____
23   ___  _____
24   ___  _____
25   (DATE)        (SIGNATURE)

55 (Pages 214 - 217)

Page 218

1
2
3
4
5   CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
6        I, Laurie Donovan, Registered
     Professional Reporter, Certified Realtime
7    Reporter, and notary public for the District
     of Columbia, the officer before whom the
8    foregoing deposition was taken, do hereby
     certify that the foregoing transcript is a
9    true and correct record of the testimony
     given; that said testimony was taken by me
10   stenographically and thereafter reduced to
     typewriting under my supervision; and that I
11   am neither counsel for, related to, nor
     employed by any of the parties to this case
12   and have no interest, financial or otherwise,
     in its outcome.
13
           IN WITNESS WHEREOF, I have hereunto
14   set my hand and affixed my notarial seal this
     3rd day of June, 2019.
15
16   My commission expires:  March 14, 2022
17
18

19   _____
20   LAURIE DONOVAN
     NOTARY PUBLIC IN AND FOR
21   THE DISTRICT OF COLUMBIA
22
23
24
25

56 (Page 218)

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.