# EXHIBIT F

JUERGEN SCHMIDER

DEPOSITION TRANSCRIPT EXCERPTS

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA

 3   IN RE:   TAXOTERE                )

 4   (DOCETAXEL) PRODUCTS             )   MDL No. 2740

 5   LIABILITY LITIGATION             )   SECTION: "H"

 6                                    )   JUDGE MILAZZO

 7   This Document Relates To:        )   MAG. JUDGE NORTH

 8   ALL CASES                        )

 9

10                         CONFIDENTIAL

11               SUBJECT TO THE PROTECTIVE ORDER

12

13         The videotaped 30(b)(6) deposition of HOSPIRA,

14   INC. through JUERGEN SCHMIDER and the videotaped

15   deposition of JUERGEN SCHMIDER, called by the

16   Plaintiffs for examination, taken pursuant to the

17   Federal Rules of Civil Procedure of the United States

18   District Courts pertaining to the taking of

19   depositions, taken before JULIANA F. ZAJICEK, C.S.R.

20   No. 84-2604, a Notary Public within and for the County

21   of Kane, State of Illinois, and a Certified Shorthand

22   Reporter of said state, at the offices of Dechert,

23   LLP, 35 West Wacker Drive, Suite 3400, Chicago,

24   Illinois, on the 17th day of June, at 9:00 a.m.
```

```
 1   PRESENT:
 2   ON BEHALF OF THE PLAINTIFFS:
 3          NAPOLI SHKOLNIK PLLC
            5757 West Century Boulevard, Suite 680
 4          Los Angeles, California 90045
            212-397-1000
 5          BY:  JENNIFER R. LIAKOS, ESQ.
                 jliakos@napolilaw.com
 6
                    -and-
 7
            ZONIES LAW LLC
 8          1700 Lincoln Street, Suite 2400
            Denver, Colorado 80203
 9          303-302-7852
            BY:  SHEA SHAVER, ESQ.
10               sshaver@zonieslaw.com
11                  -and-
12          MARTZELL, BICKFORD & CENTOLA
            338 Lafayette Street
13          New Orleans, Louisiana 70130
            504-581-9065
14          BY:  LAWRENCE J. CENTOLA III, ESQ.
                 lcentola@mbfirm.com
15
16   ON BEHALF OF THE HOSPIRA AND PFIZER DEFENDANTS:
17          WILLIAMS & CONNOLLY LLP
            725 Twelfth Street NW
18          Washington, D.C. 20005
            202-434-5139
19          BY:  RICHMOND T. MOORE, ESQ.
                 rtmoore@wc.com;
20               MONIKA ISIA JASIEWICZ, ESQ.
                 ijasiewicz@wc.com
21
22
23
24
```

Confidential - Subject to Protective Order

```
 1   PRESENT: (Continued)
 2   ON BEHALF OF THE ACCORD DEFENDANTS:
 3        TUCKER ELLIS LLP
          950 Main Avenue, Suite 1100
 4        Cleveland, Ohio 44113-7213
          216-696-4893
 5        BY:  EMILY S. KNIGHT, ESQ.
               emily.knight@tuckerellis.com
 6
 7   ON BEHALF OF SANOFI:
 8        SHOOK, HARDY & BACON L.L.P.
          2555 Grand Boulevard
 9        Kansas City, Missouri 64108-2613
          816-474-6550
10        BY:  MATTHEW DEPAZ, ESQ.
               mdepaz@shb.com
11
12   ON BEHALF OF ACTIVIS PHARMA, INC., ACTAVIS LLC AND
     SAGENT PHARMA, INC.:
13
          ULMER & BERNE LLP
14        600 Vine Street, Suite 2800
          Cincinnati, Ohio 45202-2409
15        513-698-5136
          BY:  KIMBERLY L. BECK, ESQ. (Telephonically)
16             kbeck@ulmer.com
17
     ON BEHALF OF SANDOZ, INC.:
18
          GREENBERG TRAURIG, LLP
19        3333 Piedmont Road NE, Suite 2500
          Atlanta, Georgia 30305
20        678-553-2251
          BY:  MICHAEL WEATHINGTON, ESQ. (Telephonically)
21             Weathingtonm@gtlaw.com
22
23
24
```

Confidential - Subject to Protective Order

```
 1   PRESENT: (Continued)
 2   on BEHALF OF SUN PHARMACEUTICAL:
 3        HINSHAW & CULBERTSON LLP
          53 State Street, 27th Floor
 4        Boston, Massachusetts 02109
          617-213-7045
 5        BY:  GEOFFREY M. COAN, ESQ. (Telephonically)
               gcoan@hinshawlaw.com
 6
 7
 8   ALSO PRESENT:
 9        MS. KAELYN URREA, Legal Assistant,
          Napoli Law.
10
11
     THE VIDEOGRAPHER:
12
          MR. ANTHONY MICHELETTO,
13        Golkow Litigation Services.
14
15
16
17
18
19
20
21
     REPORTED BY:  JULIANA F. ZAJICEK, CSR No. 84-2604.
22
23
24
```

Confidential - Subject to Protective Order

```
 1      Q.    Okay.  And after a short -- well, five
 2   years.  I guess it's not that short.
 3            After five years you went to Johnson &
 4   Johnson, correct?
 5      A.    Yes.
 6      Q.    And you became the vice president of
 7   benefit risk management, is that right?
 8      A.    That's correct.
 9      Q.    And you were with Johnson & Johnson for
10   three years?
11      A.    Um-hum, yes.
12      Q.    And then you went to Cephalon after that,
13   correct?
14      A.    Yes.
15      Q.    And during your time there, which was it
16   looks like about four years, correct?
17      A.    Yes.
18      Q.    You were the corporate safety officer and
19   vice president of global pharmacovigilance and
20   epidemiology, right?
21      A.    Yes.
22      Q.    Okay.  And then after that time you went
23   to Sanofi, correct?
24      A.    Yes.
```

Confidential - Subject to Protective Order

1    Q.    And you were at Sanofi from March 2011 to
2    April 2013, correct?
3    A.    Correct.
4    Q.    And you -- during that time period you
5    were the vice president of safety surveillance and
6    risk management, right?
7    A.    That is correct.
8    Q.    And also you were involved in global
9    pharmacovigilance and epidemiology there as well,
10   right?
11   A.    I was the vice president of safety
12   surveillance and risk management within the Department
13   of Global Pharmacovigilance and Epidemiology.
14   Q.    I see. Okay.
15         When you worked at Sanofi, you were
16   involved with docetaxel or Taxotere at that point,
17   right?
18   A.    It was part of the portfolio that my group
19   oversaw.
20   Q.    Okay. And after you worked at Sanofi, you
21   went to Hospira, correct?
22   A.    That is correct.
23   Q.    And you were at Hospira from 2013 until it
24   merged with Pfizer, correct?

Confidential - Subject to Protective Order

```
1       A.      Yes.
2       Q.      Okay.  And then you became a Pfizer
3  employee?
4       A.      Yes.
5       Q.      Okay.  And at Hospira you were vice
6  president of global pharmacovigilance and product
7  safety, right?
8       A.      That's correct.
9       Q.      Okay.  And now at Pfizer you are vice
10 president of safety evaluation and reporting, is that
11 right?
12      A.      Yes.
13      Q.      And has that been your role since
14 September 2015?
15      A.      That is correct.
```