# EXHIBIT H

## DORA SANFORD AFFIDAVIT

## AFFIDAVIT OF DORA SANFORD

STATE OF Louisiana
COUNTY OF East Baton Rouge
Parish

The undersigned having been duly sworn, states on her oath the following:

1. I am over the age of twenty-one (21), of sound mind and body and fully competent to testify to the matters set forth herein below.

2. My hair began to fall out after my first treatment with Adriamycin. I began wearing a wig when my hair began to fall out while taking Adriamycin.

3. After seeing a television advertisement about Taxotere, I contacted my current attorney, McGartland Law Firm. I knew had been given four (4) different types of chemotherapy. I completed the forms the firm sent to me and turned the investigation of whether I had a claim over to them.

4. I did not know I had been given Docetaxel instead of Taxotere until I was told so by my lawyer. Until that time, it was my understanding that I had received treatment with Taxotere, not Docetaxel.

5. I was diagnosed with medullary thyroid cancer in 2014 and have been taking the drug Synthroid since my thyroidectomy in January 2015. I have been provided with information by CVS Pharmacy regarding the dosage, prescribing instructions, and possible side effects – which included the potential for hair loss. The most current version of the Synthroid Drug Education Monograph provided to me by CVS is attached as Exhibit A, showing hair loss as a potential side effect. I am not aware of any change to the warning of Synthroid side effects regarding hair loss since I began taking it over five (5) years ago.

FURTHER AFFIANT SAYTH NOT.

_____        4-8-2020
Dora Sanford                                 Date

Subscribed and sworn to before me in my jurisdiction, by Dora Sanford on this the 8th day of April, 2020.

Notary Public Deborah B. Morvant

My Commission Expires: Death           Notary Seal/Stamp:

  Notary liable for
  Notarization ONLY

DOCUMENT NOT PREPARED
BY NOTARY PUBLIC

**DRUG EDUCATION MONOGRAPH**

**DRUG:**
LEVOTHYROXINE 112 MCG TABLET

**IDENTIFICATION:**
M L 9 rose oblong tablet

**IMPORTANT:**
HOW TO USE THIS INFORMATION: This is a summary and does NOT have all possible information about this product. This information does not assure that this product is safe, effective, or appropriate for you. This information is not individual medical advice and does not substitute for the advice of your health care professional. Always ask your health care professional for complete information about this product and your specific health needs.

**GENERIC NAME:**
LEVOTHYROXINE - ORAL - (lee-voe-thye-ROX-een)

**COMMON BRAND NAME(S):**
Levothroid, Levoxyl, Synthroid, Unithroid

**USES:**
Levothyroxine is used to treat an underactive thyroid (hypothyroidism). It replaces or provides more thyroid hormone, which is normally produced by the thyroid gland. Low thyroid hormone levels can occur naturally or when the thyroid gland is injured by radiation/medications or removed by surgery. Having enough thyroid hormone is important for maintaining normal mental and physical activity. In children, having enough thyroid hormone is important for normal mental and physical development. This medication is also used to treat other types of thyroid disorders (such as certain types of goiters, thyroid cancer). This medication should not be used to treat infertility unless it is caused by low thyroid hormone levels.

**WARNING:**
This medication should not be used for weight loss. Normal doses of this medication will not work for weight loss, and large doses of this medication may cause serious, possibly fatal side effects, especially when taken with diet pills.

**HOW TO USE:**
Read the Patient Information Leaflet if available from your pharmacist before you start taking levothyroxine and each time you get a refill. If you have any questions, ask your doctor or pharmacist. Take this medication by mouth as directed by your doctor, usually once daily on an empty stomach, 30 minutes to 1 hour before breakfast. Take this medication with a full glass of water unless your doctor directs you otherwise. If you are taking the capsule form of this medication, swallow it whole. Do not split, crush, or chew. People who cannot swallow the capsule whole (such as infants or small children) should use the tablet form of the medication. For infants or children who cannot swallow whole tablets, crush the tablet and mix in 1 to 2 teaspoons (5 to 10 milliliters) of water, and give using a spoon or dropper right away. Do not prepare a supply in advance or mix the tablet in soy infant formula. Consult your pharmacist for more information. Dosage is based on your age, weight, medical condition, laboratory test results, and response to treatment. Use this medication regularly in order to get the most benefit from it. To help you remember, take it at the same time each day. Do not stop taking this medication without first consulting with your doctor. Thyroid replacement treatment is usually taken for life. There are different brands of levothyroxine available. Do not change brands without first consulting your doctor or pharmacist. Certain medications (such as cholestyramine, colestipol, colesevelam, antacids, sucralfate, simethicone, iron, sodium polystyrene sulfonate, calcium supplements, orlistat, sevelamer, among others) can decrease the amount of thyroid hormone that is absorbed by your body. If you are taking any of these drugs, separate them from this medication by at least 4 hours. Symptoms of low thyroid hormone levels include tiredness, muscle aches, constipation, dry skin, weight gain, slow heartbeat, or sensitivity to cold. Tell your doctor if your condition worsens or persists after several weeks of taking this medication.

**SIDE EFFECTS:**
See also Precautions section. Hair loss may occur during the first few months of treatment. This effect is usually temporary as your body adjusts to this medication. If this effect persists or worsens, tell your doctor or pharmacist promptly. Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your

Information last revised June 2018. Copyright(c) 2018

**DRUG EDUCATION MONOGRAPH**

doctor right away if any of these unlikely but serious effects of high thyroid hormone levels occur: increased sweating, sensitivity to heat, mental/mood changes (such as nervousness, mood swings), tiredness, diarrhea, shaking (tremor), headache, shortness of breath, bone pain, easily broken bones. Get medical help right away if any of these rare but serious effects of high thyroid hormone levels occur: chest pain, fast/pounding/irregular heartbeat, swelling hands/ankles/feet, seizures. A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist. In the US - Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

**PRECAUTIONS:**
Before taking levothyroxine, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details. Before using this medication, tell your doctor or pharmacist your medical history, especially of: increased thyroid hormones (thyrotoxicosis), decreased adrenal gland function, heart disease (such as coronary artery disease, irregular heartbeat), high blood pressure, diabetes. If you have diabetes, this drug may affect your blood sugar. Check your blood sugar regularly as directed and share the results with your doctor. Tell your doctor right away if you have symptoms such as increased thirst/urination, shakiness, unusual sweating, dizziness, or hunger. Your doctor may need to adjust your diabetes medication, exercise program, or diet. Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). Children may be more sensitive to certain side effects of this drug, especially headache, vision changes, and hip/leg pain. High thyroid hormone levels may lead to decreased bone development/growth and reduced full adult height. Keep all lab/medical appointments so the doctor can monitor treatment. Older adults may be more sensitive to the side effects of this drug, especially fast/pounding/irregular heartbeat. Current information shows that this drug may be used during pregnancy. Tell your doctor if you are pregnant because your dose may need to be adjusted. Levothyroxine passes into breast milk but is unlikely to harm a nursing infant. Consult your doctor before breast-feeding.

**DRUG INTERACTIONS:**
See also How to Use Section. Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval. Some products that may interact with this drug include: "blood thinners" (such as warfarin), digoxin, sucroferric oxyhydroxide.

**OVERDOSE:**
If someone has overdosed and has serious symptoms such as passing out or trouble breathing, call 911. Otherwise, call a poison control center right away. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center. Symptoms of overdose may include: fast/pounding/irregular heartbeat, loss of consciousness, confusion, seizures.

**NOTES:**
Do not share this medication with others. Laboratory and/or medical tests (such as thyroid function tests) should be performed periodically to monitor your progress or check for side effects. Consult your doctor for more details.

**MISSED DOSE:**
If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose. Take your next dose at the regular time. Do not double the dose to catch up unless your doctor tells you to do so. Call your doctor if you miss 2 or more doses in a row. Ask your doctor ahead of time what to do about a missed dose and follow your doctor's specific directions.

**STORAGE:**
Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company for more details about how to safely discard your product.

Information last revised June 2018. Copyright(c) 2018