# **EXHIBIT I**

COLLECTIVE EXHIBIT

OUR LADY OF THE LAKES MEDICAL CENTER

MEDICAL RECORD EXCERPTS

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**

 LOUISIANA HEMATOLOGY•ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

August 02, 2013

RE:   Patient: Dora Sanford         MR#: L131653              DOB: 07/27/57

SUBJECTIVE: This is a pleasant patient who has had bilateral mastectomies on 6/20/13; showed right sentinel lymph nodes 2 of 2 positive 0.19 cm largest; additional right sentinel lymph nodes 3 of 3 positive, 1.3 cm with extranodal extension; additional right axillary lymph nodes 4 of 15 positive; left sentinel nodes 3 of 3 negative; 1 additional sentinel lymph node 1 of 1 negative. Left breast cancer was 1.2 cm primary; ER 92%, PR 0%, HER2/neu 3+. PET scan and MUGA scan were performed prior to this visit.

REVIEW OF SYSTEMS: There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 120/76, heart rate 82, respiratory rate 18, weight 195 pounds, temperature 98.2°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK: Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS: Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART: S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN: Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

MUGA scan – ejection fraction 84%.

PET scan shows no definitive evidence of metastatic disease. It did show some thyroid nodularity.

Page 2
RE: Dora Sanford
     L131653

<u>IMPRESSION AND PLAN</u>:   Aggressive breast cancer.   The patient has a HER2/neu overexpressing breast cancer of the left breast which was not lymph node positive.   The patient has a right breast cancer which is ER 100%, PR 50%, and HER2/neu negative which has multi lymph node positive disease suggesting high risk for metastases.

In light of her current problem specifically with both HER2/neu positive breast cancer and also HER2/neu negative breast cancer, we discussed various treatment options.   One option that has been reported in the past at the San Antonio breast cancer meeting was treatment with Adriamycin 90 mg/m² x 3 cycles followed by six cycles of TCH therapy.   I discussed with the patient and her husband the intensity of this chemotherapy program.   The patient and her husband were willing to proceed with chemotherapy and a chemotherapy teaching session was planned and an appointment was made.

**Dictated by:** Judd Patten , M.D., PhD.
**Electronically Approved by:**      Judd Patten
                                     08/28/13 6:14 PM

JEP:ab 383345

cc:   Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

 **OUR LADY OF THE LAKE** PHYSICIAN GROUP

 LOUISIANA HEMATOLOGY•ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

**August 06, 2013**
RE:    Patient: Dora Sanford          MR#: L131653          DOB: 07/27/57

SUBJECTIVE: Ms. Sanford is a 56-year-old African American female patient of Dr. Patten with the recent diagnosis of bilateral breast cancer status post recent bilateral mastectomy which revealed node positive ER/PR positive, HER-2/neu negative infiltrating ductal carcinoma presenting today for chemotherapy teaching. Dr. Patten, secondary to her aggressive disease would like to treat the patient with three cycles of AC followed by TCH with Herceptin every three weeks for a total of one year. Her right breast is a stage IIIA tumor with a 4.4 cm with 9 out of 20 lymph nodes positive for metastasis. This lesion is ER/PR positive, HER-2/neu negative. However, the patient's left breast which had a smaller mass in the upper inner area was node negative with a G3 histology but was ER/PR, HER-2/neu overexpressing. The patient is to initiate her first cycle of AC today. She will have her Emend prior to starting therapy.

PSYCHOSOCIAL ASSESSMENT: The patient's distress management tool was rated as an 8/10. She is more worried about dealing with her children psychosocial issues as well as physical issues with sleep, her parents and sexual changes that may occur for treatment. She tells me that she is highly motivated to proceed with treatment as she is eager for a cure.

REVIEW OF SYSTEMS: The patient denies headache or change in vision or hearing. She has a good appetite and stable weight. She denies any GI upset or change in her bowel or bladder habits. She has had no fever, chills, sweats or other signs of infection. She has had good healing of breasts. She denies any new joint or focal bone pain. She has had no unusual bleeding and denies any other issues at this time.

***DICTATION CUT OFF HERE & PICKED BACK UP ON IMPRESSION/PLAN***

OBJECTIVE:
PHYSICAL EXAMINATION:
GENERAL: * in no acute distress.
VITAL SIGNS: Temperature *°, blood pressure *, pulse *, weight * pounds.
HEENT: Sclera anicteric, conjunctiva pink. Oropharynx is pink, moist and without lesion.
NECK: FROM without lymphadenopathy or JVD.
CHEST: Clear bilaterally to auscultation.
CV: Normal sinus rate and rhythm.
ABDOMEN: Soft and nontender with normoactive bowel sounds.
EXTREMITIES: No edema.
NEUROLOGIC: Alert and oriented x 3 without focal deficit.
SKIN: Warm, dry and intact.

LABORATORY: None today.

IMPRESSION/PLAN:
1. Bilateral breast cancer stage IA in the left breast stage IIIA in the right breast. The left breast is HER-2/neu positive although node negative. The right breast has 9/20 positive lymph nodes and is HER-

00010

Page 2
RE:  Dora Sanford
       L131653

2/neu negative although ER/PR positive.  The patient is to initiate her first cycle of AC today.  She will
have a total of three cycles followed by six cycles of TCH followed by the remainder of one year with q.
three week Herceptin.  She understands the aggressive nature of her disease.

2.  CHEMOTHERAPY EDUCATION/COUNSELING: The patient attended chemo teaching alone.
    Included were discussion, an audio visual film, and written materials and handouts.  We reviewed the
    patient's disease process, stage of disease, and treatment regimen. We discussed the frequency and
    length of treatment, possible adverse effects, symptom management, and supportive therapies. Included
    were growth factors, antiemetics, mouth care, and diarrhea and constipation protocols. We discussed
    details of port care and maintenance as well as other services provided by our center. Questions and
    concerns were addressed and the patient voiced understanding and signed the consent. The patient was
    given prescriptions with adequate refills and instructed in their use. Included prescriptions were:
    Emend, Zofran and Phenergan.

3.  New MediPort placed on 08/01/13 at Lake Imaging in her right chest. Site is clear.

Services provided to Dora J. Sanford were performed in the office of Dr. Hanson.  These services were
furnished under the physician's direct personal supervision.

**Dictated by:** Judy Owens N.P.
**Electronically Approved by:**      Judy Owens
                                     09/16/13 12:35 PM

**Electronic CoSigned by:**          David Hanson, M.D.
                                     09/23/13 8:30 PM

JO:sh  388283

 

**OUR LADY OF THE LAKE** PHYSICIAN GROUP

LOUISIANA HEMATOLOGY•ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

August 27, 2013
RE:   Patient: Dora Sanford          MR#: L131653          DOB: 07/27/57

**SUBJECTIVE:** This is a very pleasant but unfortunate lady with two breast cancers, sentinel lymph node positive, one triple negative and the other HER-2/*neu* overexpressing. The patient is on a treatment program that has take into account both of these tumors. Prior to proceeding with a Herceptin-based chemotherapy the patient is receiving single agent Adriamycin at 90 mg/m² x 3 cycles. Following this the patient's ejection fraction will be restudied and at that point the patient will initiate TCH therapy.

**REVIEW OF SYSTEMS:** Positive for some sinus problems. She will initiate Claritin therapy prior to Neulasta injection following her next dose of Adriamycin. The patient does have alopecia secondary to her first dose of Adriamycin administered at 90 mg/m². There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

## PHYSICAL EXAMINATION:
**GENERAL APPEARANCE:** The patient was well nourished, well developed and in no acute distress.
**VITAL SIGNS:** Blood pressure 120/74, heart rate 76, respiratory rate 18, weight 189.2 pounds, temperature 97.7°.
**HEENT:** Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
**NECK:** Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
**LUNGS:** Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
**HEART:** S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
**ABDOMEN:** Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
**SKIN:** Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
**MUSCULOSKELETAL:** Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
**EXTREMITIES:** No clubbing, cyanosis, or edema.
**NEUROLOGIC:** Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
**LYMPHATIC:** No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
**PSYCHIATRIC:** The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

**LABORATORY:** Hemoglobin 10.7, hematocrit 32.9, white count 10.3, platelets 703,000. Chemistry pending.

Page 2
RE:  Dora Sanford
      L131653


IMPRESSION AND PLAN:  High risk breast cancer.  The patient has both triple negative sentinel lymph node positive breast cancer as well as HER-2/*neu* overexpressing breast cancer.  The patient will proceed with second infusion of Adriamycin-based chemotherapy.  Third and final cycle of Adriamycin will be scheduled in 3 weeks after which patient will have a 3-4 week rest prior to beginning TCH chemotherapy.

**Dictated by:** Judd Patten , M.D., PhD.
**Electronically Approved by:**      Judd Patten
                                     08/28/13 6:14 PM

JEP:lb  385735

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

 **OUR LADY OF THE LAKE** PHYSICIAN GROUP

 LOUISIANA HEMATOLOGY•ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

September 17, 2013

RE:   Patient: Dora Sanford          MR#: L131653          DOB: 07/27/57

**HISTORY OF PRESENT ILLNESS:** Ms. Sanford is a 56-year-old African American female patient of Dr. Patten with recent diagnosis of bilateral breast cancer status post bilateral mastectomy. Right breast pathology revealed ER strongly positive, PR negative and Her 2 new not overexpressed. 2 of 2 sentinel node and 9 out of 20 non sentinel nodes were positive. Left breast Biopsy revealed ER strongly positive, PR negative Her 2 new overexpressed 3+ and 2 of sentinel node were negative. She is presently being treated with Adriamycin alone x 3 cycles followed by TCH x 6 cycles followed by Herceptin alone. She had her second Adriamycin followed with neulasta 2 weeks ago. Today she is here for evaluation and cycle 3

No new complaints.

**PSYCHOSOCIAL ASSESSMENT:** No new psychosocial issue was voiced.

**REVIEW OF SYSTEMS:** Reports no headache, dizziness, vertigo or tinnitus. no nausea. No chewing or swallowing difficulty. No fever, chills, chest pain, palpitations, orthopnea, coughing, sputum production or hemoptysis. No new joint or focal bone pain. Reports fatigue.

**PHYSICAL EXAM:**
GENERAL: She appears to be in no distress.
VITAL SIGNS: Temperature 98.5, blood pressure 118/78, pulse 76, weight 184.2 pounds. ECOG score 1. Pain score 0.
HEENT: Sclerae anicteric, conjunctivae pink, oropharynx clear.
NECK: Supple.
CHEST: Clear.
CV: Regular rate and rhythm without murmur or gallop.
ABDOMEN: Soft and nontender. Normoactive bowel sounds to all quadrants.
EXTREMITIES: No edema or tenderness.
NEUROLOGIC: Alert and oriented x 3.
SKIN: Warm and dry.

**LABORATORY:** CBC today: White blood cell count 12,300, hemoglobin 10.6gm/dl, hematocrit 32.8%, platelets 494,000. Chemistry unremarkable.

**IMPRESSION:**
1. Recent diagnosis of bilateral breast cancer presently on adjuvant therapy with Adriamycin only x 3 cycles followed by TCH x 6 cycles. She had her Third cycle
2. Anemia grade I, hemoglobin of 10.6.
3. Fatigue grade I

**PLAN:**
1. Ms. Sanford will obtain third cycle Adriamycin.
2. Ms. Sanford will be back tomorrow for Neulasta injection.
3. She will be back in one week for evaluation.

Page 2
RE:   Dora Sanford
        L131653


Services provided to Dora Sanford were performed in Dr. Hanson's office.  These services were furnished under the physician's direct personal supervision.


*This is an electronic signature*
Ghenet Ghebretatios, MSN, FNP-BC, AOCNP
GG:blg  383828

 OUR LADY OF THE LAKE
PHYSICIAN GROUP



LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

October 8, 2013
RE:   Patient: Dora Sanford          MR#: L131653          DOB: 07/27/57

**SUBJECTIVE:** This is a very pleasant but unfortunate lady with two breast cancers, sentinel lymph node positive, one triple negative and the other HER-2/*neu* overexpressing. The patient is on a treatment program that has take into account both of these tumors. Prior to a Herceptin-based chemotherapy the patient received single agent Adriamycin at 90 mg/m² x 3 cycles. Following this the patient's ejection fraction was 59%. Today the patient will initiate TCH therapy.

**REVIEW OF SYSTEMS:** Positive for some sinus problems. She will initiate Claritin therapy prior to Neulasta injection following her next dose of Adriamycin. The patient does have alopecia secondary to her first dose of Adriamycin administered at 90 mg/m². There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems. Her mouth sores have resolved with miracle mouth wash therapy.

**PHYSICAL EXAMINATION:**
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 120/76, heart rate 80, respiratory rate 18, weight 176 pounds, temperature 98.0°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK: Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS: Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART: S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN: Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

**LABORATORY:** Hemoglobin 10.6, hematocrit 32.5, white count 13.6, platelets 710,000. Chemistry normal.

00034

Page 2
RE:  Dora Sanford
       L131653


<u>IMPRESSION AND PLAN</u>:

1.  High risk breast cancer.  The patient has both triple negative sentinel lymph node positive breast cancer as well as HER-2/*neu* overexpressing breast cancer.
2.  Adriamycin Chemotherapy. The patient is status post 3 cycles of adriamycin administered at 90mg/m2 dose level with acceptable tolerance.
3.  TCH chemotherapy. The patient will initiate TCH chemotherapy for her 2neu over expressing breast cancer today.

Patient and husband are in agreement with proceeding with treatment plan.


**Reviewed by:** Judd Patten , M.D., PhD.
**Electronically Approved by:**     Judd Patten

JEP:lb  385735

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

00035

 

**OUR LADY OF THE LAKE**
PHYSICIAN GROUP

LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809
Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

October 29, 2013
RE:   Patient: Dora Sanford          MR#: L131653          DOB: 07/27/57

SUBJECTIVE:  This is a very pleasant but unfortunate lady with two breast cancers, sentinel lymph node positive, one triple negative and the other HER-2/*neu* overexpressing.  The patient is on a treatment program that has taken into account both of these tumors.  Prior to a Herceptin-based chemotherapy the patient received single agent Adriamycin at 90 mg/m² x 3 cycles.  Following this the patient's ejection fraction was 59%.  Today the patient is due for cycle 2 of TCH therapy.

REVIEW OF SYSTEMS:  She will initiate Claritin therapy prior to Neulasta injection.  The patient does have alopecia secondary to her first dose of Adriamycin administered at 90 mg/m².  There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.  She takes 3 days of decadron following chemotherapy which has greatly reduced toxicity.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE:  The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS:  Blood pressure 120/76, heart rate 84, respiratory rate 18, weight 172 pounds, temperature 98.2°.
HEENT:  Pupils were equal and reactive to light and accommodation.  Extraocular muscles were intact.  ENT showed no ulcerations of the mouth.  There are no ulcerations of the nasal mucus membranes.  There is no evidence of herpetic lesions on the lips.  The uvula was midline.  There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:  Supple without JVD, thyromegaly or adenopathy.  There was full range of motion.
LUNGS:  Clear to auscultation and percussion.  Good respiratory effort.  Percussion of the chest revealed no dullness.  There were no palpable lesions on the chest wall.
HEART:  S1, S2.  No murmur, rub or gallop.  The PMI was nondisplaced.  There were no carotid bruits.  The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN:  Exam failed to reveal hepatosplenomegaly.  The abdomen was nondistended, soft with no tenderness or rebound.  There were no palpable hernias.  Bowel sounds were present.
SKIN:  Warm and dry.  There were no subcutaneous nodules appreciated.  Good skin turgor.
MUSCULOSKELETAL:  Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES:  No clubbing, cyanosis, or edema.
NEUROLOGIC:  Alert and oriented x 3.  Deep tendon reflexes were intact.  Cranial nerves were grossly intact.
LYMPHATIC:  No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC:  The patient was oriented to time and place.  Mood and affect appeared appropriate.  Judgment and insight appeared appropriate.  Recent and remote memory is intact.

LABORATORY:  Hemoglobin 9.2, hematocrit 27.8, white count 9.4, platelets 167,000.  Chemistry normal.

Page 2
RE: Dora Sanford
    L131653

<u>IMPRESSION AND PLAN:</u>
1. High risk breast cancer.  The patient has both triple negative sentinel lymph node positive breast cancer as well as HER-2/*neu* overexpressing breast cancer.
2. Adriamycin Chemotherapy. The patient is status post 3 cycles of adriamycin administered at 90mg/m2 dose level with acceptable tolerance.
3. TCH chemotherapy. The patient will proceed with cycle 2 of TCH chemotherapy for her 2neu over expressing breast cancer today.

Patient and daughter are in agreement with proceeding with treatment plan.

**Reviewed by:** Judd Patten , M.D., PhD.
**Electronically Approved by:**    Judd Patten

JEP:lb  385735

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817
     Sefa Akwasi MD 4811 North Blvd  Baton Rouge, LA 70806

 **OUR LADY OF THE LAKE PHYSICIAN GROUP**

 LOUISIANA HEMATOLOGY•ONCOLOGY ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

November 19, 2013
RE:   Patient: Dora Sanford          MR#: L131653          DOB: 07/27/57

SUBJECTIVE: Ms. Sanford is a 56-year-old African American female with stage III multifocal breast cancer with one triple negative and the other lesion HER-2/neu overexpressing. The patient presents today for her second cycle of TCH after completing her initial treatment with Adriamycin x3 cycles administered at 90 mg/m². Recent MUGA scan shows an ejection fraction for 59%.

REVIEW OF SYSTEMS: There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

PSYCHOSOCIAL:  The patient denies any new psychosocial issue.  She denies anxiety or depression.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE:  The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 130/70, heart rate 86, respiratory rate 18, weight 169 pounds, temperature 98°.
HEENT: Pupils were equal and reactive to light and accommodation.  Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:  Supple without JVD, thyromegaly or adenopathy.  There was full range of motion.
LUNGS:  Clear to auscultation and percussion.  Good respiratory effort.  Percussion of the chest revealed no dullness.  There were no palpable lesions on the chest wall.
HEART:  S1, S2.  No murmur, rub or gallop.  The PMI was nondisplaced.  There were no carotid bruits.  The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN:  Exam failed to reveal hepatosplenomegaly.  The abdomen was nondistended, soft with no tenderness or rebound.  There were no palpable hernias.  Bowel sounds were present.
SKIN:  Warm and dry.  There were no subcutaneous nodules appreciated.  Good skin turgor.
MUSCULOSKELETAL:  Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES:  No clubbing, cyanosis, or edema.
NEUROLOGIC:  Alert and oriented x 3.  Deep tendon reflexes were intact.  Cranial nerves were grossly intact.
LYMPHATIC:  No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC: The patient was oriented to time and place.  Mood and affect appeared appropriate.  Judgment and insight appeared appropriate.  Recent and remote memory is intact.

LABORATORY: Hemoglobin 8.3, hematocrit 25.5, white count 6.6, platelets 77,000.  BUN 7, creatinine 0.99, SGOT 36, SGPT 38, alk phos 84, LDH 275.

Page 2
RE:  Dora Sanford
     L131653


IMPRESSION AND PLAN:

1.  Multifocal breast cancer.  The patient has both triple negative, sentinel lymph node positive breast cancer as well as HER-2/neu overexpressing breast cancer
2.  Adriamycin chemotherapy.  The patient is status post 3 cycles of Adriamycin administered at 90 mg/m$^2$ dose level with acceptable tolerance.
3.  TCH chemotherapy.  The patient will proceed with cycle 3 of TCH chemotherapy for her HER-2/neu overexpressing breast cancer.


**Dictated by:** Judd Patten M.D., PhD.
**Electronically Approved by:**      Judd Patten
                                     11/27/13 10:10 AM

JEP:blg 398056

 

**OUR LADY OF THE LAKE**
PHYSICIAN GROUP

LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809
Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

December 10, 2013
RE:    Patient: Dora Sanford        MR#: L131653        DOB: 07/27/57

SUBJECTIVE: This is a pleasant lady with a history of HER2/neu overexpressing breast cancer. The patient underwent right breast biopsy. ER was strongly positive. PR was negative. The HER2/neu was not overexpressed; 2 of 2 sentinel lymph nodes and 9 of 20 non-sentinel lymph nodes were positive.

Left breast biopsy revealed ER strongly positive, PR negative, HER2/neu overexpressed cancer. Two sentinel lymph nodes were negative.

The patient was initially treated with Adriamycin alone 90 mg/m² x 3 cycles.

Following the completion of her Adriamycin therapy, the patient has been initiated on therapy with TCH. The patient now returns for TCH #4.

REVIEW OF SYSTEMS: There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 120/70, heart rate 82, respiratory rate 18, weight 162.2 pounds, temperature 98.4°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK: Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS: Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART: S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN: Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.

00053

Page 2
RE:  Dora Sanford
     L131653


PSYCHIATRIC:  The patient was oriented to time and place.  Mood and affect appeared appropriate.  Judgment and insight appeared appropriate.  Recent and remote memory is intact.

LABORATORY:  Hemoglobin 10.3, hematocrit 31.7, white count 7.0, platelets 98,000; Chemistry pending.

IMPRESSION AND PLAN:
1. Bilateral breast cancer as stated above.  The patient will proceed with cycle #4 of TCH chemotherapy.
2. Anemia.  The patient is status post transfusional therapy and states that her performance status has greatly improved following her transfusional therapy.
3. MUGA scan.  The patient will be scheduled for every three month MUGA scan for evaluation during her chemotherapy program with Herceptin.

**Dictated by:** Judd Patten M.D., PhD.
**Electronically Approved by:**      Judd Patten
                                     12/22/13 4:37 PM

JEP:ab 401017

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817





4950 Essen Lane, Suite 500 Baton Rouge, LA 70809
Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

December 30, 2013
RE:    Patient: Dora Sanford         MR#: L131653           DOB: 07/27/57

**SUBJECTIVE:** This is a 56-year-old African American female who has bilateral breast cancer, status post bilateral mastectomy. Right breast pathology revealed ER strongly positive, PR negative, HER2/neu not overexpressed cancer with 2 of 2 sentinel lymph nodes and 9 of 20 non-sentinel lymph nodes positive. Left breast revealed ER strongly positive, PR negative, HER2/neu overexpressed with two sentinel lymph nodes negative. The patient completed initial treatment with Adriamycin 90 mg/m2 alone x 3 cycles. The patient is presently on TCH and is here for cycle #5 of treatment. The patient has had a recent MUGA scan on 12/19/13 as assessment for cardiac toxicity.

**PSYCHOSOCIAL ASSESSMENT:** No new psychosocial issue was noted.

**REVIEW OF SYSTEMS:** There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

**PHYSICAL EXAMINATION:**
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 126/74, heart rate 84, respiratory rate 18, weight 158 pounds, temperature 97.7°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK: Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS: Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART: S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There are no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN: Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

Page 2
RE:  Dora Sanford
       L131653


LABORATORY:  Hemoglobin 8.6, hematocrit 26.4, white count 7.6, and platelets 195,000.  Chemistry is
within acceptable limits.

IMPRESSION AND PLAN:
1.  Bilateral breast cancer as stated above.  The patient is presently on TCH chemotherapy with the
    intention to complete TCH x 6 cycles followed by one year of Herceptin.
2.  Grade III anemia.  The patient has required transfusional therapy in the past and will likely require
    additional transfusion based on our experience and today's administration of chemotherapy.  The patient
    will schedule for transfusion of two units on 1/2/2014.

**Dictated by:** Judd Patten M.D., PhD.
**Electronically Approved by:**        Judd Patten
                                       01/22/14 10:35 AM

JEP:aa 403761

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

00059

 **OUR LADY OF THE LAKE** PHYSICIAN GROUP


LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

January 21, 2014
RE:   Patient: Dora Sanford          MR#: L131653          DOB: 07/27/57

<u>SUBJECTIVE:</u> This is a pleasant 56-year-old African American lady who has a diagnosis of bilateral breast cancer status post bilateral mastectomies.  Right breast cancer pathology revealed ER strongly positive, PR negative, HER-2/*neu* not overexpressed with 2 of 2 sentinel lymph nodes and 9 of 20 nonsentinel lymph nodes were positive.

Left breast biopsy revealed ER strongly positive, PR negative, HER-2/*neu* overexpressed 3+ and 2 sentinel lymph nodes were negative.

Initial treatment was with Adriamycin alone 90 mg/m² x 3 cycles.

The patient was then placed on TCH chemotherapy and had a cycle and completed cycle 5 on 12/30/2013. The patient is now here for cycle 6 of TCH her final cycle of chemotherapy to be followed by Herceptin only.

<u>REVIEW OF SYSTEMS:</u> There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

<u>PHYSICAL EXAMINATION:</u>
GENERAL APPEARANCE:  The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS:  Blood pressure 120/74, heart rate 86, respiratory rate 18, weight 157.8 pounds, temperature 98.3°.
HEENT:  Pupils were equal and reactive to light and accommodation.  Extraocular muscles were intact. ENT showed no ulcerations of the mouth.  There are no ulcerations of the nasal mucus membranes.  There is no evidence of herpetic lesions on the lips.  The uvula was midline.  There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:  Supple without JVD, thyromegaly or adenopathy.  There was full range of motion.
LUNGS:  Clear to auscultation and percussion.  Good respiratory effort.  Percussion of the chest revealed no dullness.  There were no palpable lesions on the chest wall.
HEART:  S1, S2.  No murmur, rub or gallop.  The PMI was nondisplaced.  There were no carotid bruits.  The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN:  Exam failed to reveal hepatosplenomegaly.  The abdomen was nondistended, soft with no tenderness or rebound.  There were no palpable hernias.  Bowel sounds were present.
SKIN:  Warm and dry.  There were no subcutaneous nodules appreciated.  Good skin turgor.
MUSCULOSKELETAL:  Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES:  No clubbing, cyanosis, or edema.
NEUROLOGIC:  Alert and oriented x 3.  Deep tendon reflexes were intact.  Cranial nerves were grossly intact.
LYMPHATIC:  No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.

Page 2
RE:  Dora Sanford
       L131653


PSYCHIATRIC:  The patient was oriented to time and place.  Mood and affect appeared appropriate.  Judgment and insight appeared appropriate.  Recent and remote memory is intact.

LABORATORY:  Hemoglobin 9.1, hematocrit 27.6, white count 6.6, platelets 120,000.  BUN 8, creatinine 1.11, SGOT 30, SGPT 22, alkaline phosphatase 62, LDH 361.

IMPRESSION:
1. Bilateral breast cancer as stated above.  The patient has received initial therapy with high-dose Adriamycin followed by TCH.  The patient is due for cycle 6 of TCH today.
2. Anemia, grade 1-2.
3. History of grade 3 thrombocytopenia – currently improved.
4. Fatigue secondary to chemotherapy.

PLAN:  The patient will proceed with cycle 6 of TCH.  Restaging studies including MUGA scan were discussed with the patient.  Patient will return in approximately 3 weeks for additional Herceptin therapy.

Dictated by: Judd Patten M.D., PhD.
Electronically Approved by:       Judd Patten
                                                   01/26/14 4:00 PM

JEP:lb 407046

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817

00066





4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

### HISTORY AND PHYSICAL
### ADMISSION AND DISCHARGE SUMMARY
### HEMATOLOGY ONCOLOGY PROGRESS NOTE

February 11, 2014

RE:    Patient: Dora Sanford          MR#: L131653          DOB: 07/27/57

DIAGNOSIS: 1.    Symptomatic anemia.
            2.    Hemoglobin of 7.6.
            3.    HER-2/neu overexpressing breast cancer.

SUBJECTIVE:  This is a pleasant 56-year-old African American lady with a diagnosis of bilateral breast cancer.

Right breast cancer was high risk, ER positive, PR negative, HER-2/neu negative with 11 of 22 lymph nodes positive.

Left breast cancer was ER positive, PR negative, HER-2/neu 3+ and 2 sentinel lymph nodes negative.

The patient had Adriamycin alone 90 mg/m2 x3 cycles.

The patient has completed six cycles of TCH chemotherapy on 01/21/14.

The patient required a 2 unit blood transfusion on 01/02/14.

REVIEW OF SYSTEMS:  Unremarkable other than for weakness, lethargy, fatigue.  The patient also complains that she has a pounding sensation in her head when her heart is beating.  There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE:  The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS:  Blood pressure 120/72, heart rate 84, respiratory rate 18, weight 154.2 pounds, temperature 98°.
HEENT:  Pupils were equal and reactive to light and accommodation.  Extraocular muscles were intact. ENT showed no ulcerations of the mouth.  There are no ulcerations of the nasal mucus membranes.  There is no evidence of herpetic lesions on the lips.  The uvula was midline.  There were no lesions of the tongue, no lichen planus or oral thrush.
NECK:  Supple without JVD, thyromegaly or adenopathy.  There was full range of motion.
LUNGS:  Clear to auscultation and percussion.  Good respiratory effort.  Percussion of the chest revealed no dullness.  There were no palpable lesions on the chest wall.
HEART:  S1, S2.  No murmur, rub or gallop.  The PMI was nondisplaced.  There were no carotid bruits.  The peripheral pulses were intact both in the upper and lower extremities.

00068

Page 2
RE: Dora Sanford
L131653

ABDOMEN: Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.
LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

LABORATORY: Hemoglobin 7.6, hematocrit 22.8, white count 7.6, platelets 72,000. BUN 13, creatinine 1.08, SGOT 28, SGPT 25, alk phos 50, LDH 391.

IMPRESSION:
1. HER-2/neu overexpressing breast cancer. The patient is status post TCH and is due for single agent Herceptin infusion.
2. Symptomatic anemia. The patient will be scheduled for 2 unit transfusion as an outpatient. She will be discharged following her transfusion to be followed up in approximately one week. .
3. History of grade III thrombocytopenia. The patient currently has grade II to grade III thrombocytopenia which is expected to improve over the course of time. We plan to recheck that in approximately one week.

Dictated by: Judd Patten M.D., PhD.
Electronically Approved by:      Judd Patten
                                 02/20/14 1:30 PM

JEP:jt 409835

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212  Baton Rouge LA 70817
     Akwasi Sefa MD 4560 North Boulevard Suite 101 Baton Rouge LA 70806
     ATTN: HIM Dept OLOL  225-765-9115 Shantell Johnson

 **OUR LADY OF THE LAKE** PHYSICIAN GROUP



4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

**August 19, 2014**
RE:    Patient: Dora Sanford          MR#: L131653          DOB: 07/27/57

**SUBJECTIVE:** This is a very pleasant 57-year-old African American female with a diagnosis of bilateral breast cancer status post bilateral mastectomy. The right breast pathology revealed ER strongly positive, PR negative and HER2/neu negative breast cancer with two of two sentinel lymph nodes and nine of 20 non-sentinel lymph nodes positive.

Left breast biopsy revealed ER strongly positive, PR negative, HER2/neu-overexpressing breast cancer with two sentinel lymph nodes negative.

The patient was treated aggressively with Adriamycin alone 90 mg/m2 x three cycles. This treatment was initiated on 8/9/13. On 10/18/13, she initiated six cycles of TCH and has been on Herceptin therapy since that time. Her last MUGA scan was performed 6/11/13. Her last planned Herceptin is 9/9/14. She is here today for Herceptin #16. Following completion of her Herceptin therapy, she has scheduled scans and follow up with Dr. Bienvenu.

**REVIEW OF SYSTEMS:** There are no constitutional, visual, ENT, respiratory, GU, psychiatric, endocrine, integumentary, cardiovascular, gastrointestinal, musculoskeletal, neurologic, lymphatic, hematologic, allergic or immunological problems.

**PHYSICAL EXAMINATION:**
GENERAL APPEARANCE: The patient was well nourished, well developed and in no acute distress.
VITAL SIGNS: Blood pressure 135/88, heart rate 90, respiratory rate 18, weight 132.9 pounds, temperature 97.9°.
HEENT: Pupils were equal and reactive to light and accommodation. Extraocular muscles were intact. ENT showed no ulcerations of the mouth. There are no ulcerations of the nasal mucus membranes. There is no evidence of herpetic lesions on the lips. The uvula was midline. There were no lesions of the tongue, no lichen planus or oral thrush.
NECK: Supple without JVD, thyromegaly or adenopathy. There was full range of motion.
LUNGS: Clear to auscultation and percussion. Good respiratory effort. Percussion of the chest revealed no dullness. There were no palpable lesions on the chest wall.
HEART: S1, S2. No murmur, rub or gallop. The PMI was nondisplaced. There were no carotid bruits. The peripheral pulses were intact both in the upper and lower extremities.
ABDOMEN: Exam failed to reveal hepatosplenomegaly. The abdomen was nondistended, soft with no tenderness or rebound. There were no palpable hernias. Bowel sounds were present.
SKIN: Warm and dry. There were no subcutaneous nodules appreciated. Good skin turgor.
MUSCULOSKELETAL: Examination showed a good range of motion in the upper and lower extremities with good muscle strength and tone, both in the upper and lower extremities.
EXTREMITIES: No clubbing, cyanosis, or edema.
NEUROLOGIC: Alert and oriented x 3. Deep tendon reflexes were intact. Cranial nerves were grossly intact.

Page 2
RE: Dora Sanford
    L131653

LYMPHATIC: No palpable lymph nodes in the supraclavicular, infraclavicular, axillary and inguinal areas.
PSYCHIATRIC: The patient was oriented to time and place. Mood and affect appeared appropriate. Judgment and insight appeared appropriate. Recent and remote memory is intact.

LABORATORY: Hemoglobin 10.9, hematocrit 33.4, white blood cell count 7, platelet count 201,000. Chemistry within acceptable limits. PT/INR 1.50.

IMPRESSION AND PLAN:
1. Bilateral breast cancer as stated above. The patient is due for Herceptin only therapy.
2. Anemia. Grade 2. Asymptomatic.
3. Heart-related DVT. The patient remains on Coumadin therapy. We plan to discontinue Coumadin at the time of completion of Herceptin at which time her MediPort will be removed.

I certify that I spent 25 minutes with the patient and greater than 50% of the time was spent in counseling and/or care coordination.

Dictated by: Judd Patten M.D., PhD.
Electronically Approved by:     Judd Patten
                                08/30/14 10:40 AM
JEP:lam 438925

cc:  Cecilia Cuntz MD 500 Rue de la Vie, Ste. 212 Baton Rouge LA 70817

00108

 **OUR LADY OF THE LAKE**
PHYSICIAN GROUP



LOUISIANA
HEMATOLOGY•ONCOLOGY
ASSOCIATES

4950 Essen Lane, Suite 500 Baton Rouge, LA 70809
Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

September 9, 2014

RE:   Patient: Dora Sanford        MR#: L131653        DOB: 07/27/57

<u>HISTORY OF PRESENT ILLNESS:</u>  Ms. Sanford is a 56-year-old African American female patient of Dr. Patten with diagnosis of bilateral breast cancer status post bilateral mastectomy. Right breast pathology revealed ER strongly positive, PR negative and HER2/neu not overexpressed, two of two sentinel nodes and nine out of 20 non-sentinel nodes were positive. Left breast biopsy revealed ER strongly positive, PR negative, HER2/neu overexpressed 3+ and two sentinel nodes were negative.  She completed treatment with Adriamycin alone x3 cycles, followed by TCH and presently on Herceptin only. Today she is here for evaluation and obtain last Herceptin therapy.  She developed port related DVT and currently anticoagulated with 6 mg q hs, her INR today was 1.4 . No change with diet or medication
No new complaints.

<u>PSYCHOSOCIAL ASSESSMENT:</u>  No new psychosocial issue was voiced.

<u>REVIEW OF SYSTEMS:</u>  No new complaints. 10 point system review negative

<u>PHYSICAL EXAM:</u>
GENERAL:  She appears to be in no distress.
VITAL SIGNS:  Temperature 97.9 blood pressure 127/90, pulse 87 weight 135.2 pounds. ECOG score 1. Pain score 0.
HEENT: conjuctivae pink sclera unicteric, oropharynx clear.
 NECK: supple
CHEST: Clear bilaterally
CV: regular rate and rhythm.
ABDOMEN: deferred
EXTREMITIES: no edema or tenderness
NEUROLOGY: alert and oriented x3
SKIN: hyperpigmentation to hands and fingers

<u>LABORATORY:</u>  CBC: white blood cell count 6500, Hemoglobin 10.9gm/dl, Hematocrit 33.5%, platelets 175,000.  PT/INR 16.8/1.4  Alk phos 162

<u>IMPRESSION:</u>
1. Bilateral breast cancer as stated above.  She completed chemo will obtain last Herceptin.
2. Anemia Grade II, asymptomatic
3. Port Related DVT
4. Hypokalemia improved

<u>PLAN:</u>

Page 2
RE:  Dora Sanford
       L131653

1. Ms. Sanford will continue current medication and adjust Coumadin to 6 mg q hs.
2. Will proceed with Herceptin today
3. Will be back in 2 weeks for PT/INR check. .

Patient visit was 15 minutes and more than 50% of time was spent in patient counselling and coordination of medical care.

Services provided to Dora Sanford were performed in the office of Dr. Bienvenu.   These services were furnished under the physician's direct personal supervision.

**Dictated by:** Ghenet Ghebretatios NP, FNP-BC, AOCNP.
**Electronically Approved by:**        Ghenet Ghebretatios
                                                      09/11/14 10:38 AM

Electronic CoSigned by:                 Bryan Bienvenu, M.D.
                                                      09/16/14 8:40 AM





4950 Essen Lane, Suite 500 Baton Rouge, LA 70809

Phone: 225-767-1311 Fax: 225-767-1335

## HEMATOLOGY ONCOLOGY PROGRESS NOTE

September 30, 2014
RE:   Patient: Dora Sanford          MR#: L131653          DOB: 07/27/57

HISTORY: This is a patient previously seen by my partner, Dr. Patten, who is now transitioning to my care. She has a quite extensive history of breast cancer. She was initially diagnosed with a bilateral breast cancer. Her right-sided breast cancer was triple negative, 11 nodes positive. Left-sided breast cancer was ER positive, HER2/neu overexpressing, node negative. Ms. Sanford's treatment history included Adriamycin at a dose of 90 mg/m2 for three cycles. She then received six cycles of TCH which she completed on January 21, 2014. She went on to complete adjuvant Herceptin and given her high-risk disease, has subsequently been referred for imaging. She has a new CT/PET scan from 09/23/2014, which I reviewed with her and her husband today. Her PET scan shows a lobulated abnormality in the right lower neck in or right around the jugular vein with some increased PET activity from prior. The PET activity increased from 12.2 to 6.5 from a prior stand. There is a 1.8-cm nodule in the left thyroid which has not changed significantly, but is a little more FDG avid with an initial max of 5.8. There is some hypermetabolism along the chest wall, more consistent with post-radiation change. There is no other significant abnormality noted on PET imaging. On recheck today, Ms. Sanford admits she has a little bit of tenderness in her right neck. Her Medi-Port is on that side. She has had port-associated thrombosis. She informed me that this had not occurred prior to her having a Medi-Port placed on that side. She has no other systemic symptoms. No cough or chest pain. No abdominal complaints. No weight loss. No focal bony pains.

PHYSICAL EXAMINATION:
VITAL SIGNS: Record date - 9/30/2014 10:55 AM
T (F) - 97.50
B/P - 142/90
P - 87
Weight (lb) - 134.00
GENERAL: Alert and oriented in no apparent distress.
HEENT: Normocephalic and atraumatic. Pupils are equal, round, and reactive to light. Sclerae are nonicteric. Oral examination clear.
NECK: The patient has a little bit of tenderness and fullness in her right level 4. I do not discretely palpate a distinct mass or adenopathy. The left neck is unremarkable. I do not palpate a mass in her thyroid.
CHEST: Clear to auscultation bilaterally.
HEART: Regular. No murmur, gallop, or rub.
ABDOMEN: Soft. Normal bowel sounds. No mass or hepatosplenomegaly.
EXTREMITIES: No edema.

DATA REVIEW: CBC: WBC 7.1, hematocrit 11.9, platelets 206,000. Creatinine is 1.29, BUN is 26, calcium is 10.4. Bilirubin is 0.7. Transaminase normal. Alkaline phosphatase 152. CA53 is 18. CEA is 102.9. INR is 1.4.

IMPRESSION:

Page 2
RE:  Dora Sanford
      L131653

1.  Right neck abnormality seen on PET imaging.  Cystic area nonspecific in nature.  Unusual appearance on CT.  Certainly not clearly descriptive of adenopathy.  Very unusual.  Would be an unusual site of recurrence for breast cancer.  However, I do believe this requires further evaluation.  Certainly could have been related to her Medi-Port placement and I am recommending that that be removed.  But again, I would prefer a more definitive evaluation to rule out the possibility of malignancy.  I am going to have Ms. Sanford seen by ENT to get their opinion of the matter.

2.  Thyroid nodule 1.8 cm on the left increasing _____.  Requires further evaluation.  Will defer that to ENT also.

3.  Elevated CEA, nonspecific in nature but certainly concerning.  CA15-3 is normal.  Could be related to breast cancer, although PET imaging does not show a definitive site other than the abnormalities noted above.  I am recommending also the patient have a colonoscopy to rule out the possibility of any type of GI lesion.

4.  High-risk node positive breast cancer on the right, triple negative, status post adjuvant chemotherapy above.  Certainly at high risk for recurrence requiring further evaluation as above.

5.  Right-sided breast cancer, ER positive.  The patient has not yet been placed on hormonal therapy.  This is certainly less worrisome of her lesions.  I prefer to complete this evaluation as above prior to considering any hormonal type manipulation.

6.  Port-associated thrombosis.  Remove Medi-Port and discontinue Coumadin as noted above.

PLAN:
1.  Referrals as above including evaluation of thyroid and neck mass.
2.  Medi-Port removal.
3.  Referral for colonoscopy.
4.  The patient in clinic in three weeks for evaluation.

The patient's visit was 45 minutes, more than half of which was spent in patient counseling and coordination of medical care.



Dictated by: Bryan Bienvenu M.D., M.D.

**Electronically Approved**
**by:**      Bryan Bienvenu
                        10/01/14
2:40 PM

BJB:jnd  445643

cc:  UpdatingCCList

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J
Patient Type:  Outpatient
FIN#:   097009019-0766
MRN#: 097009019
Patient Location/Type:   RAD

DOB: 7/27/1957
Admit Date:    11/19/2014
Discharge Date:   11/24/2014

Age:  57 years
Sex:  Female

---

## Pathology Report

**Attachment(s):**
**11/28/2014 10:15 CST PATHOLOGY REPORT.pdf**

 

PGL Pathology Group of Louisiana
8339 O'Donovan Drive, Baton Rouge, LA 70808
Phone: (225) 766-4844  Fax: (225) 761-6602

OUR LADY OF THE LAKE
REGIONAL MEDICAL CENTER
5000 Hennessy Blvd, Baton Rouge, LA 70808
Phone: (225) 765-6388

### ABNORMAL
### CYTOPATHOLOGY REPORT

| | | | |
|---|---|---|---|
| Patient: Sanford, Dora J | | Hospital ID: OL-14-11253 | Accession:   10782751 |
| DOB: 07/27/1957   Age: 57   Sex: F | | | Date Collected: 11/19/2014 08:20 |
| MRN: 097009019     PV: 097009019/0766 | | | Date Received: 11/19/2014 14:11 |
| Requested by: Anne M. Pou, M.D. | | Patient PV: (225) 236-6767 | Date Reported: 11/28/2014 10:15 |

Clinical Data: Breast cancer, left thyroid nodule, right neck mass

### FINAL PATHOLOGIC DIAGNOSIS

1. **Right neck mass, biopsy:**
   - Findings consistent with medullary thyroid carcinoma (see Case comment).

2. **Right neck mass, fine needle aspiration (six smears, one ThinPrep, one cell block):**
   - Findings consistent with medullary thyroid carcinoma (see Case comment).

3. **Thyroid, left nodule, fine needle aspiration (six smears, one ThinPrep, one cell block):**
   - Findings consistent with medullary thyroid carcinoma (see Case comment).

AN/jc/hm

**Case Comment:**

Immunohistochemical stains for TTF-1 were performed at Pathology Group of Louisiana on blocks 1A, 2A, and 3A and are positive. Immunohistochemical stains for synaptophysin, chromogranin, ER, and BRST-2 were performed on block 1A. The lesional cells are positive for synaptophysin and chromogranin, and negative for ER and BRST-2. Congo red special stains performed on blocks 1A and 3A show focal possible staining for amyloid under polarized light examination. A calcitonin immunohistochemical stain performed at Clarient Diagnostic Services on block 1A and interpreted by Dr. Amberly Nunez, is positive in the lesional cells. This morphology and immunophenotype is compatible with a medullary thyroid carcinoma.

Amberly L. Nunez, M.D.
PGL Pathologist, Electronic Signature

Intradepartmental consultation: Anthony M. Henton, M.D.

### SPECIMEN(S) SUBMITTED; GROSS DESCRIPTION:

1. **Right neck mass biopsy:** In formalin labeled "left thyroid" is a 0.1 cm core which is submitted in toto in one cassette.
   GR/sw

2. **Right neck mass:** Received in CytoLyt labeled "Sanford, Dora J., 07/27/1957, right neck mass" is 7.5 ml of hazy pink fluid submitted for cytologic examination. Also received in two alcohol filled containers labeled "Sanford, Dora J., 07/27/1957" are 6 direct smears labeled "right neck mass" and are submitted for cytologic examination. Preparation Key: 1 ThinPrep, 1 Cell Block, 6 PAP-stained smears.

---

Devansh S. Cavania, M.D.
Tanya J. Bakewackjar, M.D.
Anthony M. Henton, M.D.

Stewart A. Henderson, M.D.
Jennifer L. Jackson, M.D.
Robert L. Mancuso, M.D.
Amberly L. Nunez, M.D.

Beverly M. Ogden, M.D.
Tracy M. Reveill, M.D.
John R. Simoneaux, M.D.
Aristenium C. Silver, M.D.

Amanda D. Power, M.D.
Don S. Trosclair, M.D.
Veronica Tralock, M.D.
Brian W. Treble, M.D.

Page 1 of 2

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J                    DOB: 7/27/1957            Age: 57 years
Patient Type:  Outpatient                        Admit Date:   11/19/2014  Sex: Female
FIN#:  097009019-0766                            Discharge Date:  11/24/2014
MRN#: 097009019
Patient Location/Type:   RAD

-------------------------------------------------------------------------------------------------------

*Pathology Report*

**Attachment(s):**

CYTOPATHOLOGY REPORT - CONTINUED

| Patient: Sanford, Dora J | Result ID: OL-14-11253 | Accession: 10782751 |

2.   **Left thyroid nodule:** Received in CytoLyt labeled "Sanford, Dora J , 07/27/1957, left thyroid nodule" is 7 ml of hazy pink fluid submitted for cytologic examination. Also received in two alcohol fixed containers labeled "Sanford, Dora J, 07/27/1957, left thyroid nodule" are 6 direct smears labeled "left thyroid nodule" and are submitted for cytologic examination. Preposition Key: 1 Thin-Prep, 1 Cell Block, 6 PAP-stained smears. BR/ww

| CPT CODE(S): | ICD-9 CODE(S) | FACILITY: |
|---|---|---|
| 88305 x3, 88342 x7, G0464 x3, G0462 x4, 88313 x2, 88342-26, G0462-26, 88173 x2 | [193] | OLOL |

END OF REPORT                          Page 2 of 2

**PATHOLOGY REPORT.pdf**
Please click on link to see image.

Print Date: 4/10/2019 08:42 CDT          SANFORD, DORA J                    Page 19 of 21
Report Request ID:  189407951

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J
Patient Type:   Inpatient
FIN#.  097009019-0772
MRN#: 097009019
Patient Location/Type:   RCU; 2273; 01

DOB: 7/27/1957
Admit Date:   1/13/2015
Discharge Date:   1/16/2015

Age:  57 years
Sex:  Female

## Discharge Summary

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:

SIGN INFORMATION:

Discharge Summary
1/16/2015 00:01 CST
Modified
Pou MD,Anna M (1/22/2015 17:16 CST); Barry MD RES,
Rachel (1/16/2015 08:20 CST)
Pou MD,Anna M (1/22/2015 17:16 CST); Pou MD,Anna M
(1/20/2015 09:46 CST); Barry MD RES,Rachel (1/19/2015
07:29 CST)

**Addendum by Pou MD, Anna M on 22 January 2015 17:16**
I agree with diagnosis, treatment, and follow up
Anna M Pou, Md

*(Electronically Signed on 01/22/2015 17:16)*

*Anna Pou, MD*

*Job# 1190436/640497270*
*DD: 01/22/2015 17:16*

**DS**

Date of Service: January 16, 2015


                              DISCHARGE SUMMARY


ATTENDING PHYSICIAN
Anna M. Pou, MD


DATE OF ADMISSION
January 13, 2015

DATE OF DISCHARGE
January 16, 2015

PROCEDURES PERFORMED
On January 13, patient underwent total thyroidectomy, bilateral levels 2
through 6 neck dissection with Dr. Pou.


Print Date:  4/10/2019 08:43 CDT          SANFORD, DORA J                    Page 15 of 389
Report Request ID:  189408280

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J
Patient Type:  Inpatient
FIN#:  097009019-0772
MRN#: 097009019
Patient Location/Type:   RCU; 2273; 01

DOB: 7/27/1957
Admit Date:    1/13/2015
Discharge Date:  1/16/2015

Age:  57 years
Sex:  Female

### Discharge Summary

HISTORY OF PRESENT ILLNESS
This is a 57-year-old female with a history of breast cancer status post
bilateral mastectomies and postoperative radiation, who presented to Dr.
Pou with a thyroid nodule and a right neck mass that were found on PET
scan.  Both of these lesions were biopsied and were positive for
medullary thyroid carcinoma.  After discussion with the patient, it was
decided to take her back to the operating room for total thyroidectomy
and bilateral neck dissections.

HOSPITAL COURSE
The patient was taken to the operating room by Dr. Pou for the
aforementioned procedures.  She tolerated the procedures well and was
transferred to the RCU postoperatively.  Postop pain was well
controlled.  Calcium levels were monitored every 8 hours
postoperatively.  She did have a slight decline in her corrected calcium
levels initially, which dropped to 8.3, at the lowest.  Endocrinology
was consulted for recommendations for thyroid replacement, as well as
management of hypocalcemia.  They recommended starting the patient on 75
mcg of Synthroid, Rocaltrol 0.25 b.i.d. and Tums 750 t.i.d.  The patient
will follow up with Dr. Story a week following discharge for calcium
level check.  She has also been notified to report to the emergency room
if she starts to experience any new symptoms.  She was asymptomatic
during her hospital stay and calcium levels have stabilized.

DISCHARGE CONDITION
Stable.

DISCHARGE DIAGNOSIS
Medullary thyroid carcinoma.

DISCHARGE DIET
Regular.

DISCHARGE ACTIVITY
No heavy lifting or straining.

FOLLOWUP
Patient is to follow up with Dr. Anna Maria Pou on January 19th for JP
drain removal and within 2 weeks for follow up with Dr. Pou.  The
patient is also to follow up with Dr. Story in a week and has been
instructed to call and schedule this appointment herself.

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J
Patient Type:  Inpatient
FIN#:  097009019-0772
MRN#: 097009019
Patient Location/Type:  RCU; 2273; 01

DOB: 7/27/1957                    Age:  57 years
Admit Date:    1/13/2015          Sex:  Female
Discharge Date:  1/16/2015

---

### Report of Operation or Procedure

---

Date of Service: 01/13/2015


cc:    Vicki Munson, MD

       Bryan J. Bienvenu, MD


SURGEON
Anna M. Pou, MD

PREOPERATIVE DIAGNOSES
1. Medullary thyroid carcinoma with metastasis to the right neck.
2. History of breast cancer, status post bilateral mastectomies and
   chemoradiation.

POSTOPERATIVE DIAGNOSES
1. Medullary thyroid carcinoma with metastasis to the right neck.
2. History of breast cancer, status post bilateral mastectomies and
   chemoradiation.

PROCEDURES PERFORMED
1. Total thyroidectomy.
2. Bilateral neck dissections, levels 2, 3, 4, 5 and 6.

RESIDENTS
1. Neal Jackson, MD.
2. Rachel Barry, MD.

ESTIMATED BLOOD LOSS
350 mL.

DRAINS
Five.

COMPLICATIONS
None.

FINDINGS
The patient had a mass in both the right and left thyroid lobes.  She
also had fibrosis at the root of the neck secondary to radiation scatter
from her breast cancer.  She also had a very large firm nodule in levels

Print Date:  4/10/2019 08:43 CDT        SANFORD, DORA J              Page 40 of 389
Report Request ID:  189408280

00832

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J
Patient Type:  Inpatient
FIN#:  097009019-0772
MRN#: 097009019
Patient Location/Type:  RCU; 2273; 01

DOB: 7/27/1957
Admit Date:    1/13/2015
Discharge Date:  1/16/2015

Age:  57 years
Sex:  Female

---

### *Report of Operation or Procedure*

3-4 that were involving the internal jugular vein.

INDICATIONS

The patient is a 57-year-old female with a history of breast cancer for
which she underwent bilateral mastectomies and chemoradiation.  At her
post treatment PET-CT scan, she was noted to have a lesion in her right
neck and in her thyroid gland.  She was sent for evaluation.

At the time of evaluation, she had a very firm mass in her right level 4
and a palpable thyroid nodule in the left lobe.  The CT scan with
contrast was obtained which revealed a mass in both the right and left
lobes of the thyroid and what appeared to be a metastatic lesion in
right level 4.  Her internal jugular vein was also compressed in that
area.

Prior to surgery, she had the port removed from her right neck which
caused the mass in the right neck to decrease.  Therefore, some of this
is likely due to infection from the port.

The patient was sent for a fine needle aspirate of the neck mass and the
thyroid mass.  It was found to be consistent with medullary thyroid
carcinoma.  A serum calcitonin was sent and was over 12,000.  Patient's
PET-CT scan did not reveal any masses in the adrenal or any masses
suspicious for extra adrenal pheochromocytoma.  She also had no family
history of MEN or flushing or hypertension.

Patient's case was then presented to our multidisciplinary Head and Neck
Tumor Board.  It was recommended that patient undergo a total
thyroidectomy and bilateral neck dissections for levels 2 through 6.
This was discussed with the patient and her husband.  Risks, benefits
and alternatives were discussed and the consent was signed.

PROCEDURE IN DETAIL

The patient was taken to the operating room and placed in the supine
position.  She was intubated with a #6 NIM monitoring tube, and then
underwent induction with general endotracheal anesthesia.  The tube was
secured into place and the table was turned 180 degrees.  The patient
was placed in a shoulder roll.  An apron incision was outlined in her
neck from one mastoid tip to the other.  It was then injected with 1%
lidocaine with 1:100,000 epinephrine for hemostasis.  The patient was
then prepped and draped in sterile fashion.

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

| | | |
|---|---|---|
| Patient Name: SANFORD, DORA J | DOB: 7/27/1957 | Age: 57 years |
| Patient Type: Inpatient | Admit Date: 1/13/2015 | Sex: Female |
| FIN#: 097009019-0772 | Discharge Date: 1/16/2015 | |
| MRN#: 097009019 | | |
| Patient Location/Type: RCU; 2273; 01 | | |

### Report of Operation or Procedure

Using a #10 blade, the skin and subcutaneous tissue were transected.
Attention was directed 1st to the right side of the neck. Using
electrocautery, the platysma muscle was transected. The subplatysmal
plane was elevated up to the angle of the mandible. Following this,
using a #10 blade, the skin and subcutaneous tissue and the platysma
muscle were transected in the left neck. Using electrocautery, the
platysma muscle was transected. Using electrocautery, a subplatysmal
superior flap was elevated to the level of the angle of the mandible.
This skin incision was made bilaterally and the remainder of the
superior flap was elevated up to mentum of the mandible superiorly.
Inferior subplatysmal flaps were elevated down to the clavicle and the
sternal notch using electrocautery. At this time, skin flaps were
retracted using 2-0 silk stick ties and hemostats.

Attention was directed 1st to the right neck. The posterior skin flap was elevated using
electrocautery.
The spinal accessory nerve was identified as it entered into the
anterior aspect of the trapezius muscle. It was then traced as it went
deep to the SCM. It was then elevated from the deep underlying fascia.
Again, all of the fibrofatty and nodal tissue and muscular tissue from
the root of the neck and level 5B were all fibrosed due to the previous
radiation of the breast.
Attention was then directed to level II. Using electrocautery, the tissue at the
inferior aspect of the submandibular gland to the level of the hyoid
bone was transected. The common facial vein was encountered, isolated,
transected and ligated with 2-0 silk ties. The tissue was transected,
identifying the posterior belly of the digastric muscle. The tissue
overlying the posterior belly of the digastric was transected back to
the sternocleidomastoid muscle. Following this using electrocautery,
the fascia along the anterior border of the sternocleidomastoid muscle
was incised. There was marked fibrosis along the inferior aspect of the
sternocleidomastoid muscle. The muscle was incised of its fascia and
unrolled. And then rolling the SCM, the spinal accessory nerve was
identified in level 2B and the posterior belly of the omohyoid muscle
was identified in level 3/4. Posterior belly of the omohyoid muscle was
transected and elevated up to the hyoid bone. Following this, the
spinal accessory nerve was identified in level 2B and was isolated to
the skull base. It was elevated from the deep underlying tissue. The
internal jugular vein was also identified at the skull base and isolated
at the skull base to prevent inadvertent injury.

Attention was then directed to the continuation of the unrolling of the

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J
Patient Type:  Inpatient
FIN#:  097009019-0772
MRN#: 097009019
Patient Location/Type:  RCU; 2273; 01

DOB: 7/27/1957
Admit Date:    1/13/2015
Discharge Date:  1/16/2015

Age:  57 years
Sex:  Female

---

### *Report of Operation or Procedure*

SCM. This was done using electrocautery. The SCM was retracted
posteriorly and was found to be fibrotic and, therefore, limited the
retraction. At this time, the plan was to incise the fascia in level 4
posterior to the internal jugular vein so that the phrenic nerve and
brachial plexus could be identified. However, there was fibrosis down
to the level of the clavicle. This tissue was very tediously transected
and hemostasis obtained using bipolar cautery. The internal jugular
vein was identified in the root of the neck. There was very little
space between the clavicle and the nodal metastasis. Tedious dissection
was performed isolating the vein and a vessel loop was placed around the
vein in the event of any inadvertent injury so that the bleeding could
be controlled. A vessel loop was then placed around the internal
jugular vein at the skull base.

Attention was then directed to identifying the brachial plexus and the
phrenic. Again, the tissue in this area was very fibrotic and tediously
dissected. This was done down to the level of the scalene muscles. The
fascia overlying the phrenic nerve and brachial plexus was very
fibrotic. Following identification of these structures, attention was
then directed to level 5B. With the spinal accessory nerve and the
phrenic and brachial plexus in view, hemostats were placed along the
tissue in the bloody gulch, transected and ligated with 2-0 silk ties.
A 2-inch Penrose was used to retract the SCM anteriorly.

Using a #10 blade, the fatty and nodal tissue in level 5 was transected
off the floor of the neck. Care was taken to transect the rootlets
anterior to the takeoff of the phrenic.

At this time using the Penrose drain, the SCM was retracted posteriorly.
The fibrofatty and nodal tissue in 2B was then addressed. Using an
Allis clamp, the tissue in level 2B was grasped. Using electrocautery,
the fibrofatty and nodal tissue were transected down to the level of the
fascia of the deep muscles of the neck. This tissue was then passed
under the spinal accessory nerve to the lateral neck. Using a #10
blade, the fibrofatty and nodal tissues in levels 2, 3 and 4 were
transected. As dissection came to level 4, a very firm mass was
palpated deep to the internal jugular vein and adherent to the deep
muscles of the neck. Using sharp dissection, the mass was elevated off
of the vagus nerve low in the neck and off of the carotid artery. It
was evident at this time that it was involving the internal jugular
vein. Therefore at this time, the vein was sacrificed. Using 2
hemostats, the vein was clamped inferiorly. It was transected and

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J
Patient Type: Inpatient
FIN#: 097009019-0772
MRN#: 097009019
Patient Location/Type: RCU; 2273; 01

DOB: 7/27/1957
Admit Date:   1/13/2015
Discharge Date:   1/16/2015

Age: 57 years
Sex: Female

*Report of Operation or Procedure*

ligated with a 2-0 silk stick tie and then a 2-0 tie at the inferior end and a 2-0 silk tie from the opposite end. Following this, it was transected at the skull base and ligated with 2-0 silk ties.

Attention was then directed to completing the neck dissection. The plane now was between the internal jugular vein and the carotid artery. The remainder of the nodal mass was dissected off of the carotid artery without difficulty. The hypoglossal nerve was identified superior to the bifurcation of the carotid artery, isolated and preserved. The dissection then went in an inferior to superior direction, elevating the fibrofatty and nodal tissue off of the contents of the carotid sheath superiorly. The specimen was labeled and sent to Pathology for routine analysis.

The right neck was copiously irrigated with normal saline and hemostasis was obtained using bipolar cautery. After this, a Valsalva maneuver x2 was performed and there was no chyle leak. A saline-soaked lap sponge was then put into the right neck.

Attention was then directed to performing the total thyroidectomy. The strap muscles were transected in the midline. The strap muscles were elevated off of the right thyroid lobe. The right thyroid lobe was found to have a large mass superiorly and it extended in an oblong fashion inferiorly giving it an unusual appearance. After the strap muscles were bluntly and sharply dissected off of the right thyroid lobe, they were retracted laterally. Dissection proceeded anterior to the carotid artery down to prevertebral fascia so that it also could be retracted laterally. At this time, the tissue overlying the thyroid gland was transected high in the gland.

Attention was then directed to the superior pole vessels. The plane was developed between the vessels and the cricothyroid muscle. They were isolated and transected. Hemostasis was obtained using bipolar cautery as no large vessels were encountered. The superior and inferior parathyroid glands were both identified. They were both preserved.

After the superior pole vessels were transected, this allowed medial mobilization of the gland. As this was done, the connective tissue overlying the gland was continued to be transected so that the recurrent laryngeal nerve could be identified.

Dissection then began in the tracheoesophageal groove. The right

Print Date: 4/10/2019 08:43 CDT
Report Request ID: 189408280

SANFORD, DORA J

00836

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J
Patient Type: Inpatient
FIN#: 097009019-0772
MRN#: 097009019
Patient Location/Type: RCU; 2273; 01

DOB: 7/27/1957
Admit Date: 1/13/2015
Discharge Date: 1/16/2015

Age: 57 years
Sex: Female

---

### *Report of Operation or Procedure*

recurrent laryngeal nerve was identified. It was very small in caliber and had 2 branches at the joint.

A plane was developed between the isthmus and the anterior surface of the trachea. A Kelly clamp was placed, and it was transected using electrocautery. The left lobe was ligated with 2-0 silk ties for hemostasis.

The remainder of the thyroid lobe was dissected off of the anterior surface of the trachea and was labeled and sent to Pathology for routine analysis.

Attention was then directed to the left lobe. The strap muscles were bluntly and sharply dissected off of the left thyroid lobe. Again, this was found to have a nodule in the superior aspect. After the strap muscles were dissected off of the left lobe, they were retracted laterally. The common carotid artery was identified and also retracted laterally. The connective tissue overlying the gland was transected high in the gland and dissected posteriorly. Attention was then directed to the superior pole vessels. A plane was developed between the vessels and the cricothyroid muscle and were transected and ligated with 2-0 silk ties. The gland was then mobilized medially. Upon mobilization of the gland, the left recurrent laryngeal nerve could be easily identified. It was dissected off of the thyroid gland up to the joint. The inferior parathyroid gland was identified and preserved. The left thyroid lobe was elevated off the anterior surface of the trachea and sent to Pathology for routine analysis.

Attention was then directed to the right and left level 6 bilaterally. The right recurrent laryngeal nerve was dissected down into the upper mediastinum. The tissue between the common carotid artery and the trachea was then dissected. There was about a 1 cm node found adjacent to the right recurrent laryngeal nerve. The fascia along the common carotid artery was incised. This was dissected down to the innominate artery. The tissue of the innominate artery was dissected, being the most inferior aspect of the dissection. The specimen from the right neck was sent to Pathology for routine analysis.

Attention was then directed to the left neck. The left recurrent laryngeal nerve was dissected down to the superior mediastinum. Again, all the tissue between the common carotid artery and trachea was dissected sharply and hemostasis obtained using bipolar cautery. It was

---

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J
Patient Type:  Inpatient
FIN#:  097009019-0772
MRN#: 097009019
Patient Location/Type:  RCU; 2273; 01

DOB: 7/27/1957
Admit Date:   1/13/2015
Discharge Date:   1/16/2015

Age:  57 years
Sex:  Female

## Report of Operation or Procedure

labeled and sent to Pathology for routine analysis. At this time, level 6 was examined. There were no other nodes in this area. There was an area of thymus that was protruding into the neck which was resected and sent to Pathology for routine analysis.

Attention was then directed to the left neck. The inferior flap was 1st elevated using electrocautery. The spinal accessory nerve was identified entering the trapezius muscle. It was dissected superiorly as it went deep to the posterior aspect of the sternocleidomastoid muscle. It was elevated from the underlying tissue.

Attention was then directed to level 2. Using electrocautery, the fibrofatty and nodal tissue were transected at the level of the hyoid bone. The common facial vein was encountered, isolated, transected and ligated with 2-0 silk ties. Dissection proceeded at this level identifying the posterior belly of the digastric muscle which was traced posteriorly as it went deep to the SCM.

Using electrocautery, the fascia along the anterior border of the muscle was incised and the muscle was completely unrolled of its fascia. The spinal accessory nerve was identified in level 2B and the posterior belly of the omohyoid muscle was identified in levels 3/4. The posterior belly of the digastric muscle was transected and elevated to the hyoid bone. Using electrocautery, the fascia posterior to the aspect of the internal jugular vein was incised. Using blunt dissection, the brachial plexus and phrenic were identified and preserved. The lymphatic pedicle was then addressed adjacent to the internal jugular vein. It was isolated, transected and ligated with 2-0 silk ties.

Attention was then directed to level 2B. The spinal accessory nerve was traced to the skull base. It was lateral to the vein as it was on the other side. It was elevated from the deep underlying tissue. The internal jugular vein at the skull base was isolated.

Attention was then directed to level 2B. Allis clamp was placed on the tissue in 2B. Using electrocautery, the fibrofatty and nodal tissue were dissected down to the level of the fascia of the deep muscles of the neck. It was then passed under the spinal accessory nerve into the anterior lateral neck. At this time, a 2-inch Penrose drain was placed around the SCM and it was retracted anteriorly. Attention was then directed to level 5B. With the spinal accessory nerve, brachial plexus

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

| | | |
|---|---|---|
| Patient Name: SANFORD, DORA J | DOB: 7/27/1957 | Age: 57 years |
| Patient Type: Inpatient | Admit Date: 1/13/2015 | Sex: Female |
| FIN#: 097009019-0772 | Discharge Date: 1/16/2015 | |
| MRN#: 097009019 | | |
| Patient Location/Type: RCU; 2273; 01 | | |

## Report of Operation or Procedure

and phrenic all in view, the tissue in the bloody gulch was clamped, transected and ligated with 2-0 silk ties. This tissue was then dissected off the floor of the neck posterior to the level of the rootlets. The rootlets were transected anterior to the takeoff of the phrenic. The tissue from level 5 was then passed under the SCM and the SCM was retracted posteriorly. At this time using a #10 blade, the tissues in levels 2A, 3 and 4 were dissected off the floor of the neck until the contents of the carotid sheath were reached. Dissection then went in an inferior to superior direction. The hypoglossal nerve was identified, isolated and preserved. The contents of the neck were removed. They were labeled and sent to Pathology for routine analysis.

The neck was then copiously irrigated with normal saline. Hemostasis obtained using bipolar cautery. Valsalva maneuver was performed and there was no chyle leak.

The wounds on both sides of the neck were irrigated with a liter of normal saline. Again, Valsalva maneuver was performed with no evidence of a chyle leak or bleeding. Minimal bleeding was controlled with bipolar cautery.

Five drains were then placed in the neck through separate stab incisions. On each side of the neck, one was placed in level 5 going deep to the SCM and then 1 more anteriorly going up to the submandibular gland. In addition, 1 was placed in the midline in the thyroid bed. They were all secured into place using 2-0 silk stick ties.

Following this, the strap muscles were sutured together in the midline using 2-0 Vicryl in a running stitch. After this, the skin was closed in 2 layers.

The platysma muscle and subcutaneous tissue were closed using running and interrupted sutures of 2-0 Vicryl. A few deep dermal sutures were placed anteriorly in the neck. Following this, the skin was closed with a running subcuticular stitch of 4-0 Monocryl. Mastisol, Steri-Strips, Telfa, and Tegaderm were placed along the incision.

The patient tolerated the procedure well. She was extubated in the operating room. There was no stridor. She tolerated the procedure well and was admitted to the recovery room in good condition.

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: SANFORD, DORA J
Patient Type:  Inpatient
FIN#:  097009019-0772
MRN#: 097009019
Patient Location/Type:  RCU; 2273; 01

DOB: 7/27/1957
Admit Date:   1/13/2015
Discharge Date:   1/16/2015

Age:  57 years
Sex:  Female

### Report of Operation or Procedure

*(Electronically Signed on 01/15/2015 18:46)*

Anna Pou, MD

*Job# 1189462/640172436*
*DD: 01/14/2015 00:10*
*DT: 01/14/2015 06:21*

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Anesthesia Record
1/14/2015 08:21 CST
Auth (Verified)
Robert CRNA ,Ashley Hebert (1/14/2015 08:21 CST)
Robert CRNA ,Ashley Hebert (1/14/2015 08:21 CST)

**Postanesthesia EvaluationLAKEBR\***

Patient:  **SANFORD, DORA J**        MRN: 097009019        **FIN: 097009019-0772**
Age:  **57 years**   Sex:  **Female**   DOB: **07/27/57**
Associated Diagnoses:  **None**
Author:  **Robert CRNA , Ashley Hebert**

**Postoperative Information**
**Post Operative Info:**    Notes: Patient is stable and has adequately recovered from anesthesia as described below, unless otherwise noted. Patient is determined to have: stable airway, respiratory rate, oxygen saturation, heart rate, blood pressure, and adequate hydration. Mental status is acceptable. Tempature is acceptable. Pain and nausea are adequately controlled. Refer to nursing notes for vital signs..

*(Electronically Signed on 01/14/2015 08:21)*

Ashley Robert CRNA

*Job#  Postanesthesia EvaluationLAKEBR\**
*DD: 01/14/2015 08:21*