# **EXHIBIT J**

## MARY BIRD PERKINS MEDICAL CENTER/DR. LEVIN
## MEDICAL RECORD EXCERPT

## MARY BIRD PERKINS CANCER CENTER

4950 ESSEN LANE • BATON ROUGE LOUISIANA 70809 • (225)215-1515 • FAX (225)766-1417
15728 PAUL VEGA MD DRIVE • HAMMOND, LOUISIANA 70403 • (985)542-5000 • FAX (985)542-1138
1203 S. TYLER STREET • COVINGTON, LOUISIANA 70433 • (985)875-2234 • FAX (985) 871-1447
8166 MAIN STREET, SUITE 101 • HOUMA, LOUISIANA 70360 • (985)876-9045 • FAX (985) 876-2106
1104 WEST HIGHWAY 30 • GONZALES, LOUISIANA 70737 • (225)644-1205 • FAX (225)644-5367

April 15, 2014

Cecilia Cuntz, M.D.
500 Rue de la Vie, Ste. 212
Baton Rouge, LA 70817

RE: Dora Sanford
MR# A131639
DOB 07/27/57

DX: Synchronous bilateral breast cancer.

Dear Cecilia:

Ms. Sanford completed locoregional right chest wall irradiation today. Her treatment began on 03/05/14. Initially a dose of 5000 cGy was delivered in 25 fractions using a multifield 6 MV IMRT technique on our TomoTherapy system. Bolus was used. The scar was then boosted with a final 1000 cGy in five fractions bringing the total scar dose to 6000 cGy given in 30 fractions. She tolerated treatment well having experienced the expected dermatitis by its completion. She will be returning in a month for reevaluation.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Dictated by: Renee Levine, M.D.
Electronically Approved by: Renee Levine, M.D.
04/29/14 7:09 PM

RL:sh 421333 0427/0428

cc: Timothy Andrus M.D. 500 Rue de la Vie, 4th Fl., Ste. 100 Baton Rouge LA 70817
Timothy Bella MD 10127 Florida Blvd Baton Rouge LA 70815-1798
Judd E. Patten, M.D. 4950 Essen Ln Baton Rouge LA 70809