# EXHIBIT M

MEDICAL AUTHORIZATION

SIGNED BY DORA SANFORD 8/8/16

09/23/2016 FRI 12:49  FAX 8134435734    ☒004/004

## Medical Authorization
### In Accordance with 45 CFR Section 164.508(c) - HIPAA

Upon presentation of this authorization, or a photo-static copy thereof, you are requested to provide the records outlined below to McGartland Law Firm or to Choice Legal, Inc. 9204 King Palm Drive, Tampa FL 33615 (phone (888) 774-2377 - (fax 813-273-0544), who is acting as an agent of my attorney, 915 Gartland Law Firm, 1300 South University, Suite 500, Fort Worth, Texas 76107 (phone 817-332-9300 - Fax 817-332-0301) and/or to have verbal communication with my attorney, McGartland Law Firm, 1300 South University, Suite 500, Fort Worth, Texas 76107.

**Patient Information:**

Name: Dora J. Sanford   Social Security No. 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

Date of Birth: 07/27/1957   Account No. _____

Healthcare Provider: Moffitt Bird-Perkin Center

**Dates of Service** (Check One and Complete Date of Service if Required)
☐ Please provide a complete copy of my file for all dates of service
☒ Please provide a complete copy of my file for service from ___see below___ through ___see below___

**Records to be Released** (45 CFR § 164.508(c)(1)(i)):
For 1/1/2012-Present: MARS, TARS, Consultations, Inpatient/Outpatient chemotherapy orders, pharmacy records, medication reconciliation records, chemotherapy administration records, billing records related to chemotherapy, SCIP Reporting Records or itemized billing records containing NDC Code**, Cancer Survivorship Plan, and records showing breast cancer diagnosis type and stage. PLEASE EXCLUDE MASTECTOMY RECORDS. PLEASE EXCLUDE ANY DIAGNOSTIC FILMS.

The purpose of this request is for legal review or personal use (45 CFR § 164.508(c)(1)(iv)).

☒ I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance upon this authorization (45 CFR § 164.508(c)(2)(i)).

☒ I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes (45 CFR § 164.508(c)(2)(ii)).

☒ I understand that my records are confidential and cannot be disclosed without my written authorization except when otherwise permitted by law. Information that is disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected. I understand that the specified information to be released may include, but is not limited to: history, diagnosis, and/or treatment of drug or alcohol abuse, mental illness, or communicable disease, including Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS) (45 CFR § 164.508(c)(2)(iii)).

**Electronic Medium Digital.**
☒ I understand that all documents may be provided by digital or electronic medium if possible.

This authorization will expire One Hundred Eighty (180) days from the date of my signature unless I revoke the authorization prior to that time.

Patient has the right to receive a copy of this form.

Date: 8/16/2016   Signature: _Dora J. Sanford_
                  Patient or Legally Authorized Representative

                  _Dora J. Sanford_
                  Printed Name of Patient or Legally Authorized Representative