# EXHIBIT N

8/26/16 CORRESPONDENCE TO

MARY BIRD PERKINS MEDICAL CENTER

RECORDS CUSTODIAN



**McGARTLAND**
LAW FIRM, PLLC

1300 S. University Dr., Ste. 500

Fort Worth, TX 76107

Office (817) 332-9300

Toll Free 1-866-832-9300

Fax (817) 332-9301

firm@mcgartland.com

August 25, 2016

Mary Bird Perkin Center
4950 Essen Lane
Baton Rouge, LA 70809

RE:     Our Client:     Sanford, Dova
        DOB:            07/27/1957

Dear Records Custodian:

Please allow this correspondence to confirm that the office of McGartland Law Firm, PLLC utilizes the services of Choice Legal to process authorizations on our behalf to obtain records indicated on the attached authorization.

Kindly honor the authorization releasing information to Choice Legal as if it were our office requesting the records.

**PLEASE SEND ALL REQUESTS FOR PAYMENTS AND THE RECORDS TO:**

Choice Legal, Inc.
PO Box 1215
Tampa, Florida 33601
Tel (888) 776-2377/Fax (813) 324-5191

If you have any questions regarding this matter, please feel free to contact our office. Thank you for your courtesy and cooperation.

Very truly yours,

Enclosures

Choice #: 35246.001

09/23/2016 FRI 12:49  FAX 8134435734                                    ☑004/004

## Medical Authorization
### In Accordance with 45 CFR Section 164.508(c) - HIPAA

Upon presentation of this authorization, or a photo static copy thereof, you are requested to provide the records outlined below to McGartland Law Firm or to Choice Legal, Inc. 9204 King Palm Drive, Tampa FL, 33615 (phone (888) 771-2377 - fax 813-273-0314) who is acting as an agent of my attorney, McGartland Law Firm, 1300 South University, Suite 500, Fort Worth, Texas 76107 (phone 817-332-9300 - Fax 817-332-0301) and/or to have verbal communication with my attorney, McGartland Law Firm, 1300 South University, Suite 500, Fort Worth, Texas 76107.

**Patient Information.**

Name _Dora J. Sanford_          Social Security No. _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_

Date of Birth _07/22/1957_          Account No. _____

Healthcare Provider _Mary Bird Perkin Center_____

**Dates of Service (Check One and Complete Date of Service If Required)**
☐ Please provide a complete copy of my file for all dates of service
☒ Please provide a complete copy of my file for service from _____ see below _____ through _see below_____

**Records to be Released (45 CFR § 164.508(c)(1)(i).**
For 1/1/2012-Present: MARS, TARS, Consultations, Inpatient/Outpatient chemotherapy orders, pharmacy records, medication reconciliation records, chemotherapy administration records, billing records related to chemotherapy, SCIP Reporting Records or itemized billing records containing NDC Code**, Cancer Survivorship Plan, and records showing breast cancer diagnosis type and stage. PLEASE EXCLUDE MASTECTOMY RECORDS. PLEASE EXCLUDE ANY DIAGNOSTIC FILMS.

The purpose of this request is for legal review or personal use (45 CFR § 164.508(c)(1)(iv).

☒  I understand that I may revoke this authorization in writing at any time except to the extent that action has been taken in reliance upon this authorization (45 CFR § 164.508(c)(1)(i).

☒  I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes (45 CFR § 164.508(b)(2)(ii).

☒  I understand that my records are confidential and cannot be disclosed without my written authorization except when otherwise permitted by law. Information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected. I understand that the specified information to be released may include, but is not limited to: history, diagnosis, and/or treatment of drug or alcohol abuse, mental illness, or communicable disease, including Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS) (45 CFR § 164.508(c)(2)(i).

**Electronic Medium Digital.**
☒ I understand that all documents may be provided by digital or electronic medium if possible.

This authorization will expire One Hundred Eighty (180) days from the date of my signature unless I revoke the authorization prior to that time.

Patient has the right to receive a copy of this form.

Date: _8/8/2016_          Signature: _Dora A. Sanford_
                                    _Signate Legally Authorized Representative_
                                    _Dora J. Sanford_
                                    _Print Name of Patient or Legally Authorized Representative_