# **EXHIBIT O**

9/23/16 FASCIMILE COVER SHEET
OF CHOICE LEGAL TO
MARY BIRD PERKINS MEDICAL CENTER
RECORDS CUSTODIAN

09/23/2016 FRI 12:48  FAX 8134435734 ☒001/004

# CHOICE LEGAL

9204 King Palm Drive
Tampa, FL 33619
TEL: (888) 776-2377
FAX: (813) 324-5818

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Records Custodian | Sally Connor, Ext. 292 |
| | sally.connor@choicelegal.com |
| **COMPANY:** | **DATE:** |
| Mary Bird Perkin Center | 09/23/2016 |
| **PHONE NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 225-215-1109 | |
| **FAX NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| 225-215-1669 | 35246.001 |
| **RE:** | |
| Dora Sanford | ****URGENT**** |

Please see attached Authorization request for Dora Sanford.

Should there be any questions or concerns, please do not hesitate contacting me. My direct phone number is: (813) 682-0954 and my email address is listed above.

Thank you kindly,

Sally Connor
Choice Legal, Inc.
9204 King Palm Drive
Tampa, FL 33619
Phone: (888) 776-2377, Ext. 292
Fax: 813-324-5818

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.