# EXHIBIT P

## MEDICAL RECORDS REQUEST TO MARY BIRD PERKINS MEDICAL CENTER WITH CUSTODIAN'S STAMP WITH APPLICABLE DATES

09/23/2016 FRI 12:49  FAX 8134435734                                         ☐002/004

# Choice Legal
PO Box 1215
TAMPA, FL 33601
813-229-1444 Phone / Fax: 813-324-5820

VIA: [ ] MAIL  [X] FAX:

**CUSTODIAN OF RECORDS:**

Mary Bird Perkin Center

Please find enclosed a request for records of:

PATIENT: Sanford, Dora
DOB: 07/27/1957
SSN: 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

L131L053
*ARY BIRD PERKINS CANCER CENTER
ATE REC'D: 9/24/16
EPARED: 9/28/16
EBILLED: 9/28/16
: 10/10/16
ED: 10/10/16

On behalf of McGartland Law Firm, PLLC, Choice Legal is a third party records retrieval company that is handling the retrieval of records for this matter involving the above mentioned patient. Please direct any questions or concerns to Choice Legal. Any prepayment invoices or film breakdowns need to be sent to Choice Legal. Attached is a signed authorization provided to us from our client, McGartland Law Firm; PLLC, in order to obtain the following requested records per the authorization attached.

***If copy costs exceed $250.00 please contact Choice Legal, Inc. for approval prior to sending records.***

For 1/1/2012-Present: MARS, TARS, Consultations, Inpatient/Outpatient chemotherapy orders, pharmacy records, medication reconciliation records, chemotherapy administration records, billing records related to chemotherapy, SCIP Reporting Records or itemized billing records containing NDC Codes**, Cancer Survivorship Plan, and records showing breast cancer diagnostic type and stage. PLEASE EXCLUDE MASTECTOMY RECORDS. PLEASE EXCLUDE ANY DIAGNOSTIC FILMS.

**PLEASE PROVIDE RECORDS IN NO MORE THAN 10 DAYS.**

We need these records and legal documents returned BEFORE: __As soon as possible__:

[ ] Subpoena              [ ] Cross Questions
[ ] Written Questions     [ ] Affidavit of No Record
[ ] Affidavit             [x] Authorization.

Contact:   Records Retrieval Department
Order No.  35246.001

SanfordD-OLOLPhysGrpLHOGMR- 00483