# EXHIBIT Q

PHARMACY RECORD EXCERPTS OF

OUR LADY OF THE LAKE PHYSICIAN GROUP –

LOUISIANA HEMATOLOGY ONCOLOGY ASSC.

**Pharmacy Orders**  Our Lady Of the Lake Physican Group - Louisiana Hematology Oncology Associates

Printed: 9/26/2016 11:31:18AM    4950 Essen Lane  Baton Rouge, LA 70809   Phone: 225/767-1311 & Fax: 225/767-1335

00167

**Patient:** Dora J. Sanford (L131653)

**Herceptin- 6mg/kg  subs*(check EF) - continued**   BREAST - Adj    Cycle/Day: 1/1

| Start Date | Medication | Dose Basis | Dose | Route | Over | Freq. | BSA Used | Special Instructions | Diluent |
|---|---|---|---|---|---|---|---|---|---|
| 9/9/2014 Completed | Herceptin Trastuzumab | 6mg/kg | 385 mg | IVPB | 30 Minutes | once | | 1st - 90 min, 2nd - 60 min all subsequent infusions 30 min | 250 mL NS |

**TCH - Taxotere75/Carbo6/ Herceptin8/6**   BREAST - Adj    Cycle/Day: 16/1

| Start Date | Medication | Dose Basis | Dose | Route | Over | Freq. | BSA Used | Special Instructions | Diluent |
|---|---|---|---|---|---|---|---|---|---|
| 8/19/2014 Completed | Normal Saline Normal Saline | | 250 cc | Intravenous | | once | | KVO during chemotherapy | |
| 8/19/2014 Completed | Tylenol Acetaminophen. (325 mg) | | 1000 mg | PO | | once | | | |
| 8/19/2014 Completed | Herceptin Trastuzumab | 6mg/kg | 385 mg | IVPB | 30 Minutes | once | | 1st - 90 min, 2nd - 60 min all subsequent infusions 30 min | 250 mL NS |
| 7/29/2014 Completed | Normal Saline Normal Saline | | 250 cc | Intravenous | | once | | KVO during chemotherapy | |
| 7/29/2014 Completed | Tylenol Acetaminophen. (325 mg) | | 1000 mg | PO | | once | | | |
| 7/29/2014 Closed | Herceptin Trastuzumab | 6mg/kg | 385 mg | IVPB | 30 Minutes | once | | 1st - 90 min, 2nd - 60 min all subsequent infusions 30 min | 250 mL NS |
| 7/8/2014 Completed | Normal Saline Normal Saline | | 250 cc | Intravenous | | once | | KVO during chemotherapy | |
| 7/8/2014 Completed | Tylenol Acetaminophen. (325 mg) | | 1000 mg | PO | | once | | | |
| 7/8/2014 Closed | Herceptin Trastuzumab | 6mg/kg | 385 mg | IVPB | 30 Minutes | once | | 1st - 90 min, 2nd - 60 min all subsequent infusions 30 min | 250 mL NS |
| 6/17/2014 Completed | Normal Saline Normal Saline | | 250 cc | Intravenous | | once | | KVO during chemotherapy | |
| 6/17/2014 Completed | Tylenol Acetaminophen. (325 mg) | | 1000 mg | PO | | once | | | |
| 6/17/2014 Closed | Herceptin Trastuzumab | 6mg/kg | 385 mg | IVPB | 30 Minutes | once | | 1st - 90 min, 2nd - 60 min all subsequent infusions 30 min | 250 mL NS |
| 5/27/2014 Completed | Normal Saline Normal Saline | | 250 cc | Intravenous | | once | | KVO during chemotherapy | |
| 5/27/2014 Completed | Tylenol Acetaminophen. (325 mg) | | 1000 mg | PO | | once | | | |
| 5/27/2014 Completed | Herceptin Trastuzumab | 6mg/kg | 385 mg | IVPB | 30 Minutes | once | | 1st - 90 min, 2nd - 60 min all subsequent infusions 30 min | 250 mL NS |