# EXHIBIT R

## MARY BIRD PERKINS MEDICAL CENTER
## CERTIFICATE OF NO BILLING RECORDS


**MARY BIRD PERKINS**
CANCER CENTER

# CERTIFICATION OF NO BILLING RECORDS

Date: 11/22/16

TO WHOM IT MAY CONCERN:

Patient Name: Dora Sanford    DOB: 07/27/57

I, the undersigned, being the Custodian of medical records at OLOLPG, certify that a thorough search of our files, carried out under my direction and control, revealed no billing records on the patient named in the attached copy of your billing records request.

It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but with the information furnished from your facility to our office, and to the best of our knowledge, no such records exist in our files. SCIP Reporting Records or itemized billing records containing NDC Code.

*[signature]*
Yolanda Burris, RHIA
Director of Health Information Management

4950 Essen Lane • Baton Rouge, LA 70809 • (225) 215-1515 • Fax (225) 766-1417
15728 Paul Vega MD Drive • Hammond, LA 70403 • (985) 542-5000 • Fax (985) 542-1138
1203 S. Tyler Street • Covington, LA 70433 • (985) 875-2234 • Fax (985) 871-1447
8166 Main Street, Suite 101 • Houma, LA 70360 • (985) 876-9045 • Fax (985) 876-2106
1104 West Highway 30 • Gonzales, LA 70737 • (225) 644-1205 • Fax (225) 644-5367

**Accreditations**
American College of Radiology • American College of Surgeons