UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| WANDA NELSON | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No. 18-CV-12280 |
| SANOFI US SERVICES INC. ET AL., | : : : | |
| Defendant(s). | : : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Wanda Nelson hereby dismisses all claims in this matter with prejudice against all Defendants in this action Civil Action 18-cv-12280, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Wanda Nelson, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 18-cv-08498. All parties shall bear their own costs.

Dated this 10th day of March 2020     By: _/s/ J. Christopher Elliott_
                                      J. Christopher Elliott, Esq.
                                      **BACHUS & SCHANKER, LLC**
                                      J. Kyle Bachus, Esq.
                                      Darin L. Schanker, Esq.
                                      101 West Colfax, Suite 650
                                      Denver, CO 80202
                                      Telephone: (303) 893-9800
                                      Facsimile: (303) 893-9900

Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net

*Attorneys for Plaintiff*

SHOOK, HARDY & BACON

 /s/ Kelly Bieri
Kelly Bieri, Esq.
Harley V. Ratliff, Esq.
Adrienne Byard, Esq.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Email:  kbieri@shb.com
Attorney for Sanofi Defendants