UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Gayle Katz**
**Case No.: 2:19-cv-13854**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Gayle Katz, on the following dates: October 23, 2019, November 4, 2019, December 17, 2019, January 13, 2020, February 6, 2020, March 6, 2020, March 25, 2020, and April 2, 2020 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 13th day of April, 2020.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com