UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Renae Matteson**
**Case No.: 2:19-cv-13870**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Renae Matteson, on the following dates: May 21, 2018, October 23, 2019, November 4, 2019, December 17, 2019, December 20, 2019, December 27, 2019, January 10, 2020, January 17, 2020, February 6, 2020, February 26, 2020, March 6, 2020, March 25, 2020, March 30, 2020, April 2, 2020 and April 6, 2020 by: ☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 13th day of April, 2020.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com