UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Sandra A. Miller**
**Case No.: 2:19-cv-13878**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Sandra A. Miller, on the following dates: June 6, 2018, October 24, 2019, November 4, 2019, November 14, 2019, December 2, 2019, December 17, 2019, January 7, 2020, February 3, 2020, February 12, 2020, March 6, 2020, and March 17, 2020 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 13th day of April, 2020.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com