UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Susan Arbeiter
**Case No.:** 2:19-cv-13794

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Susan Arbeiter, on the following dates: November 1, 2019, December 2, 2019, December 16, 2019, December 17, 2019, December 20, 2019, January 7, 2020, January 17, 2020, January 30, 2020, February 12, 2020, March 5, 2020, March 6, 2020, March 25, 2020, and March 31, 2020 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 13th day of April, 2020.

*Leslie LaMacchia*
_____
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com