UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| LENNIE REECE | : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No.  19-CV-02714 |
| SANOFI US SERVICES INC. ET AL., | : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------- | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Lennie Reece hereby dismisses all claims

in this matter with prejudice against all Defendants in this action Civil Action 19-cv-02714, only.

The parties specifically understand and agree that all applicable statutes of limitation and

prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation

shall not affect the lawsuit filed by Lennie Reece, which is currently pending in MDL No. 2740 in

the United States District Court for the Eastern District of Louisiana, bearing case number 18-cv-

06730.  All parties shall bear their own costs.

Dated this 13th day of April 2020

By:  */s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.
**BACHUS & SCHANKER, LLC**
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: (303) 893-9800
Facsimile: (303) 893-9900

Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net

*Attorneys for Plaintiff*


SHOOK, HARDY & BACON


 /s/ Kelly Bieri
Kelly Bieri, Esq.
Harley V. Ratliff, Esq.
Adrienne Byard, Esq.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Email:  kbieri@shb.com
Attorney for Sanofi Defendants