# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 14, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-30631   In re: Taxotere Prod Liability
USDC No. 2:16-MD-2740
USDC No. 2:18-CV-7024


The court has granted the motion to supplement the record in this
case. The originating court is requested to provide us with a
supplemental electronic record consisting of the documents
outlined in the attached motion within 15 days. Counsel is
reminded that any citations to these documents must cite to the
supplemental electronic record.

The motion to amend caption remains pending with the Court.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702


Ms. Erin M. Bosman
Ms. Julie A. Callsen
Ms. Ilana H. Eisenstein
Mr. John Christopher Elliott
Ms. Carol L. Michel
Mr. John F. Olinde
Mr. Gregory E. Ostfeld
Ms. Julie Y. Park
Mr. Stanton E. Shuler Jr.
Mr. Michael Joseph Suffern

No. 19-30631

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

JULIE CLARK,

*Plaintiff-Appellant*,

v.

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED,
formerly known as Sanofi-Aventis U.S., Incorporated,

*Defendants-Appellees*.

_____

RENEE JEFFERS,

*Plaintiff-Appellant*,

v.

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED,
formerly known as Sanofi-Aventis U.S., Incorporated,

*Defendants-Appellees*.

_____

CARRIENE NEVIN,

*Plaintiff-Appellant*,

v.

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED,
formerly known as Sanofi-Aventis U.S., Incorporated; ACCORD HEALTHCARE,
INCORPORATED; HOSPIRA, INCORPORATED; HOSPIRA WORLDWIDE,
L.L.C., formerly known as Hospira Worldwide, Incorporated; MCKESSON
CORPORATION, formerly known as McKesson Packaging; SANDOZ,
INCORPORATED; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL
INDUSTRIES, INCORPORATED, formerly known as Caraco Pharmaceutical

Laboratories, Limited; PFIZER, INCORPORATED; ACTAVIS PHARMA, INCORPORATED; ACTAVIS, L.L.C., formerly known as Actavis, Incorporated,

*Defendants-Appellees.*

————————————————

DEBORAH PURNELL,

*Plaintiff-Appellant,*

v.

ACCORD HEALTHCARE, INCORPORATED; HOSPIRA, INCORPORATED; SANDOZ, INCORPORATED; SUN PHARMA GLOBAL FZE; HOSPIRA WORLDWIDE, L.L.C., formerly known as Hospira Worldwide, Incorporated; MCKESSON CORPORATION, doing business as McKesson Packaging; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.; SUN PHARMACEUTICAL INDUSTRIES, INCORPORATED, formerly known as Caraco Pharmaceutical Laboratories, Limited,

*Defendants-Appellees.*

————————————————

On Appeal from the United States District Court for the
Eastern District of Louisiana, No. 16-MD-02740
————————————————

**APPELLEES' UNOPPOSED MOTION TO AMEND THE CAPTION AS TO APPELLANT DEBORAH PURNELL AND SUPPLEMENT THE RECORD WITH STIPULATION OF DISMISSAL**
————————————————

Gregory E. Ostfeld
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 3100
Chicago, IL 60601
(312) 456-8400

*Attorneys for Sandoz Inc.*

Ilana H. Eisenstein
Rachel A.H. Horton
DLA Piper LLP (US)
1650 Market St., Suite 5000
Philadelphia, PA 19103
(215) 656-3300

*Attorneys for sanofi-aventis
U.S. LLC and
Sanofi US Services Inc.*

Julie A. Callsen
Tucker Ellis LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113
(216) 592-5000

*Attorneys for Accord Healthcare, Inc.*


Erin M. Bosman
Julie Y. Park
Morrison & Foerster LLP
12531 High Bluff Dr., Suite 100
San Diego, CA 92130
(858) 720-5100

*Attorneys for McKesson Corporation
d/b/a McKesson Packaging*


Michael J. Suffern
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 698-5064

*Attorneys for Actavis Pharma, Inc.
and Actavis LLC f/k/a Actavis Inc.*


Stanton E. Shuler, Jr.
Leake & Andersson, LLP
1100 Poydras St., Suite 1700
New Orleans, LA 70163
(504) 585-7500

*Attorneys for Sun
Pharmaceutical Industries, Inc.*


John F. Olinde
Chaffe McCall, L.L.P.
1100 Poydras St., Suite 2300
New Orleans, LA 70163
(504) 585-7241

*Attorneys for Hospira, Inc.,
Hospira Worldwide, LLC,
formerly doing business as
Hospira Worldwide, Inc.,
and Pfizer, Inc.*

April 9, 2020

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certify that the following listed persons and entities described in the fourth sentence of Local Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Defendants/Appellees:**

1. Accord Healthcare, Inc.
2. Hospira, Inc.
3. Sandoz Inc.
4. sanofi-aventis U.S. LLC
5. Sun Pharmaceutical Industries, Inc., formerly known as Caraco Pharmaceutical Laboratories, Ltd.[1]
6. McKesson Corporation d/b/a McKesson Packaging
7. Hospira Worldwide, LLC, formerly known as Hospira Worldwide, Inc.
8. Sanofi US Services Inc.[2]
9. Pfizer, Inc.
10. Actavis Pharma, Inc.
11. Actavis LLC f/k/a Actavis Inc.

**Attorneys for Defendants/Appellees:**

Attorneys for Accord Healthcare, Inc.
Julie A. Callsen
Tucker Ellis LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113
(216) 592-5000

---

[1] Appellants have also named Sun Pharma Global FZE as a defendant-appellee but Sun Pharma Global FZE is a foreign company incorporated under the laws of the United Arab Emirates and has not been served with process, has not agreed to accept service of process in this litigation and consequently, Sun Pharma Global FZE is not appearing in this matter and is not waiving its rights or defenses.

[2] Referred to in the caption as "Sanofi U.S. Services, Inc., formerly known as Sanofi-Aventis U.S., Inc."

<u>Attorneys for Hospira, Inc., Hospira Worldwide, LLC, formerly known as Hospira Worldwide, Inc., and Pfizer, Inc.</u>

John F. Olinde
Peter J. Rotolo, III
Chaffe McCall, L.L.P.
1100 Poydras St., Suite 2300
New Orleans, LA 70163
(504) 585-7241

Mark S. Cheffo
Mara Cusker Gonzalez
Dechert LLP
Three Bryant Park, 1095 Avenue of the Americas
New York, NY 10036
(212) 698-3814

<u>Attorneys for Sandoz Inc.</u>

Gregory E. Ostfeld
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 3100
Chicago, IL 60601
(312) 456-8400

<u>Attorneys for sanofi-aventis U.S. LLC and Sanofi US Services Inc.</u>

Ilana H. Eisenstein
Rachel A.H. Horton
DLA Piper LLP (US)
1650 Market St., Suite 5000
Philadelphia, PA 19103
(215) 656-3300

Harley V. Ratliff
Kelly G. Bieri
Bradley S. Thomas
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

<u>Attorneys for Sun Pharmaceutical Industries, Inc., formerly known as Caraco</u>
<u>Pharmaceutical Laboratories, Ltd.</u>
Stanton E. Shuler, Jr.
Leake & Andersson, LLP
1100 Poydras St., Suite 1700
New Orleans, LA 70163
(504) 585-7500

<u>Attorneys for McKesson Corporation d/b/a McKesson Packaging</u>
Erin M. Bosman
Julie Y. Park
Morrison & Foerster LLP
12531 High Bluff Dr., Suite 100
San Diego, CA 92130
(858) 720-5100

<u>Attorneys for Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.</u>
Michael J. Suffern
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 698-5064

**Other Entities:**

1.    Intas Pharmaceuticals Limited, organized in India.
2.    Hospira, Inc. is a wholly-owned subsidiary of Pfizer Inc.
3.    Sandoz Inc. is an indirect wholly-owned subsidiary of Novartis AG.
4.    Sandoz Inc. potentially is insured for claims made in the district court
       litigation by USI Insurance Services National, Inc.
5.    Sanofi, a publicly traded corporation, indirectly holds 100% interest in
       sanofi-aventis U.S. LLC and Sanofi US Services Inc.

These entities are not parties to this appeal and we list them out of an abundance of
caution.

**Attorneys for Other Entities:**

None of the other entities listed above is represented by counsel in this litigation or
participating directly in this appeal.

**Appellants:**

1.     Julie Clark
2.     Renee Jeffers
3.     Carriene Nevin
4.     Deborah Purnell

**Attorneys for Appellants:**

J. Christopher Elliott
Bachus & Schanker, LLC
1899 Wynkoop St., Suite 700
Denver, CO 80202
(303) 893-9800

Steven Dean Davis
Torhoerman Law, LLC
210 South Main Street
Edwardsville, IL 62025
(612) 656-4400

David Eichholz
Eichholz Law Firm, PC
319 Eisenhower Drive
Savannah, GA 31406
(912) 335-4580

Stephen W. Wahlberg
Wahlberg, Woodruff, Nimmo & Sloan, LLP
4601 DTC Boulevard Suite 950
Denver, CO 80237
(303) 571-5302

Plaintiff Steering Committee for MDL No. 2740

Plaintiff Liaison Counsel for MDL No. 2740

Respectfully submitted,

*/s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
*Attorney for Sandoz Inc.*

*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
*Attorney for sanofi-aventis*
*U.S. LLC and*
*Sanofi US Services Inc.*

*/s/ Julie A. Callsen*
Julie A. Callsen
*Attorney for Accord Healthcare, Inc.*

*/s/ Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr.
*Attorney for Sun*
*Pharmaceutical Industries, Inc.*

*/s/ Erin M. Bosman*
Erin M. Bosman
*Attorney for McKesson Corporation*
*d/b/a McKesson Packaging*

*/s/ John F. Olinde*
John F. Olinde
*Attorney for Hospira, Inc.,*
*Hospira Worldwide, LLC,*
*formerly doing business as*
*Hospira Worldwide, Inc., and Pfizer,*
*Inc.*

*/s/ Michael J. Suffern*
Michael J. Suffern
*Attorney for Actavis Pharma, Inc.*
*and Actavis LLC f/k/a Actavis Inc.*

viii

Appellees respectfully request that the Court amend the caption in Deborah Purnell's appeal and supplement the record to include the stipulation of dismissal Ms. Purnell filed in the trial court.  In support, Appellees Accord Healthcare, Inc., Hospira, Inc., Sandoz Inc., sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sun Pharmaceutical Industries, Inc., formerly known as Caraco Pharmaceutical Laboratories, Ltd., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC, formerly known as Hospira Worldwide, Inc., Pfizer, Inc., Actavis Pharma, Inc., and Actavis LLC f/k/a Actavis Inc. state:

1.     On February 9, 2018, Appellant Deborah Purnell filed a complaint against nine defendants in this multidistrict litigation.  ROA.19-30631.4089-93 (sealed).

2.     On July 9, 2018, Ms. Purnell filed a Stipulation of Voluntary Dismissal with Prejudice, which dismissed all defendants except Sandoz Inc.  *See* Exhibit A (Rec. Doc. 3323).

3.     Due to an oversight, counsel did not designate Ms. Purnell's Stipulation of Voluntary Dismissal with Prejudice as part of the Record on Appeal. Accordingly, Appellees request that the Court supplement the Record on Appeal to include the Stipulation of Dismissal (attached as Exhibit A).

4.     On August 8, 2019, Ms. Purnell filed a notice of appeal.  <u>ROA.19-30631.4459-61</u> (sealed).  In accordance with the Stipulation of Dismissal, the notice of appeal lists Sandoz Inc. as the sole defendant.

5.     This Court's official caption in Ms. Purnell's appeal lists all of the defendants that Ms. Purnell originally sued, including the defendants that were dismissed with prejudice in July 2018.

6.     Therefore, Appellees respectfully request that the Court amend the caption to reflect that the only Appellee named in Ms. Purnell's appeal is Sandoz Inc.

## **CONCLUSION**

Appellees respectfully request that this Court amend the caption in Deborah

Purnell's appeal to reflect that Sandoz Inc. is the only Appellee and supplement the

record to include the Stipulation of Voluntary Dismissal with Prejudice Ms. Purnell

filed in the trial court.

Respectfully submitted,

*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
Rachel A.H. Horton
DLA Piper LLP (US)
1650 Market St., Suite 5000
Philadelphia, PA 19103
(215) 656-3300
*Attorneys for sanofi-aventis U.S. LLC*
*and Sanofi US Services Inc.*

*/s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 3100
Chicago, IL 60601
(312) 456-8400
*Attorneys for Sandoz Inc.*

*/s/ Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr.
Leake & Andersson, LLP
1100 Poydras St., Suite 1700
New Orleans, LA 70163
(504) 585-7500
*Attorneys for Sun*
*Pharmaceutical Industries, Inc.*

*/s/ Julie A. Callsen*

Julie A. Callsen
Tucker Ellis LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113
(216) 592-5000
*Attorneys for Accord Healthcare, Inc.*

*/s/ John F. Olinde*

John F. Olinde
Chaffe McCall, L.L.P.
1100 Poydras St., Suite 2300
New Orleans, LA 70163
(504) 585-7241
*Attorneys for Hospira, Inc.,*
*Hospira Worldwide, LLC,*
*formerly doing business as*
*Hospira Worldwide, Inc., and Pfizer, Inc.*

*/s/ Erin M. Bosman*

Erin M. Bosman
Julie Y. Park
Morrison & Foerster LLP
12531 High Bluff Dr., Suite 100
San Diego, CA 92130
(858) 720-5100
*Attorneys for McKesson Corporation d/b/a*
*McKesson Packaging*

*/s/ Michael J. Suffern*

Michael J. Suffern
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 698-5064
*Attorney for Actavis Pharma, Inc.*
*and Actavis LLC f/k/a Actavis Inc.*

April 9, 2020

## **CERTIFICATE OF CONFERENCE**

I, Ilana H. Eisenstein, certify that counsel for Plaintiffs-Appellants has

informed me that they do not oppose the relief requested in this motion.


*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein

## **CERTIFICATE OF SERVICE**

I, Ilana H. Eisenstein, hereby certify that on April 9, 2020, I caused Appellees'

Unopposed Motion to Amend the Caption as to Appellant Deborah Purnell and

Supplement the Record with Stipulation of Dismissal to be electronically filed with

the Clerk of the Court of Appeals for the Fifth Circuit using the CM/ECF system

and to be served on all counsel of record:

Julie A. Callsen
Tucker Ellis LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113

John F. Olinde
Chaffe McCall, L.L.P.
1100 Poydras St., Suite 2300
New Orleans, LA 70163

Gregory E. Ostfeld
Greenberg Traurig, LLP
77 West Wacker Dr., Suite 3100
Chicago, IL 60601

Stanton E. Shuler, Jr.
Leake & Andersson, LLP
1100 Poydras St., Suite 1700
New Orleans, LA 70163

Erin M. Bosman
Julie Y. Park
Morrison & Foerster LLP
12531 High Bluff Dr., Suite 100
San Diego, CA 92130

Michael J. Suffern
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
1899 Wynkoop St., Suite 700
Denver, CO 80202


                                        */s/ Ilana H. Eisenstein*
                                        Ilana H. Eisenstein


Dated: April 9, 2020

# CERTIFICATION OF COMPLIANCE

With Type-Volume Limitation, Typeface Requirements,
and Type-Style Requirements

The undersigned certifies as follows:

1.     This document complies with the word limit requirement of Federal Rule of Appellate Procedure 27(d)(2) because it contains 307 words, excluding the accompanying documents authorized by Rule 27(a)(2)(B).

2.     In accordance with Federal Rule of Appellate Procedure 27(d)(1)(E), this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in roman style typeface of 14 points.


*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein

Dated: April 9, 2020

# EXHIBIT A

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:18-cv-01395 |
| DEBORAH PURNELL v. SANOFI S.A., ET AL. | |

# STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's case against all Defendants *except* Sandoz, Inc., be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This dismissal does not apply to Defendants Sandoz, Inc. and the case against them shall remain open.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated July 9, 2018.

**BACHUS & SCHANKER, LLC**


By: */s/ J.Christopher Elliott*
Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
1899 Wynkoop Street Suite 700
Denver, CO 80238
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff DEBORAH PURNELL*

By: */s/ Douglas J. Moore*
Douglas J. Moore, Esq.
Kelly Brilleaux
**IRWIN FRITCHIE URQUHART & MOORE**
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2100
Email: dmoore@irwinllc.com
kbrilleaux@irwinllc.com

Harley Ratliff
Kelly Bieri
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: hratliff@shb.com
kbieri@shb.com
noproductid@shb.com

*Attorneys for Defendants Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc.*

By: */s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Ste. 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Email: cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com
Sandoz-Taxotere-ProdlD@gtlaw.com

*Attorneys for Defendant Sandoz, Inc.*

By: */s/ Geoffrey M. Coan*

2

Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State St., 24th Floor
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617-213-7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com
docenoprodid@hinshawlaw.com

Stanton E. Shuler, Jr.
LEAKE & ANDERSON, LLP 1100
Poydras St., Suite 1700
New Orleans, LA 70163
Email: sshuler @leakeanderson.com

*Attorneys for Defendants Sun Pharma Global,
Inc., and Caraco Pharmaceutical
Laboratories, Ltd.*

By: */s/ Mark Cheffo*
Mark Cheffo
Mara Cusker Gonzalez
Sara Roitman
**QUINN EMANUAL URQUHART &
SULLIVAN, LLP**
51 Madison Ave., 22n$^d$ Floor
New York, NY 10010
Telephone: (212-849-7000
Facsimile: (212) 849-7100
Email: markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com
sararoitman@quinnemmanuel.com
docetaxelproductid@quinnemanuel.com

John F. Olinde
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Email: olinde@chaffe.com

*Attorneys for Defendants Hospira Worldwide,
Inc. Hospira, Inc., and Pfizer, Inc.*

John P. Wolff, III

3

**KEOGH, COX & WILSON, LTD.**
701 Main Street
P.O. Box 1151
Baton Rouge, LA 70821
Email: jwolff@keoghcox.com

*Attorneys for Defendant Accord Healthcare, Inc.*

By: */s/ Erin M. Bosman*
Erin M. Bosman (Bar No. 204987)
Julie Y. Park (Bar No. 259929)
**MORRISON & FOERSTER LLP**
12531 High Bluff Dr.
San Diego, CA 92130-2040
Phone: 858-720-5100
Fax: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com

*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/J. Christopher Elliott*

J. Christopher Elliott