# EXHIBIT 1

# Heis, Jennifer

| | |
|---|---|
| **From:** | Heis, Jennifer |
| **Sent:** | Friday, March 13, 2020 5:32 PM |
| **To:** | 'nate@lowelawgroup.com' |
| **Cc:** | 'alison@lowelawgroup.com'; Suffern, Michael; McIntosh, Tom |
| **Subject:** | FW: Request for consent to file unopposed motion (Geneva Simmons v. Sanofi, et al.) |
| **Attachments:** | Motion for Leave to Amend SFC (draft) - Simmons, Geneva.docx; Ex. A- Amended SFC - Simmons, Geneva.pdf; Order (Proposed) on Motion to Amend SFC - Simmons, Geneva.pdf; CMO 12 PID - Winthrop-Sagent-Accord - Simmons, Geneva.pdf |

Nate,

This one is in the same position. On behalf of Sagent Pharmaceuticals, Inc., we intend to specially appear to oppose your motion for leave to amend the complaint. The amendment would be futile because the claim against Sagent is clearly time-barred. Please provide us with a copy of the motion when you file it.

Thanks, and feel free to call me if you'd like to discuss.
Jeni

------
Jennifer Snyder Heis
Ulmer & Berne LLP
513.698.5058

**From:** Nate Buttars <nate@lowelawgroup.com>
**Sent:** Monday, March 2, 2020 6:11 PM
**To:** Suffern, Michael <msuffern@ulmer.com>
**Cc:** Alison Christiansen <alison@lowelawgroup.com>
**Subject:** Request for consent to file unopposed motion (Geneva Simmons v. Sanofi, et al.)

Good day Mr. Suffern,

We request your consent to file the attached documents as unopposed for Taxotere case # 2:17-cv-09337, *Simmons v. Sanofi et al*.
See the attached NDC document for confirmation.

Please let me know at your earliest convenience.

Thank you!
Nate


Nathan Buttars, Attorney
LOWE | LAW GROUP

6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
phone: 385-298-0175
fax: 801-656-0997
nate@lowelawgroup.com

1

[www.lowelawgroup.com](www.lowelawgroup.com)

This electronic communication does not create nor does it constitute an attorney-client relationship.
Confidentiality Notice:  This message (and any attachments) is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy of disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
--This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521.