UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>*Janice Infusino, et al.*,<br>Case No. 17-10313 | |

### SPECIAL APPEARANCE OF SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC., IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Pursuant to Pretrial Order No. 37A (Doc. 1682), Sagent Pharmaceuticals, Inc. ("Sagent"), Actavis LLC f/k/a Actavis Inc. ("Actavis LLC"), and Actavis Pharma, Inc. ("Actavis Pharma"), hereby enter their Special Appearance to oppose *Plaintiff's Motion for Leave to File Amended Short Form Complaint* (Doc. 9798) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 9798-1) is futile because: (1) the joinder of Sagent would destroy subject matter jurisdiction; (2) it is time-barred as to Sagent, and there is no "discovery rule" under applicable law to save plaintiff's untimely attempt to add Sagent as a defendant in the lawsuit; and (3) plaintiff has made no argument justifying grounds for relief under F.R.C.P. 60(b)(6) to rename Actavis Pharma and Actavis LLC as defendants.

Dated: April 14, 2020.

Respectfully submitted,

/s/ Michael J. Suffern
Michael J. Suffern
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202

1

Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
jheis@ulmer.com

*Attorney for Defendants
Sagent Pharmaceuticals, Inc.,
Actavis LLC f/k/a Actavis,
Inc., and Actavis Pharma, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Michael J. Suffern