# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
Cases listed in Rec. Doc. 9189-2.

## ORDER

Considering the Motion for Leave File a Notice of Supplemental Authorities in Support of Motion for Summary Judgment on the claims of all Plaintiffs who started their Taxotere treatment after December 11, 2015, filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi");

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Proposed Notice of Supplemental Authority in Support of Motion for Summary Judgment on the claims of all Plaintiffs who started their Taxotere treatment after December 11, 2015 is hereby entered into the Court's record.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
JUDGE JANE TRICHE MILAZZO