# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)    )    MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION   )

                                      )    SECTION: "H" (5)

This document relates to:          )
Certain cases                )

## ORDER

The Court has been advised that Plaintiffs wish to withdraw their Motion to Extend the Hospira General Discovery Deadline (Doc. 9374).  Accordingly, **IT IS ORDERED** that the Motion is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the Motions for Leave to File Exhibits under Seal (Docs. 9381 & 9441) are **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 14th day of April, 2020.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE