UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Cases listed in Rec. Doc. 8977-3

## ORDER

Considering the Motion for Leave to File Reply in Support of their Motion for Summary Judgment (Doc. 9359);

**IT IS ORDERED** that said Motion is **GRANTED**, and that Defendants' proposed Reply in Support of their Motion for Summary Judgment on the claims of all Plaintiffs who started their Taxotere treatments before December 15, 2006 is hereby entered into the Court's docket.

New Orleans, Louisiana, this 14th day of April, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE