UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES
TO Cases listed in Rec. Doc. 8977-3

## ORDER

Considering the *Ex Parte* Motion for Leave to File Exhibits C, H, K, N, and O to their Reply in Support of their Motion for Summary Judgment on the claims of all Plaintiffs who started their Taxotere treatments before December 15, 2006 under seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits C, H, K, N, O (Rec. Doc. 9359-5, 9359-10, 9359-13, 9359-16, 9359-17) **UNDER SEAL**.

New Orleans, Louisiana, this 14th day of April, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE