**U UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)  :   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION  :

:   SECTION "H" (5)

:

**THIS DOCUMENT RELATES TO:**  :   HON. JUDGE JANE TRICHE MILAZZO
*Mary J. Willis v. Sandoz Inc. et al*  :
*C.A. No: 2:17-cv-12001*  :   MAG. JUDGE MICHAEL NORTH

:

**ORDER**

This matter, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Plaintiff (Doc. 9292);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Party Plaintiff is **GRANTED**, and that George Willis, on behalf of his deceased spouse, Mary J. Willis, may be substituted as the proper party plaintiff in this action.

New Orleans, Louisiana, this 14th day of April, 2020.

_____
HON. JANE T. MILAZZO
United States District Judge