MINUTE ENTRY
MILAZZO, J.
April 15, 2020

JS-10:00:55

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| **This document relates to all cases** ) | | |

**MINUTE ENTRY**

On April 15, 2020, the Court held a telephone status conference with liaison counsel. The parties updated the Court on the status of the case.

**IT IS ORDERED** that a telephone status conference is **SET** for **May 1, 2020**, at **10:00 a.m**. Plaintiffs will disseminate the call-in information for this call;

**IT IS FURTHER ORDERED** that oral argument is **SET** for **May 7, 2020**, at **10:00 a.m.** on the following Motions:

- Defendants' Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started Before December 15, 2006 (Doc. 8977);

- Defendants' Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started After December 11, 2015 (Doc. 9268); and

- Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses Under La. Rev. Stat. § 9:2800.59 (Doc. 9230).

The Court will conduct the arguments by video. Each party will have seven minutes to argue each Motion.

_____