# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: 2:19-cv-13764 *Joyce Tyrrell v. Sanofi U.S. Services, Inc., et al.* | : JUDGE MILAZZO |

## ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 9680);

**IT IS ORDERED** that the Motion is **GRANTED**. Rayna E. Kessler with the law offices of Robins Kaplan LLP is withdrawn as Plaintiff's counsel, and Andrew T. Kagan of the law firm of Kagan Legal Group LLC is substituted as counsel of record for Plaintiff.

New Orleans, Louisiana, this 15th day of April, 2020.

_____
JUDGE JANE TRICHE MILAZZO