UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |

**Elizabeth Kahn, Case No. 2:16-cv-17039**

# ORDER

Considering the Motion for Leave to File Response to Plaintiff's Supplemental Opposition to Defendants' Motion for Summary Judgment Based on the Statute of Limitations against Plaintiff, Elizabeth Kahn, filed by Defendants, sanofi-aventis U.S. LLC and sanofi US Services, Inc. (Doc. 9556);

**IT IS ORDERED** that said Motion is **GRANTED**, and that Defendants' proposed Response to Plaintiff's Supplemental Memorandum in Opposition to Defendants' Motion for Summary Judgment is hereby entered into the Court's docket.

New Orleans, Louisiana, this 14th day of April, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE