UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                     **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Pearlie Ann Walden**
**Case No.: 2:19-cv-13921**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Pearlie Ann Walden, on the following dates: November 1, 2019, December 16, 2019, December 20, 2019, January 7, 2020, January 17, 2020, February 6, 2020, February 21, 2020, March 3, 2020, March 6, 2020, and April 13, 2020 by:

☒telephone, ☐e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 15th day of April, 2020.

*Leslie LaMacchia*
_____
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com