UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Lisa Freo**
**Case No.: 2:19-cv-13837**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Lisa Freo, on the following dates: April 20, 2018, October 16, 2019, November 1, 2019, November 7, 2019, November 14, 2019, December 6, 2019, December 17, 2019, December 20, 2019, January 6, 2020, January 7, 2020, January 14, 2020, January 30, 2020, February 12, 2020, February 17, 2020, March 6, 2020, and April 13, 2020 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☒Certified Mail, ☒other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 15th day of April, 2020.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com