UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiffs' Reply in Support of Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses Under La. Rev. Stat. §2800.59 and its attachment (Exhibit 1) Under Seal (Doc. 9688);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiffs' Reply in Support of Plaintiffs' Motion for Partial Summary Judgment on Affirmative Defenses Under La. Rev. Stat. §2800.59 and its attachment (Exhibit 1) under seal.

New Orleans, Louisiana, this 15th day of April, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE