UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Cynthia Thibodeaux, Case No. 2:16-cv-15859 | |

## ORDER

Considering the Motion for Leave to File Reply in Support of their Motion to Tax Costs Against Plaintiff Cynthia Thibodeaux, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc. (Doc. 9774);

**IT IS ORDERED** that said Motion is **GRANTED**, and that Defendants' proposed Reply in Support of their Motion to Tax Costs Against Plaintiff Cynthia Thibodeaux is hereby entered into the Court's docket.

New Orleans, Louisiana, this 15th day of April, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE