UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H"

THIS DOCUMENT RELATES TO:

ALL CASES

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") to file their Opposition to Plaintiffs' Motion for Summary Judgment on Affirmative Defenses Under La. Rev. Stat. § 9:2800.59 under seal (Doc. 9502);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Opposition to Plaintiffs' Motion for Summary Judgment on Affirmative Defenses Under La. Rev. Stat. § 9:2800.59 under seal.

New Orleans, Louisiana, this 14th day of April, 2020.

UNITED STATES DISTRICT JUDGE