# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 15, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30229    In re: Taxotere Prod Liability
                          USDC No. 2:16-MD-2740
                          USDC No. 2:16-CV-15283

Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

*Mary Stewart*

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Ms. Ilana H. Eisenstein
Mr. John Christopher Elliott
Ms. Rachel Horton
Ms. Carol L. Michel
Mr. Harley Ratliff
Mr. Darin L. Schanker