UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### JOINT MOTION FOR ENTRY OF ORDER SUPPLEMENTING PRETRIAL ORDER 85

NOW INTO COURT come Plaintiffs, through Plaintiffs' Co-Liaison Counsel, and Defendants, through Defendants' Liaison Counsel ("DLC"), who respectfully submit the attached agreed proposed order supplementing Pretrial Order No. 85 (Doc. 5257). The proposed order supplements the process for presenting PTO 85 deficiencies to the Court for determination.

WHEREFORE, the parties request that the attached proposed order be entered into the record by Magistrate Judge North.

Respectfully submitted:

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
**Barrios, Kingsdorf & Casteix, LLP**
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail:  barrios@bkc-law.com
*Plaintiffs' Co-Liaison Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
**Gainsburgh Benjamin David Meunier & Warshauer, LLC**
1100 Poydras Street, Suite 2800
New Orleans, LA 70163
Telephone: 504-522-2304
Facsimile:  504-528-9973
E-Mail:  plambert@gainsben.com
*Plaintiffs' Co-Liaison Counsel*

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**Irwin Fritche Urquhart & Moore, LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
E-Mail:  dmoore@irwinllc.com
*Sanofi Defendants' Liaison Counsel*

/s/ John F. Olinde
John F. Olinde (Bar No. 1515)
**Chaffe McCall, LLP**
1100 Poydras Street, Suite 2300
New Orleans, LA  70163
Telephone: 504-585-7000
Facsimile:  504-585-7075
E-Mail:  olinde@chaffe.com
*505(b)(2) Defendants' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on, April 16, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
**M. PALMER LAMBERT**