UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### [PROPOSED] ORDER
### (SUPPLEMENT TO PTO 85)

This Order supplements Pretrial Order No. 85's (Rec. Doc. 5257) ("PTO 85") protocol for determination of deficiencies by Magistrate Judge North on issues related to non-bellwether Plaintiffs' obligations under Pretrial Order No. 71A (Rec. Doc. 1531) and the Federal Rules of Civil Procedure. More particularly, paragraph 1 of this Order supplements Defendants' obligation to provide notice before issuing an Initial Notice of Deficiency Determination under paragraph 2 of PTO 85 as per Magistrate Judge North's Minute Entry of January 10, 2020 (Rec. Doc. 9026). Paragraphs 2-7 of this Order provide the procedure for briefing and submission of unresolved deficiencies to the Court as contemplated in paragraph 4 of PTO 85.

1. At least 20 days before serving Plaintiffs' Liaison Counsel with a PTO 85 Notice of Deficiency Determination, Defendants must serve an Initial Notice of Deficiency Determination upon Plaintiffs' Liaison Counsel.

2. At least 15 days before a PTO 85 call docket hearing, Defendants must serve individual-Plaintiff submissions upon Plaintiffs' Liaison Counsel, explaining Defendants' positions as to the alleged deficiencies.

3. At least ten days before a PTO 85 call docket hearing, Defendants will submit to the Court an overview letter, explaining Defendants' positions as to the alleged deficiencies.

4.	At least eight days before a PTO 85 call docket hearing, Plaintiffs' Liaison Counsel must serve individual-Plaintiff responses upon Defendants, explaining Plaintiffs' positions as to the alleged deficiencies.

5.	At least three business days before a PTO 85 call docket hearing, Plaintiffs' Liaison Counsel may submit to the Court a response letter to Defendants' overview letter, explaining Plaintiffs' position as to the alleged deficiencies.

6.	At least three business days before a PTO 85 call docket hearing, Defendants must submit to the Court the PTO 85 Notice of Deficiency Determination.

7.	At least three business days before a PTO 85 call docket hearing, Defendants must submit individual-Plaintiff submissions to the Court, explaining Defendants' positions as to the alleged deficiencies, and Plaintiffs' Liaison Counsel may submit to the Court individual-Plaintiff responses, explaining Plaintiffs' positions as to the alleged deficiencies. Defendants' individual-Plaintiff submissions and Plaintiffs' Liaison Counsel's individual-Plaintiff responses will be organized by Plaintiffs' firms.

New Orleans, Louisiana this _____ day of April, 2020.

_____
**HON. MICHAEL B. NORTH**