UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)
JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
*Brownewell et al. v. Sanofi U.S. Services Inc., et al;*
Civil Action No.: 2:18-cv-02387

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Hope Brownewell files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Hope Brownewell died on or about January 2, 2018, during the pendency of this civil action. Motion to Substitute Parties for Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: April 16, 2020

By: */s/ Debra Humphrey*
Debra Humphrey, Esq
**Marc J. Bern & Partners LLP**
One Grand Central
60 East 42nd Street, Suite 950
New York, NY 10165
DHumphey@BernLLP.com
Tel: (212) 702-5000
Fax: (212) 818-0164
*Attorney for Plaintiff*