UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Madelyn Curry, 17-15620 Gerri Beal, 18-3080 Phyllis Corliss, 17-12131 Theresa Crask, 18-3031 Rebecca Rayon, 17-13605 Angela Smith, 17-15521 Lisa Long, 17-16340 Kelly Strong, 18-4671 Vera Young, 18-4670 Shayla Velazquez, 18-13103 Sandra Jones, 18-6045 Donna McDonald, 18-13153 Samantha Nash, 18-13243 Travana Banks-Rasheed, 19-4025 Lynda Rivera, 18-4420 Patricia Walker, 17-12061 Myrtis Randall, 18-13195 Valerie Smith-Jackson, 18-13389 Carolyn Turner, 18-13112 Lena Manigo, 18-13246 Ann Bullock and Larry Bullock, 18-13052 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## ORDER

Before the Court are several unopposed Motions to Amend Complaints (Docs. 9629, 9675, 9676, 9679, 9712, 9713, 9727, 9763, 9764, 9765, 9778, 9779, 9780, 9812, 9823, 9824, 9851, 9852, 9853, 9854, and 9867).

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 15th day of April, 2020.

                                                          _____
                                                          **HON. JANE T. MILAZZO**
                                                         **UNITED STATES DISTRICT JUDGE**