**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | **:** | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | **:** | |
| | **:** | **SECTION "N" (5)** |
| | **:** | **JUDGE MILAZZO** |
| | **:** | **MAG. JUDGE NORTH** |
| | **:** | |
| *This Document Relates to:* | **:** | **CIVIL ACTION NO. 2:17-cv-02361** |
| *Vicki B. Autry* | **:** | |

<u>**ORDER GRANTING LEAVE TO FILE A FIRST AMENDED SHORT FORM COMPLAINT**</u>

THE COURT, having considered Plaintiff's Unopposed Motion for Leave to File a First Amended Short Form Complaint, and for good cause shown, it is hereby Ordered that Plaintiff's motion is GRANTED, and that Plaintiff may file a First Amended Short Form Complaint, in the above captioned matter.

SO ORDERED this_____day of_____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT