UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Leslye Harris**
**Case No.: 2:18-cv-08868**

## DECLARATION

I, Jason Long, have attempted to reach my client, Leslye Harris on the following dates: November 2, 2018, Feb 6, 2019, Feb 8, 2019, Feb 11, 2019, Feb 21, 2019, Feb 25, 2019, March 4, 2019, March 5, 2019, March 6, 2019, March 8, 2019, March 13, 2019, June 29, 2019. by telephone, e-mail, text message, U.S. Mail, Certified Mail, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
Counsel for plaintiff