UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Elizabeth Walker**
**Case No.: 2:19-cv-13926**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Elizabeth Walker, on the following dates: January 14, 2020, February 6, 2020, February 21, 2020, March 6, 2020, March 18, 2020, March 25, 2020, April 13, 2020 and April 15, 2020 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 17th day of April, 2020.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com