UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Francis v. Sanofi-Aventis, et al, 2:16-cv-17410
Johnson v. Sanofi-Aventis, et al, 2:16-cv-15607

## JOINT RECORD DESIGNATIONS

　　　NOW INTO COURT, by and through undersigned counsel, come Plaintiffs Tanya Francis and Deborah Johnson and Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc., who submit the following record designations pursuant to an Order from the United States Court of Appeals for the Fifth Circuit dated April 3, 2020.  The parties designate documents both from the master docket for *In Re: Taxotere (Docetaxel) Products Liability Litigation*, 16-md-02740, and from the individual member case dockets, *Francis v. Sanofi-Aventis, U.S., Inc. et al.*, 16-cv-17410 and *Johnson v. Sanofi-Aventis, U.S., Inc. et al.*, 16-cv-15607.  Docket entries designated herein should be included in their entirety, including all exhibits and attachments.

*In re: Taxotere (Docetaxel) Products Liability Litigation*, No. 16-MD-02740:

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 10/13/2016 | 4 | PRETRIAL ORDER #1: Initial Pretrial Conference set for 11/10/2016 10:00 AM before Chief Judge Kurt D. Engelhardt.. Signed by Chief Judge Kurt D. Engelhardt on 10/13/2016. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(cml) (Entered: 10/14/2016) |
| 11/17/2016 | 104 | PRETRIAL ORDER #2: Pursuant to Pretrial Order No. 1 (Rec. Doc. 4), issued by this Court on October 13, 2016, the Court has received many applications for Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel, and the Plaintiffs' Steering Committee (PSC). Having reviewed the parties' applications and recommendations, the Court makes the following initial |

1

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| | | appointments, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 11/17/2016.(Reference: ALL CASES)(cbs) (Entered: 11/17/2016) |
| 07/21/2017 | 669 | CASE MANAGEMENT ORDER #3: TRIAL SCHEDULING ORDER for the First Bellwether Trial. Final Pretrial Conference set for 9/13/2018 09:00 AM before Chief Judge Kurt D. Engelhardt. Jury Trial set for 9/24/2018 08:30 AM before Chief Judge Kurt D. Engelhardt. All discovery must be completed by 7/27/2018. Signed by Chief Judge Kurt D. Engelhardt.(Reference: All Cases)(cml) (Entered: 07/21/2017) |
| 07/21/2017 | 670 | CASE MANAGEMENT ORDER #4: Protocol for Initial Phase of Case Specific Discovery for Cases Identified in CMO #3. Signed by Chief Judge Kurt D. Engelhardt.(Reference: All Cases)(cml) (Entered: 07/21/2017) |
| 07/25/2017 | 689 | AMENDED MASTER LONG FORM COMPLAINT with Jury Demand against All Defendants filed by All Plaintiffs. (Reference: all cases)(tm) (Entered: 07/25/2017) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 08/30/2017 | 784 | Minute ORDER for proceedings held before Chief Judge Kurt D. Engelhardt: Motion Hearing held on 8/30/2017. ORDERED that 489 MOTION to Dismiss Plaintiffs' Master Long Form Complaint is DENIED with respect to Count One and Counts Three through Seven of Plaintiffs' Master Long Form Complaint. FURTHER ORDERED that with respect to Counts Two and Eight of the Master Long Form Complaint,, Plaintiffs shall have fourteen (14) days to provide counsel and the Court with supplemental briefing or an amendment as stated herein. ORDERED that 469 MOTION to Remand CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA 17-CV-1812, 17-CV-1813, 17-CV-1814, 17-CV-3864, 17-CV-3866, 17-CV-3865, 17-CV-3867, 17-CV-2356, 17-CV-5832, 17-CV-5833 filed by Plaintiff is GRANTED IN PART and DENIED IN PART as stated herein. ORDERED that 473 MOTION to Remand 17-CV-3871; 17-CV-3871; 17-CV-3893; 17-CV-3894; 17-CV-3895; 17-CV-3896; 17-CV-3897;17-CV-3901; 17-CV-3904; 17-CV-3905; 17-CV-3906; 17-CV-3908; 17-CV-3909; 17-CV-3909; 17-CV-3911; 17-CV-3917; 17-CV-3932; 17-CV-3933; 17-CV-01891; 17-CV-3935; 17-CV-3938; 17-CV-3939; 17-CV-3941; 17-CV-3949; 17-CV-3953; 17-CV-3954; 17-CV-3962; 17-CV-3965; 17-CV-3968; 17-CV-3977; 17-CV-3979; 2:17-CV-02891; 17-CV-4008; 17-CV-4009; 17-CV-4011; 17-CV-4012; 17-CV-4014; 17-CV-3978; 17-CV-3974; 17-CV-3969; 17-CV-3967; 17-CV-4016; 17-CV-4016; 17-CV-4021; 17-CV-4023; 17-CV-4028; 17-CV-4027; 17-CV-4025; 17-CV-4020; 17-CV-4010; 17-CV-3976; 17-CV-3975; 17-CV-3970; 17-CV-3964; 17-CV-3960; 17-CV-3951; 17-CV-3948; 17-CV-3952; 17-CV-3947; 17-CV-3912 is GRANTED, and the referenced cases shall be remanded to the Superior Court of Delaware. (Court Reporter Cathy Pepper.) (Reference: All Cases)(cml) (Additional attachment(s) added on 8/31/2017: # 1 Attendance Sign In Sheet) (cml). (Entered: 08/31/2017) |
| 09/27/2017 | 877 | PRETRIAL ORDER #61: ORDERED that Count Two and Count Eight of Plaintiffs' First Amended Master Long Form Complaint are DISMISSED. IT IS FURTHER ORDERED that an individual plaintiff shall have fourteen (14) days from the date of this Order to amend her Short Form Complaint to allege analogous state law claims that may be viable on an individual basis. Signed by Chief Judge Kurt D. Engelhardt. (Attachments: # 1 Exhibit A) (Reference: All Cases)(cbs) (Entered: 09/27/2017) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 10/16/2017 | 961 | ANSWER to 689 Amended Master Complaint with Jury Demand by Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.(Reference: ALL CASES)(Moore, Douglas) Modified on 10/17/2017 (cml). (Entered: 10/16/2017) |
| 12/06/2017 | 1157 | EXPARTE/CONSENT MOTION for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs by Plaintiff. (Attachments: # 1 Exhibit A: Proposed Amended Short Form Complaints, # 2 Exhibit B: Proposed Order)(Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(Lambert, Matthew) (Entered: 12/06/2017) |
| 12/12/2017 | 1319 | ORDER granting 1157 Motion for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs. Signed by Chief Judge Kurt D. Engelhardt on 12/12/2017. (Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(cbs) (Entered: 12/15/2017) |
| 01/09/2018 | 1480 | Minute Entry for proceedings held before Magistrate Judge Michael North: Status Conference held on 1/9/2018. ORDERED that counsel for Plaintiffs may proceed first in examining the prescribing physicians for Plaintiffs, Chetta, Francis, Martin and Tuyes. Each prescriber deposition in which Plaintiffs' counsel proceeds first will count as one of Plaintiffs' Phase One depositions. This ruling applies only to the Plaintiffs designated for the first trial in Case Management Order No. 3. FURTHER ORDERED that Sanofi immediately begin production of responsive information from the first six designated custodians that has been located in the United States. This production is not in lieu of Sanofi's ongoing obligation to respond fully to ESI discovery requests made upon all French custodians. Rather, production directly from said custodians is to be substantially completed by Monday, February 26, 2018. FURTHER ORDERED that Sanofi's objection to RFP 131 is sustained. Plaintiffs' request for information outside that narrow scope is therefore denied without prejudice to their right to revisit the matter should circumstances change. The Court will hold a further telephonic status conference with counsel for the parties at 10:00 a.m. on Tuesday, January 23, 2018. (Reference: All Cases)(clc) (Entered: 01/10/2018) |
| 03/09/2018 | 1819 | CASE MANAGEMENT ORDER #13: ORDER SELECTING FIRST BELLWEATHER TRIAL PLAINTIFF(S) Pursuant to Case Management Order No. 3 669 . IT IS ORDERED that the |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| | | following plaintiffs, in order of preference, are designated to proceed to the second phase of discovery, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 3/9/2018.(Reference: All Cases)(cbs) (Entered: 03/09/2018) |
| 04/05/2018 | 2141 | Minute Entry for proceedings held before Magistrate Judge Michael North: A follow-up telephone Status Conference held on 4/5/2018. As a result of discussions had and rulings made during the previous discovery status conference on March 28, 2018, the Court hereby amends 669 Case Management Order No. 3 to extend the deadlines stated herein. All other deadlines remain in place and in effect. (Reference: All Cases)(clc) (Entered: 04/05/2018) |
| 09/24/2018 | 4259 | ORDER AND REASONS: The records and photographs of bellwether Plaintiff Francis, Durden, and Earnest submitted for in camera review shall be produced by the PSC to Sanofi no later than September 28, 2018 unless an objection to this Order and Reasons is lodged on or before that date. To the extent that similar photographs and medical records exist for any other Plaintiffs; deadlines are set herein. The PFS of any Plaintiff who produces additional medical records pursuant to this Order shall be supplemented accordingly. Signed by Magistrate Judge Michael North on 9/24/2018.(Reference: All Cases)(clc) (Entered: 09/24/2018) |
| 09/27/2018 | 4407 | Second AMENDED COMPLAINT with Jury Demand  Second Amended Master Long Form Complaint adding Sagent Pharmaceuticals, Inc. against Defendant filed by Plaintiff. (Attachments: # 1 Summons for Sagent Pharmaceuticals, Inc.)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 09/27/2018) |
| 1/7/19 | 5734 | MOTION for Summary Judgment against Plaintiff Deborah Johnson by Defendant. Motion(s) will be submitted on 1/30/2019. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Memorandum in Support, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Notice of Submission)(Reference: 16-15607)(Moore, Douglas) (Entered: 01/07/2019) |
| 1/7/19 | 5735 | Request/Statement of Oral Argument by Defendant regarding 5734 MOTION for Summary Judgment against Plaintiff Deborah Johnson (Reference: 16-15607)(Moore, Douglas) (Entered: 01/07/2019) |

5

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 1/19/19 | 5961 | MOTION for Extension of Time to File Response/Reply as to 5734 MOTION for Summary Judgment against Plaintiff Deborah Johnson by Plaintiff. Motion(s) will be submitted on 2/13/2019. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission)(Reference: 16-15607)(Root, Richard) Modified to reset submission on 1/22/2019 (sa). (Entered: 01/19/2019) |
| 1/19/19 | 5962 | EXPARTE/CONSENT MOTION to Expedite by Plaintiff. (Attachments: # 1 Notice of Submission, # 2 Proposed Order)(Reference: 16-15607)(Root, Richard) (Entered: 01/19/2019) |
| 1/29/19 | 6021 | ORDER granting 5961 MOTION for Extension of Time to File Response/Reply. IT IS ORDERED that the Motion is GRANTED, and the Motion for Summary Judgment Against Plaintiff Deborah Johnson (Rec. Doc. 5734 ) is CONTINUED to March 6, 2019. IT IS FURTHER ORDERED that Plaintiff's Motion to Expedite (Doc. 5962 ) is DISMISSED AS MOOT. Signed by Judge Jane Triche Milazzo on 1/28/2019.(Reference: 16-15607)(sa) (Entered: 01/29/2019) |
| 2/5/19 | 6080 | MOTION for Summary Judgment on Causation Based on the Learned Intermediary Doctrine for Tanya Francis by Defendant. Motion(s) will be submitted on 3/25/2019. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Reference: 16-17410)(Moore, Douglas) (Entered: 02/05/2019) |
| 2/5/19 | 6081 | MOTION for Summary Judgment Based on the Statute of Limitations for Tanya Francis by Defendant. Motion(s) will be submitted on 3/25/2019. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Reference: 16-17410)(Moore, Douglas) (Entered: 02/05/2019) |
| 2/26/19 | 6346 | EXPARTE/CONSENT MOTION to Continue Submission Date regarding Defendants' Motion for Summary Judgment against Plaintiff, Deborah Johnson (Rec. Doc. 5734) by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 16-15607)(Lambert, Matthew) (Entered: 02/26/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 3/11/19 | 6485 | ORDER granting 6346 MOTION to Continue Submission Date regarding Defendants' Motion for Summary Judgment against Plaintiff, Deborah Johnson (Rec. Doc. 5734 ). IT IS ORDERED that the Motion is GRANTED, and the submission date for Defendants' Motion for Summary Judgment against Plaintiff, Deborah Johnson is CONTINUED to March 27, 2019. Signed by Judge Jane Triche Milazzo on 3/11/2019.(Reference: 16-15607)(sa) (Entered: 03/11/2019) |
| 3/15/19 | 6528 | EXPARTE/CONSENT MOTION for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment against Plaintiff, Deborah Johnson by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 16-15607)(Lambert, Matthew) (Entered: 03/15/2019) |
| 3/19/19 | 6536 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 5734 MOTION for Summary Judgment against Plaintiff Deborah Johnson . (Attachments: # 1 Exhibit A and B (under seal))(Reference: 16-15607)(Root, Richard) (Additional attachment(s) added on 3/22/2019: # 2 SEALED Exhibits A and B) (sa). (Entered: 03/19/2019) |
| 03/19/2019 | 6537 | EXPARTE/CONSENT MOTION to Seal Document 6536 Response/Memorandum in Opposition to Motion Exhibits A and B by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Notice of Manual Attachment, # 3 Proposed Order)(Reference: 16-15607)(Root, Richard) (Additional attachment(s) added on 3/21/2019: # 4 Proposed Sealed Exhibits for 6536) (sa). (Entered: 03/19/2019) |
| 03/19/2019 | 6539 | ORDER granting 6528 Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment (Rec. Doc. 5734 ). The deadline is EXTENDED to March 19, 2019. As agreed by the parties, the submission date of March 27, 2019 is not affected. Signed by Judge Jane Triche Milazzo. (Reference: 16-15607)(ecm) (Entered: 03/19/2019) |
| 3/22/19 | 6552 | ORDER setting Oral Argument on Defendants' 5732 MOTION for Summary Judgment against Plaintiff Jacqueline Mills & 5734 MOTION for Summary Judgment against Plaintiff Deborah Johnson, following the general status conference and show cause hearing beginning at 10:00 a.m. on April 4, 2019, in Judge Milazzos courtroom (C224). Further Ordered that the oral argument previously scheduled for April 2, 2019 is CANCELLED. Signed by Judge Jane Triche Milazzo on 3/22/2019.(Reference: All Cases)(ecm) (Entered: 03/22/2019) |
| 03/22/2019 | 6553 | ORDER granting 6537 Motion to Seal Document - Exhibits A and B to Doc. 6536. Signed by Judge Jane Triche Milazzo on 3/22/2019. (Reference: 16-15607)(sa) (Entered: 03/22/2019) |

7

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 3/26/19 | 6576 | EXPARTE/CONSENT MOTION for Leave to File Reply in Support of Motion for Summary Judgment against Plaintiff, Deborah Johnson by Defendant. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Reference: 16-15607)(Moore, Douglas) (Entered: 03/26/2019) |
| 3/29/19 | 6606 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 6080 MOTION for Summary Judgment on Causation Based on the Learned Intermediary Doctrine for Tanya Francis . (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D (Under Seal))(Reference: 16-17410)(Barrios, Dawn) (Additional attachment(s) added on 4/3/2019: # 6 SEALED Exhibit D) (sa). (Entered: 03/29/2019) |
| 3/29/19 | 6607 | EXPARTE/CONSENT MOTION for Leave to File Exhibit D to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine Under Seal by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Notice of Manual Attachment, # 3 Proposed Order)(Reference: 2:16-cv-17410)(Barrios, Dawn) (Entered: 03/29/2019) |
| 3/29/19 | 6610 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 6081 MOTION for Summary Judgment Based on the Statute of Limitations for Tanya Francis . (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C (Under Seal), # 5 Exhibit D, # 6 Exhibit E (Under Seal), # 7 Exhibit F (Under Seal), # 8 Exhibit G (Under Seal))(Reference: 16-17410)(Lambert, Matthew) (Additional attachment(s) added on 4/9/2019: # 9 Sealed Unredacted Memorandum, # 10 SEALED Exhibits C, F, G, # 11 SEALED Exhibit E - Part One, # 12 SEALED Exhibit E - Part Two) (sa). (Entered: 03/29/2019) |
| 3/29/19 | 6612 | EXPARTE/CONSENT MOTION for Leave to File Plaintiff's Memorandum in Opposition to Motion for Summary Judgment Based on the Statute of Limitations for Tanya Francis and Exhibits C, E, F and G Under Seal by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Notice of Request to File Under Seal and Manual Attachment, # 3 Proposed Order)(Reference: 16-17410)(Lambert, Matthew) (Entered: 03/29/2019) |
| 04/01/2019 | 6619 | ORDER granting 6576 Motion for Leave to File Reply Memorandum. Signed by Judge Jane Triche Milazzo. (Reference: 16-15607)(sa) (Entered: 04/01/2019) |

8

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 4/1/19 | 6620 | REPLY to Response to Motion filed by Defendant re 5734 MOTION for Summary Judgment against Plaintiff Deborah Johnson. (Reference: 16-15607)(sa) (Entered: 04/01/2019) |
| 04/03/2019 | 6673 | ORDER granting 6607 Motion for Leave to File Exhibit D under seal as to Doc. 6606 . Signed by Judge Jane Triche Milazzo on 4/3/2019. (Reference: 16-17410)(sa) (Entered: 04/03/2019) |
| 4/4/19 | 6698 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Motion Hearing held on 4/4/2019 re 5732 MOTION for Summary Judgment against Plaintiff Jacqueline Mills and 5734 MOTION for Summary Judgment against Plaintiff Deborah Johnson. Motions argued and taken under submission by the Court. (Court Reporter Nichelle Drake.) (Reference: All Cases)(ecm) (Entered: 04/05/2019) |
| 04/09/2019 | 6717 | ORDER granting 6612 Motion for Leave to File Documents Under Seal - Memorandum, Exhibits C, E-G. Signed by Judge Jane Triche Milazzo on 4/3/2019. (Reference: 16-17410)(sa) (Entered: 04/09/2019) |
| 4/12/19 | 6736 | TRANSCRIPT of Motion Hearing as to Deborah Johnson held on April 4, 2019 before Judge Jane Triche Milazzo. Court Reporter/Recorder Nichelle Drake, Telephone number 504-589-7775. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/11/2019. (Reference: All Cases)(rsg) (Entered: 04/12/2019) |
| 4/16/19 | 6748 | REPLY to Response to Motion filed by Defendant re 6081 MOTION for Summary Judgment Based on the Statute of Limitations for Tanya Francis . (Attachments: # 1 Exhibit 1)(Reference: 16-17410)(Moore, Douglas) (Entered: 04/16/2019) |
| 4/16/19 | 6755 | REPLY to Response to Motion filed by Defendant re 6080 MOTION for Summary Judgment on Causation Based on the Learned Intermediary Doctrine for Tanya Francis . (Attachments: # 1 Exhibit A (Under Seal), # 2 Exhibit B (Under Seal))(Reference: 16-17410)(Moore, Douglas) (Additional attachment(s) added on 4/23/2019: # 3 SEALED Exhibit A, # 4 SEALED Exhibit B) (sa). (Entered: 04/16/2019) |
| 4/16/19 | 6756 | EXPARTE/CONSENT MOTION to Seal Document 6755 Reply to Response to Motion, Exhibits A and B by Defendant. (Attachments: # 1 Proposed Order)(Reference: 16-17410)(Moore, Douglas) (Entered: 04/16/2019) |

9

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 04/23/2019 | 6800 | ORDER granting 6756 Motion to Seal Document as to 6755 Exhibits A & B. Signed by Judge Jane Triche Milazzo on 4/22/2019. (Reference: 16-17410)(sa) (Entered: 04/23/2019) |
| 05/02/2019 | 6891 | ORDER - IT IS ORDERED that the Court will hold oral argument on May 22, 2019, at 10:00 a.m. on the following Motions: 6081 MOTION for Summary Judgment Based on the Statute of Limitations for Tanya Francis, 6078 MOTION for Summary Judgment on Causation Based on the Learned Intermediary Doctrine for Barbara Earnest, 6080 MOTION for Summary Judgment on Causation Based on the Learned Intermediary Doctrine for Tanya Francis, 6079 MOTION for Summary Judgment Based on the Statute of Limitations for Barbara Earnest, 6130 MOTION to Exclude Expert Testimony of Dr. Linda Bosserman. Signed by Judge Jane Triche Milazzo on 5/2/2019.(Reference: All Cases)(sa) (Entered: 05/03/2019) |
| 05/22/2019 | 7203 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Motion Hearing held on 5/22/2019. The following motions were argued by counsel and taken under submission by the Court: 6130 MOTION to Exclude Expert Testimony of Dr. Linda Bosserman, 6078 MOTION for Summary Judgment on Causation Based on the Learned Intermediary Doctrine for Barbara Earnest; 6080 MOTION for Summary Judgment on Causation Based on the Learned Intermediary Doctrine for Tanya Francis; 6079 MOTION for Summary Judgment Based on the Statute of Limitations for Barbara Earnest; 6081 MOTION for Summary Judgment Based on the Statute of Limitations for Tanya Francis; 6744 MOTION for APPEAL/REVIEW OF MAGISTRATE JUDGE DECISION to District Court.(Court Reporter Toni Tusa.) (Reference: All Cases)(ecm) (Entered: 05/23/2019) |
| 06/20/2019 | 7438 | TRANSCRIPT of Motion Hearing held on May 22, 2019 before Judge Jane Triche Milazzo. Court Reporter/Recorder Toni Tusa, Telephone number 504-589-7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 9/18/2019. (Reference: All Cases)(rsg) (Entered: 06/20/2019) |
| 7/9/19 | 7571 | ORDER AND REASONS: Defendants' Motions for Summary Judgment Based on the Statute of Limitations Against Deborah Johnson (R. Doc. 5734 ) & Tanya Francis (R. Doc. 6081 ) are GRANTED. These cases are DISMISSED WITH PREJUDICE. |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 7/19/19 | 7697 | JUDGMENT re 7571 Order and Reasons: Plaintiff Deborah Johnson's claims are DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo on 7/19/2019.(Reference: 16-15607)(ecm) (Entered: 07/19/2019) |
| 7/19/19 | 7698 | JUDGMENT re 7571 Order and Reasons: Plaintiff Tanya Francis' claims are DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo on 7/19/2019.(Reference: 16-17410)(ecm) (Entered: 07/19/2019) |
| 8/6/19 | 7857 | MOTION for Reconsideration re 7698 Order, 7697 Order ; or, in the Alternative, for Clarification/Amendment of Judgments Based on Order & Reasons (Doc. 7571) by Plaintiff. Motion(s) will be submitted on 8/28/2019. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Notice of Submission)(Reference: 2:16-cv-15607; 2:16-cv-17410)(Barrios, Dawn) (Entered: 08/06/2019) |
| 8/13/19 | 7952 | MOTION for Taxation of Costs against Plaintiff Deborah Johnson by Defendant. Motion(s) will be submitted on 8/28/2019. (Attachments: # 1 Memorandum in Support, # 2 Bill of Costs, # 3 Affidavit, # 4 Notice of Submission)(Reference: 16-15607)(Moore, Douglas) (Entered: 08/13/2019) |
| 8/13/19 | 7953 | MOTION for Taxation of Costs against Plaintiff Tanya Francis by Defendant. Motion(s) will be submitted on 8/28/2019. (Attachments: # 1 Memorandum in Support, # 2 Bill of Costs, # 3 Affidavit, # 4 Notice of Submission)(Reference: 16-17410)(Moore, Douglas) (Entered: 08/13/2019) |
| 8/19/19 | 8038 | EXPARTE/CONSENT MOTION to Continue Submission Dates Regarding Defendants' Motions to Tax Costs Against Plaintiffs Deborah Johnson and Tanya Francis by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 2:16-cv-15607; 2:16-cv-17410)(Lambert, Matthew) (Entered: 08/19/2019) |
| 8/20/19 | 8060 | ORDER granting 8038 MOTION to Continue submission date of 7952 MOTION for Taxation of Costs against Plaintiff Deborah Johnson and 7953 MOTION for Taxation of Costs against Plaintiff Tanya Francis to 9/11/2019. Further Ordered that the Motions to Tax Costs (Doc. 7952 & 7953) are REFERRED to the Clerk of Court for determination. Signed by Judge Jane Triche Milazzo. (NEF: Clerk of Court)(Reference: 16-17144)(ecm) (Entered: 08/20/2019) |

11

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 8/20/19 | 8064 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 7857 MOTION for Reconsideration re 7698 Order, 7697 Order ; or, in the Alternative, for Clarification/Amendment of Judgments Based on Order & Reasons (Doc. 7571) . (Attachments: # 1 Exhibit A (filed under seal), # 2 Exhibit B (filed under seal), # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Reference: 16-17410; 16-15607)(Moore, Douglas) (Attachment 1 replaced on 9/6/2019) (ecm). (Attachment 2 replaced on 9/6/2019) (ecm). (Entered: 08/20/2019) |
| 08/20/2019 | 8065 | EXPARTE/CONSENT MOTION to Seal Document 8064 Response/Memorandum in Opposition to Motion,, Exhibits A and B by Defendant. (Attachments: # 1 Proposed Order)(Reference: 16-17410; 16-15607)(Moore, Douglas) (Entered: 08/20/2019) |
| 8/27/19 | 8116 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum in Support of Plaintiff Deborah Johnson's and Plaintiff Tanya Francis's Motion for Reconsideration or, in the Alternative, for Clarification/Amendment of Judgments (Docs. 7697 and 7698) Based on Order and Reasons (Doc. 7571) by Plaintiff. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Reference: 2:16-cv-15607; 2:16-cv-17410)(Barrios, Dawn) (Entered: 08/27/2019) |
| 09/03/2019 | 8146 | ORDER granting 8065 Motion to Seal Exhibits A & B to 8064 Response/Memorandum in Opposition to Motion for Reconsideration. Signed by Judge Jane Triche Milazzo on 8/30/19. (Reference: 16-17410, 16-15607)(ecm) (Entered: 09/03/2019) |
| 9/3/19 | 8151 | ORDER granting 8116 Motion for Leave to File Reply Memorandum. Signed by Judge Jane Triche Milazzo on 8/30/19. (Reference: 16-15607, 16-17410)(ecm) (Entered: 09/03/2019) |
| 9/3/19 | 8152 | REPLY to Response to Motion filed by Plaintiff re 7857 MOTION for Reconsideration re Judgments (R. Doc. 7698 , 7697 ) or, in the Alternative, for Clarification/Amendment of Judgments Based on Order & Reasons (Doc. 7571). (Reference: 16-15607, 16-17410)(ecm) (Entered: 09/03/2019) |
| 9/3/19 | 8158 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 7952 MOTION for Taxation of Costs against Plaintiff Deborah Johnson . (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Reference: 16-15607)(Root, Richard) (Entered: 09/03/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 9/3/19 | 8163 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 7953 MOTION for Taxation of Costs against Plaintiff Tanya Francis . (Reference: 2:16-cv-17410)(Stringer, Thomas) (Entered: 09/03/2019) |
| 9/9/19 | 8192 | EXPARTE/CONSENT MOTION to Continue Submission Dates Regarding Defendants' Motions to Tax Costs Against Plaintiffs Deborah Johnson and Tanya Francis by Defendant. (Attachments: # 1 Proposed Order)(Reference: 16-17410; 16-15607)(Moore, Douglas) (Entered: 09/09/2019) |
| 9/18/19 | 8238 | ORDER granting 8192 MOTION to Continue Submission Dates of 7952 MOTION for Taxation of Costs against Plaintiff Deborah Johnson & 7953 MOTION for Taxation of Costs against Plaintiff Tanya Francis. Motions will be submitted on 10/23/2019. Signed by Judge Jane Triche Milazzo on 9/17/2019.(Reference: 16-15607, 16-17410) (NEF: BOC clerk)(ecm) (Entered: 09/18/2019) |
| 10/23/19 | 8385 | ORDER granting 8385 Motion for Leave to File Reply Brief in Support of their Motion to Tax Costs. Signed by Judge Jane Triche Milazzo. (Reference: 16-17410)(ecm) (Entered: 11/06/2019) |
| 11/6/19 | 8526 | REPLY to Response to Motion filed by Defendant re 7953 MOTION for Taxation of Costs against Plaintiff Tanya Francis. (Reference: 16-17410) (NEF: Clerk)(ecm) (Entered: 11/06/2019) |
| 12/12/2019 | 8702 | ORDER AND REASONS denying 8334 Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint; granting 8602 Motion to Seal Exhibits A, H, I, J, K, L, and M to Defendants' response (Doc. 8601); granting 8650 Motion for Leave to File Reply Memorandum. The Clerk's office is instructed to file Plaintiffs' reply into the record in this matter. Signed by Judge Jane Triche Milazzo on 12/11/2019. (Reference: All Cases)(ecm) (Entered: 12/12/2019) |
| 01/17/2020 | 9074 | STATUS REPORT Joint Report No. 19 of Liaison Counsel by Plaintiff and by Defendant (Attachments: # 1 Appendix A, # 2 Appendix B)(Reference: ALL CASES)(Olinde, John) (Entered: 01/17/2020) |
| 01/23/2020 | 9115 | ORDER AND REASONS denying 7857 Motion for Reconsideration or, in the Alternative, for Clarification/Amendment of Judgments. Signed by Judge Jane Triche Milazzo. (Reference: 16-15607, 16-17410)(ecm) (Entered: 01/23/2020) |
| 02/13/2020 | 9286 | NOTICE OF APPEAL by Plaintiff as to 7571 Order on Motion for Summary Judgment,,,,,,,,,,,,,,,,,,,,,,,,, 7697 Order. (Filing fee $ 505, receipt number ALAEDC-8148708.) (Reference: 2:16-cv- |

13

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| | | 15607)(Lambert, Matthew) (Entered: 02/13/2020) |
| 02/13/2020 | 9287 | NOTICE OF APPEAL by Plaintiff as to 7571 Order on Motion for Summary Judgment,,,,,,,,,,,,,,,,,,,,,,,, 7698 Order. (Filing fee $ 505, receipt number ALAEDC-8148730.) (Reference: 2:16-cv-17410)(Lambert, Matthew) (Entered: 02/13/2020) |

*Johnson v. Sanofi-Aventis, U.S., Inc. et al.*, No. 16-cv-15607:

| Date | Rec. Doc. | Docket Text (16-cv-15607) |
|---|---|---|
| 10/14/16 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5755059) filed by Deborah Johnson. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons)Attorney Morris Bart, III added to party Deborah Johnson(pty:pla).(Bart, Morris) (Entered: 10/14/2016) |
| 10/18/16 | 3 | Summons Issued as to Aventis Pharma S.A., Sanofi-Aventis U.S. LLC. (Attachments: # 1 Summons)(clc) (Entered: 10/18/2016) |
| 10/20/16 | 4 | PRETRIAL ORDER #1. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 10/20/2016) |
| 5/31/17 | 5 | AMENDED SHORT FORM COMPLAINT by Deborah Johnson. (Barnes, Betsy) Modified text on 6/7/2017 (tm). (Entered: 05/31/2017) |
| 06/28/2017 | 6 | Summons Submitted for Issuance (Attachments: # 1 Summons, # 2 Summons, # 3 Summons)(Godshall, Lauren) (Entered: 06/28/2017) |
| 6/29/17 | 7 | Summons Issued as to Aventis Pharma S.A., Sanofi S.A., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC. (Payton, Paige) (Entered: 06/29/2017) |
| 12/12/17 | 8 | AMENDED SHORT FORM COMPLAINT against Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC, filed by Deborah Johnson per Rec. Doc. No. 1319 in Master Case.(cbs) (Entered: 12/26/2017) |
| 5/21/18 | 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance.(ADI) (Entered: 05/21/2018) |
| 7/9/19 | 10 | ORDER AND REASONS granting Summary Judgment and DISMISSING CASE with prejudice. Signed by Judge Jane Triche Milazzo on 7/9/19. (Originally filed in master docket 16-MD-2740 at Rec. Doc. 7571).(ecm) Modified file date on 7/11/2019 (ecm). (Entered: 07/11/2019) |
| 7/19/19 | 11 | JUDGMENT dismissing Deborah Johnson's claims with prejudice. Signed by Judge Jane Triche Milazzo on 7/19/2019. (Filed at Rec. Doc. 7697 in 16-MD-2740).(ecm) (Entered: 07/19/2019) |

14

*Francis v. Sanofi-Aventis, U.S., Inc. et al.*, No. 16-cv-17410:

| Date | Rec. Doc. | Docket Text (16-cv-17410) |
|---|---|---|
| 12/14/16 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5856128) filed by Tanya Francis. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons)Attorney Zachary Peter Lowe added to party Tanya Francis(pty:pla).(Lowe, Zachary) (Entered: 12/14/2016) |
| 12/21/16 | 3 | PRETRIAL ORDER #1-6. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 12/21/2016) |
| 12/21/16 | 4 | Summons Issued as to Aventis Pharma S.A., Sanofi Aventis US LLC, Sanofi S.A..(ss) (Entered: 12/21/2016) |
| 4/21/17 | 5 | AMENDED COMPLAINT by Tanya Francis. Party Sanofi US Services Inc. added. (Stringer, Thomas) (Entered: 04/21/2017) |
| 12/12/17 | 6 | AMENDED SHORT FORM COMPLAINT against Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC, filed by Tanya Francis per Rec. Doc. No. 1319 in Master Case.(cbs) (Entered: 12/26/2017) |
| 5/21/18 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance.(ADI) (Entered: 05/21/2018) |
| 7/9/19 | 8 | ORDER AND REASONS granting Summary Judgment and DISMISSING CASE with prejudice. Signed by Judge Jane Triche Milazzo on 7/9/2019. (Originally filed in master docket 16-MD-2740 at Rec. Doc. 7571).(ecm) (Entered: 07/11/2019) |
| 7/19/19 | 9 | JUDGMENT: Plaintiff Tanya Francis' claims are DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo on 7/19/2019. (Filed at Rec. Doc. 7698 in 16-MD-2740).(ecm) (Entered: 07/19/2019) |

Dated: April 17, 2020                                    Respectfully submitted,

/s/ *T. Aaron Stringer*                                   /s/ *Richard L. Root*
T. Aaron Stringer (UT #12681)              Betsy J. Barnes # 19473
LOWE LAW GROUP                             Richard Root #19988
6028 S. Ridgeline Dr., Suite 200           Morris Bart, LLC
Ogden, UT 84405                            601 Poydras Street, 24th Floor
Phone: (385) 298-0175                      New Orleans, LA 70130
Fax: (801) 656-0997                        Phone: (504) 525-8000
aaron@lowelawgroup.com                     Fax: (504) 599-3392

| | |
|---|---|
| *Attorney for Plaintiff* | bbarnes@morrisbart.com<br>rroot@morrisbart.com |
| | *Attorneys for Plaintiff* |

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| */s/ Christopher L. Coffin*<br>Christopher L. Coffin (#27902)<br>PENDLEY, BAUDIN & COFFIN, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com<br><br>*Plaintiffs' Co-Lead Counsel* | */s/ Karen B. Menzies*<br>Karen Barth Menzies (CA Bar #180234)<br>GIBBS LAW GROUP LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Telephone: 510-350-9700<br>Facsimile: 510-350-9701<br>kbm@classlawgroup.com<br><br>*Plaintiffs' Co-Lead Counsel* |
| */s/M. Palmer Lambert*<br>M. Palmer Lambert (#33228)<br>GAINSBURGH BENJAMIN DAVID<br>MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: 504-522-2304<br>Fax: 504-528-9973<br>plambert@gainsben.com<br><br>*Plaintiffs' Co-Liaison Counsel* | */s/Dawn M. Barrios*<br>Dawn M. Barrios (#2821)<br>BARRIOS, KINGSDORF & CASTEIX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: 504-524-3300<br>Fax: 504-524-3313<br>barrios@bkc-law.com<br><br>*Plaintiffs' Co-Liaison Counsel* |

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Anne Andrews<br>Andrews & Thornton<br>4701 Von Karman Ave., Suite 300<br>Newport Beach, CA 92660<br>Phone: (800) 664-1734<br>aa@andrewsthornton.com | Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@atkinsandmarkoff.com |

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188

| | |
|---|---|
| Fax: (985) 783-1333 <br> andrew@lemmonlawfirm.com | gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert* <br>
M. PALMER LAMBERT
