UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H"

THIS DOCUMENT RELATES TO

Francis v. Sanofi-Aventis, et al., 2:16-cv-17410
Johnson v. Sanofi-Aventis, et al., 2:16-cv-15607

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO MAINTAIN
PREVIOUSLY SEALED JOINT RECORD DESIGNATIONS UNDER SEAL**

　　　　Plaintiffs Tanya Francis and Deborah Johnson and Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "the Parties"), respectfully request that the Court maintain under seal upon transmittal to the U.S. Court of Appeals for the Fifth Circuit all documents that the Parties have designated for the Record on Appeal that have previously been filed in the District Court under seal. These documents are:

　　　　1.　　6536-2
　　　　2.　　6606-6
　　　　3.　　6610-9
　　　　4.　　6610-10
　　　　5.　　6610-11
　　　　6.　　6610-12
　　　　7.　　6755-3
　　　　8.　　6755-4
　　　　9.　　8064-1

    10.    8064-2

This Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). In the Joint Record Designations, filed April 17, 2020 (Rec. Doc. 9981), the Parties designated certain documents for the Record on Appeal that have been designated as confidential and/or "protected information," as set forth in PTO 50. This includes documents that contain PHI and PII of the Plaintiffs and non-parties and confidential documents maintained by the Defendants. For these reasons, the Parties respectfully request that these documents be transmitted to the U.S. Court of Appeals for the Fifth Circuit under seal.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the pleadings at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). The confidential nature of these documents remains even though some appeals are pending. Therefore, under PTO 50 and the applicable case law, the Parties respectfully request that the document identified above remain under seal upon transmittal to the to the U.S. Court of Appeals for the Fifth Circuit.

Date: April 17, 2020                              Respectfully submitted,

/s/ T. Aaron Stringer
T. Aaron Stringer (UT #12681)
LOWE LAW GROUP
6028 S. Ridgeline Dr., Suite 200
Ogden, UT 84405
Phone: (385) 298-0175
Fax: (801) 656-0997
aaron@lowelawgroup.com

*Attorney for Plaintiff Francis*

/s/ Richard L. Root
Betsy J. Barnes # 19473
Richard Root #19988
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
rroot@morrisbart.com

*Attorneys for Plaintiff Johnson*

## FOR THE PLAINTIFFS' STEERING COMMITTEE

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313

Fax: 504-528-9973  
plambert@gainsben.com  

*Plaintiffs' Co-Liaison Counsel*

barrios@bkc-law.com  

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews  
Andrews & Thornton  
4701 Von Karman Ave., Suite 300  
Newport Beach, CA 92660  
Phone: (800) 664-1734  
aa@andrewsthornton.com  

J. Kyle Bachus  
Bachus & Schanker, LLC  
1899 Wynkoop Street, Suite 700  
Denver, CO 80202  
Phone: (303) 893-9800  
Fax: (303) 893-9900  
kyle.bachus@coloradolaw.net  

Lawrence J. Centola, III  
Martzell, Bickford & Centola  
338 Lafayette Street  
New Orleans, LA 70130  
Phone: (504) 581-9065  
Fax: (504) 581-7635  
lcentola@mbfirm.com  

Christopher L. Coffin  
Pendley, Baudin & Coffin, L.L.P.  
1100 Poydras Street, Suite 2505  
New Orleans, Louisiana 70163  
Phone: (504) 355-0086  
Fax: (504) 355-0089  
ccoffin@pbclawfirm.com  

Alexander G. Dwyer  
Kirkendall Dwyer LLP  
440 Louisiana, Suite 1901  
Houston, TX 77002  
Phone: (713) 522-3529  
Fax: (713) 495-2331  
adwyer@kirkendalldwyer.com  

Daniel P. Markoff  
Atkins & Markoff Law Firm  
9211 Lake Hefner Parkway, Suite 104  
Oklahoma City, OK 73120  
Phone: (405) 607-8757  
Fax: (405) 607-8749  
dmarkoff@atkinsandmarkoff.com  

Abby E. McClellan  
Stueve Siegel Hanson LLP  
460 Nichols Road, Suite 200  
Kansas City, MO 64112  
Phone: (816) 714-7100  
Fax: (816) 714-7101  
mcclellan@stuevesiegel.com  

Karen Barth Menzies  
Gibbs Law Group LLP  
6701 Center Drive West, Suite 1400  
Los Angeles, California 90045  
Phone: 510-350-9700  
Fax: 510-350-9701  
kbm@classlawgroup.com  

David F. Miceli  
David F. Miceli, LLC  
P.O. Box 2519  
Carrollton, GA 30112  
Phone: (404) 915-8886  
dmiceli@miceli-law.com  

Rand P. Nolen  
Fleming, Nolen & Jez, L.L.P.  
2800 Post Oak Blvd., Suite 4000  
Houston, TX 77056  
Phone: (713) 621-7944  
Fax: (713) 621-9638  
rand_nolen@fleming-law.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

***Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                        */s/ M. Palmer Lambert*
                                                        M. PALMER LAMBERT