UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H"

THIS DOCUMENT RELATES TO

Francis v. Sanofi-Aventis, et al., 2:16-cv-17410
Johnson v. Sanofi-Aventis, et al., 2:16-cv-15607

## ORDER

Considering the foregoing Joint Motion to Maintain Previously Sealed Joint Record Designations Under Seal filed by Plaintiffs Tanya Francis and Deborah Johnson and Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall transmit to the U.S. Court of Appeals for the Fifth Circuit the following documents UNDER SEAL:

1. 6536-2
2. 6606-6
3. 6610-9
4. 6610-10
5. 6610-11
6. 6610-12
7. 6755-3
8. 6755-4
9. 8064-1
10. 8064-2

New Orleans, Louisiana, this ___ day of April, 2020.

                                                                                            _____
                                                                                            UNITED STATES DISTRICT JUDGE