UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)
JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
   *Brownewell et al. v. Sanofi U.S. Services Inc., et al;*
   Civil Action No.: 2:18-cv-02387

## PLAINTIFF'S MOTION TO SUBSTITUTE JIM BROWNEWELL ON BEHALF OF HOPE BROWNEWELL

COMES NOW, Plaintiff Hope Brownewell and files this motion to substitute her surviving spouse, Jim Brownewell, as proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Hope Brownewell filed the present action in the United States District Court for the Eastern District of Louisiana on March 6, 2018.

2. Plaintiff Hope Brownewell died on January 2, 2018.

3. On April 16, 2020, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a); and

4. Jim Brownewell is the surviving spouse and proper party plaintiff pursuant to the laws of the State of Louisiana.

Dated: April 20, 2020

                               By: */s/ Debra Humphrey*
                               Debra Humphrey, Esq
                               **Marc J. Bern & Partners LLP**
                               One Grand Central
                               60 East 42nd Street, Suite 950
                               New York, NY 10165
                               DHumphey@BernLLP.com
                               Tel: (212) 702-5000
                               Fax: (212) 818-0164
                               *Attorney for Plaintiff*