UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) JUDGE MILAZZO |

**THIS DOCUMENT RELATES TO:**
*Brownewell et al. v. Sanofi U.S. Services Inc., et al;*
*Civil Action No.: 2:18-cv-02387*

## PROPOSED ORDER GRANTING SUBSTITUTION

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Party Plaintiff, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party Plaintiff is GRANTED, and that JAMES BROWNEWELL, as surviving spouse and designated Executrix of Hope Brownewell, may be substituted as the party plaintiff in this action.

SIGNED, this _____ day of _____, 2020.

_____
HON. JANE T. MILAZZO
United States District Judge