UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| JANICE INFUSINO, | : : | MAG. JUDGE NORTH |
| Plaintiff, v. | : : : : | Civil Action No.: 2:17-cv-10313 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

**PLAINTIFF'S MOTION TO PARTIALLY WITHDRAW SAGENT AS A DEFENDANT IN PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Janice Infusino, hereby respectfully moves to partially withdraw Sagent as a Defendant from her Motion for Leave to File an Amended Short Form Complaint. On March 25, 2020, Plaintiff filed an opposed motion for leave to file an amended Short Form Complaint to add Sagent Pharmaceuticals, Inc. ("Sagent"), Actavis Pharma, and Actavis LLC as Defendants after obtaining product identification of the docetaxel manufacturers in her chemotherapy treatment.

However, Plaintiff is an Illinois resident, and Sagent, upon information and belief, is an Illinois Corporation with its principal place of business in Illinois. Adding Sagent as a Defendant would destroy complete diversity. Therefore, Plaintiff respectfully moves to withdraw Sagent from her Motion for Leave to File an Amended Short Form Complaint. Plaintiff will still proceed with her Motion for Leave to File an Amended Short Form Complaint to add Actavis Pharma and Actavis LLC as defendants in her case. A Reply in Support of her Motion for Leave to Amend Short Form Complaint will be filed subsequently or contemporaneously to this Motion to Partially Withdraw Sagent as a Defendant.

Respectfully submitted on April 20, 2020.

By: */s/ Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
aaron@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 20, 2020                    */s/ Nathan Buttars*