**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Sandi Echelle*<br><br>*v.*<br><br>*Hospira, Inc. et al* | Civil Action No.: 2:17-cv-14548 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for

Plaintiff, Sandi Echelle

| | |
|---|---|
| Date: April 20, 2020 | */s/ Jade M. Ruiz*<br>Jade M. Ruiz<br>Texas Bar No. 24077836<br>Johnson Law Group<br>2925 Richmond Ave., Ste. 1700<br>Houston, TX 77098<br>Tel: 713-626-9336<br>Fax: 713-583-9460<br>jader@johnsonlawgroup.com |