## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| *Judy Cardwell* | Civil Action No.: 2:18-cv-02031 |
| *v.* | |
| *Sanofi-Aventis U.S. LLC et al* | |

### APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for

Plaintiff, Judy Cardwell.

Date: April 20, 2020

/s/ Jade M. Ruiz
Jade M. Ruiz
Texas Bar No. 24077836
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com