UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| PAMELA DEBOSE | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No.  19-CV-14254 |
| ACCORD HEALTHCARE, INC.., | : : : | |
| Defendant(s). | : : | |
| -------------------------------------------------------- | : : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Pamela DeBose hereby dismisses all claims in this matter with prejudice against all Defendants in this action Civil Action 19-cv-14254 only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Pamela DeBose, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 19-cv-13295.  All parties shall bear their own costs.

Dated this 21st  day of April 2020         By:  */s/ J. Christopher Elliott*
                                           J. Christopher Elliott, Esq.
                                           **BACHUS & SCHANKER, LLC**
                                           J. Kyle Bachus, Esq.
                                           Darin L. Schanker, Esq.
                                           101 West Colfax, Suite 650
                                           Denver, CO 80202
                                           Telephone: (303) 893-9800
                                           Facsimile: (303) 893-9900

Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net

*Attorneys for Plaintiff*


*/s/ Julie A. Callsen*
Julie A. Callsen (0062287)
Brenda A. Sweet (0085909)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:     216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*