UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs on Attached List | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs on the attached list and in the MDL 2740.

Date: April 21, 2020

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com

| | |
|---|---|
| Joseph, Natacha | 2:17-cv-17947 |
| Luke, Kaia | 2:17-cv-12876 |
| Murray, Carol | 2:17-cv-12356 |
| Nnyanzi, Vanessa | 2:17-cv-12884 |
| Pierce, Demetria | 2:17-cv-11075 |
| Platero, Johna | 2:17-cv-12393 |
| Richmond, Mary | 2:17-cv-13108 |
| Salerno, Deborah | 2:17-cv-12441 |
| Singleton, Patricia | 2:17-cv-11125 |
| Smiley, Tamisha | 2:17-cv-11129 |
| Vincent, Lolita | 2:17-cv-12931 |
| Weathers, Brenda | 2:17-cv-12447 |
| Young, Rosita | 2:18-cv-08037 |