UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| This document relates to: Cindy Broussard, 2:16-cv-17624 | JUDGE JANE TRICHE MILAZZO |
| Mary Madonna Fowler, 16-cv-17618 Yvette Daniels Gaudet, 16-cv-17627 Blynda Smith, 17-cv-617 | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Before the Court are several Motions to Enroll as Counsel (Docs. 9836, 9837, 9838, and 9839);

**IT IS ORDERED** that the Motions are **GRANTED**. Scott R. Bickford and Lawrence J. Centola of/and the law firm of Martzell, Bickford & Centola are enrolled as additional counsel of record.

New Orleans, Louisiana, this 21st day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE