UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Miriam Kridner
Case No.: 16-cv-16945

## ORDER

Upon Plaintiff's Motion to Substitute Charles Kridner on behalf of Miriam Kridner (Doc. 9783);

**IT IS ORDERED** that the Motion is **GRANTED**, and Charles Kridner is substituted as the plaintiff in this action.

New Orleans, Louisiana, this 21st day of April, 2020.

The Hon. Jane Triche Milazzo