UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENTS RELATES TO
Kelly Gahan, Case No. 2:16-cv-15283

## ORDER

Considering the Motion for Leave to File Reply in Support of Motion to Tax Costs Against Plaintiff Kelly Gahan, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of Motion to Tax Costs Against Plaintiff Kelly Gahan, is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE