# EXHIBIT B

| Invoice No. | Invoice Date | Invoice Amount | Balance+ | Invoice Paid | BU | Order-Part No. | Part Order Date | Case Name | Sold To Firm | Sold To Contact |
|---|---|---|---|---|---|---|---|---|---|---|
| 1214322 | 11/16/2017 | 56.00 | 0.00 | 12/12/2017 | LRS | 33310.001 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1214440 | 11/21/2017 | 56.00 | 0.00 | 12/12/2017 | LRS | 33310.013 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1214520 | 11/27/2017 | 58.54 | 0.00 | 12/12/2017 | LRS | 33310.001 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1214668 | 11/29/2017 | 59.20 | 0.00 | 12/12/2017 | LRS | 33310.002 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1214760 | 11/30/2017 | 56.00 | 0.00 | 12/12/2017 | LRS | 33310.008 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1215980 | 1/9/2018 | 56.00 | 0.00 | 4/30/2018 | LRS | 33310.011 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1215981 | 1/9/2018 | 20.00 | 0.00 | 4/30/2018 | LRS | 33310.007 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1216157 | 1/16/2018 | 56.00 | 0.00 | 4/30/2018 | LRS | 33310.010 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1216490 | 1/24/2018 | 20.00 | 0.00 | 4/23/2018 | LRS | 33310.005 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1216600 | 1/26/2018 | 204.66 | 0.00 | 4/23/2018 | LRS | 33310.009 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1216670 | 1/29/2018 | 20.00 | 0.00 | 4/23/2018 | LRS | 33310.010 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1217061 | 2/2/2018 | 1,473.06 | 0.00 | 3/9/2018 | LRS | 33310.003 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1218199 | 2/21/2018 | 20.00 | 0.00 | 3/9/2018 | LRS | 33310.006 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1220104 | 3/29/2018 | 123.75 | 0.00 | 4/17/2018 | LRS | 33310.014 | 11/29/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1220580 | 4/10/2018 | 56.00 | 0.00 | 5/8/2018 | LRS | 33310.025 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1220600 | 4/11/2018 | 56.00 | 0.00 | 5/8/2018 | LRS | 33310.022 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1220660 | 4/12/2018 | 56.00 | 0.00 | 5/8/2018 | LRS | 33310.016 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1220899 | 4/17/2018 | 86.11 | 0.00 | 4/30/2018 | LRS | 33310.029 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221186 | 4/24/2018 | 56.00 | 0.00 | 5/8/2018 | LRS | 33310.019 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221227 | 4/24/2018 | 56.00 | 0.00 | 5/8/2018 | LRS | 33310.038 | 4/16/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221307 | 4/24/2018 | 56.00 | 0.00 | 5/8/2018 | LRS | 33310.028 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221324 | 4/25/2018 | 56.00 | 0.00 | 5/8/2018 | LRS | 33310.043 | 4/24/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221337 | 4/25/2018 | 56.00 | 0.00 | 5/8/2018 | LRS | 33310.034 | 4/11/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221356 | 4/26/2018 | 46.00 | 0.00 | 5/8/2018 | LRS | 33310.042 | 4/19/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221364 | 4/26/2018 | 56.00 | 0.00 | 5/8/2018 | LRS | 33310.021 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221542 | 4/30/2018 | 56.00 | 0.00 | 5/8/2018 | LRS | 33310.033 | 4/11/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221718 | 5/1/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.037 | 4/16/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221737 | 5/2/2018 | 111.00 | 0.00 | 6/13/2018 | LRS | 33310.026 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221738 | 5/2/2018 | 75.00 | 0.00 | 6/13/2018 | LRS | 33310.026 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1221878 | 5/7/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.045 | 4/30/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222125 | 5/11/2018 | 72.70 | 0.00 | 6/13/2018 | LRS | 33310.046 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222213 | 5/14/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.036 | 4/12/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222232 | 5/15/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.061 | 5/14/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222423 | 5/16/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.060 | 5/9/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222437 | 5/16/2018 | 20.00 | 0.00 | 6/13/2018 | LRS | 33310.060 | 5/9/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222470 | 5/18/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.054 | 5/9/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222486 | 5/18/2018 | 105.17 | 0.00 | 6/13/2018 | LRS | 33310.047 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222568 | 5/21/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.023 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222681 | 5/22/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.049 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222685 | 5/22/2018 | 20.00 | 0.00 | 6/13/2018 | LRS | 33310.061 | 5/14/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222776 | 5/24/2018 | 40.02 | 0.00 | 6/13/2018 | LRS | 33310.047 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222788 | 5/24/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.065 | 5/22/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222820 | 5/24/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.039 | 4/16/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222859 | 5/24/2018 | 51.00 | 0.00 | 6/13/2018 | LRS | 33310.057 | 5/9/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222910 | 5/25/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.044 | 4/25/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1222921 | 5/25/2018 | 299.75 | 0.00 | 6/13/2018 | LRS | 33310.051 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223152 | 5/31/2018 | 385.12 | 0.00 | 6/13/2018 | LRS | 33310.052 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223181 | 5/31/2018 | 56.00 | 0.00 | 6/13/2018 | LRS | 33310.015 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223189 | 6/1/2018 | 56.00 | 0.00 | 7/16/2018 | LRS | 33310.035 | 4/11/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1223245 | 6/4/2018 | 51.00 | 0.00 | 7/16/2018 | LRS | 33310.040 | 4/17/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223341 | 6/5/2018 | 56.00 | 0.00 | 7/16/2018 | LRS | 33310.059 | 5/9/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223415 | 6/5/2018 | 56.00 | 0.00 | 7/16/2018 | LRS | 33310.066 | 5/23/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223426 | 6/6/2018 | 20.00 | 0.00 | 7/16/2018 | LRS | 33310.052 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223438 | 6/6/2018 | 56.00 | 0.00 | 7/16/2018 | LRS | 33310.058 | 5/9/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223535 | 6/7/2018 | 122.54 | 0.00 | 7/16/2018 | LRS | 33310.062 | 5/18/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223562 | 6/7/2018 | 61.75 | 0.00 | 7/16/2018 | LRS | 33310.048 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223586 | 6/8/2018 | 100.00 | 0.00 | 7/16/2018 | LRS | 33310.046 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223588 | 6/11/2018 | 91.05 | 0.00 | 7/16/2018 | LRS | 33310.056 | 5/9/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223791 | 6/12/2018 | 81.00 | 0.00 | 7/16/2018 | LRS | 33310.015 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223898 | 6/14/2018 | 56.00 | 0.00 | 7/16/2018 | LRS | 33310.050 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223959 | 6/14/2018 | 99.94 | 0.00 | 7/16/2018 | LRS | 33310.068 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223974 | 6/14/2018 | 20.00 | 0.00 | 7/16/2018 | LRS | 33310.037 | 4/16/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1223986 | 6/14/2018 | 85.25 | 0.00 | 7/16/2018 | LRS | 33310.053 | 5/9/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224142 | 6/19/2018 | 74.53 | 0.00 | 7/16/2018 | LRS | 33310.064 | 5/18/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224189 | 6/19/2018 | 56.00 | 0.00 | 7/16/2018 | LRS | 33310.017 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224348 | 6/22/2018 | 74.53 | 0.00 | 7/16/2018 | LRS | 33310.020 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224402 | 6/22/2018 | 56.00 | 0.00 | 7/16/2018 | LRS | 33310.030 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224420 | 6/25/2018 | 56.00 | 0.00 | 7/16/2018 | LRS | 33310.072 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224480 | 6/25/2018 | 719.56 | 0.00 | 7/16/2018 | LRS | 33310.076 | 6/7/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224510 | 6/26/2018 | 64.53 | 0.00 | 7/16/2018 | LRS | 33310.031 | 4/4/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224534 | 6/26/2018 | 56.00 | 0.00 | 7/16/2018 | LRS | 33310.032 | 4/11/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224551 | 6/26/2018 | 77.07 | 0.00 | 7/16/2018 | LRS | 33310.050 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224573 | 6/26/2018 | 60.84 | 0.00 | 7/16/2018 | LRS | 33310.018 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224655 | 6/27/2018 | 20.00 | 0.00 | 7/16/2018 | LRS | 33310.051 | 5/2/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224679 | 6/27/2018 | 36.00 | 0.00 | 7/16/2018 | LRS | 33310.069 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224729 | 6/28/2018 | 36.00 | 0.00 | 7/16/2018 | LRS | 33310.075 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1224944 | 7/3/2018 | 88.01 | 0.00 | 8/8/2018 | LRS | 33310.063 | 5/18/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1225022 | 7/6/2018 | 20.00 | 0.00 | 8/8/2018 | LRS | 33310.063 | 5/18/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1225062 | 7/6/2018 | 46.00 | 0.00 | 8/8/2018 | LRS | 33310.067 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1225101 | 7/9/2018 | 88.01 | 0.00 | 8/8/2018 | LRS | 33310.076 | 6/7/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1225145 | 7/10/2018 | 56.00 | 0.00 | 8/8/2018 | LRS | 33310.055 | 5/9/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1225299 | 7/16/2018 | 56.00 | 0.00 | 8/8/2018 | LRS | 33310.079 | 6/13/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1225463 | 7/17/2018 | 66.00 | 0.00 | 8/8/2018 | LRS | 33310.081 | 7/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1225478 | 7/18/2018 | 168.50 | 0.00 | 8/8/2018 | LRS | 33310.024 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1225486 | 7/18/2018 | 101.05 | 0.00 | 8/8/2018 | LRS | 33310.080 | 6/13/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1225826 | 7/26/2018 | 56.00 | 0.00 | 8/8/2018 | LRS | 33310.083 | 7/18/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1225839 | 7/26/2018 | 56.00 | 0.00 | 8/15/2018 | LRS | 33310.084 | 7/20/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226004 | 7/31/2018 | 56.00 | 0.00 | 8/15/2018 | LRS | 33310.073 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226037 | 7/31/2018 | 36.00 | 0.00 | 8/15/2018 | LRS | 33310.027 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226079 | 7/31/2018 | 56.00 | 0.00 | 8/15/2018 | LRS | 33310.082 | 7/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226174 | 8/2/2018 | 18.30 | 0.00 | 9/14/2018 | LRS | 33310.014 | 11/29/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226234 | 8/2/2018 | 283.65 | 0.00 | 9/14/2018 | LRS | 33310.014 | 11/29/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226304 | 8/14/2018 | 248.20 | 0.00 | 9/14/2018 | LRS | 33310.017 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226495 | 8/9/2018 | 56.00 | 0.00 | 9/14/2018 | LRS | 33310.074 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226562 | 8/10/2018 | 58.53 | 0.00 | 9/14/2018 | LRS | 33310.062 | 5/18/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226813 | 8/16/2018 | 51.00 | 0.00 | 9/14/2018 | LRS | 33310.041 | 4/19/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226846 | 8/16/2018 | 155.00 | 0.00 | 9/14/2018 | LRS | 33310.017 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1226927 | 8/17/2018 | 36.00 | 0.00 | 9/14/2018 | LRS | 33310.070 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1227200 | 8/23/2018 | 36.00 | 0.00 | 9/14/2018 | LRS | 33310.078 | 6/13/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1227365 | 8/28/2018 | 71.00 | 0.00 | 9/14/2018 | LRS | 33310.071 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1227920 | 9/10/2018 | 88.12 | 0.00 | 10/10/2018 | LRS | 33310.077 | 6/13/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1228046 | 9/13/2018 | 56.00 | 0.00 | 10/10/2018 | LRS | 33310.086 | 7/27/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1228312 | 9/19/2018 | 20.00 | 0.00 | 10/10/2018 | LRS | 33310.071 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1229473 | 10/10/2018 | 56.00 | 0.00 | 11/14/2018 | LRS | 33310.089 | 9/20/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1229474 | 10/10/2018 | 56.00 | 0.00 | 11/14/2018 | LRS | 33310.090 | 9/20/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1229512 | 10/10/2018 | 20.00 | 0.00 | 11/14/2018 | LRS | 33310.086 | 7/27/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1230244 | 10/26/2018 | 56.00 | 0.00 | 11/14/2018 | LRS | 33310.070 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1232055 | 12/5/2018 | 336.01 | 0.00 | 1/15/2019 | LRS | 33310.085 | 7/20/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1232420 | 12/12/2018 | 38.53 | 0.00 | 1/24/2019 | LRS | 33310.073 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1232421 | 12/12/2018 | 74.53 | 0.00 | 1/24/2019 | LRS | 33310.074 | 6/6/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1232866 | 12/27/2018 | 105.64 | 0.00 | 1/24/2019 | LRS | 33310.087 | 8/10/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1233385 | 1/3/2019 | 36.00 | 0.00 | 1/18/2019 | LRS | 33310.092 | 10/4/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1235217 | 2/4/2019 | 56.00 | 0.00 | 3/13/2019 | LRS | 33310.094 | 1/17/2019 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1235737 | 2/13/2019 | 42.01 | 0.00 | 3/13/2019 | LRS | 33310.094 | 1/17/2019 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1236679 | 3/8/2019 | 38.53 | 0.00 | 4/17/2019 | LRS | 33310.028 | 4/3/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1241587 | 6/17/2019 | 36.00 | 0.00 | 9/20/2019 | LRS | 33310.091 | 10/4/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1242613 | 7/9/2019 | 60.00 | 0.00 | 9/20/2019 | LRS | 33310.088 | 8/23/2018 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1248395 | 12/9/2019 | 36.00 | 0.00 | 2/21/2020 | LRS | 33310.095 | 7/15/2019 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1215162 | 12/13/2017 | 163.73 | 176.83 | | LRS | 33310.004 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1215123 | 12/12/2017 | 20.00 | 21.60 | | LRS | 33310.002 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1215134 | 12/12/2017 | 56.00 | 60.48 | | LRS | 33310.005 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1215277 | 12/19/2017 | 56.00 | 60.48 | | LRS | 33310.007 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1215313 | 12/20/2017 | 60.21 | 65.03 | | LRS | 33310.002 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| 1215095 | 12/11/2017 | 88.01 | 95.05 | | LRS | 33310.012 | 11/8/2017 | Kelly Gahan v. Sanofi S.A., et al. | Shook, Hardy & Bacon L.L.P. | Harley V. Ratliff |
| | | Total= 10,841.24 | Total= 479.47 | | | | | | | |
| Void: No (124 Items) | | | | | | | | | | |