UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

## ORDER

Considering the Motion for Leave to File Response to Plaintiff's Notice of Supplemental Authority (Doc. 9549);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that Defendants' proposed Response to Plaintiff's Notice of Supplemental Authority is hereby entered into the Court's docket.

New Orleans, Louisiana, this 21st day of April, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE