# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Dora Sanford, Case No. 2:17-cv-09417 |

## [PROPOSED] ORDER

Considering the Motion for Leave to File Hospira's Reply in Support of its Motion for Summary Judgment Based on the Statute of Limitations (*See* ECF No. 9508), filed by Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira");

**IT IS HEREBY ORDERED** that Hospira's Motion is **GRANTED**, and that Hospira's Reply in Support of its Motion for Summary Judgment Based on the Statute of Limitations is hereby entered into the Court's docket.

New Orleans, Louisiana, on this ___ day of April, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE