# EXHIBIT 17



1 OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

2 OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

3a PAT. CNTL # [redacted]
b. MED. REC. #

4 TYPE OF BILL: 131

5 FED. TAX NO. [redacted]

6 STATEMENT COVERS PERIOD FROM: 080613 THROUGH: 080613

8 PATIENT NAME: SANFORD , DORA, J

9 PATIENT ADDRESS: [redacted] ZACHARY LA 70791

10 BIRTHDATE: [redacted]1957 11 SEX: F

15 SRC: 1 17 STAT: 01

38: SANFORD, DORA, J
[redacted]
ZACHARY LA 70791
[redacted]

39 VALUE CODES AMOUNT: 0.00

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | N458063079725 ML5.0000 | J2469 | 080613 | 10.00 | 1042 00 | | |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 080613 | 1.00 | 132 00 | | |
| 0636 | N463323016501 ML3.0000 | J1100 | 080613 | 12.00 | 27 60 | | |
| 0636 | N464253033335 ML0.5000 | J1642 | 080613 | 5.00 | 0 25 | | |
| 0636 | N455390023301 UN20.0000 | J9000 | 080613 | 20.00 | 978 00 | | |
| 0335 | Chemo IV Push Single | 96409 | 080613 | 1.00 | 275 00 | | |
| 0260 | Therapeutic - IV Sequential | 96367 | 080613 | 1.00 | 132 00 | | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | | TOTALS | 2586 85 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL. INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | [redacted] | Y | Y | | | [redacted] |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | [redacted] | | [redacted] |

63 TREATMENT AUTHORIZATION CODES

64 DOCUMENT CONTROL NUMBER

65 EMPLOYER NAME

66 DX: 9 67: 174.2 V58.11

69 ADMIT DX

70 PATIENT REASON DX

74 PRINCIPAL PROCEDURE CODE DATE

OTHER PROCEDURE CODE DATE

76 ATTENDING NPI 1659394583 QUAL
LAST PATTEN FIRST JUDD

77 OPERATING NPI QUAL
LAST FIRST

78 OTHER NPI QUAL
LAST FIRST

79 OTHER NPI QUAL
LAST FIRST

80 REMARKS

81CC a b c d

UB-04 CMS-1450 APPROVED OMB NO. 0938-0997 NUBC LIC9213257

THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

00001

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | | 3a PAT.<br>CNTL #<br>b. MED.<br>REC. #<br>5 FED. TAX NO. | | | STATEMENT COVERS PERIOD<br>FROM    THROUGH<br>082713   082713 | | 131 |

| 8 PATIENT NAME | 9 PATIENT ADDRESS | | | | |
|---|---|---|---|---|---|
| SANFORD, DORA, J | | ZACHARY | | LA | 70791 |
| 10 BIRTHDATE 1957 | 11 SEX | | 17 STAT 01 | 3 | 1 |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES |
|---|---|---|---|---|---|
| 0636 | N455390023301 UN4.0000 | J9000 | 082713 | 20.00 | 978 00 |
| 0636 | N458063079725 ML5.0000 | J2469 | 082713 | 10.00 | 1042 00 |
| 0636 | N463323016501 ML3.0000 | J1100 | 082713 | 12.00 | 27 60 |
| 0636 | N464253033335 ML0.5000 | J1642 | 082713 | 5.00 | 0 25 |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 082713 | 1.00 | 132 00 |
| 0260 | Therapeutic - IV Sequential | 96367 | 082713 | 1.00 | 132 00 |
| 0335 | Chemo IV Single/Initial up | 96413 | 082713 | 1.00 | 750 00 |

0001 PAGE 1 OF 1    CREATION DATE 09/27/16    TOTALS    3061 85

UNITED HEALTHCARE COMMUNIT    Y   Y

SANFORD, DORA, J    18

66 DX 171.1   174.2   V58.11

78 ATTENDING NPI 659394583
LAST PATTEN   FIRST JUDD





1 OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

2 OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

3a PAT CNTL # [redacted]
4 TYPE OF BILL 131
5 FED TAX NO. [redacted]
6 STATEMENT COVERS PERIOD FROM 091713 THROUGH 091713

8 PATIENT NAME: SANFORD , DORA, J
9 PATIENT ADDRESS: [redacted] ZACHARY LA 70791

10 BIRTHDATE: [redacted] 1957
11 SEX: F
14 TYPE: 3
15 SRC: 1
17 STAT: 01

38 SANFORD, DORA, J
[redacted]
ZACHARY LA 70791
[redacted]

39 VALUE CODES AMOUNT: 0.00

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES |
|---|---|---|---|---|---|
| 0636 | N400186153013 ML15.0000 | J9000 | 091713 | 3.00 | 255.00 |
| 0636 | N455390023301 UN3.0000 | J9000 | 091713 | 15.00 | 733.50 |
| 0335 | Chemo IV Push Single | 96409 | 091713 | 1.00 | 275.00 |
| 0260 | Therapeutic - IV Sequential | 96367 | 091713 | 1.00 | 132.00 |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 091713 | 1.00 | 132.00 |
| 0636 | N463323016501 ML3.0000 | J1100 | 091713 | 12.00 | 27.00 |
| 0636 | N464253033335 ML0.5000 | J1642 | 091713 | 5.00 | 0.25 |
| 0636 | N458063079725 ML5.0000 | J2469 | 091713 | 10.00 | 1042.00 |
| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | | TOTALS | 2597.[redacted] |

50 PAYER NAME: UNITED HEALTHCARE COMMUNIT
51 HEALTH PLAN ID: [redacted]
52 REL INFO: Y
53 ASG BEN: Y
56 NPI: [redacted]

58 INSURED'S NAME: SANFORD, DORA, J
59 P. REL: 18
60 INSURED'S UNIQUE ID: [redacted]
62 INSURANCE GROUP NO.: [redacted]

63 TREATMENT AUTHORIZATION CODES
64 DOCUMENT CONTROL NUMBER
65 EMPLOYER NAME

66 DX: 9 V58.11 174.1 174.2

69 ADMIT DX
70 PATIENT REASON DX
74 PRINCIPAL PROCEDURE CODE DATE
76 ATTENDING NPI 1659394583 LAST PATTEN FIRST JUDD
77 OPERATING NPI
78 OTHER NPI
79 OTHER NPI
80 REMARKS

UB-04 CMS-1450 APPROVED OMB NO 0938-0997 NUBC UC3810508
THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

00003

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | 2 OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | | 3a PAT. CNTL #<br>b MED. REC # | | | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD<br>FROM   THROUGH<br>100813   100813 | | 7 | | | | 131 |

| 8 PATIENT NAME | 9 PATIENT ADDRESS | | | |
|---|---|---|---|---|
| b SANFORD, DORA, J | b ZACHARY | c LA | d 70791 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | F | | | 3 | 1 | | 01 | | | | | | | | | | | | | |

| 38 | 39 VALUE CODES<br>CODE  AMOUNT | 40 VALUE CODES<br>CODE  AMOUNT | 41 VALUE CODES<br>CODE  AMOUNT |
|---|---|---|---|
| SANFORD, DORA, J<br><br>ZACHARY LA 70791 | a 0.00<br>b<br>c<br>d | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | N461703033956 ML0.2000 | J9045 | 100813 | 12.00 | 170 40 | | |
| 0636 | N461703036018 UN3.0000 | J9045 | 100813 | 3.00 | 2134 95 | | |

| 0001 | PAGE 1 OF 1 | | CREATION DATE 09/27/16 | TOTALS | 2305 35 | |
|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | | Y | Y | | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| | | |

| 66 DX | V58.11 | 174.1 | 174.2 | | | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | | | | | | | | | | |

| 69 ADMIT DX | 70 PATIENT REASON DX | 71 PPS CODE | 72 ECI | | | 73 |
|---|---|---|---|---|---|---|
| 74 PRINCIPAL PROCEDURE<br>CODE  DATE | a OTHER PROCEDURE<br>CODE  DATE | b OTHER PROCEDURE<br>CODE  DATE | 75 | 76 ATTENDING NPI 1659394583<br>LAST PATTEN   FIRST JUDD | QUAL | |
| c OTHER PROCEDURE<br>CODE  DATE | d OTHER PROCEDURE<br>CODE  DATE | e OTHER PROCEDURE<br>CODE  DATE | | 77 OPERATING NPI<br>LAST   FIRST | QUAL | |
| 80 REMARKS | 81CC a<br>b<br>c<br>d | | | 78 OTHER NPI<br>LAST   FIRST<br>79 OTHER NPI<br>LAST   FIRST | QUAL<br>QUAL | |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC LIC3810506   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

00005

| | | | | | | |
|---|---|---|---|---|---|---|
| OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | | | STATEMENT COVERS PERIOD<br>FROM 111913 THROUGH 111913 | | 131 |

Patient: SANFORD, DORA, J — ZACHARY LA 70791
Birthdate: 1957

| Rev CD | Description | HCPCS | Serv Date | Serv Units | Total Charges |
|---|---|---|---|---|---|
| 0300 | A-Venipuncture Routine | 36415 | 111913 | 1.00 | 20.00 |
| 0305 | CBC-Auto | 85025 | 111913 | 1.00 | 88.00 |
| 0301 | Comprehensive Metabolic Pan | 80053 | 111913 | 1.00 | 40.00 |
| 0301 | LDH | 83615 | 111913 | 1.00 | 63.00 |
| 0301 | Magnesium - Serum | 83735 | 111913 | 1.00 | 66.00 |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 111913 | 1.00 | 132.00 |
| 0335 | Chemo SeqIV | 96417 | 111913 | 2.00 | 610.00 |
| 0335 | Chemo IV Single/Initial up | 96413 | 111913 | 1.00 | 750.00 |
| 0260 | Therapeutic - IV Sequential | 96367 | 111913 | 1.00 | 132.00 |
| 0636 | N400069454702 ML3.0000 | J1100 | 111913 | 12.00 | 27.60 |
| 0636 | N464253033335 ML0.5000 | J1642 | 111913 | 5.00 | 0.25 |
| 0636 | N462856079701 ML5.0000 | J2469 | 111913 | 10.00 | 1042.00 |
| 0636 | N461703033950 UN1.0000 | J9045 | 111913 | 9.00 | 220.50 |
| 0636 | N461703036018 UN2.0000 | J9045 | 111913 | 2.00 | 1423.30 |
| 0636 | N400409020102 ML27.5000 | J9171 | 111913 | 55.00 | 2414.50 |
| 0636 | N400409020110 ML40.0000 | J9171 | 111913 | 80.00 | 4764.00 |
| 0636 | N450242013468 UN0.8600 | J9355 | 111913 | 38.00 | 6716.50 |

PAGE 1 OF 1   CREATION DATE 09/27/16   TOTALS 18509.65

Payer: UNITED HEALTHCARE COMMUNIT

Insured: SANFORD, DORA, J   18

DX: 174.1   174.2   V58.11   9

Attending NPI: 1659394583   LAST: PATTEN   FIRST: TODD

00006

SanfordD-PPR-   00006







OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

3a PAT. CNTL # / b MED. REC. # [redacted]

4 TYPE OF BILL 131

5 FED. TAX NO. [redacted]

6 STATEMENT COVERS PERIOD FROM 123013 THROUGH 123013

8 PATIENT NAME: SANFORD, DORA, J

9 PATIENT ADDRESS: [redacted] ZACHARY LA 70791

10 BIRTHDATE: [redacted]1957 | 11 SEX: F | 14 TYPE: 3 | 15 SRC: 1 | 17 STAT: 01

38: SANFORD, DORA, J
[redacted]
ZACHARY LA 70791
[redacted]

39 VALUE CODES AMOUNT: 0.00

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0335 | Chemo IV Single/Initial up | 96413 | 123013 | 1.00 | 750 00 | |
| 0260 | Therapeutic - IV Sequential | 96367 | 123013 | 1.00 | 132 00 | |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 123013 | 1.00 | 132 00 | |
| 0636 | N463323016501 ML3.0000 | J1100 | 123013 | 12.00 | 34 80 | |
| 0301 | Comprehensive Metabolic Pan | 80053 | 123013 | 1.00 | 40 00 | |
| 0301 | LDH | 83615 | 123013 | 1.00 | 63 00 | |
| 0305 | CBC-Auto | 85025 | 123013 | 1.00 | 88 00 | |
| 0335 | Chemo SeqIV | 96417 | 123013 | 2.00 | 610 00 | |
| 0300 | A-Venipuncture Routine | 36415 | 123013 | 1.00 | 20 00 | |
| 0636 | N464253033335 ML0.5000 | J1642 | 123013 | 5.00 | 0 25 | |
| 0636 | N462856079701 ML5.0000 | J2469 | 123013 | 10.00 | 1042 00 | |
| 0636 | N461703036018 UN2.0000 | J9045 | 123013 | 2.00 | 1423 30 | |
| 0636 | N461703033950 UN1.0000 | J9045 | 123013 | 9.00 | 220 50 | |
| 0636 | N400409020102 ML67.5000 | J9171 | 123013 | 135.00 | 5926 50 | |
| 0636 | N450242013468 UN0.8900 | J9355 | 123013 | 39.00 | 6893 25 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | | TOTALS | 17375 60 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL. INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | [redacted] | Y | Y | | | [redacted] |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | [redacted] | | [redacted] |

63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME

66 DX: 9 | 174.1 | V58.11 | 174.2

69 ADMIT DX | 70 PATIENT REASON DX | 72 ECI

74 PRINCIPAL PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE

76 ATTENDING NPI 1659394583 QUAL
LAST PATTEN FIRST JOHN

77 OPERATING NPI QUAL
LAST FIRST

78 OTHER NPI QUAL
LAST FIRST

79 OTHER NPI QUAL
LAST FIRST

80 REMARKS

81CC a b c d

UB-04 CMS-1450 APPROVED OMB NO. 0938-0997 NUBC National Uniform Billing Committee LIC9213257 THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

00007

OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

3a PAT CNTL # [redacted]
b MED REC # [redacted]
4 TYPE OF BILL 131
5 FED TAX NO. [redacted]
6 STATEMENT COVERS PERIOD FROM 012114 THROUGH 012114

8 PATIENT NAME: SANFORD, DORA, J
9 PATIENT ADDRESS: [redacted] ZACHARY LA 70791

10 BIRTHDATE [redacted]1957 | 11 SEX F | 14 TYPE 3 | 15 SRC 1 | 17 STAT 01

38 SANFORD, DORA, J
[redacted]
ZACHARY LA 70791
[redacted]

39 VALUE CODES AMOUNT: 0.00

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0301 | LDH | 83615 | 012114 | 1.00 | 63 00 | |
| 0300 | A-Venipuncture Routine | 36415 | 012114 | 1.00 | 20 00 | |
| 0301 | Comprehensive Metabolic Pan | 80053 | 012114 | 1.00 | 40 00 | |
| 0305 | CBC-Auto | 85025 | 012114 | 1.00 | 88 00 | |
| 0335 | Chemo SeqIV | 96417 | 012114 | 2.00 | 610 00 | |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 012114 | 1.00 | 132 00 | |
| 0335 | Chemo IV Single/Initial up | 96413 | 012114 | 1.00 | 750 00 | |
| 0260 | Therapeutic - IV Sequential | 96367 | 012114 | 1.00 | 132 00 | |
| 0636 | N400409020110 ML67.5000 | J9171 | 012114 | 135.00 | 8039 25 | |
| 0636 | N464253033335 ML0.5000 | J1642 | 012114 | 5.00 | 0 25 | |
| 0636 | N462856079701 ML5.0000 | J2469 | 012114 | 10.00 | 1042 00 | |
| 0636 | N450242013468 UN0.8900 | J9355 | 012114 | 39.00 | 6893 25 | |
| 0636 | N463323016501 ML3.0000 | J1100 | 012114 | 12.00 | 34 80 | |
| 0636 | N461703033950 UN1.0000 | J9045 | 012114 | 9.00 | 220 50 | |
| 0636 | N461703036018 UN1.0000 | J9045 | 012114 | 1.00 | 711 65 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | | 18776 70 | |

50 PAYER NAME: UNITED HEALTHCARE COMMUNIT | 51 HEALTH PLAN ID: [redacted] | 52 REL INFO: Y | 53 ASG BEN: Y | 56 NPI: [redacted]

58 INSURED'S NAME: SANFORD, DORA, J | 59 P. REL: 18 | 60 INSURED'S UNIQUE ID: [redacted] | 62 INSURANCE GROUP NO.: [redacted]

63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME

66 DX: 9 | 67: 174.1 | 174.2 | V58.11

76 ATTENDING NPI 1659394583 | LAST PATTEN | FIRST JUDD

77 OPERATING NPI | LAST | FIRST
78 OTHER NPI | LAST | FIRST
79 OTHER NPI | LAST | FIRST

80 REMARKS

UB-04 CMS-1450 APPROVED OMB NO. 0938-0997 NUBC LIC9213257
THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

00008

| 42 REV CD | DESCRIPTION | HCPCS/RATES/HIPPS CODE | SERV DATE | SERV UNITS | TOTAL CHARGES |
|---|---|---|---|---|---|
| 0301 | LDH | 83615 | 030414 | 1.00 | 63.00 |
| 0636 | N464253033335 ML0.5000 | J1642 | 030414 | 5.00 | 0.25 |
| 0636 | N450242013468 UN0.8900 | J9355 | 030414 | 39.00 | 7306.65 |
| 0301 | Comprehensive Metabolic Pan | 80053 | 030414 | 1.00 | 223.00 |
| 0305 | CBC-Auto | 85025 | 030414 | 1.00 | 88.00 |
| 0335 | Chemo IV Single/Initial up | 96413 | 030414 | 1.00 | 795.00 |
| 0300 | A-Venipuncture Routine | 36415 | 030414 | 1.00 | 28.00 |

OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

SANFORD, DORA, J — ZACHARY LA 70791

Birthdate: 1957

TOTALS: 8503.90
CREATION DATE 09/27/16

PAYER: UNITED HEALTHCARE COMMUNIT
INSURED: SANFORD, DORA, J

Diagnosis: 174.1  174.2  V50.11

NPI: 1659394583
LAST: PATTEN  FIRST: JUDD

00009

SanfordD-PPR- 00009





OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

3a PAT. CNTL # [redacted]
b. MED. REC. # [redacted]
4 TYPE OF BILL 131
5 FED. TAX NO. [redacted]
6 STATEMENT COVERS PERIOD FROM 032614 THROUGH 032614

8 PATIENT NAME: SANFORD, DORA, J
9 PATIENT ADDRESS: [redacted] ZACHARY LA 70791

10 BIRTHDATE: [redacted]1957 | 11 SEX: F | 12 ADMISSION DATE | 13 HR | 14 TYPE: 3 | 15 SRC: 1 | 16 DHR | 17 STAT: 01

38: SANFORD, DORA, J
[redacted]
ZACHARY LA 70791
[redacted]

39 VALUE CODES AMOUNT: 1.00

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0301 | CBC WITH AUTO DIFF | 85025 | 032614 | 1.00 | 88 00 | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 032614 | 1.00 | 223 00 | |
| 0301 | PT | 85610 | 032614 | 1.00 | 30 00 | |
| 0636 | N450242013468 UN44.0000 | J9355 | 032614 | 39.00 | 7306 65 | |
| 0335 | Chemo IV Single/Initial up | 96413 | 032614 | 1.00 | 795 00 | |
| 0636 | N464253033335 UN0.5000 | J1642 | 032614 | 5.00 | 0 25 | |
| 0301 | LDH-SERUM | 83615 | 032614 | 1.00 | 71 00 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 03/27/14 | TOTALS | | 8513 90 | |

50 PAYER NAME: UNITED HEALTHCARE COMMUNIT
51 HEALTH PLAN ID: [redacted]
52 REL. INFO: Y
53 ASG. BEN.: Y
56 NPI: [redacted]

58 INSURED'S NAME: SANFORD, DORA, J
59 P. REL: 18
60 INSURED'S UNIQUE ID: [redacted]
62 INSURANCE GROUP NO.: [redacted]

63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME

66 DX: 174.3 | 174.2 | V58.11
9

76 ATTENDING NPI 1659394583
LAST PATTEN FIRST JUDD

77 OPERATING NPI
78 OTHER NPI
79 OTHER NPI

80 REMARKS

UB-04 CMS-1450 APPROVED OMB NO. 0938-0997 NUBC LIC9210506 THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

00010

OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

3a PAT. CNTL # [redacted]
b MED. REC. # [redacted]
131
5 FED. TAX NO. [redacted]
6 STATEMENT COVERS PERIOD FROM 041514 THROUGH 041514

8 PATIENT NAME: SANFORD , DORA, J
9 PATIENT ADDRESS: [redacted] ZACHARY LA 70791

10 BIRTHDATE: [redacted]1957
11 SEX: F
14 TYPE: 3
15 SRC: 1
17 STAT: 01

38: SANFORD, DORA, J
[redacted]
ZACHARY LA 70791
[redacted]

39 VALUE CODES AMOUNT: a 0.00

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0335 | Chemo IV Single/Initial up | 96413 | 041514 | 1.00 | 795 00 | |
| 0636 | N450242013468 UN0.8600 | J9355 | 041514 | 38.00 | 7119 30 | |
| 0301 | LDH-SERUM | 83615 | 041514 | 1.00 | 71 00 | |
| 0301 | PT | 85610 | 041514 | 1.00 | 30 00 | |
| 0301 | CBC WITH AUTO DIFF | 85025 | 041514 | 1.00 | 88 00 | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 041514 | 1.00 | 223 00 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | | 8326 30 | |

50 PAYER NAME: UNITED HEALTHCARE COMMUNIT
51 HEALTH PLAN ID: [redacted]
52 REL. INFO: Y
53 ASG. BEN.: Y
56 NPI: [redacted]

58 INSURED'S NAME: SANFORD, DORA, J
59 P. REL: 18
60 INSURED'S UNIQUE ID: [redacted]
62 INSURANCE GROUP NO.: [redacted]

63 TREATMENT AUTHORIZATION CODES
64 DOCUMENT CONTROL NUMBER
65 EMPLOYER NAME

66 DX: V58.11 | 174.1 | 174.2
9

69 ADMIT DX
74 PRINCIPAL PROCEDURE CODE DATE
76 ATTENDING NPI 1659394583
LAST PATTEN FIRST JUDD
77 OPERATING NPI
78 OTHER NPI
79 OTHER NPI
80 REMARKS

UB-04 CMS-1450 APPROVED OMB NO 0938-0997 NUBC LIC9213257
THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

00011

| | | | | | | |
|---|---|---|---|---|---|---|
| OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | | | | 050614 050614 | 131 |

**8 PATIENT NAME:** SANFORD DORA J — ZACHARY — LA 70791

**10 BIRTHDATE:** 1957 **11 SEX:** F — 3 1 — 01

SANFORD, DORA, J
ZACHARY LA 70791

VALUE CODES: 0.00

| 42 REV.CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0335 | Chemo IV Single/Initial up | 96413 | 050614 | 1.00 | 795 00 | |
| 0636 | N464253033335 UN0.5000 | J1642 | 050614 | 5.00 | 0 25 | |
| 0636 | N450242013468 UN0.8600 | J9355 | 050614 | 38.00 | 7119 30 | |
| 0301 | CBC WITH AUTO DIFF | 85025 | 050614 | 1.00 | 88 00 | |
| 0301 | LDH-SERUM | 83615 | 050614 | 1.00 | 71 00 | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 050614 | 1.00 | 223 00 | |
| 0301 | PT | 85610 | 050614 | 1.00 | 30 00 | |

**PAGE 1 OF 1** — **CREATION DATE** 04/27/16 — **TOTALS** 8326 55

**50 PAYER NAME:** UNITED HEALTHCARE COMMUNIT

**58 INSURED'S NAME:** SANFORD, DORA, J — **59 P.REL:** 18

**67 PRIN DIAG:** V58.11 **OTHER DIAG:** 174.1 174.2
9

**76 ATTENDING NPI:** 1659394583 — LAST: BATTON — FIRST: JUDD

00012

| | | | | | | |
|---|---|---|---|---|---|---|
| OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | | | | STATEMENT COVERS PERIOD<br>FROM   THROUGH<br>052714  052714 | 131 |

| 8 PATIENT NAME | 9 PATIENT ADDRESS | | | | | |
|---|---|---|---|---|---|---|
| SANFORD, DORA, J | ZACHARY | | | | LA 70791 | |
| 10 BIRTHDATE | 11 SEX | ADMISSION DATE / HR / TYPE / SRC | 15 DHR | 17 STAT | CONDITION CODES | 29 ACDT STATE |
| 1957 | F | 3  1 | | 01 | | |

SANFORD, DORA, J

ZACHARY LA 70791

VALUE CODES
0.00

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATES / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0636 | N450242013468 UN0.8900 | J9355 | 052714 | 39.00 | 7306 65 | |
| 0335 | Chemo IV Single/Initial up | 96413 | 052714 | 1.00 | 795 00 | |
| 0260 | Therapeutic - Push Add'l Se | 9637559 | 052714 | 1.00 | 140 00 | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 052714 | 1.00 | 223 00 | |
| 0301 | HEMOGRAM | 85027 | 052714 | 1.00 | 87 00 | |
| 0301 | DIFF-MANUAL | 85007 | 052714 | 1.00 | | |
| 0636 | N459338077501 UN510.0000 | Q0138 | 052714 | 510.00 | 1224 00 | |

0001 PAGE 1 OF 1           CREATION DATE 09/27/16   TOTALS   9775 65

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | | Y | Y | | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | | | |

| 67 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| V58.11 | 174.1 | 174.2 | 285.9 | | | | | | |

76 ATTENDING  1659394533  LAST PATTEN  FIRST JUDD

| | | | | | | | | | 131 |
|---|---|---|---|---|---|---|---|---|---|
| OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | | OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | | | | | STATEMENT COVERS PERIOD<br>FROM  THROUGH<br>061714  061714 | | |
| PATIENT NAME | | PATIENT ADDRESS | | | | | | | |
| SANFORD, DORA, J | | ZACHARY | | | | | LA 70791 | | |
| BIRTH DATE 1957 | SEX F | DATE 3 | TYPE 1 | STAT 01 | CONDITION CODES | | | | |

| SANFORD, DORA, J | | | | 1.00 | | | | |
|---|---|---|---|---|---|---|---|---|
| ZACHARY LA 70791 | | | | | | | | |

| REV CD | DESCRIPTION | HCPCS/RATE | SERV DATE | SERV UNITS | TOTAL CHARGES | |
|---|---|---|---|---|---|---|
| 0335 | Chemo IV Single/Initial up | 96413 | 061714 | 1.00 | 795 00 | |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 061714 | 1.00 | 140 00 | |
| 0636 | N464253033335 UN0.5000 | J1642 | 061714 | 5.00 | 0 25 | |
| 0636 | N450242013468 UN0.8900 | J9355 | 061714 | 39.00 | 7306 65 | |
| 0301 | MAGNESIUM-SERUM | 83735 | 061714 | 1.00 | 77 00 | |
| 0301 | PT | 85610 | 061714 | 1.00 | 30 00 | |
| 0301 | LDH-SERUM | 83615 | 061714 | 1.00 | 71 00 | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 061714 | 1.00 | 223 00 | |
| 0301 | CBC WITH AUTO DIFF | 85025 | 061714 | 1.00 | 88 00 | |
| 0636 | N459338077501 UN510.0000 | Q0138 | 061714 | 510.00 | 1224 00 | |

| 0001 | PAGE 1 OF 1 | | CREATION DATE 08/27/15 | | 6954 90 | |
|---|---|---|---|---|---|---|
| PAYER NAME | | HEALTH PLAN ID | | PRIOR PAYMENTS | EST AMOUNT DUE | |
| UNITED HEALTHCARE COMMUNIT | | | Y Y | | | OTHER PRV ID |
| INSURED'S NAME | | REL | | | INSURANCE GROUP NO. | |
| SANFORD, DORA, J | | 18 | | | | |

| DX | 174.1 | 174.2 | V58.11 | 280.9 | | | |
|---|---|---|---|---|---|---|---|
| 9 | | | | | | | |
| | | | | | ATTENDING | 1659394583 | |
| | | OTHER | | | OPERATING | | |
| REMARKS | | | | | OTHER | | |

00014



| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES |
|---|---|---|---|---|---|
| 0335 | Chemo IV Single/Initial up | 96413 | 070814 | 1.00 | 795.00 |
| 0636 | N450242013468 UN0.8600 | J9355 | 070814 | 38.00 | 7119.30 |
| 0301 | LDH-SERUM | 83615 | 070814 | 1.00 | 71.00 |
| 0301 | CBC WITH AUTO DIFF | 85025 | 070814 | 1.00 | 88.00 |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 070814 | 1.00 | 223.00 |

PAGE 1 OF 1 — CREATION DATE 09/27/16 — TOTALS 8296.30

Payer: UNITED HEALTHCARE COMMUNIT

Insured: SANFORD, DORA, J — 18

V58.11  174.1  174.2

Attending NPI: 1659394583 — LAST: PATTEN

00015

SanfordD-PPR-  00015



OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

3a PAT. CNTL # [redacted]
b. MED. REC. #
4 TYPE OF BILL: 131
5 FED. TAX NO. [redacted]
6 STATEMENT COVERS PERIOD FROM 072914 THROUGH 072914

8 PATIENT NAME: SANFORD, DORA, J
9 PATIENT ADDRESS: [redacted] ZACHARY LA 70791
10 BIRTHDATE: [redacted]1957
11 SEX: F
14 TYPE: 3
15 SRC: 1
17 STAT: 01

38: SANFORD, DORA, J
[redacted]
ZACHARY LA 70791
[redacted]

39 VALUE CODES AMOUNT: a 0.00

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 072914 | 1.00 | 223 00 | |
| 0301 | IRON BINDING CAPACITY | 83550 | 072914 | 1.00 | 90 00 | |
| 0301 | LDH-SERUM | 83615 | 072914 | 1.00 | 71 00 | |
| 0301 | IRON | 83540 | 072914 | 1.00 | 50 00 | |
| 0301 | VITAMIN B-12; SERUM | 82607 | 072914 | 1.00 | 151 00 | |
| 0301 | CBC WITH AUTO DIFF | 85025 | 072914 | 1.00 | 88 00 | |
| 0301 | RETICULOCYTE COUNT | 85045 | 072914 | 1.00 | 28 00 | |
| 0636 | N450242013468 UN0.8600 | J9355 | 072914 | 38.00 | 7119 30 | |
| 0636 | N464253033335 UN0.5000 | J1642 | 072914 | 5.00 | 0 25 | |
| 0335 | Chemo IV Single/Initial up | 96413 | 072914 | 1.00 | 795 00 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | | 8615 55 | |

50 PAYER NAME: UNITED HEALTHCARE COMMUNIT
51 HEALTH PLAN ID: [redacted]
52 REL. INFO: Y
53 ASG. BEN.: Y
56 NPI: [redacted]3
57 OTHER PRV ID

58 INSURED'S NAME: SANFORD, DORA, J
59 P. REL: 18
60 INSURED'S UNIQUE ID: [redacted]
62 INSURANCE GROUP NO.: [redacted]

63 TREATMENT AUTHORIZATION CODES
64 DOCUMENT CONTROL NUMBER
65 EMPLOYER NAME

66 DX: 9 — 174.1 — V58.11

69 ADMIT DX
70 PATIENT REASON DX
71 PPS CODE
72 ECI
74 PRINCIPAL PROCEDURE CODE DATE
OTHER PROCEDURE CODE DATE

76 ATTENDING NPI 1659394583 QUAL
LAST PATTON FIRST JOHN
77 OPERATING NPI QUAL
LAST FIRST
78 OTHER NPI QUAL
LAST FIRST
79 OTHER NPI QUAL
LAST FIRST

80 REMARKS
81CC a b c d

UB-04 CMS-1450 APPROVED OMB NO. 0938-0997
NUBC National Uniform Billing Committee LIC3010506
THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

00016

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | OLOL REGIONAL MEDICAL CENTER | | 2 OLOL REGIONAL MEDICAL CTR | | | | | 3a PAT. CNTL # | | | | | | | 4 TYPE OF BILL |
| | 5000 HENNESSY BLVD | | PO BOX 14790 | | | | | b. MED. REC. # | | | | | | | 131 |
| | BATON ROUGE LA 70808 4375 | | BATON ROUGE LA 70898 4790 | | | | | 5 FED. TAX NO. | | | | 6 STATEMENT COVERS PERIOD | | | 7 |
| | | | | | | | | | | | | FROM | | THROUGH | |
| | | | | | | | | | | | | 081914 | | 081914 | |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS | | | | | |
|---|---|---|---|---|---|---|---|
| SANFORD, DORA, J | | ZACHARY | | | | LA | 70791 |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | F | | | 3 | 1 | | 01 | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE | OCCURRENCE SPAN FROM THROUGH | 36 CODE | OCCURRENCE SPAN FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 38 | | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SANFORD, DORA, J | | | a | 0.00 | | | | |
| ZACHARY LA 70791 | | | b | | | | | |
| | | | c | | | | | |
| | | | d | | | | | |

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 081914 | 1.00 | 223.00 | | |
| 0301 | LDH-SERUM | 83615 | 081914 | 1.00 | 71.00 | | |
| 0301 | MAGNESIUM-SERUM | 83735 | 081914 | 1.00 | 77.00 | | |
| 0301 | PROTHROMBIN TIME FINGERSTIC | 85610 | 081914 | 1.00 | 30.00 | | |
| 0301 | CBC WITH AUTO DIFF | 85025 | 081914 | 1.00 | 88.00 | | |
| 0335 | Chemo IV Single/Initial up | 96413 | 081914 | 1.00 | 795.00 | | |
| 0636 | N450242013468 UN0.8900 | J9355 | 081914 | 39.00 | 7306.65 | | |

| 0001 | PAGE 1 OF 1 | | CREATION DATE 09/27/16 | TOTALS | 8590.65 | |
|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | | Y | Y | | | |
| | | | | | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | 174.1 | 174.2 | V58.11 | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|
| 9 | | | | | | | | | |

| 69 ADMIT DX | 70 PATIENT REASON DX | | | | | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | | | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING | NPI 1659394583 | QUAL | |
|---|---|---|---|---|---|---|---|---|
| | | | | | LAST PATTEN | | FIRST JUDD | |
| c. OTHER PROCEDURE CODE DATE | | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING | NPI | QUAL | |
| | | | | | LAST | | FIRST | |

| 80 REMARKS | 81CC a | | | | 78 OTHER | NPI | QUAL | |
|---|---|---|---|---|---|---|---|---|
| | b | | | | LAST | | FIRST | |
| | c | | | | 79 OTHER | NPI | QUAL | |
| | d | | | | LAST | | FIRST | |

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC LIC3810506   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

00017



| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES |
|---|---|---|---|---|---|
| 0301 | CBC WITH AUTO DIFF | 85025 | 090914 | 1.00 | 88.00 |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 090914 | 1.00 | 223.00 |
| 0301 | LDH-SERUM | 83615 | 090914 | 1.00 | 71.00 |
| 0301 | PROTHROMBIN TIME FINGERSTIC | 85610 | 090914 | 1.00 | 30.00 |
| 0636 | N450242013468 UN0.8900 | J9355 | 090914 | 39.00 | 7306.65 |
| 0335 | Chemo IV Single/Initial up | 96413 | 090914 | 1.00 | 795.00 |

Patient: SANFORD, DORA, J
Birthdate: 1957
Provider: OLOL REGIONAL MEDICAL CENTER, 5000 HENNESSY BLVD, BATON ROUGE LA 70808-4375
Payer: UNITED HEALTHCARE COMMUNIT
Totals: 8513.65
Creation Date: 09/27/16
DX: 174.1  174.2  V58.11
Attending: 1932121795 BIENVENU, BRYAN