# EXHIBIT 18

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:   TAXOTERE               )

 5    (DOCETAXEL) PRODUCTS            )   MDL No. 2740

 6    LIABILITY LITIGATION            )   SECTION: "H"

 7                                    )   JUDGE MILAZZO

 8    This Document Relates To:       )   MAG. JUDGE NORTH

 9    ALL CASES                       )

10

11                          CONFIDENTIAL

12                SUBJECT TO THE PROTECTIVE ORDER

13

14        The videotaped deposition of KARILYN HALLORAN,

15    called by the Plaintiffs for examination, taken

16    pursuant to the Federal Rules of Civil Procedure of

17    the United States District Courts pertaining to the

18    taking of depositions, taken before JULIANA F.

19    ZAJICEK, C.S.R. No. 84-2604, a Notary Public within

20    and for the County of Kane, State of Illinois, and a

21    Certified Shorthand Reporter of said state, at the

22    offices of Dechert, LLP, 35 West Wacker Drive, Suite

23    3400, Chicago, Illinois, on the 26th day of November,

24    commencing at 9:30 a.m.
```

Confidential - Subject to Protective Order

```
 1      Q.    And -- and what type of process did the
 2   company use to submit the labeling change?
 3      A.    They submitted it via a CBE-0 submission.
 4      Q.    And what -- what does that mean, "a CBE-O
 5   submission"?
 6      A.    A CBE-0 submission is a type of labeling
 7   submission that can be made to the FDA.  It allows a
 8   company to effect the changes or make them effective
 9   in advance of receiving the Agency approval.
10      Q.    So when Hospira made the CBE-0 submission
11   in March 31st, it was able to implement the change
12   immediately?
13      A.    Yes.
14      Q.    And I'm going to show you a document that
15   was marked -- that we'll mark as Exhibit thir- --
16         MS. JASIEWICZ:  15.
17         MR. MOORE:  What?
18         MS. JASIEWICZ:  15.
19   BY MR. MOORE:
20      Q.    -- 15.
21                  (WHEREUPON, a certain document was
22                   marked Karilyn Halloran Deposition
23                   Exhibit No. 15, for identification,
24                   as of 11/26/2019.)
```

Confidential - Subject to Protective Order

```
 1   BY MR. MOORE:
 2        Q.    And can you identify this document?
 3        A.    This is the USPI for docetaxel revised in
 4   March of 2017.
 5        Q.    And if you turn to Page 27 of 51 under 6.2
 6   Post Marketing Experiences, the Cutaneous section,
 7   does this contain the -- the language:  "Cases of
 8   permanent alopecia have been reported"?
 9        A.    Yes, it does.
10        Q.    So I'm going to now show you another
11   document that's marked as Exhibit 16.
12                  (WHEREUPON, a certain document was
13                  marked Karilyn Halloran Deposition
14                  Exhibit No. 16, for identification,
15                  as of 11/26/2019.)
16        MR. MOORE:  Larry.
17   BY MR. MOORE:
18        Q.    And what is this document?
19        A.    This is the approval letter from the FDA
20   for the docetaxel labeling.
21        Q.    And if you turn to Page 27 of 52,
22   Section 6.2, Postmarketing Experiences, Cutaneous
23   section, does this include the labeling -- or the
24   language, rather:  "Cases of permanent alopecia have
```

Confidential - Subject to Protective Order

```
 1   been reported"?
 2        A.    Yes, it does.
 3        Q.    So did the FDA-approved docetaxel labeling
 4   change, that was made -- made in March of 2017?
 5        MR. CENTOLA:  Objection; form.
 6   BY THE WITNESS:
 7        A.    Yes, the FDA approved the labeling change
 8   submitted by Hospira Pfizer.
 9   BY MR. MOORE:
10        Q.    Did the FDA ever criticize Hospira for its
11   labeling change regarding alopecia?
12        A.    No.
13        Q.    Did the FDA ever criticize the company's
14   previous docetaxel labeling regarding alopecia?
15        A.    No.
```

Confidential - Subject to Protective Order

```
 1                 DEPOSITION ERRATA SHEET

 2

 3   Assignment No.  230460

 4   Case Caption:  In Re: Taxotere

 5

 6         DECLARATION UNDER PENALTY OF PERJURY

 7

 8          I declare under penalty of perjury that I

 9   have read the entire transcript of my Deposition taken

10   in the captioned matter or the same has been read to

11   me, and the same is true and accurate, save and except

12   for changes and/or corrections, if any, as indicated

13   by me on the DEPOSITION ERRATA SHEET hereof, with the

14   understanding that I offer these changes as if still

15   under oath.

16

17                                    KARILYN HALLORAN

18

19   SUBSCRIBED AND SWORN TO

20   before me this        day

21   of              , A.D. 20__.

22

23         Notary Public

24
```