**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br><br> Civil Action No.: 2:18-cv-3337 |
| THIS DOCUMENT RELATES TO: <br> Wanda GH Powell v Sanofi US Services, et al. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings

in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form

Complaint.

SO ORDERED this _____ day of _____ 2020.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge