## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Elizabeth Wells v. Sandoz Inc. | **ORDER** |
| | Civil Action No.: 2:17-cv-9990 |

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9693);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 21st day of April, 2020.

_____

The Hon. Jane T. Milazzo