BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Lisa Brown v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al. | **ORDER**<br><br>Civil Action No.: 2:17-cv-5454 |

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 9701);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 21st day of April, 2020.

_____
The Hon. Jane T. Milazzo

1