UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Civil Action No.: 2:19cv14453 | JUDGE MILAZZO |
| *Deborah J. Thomsen v. Sanofi U.S. Services, Inc.* | MAG. JUDGE NORTH |

### NOTICE OF CURED PLAINTIFF FACT SHEET DEFICIENCY

Plaintiff Deborah J. Thomsen respectfully requests that Defendants' request for dismissal be deemed as moot since Plaintiff's Fact Sheet ("PFS") Deficiency has been cured. Specifically, as of April 9, 2020, Plaintiff has fully complied with the PFS requirements by uploading her completed PFS, together with her signed verification and authorizations.

DATED April 23, 2020.

Respectfully submitted,

**BRUERA LAW FIRM, PLLC**

*/s/ Sofia E. Bruera*

SOFIA E. BRUERA
State Bar No. 24062189
3100 Timmons Lane, Suite 310
Houston, Texas 77027
Telephone: (832) 430-4000
Facsimile: (832) 558-3523
E-mail: sofia@brueralaw.com
Service e-mail: service@brueralaw.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 23, 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                    */s/ Sofia E. Bruera*
                                                    SOFIA E. BRUERA