MINUTE ENTRY
NORTH, M.J.
APRIL 22, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NUMBER: 2740<br><br>SECTION: "H"(5)<br><br>THIS DOCUMENT RELATES TO ALL CASES |

A conference via telephone was held on this date in the presence of a Court Reporter (Cathy Pepper).

PARTICIPATING:   David Miceli         Harley Ratliff
                 Palmer Lambert       Torrey Peterson
                 John Olinde

The Court discussed the parties' dispute concerning time limits for certain upcoming depositions and gave the parties guidance on those limits, as reflected in the transcript of the teleconference.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR (00:30)