# JONES WARD PLC
## TRIAL ATTORNEYS

April 23, 2020

**ALEX C. DAVIS**
alex@jonesward.com

**VIA ELECTRONIC MAIL**

Hon. Michael B. North
United States Magistrate Judge
500 Poydras Street, Room B419
New Orleans, Louisiana 70130

      **Re:** *Ellen Young v. Sanofi S.A., et. al.* **2:17-cv-5993**

Dear Judge North:

    On March 3, 2020, Defendant identified this case, among several others currently pending as a part of *In re: Taxotere (Docetaxel) Products Liability Litigation,* MDL No. 2740, as having deficiencies related to metadata associated with photographs that Plaintiffs were ordered to produce pursuant to Pretrial Order No. 71.

    Specifically, thirteen photographs uploaded to MDL Centrality, Document ID Nos. 428821, 482282, 428823, 428826, 428827, 428829, 428831, 428832, 428833, 428837, 428838, 428839, 428842, 428844, produced in .jpeg format, were identified by counsel for Defendant due to an inability to access the metadata for these following submission of Plaintiff's last Amended PTO 71 statement on February 10, 2020. These files would erroneously show their creation date, i.e. the date they were taken, as whatever date defense counsel downloaded them from Centrality.

    These photographs were provided to Plaintiff's counsel via cell phone in .jpeg format. Unfortunately, Plaintiff's counsel is also experiencing the same metadata error internally. Counsel for Defendant has been notified of this fact and Plaintiff is currently working to produce this metadata by screenshotting the file information on the phones used to provide the photographs to Plaintiff's counsel. Thus, Plaintiff has and is continuing to work in good faith to resolve any deficiencies related to these photographs, and respectfully requests that this Court deny Defendant's requests to have this case added to Judge Milazzo's call docket.

                              Sincerely,

                                JONES WARD PLC

                                */s/ Alex C. Davis*

                                Alex C. Davis

The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206

Telephone: (502) 882-6000
Facsimile:   (502) 587-2007
Web: www.jonesward.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of April, 2020, a true and accurate copy of the foregoing document was filed electronically with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by electronic mail to all counsel of record.

*/s/ Alex C. Davis*
Alex C. Davis