UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |
| THIS DOCUMENT RELATES TO Barbara Earnest, Case No. 2:16-cv-17144 | |

### JOINT MOTION TO MAINTAIN PREVIOUSLY SEALED JOINT RECORD DESIGNATIONS UNDER SEAL

For the reasons set forth in the accompanying Memorandum in Support, Plaintiff Barbara Earnest and Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. respectfully request that the Court maintain under seal upon transmittal to the U.S. Court of Appeals for the Fifth Circuit all documents that the Parties have designated for the Record on Appeal (Rec. Doc. 10023) that have previously been filed in the District Court under seal.

Plaintiff Barbara Earnest joins in this request to expedite the process of creating the record on appeal and preserves her right to request that documents that were admitted into evidence be unsealed.

Dated: April 23, 2020                    Respectfully submitted,

                                                              */s/ Darin L. Schanker*
                                                              Darin L. Schanker
                                                              **Bachus & Schanker, LLC**
                                                              1899 Wynkoop Street, Suite 700
                                                              Denver, CO 80202
                                                              Phone: (303) 893-9800
                                                              Fax: (303) 893-9900
                                                              dschanker@coloradolaw.net

                                                              ***Counsel for Barbara Earnest***

        -and-

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

***Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

### FOR THE PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| */s/ Christopher L. Coffin* | */s/ Karen B. Menzies* |
| Christopher L. Coffin (#27902) | Karen Barth Menzies (CA Bar #180234) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | GIBBS LAW GROUP LLP |
| 1100 Poydras Street, Suite 2505 | 6701 Center Drive West, Suite 1400 |
| New Orleans, Louisiana 70163 | Los Angeles, California 90045 |
| Phone: (504) 355-0086 | Telephone: 510-350-9700 |
| Fax: (504) 355-0089 | Facsimile: 510-350-9701 |
| ccoffin@pbclawfirm.com | kbm@classlawgroup.com |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |
| */s/ M. Palmer Lambert* | */s/ Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC | BARRIOS, KINGSDORF & CASTEIX, LLP |
| 2800 Energy Centre, 1100 Poydras Street | 701 Poydras Street, Suite 3650 |
| New Orleans, LA 70163-2800 | New Orleans, LA 70139 |
| Phone: 504-522-2304 | Phone: 504-524-3300 |
| Fax: 504-528-9973 | Fax: 504-524-3313 |
| plambert@gainsben.com | barrios@bkc-law.com |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                  */s/ M. Palmer Lambert*
                                                                  M. PALMER LAMBERT