UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                                                            SECTION "H"

THIS DOCUMENT RELATES TO
Barbara Earnest, Case No. 2:16-cv-17144

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO MAINTAIN
PREVIOUSLY SEALED JOINT RECORD DESIGNATIONS UNDER SEAL**

Plaintiff Barbara Earnest and Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "the Parties"), respectfully request that the Court maintain under seal upon transmittal to the U.S. Court of Appeals for the Fifth Circuit all documents that the Parties have designated for the Record on Appeal that have previously been filed in the District Court under seal along with any sealed exhibits.  The documents that were filed under seal or contained sealed exhibits are:

1. 6131
2. 6144
3. 6146
4. 6149
5. 6155
6. 6158
7. 6160
8. 6186
9. 6604

10. 6608
11. 6611
12. 6753
13. 7322
14. 7323
15. 7465
16. 7466
17. 7467
18. 7468
19. 7469
20. 7470
21. 7471
22. 7474
23. 7475
24. 7486
25. 7487
26. 7512
27. 7513
28. 7528
29. 7612
30. 7616
31. 7623

32. 7649
33. 7653
34. 7655
35. 7659
36. 7660
37. 7664
38. 7666
39. 7668
40. 7671
41. 7689
42. 7711
43. 7720
44. 7789
45. 7813
46. 7819
47. 7822
48. 7825
49. 7832
50. 7836
51. 7838
52. 7840
53. 7845

54. 7847

55. 7851

56. 7855

57. 7978

58. 8007

59. 8014

60. 8022

61. 8023

62. 8166

63. 8205

64. 8284

This Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> unredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  In their Joint Record Designations, filed April 23, 2020, the Parties designated certain documents for the Record on Appeal that have been designated as confidential and/or "protected information," as set forth in PTO 50.  This includes documents that contain PHI and PII of the Plaintiffs and non-parties and confidential documents

4

maintained by the Defendants. For these reasons, the Parties respectfully request that these documents be transmitted to the U.S. Court of Appeals for the Fifth Circuit under seal.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the pleadings at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). The confidential nature of these documents remains even though some appeals are pending. Therefore, under PTO 50 and the applicable case law, the Parties respectfully request that the documents identified above remain under seal upon transmittal to the to the U.S. Court of Appeals for the Fifth Circuit.

Dated: April 23, 2020

Respectfully submitted,

*/s/ Darin L. Schanker*
Darin L. Schanker
**Bachus & Schanker, LLC**
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
dschanker@coloradolaw.net

***Counsel for Barbara Earnest***

-and-

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

       Harley Ratliff
       Adrienne L. Byard
       **SHOOK, HARDY & BACON L.L.P.**
       2555 Grand Boulevard
       Kansas City, Missouri 64108
       Telephone: 816-474-6550
       Facsimile: 816-421-5547
       hratliff@shb.com
       abyard@shb.com

       ***Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

### FOR THE PLAINTIFFS' STEERING COMMITTEE

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/ M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/ Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 23, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      */s/ M. Palmer Lambert*
                                      M. PALMER LAMBERT