UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H"

THIS DOCUMENT RELATES TO
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Joint Motion to Maintain Previously Sealed Joint Record Designations Under Seal filed by Plaintiff Barbara Earnest and Defendants Sanofi-Aventis U.S., LLC and Sanofi US Services, Inc.;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall transmit to the U.S. Court of Appeals for the Fifth Circuit the following sealed documents, including any sealed exhibits, UNDER SEAL:

1. 6131
2. 6144
3. 6146
4. 6149
5. 6155
6. 6158
7. 6160
8. 6186
9. 6604
10. 6608

11. 6611
12. 6753
13. 7322
14. 7323
15. 7465
16. 7466
17. 7467
18. 7468
19. 7469
20. 7470
21. 7471
22. 7474
23. 7475
24. 7486
25. 7487
26. 7512
27. 7513
28. 7528
29. 7612
30. 7616
31. 7623
32. 7649
33. 7653

34. 7655
35. 7659
36. 7660
37. 7664
38. 7666
39. 7668
40. 7671
41. 7689
42. 7711
43. 7720
44. 7789
45. 7813
46. 7819
47. 7822
48. 7825
49. 7832
50. 7836
51. 7838
52. 7840
53. 7845
54. 7847
55. 7851
56. 7855

57. 7978

58. 8007

59. 8014

60. 8022

61. 8023

62. 8166

63. 8205

64. 8284

New Orleans, Louisiana, this ___ of April, 2020.

                                                                _____
                                                                HON. JANE TRICHE MILAZZO
                                                                UNITED STATES DISTRICT JUDGE