UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>MARTHA DELGADO vs. SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC F/K/A ACTAVIS INC. and ACTAVIS PHARMA, INC. | Civil Action No. 2:19-CV-14734 |

## MOTION FOR LEAVE TO FILE
## AMENDED SHORT FORM COMPLAINT

Plaintiff Martha Delgado, by and through counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action. Plaintiff's Original Short Form Complaint was filed on December 23, 2019 in the Eastern District of Louisiana. Defendant, Sagent Pharmaceuticals, Inc. was served pursuant to PTO 83.

Plaintiff has acquired records that Plaintiff believes establishes that Plaintiff was infused with docetaxel manufactured by Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. Consequently, Plaintiff now seeks leave to amend to her complaint to add Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. as Defendants to this lawsuit. Thus, Plaintiff's proposed amendment, attached hereto as Exhibit A, reflects this change.

Pursuant to PTO 37A and Local Rule 7.6, Plaintiff has conferred with defense counsel. Defense counsel have agreed, in the interest of judicial economy, Defendants will not oppose this motion, provided that Sagent Pharmaceuticals, Inc., Actavis LLC and Actavis Pharma, Inc. are permitted to reserve their right to assert all defenses, including defenses based on statute of limitations and jurisdiction, at another stage in this lawsuit.

WHEREFORE, Plaintiff hereby respectfully requests this Court to grant leave to file Plaintiff's Amended Short Form Complaint.

MARTINEZ & MCGUIRE, PLLC

By: */s/ Clint E. McGuire*
Clint E. McGuire
Federal ID #25560
State Bar No. 24013139
clint@mmtriallawyers.com
17227 Mercury Drive, Suite B
Houston, Texas 77058
Telephone: (281) 286-9100
Facsimile: (281) 286-9105

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

*/s/ Clint E. McGuire*
Clint E. McGuire