UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| FRED PETERSON, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GUYANN PETERSON, DECEASED <br> Plaintiff, <br> v. <br> SANOFI-AVENTIS U.S LLC D/B/A WINTHROP US <br> Defendants. | Civil Action No.:2:17-cv-15930 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff Guyann Peterson, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), and hereby moves for leave to file her First Amended Short Form Complaint, attached hereto as Exhibit A.

Plaintiff contacted Defendants' Liaison counsel, and Defendants do not oppose the relief requested.

Respectfully submitted this 24th day of April, 2020.

/s/ C. Brannon Robertson
Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 240028522
Ryan M. Perude
Texas State Bar No. 24046611
Fernelius Simon Mace Robertson
Perdue PLLC
4119 Montrose Blvd, Ste. 500
Houston, Texas 77006

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

*/s/ C. Brannon Robertson*
Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 240028522
Ryan M. Perude
Texas State Bar No. 24046611
Fernelius Simon Mace Robertson
Perdue PLLC
4119 Montrose Blvd, Ste. 500
Houston, Texas 77006
