## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "N" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

FRED PETERSON, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
GUYANN PETERSON, DECEASED

Plaintiff,

v.

SANOFI-AVENTIS U.S. LLC D/B/A WINTHROP US

Defendants.

Civil Action No.: 2:17-cv-15930

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and

pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short

Form Complaint

New Orleans, Louisiana this _____ day of _____, 2020.


_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE