**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| | : | HON. JANE TRICHE MILAZZO |
| | : | |
| RUTH AVELLAR, | : | |
|     Plaintiff(s), | : | |
| | : | |
| vs. | : | |
| | : | |
| SANOFI S.A., et al., | : | |
|     Defendant(s). | : | |
| | : | |
| Civil Case No.: 2:17-cv-05626 | : | |
| ------------------------------------------------------- | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Ruth Avellar, by and through the undersigned counsel,

Pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves in Court for leave to

amend the Complaint filed in this action. [1]

Plaintiff's original Complaint was filed in this Court on June 7, 2017, (Ruth Avellar

v. Sanofi S.A., et al., Case No. 2:17-cv-05626). Counsel has obtained medical records that

indicate Plaintiff was administered Docetaxel manufactured by Hospira Worldwide, LLC f/k/a

Hospira Worldwide, Inc. and Hospira, Inc., in addition to Taxotere manufactured by Sanofi S.A.,

et al., previously named as defendants in this case. Thus, Plaintiff's proposed amendment would

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

add Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as defendants in this case.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudged by Plaintiff's amended complaint. [2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 24[rd] day of April, 2020.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
MS State Bar No.: 103614
2601 14th Street
Gulfport, MS 39501
Phone: 228-863-6000
Facsimile: 228-864-0907
Email: Trevor.rockstad@daviscrump.com

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

**CERTIFICATION**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of records through the Court's Electronic Court Filing System.

Dated: April 24rd, 2020.

/s/ Trevor B. Rockstad
Trevor B. Rockstad