# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | : | |
| | : | HON. JANE TRICHE MILAZZO |
| | : | |
| RUTH AVELLAR, | : | |
| Plaintiff(s), | : | |
| vs. | : | **ORDER** |
| | : | |
| <u>SANOFI S.A., et al.</u>, | : | |
| Defendant(s). | : | |
| Civil Case No.: 2:17-cv-05626 | : | |

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the ____ day of _____, 2020.

_____
U.S. District Court Judge

4