UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| JOAN SIMMS,<br><br>          Plaintiff,<br><br>     v.<br><br>SANOFI AVENTIS U.S LLC., SANDOZ, INC.<br><br>          Defendants. | Civil Action No.: 2:17-cv-09574 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 9982);

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 23rd day of April, 2020.

Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE