UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENTS RELATES TO
Kelly Gahan, Case No. 2:16-cv-15283

# ORDER

Considering the Motion for Leave to File Reply in Support of Motion to Tax Costs Against Plaintiff Kelly Gahan (Doc. 10003) filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS ORDERED** that the Motion is **GRANTED** and that Defendants' proposed Reply in Support of Motion to Tax Costs Against Plaintiff Kelly Gahan, is hereby entered into the Court's docket.

New Orleans, Louisiana, this 23rd day of April, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE