# EXHIBIT A



**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569

| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** | NJ3892904 |
|---|---|---|---|
| | | **Invoice Date:** | 8/7/2019 |
| | | **Balance Due:** | $0.00 |

| Case: | Gahan, Kelly v. Sanofi S.A., Et Als |
|---|---|
| Job #: | 3420707 \| Job Date: 8/1/2019 \| Delivery: Daily |
| Case #: | 2:16cv15283 |
| Billing Atty: | Kristen Ryan-Meredith |
| Location: | University of Colorado Denver |
| | Anschutz Medical Campus \| 12801 E. 17th Ave-Research 1 South (RCIS) \| Conference Room P18-4125<br>Aurora, CO 80045 |
| Sched Atty: | Connor J. Sears Esq. \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Virginia Borges , MD | Original with 1 Certified Transcript | Page | 94.00 | $4.55 | $427.70 |
| | Transcript - Fee for Daily | Page | 94.00 | $3.65 | $343.10 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits | Per Page | 145.00 | $0.18 | $26.10 |
| | Surcharge - Expert/Medical/Technical | Page | 94.00 | $0.50 | $47.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $963.90 |
| | **Payment:** | ($963.90) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

42744

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NJ3892904 |
|---|---|
| Job #: | 3420707 |
| Invoice Date: | 8/7/2019 |
| Balance: | $0.00 |

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Connor J. Sears Esq.<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NJ3893949<br>8/7/2019<br>$0.00 |

| | |
|---|---|
| **Case:** | Gahan, Kelly v. Sanofi S.A., Et Als |
| **Job #:** | 3420707 \| Job Date: 8/1/2019 \| Delivery: Normal |
| **Case #:** | 2:16cv15283 |
| **Billing Atty:** | Connor J. Sears Esq. |
| **Location:** | University of Colorado Denver |
| | Anschutz Medical Campus \| 12801 E. 17th Ave-Research 1 South (RCIS) \| Conference Room P18-4125<br>Aurora, CO 80045 |
| **Sched Atty:** | Connor J. Sears Esq. \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Virginia Borges , MD | Video - Initial Fee | 1 | 1.00 | $295.00 | $295.00 |
| | Video - Media and Cloud Services | Per disk | 5.00 | $0.00 | $0.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 2.00 | $55.00 | $110.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $78.79 | $78.79 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $483.79 |
| | **Payment:** | ($483.79) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | | |
|---|---|---|---|
| | | **Invoice #:** | NJ3893949 |
| **To pay online, go to** | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Job #:** | 3420707 |
| **www.veritext.com** | | **Invoice Date:** | 8/7/2019 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | **Balance:** | $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | | Invoice #:<br>Invoice Date:<br>Balance Due: | NJ3471584<br>9/10/2018<br>$0.00 |
|---|---|---|---|---|

| Case: | Gahan, Kelly v. Sanofi S.A., Et Als |
|---|---|
| Job #: | 2984652 | Job Date: 8/22/2018 | Delivery: Normal |
| Case #: | 2:16cv15283 |
| Billing Atty: | Kristen Ryan-Meredith |
| Location: | University of Colorado Denver |
| | Anschutz Medical Camput | 12801 E. 17th Ave-Research 1<br>South Bldg - Conf Rm L18-5101 | Pathology Conference Room<br>L18-5101<br>Aurora, CO 80045 |
| Sched Atty: | Connor J. Sears Esq. | Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Virginia Borges | Original with 1 Certified Transcript | Page | 205.00 | $4.55 | $932.75 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits | Per Page | 269.00 | $0.18 | $48.42 |
| | Rough Draft | Page | 205.00 | $1.55 | $317.75 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | Invoice Total: | $1,411.92 |
|---|---|---|---|
| | | Payment: | ($1,411.92) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

42744

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NJ3471584 |
|---|---|
| Job #: | 2984652 |
| Invoice Date: | 9/10/2018 |
| Balance: | $0.00 |

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | | | |
|---|---|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith | | **Invoice #:** | NJ3477419 |
| | Shook Hardy & Bacon LLP | | **Invoice Date:** | 9/14/2018 |
| | 2555 Grand Boulevard | | **Balance Due:** | $0.00 |
| | Kansas City, MO, 64108 | | | |

| | |
|---|---|
| **Case:** | Gahan, Kelly v. Sanofi S.A., Et Als |
| **Job #:** | 2984652 \| Job Date: 8/22/2018 \| Delivery: Normal |
| **Case #:** | 2:16cv15283 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | University of Colorado Denver |
| | Anschutz Medical Camput \| 12801 E. 17th Ave-Research 1 South Bldg - Conf Rm L18-5101 \| Pathology Conference Room L18-5101 Aurora, CO 80045 |
| **Sched Atty:** | Connor J. Sears Esq. \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Virginia Borges | Video - Initial Fee | 1 | 1.00 | $295.00 | $295.00 |
| | Video - Additional Hours | Hour | 3.00 | $95.00 | $285.00 |
| | Video - Media and Cloud Services | Per disk | 3.00 | $0.00 | $0.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 4.00 | $55.00 | $220.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $63.51 | $63.51 |

| | |
|---|---|
| **Notes:** | |
| | **Invoice Total:** $863.51 |
| | **Payment:** ($863.51) |
| | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | |
|---|---|---|
| **To pay online, go to www.veritext.com** | Please remit payment to: Veritext P.O. Box 71303 Chicago IL 60694-1303 | **Invoice #:** NJ3477419 **Job #:** 2984652 **Invoice Date:** 9/14/2018 **Balance:** $0.00 |
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** | NJ3349296 |
|---|---|---|---|
| | | **Invoice Date:** | 5/30/2018 |
| | | **Balance Due:** | $0.00 |

| **Case:** | Gahan, Kelly v. Sanofi S.A., Et Als |
|---|---|
| **Job #:** | 2904009 | Job Date: 5/16/2018 | Delivery: Normal |
| **Case #:** | 2:16cv15283 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Bachus & Schanker |
| | 1899 Wynkoop St | STE 700<br>Denver, CO 80002 |
| **Sched Atty:** | Connor J. Sears Esq. | Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Kelly Gahan | Veritext Virtual Primary Participants | 1 | 1.00 | $295.00 | $295.00 |

| Notes: | | **Invoice Total:** | $295.00 |
|---|---|---|---|
| | | **Payment:** | ($295.00) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** | NJ3349296 |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com** | | **Job #:** | 2904009 |
| | | **Invoice Date:** | 5/30/2018 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | **Balance:** | $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** | NJ3370264 |
|---|---|---|---|
| | | **Invoice Date:** | 6/11/2018 |
| | | **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Gahan, Kelly v. Sanofi S.A., Et Als |
| **Job #:** | 2904009 \| Job Date: 5/16/2018 \| Delivery: Normal |
| **Case #:** | 2:16cv15283 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Bachus & Schanker |
| | 1899 Wynkoop St \| STE 700<br>Denver, CO 80002 |
| **Sched Atty:** | Connor J. Sears Esq. \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Kelly Gahan | Original with 1 Certified Transcript | Page | 426.00 | $4.55 | $1,938.30 |
| | Attendance Fee | 1 | 3.00 | $85.00 | $255.00 |
| | Exhibits - Color | Per Page | 18.00 | $0.50 | $9.00 |
| | Exhibits | Per Page | 228.00 | $0.18 | $41.04 |
| | Rough Draft | Page | 426.00 | $1.55 | $660.30 |
| | Shipping & Handling | Package | 1.00 | $111.22 | $111.22 |

| **Notes:** Postage for Read and Sign | | |
|---|---|---|
| | **Invoice Total:** | $3,014.86 |
| | **Payment:** | ($3,014.86) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | Please remit payment to: | Invoice #: | NJ3370264 |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com** | Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Job #: | 2904009 |
| | | Invoice Date: | 6/11/2018 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NJ3374675<br>6/11/2018<br>$0.00 |

| | |
|---|---|
| **Case:** | Gahan, Kelly v. Sanofi S.A., Et Als |
| **Job #:** | 2904009 \| Job Date: 5/16/2018 \| Delivery: Normal |
| **Case #:** | 2:16cv15283 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Bachus & Schanker |
| | 1899 Wynkoop St \| STE 700<br>Denver, CO 80002 |
| **Sched Atty:** | Connor J. Sears Esq. \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Kelly Gahan | Video - Initial Fee | 1 | 1.00 | $295.00 | $295.00 |
| | Video - Additional Hours | Hour | 7.75 | $95.00 | $736.25 |
| | Video - Extended Hours Surcharge | Hour | 1.75 | $142.50 | $249.38 |
| | Video - Media and Cloud Services | Per disk | 4.00 | $10.00 | $40.00 |
| | Video - Digitizing & Transcript Synchronization | Hour | 8.00 | $55.00 | $440.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $29.50 | $29.50 |

| | |
|---|---|
| **Notes:** | |
| **Invoice Total:** | $1,790.13 |
| **Payment:** | ($1,790.13) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

42744

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NJ3374675 |
| **Job #:** | 2904009 |
| **Invoice Date:** | 6/11/2018 |
| **Balance:** | $0.00 |