UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| This document relates to:<br>Dora Sanford, Case No. 2:17-cv-09417 | SECTION: H (5) |

# ORDER

Considering the Motion for Leave to File Hospira's Reply in Support of its Motion for Summary Judgment Based on the Statute of Limitations (*See* Doc. 9508), filed by Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira");

**IT IS ORDERED** that Hospira's Motion is **GRANTED**, and that Hospira's Reply in Support of its Motion for Summary Judgment Based on the Statute of Limitations is hereby entered into the Court's docket.

New Orleans, Louisiana, on this 23rd day of April, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE