EXHIBIT 17



| OLOL REGIONAL MEDICAL CENTER | OLOL REGIONAL MEDICAL CTR | | | 131 |
|---|---|---|---|---|
| 5000 HENNESSY BLVD | PO BOX 14790 | | | |
| BATON ROUGE LA 70808 4375 | BATON ROUGE LA 70898 4790 | | 080613 | 080613 |

| PATIENT NAME | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SANFORD, DORA, J | | | ZACHARY | | | | | LA | 70791 |
| 1957 | F | | 3 1 | 01 | | | | | |

SANFORD, DORA, J

ZACHARY LA 70791

0.00

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | N458063079725 ML5.0000 | J2469 | 080613 | 10.00 | 1042 00 | | |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 080613 | 1.00 | 132 00 | | |
| 0636 | N463323016501 ML3.0000 | J1100 | 080613 | 12.00 | 27 60 | | |
| 0636 | N464253033335 ML0.5000 | J1642 | 080613 | 5.00 | 0 25 | | |
| 0636 | N455390023301 UN20.0000 | J9000 | 080613 | 20.00 | 978 00 | | |
| 0335 | Chemo IV Push Single | 96409 | 080613 | 1.00 | 275 00 | | |
| 0260 | Therapeutic - IV Sequential | 96367 | 080613 | 1.00 | 132 00 | | |

| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | 2586 85 | |
|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | | Y | Y | | | |
| | | | | | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | | | |
|---|---|---|---|
| 9 | 174.2 | V58.11 | |

| 67 ADMIT DX | 70 PATIENT REASON DX | 71 PPS CODE | 72 ECI |
|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | | OTHER PROCEDURE CODE DATE | | 76 ATTENDING NPI 659394583 QUAL |
|---|---|---|---|---|
| | | | | LAST PATTEN FIRST JUDO |
| | | | | 77 OPERATING NPI |
| | | | | LAST FIRST |

| 80 REMARKS | 81CC a | | 78 OTHER NPI QUAL |
|---|---|---|---|
| | b | | LAST FIRST |
| | c | | 79 OTHER NPI QUAL |
| | d | | LAST FIRST |

UB-04 CMS-1450     APPROVED OMB NO. 0938-0997     NUBC     LIC381060B     THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

| OLOL REGIONAL MEDICAL CENTER | OLOL REGIONAL MEDICAL CTR | | 3a PAT. CNTL # | | 4 TYPE OF BILL |
|---|---|---|---|---|---|
| 5000 HENNESSY BLVD | PO BOX 14790 | | b. MED. REC. # | | 131 |
| BATON ROUGE LA 70808 4375 | BATON ROUGE LA 70890 4790 | 5 FED. TAX NO. | | 6 STATEMENT COVERS PERIOD FROM 082713 THROUGH 082713 | 7 |

| 8 PATIENT NAME a | | b | 9 PATIENT ADDRESS a | b | | c | d | e |
|---|---|---|---|---|---|---|---|---|
| SANFORD, DORA, J | | | | ZACHARY | | | LA | 70791 |

| 10 BIRTHDATE | 11 SEX | 12 DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21 22 23 24 25 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | | | | 3 | 1 | | 01 | | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| | | | | | | |

| 38 | | | 39 CODE VALUE CODES AMOUNT | 40 CODE VALUE CODES AMOUNT | 41 CODE VALUE CODES AMOUNT |
|---|---|---|---|---|---|
| SANFORD, DORA, J | | | a 0,00 | | |
| ZACHARY LA 70791 | | | b | | |
| | | | c | | |
| | | | d | | |

| 42 REV CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | N455390023301 UN4.0000 | J9000 | 082713 | 20.00 | 978 00 | | |
| 0636 | N458063079725 ML5.0000 | J2469 | 082713 | 10.00 | 1042 00 | | |
| 0636 | N463323016501 ML3.0000 | J1100 | 082713 | 12.00 | 27 60 | | |
| 0636 | N464253033335 ML0.5000 | J1642 | 082713 | 5.00 | 0 25 | | |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 082713 | 1.00 | 132 00 | | |
| 0260 | Therapeutic - IV Sequential | 96367 | 082713 | 1.00 | 132 00 | | |
| 0335 | Chemo IV Single/Initial up | 96413 | 082713 | 1.00 | 750 00 | | |

| 0001 | PAGE 1 OF 1 | | CREATION DATE 09/27/16 | TOTALS | 3061 85 | | |
|---|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | | Y | Y | | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| | | |

| 66 DX | 174.1 174.2 V58.11 | | | | | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | | | | | | | | | | |

| 69 ADMIT DX | 70 PATIENT REASON DX | | | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1659394583 QUAL LAST PATTEN FIRST JUDD |
|---|---|---|---|---|
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI QUAL LAST FIRST |

| 80 REMARKS | | 81CC a b c d | 78 OTHER NPI QUAL LAST FIRST |
|---|---|---|---|
| | | | 79 OTHER NPI QUAL LAST FIRST |

UB-04 CMS-1450    APPROVED OMB NO 0938-0997    NUBC™ LIC9819599    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

00002



OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

STATEMENT COVERS PERIOD
FROM 091713  THROUGH 091713

8 PATIENT NAME
SANFORD, DORA, J

9 PATIENT ADDRESS
ZACHARY                    LA    70791

10 BIRTHDATE 1957

38
SANFORD, DORA, J

ZACHARY LA 70791

VALUE CODES AMOUNT
0.00

| 42 REV CD. | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES |
|---|---|---|---|---|---|
| 0636 | N400186153013 ML15.0000 | J9000 | 091713 | 3.00 | 255.00 |
| 0636 | N455390023301 UN3.0000 | J9000 | 091713 | 15.00 | 733.50 |
| 0335 | Chemo IV Push Single | 96409 | 091713 | 1.00 | 275.00 |
| 0260 | Therapeutic - IV Sequential | 96367 | 091713 | 1.00 | 132.00 |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 091713 | 1.00 | 132.00 |
| 0636 | N463323016501 ML3.0000 | J1100 | 091713 | 12.00 | 27.60 |
| 0636 | N464253033335 ML0.5000 | J1642 | 091713 | 5.00 | 0.25 |
| 0636 | N458063079725 ML5.0000 | J2469 | 091713 | 10.00 | 1042.00 |

0001 PAGE 1 OF 1          CREATION DATE 09/27/16     TOTALS     2597.35

50 PAYER NAME
UNITED HEALTHCARE COMMUNIT

58 INSURED'S NAME
SANFORD, DORA, J          18

63 TREATMENT AUTHORIZATION CODES

V58.11   174.1   174.2
9

74 PRINCIPAL PROCEDURE

76 ATTENDING  1659394503     PATTEN       JUDD

SanfordD-PPR-   00003



| 1 OLOL REGIONAL MEDICAL CENTER | 2 OLOL REGIONAL MEDICAL CTR | | | | |
|---|---|---|---|---|---|
| 5000 HENNESSY BLVD | PO BOX 14790 | | 3a PAT. CNTL # | | 131 |
| BATON ROUGE LA 70808 4375 | BATON ROUGE LA 70898 4790 | | b MED REC # | | |
| | 5 FED. TAX NO. | | 6 STATEMENT COVERS PERIOD FROM 102913 THROUGH 102913 | | 7 |

| 8 PATIENT NAME | a | 9 PATIENT ADDRESS | a | | | | |
|---|---|---|---|---|---|---|---|
| SANFORD , DORA, J | | b ZACHARY | | | c LA | d 70791 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT | 18 19 20 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|
| 1957 | F | 3 1 | | 01 | | | | |

| 31 OCCURRENCE CODE | OCCURRENCE DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| 38 | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| SANFORD, DORA, J | | a 0.00 | | | | | |
| ZACHARY LA 70791 | | b | | | | | |
| | | c | | | | | |
| | | d | | | | | |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|---|
| 1 | 0636 | N400069454702 ML3.0000 | J1100 | 102913 | 12.00 | 27.60 | | |
| 2 | 0636 | N450242013468 UN0.8900 | J9355 | 102913 | 39.00 | 6893.25 | | |
| 3 | 0636 | N462856079701 ML5.0000 | J2469 | 102913 | 10.00 | 1042.00 | | |
| 4 | 0636 | N400409020102 ML27.5000 | J9171 | 102913 | 55.00 | 2414.50 | | |
| 5 | 0636 | N400409020110 ML40.0000 | J9171 | 102913 | 80.00 | 4764.00 | | |
| 6 | 0636 | N461703033950 UN1.0000 | J9045 | 102913 | 9.00 | 220.50 | | |
| 7 | 0636 | N464253033335 ML0.5000 | J1642 | 102913 | 5.00 | 0.25 | | |
| 8 | 0636 | N461703036018 UN3.0000 | J9045 | 102913 | 3.00 | 2134.95 | | |
| 9 | 0260 | Therapeutic - IV Sequential | 96367 | 102913 | 1.00 | 132.00 | | |
| 10 | 0335 | Chemo SeqIV | 96417 | 102913 | 2.00 | 610.00 | | |
| 11 | 0335 | Chemo IV Single/Initial up | 96413 | 102913 | 1.00 | 750.00 | | |
| 12 | 0260 | Therapeutic - Push Add'l Se | 96375 | 102913 | 1.00 | 132.00 | | |

| | 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | 19121.05 | | | 23 |
|---|---|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | |
|---|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | | Y | Y | | | 57 OTHER PRV ID | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| a | | |
| b | | |

| 66 DX | V58.11 174.1 174.2 | | | | | 68 |
|---|---|---|---|---|---|---|
| | 9 | | | | | |

| 69 ADMIT DX | 70 PATIENT REASON DX a b c | 71 PPS CODE | 72 ECI | 73 |
|---|---|---|---|---|
| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1659394583 QUAL |
| | | | | LAST PATTEN FIRST JUDD |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI QUAL LAST FIRST |
| 80 REMARKS | 81CC a b c d | | | 78 OTHER NPI QUAL LAST FIRST |
| | | | | 79 OTHER NPI QUAL LAST FIRST |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    NUBC National Uniform Billing Committee LIC9810500    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

SanfordD-PPR-    00004

| 1 OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | 2 OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | 3a PAT.<br>CNTL #<br>b MED<br>REC # ▉ | | 4 TYPE<br>OF BILL<br>131 |
|---|---|---|---|---|
| | 5 FED. TAX NO. ▉ | 6 STATEMENT COVERS PERIOD<br>FROM 100813  THROUGH 100813 | | 7 |

| 8 PATIENT NAME | a | 9 PATIENT ADDRESS | a ▉ | | |
|---|---|---|---|---|---|
| b SANFORD , DORA, J | | b ZACHARY | LA c 70791 d e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION<br>13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES<br>22  23  24  25  26  27  28 | 29 ACDT<br>STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | F | | | 3 | 1 | | 01 | | | | | | | |

| 31 OCCURRENCE<br>CODE    DATE | 32 OCCURRENCE<br>CODE    DATE | 33 OCCURRENCE<br>CODE    DATE | 34 OCCURRENCE<br>CODE    DATE | 35 OCCURRENCE SPAN<br>CODE   FROM   THROUGH | 36 OCCURRENCE SPAN<br>CODE   FROM   THROUGH | 37 |
|---|---|---|---|---|---|---|

| 38 SANFORD, DORA, J<br>▉<br>ZACHARY LA 70791<br>▉ ▉ | 39 VALUE CODES<br>CODE   AMOUNT | 40 VALUE CODES<br>CODE   AMOUNT | 41 VALUE CODES<br>CODE   AMOUNT |
|---|---|---|---|
| | a  0.00 | | |
| | b | | |
| | c | | |
| | d | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0636 | N461703033956 ML0.2000 | J9045 | 100813 | 12.00 | 170 40 | | |
| 0636 | N461703036018 UN3.0000 | J9045 | 100813 | 3.00 | 2134 95 | | |
| | | | | | | | |
| 0001 | PAGE 1  OF  1 | CREATION DATE 09/27/16 | TOTALS | | 2305 35 | | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL<br>INFO | 53 ASG<br>BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI ▉ |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT ▉ | | Y | Y | | | 57<br>OTHER<br>PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | ▉ | | ▉ |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66<br>DX<br>9 | V58.11 | 174.1 | 174.2 | | | | 68 |
|---|---|---|---|---|---|---|---|

| 69 ADMIT<br>DX | 70 PATIENT<br>REASON DX | 71 PPS<br>CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE<br>CODE    DATE | a. OTHER PROCEDURE<br>CODE    DATE | b. OTHER PROCEDURE<br>CODE    DATE | 75 | 76 ATTENDING NPI 1659394583 | QUAL |
|---|---|---|---|---|---|
| c. OTHER PROCEDURE<br>CODE    DATE | d. OTHER PROCEDURE<br>CODE    DATE | e. OTHER PROCEDURE<br>CODE    DATE | | LAST PATTEN  FIRST JUDD | |
| | | | | 77 OPERATING NPI | QUAL |
| | | | | LAST  FIRST | |

| 80 REMARKS | 81CC<br>a<br>b<br>c<br>d | 78 OTHER NPI  QUAL<br>LAST  FIRST<br>79 OTHER NPI  QUAL<br>LAST  FIRST |
|---|---|---|

UB-04 CMS-1450          APPROVED OMB NO. 0938-0997          NUBC          LIC9810506          THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE A PART HEREOF.

SanfordD-PPR-     00005

| OLOL REGIONAL MEDICAL CENTER | OLOL REGIONAL MEDICAL CTR | | 131 |
|---|---|---|---|
| 5000 HENNESSY BLVD | PO BOX 14790 | | |
| BATON ROUGE LA 70808 4375 | BATON ROUGE LA 70898 4790 | STATEMENT COVERS PERIOD FROM 111913 THROUGH 111913 | |

PATIENT NAME: SANFORD, DORA, J
PATIENT ADDRESS: ZACHARY LA 70791

BIRTHDATE: 1957  ADMISSION DATE  TYPE 3  SRC 1  01

| SANFORD, DORA, J | VALUE CODES AMOUNT | | VALUE CODES AMOUNT |
|---|---|---|---|
| ZACHARY LA 70791 | 0.00 | | |

| 42 REV. CD. | DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0300 | A-Venipuncture Routine | 36415 | 111913 | 1.00 | 20 00 | |
| 0305 | CBC-Auto | 85025 | 111913 | 1.00 | 88 00 | |
| 0301 | Comprehensive Metabolic Pan | 80053 | 111913 | 1.00 | 40 00 | |
| 0301 | LDH | 83615 | 111913 | 1.00 | 63 00 | |
| 0301 | Magnesium - Serum | 83735 | 111913 | 1.00 | 66 00 | |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 111913 | 1.00 | 132 00 | |
| 0335 | Chemo SeqIV | 96417 | 111913 | 2.00 | 610 00 | |
| 0335 | Chemo IV Single/Initial up | 96413 | 111913 | 1.00 | 750 00 | |
| 0260 | Therapeutic - IV Sequential | 96367 | 111913 | 1.00 | 132 00 | |
| 0636 | N400069454702 ML3.0000 | J1100 | 111913 | 12.00 | 27 60 | |
| 0636 | N464253033335 ML0.5000 | J1642 | 111913 | 5.00 | 0 25 | |
| 0636 | N462856079701 ML5.0000 | J2469 | 111913 | 10.00 | 1042 00 | |
| 0636 | N461703033950 UN1.0000 | J9045 | 111913 | 9.00 | 220 50 | |
| 0636 | N461703036018 UN2.0000 | J9045 | 111913 | 2.00 | 1423 30 | |
| 0636 | N400409020102 ML27.5000 | J9171 | 111913 | 55.00 | 2414 50 | |
| 0636 | N400409020110 ML40.0000 | J9171 | 111913 | 80.00 | 4764 00 | |
| 0636 | N450242013468 UNO.8600 | J9355 | 111913 | 38.00 | 6716 50 | |

| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | 18509 65 |
|---|---|---|---|---|

PAYER NAME: UNITED HEALTHCARE COMMUNIT   REL INFO: Y   ASG BEN: Y

OTHER
PRV ID

INSURED'S NAME: SANFORD, DORA, J   P.REL 18

TREATMENT AUTHORIZATION CODES | DOCUMENT CONTROL NUMBER | EMPLOYER NAME

DX: 174.1   174.2   V58.11
9

PRINCIPAL PROCEDURE CODE / DATE | OTHER PROCEDURE CODE / DATE | ATTENDING NPI 659394583
LAST PATTEN   FIRST TODD
OPERATING   NPI
LAST   FIRST
OTHER   NPI
LAST   FIRST
OTHER NPI
LAST   FIRST

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC   LIC9810506   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

00006



OLOL REGIONAL MEDICAL CENTER   OLOL REGIONAL MEDICAL CTR
5000 HENNESSY BLVD             PO BOX 14790
BATON ROUGE LA 70808 4375      BATON ROUGE LA 70898 4790

STATEMENT COVERS PERIOD
FROM 123013  THROUGH 123013

PATIENT NAME: SANFORD, DORA, J        ZACHARY        LA 70791

BIRTHDATE 1957

SANFORD, DORA, J

ZACHARY LA 70791

WAGE CODES AMOUNT 0.00

| REV CD. | DESCRIPTION | HCPCS/RATE/HIPPS CODE | SERV DATE | SERV UNITS | TOTAL CHARGES | |
|---|---|---|---|---|---|---|
| 0335 | Chemo IV Single/Initial up | 96413 | 123013 | 1.00 | 750 | 00 |
| 0260 | Therapeutic - IV Sequential | 96367 | 123013 | 1.00 | 132 | 00 |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 123013 | 1.00 | 132 | 00 |
| 0636 | N463323016501 ML3.0000 | J1100 | 123013 | 12.00 | 34 | 80 |
| 0301 | Comprehensive Metabolic Pan | 80053 | 123013 | 1.00 | 40 | 00 |
| 0301 | LDH | 83615 | 123013 | 1.00 | 63 | 00 |
| 0305 | CBC-Auto | 85025 | 123013 | 1.00 | 88 | 00 |
| 0335 | Chemo SeqIV | 96417 | 123013 | 2.00 | 610 | 00 |
| 0300 | A-Venipuncture Routine | 36415 | 123013 | 1.00 | 20 | 00 |
| 0636 | N464253033335 ML0.5000 | J1642 | 123013 | 5.00 | 0 | 25 |
| 0636 | N462856079701 ML5.0000 | J2469 | 123013 | 10.00 | 1042 | 00 |
| 0636 | N461703036018 UN2.0000 | J9045 | 123013 | 2.00 | 1423 | 30 |
| 0636 | N461703033950 UN1.0000 | J9045 | 123013 | 9.00 | 220 | 50 |
| 0636 | N400409020102 ML67.5000 | J9171 | 123013 | 135.00 | 5926 | 50 |
| 0636 | N450242013468 UN0.8900 | J9355 | 123013 | 39.00 | 6893 | 25 |

0001  PAGE 1 OF 1     CREATION DATE 09/27/16   TOTALS    17375  60

| PAYER NAME | HEALTH PLAN ID | REL INFO | ASG BEN | PRIOR PAYMENTS | EST AMOUNT DUE | NPI |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | | Y | Y | | | OTHER |

INSURED'S NAME: SANFORD, DORA, J    P.REL 18    INSURED'S UNIQUE ID    GROUP NAME    INSURANCE GROUP NO

TREATMENT AUTHORIZATION CODES    DOCUMENT CONTROL NUMBER    EMPLOYER NAME

DX  174.1   V58.11   174.2
9

ATTENDING  NPI 659394583
LAST PATTEN   FIRST JODD

UB-04 CMS-1450      OMB NO. 0938-0997      NUBC   LIC9810506



OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

131.

STATEMENT COVERS PERIOD
FROM 012114   THROUGH 012114

PATIENT NAME: SANFORD  DORA  J          ZACHARY          LA  70791

BIRTHDATE 1957   SEX F   ADMISSION 3 1   TYPE 1   STAT 01

SANFORD, DORA, J
ZACHARY LA 70791

VALUE CODES   0.00

| Rev Cd | Description | HCPCS/RATE/HIPPS CODE | Serv Date | Serv Units | Total Charges |
|---|---|---|---|---|---|
| 0301 | LDH | 83615 | 012114 | 1.00 | 63:00 |
| 0300 | A-Venipuncture Routine | 36415 | 012114 | 1.00 | 20:00 |
| 0301 | Comprehensive Metabolic Pan | 80053 | 012114 | 1.00 | 40:00 |
| 0305 | CBC-Auto | 85025 | 012114 | 1.00 | 88:00 |
| 0335 | Chemo SeqIV | 96417 | 012114 | 2.00 | 610:00 |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 012114 | 1.00 | 132:00 |
| 0335 | Chemo IV Single/Initial up | 96413 | 012114 | 1.00 | 750:00 |
| 0260 | Therapeutic - IV Sequential | 96367 | 012114 | 1.00 | 132:00 |
| 0636 | N400409020110 ML67.5000 | J9171 | 012114 | 135.00 | 8039:25 |
| 0636 | N464253033335 ML0.5000 | J1642 | 012114 | 5.00 | 0:25 |
| 0636 | N462856079701 ML5.0000 | J2469 | 012114 | 10.00 | 1042:00 |
| 0636 | N450242013468 UN0.8900 | J9355 | 012114 | 39.00 | 6893:25 |
| 0636 | N463323016501 ML3.0000 | J1100 | 012114 | 12.00 | 34:80 |
| 0636 | N461703033950 UN1.0000 | J9045 | 012114 | 9.00 | 220:50 |
| 0636 | N461703036018 UN1.0000 | J9045 | 012114 | 1.00 | 711:65 |

0001  PAGE  1  OF  1        CREATION DATE 09/27/16    TOTALS    18776 70

PAYER NAME: UNITED HEALTHCARE COMMUNIT

INSURED'S NAME: SANFORD, DORA, J    18

TREATMENT AUTHORIZATION CODES

174.1   174.2   V58.11
9

ATTENDING 1659394583   LAST PATTEN   FIRST JUDD

80 REMARKS

UB-04 CMS-1450        APPROVED OMB NO. 0938-0997        NUBC    LIC561050B        THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

00008

| OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | | | 4 TYPE<br>OF BILL<br>131 |
|---|---|---|---|---|
| | | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD<br>FROM 030414 THROUGH 030414 | 7 |

| 8 PATIENT NAME | 9 PATIENT ADDRESS | |
|---|---|---|
| SANFORD, DORA, J | ZACHARY | LA 70791 |

| 10 BIRTHDATE | 11 SEX | ADMISSION 12 DATE | 13 HR | 14 TYPE | 16 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | F | | | 3 | 1 | | 01 | | | | | | | | | | | |

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | | 36 OCCURRENCE SPAN CODE FROM THROUGH | | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 38 | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|
| SANFORD, DORA, J<br><br>ZACHARY LA 70791 | a 0.00 | | |
| | b | | |
| | c | | |
| | d | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0301 | LDH | 83615 | 030414 | 1 00 | 63 00 | | |
| 0636 | N464253033335 ML0.5000 | J1642 | 030414 | 5 00 | 0 25 | | |
| 0636 | N450242013468 UN0.8900 | J9355 | 030414 | 39 00 | 7306 65 | | |
| 0301 | Comprehensive Metabolic Pan | 80053 | 030414 | 1 00 | 223 00 | | |
| 0305 | CBC-Auto | 85025 | 030414 | 1 00 | 88 00 | | |
| 0335 | Chemo IV Single/Initial up | 96413 | 030414 | 1 00 | 795 00 | | |
| 0300 | A-Venipuncture Routine | 36415 | 030414 | 1 00 | 28 00 | | |

| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | 8503 90 | |
|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | | Y | Y | | | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | 174.1 | 174.2 | V58.11 | | | | | | | | | | | 67 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | | | | | | | | | | | | | | | |

| 68 | | | | | | | | | | | | | | | | |

| 69 ADMIT DX | 70 PATIENT REASON DX | a | b | c | 71 PPS CODE | 72 ECI | a | b | c | 73 |
|---|---|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1659394583 QUAL |
|---|---|---|---|---|
| | | | | LAST PATTEN FIRST JUDD |
| c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI QUAL<br>LAST FIRST |

| 80 REMARKS | 81CC a | 78 OTHER NPI QUAL |
|---|---|---|
| | b | LAST FIRST |
| | c | 79 OTHER NPI QUAL |
| | d | LAST FIRST |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    NUBC™ National Uniform    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

SanfordD-PPR-    00009



| OLOL REGIONAL MEDICAL CENTER | OLOL REGIONAL MEDICAL CTR |
|---|---|
| 5000 HENNESSY BLVD | PO BOX 14790 |
| BATON ROUGE LA 70808 4375 | BATON ROUGE LA 70898 4790 |

STATEMENT COVERS PERIOD
FROM 032614 THROUGH 032614

131

PATIENT NAME: SANFORD , DORA, J
PATIENT ADDRESS: ZACHARY          LA   70791

BIRTHDATE 1957

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0301 | CBC WITH AUTO DIFF | 85025 | 032614 | 1.00 | 88 00 | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 032614 | 1.00 | 223 00 | |
| 0301 | PT | 85610 | 032614 | 1.00 | 30 00 | |
| 0636 | N450242013468 UN44.0000 | J9355 | 032614 | 39.00 | 7306 65 | |
| 0335 | Chemo IV Single/Initial up | 96413 | 032614 | 1.00 | 795 00 | |
| 0636 | N464253033335 UN0.5000 | J1642 | 032614 | 5.00 | 0 25 | |
| 0301 | LDH-SERUM | 83615 | 032614 | 1.00 | 71 00 | |

0001  PAGE 1 OF 1    CREATION DATE 09/27/16    TOTALS    8513 90

50 PAYER NAME: UNITED HEALTHCARE COMMUNIT

58 INSURED'S NAME: SANFORD, DORA, J     59 P.REL 18

65 TREATMENT AUTHORIZATION CODES

174.1    174.2    V58.11
9

76 ATTENDING  NPI 1659394583
LAST PATTEN    FIRST JUDD

NUBC    UB-04 CMS-1450    APPROVED OMB NO 0938-0997

00010



OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

3a PAT. CNTL # [redacted]
b MED. REC. # [redacted]
4 TYPE OF BILL .131
5 FED. TAX NO. [redacted]
6 STATEMENT COVERS PERIOD FROM 041514 THROUGH 041514

8 PATIENT NAME: SANFORD, DORA, J
9 PATIENT ADDRESS: [redacted] ZACHARY LA 70791

10 BIRTHDATE: [redacted]1957
11 SEX: F
14 TYPE: 3
15 SRC: 1
17 STAT: 01

38 SANFORD, DORA, J
[redacted]
ZACHARY LA 70791
[redacted]

39 VALUE CODES AMOUNT: a 0.00

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0335 | Chemo IV Single/Initial up | 96413 | 041514 | 1.00 | 795 00 | |
| 0636 | N450242013468 UN0.8600 | J9355 | 041514 | 38.00 | 7119 30 | |
| 0301 | LDH-SERUM | 83615 | 041514 | 1.00 | 71 00 | |
| 0301 | PT | 85610 | 041514 | 1.00 | 30 00 | |
| 0301 | CBC WITH AUTO DIFF | 85025 | 041514 | 1.00 | 88 00 | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 041514 | 1.00 | 223 00 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | | 8326 30 | |

50 PAYER NAME: UNITED HEALTHCARE COMMUNIT
51 HEALTH PLAN ID: [redacted]
52 REL. INFO: Y
53 ASG. BEN.: Y
56 NPI: [redacted]

58 INSURED'S NAME: SANFORD, DORA, J
59 P. REL: 18
60 INSURED'S UNIQUE ID: [redacted]
62 INSURANCE GROUP NO.: [redacted]

63 TREATMENT AUTHORIZATION CODES
64 DOCUMENT CONTROL NUMBER
65 EMPLOYER NAME

66 DX: V58.11 174.1 174.2
9

69 ADMIT DX
74 PRINCIPAL PROCEDURE CODE DATE
OTHER PROCEDURE CODE DATE

76 ATTENDING NPI 1659394583 QUAL
LAST PATTEN FIRST JUDD
77 OPERATING NPI QUAL
LAST FIRST
78 OTHER NPI QUAL
LAST FIRST
79 OTHER NPI QUAL
LAST FIRST

80 REMARKS
81CC a b c d

| OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | | | | 131 |
|---|---|---|---|---|---|
| | | 6 STATEMENT COVERS PERIOD<br>FROM 050614 THROUGH 050614 | | | |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS | |
|---|---|---|---|
| SANFORD DORA J | | ZACHARY | LA 70791 |

| 10 BIRTHDATE | 11 SEX | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | F | | 3 1 | 01 | | | | | | | | |

| SANFORD, DORA, J |  |  |
|---|---|---|
| ZACHARY LA 70791 | 0.00 | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0335 | Chemo IV Single/Initial up | 96413 | 050614 | 1.00 | 795 00 | |
| 0636 | N464253033335 UN0.5000 | J1642 | 050614 | 5.00 | 0 25 | |
| 0636 | N450242013468 UN0.8600 | J9355 | 050614 | 38.00 | 7119 30 | |
| 0301 | CBC WITH AUTO DIFF | 85025 | 050614 | 1.00 | 88 00 | |
| 0301 | LDH-SERUM | 83615 | 050614 | 1.00 | 71 00 | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 050614 | 1.00 | 223 00 | |
| 0301 | PT | 85610 | 050614 | 1.00 | 30 00 | |

| 0001 | PAGE 1 OF 1 | CREATION DATE 05/27/16 | TOTALS | 8326 55 | |
|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | | | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | | Y | Y | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | V58.11 | 174.1 | 174.2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE | OTHER PROCEDURE | 76 ATTENDING NPI 1659394583 | | |
|---|---|---|---|---|
| | | LAST PATTEN | FIRST JUDD | |

| 80 REMARKS | | 78 OTHER | | |
|---|---|---|---|---|

NUBC



| OLOL REGIONAL MEDICAL CENTER | OLOL REGIONAL MEDICAL CTR | | | | | | 131 |
| 5000 HENNESSY BLVD | PO BOX 14790 | | | | | | |
| BATON ROUGE LA 70808 4375 | BATON ROUGE LA 70898 4790 | | | STATEMENT COVERS PERIOD FROM 052714 THROUGH 052714 | | | |

PATIENT NAME: SANFORD , DORA, J   ZACHARY   LA 70791
BIRTHDATE: 1957   SEX: F   ADM STAT: 01

SANFORD, DORA, J
ZACHARY LA 70791

VALUE CODES AMOUNT: 0.00

| REV CD | DESCRIPTION | HCPCS / RATE / HIPPS CODE | SERV DATE | SERV UNITS | TOTAL CHARGES | NON-COVERED CHARGES |
|--------|-------------|---------------------------|-----------|------------|---------------|---------------------|
| 0636 | N450242013468 UN0.8900 | J9355 | 052714 | 39.00 | 7306 65 | |
| 0335 | Chemo IV Single/Initial up | 96413 | 052714 | 1.00 | 795 00 | |
| 0260 | Therapeutic - Push Add'l Se | 9637559 | 052714 | 1.00 | 140 00 | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 052714 | 1.00 | 223 00 | |
| 0301 | HEMOGRAM | 85027 | 052714 | 1.00 | 87 00 | |
| 0301 | DIFF-MANUAL | 85007 | 052714 | 1.00 | | |
| 0636 | N459338077501 UN510.0000 | Q0138 | 052714 | 510.00 | 1224 00 | |

| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | | 9775 65 | |

PAYER NAME: UNITED HEALTHCARE COMMUNIT   Y   Y

INSURED'S NAME: SANFORD, DORA, J   18

V58.11   174.1   174.2   285.9

ATTENDING: 1659391583   LAST: PATTEN   FIRST: JUDD

UB-04 CMS-1450   APPROVED OMB NO. 0938-0997   NUBC   LIC3810606   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

| | | | |
|---|---|---|---|
| OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | | 131 |

**STATEMENT COVERS PERIOD**  FROM 061714  THROUGH 061714

**PATIENT NAME:** SANFORD, DORA, J    **PATIENT ADDRESS:** ZACHARY   LA 70791

**BIRTH DATE** 1957  **SEX** F  **TYPE** 3 1  **STAT** 01

SANFORD, DORA, J
ZACHARY LA 70791

**VALUE CODES**  0.00

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES |
|---|---|---|---|---|---|
| 0335 | Chemo IV Single/Initial up | 96413 | 061714 | 1.00 | 795.00 |
| 0260 | Therapeutic - Push Add'l Se | 96375 | 061714 | 1.00 | 140.00 |
| 0636 | N464253033335 UN0.5000 | J1642 | 061714 | 5.00 | 0.25 |
| 0636 | N450242013468 UN0.8900 | J9355 | 061714 | 39.00 | 7306.65 |
| 0301 | MAGNESIUM-SERUM | 83735 | 061714 | 1.00 | 77.00 |
| 0301 | PT | 85610 | 061714 | 1.00 | 30.00 |
| 0301 | LDH-SERUM | 83615 | 061714 | 1.00 | 71.00 |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 061714 | 1.00 | 223.00 |
| 0301 | CBC WITH AUTO DIFF | 85025 | 061714 | 1.00 | 88.00 |
| 0636 | N459338077501 UN510.0000 | Q0138 | 061714 | 510.00 | 1224.00 |

0001 *PAGE   1   OF   1*    **CREATION DATE** 09/27/16    **TOTAL** 9954.90

**PAYER NAME:** UNITED HEALTHCARE COMMUNIT    Y  Y

**INSURED'S NAME:** SANFORD, DORA, J    **REL** 18

174.1   174.2   V58.11   280.9

**ATTENDING NPI** 1659394563

| OLOL REGIONAL MEDICAL CENTER<br>5000 HENNESSY BLVD<br>BATON ROUGE LA 70808 4375 | OLOL REGIONAL MEDICAL CTR<br>PO BOX 14790<br>BATON ROUGE LA 70898 4790 | 3a PAT<br>CNTL #<br>b MED<br>REC # | | | 131 |
|---|---|---|---|---|---|
| | 5 FED. TAX NO. | STATEMENT COVERS PERIOD<br>FROM 070814 THROUGH 070814 | | | |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS | | |
|---|---|---|---|---|
| SANFORD   DORA, J | | ZACHARY | LA | 70791 |

| 10 BIRTHDATE | 11 SEX | 12 DATE | 13 HR | 14 TYPE | 15 SRC | 16 HR | 17 STAT | 18 | 19 | 20 | CONDITION CODES 21 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | F | | | 3 | 1 | | 01 | | | | | | |

| 38 | | | | | | 39 VALUE CODES<br>CODE   AMOUNT | 40 VALUE CODES<br>CODE   AMOUNT | 41 VALUE CODES<br>CODE   AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SANFORD, DORA, J<br><br>ZACHARY LA 70791 | | | | | a<br>b<br>c<br>d | 0.00 | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0335 | Chemo IV Single/Initial up | 96413 | 070814 | 1.00 | 795 00 | | |
| 0636 | N45024201346B UN0.8600 | J9355 | 070814 | 38.00 | 7119 30 | | |
| 0301 | LDH-SERUM | 83615 | 070814 | 1.00 | 71 00 | | |
| 0301 | CBC WITH AUTO DIFF | 85025 | 070814 | 1.00 | 88 00 | | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 070814 | 1.00 | 223 00 | | |

| 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | 8296 30 | |
|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| UNITED HEALTHCARE COMMUNIT | | Y | Y | | | 57 OTHER<br>PRV ID |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| SANFORD, DORA, J | 18 | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | | | | | | | | | | 67 | | | | | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | V58.11 | 174.1 | 174.2 | | | | | | | | | | | | | | | | | |

| 69 ADMIT DX | 70 PATIENT REASON DX | a | b | c | 71 PPS CODE | 72 ECI | a | b | c | | 73 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 74 | PRINCIPAL PROCEDURE<br>CODE   DATE | a | OTHER PROCEDURE<br>CODE   DATE | b | OTHER PROCEDURE<br>CODE   DATE | | 75 | 76 ATTENDING NPI 1659394583 | QUAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | LAST PATTEN   FIRST | |
| c | OTHER PROCEDURE<br>CODE   DATE | d | OTHER PROCEDURE<br>CODE   DATE | e | OTHER PROCEDURE<br>CODE   DATE | | | 77 OPERATING NPI | QUAL |
| | | | | | | | | LAST   FIRST | |
| 80 REMARKS | | 81CC a | | | | | | 78 OTHER NPI | QUAL |
| | | b | | | | | | LAST   FIRST | |
| | | c | | | | | | 79 OTHER NPI | QUAL |
| | | d | | | | | | LAST   FIRST | |

UB-04 CMS-1450                   NUBC                   LIC3810506   THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.



OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

131

STATEMENT COVERS PERIOD
FROM 072914  THROUGH 072914

PATIENT NAME: SANFORD, DORA, J          ZACHARY          LA 70791

BIRTHDATE 1957          3 1          01

SANFORD, DORA, J
ZACHARY LA 70791

VALUE CODES: 0.00

| REV CD. | DESCRIPTION | HCPCS/RATE/HIPPS CODE | SERV DATE | SERV UNITS | TOTAL CHARGES | NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 072914 | 1.00 | 223 00 | |
| 0301 | IRON BINDING CAPACITY | 83550 | 072914 | 1.00 | 90 00 | |
| 0301 | LDH-SERUM | 83615 | 072914 | 1.00 | 71 00 | |
| 0301 | IRON | 83540 | 072914 | 1.00 | 50 00 | |
| 0301 | VITAMIN B-12; SERUM | 82607 | 072914 | 1.00 | 151 00 | |
| 0301 | CBC WITH AUTO DIFF | 85025 | 072914 | 1.00 | 88 00 | |
| 0301 | RETICULOCYTE COUNT | 85045 | 072914 | 1.00 | 28 00 | |
| 0636 | N450242013468 UN0.8600 | J9355 | 072914 | 38.00 | 7119 30 | |
| 0636 | N464253033335 UN0.5000 | J1642 | 072914 | 5.00 | 0 25 | |
| 0335 | Chemo IV Single/Initial up | 96413 | 072914 | 1.00 | 795 00 | |

0001    PAGE  1  OF  1          CREATION DATE 09/27/16    TOTALS    8615 55

UNITED HEALTHCARE COMMUNIT          Y  Y

INSURED'S NAME: SANFORD, DORA, J          18

174.1    V58.11
9

ATTENDING 1659394583    PATTEN    JODD

| OLOL REGIONAL MEDICAL CENTER | OLOL REGIONAL MEDICAL CTR | 3a PAT CNTL # | | 131 |
|---|---|---|---|---|
| 5000 HENNESSY BLVD | PO BOX 14790 | b. MED REC. # | | |
| BATON ROUGE LA 70808 4375 | BATON ROUGE LA 70898 4790 | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM 081914 THROUGH 081914 | |

| 8 PATIENT NAME | a | 9 PATIENT ADDRESS | b | | | c | LA d 70791 | e |
|---|---|---|---|---|---|---|---|---|
| SANFORD , DORA, J | | ZACHARY | | | | | | |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR 14 TYPE 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957 | F | | 3 1 | 1 | 01 | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|
| | | | | | | |

| 38 SANFORD, DORA, J | 39 CODE VALUE CODES AMOUNT | 40 CODE VALUE CODES AMOUNT | 41 CODE VALUE CODES AMOUNT |
|---|---|---|---|
| ZACHARY LA 70791 | a 0.00 | | |
| | b | | |
| | c | | |
| | d | | |

| 42 REV. CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 | 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 081914 | 1.00 | 223 00 | |
| 2 | 0301 | LDH-SERUM | 83615 | 081914 | 1.00 | 71 00 | |
| 3 | 0301 | MAGNESIUM-SERUM | 83735 | 081914 | 1.00 | 77 00 | |
| 4 | 0301 | PROTHROMBIN TIME FINGERSTIC | 85610 | 081914 | 1.00 | 30 00 | |
| 5 | 0301 | CBC WITH AUTO DIFF | 85025 | 081914 | 1.00 | 88 00 | |
| 6 | 0335 | Chemo IV Single/Initial up | 96413 | 081914 | 1.00 | 795 00 | |
| 7 | 0636 | N450242013468 UN0.8900 | J9355 | 081914 | 39.00 | 7306 65 | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | 0001 | PAGE 1 OF 1 | CREATION DATE 09/27/16 | TOTALS | | 8590 65 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|
| A UNITED HEALTHCARE COMMUNIT | | Y | Y | | | 57 OTHER PRV ID |
| B | | | | | | |
| C | | | | | | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A SANFORD, DORA, J | 18 | | | |
| B | | | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 66 DX 9 | 174.1 | 174.2 | V58.11 | | | | | 68 |
|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX | 70 PATIENT REASON DX | a | b | c | 71 PPS CODE | 72 ECI | | | 73 |
|---|---|---|---|---|---|---|---|---|---|

| 74 | PRINCIPAL PROCEDURE CODE DATE | a. OTHER PROCEDURE CODE DATE | b. OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1659394583 QUAL |
|---|---|---|---|---|---|
| | | | | | LAST PATTEN FIRST JUDD |
| | c. OTHER PROCEDURE CODE DATE | d. OTHER PROCEDURE CODE DATE | e. OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI QUAL |
| | | | | | LAST FIRST |
| 80 REMARKS | | 81CC a | | | 78 OTHER NPI QUAL |
| | | b | | | LAST FIRST |
| | | c | | | 79 OTHER NPI QUAL |
| | | d | | | LAST FIRST |

UB-04 CMS-1450          APPROVED OMB NO. 0938-0997          NUBC          LIC3810506          THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF



| 41 REV. CD. | 42 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0301 | CBC WITH AUTO DIFF | 85025 | 090914 | 1.00 | 88 00 | |
| 0301 | COMPREHENSIVE METABOLIC PAN | 80053 | 090914 | 1.00 | 223 00 | |
| 0301 | LDH-SERUM | 83615 | 090914 | 1.00 | 71 00 | |
| 0301 | PROTHROMBIN TIME FINGERSTIC | 85610 | 090914 | 1.00 | 30 00 | |
| 0636 | N450242013468 UN0.8900 | J9355 | 090914 | 39.00 | 7306 65 | |
| 0335 | Chemo IV Single/Initial up | 96413 | 090914 | 1.00 | 795 00 | |

OLOL REGIONAL MEDICAL CENTER
5000 HENNESSY BLVD
BATON ROUGE LA 70808 4375

OLOL REGIONAL MEDICAL CTR
PO BOX 14790
BATON ROUGE LA 70898 4790

131

STATEMENT COVERS PERIOD FROM 090914 THROUGH 090914

SANFORD, DORA, J    ZACHARY    LA 70791

BIRTHDATE 1957

SANFORD, DORA, J
ZACHARY LA 70791

0.00

0001  PAGE 1 OF 1   CREATION DATE 09/27/16   TOTALS   8513 65

UNITED HEALTHCARE COMMUNIT

SANFORD, DORA, J    18

174.1   174.2   V58.11

74 ATTENDING NPI 1932121795
LAST BIENVENU   FIRST BRYAN