UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 104

**IT IS ORDERED** that the next show cause hearing will be held on May 15, 2020, at 10:00 a.m. The hearing will be held via telephone. The dial-in number for the hearing is 844-767-5679, and the access code is 1256321.

New Orleans, Louisiana, this 24th day of April, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE