UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| LINDA ABLARD | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No.  17-CV-14800 |
| SANDOZ, INC., | : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------- | : : | |

# **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Linda Ablard hereby dismisses all claims in this matter with prejudice against all Defendants in this action Civil Action 17-cv-14800 only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Linda Ablard, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 17-cv-13708.  All parties shall bear their own costs.


Dated this 27th  day of April 2020	By:  */s/ J. Christopher Elliott*
	J. Christopher Elliott, Esq.
	**BACHUS & SCHANKER, LLC**
	J. Kyle Bachus, Esq.
	Darin L. Schanker, Esq.
	101 West Colfax, Suite 650
	Denver, CO 80202
	Telephone: (303) 893-9800
	Facsimile: (303) 893-9900

Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net

*Attorneys for Plaintiff*

*/s/ Evan Holden*
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Rd. NE, Suite 2500
Atlanta, GA 30305
HoldenE@gtlaw.com
*Attorneys for Sandoz Inc.*