UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH Civil Action No.: 2:17-cv-09337 |
| GENEVA SIMMONS, Plaintiff, v. SANOFI-AVENTIS U.S. LLC, ET AL., Defendants. | | |

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE A REPLY**

Plaintiff, Geneva Simmons, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a), hereby respectfully moves for leave to file a Reply to the Opposition in Response to Plaintiff's Motion for Leave to File an Amended Short Form Complaint by Sagent Pharmaceuticals, Inc. ("Sagent"), Actavis LLC (f/k/a Actavis Inc.) and Actavis Pharma, Inc. ("Actavis"), attached hereto as Exhibit A.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Sagent and Actavis, who agreed, in the interest of judicial economy, not to oppose the motion for leave to file a Reply.

Respectfully submitted on April 27, 2020.

By: /s/ Nathan Buttars
Nathan Buttars
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

/s/ Nathan Buttars

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 27, 2020                    /s/ Nathan Buttars