# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| GENEVA SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>    Defendants. | : : : : : : : : : : | MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:17-cv-09337 |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE TO FILE A REPLY

Upon Plaintiff's Motion for Leave to File a Reply and for good cause shown, it is hereby Ordered that the Plaintiff's Reply attached as Exhibit A to Plaintiff's Motion be entered into the docket by the Clerk of Court.

SO ORDERED this _____ day of _____, 2020.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE