UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| JANICE INFUSINO, | : : | MAG. JUDGE NORTH |
| Plaintiff,<br>v.<br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br>Defendants. | : : : : : : : | Civil Action No.: 2:17-cv-10313 |

## PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT AND ALL RELATED PLEADINGS

Plaintiff, Janice Infusino, hereby withdraws her Motion for Leave to File Amended Short Form Complaint and all related pleadings. The Motion and all related pleadings are hereby withdrawn without prejudice as to refiling the Motion. Counsel for Plaintiff have conferred with counsel for Sagent Pharmaceuticals, Inc. ("Sagent"), Actavis LLC, and Actavis Pharma, Inc. ("Actavis"), who do not oppose this Motion to Withdraw.

Respectfully submitted on April 27, 2020.

By: */s/ Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
aaron@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

/s/ *Nathan Buttars*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 27, 2020          /s/ *Nathan Buttars*