# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| JANICE INFUSINO,<br><br>　　　Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>　　　Defendants. | : : : : : : : : : : | MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:17-cv-10313 |

## ORDER

Upon Plaintiff's Motion for to Withdraw her Motion for Leave to File an Amended Short Form Complaint and all related pleadings, and for good cause shown, it is hereby Ordered that the Plaintiff's Motion for Leave to File Amended Short Form Complaint and all related pleadings to Plaintiff's Motion be withdrawn and stricken from the docket by the Clerk of Court.

　　　SO ORDERED this _____ day of _____, 2020.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jane Triche Milazzo
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE