MINUTE ENTRY
MILAZZO, J.
April 27, 2020

JS-10:00:35

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to all cases** | ) | |

**MINUTE ENTRY**

On April 27, 2020, the Court held a telephone status conference with liaison

counsel. The parties updated the Court on the status of the case.