UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL No. 2740

SECTION "H" (5)
JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Vivian Crenshaw, et al.*,
Case No. 17-14012

## SPECIAL APPEARANCE OF SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC., IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Pursuant to Pretrial Order No. 37A (Doc. 1682), Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. (collectively "Defendants"), hereby enter their Special Appearance to oppose *Plaintiff's Second Amended Opposed Motion for Leave to File And Amend Complaint* (Doc. 9809) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 9809-2) is futile is futile because it is time-barred as to Defendants, and there is no "discovery rule" under applicable law to save plaintiff's untimely attempt to add Defendants as defendants in the lawsuit.

Dated: April 28, 2020.

Respectfully submitted,

/s/ Michael J. Suffern
Michael J. Suffern
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
jheis@ulmer.com

1

*Attorney for Defendants
Sagent Pharmaceuticals, Inc.,
Actavis LLC f/k/a Actavis,
Inc., and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Michael J. Suffern