# EXHIBIT 1

# Heis, Jennifer

| | |
|---|---|
| From: | Heis, Jennifer |
| Sent: | Monday, March 23, 2020 11:46 AM |
| To: | 'jon@westrikeback.com' |
| Cc: | 'Rhett McSweeney'; 'Dave Langevin'; 'Rachel Richardson'; Suffern, Michael; McIntosh, Tom |
| Subject: | FW: Vivian Crenshaw v. Sanofi-Aventis US LLC, et al, 2:17-cv-14012 Motion to Amend Pleadings Pursuant to CMO 12A and PTO 37A |
| Attachments: | Motion for Leave to File Amended Complaint.pdf; Proposed Order.pdf; CMO 12 Product Identification.pdf |

Jonathan,
Actavis LLC (f/k/a Actavis Inc.), Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. will enter a special appearance, pursuant to PTO 37A, to oppose the motion for leave to amend to add them as defendants in this case, premised on the fact that the proposed amendment would be futile, because the proposed amended short form complaint clearly is time-barred as to those defendants.

Please call me if you would like to discuss this.  Also, we would appreciate it if you would provide us a copy of your motion when you file it.

Best regards,
Jeni


------
Jennifer Snyder Heis
Ulmer & Berne LLP
513.698.5058

**From:** Jonathan Mencel <jon@westrikeback.com>
**Sent:** Monday, March 9, 2020 10:09 AM
**To:** 'dmoore@irwinllc.com' <dmoore@irwinllc.com>; 'noproductid@tuckerellis.com' <noproductid@tuckerellis.com>; 'Sandoz-Taxotere-ProdID@gtlaw.com' <Sandoz-Taxotere-ProdID@gtlaw.com>; 'noproductid@shb.com' <noproductid@shb.com>; 'docenoprodid@hinshawlaw.com' <docenoprodid@hinshawlaw.com>; Johnson, Sheryl <sjohnson@ulmer.com>; Beck, Kimberly <kbeck@ulmer.com>; '505b2liaison@chaffe.com' <505b2liaison@chaffe.com>; MaraCusker.Gonzalez@dechert.com; mark.cheffo@dechert.com
**Cc:** Rhett McSweeney <RAM@westrikeback.com>; Dave Langevin <Dave@westrikeback.com>; Rachel Richardson <rachelr@westrikeback.com>
**Subject:** Vivian Crenshaw v. Sanofi-Aventis US LLC, et al, 2:17-cv-14012 Motion to Amend Pleadings Pursuant to CMO 12A and PTO 37A

Counsel,

Our office is counsel for the above-captioned matter.  Attached also to this email, please find the Motion to Amend Short Form Complaint that we plan on filing in the above-referenced matter, along with the proposed Amended Short Form Complaint and Proposed Order.  Pursuant to Pre-Trial Order No. 37A and Local Rule 7.6, I am reaching out to you to confer if we have your consent to file this motion as unopposed or if you plan to oppose this motion. If we do not hear from you in fourteen (14) days, pursuant to Pre-Trial Order No. 7A, we will file the motion as unopposed.

If you need any further information or would like to discuss further, please do not hesitate to contact me.

Sincerely,



   WHEN INJURIES STRIKE / **WE STRIKE BACK**

**Jonathan R. Mencel** / Attorney
................................................................
DIRECT 612.238.0583
TOLL FREE 877.542.4646 ext. 1583
FAX 612.454.2678
WEB [www.WeStrikeBack.com](http://www.WeStrikeBack.com)
2116 2nd Avenue South / Minneapolis / MN / 55404

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication.