UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| CHARLES KRIDNER, ON BEHALF OF MIRIAM KRIDNER, | MAG. JUDGE NORTH |
| Plaintiff, | **Stipulation of Dismissal with Prejudice** |
| vs. | Civil Action No.: 16-cv-16945 |
| SANOFI U.S. SERVICES, INC. F/K/A SANOFI-AVENTIS US, INC., AND SANOFI-AVENTIS US, LLC | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis US, Inc. and Sanofi-Aventis US, LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 28th day of April, 2020.

JOHNSON BECKER, PLLC                        SHOOK, HARDY & BACON

_/s/ Alexandra Robertson_                   _/s/ Kelly Bieri_
Alexandra Robertson, Esq.                   Kelly Bieri, Esq.
Timothy J. Becker, Esq.                     Harley V. Ratliff, Esq.
444 Cedar Street                            2555 Grand Boulevard
Suite 1800                                  Kansas City, MO 64108
St. Paul, MN 55101                          Phone: 816-474-6550
Phone: 612-436-1800                         Fax: 816-421-5547
Fax: 612-436-1801                           Email: kbieri@shb.com
Email: arobertson@johnsonbecker.com

Attorney for Plaintiff                      Attorney for Sanofi-Aventis U.S. LLC