UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE JANE TRICHE MILAZZO |
| DANA OAKES, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **Stipulation of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 16-cv-16030 |
| SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS US, LLC | : : : : | |
| Defendant(s). | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis US, LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.

Dated this 28th day of April, 2020.

JOHNSON BECKER, PLLC                             SHOOK, HARDY & BACON

 /s/ Alexandra Robertson                                   /s/ Kelly Bieri
Alexandra Robertson, Esq.                           Kelly Bieri, Esq.
Timothy J. Becker, Esq.                              Harley V. Ratliff, Esq.
444 Cedar Street                                         2555 Grand Boulevard
Suite 1800                                                   Kansas City, MO 64108
St. Paul, MN 55101                                      Phone: 816-474-6550
Phone: 612-436-1800                                  Fax: 816-421-5547
Fax: 612-436-1801                                      Email:  kbieri@shb.com
Email: arobertson@johnsonbecker.com

Attorney for Plaintiff                                      Attorney for Sanofi-Aventis U.S. LLC