# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL) MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO
Gahan v. Sanofi-Aventis U.S. LLC,
et al., USDC Case No. 2:16-cv-15283
5th Circuit No. 20-30229

## JOINT RECORD DESIGNATIONS

NOW INTO COURT, by and through undersigned counsel, come Plaintiff Kelly Gahan and Defendants, Sanofi-Aventis U.S. LLC and Sanofi US Services Inc., who submit the following record designations pursuant to an Order from the United States Court of Appeals for the Fifth Circuit dated March 17, 2020. The parties designate documents both from the master docket for *In Re: Taxotere (Docetaxel) Products Liability Litigation*, 16-md-02740, and from the individual member case docket, *Gahan v. Sanofi-Aventis, U.S., Inc. et al.*, 16-cv-15283. Docket entries designated herein should be included in their entirety, including all exhibits and attachments. The Parties are also submitting a Joint Motion to Maintain Previously Sealed Joint Record Designations Under Seal in order to preserve confidentiality.

*In re: Taxotere (Docetaxel) Products Liability Litigation, No. 16-MD-02740:*

|    | Date | Rec. Doc. | Docket Text (16-md-02740) |
|----|------|-----------|---------------------------|
| 1. | 10/13/2016 | 4 | PRETRIAL ORDER #1 : Initial Pretrial Conference set for 11/10/2016 10:00 AM before Chief Judge Kurt D. Engelhardt.. Signed by Chief Judge Kurt D. Engelhardt on 10/13/2016. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(cml) (Entered: 10/14/2016) |
| 2. | 11/17/2016 | 104 | PRETRIAL ORDER #2 : Pursuant to Pretrial Order No. 1 (Rec. Doc. 4), issued by this Court on October 13, 2016, the Court has received many applications for Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel, and the Plaintiffs' Steering |

|  | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
|  |  |  | Committee (PSC). Having reviewed the parties' applications and recommendations, the Court makes the following initial appointments, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 11/17/2016.(Reference: ALL CASES)(cbs) (Entered: 11/17/2016) |
| 3. | 07/25/2017 | 689 | AMENDED MASTER LONG FORM COMPLAINT with Jury Demand against All Defendants filed by All Plaintiffs. (Reference: all cases)(tm) (Entered: 07/25/2017) |
| 4. | 08/30/2017 | 784 | Minute ORDER for proceedings held before Chief Judge Kurt D. Engelhardt: Motion Hearing held on 8/30/2017. ORDERED that 489 MOTION to Dismiss Plaintiffs' Master Long Form Complaint is DENIED with respect to Count One and Counts Three through Seven of Plaintiffs' Master Long Form Complaint. FURTHER ORDERED that with respect to Counts Two and Eight of the Master Long Form Complaint, Plaintiffs shall have fourteen (14) days to provide counsel and the Court with supplemental briefing or an amendment as stated herein. ORDERED that 469 MOTION to Remand CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA 17-CV-1812, 17-CV-1813, 17-CV-1814, 17-CV-3864, 17-CV-3866, 17-CV-3865, 17-CV-3867, 17-CV-2356, 17-CV-5832, 17-CV-5833 filed by Plaintiff is GRANTED IN PART and DENIED IN PART as stated herein. ORDERED that 473 MOTION to Remand 17-CV-3871; 17-CV-3871; 17-CV-3893; 17-CV-3894; 17-CV-3895; 17-CV-3896; 17-CV-3897;17-CV-3901; 17-CV-3904; 17-CV-3905; 17-CV-3906; 17-CV-3908; 17-CV-3909; 17-CV-3909; 17-CV-3911; 17-CV-3917; 17-CV-3932; 17-CV-3933; 17-CV-01891; 17-CV-3935; 17-CV-3938; 17-CV-3939; 17-CV-3941; 17-CV-3949; 17-CV-3953; 17-CV-3954; 17-CV-3962; 17-CV-3965; 17-CV-3968; 17-CV-3977; 17-CV-3979; 2:17-CV-02891; 17-CV-4008; 17-CV-4009; 17-CV-4011; 17-CV-4012; 17-CV-4014; 17-CV-3978; 17-CV-3974; 17-CV-3969; 17-CV-3967; 17-CV-4016; 17-CV-4016; 17-CV-4021; 17-CV-4023; 17-CV-4028; 17-CV-4027; 17-CV-4025; 17-CV-4020; 17-CV-4010; 17-CV-3976; 17-CV-3975; 17-CV-3970; 17-CV-3964; 17-CV-3960; 17-CV-3951; 17-CV-3948; 17-CV-3952; 17-CV-3947; 17-CV-3912 is GRANTED, and the referenced cases shall be remanded to the Superior Court of Delaware. (Court Reporter Cathy Pepper.) (Reference: All Cases)(cml) (Additional attachment(s) added on 8/31/2017: # 1 Attendance Sign In Sheet) (cml). (Entered: 08/31/2017) |

| | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
| 5. | 09/27/2017 | 877 | PRETRIAL ORDER #61: ORDERED that Count Two and Count Eight of Plaintiffs' First Amended Master Long Form Complaint are DISMISSED. IT IS FURTHER ORDERED that an individual plaintiff shall have fourteen (14) days from the date of this Order to amend her Short Form Complaint to allege analogous state law claims that may be viable on an individual basis. Signed by Chief Judge Kurt D. Engelhardt. (Attachments: # 1 Exhibit A) (Reference: All Cases)(cbs) (Entered: 09/27/2017) |
| 6. | 10/16/2017 | 961 | ANSWER to 689 Amended Master Complaint with Jury Demand by Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.(Reference: ALL CASES)(Moore, Douglas) Modified on 10/17/2017 (cml). (Entered: 10/16/2017) |
| 7. | 06/08/2018 | 2831 | MOTION for Sanctions Pursuant to FRCP 37 by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc., MOTION to Dismiss with prejudice by Defendant. Motion(s) will be submitted on 6/27/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Notice of Submission)(Reference: 2:16-15283)(Moore, Douglas) Modified case reference on 6/11/2018 (ecm). (Main Document 2831 replaced on 6/11/2018) (ecm). (Attachment 1 replaced on 6/11/2018) (ecm). (Attachment 13 replaced on 6/11/2018) (ecm). (Additional attachment(s) added on 6/14/2018: # 14 Memorandum in Support) (ecm). (Additional attachment(s) added on 6/14/2018: # 15 Exhibit A, # 16 Exhibit B, # 17 Exhibit C, # 18 Exhibit D, # 19 SEALED - Exhibit E, # 20 SEALED - Exhibit F, # 21 Exhibit G, # 22 Exhibit H, # 23 Exhibit I, # 24 Exhibit J, # 25 Exhibit K) (clc). Modified on 7/31/2018 to unseal exhibits per Rec. Doc. 3612(ecm). (Entered: 06/08/2018) |
| 8. | 06/08/2018 | 2832 | EXPARTE/CONSENT MOTION to Seal Document 2831 MOTION for Sanctions Pursuant to FRCP 37 by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. by Defendant. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Manual Attachment)(Reference: 2:16-15283)(Moore, Douglas) Modified case reference on 6/11/2018 (ecm). (Main Document 2832 replaced on 6/11/2018) (ecm). (Attachment 1 replaced on 6/11/2018) (ecm). (Attachment 2 replaced on 6/11/2018) (ecm). (Attachment 3 replaced on 6/11/2018) (ecm). (Entered: 06/08/2018) |

|  | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
| 9. | 06/11/2018 | 2838 | Correction of Docket Entry by Clerk re 2832 MOTION to Seal Document 2831 MOTION for Sanctions; Incorrect member case number referenced on the documents and in the docket text. Filing attorney subsequently provided the clerk with revised documents and they have been substituted. Clerk modified docket text to reflect Case No. 16-15283. (Reference: 16-15283)(ecm) (Entered: 06/11/2018) |
| 10. | 06/13/2018 | 2923 | ORDER granting 2832 Motion to Seal 2831 MOTION for Sanctions Pursuant to FRCP 37 by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. Signed by Magistrate Judge Michael North on 6/13/2018. (Reference: 16-15283)(clc) (Entered: 06/14/2018) |
| 11. | 06/13/2018 | 2924 | **VACATED** ORDER SETTING ORAL ARGUMENT on 2831 MOTION for Sanctions Pursuant to FRCP 37 by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. for 7/18/2018 11:00 AM before Magistrate Judge Michael North. Signed by Magistrate Judge Michael North on 6/13/2018.(Reference: All Cases)(clc) Modified on 6/19/2018 (clc). (Entered: 06/14/2018) |
| 12. | 06/19/2018 | 3095 | *DEFICIENT* EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply as to 2831 MOTION for Sanctions Pursuant to FRCP 37 by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 16-15283)(Bachus, Jere) Modified on 6/21/2018 (ecm). (Entered: 06/19/2018) |
| 13. | 06/21/2018 | 3104 | EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply Submission Date for Sanofi Defendants' Motion for Rule 37 Sanctions by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 16-15283)(Bachus, Jere) (Entered: 06/21/2018) |
| 14. | 06/28/2018 | 3189 | ORDER granting 3104 MOTION for Extension of Time regarding 2831 MOTION for Sanctions Pursuant to FRCP 37 by Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.: The submission date of the 2831 Motion for Sanctions is continued to 7/18/2018. Plaintiff shall file her opposition by July 2, 2018, and the Defendants shall file their reply memorandum no later than July 16, 2018. Oral Argument on 2831 Motion for Sanctions is set for 7/18/2018 01:00 PM before Judge Jane Triche Milazzo. Signed by Judge Jane Triche Milazzo.(Reference: 16-15283)(ecm) (Entered: 06/28/2018) |
| 15. | 07/02/2018 | 3216 | RESPONSE to Motion filed by Plaintiff re 2831 MOTION for Sanctions Pursuant to FRCP 37 by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. . (Attachments: |

| | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
| | | | # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10)(Reference: 2:16-cv-15283)(Bachus, Jere) (Entered: 07/02/2018) |
| 16. | 07/03/2018 | 3226 | EXPARTE/CONSENT Consent MOTION to Unseal Sanoif's Motion for Rule 37 Sanctions, Memorandum in Support, and Associated Exhibits, Except Exhibits E and F by Defendant. (Attachments: # 1 Proposed Order)(Reference: 16-15283)(Moore, Douglas) (Entered: 07/03/2018) |
| 17. | 07/10/2018 | 3360 | ORDER Resetting Oral Argument on 2831 MOTION for Sanctions Pursuant to FRCP 37 to begin immediately following the General Status Conference on July 18, 2018. Signed by Judge Jane Triche Milazzo on 7/10/2018.(Reference: 16-15283)(ecm) (Entered: 07/10/2018) |
| 18. | 07/13/2018 | 3388 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum in Support of Motion for Rule 37 Sanctions, MOTION for Leave to File Excess Pages by Defendant. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Reply Memorandum in Support of Sanofi Defendants' Motion for Rule 37 Sanctions, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Reference: 16-15283)(Moore, Douglas) (Entered: 07/13/2018) |
| 19. | 07/18/2018 | 3471 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Motion Hearing held on 7/18/2018 re 2831 MOTION for Sanctions Pursuant to FRCP 37. Motion argued and taken under submission by the Court. (Court Reporter Toni Tusa.) (Reference: 16-15283)(ecm) (Entered: 07/19/2018) |
| 20. | 07/25/2018 | 3505 | EXPARTE/CONSENT MOTION for Leave to File Supplement to Motion for Rule 37 Sanctions by Defendant. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)(Reference: 16-15283)(Moore, Douglas) (Entered: 07/25/2018) |
| 21. | 07/26/2018 | 3512 | TRANSCRIPT of Motion Hearing held on July 18, 2018 before Judge Jane Triche Milazo. Court Reporter/Recorder Toni Tusa, Telephone number 504-589-7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release |

| | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
| | | | of Transcript Restriction set for 10/24/2018. (Reference: 16-15283)(rsg) (Entered: 07/26/2018) |
| 22. | 07/27/2018 | 3519 | RESPONSE to Motion filed by Plaintiff re 3505 MOTION for Leave to File *Supplement to Motion for Rule 37 Sanctions filed by Sanofi Defendants*. (Attachments: # 1 Exhibit 1 - Gahan Affidavit)(Reference: 16-15283)(Schanker, Darin) (Entered: 07/27/2018) |
| 23. | 07/31/2018 | 3610 | ORDER granting 3388 Motion for Leave to File Reply Memorandum in Excess of Page limit in Support of the Motion for Rule 37 Sanctions. Signed by Judge Jane Triche Milazzo on 7/30/2018. (Reference: 16-15283)(ecm) (Entered: 07/31/2018) |
| 24. | 07/31/2018 | 3611 | REPLY to Response to Motion re 2831 MOTION for Sanctions Pursuant to FRCP 37 by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Reference: 16-15283)(ecm) (Entered: 07/31/2018) |
| 25. | 07/31/2018 | 3612 | ORDER granting 3226 Motion to Unseal Sanofi's Motion for Rule 37 Sanctions, Memorandum in Support, and Associated Exhibits, Except Exhibits E and F (Rec. Doc. 2831). Signed by Judge Jane Triche Milazzo. (Reference: 16-15283)(ecm) (Entered: 07/31/2018) |
| 26. | 07/31/2018 | 3614 | ORDER granting 3505 Motion for Leave to File Supplement to Defendants' Motion for Rule 37 Sanctions. Signed by Judge Jane Triche Milazzo on 7/30/2018. (Reference: 16-15283)(ecm) (Entered: 07/31/2018) |
| 27. | 07/31/2018 | 3615 | Supplemental Memorandum by Defendant to 2831 MOTION for Sanctions Pursuant to FRCP 37 by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reference: 16-15283)(ecm) (Entered: 07/31/2018) |
| 28. | 08/22/2018 | 3911 | **WITHDRAWN** MOTION for APPEAL/REVIEW OF MAGISTRATE JUDGE DECISION to District Court by Plaintiff. Motion(s) will be submitted on 9/5/2018. (Attachments: # 1 Notice of Submission, # 2 Memorandum in Support of Motion for Review of Magistrate Judge North's Order for In Camera Review of Privileged Correspondence, # 3 Exhibit 1, # 4 Exhibit 2)(Reference: 16-15283)(Bachus, Jere) Modified on 8/22/2018 (ecm). Modified on 9/11/2018 (clc). (Entered: 08/22/2018) |

| | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
| 29. | 8/22/2018 | 3917 | ORDER AND REASONS granting 2831 Motion for Rule 37 Sanctions. Plaintiff is Ordered to pay any attorney's fees and expenses that the Sanofi Defendants incurred as a result of Plaintiff's failure to comply with her discovery obligations, including any costs associated with the litigation of this Motion. Further Ordered that the calculation of these fees and costs is REFERRED to Magistrate Judge North and that Defendants shall file a motion before Judge North requesting a specific amount of fees and costs; Defendants shall submit an affidavit and documentation supporting the amount requested. Further Ordered that Plaintiff produce any relevant information that she has failed to produce to Defendants as required either in her Plaintiff Fact Sheet or in response to a request by Defendants; Plaintiff produce to Defendants all of the photos that she provided to Dr. Weinstein; Defendants are permitted to conduct a four-hour deposition of Plaintiff in order to further depose her on the evidence she withheld. Signed by Judge Jane Triche Milazzo. (NEF: Judge North) (Reference: 16-15283)(ecm) (Entered: 08/22/2018) |
| 30. | 09/17/2018 | 4201 | MOTION for Reconsideration of the Courts Order Granting In Part Sanofis Motion For Rule 37 Sanctions by Plaintiff. Motion(s) will be submitted on 10/31/2018. (Attachments: # 1 Notice of Submission, # 2 Memorandum in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6)(Reference: 16-15283)(Schanker, Darin) (Entered: 09/17/2018) |
| 31. | 10/12/2018 | 4594 | ***ERROR: DOCUMENT RE-FILED AT REC. DOC. NO. 4596*** RESPONSE/MEMORANDUM in Opposition filed by Defendant re 4201 MOTION for Reconsideration of the Courts Order Granting In Part Sanofis Motion For Rule 37 Sanctions . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D (Filed Under Seal), # 5 Exhibit E (Filed Under Seal), # 6 Exhibit F, # 7 Exhibit G)(Reference: 16-15283)(Moore, Douglas) Modified on 10/12/2018 (cbs). (Entered: 10/12/2018) |
| 32. | 10/12/2018 | 4595 | ***ERROR: DOCUMENT RE-FILED AT REC. DOC. NO. 4597*** EXPARTE/CONSENT MOTION to Seal Document 4594 Response/Memorandum in Opposition to Motion, Exhibits D and E by Defendant. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: 16-15283)(Moore, Douglas) Modified on 10/12/2018 (cbs). (Entered: 10/12/2018) |

| | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
| 33. | 10/12/2018 | 4596 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 4201 MOTION for Reconsideration of the Courts Order Granting In Part Sanofis Motion For Rule 37 Sanctions . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E (Filed Under Seal), # 6 Exhibit F (Filed Under Seal), # 7 Exhibit G)(Reference: 16-15283)(Moore, Douglas) (Additional attachment(s) added on 10/30/2018: # 8 Exhibit E - SEALED, # 9 Exhibit F - SEALED) (ecm). (Entered: 10/12/2018) |
| 34. | 10/12/2018 | 4597 | EXPARTE/CONSENT MOTION to Seal Document 4596 Response/Memorandum in Opposition to Motion, Exhibits E and F by Defendant. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: 16-15283)(Moore, Douglas) (Entered: 10/12/2018) |
| 35. | 10/18/2018 | 4647 | EXPARTE/CONSENT MOTION for Leave to File *Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration* by Defendant. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit A (Filed Under Seal), # 4 Exhibit B, # 5 Exhibit C (Filed Under Seal))(Reference: 16-15283)(Moore, Douglas) (Entered: 10/18/2018) |
| 36. | 10/18/2018 | 4648 | EXPARTE/CONSENT MOTION to Seal Document 4647 MOTION for Leave to File *Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration Exhibits A and C* by Defendant. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: 16-15283)(Moore, Douglas) (Entered: 10/18/2018) |
| 37. | 0/18/2018 | 4649 | EXPARTE/CONSENT Ex Parte MOTION for Leave to File Request for Hearing Out of Time, Ex Parte MOTION for Hearing re 4596 Response/Memorandum in Opposition to Motion, by Plaintiff. (Attachments: # 1 Memorandum in Support Memorandum in Support of ExParte Motion Seeking Leave to File Request for Hearing Out of Time, # 2 Proposed Order Proposed Order re ExParte Motion Seeking Leave to File Request for Hearing Out of Time, # 3 Proposed Pleading Request for Oral Argument)(Reference: 16-15283)(Schanker, Darin) (Entered: 10/18/2018) |
| 38. | 10/18/2018 | 4650 | DEFICIENT** EXPARTE/CONSENT MOTION for Extension of Time to Complete Discovery Responses by |

|  | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
|  |  |  | Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 16-15283)(Schanker, Darin) Modified on 10/23/2018 (ecm). (Entered: 10/18/2018) |
| 39. | 10/24/2018 | 4684 | ORDER denying 4649 Motion for Leave to File Request for Hearing under Local Rule 78.1 Out of Time. The Court will not set this matter for oral argument. Signed by Judge Jane Triche Milazzo. (Reference: 16-15283)(ecm) (Entered: 10/24/2018) |
| 40. | 10/26/2018 | 4696 | ORDER granting 4647 Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration. Signed by Judge Jane Triche Milazzo. (Reference: 16-15283)(ecm) (Entered: 10/26/2018) |
| 41. | 10/26/2018 | 4697 | ORDER granting 4648 Motion for Leave to File Exhibits A and C to Defendants' Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration Under Seal. Signed by Judge Jane Triche Milazzo. (Reference: 16-15283)(ecm) (Entered: 10/26/2018) |
| 42. | 10/26/2018 | 4698 | Supplemental Memorandum filed by Defendant, in Opposition of 4201 MOTION for Reconsideration of the Courts Order Granting In Part Sanofis Motion For Rule 37 Sanctions. (Reference: 16-15283)(ecm) (Additional attachment(s) added on 10/26/2018: # 1 Exhibit A - SEALED, # 2 Exhibit B, # 3 Exhibit C - SEALED) (ecm). (Entered: 10/26/2018) |
| 43. | 10/29/2018 | 4707 | MOTION for Extension of Time to Complete Discovery by Plaintiff. Motion(s) will be submitted on 11/14/2018. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Submission)(Reference: 16-15283)(Schanker, Darin) (Entered: 10/29/2018) |
| 44. | 10/30/2018 | 4815 | ORDER granting 4597 Motion to Seal Exhibits E & F to 4596 Response/Memorandum in Opposition to Motion for Reconsideration. Signed by Judge Jane Triche Milazzo on 10/29/2018. (Reference: 16-15283)(ecm) (Entered: 10/30/2018) |
| 45. | 10/30/2018 | 4817 | EXPARTE/CONSENT MOTION for Leave to File Reply to Opposition to Motion for Reconsideration by Plaintiff. (Attachments: # 1 Proposed Pleading)(Reference: 16-15283)(Schanker, Darin) (Additional attachment(s) added on 11/7/2018: # 2 Proposed Order) (cbs). (Entered: 10/30/2018) |

|  | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
| 46. | 10/31/2018 | 4831 | ***ERROR: PLEASE SEE CORRECTED FILING, REC. DOC. NO. 4832*** EXPARTE/CONSENT MOTION for Leave to File Plaintiffs Memorandum in Response to Sanofi's Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration by Plaintiff. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 16-15283)(Schanker, Darin) Modified on 11/2/2018 to edit text (cbs). Modified on 11/2/2018 (cbs). (Entered: 10/31/2018) |
| 47. | 10/31/2018 | 4832 | EXPARTE/CONSENT MOTION for Leave to File Plaintiff's Memorandum in Response to Sanofi's Supplemental Memorandum in Opposition to Plaintiff Kelly Gahan's Motion for Reconsideration by Plaintiff. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit 1 - Affidavit)(Reference: 16-15283)(Schanker, Darin) Modified on 11/2/2018 to edit text (cbs). (Entered: 10/31/2018) |
| 48. | 10/31/2018 | 4833 | EXPARTE/CONSENT MOTION for Leave to File Exhibits B and C to Kreider Affidavit in Support of Response to Sanofi's Supplemental Memorandum in Opposition to Plaintiff's Rule 59 Motion for Reconsideration Under Seal by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: 16-15283)(Schanker, Darin) Modified on 11/2/2018 to edit text (cbs). (Entered: 10/31/2018) |
| 49. | 11/06/2018 | 4880 | ORDER granting 4832 Motion for Leave to File Reply Memorandum by Kelly Grahan. Signed by Judge Jane Triche Milazzo on 11/5/2018. (Reference: 16-15283)(sa) (Entered: 11/06/2018) |
| 50. | 11/06/2018 | 4881 | ORDER granting 4833 Motion for Leave to File Exhibits B & C of Reply Memorandum under SEAL. Signed by Judge Jane Triche Milazzo on 11/5/2018. (Reference: 16-15283)(sa) (Entered: 11/06/2018) |
| 51. | 11/06/2018 | 4882 | RESPONSE to Supplemental Memorandum filed by Plaintiff, Kelly Gahan, in Support of 4201 MOTION for Reconsideration of the Courts Order Granting In Part Sanofis Motion For Rule 37 Sanctions. (Attachments: # 1 Exhibit 1, # 2 Exhibit A to Affidavit, # 3 Exhibit D to Affidavit) (Exhibits B & C SEALED per Order Doc. 4881)(Reference: 16-15283)(sa) Modified text on 11/6/2018 (cbs). (Entered: 11/06/2018) |

| | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
| 52. | 11/06/2018 | 4913 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 4707 MOTION for Extension of Time to Complete Discovery for Plaintiff Kelly Gahan. (Reference: 16-15283)(Moore, Douglas) (Entered: 11/06/2018) |
| 53. | 11/08/2018 | 5011 | ORDER granting 4817 Motion for Leave to File Reply Brief in Support of Kelly Gahan's Motion for Reconsideration. Signed by Judge Jane Triche Milazzo on 11/7/2018. (Reference: 16-15283)(sa) (Entered: 11/08/2018) |
| 54. | 11/08/2018 | 5012 | REPLY Brief filed by Plaintiff, Kelly Gahan, in Support of 4201 MOTION for Reconsideration of the Courts Order Granting In Part Sanofis Motion For Rule 37 Sanctions. (Reference: 16-15283)(sa) (Entered: 11/08/2018) |
| 55. | 12/20/2018 | 5618 | ORDER AND REASONS denying Kelly Gahan's 4201 Motion for Reconsideration of Court's Order Granting in Part Sanofi's Motion for Rule 37 Sanctions. Further Order denying plaintiff's 4707 Motion for Extension of Time to Complete Discovery. Further Ordered that that Plaintiff Gahan amend her Plaintiff Fact Sheet and comply with this Court's August 22, 2018 Order and Reasons no later than January 15, 2019. Should Plaintiff Gahan fail to do so, her case will be dismissed. Signed by Judge Jane Triche Milazzo on 12/20/2018. (Reference: 16-15283)(ecm) (Entered: 12/20/2018) |
| 56. | 01/07/2019 | 5730 | MOTION for Summary Judgment against Plaintiff Kelly Gahan by Defendant. Motion(s) will be submitted on 8/28/2019 (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Memorandum in Support, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Notice of Submission)(Reference: 16-15283)(Moore, Douglas) Modified submission date on 6/18/2019 per Rec. Doc. 7412 (ecm). (Entered: 01/07/2019) |
| 57. | 01/07/2019 | 5731 | Request/Statement of Oral Argument by Defendant regarding 5730 MOTION for Summary Judgment against Plaintiff Kelly Gahan (Reference: 16-15283)(Moore, Douglas) (Entered: 01/07/2019) |
| 58. | 01/15/2019 | 5912 | MOTION to Continue Submission Date as to 5730 Defendants' Motion for Summary Judgment against Kelly Gahan by Plaintiff. Motion(s) will be submitted on 1/30/2019. (Attachments: # 1 Notice of Submission, # 2 Memorandum in Support, # 3 Exhibit)(Reference: 16-15283)(Schanker, Darin) |

|  | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
|  |  |  | Modified text/link/submission/event on 1/16/2019 (sa). (Entered: 01/15/2019) |
| 59. | 01/15/2019 | 5913 | EXPARTE/CONSENT MOTION to Expedite 5912 Submission Date for her Opposed Motion Seeking Continuation of Submission Date to Defendants Motion for Summary Judgment Against Plaintiff Kelly Gahan by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 16-15283)(Schanker, Darin) Modified text/link on 1/16/2019 (sa). (Entered: 01/15/2019) |
| 60. | 01/16/2019 | 5943 | Notice of Compliance by Plaintiff re 5618 Order on Motion for Reconsideration,,, Order on Motion for Extension of Time to Complete Discovery,,. (Reference: 16-15283)(Schanker, Darin) (Entered: 01/16/2019) |
| 61. | 01/17/2019 | 5951 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 5913 Ex Parte MOTION to Expedite Submission Date for her Opposed Motion Seeking Continuation of Submission Date to Defendants Motion for Summary Judgment Against Plaintiff Kelly Gahan, 5939 MOTION for Extension of Time to File Response/Reply PLAINTIFFS OPPOSED MOTION SEEKING CONTINUATION OF SUBMISSION DATE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AGAINST JACQUELINE MILLS, 5912 MOTION to Continue, 5940 Ex Parte MOTION to Expedite Submission Date for her Opposed Motion Seeking Continuation of Submission Date to Defendants Motion for Summary Judgment Against Plaintiff Jacqueline Mills . (Reference: 16-15283; 17-2689)(Moore, Douglas) (Entered: 01/17/2019) |
| 62. | 01/28/2019 | 6009 | ORDER granting 5912 MOTION to Continue Submission Date. IT IS ORDERED that the Motion is GRANTED, and the submission date for Defendants' Motion for Summary Judgment Against Plaintiff Kelly Gahan (Rec. Doc. 5730 is CONTINUED to March 6, 2019. IT IS FURTHER ORDERED that Plaintiff's Motion to Expedite Submission Date (Doc. 5913 ) relating to her Opposed Motion Seeking Continuation of Submission Date is DISMISSED AS MOOT. Signed by Judge Jane Triche Milazzo on 1/28/2019.(Reference: 16-15283)(sa) (Entered: 01/28/2019) |
| 63. | 02/27/2019 | 6353 | EXPARTE/CONSENT Consent MOTION to Continue Submission Date to Defendant's Motion for Summary |

|  | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
|  |  |  | Judgment Against Plaintiff Kelly Gahan by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 16-15283)(Schanker, Darin) (Entered: 02/27/2019) |
| 64. | 03/11/2019 | 6484 | ORDER granting 6353 Consent MOTION to Continue Submission Date to Defendant's Motion for Summary Judgment (Doc. 5730 ) Against Plaintiff Kelly Gahan. IT IS ORDERED that the Motion is GRANTED and that the Parties shall file a Joint Notice of Submission Date no later than June 15, 2019. Signed by Judge Jane Triche Milazzo on 3/11/2019.(Reference: 16-15283)(sa) (Entered: 03/11/2019) |
| 65. | 6/17/2019 | 7412 | NOTICE by Defendant re 5730 MOTION for Summary Judgment against Plaintiff Kelly Gahan, 6484 Order,, Terminate Motions,, Terminate Deadlines and Hearings,, Set/Reset Motion and R&R Deadlines/Hearings, Joint Notice of Submission Date Relating to Defendants' Motion for Summary Judgment Against Kelly Gahan. (Reference: 16-cv-15283)(Moore, Douglas) (Entered: 06/17/2019) |
| 66. | 08/20/2019 | 8062 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 5730 MOTION for Summary Judgment against Plaintiff Kelly Gahan . (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Reference: 16-15283)(Schanker, Darin) (Entered: 08/20/2019) |
| 67. | 08/26/2019 | 8107 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum in Support of Motion for Summary Judgment Against Plaintiff, Kelly Gahan by Defendant. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit 1, # 4 Exhibit 2)(Reference: 16-15283)(Moore, Douglas) (Entered: 08/26/2019) |
| 68. | 09/03/2019 | 8149 | ORDER granting 8107 Motion for Leave to File Reply Memorandum. Signed by Judge Jane Triche Milazzo on 8/30/19. (Reference: 16-15283)(ecm) (Entered: 09/03/2019) |
| 69. | 09/03/2019 | 8150 | REPLY to Response to Motion filed by Defendant re 5730 MOTION for Summary Judgment against Plaintiff Kelly Gahan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 16-15283)(ecm) (Entered: 09/03/2019) |
| 70. | 10/24/2019 | 8389 | ORDER Setting Oral Argument on plaintiff's 8334 MOTION to Amend the Master Complaint & defendant's 5730 MOTION for Summary Judgment against Plaintiff Kelly Gahan for |

| | Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|---|
| | | | 12/5/2019 09:30 AM before Judge Jane Triche Milazzo. Each party will have seven minutes to argue each motion. Further Order granting 8373 MOTION to Continue Submission Date on plaintiff's Motion to Amend the Master Complaint (Rec. Doc. 8334) to 12/4/2019. Signed by Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) (Entered: 10/24/2019) |
| 71. | 12/05/2019 | 8659 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Motion Hearing held on 12/5/2019 re 5730 MOTION for Summary Judgment against Plaintiff Kelly Gahan; 8334 MOTION for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand; 8577 MOTION for Leave to File to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs, 8394 MOTION for New Trial . Motions argued and taken under submission by the Court. (Court Reporter Toni Tusa.) (Reference: All Cases)(ecm) (Entered: 12/05/2019) |
| 72. | 01/17/2020 | 9074 | STATUS REPORT Joint Report No. 19 of Liaison Counsel by Plaintiff and by Defendant (Attachments: # 1 Appendix A, # 2 Appendix B)(Reference: ALL CASES)(Olinde, John) (Entered: 01/17/2020) |
| 73. | 03/03/2020 | 9440 | ORDER AND REASONS granting 5730 Motion for Summary Judgment. Plaintiff Kelly Gahan's claims are DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo on 2/26/2020. (Reference: 16-15283)(ecm) (Entered: 03/03/2020) |
| 74. | 03/03/2020 | 9448 | JUDGMENT: IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims of plaintiff Kelly Gahan are DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo.(Reference: 16-15283)(ecm) (Entered: 03/03/2020) |
| 75. | 04/01/2020 | 9845 | NOTICE OF APPEAL by Plaintiff as to 9440 Order on Motion for Summary Judgment, 9448 Judgment. (Filing fee $ 505, receipt number ALAEDC-8242888.) (Reference: 16-15283)(Schanker, Darin) (Entered: 04/01/2020) |
| 76. | 04/07/2020 | 9891 | MOTION for Taxation of Costs Against Plaintiff Kelly Gahan by Defendant. Motion(s) will be submitted on 4/22/2020. (Attachments: # 1 Memorandum in Support, # 2 Bill of Costs, # 3 Affidavit, # 4 Notice of Submission)(Reference: 2:16-cv-15283)(Moore, Douglas) (Entered: 04/07/2020) |

|    | Date | Rec. Doc. | Docket Text (16-md-02740) |
|----|------|-----------|---------------------------|
| 77. | 04/13/2020 | 9934 | USCA Case Number 20-30229 appealed to USCA, 5th Circuit for 9845 Notice of Appeal filed by Plaintiff (Reference: 16-15283)(am) (Entered: 04/13/2020) |
| 78. | 04/14/2020 | 9944 | APPEAL TRANSCRIPT REQUEST by Plaintiff for proceedings held on 12/05/2019 re 9845 Notice of Appeal. (Transcript(s) ordered) (Court Reporter Toni Tusa noticed) (Reference: 16-15283)(Schanker, Darin) (Entered: 04/14/2020) |
| 79. | 04/14/2020 | 9945 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 9891 MOTION for Taxation of Costs Against Plaintiff Kelly Gahan . (Reference: 16-15283)(Schanker, Darin) (Entered: 04/14/2020) |
| 80. | 04/15/2020 | 9954 | APPEAL TRANSCRIPT REQUEST by Plaintiff re 9845 Notice of Appeal. (Transcript is already on file) (Reference: 16-15283)(Schanker, Darin) (Entered: 04/15/2020) |
| 81. | 04/16/2020 | 9968 | ORDER of USCA as to 9845 Notices of Appeal. The parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. Issued by USCA Clerk. (Attachments: # 1 Transmittal Letter)(Reference: 16-15283)(am) (Entered: 04/16/2020) |
| 82. | 04/21/2020 | 10003 | EXPARTE/CONSENT MOTION for Leave to File *Reply in Support of Motion to Tax Costs Against Kelly Gahan* by Defendant. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit A, # 4 Exhibit B)(Reference: 2:16-cv-15283)(Moore, Douglas) (Entered: 04/21/2020) |
| 83. | 04/25/2020 | 10032 | ORDER granting 10003 Motion for Leave to File Reply Memorandum. Signed by Judge Jane Triche Milazzo on 4/23/2020. (Reference: 16-15283)(ecm) (Entered: 04/25/2020) |
| 84. | 04/25/2020 | 10033 | REPLY to Response to Motion filed by Defendant re 9891 MOTION for Taxation of Costs Against Plaintiff Kelly Gahan. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: 16-15283)(ecm) (Entered: 04/25/2020) |

***Gahan v. Sanofi-Aventis, U.S. Inc. et al.* No. 16-15283:**

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
| 12/21/2015 | 1 | COMPLAINT *and Jury Demand* against Aventis Pharma S.A., Sanofi S.A., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, Sanofi-Aventis U.S., Inc., Winthrop U.S. (Filing fee $ 400,Receipt Number 1082-4749968)Attorney Darin Lee Schanker added to party Kelly Gahan(pty:pla), filed by Kelly Gahan. (Attachments: # 1 Civil Cover Sheet)(Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 12/21/2015) |
| 12/22/2015 | 3 | Magistrate Judge Magistrate Judge consent form issued pursuant to 28 U.S.C. 636(c). (jgonz, ) [Transferred from cod on 10/12/2016.] (Entered: 12/22/2015) |
| 12/22/2015 | 4 | MEMORANDUM RETURNING CASE for reassignment by Judge Richard P. Matsch. (ktera) [Transferred from cod on 10/12/2016.] (Entered: 12/22/2015) |
| 12/22/2015 | 5 | CASE REASSIGNED pursuant to 4 Memorandum Returning Case. This case is reassigned to Judge Raymond P. Moore. All future pleadings should be designated as 15-cv-02777-RM. (Text Only Entry) (ktera) [Transferred from cod on 10/12/2016.] (Entered: 12/22/2015) |
| 12/23/2015 | 6 | ORDER REFERRING CASE to Magistrate Judge Michael J. Watanabe. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non-dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. Entered by Judge Raymond P. Moore on 12/23/2015. (Text Only Entry) (rmsec ) [Transferred from cod on 10/12/2016.] (Entered: 12/23/2015) |
| 12/23/2015 | 7 | ORDER Setting Scheduling/Planning Conference for 2/22/2016 09:30 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe, by Magistrate Judge Michael J. Watanabe on 12/23/2015. (slibi, ) [Transferred from cod on 10/12/2016.] (Entered: 12/23/2015) |

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
| 12/24/2015 | 8 | ORDER TO SHOW CAUSE. Ordered that on or before January 7th, 2016, Plaintiff shall show cause why this case should not be dismissed due to this Court's lack of subject matter jurisdiction. Signed by Judge Raymond P. Moore on 12/24/15. (jhawk, ) [Transferred from cod on 10/12/2016.] (Entered: 12/24/2015) |
| 12/31/2015 | 9 | NOTICE of Entry of Appearance of Steven P. Johnston by Steven Paul Johnston on behalf of Kelly GahanAttorney Steven Paul Johnston added to party Kelly Gahan(pty:pla) (Johnston, Steven) [Transferred from cod on 10/12/2016.] (Entered: 12/31/2015) |
| 01/06/2016 | 10 | RESPONSE TO ORDER TO SHOW CAUSE re 8 by Plaintiff Kelly Gahan. (Attachments: # 1 Exhibit Exhibit 1 - Hamilton Affidavit, # 2 Exhibit Exhibit 2 - Sanofi Form 20-F, # 3 Proposed Order (PDF Only) Order Discharging the Court's December 24, 2015 Order to Show Cause (ECF No. 8))(Johnston, Steven) [Transferred from cod on 10/12/2016.] (Entered: 01/06/2016) |
| 01/07/2016 | 11 | SUMMONS REQUEST as to AVENTIS PHARMA S.A. by Plaintiff Kelly Gahan. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/07/2016) |
| 01/07/2016 | 12 | SUMMONS REQUEST as to SANOFI S.A. by Plaintiff Kelly Gahan. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/07/2016) |
| 01/07/2016 | 13 | SUMMONS REQUEST as to SANOFI US SERVICES INC. by Plaintiff Kelly Gahan. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/07/2016) |
| 01/07/2016 | 14 | SUMMONS REQUEST as to SANOFI-AVENTIS U.S. LLC by Plaintiff Kelly Gahan. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/07/2016) |
| 01/07/2016 | 15 | SUMMONS REQUEST as to SANOFI-AVENTIS U.S., INC. by Plaintiff Kelly Gahan. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/07/2016) |
| 01/07/2016 | 16 | SUMMONS REQUEST as to WINTHROP U.S. by Plaintiff Kelly Gahan. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/07/2016) |
| 01/07/2016 | 17 | SUMMONS issued by Clerk. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons) (cthom, ) [Transferred from cod on 10/12/2016.] (Entered: 01/07/2016) |

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
| 01/07/2016 | 18 | ORDER Discharging 8 Order to Show Cause, by Judge Raymond P. Moore on 01/07/2016. (cthom, ) [Transferred from cod on 10/12/2016.] (Entered: 01/07/2016) |
| 01/14/2016 | 19 | SUMMONS Returned Executed by Kelly Gahan. Aventis Pharma S.A. served on 1/13/2016, answer due 2/3/2016. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/14/2016) |
| 01/14/2016 | 20 | SUMMONS Returned Executed by Kelly Gahan. Sanofi S.A. served on 1/13/2016, answer due 2/3/2016. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/14/2016) |
| 01/14/2016 | 21 | SUMMONS Returned Executed by Kelly Gahan. Sanofi US Services Inc. served on 1/13/2016, answer due 2/3/2016. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/14/2016) |
| 01/14/2016 | 22 | SUMMONS Returned Executed by Kelly Gahan. Sanofi-Aventis U.S. LLC served on 1/13/2016, answer due 2/3/2016. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/14/2016) |
| 01/14/2016 | 23 | SUMMONS Returned Executed by Kelly Gahan. Sanofi-Aventis U.S., Inc. served on 1/13/2016, answer due 2/3/2016. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/14/2016) |
| 01/14/2016 | 24 | SUMMONS Returned Executed by Kelly Gahan. Winthrop U.S. served on 1/13/2016, answer due 2/3/2016. (Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/14/2016) |
| 01/21/2016 | 25 | AMENDED COMPLAINT AND JURY DEMAND against Aventis Pharma S.A., Sanofi S.A., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, Sanofi-Aventis U.S., Inc., Winthrop U.S., filed by Kelly Gahan.(Johnston, Steven) [Transferred from cod on 10/12/2016.] (Entered: 01/21/2016) |
| 01/21/2016 | 26 | NOTICE of Filing Amended Pleading re 25 Amended Complaint and Jury Demand by Plaintiff Kelly Gahan (Attachments: # 1 Exhibit 1)(Johnston, Steven) [Transferred from cod on 10/12/2016.] (Entered: 01/21/2016) |
| 01/22/2016 | 27 | SUMMONS REQUEST as to AVENTIS PHARMA S.A.; SANOFI S.A.; and SANOFI US SERVICES INC. by Plaintiff Kelly Gahan. (Attachments: # 1 Summons First Amended Summons as to Sanofi S.A., # 2 Summons First Amended Summons as to Sanofi US Services Inc.)(Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/22/2016) |
| 01/27/2016 | 29 | SUMMONS REQUEST as to AVENTIS PHARMA S.A.; SANOFI S.A.; and SANOFI US SERVICES INC. by Plaintiff Kelly Gahan. |

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
|  |  | (Attachments: # 1 Summons SANOFI S.A., # 2 Summons SANOFI US SERVICES INC.)(Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 01/27/2016) |
| 02/03/2016 | 30 | SUMMONS issued by Clerk. (Attachments: # 1 Summons, # 2 Summons) (cthom, ) [Transferred from cod on 10/12/2016.] (Entered: 02/03/2016) |
| 02/08/2016 | 31 | NOTICE of Entry of Appearance of Counsel by Harley Victor Ratliff on behalf of Sanofi-Aventis U.S. LLCAttorney Harley Victor Ratliff added to party Sanofi-Aventis U.S. LLC(pty:dft) (Ratliff, Harley) [Transferred from cod on 10/12/2016.] (Entered: 02/08/2016) |
| 02/08/2016 | 32 | NOTICE of Entry of Appearance of Counsel by Daniel F. Wake on behalf of Sanofi-Aventis U.S. LLCAttorney Daniel F. Wake added to party Sanofi-Aventis U.S. LLC(pty:dft) (Wake, Daniel) [Transferred from cod on 10/12/2016.] (Entered: 02/08/2016) |
| 02/12/2016 | 33 | Unopposed MOTION for Hearing/Conference to Reschedule the Scheduling/Planning Conference by Plaintiff Kelly Gahan. (Attachments: # 1 Proposed Order (PDF Only))(Johnston, Steven) [Transferred from cod on 10/12/2016.] (Entered: 02/12/2016) |
| 02/16/2016 | 34 | MEMORANDUM regarding 33 Unopposed MOTION for Hearing/Conference to Reschedule the Scheduling/Planning Conference filed by Kelly Gahan. Motion referred to Magistrate Judge Michael J. Watanabe. Entered by Judge Raymond P. Moore on 2/16/2016. (Text Only Entry) (rmsec ) [Transferred from cod on 10/12/2016.] (Entered: 02/16/2016) |
| 02/16/2016 | 35 | MINUTE ORDER granting 33 Plaintiff's Unopposed Motion to Reschedule the Scheduling/Planning Conference. Scheduling Conference 2/22/2016 09:30 AM is VACATED. Scheduling Conference RE-SET for 4/6/2016 09:00 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. By Magistrate Judge Michael J. Watanabe on 2/16/2016.(emill) [Transferred from cod on 10/12/2016.] (Entered: 02/16/2016) |
| 02/22/2016 | 36 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Sanofi for Sanofi-Aventis U.S. LLC. (Ratliff, Harley) [Transferred from cod on 10/12/2016.] (Entered: 02/22/2016) |
| 02/22/2016 | 37 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Sanofi for Sanofi US Services Inc.. (Ratliff, Harley) [Transferred from cod on 10/12/2016.] (Entered: 02/22/2016) |

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
| 02/22/2016 | 38 | WITHDRAWN MOTION to Dismiss for Failure to State a Claim and Memorandum in Support by Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC. (Ratliff, Harley) Modified to show WITHDRAWN on 3/7/2016 (cthom, ). [Transferred from cod on 10/12/2016.] (Entered: 02/22/2016) |
| 02/22/2016 | 39 | MEMORANDUM regarding 38 MOTION to Dismiss for Failure to State a Claim and Memorandum in Support filed by Sanofi US Services Inc., Sanofi-Aventis U.S. LLC. Motion referred to Magistrate Judge Michael J. Watanabe. Entered by Judge Raymond P. Moore on 2/22/2016. (Text Only Entry) (rmsec ) [Transferred from cod on 10/12/2016.] (Entered: 02/22/2016) |
| 03/07/2016 | 40 | Unopposed MOTION to Withdraw Document re 38 MOTION to Dismiss for Failure to State a Claim and Memorandum in Support and Motion to Reset Defendants' Deadline to Respond to Plaintiff's Amended Complaint and Jury Demand (ECF No 25) by Plaintiff Kelly Gahan. (Attachments: # 1 Proposed Order (PDF Only))(Johnston, Steven) [Transferred from cod on 10/12/2016.] (Entered: 03/07/2016) |
| 03/07/2016 | 41 | MEMORANDUM regarding 40 Unopposed MOTION to Withdraw Document re 38 MOTION to Dismiss for Failure to State a Claim and Memorandum in Support and Motion to Reset Defendants' Deadline to Respond to Plaintiff's Amended Complaint and Jury Demand (ECF No filed by Kelly Gahan. Motion referred to Magistrate Judge Michael J. Watanabe. Entered by Judge Raymond P. Moore on 3/7/2016. (Text Only Entry) (rmsec ) [Transferred from cod on 10/12/2016.] (Entered: 03/07/2016) |
| 03/07/2016 | 42 | MINUTE ORDER : Granting 40 Plaintiff's Unopposed Motion to Reset Defendants' Deadline to Respond to Plaintiff's Amended Complaint and Jury Demand and to Withdraw Defendants' Motion to Dismiss; Withdrawing 38 Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.'s Motion and Memorandum in Support to Dismiss Plaintiff's Claims. Deadline for Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. to file an answer or otherwise respond to the First Amended Complaint and Jury Demand 25 is 7/5/2016. Scheduling Conference 4/6/2016 09:00 AM is CONVERTED to a Status Conference. Deadline to file proposed scheduling order is vacated. Status Conference set for 4/6/2016 09:00 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. By Magistrate Judge Michael J. Watanabe on 3/7/2016.(emill) [Transferred from cod on 10/12/2016.] (Entered: 03/07/2016) |
| 03/07/2016 | 43 | Utility Setting/Resetting Deadlines/Hearings: Pursuant to order 42 Sanofi US Services Inc. answer due 7/5/2016; Sanofi-Aventis U.S. LLC answer |

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
| | | due 7/5/2016. Text Only Entry. (emill) [Transferred from cod on 10/12/2016.] (Entered: 03/07/2016) |
| 03/24/2016 | 44 | First MOTION for Extension of Time to File Answer or Otherwise Respond re 25 Amended Complaint by Defendants Aventis Pharma S.A., Sanofi S.A.. (Attachments: # 1 Proposed Order (PDF Only))(Wake, Daniel) [Transferred from cod on 10/12/2016.] (Entered: 03/24/2016) |
| 03/25/2016 | 45 | MEMORANDUM regarding 44 First MOTION for Extension of Time to File Answer or Otherwise Respond re 25 Amended Complaint filed by Aventis Pharma S.A., Sanofi S.A. Motion referred to Magistrate Judge Michael J. Watanabe. Entered by Judge Raymond P. Moore on 3/25/2016. (Text Only Entry) (rmsec ) [Transferred from cod on 10/12/2016.] (Entered: 03/25/2016) |
| 03/25/2016 | 46 | MINUTE ORDER granting 44 Motion for Extension of Time to Answer or Otherwise Respond re 25 Amended Complaint. Aventis Pharma S.A. answer due 7/5/2016; Sanofi S.A. answer due 7/5/2016. By Magistrate Judge Michael J. Watanabe on 3/25/2016. (emill) [Transferred from cod on 10/12/2016.] (Entered: 03/28/2016) |
| 04/04/2016 | 47 | NOTICE of Entry of Appearance of J. Kyle Bachus by Jere Kyle Bachus on behalf of Kelly GahanAttorney Jere Kyle Bachus added to party Kelly Gahan(pty:pla) (Bachus, Jere) [Transferred from cod on 10/12/2016.] (Entered: 04/04/2016) |
| 04/05/2016 | 48 | SUMMONS Returned Executed by Kelly Gahan. Sanofi S.A. served on 3/10/2016, answer due 7/5/2016. (Attachments: # 1 Affidavit)(Bachus, Jere) [Transferred from cod on 10/12/2016.] (Entered: 04/05/2016) |
| 04/05/2016 | 49 | SUMMONS Returned Executed by Kelly Gahan. Aventis Pharma S.A. served on 3/10/2016, answer due 7/5/2016. (Attachments: # 1 Affidavit)(Bachus, Jere) [Transferred from cod on 10/12/2016.] (Entered: 04/05/2016) |
| 04/06/2016 | 50 | COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Status Conference held on 4/6/2016. Deadline to file First Amended Complaint 4/13/2016. Scheduling Conference set for 7/1/2016 09:00 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. Deadline to file proposed Scheduling Order 6/24/2016. Court Reporter: FTR - E. E. Miller. FTR: Courtroom A502. (emill) [Transferred from cod on 10/12/2016.] (Entered: 04/06/2016) |
| 04/13/2016 | 51 | SECOND AMENDED COMPLAINT against Aventis Pharma S.A., Sanofi S.A., Sanofi-Aventis U.S. LLC, Winthrop U.S., filed by Kelly |

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
| | | Gahan.(Bachus, Jere) [Transferred from cod on 10/12/2016.] (Entered: 04/13/2016) |
| 04/27/2016 | 52 | TRANSCRIPT of Status Conference held on April 6, 2016 before Magistrate Judge Watanabe. Pages: 1-31. NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov. Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Stevens-Koenig Reporting, ) [Transferred from cod on 10/12/2016.] (Entered: 04/27/2016) |
| 06/08/2016 | 53 | MINUTE ORDER Scheduling Conference set for 7/01/2016 is VACATED and RE-SET for 6/30/2016 11:30 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe, by Magistrate Judge Michael J. Watanabe on 6/08/2016. (slibi, ) [Transferred from cod on 10/12/2016.] (Entered: 06/08/2016) |
| 06/16/2016 | 54 | MOTION to Consolidate Cases by Plaintiff Kelly Gahan. (Bachus, Jere) [Transferred from cod on 10/12/2016.] (Entered: 06/16/2016) |
| 06/16/2016 | 55 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiff Kelly Gahan All parties do not consent.. (Bachus, Jere) [Transferred from cod on 10/12/2016.] (Entered: 06/16/2016) |
| 06/20/2016 | 56 | NOTICE of Entry of Appearance of Counsel by Eric Anthony Swan on behalf of Sanofi-Aventis U.S. LLCAttorney Eric Anthony Swan added to party Sanofi-Aventis U.S. LLC(pty:dft) (Swan, Eric) [Transferred from cod on 10/12/2016.] (Entered: 06/20/2016) |
| 06/20/2016 | 57 | NOTICE of Entry of Appearance ENTRY OF APPEARANCE OF COUNSEL by Jon Andrew Strongman on behalf of Sanofi-Aventis U.S. LLCAttorney Jon Andrew Strongman added to party Sanofi-Aventis U.S. LLC(pty:dft) (Strongman, Jon) [Transferred from cod on 10/12/2016.] (Entered: 06/20/2016) |
| 06/20/2016 | 58 | MOTION to Withdraw as Attorney of Steven P. Johnston by Plaintiff Kelly Gahan. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Johnston, Steven) [Transferred from cod on 10/12/2016.] (Entered: 06/20/2016) |

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
| 06/20/2016 | 59 | MEMORANDUM regarding 58 MOTION to Withdraw as Attorney of Steven P. Johnston filed by Kelly Gahan. Motion referred to Magistrate Judge Michael J. Watanabe. Entered by Judge Raymond P. Moore on 6/20/2016. (Text Only Entry) (rmsec ) [Transferred from cod on 10/12/2016.] (Entered: 06/20/2016) |
| 06/20/2016 | 60 | MINUTEORDER granting 58 Motion to Withdraw as Attorney. Attorney Steven Paul Johnston terminated. By Magistrate Judge Michael J. Watanabe on 6/20/2016. (emill) [Transferred from cod on 10/12/2016.] (Entered: 06/20/2016) |
| 06/24/2016 | 61 | Stipulated MOTION to Reset Scheduling Conference by Defendants Aventis Pharma S.A., Sanofi S.A., Sanofi-Aventis U.S. LLC. (Ratliff, Harley) [Transferred from cod on 10/12/2016.] (Entered: 06/24/2016) |
| 06/27/2016 | 62 | MEMORANDUM regarding 61 Stipulated MOTION to Reset Scheduling Conference filed by Aventis Pharma S.A., Sanofi S.A., Sanofi-Aventis U.S. LLC. Motion referred to Magistrate Judge Michael J. Watanabe. Entered by Judge Raymond P. Moore on 6/27/2016. (Text Only Entry) (rmsec ) [Transferred from cod on 10/12/2016.] (Entered: 06/27/2016) |
| 06/27/2016 | 63 | MINUTE ORDER granting 61 Stipulated Motion to Reset Scheduling Conference. Scheduling Conference 6/30/2016 11:30 AM is VACATED. Scheduling Conference RE-SET for 8/15/2016 10:30 AM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe. Deadline for parties to file either proposed scheduling order or status report and motion to convert to Status Conference 8/8/2016. by Magistrate Judge Michael J. Watanabe on 6/27/2016.(emill) [Transferred from cod on 10/12/2016.] (Entered: 06/27/2016) |
| 06/27/2016 | 64 | Utility Setting/Resetting Deadlines/Hearings: Pursuant to Minute Order 63 , proposed scheduling order or Status Report/motion to convert to Status Conference due 8/8/2016. Status Report due by 8/8/2016. Text Only Entry (emill) [Transferred from cod on 10/12/2016.] (Entered: 06/27/2016) |
| 07/05/2016 | 65 | MOTION to Dismiss for Failure to State a Claim by Defendant Sanofi-Aventis U.S. LLC. (Attachments: # 1 Exhibit A)(Ratliff, Harley) [Transferred from cod on 10/12/2016.] (Entered: 07/05/2016) |
| 07/05/2016 | 66 | MOTION to Dismiss for Lack of Jurisdiction by Defendants Aventis Pharma S.A., Sanofi S.A.. (Attachments: # 1 Affidavit)(Ratliff, Harley) [Transferred from cod on 10/12/2016.] (Entered: 07/05/2016) |
| 07/07/2016 | 67 | BRIEF in Opposition to 54 MOTION to Consolidate Cases for Pretrial and Trial Proceedings filed by Defendant Sanofi-Aventis U.S. LLC. |

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
| | | (Ratliff, Harley) [Transferred from cod on 10/12/2016.] (Entered: 07/07/2016) |
| 07/15/2016 | 68 | MEMORANDUM regarding 65 MOTION to Dismiss for Failure to State a Claim filed by Sanofi-Aventis U.S. LLC, 66 MOTION to Dismiss for Lack of Jurisdiction filed by Aventis Pharma S.A., Sanofi S.A.. Motions referred to Magistrate Judge Michael J. Watanabe. Entered by Judge Raymond P. Moore on 7/15/2016. (Text Only Entry) (rmsec ) [Transferred from cod on 10/12/2016.] (Entered: 07/15/2016) |
| 07/20/2016 | 69 | MOTION for Extension of Time to File Response/Reply as to 65 MOTION to Dismiss for Failure to State a Claim , 66 MOTION to Dismiss for Lack of Jurisdiction by Plaintiff Kelly Gahan. (Attachments: # 1 Proposed Order (PDF Only))(Schanker, Darin) [Transferred from cod on 10/12/2016.] (Entered: 07/20/2016) |
| 07/20/2016 | 70 | MEMORANDUM regarding 69 MOTION for Extension of Time to File Response/Reply as to 65 MOTION to Dismiss for Failure to State a Claim , 66 MOTION to Dismiss for Lack of Jurisdiction filed by Kelly Gahan. Motion referred to Magistrate Judge Michael J. Watanabe. Entered by Judge Raymond P. Moore on 7/20/2016. (Text Only Entry) (rmsec ) [Transferred from cod on 10/12/2016.] (Entered: 07/20/2016) |
| 07/20/2016 | 71 | MINUTE ORDER; 69 Plaintiffs Unopposed Motion for Thirty-Day Extension of Time is GRANTED for good cause shown. Plaintiff SHALL FILE a response to Defendants motions to dismiss (Docket Nos. 65 & 66) on or before August 25, 2016, by Magistrate Judge Michael J. Watanabe on 7/20/16.(morti, ) [Transferred from cod on 10/12/2016.] (Entered: 07/20/2016) |
| 08/08/2016 | 72 | Proposed Scheduling Order by Plaintiff Kelly Gahan. (Bachus, Jere) [Transferred from cod on 10/12/2016.] (Entered: 08/08/2016) |
| 08/08/2016 | 73 | MOTION for Hearing/Conference to convert the August 15, 2016 Scheduling Conference to a Status Conference by Defendant Sanofi-Aventis U.S. LLC. (Ratliff, Harley) [Transferred from cod on 10/12/2016.] (Entered: 08/08/2016) |
| 08/09/2016 | 74 | MEMORANDUM regarding 73 MOTION for Hearing/Conference to convert the August 15, 2016 Scheduling Conference to a Status Conference filed by Sanofi-Aventis U.S. LLC. Motion referred to Magistrate Judge Michael J. Watanabe. Entered by Judge Raymond P. Moore on 8/9/2016. (Text Only Entry) (rmsec ) [Transferred from cod on 10/12/2016.] (Entered: 08/09/2016) |
| 08/09/2016 | 75 | MINUTE ORDER denying 73 Defendant Sanofi-Aventis U.S. LLC's Motion to Convert the August 15, 2016 Scheduling Conference to a |

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
|  |  | Status Conference. Scheduling Conference remains set 8/15/2016 10:30 AM, by Magistrate Judge Michael J. Watanabe on 8/9/2016.(emill) [Transferred from cod on 10/12/2016.] (Entered: 08/09/2016) |
| 08/13/2016 | 76 | Proposed Scheduling Order by Defendants Aventis Pharma S.A., Sanofi S.A., Sanofi-Aventis U.S. LLC. (Ratliff, Harley) [Transferred from cod on 10/12/2016.] (Entered: 08/13/2016) |
| 08/15/2016 | 77 | COURTROOM MINUTES/MINUTE ORDER for proceedings held before Magistrate Judge Michael J. Watanabe: Scheduling Conference held on 8/15/2016. Case is STAYED pending decision by the Judicial Panel on Multidistrict Litigation. Telephonic Status Conference set for 11/2/2016 09:00 AM before Magistrate Judge Michael J. Watanabe. Court Reporter: FTR - E. E. Miller. FTR: Courtroom A502. (emill) [Transferred from cod on 10/12/2016.] (Entered: 08/15/2016) |
| 08/26/2016 | 78 | Utility Setting/Resetting Deadlines/Hearings: Deadline to file Status Report or Motion terminated; motion filed. Text Only Entry (emill) [Transferred from cod on 10/12/2016.] (Entered: 08/26/2016) |
| 10/06/2016 | 79 | CERTIFIED COPY OF TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation pursuant to 28 USC 1407, transferring from the District of Colorado, 15-cv-02777 RM-MJW, to the Eastern District of Louisiana, to become part of MDL 2740 by Clerk on 10/6/2016. (evana, ) [Transferred from cod on 10/12/2016.] (Entered: 10/06/2016) |
| 10/12/2016 | 80 | Case transferred in from District of Colorado; Case Number 1:15-cv-02777. Electronic file certified copy of transfer order and docket sheet received (cml) (Entered: 10/12/2016) |
| 10/14/2016 | 81 | PRETRIAL ORDER #1. Signed by Chief Judge Kurt D. Engelhardt on 10/13/2016. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(cml) (Entered: 10/14/2016) |
| 05/31/2017 | 82 | AMENDED SHORT FORM COMPLAINT by Kelly Gahan. Party Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. added. (Elliott, John) Modified on 6/1/2017 (cg). (Entered: 05/31/2017) |
| 05/21/2018 | 83 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance.(ADI) (Entered: 05/21/2018) |
| 03/03/2020 | 84 | ORDER AND REASONS granting defendants' Motion for Summary Judgment (Doc. 5730). Signed by Judge Jane Triche Milazzo on 2/26/2020. (Filed at Rec. Doc. 9440 in 16-MD-2740)(ecm) (Entered: 03/03/2020) |

| Date Filed | # | Docket Text (Case No. 16-15283) |
|---|---|---|
| 03/03/2020 | 85 | JUDGMENT that all claims of plaintiff Kelly Gahan in the above-captioned matter are DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo. (Filed at Rec. Doc. 9448 in 16-MD-2740)(ecm) (Entered: 03/03/2020) |

April 29, 2020                         Respectfully submitted,

/s/ *Darin L. Schanker*
Darin L. Schanker
Scot C. Kreider
BACHUS & SCHANKER, LLC
101 W. Colfax Ave, Suite 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
dschanker@coloradolaw.net
scot.kreider@coloradolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Darin L. Schanker*
Darin L. Schanker