UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |

**THIS DOCUMENT RELATES TO**
Kelly Gahan, Case No. 2:16-cv-15283

## JOINT MOTION TO MAINTAIN PREVIOUSLY SEALED JOINT RECORD DESIGNATIONS UNDER SEAL

For the reasons set forth in the accompanying Memorandum in Support, Plaintiff Kelly Gahan and Defendants Sanofi-Aventis U.S., LLC and Sanofi US Services, Inc. respectfully request that the Court maintain under seal upon transmittal to the U.S. Court of Appeals for the Fifth Circuit all documents that the Parties have designated for the Record on Appeal (Rec. Doc. 10059) that have previously been filed in the District Court under seal.

Date: April 29, 2020

                                        Respectfully submitted,

                                        /s/ *Darin L. Schanker*
                                        Darin L. Schanker
                                        Scot C. Kreider
                                        BACHUS & SCHANKER, LLC
                                        101 W. Colfax Ave, Suite 650
                                        Denver, CO 80202
                                        (303)899-9800
                                        F: (303)893-9900
                                        dschanker@coloradolaw.net
                                        scot.kreider@coloradolaw.net

                                        *Counsel for Plaintiff-Appellant*

                                        */s/ Douglas J. Moore*
                                        Douglas J. Moore (Bar No. 27706)

**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Darin L. Schanker*

2