UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H"

THIS DOCUMENT RELATES TO
Kelly Gahan, Case No. 2:16-cv-15283

## ORDER

Considering the foregoing Joint Motion to Maintain Previously Sealed Joint Record Designations Under Seal filed by Plaintiff Kelly Gahan and Defendants Sanofi-Aventis U.S., LLC and Sanofi US Services, Inc.;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall transmit to the U.S. Court of Appeals for the Fifth Circuit the following sealed documents, including any sealed exhibits, UNDER SEAL:

1. 2831
2. 4594
3. 4596
4. 4647
5. 4698
6. 4882

New Orleans, Louisiana, this ___ day of April, 2020.

                                                      _____
                                                     UNITED STATES DISTRICT JUDGE