UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Barbara Earnest vs. Sanofi-Aventis U.S., Inc., et al.
Case No. 2:16-CV-17144

## MEMORANDUM IN SUPPORT OF JOINT MOTION
## TO SUPPLEMENT JOINT RECORD DESIGNATIONS

Plaintiff Barbara Earnest and Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., respectfully request that the Court permit the addition of the joint record designations listed below to the parties' original joint record designations. Due to an inadvertent error caused by the voluminous nature of the record, the following record designations were inadvertently omitted from the parties' original joint record designations. The parties intended to include the designations below among the original joint record designations, and respectfully request that the Court enter an order permitting the addition of these designations to the parties' joint record designations filed on April 23, 2020 (Rec. Doc. 10023).

| 10/13/2016 | 4 | PRETRIAL ORDER #1: Initial Pretrial Conference set for 11/10/2016 10:00 AM before Chief Judge Kurt D. Engelhardt. Signed by Chief Judge Kurt D. Engelhardt on 10/13/2016. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(cml) (Entered: 10/14/2016) |
|---|---|---|
| 11/17/2016 | 104 | PRETRIAL ORDER #2: Pursuant to Pretrial Order No. 1 (Rec. Doc. 4), issued by this Court on October 13, 2016, the Court has received many applications for Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel, and the Plaintiffs' Steering Committee (PSC). Having reviewed the parties' applications and recommendations, the Court makes the following initial appointments, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 11/17/2016.(Reference: ALL CASES)(cbs) (Entered: 11/17/2016) |

| | | |
|---|---|---|
| 07/25/2017 | 689 | AMENDED MASTER LONG FORM COMPLAINT with Jury Demand against All Defendants filed by All Plaintiffs.(Reference: all cases)(tm) (Entered: 07/25/2017) |
| 08/30/2017 | 784 | Minute ORDER for proceedings held before Chief Judge Kurt D. Engelhardt: Motion Hearing held on 8/30/2017. ORDERED that 489 MOTION to Dismiss Plaintiffs' Master Long Form Complaint is DENIED with respect to Count One and Counts Three through Seven of Plaintiffs' Master Long Form Complaint. FURTHER ORDERED that with respect to Counts Two and Eight of the Master Long Form Complaint, Plaintiffs shall have fourteen (14) days to provide counsel and the Court with supplemental briefing or an amendment as stated herein. ORDERED that 469 MOTION to Remand CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA 17-CV-1812, 17-CV-1813, 17-CV-1814, 17-CV-3864, 17-CV-3866, 17-CV-3865, 17-CV-3867, 17-CV-2356, 17-CV-5832, 17-CV-5833 filed by Plaintiff is GRANTED IN PART and DENIED IN PART as stated herein. ORDERED that 473 MOTION to Remand 17-CV-3871; 17-CV-3871; 17-CV-3893; 17-CV-3894; 17-CV-3895; 17-CV-3896; 17-CV-3897;17-CV-3901; 17-CV-3904; 17-CV-3905; 17-CV-3906; 17-CV-3908; 17-CV-3909; 17-CV-3909; 17-CV-3911; 17-CV-3917; 17-CV-3932; 17-CV-3933; 17-CV-01891; 17-CV-3935; 17-CV-3938; 17-CV-3939; 17-CV-3941; 17-CV-3949; 17-CV-3953; 17-CV-3954; 17-CV-3962; 17-CV-3965; 17-CV-3968; 17-CV-3977; 17-CV-3979; 2:17-CV-02891; 17-CV-4008; 17-CV-4009; 17-CV-4011; 17-CV-4012; 17-CV-4014; 17-CV-3978; 17-CV-3974; 17-CV-3969; 17-CV-3967; 17-CV-4016; 17-CV-4016; 17-CV-4021; 17-CV-4023; 17-CV-4028; 17-CV-4027; 17-CV-4025; 17-CV-4020; 17-CV-4010; 17-CV-3976; 17-CV-3975; 17-CV-3970; 17-CV-3964; 17-CV-3960; 17-CV-3951; 17-CV-3948; 17-CV-3952; 17-CV-3947; 17-CV-3912 is GRANTED, and the referenced cases shall be remanded to the Superior Court of Delaware. (Court Reporter Cathy Pepper.) (Reference: All Cases)(cml) (Additional attachment(s) added on 8/31/2017: # 1 Attendance Sign In Sheet) (cml). (Entered: 08/31/2017) |
| 09/27/2017 | 877 | PRETRIAL ORDER #61: ORDERED that Count Two and Count Eight of Plaintiffs' First Amended Master Long Form Complaint are DISMISSED. IT IS FURTHER ORDERED that an individual plaintiff shall have fourteen (14) days from the date of this Order to amend her Short Form Complaint to allege analogous state law claims that may be viable on an individual basis. Signed by Chief Judge Kurt D. Engelhardt. (Attachments: # 1 Exhibit A)(Reference: All Cases)(cbs) (Entered: 09/27/2017) |

| | | |
|---|---|---|
| 10/16/2017 | 961 | ANSWER to 689 Amended Master Complaint with Jury Demand by Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.(Reference: ALL CASES)(Moore, Douglas) Modified on 10/17/2017 (cml). (Entered: 10/16/2017) |
| 12/06/2017 | 1157 | EXPARTE/CONSENT MOTION for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs by Plaintiff. (Attachments: # 1 Exhibit A: Proposed Amended Short Form Complaints, # 2 Exhibit B: Proposed Order)(Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(Lambert, Matthew) (Entered: 12/06/2017) |
| 03/09/2018 | 1819 | CASE MANAGEMENT ORDER #13: ORDER SELECTING FIRST BELLWEATHER TRIAL PLAINTIFF(S) Pursuant to Case Management Order No. 3 669 . IT IS ORDERED that the following plaintiffs, in order of preference, are designated to proceed to the second phase of discovery, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 3/9/2018.(Reference: All Cases)(cbs) (Entered: 03/09/2018) |
| 12/12/2017 | 1319 | ORDER granting 1157 Motion for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs. Signed by Chief Judge Kurt D. Engelhardt on 12/12/2017. (Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(cbs) (Entered: 12/15/2017) |
| 03/16/2018 | 1892 | Witness List by Sanofi Defendants. (Reference: 16-17144)(Moore, Douglas) Modified text on 3/19/2018 (cbs). (Entered: 03/16/2018) |
| 03/16/2018 | 1901 | Witness List by Plaintiff, Barbara Earnest. (Reference: 16-17144)(Lambert, Matthew) Modified text on 3/19/2018 (cbs). (Entered: 03/16/2018) |
| 09/04/2018 | 4040 | MOTION for Partial Summary Judgment by Plaintiff. Motion(s) will be submitted on 9/19/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Proposed Order, # 5 Notice of Submission)(Reference: 16-17144)(Lambert, Matthew) (Entered: 09/04/2018) |
| 09/10/2018 | 4101 | EXPARTE/CONSENT MOTION to Withdraw Document re 4040 MOTION for Partial Summary Judgment by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 2:16-cv-17144)(Barrios, Dawn) (Entered: 09/10/2018) |
| 09/11/2018 | 4124 | ORDER granting 4101 Motion to Withdraw 4040 Motion for Partial Summary Judgment. Signed by Judge Jane Triche Milazzo. (Reference: 16-17144)(ecm) (Entered: 09/11/2018) |

3

| | | |
|---|---|---|
| 09/24/2018 | 4259 | ORDER AND REASONS: The records and photographs of bellwether Plaintiff Francis, Durden, and Earnest submitted for in camera review shall be produced by the PSC to Sanofi no later than September 28, 2018 unless an objection to this Order and Reasons is lodged on or before that date. To the extent that similar photographs and medical records exist for any other Plaintiffs; deadlines are set herein. The PFS of any Plaintiff who produces additional medical records pursuant to this Order shall be supplemented accordingly. Signed by Magistrate Judge Michael North on 9/24/2018.(Reference: All Cases)(clc) (Entered: 09/24/2018) |
| 09/27/2018 | 4407 | Second AMENDED COMPLAINT with Jury Demand  Second Amended Master Long Form Complaint adding Sagent Pharmaceuticals, Inc. against Defendant filed by Plaintiff. (Attachments: # 1 Summons for Sagent Pharmaceuticals, Inc.)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 09/27/2018) |
| 09/13/2019 | 8233 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Status Conference held on 9/13/2019 with Darin Schanker and Douglas Moore. The parties updated the Court on the status of the case. (Reference: 16-17144)(ecm) (Entered: 09/17/2019) |
| 09/14/2019 | 8234 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Status Conference held on 9/14/2019 with Darin Schanker, Douglas Moore, and Hildy Sastre. The parties updated the Court on the status of the case. (Reference: 16-17144)(ecm) (Entered: 09/17/2019) |
| 09/15/2019 | 8235 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Status Conference held on 9/15/2019 with Palmer Lambert and Douglas Moore. The parties updated the Court on the status of the case. (Reference: 16-17144)(ecm) (Entered: 09/17/2019) |
| 09/17/2019 | 8254 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Jury Trial held on 9/17/2019. Witness testimony and evidence entered. Additional testimony of Dr. Kessler is proffered. Court recessed until September 18, 2019. (Court Reporter Cathy Pepper/Jodi Simcox.) (Reference: 16-17144)(ecm) (Entered: 09/20/2019) |
| 09/18/2019 | 8255 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Jury Trial held on 9/18/2019. Witness testimony and evidence entered. Court recessed until September 19, 2019. (Court Reporter Cathy Pepper/Jodi Simcox.) (Reference: 16-17144)(ecm) (Entered: 09/20/2019) |
| 09/20/2019 | 8260 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Jury Trial held on 9/20/2019. Witness testimony and evidence |

|  |  | entered. Court recessed until 8:30 a.m. on Monday, September 23, 2019. (Court Reporter Cathy Pepper/Jodi Simcox.) (Reference: 16-17144)(ecm) (Entered: 09/20/2019) |
|---|---|---|
| 09/23/2019 | 8276 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Jury Trial held on 9/23/2019. Witness testimony and evidence entered. Court recessed until Tuesday, September 24, 2019. (Court Reporter Karen Ibos/Toni Tusa.) (Reference: 16-17144)(ecm) (Entered: 09/25/2019) |
| 01/17/2020 | 9074 | STATUS REPORT Joint Report No. 19 of Liaison Counsel by Plaintiff and by Defendant (Attachments: # 1 Appendix A, # 2 Appendix B)(Reference: ALL CASES)(Olinde, John) (Entered: 01/17/2020) |

Dated: April 29, 2020    Respectfully submitted,

/s/ Darin L. Schanker
Darin L. Schanker
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
dschanker@coloradolaw.net

Counsel for Barbara Earnest


**FOR THE PLAINTIFFS' STEERING COMMITTEE**

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Plaintiffs' Co-Lead Counsel

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

Plaintiffs' Co-Lead Counsel

5

| | |
|---|---|
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC | BARRIOS, KINGSDORF & CASTEIX, LLP |
| 2800 Energy Centre, 1100 Poydras Street | 701 Poydras Street, Suite 3650 |
| New Orleans, LA 70163-2800 | New Orleans, LA 70139 |
| Phone: 504-522-2304 | Phone: 504-524-3300 |
| Fax: 504-528-9973 | Fax: 504-524-3313 |
| plambert@gainsben.com | barrios@bkc-law.com |
| | |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews | Daniel P. Markoff |
| Andrews & Thornton | Atkins & Markoff Law Firm |
| 4701 Von Karman Ave., Suite 300 | 9211 Lake Hefner Parkway, Suite 104 |
| Newport Beach, CA 92660 | Oklahoma City, OK 73120 |
| Phone: (800) 664-1734 | Phone: (405) 607-8757 |
| aa@andrewsthornton.com | Fax: (405) 607-8749 |
| | dmarkoff@atkinsandmarkoff.com |
| | |
| J. Kyle Bachus | Abby E. McClellan |
| Bachus & Schanker, LLC | Stueve Siegel Hanson LLP |
| 1899 Wynkoop Street, Suite 700 | 460 Nichols Road, Suite 200 |
| Denver, CO 80202 | Kansas City, MO 64112 |
| Phone: (303) 893-9800 | Phone: (816) 714-7100 |
| Fax: (303) 893-9900 | Fax: (816) 714-7101 |
| kyle.bachus@coloradolaw.net | mcclellan@stuevesiegel.com |
| | |
| Lawrence J. Centola, III | Karen Barth Menzies |
| Martzell, Bickford & Centola | Gibbs Law Group LLP |
| 338 Lafayette Street | 6701 Center Drive West, Suite 1400 |
| New Orleans, LA 70130 | Los Angeles, California 90045 |
| Phone: (504) 581-9065 | Phone: 510-350-9700 |
| Fax: (504) 581-7635 | Fax: 510-350-9701 |
| lcentola@mbfirm.com | kbm@classlawgroup.com |
| | |
| Christopher L. Coffin | David F. Miceli |
| Pendley, Baudin & Coffin, L.L.P. | David F. Miceli, LLC |
| 1100 Poydras Street, Suite 2505 | P.O. Box 2519 |
| New Orleans, Louisiana 70163 | Carrollton, GA 30112 |
| Phone: (504) 355-0086 | Phone: (404) 915-8886 |
| Fax: (504) 355-0089 | dmiceli@miceli-law.com |
| ccoffin@pbclawfirm.com | |

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT