UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Civil Action No.: 2:19cv13971

*Barbara Frigo v. Sanofi U.S. Services, Inc.*

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

NOTICE OF WITHDRAWL OF ELECTRONIC FILING [DKT. 10017]

On April 23, 2020, Plaintiff Barbara Frigo filed a Notice of Cured Plaintiff Fact Sheet Deficiency (Dkt. 10017). Plaintiff's counsel now withdraws that notice as it was submitted in error.

DATED April 29, 2020.

                                                  Respectfully submitted,

                                                  **BRUERA LAW FIRM, PLLC**

                                                  */s/ Sofia E. Bruera*

                                                  _____
SOFIA E. BRUERA
State Bar No. 24062189
3100 Timmons Lane, Suite 310
Houston, Texas 77027
Telephone: (832) 430-4000
Facsimile: (832) 558-3523
E-mail: sofia@brueralaw.com
Service e-mail: service@brueralaw.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    */s/ Sofia E. Bruera*
    SOFIA E. BRUERA