UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Civil Action No.: 2:19cv14453<br><br>*Deborah J. Thomsen v. Sanofi U.S. Services, Inc.* | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NOTICE OF WITHDRAWL OF ELECTRONIC FILING [DKT. 10018]**

On April 23, 2020, Plaintiff Deborah Thomsen filed a Notice of Cured Plaintiff Fact Sheet Deficiency (Dkt. 10018). Plaintiff's counsel now withdraws that notice as it was submitted in error.

DATED April 29, 2020.

                                              Respectfully submitted,

                                              **BRUERA LAW FIRM, PLLC**

                                              */s/ Sofia E. Bruera*
                                              _____
                                              SOFIA E. BRUERA
                                              State Bar No. 24062189
                                              3100 Timmons Lane, Suite 310
                                              Houston, Texas 77027
                                              Telephone: (832) 430-4000
                                              Facsimile: (832) 558-3523
                                              E-mail: sofia@brueralaw.com
                                              Service e-mail: service@brueralaw.com
                                              **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                         */s/ Sofia E. Bruera*
                                                         SOFIA E. BRUERA