UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Sonya Reed* | Civil Action No.: 2:17-cv-17232 |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff, Sonya Reed, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), respectfully leave to file an Amended Short Form Complaint, attached hereto as Exhibit A, by adding Sandoz Inc. as a named defendant in this case. Plaintiff's counsel obtained a Statement Regarding Chemotherapy Drug Administered from Texas Oncology confirming that the chemotherapy drug administered to Plaintiff were manufactured by Sandoz, Inc. and Accord Healthcare, Inc. Accordingly, Plaintiff now seeks leave to file an Amended Complaint identifying Sandoz, Inc. as an additional Defendant.

Pursuant to Local Rule 7.6 and Pretrial Order No.37A, Plaintiff has conferred with defense counsel and there is no opposition to this motion.

Therefore, Plaintiff hereby respectfully requests this Court grant leave to file the attached Amended Short Form Complaint.

Dated: April 30, 2020.                    Respectfully Submitted,

**REICH & BINSTOCK**
/s/RobertJ.Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Attorneys for Plaintiff*

### CERTIFICATEOFSERVICE

04I hereby certify that on April 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filling to all counsel of record who are CM/ECF participants.

/s/RobertJ.Binstock
Robert J. Binstock