# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILTY LITIGATION | : : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>MARY GREEN v. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., et al. | : : : : : | Civil Action No. 2:19-cv-13716 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th day of April, 2020.

Respectfully submitted,

   */s/ Bruce D. Fox*
Bruce D. Fox, Esq.
(BPR No. 008965)
John A. Willis, Esq.
(BPR No. 018468)
BruceFox@FoxandFarleylaw.com
JohnWillis@FoxandFarleylaw.com
Fox & Farley, Attorneys at Law
310 N. Main St.
Clinton, Tennessee 37716
(865) 457-6440
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 30, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

   */s/ Bruce D. Fox*