UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)
JUDGE MILAZZO

**THIS DOCUMENT RELATES TO:**
*Brownewell et al. v. Sanofi U.S. Services Inc., et al;*
*Civil Action No.: 2:18-cv-02387*

## ORDER

Before this Court is Plaintiff counsel's Motion for Substitution of Party Plaintiff (Doc. 9986);

**IT IS ORDERED** that Plaintiff's Motion for Substitution of Party Plaintiff is **GRANTED**, and that James Brownewell, as surviving spouse and designated Executrix of Hope Brownewell, may be substituted as the party plaintiff in this action.

New Orleans, Louisiana, this 29th day of April, 2020.

HON. JANE T. MILAZZO
United States District Judge