# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Diaz v. Sanofi US Services Inc. et al*<br><br>Plaintiff Name: Debra Diaz<br>Civil Action No.: 2:17-cv-15860 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SAGENT PHARMACEUTICALS

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sagent Pharmaceuticals, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th Day of April 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *John C. Thornton*
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREWS & THORNTON**
　　　　　　　　　　　　　　　　　　　　　　　　John C. Thornton, #84492
　　　　　　　　　　　　　　　　　　　　　　　　Anne Andrews, #103280
　　　　　　　　　　　　　　　　　　　　　　　　4701 Von Karman Ave.,
　　　　　　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　Newport Beach, CA 92660
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (949) 748-1000
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (949) 315-3540
　　　　　　　　　　　　　　　　　　　　　　　　jct@andrewsthornton.com
　　　　　　　　　　　　　　　　　　　　　　　　aa@andrewsthornton.com
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for plaintiff

### **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *John C. Thornton*