**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Lash v. Sanofi US Services Inc. et al*<br><br>Plaintiff Name: Sherry Lash<br>Civil Action No.: 2:17-cv-16021 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC. AND HOSPIRA, INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th Day of April 2020          Respectfully submitted,

/s/ *John C. Thornton*
**ANDREWS & THORNTON**
John C. Thornton, #84492
Anne Andrews, #103280
4701 Von Karman Ave.,
Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Fax: (949) 315-3540
jct@andrewsthornton.com
aa@andrewsthornton.com
Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *John C. Thornton*