UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| YOLANDA SCHULZE | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No.  19-14173 |
| HOSPIRA WORLDWIDE, LLC, et al.., | : : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------ | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Yolanda Schulze hereby dismisses all claims in this matter with prejudice against all Defendants in this action Civil Action 19-14173 only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Yolanda Schulze, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 19-13436.  All parties shall bear their own costs.

Dated this 1st day of May 2020        By: */s/ J. Christopher Elliott*
        J. Christopher Elliott, Esq.
        **BACHUS & SCHANKER, LLC**
        J. Kyle Bachus, Esq.
        Darin L. Schanker, Esq.
        101 West Colfax, Suite 650
        Denver, CO 80202
        Telephone: (303) 893-9800
        Facsimile: (303) 893-9900

Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net

*Attorneys for Plaintiff*

DECHERT, LLP

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Mark Cheffo
1095 Avenue of the Americas
New York, NY 10036
Telephone: 212-698-3500
Facsimile: 212-698-3599
Email:  maracusker.gonzalez@dechert.com
sara.roitman@dechert.com
mark.cheffo@dechert.com

CHAFFE McCALL, L.L.P.

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
Email:  olinde@chaffe.com
rotolo@chaffe.com
Attorneys for Hospira, Inc., Hospira Worldwide, LLC
formally d/b/a Hospira Worldwide, Inc., and Pfizer
Inc.