UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO |
| GENEVA SIMMONS, Plaintiff, v. SANOFI-AVENTIS U.S. LLC, ET AL., Defendants. | | MAG. JUDGE NORTH Civil Action No.: 2:17-cv-09337 |

## ORDER

Upon Plaintiff's Motion for Leave to File a Reply;

**IT IS ORDERED** that the Motion is **GRANTED** and the Plaintiff's Reply attached as Exhibit A to Plaintiff's Motion shall be entered into the docket by the Clerk of Court.

New Orleans, Louisiana, this 29th day of April, 2020.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE