UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| _____ | SECTION "H" (5) <br> JUDGE MILAZZO |
| JANICE INFUSINO, | MAG. JUDGE NORTH |
| Plaintiff, | |
| v. | Civil Action No.: 2:17-cv-10313 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | |
| Defendants. | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Withdraw (Doc. 10047). Plaintiff seeks to withdraw her Motion to Amend and related pleadings;

**IT IS ORDERED** that the Motion is **GRANTED**. The following documents are **WITHDRAWN** from the record: Plaintiff's Motion to Amend (Doc. 9798); Defendants' opposition (Doc. 9943); Plaintiff's reply (Doc. 9991); and Plaintiff's Motion to Withdraw (Doc. 9987).

New Orleans, Louisiana, this 30th day of April, 2020.

Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE