UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| Pamela Burno, | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No.  2:18-cv-07173 |
| Sanofi-Aventis U.S. LLC; Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., | : : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------ | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Pamela Burno hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-07173, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Pamela Burno, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number **2:18-cv-13416**.  All parties shall bear their own costs.


Date: May 1, 2020

JOHNSON LAW GROUP
By: */s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 2407783
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com

Date: May 1, 2020

SHOOK, HARDY & BACON L.L.P
By: */s/ Kelly Bieri*
Kelly Bieri, Esq
Harley V. Ratliff, Esq.
2555 Grand Blvd
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547
kbieri@shb.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Jade M. Ruiz*
Jade M. Ruiz