UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT:** Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Pfizer Inc. |
| THIS DOCUMENT RELATES TO: <br><br> Dianne Guntharp, <br><br> v. <br><br> Sanofi-Aventis U.S. LLC et al. | Civil Action No.: 2:18-cv-11333 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc.; Pfizer Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 1st day of May 2020.

By:  /s/ Jade Ruiz
Jade M. Ruiz
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: jader@johnsonlawgroup.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

| | |
|---|---|
| DATED: May 1, 2020 | /s/ *Jade Ruiz*_____ <br> Jade M. Ruiz (Bar No. 24077836) <br> Johnson Law Group <br> 2925 Richmond Ave, Suite 1700 <br> Houston, TX 77098 <br> Tel: 713-626-9336 <br> Fax: 713-583-9460 <br> jader@johnsonlawgroup.com |

## CERTIFICATE OF SERVICE

I hereby certify that on _____,\_\_\_\_, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:\_\_\_\_, \_\_\_\_ 2019.    /s/ *Alyssa White*_____
Alyssa White (Bar No. 24073014)
Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
awhite@johnsonlawgroup.com