# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Benedetto | Diana | 2:19-cv-12529 | 9/11/2019 | No PTO 71A | sanofi |
| 2 | Black-Roberson | Juanita | 2:17-cv-16237 | 12/09/2017 | PFS Not Substantially Complete; Authorizations (not dated) | 505 |
| 3 | Blevins | Lola | 2:18-cv-12324 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 4 | Blodgett | Susan | 2:19-cv-01412 | 2/14/2019 | PFS Not Substantially Complete | sanofi |
| 5 | Byers | Cyrethia | 2:17-cv-07373 | 8/1/2017 | PFS Not Substantially Complete | sanofi |
| 6 | Bynum | Hilda | 2:18-cv-03098 | 3/22/2018 | No Authorizations (not dated) | sanofi |
| 7 | Carr Scott | Jessica | 2:17-cv-12902 | 11/21/2017 | PFS Not Substantially Complete | sanofi |
| 8 | Ceraio | Yvonne | 2:19-cv-10846 | 5/31/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 9 | Cleckley | Marietta S | 2:18-cv-10273 | 11/1/2018 | PFS Not Substantially Complete | sanofi |
| 10 | Conner | Erika | 2:18-cv-13516 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 11 | Cruel | Sonya | 2:17-cv-16738 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 12 | Cummings | Bernice | 2:17-cv-09815 | 9/29/2017 | PFS Not Substantially Complete | sanofi |
| 13 | Doucet | Daisy | 2:17-cv-17024 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 14 | Fodera | Theresa | 2:18-cv-12406 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 15 | Foster | Addie S | 2:17-cv-10224 | 10/6/2017 | PFS Not Substantially Complete | sanofi |
| 16 | Gaston | Mary | 2:17-cv-07121 | 7/26/2017 | PFS Not Substantially Complete | sanofi |
| 17 | Gough | Natalie | 2:17-cv-14574 | 12/5/2017 | PFS Not Substantially Complete | sanofi |
| 18 | Gowens | Sally | 2:18-cv-12411 | 12/4/2018 | PFS Not Substantially Complete | sanofi |
| 19 | Greene | Shirley | 2:16-cv-16748 | 11/7/2016 | PFS Not Substantially Complete | sanofi |
| 20 | Hall | Delores | 2:18-cv-12429 | 12/5/2018 | PFS Not Substantially Complete | sanofi |
| 21 | Hawks | Barbara | 2:19-cv-12576 | 09/12/2019 | PFS Not Substantially Complete; No Authorizations; No PTO-71 documentation. | 505 |
| 22 | Hill | Aida M. | 2:17-cv-08858 | 09/10/2017 | No PTO-71 Documentation | 505 |
| 23 | Hipp | Cathy C | 2:19-cv-10935 | 6/7/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 24 | Hodges | Valerie | 2:19-cv-12483 | 9/6/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 25 | James | Darnisha | 2:18-cv-12454 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 26 | Johnson | Katherine C | 2:18-cv-05355 | 5/26/2018 | PFS Not Substantially Complete | sanofi |
| 27 | Johnson | Pauline | 2:17-cv-13551 | 11/28/2017 | PFS Not Substantially Complete | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 28 | Kalsky | Theresa | 2:19-cv-12400 | 8/30/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 29 | Lacy | Marcella | 2:18-cv-08404 | 9/6/2018 | No Authorizations (not dated) | sanofi |
| 30 | Lane-Mosley | Carol | 2:18-cv-12494 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 31 | Leduke | Sandra | 2:19-cv-12336 | 8/28/2019 | No Signed/Verified PFS | sanofi |
| 32 | Newett | Rose | 2:17-cv-13835 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 33 | Perot | Jontue | 2:17-cv-12590 | 11/16/2017 | PFS Not Substantially Complete | sanofi |
| 34 | Pierce | Crystal | 2:19-cv-12570 | 09/12/2019 | No Signed/Verified PFS | 505 |
| 35 | Polhamus | Roberta | 2:19-cv-12716 | 9/23/2019 | No Signed/Verified PFS | sanofi |
| 36 | Powell | Evelyn | 2:17-cv-17995 | 12/30/2017 | PFS Not Substantially Complete | sanofi |
| 37 | Reed | Carol | 2:18-cv-05743 | 6/8/2018 | PFS Not Substantially Complete | sanofi |
| 38 | Robinson | Eleanora | 2:19-cv-12358 | 8/29/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and |
| 39 | Rose | Paulette | 2:19-cv-12533 | 9/11/2019 | No Signed/Verified PFS | sanofi |
| 40 | Salter | Serena | 2:19-cv-00488 | 1/23/2019 | PFS Not Substantially Complete | sanofi |
| 41 | Sargent | Anita | 2:17-cv-16971 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 42 | Scott | Jennie | 2:19-cv-01553 | 2/19/2019 | PFS Not Substantially Complete | sanofi |
| 43 | Sick | Patricia | 2:18-cv-12285 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 44 | Sites | Cathy | 2:18-cv-05547 | 6/1/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 45 | Stevenson | Chanelle | 2:19-cv-13437 | 11/5/2019 | No Authorizations (Expired); No PTO 71A | Both sanofi and |
| 46 | Strickland | Tamra | 2:18-cv-12288 | 12/4/2018 | No Signed/Verified PFS | sanofi |
| 47 | Tanner | Nancy | 2:17-cv-14478 | 12/04/2017 | No PTO-71 Documentation | 505 |
| 48 | Thomas | Angela | 2:17-cv-12173 | 11/9/2017 | PFS Not Substantially Complete | sanofi |
| 49 | Thomas | Patricia L. | 2:19-cv-12455 | 09/05/2019 | PFS Not Substantially Complete; Authorizations - Health Ins, Workers Comp and Disability missing Witness Signature; No PTO-71 documentation. | 505 |
| 50 | Thompson | Shannon | 2:17-cv-10109 | 10/04/2017 | No PTO-71 Documentation | 505 |
| 51 | Thrower | Lillie | 2:19-cv-12500 | 9/9/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 52 | Toler | Sharon | 2:19-cv-12573 | 9/12/2019 | No Signed/Verified PFS | sanofi |
| 53 | Walker | Clare | 2:19-cv-12167 | 8/15/2019 | No Authorizations (Expired); No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 54 | Weir | Rita | 2:17-cv-14860 | 12/5/2017 | PFS Not Substantially Complete | sanofi |
| 55 | Williams | Donicia | 2:17-cv-15817 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 56 | Williams | Doris | 2:17-cv-11448 | 10/29/2017 | PFS Not Substantially Complete | sanofi |
| 57 | Wiloughby | Kimberly | 2:19-cv-12254 | 8/21/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | Both sanofi and |