# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Adams | Tessie | 2:17-cv-16210 | 12/9/2017 | PFS Not Substantially Complete | sanofi |
| 2 | Adeniji | Moriam | 2:19-cv-13533 | 11/8/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 3 | Albino | Digna | 2:19-cv-14333 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 4 | Alvarez | Adriana | 2:19-cv-14253 | 12/8/2019 | No Signed/Verified PFS | sanofi |
| 5 | Anderson-Silvagni | Wendy | 2:19-cv-14134 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 6 | Angel | Theresa G | 2:16-cv-17935 | 12/9/2016 | PFS Not Substantially Complete | sanofi |
| 7 | Applestein | Judith | 2:19-cv-14288 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 8 | Arbeiter | Susan | 2:19-cv-13794 | 11/25/2019 | No Signed/Verified PFS | sanofi |
| 9 | Armstrong | Eveline | 2:19-cv-13668 | 11/15/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 10 | Arnold | Mary | 2:19-cv-14231 | 12/7/2019 | No Signed/Verified PFS | sanofi |
| 11 | Arthur | Teresa | 2:18-cv-12765 | 12/7/2018 | PFS Not Complete - Shell PFS | sanofi |
| 12 | Atlas | Teri | 2:18-cv-12121 | 12/01/2018 | PFS Not Substantially Complete | 505 |
| 13 | Baker-Winfield | April | 2:18-cv-01950 | 02/23/2018 | PFS Not Substantially Complete | 505 |
| 14 | Barber | Denise | 2:19-cv-14571 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 15 | Barfield | Louvenia | 2:19-cv-13730 | 11/20/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 16 | Barnes | Shanda | 2:19-cv-14510 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 17 | Barnhart | Betty | 2:19-cv-13767 | 11/22/2019 | No Signed/Verified PFS | sanofi |
| 18 | Baxter | Clotteele | 2:19-cv-14294 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 19 | Becker | Gail | 2:17-cv-17210 | 12/13/2017 | PFS Not Substantially Complete | sanofi |
| 20 | Beckham | Betty | 2:19-cv-13727 | 11/20/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 21 | Bejarano | Maria | 2:19-cv-14157 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 22 | Belo | Tamica | 2:18-cv-08817 | 09/21/2018 | PFS Not Substantially Complete | 505 |
| 23 | Benko | Sandra | 2:19-cv-14158 | 12/6/2019 | No Signed/Verified PFS | sanofi |

In connection with certain cases that are on this Exhibit for failure to comply with Amended PTO 22, Para 4 (Rec. Doc. 325), defendants recognize that not every case listed is appropriate for immediate dismissal. Under Amended PTO 22, Para 4, law firms that filed over 25 cases on a single day were obligated to submit not less than 25 Plaintiff Fact Sheets within 75 days of the Complaint filing date, 25 additional PFSs within 60 days, and the remainder within 60 days. In fairness to plaintiffs, defendants did not select among the outstanding plaintiffs which should be dismissed. Rather, in connection with the notices of non-compliance served on March 3, 2020, defendants advised plaintiffs that if they asserted staggering applied, and believe they had cured by submitting as many outstanding fact sheets as were necessary to reach the required number of submissions, and alerted defendants to such submissions through plaintiffs' liaison counsel by April 2, defendants would remove all of those firms' remaining cases from this list for that specific Complaint filling date. Firms that have not demonstrated the filing of PFSs sufficient to invoke those provisions remain on this list.

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 24 | Berkley | Beverly Joe | 2:19-cv-10810 | 05/30/2019 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 25 | Bester | Janet D. | 2:19-cv-13429 | 11/05/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 26 | Biach | Sharon | 2:19-cv-14012 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 27 | Bibbs | Elizabeth | 2:19-cv-13254 | 10/24/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 28 | Billingsley | Janet | 2:18-cv-06149 | 6/21/2018 | PFS Not Complete - Shell PFS | sanofi |
| 29 | Bishop | Reda M. | 2:19-cv-13367 | 10/31/2019 | No Signed/Verified PFS | 505 |
| 30 | Boyd | Carolyn | 2:19-cv-13444 | 11/5/2019 | No Signed/Verified PFS | sanofi |
| 31 | Brandon | Darlyne | 2:19-cv-13645 | 11/14/2019 | No Signed/Verified PFS | sanofi |
| 32 | Bridges | Shirley | 2:18-cv-01916 | 2/22/2018 | PFS Not Substantially Complete | sanofi |
| 33 | Brooks | Elaine | 2:19-cv-13995 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 34 | Brown | Christina | 2:19-cv-11879 | 7/25/2019 | PFS Not Substantially Complete | sanofi |
| 35 | Brown | Jacqualyn | 2:19-cv-14299 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 36 | Brown | Keesha | 2:19-cv-13611 | 11/13/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 37 | Brownlee | Linda | 2:19-cv-14104 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 38 | Brunner | Lynda | 2:17-cv-14149 | 12/2/2017 | PFS Not Substantially Complete | sanofi |
| 39 | Bruno | Colette | 2:19-cv-14113 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 40 | Burdell | Donna | 2:17-cv-09600 | 9/25/2017 | PFS Not Substantially Complete | sanofi |
| 41 | Burkett | Nancy | 2:19-cv-09488 | 4/17/2019 | PFS Not Substantially Complete | sanofi |
| 42 | Buth | Michelle | 2:19-cv-14338 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 43 | Campbell | Carolyn | 2:19-cv-13684 | 11/15/2019 | No Signed/Verified PFS | sanofi |
| 44 | Campbell | Nadine | 2:19-cv-14064 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 45 | Carlton | Margaret | 2:19-cv-13942 | 11/27/2019 | No Signed/Verified PFS | 505 |
| 46 | Carr | Veronica | 2:19-cv-13740 | 11/20/2019 | No Signed/Verified PFS | sanofi |
| 47 | Carter | Jessica | 2:19-cv-13473 | 11/6/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 48 | Cash | Carol | 2:19-cv-14546 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 49 | Chappell | Valinda | 2:19-cv-14202 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 50 | Chavers | Yolanda | 2:19-cv-13536 | 11/8/2019 | No Signed/Verified PFS | sanofi |
| 51 | Chupp | Cheryl | 2:19-cv-14357 | 12/9/2019 | No Signed/Verified PFS | sanofi |

| #  | Last              | First      | MDL Docket No.  | Date Complaint Filed | Non-Compliance Categories                   | Defendant List        |
|----|-------------------|------------|-----------------|----------------------|---------------------------------------------|-----------------------|
| 52 | Ciske             | Suzanne    | 2:18-cv-13205   | 12/10/2018           | PFS Not Substantially Complete              | sanofi                |
| 53 | Clark             | Linda      | 2:19-cv-13491   | 11/7/2019            | No Signed/Verified PFS                      | sanofi                |
| 54 | Claytor           | Letitia    | 2:19-cv-13360   | 10/31/2019           | No Signed/Verified PFS                      | Both sanofi and 505   |
| 55 | Cobb              | Debra      | 2:19-cv-12344   | 8/28/2019            | PFS Not Substantially Complete              | sanofi                |
| 56 | Cook              | Beverly    | 2:19-cv-13227   | 10/23/2019           | No Signed/Verified PFS                      | sanofi                |
| 57 | Cooper            | Mary       | 2:19-cv-13550   | 11/11/2019           | No Signed/Verified PFS                      | sanofi                |
| 58 | Cordero           | Iris       | 2:19-cv-14347   | 12/9/2019            | No Signed/Verified PFS                      | sanofi                |
| 59 | Corley            | Cindy      | 2:19-cv-10896   | 06/05/2019           | PFS Not Substantially Complete; No PTO 71A  | 505                   |
| 60 | Cotham            | Sandra     | 2:19-cv-14343   | 12/9/2019            | No Signed/Verified PFS                      | sanofi                |
| 61 | Cozza             | Francesca  | 2:18-cv-03442   | 3/30/2018            | No CMO 12A                                  | sanofi                |
| 62 | Craig             | Jill       | 2:19-cv-14047   | 12/4/2019            | No Signed/Verified PFS                      | sanofi                |
| 63 | Creal             | Ruby Ellen | 2:18-cv-05845   | 6/12/2018            | PFS Not Complete - Shell PFS                | sanofi                |
| 64 | Cruz              | Carmen     | 2:18-cv-12430   | 12/05/2018           | No Signed/Verified PFS                      | 505                   |
| 65 | Cruz              | Lidia      | 2:19-cv-14576   | 12/11/2019           | No Signed/Verified PFS                      | sanofi                |
| 66 | Curran            | Elaine     | 2:19-cv-14564   | 12/11/2019           | No Signed/Verified PFS                      | sanofi                |
| 67 | Curtis            | Mary       | 2:19-cv-14529   | 12/11/2019           | No Signed/Verified PFS                      | sanofi                |
| 68 | Dagostaro         | Karen      | 2:19-cv-13489   | 11/7/2019            | No Signed/Verified PFS                      | Both sanofi and 505   |
| 69 | Dahl              | Sharon     | 2:19-cv-13230   | 10/23/2019           | No Signed/Verified PFS                      | Both sanofi and 505   |
| 70 | Daman             | Donna      | 2:18-cv-00924   | 1/30/2018            | PFS Not Substantially Complete              | sanofi                |
| 71 | Davis             | Carolyn    | 2:19-cv-13925   | 11/27/2019           | No Signed/Verified PFS                      | sanofi                |
| 72 | Davis             | Ozzie      | 2:19-cv-13228   | 10/23/2019           | No Signed/Verified PFS                      | Both sanofi and 505   |
| 73 | Davis             | Patricia   | 2:19-cv-14345   | 12/9/2019            | No Signed/Verified PFS                      | sanofi                |
| 74 | Day               | Sara       | 2:18-cv-10539   | 11/06/2018           | PFS Not Substantially Complete; No CMO-12A  | 505                   |
| 75 | Delores-Henderson | Carol      | 2:19-cv-13269   | 10/24/2019           | No Signed/Verified PFS                      | Both sanofi and 505   |
| 76 | Delphant          | Andrea     | 2:19-cv-14370   | 12/10/2019           | No Signed/Verified PFS                      | sanofi                |
| 77 | Demetro           | Christina  | 2:19-cv-12541   | 9/11/2019            | PFS Not Substantially Complete; No PTO 71A  | sanofi                |
| 78 | Dennis            | Felicia    | 2:19-cv-13081   | 10/10/2019           | No Signed/Verified PFS                      | Both sanofi and 505   |
| 79 | Deutsch           | Marilyn    | 2:19-cv-14575   | 12/11/2019           | No Signed/Verified PFS                      | sanofi                |
| 80 | Dewdney           | Jacqueline | 2:19-cv-13485   | 11/7/2019            | No Signed/Verified PFS                      | Both sanofi and 505   |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 81 | Dewitt | Alice | 2:19-cv-14389 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 82 | Dials | Ernestine | 2:19-cv-13769 | 11/22/2019 | No Signed/Verified PFS | sanofi |
| 83 | Diamondopoulos-Guillen | Juanita | 2:19-cv-13486 | 11/7/2019 | No Signed/Verified PFS | sanofi |
| 84 | Dickens | Jacqueline | 2:19-cv-13659 | 11/15/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 85 | Dickson | Latrice | 2:19-cv-13291 | 10/25/2019 | No Signed/Verified PFS | 505 |
| 86 | Dolan Corallo | Dolores | 2:19-cv-14196 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 87 | Donofrio | Melodey | 2:17-cv-14346 | 12/4/2017 | PFS Not Substantially Complete | sanofi |
| 88 | Dorman | Bonnie | 2:19-cv-12780 | 9/24/2019 | PFS Not Substantially Complete | sanofi |
| 89 | Duncan | Mignonette | 2:19-cv-00015 | 1/3/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 90 | Duran | Luz | 2:19-cv-13508 | 11/8/2019 | No Signed/Verified PFS | 505 |
| 91 | Eason | Andrieta | 2:19-cv-14371 | 12/10/2019 | No Signed/Verified PFS (subsequently submitted PFS is 85% blank) | sanofi |
| 92 | Edgar-Watson | Toni | 2:19-cv-13643 | 11/14/2019 | No Signed/Verified PFS | sanofi |
| 93 | Eisiliones | Lauren | 2:19-cv-13771 | 11/22/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 94 | Enzor | Linda | 2:19-cv-14341 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 95 | Esterly | Ruth | 2:19-cv-13985 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 96 | Etim | Robin | 2:19-cv-13628 | 11/14/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 97 | Fagan | Cindy | 2:19-cv-13428 | 11/5/2019 | No Signed/Verified PFS | sanofi |
| 98 | Fanning | Betty | 2:18-cv-12438 | 12/5/2018 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 99 | Finney | Tylene | 2:19-cv-13795 | 11/25/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 100 | Fleming | Leighann | 2:19-cv-13737 | 11/20/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 101 | Fletcher | Arlene | 2:18-cv-01757 | 2/20/2018 | PFS Not Substantially Complete | sanofi |
| 102 | Ford | Shirley | 2:19-cv-13804 | 11/25/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 103 | Foushee | Karla | 2:19-cv-13836 | 11/25/2019 | No Signed/Verified PFS | sanofi |
| 104 | Fox | Brenda | 2:19-cv-14292 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 105 | Frailey | Constance | 2:19-cv-00004 | 1/2/2019 | PFS Not Complete - Shell PFS | sanofi |
| 106 | Francisco | Kimberly | 2:19-cv-12960 | 10/4/2019 | No Signed/Verified PFS | sanofi |
| 107 | Franklin | Ann | 2:19-cv-13362 | 10/31/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 108 | Freeman | Teresa | 2:19-cv-14392 | 12/10/2019 | No Signed/Verified PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 109 | Freo | Lisa | 2:19-cv-13837 | 11/25/2019 | No Signed/Verified PFS | sanofi |
| 110 | Frick | Nancy | 2:19-cv-14518 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 111 | Gambril | Frances | 2:18-cv-12784 | 12/07/2018 | PFS Not Substantially Complete | 505 |
| 112 | Gamttshull | Donna | 2:19-cv-14325 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 113 | Garcia | Jeannette | 2:19-cv-12778 | 9/24/2019 | PFS Not Substantially Complete | sanofi |
| 114 | Garcia | Minerva | 2:19-cv-14373 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 115 | Gaskin | Lilia | 2:19-cv-13976 | 12/2/2019 | No Signed/Verified PFS | sanofi |
| 116 | Gee-Clarke | Creola | 2:19-cv-13941 | 11/27/2019 | No Signed/Verified PFS | sanofi |
| 117 | Gehr | English | 2:19-cv-14304 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 118 | Gibson | Debbie | 2:17-cv-09652 | 9/26/2017 | PFS Not Substantially Complete | sanofi |
| 119 | Gibson | Wanda | 2:19-cv-13431 | 11/5/2019 | No Signed/Verified PFS | sanofi |
| 120 | Gilchrist | Iris | 2:17-cv-13778 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 121 | Gissendanner | Erica | 2:19-cv-14025 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 122 | Gissendanner | Nonna | 2:19-cv-14248 | 12/8/2019 | No Signed/Verified PFS | sanofi |
| 123 | Godfrey | Annette | 2:17-cv-08787 | 9/8/2017 | PFS Not Substantially Complete | sanofi |
| 124 | Goldsmith | Shefra L. | 2:18-cv-02188 | 03/01/2018 | PFS Not Substantially Complete | 505 |
| 125 | Gordon-Jones | Danyelle | 2:19-cv-14498 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 126 | Graddy | Lisha | 2:19-cv-14235 | 12/7/2019 | No Signed/Verified PFS | sanofi |
| 127 | Graham | Sharon | 2:19-cv-12734 | 9/23/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 128 | Gray | Nona | 2:19-cv-14487 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 129 | Green | Arlene | 2:17-cv-10107 | 10/4/2017 | PFS Not Substantially Complete | sanofi |
| 130 | Green | Sharon | 2:18-cv-06174 | 6/22/2018 | PFS Not Complete - Shell PFS; No PTO 71A | sanofi |
| 131 | Griffith | Marion | 2:19-cv-14492 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 132 | Grunwell | Karon | 2:19-cv-14558 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 133 | Guarnieri | Roberta | 2:19-cv-14086 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 134 | Gullette | Diane | 2:19-cv-14174 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 135 | Guzman | Carmen A. | 2:19-cv-13267 | 10/24/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 136 | Habersham | Sarah | 2:19-cv-14577 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 137 | Hall | Patricia | 2:19-cv-13961 | 12/2/2019 | No Signed/Verified PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 138 | Hall | Vanessa | 2:18-cv-08717 | 9/18/2018 | PFS Not Complete - Shell PFS | sanofi |
| 139 | Hannah | Kathleen | 2:19-cv-14448 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 140 | Hannah-Watson | Carolyn | 2:19-cv-14311 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 141 | Harden | Barbara | 2:19-cv-13660 | 11/15/2019 | No Signed/Verified PFS | sanofi |
| 142 | Harrison | Jeannette | 2:19-cv-12685 | 9/19/2019 | No Signed/Verified PFS | 505 |
| 143 | Harrison | Gloria | 2:19-cv-13001 | 10/7/2019 | No Signed/Verified PFS | sanofi |
| 144 | Harrison | Ilene | 2:19-cv-13487 | 11/7/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 145 | Harrison | Mary | 2:19-cv-13799 | 11/25/2019 | No Signed/Verified PFS | sanofi |
| 146 | Hartman | Bridgett | 2:19-cv-14044 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 147 | Hartwell | Barbara | 2:19-cv-13257 | 10/24/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 148 | Hassan | Anniea | 2:19-cv-13441 | 11/05/2019 | PFS Not Substantially Complete | 505 |
| 149 | Hawkins | Tehisha | 2:19-cv-14326 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 150 | Hawks | Barbara | 2:19-cv-12576 | 9/12/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 151 | Hay | Lori | 2:19-cv-14042 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 152 | Hege | Joann | 2:19-cv-14323 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 153 | Hernandez | Sandra | 2:17-cv-16704 | 12/11/2017 | PFS Not Substantially Complete | 505 |
| 154 | Herron | Oretha | 2:19-cv-13655 | 11/15/2019 | No Signed/Verified PFS | sanofi |
| 155 | Hicks | Josephine | 2:19-cv-13460 | 11/06/2019 | PFS Not Substantially Complete; Authorizations - No HIPAA, Psych or Employment Authorizations | 505 |
| 156 | Hilliard | Amelia | 2:18-cv-04836 | 05/11/2018 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 157 | Hines-Shaw | Deidre | 2:19-cv-14381 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 158 | Hodges | Ernia M. | 2:18-cv-12393 | 12/04/2018 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 159 | Horn | Dixie | 2:19-cv-14110 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 160 | Horne | Nancy | 2:19-cv-13474 | 11/06/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 161 | Housel | Jean | 2:19-cv-14109 | 12/5/2019 | No HIPAA or Psychiatric records authorizations | sanofi |
| 162 | Howard | Alberta | 2:17-cv-06016 | 06/22/2017 | PFS Not Substantially Complete | 505 |
| 163 | Howard | Oretha | 2:19-cv-14466 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 164 | Hughes | Kathleen | 2:19-cv-13958 | 12/2/2019 | No Signed/Verified PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 165 | Hughes | Pamela | 2:19-cv-13797 | 11/25/2019 | No Signed/Verified PFS | sanofi |
| 166 | Hull | Linda | 2:19-cv-14468 | 12/10/2019 | PFS Not Substantially Complete; No PTO-71A | 505 |
| 167 | Hylton | Jessie | 2:19-cv-12276 | 08/23/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 168 | Iacovelli | Patricia | 2:19-cv-14151 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 169 | Isham | Sandra | 2:19-cv-13461 | 11/6/2019 | No Signed/Verified PFS | sanofi |
| 170 | Jackson-Brie | Geraldine | 2:19-cv-13256 | 10/24/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 171 | James | Betty | 2:19-cv-13994 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 172 | James | Janice | 2:19-cv-10595 | 5/21/2019 | PFS Not Substantially Complete | sanofi |
| 173 | James | Peggy | 2:19-cv-13492 | 11/7/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 174 | Jerkins | Inez | 2:19-cv-14141 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 175 | Johnson | Esta | 2:19-cv-14079 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 176 | Johnson | Maria | 2:19-cv-14277 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 177 | Johnson | Mildred | 2:18-cv-06172 | 6/22/2018 | PFS Not Complete - Shell PFS | sanofi |
| 178 | Johnson | Patricia | 2:19-cv-14570 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 179 | Johnson | Sherri | 2:19-cv-13851 | 11/26/2019 | No Signed/Verified PFS | sanofi |
| 180 | Johnson | Yvonne | 2:19-cv-14218 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 181 | Jones | Deborah | 2:18-cv-11678 | 11/28/2018 | PFS Not Substantially Complete; No PTO-71A | 505 |
| 182 | Jones | Donna | 2:19-cv-13777 | 11/22/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 183 | Jones | Eva | 2:19-cv-13621 | 11/13/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 184 | Jones | Mary | 2:19-cv-13667 | 11/15/2019 | No Signed/Verified PFS | 505 |
| 185 | Jones | Tamara J. | 2:19-cv-11335 | 06/24/2019 | PFS Not Substantially Complete | 505 |
| 186 | Jones | Tosha | 2:19-cv-13946 | 11/27/2019 | No Signed/Verified PFS | sanofi |
| 187 | Jones Harrison | Jocasta | 2:18-cv-13484 | 12/11/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 188 | Kana | Lorna | 2:17-cv-11745 | 11/2/2017 | PFS Not Substantially Complete | sanofi |
| 189 | Kareem | Yasmine | 2:19-cv-14272 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 190 | Katz | Gayle | 2:19-cv-13854 | 11/26/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 191 | Keiser | Helen | 2:19-cv-13490 | 11/7/2019 | No Signed/Verified PFS | sanofi |
| 192 | Keiser | Wynnette | 2:19-cv-12542 | 9/11/2019 | No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 193 | Kidd | Ardett | 2:17-cv-17743 | 12/23/2017 | PFS Not Substantially Complete | sanofi |
| 194 | Klaassen | Janice | 2:19-cv-14165 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 195 | Knight | Flora | 2:19-cv-14335 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 196 | Kohlmayer | Denise | 2:19-cv-14216 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 197 | Lacy | Brenda | 2:19-cv-14030 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 198 | Ladson | Corliss | 2:19-cv-13661 | 11/15/2019 | No Signed/Verified PFS | sanofi |
| 199 | Lagarenne | Nicoletta | 2:19-cv-14024 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 200 | Lantano | Angelina | 2:19-cv-14074 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 201 | Lavoie-Serota | Cheryl | 2:19-cv-14252 | 12/8/2019 | No Signed/Verified PFS | sanofi |
| 202 | Lawson | Evelyn | 2:19-cv-14473 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 203 | Lawson | Lachanda | 2:19-cv-13861 | 11/26/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 204 | Leavell | Lolitta | 2:19-cv-14129 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 205 | Leblanc Young | Lisa | 2:19-cv-14295 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 206 | Lee | Kimberly | 2:18-cv-13562 | 12/11/2018 | No Signed/Verified PFS | 505 |
| 207 | Lee | Melanie | 2:19-cv-14385 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 208 | Leier | Penelope A | 2:19-cv-14262 | 12/8/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 209 | Levy | Mary Ann | 2:17-cv-13501 | 11/28/2017 | PFS Not Substantially Complete | sanofi |
| 210 | Lewis | Joyce | 2:17-cv-08993 | 9/13/2017 | PFS Not Substantially Complete | sanofi |
| 211 | Lewis | Lynda | 2:18-cv-06102 | 6/20/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 212 | Linares | Lilliana | 2:19-cv-13234 | 10/23/2019 | No Signed/Verified PFS | sanofi |
| 213 | Linde | Patty | 2:17-cv-14097 | 12/1/2017 | PFS Not Substantially Complete | sanofi |
| 214 | Little | Evangeline | 2:16-cv-17022 | 12/9/2016 | PFS Not Substantially Complete | sanofi |
| 215 | Lively | Harvey Ann | 2:17-cv-16072 | 12/8/2017 | PFS Not Complete - Shell PFS | sanofi |
| 216 | Lockett | Alice | 2:19-cv-12342 | 8/28/2019 | No PTO 71A | Both sanofi and 505 |
| 217 | Lockett | Gloria | 2:18-cv-12911 | 12/8/2018 | PFS Not Substantially Complete | sanofi |
| 218 | London | Earlene | 2:18-cv-11630 | 11/27/2018 | PFS Not Substantially Complete | 505 |
| 219 | Lopes | Melissa | 2:19-cv-14324 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 220 | Lopez | Loretta | 2:19-cv-12961 | 10/4/2019 | No Signed/Verified PFS | sanofi |
| 221 | Lopez | Melinda | 2:19-cv-14102 | 12/5/2019 | No Signed/Verified PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 222 | Love | Helen | 2:17-cv-06605 | 7/10/2017 | PFS Not Substantially Complete | sanofi |
| 223 | Lowry | Esther | 2:19-cv-14043 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 224 | Lucero | Jesus E | 2:18-cv-05516 | 5/31/2018 | PFS Not Substantially Complete | sanofi |
| 225 | Luke | Sandra | 2:17-cv-09157 | 9/17/2017 | PFS Not Substantially Complete | sanofi |
| 226 | Lupo | Arlene | 2:19-cv-13265 | 10/24/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 227 | Macneal | Annamaria | 2:19-cv-13275 | 10/25/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 228 | Maes | Magdalena | 2:18-cv-09800 | 10/22/2018 | PFS Not Substantially Complete | 505 |
| 229 | Marks | Judith | 2:19-cv-14474 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 230 | Martin | Flora | 2:17-cv-11247 | 10/25/2017 | PFS Not Substantially Complete | sanofi |
| 231 | Martin | Mary | 2:19-cv-13084 | 10/10/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 232 | Martin | Melissa | 2:19-cv-14154 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 233 | Martin | Viola | 2:18-cv-06010 | 06/16/2018 | PFS Not Substantially Complete | 505 |
| 234 | Martinez | Lydia | 2:19-cv-14274 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 235 | Massey | Jennifer | 2:19-cv-13469 | 11/06/2019 | PFS Not Substantially Complete | 505 |
| 236 | Massey | Tina | 2:17-cv-15453 | 12/07/2017 | PFS Not Substantially Complete; No PTO-71A | 505 |
| 237 | Matteson | Renae | 2:19-cv-13870 | 11/26/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 238 | Matthew | Roberta | 2:19-cv-14331 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 239 | Maxwell | Donna | 2:19-cv-14475 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 240 | Mayberry | Tracy | 2:19-cv-13542 | 11/11/2019 | No Signed/Verified PFS | sanofi |
| 241 | Mays | Angela | 2:19-cv-13940 | 11/27/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 242 | Mcbeth | Dolores | 2:19-cv-13638 | 11/14/2019 | No Signed/Verified PFS | sanofi |
| 243 | Mccall | Doris | 2:19-cv-13386 | 11/1/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 244 | Mccall | Tonya | 2:19-cv-14476 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 245 | McCallon | Mary | 2:19-cv-12999 | 10/07/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 246 | Mcclendon | Jackie | 2:19-cv-14256 | 12/8/2019 | No Signed/Verified PFS | sanofi |
| 247 | Mccray | Regina | 2:18-cv-13249 | 12/10/2018 | No PTO 71A | sanofi |
| 248 | Mccray-Wilson | Theresa | 2:19-cv-13871 | 11/26/2019 | No Signed/Verified PFS | sanofi |
| 249 | McCrea | Zannette | 2:17-cv-04817 | 5/9/2017 | PFS Not Substantially Complete | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|---------------------|---------------------------|----------------|
| 250 | Mcdonald | Diane | 2:19-cv-13255 | 10/24/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 251 | Mcdonald | Judith | 2:17-cv-18003 | 12/30/2017 | PFS Not Substantially Complete | sanofi |
| 252 | Mcgrath | Margaret | 2:19-cv-13874 | 11/26/2019 | No Signed/Verified PFS | sanofi |
| 253 | Mcguire | Glenda | 2:19-cv-13639 | 11/14/2019 | No Signed/Verified PFS | sanofi |
| 254 | Mcintosh | Cynthia | 2:18-cv-13176 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 255 | McKenzie | Patricia | 2:19-cv-02494 | 03/19/2019 | PFS Not Substantially Complete; No PTO-71A | 505 |
| 256 | Mclaurin | Judy | 2:19-cv-14540 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 257 | McNair | Bertha | 2:19-cv-14694 | 12/20/2019 | PFS Not Substantially Complete | 505 |
| 258 | Medlin | Janet | 2:17-cv-15911 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 259 | Merrit | Jo Ann | 2:17-cv-14084 | 12/1/2017 | PFS Not Substantially Complete | sanofi |
| 260 | Merritt | Karen | 2:19-cv-13646 | 11/14/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 261 | Mian | Denise T. | 2:17-cv-15594 | 12/07/2017 | PFS Not Substantially Complete | 505 |
| 262 | Middlekauff | Kristie L | 2:18-cv-05137 | 5/21/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 263 | Miguel | Mirtha | 2:19-cv-14278 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 264 | Miles | Jean | 2:19-cv-13470 | 11/6/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 265 | Milhouse | Marilyn | 2:19-cv-13947 | 11/27/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 266 | Miller | Barbara | 2:18-cv-10571 | 11/6/2018 | PFS Not Substantially Complete | sanofi |
| 267 | Miller | Karin | 2:19-cv-14503 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 268 | Miller | Martha | 2:18-cv-04893 | 5/14/2018 | PFS Not Substantially Complete | sanofi |
| 269 | Miller | Penny | 2:19-cv-13462 | 11/6/2019 | No Signed/Verified PFS | sanofi |
| 270 | Miller | Sandra | 2:19-cv-13878 | 11/26/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 271 | Miller | Sandra | 2:19-cv-14020 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 272 | Miller | Deborah | 2:17-cv-15369 | 12/07/2017 | PFS Not Substantially Complete | 505 |
| 273 | Milligan | Bobbie | 2:18-cv-01584 | 2/15/2018 | PFS Not Complete - Shell PFS | sanofi |
| 274 | Mills | Andrea | 2:19-cv-13880 | 11/26/2019 | No Signed/Verified PFS | sanofi |
| 275 | Mims | Monica | 2:19-cv-12435 | 9/4/2019 | PFS Not Complete - Shell PFS | sanofi |
| 276 | Minifield | Rosalind | 2:19-cv-13989 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 277 | Minniti | Marcia | 2:17-cv-17015 | 12/11/2017 | PFS Not Substantially Complete | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 278 | Miranda | Jennifer | 2:19-cv-14459 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 279 | Mitchell | Clara | 2:19-cv-14562 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 280 | Mojica | Stacy | 2:19-cv-13463 | 11/6/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 281 | Molck | Barbara | 2:19-cv-13882 | 11/26/2019 | No Signed/Verified PFS | sanofi |
| 282 | Molette | Adrian | 2:19-cv-13276 | 10/25/2019 | No Signed/Verified PFS | sanofi |
| 283 | Mongeon | Dawn | 2:18-cv-09801 | 10/22/2018 | PFS Not Substantially Complete | sanofi |
| 284 | Montalbano | Sharon | 2:17-cv-14154 | 12/2/2017 | PFS Not Substantially Complete | sanofi |
| 285 | Montgomery | Johnnye | 2:18-cv-08231 | 8/30/2018 | PFS Not Complete - Shell PFS | sanofi |
| 286 | Moon-Brumley | Majel | 2:19-cv-14418 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 287 | Moore | Elizabeth | 2:18-cv-13554 | 12/12/2018 | PFS Not Complete - Shell PFS | sanofi |
| 288 | Moore | Jeanne | 2:19-cv-13541 | 11/11/2019 | No Signed/Verified PFS | sanofi |
| 289 | Morgan | Colleen | 2:19-cv-13805 | 11/25/2019 | No Signed/Verified PFS | sanofi |
| 290 | Morris | Debbie | 2:19-cv-12373 | 8/29/2019 | PFS Not Substantially Complete | sanofi |
| 291 | Morris | Victoria | 2:19-cv-14014 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 292 | Morton | Michelle | 2:19-cv-14264 | 12/8/2019 | No Signed/Verified PFS | sanofi |
| 293 | Moses | Aretha | 2:19-cv-14071 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 294 | Mouton | Myra | 2:18-cv-06162 | 6/22/2018 | PFS Not Substantially Complete | sanofi |
| 295 | Mubarak | Taufiqah | 2:19-cv-14190 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 296 | Mullins | Tina | 2:19-cv-14126 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 297 | Munro | Sharon | 2:19-cv-13964 | 12/2/2019 | No Signed/Verified PFS | sanofi |
| 298 | Murphy | Adrienne | 2:19-cv-14287 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 299 | Murray | Amy | 2:19-cv-13272 | 10/25/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 300 | Myers | Betty | 2:19-cv-13547 | 11/11/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 301 | Myers | Sharon | 2:19-cv-14281 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 302 | Napolitano | Helen | 2:19-cv-14247 | 12/8/2019 | No Signed/Verified PFS | sanofi |
| 303 | Neal | Sara | 2:19-cv-12389 | 8/30/2019 | PFS Not Complete - Shell PFS | sanofi |
| 304 | Nelson | Tanya | 2:17-cv-14071 | 12/1/2017 | PFS Not Substantially Complete | sanofi |
| 305 | Nichols | Brenda | 2:19-cv-14031 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 306 | Nichols | Cherry | 2:18-cv-13011 | 12/10/2018 | PFS Not Substantially Complete | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 307 | Niles | Madeleine | 2:17-cv-11744 | 11/2/2017 | PFS Not Substantially Complete | sanofi |
| 308 | Noceda | Marilyn | 2:19-cv-14488 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 309 | Northlich | Linda | 2:19-cv-13663 | 11/15/2019 | No Signed/Verified PFS | sanofi |
| 310 | Nunez | Alicia | 2:19-cv-14543 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 311 | Nuss | Virginia | 2:19-cv-14572 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 312 | Oade | Gayle | 2:19-cv-14511 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 313 | Odom | Emma | 2:18-cv-08923 | 9/26/2018 | PFS Not Substantially Complete | sanofi |
| 314 | Ollis | Valerie | 2:19-cv-13669 | 11/15/2019 | No Signed/Verified PFS | sanofi |
| 315 | Oreilly | Sharon | 2:19-cv-12150 | 8/13/2019 | No PTO 71A | sanofi |
| 316 | Orr | Gloria | 2:19-cv-14509 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 317 | Otten | Patricia | 2:19-cv-13166 | 10/17/2019 | No Signed/Verified PFS | sanofi |
| 318 | Page | Juanita | 2:17-cv-14591 | 12/5/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 319 | Palmer | Latrina | 2:19-cv-14282 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 320 | Pantoja | Nancia | 2:18-cv-13679 | 12/13/2018 | PFS Not Substantially Complete | sanofi |
| 321 | Papajohn | Colleen E | 2:17-cv-16380 | 12/9/2017 | PFS Not Substantially Complete | sanofi |
| 322 | Pardue | Tara | 2:16-cv-17507 | 12/15/2016 | PFS Not Complete - Shell PFS | sanofi |
| 323 | Partee | Vicki | 2:19-cv-14259 | 12/8/2019 | No Signed/Verified PFS | sanofi |
| 324 | Patterson | Brenda | 2:19-cv-14293 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 325 | Patterson | Gloria | 2:18-cv-03690 | 4/6/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 326 | Payne | Jamie | 2:18-cv-11877 | 11/29/2018 | PFS Not Substantially Complete; Authorizations - Document on MDL Centrality will not open | 505 |
| 327 | Pearson | Caroline | 2:19-cv-14555 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 328 | Peck-Kennedy | Phyllis | 2:19-cv-14091 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 329 | Peoples | Gisela | 2:19-cv-14289 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 330 | Perez | Teresa | 2:19-cv-13435 | 11/5/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 331 | Phebus | Jan | 2:19-cv-13997 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 332 | Phillips | Delores | 2:19-cv-14550 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 333 | Phillips | Marva | 2:19-cv-13960 | 12/2/2019 | No Signed/Verified PFS | sanofi |
| 334 | Pickens | Allison | 2:19-cv-14485 | 12/11/2019 | No Signed/Verified PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 335 | Pickett | Debra | 2:19-cv-11105 | 06/10/2019 | PFS Not Substantially Complete | 505 |
| 336 | Pines | Carolyn | 2:19-cv-13438 | 11/5/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 337 | Pittman | Gloria | 2:17-cv-17747 | 12/23/2017 | PFS Not Substantially Complete | 505 |
| 338 | Pluguez | Luz | 2:18-cv-01393 | 2/9/2018 | PFS Not Substantially Complete | Both sanofi and 505 |
| 339 | Police | Stephanie | 2:19-cv-14495 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 340 | Polk | Latosia | 2:17-cv-13036 | 11/22/2017 | PFS Not Substantially Complete | sanofi |
| 341 | Porteaous | Dianne | 2:19-cv-14348 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 342 | Post | Deborah | 2:19-cv-13863 | 11/26/2019 | No Signed/Verified PFS | sanofi |
| 343 | Potter-Valmond | Calen | 2:19-cv-14561 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 344 | Potts | Annie | 2:19-cv-14377 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 345 | Pou | Connie | 2:19-cv-14528 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 346 | Powell | Judy | 2:19-cv-14171 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 347 | Prado | Teresita | 2:19-cv-14557 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 348 | Preston | Eyvette | 2:19-cv-13897 | 11/26/2019 | No Signed/Verified PFS | sanofi |
| 349 | Price | Sheila | 2:19-cv-13363 | 10/31/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 350 | Proctor | Tina | 2:17-cv-16662 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 351 | Pryce | Virginia | 2:19-cv-13617 | 11/13/2019 | No Signed/Verified PFS | sanofi |
| 352 | Pryor | Gloria | 2:19-cv-14176 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 353 | Ptaszynski | Agnieszka | 2:19-cv-12549 | 9/11/2019 | PFS Not Substantially Complete | sanofi |
| 354 | Purrell-Barry | Marcia | 2:19-cv-14177 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 355 | Rabenberg | Sheila | 2:19-cv-14286 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 356 | Reed | Augustine | 2:19-cv-06111 | 4/1/2019 | PFS Not Substantially Complete | sanofi |
| 357 | Reed | Shelitha | 2:19-cv-13615 | 11/13/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 358 | Reilly | Coralia | 2:19-cv-14339 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 359 | Reinert | Nancy | 2:19-cv-13520 | 11/8/2019 | No Signed/Verified PFS | sanofi |
| 360 | Reyes | Ana | 2:19-cv-13495 | 11/7/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 361 | Richardson | Linda | 2:19-cv-13986 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 362 | Richardson | Ondria | 2:19-cv-14140 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 363 | Rivera | Jeanette | 2:19-cv-13903 | 11/26/2019 | No Signed/Verified PFS | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 364 | Robare | Pamela | 2:19-cv-14008 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 365 | Robertson | Pearly | 2:18-cv-06092 | 6/19/2018 | PFS Not Substantially Complete | sanofi |
| 366 | Robinson | Denise | 2:19-cv-12550 | 9/11/2019 | PFS Not Substantially Complete | sanofi |
| 367 | Rodriguez | Eunice | 2:17-cv-16038 | 12/08/2017 | PFS Not Substantially Complete | 505 |
| 368 | Roebuck | Ernestine | 2:19-cv-11961 | 7/31/2019 | PFS Not Substantially Complete | sanofi |
| 369 | Rogers | Dianne | 2:19-cv-14361 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 370 | Rogers | Helen J | 2:18-cv-05026 | 5/17/2018 | PFS Not Substantially Complete | sanofi |
| 371 | Rogers | Olivette | 2:19-cv-14224 | 12/7/2019 | No Signed/Verified PFS | sanofi |
| 372 | Roman | Martha | 2:19-cv-14142 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 373 | Rorabeck | Deborah | 2:19-cv-14161 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 374 | Rossi-Leonhard | Dolly | 2:19-cv-14505 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 375 | Rote | Charlene | 2:19-cv-13535 | 11/08/2019 | No Signed/Verified PFS | 505 |
| 376 | Rourke | Brenda | 2:19-cv-13117 | 10/14/2019 | PFS Not Substantially Complete; No PTO-71A | 505 |
| 377 | Rubel | Theresa | 2:19-cv-13911 | 11/27/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 378 | Russ | Melba | 2:19-cv-14238 | 12/7/2019 | No Signed/Verified PFS | sanofi |
| 379 | Ruth | Joanne | 2:19-cv-14239 | 12/8/2019 | No Signed/Verified PFS | sanofi |
| 380 | Rutigliano | Deborah | 2:19-cv-11929 | 7/30/2019 | PFS Not Substantially Complete | sanofi |
| 381 | Sadler | Tina | 2:19-cv-14497 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 382 | Sallavanti | Karen | 2:17-cv-14867 | 12/5/2017 | PFS Not Substantially Complete | sanofi |
| 383 | Sanders | Eloise | 2:17-cv-10659 | 10/16/2017 | PFS Not Substantially Complete | sanofi |
| 384 | Sapini | Marie | 2:19-cv-14363 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 385 | Savvides | Asimina | 2:19-cv-14489 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 386 | Schacht-Umberger | Linda | 2:19-cv-14000 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 387 | Schmidt | Diane | 2:17-cv-02925 | 4/5/2017 | PFS Not Substantially Complete | sanofi |
| 388 | Schroeder | Michelle | 2:19-cv-14486 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 389 | Scott | Darlene | 2:19-cv-12097 | 08/08/2019 | PFS Not Substantially Complete; No Authorizations; No PTO-71A | 505 |
| 390 | Scott | Denise | 2:19-cv-14002 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 391 | Scott | Jennie | 2:19-cv-01553 | 02/19/2019 | PFS Not Substantially Complete | 505 |
| 392 | Scruggs | Rita | 2:19-cv-14301 | 12/9/2019 | No Signed/Verified PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|----------------------------|----------------|
| 393 | Sebring | Margie | 2:19-cv-14493 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 394 | Segner | Mary | 2:19-cv-14386 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 395 | Seidl | Sherry | 2:19-cv-14065 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 396 | Serio | Judith | 2:19-cv-14128 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 397 | Shannon | Lena | 2:17-cv-11457 | 10/29/2017 | PFS Not Substantially Complete; Authorizations are not dated/witnessed | sanofi |
| 398 | Shappell | Dorothy | 2:17-cv-16412 | 12/9/2017 | PFS Not Substantially Complete | sanofi |
| 399 | Shaw | Kathleen | 2:19-cv-14188 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 400 | Shiffert | Faith | 2:17-cv-09445 | 9/21/2017 | PFS Not Complete - Shell PFS | sanofi |
| 401 | Shifflet | Tammy | 2:19-cv-14490 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 402 | Shockley | Cecelia | 2:19-cv-14375 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 403 | Sigurdson | Lori | 2:19-cv-14197 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 404 | Siler | Gertrude E. | 2:17-cv-13917 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 405 | Simon | Joanne | 2:19-cv-14215 | 12/6/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 406 | Simpson | Peggy | 2:17-cv-17464 | 12/19/2017 | PFS Not Complete - Shell PFS | sanofi |
| 407 | Sims | Delvia | 2:19-cv-14083 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 408 | Sims | Iris | 2:19-cv-13439 | 11/5/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 409 | Sims | Rita | 2:17-cv-01844 | 3/2/2017 | PFS Not Substantially Complete | sanofi |
| 410 | Sims | Linda | 2:18-cv-02211 | 03/01/2018 | PFS Not Substantially Complete | 505 |
| 411 | Singer | Frances | 2:19-cv-12536 | 9/11/2019 | No CMO 12A | sanofi |
| 412 | Sirrine | Valerie | 2:17-cv-11276 | 10/25/2017 | PFS Not Complete - Shell PFS | sanofi |
| 413 | Sistrunk | Dolores | 2:19-cv-13213 | 10/22/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 414 | Smiley | Benita | 2:19-cv-13289 | 10/25/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 415 | Smith | Anetta | 2:19-cv-13432 | 11/5/2019 | No Signed/Verified PFS | sanofi |
| 416 | Smith | Denice | 2:17-cv-16005 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 417 | Smith | Emma | 2:17-cv-11568 | 10/31/2017 | PFS Not Substantially Complete | sanofi |
| 418 | Smith | Linda C | 2:18-cv-02819 | 3/20/2018 | PFS Not Substantially Complete | sanofi |
| 419 | Smith | Lynda | 2:19-cv-12480 | 09/06/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 420 | Smith | Tammy J. | 2:19-cv-12535 | 09/11/2019 | PFS Not Substantially Complete; No PTO-71A | 505 |
| 421 | Smith | Tonneshia | 2:19-cv-14532 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 422 | Snead | Tonette | 2:19-cv-14501 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 423 | Snoke | Sheila | 2:19-cv-14362 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 424 | Sorensen | Barbara | 2:17-cv-15323 | 12/7/2017 | PFS Not Substantially Complete | sanofi |
| 425 | Souza-Roy | Garla | 2:19-cv-13493 | 11/7/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 426 | Spence | Wendy | 2:19-cv-13770 | 11/22/2019 | No Signed/Verified PFS | sanofi |
| 427 | Spikes (Ramos) | Ermogene (Diedre) | 2:19-cv-14483 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 428 | Starkloff | Cheryl | 2:18-cv-13029 | 12/10/2018 | PFS Not Substantially Complete | 505 |
| 429 | Stephens | Christine | 2:19-cv-14156 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 430 | Stone | Georgia | 2:19-cv-10919 | 06/06/2019 | PFS Not Substantially Complete; No PTO-71A | 505 |
| 431 | Stookey | Shawna | 2:19-cv-14021 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 432 | Stout | Darlene | 2:19-cv-12456 | 9/5/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 433 | Stout | Rosanne | 2:19-cv-14127 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 434 | Streeter | Sandra | 2:19-cv-14284 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 435 | Strickling | Ruby | 2:17-cv-10601 | 10/13/2017 | PFS Not Substantially Complete | sanofi |
| 436 | Stutts | Linda | 2:19-cv-14226 | 12/7/2019 | No Signed/Verified PFS | sanofi |
| 437 | Sullivan | Christian | 2:19-cv-13543 | 11/11/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 438 | Suttles | Brenda | 2:19-cv-14696 | 12/20/2019 | PFS Not Substantially Complete | 505 |
| 439 | Sydnor | Deborah | 2:19-cv-14321 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 440 | Tacktuck | Nahyira | 2:19-cv-14462 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 441 | Taite | Karin | 2:17-cv-15075 | 12/06/2017 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 442 | Tamez | Alicia | 2:17-cv-16097 | 12/8/2017 | PFS Not Substantially Complete | sanofi |
| 443 | Tarter | Leaetta | 2:19-cv-14442 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 444 | Tatum | Diane | 2:17-cv-11456 | 10/29/2017 | PFS Not Substantially Complete | sanofi |
| 445 | Taylor | Deborah | 2:19-cv-14566 | 12/11/2019 | No Signed/Verified PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 446 | Taylor | Lynell | 2:19-cv-13052 | 10/8/2019 | Not Substantially Complete - No HIPAA or Psychiatric Records Authorizations (Authorizations were expired when submitted to Centrality) | sanofi |
| 447 | Taylor Lee | Wilma | 2:19-cv-14416 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 448 | Terry-Deas | Charisse | 2:19-cv-14080 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 449 | Thomas | Barbara | 2:19-cv-14214 | 12/13/2019 | No Signed/Verified PFS | sanofi |
| 450 | Thomas | Karissa | 2:19-cv-13992 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 451 | Thomas | Patricia | 2:17-cv-15306 | 12/7/2017 | PFS Not Substantially Complete | Both sanofi and 505 |
| 452 | Thompson | Regina | 2:19-cv-10901 | 06/05/2019 | No Signed/Verified PFS | 505 |
| 453 | Thrasher | Wanda | 2:19-cv-13080 | 10/10/2019 | No Signed/Verified PFS | sanofi |
| 454 | Todd | Arline | 2:17-cv-16968 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 455 | Todd | Tillie | 2:17-cv-16640 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 456 | Townsend | Keyata | 2:19-cv-14337 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 457 | Tuner | Penny L | 2:17-cv-14072 | 12/1/2017 | PFS Not Substantially Complete | sanofi |
| 458 | Unger | Jacqueline | 2:17-cv-08635 | 9/3/2017 | PFS Not Complete - Shell PFS | sanofi |
| 459 | Vallejo | Joanne | 2:19-cv-13982 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 460 | Vandusen | Linda | 2:19-cv-12963 | 10/4/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 461 | Vanpelt | Patricia | 2:19-cv-14263 | 12/8/2019 | No Signed/Verified PFS | sanofi |
| 462 | Vargas | Jeannie | 2:19-cv-13480 | 11/7/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 463 | Vassell | Marciel | 2:19-cv-13959 | 12/2/2019 | No Signed/Verified PFS | sanofi |
| 464 | Vialpando | Janet | 2:18-cv-06460 | 7/3/2018 | PFS Not Substantially Complete | sanofi |
| 465 | Vollendorf | Joan | 2:19-cv-14502 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 466 | Wade-Moore | Deborah | 2:19-cv-14015 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 467 | Waiters | India | 2:19-cv-13984 | 12/3/2019 | No Signed/Verified PFS | sanofi |
| 468 | Walden | Pearlie | 2:19-cv-13921 | 11/27/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 469 | Walker | Elizabeth | 2:19-cv-13926 | 11/27/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 470 | Walker | Holleigh | 2:19-cv-13118 | 10/14/2019 | PFS Not Substantially Complete; No PTO-71A | 505 |
| 471 | Walker | Pamela | 2:18-cv-11003 | 11/14/2018 | PFS Not Substantially Complete; No PTO-71A | 505 |
| 472 | Wallace | Annie | 2:19-cv-14219 | 12/7/2019 | No Signed/Verified PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 473 | Warren | Diana | 2:19-cv-13887 | 11/26/2019 | No Signed/Verified PFS | sanofi |
| 474 | Warren | Deborah E. | 2:18-cv-12864 | 12/07/2018 | PFS Not Substantially Complete | 505 |
| 475 | Washington | Brenda L. | 2:18-cv-01614 | 02/15/2018 | PFS Not Substantially Complete | 505 |
| 476 | Waugh | Teresa | 2:19-cv-14358 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 477 | Webber | Monique | 2:19-cv-14164 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 478 | Weeks | Vicky | 2:19-cv-14420 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 479 | Wells | Annie | 2:19-cv-14344 | 12/9/2019 | No Signed/Verified PFS | sanofi |
| 480 | West | Melinda | 2:19-cv-13934 | 11/27/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 481 | West | Robin | 2:19-cv-14084 | 12/5/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 482 | Whitehead | Darlene | 2:17-cv-08621 | 9/2/2017 | PFS Not Substantially Complete | sanofi |
| 483 | Whittle | Pamela | 2:18-cv-06187 | 6/22/2018 | PFS Not Complete - Shell PFS | sanofi |
| 484 | Wilkison | Roxann | 2:19-cv-13968 | 12/2/2019 | No Signed/Verified PFS | sanofi |
| 485 | Williams | Avis | 2:19-cv-14508 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 486 | Williams | Doris | 2:16-cv-17044 | 12/9/2016 | PFS Not Substantially Complete | sanofi |
| 487 | Williams | Jennietta | 2:17-cv-11458 | 10/29/2017 | PFS Not Substantially Complete | sanofi |
| 488 | Williams | Loretta | 2:19-cv-14082 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 489 | Willis | Barbara | 2:17-cv-16254 | 12/9/2017 | PFS Not Complete - Shell PFS | sanofi |
| 490 | Wilson | Frances | 2:19-cv-14541 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 491 | Wilson | Harriet | 2:19-cv-14368 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 492 | Wolsky | Dale | 2:19-cv-14409 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 493 | Woodrum | Peggy | 2:19-cv-14266 | 12/8/2019 | No Signed/Verified PFS | sanofi |
| 494 | Woods | Ella | 2:18-cv-12650 | 12/06/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 495 | Woodward | Deborah | 2:19-cv-14454 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 496 | Yarman | Eva | 2:19-cv-12942 | 10/3/2019 | No Signed/Verified PFS | sanofi |
| 497 | Yon | Anna | 2:18-cv-12217 | 12/3/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 498 | York | Carmen | 2:19-cv-14200 | 12/6/2019 | No Signed/Verified PFS | sanofi |
| 499 | Youmas | Jacqueline | 2:19-cv-14544 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 500 | Yulim | Esther | 2:19-cv-13791 | 11/25/2019 | No Signed/Verified PFS | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 501 | Zito | Liz | 2:18-cv-12474 | 12/05/2018 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |