# EXHIBIT C

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Asghar Khan | Aisha | 2:18-cv-02461 | 3/8/2018 | PFS Not Substantially Complete | sanofi |
| 2 | Cherry | Pearl | 2:18-cv-12770 | 12/7/2018 | PFS Not Substantially Complete | sanofi |
| 3 | Crowder | Nada | 2:17-cv-13176 | 11/22/2017 | PFS Not Substantially Complete | sanofi |
| 4 | Gross | Brenda | 2:17-cv-17102 | 12/12/2017 | PFS Not Substantially Complete | sanofi |
| 5 | Johnson | Mattie | 2:16-cv-15581 | 9/6/2016 | PFS Not Substantially Complete | sanofi |
| 6 | King | Alice | 2:17-cv-13937 | 12/1/2017 | PFS Not Substantially Complete | sanofi |
| 7 | Maldonado | Nannie | 2:17-cv-16899 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 8 | Williams | Mary Kate | 2:17-cv-11820 | 11/5/2017 | PFS Not Substantially Complete | sanofi |