# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Civil Action No. 2:20-cv-00981<br><br>BRENDA SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>SANOFI US SERVICES, INC., et al.,<br><br>    Defendants. | MDL No. 2740<br>Section "H" (5)<br><br>JUDGE MALAZZO<br>MAG. JUDGE NORTH |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS EXCEPT
## SANOFI AVENTIS U.S., LLC, SEPARATELY AND d/b/a WINTHROP U.S.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named Defendants in this matter except Sanofi Aventis U.S., LLC d/b/a Winthrop U.S., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Doc. 1506). Plaintiff's claims against the remaining Defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 54th day of May, 2020

> */s/ Thomas V. Ayala*
> M. Elizabeth Graham
> Thomas V. Ayala
> Samantha Mertz
> Grant & Eisenhofer P.A.

123 Justison Street  
Wilmington, DE 19801  
Tel: (302) 622-7000  
Fax: (302) 622-7100  
Email: egraham@gelaw.com  
Email: tayala@gelaw.com  
Email: smertz@gelaw.com  

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send electronic notification of such filing to all CM/ECF participants.

*/s/ Thomas V. Ayala*