UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| **CARRIE HYINK** <br><br> Plaintiff(s), <br><br> vs. <br><br> **HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC,** and **HOSPIRA, INC.** <br><br> Defendant(s). | : : : : : : : : : : : : : | Civil Action No.: **2:19-cv-5038** |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff, Carrie Hyink, by and through her Counsel, **with the consent of Defendants**, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter. This motion also dismisses with prejudice previously named defendants Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC.  The copy of the First Amended Short Form Complaint is attached as Exhibit "A" to this Motion, and a Memorandum in Support of this Motion is being filed herewith.

Respectfully submitted,

/s/ Aaron C. Johnson
Aaron C. Johnson, MO # 38756
David G. Summers, MO # 42290
Summers & Johnson, P.C.
717 Thomas Street
Weston, MO 64098
(816) 640-9940
Fax (816) 386-9927

1

2

        aaron@summersandjohnson.com
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

        /s/ Aaron C. Johnson, Attorney for Plaintiff

2