UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : : : **CARRIE HYINK** : : Plaintiff(s), : : vs. : : **HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC,** and **HOSPIRA, INC.** : : : Defendant(s). : ------------------------------------------------------------- : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH Civil Action No.: **2:19-cv-5038** |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint;

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

This _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT

1