UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| -------------------------------------------------------------- | : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE NORTH |

*Denise Whitehouse v. Sanofi S.A., et al*
*Civil Action No.: 2:18-cv-03301*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), Plaintiff, by and through undersigned counsel, hereby informs this Honorable Court of the Death of Plaintiff, Denise Whitehouse, which occurred on March 29, 2020, during the pendency of this action.

Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: May 04, 2020                    Respectfully submitted,

/s/ Sarah J. Showard
Sarah J. Showard (AZ Bar#012350)
SHOWARD LAW FIRM, P.C.
4703 E. Camp Lowell Drive, Suite 253
Tucson, AZ 85712
Phone: (520) 622-3344
sjshoward@showardlaw.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Sarah J. Showard*
SARAH J. SHOWARD