## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC** <br><br> Civil Action No.: 2:17-cv-15601 |
| THIS DOCUMENT RELATES TO: <br> ELEANOR LITTLETON | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 4 day of May, 2020

**/s/ Lowell W. Finson**
THE FINSON LAW FIRM
12777 W Jefferson Blvd
Bldg D, Third Floor
Playa Vista, CA 90066
Off. 424.289.2627
Fax. 310.425.3278
lowell@finsonlawfirm.com

15

CERTIFICATE OF SERVICE

      I hereby certify that on 4, May, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: 4, May, 2020             /s/ Lowell W. Finson_____