**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| *Duncan v. Sanofi US Services Inc. et al* | MAG. JUDGE NORTH |
| Plaintiff Name: Mignonette Duncan Civil Action No.: 2:19-cv-00015 | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT**
**SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 5th Day of May 2020                    Respectfully submitted,

                                                    /s/ *Matthew R. McCarley*
                                                    **FEARS NACHAWATI, PLLC**
                                                    Matthew R. McCarley, #24041426
                                                    Tarek A. Abbassi, #24096225
                                                    Jason S. Long #24098012
                                                    5473 Blair Road
                                                    Dallas, Texas 75231
                                                    Telephone: (214) 890-0711
                                                    Fax: (214) 890-0712
                                                    mccarley@fnlawfirm.com
                                                    tabbassi@fnlawfirm.com
                                                    jlong@fnlawfirm.com
                                                    Counsel for plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


                                                    /s/ *Jason S. Long*