UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Elizabeth Kahn, Case No. 2:16-cv-17039. | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to file a Reply Memorandum in Support of their Motion for Reconsideration of the Court's Order and Reasons denying Sanofi's Motion for Summary Judgment Based on the Statute of Limitations as to the claims of Elizabeth Kahn.

WHEREFORE, Sanofi respectfully requests that this Court grant leave to file its Reply Memorandum in Support of its Motion for Reconsideration.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-47p4-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S., LLC and Sanofi US Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*