UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

**Elizabeth Kahn, Case No. 2:16-cv-17039.**

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Their Motion for Reconsideration, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of Their Motion for Reconsideration, is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE