UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Susan L. Lyons v. Sanofi US Services, Inc., et al.*<br>Civil Action No.: 2:18-cv-05665 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

___ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

___ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

_X_ **Other: Duplicate-filed case**. This stipulation shall not affect the lawsuit filed by Susan Lyons, case number 2:18-cv-12633, currently pending in MDL 2740 in this Court.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated: May 5, 2020

                        **LOWE LAW GROUP**
                        By: */s/ Nathan Buttars*
                        Nathan Buttars
                        6028 S. Ridgeline Dr., Ste. 200
                        Ogden, UT 84405
                        Telephone: (385) 298-0175
                        Facsimile: (801) 656-0997
                        Email: nate@lowelawgroup.com
                        *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that May 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 5, 2020                                      */s/ Nathan Buttars*