UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)   )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )   SECTION: "H" (5)
                              )
This document relates to all cases )

## CASE MANAGEMENT ORDER NO. 24

**IT IS ORDERED** that the second bellwether trial previously set for August 10, 2020-August 21, 2020 is **CONTINUED** and **RESET** for October 19, 2020-October 30, 2020. **IT IS FURTHER ORDERED** that the third bellwether trial previously set for October 13, 2020-October 23, 2020 is **CONTINUED**. The Court will set a new date for the third bellwether trial at a later time.

New Orleans, Louisiana, this 5th day of May, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE