UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          )      MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION        )
                                     )      SECTION: "H" (5)
                                     )
This document relates to all cases   )

## CASE MANAGEMENT ORDER NO. 25

Per the parties' agreement, Plaintiff Sharon Allen, 2:17-cv-5108, is **REMOVED** from the trial pool.

New Orleans, Louisiana, this 5th day of May, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**