UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>Penny Miller</u>
Case No.: <u>2:19-cv-13462</u>

## DECLARATION

I, Jennifer S. Domer, have attempted to reach my client, <u>Penny Miller</u> on the following dates: <u>1/8/2020, 1/9/2020, 1/16/2020, 01/22/2020, 1/28/2020, 3/12/2020, 3/13/2020</u> by (check all that apply) <u> X </u> telephone, ____ e-mail, ____ text message, ____ social media, <u>X</u> U.S. Mail, ____ Certified Mail, <u> X </u> other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*[signature: Jennifer S. Domer]*

_____
JENNIFER S. DOMER
CUTTER LAW, P.C.
401 WATT AVENUE
SACRAMENTO, CA 95864
(916) 290-9400
jdomer@cutterlaw.com