UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H"

THIS DOCUMENT RELATES TO
Kelly Gahan, Case No. 2:16-cv-15283

ORDER

Considering the foregoing Joint Motion to Maintain Previously Sealed Joint Record Designations Under Seal filed by Plaintiff Kelly Gahan and Defendants Sanofi-Aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall transmit to the U.S. Court of Appeals for the Fifth Circuit the following sealed documents, including any sealed exhibits, **UNDER SEAL**:

1. 2831
2. 4594
3. 4596
4. 4647
5. 4698
6. 4882

New Orleans, Louisiana, this 6th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE