UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO<br>Barbara Earnest vs. Sanofi-Aventis U.S., Inc., et al.<br>Case No. 2:16-CV-17144 | |

# ORDER

Considering the foregoing Joint Motion to Supplement Joint Record Designations by Plaintiff Barbara Earnest and Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc.;

**IT IS ORDERED** that said Motion is **GRANTED**. The Clerk of Court is directed to include in the Record on Appeal the documents identified in the Memorandum in Support of the Joint Motion to Supplement Joint Record Designations and attached to this Order.

New Orleans, Louisiana, this 6th day of May, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE