UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br><br>**SECTION "H" (5)** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Civil Action No. 2:18-cv-12324**<br><br>*Adrian Blevins, on behalf of the Estate of Lola Blevins v. Sanofi US Services Inc., et al.* | **JUDGE JANE TRICHE MILAZZO**<br>**MAG. JUDGE NORTH** |

**JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Plaintiff Adrian Blevins, on behalf of the Estate of Lola Blevins (as he has been appointed as Personal Representative of the Estate of Lola Blevins, Deceased) ("Plaintiff"), respectfully files this Joint Motion to Withdraw and Substitute Counsel pursuant to Local Rule 83.2.11, and would respectfully show the Court the following:

J. Christopher Elliott and Bachus & Schanker, LLC currently represent Plaintiff as attorneys of record.  Plaintiff wishes to substitute Ryan J. Browne and Spencer P. Browne of the law firm of REYES | BROWNE | REILLEY as counsel of record to proceed with the claim. By agreement, the below-signed attorneys of Bachus & Schanker, LLC wish to withdraw, and substitute attorneys, as follows:

> Ryan J Browne
> Texas State Bar No. 00796262
> Spencer P. Browne
> Texas State Bar No. 24040589
> **REYES | BROWNE | REILLEY**
> 8222 Douglas Ave., Suite 400
> Dallas, TX 75225
> (214)526-7900 (PHONE)
> (214)526-7910 (FAX)
> ryan@reyeslaw.com
> spencer@reyeslaw.com

WHEREFORE, Plaintiff respectfully requests that this Court allow the withdrawal and substitution of counsel as set forth herein and that substituting counsel for Plaintiff be provided with all pleadings, Orders, notices, etc. in this case going forward.

Dated:  May 6, 2020

Respectfully submitted,

**REYES │ BROWNE │ REILLEY**

*/s/ Ryan J Browne*
Ryan J Browne
State Bar No. 00796262
Spencer P. Browne
State Bar No. 24040589
8222 Douglas Avenue, Suite 400
Dallas, Texas 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com

**Agreed to by**:

*/s/ J. Christopher Elliott*
*/s/ J. Kyle Bachus*
*/s/ Darin L. Schanker*
**Bachus & Schanker, LLC**
J. Christopher Elliott CO Bar No. 41063
J. Kyle Bachus CO Bar No. 24441
Darin L. Schanker CO Bar No. 23881
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
E-mail: dschanker@coloradolaw.net
E-mail: kyle.bachus@coloardolaw.net
E-mail: celliott@coloradolaw.net

**ATTORNEYS FOR PLAINTIFF ADRIAN BLEVINS ON BEHALF OF THE ESTATE OF LOLA BLEVINS**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal and Local Rules.  As such, the foregoing was served on all counsel who have consented to electronic service on this 6th day of May, 2020.

                                                                                   */s/ Ryan J Browne*
                                                                                    Ryan J Browne