UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No. 2:18-cv-12324<br><br>*Adrian Blevins on behalf of the Estate of Lola Blevins v. Sanofi US Services Inc., et al.* | JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |

# ORDER

Considering the Joint Motion to Withdraw and Substitute Counsel filed in the above-referenced and numbered cause;

**IT IS ORDERED** that the Motion is **GRANTED**. J. Christopher Elliott, Kyle Bachus, and Darin Schanker with the law offices of Bachus & Schanker, LLC are withdrawn as Plaintiff's counsel, and Ryan J Browne and Spencer P. Browne of the law firm of REYES | BROWNE | REILLEY are substituted as counsel of record for Plaintiff.

New Orleans, Louisiana, this _____ day of May, 2020.

_____
JUDGE JANE TRICHE MILAZZO