MINUTE ENTRY
MILAZZO, J.
MAY 7, 2020

JS-10: 01:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
) SECTION: "H" (5)
)
THIS DOCUMENT RELATES TO: )
**All cases**

## ORAL ARGUMENT via Video Conference

COURT REPORTER: TONI TUSA
LAW CLERK: SAM SCHOTT
CASE MANAGER: ERIN MOULEDOUS
APPEARANCES BY COUNSEL: JON STRONGMAN
                        HARLEY RATLIFF
                        ANDRE MURA

Matter begins at 10:05 a.m.

The following motions are argued by counsel and taken under submission by the Court:

    MOTION for Summary Judgment on the Claims of Plaintiffs whose Taxotere Treatment Started Before December 15, 2006 **(Doc. 8977)**
    MOTION for Partial Summary Judgment on Affirmative Defenses Under La. Rev. Stat. 9:2800.59 **(Doc. 9230)**
    MOTION for Summary Judgment on the Claims of Plaintiffs whose Taxotere Treatment Started After December 11, 2015 **(Doc. 9268)**

Matter adjourned at 11:25 a.m.

