UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Esther Yulim
Case No.: 2:19-13791

STATEMENT OF PLAINTIFF'S COUNSEL

I represent Esther Yulim whose case is on a Notice of Non-Compliance to be heard by the
Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and
promptly advised my client unless the deficiency is cured, the case could be dismissed with
prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 8, 2020                          BACHUS & SCHANKER, LLC

                                            By:  /s/ J.Christopher Elliott
                                            J. Christopher Elliott, Esq.
                                            Bachus & Schanker, LLC
                                            101 West Colfax Suite 650
                                            Denver, CO 80202
                                            Telephone: (303)893-8900
                                            Facsimile: (303) 893-9900
                                            Email: celliott@coloradolaw.net

                                            *Attorney for Plaintiffs*