UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Wanda Thrasher
Case No.: 2:19-13080

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Wanda Thrasher whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 8, 2020          **BACHUS & SCHANKER, LLC**

            By: */s/ J.Christopher Elliott*
            J. Christopher Elliott, Esq.
            Bachus & Schanker, LLC
            101 West Colfax Suite 650
            Denver, CO 80202
            Telephone: (303)893-8900
            Facsimile: (303) 893-9900
            Email: celliott@coloradolaw.net

            *Attorney for Plaintiffs*