**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                    **SECTION "H" (5)**

THIS DOCUMENT RELATES TO

Plaintiff Name: Iris Sims
Case No.: 2:19-13439

## STATEMENT OF PLAINTIFF'S COUNSEL

      I represent Iris Sims whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

      The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: May 8, 2020                       **BACHUS & SCHANKER, LLC**

                                         By: */s/ J.Christopher Elliott*
                                         J. Christopher Elliott, Esq.
                                         Bachus & Schanker, LLC
                                         101 West Colfax Suite 650
                                         Denver, CO 80202
                                         Telephone: (303)893-8900
                                         Facsimile: (303) 893-9900
                                         Email: celliott@coloradolaw.net

                                         *Attorney for Plaintiffs*