UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                                        SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Ann Franklin
Case No.: 2:19-13362

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Ann Franklin whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 8, 2020                          **BACHUS & SCHANKER, LLC**

                                                     By: */s/ J.Christopher Elliott*
                                                     J. Christopher Elliott, Esq.
                                                     Bachus & Schanker, LLC
                                                     101 West Colfax Suite 650
                                                     Denver, CO 80202
                                                     Telephone: (303)893-8900
                                                     Facsimile: (303) 893-9900
                                                     Email: celliott@coloradolaw.net

                                                     *Attorney for Plaintiffs*