UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


In Re: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION


                                                    SECTION "H" (5)


THIS DOCUMENT RELATES TO

Plaintiff Name: Darlyne Brandon
Case No.: 2:19-13645


### STATEMENT OF PLAINTIFF'S COUNSEL


I represent Darlyne Brandon whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated:  May 8, 2020              **BACHUS & SCHANKER, LLC**

                                By:  */s/ J.Christopher Elliott*
                                J. Christopher Elliott, Esq.
                                Bachus & Schanker, LLC
                                101 West Colfax Suite 650
                                Denver, CO 80202
                                Telephone: (303)893-8900
                                Facsimile: (303) 893-9900
                                Email: celliott@coloradolaw.net

                                *Attorney for Plaintiffs*