UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Judith Applestein**
**Case No.: 2:19-cv-14288**

## DECLARATION

I, Jason Long, have attempted to reach my client, Judith Applestein on the following dates: November 12, 2019, January 11, 2020, March 12, 2020, April 24, 2020, April 27, 2020 by:

telephone, e-mail, U.S. Mail, Certified Mail, FedEx, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
Counsel for plaintiff