UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Penny Turner**
**Case No.: 17-cv-14072**

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Penny Turner whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 8, 2020　　　　　　　　　　By: */s/ David M. Peterson*
　　　　　　　　　　　　　　　　　　　　David M. Peterson, Esq., MO #32229
　　　　　　　　　　　　　　　　　　　　Nicholas Clevenger, Esq., MO 57171
　　　　　　　　　　　　　　　　　　　　Sara Faubion Stipkovits, Esq., MO 62880
　　　　　　　　　　　　　　　　　　　　Peterson & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　801 W. 47th Street, Ste. 107
　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　　　(816) 531-4440 Telephone
　　　　　　　　　　　　　　　　　　　　(816) 531-0660 Fax
　　　　　　　　　　　　　　　　　　　　dmp@petersonlawfirm.com
　　　　　　　　　　　　　　　　　　　　nsc@petersonlawfirm.com
　　　　　　　　　　　　　　　　　　　　sfs@petersonlawfirm.com
　　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**