UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Patricia Otten**
**Case No.: 2:19-cv-13166**

## DECLARATION

I, David W. Hodges, have attempted to reach my client, Patricia Otten on the following dates: Phone Call on October 21, 2019; Phone Call on November 7, 2019; Priority Mail sent on December 30, 2019; Priority Mail sent on January 24, 2020; Priority Mail sent on February 13, 2020; Priority Mail sent on March 6, 2020; Priority Mail sent on May 8, 2020. My client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

By: /s/ *David W. Hodges*
       David W. Hodges
       HODGES & FOTY, L.L.P.
       dhodges@hftrialfirm.com
       Texas State Bar No. 00796765
       4409 Montrose Blvd., Suite 200
       Houston, TX 77006
       Telephone: (713) 523-0001
       Facsimile: (713) 523-1116