UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Marilyn Deutsch**
**Case No.: 2:19-cv-14575**

## DECLARATION

I, Jason Long, have attempted to reach my client, Marilyn Deutsch on the following dates: January 18, 2020, March 12, 2020, April 24, 2020, April 27, 2020 by ____ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, __x__ Certified Mail, __x__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
Counsel for plaintiff