UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                            SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Alice DeWitt**
**Case No.: 2:19-cv-14389**

## DECLARATION

I, Jason Long, have attempted to reach my client, Alice DeWitt on the following dates: November 19, 2019, January 16, 2020, March 12, 2020, April 24, 2020, April 27, 2020 by __x__ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, __x__ Certified Mail, __x__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

                                       /s/ *Jason S. Long*
                                       **FEARS NACHAWATI, PLLC**
                                       Jason S. Long #24098012
                                       5473 Blair Road
                                       Dallas, Texas 75231
                                       Telephone: (214) 890-0711
                                       Fax: (214) 890-0712
                                       jlong@fnlawfirm.com
                                       Counsel for plaintiff