**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Tammy Schifflet
Case No.: 2:19-cv-14490

## DECLARATION

    I, Jason Long, have attempted to reach my client, Tammy Shifflet on the following dates:

October 25, 2019, January 17, 2020, March 12, 2020, April 24, 2020, April 27, 2020

by ____ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail,

__x__ Certified Mail, __x__ other (FedEx), and my client has not been responsive to my

communications to date.

    I declare that the foregoing is true and correct to the best of my knowledge.


                                        /s/ *Jason S. Long*
                                        **FEARS NACHAWATI, PLLC**
                                        Jason S. Long #24098012
                                        5473 Blair Road
                                        Dallas, Texas 75231
                                        Telephone: (214) 890-0711
                                        Fax: (214) 890-0712
                                        jlong@fnlawfirm.com
                                        Counsel for plaintiff