**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Lori Sigurdson
Case No.: 2:19-cv-14197

**DECLARATION**

I, Jason Long, have attempted to reach my client, Lori Sigurdson on the following dates:

December 2, 2019, December 4, 2019, January 15, 2020, March 12, 2020, April 24, 2020, April

27, 2020

by _____ telephone, __x__ e-mail, _____ text message, _____ social media, __x__ U.S. Mail,

__x__ Certified Mail, __x__ other (FedEx), and my client has not been responsive to my

communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
Counsel for plaintiff