UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Deborah Woodward
Case No.: 2:19-cv-14454

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Deborah Woodward whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 9, 2020                             /s/ *Jason S. Long*
                                                           **FEARS NACHAWATI, PLLC**
                                                           Jason S. Long #24098012
                                                           5473 Blair Road
                                                           Dallas, Texas 75231
                                                           Telephone: (214) 890-0711
                                                           Fax: (214) 890-0712
                                                           jlong@fnlawfirm.com
                                                           Counsel for plaintiff