UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Jacqueline Youmas**
**Case No.: 2:19-cv-14544**

## DECLARATION

I, Jason Long, have attempted to reach my client, Jacqueline Youmas on the following dates: December 2, 2019, December 3, 2019, March 12, 2020, April 6, 2020, April 24, 2020, April 27, 2020

by ____ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, __x__ Certified Mail, __x__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　　　　/s/ *Jason S. Long*
　　　　　　　　　　　　　　　　　　　　　**FEARS NACHAWATI, PLLC**
　　　　　　　　　　　　　　　　　　　　　Jason S. Long #24098012
　　　　　　　　　　　　　　　　　　　　　5473 Blair Road
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 890-0711
　　　　　　　　　　　　　　　　　　　　　Fax: (214) 890-0712
　　　　　　　　　　　　　　　　　　　　　jlong@fnlawfirm.com
　　　　　　　　　　　　　　　　　　　　　Counsel for plaintiff