UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

          SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Gayle Oade
Case No.: 2:19-cv-14511

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Gayle Oade whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 9, 2020           /s/ *Jason S. Long*
          **FEARS NACHAWATI, PLLC**
          Jason S. Long #24098012
          5473 Blair Road
          Dallas, Texas 75231
          Telephone: (214) 890-0711
          Fax: (214) 890-0712
          jlong@fnlawfirm.com
          Counsel for plaintiff