UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Calen Potter-Valmond
Case No.: 2:19-cv-14561

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Calen Potter-Valmond whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

| | |
|---|---|
| Dated: May 9, 2020 | /s/ *Jason S. Long* <br> **FEARS NACHAWATI, PLLC** <br> Jason S. Long #24098012 <br> 5473 Blair Road <br> Dallas, Texas 75231 <br> Telephone: (214) 890-0711 <br> Fax: (214) 890-0712 <br> jlong@fnlawfirm.com <br> Counsel for plaintiff |