UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Pamela Whittle
Case No.: 2:18-cv-06187

## DECLARATION OF COUNSEL

　　　I represent Pamela Whittle, whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020.　I reviewed the deficiency and the Notice of Non-Compliance, and after multiple attempts to obtain client help in curing the deficiency, I leaned that the reason for lack of contact was the passing of Ms. Creal.　Subsequent communication revealed that her husband, Michael Creal, is the duly appointed personal representative of his late wife's estate. As Executor he is fully aware of his late wife's legal matters, and he advised that he has not, nor will not, retain any firm, including the Morris Bart firm, to represent the estate and continue litigation.　Mr. Creal confirmed his knowledge of the pending motion to dismiss, and that the matter would be dismissed with prejudice if the deficiencies were not cured.

　　　The deficiencies are not cured and counsel is not aware of any defense to the request for a dismissal.

/s/ Richard L. Root
_____
Richard L. Root, LA Bar No.19988
Morris Bart, LLC
601 Poydras Street, 24th Floor
(504) 525-8000
RRoot@morrisbart.com
DATED: 9, May, 2020

CERTIFICATE OF SERVICE

        I hereby certify that on May 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: 9, May, 2020                  /s/Richard L. Root_____