UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Barbara Molck**
**Case No.: 2:19-cv-13882**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Barbara Molck, on the following dates: February 6, 2020, March 6, 2020, March 25, 2020, April 3, 2020, April 27, 2020, May 1, 2020, May 5, 2020, May 7, 2020, and May 8, 2020 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 11th day of May, 2020

*Leslie LaMacchia*
_____
Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com