UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>EARLENE LONDON<br><br>v.<br><br>HOSPIRA, INC., ET AL. | MDL NO. 2740 SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>CIVIL ACTION NO: 2:18-cv-11630 |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

YOU **MUST** CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

___

Dated this 11th day of May, 2020

**SHAW COWART, L.L.P.**

/s/ Ethan L. Shaw

ETHAN L. SHAW

Texas Bar No. 18140480

elshaw@shawcowart.com

JOHN P. COWART

Texas Bar No. 04919500

jcowart@shawcowart.com

1609 Shoal Creek Blvd., Suite 100

Austin, Texas 78701

T: 512.499.8900 / F: 512.320.8906

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 11, 2020

 /s/ Ethan L. Shaw
_____