UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Donna Burdell**
**Case No.: 2:17-cv-9600**

DECLARATION

　　　I, Trevor Rockstad, having learned that my client, Donna Burdell, passed away, attempted to reach her heirs on the following dates: December 10, 2018, December 19, 2018, January 2, 2019, January 9, 2019, January 11, 2019, January 17, 2019, January 29, 2019, and May 6, 2020 by _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, and my client's heirs have not been responsive to my communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39501
228-863-6000
trevor.rockstad@daviscrump.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 11, 2020

                                                                                                Trevor B. Rockstad