MINUTE ENTRY
MILAZZO, J.
May 11, 2020

JS-10:00:20

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On May 11, 2020, the Court held a telephone status conference with Dawn Barrios, Palmer Lambert, John Olinde, Doug Moore, Julie Callsen, Kelly Bieri, Kelly Brilleaux, Nick Insogna, and Claire Berg. The parties discussed the upcoming show cause hearing.

In addition, the Court discussed Pretrial Order No. 105. The Court considered Plaintiffs' request to file objections to the PTO and ordered that any objections be filed no later than ten days from the date of this Minute Entry. Defendants shall file any response within ten days of Plaintiffs' filing. The Court will not consider any replies or any additional briefing, and each side should limit their briefing to five pages.

_____