UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Denise Barber
Case No.: 2:19-cv-14571

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Denise Barber whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 11, 2020                    /s/ *Jason S. Long*
                                              **FEARS NACHAWATI, PLLC**
                                              Jason S. Long #24098012
                                              5473 Blair Road
                                              Dallas, Texas 75231
                                              Telephone: (214) 890-0711
                                              Fax: (214) 890-0712
                                              jlong@fnlawfirm.com
                                              Counsel for plaintiff