UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Ella Woods
**Case No.:** 2:18-cv-12650

## DECLARATION

I, Daniel P. Markoff, have attempted to reach my client, Ella Woods, on the following dates: 11/6/19, 11/8/19, 11/11/19, 12/30/19, 1/6/20, 1/7/20, 1/8/20, 1/21/20, 1/22/20, 2/10/20, 2/11/20, 3/17/20/, 3/18/20, 3/19/20, 5/8/20 by (check all that apply) X telephone, ____ e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Daniel P, Markoff
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com