UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Pamela Whittle
Case No.: 2:18-cv-06187

### AMENDED DECLARATION OF PLAINTIFF'S COUNSEL

　　　I represent Pamela Whittle, whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020.  I reviewed the deficiency and the Notice of Non-Compliance, and after multiple attempts to obtain client help in curing the deficiency, I leaned that the reason for lack of contact was the passing of Ms. Whittle.  Subsequent communication revealed that her husband, Michael Whittle, is the duly appointed personal representative of his late wife's estate.

　　　As Executor Mr. Whittle is fully aware of his late wife's legal matters, and he advised that he has not, nor will not, retain any firm, including the Morris Bart firm, to represent the estate and continue litigation.  Mr. Whittle confirmed his knowledge of the pending motion to dismiss, and that the matter would be dismissed with prejudice if the deficiencies were not cured.

　　　The deficiency is not cured and counsel is not aware of any defense to the request for a dismissal.

/s/ Richard L. Root　　　　　　　　.
Richard L. Root, LA Bar No.19988
Morris Bart, LLC
601 Poydras Street, 24th Floor
(504) 525-8000
RRoot@morrisbart.com

Dated: May11, 2020