IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § § § § § § § § § § § | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.** <br><br> Civil Action No. 2:17-cv-13048 |
| THIS DOCUMENT RELATES TO: <br><br> *Edna L. Losoya v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., et al* | | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc. and Hospira Worldwide, LLC F/K/A Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining Defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 11th day of May, 2020.

                                                                             Respectfully submitted,

By:   /s/ *Sonia I. Lopez*
            Sonia I. Lopez
            Federal Id. No. 23501
            LAW OFFICE OF RAMON GARCIA, P.C.
            222 West University Drive
            Edinburg, Texas 78539
            Telephone: (956) 383-7441
            Facsimile: (956) 381-0825
            Email: slopez@ramongarcia-law.com
            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on May 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: May 11, 2020.

/s/ *Sonia I. Lopez*