UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Melodey D'onofrio, et al.
Case No.: 2:17-cv-14346

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Melodey D'onofrio whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 11, 2020                */s/ Seth Sharrock Webb*
                                   SETH SHARROCK WEBB, # 51236
                                   BROWN & CROUPPEN, P.C.
                                   211 N. Broadway, Suite 1600
                                   St. Louis, Missouri  63102
                                   314-421-0216
                                   314-421-0359 facsimile
                                   sethw@getbc.com