UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff Name: Oretha Herron<br>Case No.: 2:19-cv-13655 | |

**DECLARATION**

I, David Franco, have attempted to reach my client, Oretha Herron on the following dates: May 11, 2020, May 8, 2020, May 7, 2020, May 5, 2020, May 4, 2020, May 1, 2020, April 29, 2020, April 27, 2020, April 24, 2020, April 23, 2020, March 12, 2020 and November 15, 2019 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, __X__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 11, 2020

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (Texas Bar No. 24072097)
**FRANCOLAW, PLLC**
500 W. 2nd Street, Floor 19, Suite 138
Austin, TX 78701
Telephone: (512) 714-2223
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                        */s/ David B. Franco*
                                                        David B. Franco