UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Yvonne Quijano v. Sanofi S.A. et al.*, *No.* 2:18-cv-06118 | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S., INC, SANOFI-AVENTIS U.S. LLC, AND SANDOZ, INC.**

PLEASE TAKE NOTICE that Plaintiff, pursuant to CMO 12A, hereby voluntarily dismisses all claims against previously named Defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (R. Doc. 3492) and Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 11th day of May, 2020.

                                    Respectfully submitted,

                                    */s/ Richard L. Root*

                                    Richard L Root, LA #19988
                                    Betsy Barnes, LA # 19473
                                    Morris Bart, LLC
                                    601 Poydras St., 24th Fl.
                                    New Orleans, LA 70130
                                    Phone: (504) 525-8000
                                    Fax: (504) 599-3392
                                    bbarnes@morrisbart.com
                                    Rroot@morrisbart.com

CERTIFICATE OF SERVICE

        I hereby certify that on May 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                /s/Richard L. Root