UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Maria Bejarano
Case No.: 2:19-14157

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Maria Bejarano whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 11, 2020                          BACHUS & SCHANKER, LLC

                                             By: */s/ J.Christopher Elliott*
                                             J. Christopher Elliott, Esq.
                                             Bachus & Schanker, LLC
                                             101 West Colfax Suite 650
                                             Denver, CO 80202
                                             Telephone: (303)893-8900
                                             Facsimile: (303) 893-9900
                                             Email: celliott@coloradolaw.net

                                             *Attorney for Plaintiffs*