UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Keesha Brown**
**Case No.: 2:19-cv-13611**

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Keesha Brown, on the following dates: 1/6/20, 1/29/20, 2/19/20, 3/31/20, 4/3/20, 4/27/20, 4/28/20, 5/3/20, 5/4/20, 5/7/20, 5/9/20,

by (check all that apply) __x__ telephone, __x__ e-mail, X text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ (sent someone to last known address, skip traced) other and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*