UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Letitia Claytor
Case No.: 2:19-cv-13360

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Letitia Claytor, on the following dates: 8/9/19, 11/15/19, 1/6/20, 1/29/20, 2/19/20, 3/31/20, 4/28/20, 4/30/20, 5/1/20, 5/7/20, 5/9/20

by (check all that apply) __x__ telephone, __x__ e-mail, X text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ (sent someone to last known address, skip traced) other and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*