UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Melinda West**
**Case No.: 2:19-cv-13934**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Melinda West, on the following dates: February 12, 2020, March 6, 2020, March 13, 2020, March 30, 2020, April 27, 2020, April 28, 2020, May 1, 2020, May 7, 2020, May 8, 2020, and May 11, 2020 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other

and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 11th day of May, 2020.

_Leslie LaMacchia_

Leslie LaMacchia
Pulaski Law Firm
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com