UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Teresa Freeman**
**Case No.: 2:19-cv-14392**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Teresa Freeman whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 11, 2020            /s/ *Jason S. Long*
                                          **FEARS NACHAWATI, PLLC**
                                          Jason S. Long #24098012
                                          5473 Blair Road
                                          Dallas, Texas 75231
                                          Telephone: (214) 890-0711
                                          Fax: (214) 890-0712
                                          jlong@fnlawfirm.com
                                          Counsel for plaintiff