**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Sharon Dahl**
**Case No.: 2:19-cv-13230**

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Sharon Dahl, on the following

dates: 8/28/19, 10/23/19, 12/11/19, 12/19/19, 1/6/20, 1/10/20, 2/12/20, 2/25/20, 3/9/20, 3/16/20,

3/20/20, 3/24/20, 3/26/20, 3/27/20, 30/30/20, 3/31/20, 4/2/20, 4/3/20, 4/6/20, 4/16/20, 4/17/20,

4/22/20, 4/28/20, 5/3/20, 5/9/20

by (check all that apply) __x__ telephone, __x__ e-mail, <u>X</u> text message, ____ social media,

_x___ U.S. Mail, ____ Certified Mail, __x__ (sent someone to last known address) other and my

client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*