UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Leighann Fleming
Case No.: 2:19-13737

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Leighann Fleming whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 11, 2020　　　　　　　　　　BACHUS & SCHANKER, LLC

　　　　　　　　　　　　　　　　　　　By: */s/ J.Christopher Elliott*
　　　　　　　　　　　　　　　　　　　J. Christopher Elliott, Esq.
　　　　　　　　　　　　　　　　　　　Bachus & Schanker, LLC
　　　　　　　　　　　　　　　　　　　101 West Colfax Suite 650
　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　Telephone: (303)893-8900
　　　　　　　　　　　　　　　　　　　Facsimile: (303) 893-9900
　　　　　　　　　　　　　　　　　　　Email: celliott@coloradolaw.net

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*