UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Peggy James**
**Case No.: 2:19-13492**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Peggy James whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 11, 2020            **BACHUS & SCHANKER, LLC**

           By: */s/ J.Christopher Elliott*
           J. Christopher Elliott, Esq.
           Bachus & Schanker, LLC
           101 West Colfax Suite 650
           Denver, CO 80202
           Telephone: (303)893-8900
           Facsimile: (303) 893-9900
           Email: celliott@coloradolaw.net

           *Attorney for Plaintiffs*