**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                           **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                      **SECTION "H" (5)**

THIS DOCUMENT RELATES TO

Plaintiff Name: Carol Lane-Mosley
Case No.: 2:18-cv-12494

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Carol Lane-Mosley, on the

following dates: 5/17/19, 5/20/19, 1/23/20, 1/27/20,2/7/20,  4/4/20,  2/21/20, 3/18/20, 3/24/20,

3/27/20

by (check all that apply) __x__ telephone, __x__ e-mail,_x__ text message, ____ social media,

_x___ U.S. Mail, ____ Certified Mail, __x__ (sent someone to last known address, skip-traced)

other and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

                                        **BACHUS & SCHANKER, LLC**

                                        By: */s/ J.Christopher Elliott*
                                        J. Christopher Elliott, Esq.
                                        Bachus & Schanker, LLC
                                        101 West Colfax, Suite 650
                                        Denver, CO 80202
                                        Telephone: (303)893-8900
                                        Facsimile: (303) 893-9900
                                        Email: celliott@coloradolaw.net

                                        *Attorney for Plaintiff*