## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**                     **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                    **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Rita Sims**
**Case No.: 2:17-cv-01844**

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Rita Sims whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: May 11, 2020                     **BACHUS & SCHANKER, LLC**

                                        By: */s/ Darin L. Schanker*
                                        Darin L. Schanker, Esq.
                                        Bachus & Schanker, LLC
                                        101 West Colfax, Suite 650
                                        Denver, CO 80202
                                        Telephone: (303)893-8900
                                        Facsimile: (303) 893-9900
                                        Email: dschanker@coloradolaw.net

                                        *Attorney for Plaintiff*