UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Adrian Molette**
**Case No.: 2:19-cv-13276**

## DECLARATION

I, Darin L. Schanker, have attempted to reach my client, Adrian Molette, on the following dates: 2/14/2020, 3/25/2020, 3/31/2020, 4/10/2020, 4/14/2020, 4/12/2020, 4/23/2020, 5/1/2020, 5/4/2020, 5/10/2020, by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to last known address) and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　**BACHUS & SCHANKER, LLC**

　　　　　　　　　　　　　　　　　　By: */s/ Darin L. Schanker*
　　　　　　　　　　　　　　　　　　Darin L. Schanker, Esq.
　　　　　　　　　　　　　　　　　　Bachus & Schanker, LLC
　　　　　　　　　　　　　　　　　　101 West Colfax, Suite 650
　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　Telephone: (303)893-8900
　　　　　　　　　　　　　　　　　　Facsimile: (303) 893-9900
　　　　　　　　　　　　　　　　　　Email: dschanker@coloradolaw.net

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*