UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Crystal Pierce
Case No. 19-cv-12570

## DECLARATION

I, Darin L. Schanker, have attempted to reach my client, Crystal Pierce, on the following dates: 2/16/2020, 2/19/2020, 3/4/2020, 3/26/2020, 4/21/2020, by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to last known address) and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

BACHUS & SCHANKER, LLC

By: */s/ Darin L. Schanker*
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: dschanker@coloradolaw.net

*Attorney for Plaintiff*