**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Dianne Porteaous
Case No.: 2:19-cv-14348

## DECLARATION

I, Darin L. Schanker, have attempted to reach my client, Dianne Porteaous, on the

following dates: 3/30/2020, 3/31/2020, 4/11/2020, 4/21/2020, 5/6/2020, 5/7/2020, 5/10/2020.

by (check all that apply) __x__ telephone, __x__ e-mail, x text message, ____ social media,

_x___ U.S. Mail, ____ Certified Mail, __x__ other (sent someone to last known address) and my

client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

                                        **BACHUS & SCHANKER, LLC**

                                        By:  */s/ Darin L. Schanker*
                                        Darin L. Schanker, Esq.
                                        Bachus & Schanker, LLC
                                        101 West Colfax, Suite 650
                                        Denver, CO 80202
                                        Telephone: (303)893-8900
                                        Facsimile: (303) 893-9900
                                        Email: dschanker@coloradolaw.net

                                        *Attorney for Plaintiff*