UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Teresa Arthur**
**Case No.: 2:18-cv-12765**

## DECLARATION

I, Mark Niemeyer, either personally, or through my staff, have attempted to reach my client, Teresa Arthur, on the following dates:

9/28/18, 10/1/18, 2/19/19, 2/20/19, 3/14/19, 3/19/19, 3/25/19, 4/2/19, 4/8/19, 4/10/19, 4/7/19, 4/12/19, 5/2/19, 6/18/19, 6/25/19, 7/1/19, 7/5/19, 7/11/19, 8/15/19, 4/23/2020, 4/24/2020, 4/27/2020, 4/29/2020, 5/8/2020, 5/11/2020

by (check all that apply) X telephone, X e-mail, X text message, X , social media, X U.S. Mail, ___ Certified Mail, ____ other, and my client has not been sufficiently responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Mark R. Niemyer*
Mark R. Niemeyer
Niemeyer, Grebel & Kruse
211 N. Broadway, Ste. 2950
St. Louis, MO 63102
314-241-1919
niemeyer@ngklawfirm.com