UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *The cases listed in the attached Exhibit A* | |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in the attached Exhibit A, who respectfully request that M. Palmer Lambert and Claire E. Berg of the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana, 70163, be substituted for Chris Pinedo and the attorneys of Hillard Martinez Gonzales LLP, 719 S. Shoreline Blvd., Corpus Christi, Texas 78401 as counsel of record for plaintiffs.

Dated: May 12, 2020

Respectfully submitted,

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
Claire E. Berg (#37029)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com
cberg@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically filed the forgoing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EF System, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
