# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Case Numbers |
|---|---|---|
| Alderete | Ruth | 2:17-cv-13472 |
| Burnett | Joy | 2:17-cv-13651 |
| Clark | Katherine | 2:17-cv-13658 |
| Dillard | Tracey | 2:17-cv-13674 |
| Fedor | Mary | 2:17-cv-13475 |
| Goins | Felecia | 2:17-cv-12542 |
| Graham | Linna | 2:17-cv-13482 |
| Henry | Darlene | 2:17-cv-12780 |
| Hill | Beverly | 2:17-cv-13686 |
| Hubbard | Linda | 2:17-cv-12783 |
| Isom | Barbara | 2:17-cv-12379 |
| Keenan | Gail | 2:17-cv-13488 |
| Kelemen | Patricia | 2:17-cv-13879 |
| King | Michelle | 2:17-cv-13490 |
| Martin | Dawn | 2:17-cv-13502 |
| McCrary | Elizabeth | 2:17-cv-12919 |
| Morgan | Rose | 2:17-cv-13506 |
| Newbern | Nancy | 2:18-cv-04582 |
| Pienkowski | Kris | 2:17-cv-13884 |
| Ramsey | Pamela | 2:17-cv-12546 |
| Robinson | Linda | 2:17-cv-13918 |
| Schlaepfer | Reba | 2:17-cv-12926 |
| Sousa | Mona | 2:17-cv-12547 |
| Thompson | Joanne | 2:17-cv-13507 |
| Walls | LaVern | 2:17-cv-12927 |