UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached Exhibit A*

# ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS ORDERED** that the Motion is **GRANTED** and that M. Palmer Lambert and Claire E. Berg of the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be substituted for Chris Pinedo and the attorneys of Hilliard Martinez Gonzales, LLP as counsel of record for plaintiffs identified in the attached Exhibit A.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
JUDGE JANE TRICHE MILAZZO