## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF DISMISSAL WITH PREJUDICE AS TO SANOFI US SERVICES, INC. F/K/A SANOFI AVENTIS U.S., INC., SANOFI-AVENTIS U.S. LLC, AND MCKESSON CORPORATION D/B/A MCKESSON PACKAGING<br><br>Civil Action No.: 2:19-CV-14658 |
| THIS DOCUMENT RELATES TO<br><br>BILLIE BREWER v. SANOFI US SERVICES, INC. F/K/A SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S. LLC, AND MCKESSON CORPORATION D/B/A MCKESSON PACKAGING | | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice defendants SANOFI US SERVICES, INC. F/K/A SANOFI-AVENTIS U.S., INC., SANOFI-AVENTIS U.S. LLC, and MCKESSON CORPORATION D/B/A MCCESSON PACKAGING, each party to bear its own costs. Plaintiff seeks this dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Date:   May 13, 2020                    Respectfully submitted,

                                        /s/    Colin G. Wood, Esq.
                                        **JASON JOY & ASSOCIATES, PLLC**
                                        Colin G. Wood
                                        Texas Bar No.: 24082535
                                        Colin@jasonjoylaw.com
                                        Jason J. Joy
                                        Texas Bar No.: 24058932

Jason@jasonjoylaw.com  
909 Texas Street, Suite 1801  
Houston, TX 77002  
Telephone: (713) 221-6500  
Facsimile: (713) 221-1717

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          */s/     Colin G. Wood, Esq.*