**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**In Re: TAXOTERE (DOCETAXEL)**                              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**


                                                            **SECTION "H" (5)**


**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Martha Roman**
**Case No.: 2:19-cv-14142**


                    **STATEMENT OF PLAINTIFF'S COUNSEL**


        I represent Inez Jerkins whose case is on a Notice of Non-Compliance to be heard by the
Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and
promptly advised my client unless the deficiency is cured, the case could be dismissed with
prejudice.


        The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: May 13, 2020                          _s/Peter E. Goss_____
                                             Peter E. Goss
                                             The Goss Law Firm, P.C.
                                             1501 Westport Road
                                             Kansas City, MO 64111
                                             Tel: (816) 336-1300
                                             pgoss@goss-lawfirm.com