UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Ondria Richardson
Case No.: 2:19-cv-14140

## STATEMENT OF PLAINTIFF'S COUNSEL

　　　I represent Ondria Richarson whose case is on a Notice of Non-Compliance to be heard by the Court on May 15, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　　The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: May 13, 2020　　　　　　　　　　　_s/ Peter E. Goss_
　　　　　　　　　　　　　　　　　　　　　Peter E. Goss
　　　　　　　　　　　　　　　　　　　　　The Goss Law Firm, P.C.
　　　　　　　　　　　　　　　　　　　　　1501 Westport Road
　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64111
　　　　　　　　　　　　　　　　　　　　　Tel: (816) 336-1300
　　　　　　　　　　　　　　　　　　　　　pgoss@goss-lawfirm.com