UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Sandi Echelle v. Hospira, Inc. et al.* Case No. 2:17-cv-14548 | : : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., PFIZER INC., AND ACCORD HEALTHCARE, INC.**

**NOW COMES** the above-captioned Plaintiff, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint to add/name proper Defendants, as attached hereto as Exhibit A.

Plaintiff's counsel conferred with counsel for Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC was not initially named in this case and has not been served in this case, so does not appear or take any position on the attached pleadings.

Pursuant to CMO 12A, this Motion also dismisses, with prejudice, Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Pfizer Inc., and Accord Healthcare, Inc., each party to bear its own costs.

Dated: May 13, 2020                                                    Respectfully submitted,

        */s/ Jade M. Ruiz*
        Jade M. Ruiz
        Texas Bar No. 24077836
        **Johnson Law Group**
        2925 Richmond Ave., Ste. 1700
        Houston, TX 77098
        Tel: 713-626-9336
        Fax: 713-583-9460
        jader@johnsonlawgroup.com

        *Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff's counsel notified the proper parties of the intent to file this Motion and no notice of opposition was received.

/s/ *Jade M. Ruiz*
Jade M. Ruiz

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| *Sandi Echelle v. Hospira, Inc. et al.*<br><br>Case No. 2:17-cv-14548 | : : | |
| | : | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Upon Plaintiff's Unopposed Motion for Leave to Amend Complaint, and for good cause shown, it is hereby Ordered that Plaintiff may file the Amended Short Form Complaint which was attached to Plaintiff's Motion as Exhibit A.

This the _____ day of _____, 2020.

_____
U.S. District Court Judge