UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : <br> : | HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| *Deborah Salerno v. Hospira, Inc. et al.* | : <br> : | |
| *Case No. 2:17-cv-12441* | | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD DEFENDANTS AND NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND PFIZER INC.**

**NOW COMES** the above-captioned Plaintiff, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint to Add/Name Proper Defendants, as attached hereto as Exhibit A.

Pursuant to CMO 12A, this Motion also dismisses, with prejudice, Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer Inc., each party to bear its own costs.

Dated: May 13, 2020

Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff's counsel notified the proper parties of the intent to file this Motion and no notice of opposition was received.

/s/ *Jade M. Ruiz*
Jade M. Ruiz

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Deborah Salerno v. Hospira, Inc. et al.* | : | |
| | : | |
| *Case No. 2:17-cv-12441* | | |
| | : | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Upon Plaintiff's Unopposed Motion for Leave to Amend Complaint, and for good cause shown, it is hereby Ordered that Plaintiff may file the Amended Short Form Complaint which was attached to Plaintiff's Motion as Exhibit A.

This the _____ day of _____, 2020.


_____
U.S. District Court Judge