UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |
| *Lolita Vincent v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al.* | : : | |
| Case No. 2:17-cv-12931 | | |
| | : | |

# ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Upon Plaintiff's Unopposed Motion for Leave to Amend Complaint, and for good cause shown, it is hereby Ordered that Plaintiff may file the Amended Short Form Complaint which was attached to Plaintiff's Motion as Exhibit A.

This the _____ day of _____, 2020.

_____
U.S. District Court Judge