UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Dana Oakes
Case No.: 16-cv-16030

## ORDER

Upon Plaintiff's Motion for Leave to file an Amended Complaint (Doc. 10053);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 12th day of May, 2020.

The Hon. Jane Triche Milazzo