UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| This Document Relates to: | JUDGE JANE TRICHE MILAZZO |
| *Victoria Morris v. Sanofi U.S. Services Inc., et al.* Case No. 2:19-cv-14014 | MAG. JUDGE NORTH |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jessica M. Agnelly, of the law firm of Wendt Law Firm, P.C., as counsel for Plaintiff Victoria Morris.

Date: May 14, 2020

Respectfully submitted,

/s/ Jessica M. Agnelly
Jessica M. Agnelly
WENDT LAW FIRM, P.C.
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Tel: (816) 531-4415
Fax: (816) 531-2507
Email: jessica@wendtlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Jessica M. Agnelly
Jessica M. Agnelly