UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: *Melissa Fleck v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al.* *Case No. 2:17-cv-11161* | | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to Amend Complaint is hereby set for submission before District Judge Milazzo or Magistrate Judge North on June 10, 2020 at 9:30 a.m.

Dated: May 14, 2020

Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com

*Attorney for Plaintiff*