# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Dinah Turner v. Sanofi S.A. et al., No. 2:17-cv-05481 | |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL <u>EXCEPT</u> HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC, SUN PHARMACEUTICALS INC., F/K/A/ CARACO PHARMACEUTICAL LABORATORIES, LTD, SUN PHARMA GLOBAL FZE, SANDOZ, INC., ACCORD, INC., SANOFI-AVENTIS U.S., INC, AND SANOFI-AVENTIS U.S. LLC

PLEASE TAKE NOTICE that Plaintiff, pursuant to CMO 12A, hereby voluntarily dismisses all claims against previously named Defendants in this matter <u>except</u> Hospira, Inc., Hospira Worldwide, LLC, Sun Pharmaceutical Laboratories, LTD, Sun Pharma Global FZE, Sandoz, Inc., Accord, Inc., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (R. Doc. 3492) and Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 14th day of May, 2020.

        Respectfully submitted,

        */s/ Richard L. Root*

        Richard L Root, LA #19988
        Betsy Barnes, LA # 19473
        Morris Bart, LLC
        601 Poydras St., 24th Fl.
        New Orleans, LA 70130
        Phone: (504) 525-8000
        Fax: (504) 599-3392
        bbarnes@morrisbart.com
        Rroot@morrisbart.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                          /s/Richard L. Root_____