UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Emma Smith**
**Case No.: 2:17-cv-11568**

# DECLARATION

I, Robert Binstock (Attorney's Name), have attempted to reach my client, Emma Smith on the following dates: _March 31, 2020; April 2, 2020; May 1, 2020; May 14, 2020_____ by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*ATTORNEYS FOR PLAINTIFF*