# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Mary Ann Levy v. Sanofi-Aventis U.S. LLC, et al.*<br>Case No.: 2:16-md-02740 | |

## DECLARATION OF PLAINTIFF'S COUNSEL

I represent Mary Levy whose case is listed on a Notice of Non-Compliance to be heard by the Court on May 15, 2020.

Plaintiff's case was previously identified as having a deficient PFS with a deadline of 8/11/2019. My office had failed attempts to contact Plaintiff via telephone on 1/2/2019, 1/4/2019, 5/28/2019, 6/6/2019, and 8/8/2019, e-mails on 6/6/2019 and 7/23/2019, and regular, priority and/or certified mail on 6/6/2019, 7/23/2019, and 8/2/2019. Following those failed attempts, my office sent another letter on 8/9/2019 by regular mail, certified mail, and e-mail to Plaintiff reiterating the deficiency and indicating that unless the deficiency is cured, her case could be dismissed with prejudice.

Plaintiff has not been responsive to our communications in more than a year and has not addressed the PFS deficiencies previously identified, nor provided any photographs from within five years of her treatment, or a basis for the lack of photographs.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: May 15, 2020

/s/ Carasusana B. Wall

Carasusana B. Wall (OH 0090234)

ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100

Toledo, OH 43617

Tel. (419) 841-9623

Fax: (419) 841-9719
Email: cara@toledolaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing today with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 15, 2020

/s/ Carasusana B. Wall