**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**In Re: TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**


                                                   **SECTION "H" (5)**


**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Kimberly Francisco**
**Case No.: 2:19-cv-12960**



**DECLARATION**


I, J. Christopher Elliott, have attempted to reach my client, Kimberly Francisco, on the

following dates: 9/4/19, 1/6/20, 3/30/20, 3/31/20 4/23/20, 5/2/20, 5/4/20, 5/9/20, 5/12/20

by (check all that apply) __x__ telephone, ____ e-mail ,__ text message, ____ social media,

_x___ U.S. Mail, ____ Certified Mail, __x__ (sent someone to last known address, skip-traced)

other and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.


                                        **BACHUS & SCHANKER, LLC**

                                        By:  */s/ J.Christopher Elliott*
                                        J. Christopher Elliott, Esq.
                                        Bachus & Schanker, LLC
                                        101 West Colfax, Suite 650
                                        Denver, CO 80202
                                        Telephone: (303)893-8900
                                        Facsimile: (303) 893-9900
                                        Email: celliott@coloradolaw.net

                                        *Attorney for Plaintiff*