UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Tamra Strickland
Case No.: 2:18-12288

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Tamra Strickland, on the following dates: 5/15/19, 6/11/19, 6/12/19, 6/17/19, 2/4/20, 2/19/20, 2/27/20, 3/3/20, 3/19/20 by (check all that apply) __x__ telephone, ____ e-mail , __ text message, ____ social media, _x___ U.S. Mail, ____ Certified Mail, __x__ (sent someone to last known address) other and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

BACHUS & SCHANKER, LLC

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax, Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorney for Plaintiff*