MINUTE ENTRY
MILAZZO, J.
May 15, 2020

JS-10:03:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On May 15, 2020, the Court held a show cause hearing. Certain participants appeared via video: Claire E. Berg, Palmer Lambert, Dawn Barrios, Julie Callsen, Nicholas Insogna, and Kelly Brilleaux. Other participants appeared via telephone.

Court Reporter:    Jodi Simcox

Law Clerk:    Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," in addition to the cases of Emma Smith, 17-11568, and Mary Ann Levy, 17-13501, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 17-16237    Juanita Black-Roberson

**IT IS FURTHER ORDERED** that the Court will conduct the remainder of the show cause hearing on May 18, 2020 at 1:00 p.m.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**