May 15, 2020
Non Compliance Dismissal List

**EXHIBIT A**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|-----------|-----------|----------------|----------------------------|----------------|---------------------|------------|-----------|
| 1 | Albino | Digna | 2:19-cv-14333 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10190 |
| 2 | Boyd | Carolyn | 2:19-cv-13444 | No Signed/Verified PFS | sanofi | Cutter Law PC | 5/6/2020 | 10136 |
| 3 | Davis | Carolyn | 2:19-cv-13925 | No Signed/Verified PFS | sanofi | Baron & Budd | 5/11/2020 | 10361 |
| 4 | Gordon-Jones | Danyelle | 2:19-cv-14498 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10180 |
| 5 | Griffith | Marion | 2:19-cv-14492 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 4/29/2020 | 10063 |
| 6 | Grunwell | Karon | 2:19-cv-14558 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 4/29/2020 | 10055 |
| 7 | Johnson | Sherri | 2:19-cv-13851 | No Signed/Verified PFS | sanofi | Pulaski Law Firm, PLLC | 5/4/2020 | 10099 |
| 8 | Leblanc Young | Lisa | 2:19-cv-14295 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10185 |
| 9 | London | Earlene | 2:18-cv-11630 | PFS Not Substantially Complete | 505 | Shaw Cowart, LLP | 5/11/2020 | 10332 |
| 10 | Mills | Andrea | 2:19-cv-13880 | No Signed/Verified PFS | sanofi | Pulaski Law Firm, PLLC | 4/29/2020 | 10057 |
| 11 | Myers | Sharon | 2:19-cv-14281 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10272 |
| 12 | Phillips | Delores | 2:19-cv-14550 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10188 |
| 13 | Polhamus | Roberta | 2:19-cv-12716 | No Signed/Verified PFS | sanofi | The Maher Law Firm, PA | 5/11/2020 | 10365 |
| 14 | Potts | Annie | 2:19-cv-14377 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/11/2020 | 10336 |
| 15 | Proctor | Tina | 2:17-cv-16662 | PFS Not Substantially Complete | sanofi | Brent Coon & Associates | 5/12/2020 | 10386 |
| 16 | Rogers | Olivette | 2:19-cv-14224 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 4/29/2020 | 10069 |
| 17 | Rossi-Leonhard | Dolly | 2:19-cv-14505 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/5/2020 | 10109 |
| 18 | Ruth | Joanne | 2:19-cv-14239 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 4/29/2020 | 10066 |
| 19 | Shappell | Dorothy | 2:17-cv-16412 | PFS Not Substantially Complete | sanofi | Allen & Nolte, PLLC (Previously The Mulligan Law Firm) | 5/8/2020 | 10186 |
| 20 | Spikes (Ramos) | Ermogene (Diedre) | 2:19-cv-14483 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10279 |

May 15, 2020

Non Compliance Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 21 | Weeks | Vicky | 2:19-cv-14420 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/5/2020 | 10107 |
| 22 | Wolsky | Dale | 2:19-cv-14409 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10154 |