May 15, 2020
Non Compliance Declarations List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Applestein | Judith | 2:19-cv-14288 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10191 |
| 2 | Arbeiter | Susan | 2:19-cv-13794 | No Signed/Verified PFS | sanofi | Pulaski Law Firm, PLLC | 4/13/2020 | 9928 |
| 3 | Arnold | Mary | 2:19-cv-14231 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10192 |
| 4 | Arthur | Teresa | 2:18-cv-12765 | PFS Not Complete - Shell PFS | sanofi | Niemeyer, Grebel & Kruse | 5/11/2020 | 10385 |
| 5 | Barnes | Shanda | 2:19-cv-14510 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10202; 10194 |
| 6 | Benko | Sandra | 2:19-cv-14158 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10203; 10195 |
| 7 | Biach | Sharon | 2:19-cv-14012 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10204; 10196 |
| 8 | Brown | Keesha | 2:19-cv-13611 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10357 |
| 9 | Bruno | Colette | 2:19-cv-14113 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10205; 10197 |
| 10 | Burdell | Donna | 2:17-cv-09600 | PFS Not Substantially Complete | sanofi | Davis & Crump, P. C. | 5/11/2020 | 10333 |
| 11 | Claytor | Letitia | 2:19-cv-13360 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10358 |
| 12 | Cordero | Iris | 2:19-cv-14347 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10201 |
| 13 | Cruz | Lidia | 2:19-cv-14576 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10207 |
| 14 | Curran | Elaine | 2:19-cv-14564 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10208 |
| 15 | Dahl | Sharon | 2:19-cv-13230 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10364 |
| 16 | Davis | Ozzie | 2:19-cv-13228 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10173 |
| 17 | Davis | Patricia | 2:19-cv-14345 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10209 |
| 18 | Delphant | Andrea | 2:19-cv-14370 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10210 |
| 19 | Deutsch | Marilyn | 2:19-cv-14575 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10211 |
| 20 | Dewitt | Alice | 2:19-cv-14389 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10212 |
| 21 | Diamondopoulos-Guillen | Juanita | 2:19-cv-13486 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10368 |

May 15, 2020
Non Compliance Declarations List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 22 | Dickson | Latrice | 2:19-cv-13291 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 5/11/2020 | 10369 |
| 23 | Freo | Lisa | 2:19-cv-13837 | No Signed/Verified PFS | sanofi | Pulaski Law Firm, PLLC | 4/15/2020 | 9962 |
| 24 | Frick | Nancy | 2:19-cv-14518 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10214 |
| 25 | Gissendanner | Nonna | 2:19-cv-14248 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10215 |
| 26 | Graddy | Lisha | 2:19-cv-14235 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10216 |
| 27 | Habersham | Sarah | 2:19-cv-14577 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10217 |
| 28 | Harrison | Ilene | 2:19-cv-13487 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10371 |
| 29 | Hartman | Bridgett | 2:19-cv-14044 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10218 |
| 30 | Herron | Oretha | 2:19-cv-13655 | No Signed/Verified PFS | sanofi | Francolaw, PLLC | 5/11/2020 | 10354 |
| 31 | Horn | Dixie | 2:19-cv-14110 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10219 |
| 32 | Howard | Oretha | 2:19-cv-14466 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10220 |
| 33 | Hughes | Kathleen | 2:19-cv-13958 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10221 |
| 34 | Hughes | Pamela | 2:19-cv-13797 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10372 |
| 35 | Johnson | Patricia | 2:19-cv-14570 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10222 |
| 36 | Katz | Gayle | 2:19-cv-13854 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 4/13/2020 | 9925 |
| 37 | Lagarenne | Nicoletta | 2:19-cv-14024 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10223 |
| 38 | Lane-Mosley | Carol | 2:18-cv-12494 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10375 |
| 39 | Lawson | Evelyn | 2:19-cv-14473 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10224 |
| 40 | Macneal | Annamaria | 2:19-cv-13275 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10376 |
| 41 | Marks | Judith | 2:19-cv-14474 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10225 |
| 42 | Martinez | Lydia | 2:19-cv-14274 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10226 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 43 | Matteson | Renae | 2:19-cv-13870 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 4/13/2020 | 9926 |
| 44 | Maxwell | Donna | 2:19-cv-14475 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10227 |
| 45 | Mccall | Tonya | 2:19-cv-14476 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10228 |
| 46 | Mclaurin | Judy | 2:19-cv-14540 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10229 |
| 47 | Miguel | Mirtha | 2:19-cv-14278 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10230 |
| 48 | Milhouse | Marilyn | 2:19-cv-13947 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10377 |
| 49 | Miller | Penny | 2:19-cv-13462 | No Signed/Verified PFS | sanofi | Cutter Law PC | 5/6/2020 | 10137 |
| 50 | Miller | Sandra | 2:19-cv-13878 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 4/13/2020 | 9927 |
| 51 | Miller | Sandra | 2:19-cv-14020 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10187 |
| 52 | Miranda | Jennifer | 2:19-cv-14459 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10231 |
| 53 | Mitchell | Clara | 2:19-cv-14562 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10232 |
| 54 | Mojica | Stacy | 2:19-cv-13463 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10378 |
| 55 | Molck | Barbara | 2:19-cv-13882 | No Signed/Verified PFS | sanofi | Pulaski Law Firm, PLLC | 5/11/2020 | 10330 |
| 56 | Molette | Adrian | 2:19-cv-13276 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10380 |
| 57 | Moon-Brumley | Majel | 2:19-cv-14418 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10233 |
| 58 | Morgan | Colleen | 2:19-cv-13805 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10381 |
| 59 | Noceda | Marilyn | 2:19-cv-14488 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10234 |
| 60 | Nunez | Alicia | 2:19-cv-14543 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10236 |
| 61 | Otten | Patricia | 2:19-cv-13166 | No Signed/Verified PFS | sanofi | Kennedy Hodges, LLP | 5/8/2020 | 10206 |
| 62 | Palmer | Latrina | 2:19-cv-14282 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10236 |
| 63 | Papajohn | Colleen E | 2:17-cv-16380 | PFS Not Substantially Complete | sanofi | Allen & Nolte, PLLC (Previously The Mulligan Law Firm) | 5/12/2020 | 10387 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 64 | Patterson | Brenda | 2:19-cv-14293 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10237 |
| 65 | Perez | Teresa | 2:19-cv-13435 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10382 |
| 66 | Phebus | Jan | 2:19-cv-13997 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10238 |
| 67 | Pickens | Allison | 2:19-cv-14485 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10239 |
| 68 | Pierce | Crystal | 2:19-cv-12570 | No Signed/Verified PFS | 505 | Bachus & Schanker | 5/11/2020 | 10383 |
| 69 | Porteaous | Dianne | 2:19-cv-14348 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10384 |
| 70 | Prado | Teresita | 2:19-cv-14557 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10240 |
| 71 | Rabenberg | Sheila | 2:19-cv-14286 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10241 |
| 72 | Richardson | Linda | 2:19-cv-13986 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10242 |
| 73 | Robare | Pamela | 2:19-cv-14008 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10243 |
| 74 | Russ | Melba | 2:19-cv-14238 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10244 |
| 75 | Sadler | Tina | 2:19-cv-14497 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10245 |
| 76 | Savvides | Asimina | 2:19-cv-14489 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10246 |
| 77 | Schacht-Umberger | Linda | 2:19-cv-14000 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10247 |
| 78 | Schroeder | Michelle | 2:19-cv-14486 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10248 |
| 79 | Seidl | Sherry | 2:19-cv-14065 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10249 |
| 80 | Shaw | Kathleen | 2:19-cv-14188 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10250 |
| 81 | Shifflet | Tammy | 2:19-cv-14490 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10251 |
| 82 | Shockley | Cecelia | 2:19-cv-14375 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10252 |
| 83 | Sigurdson | Lori | 2:19-cv-14197 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10253 |
| 84 | Smith | Tonneshia | 2:19-cv-14532 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10254 |

May 15, 2020
Non Compliance Declarations List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 85 | Snead | Tonette | 2:19-cv-14501 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10255 |
| 86 | Tarter | Leaetta | 2:19-cv-14442 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10256 |
| 87 | Taylor | Deborah | 2:19-cv-14566 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10257 |
| 88 | Thompson | Regina | 2:19-cv-10901 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 5/8/2020 | 10157 (DOCKET # TYPO) |
| 89 | Wade-Moore | Deborah | 2:19-cv-14015 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10258 |
| 90 | Walden | Pearlie | 2:19-cv-13921 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 4/15/2020 | 9961 |
| 91 | Walker | Elizabeth | 2:19-cv-13926 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 4/17/2020 | 9979 |
| 92 | Wallace | Annie | 2:19-cv-14219 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10259 |
| 93 | West | Melinda | 2:19-cv-13934 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 5/11/2020 | 10362 |
| 94 | Wilkison | Roxann | 2:19-cv-13968 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10260 |
| 95 | Wilson | Frances | 2:19-cv-14541 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10261 |
| 96 | Wilson | Harriet | 2:19-cv-14368 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10262 |
| 97 | Woods | Ella | 2:18-cv-12650 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 | Atkins & Markoff | 5/11/2020 | 10341; 9641 |
| 98 | Youmas | Jacqueline | 2:19-cv-14544 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10264 |