May 15, 2020
Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Adeniji | Moriam | 2:19-cv-13533 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10177 |
| 2 | Alvarez | Adriana | 2:19-cv-14253 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10366 |
| 3 | Barber | Denise | 2:19-cv-14571 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/11/2020 | 10339 |
| 4 | Barnhart | Betty | 2:19-cv-13767 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10178 |
| 5 | Beckham | Betty | 2:19-cv-13727 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10176 |
| 6 | Bejarano | Maria | 2:19-cv-14157 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10356 |
| 7 | Billingsley | Janet | 2:18-cv-06149 | PFS Not Complete - Shell PFS | sanofi | Morris Bart, LLC | 5/9/2020 | 10280 |
| 8 | Brandon | Darlyne | 2:19-cv-13645 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10175 |
| 9 | Buth | Michelle | 2:19-cv-14338 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10265 |
| 10 | Cash | Carol | 2:19-cv-14546 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10199 |
| 11 | Clark | Linda | 2:19-cv-13491 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10174 |
| 12 | Creal | Ruby Ellen | 2:18-cv-05845 | PFS Not Complete - Shell PFS | sanofi | Morris Bart, LLC | 5/9/2020 | 10281 |
| 13 | Donofrio | Melodey | 2:17-cv-14346 | PFS Not Substantially Complete | sanofi | Brown & Crouppen | 5/11/2020 | 10350 |
| 14 | Duncan | Mignonette | 2:19-cv-00015 | No PTO 71A | sanofi | Fears | Nachawati | 5/10/2020 | 10324 |
| 15 | Duran | Luz | 2:19-cv-13508 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 5/8/2020 | 10172 |
| 16 | Edgar-Watson | Toni | 2:19-cv-13643 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10171 |
| 17 | Fagan | Cindy | 2:19-cv-13428 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10170 |
| 18 | Fleming | Leighann | 2:19-cv-13737 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10370 |
| 19 | Fodera | Theresa | 2:18-cv-12406 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10169 |

May 15, 2020

Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 20 | Franklin | Ann | 2:19-cv-13362 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10168 |
| 21 | Freeman | Teresa | 2:19-cv-14392 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/11/2020 | 10363 |
| 22 | Garcia | Minerva | 2:19-cv-14373 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10266 |
| 23 | Gehr | English | 2:19-cv-14304 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10167 |
| 24 | Gray | Nona | 2:19-cv-14487 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/10/2020 | 10327 |
| 25 | Hartwell | Barbara | 2:19-cv-13257 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 | Bachus & Schanker, LLC | 5/10/2020 | 10166 |
| 26 | Hay | Lori | 2:19-cv-14042 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10267 |
| 27 | Hines-Shaw | Deidre | 2:19-cv-14381 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10268 |
| 28 | Hodges | Valerie | 2:19-cv-12483 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 3/19/2020 | 9610 |
| 29 | James | Betty | 2:19-cv-13994 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10165 |
| 30 | James | Peggy | 2:19-cv-13492 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10373 |
| 31 | Jerkins | Inez | 2:19-cv-14141 | No Signed/Verified PFS | sanofi | The Goss Law Firm | 5/13/2020 | 10390 |
| 32 | Johnson | Mildred | 2:18-cv-06172 | PFS Not Complete - Shell PFS | sanofi | Morris Bart, LLC | 5/9/2020 | 10282 |
| 33 | Knight | Flora | 2:19-cv-14335 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10164 |
| 34 | Lacy | Brenda | 2:19-cv-14030 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10269 |
| 35 | Lavoie-Serota | Cheryl | 2:19-cv-14252 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10270 |
| 36 | Linares | Lilliana | 2:19-cv-13234 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10163 |
| 37 | Lopes | Melissa | 2:19-cv-14324 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9596 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 38 | Martin | Flora | 2:17-cv-11247 | PFS Not Substantially Complete | sanofi | Johnson Law Group | 4/1/2020 | 9486 |
| 39 | Martin | Viola | 2:18-cv-06010 | PFS Not Substantially Complete | 505 | Morris Bart, LLC | 5/9/2020 | 10284 |
| 40 | Mayberry | Tracy | 2:19-cv-13542 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10162 |
| 41 | Miles | Jean | 2:19-cv-13470 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10179 |
| 42 | Miller | Barbara | 2:18-cv-10571 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 5/11/2020 | 10340 |
| 43 | Montalbano | Sharon | 2:17-cv-14154 | PFS Not Substantially Complete | sanofi | Fears | Nachawati | 5/9/2020 | 10271 |
| 44 | Moses | Aretha | 2:19-cv-14071 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/10/2020 | 10326 |
| 45 | Munro | Sharon | 2:19-cv-13964 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10161 |
| 46 | Napolitano | Helen | 2:19-cv-14247 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10273 |
| 47 | Oade | Gayle | 2:19-cv-14511 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10274 |
| 48 | Peck-Kennedy | Phyllis | 2:19-cv-14091 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10181 |
| 49 | Perot | Jontue | 2:17-cv-12590 | PFS Not Substantially Complete | sanofi | Fernelius Simon PLLC | 5/11/2020 | 10374 |
| 50 | Pines | Carolyn | 2:19-cv-13438 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10160 |
| 51 | Potter-Valmond | Calen | 2:19-cv-14561 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10275 |
| 52 | Powell | Judy | 2:19-cv-14171 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10182 |
| 53 | Richardson | Ondria | 2:19-cv-14140 | No Signed/Verified PFS | sanofi | The Goss Law Firm | 5/13/2020 | 10400 |
| 54 | Roman | Martha | 2:19-cv-14142 | No Signed/Verified PFS | sanofi | The Goss Law Firm | 5/13/2020 | 10396 |
| 55 | Rorabeck | Deborah | 2:19-cv-14161 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10183 |
| 56 | Scott | Jennie | 2:19-cv-01553 | PFS Not Substantially Complete | sanofi | Morris Bart, LLC | 5/9/2020 | 10285 |

May 15, 2020

Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 57 | Segner | Mary | 2:19-cv-14386 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10276 |
| 58 | Sims | Delvia | 2:19-cv-14083 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10184 |
| 59 | Sims | Iris | 2:19-cv-13439 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10159 |
| 60 | Sims | Rita | 2:17-cv-01844 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10379 |
| 61 | Stephens | Christine | 2:19-cv-14156 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10158 |
| 62 | Stutts | Linda | 2:19-cv-14226 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/10/2020 | 10328 |
| 63 | Thomas | Karissa | 2:19-cv-13992 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10277 |
| 64 | Thrasher | Wanda | 2:19-cv-13080 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10156 |
| 65 | Tuner | Penny L | 2:17-cv-14072 | PFS Not Substantially Complete | sanofi | Peterson & Associates, P.C. | 5/8/2020 | 10193 |
| 66 | Vallejo | Joanne | 2:19-cv-13982 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/11/2020 | 10343 |
| 67 | Walker | Pamela | 2:18-cv-11003 | PFS Not Substantially Complete; No PTO-71A | 505 | Fears \| Nachawati | 5/11/2020 | 10359 |
| 68 | Waugh | Teresa | 2:19-cv-14358 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10155 |
| 69 | Whittle | Pamela | 2:18-cv-06187 | PFS Not Complete - Shell PFS | sanofi | Morris Bart, LLC | 5/11/2020 | 10342; 10283 |
| 70 | Williams | Loretta | 2:19-cv-14082 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10153 |
| 71 | Woodrum | Peggy | 2:19-cv-14266 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10152 |
| 72 | Woodward | Deborah | 2:19-cv-14454 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10263 |
| 73 | Yulim | Esther | 2:19-cv-13791 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10151 |