UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Catherine Miglas | Civil Action Nos. 2:20-CV-00867 |

### EX PARTE MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, Catherine Miglas, by and through counsel, pursuant to Federal Rule of Civil Procedure 15(a) and Pre-Trial Order 15, respectfully moves the Court for leave to amend her Complaint filed in these actions to add the proper defendants, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.

Plaintiff, Catherine Miglas' Original Short Form Complaint was filed on March 12, 2020 in the Eastern District of Louisiana against defendant Winthrop US who has not yet been served.

Plaintiff has obtained records establishing she was administered docetaxel with NDC's of Winthrop US. As such, the correct parties to this action should be Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC. As Plaintiff has not yet served the current defendant in her case, she is not required to confer with opposing counsel concerning this Motion.

In summary, pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff requests leave to amend her complaint to add Defendant, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC. as parties. Plaintiff's proposed Amended Short Form Complaint, attached hereto as Exhibits A, reflect this change.

WHEREFORE, Plaintiff hereby respectfully requests this Court to grant leave to file Plaintiff's Amended Short Form Complaints.

                    MARTINEZ & MCGUIRE, PLLC

By:   */s/ Clint E. McGuire*
       Clint E. McGuire
       Federal ID #25560
       State Bar No. 24013139
       clint@mmtriallawyers.com
       17227 Mercury Drive, Suite B
       Houston, Texas 77058
       Telephone:  (281) 286-9100
       Facsimile:   (281) 286-9105

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 15th day of May 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                      */s/ Clint E. McGuire*
                                      Clint E. McGuire