UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Bertha Sasso<br>Judy Johnston | Civil Action Nos. 2:20-CV-00881<br>2:20-CV-00889 |

### EX PARTE MOTION FOR LEAVE TO FILE
### AMENDED SHORT FORM COMPLAINT

Plaintiffs, Bertha Sasso and Judy Johnston, by and through counsel, pursuant to Federal Rule of Civil Procedure 15(a) and Pre-Trial Order 15, respectfully move the Court for leave to amend their Complaints filed in these actions to add the proper defendant, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

Plaintiffs, Bertha Sasso and Judy Johnston's Original Short Form Complaint were filed on March 13, 2020 in the Eastern District of Louisiana against the following defendants who have not yet been served: Sanofi-Aventis U.S. LLC, Sanofi-Aventis U.S. LLC d/b/a Winthrop US and Winthrop US.

Plaintiffs have obtained records establishing they were administered docetaxel with NDC's of Winthrop US. As such, the correct parties to these actions should be Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC. As Plaintiffs have not yet served the current defendants in their respective cases, they are not required to confer with opposing counsel concerning this Motion.

In summary, pursuant to Federal Rule of Civil Procedure 15(a), Plaintiffs request leave to amend their complaints to add Defendant, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. as a party. Plaintiffs' proposed Amended Short Form Complaints, attached hereto as Exhibits A and B, reflect this change.

WHEREFORE, Plaintiffs hereby respectfully requests this Court to grant leave to file Plaintiffs' Amended Short Form Complaints.

        MARTINEZ & MCGUIRE, PLLC

By:   */s/ Clint E. McGuire*
       Clint E. McGuire
       Federal ID #25560
       State Bar No. 24013139
       clint@mmtriallawyers.com
       17227 Mercury Drive, Suite B
       Houston, Texas 77058
       Telephone:  (281) 286-9100
       Facsimile:  (281) 286-9105

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

*/s/ Clint E. McGuire*
Clint E. McGuire