UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | Civil Action Nos. 2:20-CV-00881 |
| | 2:20-CV-00889 |
| Bertha Sasso | |
| Judy Johnston | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, herby GRANTS Plaintiffs' Motion for Leave to File Amended Short Form Complaint. It is therefore ORDERED that Plaintiffs are given leave to file their Amended Short Form Complaint and Plaintiffs' Amended Short Form Complaint are entered into the record.

New Orleans, Louisiana, on this _____ day of May, 2020.

_____
HON. JANE TRICHE MILAZZO UNITED STATES DISTRICT JUDGE