UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| Judie Chance 2:18-cv-11087 | : | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Judie Chance, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on November 16, 2018, naming Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi"), Sandoz Inc. ("Sandoz"), Accord Healthcare, Inc. ("Accord"), Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. (collectively, "Hospira"), Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. (collectively, "Sun Pharma"), Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. (collectively, "Actavis") based upon medical records provided by Plaintiff's infusion facility showing she was treated with docetaxel. Thereafter, Plaintiff obtained a "Statement Regarding Chemotherapy Drug Administered" from Plaintiff's infusion facility identifying docetaxel labelled by Sagent Pharmaceuticals ("Sagent") as the docetaxel product that was used in Plaintiff's treatment. Consequently, Plaintiff seeks leave to amend her complaint to name Sagent Pharmaceuticals and dismiss all other plaintiffs. This motion also dismisses with prejudice previously named Defendants including Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. **with prejudice**. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense counsel and there is no opposition to this motion.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated this 15th Day of May 2020

Respectfully submitted,

/s/ *Matthew R. McCarley*
**FEARS NACHAWATI, PLLC**
Matthew R. McCarley, #24041426
Tarek A. Abbassi, #24096225
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
mccarley@fnlawfirm.com
tabbassi@fnlawfirm.com
jlong@fnlawfirm.com
Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Jason S. Long*