UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. KURT D. ENGELHARDT |
| Tina J. Stewart,    Plaintiff, vs. Sandoz, Inc..    Defendant. Civil Case No.: 2:17-cv-10836 | : : : : : : : : : : : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the Defendant; Sandoz, Inc. in the above reference matter. Each party to bear their own costs.

This the 18th day of May, 2020.

Whitfield Bryson & Mason LLP

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. Bar No. 15781
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 18th day of May, 2020.

        WHITFIELD BRYSON & MASON LLP

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. State Bar No.: 15781
        J. Hunter Bryson
        N.C. State Bar No.: 50602
        PO Box 12638
        Raleigh, NC 27605
        Phone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@wbmllp.com
        Email: hunter@wbmllp.com

        *Attorneys for Plaintiff*