MINUTE ENTRY
MILAZZO, J.
May 18, 2020

JS-10:01:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 <br> SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On May 18, 2020, the Court held a show cause hearing. Certain participants appeared via video: Claire E. Berg, Palmer Lambert, Dawn Barrios, Kelly Brilleaux, Julie Callsen, and Nicholas Insogna. Christopher Elliott and Kelly Bieri appeared via telephone.

Court Reporter:   Nichelle Drake

Law Clerk:   Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Declarations List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 19-13668   Eveline Armstrong (duplicate case 17-14198 remains pending)

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**