May 18, 2020
Non Compliance Declarations List

**EXHIBIT A**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Dagostaro | Karen | 2:19-cv-13489 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/15/2020 | 10423 |
| 2 | Francisco | Kimberly | 2:19-cv-12960 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/15/2020 | 10425 |
| 3 | Strickland | Tamra | 2:18-cv-12288 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/15/2020 | 10429 |