May 18, 2020
Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Demetro | Christina | 2:19-cv-12541 | PFS Not Substantially Complete; No PTO 71A | sanofi | Bachus & Schanker, LLC | 5/17/2020 | 10435 |
| 2 | Esterly | Ruth | 2:19-cv-13985 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/15/2020 | 10424 |
| 3 | Leduke | Sandra | 2:19-cv-12336 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/15/2020 | 10426 |
| 4 | Rose | Paulette | 2:19-cv-12533 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/15/2020 | 10427 |
| 5 | Sapini | Marie | 2:19-cv-14363 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/15/2020 | 10428 |
| 6 | Webber | Monique | 2:19-cv-14164 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/15/2020 | 10430 |