# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | Civil Action No.: 2:18-cv-00845 |
| THIS DOCUMENT RELATES TO:<br>Sherri Welch v Sanofi US Services, Inc., et al. | |

## PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Sherri Welch, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), and hereby moves for leave to file her First Amended Short Form Complaint, attached hereto as Exhibit A.

Plaintiff contacted Defendants' counsel and understand that Sagent Pharmaceuticals, Inc. intends to enter a special appearance to oppose this motion.

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. The interests of fairness, equity and justice support allowing the above referenced Plaintiff leave to amend her pleadings to conform current information regarding her product ID.

Plaintiff has diligently endeavored to identify the manufacturers of the docetaxel she was administered in 2015 and 2016. She initially filed her complaint against Sanofi, Sandoz, Accord, Hospira, Sun, McKesson, Pfizer, and Actavis entities but later dismissed all but the Accord and

Actavis entities. Based on information provided by counsel for Actavis and Sagent Pharmaceuticals, Inc., the non-Accord docetaxel administered to Plaintiff was manufactured by Actavis, but pursuant to a sales and marketing agreement between Actavis and Sagent Pharmaceuticals, Inc. Actavis and Sagent, represented by the same counsel in this multidistrict litigation, have been on notice of Ms. Welch's claims since service on Actavis was completed on March 9, 2018 and on notice of the NDC codes of her docetaxel since CMO 12 documentation was uploaded on her behalf on January 22, 2019.

When the Second Amended Master Long Form Complaint was filed, the PSC and counsel for Defendants agreed to a streamlined procedure for service but also agreed that amendment of the form of the exemplar Short Form Complaint was not necessary. Despite being asked by the PSC on multiple occasions, Counsel for defendants will not admit that Actavis is the actual manufacturer and the controller of the labeling language as NDA holder for the products bearing the Sagent NDC codes. And Plaintiffs in this MDL have to-date been unable to pursue discovery against Sagent and Actavis to evaluate their relationship regarding the manufacturer of docetaxel. Therefore, without assurances that Actavis is responsible for the liabilities alleged herein by Ms. Welch, Plaintiff is forced to seek leave to add Sagent. Having long been on notice of Plaintiff's claims and NDC codes, Sagent will suffer no prejudice if Plaintiff's motion is granted.

Accordingly, Plaintiff requests that the Court grant her motion for leave to amend her short form complaints and enter the proposed pleading into the record into the record.

Respectfully submitted this 19th of May, 2020.

By:  /s/ Karen Barth Menzies
Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**

6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email:  kbm@classlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the CM/ECF participants to receive service in this MDL.

By: */s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com