UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:18-cv-00845 |
| THIS DOCUMENT RELATES TO:<br>Sherri Welch v Sanofi US Services, Inc., et al. | |

**NOTICE OF SUBMISSION OF PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Jane Triche Milazzo on June 10, 2020.

Respectfully submitted this 20th of May 2020.

By: */s/ Karen Barth Menzies*
Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com