UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:17-cv-12659 |
| THIS DOCUMENT RELATES TO:<br>Donna Santisi v Sanofi US Services, Inc., et al. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE AMENDED SHORT FORM COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint.

SO ORDERED this _____ day of _____ 2020.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge