UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Erica Dezaiffe v. Sanofi-Aventis U.S. LLC et al* | : | |
| Case No. 2:17-cv-11133 | : | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to Amend Complaint is hereby set for submission before District Judge Milazzo or Magistrate Judge North on June 10, 2020 at 9:30 a.m.

Dated: May 20, 2020                         Respectfully submitted,

                                            */s/ Jade M. Ruiz*
                                            Jade M. Ruiz
                                            Texas Bar No. 24077836
                                            **Johnson Law Group**
                                            2925 Richmond Ave., Ste. 1700
                                            Houston, TX 77098
                                            Tel: 713-626-9336
                                            Fax: 713-583-9460
                                            jader@johnsonlawgroup.com

                                            *Attorney for Plaintiff*