UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Brenda Weathers v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* | | |
| *Case No. 2:17-cv-12447* | | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Brenda Weathers, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Sandoz, Inc. was the manufacturer of the Taxotere/Docetaxel that she received.

Plaintiff therefore seeks leave of Court to amend her initial Short Form Complaint to add Sandoz, Inc. as Defendant and dismiss with prejudice, Hospira Inc., Hospira Worldwide LLC f/k/a Hospira Worldwide Inc. and Pfizer Inc.

Dated: May 20, 2020

Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460

jader@johnsonlawgroup.com
*Attorney for Plaintiff*