UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| *Tamisha Smiley v. Sanofi-Aventis U.S. LLC et al.* | : : | |
| *Case No. 2:17-cv-11129* | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Tamisha Smiley, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Sandoz, Inc. was the manufacturer of the Taxotere/Docetaxel that she received.

Plaintiff therefore seeks leave of Court to amend her initial Short Form Complaint to add Sandoz, Inc. as Defendant and dismiss with prejudice, Hospira Inc., Hospira Worldwide LLC f/k/a Hospira Worldwide Inc. and Pfizer Inc.

Dated: May 20, 2020                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jade M. Ruiz*
　　　　　　　　　　　　　　　　　　　　　　　　　　Jade M. Ruiz
　　　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24077836
　　　　　　　　　　　　　　　　　　　　　　　　　　**Johnson Law Group**
　　　　　　　　　　　　　　　　　　　　　　　　　　2925 Richmond Ave., Ste. 1700
　　　　　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: 713-626-9336
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 713-583-9460
　　　　　　　　　　　　　　　　　　　　　　　　　　jader@johnsonlawgroup.com

*Attorney for Plaintiff*