UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Tamisha Smiley v. Sanofi-Aventis U.S. LLC et al.* | : : | |
| Case No. 2:17-cv-11129 | : | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to Amend Complaint is hereby set for submission before District Judge Milazzo or Magistrate Judge North on June 10, 2020 at 9:30 a.m.

Dated: May 20, 2020

Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com

*Attorney for Plaintiff*