UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## CASE MANAGEMENT ORDER NO. 26

On February 20, 2020, the parties informed the Court as to their agreement that the following four cases be added to the trial pool for the fifth bellwether trial:

- Debbie Hubbard, 18-cv-10283
- Clare Guilbault, 16-cv-17061
- Audrey Plaisance, 18-cv-08086
- Lula Gavin, 18-cv-11232

New Orleans, Louisiana, this 26th day of May, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE