UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Catherine Miglas | Civil Action Nos. 2:20-CV-00867 |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 10432);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 20th day of May, 2020.

_____
HON. JANE TRICHE MILAZZO UNITED
STATES DISTRICT JUDGE