UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Sandi Echelle, 17-14548* *Natacha Joseph, 17-17947* *Deborah Salerno, 17-12441* *Lolita Vincent, 17-12931* *Judie Chance, 18-11087* | : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER

Before the Court are several Unopposed Motions for Leave to Amend (Docs. 10401, 10402, 10403, 10404, and 10434);

**IT IS ORDERED** that the Motions are **GRANTED**, and the Clerk's office is instructed to file the amended complaints attached to Plaintiff's Motions in the member cases.

New Orleans, Louisiana, this 20th day of May, 2020.

_____
U.S. District Court Judge