UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL 2740** |
| | **SEC. "H"(5)** |
| **THIS DOCUMENT RELATES TO:** June Phillips, No. 16-cv-15397 | **JUDGE MILAZZO** |

## JUDGMENT

Considering the arguments of counsel presented on March 11, 2020, the briefing submitted by counsel, and for reasons issued April 7, 2020 (Doc. 9887) and May 27, 2020 (Doc. 10465);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims of plaintiff June Phillips in the above-captioned matter are **DISMISSED WITH PREJUDICE.**

Signed in New Orleans, LA this 27th day of May, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE