UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Deborah Kowalsky*<br><br>*v.*<br><br>*Sanofi-Aventis U.S. LLC et al* | Civil Action No.: 2:19-cv-13040 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for

Plaintiff, Deborah Kowalsky

| | |
|---|---|
| Date: May 28, 2020 | */s/ Jade M. Ruiz*<br>Jade M. Ruiz<br>Texas Bar No. 24077836<br>Johnson Law Group<br>2925 Richmond Ave., Ste. 1700<br>Houston, TX 77098<br>Tel: 713-626-9336<br>Fax: 713-583-9460<br>jader@johnsonlawgroup.com |