UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Jolliffe v. Sanofi US Services Inc. et al*<br><br>Plaintiff Name: Diana Jolliffe<br>Civil Action No.: 2:19-cv-14232 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 28th day of May 2020                           Respectfully submitted,

                                                          /s/ *Matthew R. McCarley*
                                                          **FEARS NACHAWATI, PLLC**
                                                          Matthew R. McCarley, #24041426
                                                          Tarek A. Abbassi, #24096225
                                                          Jason S. Long #24098012
                                                          5473 Blair Road
                                                          Dallas, Texas 75231
                                                          Telephone: (214) 890-0711
                                                          Fax: (214) 890-0712
                                                          mccarley@fnlawfirm.com
                                                          tabbassi@fnlawfirm.com
                                                          jlong@fnlawfirm.com
                                                          Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                          /s/ *Jason S. Long*