UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |
| *Barbara Harris v. Sanofi-Aventis U.S. LLC et al.* | : : | |
| *Case No. 2:17-cv-13114* | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Barbara Harris, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., and Sagent Pharmaceuticals, Inc were the manufacturers of the Taxotere/Docetaxel that she received.

Plaintiff, therefore, seeks leave of Court to amend her initial Short Form Complaint to add Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., and Sagent Pharmaceuticals, Inc. as Defendants and to dismiss previously named Defendants, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc, Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira Inc., and Pfizer, Inc.

Dated: June 1, 2020               Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz

                Texas Bar No. 24077836
                **Johnson Law Group**
                2925 Richmond Ave., Ste. 1700
                Houston, TX 77098
                Tel: 713-626-9336
                Fax: 713-583-9460
                jader@johnsonlawgroup.com

                *Attorney for Plaintiff*