UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Cindy Barbiche v. Hospira, Inc. et al.* Case No. 2:17-cv-12311 | : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Cindy Barbiche, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Sandoz Inc, Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. were the manufacturers of the Taxotere/Docetaxel that she received.

Plaintiff, therefore, seeks leave of Court to amend her initial Short Form Complaint to add Sandoz Inc, Sanofi-Aventis U.S. LLC, and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. as Defendants and dismiss, with prejudice, Hospira Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Pfizer Inc.

Dated: June 1, 2020

Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700

Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com

*Attorney for Plaintiff*