PERTAIN TO : **Erica Dezaiffe aka Erica Zamarripa**

FROM : **Texas Oncology-San Antonio Northeast**
**2130 Northeast Loop 410, Suite 100**
**San Antonio, TX 78217**
**Medical**

DELIVER TO : **Chris Poole**
**Johnson Law Group**
**2925 Richmond Ave., Suite 1700**
**Houston, TX  77098**

Order No. **200828.1**

NOV. 1.2017  9:15PM   CANCER CARE                    NO. 884   P. 95/72

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044        OD

| | | |
|---|---|---|
| 1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☒ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☐ (ID#) | 1a. INSURED'S I.D. NUMBER  (For Program in Item 1)  HEB835356071 | |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial)  ZAMARRIPA, ERICA , A | 3. PATIENT'S BIRTH DATE  08 12 1981  SEX  M ☐ F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial)  ZAMARRIPA, ERICA , A |
| 5. PATIENT'S ADDRESS (No., Street)  9831 CAMINO VILLA | 6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street)  SAME |
| CITY  SAN ANTONIO  STATE  TX | 8. RESERVED FOR NUCC USE | CITY  STATE |
| ZIP CODE  782545691  TELEPHONE (Include Area Code)  (210) 845-3161 | | ZIP CODE  TELEPHONE (Include Area Code)  (   ) |
| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER  091043 |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  YES ☐ NO ☒ | a. INSURED'S DATE OF BIRTH  08 12 1981  SEX  M ☐ F ☒ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  YES ☐ NO ☒  PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?  YES ☐ NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐ NO ☒  If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE        DATE  12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| | | |
|---|---|---|
| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  12/26/2013  QUAL. 431 | 15. OTHER DATE  QUAL. 444  12/26/2013 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM        TO |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  DN GURWITZ,M.D. BRAD WARRE  17a.  17b. NPI 1689604852 | | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM        TO |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  YES ☐ NO ☒   $ CHARGES |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 9  A. 1749   B. V5811   C.    D.  E.    F.    G.    H.  I.    J.    K.    L. | | 22. RESUBMISSION CODE    ORIGINAL REF. NO.  23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N466758005003 | | | | GR.16 | | | | | | | |
| 1 | 01022014 | 01022014 | 11 | | J9171 | | AB | 8456 00 | 151 | | NPI | 1336155498 |
| 2 | 01022014 | 01022014 | 11 | | 96367 | | AB | 304 00 | 2 | | NPI | 1336155498 |
| 3 | 01022014 | 01022014 | 11 | | 96368 | | AB | 91 00 | 1 | | NPI | 1336155498 |
| 4 | 01022014 | 01022014 | 11 | | 96411 | | AB | 281 00 | 1 | | NPI | 1336155498 |
| 5 | 01022014 | 01022014 | 11 | | 96413 | | AB | 686 00 | 1 | | NPI | 1336155498 |
| 6 | 01022014 | 01022014 | 11 | | 96415 | | AB | 468 00 | 3 | | NPI | 1336155498 |

| | | |
|---|---|---|
| 25. FEDERAL TAX I.D. NUMBER  74-2782325  SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO.  0107282702 | 27. ACCEPT ASSIGNMENT?  YES ☒ NO ☐ |
| 28. TOTAL CHARGE  $ 10286.00 | 29. AMOUNT PAID  $ | 30. Rsvd for NUCC Use |
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS  (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  SIGNATURE ON FILE  SHARON T. WILKS, M.D  SIGNED  11/01/2017  DATE | 32. SERVICE FACILITY LOCATION INFORMATION  N.E.CANCER CENTER/SATBC  2130 N.E.LOOP 410  SAN ANTONIO, TX 782174660  a. 1942486964  b. | 33. BILLING PROVIDER INFO & PH #  210 424-1698  CANCER CARE NETWORK OF S.TX.,  P.O. BOX 911234  DALLAS, TX 753911234  a. 1225064503  b. |

NUCC Instruction Manual available at: www.nucc.org        PLEASE PRINT OR TYPE        APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:16PM    CANCER CARE                                        NO. 884    P. 36/72

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044          OD

| | | | | | | |
|---|---|---|---|---|---|---|
| □ PICA | | | | | | PICA □ |

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)
(Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) [X](ID#) (ID#) (ID#) | HEB835356071

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE  MM 08 DD 12 YY 1981  SEX M□ F[X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse □ Child □ Other □

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
SAN ANTONIO        STATE TX

8. RESERVED FOR NUCC USE

CITY                    STATE

ZIP CODE
782545691

TELEPHONE (Include Area Code)
(210) 845-3161

ZIP CODE

TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
□ YES [X] NO

a. INSURED'S DATE OF BIRTH  MM 08 DD 12 YY 1981  SEX M□ F[X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  PLACE (State)
□ YES [X] NO

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
□ YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
□ YES [X] NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE          DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM 12 DD 26 YY 2013  QUAL. 431

15. OTHER DATE  MM 12 DD 26 YY 2013  QUAL. 444

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D, BRAD WARRE

17a.
17b. NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
□ YES [X] NO      $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)     ICD Ind. 9

A. 1749  B. V5811  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE      ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | |
| 1 | 01 02 2014 | | | 01 02 2014 | | 11 | | 96417 | AB | 334 00 | 1 | | NPI | 1336155498 |
| 2 | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN [X]
74-2782325

26. PATIENT'S ACCOUNT NO.
0107282702

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES □ NO

28. TOTAL CHARGE
$ 334 00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017  DATE

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964  b.

33. BILLING PROVIDER INFO & PH # (210)424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603  b.

NUCC Instruction Manual available at: www.nucc.org          PLEASE PRINT OR TYPE          APPROVED OMB-0938-1197 FORM 1500 (02-12)

Dezaiffe, Erica - BMR - 000393

NOV. 1. 2017  3:16PM    CANCER CARE                                NO. 884    P. 37/72

[QR code]

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044
DALLAS, TX 75266-0044        OD

| CARRIER

PICA

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER
(Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) ☒ (ID#) (ID#) (ID#)

1a. INSURED'S I.D. NUMBER     (For Program in Item 1)
HEB835356071

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE          SEX
08 12 1981  M☐  F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
SAN ANTONIO

STATE
TX

8. RESERVED FOR NUCC USE

CITY

STATE

ZIP CODE
782545691

TELEPHONE (Include Area Code)
(210) 845-3161

ZIP CODE

TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH          SEX
08 12 1981  M☐  F☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☐ YES ☒ NO   PLACE (State) L____

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE          DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
12/26/2013  QUAL. 431

15. OTHER DATE
QUAL. 444   12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM          TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE

17a.
17b. NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM          TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 9
A. V662   B. 1749   C. _____   D. _____
E. _____   F. _____   G. _____   H. _____
I. _____   J. _____   K. _____   L. _____

22. RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | B. | C. | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. | F. | G. | H. | I. | J. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | To MM DD YY | | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID QUAL. | RENDERING PROVIDER ID. # |
| N455513019001 | | | | | | GR.006 | | | | | | | |
| 1 01032014 | | 01032014 | | 11 | | J2505 | | AB | 11064 00 | 1 | | NPI | 1336155498 |
| 2 01032014 | | 01032014 | | 11 | | 96372 | | AB | 93 00 | 1 | | NPI | 1336155498 |
| 3 | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
74-2782325  ☐ ☒

26. PATIENT'S ACCOUNT NO.
0107282702

27. ACCEPT ASSIGNMENT?
(For govt. claims, see back)
☒ YES ☐ NO

28. TOTAL CHARGE
$ 11157 00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017 DATE

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATRC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a.1942486964 b.

33. BILLING PROVIDER INFO & PH # (210)424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a.1225064603 b.

Dezaiffe, Erica - BMR - 000394

NOV. 1. 2017  3:17PM    CANCER CARE                                          NO. 884    P. 38/72

BCBS/PPO/HMO
P.O. BOX 660044

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DALLAS, TX 75266-0044          OD

PICA

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) [X] | (ID#) | (ID#) | (ID#) | HEB835356071 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE   MM 08 DD 12 YY 1981   SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
SAN ANTONIO      STATE TX

8. RESERVED FOR NUCC USE

CITY                    STATE

ZIP CODE
782545691

TELEPHONE (Include Area Code)
( 210 ) 845-3161

ZIP CODE            TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH   MM 08 DD 12 YY 1981   SEX M [ ] F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES [ ]  NO [X]   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [X]   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE       DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM 12 DD 26 YY 2013   QUAL. 431

15. OTHER DATE   MM DD YY
QUAL. 444   12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM             TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE

17a.
NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM             TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES [ ] NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   Relate A-L to service line below (24E)   ICD Ind. 9

A. 6269   B. 1749   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 010920 14 | 010920 14 | 11 | 85027 | | AB | 33 00 | 1 | | NPI | 1336155498 |
| 2 | 010920 14 | 010920 14 | 11 | 85007 | | AB | 21 00 | 1 | | NPI | 1336155498 |
| 3 | 010920 14 | 010920 14 | 11 | 36415 | | AB | 19 00 | 1 | | NPI | 1336155498 |
| 4 | 010920 14 | 010920 14 | 11 | 80053 | | B | 62 00 | 1 | | NPI | 1336155498 |
| 5 | 010920 14 | 010920 14 | 11 | 83615 | | B | 30 00 | 1 | | NPI | 1336155498 |
| 6 | 010920 14 | 010920 14 | 11 | 84550 | | B | 24 00 | 1 | | NPI | 1336155498 |

25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN [X]
74-2782325

26. PATIENT'S ACCOUNT NO.
0107282702

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO [ ]

28. TOTAL CHARGE
$ 189 00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
1942486964

33. BILLING PROVIDER INFO & PH # ( 210 ) 424-1698
CANCER CENTER NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
1225064603

NUCC Instruction Manual available at: www.nucc.org       PLEASE PRINT OR TYPE       APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:17PM  CANCER CARE                                                                 NO. 884   P. 39/72

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044        OD

| | PICA | | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|---|---|

**CARRIER**

1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☒ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☐ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)
HEB835356071

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE  08 12 1981  M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self☒ Spouse☐ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
SAN ANTONIO   STATE TX

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE
782545691

TELEPHONE (Include Area Code)
(210) 845-3161

ZIP CODE   TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH
08 12 1981  M☐ F☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☐ YES ☒ NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
12/26/2013  QUAL. 431

15. OTHER DATE
QUAL. 444  12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE   17a.
NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 9
A. 1749   B.   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 09 2014 01 09 2014 | 11 | | 99213 | | A | 148.00 | 1 | | NPI | 1336155498 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  74-2782325  SSN☐ EIN☒

26. PATIENT'S ACCOUNT NO.
0107282702

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE
$ 148.00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017  DATE

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964  b.

33. BILLING PROVIDER INFO & PH # 210 424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603  b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:18PM   CANCER CARE                                          NO. 884   P. 40/72

BCBS/PPO/HMO
P.O. BOX 660044

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DALLAS, TX 75266-0044          OD

| | |
|---|---|
| **CARRIER** | |

☐ PICA                                                                    PICA ☐

| 1. MEDICARE ☐ (Medicare#) MEDICAID ☐ (Medicaid#) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☒ (ID#) FECA BLK LUNG ☐ (ID#) OTHER ☐ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) HEB835356071 |
|---|---|
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ZAMARRIPA, ERICA , A | 3. PATIENT'S BIRTH DATE 08 12 1981 SEX M ☐ F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) ZAMARRIPA, ERICA , A |

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY  SAN ANTONIO  STATE TX

8. RESERVED FOR NUCC USE

CITY                    STATE

ZIP CODE 782545691  TELEPHONE (Include Area Code) ( 210 ) 845-3161

ZIP CODE          TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH 08 12 1981 SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☐ YES ☒ NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 12/26/2013 QUAL. 431 | 15. OTHER DATE QUAL. 444  MM 12 DD 26 YY 2013 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO |
|---|---|---|

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE

17a.
17b. NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
☐ YES ☒ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 9
A. 1749  B. 6269  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| # | 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01232014 01232014 | 11 | | 85025 | AB | 35.00 | 1 | | NPI | 1336155498 |
| 2 | 01232014 01232014 | 11 | | 36415 | AB | 19.00 | 1 | | NPI | 1336155498 |
| 3 | 01232014 01232014 | 11 | | 83615 | AB | 30.00 | 1 | | NPI | 1336155498 |
| 4 | 01232014 01232014 | 11 | | 84550 | AB | 24.00 | 1 | | NPI | 1336155498 |
| 5 | 01232014 01232014 | 11 | | 80053 | AB | 62.00 | 1 | | NPI | 1336155498 |
| 6 | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒ 74-2782325 | 26. PATIENT'S ACCOUNT NO. 0107282702 | 27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO | 28. TOTAL CHARGE $ 170.00 | 29. AMOUNT PAID $ | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017 DATE

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964  b.

33. BILLING PROVIDER INFO & PH # ( 210 )424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603  b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:18PM    CANCER CARE                                  NO. 884   P. 41/72

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044        OD

PICA

| | PICA |
|---|---|

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER — (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) [X] (ID#) (ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1)  HER835356071

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)  ZAMARRIPA, ERICA , A
3. PATIENT'S BIRTH DATE  08 12 1981  SEX M[ ] F[X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial)  ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)  9831 CAMINO VILLA
6. PATIENT RELATIONSHIP TO INSURED  Self[X] Spouse[ ] Child[ ] Other[ ]
7. INSURED'S ADDRESS (No., Street)  SAME

CITY  SAN ANTONIO   STATE  TX
8. RESERVED FOR NUCC USE
CITY      STATE

ZIP CODE  782545691   TELEPHONE (Include Area Code)  (210) 845-3161
ZIP CODE      TELEPHONE (Include Area Code)  ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER  091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous)  YES[ ] NO[X]
a. INSURED'S DATE OF BIRTH  08 12 1981  SEX M[ ] F[X]

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT?  YES[ ] NO[X]  PLACE (State)
b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT?  YES[ ] NO[X]
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. CLAIM CODES (Designated by NUCC)
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES[ ] NO[X]  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  12/26/2013  QUAL. 431
15. OTHER DATE  QUAL. 444  12/26/2013
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM     TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  DN GURWITZ,M.D. BRAD WARRE  17a.  17b. NPI 1689604852
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM     TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
20. OUTSIDE LAB?  YES[ ] NO[X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 9
A. 1749   B. V5811   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.
22. RESUBMISSION CODE      ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| N463323051610 GR.01 | | | | | | | | | | |
| 1 | 01 23 2014 01 23 2014 | 11 | J1100 | | AB | 5.00 | 5 | | NPI | 1336155498 |
| N400006394132 GR.115 | | | | | | | | | | |
| 2 | 01 23 2014 01 23 2014 | 11 | J1453 | | BA | 750.00 | 150 | | NPI | 1336155498 |
| N462856079701 GR.00025 | | | | | | | | | | |
| 3 | 01 23 2014 01 23 2014 | 11 | J2469 | | BA | 1030.00 | 10 | | NPI | 1336155498 |
| N400069303420 GR.269 | | | | | | | | | | |
| 4 | 01 23 2014 01 23 2014 | 11 | J9000 | | AB | 300.00 | 10 | | NPI | 1336155498 |
| N410019095601 GRI | | | | | | | | | | |
| 5 | 01 23 2014 01 23 2014 | 11 | J9070 | | AB | 1190.00 | 10 | | NPI | 1336155498 |
| N466758005003 GR.16 | | | | | | | | | | |
| 6 | 01 23 2014 01 23 2014 | 11 | J9171 | | AB | 8456.00 | 151 | | NPI | 1336155498 |

25. FEDERAL TAX I.D. NUMBER  74-2782325  SSN[ ] EIN[X]
26. PATIENT'S ACCOUNT NO.  0107282702
27. ACCEPT ASSIGNMENT? YES[X] NO[ ]
28. TOTAL CHARGE  $ 11731.00
29. AMOUNT PAID  $
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED SIGNATURE ON FILE  SHARON T. WILKS, M.D   DATE 11/01/2017
32. SERVICE FACILITY LOCATION INFORMATION  N.E.CANCER CENTER/SATBC  2130 N.E.LOOP 410  SAN ANTONIO, TX 782174660  1942486964
33. BILLING PROVIDER INFO & PH #  210 424-1698  CANCER CARE NETWORK OF S.TX.,  P.O. BOX 911234  DALLAS, TX 753911234  1225064603

NUCC Instruction Manual available at: www.nucc.org        PLEASE PRINT OR TYPE        APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:19PM  CANCER CARE  NO. 884  P. 42/72

BCBS/PPO/HMO
P.O. BOX 660044

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DALLAS, TX 75266-0044  OD

PICA | | | | | PICA

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) X | (ID#) | (ID#) | (ID#) | HEB835356071 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE  08 12 1981  SEX  M  F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY  SAN ANTONIO  STATE  TX

8. RESERVED FOR NUCC USE

CITY  STATE

ZIP CODE  782545691  TELEPHONE (Include Area Code)  (210) 845-3161

ZIP CODE  TELEPHONE (Include Area Code)  (  )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES  X NO

a. INSURED'S DATE OF BIRTH  08 12 1981  SEX  M  F X

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES  X NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  X NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  12/26/2013  QUAL. 431

15. OTHER DATE  QUAL. 444  MM DD YY  12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE  17a.  17b. NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  X NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 9

A. 1749  B. V5811  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 012320 14 | 012320 14 | 11 | 96367 | | AB | 304 00 | 2 | | NPI | 1336155498 |
| 2 | 012320 14 | 012320 14 | 11 | 96411 | | AB | 281 00 | 1 | | NPI | 1336155498 |
| 3 | 012320 14 | 012320 14 | 11 | 96417 | | AB | 334 00 | 1 | | NPI | 1336155498 |
| 4 | 012320 14 | 012320 14 | 11 | 96413 | | AB | 686 00 | 1 | | NPI | 1336155498 |
| 5 | 012320 14 | 012320 14 | 11 | 99213 | 25 | AB | 148 00 | 1 | | NPI | 1336155498 |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  74-2782325  SSN EIN X

26. PATIENT'S ACCOUNT NO.  0107282702

27. ACCEPT ASSIGNMENT?  X YES  NO

28. TOTAL CHARGE  $ 1753 00

29. AMOUNT PAID  $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED  11/01/2017

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATEC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964  b.

33. BILLING PROVIDER INFO & PH #  (210)424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603  b.

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:19PM   CANCER CARE                    NO. 884    P. 43/72

BCBS/PPO/HMO
P.O. BOX 660044

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DALLAS, TX 75266-0044          QD

CARRIER

☐ PICA                                                                    PICA ☐

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare#) | ☐ (Medicaid#) | ☐ (ID#/DoD#) | ☐ (Member ID#) | ☒ (ID#) | ☐ (ID#) | ☐ (ID#) | HEB835356071 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE   08 12 1981   SEX  M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED   Self☒ Spouse☐ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY  SAN ANTONIO          STATE  TX

8. RESERVED FOR NUCC USE

CITY                STATE

ZIP CODE  782545691   TELEPHONE (Include Area Code)  (210) 845-3161

ZIP CODE   TELEPHONE (Include Area Code)  (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   ☐YES ☒NO

a. INSURED'S DATE OF BIRTH   08 12 1981   SEX  M☐ F☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   ☐YES ☒NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   ☐YES ☒NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   ☐YES ☒NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  12/26/2013  QUAL. 431

15. OTHER DATE  QUAL. 444  MM DD YY  12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE   17a.   17b. NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   ☐YES ☒NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 9
A. V662   B. 1749   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| | | | | | | | | N455513019001 | GR.006 | | | | | | |
| 01 | 24 | 2014 | 01 | 24 | 2014 | 11 | | J2505 | | AB | 11064 00 | 1 | | NPI | 1336155498 |
| 01 | 24 | 2014 | 01 | 24 | 2014 | 11 | | 96372 | | AB | 93 00 | 1 | | NPI | 1336155498 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  74-2782325   SSN☐ EIN☒

26. PATIENT'S ACCOUNT NO.  0107282702

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒YES ☐NO

28. TOTAL CHARGE  $ 11157 00

29. AMOUNT PAID  $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017 DATE

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964 b.

33. BILLING PROVIDER INFO & PH #  (210)424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603 b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017 3:20PM    CANCER CARE                                    NO. 884    P. 44/72

Dezaiffe, Erica - BMR - 000401

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044    OD

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | | PICA

| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) [X] (ID#) (ID#) (ID#) | HEB835356071 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| ZAMARRIPA, ERICA , A | 08 12 1981 M [ ] F [X] | ZAMARRIPA, ERICA , A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 9831 CAMINO VILLA | Self [X] Spouse [ ] Child [ ] Other [ ] | SAME |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| SAN ANTONIO | TX | | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 782545691 | (210) 845-3161 | | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 091043 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | [ ] YES [X] NO | 08 12 1981 | M [ ] F [X] |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|
| | [ ] YES [X] NO | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | [ ] YES [X] NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | [ ] YES [X] NO  If yes, complete items 9, 9a, and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) | 15. OTHER DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 12/26/2013 QUAL. 431 | QUAL. 444  12/26/2013 | FROM ____ TO ____ |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| DN GURWITZ,M.D. BRAD WARRE | 17b. NPI 1689604852 | FROM ____ TO ____ |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB?  [ ] YES [X] NO | $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)    ICD Ind. 9

A. 1749  B. ____  C. ____  D. ____
E. ____  F. ____  G. ____  H. ____
I. ____  J. ____  K. ____  L. ____

| 22. RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 29 2014 01 29 2014 | 11 | | 99212 | A | 88 00 | 1 | | NPI | 1336155498 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 74-2782325  [X] | 0107282702 | [X] YES [ ] NO | $ 88 00 | $ | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # (210) 424-1698 |
|---|---|---|
| SIGNATURE ON FILE | N.E.CANCER CENTER/SATBC | CANCER CARE NETWORK OF S.TX., |
| SHARON T. WILKS, M.D | 2130 N.E.LOOP 410 | P.O. BOX 911234 |
| SIGNED 11/01/2017 | SAN ANTONIO, TX 782174660 | DALLAS, TX 753911234 |
| | a. 1942486964  b. | a. 1225064603  b. |

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:20PM    CANCER CARE                                      NO. 884   P. 45/72

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044
DALLAS, TX 75266-0044          OD

| | |
|---|---|
| **PICA** | **PICA** |

1. MEDICARE ☐  MEDICAID ☐  TRICARE ☐  CHAMPVA ☐  GROUP HEALTH PLAN ☐  FECA BLK LUNG ☐  OTHER ☒
(Medicare#)(Medicaid#)(ID#/DoD#)(Member ID#)(ID#)(ID#)(ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
HEB835356071

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE  08 12 1981  SEX M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self☒ Spouse☐ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY: SAN ANTONIO   STATE: TX

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE: 782545691   TELEPHONE (Include Area Code): (210) 845-3161

ZIP CODE   TELEPHONE (Include Area Code): (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES☐ NO☒

a. INSURED'S DATE OF BIRTH  08 12 1981  SEX M☐ F☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES☐ NO☒  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES☐ NO☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES☐ NO☒  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 12/26/2013  QUAL. 431

15. OTHER DATE QUAL. 444  12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE

17a.   17b. NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES☐ NO☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 9
A. 1749   B.   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 021320140213201 4 | 11 | | 85027 | | A | 33 00 | 1 | | NPI | 1336155498 |
| 2 | 021320140213201 4 | 11 | | 85007 | | A | 21 00 | 1 | | NPI | 1336155498 |
| 3 | 021320140213201 4 | 11 | | 36415 | | A | 19 00 | 1 | | NPI | 1336155498 |
| 4 | 021320140213201 4 | 11 | | 83615 | | A | 30 00 | 1 | | NPI | 1336155498 |
| 5 | 021320140213201 4 | 11 | | 84550 | | A | 24 00 | 1 | | NPI | 1336155498 |
| 6 | 021320140213201 4 | 11 | | 80053 | | A | 62 00 | 1 | | NPI | 1336155498 |

25. FEDERAL TAX I.D. NUMBER  74-2782325  SSN☐ EIN☒

26. PATIENT'S ACCOUNT NO.  0107282702

27. ACCEPT ASSIGNMENT? YES☒ NO☐

28. TOTAL CHARGE  $ 189 00

29. AMOUNT PAID  $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
SIGNATURE ON FILE
SHARON T. WILKS, M.D.
SIGNED 11/01/2017

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964   b.

33. BILLING PROVIDER INFO & PH # 210 424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:20PM    CANCER CARE                                      NO. 884    P. 46/72

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044          OD

CARRIER

| | PICA | | | | | | PICA | |

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☒ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☐ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
HEB835356071

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE  MM 08  DD 12  YY 1981   SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
SAN ANTONIO       STATE TX

8. RESERVED FOR NUCC USE

CITY                STATE

ZIP CODE
782545691

TELEPHONE (Include Area Code)
(210) 845-3161

ZIP CODE

TELEPHONE (Include Area Code)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH  MM 08  DD 12  YY 1981    SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☐ NO ☒  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐ NO ☒  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE       DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM 12  DD 26  YY 2013   QUAL. 431

15. OTHER DATE  QUAL. 444   MM 12  DD 26  YY 2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM         TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE

17a.
17b. NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM         TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐ NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 9

A. 1749   B. V5811   C. ____   D. ____
E. ____   F. ____   G. ____   H. ____
I. ____   J. ____   K. ____   L. ____

22. RESUBMISSION CODE         ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N463323051610 |  |  |  | GR.01 |  |  |  |  |  |  |  |
| 1 | 02132014 | 02132014 | 11 | J1100 |  | AB | 5 00 | 5 |  | NPI | 1336155498 |
| N400006394132 |  |  |  | GR.115 |  |  |  |  |  |  |  |
| 2 | 02132014 | 02132014 | 11 | J1453 |  | BA | 750 00 | 150 |  | NPI | 1336155498 |
| N462856079701 |  |  |  | GR.00025 |  |  |  |  |  |  |  |
| 3 | 02132014 | 02132014 | 11 | J2469 |  | BA | 1030 00 | 10 |  | NPI | 1336155498 |
| N400069303420 |  |  |  | GR.2 |  |  |  |  |  |  |  |
| 4 | 02132014 | 02132014 | 11 | J9000 |  | AB | 300 00 | 10 |  | NPI | 1336155498 |
| N410019095601 |  |  |  | GR1 |  |  |  |  |  |  |  |
| 5 | 02132014 | 02132014 | 11 | J9070 |  | AB | 1980 00 | 10 |  | NPI | 1336155498 |
| N466758005003 |  |  |  | GR.16 |  |  |  |  |  |  |  |
| 6 | 02132014 | 02132014 | 11 | J9171 |  | AB | 8456 00 | 151 |  | NPI | 1336155498 |

25. FEDERAL TAX I.D. NUMBER    SSN ☐ EIN ☒
74-2782325

26. PATIENT'S ACCOUNT NO.
0107282702

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☒ NO ☐

28. TOTAL CHARGE
$ 12521 00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED  11/01/2017  DATE

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964   b.

33. BILLING PROVIDER INFO & PH # (210)424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603   b.

NUCC Instruction Manual available at: www.nucc.org     PLEASE PRINT OR TYPE     APPROVED OMB-0938-1197 FORM 1500 (02-12)

Dezaiffe, Erica - BMR - 000403

NOV. 1. 2017  3:21PM   CANCER CARE                                    NO. 884   P. 47/72

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044          OD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PICA | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) X | (ID#) | (ID#) | HEB835356071 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE  SEX
08 12 1981  M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
SAN ANTONIO

STATE
TX

8. RESERVED FOR NUCC USE

CITY

STATE

ZIP CODE
782545691

TELEPHONE (Include Area Code)
(210) 845-3161

ZIP CODE

TELEPHONE (Include Area Code)
(   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  SEX
08 12 1981  M☐ F☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☐ YES  ☒ NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE          DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
12/26/2013  QUAL. 431

15. OTHER DATE
QUAL. 444  12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM        TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE

17a.
17b. NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?
☐ YES  ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 9

22. RESUBMISSION CODE          ORIGINAL REF. NO.

A. 1749        B. V5811        C.        D.
E.        F.        G.        H.
I.        J.        K.        L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| 1 | 02 13 2014 | 02 13 2014 | 11 | | 96367 | | AB | 304 00 | 2 | | NPI | 1336155498 |
| 2 | 02 13 2014 | 02 13 2014 | 11 | | 96411 | | AB | 281 00 | 1 | | NPI | 1336155498 |
| 3 | 02 13 2014 | 02 13 2014 | 11 | | 96413 | | AB | 686 00 | 1 | | NPI | 1336155498 |
| 4 | 02 13 2014 | 02 13 2014 | 11 | | 96417 | | AB | 334 00 | 1 | | NPI | 1336155498 |
| 5 | 02 13 2014 | 02 13 2014 | 11 | | 99214 | 25 | AB | 224 00 | 1 | | NPI | 1336155498 |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER
74-2782325  SSN☐ EIN☒

26. PATIENT'S ACCOUNT NO.
0107282702

27. ACCEPT ASSIGNMENT?
☒ YES  ☐ NO

28. TOTAL CHARGE
$ 1829 00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017  DATE

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATEC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964  b.

33. BILLING PROVIDER INFO & PH # 210 424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1250064603  b.

NUCC Instruction Manual available at: www.nucc.org          PLEASE PRINT OR TYPE          APPROVED OMB-0938-1197 FORM 1500 (02-12)

Dezaiffe, Erica - BMR - 000404

NOV. 1. 2017  3:21PM    CANCER CARE                                    NO. 884   P. 48/72

[QR code]

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044          OD

| | |
|---|---|
| 1a. INSURED'S I.D. NUMBER | HEB835356071 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE: 08 12 1981  SEX: F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

7. INSURED'S ADDRESS (No., Street)
SAME

CITY: SAN ANTONIO   STATE: TX

ZIP CODE: 782545691   TELEPHONE (Include Area Code): (210) 845-3161

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH: 08 12 1981  SEX: F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES [ ] NO [X]  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [ ] NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED SIGNATURE ON FILE   DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 12/26/2013  QUAL. 431

15. OTHER DATE: QUAL. 444  12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE   17a.   NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES [ ] NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  ICD Ind. 9
A. V662  B. 1749  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N455513019001 | | | | GR.006 | | | | | | | |
| 1 | 02142014 02142014 | 11 | | J2505 | | AB | 11064.00 | 1 | | NPI | 1336155498 |
| 2 | 02142014 02142014 | 11 | | 96372 | | AB | 93.00 | 1 | | NPI | 1336155498 |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 74-2782325  SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: 0107282702

27. ACCEPT ASSIGNMENT?  YES [X] NO [ ]

28. TOTAL CHARGE: $ 11157.00

29. AMOUNT PAID: $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATRC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
1942486964

33. BILLING PROVIDER INFO & PH # (210) 424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
1225064603

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)



NOV. 1. 2017 3:22PM   CANCER CARE   NO. 884   P. 49/72

BCBS/PPO/HMO
P.O. BOX 660044
DALLAS, TX 75266-0044   OD

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | PICA |
|---|---|---|

1. MEDICARE ☐ (Medicare#)   MEDICAID ☐ (Medicaid#)   TRICARE ☐ (ID#/DoD#)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☒ (ID#)   FECA BLK LUNG ☐ (ID#)   OTHER ☐ (ID#)   1a. INSURED'S I.D. NUMBER (For Program in Item 1) HEB835356071

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE 08 12 1981  SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED  Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
SAN ANTONIO   STATE TX

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE 782545691   TELEPHONE (Include Area Code) (210) 845-3161

ZIP CODE   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH 08 12 1981  SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☐  NO ☒  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☒  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 12/26/2013  QUAL. 431

15. OTHER DATE QUAL. 444  MM DD YY 12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN GURWITZ,M.D. BRAD WARRE   17a.  17b. NPI 1689604852

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 9
A. 1749   B.   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0304 2014 0304 2014 | 11 | 99212 | | A | 88 00 | 1 | | NPI | 1336155498 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 74-2782325   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO. 0107282702

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒  NO ☐

28. TOTAL CHARGE $ 88 00

29. AMOUNT PAID $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017  DATE

32. SERVICE FACILITY LOCATION INFORMATION
N.E. CANCER CENTER/SATEC
2130 N.E. LOOP 410
SAN ANTONIO, TX 782174660
1942486964

33. BILLING PROVIDER INFO & PH # (210) 424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
1225064603

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

Dezaiffe, Erica - BMR - 000406

NOV. 1. 2017 3:22PM    CANCER CARE                                                            NO. 884    P. 50/72

**CARRIER**

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044          OD

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | |
|---|---|
| PICA | PICA |

| 1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP HEALTH PLAN FECA BLK LUNG OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) [X] (ID#) (ID#) (ID#) | HEB835356071 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| ZAMARRIPA, ERICA , A | 08 12 1981 M☐ F[X] | ZAMARRIPA, ERICA , A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 9831 CAMINO VILLA | Self[X] Spouse☐ Child☐ Other☐ | SAME |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| SAN ANTONIO | TX | | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 782545691 | (210) 845-3161 | | | ( ) |

**PATIENT AND INSURED INFORMATION**

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 091043 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐YES [X]NO | a. INSURED'S DATE OF BIRTH MM DD YY / SEX |
|---|---|---|
| | | 08 12 1981 M☐ F[X] |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? PLACE (State) ☐YES [X]NO | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? ☐YES [X]NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐YES [X]NO If yes, complete items 9, 9a, and 9d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE          DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY | 15. OTHER DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY |
|---|---|---|
| 12/26/2013 QUAL. 431 | QUAL. 444 12/26/2013 | FROM TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| DN WILKS M.D., SHARON T. | 17b. NPI 1336155498 | FROM TO |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? ☐YES [X]NO $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 9 | 22. RESUBMISSION CODE ORIGINAL REF. NO. |
|---|---|
| A. 1749   B.   C.   D. | |
| E.   F.   G.   H. | 23. PRIOR AUTHORIZATION NUMBER |
| I.   J.   K.   L. | |

**PHYSICIAN OR SUPPLIER INFORMATION**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03042014 03042014 | 11 | | 85027 | | A | 33.00 | 1 | | NPI | 1336155498 |
| 2 | 03042014 03042014 | 11 | | 85007 | | A | 21.00 | 1 | | NPI | 1336155498 |
| 3 | 03042014 03042014 | 11 | | 36415 | | A | 19.00 | 1 | | NPI | 1336155498 |
| 4 | 03042014 03042014 | 11 | | 80053 | | A | 62.00 | 1 | | NPI | 1336155498 |
| 5 | 03042014 03042014 | 11 | | 83615 | | A | 30.00 | 1 | | NPI | 1336155498 |
| 6 | 03042014 03042014 | 11 | | 84550 | | A | 24.00 | 1 | | NPI | 1336155498 |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 74-2782325 [X] | 0107282702 | [X]YES ☐NO | $ 189.00 | $ | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # (210)424-1698 |
|---|---|---|
| SIGNATURE ON FILE | N.E.CANCER CENTER/SATBC | CANCER CARE NETWORK OF S.TX., |
| SHARON T. WILKS, M.D | 2130 N.E.LOOP 410 | P.O. BOX 911234 |
| SIGNED 11/01/2017 | SAN ANTONIO, TX 782174660 | DALLAS, TX 753911234 |
| | a. 1942486964 b. | a. 1225064603 b. |

NUCC Instruction Manual available at: www.nucc.org          PLEASE PRINT OR TYPE          APPROVED OMB-0938-1197 FORM 1500 (02-12)



NOV. 1. 2017 3:23PM   CANCER CARE                    NO. 884   P. 51/72

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044   OD

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) ☒ | (ID#) | (ID#) | (ID#) | HEB835356071 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**ZAMARRIPA, ERICA , A**

3. PATIENT'S BIRTH DATE   08 12 1981   SEX M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**ZAMARRIPA, ERICA , A**

5. PATIENT'S ADDRESS (No., Street)
**9831 CAMINO VILLA**

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
**SAME**

CITY **SAN ANTONIO**   STATE **TX**

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE **782545691**   TELEPHONE (Include Area Code) **(210) 845-3161**

ZIP CODE   TELEPHONE (Include Area Code) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**091043**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH   08 12 1981   SEX M☐ F☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   YES ☐ NO ☒   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐ NO ☒   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **12/26/2013**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
**12/26/2013** QUAL. **431**

15. OTHER DATE QUAL. **444**   **12/26/2013**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
**DN WILKS M.D., SHARON T.**
17a.
17b. NPI **1336155498**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES ☐ NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. **9**

A. **1743**   B.   C.   D.

E.   F.   G.   H.

I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 1 | 03 04 2014 | | 03 04 2014 | | 11 | | 99245 | | A | 525 00 | 1 | | NPI | 1366424335 |
| 2 | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
**74-2782325**

26. PATIENT'S ACCOUNT NO.
**0107282702**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒ NO ☐

28. TOTAL CHARGE   $ **525 00**

29. AMOUNT PAID   $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**SIGNATURE ON FILE**
**MICHAEL J.GAGNON, M.** SIGNED
**11/01/2017** DATE

32. SERVICE FACILITY LOCATION INFORMATION
**N.E.CANCER CTR./RADIOLOGY**
**2130 N.E.LOOP 410**
**SAN ANTONIO, TX 782174660**
a. **1972762284** b.

33. BILLING PROVIDER INFO & PH # **(210) 424-1698**
**CANCER CARE NETWORK OF S.TX.,**
**P.O. BOX 911234**
**DALLAS, TX 753911234**
a. **1225064603** b.

Dezaiffe, Erica - BMR - 000408

NOV. 1. 2017  3:23PM  CANCER CARE                    NO. 884   P. 52/72

BCBS/PPO/HMO
P.O. BOX 660044

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12        DALLAS, TX 75266-0044        QD

| | PICA | | | | | | PICA | |

**1. MEDICARE    MEDICAID    TRICARE    CHAMPVA    GROUP HEALTH PLAN    FECA BLK LUNG    OTHER**
(Medicare#)  (Medicaid#)  (ID#/DoD#)  (Member ID#) [X]  (ID#)  (ID#)  (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
HEB835356071

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

**3. PATIENT'S BIRTH DATE**  SEX
08 12 1981  M [ ]  F [X]

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

**5. PATIENT'S ADDRESS** (No., Street)
9831 CAMINO VILLA

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

**7. INSURED'S ADDRESS** (No., Street)
SAME

**CITY**  SAN ANTONIO  **STATE** TX

**8. RESERVED FOR NUCC USE**

**CITY**  **STATE**

**ZIP CODE** 782545691  **TELEPHONE** (Include Area Code) (210) 845-3161

**ZIP CODE**  **TELEPHONE** (Include Area Code) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
091043

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)
[ ] YES  [X] NO

**a. INSURED'S DATE OF BIRTH**  SEX
08 12 1981  M [ ]  F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**  PLACE (State)
[ ] YES  [X] NO

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**
[ ] YES  [X] NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
[ ] YES  [X] NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE        DATE 12/26/2013

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**
12/26/2013  QUAL. 431

**15. OTHER DATE**
QUAL. 444  12/26/2013

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM  TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN WILKS M.D., SHARON T.
17a.
17b. NPI 1336155498

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM  TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?**  $ CHARGES
[ ] YES  [X] NO

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 9

A. V5811  B. 1749  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| N400006394132 | | | GR.115 | | | | | | |
| 03062014 03062014 | 11 | | J1453 | AB | 750 00 | 150 | | NPI | 1336155498 |
| N462856079701 | | | GR.00025 | | | | | | |
| 03062014 03062014 | 11 | | J2469 | AB | 1030 00 | 10 | | NPI | 1336155498 |
| N400069303420 | | | GR.2 | | | | | | |
| 03062014 03062014 | 11 | | J9000 | BA | 300 00 | 10 | | NPI | 1336155498 |
| N410019095601 | | | GR1 | | | | | | |
| 03062014 03062014 | 11 | | J9070 | BA | 1980 00 | 10 | | NPI | 1336155498 |
| N466758005003 | | | GR.16 | | | | | | |
| 03062014 03062014 | 11 | | J9171 | BA | 8456 00 | 151 | | NPI | 1336155498 |
| 03062014 03062014 | 11 | | 96367 | BA | 304 00 | 2 | | NPI | 1336155498 |

**25. FEDERAL TAX I.D. NUMBER**  SSN EIN
74-2782325  [X]

**26. PATIENT'S ACCOUNT NO.**
0107282702

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
[X] YES  [ ] NO

**28. TOTAL CHARGE**
$ 12820 00

**29. AMOUNT PAID**
$

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017

**32. SERVICE FACILITY LOCATION INFORMATION**
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964  b.

**33. BILLING PROVIDER INFO & PH #** (210) 424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603  b.

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

Dezaiffe, Erica - BMR - 000409

NOV. 1.2017  3:24PM   CANCER CARE                                      NO. 884   P. 53/72



BCBS/PPO/HMO
P.O. BOX 660044

**HEALTH INSURANCE CLAIM FORM**

DALLAS, TX 75266-0044          OD

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | | PICA |

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☒ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☐ (ID#)     1a. INSURED'S I.D. NUMBER (For Program in Item 1) **HER835356071**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) **ZAMARRIPA, ERICA , A**
3. PATIENT'S BIRTH DATE **08 12 1981** SEX M☐ F☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial) **ZAMARRIPA, ERICA , A**

5. PATIENT'S ADDRESS (No., Street) **9831 CAMINO VILLA**
6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐
7. INSURED'S ADDRESS (No., Street) **SAME**

CITY **SAN ANTONIO**  STATE **TX**
8. RESERVED FOR NUCC USE
CITY                                    STATE

ZIP CODE **782545691**  TELEPHONE (Include Area Code) **(210) 845-3161**
ZIP CODE          TELEPHONE (Include Area Code) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER **091043**

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous)  ☐ YES ☒ NO
a. INSURED'S DATE OF BIRTH **08 12 1981** SEX M☐ F☒

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT?  ☐ YES ☒ NO  PLACE (State)
b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT?  ☐ YES ☒ NO
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. CLAIM CODES (Designated by NUCC)
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE**  DATE **12/26/2013**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) **12/26/2013** QUAL. **431**
15. OTHER DATE QUAL. **444** **12/26/2013**
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM        TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE **DN WILKS M.D., SHARON T.**  17a.   17b. NPI **1336155498**
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM        TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. **9**
A. **1749**  B. **V5811**  C.   D.
E.   F.   G.   H.
I.   J.   K.   L.
22. RESUBMISSION CODE        ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 030620140306 2014 | 11 | | 96411 | | AB | 281.00 | 1 | | NPI | 1336155498 |
| 2 | 030620140306 2014 | 11 | | 96413 | | AB | 686.00 | 1 | | NPI | 1336155498 |
| 3 | 030620140306 2014 | 11 | | 96417 | | AB | 334.00 | 1 | | NPI | 1336155498 |
| 4 | 030620140306 2014 | 11 | | 99212 | 25 | AB | 88.00 | 1 | | NPI | 1336155498 |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER **74-2782325** SSN ☐ EIN ☒
26. PATIENT'S ACCOUNT NO. **0107282702**
27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO
28. TOTAL CHARGE $ **1389.00**
29. AMOUNT PAID $
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**SIGNATURE ON FILE**
**SHARON T. WILKS, M.D**
SIGNED   DATE **11/01/2017**

32. SERVICE FACILITY LOCATION INFORMATION **N.E.CANCER CENTER/SATBC 2130 N.E.LOOP 410 SAN ANTONIO, TX 782174660**
L**942486964**

33. BILLING PROVIDER INFO & PH # **210 424-1698**
**CANCER CARE NETWORK OF S.TX., P.O. BOX 911234 DALLAS, TX 753911234**
L**1225064603**

NUCC Instruction Manual available at: www.nucc.org     PLEASE PRINT OR TYPE     APPROVED OMB-0938-1197 FORM 1500 (02-12)

Dezaiffe, Erica - BMR - 000410

NOV. 1. 2017  3:24PM    CANCER CARE                                   NO. 884    P. 54/72

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044                    OD

☐ PICA                                                                    PICA ☐

| | |
|---|---|
| 1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☒ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☐ (ID#) | 1a. INSURED'S I.D. NUMBER  (For Program in Item 1)  HEB835356071 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE   SEX
08 12 1981  M☐  F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self☒  Spouse☐  Child☐  Other☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY   SAN ANTONIO                STATE  TX
8. RESERVED FOR NUCC USE

CITY                              STATE

ZIP CODE   782545691   TELEPHONE (Include Area Code) ( 210 ) 845-3161

ZIP CODE        TELEPHONE (Include Area Code)  (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES☐  NO☒

a. INSURED'S DATE OF BIRTH   SEX
08 12 1981   M☐  F☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   PLACE (State)
YES☐  NO☒

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES☐  NO☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES☐  NO☒  If yes, complete items 9, 9a, and 9d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE  12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
12/26/2013  QUAL. 431

15. OTHER DATE  QUAL. 444  12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM        TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN WILKS M.D., SHARON T.
17a.
17b. NPI 1336155498

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM        TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   $ CHARGES
YES☐  NO☒

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 9
A. V662   B. 1749   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| N455513019001 | | | | | | | | | | |
| 1 | 03072014 03072014 | 11 | | GR.006  J2505 | | AB | 11496 00 | 1 | | NPI | 1336155498 |
| 2 | 03072014 03072014 | 11 | | 96372 | | AB | 93 00 | 1 | | NPI | 1336155498 |
| 3 | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN☐ EIN☒
74-2782325

26. PATIENT'S ACCOUNT NO.
0107282702

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES☒  NO☐

28. TOTAL CHARGE
$ 11589 00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED  11/01/2017

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964   b.

33. BILLING PROVIDER INFO & PH # ( 210 )424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603   b.

NUCC Instruction Manual available at: www.nucc.org          PLEASE PRINT OR TYPE          APPROVED OMB-0938-1197 FORM 1500 (02-12)

Dezaiffe, Erica - BMR - 000411

NOV. 1. 2017 3:25PM   CANCER CARE                                    NO. 884   P. 55/72

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044        OD

| □ PICA | | | | | | | | | | | PICA □ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. MEDICARE □ MEDICAID □ TRICARE □ CHAMPVA □ GROUP HEALTH PLAN □ FECA BLK LUNG □ OTHER ☒ | | | | | | 1a. INSURED'S I.D. NUMBER (For Program in item 1) HEB835356071 | | | | | |

**1.** MEDICARE (Medicare#)  MEDICAID (Medicaid#)  TRICARE (ID#/DoD#)  CHAMPVA (Member ID#)  GROUP HEALTH PLAN (ID#)  FECA BLK LUNG (ID#)  OTHER ☒ (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in item 1) HEB835356071

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) ZAMARRIPA, ERICA , A

**3. PATIENT'S BIRTH DATE** MM 08 DD 12 YY 1981   SEX M □ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial) ZAMARRIPA, ERICA , A

**5. PATIENT'S ADDRESS** (No., Street) 9831 CAMINO VILLA

**6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse □ Child □ Other □

**7. INSURED'S ADDRESS** (No., Street) SAME

**CITY** SAN ANTONIO   **STATE** TX

**8. RESERVED FOR NUCC USE**

**CITY**    **STATE**

**ZIP CODE** 782545691   **TELEPHONE** (Include Area Code) (210) 845-3161

**ZIP CODE**   **TELEPHONE** (Include Area Code) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER** 091043

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) □ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** MM 08 DD 12 YY 1981   SEX M □ F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** □ YES ☒ NO   PLACE (State)

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** □ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** □ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 12/26/2013

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 12/26/2013   QUAL. 431

**15. OTHER DATE** MM 12 DD 26 YY 2013   QUAL. 444

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE** DN WILKS M.D., SHARON T.   17a.   17b. NPI 1336155498

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM   TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** □ YES ☒ NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 9

A. 1749   B.   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 032720140327014 | 11 | 85027 | A | 33.00 | 1 | | NPI | 1336155498 |
| 2 | 032720140327014 | 11 | 85007 | A | 21.00 | 1 | | NPI | 1336155498 |
| 3 | 032720140327014 | 11 | 36415 | A | 19.00 | 1 | | NPI | 1336155498 |
| 4 | 032720140327014 | 11 | 80053 | A | 62.00 | 1 | | NPI | 1336155498 |
| 5 | 032720140327014 | 11 | 83615 | A | 30.00 | 1 | | NPI | 1336155498 |
| 6 | 032720140327014 | 11 | 84550 | A | 24.00 | 1 | | NPI | 1336155498 |

**25. FEDERAL TAX I.D. NUMBER** 74-2782325   SSN □ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 0107282702

**27. ACCEPT ASSIGNMENT?** For govt. claims, see back ☒ YES □ NO

**28. TOTAL CHARGE** $ 189.00

**29. AMOUNT PAID** $

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNATURE ON FILE
SHARON T. WILKS, M.D   11/01/2017   1942486964
SIGNED   DATE

**32. SERVICE FACILITY LOCATION INFORMATION** N.E.CANCER CENTER/SATBC 2130 N.E.LOOP 410 SAN ANTONIO, TX 782174660

**33. BILLING PROVIDER INFO & PH #** (210) 424-1698 CANCER CARE NETWORK OF S.TX,. P.O. BOX 911234 DALLAS, TX 753911234
1225064603

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

Dezaiffe, Erica - BMR - 000412

NOV. 1. 2017 3:25PM    CANCER CARE        NO. 884   P. 56/72

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044     OD

CARRIER

| | | | | |
|---|---|---|---|---|
| PICA | | | | PICA |

1. MEDICARE ☐ (Medicare#)   MEDICAID ☐ (Medicaid#)   TRICARE ☐ (ID#/DoD#)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☒ (ID#)   FECA BLK LUNG ☐ (ID#)   OTHER ☐ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
HEB835356071

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE
MM 08 DD 12 YY 1981   SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
SAN ANTONIO    STATE TX

8. RESERVED FOR NUCC USE

CITY       STATE

ZIP CODE
782545691

TELEPHONE (Include Area Code)
( 210 ) 845-3161

ZIP CODE     TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH
MM 08 DD 12 YY 1981   SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☐ YES ☒ NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described above.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM 12 DD 26 YY 2013 QUAL. 431

15. OTHER DATE
QUAL. 444   MM 12 DD 26 YY 2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN WILKS M.D., SHARON T.

17a.
17b. NPI 1336155498

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 9

A. 1749   B. V5811   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | A. DATE(S) OF SERVICE From To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 27 2014 03 27 2014 | 11 | | 99213 | 25 | A | 148 00 | 1 | | NPI | 1336155498 |
| 2 | 03 27 2014 03 27 2014 | 11 | | 96417 | | AB | 334 00 | 1 | | NPI | 1336155498 |
| 3 | 03 27 2014 03 27 2014 | 11 | | 96413 | | AB | 686 00 | 1 | | NPI | 1336155498 |
| 4 | 03 27 2014 03 27 2014 | 11 | | 96411 | | AB | 281 00 | 1 | | NPI | 1336155498 |
| 5 | 03 27 2014 03 27 2014 | 11 | | 96375 | 59 | AB | 105 00 | 1 | | NPI | 1336155498 |
| 6 | 03 27 2014 03 27 2014 | 11 | | 96367 | | AB | 304 00 | 2 | | NPI | 1336155498 |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
74-2782325

26. PATIENT'S ACCOUNT NO.
0107282702

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES ☐ NO

28. TOTAL CHARGE
$ 1858 00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017 DATE

32. SERVICE FACILITY LOCATION INFORMATION
N.E. CANCER CENTER/SATBC
2130 N.E. LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964 b.

33. BILLING PROVIDER INFO & PH # ( 210 ) 424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603 b.

PHYSICIAN OR SUPPLIER INFORMATION

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:26PM    CANCER CARE                                    NO. 884   P. 57/72

BCBS/PPO/HMO
P.O. BOX 660044

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DALLAS, TX 75266-0044          OD

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☒ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☐ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
**HEB835356071**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**ZAMARRIPA, ERICA , A**

3. PATIENT'S BIRTH DATE  08 12 1981  SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**ZAMARRIPA, ERICA , A**

5. PATIENT'S ADDRESS (No., Street)
**9831 CAMINO VILLA**

6. PATIENT RELATIONSHIP TO INSURED  Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
**SAME**

CITY
**SAN ANTONIO**

STATE **TX**

8. RESERVED FOR NUCC USE

CITY

STATE

ZIP CODE **782545691**
TELEPHONE (Include Area Code) **(210) 845-3161**

ZIP CODE
TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**091043**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  08 12 1981  SEX  M ☐  F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☐  NO ☒  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☒  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **12/26/2013**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  **12/26/2013**  QUAL. **431**

15. OTHER DATE  QUAL. **444**  **12/26/2013**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
**DN WILKS M.D., SHARON T.**
17a.
17b. NPI **1336155498**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. **9**

A. **1749**  B. **V5811**  C.  D.

E.  F.  G.  H.

I.  J.  K.  L.

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | | |
| N465758005003 | | | | | | | | GR.16 | | | | | | | | |
| 1 | 0327 | 2014 | 0327 | 2014 | 11 | | J9171 | | AB | 8456 | 00 | 151 | | NPI | 1336155498 |
| N410019095601 | | | | | | | | GR1 | | | | | | | | |
| 2 | 0327 | 2014 | 0327 | 2014 | 11 | | J9070 | | AB | 1980 | 00 | 10 | | NPI | 1336155498 |
| N400069303420 | | | | | | | | GR.2 | | | | | | | | |
| 3 | 0327 | 2014 | 0327 | 2014 | 11 | | J9000 | | AB | 300 | 00 | 10 | | NPI | 1336155498 |
| N462856079701 | | | | | | | | GR.00025 | | | | | | | | |
| 4 | 0327 | 2014 | 0327 | 2014 | 11 | | J2469 | | BA | 1030 | 00 | 10 | | NPI | 1336155498 |
| N400409677802 | | | | | | | | GR.002 | | | | | | | | |
| 5 | 0327 | 2014 | 0327 | 2014 | 11 | | J2060 | | AB | 3 | 00 | 1 | | NPI | 1336155498 |
| N400006394132 | | | | | | | | GR.115 | | | | | | | | |
| 6 | 0327 | 2014 | 0327 | 2014 | 11 | | J1453 | | AB | 750 | 00 | 150 | | NPI | 1336155498 |

25. FEDERAL TAX I.D. NUMBER  **74-2782325**  SSN ☐  EIN ☒

26. PATIENT'S ACCOUNT NO.  **0107282702**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☒  NO ☐

28. TOTAL CHARGE  $ **12519.00**

29. AMOUNT PAID  $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**SIGNATURE on file (SDL).**
**SHARON T. WILKS, M.D**
SIGNED **11/01/2017**

32. SERVICE FACILITY LOCATION INFORMATION
**N.E.CANCER CENTER/SATBC**
**2130 N.E.LOOP 410**
**SAN ANTONIO, TX 782174660**
a. **1942986964**  b.

33. BILLING PROVIDER INFO & PH # **210 424-1698**
**CANCER CARE NETWORK OF S.TX.,**
**P.O. BOX 911234**
**DALLAS, TX 753911234**
a. **1225064603**  b.

NUCC Instruction Manual available at: www.nucc.org     **PLEASE PRINT OR TYPE**     APPROVED OMB-0938-1197 FORM 1500 (02-12)

Dezaiffe, Erica - BMR - 000414

NOV. 1. 2017 3:26PM  CANCER CARE                                      NO. 884  P. 58/72

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044                OD

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | | | | |
|---|---|---|---|---|---|
| PICA | | | | | PICA |

1. MEDICARE (Medicare#)  MEDICAID (Medicaid#)  TRICARE (ID#/DoD#)  CHAMPVA (Member ID#)  GROUP HEALTH PLAN (ID#) [X]  FECA BLK LUNG (ID#)  OTHER (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)  **HEB835356071**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**ZAMARRIPA, ERICA , A**

3. PATIENT'S BIRTH DATE  MM **08** DD **12** YY **1981**  SEX M  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**ZAMARRIPA, ERICA , A**

5. PATIENT'S ADDRESS (No., Street)
**9831 CAMINO VILLA**

6. PATIENT RELATIONSHIP TO INSURED  Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**SAME**

CITY **SAN ANTONIO**  STATE **TX**

8. RESERVED FOR NUCC USE

CITY  STATE

ZIP CODE **782545691**  TELEPHONE (Include Area Code) **( 210 ) 845-3161**

ZIP CODE  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**091043**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES  [X] NO

a. INSURED'S DATE OF BIRTH  MM **08** DD **12** YY **1981**  SEX M  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES  [X] NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  [X] NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE **12/26/2013**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM **12** DD **26** YY **2013**  QUAL. **431**

15. OTHER DATE  QUAL. **444**  MM **12** DD **26** YY **2013**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
**DN WILKS M.D., SHARON T.**

17a.
17b. NPI **1336155498**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  [X] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. **9**

A. **1749**  B. **V5811**  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| | N46332305161 0 | | | | | | | GR.01 | | | | | | | |
| 1 | 0327 | 2014 | 0327 | 2014 | 11 | | J1100 | | AB | 5.00 | 5 | | NPI | 1336155498 | |
| 2 | | | | | | | | | | | | | NPI | | |
| 3 | | | | | | | | | | | | | NPI | | |
| 4 | | | | | | | | | | | | | NPI | | |
| 5 | | | | | | | | | | | | | NPI | | |
| 6 | | | | | | | | | | | | | NPI | | |

25. FEDERAL TAX I.D. NUMBER  **74-2782325**  SSN  EIN [X]

26. PATIENT'S ACCOUNT NO.  **0107282702**

27. ACCEPT ASSIGNMENT?  [X] YES  NO

28. TOTAL CHARGE  $ **5.00**

29. AMOUNT PAID  $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**SIGNATURE ON FILE**
**SHARON T. WILKS, M.D**
SIGNED  **11/01/2017**

32. SERVICE FACILITY LOCATION INFORMATION
**N.E.CANCER CENTER/SATBC**
**2130 N.E.LOOP 410**
**SAN ANTONIO, TX 782174660**
a. **1942486964**  b.

33. BILLING PROVIDER INFO & PH # **( 210 )424-1698**
**CANCER CARE NETWORK OF S.TX.,**
**P.O. BOX 911234**
**DALLAS, TX 753911234**
a. **1225064603**  b.

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

Dezaiffe, Erica - BMR - 000415

NOV. 1. 2017  3:27PM   CANCER CARE                                    NO. 884   P. 59/72

BCBS/PPO/HMO
P.O. BOX 660044

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

DALLAS, TX 75266-0044        OD

| | | |
|---|---|---|
| PICA | | PICA |

| 1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) (ID#) | HEB835356071 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE   SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| ZAMARRIPA, ERICA , A | 08 12 1981  M  F X | ZAMARRIPA, ERICA , A |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 9831 CAMINO VILLA | Self X  Spouse  Child  Other | SAME |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| SAN ANTONIO | TX | | | |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 782545691 | (210) 845-3161 | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 091043 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH   SEX |
|---|---|---|
| | YES  X NO | 08 12 1981  M  F X |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?   PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|
| | YES  X NO | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES  X NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES  X NO  If yes, complete items 9, 9a, and 9d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) | 15. OTHER DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 12/26/2013  QUAL. 431 | QUAL. 444  12/26/2013 | FROM    TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| DN WILKS M.D., SHARON T. | 17a.  17b. NPI 1336155498 | FROM    TO |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB?   $ CHARGES |
|---|---|
| | YES  X NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 9 | 22. RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| A. V662  B. 1749  C.  D. | |
| E.  F.  G.  H. | 23. PRIOR AUTHORIZATION NUMBER |
| I.  J.  K.  L. | |

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| N455513019001 | | | | GR.006 | | | | | | | |
| 1 | 03282014 03282014 | 11 | | J2505 | | AB | 11496 00 | 1 | | NPI | 1336155498 |
| 2 | 03282014 03282014 | 11 | | 96372 | | AB | 93 00 | 1 | | NPI | 1336155498 |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 74-2782325   X | 0107282702 | X YES  NO | $ 11589 00 | $ | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # ( 210 ) 424-1698 |
|---|---|---|
| SIGNATURE ON FILE | N.E. CANCER CENTER/SATBC | CANCER CARE NETWORK OF S.TX., |
| SHARON T. WILKS, M.D | 2130 N.E. LOOP 410 | P.O. BOX 911234 |
| SIGNED 11/01/2017 | SAN ANTONIO, TX 782174660 | DALLAS, TX 753911234 |
| | a. 1942486964  b. | a. 1225064603  b. |

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:27PM   CANCER CARE                                          NO. 884   P. 60/72

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044          OD

| | |
|---|---|
| ‚PICA | PICA ‚ |

**1. MEDICARE** ☐ (Medicare#)  **MEDICAID** ☐ (Medicaid#)  **TRICARE** ☐ (ID#/DoD#)  **CHAMPVA** ☐ (Member ID#)  **GROUP HEALTH PLAN** ☒ (ID#)  **FECA BLK LUNG** ☐ (ID#)  **OTHER** ☐ (ID#)   **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)  HEB835356071

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

**3. PATIENT'S BIRTH DATE** MM 08 DD 12 YY 1981  SEX M☐ F☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

**5. PATIENT'S ADDRESS** (No., Street)
9831 CAMINO VILLA

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)
SAME

**CITY** SAN ANTONIO   **STATE** TX

**8. RESERVED FOR NUCC USE**

**CITY**   **STATE**

**ZIP CODE** 782545691   **TELEPHONE** (Include Area Code) (210) 845-3161

**ZIP CODE**   **TELEPHONE** (Include Area Code) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
091043

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)  ☐ YES  ☒ NO

**a. INSURED'S DATE OF BIRTH** MM 08 DD 12 YY 1981  SEX M☐ F☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**  ☐ YES  ☒ NO  PLACE (State)

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**  ☐ YES  ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**  ☐ YES  ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 12/26/2013

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM 12 DD 26 YY 2013  QUAL. 431

**15. OTHER DATE** QUAL. 444  MM 12 DD 26 YY 2013

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN WILKS M.D., SHARON T.   17a.   17b. NPI 1336155498

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM   TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?**  ☐ YES  ☒ NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 9

A. 1749   B. V5811   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N463323051610 | | | | GR.01 | | | | | | | |
| 1 04 17 2014 | 04 17 2014 | 11 | | J1100 | | AB | 5.00 | 5 | | NPI | 1336155498 |
| N400006394132 | | | | GR.115 | | | | | | | |
| 2 04 17 2014 | 04 17 2014 | 11 | | J1453 | | BA | 750.00 | 150 | | NPI | 1336155498 |
| N400409677802 | | | | GR.002 | | | | | | | |
| 3 04 17 2014 | 04 17 2014 | 11 | | J2060 | | AB | 3.00 | 1 | | NPI | 1336155498 |
| N462856079701 | | | | GR.00025 | | | | | | | |
| 4 04 17 2014 | 04 17 2014 | 11 | | J2469 | | BA | 1030.00 | 10 | | NPI | 1336155498 |
| N400069303420 | | | | GR.2 | | | | | | | |
| 5 04 17 2014 | 04 17 2014 | 11 | | J9000 | | AB | 300.00 | 10 | | NPI | 1336155498 |
| N410019095601 | | | | GR1 | | | | | | | |
| 6 04 17 2014 | 04 17 2014 | 11 | | J9070 | | AB | 1980.00 | 10 | | NPI | 1336155498 |

**25. FEDERAL TAX I.D. NUMBER** 74-2782325  SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 0107282702

**27. ACCEPT ASSIGNMENT?** ☒ YES ☐ NO

**28. TOTAL CHARGE** $ 4068.00

**29. AMOUNT PAID** $

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED   11/01/2017 DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964  b.

**33. BILLING PROVIDER INFO & PH #** (210) 424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603  b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

NOV. 1. 2017  3:28PM    CANCER CARE                                    NO. 884    P. 61/72



**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BCBS/PPO/HMO
P.O. BOX 660044

DALLAS, TX 75266-0044          OD

CARRIER

☐ PICA                                                                                                                            PICA ☐

| 1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☒ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☐ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) HEB835356071 |
|---|---|---|---|---|---|---|---|

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

3. PATIENT'S BIRTH DATE  08 12 1981  SEX  M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
ZAMARRIPA, ERICA , A

5. PATIENT'S ADDRESS (No., Street)
9831 CAMINO VILLA

6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
SAN ANTONIO                 STATE TX

8. RESERVED FOR NUCC USE

CITY                                                  STATE

ZIP CODE
782545691

TELEPHONE (Include Area Code)
( 210 ) 845-3161

ZIP CODE                      TELEPHONE (Include Area Code)
(     )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
091043

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH  08 12 1981  SEX  M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☐ YES ☒ NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE          DATE 12/26/2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
12/26/2013  QUAL. 431

15. OTHER DATE  QUAL. 444  12/26/2013

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM          TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN WILKS M.D., SHARON T.

17a.
17b. NPI 1336155498

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM          TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 9

A. 1749    B. V5811    C. |____    D. |____
E. |____    F. |____    G. |____    H. |____
I. |____    J. |____

22. RESUBMISSION CODE         ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY — To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| N4667580050093  GR.16 | | | | | | | | | | |
| 1 | 04172014 04172014 | 11 | J9171 | | AB | 8456 00 | 151 | | NPI | 1336155498 |
| 2 | 04172014 04172014 | 11 | 96367 | | AB | 304 00 | 2 | | NPI | 1336155498 |
| 3 | 04172014 04172014 | 11 | 96375 | 59 | AB | 105 00 | 1 | | NPI | 1336155498 |
| 4 | 04172014 04172014 | 11 | 96411 | | AB | 281 00 | 1 | | NPI | 1336155498 |
| 5 | 04172014 04172014 | 11 | 96413 | | AB | 686 00 | 1 | | NPI | 1336155498 |
| 6 | 04172014 04172014 | 11 | 96417 | | AB | 334 00 | 1 | | NPI | 1336155498 |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
74-2782325

26. PATIENT'S ACCOUNT NO.
0107282702

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES ☐ NO

28. TOTAL CHARGE
$ 10166.00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SHARON T. WILKS, M.D
SIGNED 11/01/2017  DATE

32. SERVICE FACILITY LOCATION INFORMATION
N.E.CANCER CENTER/SATBC
2130 N.E.LOOP 410
SAN ANTONIO, TX 782174660
a. 1942486964    b.

33. BILLING PROVIDER INFO & PH # ( 210 ) 424-1698
CANCER CARE NETWORK OF S.TX.,
P.O. BOX 911234
DALLAS, TX 753911234
a. 1225064603    b.

NUCC Instruction Manual available at: www.nucc.org          PLEASE PRINT OR TYPE          APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION        PHYSICIAN OR SUPPLIER INFORMATION