| HOME | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT |

**Back To MDL Centrality**

**MDL 2740 - Taxotere**

<< Back

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 7057 | **DOB:** | 08/12/1981 |
| **Name:** | ERICA DEZAIFFE | **Email:** | ericaz3@yahoo.com |
| **Most Recent PFS Submitted:** | 03/02/2018 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes | **Comments** |
| **Drug Name:** | Sandoz Inc. | **Unknown Certification:** | | |
| **Treatment Dates:** | 01/2/2014 to 04/4/2014 | **Docket No.:** | 2:17-cv-11133 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Johnson Law Group | |

### Defendant Management

**Assigned:**  **N/A**                    Reviewer History    View Deficiencies    CMO 12 Product ID

**Update Cure Date/Review Note**

**Cure Date:**

Plaintiff Documents     Defendant Documents

**Search Results:**                         Page 1 of 1 (18 records)

**Filter:** ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 471791 | Medical Records - Proof of Use & Injury Documentation Records | 05/29/2020 | | 05/29/2020 | Comments |
| 456158 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 04/06/2020 | | 04/06/2020 | Comments |
| 456157 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 04/06/2020 | | 04/06/2020 | Comments |
| 456156 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 04/06/2020 | | 04/06/2020 | Comments |
| 456155 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 04/06/2020 | | 04/06/2020 | Comments |
| 340943 | Proof of Injury - Before & After Photographs | 04/16/2019 | | 04/16/2019 | Comments |
| 104170 | Plaintiff Fact Sheet | 03/02/2018 | Parthasarathi, Rashmi | 03/02/2018 | Comments |
| 104168 | PTO 71 Written Statement | 03/02/2018 | | 03/02/2018 | Comments |
| 104166 | CMO 12 Product Identification - See Batesed pages 000392 - 000418 for product identification | 03/02/2018 | | 03/02/2018 | Comments |
| 104161 | Proof of Use -- Medical Records | 03/02/2018 | | 03/02/2018 | Comments |
| 104160 | Proof of Injury - Before & After Photographs | 03/02/2018 | | 03/02/2018 | Comments |
| 104159 | Employment Authorization | 03/02/2018 | | 03/02/2018 | Comments |

| | | | | | |
|---|---|---|---|---|---|
| **104158** | Disability Claims Authorization | 03/02/2018 | | 03/02/2018 | **Comments** |
| **104155** | Health Insurance Record Authorization | 03/02/2018 | | 03/02/2018 | **Comments** |
| **104154** | HIPAA Authorization | 03/02/2018 | | 03/02/2018 | **Comments** |
| **104153** | Properly Executed Verification of PFS | 03/02/2018 | | 03/02/2018 | **Comments** |
| **104151** | Psychiatric Records Authorization | 03/02/2018 | | 03/02/2018 | **Comments** |
| **104150** | Workers Compensation Authorization | 03/02/2018 | | 03/02/2018 | **Comments** |

© 2020 BrownGreer PLC. All rights reserved.