**Higgins, Adam L. (JrPara-Atl-LT)**

| | |
|---|---|
| **From:** | Valarie Hall <VHall@johnsonlawgroup.com> |
| **Sent:** | Tuesday, April 28, 2020 5:00 PM |
| **To:** | dmoore@irwinllc.com; 505b2liaison@chaffe.com; taxotere; docetaxelproductid@dechert.com; MaraCusker.gonzalez@dechert.com; Insogna, Nicholas A. (Shld-Bos-LT); Holden, Evan (Shld-Atl-LT); Ishrak, Idris (Assoc-OC-LT) |
| **Cc:** | Jade Ruiz |
| **Subject:** | Motion for Leave to Amend Complaint (Kaia Luke – 2:17-cv-12876) |
| **Attachments:** | Luke, Kaia - LIT - Mtn Packet (FINAL).pdf; Luke, Kaia - EXH A - Amended SF Complaint FINAL.pdf; Luke, Kaia - EXH B - Requesting Summons to Defendant FINAL.pdf |

**\*EXTERNAL TO GT\***

Counsel—

We have received records with manufacturer-specific information, showing that the Docetaxel/Taxotere given to Kaia Luke was also manufactured by Sandoz Inc.  We would like to file a Motion for Leave to Amend the Complaint to add the aforementioned manufacturer(s) as proper defendants.

Please find attached: (1) our drafted motion for leave to amend, (2) a proposed order, (3) the amended short form complaint (Exhibit A), and (4) the Request For Summons.

Pursuant to Local Rule 7.6, please let me know if you have any objection to our filing the attached motion to amend documents.  If we do not receive any notice of opposition within fourteen (14) days of this email, per PTO 37A, we will file the motion for leave to amend as unopposed.

Thanks,



**VALARIE HALL | M.A., J.D.**
Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (800) 731-6018
vhall@johnsonlawgroup.com  |  www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged.  This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.