HOME | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT

**Back To MDL Centrality**

**MDL 2740 - Taxotere**

<< Back

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 7451 | DOB: | 02/09/1982 |
| Name: | KAIA LUKE | Email: | awhite@johnsonlawgroup.com |
| Most Recent PFS Submitted: | 06/11/2018 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes | **Comments** |
| Drug Name: | Sandoz Inc. | Unknown Certification: | | |
| Treatment Dates: | 08/26/2014 to 12/9/2014 | Docket No.: | 2:17-cv-12876 | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Johnson Law Group | |

### Deficiency Notices

| Notice ID | Action | Approve | Hold | Status | | |
|---|---|---|---|---|---|---|
| **1** | **Approve/Hold** | | | Deficiency Notice Served | **History** | **Issue Notice** |

### Defendant Management

**Assigned: Pfizer/Hospira**     Reviewer History     View Deficiencies     CMO 12 Product ID

**Update Cure Date/Review Note**
**Cure Date:**

Plaintiff Documents     Defendant Documents

**Search Results:**     Page 1 of 2 (28 records)   [1]

Filter: ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 463512 | Proof of Injury - Before & After Photographs - Photo with Metadata | 04/30/2020 | | 04/30/2020 | Comments |
| 463511 | Proof of Injury - Before & After Photographs - Photo with Metadata | 04/30/2020 | | 04/30/2020 | Comments |
| 463510 | Proof of Injury - Before & After Photographs - Photo with Metadata | 04/30/2020 | | 04/30/2020 | Comments |
| 463509 | Proof of Injury - Before & After Photographs | 04/30/2020 | | 04/30/2020 | Comments |
| 451760 | Medical Records - Proof of Use & Injury Documentation Records | 03/23/2020 | | 03/23/2020 | Comments |
| 343844 | Proof of Injury - Before & After Photographs | 04/22/2019 | | 04/22/2019 | Comments |
| 267757 | Proof of Use -- Medical Records | 11/20/2018 | | 11/20/2018 | Comments |
| 181034 | First Amended Plaintiff Fact Sheet | 06/11/2018 | Parthasarathi, Rashmi | 06/11/2018 | Comments |
| 181033 | Workers Compensation Authorization | 06/11/2018 | | 06/11/2018 | Comments |

| ID | Description | Date | Name | Date | |
|---|---|---|---|---|---|
| 181032 | Psychiatric Records Authorization | 06/11/2018 | | 06/11/2018 | Comments |
| 181031 | HIPAA Authorization | 06/11/2018 | | 06/11/2018 | Comments |
| 181030 | Health Insurance Record Authorization | 06/11/2018 | | 06/11/2018 | Comments |
| 181029 | Employment Authorization | 06/11/2018 | | 06/11/2018 | Comments |
| 181028 | Disability Claims Authorization | 06/11/2018 | | 06/11/2018 | Comments |
| 181027 | Other - PFS Page 12 Supplement for Kaia Luke | 06/11/2018 | | 06/11/2018 | Comments |
| 181026 | Response to Deficiency Notice | 06/11/2018 | | 06/11/2018 | Comments |
| 116484 | Plaintiff Fact Sheet | 03/20/2018 | Garcia, Victoria | 03/20/2018 | Comments |
| 116481 | Proof of Injury - Before & After Photographs | 03/20/2018 | | 03/20/2018 | Comments |
| 116479 | CMO 12 Product Identification - See Batesed page 000267 for product identification | 03/20/2018 | | 03/20/2018 | Comments |
| 116476 | Proof of Use -- Medical Records | 03/20/2018 | | 03/20/2018 | Comments |
| 116465 | PTO 71 Written Statement | 03/20/2018 | | 03/20/2018 | Comments |
| 116463 | Workers Compensation Authorization | 03/20/2018 | | 03/20/2018 | Comments |
| 116462 | Properly Executed Verification of PFS | 03/20/2018 | | 03/20/2018 | Comments |
| 116461 | Psychiatric Records Authorization | 03/20/2018 | | 03/20/2018 | Comments |
| 116460 | HIPAA Authorization | 03/20/2018 | | 03/20/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.