PERTAIN TO : **Tamisha Smiley**

FROM : **East Texas Hematology & Oncology Clinic**
**1202 West Frank Avenue**
**Lufkin, TX 75904**
**Medical**

DELIVER TO : **Chris Poole**
**Johnson Law Group**
**2925 Richmond Ave., Suite 1700**
**Houston, TX  77098**

Order No. **212436.1**

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Smiley, Tamisha

DATE OF BIRTH: 6/27/1972       SSN: 638/03/7796

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
☐ 0075-8003-01
☐ 0075-8004-04

**WINTHROP US**
☐ 0955-1020-01
☐ 0955-1021-04

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

**McKESSON PACKAGING**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ**
☒ 66758-050-01
☒ 66758-050-02
☐ 66758-050-03

**ACCORD HEALTHCARE**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT

**ACCORD HEATHCARE**
☐ 16729-267-63
☐ 16729-267-64
☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
☐ 45963-734-54
☐ 45963-765-52
☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**SANDOZ**
☐ 66758-950-02
☐ 66758-950-03

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ WAS   ☐ WAS NOT
**ADMINISTERED TAXOL/PACLILTAXEL**

DATE OF FIRST TREATMENT: 6/21/2011
DATE OF LAST TREATMENT: 1/19/2012
# OF DOSES: 12

SIGNATURE OF REPRESENATIVE OF PRACTICE/INFUSION CENTER: Tammy Vincent

PRINTED NAME & TITLE OF REPRESENTATIVE: Tammy Vincent/Office Manager

DATE: 6/21/19

NAME OF PRACTICE/INFUSION CENTER: East Texas Hematology + Oncology

ADDRESS: 1202 W Frank Ave

CITY, STATE, ZIP: Lufkin TX 75904

Smiley, Tamisha - BMR - 000074