| HOME | ▼ | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT | ▼ |

**Back To MDL Centrality**

## MDL 2740 - Taxotere

<< Back

### Plaintiff Information

| | |
|---|---|
| Plaintiff ID: 7379 | DOB: 06/27/1972 |
| Name: TAMISHA SMILEY | Email: awhite@johnsonlawgroup.com |
| Most Recent PFS Submitted: 01/29/2020 | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | Yes | Treated with Generic: | Yes  **Comments** |
| Drug Name: | Taxotere; Hospira, Inc. | Unknown Certification: | |
| Treatment Dates: | 10/1/2004 to 10/25/2012 | Docket No.: | 2:18-cv-07190 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Johnson Law Group |

### Deficiency Notices

| Notice ID | Action | Approve | Hold | Status | | |
|---|---|---|---|---|---|---|
| 1 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |
| 2 | Approve/Hold | | | Moved Back to Review | History | Issue Notice |
| 3 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |

### Defendant Management

**Assigned:  Pfizer/Hospira**          Reviewer History          View Deficiencies          CMO 12 Product ID

**Update Cure Date/Review Note**

Cure Date:

Plaintiff Documents          Defendant Documents

Search Results:          Page 1 of 2 (42 records)    [ 1 ]

Filter: [ ALL ]

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 468308 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/13/2020 | | 05/13/2020 | Comments |
| 468307 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/13/2020 | | 05/13/2020 | Comments |
| 468306 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/13/2020 | | 05/13/2020 | Comments |
| 468305 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/13/2020 | | 05/13/2020 | Comments |
| 468304 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/13/2020 | | 05/13/2020 | Comments |
| 468303 | | 05/13/2020 | | 05/13/2020 | Comments |

| | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | | | | |
|---|---|---|---|---|---|
| 468302 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/13/2020 | | 05/13/2020 | Comments |
| 468301 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/13/2020 | | 05/13/2020 | Comments |
| 468300 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/13/2020 | | 05/13/2020 | Comments |
| 468299 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/13/2020 | | 05/13/2020 | Comments |
| 468298 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/13/2020 | | 05/13/2020 | Comments |
| 437700 | Fourth Amended Plaintiff Fact Sheet | 01/29/2020 | Michaels Downes, Margarita | 01/29/2020 | Comments |
| 396852 | CMO 12 Product Identification - See Batesed page 000074 for product identification. | 08/06/2019 | | 08/06/2019 | Comments |
| 396851 | Proof of Use -- Medical Records | 08/06/2019 | | 08/06/2019 | Comments |
| 396850 | Third Amended Plaintiff Fact Sheet | 08/06/2019 | Lopez, Lauren | 08/06/2019 | Comments |
| 352198 | DFS Deficiency Notice - Hospira | 05/06/2019 | | 05/06/2019 | Comments |
| 298443 | DFS Deficiency Notice - Sanofi | 01/24/2019 | | 01/24/2019 | Comments |
| 284987 | DFS Deficiency Notice - Hospira | 12/31/2018 | | 12/31/2018 | Comments |
| 219236 | Second Amended Plaintiff Fact Sheet | 08/10/2018 | Taylor, Mychanna | 08/10/2018 | Comments |
| 219234 | Response to Deficiency Notice | 08/10/2018 | | 08/10/2018 | Comments |
| 219231 | Health Insurance Record Authorization | 08/10/2018 | | 08/10/2018 | Comments |
| 219230 | Employment Authorization | 08/10/2018 | | 08/10/2018 | Comments |
| 219229 | Disability Claims Authorization | 08/10/2018 | | 08/10/2018 | Comments |
| 178505 | First Amended Plaintiff Fact Sheet | 06/06/2018 | Taylor (old account), Mychanna | 06/06/2018 | Comments |
| 178502 | Response to Deficiency Notice | 06/06/2018 | | 06/06/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.