# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:

TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

This document Relates to Plaintiff(s)

JUDGE JANE TRICHE MILAZZO

Elizabeth Abbott
Case Number: 2:19-cv-00694

MAG. JUDGE MICHAEL B. NORTH

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Pursuant to the Federal Rules of Civil Procedure 15(a)(2), the Plaintiff Elizabeth Abbott hereby moves for leave to file a First Amended Short Form Complaint. Plaintiff originally named Accord Healthcare, Inc. in her Short Form Complaint, as that is the manufacturer of the Taxotere administered to her named by the infusion center. Plaintiff subsequently obtained her dates of use of Taxotere, which was from January through March 2011 and pre-dates Accord market entry. Sanofi and Hospira, Inc. were the only manufacturers of Taxotere on the market until March 8, 2011. Plaintiff now moves for leave to file a First Amended Short Form Complaint, which lists only the appropriate Defendants, Sanofi-Aventis U.S. LLC and Hospira, Inc.

Due to the foregoing reasons, Plaintiff respectfully moves for leave to file the attached Amended Short Form Complaint. Prior to filing this motion, consent was sought from Sanofi and Hospira to add them to the Amended Complaint. Sanofi responded that they take no position on this Motion to Amend and no response was received from counsel for Hospira, Inc. (See Exhibit A).

Dated: June 2, 2020

Respectfully submitted,

*/s/ William Barfield*

William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24031725
Jeffrey C. Bogart
jbogert@mcdonaldworley.com
State Bar No. 132778

McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 24003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax (713) 523-5501

*Attorneys for the Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  June 2, 2020                                  Respectfully submitted,

                                                        */s/ William Barfield*
                                                        William H. Barfield
                                                        bill@mcdonaldworley.com
 State Bar No. 24031725
 Jeffrey C. Bogart
 jbogert@mcdonaldworley.com
 State Bar No. 132778
 McDonald S. Worley
 don@mcdonaldworley.com
 State Bar No. 24003208
 1770 St. James Place, Suite 100
 Houston, TX 77056
 Phone: (713) 523-5500
 Fax (713) 523-5501

 *Attorneys for the Plaintiff*