# EXHIBIT A

| | |
|---|---|
| **From:** | Meagan Philip |
| **To:** | MaraCusker.gonzalez@dechert.com; Lavinia.Denniston@dechert.com; Mark.Cheffo@dechert.com |
| **Subject:** | Consent for Leave to Amend Taxotere Complaint for Elizabeth Abbott 2:19-cv-00694 |
| **Date:** | Friday, May 15, 2020 2:28:14 PM |
| **Attachments:** | mwlogo_22760288-244e-4276-97cc-5330209bb58d.png |
| | newdisclaimer_93c5c400-4ba6-4a65-8678-39d957b3f8d0.png |
| | mwlogo_22760288-244e-4276-97cc-5330209bb58d.png |
| | newdisclaimer_93c5c400-4ba6-4a65-8678-39d957b3f8d0.png |
| | mwlogo_22760288-244e-4276-97cc-5330209bb58d.png |
| | newdisclaimer_93c5c400-4ba6-4a65-8678-39d957b3f8d0.png |
| | Motion to Amend SFC draft.pdf |
| | Abbott, Elizabeth First AMENDED SHORT FORM COMPLAINT.pdf |
| | Draft order Granting Motion for Leave to Amend.pdf |

Good afternoon,

I am writing to request your consent for us to seek leave from the Court to amend the Complaint filed in the case of Elizabeth Abbott 2:19-cv-00694. Please find attached the Motion to Amend the Short Form Complaint, the First Amended Short Form Complaint and Draft Order Granting same.

Plaintiff originally named Accord Healthcare, Inc. in her Short Form Complaint, as that is the manufacturer of the Taxotere administered to her named by the infusion center. Plaintiff subsequently obtained her dates of use of Taxotere, which was from January through March 2011 and pre-dates Accord market entry. Sanofi and Hospira, Inc. were the only manufacturers of Taxotere on the market until March 8, 2011. Plaintiff now moves for leave to file a First Amended Short Form Complaint, which removes Accord Healthcare, Inc. as a Defendant and only lists only the appropriate Defendants, Sanofi-Aventis U.S. LLC and Hospira, Inc.

Thank you for your attention to this matter.

Best Regards,

Meagan Philip

### Meagan Philip
Attorney

**Office:** (713) 523-5500 | **TF:** (800) 610-2001 | **Fax:** (713) 523-5501
**Email:** meaganp@mcdonaldworley.com | **Web:** www.mcdonaldworley.com
**Address:** 1770 St. James Place, Suite 100 | Houston, Texas 77056

**Locations:** *Houston, TX | New York, NY | Washington, DC | Beverly Hills, CA*

| | |
|---|---|
| **From:** | Hatten, Madison M. (SHB) |
| **To:** | Meagan Philip |
| **Cc:** | Bieri, Kelly (SHB); Eickbush, Rebecca (SHB) |
| **Subject:** | FW: Consent for Leave to Amend Taxotere Complaint for Elizabeth Abbott 2:19-cv-00694 |
| **Date:** | Friday, May 1, 2020 10:49:49 AM |
| **Attachments:** | mwlogo_22760288-244e-4276-97cc-5330209bb58d.png |
| | newdisclaimer_93c5c400-4ba6-4a65-8678-39d957b3f8d0.png |
| | mwlogo_22760288-244e-4276-97cc-5330209bb58d.png |
| | newdisclaimer_93c5c400-4ba6-4a65-8678-39d957b3f8d0.png |
| | Abbott, Elizabeth Motion to Amend SFC.pdf |
| | Abbott, Elizabeth First AMENDED SHORT FORM COMPLAINT.pdf |
| | Draft order Granting Motion for Leave to Amend.pdf |

Sanofi was not initially named in this case and has not been served in this case, so does not appear or take any position on the attached pleadings.

Of note, Sanofi S.A. should not be listed in any caption, as that party was terminated from the MDL in January 2018.

**Madison Hatten (SHB)**
*Associate*
Shook, Hardy & Bacon L.L.P.

816.559.4093 | mhatten@shb.com


**From:** Meagan Philip <meaganp@mcdonaldworley.com>
**Sent:** Thursday, April 30, 2020 11:39 AM
**To:** Bieri, Kelly (SHB) <KBIERI@shb.com>; Kaufman, Chris (SHB) <CKAUFMAN@shb.com>
**Subject:** Consent for Leave to Amend Taxotere Complaint for Elizabeth Abbott 2:19-cv-00694

**EXTERNAL**

Good morning,

I am writing to request your consent for us to seek leave from the Court to amend the Complaint filed in the case of Elizabeth Abbott 2:19-cv-00694. Please find attached the Motion to Amend the Short Form Complaint, the First Amended Short Form Complaint and Draft Order Granting same.

Plaintiff originally named Accord Healthcare, Inc. in her Short Form Complaint, as that is the manufacturer of the Taxotere administered to her named by the infusion center. Plaintiff subsequently obtained her dates of use of Taxotere, which was from January through March 2011 and pre-dates Accord market entry. Sanofi and Hospira, Inc. were the only manufacturers of Taxotere on the market until March 8, 2011. Plaintiff now moves for leave to file a First Amended Short Form Complaint, which removes Accord Healthcare, Inc. as a Defendant and only lists only the appropriate Defendants, Sanofi-Aventis U.S. LLC and Hospira, Inc.

Thank you for your attention to this matter.

Best Regards,

Meagan Philip

### Meagan Philip
Attorney

**Office:** (713) 523-5500 | **TF:** (800) 610-2001 | **Fax:** (713) 523-5501
**Email:** meaganp@mcdonaldworley.com | **Web:** www.mcdonaldworley.com
**Address:** 1770 St. James Place, Suite 100 | Houston, Texas 77056

**Locations:** *Houston, TX | New York, NY | Washington, DC | Beverly Hills, CA*

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.