# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| THIS DOCUMENT RELATES TO: *Elizabeth Abbott v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, & Hospira, Inc., Civil Action No. 2:19-cv-00694* | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

## **ORDER**

The Court, after considering the Plaintiff's Unopposed Motion for Leave to File First Amended Short Form Complaint, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Elizabeth Abbott is hereby given leave to file her First Amended Short Form Complaint.

Dated: _____     _____
Hon. Jane Triche Milazzo
United States District Court Judge