UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>MELISSA FLECK,<br><br>    Plaintiff,<br><br>    v.<br><br>HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., *et al*.,<br><br>    Defendant. | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

**SPECIAL APPEARANCE OF ACCORD HEALTHCARE, INC. IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Pursuant to Pretrial Order No. 37A (Doc. 1682), Accord Healthcare, Inc. ("Accord"), hereby enters its Special Appearance to oppose *Plaintiff's Motion for Leave to Amend Complaint* (Doc. 10417) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 10417-1)—filed more than two years following the filing of her initial complaint in 2017—is futile because it is time-barred as to adding Accord as a defendant.

2

Date: June 2, 2020							Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:	216.592.5000
Facsimile:	216.592.5009
Email:		julie.callsen@tuckerellis.com
		brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby that on this 2nd day of June, 2020, a true and correct copy of the *Special Appearance of Accord Healthcare, Inc. in Opposition to Plaintiff's Motion for Leave to Amend* was served upon the following through the Court's ECF filing system:

Jade M. Ruiz                                              *Attorneys for Plaintiffs*
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
jader@johnsonlawgroup.com


                                                         /s/ *Julie A. Callsen*
                                                         Julie A. Callsen

015418\000001\4692776.1