01/19/2016 TUE 15:23 FAX 9725492041 CR1 Front ☒001/017

6045 Alma Rd. Suite 100
McKinney, TX 75070
Office: 972-549-2040
Fax: 972-549-2041



# THE ER AT CRAIG RANCH BY CODE 3

# 938426

# Fax

To: DR Srinivasu Mppany  Fax: 214-943-6334
From: Elex  Date: 1-19-16
Re: Brenda Weathers  Pages: 17
Cc:

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

JAN 20 2016

Comments: _____

The documents in this facsimile transmission may contain confidential health information that is privileged and legally protected from disclosure by federal law, the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this facsimile is strictly prohibited. If you have received this information in error, please notify us by telephone immediately and destroy this facsimile.

Please call 972-549-2040 if there are any problems with this transmission.

Thank you.

Weathers, Brenda - BMR - 000001

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Brenda Weathers

DATE OF BIRTH: 7/25/1957     SSN: ___/___/___

TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER
***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
☐ 0075-8003-01
☐ 0075-8004-04

**WINTHROP US**
☐ 0955-1020-01
☐ 0955-1021-04

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

**McKESSON PACKAGING**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ**
☐ 66758-050-01
☐ 66758-050-02
☑ 66758-050-03

**ACCORD HEALTHCARE**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT

**ACCORD HEATHCARE**
☐ 16729-267-63
☐ 16729-267-64
☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
☐ 45963-734-54
☐ 45963-765-52

☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**SANDOZ**
☐ 66758-950-02
☐ 66758-950-03

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☑ WAS  ☐ WAS NOT ADMINISTERED TAXOL/PACLILTAXEL

3/18/2014
DATE OF FIRST TREATMENT

6/10/2014
DATE OF LAST TREATMENT

5.
# OF DOSES

_[signature]_
SIGNATURE OF REPRESENTATIVE OF CENTER PRACTICE/INFUSION CENTER
Samuel Chung, Pharm D
PRINTED NAME & TITLE OF REPRESENTATIVE

Texas Oncology - Methodist Charlton
NAME OF PRACTICE/INFUSION

3555 W Wheatland Rd
ADDRESS

Dallas TX 75237
CITY, STATE, ZIP

2/9/18
DATE

Weathers, Brenda - BMR - 001063