| HOME | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT |

**Back To MDL Centrality**

**MDL 2740 - Taxotere**

<< Back

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 7431 | **DOB:** | 07/25/1957 |
| **Name:** | BRENDA WEATHERS | **Email:** | awhite@johnsonlawgroup.com |
| **Most Recent PFS Submitted:** | 03/20/2018 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes | **Comments** |
| **Drug Name:** | Sandoz Inc. | **Unknown Certification:** | | |
| **Treatment Dates:** | 03/18/2014 to 06/10/2014 | **Docket No.:** | 2:17-cv-12447 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Johnson Law Group | |

### Defendant Management

**Assigned:** N/A       Reviewer History     View Deficiencies     CMO 12 Product ID

**Update Cure Date/Review Note**
**Cure Date:**

Plaintiff Documents     Defendant Documents

**Search Results:**       Page 1 of 1 (15 records)

**Filter:** ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 451769 | Proof of Use -- Medical Records | 03/23/2020 | | 03/23/2020 | Comments |
| 346383 | Proof of Injury - Before & After Photographs | 04/26/2019 | | 04/26/2019 | Comments |
| 339099 | Proof of Injury - Before & After Photographs | 04/11/2019 | | 04/11/2019 | Comments |
| 116143 | Plaintiff Fact Sheet | 03/20/2018 | Espinoza, Joselin | 03/20/2018 | Comments |
| 116139 | PTO 71 Written Statement | 03/20/2018 | | 03/20/2018 | Comments |
| 116137 | Proof of Injury - Before & After Photographs | 03/20/2018 | | 03/20/2018 | Comments |
| 116132 | CMO 12 Product Identification - See Batesed page 001063 for product identification | 03/20/2018 | | 03/20/2018 | Comments |
| 116124 | Proof of Use -- Medical Records | 03/20/2018 | | 03/20/2018 | Comments |
| 116089 | Workers Compensation Authorization | 03/20/2018 | | 03/20/2018 | Comments |
| 116087 | Properly Executed Verification of PFS | 03/20/2018 | | 03/20/2018 | Comments |
| 116085 | Psychiatric Records Authorization | 03/20/2018 | | 03/20/2018 | Comments |
| 116079 | HIPAA Authorization | 03/20/2018 | | 03/20/2018 | Comments |
| 116076 | Health Insurance Record Authorization | 03/20/2018 | | 03/20/2018 | Comments |
| 116069 | Employment Authorization | 03/20/2018 | | 03/20/2018 | Comments |
| 116067 | Disability Claims Authorization | 03/20/2018 | | 03/20/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.