UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br>**JOY BURNETT** | Civil Action No.: 2:17-cv-13651 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 2nd day of June, 2020          Respectfully submitted,

          **GAINSBURGH, BENJAMIN,**
          **DAVID, MEUNIER & WARSHAUER, L.L.C.**

          */s/ Claire E. Berg*
          CLAIRE E. BERG (#37029)
          M. PALMER LAMBERT (#33228)
          2800 Energy Centre
          1100 Poydras Street
          New Orleans, LA 70163-2800
          Telephone: (504) 522-2304
          Facsimile: (504) 528-9973
          Email: cberg@gainsben.com
          Email: plambert@gainsben.com

          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 2, 2020          */s/ Claire E. Berg*
                                        CLAIRE E. BERG (#37029)