# EXHIBIT 1

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: __Melissa Fleck__

DATE OF BIRTH: [redacted]     SSN: ___/___/___

TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER
***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
☐ 0075-8003-01
☐ 0075-8004-04

**WINTHROP US**
☐ 0955-1020-01
☐ 0955-1021-04

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

**McKESSON PACKAGING**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ**
☐ 66758-050-01
☐ 66758-050-02
☐ 66758-050-03

**ACCORD HEALTHCARE**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT

**ACCORD HEATHCARE**
☐ 16729-267-63
☐ 16729-267-64
☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
☐ 45963-734-54
☐ 45963-765-52

☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**SANDOZ**
☐ 66758-950-02
☐ 66758-950-03

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

Accord-
16729-0267-65
16729-0267-64

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS   ☐ WAS NOT ADMINISTERED TAXOL/PACLILTAXEL

__8/8/2014__                __12/3/14__            __6__
DATE OF FIRST TREATMENT    DATE OF LAST TREATMENT    # OF DOSES

__[signature]__             __Choice Cancer Care__
SIGNATURE OF REPRESENTATIVE OF    NAME OF PRACTICE/INFUSION
CENTER/PRACTICE/INFUSION CENTER

__Lynne Hollyfield__        __7415 Las Colinas Blvd__
PRINTED NAME & TITLE OF REPRESENTATIVE    ADDRESS

__8-15-2018__               __Irving TX 75063__
DATE                        CITY, STATE, ZIP

**Row Labels**

  **Fleck, Melissa (910-0153742)**

    **8/8/14**

      Docetaxel 160mg 20mg/ml 8ml Solution MDV (41119)
      16729-267-65    *16729-0267-65* (handwritten)

      Docetaxel 80mg 20mg/ml 4ml Solution MDV (41468)
      16729-0267-64

    **9/11/14**

      Docetaxel 80mg 20mg/ml 4ml Solution MDV (41468)
      16729-0267-64

    **10/2/14**

      Docetaxel 80mg 20mg/ml 4ml Solution MDV (41468)
      16729-0267-64

    **10/23/14**

      Docetaxel 80mg 20mg/ml 4ml Solution MDV (41468)
      16729-0267-64

    **11/12/14**

      Docetaxel 80mg 20mg/ml 4ml Solution MDV (41468)
      16729-0267-64

    **12/3/14**

      Docetaxel 80mg 20mg/ml 4ml Solution MDV (41468)
      16729-0267-64

**Grand Total**

# EXHIBIT 2



950 Main Avenue, Suite 1100 | Cleveland, OH 44113-7213 | TEL 216.592.5000 | FAX 216.592.5009

April 29, 2020

DIRECT DIAL 216.696.2286 | julie.callsen@tuckerellis.com

**VIA EMAIL ONLY**

Valarie Hall, M.A., J.D.
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston TX 77098
vhall@johnsonlawgroup.com

Re:  *Taxotere/Docetaxel MDL No. 2740: Plaintiffs Nnyanzi, Crock, Singleton, Fleck, Cardwell, and Stackhouse*

Dear Counsel:

The undersigned represents Accord Healthcare, Inc. and I am addressing six (6) recent requests received to amend Short Form Complaints to add it as a defendant. Accord has not yet been named or served in these cases and pursuant to PTO 37A, it appears specially to object as all 6 amendments are opposed on futility grounds. These 6 cases involve initial Short Form Complaints filed in 2017 and product identification was uploaded to MDL Centrality pursuant to CMO 12A in 2018 or 2019. The grounds for our objection is futility-it would be futile to add Accord as a defendant based on the applicable statute of limitations. Details of each case are set forth below:

1. Case Name: Nnyanzi, Vanessa
   MDL Case No. 17-cv-12884
   Date of initial SFC Filing: 11/21/17
   Date product ID uploaded to MDL Centrality: 8/8/19

2. Case Name: Crock, Teresa
   MDL Case No. 17-cv-12286
   Date of initial SFC Filing: 11/13/17
   Date product ID uploaded to MDL Centrality: 5/3/18

3. Case Name: Singleton, Patricia
   MDL Case No. 17-cv-11125
   Date of initial SFC Filing: 10/24/17
   Date product ID uploaded to MDL Centrality: 3/16/18

4. Case Name: Fleck, Melissa
   MDL Case No. 17-cv-11161
   Date of initial SFC Filing: 10/24/17
   Date product ID uploaded to MDL Centrality: 9/11/18

5. Case Name: Cardwell, Judy
   MDL Case No. 18-cv-2031
   Date of initial SFC Filing: 2/27/18
   Date product ID uploaded to MDL Centrality: 1/15/19

**Tucker Ellis** LLP

April 29, 2020
Page 2

6. Case Name: Stackhouse, Marsha (objection previously advised)
   MDL Case No. 17-cv-12427
   Date of initial SFC Filing: 11/14/17
   Date product ID uploaded to MDL Centrality: Jan. 2019

In summary, any requested amendment filed will be opposed via special appearance. Also, please include Brenda Sweet in any further correspondence regarding these matters.

Sincerely,

TUCKER ELLIS LLP

Julie A. Callsen

JAC:mkc

cc: John Olinde
    Brenda Sweet

4667811.1