# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>MELISSA FLECK,<br><br>   Plaintiff,<br><br> v.<br><br>HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., *et al.*,<br><br>   Defendant. | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT** |

Upon consideration of Accord Healthcare, Inc.'s Opposition to Plaintiff's Motion for Leave to Amend Short Form Complaint, in conjunction with Plaintiff's Motion for Leave to Amend Short Form Complaint, this Court hereby DENIES Plaintiff's Motion for Leave to Amend Short Form Complaint as futile based on the applicable statute of limitations.

**IT IS SO ORDERED.**

                       _____
                       Hon. Jane Triche Milazzo

015418\000001\4693126.1