UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Vanessa Nnyanzi v. Sanofi-Aventis U.S. LLC et al.*<br><br>*Case No. 2:17-cv-12884* | : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW COMES** Plaintiff Vanessa Nnyanzi, by and through undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure and Pretrial Order No. 82. Plaintiff seeks leave of Court to file an Amended Short Form Complaint, as attached hereto as Exhibit A and dismiss, with prejudice, previously named Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc. for the reasons set forth in Plaintiff's memorandum filed in support of this Motion.

Dated: June 2, 2020

Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com

*Attorney for Plaintiff*

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff's counsel contacted the proper parties and opposition was received.

/s/ *Jade M. Ruiz*
Jade M. Ruiz