UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Vanessa Nnyanzi v. Sanofi-Aventis U.S. LLC et al.*<br><br>*Case No. 2:17-cv-12884* | : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Vanessa Nnyanzi, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Accord Healthcare, Inc., Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., and Sagent Pharmaceuticals, Inc were the manufacturers of the Taxotere/Docetaxel that she received.

Plaintiff, therefore, seeks leave of Court to amend her initial Short Form Complaint to add Accord Healthcare, Inc., Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc, and Sagent Pharmaceuticals, Inc. as Defendants and to dismiss previously named Defendants, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc.

Dated: June 2, 2020                                            Respectfully submitted,


                                                                              */s/ Jade M. Ruiz*

                                            Jade M. Ruiz
                                            Texas Bar No. 24077836
                                            **Johnson Law Group**
                                            2925 Richmond Ave., Ste. 1700
                                            Houston, TX 77098
                                            Tel: 713-626-9336
                                            Fax: 713-583-9460
                                            jader@johnsonlawgroup.com

                                            *Attorney for Plaintiff*