# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Vanessa Nnyanzi* | |
| *v.* | |
| *Accord Healthcare, Inc.; Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc.; Sagent Pharmaceuticals, Inc.* | |
| *EDLA No. 2:17-cv-12884* | |

## SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

Vanessa Nnyanzi

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

N/A

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): <u>N/A                                                </u>

4.      Current State of Residence: <u>          OH                  </u>

5.      State in which Plaintiff(s) allege(s) injury: <u>  OH                    </u>

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

                ☐    A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

                ☐    B.      Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

                ☐    A.      Sandoz Inc.

                ☒    B.      Accord Healthcare, Inc.

                ☐    C.      McKesson Corporation d/b/a McKesson Packaging

                ☐    D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

                ☐    E.      Hospira, Inc.

                ☐    F.      Sun Pharma Global FZE

                ☐    G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

                ☐    H.      Pfizer Inc.

                ☒    I.      Actavis LLC f/k/a Actavis Inc.

                ☒    J.      Actavis Pharma, Inc.

                ☒    K.      Sagent Pharmaceuticals, Inc.

                ☐    L.      Other:

7.  Basis for Jurisdiction:

    ☒      Diversity of Citizenship

    ☐      Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

|  |
|---|
|  |

8.  Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

| Southern District of Ohio - Eastern Division |
|---|

9.  Brand Product(s) used by Plaintiff (check applicable):

    ☐    A.    Taxotere

    ☐    B.    Docefrez

    ☒    C.    Docetaxel Injection

    ☐    D.    Docetaxel Injection Concentrate

    ☐    E.    Unknown

    ☐    F.    Other:

|  |
|---|
|  |

10.  First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

| First use was on or about July 17, 2013; Last use was on or about January 3, 2014. |
|---|

11.     State in which Product(s) identified in question 9 was/were administered:

> Ohio

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if

known), and description of alleged injury):

> Hair's failure to grow back; Disfigurement & permanent alopecia beginning sometime
> after treatments with Taxotere (Docetaxel) and continuing until present. Associated
> with said alopecia are the following: mental anguish, severe and debilitating emotional
> distress; present and future mental and physical suffering and discomfort.

13.     Counts in Master Complaint brought by Plaintiff(s):

⊠      Count I – Strict Products Liability – Failure to Warn
⊠      Count III – Negligence
⊠      Count IV – Negligent Misrepresentation
⊠      Count V – Fraudulent Misrepresentation
⊠      Count VI – Fraudulent Concealment
⊠      Count VII – Fraud and Deceit

⊠      Other: Plaintiff(s) may assert the additional theories and/or State Causes of
Action against Defendant(s) identified by selecting "Other" and setting forth such claims
below.  If Plaintiff(s) include additional theories of recovery, for example,  applicable
state law or state consumer protection claims, the specific facts and allegations
supporting additional theories must be pleaded by Plaintiff in sufficient detail as required
by the applicable Federal Rules of Civil Procedure.

> Extreme and Outrageous Conduct/Intentional Infliction of Emotional Distress against all
>
> Defendants; Punitive Damages.

14.   Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es)
      and Mailing Address(es) representing Plaintiff(s):

                              By

                                    Jade M. Ruiz
                                    Texas Bar No. 24077836
                                    Johnson Law Group
                                    2925 Richmond Ave., Ste. 1700
                                    Houston, TX 77098
                                    Tel: 713-626-9336
                                    Fax: 713-583-9460
                                    jader@johnsonlawgroup.com