UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Teresa Crock v. Sanofi-Aventis U.S. LLC et al.* | : | |
| | : | |
| Case No. 2:17-cv-12286 | | |
| | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Teresa Crock, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Accord Healthcare, Inc. was the manufacturer of the Taxotere/Docetaxel that she received.

Plaintiff, therefore, seeks leave of Court to amend her initial Short Form Complaint to add Accord Healthcare, Inc. as Defendant and dismiss with prejudice, Hospira Inc., Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. and Pfizer Inc.

Dated: June 2, 2020                                   Respectfully submitted,

                                                      */s/ Jade M. Ruiz*
                                                      Jade M. Ruiz
                                                      Texas Bar No. 24077836
                                                      **Johnson Law Group**
                                                      2925 Richmond Ave., Ste. 1700
                                                      Houston, TX 77098

Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com

*Attorney for Plaintiff*