**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| *Sarnie et al v. Sanofi US Services Inc. et al* | MAG. JUDGE NORTH |
| Plaintiff Name: Deborah Sarnie & Joseph Caires<br>Civil Action No.: 2:18-cv-10469 | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 3rd Day of June 2020          Respectfully submitted,

         /s/ *Matthew R. McCarley*
         **FEARS NACHAWATI, PLLC**
         Matthew R. McCarley, #24041426
         Tarek A. Abbassi, #24096225
         Jason S. Long #24098012
         5473 Blair Road
         Dallas, Texas 75231
         Telephone: (214) 890-0711
         Fax: (214) 890-0712
         mccarley@fnlawfirm.com
         tabbassi@fnlawfirm.com
         jlong@fnlawfirm.com
         Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

         /s/ *Jason S. Long*