UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Marilyn Schilkie v. Hospira Inc. et al.* Case No. 2:19-cv-02487 | : : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Marilyn Schilkie, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Sandoz Inc. was one of the manufacturers of the Taxotere/Docetaxel that she received in addition to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc.

Plaintiff, therefore, seeks leave of Court to amend her initial Short Form Complaint to add Sandoz Inc. as a Defendant and dismiss with prejudice, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.

Dated: June 4, 2020

Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336

                                                 Fax: 713-583-9460
                                                 jader@johnsonlawgroup.com

                                               *Attorney for Plaintiff*