UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br><br> *Rose Calvin v. Sanofi-Aventis U.S. LLC et al.* <br><br> *Case No. 2:17-cv-11094* | : : : : : : | HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Rose Calvin, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Sandoz Inc. was one of the manufacturers of the Taxotere/Docetaxel that she received in addition to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc.

Plaintiff, therefore, seeks leave of Court to amend her initial Short Form Complaint to add Sandoz Inc. as Defendant and dismiss with prejudice, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.

Dated: June 4, 2020

Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336

Fax: 713-583-9460
jader@johnsonlawgroup.com

*Attorney for Plaintiff*