UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Latashia Turner v. Accord Healthcare, Inc. and Sandoz, Inc.* <br> *Case 2:19-cv-14797* | MAG. JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Honorable Court of the de3ath of the Plaintiff Latashia Turner on March 16, 2020.

Done this 4th day of June, 2020.

                                                Respectfully submitted,

                                                */s/ William L. Bross*
                                                William L. Bross
                                                HENINGER GARRISON DAVIS, LLC
                                                2224 1st Avenue North
                                                Birmingham, AL 35203
                                                P: (205) 326-3336
                                                F: (205) 326-3332
                                                william@hgdlawfirm.com

                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

                                      */s/  William L. Bross*
                                      William L. Bross
                                      HENINGER GARRISON DAVIS, LLC
                                      2224 1st Avenue North
                                      Birmingham, AL  35203
                                      P:  (205) 326-3336
                                      F:  (205) 326-3332
                                      william@hgdlawfirm.com

                                      *Attorney for Plaintiff*