UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS      :      MDL NO. 2740
LIABILITY LITIGATION                      :
                                          :      SECTION "H" (5)
                                          :
THIS DOCUMENT RELATES TO:                 :      HON. JANE TRICHE MILAZZO
                                          :      MAG. JUDGE MICHAEL NORTH
*Patricia Singleton v. Sanofi-Aventis U.S. LLC et al*   :
                                          :
                                          :
 *Case No. 2:17-cv-11125*                 :

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to Amend Complaint is

hereby set for submission before District Judge Milazzo or Magistrate Judge North on June 24,

2020 at 9:30 a.m.


Dated: June 4, 2020                       Respectfully submitted,

                                          */s/ Jade M. Ruiz*
                                          Jade M. Ruiz
                                          Texas Bar No. 24077836
                                          **Johnson Law Group**
                                          2925 Richmond Ave., Ste. 1700
                                          Houston, TX 77098
                                          Tel: 713-626-9336
                                          Fax: 713-583-9460
                                          jader@johnsonlawgroup.com

                                          *Attorney for Plaintiff*