IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 20-30184
_____

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

_____

BARBARA EARNEST,

    Plaintiff - Appellant

v.

SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.,

    Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

O R D E R:

    IT IS ORDERED that the unopposed joint motion of appellant and appellees to view and obtain sealed documents is GRANTED.

_____
GREGG J. COSTA
UNITED STATES CIRCUIT JUDGE