## *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-30184    In re: Taxotere Prod Liability, et al
                USDC No. 2:16-MD-2740
                USDC No. 2:16-CV-17144

Enclosed is an order entered in this case.

The court has considered the unopposed joint motion of appellant Barbara Earnest, and appellees Sanofi-Aventis, U.S., L.L.C. and Sanofi U.S. Services, Incorporated to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Sanofi-Aventis, U.S., L.L.C., Barbara Earnest, Sanofi U.S. Services, Incorporated may obtain all ex parte documents *filed on behalf of* Sanofi-Aventis, U.S., L.L.C., Barbara Earnest, Sanofi U.S. Services, Incorporated, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Ms. Dawn M. Barrios
Mr. Christopher L. Coffin
Ms. Ilana H. Eisenstein
Ms. Rachel Horton
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel