IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 20-30104

———————————

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

———————————

CYNTHIA THIBODEAUX,

    Plaintiff - Appellant

v.

SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.,

    Defendants - Appellees

———————————

Appeal from the United States District Court
for the Eastern District of Louisiana

———————————

O R D E R :

    IT IS ORDERED that the joint motion of the appellant and the appellees to view and obtain the sealed documents is GRANTED.

*Patrick E. Higginbotham*

———————————————
PATRICK E. HIGGINBOTHAM
UNITED STATES CIRCUIT JUDGE