# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 01, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30104    In re: Taxotere Prod Liability
                          USDC No. 2:16-MD-2740
                          USDC No. 2:16-CV-15859


Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Ms. Betsy J. Barnes
Ms. Dawn M. Barrios
Ms. Ilana H. Eisenstein
Mr. John Christian Enochs
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel
Mr. Richard Lee Root