UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| JUDITH MILLER | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No. 19-CV-02496 |
| SANOFI US SERVICES INC. ET AL., | : : : | |
| Defendant(s). | : : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Judith Miller hereby dismisses all claims in this matter with prejudice against all Defendants in this action Civil Action 19-cv-02496, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Judith Miller, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 18-cv-13839. All parties shall bear their own costs.

Dated this 5th day of June 2020      By: */s/ J. Christopher Elliott*
                                          J. Christopher Elliott, Esq.
                                          **BACHUS & SCHANKER, LLC**
                                          J. Kyle Bachus, Esq.
                                          Darin L. Schanker, Esq.
                                          101 West Colfax, Suite 650
                                          Denver, CO 80202
                                          Telephone: (303) 893-9800
                                          Facsimile: (303) 893-9900

Email: celliott@coloradolaw.net
kyle.bachus@coloradolaw.et
dschanker@coloradolaw.net

*Attorneys for Plaintiff*

SHOOK, HARDY & BACON

 /s/ *Kelly Bieri*
Kelly Bieri, Esq.
Harley V. Ratliff, Esq.
Adrienne Byard, Esq.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
Email:  kbieri@shb.com
Attorney for Sanofi Defendants

DECHERT LLP

*/s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Mark Cheffo
1095 Avenue of the Americas
New York, NY 10036
Telephone: 212-698-3500
Facsimile: 212-698-3599
Email:  maracusker.gonzalez@dechert.com
sara.roitman@dechert.com
mark.cheffo@dechert.com

CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
Email:  olinde@chaffe.com

rotolo@chaffe.com
Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer Inc.

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio  44113-7213
Telephone:     216-592-5000
Facsimile:     216-692-5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

*/s/ Evan Holden*
Evan Holden
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Rd. NE, Suite 2500
Atlanta, GA 30305
HoldenE@gtlaw.com
*Attorneys for Sandoz Inc.*

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone:     617-213-7000
Facsimile:     617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Defendant*
*Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

MORRISON & FOERSTER LLP

*/s/ Julie Y. Park*
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125

*Attorneys for McKesson Packaging Services, a division of McKesson Corporation*