UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Cynthia Barnes**
Case No.: **2:19-cv-13580**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Cynthia Barnes, whose case is on a Notice of Non-Compliance issued in early May, per the counsel for the Sanofi defendants. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: June 9, 2020                               Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com