UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *Martha Mundell., v.* Hospira Worldwide, LLC F/K/A Hospira Worldwide, INC., and Hospira, Inc.; Case No. 2:19-cv-10617 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff MARTHA MUNDELL hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:19-cv-10617, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Plaintiff MARTHA MUNDELL, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:18-cv-12553. All parties shall bear their own costs.

Dated this 10th day of June, 2020

**NAPOLI SHKOLNIK PLLC**
By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
hunter@napolilaw.com

*Attorneys for Plaintiff*

**DECHERT LLP**
By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
Mark Cheffo
1095 Sixth Ave.
New York, NY 10036
Telephone: 212-698-3500
Facsimile: 212-698-3599
maracusker.gonzalez@dechert.com
sara.roitman@dechert.com
mark.cheffo@dechert.com


**CHAFFE McCALL, L.L.P.**
By: */s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street New Orleans, LA 70163
Phone: (504) 858-7000 Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 10th, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 10th day of June, 2020          /s/ Hunter Shkolnik
                       Hunter Shkolnik, Esquire