UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL No. 2740

SECTION "H" (5)
JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Erica Dezaiffe, et al.*,
Case No. 2:17-cv-11133

### DEFENDANT'S CONSENT MOTION TO CONTINUE SUBMISSION DATE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Sandoz Inc. ("Sandoz"), who, with the consent of counsel for Plaintiff, respectfully moves to continue the submission date regarding Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint (Docs. 10450, 10450-1, 10450-2, 10450-3). On June 8, 2020, Plaintiff filed a Reply In Support of the Motion for Leave to Amend. (Doc. 10543) to which Sandoz wishes to respond (after seeking leave of court to do so). Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint was initially set for submission on June 10, 2020, and, on that date, the parties mutually agreed to an extension of the submission date.

Undersigned counsel has conferred with Plaintiffs' Liaison Counsel and counsel for Plaintiff, and Plaintiff has consented to a continuance of the submission date on this Motion to July 8, 2020, which will allow Sandoz to seek leave of court and submit its proposed additional briefing. Sandoz thus requests that the submission date on the Motion for Leave to File Plaintiff's Amended Short Form Complaint be continued to July 8, 2020.

**WHEREFORE**, Defendant Sandoz Inc. respectfully requests that this Court grant the instant Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to File

Plaintiff's Amended Short Form Complaint and enter the attached Order, continuing the submission date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint (Doc. 10450) to July 8, 2020.

Dated:  June 10, 2020.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**
<u>/s/ Nicholas A. Insogna</u>
Nicholas A. Insogna
One International Place, 20th Floor
Boston, MA 02110
Telephone: (617) 310-6231
insognan@gtlaw.com
*Attorney for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                    /s/ *Nicholas A. Insogna*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>*Erica Dezaiffe, et al.*,<br>Case No. 2:17-cv-11133 | |

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint (Doc. 10450) filed by Defendant Sandoz Inc., with the consent of Plaintiff;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint be and is **GRANTED**, and that the submission date is hereby continued to July 8, 2020.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
JUDGE JANE TRICHE MILAZZO

4