UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>*Brenda Weathers, et al.*,<br>Case No. 2:17-cv-12447 | |

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint (Doc. 10451) filed by Defendant Sandoz Inc., with the consent of Plaintiff;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint be and is **GRANTED**, and that the submission date is hereby continued to July 8, 2020.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
JUDGE JANE TRICHE MILAZZO

4