**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                        MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                                    SECTION "H" (5)
                                                                    JUDGE MILAZZO
                                                                    MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Tamisha Smiley, et al.*,
Case No. 2:17-cv-11129

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint (Doc. 10452) filed by Defendant Sandoz Inc., with the consent of Plaintiff;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint be and is **GRANTED**, and that the submission date is hereby continued to July 8, 2020.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
JUDGE JANE TRICHE MILAZZO