UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**In Re: TAXOTERE (DOCETAXEL)**               **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                         **SECTION "H" (5)**


**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Margaret Jarosch**
**Case No.: 2:19-cv-14728**


### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Margaret Jarosch whose case is on a Notice of Non-Compliance to be heard by the Court in June. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: June 11, 2020                          */s/  Seth Sharrock Webb*
                                              SETH SHARROCK WEBB, # 51236
                                              BROWN & CROUPPEN, P.C.
                                              211 N. Broadway, Suite 1600
                                              St. Louis, Missouri  63102
                                              314-421-0216
                                              314-421-0359 facsimile
                                              sethw@getbc.com