UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO
*Eva Itza Encarncion Medero, et al.*,
Case No. 18-02152

*Sherri Welch, et al.*
Case No. 2:18-cv-00845

*Donna Santisi, et al.*
Case No. 2:17-cv-12659

*Angelica Burruel, et al.*
Case No. 2:17-cv-11410

**CONSENT MOTION TO EXTEND SUBMISSION DATES FOR PLAINTIFFS' MOTIONS FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

**NOW COMES** Defendant Sagent Pharmaceuticals, Inc. ("Sagent"), by and through undersigned counsel, who, with the consent of counsel for plaintiffs, respectfully moves to continue the submission dates regarding Plaintiffs' Opposed Motions for Leave to Amend Short Form Complaint. Plaintiffs' Opposed Motions for Leave to Amend Short Form Complaint were initially set for submission on June 10, 2020. Undersigned counsel has conferred with plaintiffs' counsel and the parties have consented to a continuance of the submission date on these Motions. Sagent thus requests that the submission date on plaintiffs' Opposed Motions for Leave to Amend Short Form Complaint be continued to July 8, 2020.

**WHEREFORE,** Sagent respectfully requests that this Court grant the instant Consent Motion to Continue Submission Date on Plaintiffs' Opposed Motions for Leave to Amend Short Form Complaint and enter the attached Order, continuing the submission date on the motions [Docs. 10443, 10444, 10445, and 10446] to July 8, 2020.

Dated: June 11, 2020.

        Respectfully submitted,

        /s/ Michael J. Suffern
        Michael J. Suffern
        Jennifer Snyder Heis
        ULMER & BERNE LLP
        600 Vine Street, Suite 2800
        Cincinnati, OH 45202
        Telephone: (513) 698-5064
        Facsimile: (513) 698-5065
        msuffern@ulmer.com
        jheis@ulmer.com

        *Attorneys for Defendant Sagent Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Michael J. Suffern