# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO
*Eva Itza Encarncion Medero, et al.*,
Case No. 18-02152

*Sherri Welch, et al.*
Case No. 2:18-cv-00845

*Donna Santisi, et al.*
Case No. 2:17-cv-12659

*Angelica Burruel, et al.*
Case No. 2:17-cv-11410

## ORDER

Considering the foregoing Consent Motion to Continue Submission Dates on plaintiffs' Opposed Motions for Leave to File Amended Short Form Complaint [Docs. 10443, 10444, 10445, and 10446] filed by plaintiffs, and with the consent of plaintiffs:

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Dates on plaintiffs' Opposed Motions for Leave to File Amended Short Form Complaint is **GRANTED**, and the submission dates are hereby continued to July 8, 2020.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
Hon. Jane Triche Milazzo