UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |
| *Marilyn Schilkie v. Hospira Inc. et al.* | : : | |
| Case No. 2:19-cv-02487 | : | |

### PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW COMES** Plaintiff Marilyn Schilkie, by and through undersigned counsel, who respectfully brings this Amended Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure and Pretrial Order No. 82. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A. This Amended Motion is filed as unopposed as Defendant Sandoz Inc. has withdrawn their opposition to this Motion.

Pursuant to CMO 12A, this Motion also dismisses, with prejudice, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs.

Dated: June 12, 2020

Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com

*Attorney for Plaintiff*

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff's counsel contacted the proper parties for consent. Defendant Sandoz Inc. has withdrawn their opposition.

/s/ *Jade M. Ruiz*
Jade M. Ruiz