UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
Francis v. Sanofi-Aventis, et al, 2:16-cv-17410
Johnson v. Sanofi-Aventis, et al, 2:16-cv-15607
Thibodeaux v. Sanofi-Aventis, et al, 2:16-cv-15859

**MEMORANDUM IN SUPPORT OF MOTION
TO SUPPLEMENT JOINT RECORD DESIGNATIONS**

Plaintiffs Tanya Francis, Deborah Johnson and Cynthia Thibodeaux, respectfully request that the Court permit the addition of the joint record designations listed below to the parties' original joint record designations. Due to an inadvertent error caused by the voluminous nature of the record, the following record designations were inadvertently omitted from the parties' original joint record designations. The plaintiffs intended to include the designations below among the original joint record designations, and respectfully request that the Court enter an order permitting the addition of these designations to the parties' joint record designations filed on April 17, 2020 (Rec. Doc. 9981) and March 31, 2020 (Rec. Doc. 9841).

| 05/26/2017 | 494 | MOTION to Dismiss Claims Barred by the Applicable Statutes of Limitations on behalf of sanofi-aventis U.S. LLC and Sanofi US Services Inc. by Defendant. Motion(s) will be submitted on 8/30/2017. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A, # (3) Notice of Submission) (Reference: Cases Listed on Exhibit A)(Moore, Douglas) (Entered: 05/26/2017) |
|---|---|---|
| 07/20/2017 | 663 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re [494] MOTION to Dismiss Claims Barred by the Applicable Statutes of Limitations on behalf of sanofi-aventis U.S. LLC and Sanofi US Services Inc. . (Reference: ALL CASES)(Lambert, Matthew) (Entered: 07/20/2017) |
| 08/25/2017 | 771 | REPLY to Response to Motion filed by Defendant re [494] MOTION to Dismiss Claims Barred by the Applicable Statutes of Limitations |

| | | |
|---|---|---|
| | | on behalf of sanofi-aventis U.S. LLC and Sanofi US Services Inc.. (Attachments: # (1) Exhibits)(Reference: All Cases)(cml) (Entered: 08/25/2017) |
| 10/27/2017 | 1034 | ORDER AND REASONS: ORDERED that [494] Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations is DENIED WITHOUT PREJUDICE. Signed by Chief Judge Kurt D. Engelhardt on 9/26/2017. (Reference: All Cases)(cml) (Entered: 10/27/2017) |

Dated: June 12, 2020

/s/ T. Aaron Stringer
T. Aaron Stringer (UT #12681)
LOWE LAW GROUP
6028 S. Ridgeline Dr., Suite 200
Ogden, UT 84405
Phone: (385) 298-0175
Fax: (801) 656-0997
aaron@lowelawgroup.com

*Attorney for Plaintiff*

Respectfully submitted,

/s/ Richard L. Root
Betsy J. Barnes # 19473
Richard Root #19988
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
rroot@morrisbart.com

*Attorneys for Plaintiff*

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*         *Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews  
Andrews & Thornton  
4701 Von Karman Ave., Suite 300  
Newport Beach, CA 92660  
Phone: (800) 664-1734  
aa@andrewsthornton.com  

Daniel P. Markoff  
Atkins & Markoff Law Firm  
9211 Lake Hefner Parkway, Suite 104  
Oklahoma City, OK 73120  
Phone: (405) 607-8757  
Fax: (405) 607-8749  
dmarkoff@atkinsandmarkoff.com  

J. Kyle Bachus  
Bachus & Schanker, LLC  
1899 Wynkoop Street, Suite 700  
Denver, CO 80202  
Phone: (303) 893-9800  
Fax: (303) 893-9900  
kyle.bachus@coloradolaw.net  

Abby E. McClellan  
Stueve Siegel Hanson LLP  
460 Nichols Road, Suite 200  
Kansas City, MO 64112  
Phone: (816) 714-7100  
Fax: (816) 714-7101  
mcclellan@stuevesiegel.com  

Lawrence J. Centola, III  
Martzell, Bickford & Centola  
338 Lafayette Street  
New Orleans, LA 70130  
Phone: (504) 581-9065  
Fax: (504) 581-7635  
lcentola@mbfirm.com  

Karen Barth Menzies  
Gibbs Law Group LLP  
6701 Center Drive West, Suite 1400  
Los Angeles, California 90045  
Phone: 510-350-9700  
Fax: 510-350-9701  
kbm@classlawgroup.com  

Christopher L. Coffin  
Pendley, Baudin & Coffin, L.L.P.  
1100 Poydras Street, Suite 2505  
New Orleans, Louisiana 70163  
Phone: (504) 355-0086  
Fax: (504) 355-0089  
ccoffin@pbclawfirm.com  

David F. Miceli  
David F. Miceli, LLC  
P.O. Box 2519  
Carrollton, GA 30112  
Phone: (404) 915-8886  
dmiceli@miceli-law.com  

Alexander G. Dwyer  
Kirkendall Dwyer LLP  
440 Louisiana, Suite 1901  
Houston, TX 77002  
Phone: (713) 522-3529  
Fax: (713) 495-2331  
adwyer@kirkendalldwyer.com  

Rand P. Nolen  
Fleming, Nolen & Jez, L.L.P.  
2800 Post Oak Blvd., Suite 4000  
Houston, TX 77056  
Phone: (713) 621-7944  
Fax: (713) 621-9638  
rand_nolen@fleming-law.com  

Emily C. Jeffcott  
Morgan & Morgan  

Hunter J. Shkolnik  
Napoli Shkolnik PLLC

| | |
|---|---|
| 700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | 360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              */s/ M. Palmer Lambert*
                                              M. PALMER LAMBERT