UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Francis v. Sanofi-Aventis, et al, 2:16-cv-17410 Johnson v. Sanofi-Aventis, et al, 2:16-cv-15607 Thibodeaux v. Sanofi-Aventis, et al, 2:16-cv-15859 | |

## ORDER

Considering the foregoing Motion to Supplement Joint Record Designations by Plaintiffs Tanya Francis, Deborah Johnson and Cynthia Thibodeaux;

IT IS ORDERED that said Motion is GRANTED. The Clerk of Court is directed to include in the Record on Appeal the documents identified in the Memorandum in Support of the Motion to Supplement Joint Record Designations.

New Orleans, Louisiana, this ____ of June, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE