UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                                   SECTION "H" (5)
                                                                   JUDGE MILAZZO
                                                                   MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Cindy Barbiche v. Hospira, Inc. et al.*
Case No. 2:17-cv-12311

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint (Doc. 10489) filed by Defendant Sandoz Inc., with the consent of Plaintiff;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint be and is **GRANTED**, and that the submission date is hereby continued to July 8, 2020.

         New Orleans, Louisiana this ____ day of _____, 2020.

                                                 _____
                                                JUDGE JANE TRICHE MILAZZO