UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO *Tami Cobb v. Sanofi-Aventis U.S. LLC et al* Case No. 2:17-cv-11115 | |

### DEFENDANT'S CONSENT MOTION TO CONTINUE SUBMISSION DATE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Sandoz Inc. ("Sandoz"), who, with the consent of counsel for Plaintiff, respectfully moves to continue the submission date regarding Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint (Docs. 10491, 10491-1, 10491-2, 10491-3). Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint was initially set for submission on June 24, 2020, but the parties have mutually agreed to an extension of the submission date.

Undersigned counsel has conferred with Plaintiffs' Liaison Counsel and counsel for Plaintiff, and Plaintiff intends to file a substantive reply to Sandoz' opposition to the Motion for Leave to File Plaintiff's Amended Short Form Complaint. Sandoz may seek leave to further respond to that Reply, if it raises issues not previously addressed in the moving papers. Accordingly, the parties have conferred and mutually agreed to a continuance of the submission date on this Motion to July 8, 2020, and on a briefing schedule which will allow Sandoz to seek leave of court and submit its proposed additional briefing. Sandoz thus requests that the submission date on the Motion for Leave to File Plaintiff's Amended Short Form Complaint be continued to July 8, 2020.

**WHEREFORE**, Defendant Sandoz Inc. respectfully requests that this Court grant the instant Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint and enter the attached Order, continuing the submission date on Plaintiff's Motion for Leave to File Plaintiff's Amended Short Form Complaint (Doc. 10491) to July 8, 2020.

Dated:  June 10, 2020.

        Respectfully submitted,

        **GREENBERG TRAURIG, LLP**
        */s/ Nicholas A. Insogna*
        Nicholas A. Insogna
        One International Place, 20th Floor
        Boston, MA 02110
        Telephone: (617) 310-6231
        insognan@gtlaw.com
        *Attorney for Sandoz Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ <i>Nicholas A. Insogna</i>