UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Barbara Ann Anderson v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis U.S. LLC, Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Mckesson Corporations d/b/a McKesson Packaging, Pfizer, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories, Ltd., Sandoz, Inc. | MEMOMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br><br>Civil Action No.: 2:20-cv-1382 |

## MEMOMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW Plaintiff Barbara Ann Anderson, by and through the undersigned counsel, pursuant to Federal Rules of Civil 15(A)(2), respectfully moves the Court for leave to amend her Short Form Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on May 6th, 2020 (*Babara Ann Anderson v. Sanofi US, et al.* Case No. 2:20-cv-1382), and Plaintiff served Defendants pursuant to PTO 9.

The court should freely give leave to file an amended complaint when justice so requires. Fed. R. Civ. P. 15(A)(2). Justice requires an amendment in this case. Plaintiff was not aware that Sandoz, Inc. had been a manufacturer of her chemotherapy. Plaintiff wishes to amend her complaint to include Sandoz, Inc. as Defendant. Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

For the reasons stated herein, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

Dated June 16, 2020.

>Sara Salger, IL Bar No. 6296640
>D. Todd Mathews, IL Bar No. 6276652
>Samira Khazaeli, IL Bar No. 6313223
>**THE GORI LAW FIRM, P.C.**
>156 North Main Street
>Edwardsville, IL 62025
>Phone: (618) 659-9833
>sara@gorilaw.com
>todd@gorilaw.com
>skhazaeli@gorilaw.com
>Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 16, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

            *s/Sara Salger*
            *s/ D. Todd Mathews*
            *s/ Samira Khazaeli*

            Sara Salger
            D. Todd Mathews
            Samira Khazaeli