# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| JUDY CARDWELL, | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | |
| v. | |
| SANOFI-AVENTIS U.S. LLC, *et al.*, | |
| Defendant. | |
| *Case No. 2:18-cv-02031* | |

## CONSENT MOTION TO CONTINUE SUBMISSION DATE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW COMES** Defendant Accord Healthcare, Inc. ("Accord"), by and through undersigned counsel, who, with the consent of counsel for Plaintiff, respectfully moves to continue the submission date regarding Plaintiff's Motion for Leave to Amend Complaint.

Plaintiff's Motion for Leave to Amend Complaint was initially set for submission on June 24, 2020. Undersigned counsel has conferred with Plaintiff's counsel, Jade Ruiz, and the parties have consented to a continuance of the submission date on this Motion. Defendant thus requests that the submission date on Plaintiff's Motion for Leave to Amend Complaint be continued to July 8, 2020.

**WHEREFORE**, Defendant respectfully requests that this Court grant the instant Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to Amend Complaint and enter the attached Order, continuing the submission date on the Motion (Doc. 10490) to July 8, 2020.

| | |
|---|---|
| Date:  June 16, 2020 | Respectfully submitted, |
| /s/ Jade M. Ruiz | /s/ Julie A. Callsen |
| Jade M. Ruiz | Julie A. Callsen |
| Texas Bar No. 24077836 | Brenda A. Sweet |
| JOHNSON LAW GROUP | TUCKER ELLIS LLP |
| 2925 Richmond Avenue, Suite 1700 | 950 Main Avenue, Suite 1100 |
| Houston, TX  77098 | Cleveland, OH  44113-7213 |
| Telephone:     713.626.9336 | Telephone:   216.592.5000 |
| Facsimile:     713.583.9460 | Facsimile:    216.592.5009 |
| jader@johnsonlawgroup.com | Email:         julie.callsen@tuckerellis.com |
| | brenda.sweet@tuckerellis.com |
| *Attorney for Plaintiff* | *Attorneys for Putative Defendant Accord Healthcare, Inc.* |

## CERTIFICATE OF SERVICE

  I hereby certify that on June 16, 2020, I electronically filed the foregoing *Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to Amend Complaint* with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

               */s/ Julie A. Callsen*
               Julie A. Callsen