# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>JUDY CARDWELL,<br><br>    Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, *et al.*,<br><br>    Defendant.<br><br>*Case No. 2:18-cv-02031* | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to Amend Complaint (Doc. 10490) filed by Plaintiff, with the consent of Plaintiffs;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to Amend Complaint be and is **GRANTED**, and that the submission date is hereby continued to July 8, 2020.

New Orleans, Louisiana this ____ day of _____, 2020.

_____
Hon. Jane Triche Milazzo

015418\000001\4717905.1