**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
|  | : |  |
|  | : | SECTION "H" (5) |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
|  | : | MAG. JUDGE MICHAEL NORTH |
| TERESA CROCK, | : |  |
|  | : |  |
|          Plaintiff, | : |  |
|  | : |  |
|     v. | : |  |
|  | : |  |
| SANOFI-AVENTIS U.S. LLC, *et al.*, | : |  |
|  | : |  |
|          Defendant. | : |  |
| *Case No. 2:17-cv-12286* | : |  |

**ORDER**

Considering the foregoing Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to Amend Complaint (Doc. 10512) filed by Plaintiff, with the consent of Plaintiffs;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to Amend Complaint be and is **GRANTED**, and that the submission date is hereby continued to July 8, 2020.

New Orleans, Louisiana this _____ day of _____, 2020.

_____

Hon. Jane Triche Milazzo