# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>PATRICIA SINGLETON,<br>   Plaintiff,<br>v.<br>SANOFI-AVENTIS U.S. LLC, *et al.*,<br>   Defendant.<br>*Case No. 2:17-cv-11125* | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## **ORDER**

Considering the foregoing Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to Amend Complaint (Doc. 10528) filed by Plaintiff, with the consent of Plaintiffs;

**IT IS HEREBY ORDERED** that the Consent Motion to Continue Submission Date on Plaintiff's Motion for Leave to Amend Complaint be and is **GRANTED**, and that the submission date is hereby continued to July 8, 2020.

New Orleans, Louisiana this _____ day of _____, 2020.

                     _____
                     Hon. Jane Triche Milazzo