# DEATH TRANSCRIPT

**THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

## CERTIFICATE OF DEATH

DATE FILED: NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE — Sep 05, 2019 10:50 PM

Certificate No. 156-19-036307

**1. Decedent's Legal Name:** PATRICIA M LEWIS (First, Middle, Last)

**Place of Death**
- 2a. New York City
- 2b. Borough: Manhattan
- 2c. Type of Place: ☒ Hospital Inpatient
- 2d. Any Hospice care in last 30 days: ☒ No
- 2e. Name of hospital or other facility: Harlem Hospital Center

**Date and Time of Death:** September 03, 2019, 1:00 PM

**4. Sex:** Female

**5. Date last attended by a Physician:** 09/03/2019

**6. Certifier:** I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

- **Name of Physician:** SHIRE JAMA
- **Signature:** Shire Jama — D.O.
- **Address:** 506 Lenox Ave New York, NY 10037
- **License No.:** 277927
- **Date:** SEP-3-2019

**7a. Usual Residence State:** New York
**7b. County:** New York
**7c. City or Town:** New York
**7d. Street and Number:** 2186 5th Ave
**Apt. No.:** Apt 2M
**ZIP Code:** 10037
**7e. Inside City Limits:** ☒ Yes

**8. Date of Birth:** (blank)
**9. Age at last birthday:** 71
**10. Social Security No.:** *** ** 5

**11a. Usual Occupation:** Hospital Police Officer
**11b. Kind of business or industry:** Law Enforcement
**12. Aliases or AKAs:** *** ***

**13. Birthplace:** New York, New York
**14. Education:** ☒ High school graduate or GED

**15. Ever in U.S. Armed Forces?** ☒ No
**16. Marital/Partnership Status at time of death:** ☒ Divorced
**17. Surviving Spouse's/Partner's Name:** *** ***

**18. Father's Name:** David Johnson
**19. Mother's Maiden Name:** Virginia Harrell

**20a. Informant's Name:** Matthew T Lewis
**20b. Relationship to Decedent:** Son
**20c. Address:** 344 Central Park Ave Apt B13, Scarsdale, NY 10583

**21a. Method of Disposition:** ☒ Other Specify — Anatomical Donation
**21b. Place of Disposition:** Mount Sinai School of Medicine
**21c. Location of Disposition:** New York, New York
**21d. Date of Disposition:** 09/05/2019

**22a. Funeral Establishment:** Rey Quevedo Funeral Services
**22b. Address:** 315 S Broadway Apt 1, Yonkers, NY 10705

No Correction History.***

EVT201909426035



Gretchen Van Wye, Ph.D., City Registrar as of 9/1/18

September 11, 2019

Steven P. Schwartz, Ph.D., City Registrar

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

VR 15 (Rev. 01/09)



Y01404974