**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL No. 2740

SECTION "H" (5)
JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Barbara Harris et al.*,
Case No. 17-13114

**SPECIAL APPEARANCE OF SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC
F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC., IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Pretrial Order No. 37A (Doc. 1682), Sagent Pharmaceuticals, Inc., Actavis LLC

f/k/a Actavis Inc., and Actavis Pharma, Inc. (collectively "Defendants"), hereby enter their Special

Appearance to oppose *Plaintiff's Motion For Leave to Amend Complaint* (Doc. 10485) in the above-

captioned case.  Plaintiff's proposed Amended Short Form Complaint (Doc. 10485-2) is futile

because it is time-barred as a matter of law as to Defendants, there is no "discovery rule" under

applicable law to save plaintiff's untimely attempt to add Defendants as parties, and plaintiff's

proposed amendment does not relate back to her original filing.

Dated:  June 16, 2020.

Respectfully submitted,

/s/ Michael J. Suffern
Michael J. Suffern
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
jheis@ulmer.com

*Attorneys for Defendants*
*Sagent Pharmaceuticals, Inc.,*
*Actavis LLC f/k/a Actavis,*
*Inc., and Actavis Pharma, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Michael J. Suffern