UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>*Vanessa Nnyanzi et al.*,<br>Case No. 17-12884 | |

### SPECIAL APPEARANCE OF SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC., IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Pretrial Order No. 37A (Doc. 1682), Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. (collectively "Defendants"), hereby enter their Special Appearance to oppose *Plaintiff's Motion For Leave to Amend Complaint* (Doc. 10507) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 10507-2) is futile because it is time-barred as a matter of law as to Defendants, there is no "discovery rule" under applicable law to save plaintiff's untimely attempt to add Defendants as parties, and plaintiff's proposed amendment does not relate back to her original filing.

Dated: June 16, 2020.

                                            Respectfully submitted,

                                            /s/ Michael J. Suffern
                                            Michael J. Suffern
                                            Jennifer Snyder Heis
                                            ULMER & BERNE LLP
                                            600 Vine Street, Suite 2800
                                            Cincinnati, OH 45202
                                            Telephone: (513) 698-5064
                                            Facsimile: (513) 698-5065
                                            msuffern@ulmer.com
                                            jheis@ulmer.com

*Attorney for Defendants
Sagent Pharmaceuticals, Inc.,
Actavis LLC f/k/a Actavis,
Inc., and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 16, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          /s/ Michael J. Suffern