**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)
                                                JUDGE MILAZZO
                                                MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Netonya Usher Williams, et al.,*
Case No. 2:17-cv-11194

## SPECIAL APPEARANCE OF SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC., IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Pursuant to Pretrial Order No. 37A (Doc. 1682), Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. (collectively "Defendants"), hereby enter their Special Appearance to oppose *Plaintiff's Motion for Leave to Amend Complaint* (Doc. 10523) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 10523-2) is futile because it is time-barred as a matter of law as to Defendants, there is no "discovery rule" under applicable law to save plaintiff's untimely attempt to add Defendants as parties, and plaintiff's proposed amendment does not relate back to her original filing.

Dated:  June 16, 2020.

                              Respectfully submitted,

                              /s/ Michael J. Suffern
                              Michael J. Suffern
                              Jennifer Snyder Heis
                              ULMER & BERNE LLP
                              600 Vine Street, Suite 2800
                              Cincinnati, OH 45202
                              Telephone: (513) 698-5064
                              Facsimile: (513) 698-5065
                              msuffern@ulmer.com
                              jheis@ulmer.com

1

*Attorney for Defendants*
*Sagent Pharmaceuticals, Inc.,*
*Actavis LLC f/k/a Actavis,*
*Inc., and Actavis Pharma, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Michael J. Suffern