# EXHIBIT 1

## Heis, Jennifer

| | |
|---|---|
| **From:** | Heis, Jennifer |
| **Sent:** | Monday, May 11, 2020 5:45 PM |
| **To:** | 'Valarie Hall'; dmoore@irwinllc.com; 505b2liaison@chaffe.com; taxotere; kbieri@shb.com; Suffern, Michael |
| **Cc:** | Jade Ruiz; McIntosh, Tom |
| **Subject:** | RE: Motion for Leave to Amend Complaint (Netonya Usher Williams  – 2:17-cv-11194) |

Ms. Hall,

Actavis LLC f/k/a Actavis Inc.; Actavis Pharma, Inc.; and Sagent Pharmaceuticals, Inc. will enter a special appearance, pursuant to PTO 37A, to oppose the motion for leave to amend to add them as defendants in this case, premised on the fact that the proposed amendments would be futile, because the proposed amended short form complaint clearly is time-barred as to those entities.

Please let me know if you'd like to discuss.
Best,
Jeni Heis


------
Jennifer Snyder Heis
Ulmer & Berne LLP
p 513.698.5058
c 513.314.9227

**From:** Valarie Hall <VHall@johnsonlawgroup.com>
**Sent:** Tuesday, April 28, 2020 6:16 PM
**To:** dmoore@irwinllc.com; 505b2liaison@chaffe.com; taxotere <taxotere@bkc-law.com>; kbieri@shb.com; Suffern, Michael <msuffern@ulmer.com>
**Cc:** Jade Ruiz <JadeR@johnsonlawgroup.com>
**Subject:** Motion for Leave to Amend Complaint (Netonya Usher Williams – 2:17-cv-11194)

Counsel—
We have received records with manufacturer-specific information, showing that the Docetaxel/Taxotere given to Netonya Usher Williams was also manufactured by Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc.. We would like to file a Motion for Leave to Amend the Complaint to add the aforementioned manufacturer(s) as proper defendants.
Please find attached: (1) our drafted motion for leave to amend, (2) a proposed order, (3) the amended short form complaint (Exhibit A), and (4) the Request For Summons.
Pursuant to Local Rule 7.6, please let me know if you have any objection to our filing the attached motion to amend documents. If we do not receive any notice of opposition within fourteen (14) days of this email, per PTO 37A, we will file the motion for leave to amend as unopposed.

Thanks,



**VALARIE HALL | M.A., J.D.**

Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098

Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (800) 731-6018

vhall@johnsonlawgroup.com | www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged. This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.