UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
Francis v. Sanofi-Aventis, et al, 2:16-cv-17410
Johnson v. Sanofi-Aventis, et al, 2:16-cv-15607
Thibodeaux v. Sanofi-Aventis, et al, 2:16-cv-15859

## ORDER

Considering the foregoing unopposed Motion to Supplement Joint Record Designations (Doc. 10569);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to include in the Record on Appeal the documents identified in the Memorandum in Support of the Motion to Supplement Joint Record Designations.

New Orleans, Louisiana, this 18th day of June, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE