UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) **This document relates to:** ) Erica Dezaiffe, 17-11133 ) Brenda Weathers, 17-12447 ) Tamisha Smiley, 17-11129 ) Kaia Luke, 17-12876 ) Wendy Ellen Galecki Polk, 17-11187 ) Mary Richmond, 17-13108 ) Carol Murray, 17-12356 ) Rose Calvin, 17-11094 ) Donna Bailey, 17-12885 ) Cindy Barbiche, 17-12311 ) Rosita Young, 18-8037 ) Judy Cardwell, 18-2031 ) Tami Cobb, 17-11115 ) | MDL No. 16-2740 SECTION: "H" (5) |

## ORDER

Before the Court are several Consent Motions to Continue Submission Dates (Docs. 10557, 10558, 10559, 10560, 10572, 10573, 10575, 10576, 10577, 10578, 10579, 10580, and 10581);

**IT IS ORDERED** that the Motions are **GRANTED**, and the submission dates at issue are **CONTINUED** to July 8, 2020, as requested.

New Orleans, Louisiana, this 18th day of June, 2020.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**