IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 20-30104
_____

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

_____

CYNTHIA THIBODEAUX,

    Plaintiff - Appellant

v.

SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.,

    Defendants - Appellees

Consolidated with 20-30107

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------

DEBORAH JOHNSON,

    Plaintiff - Appellant

v.

SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.,

    Defendants - Appellees

---------------------------------------------------------------

TANYA FRANCIS,

       Plaintiff - Appellant

v.

SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.,

       Defendants - Appellees

_____

Appeals from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R :

    IT IS ORDERED that appellants, Ms. Tanya Francis and Ms. Deborah Johnson and appellees, Sanofi U.S. Services, Incorporated and Sanofi-Aventis, U.S., L.L.C. motion to view and obtain sealed documents is GRANTED.

_____
  PATRICK E. HIGGINBOTHAM
  UNITED STATES CIRCUIT JUDGE