# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 17, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-30104,  Consolidated with 20-30107
               In re: Taxotere Prod Liability
               USDC No. 2:16-MD-2740
               USDC No. 2:16-CV-15859
               USDC No. 2:16-CV-15607
               USDC No. 2:16-CV-17410

Enclosed is an order entered in this case.

The court has considered the joint motion of Appellees Sanofi-Aventis, U.S., L.L.C., Sanofi U.S. Services, Incorporated, and Appellants Tanya Francis, Deborah Johnson to view non-public and/or sealed material in the record on appeal related to consolidated case number 20-30107. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Sanofi-Aventis, U.S., L.L.C., Sanofi U.S. Services, Incorporated, Tanya Francis, Deborah Johnson may obtain all ex parte documents filed on behalf of Sanofi-Aventis, U.S., L.L.C., Sanofi U.S. Services, Incorporated, Tanya Francis, Deborah Johnson, and all other non ex parte documents in the record related to consolidated case number 20-30107.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Ms. Betsy J. Barnes
Ms. Dawn M. Barrios
Ms. Ilana H. Eisenstein
Mr. John Christian Enochs
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel
Mr. Richard Lee Root

**P.S. to Counsel:** The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.