

# MDL CENTRALITY

IN RE TAXOTERE
MDL 2740

BROWNGREER

| HOME ▼ | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT ▼ |

Back To MDL Centrality

## MDL 2740 - Taxotere

<< Back

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 7349 | DOB: | 05/05/1954 |
| Name: | ROSE CALVIN | Email: | awhite@johnsonlawgroup.com |
| Most Recent PFS Submitted: | 05/11/2020 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes | Comments |
| Drug Name: | Sandoz Inc.; Hospira, Inc. | Unknown Certification: | | |
| Treatment Dates: | 02/12/2014 to 04/23/2014 | Docket No.: | 2:17-cv-11094 | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Johnson Law Group | |

### Deficiency Notices

| Notice ID | Action | Approve | Hold | Status | | |
|---|---|---|---|---|---|---|
| 1 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |
| 2 | Approve/Hold | | | Moved Back to Review | History | Issue Notice |
| 3 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |

### Defendant Management

Assigned: **Pfizer/Hospira**

Reviewer History    View Deficiencies    CMO 12 Product ID

Update Cure Date/Review Note

Cure Date:

| Plaintiff Documents | Defendant Documents |

Search Results:    Page 1 of 1 (22 records)

Filter: ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 466799 | Fourth Amended Plaintiff Fact Sheet | 05/11/2020 | Michaels Downes, Margarita | 05/11/2020 | Comments |
| 431742 | CMO 12 Product Identification - Please see Batesed pages 000074-000097 | 01/08/2020 | | 01/08/2020 | Comments |
| 264921 | Proof of Use -- Medical Records | 11/13/2018 | | 11/13/2018 | Comments |
| 250459 | DFS Deficiency Notice - Hospira | 10/12/2018 | | 10/12/2018 | Comments |
| 250426 | DFS Deficiency Notice - Pfizer | 10/12/2018 | | 10/12/2018 | Comments |
| 217085 | Response to Deficiency Notice | 08/07/2018 | | 08/07/2018 | Comments |
| 217074 | Third Amended Plaintiff Fact Sheet | 08/07/2018 | Adams, LaToyia | 08/07/2018 | Comments |
| 196726 | Second Amended Plaintiff Fact Sheet | 07/05/2018 | Okoko, Ezinne | 07/05/2018 | Comments |
| 176249 | First Amended Plaintiff Fact Sheet | 06/02/2018 | Adams, LaToyia | 06/02/2018 | Comments |
| 176248 | Proof of Injury - Before & After Photographs | 06/02/2018 | | 06/02/2018 | Comments |
| 176247 | Other - PFS Supplement Document | 06/02/2018 | | 06/02/2018 | Comments |
| 114368 | Plaintiff Fact Sheet | 03/19/2018 | Garcia, Victoria | 03/19/2018 | Comments |
| 114366 | PTO 71 Written Statement | 03/19/2018 | | 03/19/2018 | Comments |

| 114361 | Proof of Injury - Before & After Photographs | 03/19/2018 | | 03/19/2018 | Comments |
| 114360 | Proof of Use -- Medical Records | 03/19/2018 | | 03/19/2018 | Comments |
| 114358 | Workers Compensation Authorization | 03/19/2018 | | 03/19/2018 | Comments |
| 114357 | Properly Executed Verification of PFS | 03/19/2018 | | 03/19/2018 | Comments |
| 114356 | Psychiatric Records Authorization | 03/19/2018 | | 03/19/2018 | Comments |
| 114355 | HIPAA Authorization | 03/19/2018 | | 03/19/2018 | Comments |
| 114354 | Health Insurance Record Authorization | 03/19/2018 | | 03/19/2018 | Comments |
| 114353 | Employment Authorization | 03/19/2018 | | 03/19/2018 | Comments |
| 114352 | Disability Claims Authorization | 03/19/2018 | | 03/19/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.