| | |
|---|---|
| **From:** | Insogna, Nicholas A. (Shld-Bos-LT) |
| **Sent:** | Wednesday, May 6, 2020 3:00 PM |
| **To:** | Valarie Hall; dmoore@irwinllc.com; 505b2liaison@chaffe.com; taxotere; docetaxelproductid@dechert.com; Holden, Evan (Shld-Atl-LT); Ishrak, Idris (Assoc-OC-LT) |
| **Cc:** | Jade Ruiz |
| **Subject:** | RE: Motion for Leave to Amend Complaint (Donna Bailey – 2:17-cv-12885) |

Counsel:

We have received requests for assent, on behalf of our client, Sandoz Inc., to motions for leave to file amended complaints on behalf of the following clients of your firm:

- Donna Bailey – 2:17-cv-12885
- Cindy Barbiche – 2:17-cv-12311
- Judy Cardwell – 2:18-cv-02031
- Tami Cobb – 2:17-cv-11115
- Erica Dezaiffe – 2:17-cv-11133
- Wendy Ellen Galecki Polk – 2:17-cv-11187
- Kaia Luke – 2:17-cv-12876
- Carol Murray – 2:17-cv-12356
- Demetria Pierce – 2:17-cv-11075
- Mary Richmond – 2:17-cv-13108
- Tamisha Smiley – 2:17-cv-11129
- Brenda Weathers – 2:17-cv-12447
- Rosita Young – 2:18-cv-08037
- Rose Calvin – 2:17-cv-11094
- Marilyn Schilkie – 2:19-cv-02487

Our client will oppose any motion for leave to amend that seeks to add Sandoz Inc. as a defendant in any of those cases. In all of the cases, amendment should not be permitted for one or more reasons. Many of the cases were clearly time-barred under the applicable state statute of limitations when filed; in others, the limitations period clearly ran before any attempt was made to add Sandoz Inc. as a defendant. Finally, in all of the cases, your client was in possession of product ID information purportedly identifying Sandoz Inc. for many months before she attempted to add our client as a defendant and no excuse has been offered for that unreasonable delay in seeking to amend her pleading. Accordingly, amendment in all of the above cases would be futile.

There may be additional reasons aside from the ones detailed above, and we reserve all rights and defenses and do not concede that CMO 12 product ID has been established conclusively in any of the above cases.

Please include me, Evan Holden, and Cliff Merrell, each copied here, on any service of a motion for leave to amend, so that we may prepare our opposition papers.

Thank you.

---

**From:** Valarie Hall <VHall@johnsonlawgroup.com>
**Sent:** Tuesday, April 28, 2020 3:58 PM

**To:** dmoore@irwinllc.com; 505b2liaison@chaffe.com; taxotere <taxotere@bkc-law.com>; docetaxelproductid@dechert.com; Insogna, Nicholas A. (Shld-Bos-LT) <insognan@gtlaw.com>; Holden, Evan (Shld-Atl-LT) <holdene@gtlaw.com>; Ishrak, Idris (Assoc-OC-LT) <ishraki@gtlaw.com>
**Cc:** Jade Ruiz <JadeR@johnsonlawgroup.com>
**Subject:** Motion for Leave to Amend Complaint (Donna Bailey – 2:17-cv-12885)

**\*EXTERNAL TO GT\***

Counsel—
We have received records with manufacturer-specific information, showing that the Docetaxel/Taxotere given to Donna Bailey was also manufactured by Sandoz Inc.  We would like to file a Motion for Leave to Amend the Complaint to add the aforementioned manufacturer(s) as proper defendants.
Please find attached: (1) our drafted motion for leave to amend, (2) a proposed order, (3) the amended short form complaint (Exhibit A), and (4) the Request For Summons.
Pursuant to Local Rule 7.6, please let me know if you have any objection to our filing the attached motion to amend documents.  If we do not receive any notice of opposition within fourteen (14) days of this email, per PTO 37A, we will file the motion for leave to amend as unopposed.

Thanks,



**VALARIE HALL | M.A., J.D.**
Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (800) 731-6018
vhall@johnsonlawgroup.com   |   www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged.  This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.