```
*******AUTO**MIXED ADC 300
564 3 MB 1.125                        000564
JOHNSON LAW GROUP
2925 RICHMOND AVE STE 1700

HOUSTON, TX  77098-3135
                                      11pgs
```



## ATTENTION
Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.



195254472



Young, Rosita - BMR - 000001

Ciox Health
P.O. Box 1812
Alpharetta, GA 30023-1812
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
| --- |
| 4/28/2018 |
| Request ID # |
| 0244098983 |

**Ship to:**

JOHNSON LAW GROUP
JOHNSON LAW GROUP
2925 RICHMOND AVE
STE 1700
HOUSTON, TX 77098-3135

**Requested By:** JOHNSON LAW GROUP
**Patient Name:** YOUNG ROSITA
**DOB:** 091248

**Records from:**

RANDOLPH HOSPITAL
364 WHITE OAK ST
PO BOX 1048
ASHEBORO, NC 27204-1028

Ciox Health is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 18,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.CioxHealth.com

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: edelivery.cioxhealth.com

From: Sofia Escobar    Fax: (281) 915-3312    To:    Fax: (336) 629-8883    Page 2 of 4  03/16/2018 12:35 PM    661017

Mail – Bill

2925 RICHMOND AVENUE, SUITE 1700, HOUSTON, TX 77098
TOLL FREE (800) 230-7700  PHONE (713) 626-9336  FAX (800) 731-6018
JOHNSONLAWGROUP.COM

18166120C6

March 16, 2018

47787699

Randolph Cancer Center
Attn: Medical Records Dept.
373 N. Fayetteville Street
Asheboro, NC 27203
Phone: (336) 626-0033

## Client and Medical Records Request Information

| Name: Rosita Young D+ | | Alias(es): Rosita DeVico |
|---|---|---|
| DOB: 9/13/1948 ✓ | SSN: 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 | Dates of Service: 01/01/2013 - 12/31/2016 |
| Special request: Medication chart, medication lists, chemotherapy and medication administration records, history & physical, face sheet, discharge summaries, discharge instructions, all clinical notes, all facility pharmacy records to include NDC numbers (PLEASE INCLUDE CHEMOTHERAPY DRUG NDC NUMBERS), AND any insurance claim form(s) completed or sent for these dates of service. | | |
| Previous Address(es): | N/A | |

Dear Custodian of Records:

This law firm represents Rosita Young AKA Rosita DeVico. Please accept this written request for Medication chart, medication lists, chemotherapy and medication administration records, history & physical, face sheet, discharge summaries, discharge instructions, all clinical notes, all facility pharmacy records to include NDC numbers (PLEASE INCLUDE CHEMOTHERAPY DRUG NDC NUMBERS), AND any insurance claim form(s) completed or sent for these dates of service. for Rosita Young AKA Rosita DeVico. Attached is a HIPAA-compliant authorization granting permission to release the medical records of the above-named patient to Johnson Law Group.

If the attached medical authorization is electronically signed, please be aware of the provisions of the federal Uniform Electronic Transactions Act (UETA) (Section 7(d) of which provides: "If a law requires a signature, an electronic signature satisfies the law"); and the federal Electronic Signatures in Global and National Commerce Act (ESIGN) (Section 7001(a)(1) of which provides: "a signature...may not be denied legal effect, validity, or enforceability solely because it is in electronic form").

We thank you in advance for providing Johnson Law Group, as this patient's representative, with said patient's medical records in a timely manner, as required by HIPAA (entities have 30 days to comply; 45 C.F.R. § 164.524). If there is a charge for these records and you require payment in advance, please let me know at your earliest convenience. Should these records exceed $50.00 please contact me for pre-approval before sending. If you should have any questions, please do not hesitate to contact me directly at 281-915-3312 or at records@johnsonlawgroup.com.

Medical Information Release
FS_____ Lab_____
DS_____ EKG_____
HP_____ Other_____
OP_____ Clinic_____
Path_____ Complete_____ 3/19/18
Atl_____ Date_____
Released by_____ HF7  FP

1/1/2013 - 12/31/2016

Very truly yours,

Sofia Escobar

Young, Rosita - BMR - 000003

## MEDICAL AUTHORIZATION FOR RELEASE AND DISCLOSURE OF HEALTH INFORMATION

| Healthcare Provider/Facility and Requested Information ||
|---|---|
| Healthcare Provider/Facility: Randolph Cancer Center | Dates of Service: 01/01/2013 - 12/31/2016 |
| Specific Request ||
| Medication chart, medication lists, chemotherapy and medication administration records, history & physical, face sheet, discharge summaries, discharge instructions, all clinical notes, all facility pharmacy records to include NDC numbers (PLEASE INCLUDE CHEMOTHERAPY DRUG NDC NUMBERS), AND any insurance claim form(s) completed or sent for these dates of service. ||

| Patient Information |||
|---|---|---|
| First Name: Rosita | Middle Initial: | Last Name: Young/DeVico |
| Street Address: 1507 Flint Hill Road || City, State, Zip Code: Troy, NC 27371 |
| Home Phone: (910) 576-0489 | Date of Birth: 9/13/1948 | SSN: 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 |

I authorize the above-named entity to disclose the above-named patient's health information, as described below, to the following recipient: Johnson Law Group, 2925 Richmond Ave., Suite 1700, Houston, Texas 77098, Telephone (713) 626-9336, Facsimile (800) 731-6018, Steelgate, Inc., 2307 58th Avenue East, Bradenton, FL 32403, Telephone (941) 758-1122, Facsimile (941) 758-1164, or any of its representatives. This authorization shall also serve to permit a representative from Johnson Law Group to conduct a personal review of any health information in your possession that pertains to the patient named above, and to verbally discuss this information with the health care provider listed above.

The purpose for this disclosure of protected health information is: Legal Representation.

The only information being requested at this time is that which is identified in the Specific Request section above; however, the type and amount of information authorized to be used or disclosed is as follows: The complete medical record/chart of the above-named patient and all materials or information including, but not limited to, all billing records, hospital records; physicians' records; surgeons records, consultation records, operative records, physical therapy and other therapy records; X-Ray, CT Scan, MRI, Pet Scan and reports or other diagnostic studies; laboratory reports; patient information and history questionnaire; physicals and other correspondence; consent for treatment; statements for services rendered; explanted mesh or any explanted tissue; explanted medical devices or materials; and other materials (whether written or stored, created or maintained in any other form) relating or pertaining to this patient, including documents and records received from or that were created by another provider.

I understand that the information in the patient's health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), as well as psychiatric care. It may also include information about behavioral or mental health services, or treatment for alcohol or drug abuse.

This authorization shall remain in full force and effect until it expires ONE YEAR from the date set forth below unless I revoke the authorization prior to that time or unless otherwise specified by date, event or condition.

I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing by sending or presenting my written revocation to the Privacy Contact of the health care provider named above. I understand that the revocation of this authorization will not apply to

the extent that the health care provider has taken action in reliance thereon; or if the authorization was obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy or the policy itself.

I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as participating in research programs, or authorization of the release of testing results for pre-employment purposes. By signing below, I confirm that the above recipient(s) have not conditioned treatment, payment, enrollment, or eligibility for benefits on my signing this authorization and that I am affirmatively authorizing the above recipient(s) to use this authorization for the purpose indicated above.

I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure of the patient's health information by the recipient, resulting in the health information no longer being protected by federal or state confidentiality rules.

I authorize a free copy of my records to be released to Johnson Law Group on my behalf pursuant to any governing law providing that medical records shall be released to patient free of charge.

I understand that authorizing the disclosure of this health care information is voluntary. I understand that I can refuse to sign this authorization. I understand that I am entitled to both inspect my records as well as receive copies of the information to be used or disclosed, as provided in 45 CFR 164.524. I also understand that I have a right to receive a copy of this authorization.

**ELECTRONIC SIGNATURES ON AND PHOTO-COPIES OF THIS RELEASE ARE VALID.** My signature below, either by hand or electronically, is affirmative proof of my intent to sign this authorization and obtain records through the above listed recipient(s).

By signing below, I authorize my Johnson Law Group attorney to sign any other HIPAA authorization on my behalf in order to obtain records pursuant to: Purposes Relating to Legal Representation.

_Rosita Young_
*Signature of Patient or Legal Representative

Rosita Young
Printed Name

Self
Relationship to Patient

March 08, 2018
Date



275767

Young, Rosita - BMR - 000005

From: Sofia Escobar   Fax: (281) 915-3312   To:   Fax: (336) 629-8883   Page 1 of 4  03/16/2018 12:35 PM

261017

# FAX

**FROM**

Sofia Escobar

**TO**

Attention: Medical Records
Randolph Health Cancer Center

**Phone**   (281) 915-3312
**Fax Number** (281) 915-3312

**Phone**
**Fax Number** +13366298883

**DATE** 03/16/2018

**NOTE**

Please, see attached Request and signed authorization. If you have any questions or need any additional information please do not hesitate to contact me.

I greatly appreciate your assistance with this request.

Thank you,

SOFIA ESCOBAR | Legal Assistant

Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 996-9900 | Phone (823) 333-4503 | Fax (800) 572-4270
SEscobar@johnsonlawgroup.com | www.johnsonlawgroup.com

| 1 RANDOLPH HOSPITAL INC<br>364 WHITE OAK ST<br>ASHEBORO NC 272035434<br>3366255151 3363284411 | 2 RANDOLPH HOSPITAL INC<br>PO BOX 1048<br>ASHEBORO NC 27204-1048 | 3a PAT CNT/# AAJ48155<br>b.MED REC# M000261017<br>5. TLD TAX NO. 0000<br>560530234 | 4 TYPE OF BILL 0131<br>6 STATEMENT COVERS PERIOD<br>FROM 030215 THRU 030215 | 7 |

| 8 PATIENT NAME | 9 PATIENT ADDRESS |
|---|---|
| a | a 1507 FLINT HILL RD |
| b YOUNG ROSITA | b TROY   c NC   d 273718536   e |

| 10 BIRTHDATE | 11 SEX | 12 DATE ADMISSION | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 | 26 | 27 | 28 | 29 ACDT 30 STATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09131948 | F | 030215 | 11 | 3 | 1 | | 01 | | | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 CODE | 36 OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|
| 11 030215 | | | | | | | |

| 38 | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|
| YOUNG ROSITA<br>1507 FLINT HILL RD<br>TROY NC 27371-8536 | a<br>b<br>c<br>d | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0260 | THER/PROPH/DIAG INJ, IV | 96375 | 030215 | 1 | 127 00 | | |
| 2 0335 | CHEMOTHERAPY ADMINISTRAT | 96413 | 030215 | 1 | 537 00 | | |
| 3 0636 | N466758005003ML7.25 | J9171 | 030215 | 150 | 5977 76 | | |
| 4 0636 | N410019095601UN1160 | J9070 | 030215 | 12 | 2455 17 | | |
| 5 0636 | N455150012620ML4 | J2405 | 030215 | 8 | 202 09 | | |
| 6 0636 | N463323016505ML2.5 | J1100 | 030215 | 20 | 16 74 | | |
| 23 0001 | PAGE 1 OF 1 | | CREATION DATE 030915 | TOTALS | 9315 76 | 0 00 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1255328449 |
|---|---|---|---|---|---|---|
| A HUMANA MCR PPO 16 | 61101 | Y | Y | 1511 61 | 0 00 | 57 OTHER PRV ID |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A YOUNG ROSITA | 18 | H59670619 | | R8655003 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A AR206810 | 088906021 | |

| 66 DX | V5811 | 1744 | 1742 | | | | | 68 |
|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX | 70 PATIENT REASON DX V5811 | | | 71 PPS CODE | 72 ECI | 73 |
|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a OTHER PROCEDURE CODE DATE | b OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1437102878 QUAL<br>LAST MCCARTY  FIRST CHRISTINE H |
|---|---|---|---|---|
| c OTHER PROCEDURE CODE DATE | d OTHER PROCEDURE CODE DATE | e OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI   QUAL<br>LAST   FIRST |
| 80 REMARKS | 81 CC a B3 282N00000X | | | 78 OTHER NPI   QUAL<br>LAST   FIRST |
| | b | | | 79 OTHER NPI   QUAL<br>LAST   FIRST |
| | c | | | |
| | d | | | |

UB-04-CMS-1450



| 1 | 2 | 3a PAT CNTL # / b MED REC # / 5 FED TAX NO. / 6 STATEMENT COVERS PERIOD | 4 TYPE OF BILL |
|---|---|---|---|
| RANDOLPH HOSPITAL INC | RANDOLPH HOSPITAL INC | 3a PAT CNTL #: AAJ54924 | |
| 364 WHITE OAK ST | PO BOX 1048 | b MED REC #: M000261017 | 0131 |
| ASHEBORO NC 272035434 | ASHEBORO NC 27204-1048 | 5 FED TAX NO.: 0000 | |
| 3366255151 3363284411 | | 560530234 / FROM 032015 / THROUGH 032015 | |

| 8 PATIENT NAME | 9 PATIENT ADDRESS |
|---|---|
| b YOUNG ROSITA | a 1507 FLINT HILL RD |
| | b TROY c NC d 273718536 |

| 10 BIRTHDATE | 11 SEX | 12 ADMISSION DATE | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18–28 CONDITION CODES | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|
| 09131948 | F | 032015 | 10 | 3 | 1 | | 01 | | | |

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 OCCURRENCE SPAN CODE | FROM | THROUGH | 36 OCCURRENCE SPAN CODE | FROM | THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 032015 | | | | | | | | | | | | | |

38
YOUNG ROSITA
1507 FLINT HILL RD
TROY NC 27371-8536

| 39 VALUE CODES CODE | AMOUNT | 40 VALUE CODES CODE | AMOUNT | 41 VALUE CODES CODE | AMOUNT |
|---|---|---|---|---|---|
| a A3 | 131405 | | | | |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|---|
| 1 | 0260 | THER/PROPH/DIAG INJ, IV | 96375 | 032015 | 1 | 127 00 | | |
| 2 | 0300 | COMPREHEN METABOLIC PANE | 80053 | 032015 | 1 | 147 00 | | |
| 3 | 0300 | ROUTINE VENIPUNCTURE | 36415 | 032015 | 1 | 18 00 | | |
| 4 | 0305 | COMPLETE CBC, AUTOMATED | 85027 | 032015 | 1 | 57 00 | | |
| 5 | 0305 | BL SMEAR W/DIFF WBC COUN | 85007 | 032015 | 1 | 38 00 | | |
| 6 | 0335 | CHEMOTHERAPY ADMINISTRAT | 96413 | 032015 | 1 | 537 00 | | |
| 7 | 0335 | CHEMOTHERAPY ADMINISTRAT | 96417 | 032015 | 1 | 225 00 | | |
| 8 | 0510 | HOSPITAL OUTPT CLINIC VI | G0463 25 | 032015 | 1 | 110 00 | | |
| 9 | 0636 | N466758005003ML7.25 | J9171 | 032015 | 150 | 5977 76 | | |
| 10 | 0636 | N410019095601UN1160 | J9070 | 032015 | 12 | 2455 17 | | |
| 11 | 0636 | N455150012620ML4 | J2405 | 032015 | 8 | 202 09 | | |
| 12 | 0636 | N463323016505ML2.5 | J1100 | 032015 | 20 | 16 74 | | |
| 13–22 | | | | | | | | |
| 23 | 0001 | PAGE 1 OF 1 | CREATION DATE | 040915 | TOTALS | 9910 76 | 0 00 | |

| | 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1255328449 |
|---|---|---|---|---|---|---|---|
| A | HUMANA MCR PPO 16 | 61101 | Y | Y | 331 20 | 0 00 | 57 |
| B | CHARITY 100 APPROVED | 999990000 | Y | Y | 0 00 | 40 00 | OTHER |
| C | | | | | | | PRV ID |

| | 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|---|
| A | YOUNG ROSITA | 18 | H59670619 | | R8655003 |
| B | YOUNG ROSITA | 18 | M000261017 | | |
| C | | | | | |

| | 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|---|
| A | AR206810 | 097823501 | |
| B | | | |
| C | | | |

66 DX 9: V6759 1744 1742 | 68

69 ADMIT DX | 70 PATIENT REASON DX V6759 | 71 PPS CODE | 72 ECI | 73

74 PRINCIPAL PROCEDURE CODE DATE | a OTHER PROCEDURE CODE DATE | b OTHER PROCEDURE CODE DATE | 75
c OTHER PROCEDURE CODE DATE | d OTHER PROCEDURE CODE DATE | e OTHER PROCEDURE CODE DATE

76 ATTENDING NPI 1043228836 QUAL
LAST LEWIS FIRST DEQUINCY

77 OPERATING NPI QUAL
LAST FIRST

78 OTHER NPI QUAL
LAST FIRST

79 OTHER DN NPI 1578784005 QUAL
LAST MOSHER FIRST KELLI

80 REMARKS

81 CC a B3 282N00000X
b
c
d

UB-04-CMS-1450

| 42 REV CD. | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 1 0260 | THER/PROPH/DIAG INJ, IV | 96375 | 041015 | 1 | 127 00 | |
| 2 0300 | COMPREHEN METABOLIC PANE | 80053 | 041015 | 1 | 147 00 | |
| 3 0300 | ROUTINE VENIPUNCTURE | 36415 | 041015 | 1 | 18 00 | |
| 4 0305 | COMPLETE CBC W/AUTO DIFF | 85025 | 041015 | 1 | 89 00 | |
| 5 0335 | CHEMOTHERAPY ADMINISTRAT | 96413 | 041015 | 1 | 537 00 | |
| 6 0510 | HOSPITAL OUTPT CLINIC VI | G0463 25 | 041015 | 1 | 110 00 | |
| 7 0636 | N410019095601UN1160 | J9070 | 041015 | 12 | 2455 17 | |
| 8 0636 | N400409020120ML7.25 | J9171 | 041015 | 150 | 2356 59 | |
| 9 0636 | N455150012620ML4 | J2405 | 041015 | 8 | 202 09 | |
| 10 0636 | N463323016505ML2.5 | J1100 | 041015 | 20 | 16 74 | |

Patient: YOUNG ROSITA F, 1507 FLINT HILL RD, TROY NC 27371-8536
Birthdate: 09131948  Sex: F  Admission Date: 041015
Randolph Hospital Inc, 364 White Oak St, Asheboro NC 272035434 / PO Box 1048, Asheboro NC 27204-1048
Patient Control #: AAJ67461  Med Rec #: M000261017
Fed Tax No: 560530234  Statement Covers: 041015 – 041015
Value Code A3: 142406
Totals: 6058 59 / 000
Creation Date: 051315  Page 1 of 1

Payers:
A HUMANA MCR PPO 16  Health Plan ID 61101  Prior Payments 142406  Est Amount Due 0 00
B CHARITY 100 APPROVED  999990000  0 00  40 00

Insured:
A YOUNG ROSITA  18  H59670619  Group No. R8655003
B YOUNG ROSITA F  18  M000261017

Treatment Auth Codes: A AR206810
Document Control Number: 120686088

DX: 1744  1742
Patient Reason DX: 1749
Taxonomy: 81 B3 282N00000X

76 ATTENDING NPI 1437102878  LAST MCCARTY  FIRST CHRISTINE H
79 OTHER DN NPI 1114989100  LAST GIMENEZ  FIRST DAVID

56 NPI 1255328449

UB-04-CMS-1450

Young, Rosita - BMR - 000009

| 1 RANDOLPH HOSPITAL INC<br>364 WHITE OAK ST<br>ASHEBORO NC 272035434<br>3366255151 3363284411 | 2 RANDOLPH HOSPITAL INC<br>PO BOX 1048<br>ASHEBORO NC 27204-1048 | 3a PAT CNTL# AAJ70867<br>b. MED REC# M000261017<br>5.FED TAX NO. 0000<br>560530234 | 4 TYPE OF BILL 0131<br>6 STATEMENT COVERS PERIOD<br>FROM 050115  THRU 050115 | 7 |
|---|---|---|---|---|

| 8 PATIENT NAME | 9 PATIENT ADDRESS |
|---|---|
| a<br>b YOUNG ROSITA | a 1507 FLINT HILL RD<br>b TROY  c NC  d 273718536  e |

| 10 BIRTHDATE | 11 SEX | 12 DATE ADMISSION | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 CONDITION CODES 22 23 24 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09131948 | F | 050115 | | 11 | 3 | | 1 | 01 | | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 OCCURRENCE CODE DATE | OCCURRENCE SPAN CODE FROM THROUGH | 36 OCCURRENCE SPAN CODE FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|
| a 11  050115 | | | | | | | |
| b | | | | | | | |

| 38 | 39 VALUE CODES CODE AMOUNT | 40 VALUE CODES CODE AMOUNT | 41 VALUE CODES CODE AMOUNT |
|---|---|---|---|
| YOUNG ROSITA F<br>1507 FLINT HILL RD<br><br>TROY NC 27371-8536 | a A3  147183<br>b<br>c<br>d | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 1 0260 | THER/PROPH/DIAG INJ, IV | 96375 | 050115 | 1 | 127 00 | | 1 |
| 2 0300 | COMPREHEN METABOLIC PANE | 80053 | 050115 | 1 | 147 00 | | 2 |
| 3 0300 | ROUTINE VENIPUNCTURE | 36415 | 050115 | 1 | 18 00 | | 3 |
| 4 0305 | COMPLETE CBC W/AUTO DIFF | 85025 | 050115 | 1 | 89 00 | | 4 |
| 5 0335 | CHEMOTHERAPY ADMINISTRAT | 96413 | 050115 | 1 | 537 00 | | 5 |
| 6 0335 | CHEMOTHERAPY ADMINISTRAT | 96417 | 050115 | 1 | 225 00 | | 6 |
| 7 0510 | HOSPITAL OUTPT CLINIC VI | G0463 25 | 050115 | 1 | 110 00 | | 7 |
| 8 0636 | N410019095601UN1160 | J9070 | 050115 | 12 | 2455 17 | | 8 |
| 9 0636 | N400409020120ML7.25 | J9171 | 050115 | 150 | 2356 59 | | 9 |
| 10 0636 | N455150012620ML4 | J2405 | 050115 | 8 | 202 09 | | 10 |
| 11 0636 | N463323016505ML2.5 | J1100 | 050115 | 20 | 16 74 | | 11 |
| 23 0001 | PAGE 1 OF 1 | CREATION DATE 052915 | TOTALS | | 6283 59 | 0 00 | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1255328449 | 57 OTHER PRV ID |
|---|---|---|---|---|---|---|---|
| A HUMANA MCR PPO  16 | 61101 | Y | Y | 147183 | 0 00 | | A |
| B CHARITY 100 APPROVED | 999990000 | Y | Y | 0 00 | 40 00 | | B |
| C | | | | | | | C |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A YOUNG ROSITA | 18 | H59670619 | | R8655003 |
| B YOUNG ROSITA F | 18 | M000261017 | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| A AR206810 | 126286094 | |

| 66 DX | 1744 | 1742 | 7291 | | | | | 68 |
|---|---|---|---|---|---|---|---|---|

| 69 ADMIT DX | 70 PATIENT REASON DX 7291 | | 71 PPS CODE | 72 ECI | | 73 |
|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE DATE | a OTHER PROCEDURE CODE DATE | b OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1043228836  QUAL<br>LAST LEWIS  FIRST DEQUINCY |
|---|---|---|---|---|
| c OTHER PROCEDURE CODE DATE | d OTHER PROCEDURE CODE DATE | e OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI  QUAL<br>LAST  FIRST |

| 80 REMARKS | 81CC<br>a B3 282N00000X<br>b<br>c<br>d | 78 OTHER NPI  QUAL<br>LAST  FIRST<br>79 OTHER 82 NPI 1437102878  QUAL<br>LAST MCCARTY  FIRST CHRISTINE |
|---|---|---|

UB-04-CMS-1450

Young, Rosita - BMR - 000010