

MDL CENTRALITY

IN RE TAXOTERE MDL 2740

BROWNGREER

HOME | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT

Back To MDL Centrality

## MDL 2740 - Taxotere

<< Back

### Plaintiff Information

**Plaintiff ID:** 10578
**DOB:** 09/13/1948
**Name:** ROSITA YOUNG
**Email:** awhite@johnsonlawgroup.com
**Most Recent PFS Submitted:** 06/04/2020

### Plaintiff Snapshot

**Treated with Taxotere:** No
**Treated with Generic:** Yes Comments
**Drug Name:** Sandoz Inc.; Hospira, Inc.
**Unknown Certification:**
**Treatment Dates:** 03/2/2015 to 05/1/2015
**Docket No.:** 2:18-cv-08037
**Properly Executed Verification of PFS:** View
**Proof of Injury - Medical Documentation:** N/A
**Proof of Injury - Before & After Photographs:** View
**Law Firm:** Johnson Law Group

### Deficiency Notices

| Notice ID | Action | Approve | Hold | Status | | |
|---|---|---|---|---|---|---|
| 1 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |
| 2 | Approve/Hold | | | Moved Back to Review | History | Issue Notice |
| 3 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |

### Defendant Management

**Assigned:** Pfizer/Hospira

Reviewer History | View Deficiencies | CMO 12 Product ID

Update Cure Date/Review Note

**Cure Date:**

Plaintiff Documents | Defendant Documents

**Search Results:** Page 1 of 1 (23 records)

**Filter:** ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 473203 | Second Amended Plaintiff Fact Sheet | 06/04/2020 | Hall, Valarie | 06/04/2020 | Comments |
| 473202 | Response to Deficiency Notice | 06/04/2020 | | 06/04/2020 | Comments |
| 473198 | Other - PFS Page 12 Supplement | 06/04/2020 | | 06/04/2020 | Comments |
| 471563 | Proof of Injury - Before & After Photographs | 05/28/2020 | | 05/28/2020 | Comments |
| 471560 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/28/2020 | | 05/28/2020 | Comments |
| 471559 | Proof of Injury - Before & After Photographs - Photo with Metadata | 05/28/2020 | | 05/28/2020 | Comments |
| 471558 | Proof of Injury - Before & After Photographs - Photo with Metadata | 05/28/2020 | | 05/28/2020 | Comments |
| 471557 | Proof of Injury - Before & After Photographs - Photo with Metadata | 05/28/2020 | | 05/28/2020 | Comments |
| 471555 | Proof of Injury - Before & After Photographs - Photo with Metadata | 05/28/2020 | | 05/28/2020 | Comments |
| 471554 | | 05/28/2020 | | 05/28/2020 | Comments |

| | | | | | |
|---|---|---|---|---|---|
| | | Proof of Injury - Before & After Photographs - Photo – No Metadata Available | | | |
| 458508 | First Amended Plaintiff Fact Sheet | 04/13/2020 | Okoko, Ezinne | 04/13/2020 | Comments |
| 353970 | DFS Deficiency Notice - Hospira | 05/08/2019 | | 05/08/2019 | Comments |
| 259092 | Plaintiff Fact Sheet | 11/01/2018 | Espinoza, Joselin | 11/01/2018 | Comments |
| 259090 | Proof of Injury - Before & After Photographs | 11/01/2018 | | 11/01/2018 | Comments |
| 259087 | CMO 12 Product Identification - See Batesed pages 000007-000010 for product identification. | 11/01/2018 | | 11/01/2018 | Comments |
| 259083 | Proof of Use -- Medical Records | 11/01/2018 | | 11/01/2018 | Comments |
| 259081 | Workers Compensation Authorization | 11/01/2018 | | 11/01/2018 | Comments |
| 259080 | Psychiatric Records Authorization | 11/01/2018 | | 11/01/2018 | Comments |
| 259079 | Properly Executed Verification of PFS | 11/01/2018 | | 11/01/2018 | Comments |
| 259078 | HIPAA Authorization | 11/01/2018 | | 11/01/2018 | Comments |
| 259076 | Health Insurance Record Authorization | 11/01/2018 | | 11/01/2018 | Comments |
| 259074 | Employment Authorization | 11/01/2018 | | 11/01/2018 | Comments |
| 259073 | Disability Claims Authorization | 11/01/2018 | | 11/01/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.