From: Fabiola Orsi   Fax: (713) 626-9336   To:   Fax: (832) 601-6146   Page 2 of 2  12/11/2017 10:50 AM

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Carol Murray

DATE OF BIRTH: 10/03/66   SSN: ___/___/___

**TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER**
**\*\*\*PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED \*\*\***

**SANOFI AVENTIS US LLC**
☐ 0075-8003-01
☐ 0075-8004-04

**WINTHROP US**
☐ 0955-1020-01
☐ 0955-1021-04

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

**McKESSON PACKAGING**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ**
☐ 66758-050-01
☐ 66758-050-02
☒ 66758-050-03

**ACCORD HEALTHCARE**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT

**ACCORD HEATHCARE**
☐ 16729-267-63
☐ 16729-267-64
☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
☐ 45963-734-54
☐ 45963-765-52

☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**SANDOZ**
☐ 66758-950-02
☐ 66758-950-03

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS   ☐ WAS NOT ADMINISTERED TAXOL/PACLILTAXEL   06/04/15

2/19/15   6/14/15   6
DATE OF FIRST TREATMENT   DATE OF LAST TREATMENT   # OF DOSES

[Signature]   Blue Ridge Cancer Care
SIGNATURE OF REPRESENTATIVE OF   NAME OF PRACTICE/INFUSION
CENTER PRACTICE/INFUSION CENTER   Pharm mgr
Autumn Martin, PharmD   2600 Research Center Dr.
PRINTED NAME & TITLE OF REPRESENTATIVE   ADDRESS

12/14/17   Blacksburg VA 24060
DATE   CITY, STATE, ZIP

Murray, Carol - BMR - 000072

12/11/2017            Lynx Mobile - Patient Detail

| DISPENSE | QUEUE | INVENTORY | PATIENTS | REPORTS | ADMIN | CART | LINKS | HELP | LO |

**User:** Autumn Alvarez - Change Password    **Facility:** BLACKSBRGVALM(#070552)    **Name:** 70552-BRCC - Blacksburg    **Practice:** 070266   Change

## Patient Detail

Patient information is automatically saved when navigating between tabs.     [SAVE] [DELETE] [RETURN TO SEAR]

Demographics | Diagnosis | Treatment | New Dispense | **Dispense History**

**Name:** MURRAY, CAROL L [F]    **Birthdate:** 10 / 03 / 1966    **Primary ID:** 807354    [ADD MORE ITEMS] [CHANGE DATE OF SERVI]

**Supervising Physician:** BROOKS MD, HEATHER (67459)

☐ RETURN ALL    **Date of Service:** [<< PREV] 02/19/2015 [NEXT >>]    [REPRINT LABELS] [SA

| | Name (Brand or Code) | Route | Disp Amt | Inv Amt | Waste Amt | | Total | Label | Inv Qty | Par |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | Cyclophosphamide 1 g SDV PWD SAN 1 Ea [Edit] 00781-3244-94 (00781-3244-94) | INTRAVENOUS (PIGGY-BACK) | 1110 mg | | Vial ☐ | 0 mg | 1110 mg | ☐ | 3 Vial | 820 |
| ☐ | DOXOrubicin 2 mg per mL 100 mL MDV Teva [Edit] DOXOrubicin 200 mg (00703-5040-01) | IV PUSH | 111 mg | | Vial ☐ | 0 mg | 111 mg | ☐ | Vial | 0 |
| ☐ | Dexamethasone 10 mg/mL (100 mg MDV) - [Edit] Dexamethasone 100 mg MDV (10 vial/box) (63323-0516-10) | INTRAVENOUS (PIGGY-BACK) | 10 mg | | Vial ☐ | 0 mg | 10 mg | ☐ | 7 Vial | 7 |
| ☐ | Docetaxel 10 mg/mL 160 mg MDV Sol Par - [Edit] 66758-0050-03 (66758-0050-03) | INTRAVENOUS (PIGGY-BACK) | 133 mg | | Vial ☐ | 0 mg | 133 mg | ☐ | 7 Vial | 105 |
| ☐ | Fosaprepitant Dimeglumine 150mg Inj - Emend 150mg Inj (00006-3941-32) | [Edit] IV INFUSION | 150 mg | | Vial ☐ | 0 mg | 150 mg | ☐ | Vial | 0 |
| ☐ | Palonosetron HCl 0.05 mg/mL 5 mL (250 mcg [Edit] SDV) - Aloxi 0.05 mg/mL 5 mL (250 mcg SDV) (62856-0797-01) | INTRAVENOUS | 250 mcg | | Vial ☐ | 0 mcg | 250 mcg | ☐ | 129 Vial | 0 r |

Murray, Carol - BMR - 000073

12/11/2017 — Lynx Mobile - Patient Detail

DISPENSE | QUEUE | INVENTORY | PATIENTS | REPORTS | ADMIN | CART | LINKS | HELP | LC

**User:** Autumn Alvarez - Change Password   **Facility:** BLACKSBRGVALM(#070552)   **Name:** 70552-BRCC - Blacksburg   **Practice:** 070266   Change

## Patient Detail

Patient information is automatically saved when navigating between tabs.   SAVE | DELETE | RETURN TO SEAR

Demographics | Diagnosis | Treatments | New Dispense | **Dispense History**

**Name:** MURRAY, CAROL L  [F]   **Birthdate:** 10 / 03 / 1966   **Primary ID:** 807354   ADD MORE ITEMS | CHANGE DATE OF SERV
**Supervising Physician:** BROOKS MD, HEATHER (67459)
☐ RETURN ALL   **Date of Service:** <<PREV   03/12/2015   NEXT>>   REPRINT LABELS

| | Name (Brand or Code) | Route | Disp Amt | Inv Amt | Waste Amt | | Total | Label | Inv Qty | Par |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | Cyclophosphamide 1 g SDV PWD SAN 1 Ea [Edit] 00781-3244-94 (00781-3244-94) | INTRAVENOUS (PIGGY-BACK) | 1110 mg | | Vial ☐ mg | 0 | 1110 mg | ☐ | 3 Vial | 820 |
| ☐ | DOXOrubicin 2 mg per mL 100 mL MDV Teva [Edit] DOXOrubicin 200 mg (00703-5040-01) | IV PUSH | 111 mg | | Vial ☐ mg | 0 | 111 mg | ☐ | Vial | 0 |
| ☐ | Dexamethasone 10 mg/mL (100 mg MDV) - [Edit] Dexamethasone 100 mg MDV (10 vial/box) (63323-0516-10) | INTRAVENOUS (PIGGY-BACK) | 10 mg | | Vial ☐ mg | 0 | 10 mg | ☐ | 7 Vial | 7 |
| ☐ | Docetaxel 10 mg/mL 160 mg MDV Sol Par - [Edit] 66758-0050-03 (66758-0050-03) | INTRAVENOUS (PIGGY-BACK) | 133 mg | | Vial ☐ mg | 0 | 133 mg | ☐ | 7 Vial | 105 |
| ☐ | Fosaprepitant Dimeglumine 150mg Inj - Emend 150mg Inj (00006-3941-32) | [Edit] IV INFUSION | 150 mg | | Vial ☐ mg | 0 | 150 mg | ☐ | Vial | 0 |
| ☐ | Lorazepam 2 mg/mL 1 mL (2 mg SDV) C4 25/Pac - 00641-6044-25 (00641-6044-25) | [Edit] INTRAVENOUS | 1 mg | | Vial ☐ mg | 0 | 1 mg | ☐ | 21 Vial | 1.25 |
| ☐ | Palonosetron HCl 0.05 mg/mL 5 mL (250 mcg SDV) - Aloxi 0.05 mg/mL 5 mL (250 mcg SDV) (62856-0797-01) | [Edit] INTRAVENOUS | 250 mcg | | Vial ☐ mcg | 0 | 250 mcg | ☐ | 129 Vial | 0 r |

Murray, Carol - BMR - 000074

12/11/2017                                                         Lynx Mobile - Patient Detail

| DISPENSE | QUEUE | INVENTORY | PATIENTS | REPORTS | ADMIN | CART | LINKS | HELP |

**User:** Autumn Alvarez - Change Password     **Facility:** BLACKSBRGVALM(#070552)     **Name:** 70552-BRCC - Blacksburg     **Practice:** 070266   Change

## Patient Detail

Patient information is automatically saved when navigating between tabs.       [SAVE]  [DELETE]  [RETURN TO SEAR]

Demographics | Diagnosis | Treatment | New Dispense | **Dispense History**

**Name:** MURRAY, CAROL L  [F]     **Birthdate:** 10 / 03 / 1966     **Primary ID:** 807354       [ADD MORE ITEMS]  [CHANGE DATE OF SERV]

Supervising Physician: BROOKS MD, HEATHER (67459)

[+] RETURN ALL          Date of Service:  [<< PREV]   04/02/2015  [📅]  [NEXT >>]                                     [REPRINT LABELS]

| | Name (Brand or Code) | Route | Disp Amt | Inv Amt | Waste Amt | Total | Label | Inv Qty | Par |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Cyclophosphamide 1 g SDV PWD SAN 1 Ea [Edit]<br>00781-3244-94 (00781-3244-94) | INTRAVENOUS<br>(PIGGY-BACK) | 1110 mg | | Vial ☑ 0 mg | 1110 mg | ☐ | 3 Vial | 820 |
| ☐ | DOXOrubicin 2 mg per mL 100 mL MDV Teva [Edit]<br>DOXOrubicin 200 mg (00703-5040-01) | IV PUSH | 111 mg | | Vial ☐ 0 mg | 111 mg | ☐ | Vial | 0 |
| ☑ | Dexamethasone 10 mg/mL (100 mg MDV) - [Edit]<br>Dexamethasone 100 mg MDV (10 vial/box)<br>(63323-0516-10) | INTRAVENOUS<br>(PIGGY-BACK) | 10 mg | | Vial ☐ 0 mg | 10 mg | ☐ | 7 Vial | 7 |
| ☑ | Docetaxel 10 mg/mL 160 mg MDV Sol Par - [Edit]<br>66758-0050-03 (66758-0050-03) | INTRAVENOUS<br>(PIGGY-BACK) | 133 mg | | Vial ☐ 0 mg | 133 mg | ☐ | 7 Vial | 105 |
| ☐ | Fosaprepitant Dimeglumine 150mg Inj - [Edit]<br>Emend 150mg Inj (00006-3941-32) | IV INFUSION | 150 mg | | Vial ☐ 0 mg | 150 mg | ☐ | Vial | 0 |
| ☐ | Lorazepam 2 mg/mL 1 mL (2 mg SDV) C4 [Edit]<br>25/Pac -<br>00641-6044-25 (00641-6044-25) | INTRAVENOUS | 1 mg | | Vial ☐ 0 mg | 1 mg | ☐ | 21 Vial | 1.25 |
| ☐ | Palonosetron HCl 0.05 mg/mL 5 mL (250 mcg [Edit]<br>SDV) -<br>Aloxi 0.05 mg/mL 5 mL (250 mcg SDV) (62856-<br>0797-01) | INTRAVENOUS | 250 mcg | | Vial ☐ 0 mcg | 250 mcg | ☐ | 129 Vial | 0 r |

Murray, Carol - BMR - 000075

12/11/2017                                  Lynx Mobile - Patient Detail

| DISPENSE | QUEUE | INVENTORY | PATIENTS | REPORTS | ADMIN | CART | LINKS | HELP | LC |

User: Autumn Alvarez - Change Password   Facility: BLACKSBRGVALM(#070552)   Name: 70552-BRCC - Blacksburg   Practice: 070266   Change

## Patient Detail

Patient information is automatically saved when navigating between tabs.    SAVE   DELETE   RETURN TO SEAR

Demographics | Diagnosis | Treatment | New Dispense | **Dispense History**

Name: MURRAY, CAROL L  [F]   Birthdate: 10 / 03 / 1966   Primary ID: 807354   ADD MORE ITEMS   CHANGE DATE OF SERVI

Supervising Physician: BROOKS MD, HEATHER (67459)

☐ RETURN ALL   Date of Service: <<PREV   04/23/2015   NEXT>>   REPRINT LABELS

| | Name (Brand or Code) | Route | Disp Amt | Inv Amt | Waste Amt | | Total | Label | Inv Qty | Par |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | Cyclophosphamide 1 g SDV PWD SAN 1 Ea [Edit] 00781-3244-94 (00781-3244-94) | INTRAVENOUS (PIGGY-BACK) | 1110 mg | | Vial | 0 mg | 1110 mg | ☐ | 3 Vial | 820 |
| ☐ | DOXOrubicin 2 mg per mL 100 mL MDV Teva [Edit] DOXOrubicin 200 mg (00703-5040-01) | IV PUSH | 111 mg | | Vial | 0 mg | 111 mg | ☐ | Vial | 0 |
| ☐ | Dexamethasone 10 mg/mL (100 mg MDV) - [Edit] Dexamethasone 100 mg MDV (10 vial/box) (63323-0516-10) | INTRAVENOUS (PIGGY-BACK) | 10 mg | | Vial | 0 mg | 10 mg | ☐ | 7 Vial | 7 |
| ☐ | Docetaxel 10 mg/mL 160 mg MDV Sol Par - [Edit] 66758-0050-03 (66758-0050-03) | INTRAVENOUS (PIGGY-BACK) | 133 mg | | Vial | 0 mg | 133 mg | ☐ | 7 Vial | 105 |
| ☐ | Fosaprepitant Dimeglumine 150mg Inj - [Edit] Emend 150mg Inj (00006-3941-32) | IV INFUSION | 150 mg | | Vial | 0 mg | 150 mg | ☐ | Vial | 0 |
| ☐ | Palonosetron HCl 0.05 mg/mL 5 mL (250 mcg [Edit] SDV) - Aloxi 0.05 mg/mL 5 mL (250 mcg SDV) (62856-0797-01) | INTRAVENOUS | 250 mcg | | Vial | 0 mcg | 250 mcg | ☐ | 129 Vial | 0 r |

Murray, Carol - BMR - 000076

12/11/2017                                                                 Lynx Mobile - Patient Detail

| DISPENSE | QUEUE | INVENTORY | PATIENTS | REPORTS | ADMIN | CART | LINKS | HELP | LC |

**User:** Autumn Alvarez - Change Password    **Facility:** BLACKSBRGVALM(#070552)    **Name:** 70552-BRCC - Blacksburg    **Practice:** 070266  Change

## Patient Detail

Patient information is automatically saved when navigating between tabs.    [SAVE]  [DELETE]  [RETURN TO SEAR]

Demographics | Diagnosis | Treatment | New Devices | **Dispense History**

**Name:** MURRAY, CAROL L  [F]    **Birthdate:** 10 / 03 / 1966    **Primary ID:** 807354    [ADD MORE ITEMS]  [CHANGE DATE OF SERVI]

**Supervising Physician:** BROOKS MD, HEATHER (67459)

[ ] RETURN ALL    **Date of Service:** [<< PREV]  05/14/2015  [NEXT >>]    [REPRINT LABELS]  [S]

| | Name (Brand or Code) | Route | Disp Amt | Inv Amt | Waste Amt | | Total | Label | Inv Qty | Par |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | Cyclophosphamide 1 g SDV PWD SAN 1 Ea [Edit] 00781-3244-94 (00781-3244-94) | INTRAVENOUS (PIGGY-BACK) | 1110 mg | | Vial | 0 mg | 1110 mg | ☐ | 3 Vial | 820 |
| ☐ | DOXOrubicin 2 mg per mL 100 mL MDV Teva [Edit] DOXOrubicin 200 mg (00703-5040-01) | IV PUSH | 111 mg | | Vial | 0 mg | 111 mg | ☐ | Vial | 0 |
| ☐ | Dexamethasone 10 mg/mL (100 mg MDV) - [Edit] Dexamethasone 100 mg MDV (10 vial/box) (63323-0516-10) | INTRAVENOUS (PIGGY-BACK) | 10 mg | | Vial | 0 mg | 10 mg | ☐ | 7 Vial | 7 |
| ☐ | Docetaxel 10 mg/mL 160 mg MDV Sol Par - [Edit] 66758-0050-03 (66758-0050-03) | INTRAVENOUS (PIGGY-BACK) | 133 mg | | Vial | 0 mg | 133 mg | ☐ | 7 Vial | 105 |
| ☐ | Fosaprepitant Dimeglumine 150mg Inj - Emend 150mg Inj (00006-3941-32) | [Edit] IV INFUSION | 150 mg | | Vial | 0 mg | 150 mg | ☐ | Vial | 0 |
| ☐ | Lorazepam 2 mg/mL 1 mL (2 mg SDV) C4 [Edit] 25/Pac - 00641-6044-25 (00641-6044-25) | INTRAVENOUS | 1 mg | | Vial | 0 mg | 1 mg | ☐ | 21 Vial | 1.25 |
| ☐ | Palonosetron HCl 0.05 mg/mL 5 mL (250 mcg [Edit] SDV) - Aloxi 0.05 mg/mL 5 mL (250 mcg SDV) (62856-0797-01) | INTRAVENOUS | 250 mcg | | Vial | 0 mcg | 250 mcg | ☐ | 129 Vial | 0 r |

Murray, Carol - BMR - 000077

| | DISPENSE | QUEUE | INVENTORY | PATIENTS | REPORTS | ADMIN | CART | LINKS | HELP | LC |

User: Autumn Alvarez - Change Password    Facility: BLACKSBRGVALM(#070552)    Name: 70552-BRCC - Blacksburg    Practice: 070266 Change

## Patient Detail

Patient information is automatically saved when navigating between tabs.    [SAVE] [DELETE] [RETURN TO SEAR]

Demographics | Diagnosis | Treatment | New Dispense | **Dispense History**

Name: MURRAY, CAROL L  [F]    Birthdate: 10/03/1966    Primary ID: 807354    [ADD MORE ITEMS] [CHANGE DATE OF SERVI]
Supervising Physician: BROOKS MD, HEATHER (67459)
☐ RETURN ALL    Date of Service: [<<PREV]  06/04/2015  [NEXT>>]    [REPRINT LABELS] [SA]

| | Name (Brand or Code) | Route | Disp Amt | Inv Amt | Waste Amt | Total | Label | Inv Qty | Par |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Cyclophosphamide 1 g SDV PWD SAN 1 Each [Edit] 00781-3244-94 (00781-3244-94) | INTRAVENOUS (PIGGY-BACK) | 1110 mg | Vial | ☐ 0 mg | 1110 mg | ☐ | 3 Vial | 820 |
| ☐ | DOXOrubicin 2 mg per mL 100 mL MDV Teva [Edit] DOXOrubicin 200 mg (00703-5040-01) | IV PUSH | 111 mg | Vial | ☐ 0 mg | 111 mg | ☐ | Vial | 0 |
| ☐ | Dexamethasone 10 mg/mL (100 mg MDV) - [Edit] Dexamethasone 100 mg MDV (10 vial/box) (63323-0516-10) | INTRAVENOUS (PIGGY-BACK) | 10 mg | Vial | ☐ 0 mg | 10 mg | ☐ | 7 Vial | 7 |
| ☐ | Docetaxel 10 mg/mL 160 mg MDV Sol Par - [Edit] 66758-0050-03 (66758-0050-03) | INTRAVENOUS (PIGGY-BACK) | 133 mg | Vial | ☐ 0 mg | 133 mg | ☐ | 7 Vial | 105 |
| ☐ | Fosaprepitant Dimeglumine 150mg Inj - [Edit] Emend 150mg Inj (00006-3941-32) | IV INFUSION | 150 mg | Vial | ☐ 0 mg | 150 mg | ☐ | Vial | 0 |
| ☐ | Lorazepam 2 mg/mL 1 mL (2 mg SDV) C4 [Edit] 25/Pac - 00641-6044-25 (00641-6044-25) | INTRAVENOUS | 1 mg | Vial | ☐ 0 mg | 1 mg | ☐ | 21 Vial | 1.25 |
| ☐ | Palonosetron HCl 0.05 mg/mL 5 mL (250 mcg [Edit] SDV) - Aloxi 0.05 mg/mL 5 mL (250 mcg SDV) (62856-0797-01) | INTRAVENOUS | 250 mcg | Vial | ☐ 0 mcg | 250 mcg | ☐ | 129 Vial | 0 r |

Murray, Carol - BMR - 000078

# FAX

**FROM**

Fabiola Orsi

**TO**

Autumn
Blue Ridge Cancer Care-Blacksburg

**Phone** (832) 333-4528
**Fax Number** (832) 333-4528

**Phone**
**Fax Number** 8326016148

**DATE** 12/08/2017

**NOTE**

Hello Autumn,

Thank you for facilitating me with the NDC# for Carol Murray's Docetaxel chemotherapy treatment between 02/19/15-05/04/15.

Sincerely,

FABIOLA ORSI | Legal Assistant

Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 996-9900 | Phone (832) 333-4528 | Fax (832) 333-4528
Forsi@johnsonlawgroup.com | www.johnsonlawgroup.com

Murray, Carol - BMR - 000079