

MDL CENTRALITY

IN RE TAXOTERE MDL 2740

BROWNGREER

HOME | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT

Back To MDL Centrality

## MDL 2740 - Taxotere

<< Back

### Plaintiff Information

**Plaintiff ID:** 4975
**DOB:** 10/03/1966
**Name:** CAROL MURRAY
**Email:** awhite@johnsonlawgroup.com
**Most Recent PFS Submitted:** 07/05/2018

### Plaintiff Snapshot

**Treated with Taxotere:** No
**Treated with Generic:** Yes
Comments
**Drug Name:** Sandoz Inc.
**Unknown Certification:**
**Treatment Dates:** 02/19/2015 to 05/4/2015
**Docket No.:** 2:17-cv-12356
**Properly Executed Verification of PFS:** View
**Proof of Injury - Medical Documentation:** N/A
**Proof of Injury - Before & After Photographs:** View
**Law Firm:** Johnson Law Group

### Deficiency Notices

| Notice ID | Action | Approve | Hold | Status | | |
|---|---|---|---|---|---|---|
| 1 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |

### Defendant Management

**Assigned:** Pfizer/Hospira

Reviewer History | View Deficiencies | CMO 12 Product ID

Update Cure Date/Review Note

**Cure Date:**

Plaintiff Documents | Defendant Documents

**Search Results:** Page 1 of 1 (22 records)

**Filter:** ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 332659 | Proof of Injury - Before & After Photographs | 04/02/2019 | | 04/02/2019 | Comments |
| 252493 | DFS Deficiency Notice - Hospira | 10/18/2018 | | 10/18/2018 | Comments |
| 252492 | DFS Deficiency Notice - Pfizer | 10/18/2018 | | 10/18/2018 | Comments |
| 240120 | Litigation Materials - SUMMARY: Disclosure & Response to Show Cause Order | 09/22/2018 | | 09/22/2018 | Comments |
| 237713 | PTO 71 Written Statement | 09/18/2018 | | 09/18/2018 | Comments |
| 234797 | CMO 12 Product Identification - See Batesed page 000072 for product identification | 09/12/2018 | | 09/12/2018 | Comments |
| 196808 | Second Amended Plaintiff Fact Sheet | 07/05/2018 | Taylor (old account), Mychanna | 07/05/2018 | Comments |
| 168751 | DFS Deficiency Notice - Hospira | 05/23/2018 | | 05/23/2018 | Comments |
| 168387 | DFS Deficiency Notice - Pfizer | 05/22/2018 | | 05/22/2018 | Comments |
| 122692 | First Amended Plaintiff Fact Sheet | 03/27/2018 | Parthasarathi, Rashmi | 03/27/2018 | Comments |
| 122690 | Other - PFS Supplement Page 12 for Carol Murray | 03/27/2018 | | 03/27/2018 | Comments |
| 122685 | Response to Deficiency Notice | 03/27/2018 | | 03/27/2018 | Comments |
| 61390 | Plaintiff Fact Sheet | 01/22/2018 | Parthasarathi, Rashmi | 01/22/2018 | Comments |
| 61387 | Proof of Injury - Before & After Photographs | 01/22/2018 | | 01/22/2018 | Comments |

| | | | | | |
|---|---|---|---|---|---|
| 61386 | Proof of Use -- Medical Records | 01/22/2018 | | 01/22/2018 | Comments |
| 61385 | Disability Claims Authorization | 01/22/2018 | | 01/22/2018 | Comments |
| 61384 | Employment Authorization | 01/22/2018 | | 01/22/2018 | Comments |
| 61383 | Health Insurance Record Authorization | 01/22/2018 | | 01/22/2018 | Comments |
| 61382 | HIPAA Authorization | 01/22/2018 | | 01/22/2018 | Comments |
| 61381 | Properly Executed Verification of PFS | 01/22/2018 | | 01/22/2018 | Comments |
| 61380 | Psychiatric Records Authorization | 01/22/2018 | | 01/22/2018 | Comments |
| 61379 | Workers Compensation Authorization | 01/22/2018 | | 01/22/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.