| Item Name | Brand Name | NDC/Item Code |
|---|---|---|
| Cyclophosphamide 2000mg pwd SDV Bax | Cyclophosphamide 2000mg | 10019-0957-01 |
| Cyclophosphamide 2000mg pwd SDV Bax | Cyclophosphamide 2000mg | 10019-0957-01 |
| Cyclophosphamide 2000mg pwd SDV Bax | Cyclophosphamide 2000mg | 10019-0957-01 |
| Cyclophosphamide 2000mg pwd SDV Bax | Cyclophosphamide 2000mg | 10019-0957-01 |
| Docetaxel One-Vial 80 mg/8 mL MDV 1 Each | Docetaxel One-Vial 80 mg/8 mL MDV 1 Each | 66758-0050-02 |
| Docetaxel One-Vial 80 mg/8 mL MDV 1 Each | Docetaxel One-Vial 80 mg/8 mL MDV 1 Each | 66758-0050-02 |
| Docetaxel One-Vial 80 mg/8 mL MDV 1 Each | Docetaxel One-Vial 80 mg/8 mL MDV 1 Each | 66758-0050-02 |
| Docetaxel One-Vial 80 mg/8 mL MDV 1 Each | Docetaxel One-Vial 80 mg/8 mL MDV 1 Each | 66758-0050-02 |
| epiRUBicin 2 mg per mL 25 mL SDV SAG | epiRUBicin 2 mg per mL 25 mL SDV SAG | 25021-0203-25 |
| epiRUBicin 2 mg per mL 25 mL SDV SAG | epiRUBicin 2 mg per mL 25 mL SDV SAG | 25021-0203-25 |
| epiRUBicin 2 mg per mL 25 mL SDV SAG | epiRUBicin 2 mg per mL 25 mL SDV SAG | 25021-0203-25 |
| epiRUBicin 2 mg per mL 25 mL SDV SAG | epiRUBicin 2 mg per mL 25 mL SDV SAG | 25021-0203-25 |

Galecki Polk, Wendy Ellen - BMR - 000182