

MDL CENTRALITY

IN RE TAXOTERE
MDL 2740

BROWNGREER

HOME | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT

Back To MDL Centrality

## MDL 2740 - Taxotere

<< Back

### Plaintiff Information

**Plaintiff ID:** 7335
**DOB:** 03/10/1959
**Name:** WENDY GALECKI POLK
**Email:** awhite@johnsonlawgroup.com
**Most Recent PFS Submitted:** 08/06/2018

### Plaintiff Snapshot

**Treated with Taxotere:** No
**Treated with Generic:** Yes
Comments
**Drug Name:** Sandoz Inc.
**Unknown Certification:**
**Treatment Dates:** 07/9/2014 to 09/11/2013
**Docket No.:** 2:17-cv-11187
**Properly Executed Verification of PFS:** View
**Proof of Injury - Medical Documentation:** N/A
**Proof of Injury - Before & After Photographs:** View
**Law Firm:** Johnson Law Group

### Deficiency Notices

| Notice ID | Action | Approve | Hold | Status | | |
|---|---|---|---|---|---|---|
| 1 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |
| 2 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |

### Defendant Management

**Assigned:** Pfizer/Hospira

Reviewer History | View Deficiencies | CMO 12 Product ID

Update Cure Date/Review Note

**Cure Date:**

Plaintiff Documents | Defendant Documents

**Search Results:** Page 1 of 1 (17 records)

**Filter:** ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 216436 | Third Amended Plaintiff Fact Sheet | 08/06/2018 | Okoko, Ezinne | 08/06/2018 | Comments |
| 216434 | Response to Deficiency Notice | 08/06/2018 | | 08/06/2018 | Comments |
| 197022 | Second Amended Plaintiff Fact Sheet | 07/05/2018 | Okoko, Ezinne | 07/05/2018 | Comments |
| 194063 | PTO 71 Written Statement | 06/28/2018 | | 06/28/2018 | Comments |
| 173924 | First Amended Plaintiff Fact Sheet | 05/30/2018 | Okoko, Ezinne | 05/30/2018 | Comments |
| 173921 | Response to Deficiency Notice | 05/30/2018 | | 05/30/2018 | Comments |
| 114656 | Plaintiff Fact Sheet | 03/19/2018 | Espinoza, Joselin | 03/19/2018 | Comments |
| 114654 | Proof of Injury - Before & After Photographs | 03/19/2018 | | 03/19/2018 | Comments |
| 114653 | CMO 12 Product Identification - See Batesed page 000182 for product identification | 03/19/2018 | | 03/19/2018 | Comments |
| 114652 | Proof of Use -- Medical Records | 03/19/2018 | | 03/19/2018 | Comments |
| 114646 | Workers Compensation Authorization | 03/19/2018 | | 03/19/2018 | Comments |
| 114645 | Properly Executed Verification of PFS | 03/19/2018 | | 03/19/2018 | Comments |
| 114644 | Psychiatric Records Authorization | 03/19/2018 | | 03/19/2018 | Comments |
| 114643 | HIPAA Authorization | 03/19/2018 | | 03/19/2018 | Comments |

| | | | | | |
|---|---|---|---|---|---|
| **114642** | Health Insurance Record Authorization | 03/19/2018 | | 03/19/2018 | **Comments** |
| **114641** | Employment Authorization | 03/19/2018 | | 03/19/2018 | **Comments** |
| **114640** | Disability Claims Authorization | 03/19/2018 | | 03/19/2018 | **Comments** |

© 2020 BrownGreer PLC. All rights reserved.