UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION,

SECTION "H" (5)

THIS DOCUMENT RELATES TO:     HONORABLE JANE TRICHE MILAZZO
MAG. JUDGE MICHAEL NORTH

*Mildred Kumar v. Sanofi S.A., et al.*     **PLAINTIFF'S OPPOSED MOTION FOR**
*Civil Action No. 2:17-cv-15311*     **LEAVE TO FILE AN AMENDED COMPLAINT**

COMES NOW Plaintiff, Mildred Kumar, by and through counsel and pursuant to Federal Rule of Civil Procedure 15(a), and Pretrial Order 105 hereby moves for leave to file her First Amended Short Form Complaint, attached hereto as Exhibit "A".

Plaintiff contacted Defendants' counsel and Defendants oppose the relief requested.

Dated this the 19th day of June, 2020.

RESPECTFULLY SUBMITTED,

Mildred Kumar, Plaintiff

BY:    */s/ Jim Reeves, Esquire*
        JIM REEVES, ESQUIRE
        MS Bar No. 9519
        Reeves & Mestayer, PLLC
        160 Main Street
        Biloxi, MS   39530
        (228) 374-5151 (telephone)
        (228) 374-6630 (facsimile)

## **CERTIFICATE OF CONFERENCE**

     I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants oppose the motion.

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 19th day of June, 2020.

BY:   */s/ Jim Reeves*
        Jim Reeves, Esquire
        MS Bar No. 9519
        Reeves & Mestayer, PLLC
        160 Main Street
        Biloxi, MS   39530
        (228) 374-5151 (telephone)
        (228) 374-6630 (facsimile