UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Mildred Kumar v. Sanofi S.A., et al.* Civil Action No. 2:17-cv-15311 | **NOTICE OF SUBMISSION BY BELLWETHER PLAINTIFF, MILDRED KUMAR** |

COMES NOW, Plaintiff in the above-captioned action, by and through her undersigned counsel, and hereby provide notice of filing, as follows:

1. Opposed Motion for Leave to File Amended Short Form Complaint;

2. Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;

3. Amended Short Form Complaint; and

4. Proposed Order.

Said motion will be submitted on the 8th day of July, 2020 at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana. Oral argument has not been requested.

Dated this the 19th day of June, 2020.

                         RESPECTFULLY SUBMITTED,

                         Mildred Kumar, Plaintiff

                         BY:     <u>*/s/ Jim Reeves, Esquire*</u>
                                     JIM REEVES, ESQUIRE
                                     MS Bar No. 9519
                                     Reeves & Mestayer, PLLC
                                     160 Main Street
                                     Biloxi, MS   39530
                                     (228) 374-5151 (telephone)
                                     (228) 374-6630 (facsimile)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 19th day of June, 2020.

                         BY:     <u>/s/*Jim Reeves*</u>
                                     Jim Reeves, Esquire
                                     MS Bar No. 9519
                                     Reeves & Mestayer, PLLC
                                     160 Main Street
                                     Biloxi, MS   39530
                                     (228) 374-5151 (telephone)
                                     (228) 374-6630 (facsimile)