UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION,

                                      SECTION "H" (5)

                                      HONORABLE JANE TRICHE MILAZZO
THIS DOCUMENT RELATES TO:             MAG. JUDGE MICHAEL NORTH

*Mildred Kumar v. Sanofi S.A., et al.*   **[PROPOSED] ORDER GRANTING
*Civil Action No. 2:17-cv-15311*         LEAVE TO FILE AMENDED SHORT
                                         FORM COMPLAINT FOR
                                         BELLWETHER PLAINTIFF, MILDRED
                                         KUMAR**

**THE COURT** having reviewed the Plaintiff's Motion for Leave to File Amended

Short Form Complaint, the Defendants' Response thereto, and otherwise being fully

advised on the matter, finds Plaintiff's Motion well-taken.

**IT IS, THEREFORE, ORDERED**, that Plaintiff is hereby granted leave to file her

Amended Short Form Complaint as attached to her Motion regarding the same.

New Orleans, Louisiana this _____ day of _____, 2020.


                              _____
                              HONORABLE JANE TRICHE MILAZZO
                              UNITED STATES DISTRICT JUDGE