```
CARTERET GENERAL HOSPITAL
3500 ARENDELL                                                              1
MOREHEAD CITY, NC  28557
252-808-6000                                                            FINAL


BAILEY,DONNA LEE                    B00000553362 02/16/14 02/28/14 03/04/14

        BAILEY,DONNA LEE            BC FEDERAL          R59161200
        248 BEAR CREEK RD           TRICARE             233780537
        HUBERT   NC   28539




              ***  258 PHARMACY IV SOLUTIONS ***
02/17/14  08615    IV FLUID NORMAL SALINE 100; SODIUM        1        5.84
                   CHLORIDE 0.9% 100 ML BAG
02/17/14  08495    IV FLUID NORMAL SALINE 250; SODIUM        1        7.89
                   CHLORIDE 0.9% 250 ML BAG
02/17/14  08495    IV FLUID NORMAL SALINE 250               1       126.24
                                                                  ----------
                                                                     139.97
              ***  260 IV THERAPY GENERAL ***
02/17/14  19422    EACH ADD'L SEQUENT IV PUSH NEW            2       240.28
02/18/14  11168    THER/PROPH/DIAG INJECT SC/IM              1        28.49
                                                                  ----------
                                                                     268.77
              ***  300 LABORATORY GENERAL ***
02/25/14  04876    CBC WITH DIFFERENTIAL                     1        82.06
02/25/14  01567    ROUTINE VENIPUNCTURE                      1        29.31
                                                                  ----------
                                                                     111.37
              ***  335 RAD THERAP CHEMO IV ***
02/17/14  19029    CHEMO ADMIN IV INFUS UPTO 1HR             1       369.17
02/17/14  19427    IV PUSH EACH ADD'L SUB/DRUG               1       377.20
                                                                  ----------
                                                                     746.37
              ***  636 DRUG SPEC ID DETAIL CODING ***
02/17/14  41105    DEXAMETHASONE SOD INJ TO 1MG;            20        15.00
                   DEXAMETHASONE INJ 10 MG/ML VIAL
02/17/14  30186    CYCLOPHOSPHAMIDE 100MG;                   9      1269.68
                   CYCLOPHOSPHAMIDE 1000MG VIAL
02/17/14  30227    DOCETAXEL INJECTION 1 MG; DOCEtaxel     130     11720.15

                   0.00 D CUELU                 DOCEtaxel 80 MG/8 ML
              DRUG NCD  C000045034;66758005002;10.0;ML

                   80 MG/8 ML
02/17/14  41284    ONDANSETRON, PER 1MG; ONDANSETRON 4       2         4.50
                   MG/2 ML INJ
02/18/14  15651    INJ. PEGFILGRASTAM 6 MG;                  1     23357.75
                   PEGFILGRASTIM 6 MG SYR
                                                                  ----------
                                                                   36367.08
              ***  761 TREAT/OBS RM TREATMENT RM ***
02/17/14  15957    ESTABLISH OP E&M LEVEL III                1       161.01
```