UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| MARSHA STACKHOUSE, | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | |
| v. | |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., *et al.*, | |
| Defendants. | |
| *Case No. 2:17-cv-12427* | |

## SPECIAL APPEARANCE OF ACCORD HEALTHCARE, INC. IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Pursuant to Pretrial Order No. 37A (Doc. 1682), Accord Healthcare, Inc. ("Accord"), hereby enters its Special Appearance to oppose *Plaintiff's Motion for Leave to Amend Complaint* (Doc. 10484) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 10484-2)—filed more than two years following the filing of her initial complaint in 2017— is futile because it is time-barred as to adding Accord as a defendant.

Date: June 19, 2020                    Respectfully submitted,


                                       /s/ *Julie A. Callsen*
                                       Julie A. Callsen
                                       Brenda A. Sweet
                                       TUCKER ELLIS LLP
                                       950 Main Avenue—Suite 1100
                                       Cleveland, OH  44113-7213
                                       Telephone:   216.592.5000
                                       Facsimile:   216.592.5009
                                       Email:       julie.callsen@tuckerellis.com
                                                    brenda.sweet@tuckerellis.com

                                       *Attorneys for Defendant Accord Healthcare, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June 2020, a true and correct copy of the *Special Appearance of Accord Healthcare, Inc. in Opposition to Plaintiff's Motion for Leave to Amend* was served upon the following through the Court's ECF filing system:

| | |
|---|---|
| Jade M. Ruiz<br>Johnson Law Group<br>2925 Richmond Ave., Ste. 1700<br>Houston, TX 77098<br>jader@johnsonlawgroup.com | *Attorneys for Plaintiffs* |

      /s/ *Julie A. Callsen*
      Julie A. Callsen

015418\000001\4706212.1