

MDL CENTRALITY

IN RE TAXOTERE MDL 2740

BROWNGREER

HOME | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT

Back To MDL Centrality

## MDL 2740 - Taxotere

<< Back

### Plaintiff Information

**Plaintiff ID:** 8568
**DOB:** 12/24/1974
**Name:** DEMETRIA PIERCE
**Email:** awhite@johnsonlawgroup.com
**Most Recent PFS Submitted:** 07/10/2018

### Plaintiff Snapshot

**Treated with Taxotere:** No
**Treated with Generic:** Yes
Comments
**Drug Name:** Sandoz Inc.
**Unknown Certification:**
**Treatment Dates:** 10/23/2015 to 10/23/2015
**Docket No.:** 2:17-cv-11075
**Properly Executed Verification of PFS:** View
**Proof of Injury - Medical Documentation:** N/A
**Proof of Injury - Before & After Photographs:** View
**Law Firm:** Johnson Law Group

### Deficiency Notices

| Notice ID | Action | Approve | Hold | Status | | |
|---|---|---|---|---|---|---|
| 1 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |

### Defendant Management

**Assigned:** Pfizer/Hospira

Reviewer History | View Deficiencies | CMO 12 Product ID

Update Cure Date/Review Note

**Cure Date:**

Plaintiff Documents | Defendant Documents

**Search Results:** Page 1 of 1 (16 records)

**Filter:** ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 367365 | Proof of Use -- Medical Records | 05/23/2019 | | 05/23/2019 | Comments |
| 242942 | Litigation Materials - SUMMARY: DISCLOSURE & RESPONSE TO SHOW CAUSE ORDER | 09/27/2018 | | 09/27/2018 | Comments |
| 242939 | Properly Executed Verification of PFS | 09/27/2018 | | 09/27/2018 | Comments |
| 241674 | HIPAA Authorization | 09/25/2018 | | 09/25/2018 | Comments |
| 241672 | Psychiatric Records Authorization | 09/25/2018 | | 09/25/2018 | Comments |
| 241671 | Health Insurance Record Authorization | 09/25/2018 | | 09/25/2018 | Comments |
| 241670 | Disability Claims Authorization | 09/25/2018 | | 09/25/2018 | Comments |
| 241669 | Workers Compensation Authorization | 09/25/2018 | | 09/25/2018 | Comments |
| 241668 | Employment Authorization | 09/25/2018 | | 09/25/2018 | Comments |
| 241666 | PTO 71 Written Statement | 09/25/2018 | | 09/25/2018 | Comments |
| 234803 | CMO 12 Product Identification - See Batesed page 000260 for product identification | 09/12/2018 | | 09/12/2018 | Comments |
| 198929 | Response to Deficiency Notice | 07/10/2018 | | 07/10/2018 | Comments |
| 198928 | First Amended Plaintiff Fact Sheet | 07/10/2018 | Adams, LaToyia | 07/10/2018 | Comments |
| 151365 | Plaintiff Fact Sheet | 04/30/2018 | Parthasarathi, Rashmi | 04/30/2018 | Comments |

| 151364 | Proof of Injury - Before & After Photographs | 04/30/2018 | | 04/30/2018 | Comments |
| 151363 | Proof of Use -- Medical Records | 04/30/2018 | | 04/30/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.