# EXHIBIT 1

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

AETNA
PO BOX 981106
EL PASO, TX 79998

| PICA | | | | | | PICA |
|---|---|---|---|---|---|---|
| 1. MEDICARE [ ] (Medicare#) | MEDICAID [ ] (Medicaid#) | TRICARE [ ] (ID#/DoD#) | CHAMPVA [ ] (Member ID#) | GROUP HEALTH PLAN [ ] (ID#) | FECA BLK LUNG [ ] (ID#) | OTHER [X] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
STACKHOUSE, MARSHA, A

3. PATIENT'S BIRTH DATE MM DD YY     SEX M[ ] F[X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self[X] Spouse[ ] Child[ ] Other[ ]

7. INSURED'S ADDRESS (No., Street)
SAME

CITY: ELKHART    STATE: IN

8. RESERVED FOR NUCC USE

CITY    STATE

ZIP CODE: 46514    TELEPHONE (Include Area Code)

ZIP CODE    TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [ ]YES [X]NO

a. INSURED'S DATE OF BIRTH MM DD YY    SEX M[ ] F[X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ]YES [X]NO    PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ]YES [X]NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AETNA

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ]YES [X]NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED SIGNATURE ON FILE    DATE 12 05 2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)

15. OTHER DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ]YES [X]NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD Ind. 9
A. 174.2  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE    ORIGINAL REF. NO. E4EA94V900002

23. PRIOR AUTHORIZATION NUMBER 480116870000

| 24. | A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N416729023164 12052013 | 12052013 | 11 | | J9171 | JW | A | 296 00 | 37 | | NPI | 1558364372 |
| 2 | 12052013 | 12052013 | 11 | | 99070 | | A | 32 00 | 1 | | NPI | 1558364372 |
| 3 | N400409798361 12052013 | 12052013 | 11 | | J7050 | | A | 7 00 | 1 | | NPI | 1558364372 |
| 4 | N400409798325 12052013 | 12052013 | 11 | | J7050 | 76 | A | 28 00 | 4 | | NPI | 1558364372 |
| 5 | 12052013 | 12052013 | 11 | | 96413 | | A | 420 00 | 1 | | NPI | 1558364372 |
| 6 | 12052013 | 12052013 | 11 | | 96417 | | A | 558 00 | 2 | | NPI | 1558364372 |

25. FEDERAL TAX I.D. NUMBER: 351911857  SSN[ ] EIN[X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? [X]YES [ ]NO

28. TOTAL CHARGE $ 1341 00    29. AMOUNT PAID $ 0 00    30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
AHSANUL HAQUE MD
11 14 2018

32. SERVICE FACILITY LOCATION INFORMATION
ELKHART CLINIC LLC
303 S NAPPANEE ST
ELKHART IN 46514-2066
a. 1013912286  b.

33. BILLING PROVIDER INFO & PH # 574 2963200
ELKHART CLINIC LLC
PO BOX 2968
ELKHART IN 46515-2968
a. 1013912286  b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

# EXHIBIT 2

# Knight, Emily S.

| | |
|---|---|
| **From:** | Sweet, Brenda A. |
| **Sent:** | Thursday, April 16, 2020 3:15 PM |
| **To:** | vhall@johnsonlawgroup.com; Alyssa White; mdownes@johnsonlawgroup.com |
| **Cc:** | Callsen, Julie; Noetzel, Christina T.; Titus, Kristy |
| **Subject:** | RE: Motion for Leave to Amend Complaint (MARSHA STACKHOUSE – 2:17-cv-12427) |

Valarie,

Accord Healthcare, Inc. appears specially herein as it has not been named or served in the *Stackhouse* case. Accord objects to the proposed amendment, which adds Accord as a defendant, as such amendment would be futile. We note that the initial Short Form Complaint was filed on November 14, 2017, and today's request to amend to add Accord is more than two years later. It also appears that the document Plaintiff claims establishes product identification was provided in November 2018 and uploaded in the MDL Centrality in January 2019, thus there is no just cause for the delay in seeking leave to amend the short form complaint as to Accord. Therefore, Plaintiff's claim against Accord is clearly time barred by Indiana's two-year statute of limitations. *See* Ind. Code § 34-20-3-1 (claim must be brought within two years of the date the action accrues).

Thank you,

Brenda


**I am working remotely. The best ways to reach me are via email or telephone call to my direct office number (which will ring on my cell phone).**

**Brenda A. Sweet | Attorney | Tucker Ellis LLP**
950 Main Avenue, Suite 1100 | Cleveland, OH 44113
Direct: (216) 696-2493
brenda.sweet@tuckerellis.com          Online biography - Brenda Sweet
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** Valarie Hall <VHall@johnsonlawgroup.com>
**Sent:** Tuesday, April 14, 2020 12:03 PM
**To:** kbieri@shb.com; noproductid <noproductid@tuckerellis.com>; Callsen, Julie <Julie.Callsen@TuckerEllis.com>
**Cc:** Alyssa White <AWhite@johnsonlawgroup.com>; Margarita Downes <MDownes@johnsonlawgroup.com>
**Subject:** Motion for Leave to Amend Complaint (MARSHA STACKHOUSE – 2:17-cv-12427)

**<<< EXTERNAL EMAIL >>>**


Counsel—
We have received records with manufacturer-specific information, showing that the Docetaxel/Taxotere given to MARSHA STACKHOUSE was also manufactured by Accord Healthcare Inc.. We would like to file a Motion for Leave to Amend the Complaint to add the aforementioned manufacturer(s) as proper defendants.

1

Please find attached: (1) our drafted motion for leave to amend, (2) a proposed order, (3) the amended short form complaint (Exhibit A), and (4) the Request For Summons.

Pursuant to Local Rule 7.6, please let me know if you have any objection to our filing the attached motion to amend documents.  If we do not receive any notice of opposition within fourteen (14) days of this email, per PTO 37A, we will file the motion for leave to amend as unopposed.

Thanks,



**VALARIE HALL | M.A., J.D.**

Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098

Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (800) 731-6018

vhall@johnsonlawgroup.com   |   www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged.  This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.

# EXHIBIT 3



950 Main Avenue, Suite 1100 | Cleveland, OH 44113-7213 | TEL 216.592.5000 | FAX 216.592.5009

April 29, 2020

DIRECT DIAL 216.696.2286 | julie.callsen@tuckerellis.com

**VIA EMAIL ONLY**

Valarie Hall, M.A., J.D.
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston TX 77098
vhall@johnsonlawgroup.com

> Re:   Taxotere/Docetaxel MDL No. 2740: Plaintiffs Nnyanzi, Crock, Singleton, Fleck, Cardwell, and Stackhouse

Dear Counsel:

The undersigned represents Accord Healthcare, Inc. and I am addressing six (6) recent requests received to amend Short Form Complaints to add it as a defendant. Accord has not yet been named or served in these cases and pursuant to PTO 37A, it appears specially to object as all 6 amendments are opposed on futility grounds. These 6 cases involve initial Short Form Complaints filed in 2017 and product identification was uploaded to MDL Centrality pursuant to CMO 12A in 2018 or 2019. The grounds for our objection is futility-it would be futile to add Accord as a defendant based on the applicable statute of limitations. Details of each case are set forth below:

1. Case Name: Nnyanzi, Vanessa
   MDL Case No. 17-cv-12884
   Date of initial SFC Filing: 11/21/17
   Date product ID uploaded to MDL Centrality: 8/8/19

2. Case Name: Crock, Teresa
   MDL Case No. 17-cv-12286
   Date of initial SFC Filing: 11/13/17
   Date product ID uploaded to MDL Centrality: 5/3/18

3. Case Name: Singleton, Patricia
   MDL Case No. 17-cv-11125
   Date of initial SFC Filing: 10/24/17
   Date product ID uploaded to MDL Centrality: 3/16/18

4. Case Name: Fleck, Melissa
   MDL Case No. 17-cv-11161
   Date of initial SFC Filing: 10/24/17
   Date product ID uploaded to MDL Centrality: 9/11/18

5. Case Name: Cardwell, Judy
   MDL Case No. 18-cv-2031
   Date of initial SFC Filing: 2/27/18
   Date product ID uploaded to MDL Centrality: 1/15/19

Tucker Ellis LLP

April 29, 2020
Page 2

    6.  Case Name: Stackhouse, Marsha (objection previously advised)
        MDL Case No. 17-cv-12427
        Date of initial SFC Filing: 11/14/17
        Date product ID uploaded to MDL Centrality: Jan. 2019

In summary, any requested amendment filed will be opposed via special appearance. Also, please include Brenda Sweet in any further correspondence regarding these matters.

Sincerely,

TUCKER ELLIS LLP

Julie A. Callsen

JAC:mkc

cc:    John Olinde
       Brenda Sweet

4667811.1