# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>MARSHA STACKHOUSE,<br>             Plaintiff,<br>     v.<br>SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., *et al.*,<br>             Defendants.<br><br>*Case No. 2:17-cv-12427* | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT** |

Upon consideration of Accord Healthcare, Inc.'s Opposition to Plaintiff's Motion for Leave to Amend Short Form Complaint, in conjunction with Plaintiff's Motion for Leave to Amend Short Form Complaint, this Court hereby DENIES Plaintiff's Motion for Leave to Amend Short Form Complaint as futile based on the applicable statute of limitations.

     **IT IS SO ORDERED.**

 

                                                             Hon. Jane Triche Milazzo