| Signed by | Kurian, Sobha, MD | on 3/27/2014 10:11 AM EDT |
|---|---|---|
| Released by | Wyda, Larriann, RN | on 3/27/2014 10:14 AM EDT |

## Most Recent Dispense Information

Action User: Collins, Kelly Lynn, RPh  
Action Type: Verify  
Dispense Pharmacy: CANCER CENTER PHARMACY  
First Doses Dispense Pharmacy: CANCER CENTER PHARMACY  
Dispense Code: Chemo IV  
Cart Group: Chemo IV  
Dispense Interval: --  
Triggered Fill: Yes  
Dispense Once: Yes  
Do Not Dispense: No  
Patient Supplied Medication: No  
Self Administered: No  
Dispense Individual Ingredients: No  
Comments:  
    Use non-PVC bag and tubing ONLY!!!

## Review Actions

| Date/Time in Queue for Review | Date/Time Reviewed | Review Context | Reviewed By | Review Action |
|---|---|---|---|---|
| Thu Mar 27, 2014 1014 | Thu Mar 27, 2014 1016 | Pharmacy New Order Review | Collins, Kelly Lynn, RPh | Verified by Pharmacy |

## Components Summary: DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB [136042]

**DOCEtaxel 10 mg/mL Solution [203545]**     Type: Medications  
Order Dose: 100 mg/m2                        Package: 8 mL Vial (68758-050-02)  
Calc Dose: 200 mg                            On Formulary? No  
Dose Calculation Information:  
100 mg/m2 × 2.01 m2 (BSA based on  
[Treatment plan actual weight: 92.4 kg as of Fri Mar 21, 2014 1353]  
[Height: 157.5 cm as of Fri Mar 21, 2014 1353])  
= 201 mg × 1 mL/10 mg  
= 20 mL × 10 mg/mL (rounded to the nearest 0.5 mL from 20.1 mL)  
= 200 mg  
Dispense Amount: 20 mL  
Charge Method: wvu standard

**NS Parenteral Solution [27838]**     Type: Base  
Order Dose: 500 mL                     Package: 500 mL Flex Cont (0338-0049-03)  
Calc Dose: 500 mL                      On Formulary? No  
Dispense Amount: 500 mL  
Charge Method: wvu no charge

## Pharmacy Actions

| Date/Time | Type | User | Pharmacy |
|---|---|---|---|
| Thu Mar 27, 2014 1016 | Dispense | Collins, Kelly Lynn, RPh | CANCER CENTER PHARMACY |
| Thu Mar 27, 2014 1016 | Verify | Collins, Kelly Lynn, RPh | CANCER CENTER PHARMACY |

## E-Prescribing Details

Printed by SHEA, JOY [SHEAJ] at 3/9/2018 1:25:50 PM

| Medication | Disp | Refills | Start | End |
|---|---|---|---|---|
| DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB | | | 3/27/2014 | 3/27/2014 |

Sig - Route: 200 mg by Intravenous route One time – Intravenous

### Most Recent Administration

| User | Action Time | Recorded Time | Dose | Route | Site | Comment | Action | Reason |
|---|---|---|---|---|---|---|---|---|
| Tiberio, Kristin M, RN | 03/27/14 1124 | 03/27/14 1125 | 200 mg | Intravenous | | | New Bag/New Syringe | |

Full Administration Report

### Warnings History

No Interaction Warnings Shown

### Order Audit Trail

Number of times this order has been changed since signing: 1

Order Audit Trail

### Order Transmittal Tracking/Results Routing Info

Order Transmittal Tracking/Results Routing Info

### Event History

Event History

### Intervention summary for DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB (Ordered on 3/27/14)

#### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

#### Closed Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Order Set Info

Order Set Source
Did not come from Order set

# Richmond, Mary Jean MRN:E473884 (CSN:31323839) (43 y.o. F) (Adm: 04/17/14 0725) CHEMO

LABCC

**Attending Provider:**
(none)

| | | | | |
|---|---|---|---|---|
| Allergies: **Penicillins, Adhesive, Contrast Dye, Nuts, Vancomycin** Last verified: 02/20/18 | Isolation: None Infection: None Code Status: Prior Service: None | Ht: 5' 3" Wt: 93.4 kg (205 lb 14.6 oz) Admission Wt: 93.4 kg (205 lb 14.6 oz) | Principal Problem: None | BMI: 36.48 kg/m² BSA: 2.04 m² |

## DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB   [96942032]

Ordered Dose: **100 mg/m2 × 2.01 m2 (Treatment Plan Recorded)**     Route: **Intravenous**     Frequency: **ONCE @ 520 mL/hr over 60 Minutes**

Dose Calculation Information:
  100 mg/m2 × 2.01 m2 (BSA based on
    [Treatment plan actual weight: 92.4 kg as of Fri Mar 21, 2014 1353]
    [Height: 157.5 cm as of Fri Mar 21, 2014 1353])
  = 201 mg × 1 mL/10 mg
  = 20 mL × 10 mg/mL (rounded to the nearest 0.5 mL from 20.1 mL)
  = 200 mg
Volume: 520 mL
Start: 04/17/14 1000          End: 04/17/14 1219 after
                                   1 doses

Admin Instructions:
  High Alert and "Look-Alike/ Sound-Alike"
  Medication. Use non-PVC bag and tubing
  ONLY!! Hazardous Medication - see hospital
  policy for handling instructions.
Diagnosis Association: Malignant neoplasm of breast (174.9)
Order Status: **Completed Thu Apr 17, 2014 1219, originally scheduled to end**
Ordering User: Kurian, Sobha, MD              Ordering Date/Time: Thu Apr 17, 2014 0949
Order Released By: Reiner, Christine
Ordering Provider: Kurian, Sobha, MD          Authorizing Provider: Kurian, Sobha, MD

### Components

| Component | Order Dose | Admin Dose |
|---|---|---|
| DOCEtaxel 10 mg/mL Solution | 100 mg/m2 | 200 mg |
| NS Parenteral Solution | 500 mL | 500 mL |

   Component Details

## Start Date/Time
Start Time
04/17/14 1000

## Priority and Order Details

| Priority | Order Status | Class |
|---|---|---|
| Routine | Completed | Normal |

## DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB

Electronically signed by: **Kurian, Sobha, MD on 04/17/14 0924**
Ordering user: Kurian, Sobha, MD 04/17/14 0924      Ordering provider: Kurian, Sobha, MD
Authorized by: Kurian, Sobha, MD                    Ordering mode: Standard
From treatment plan: DOCETAXEL Q3 WEEKS (ADJUVANT)
Diagnoses:
  Malignant neoplasm of breast [174.9 (ICD-9-CM)]

### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| DOCEtaxel (TAXOTERE) | 100 mg/m2 | 200 mg |
| NS | 500 mL | 500 mL |

### Medication Detail

| Medication | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB** | 100 mg/m2 × 2.01 m2 (Treatment Plan Recorded) | ONCE | 4/17/2014 1000 | 4/17/2014 1219 |

Route: Intravenous
Admin Amount: 200 mg
Rate: 520 mL/hr
Volume: 520 mL
Duration: 60 Minutes
Last Admin Time: 04/17/14 1115 (Stopped on: 04/17/14 1219)
Number of Expected Doses: 1
  Medication detail report

## Reference Links

**Mixture: DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB [136042]**
1. Click here for Drug Information from UpToDate

**Ingredient: DOCEtaxel [203545]**
1. Click here for Drug Information from UpToDate

**Ingredient: NS [27838]**
1. Click here for Drug Information from UpToDate

## Treatment Plan Order Signing Info

Printed by SHEA, JOY [SHEAJ] at 3/9/2018 1:38:03 PM

Richmond, Mary - BMR - 001162

| | | |
|---|---|---|
| Signed by | Kurlan, Sobha, MD | on 4/17/2014 9:24 AM EDT |
| Released by | Reiner, Christine | on 4/17/2014 9:49 AM EDT |

## Most Recent Dispense Information

Action User: Collins, Kelly Lynn, RPh   Action Type: Verify

Dispense Pharmacy: CANCER CENTER PHARMACY   First Doses Dispense Pharmacy: CANCER CENTER PHARMACY

Dispense Code: Chemo IV   Cart Group: Chemo IV   Dispense Interval: --
Triggered Fill: Yes   Dispense Once: Yes   Do Not Dispense: No
Patient Supplied Medication: No   Self Administered: No
Dispense Individual Ingredients: No

Comments:
  **DO NOT REFRIGERATE* *Use Glass or non-PVC bag and tubing ONLY**

## Review Actions

| Date/Time in Queue for Review | Date/Time Reviewed | Review Context | Reviewed By | Review Action |
|---|---|---|---|---|
| Thu Apr 17, 2014 0949 | Thu Apr 17, 2014 0950 | Pharmacy New Order Review | Collins, Kelly Lynn, RPh | Verified by Pharmacy |

## Components Summary: DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB [136042]

**DOCEtaxel 10 mg/mL Solution [203545]**   Type: Medications
  Order Dose: 100 mg/m2   Package: 8 mL Vial (66758-050-02)
  Calc Dose: 200 mg   On Formulary? No
  Dose Calculation Information:
  100 mg/m2 × 2.01 m2 (BSA based on
  [Treatment plan actual weight: 92.4 kg as of Fri Mar 21, 2014 1353]
  [Height: 157.5 cm as of Fri Mar 21, 2014 1353])
  = 201 mg × 1 mL/10 mg
  = 20 mL × 10 mg/mL (rounded to the nearest 0.5 mL from 20.1 mL)
  = 200 mg
  Dispense Amount: 20 mL
  Charge Method: wvu standard

**NS Parenteral Solution [27838]**   Type: Base
  Order Dose: 500 mL   Package: 500 mL Flex Cont (0338-0049-03)
  Calc Dose: 500 mL   On Formulary? No
  Dispense Amount: 500 mL
  Charge Method: wvu no charge

## Pharmacy Actions

| Date/Time | Type | User | Pharmacy |
|---|---|---|---|
| Thu Apr 17, 2014 0950 | Dispense | Collins, Kelly Lynn, RPh | CANCER CENTER PHARMACY |
| Thu Apr 17, 2014 0950 | Verify | Collins, Kelly Lynn, RPh | CANCER CENTER PHARMACY |

### E-Prescribing Details

| Medication | Disp | Refills | Start | End |
|---|---|---|---|---|
| DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB | | | 4/17/2014 | 4/17/2014 |

Sig - Route: 200 mg by Intravenous route One time - Intravenous

### Most Recent Administration

| User | Action Time | Recorded Time | Dose | Route | Site | Comment | Action | Reason |
|---|---|---|---|---|---|---|---|---|
| Reiner, Christine | 04/17/14 1115 | 04/17/14 1115 | 200 mg | Intravenous | | | New Bag/New Syringe | |

Full Administration Report

### Warnings History

No Interaction Warnings Shown

### Order Audit Trail

Number of times this order has been changed since signing: **1**

Order Audit Trail

### Order Transmittal Tracking/Results Routing Info

Order Transmittal Tracking/Results Routing Info

### Event History

Event History

### Intervention summary for DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB (Ordered on 4/17/14)

#### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

#### Closed Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Order Set Info

Order Set Source
Did not come from Order set

# Richmond, Mary Jean MRN:E473884 (CSN:31657291) (43 y.o. F) (Adm: 05/08/14 1230) CHEMO

CCIC

**Attending Provider:**
(none)

| | | | | |
|---|---|---|---|---|
| Allergies: **Penicillins, Adhesive, Contrast Dye, Nuts, Vancomycin** Last verified: 02/20/18 | Isolation: None Infection: None Code Status: Prior Service: None | Ht: 5' 3" Wt: 93.2 kg (205 lb 7.5 oz) Admission Wt: 93.2 kg (205 lb 7.5 oz) | Principal Problem: None | BMI: 36.4 kg/m² BSA: 2.04 m² |

## DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB [98219022]

Ordered Dose: **100 mg/m2 × 2.01 m2 (Treatment Plan Recorded)**   Route: **Intravenous**   Frequency: **ONCE @ 520 mL/hr over 60 Minutes**

Dose Calculation Information:
  100 mg/m2 × 2.01 m2 (BSA based on
   [Treatment plan actual weight: 92.4 kg as of Fri Mar 21, 2014 1353]
   [Height: 157.5 cm as of Fri Mar 21, 2014 1353])
  = 201 mg × 1 mL/10 mg
  = 20 mL × 10 mg/mL (rounded to the nearest 0.5 mL from 20.1 mL)
  = 200 mg
Volume: 520 mL
Start: 05/08/14 1400         End: 05/08/14 1553 after
                             1 doses

Admin Instructions:
  High Alert and "Look-Alike/ Sound-Alike"
  Medication. Use non-PVC bag and tubing
  ONLY!! Hazardous Medication - see hospital
  policy for handling instructions.
Diagnosis Association: Malignant neoplasm of breast (174.9)
Order Status: **Completed Thu May 08, 2014 1553, originally scheduled to end**
Ordering User: Kurian, Sobha, MD                Ordering Date/Time: Thu May 8, 2014 1324
Order Released By: Gallo, Kimberly Anne, RN
Ordering Provider: Kurian, Sobha, MD            Authorizing Provider: Kurian, Sobha, MD

### Components

| Component | Order Dose | Admin Dose |
|---|---|---|
| DOCEtaxel 10 mg/mL Solution | 100 mg/m2 | 200 mg |
| NS Parenteral Solution | 500 mL | 500 mL |

Component Details

### Start Date/Time
Start Time
05/08/14 1400

### Priority and Order Details

| Priority | Order Status | Class |
|---|---|---|
| Routine | Completed | Normal |

### DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB

Electronically signed by: **Kurian, Sobha, MD on 05/08/14 1322**
Ordering user: Kurian, Sobha, MD 05/08/14 1322      Ordering provider: Kurian, Sobha, MD
Authorized by: Kurian, Sobha, MD                     Ordering mode: Standard
From treatment plan: DOCETAXEL Q3 WEEKS
(ADJUVANT)
Diagnoses:
  Malignant neoplasm of breast [174.9 (ICD-9-CM)]

### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| DOCEtaxel (TAXOTERE) | 100 mg/m2 | 200 mg |
| NS | 500 mL | 500 mL |

### Medication Detail

| Medication | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB** | 100 mg/m2 × 2.01 m2 (Treatment Plan Recorded) | ONCE | 5/8/2014 1400 | 5/8/2014 1553 |

Route: Intravenous
Admin Amount: 200 mg
Rate: 520 mL/hr
Volume: 520 mL
Duration: 60 Minutes
Last Admin Time: 05/08/14 1453 (Currently Running)
Number of Expected Doses: 1
  Medication detail report

### Reference Links

**Mixture: DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB [136042]**
1. Click here for Drug Information
from UpToDate

**Ingredient: DOCEtaxel [203545]**
1. Click here for Drug Information
from UpToDate

**Ingredient: NS [27838]**
1. Click here for Drug Information
from UpToDate

### Treatment Plan Order Signing Info

| | | |
|---|---|---|
| Signed by | Kurian, Sobha, MD | on 5/8/2014 1:22 PM EDT |
| Released by | Gallo, Kimberly Anne, RN | on 5/8/2014 1:24 PM EDT |

## Most Recent Dispense Information

Action User: Hathaway, Robert, RPh        Action Type: Verify

Dispense Pharmacy: CANCER CENTER PHARMACY        First Doses Dispense Pharmacy: CANCER CENTER PHARMACY

Dispense Code: Chemo IV        Cart Group: Chemo IV        Dispense Interval: —

Triggered Fill: Yes        Dispense Once: Yes        Do Not Dispense: No

Patient Supplied Medication: No        Self Administered: No

Dispense Individual Ingredients: No

Comments:
   **DO NOT REFRIGERATE* *Use Glass or non-PVC bag and tubing ONLY**

### Review Actions

| Date/Time in Queue for Review | Date/Time Reviewed | Review Context | Reviewed By | Review Action |
|---|---|---|---|---|
| Thu May 8, 2014 1324 | Thu May 8, 2014 1328 | Pharmacy New Order Review | Hathaway, Robert, RPh | Verified by Pharmacy |

## Components Summary: DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB [136042]

**DOCEtaxel 10 mg/mL Solution [203545]**        Type: Medications
   Order Dose: 100 mg/m2                                 Package: 8 mL Vial (66758-050-02)
   Calc Dose: 200 mg                                          On Formulary? No
   Dose Calculation Information:
   100 mg/m2 × 2.01 m2 (BSA based on
   [Treatment plan actual weight: 92.4 kg as of Fri Mar 21, 2014 1353]
   [Height: 157.5 cm as of Fri Mar 21, 2014 1353])
   = 201 mg × 1 mL/10 mg
   = 20 mL × 10 mg/mL (rounded to the nearest 0.5 mL from 20.1 mL)
   = 200 mg
   Dispense Amount: 20 mL
   Charge Method: wvu standard

**NS Parenteral Solution [27838]**        Type: Base
   Order Dose: 500 mL                                      Package: 500 mL Flex Cont (0338-0049-03)
   Calc Dose: 500 mL                                        On Formulary? No
   Dispense Amount: 500 mL
   Charge Method: wvu no charge

### Pharmacy Actions

| Date/Time | Type | User | Pharmacy |
|---|---|---|---|
| Thu May 8, 2014 1328 | Dispense | Hathaway, Robert, RPh | CANCER CENTER PHARMACY |
| Thu May 8, 2014 1328 | Verify | Hathaway, Robert, RPh | CANCER CENTER PHARMACY |

### E-Prescribing Details

| Medication | Disp | Refills | Start | End |
|---|---|---|---|---|
| DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB | | 1 | 5/8/2014 | 5/8/2014 |

Sig - Route: 200 mg by Intravenous route One time - Intravenous

### Most Recent Administration

| User | Action Time | Recorded Time | Dose | Route | Site | Comment | Action | Reason |
|---|---|---|---|---|---|---|---|---|
| Sobolewski, Dolores, RN | 05/08/14 1453 | 05/08/14 1455 | 200 mg | Intravenous | | | New Bag/New Syringe | |

Full Administration Report

### Warnings History

No Interaction Warnings Shown

### Order Audit Trail

Number of times this order has been changed since signing: 1

Order Audit Trail

### Order Transmittal Tracking/Results Routing Info

Order Transmittal Tracking/Results Routing Info

### Event History

Event History

## Intervention summary for DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB (Ordered on 5/8/14)

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Order Set Info

Order Set Source
Did not come from Order set

# Richmond, Mary Jean MRN:E473884 (CSN:31323843) (43 y.o. F) (Adm: 05/29/14 0817) CHEMO

CCIC

**Attending Provider:**
(none)

| | | | | |
|---|---|---|---|---|
| Allergies: **Penicillins, Adhesive, Contrast Dye, Nuts, Vancomycin** Last verified: 02/20/18 | Isolation: None Infection: None Code Status: Prior Service: None | Ht: 5' 3" Wt: 93.7 kg (206 lb 9.1 oz) Admission Wt: 93.7 kg (206 lb 9.1 oz) | Principal Problem: None | BMI: 36.59 kg/m² BSA: 2.04 m² |

### DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB  [98219048]

Ordered Dose: **100 mg/m2 × 2.01 m2 (Treatment Plan Recorded)**     Route: **Intravenous**     Frequency: **ONCE @ 520 mL/hr over 60 Minutes**

Dose Calculation Information:
  100 mg/m2 × 2.01 m2 (BSA based on
  [Treatment plan actual weight: 92.4 kg as of Fri Mar 21, 2014 1353]
  [Height: 157.5 cm as of Fri Mar 21, 2014 1353])
  = 201 mg × 1 mL/10 mg
  = 20 mL × 10 mg/mL (rounded to the nearest 0.5 mL from 20.1 mL)
  = 200 mg
Volume: 520 mL
Start: 05/29/14 1000     End: 05/29/14 1205 after 1 doses

Admin Instructions:
  High Alert and "Look-Alike/ Sound-Alike" Medication. Use non-PVC bag and tubing ONLY!! Hazardous Medication - see hospital policy for handling instructions.

Diagnosis Association: Malignant neoplasm of breast (174.9)

Order Status: **Completed Thu May 29, 2014 1205, originally scheduled to end**
Ordering User: Kurian, Sobha, MD     Ordering Date/Time: Thu May 29, 2014 0949
Order Released By: Matthews, Tara Lynne, RN
Ordering Provider: Kurian, Sobha, MD     Authorizing Provider: Kurian, Sobha, MD

### Components

| Component | Order Dose | Admin Dose |
|---|---|---|
| DOCEtaxel 10 mg/mL Solution | 100 mg/m2 | 200 mg |
| NS Parenteral Solution | 500 mL | 500 mL |

Component Details

### Start Date/Time
Start Time
05/29/14 1000

### Priority and Order Details

| Priority | Order Status | Class |
|---|---|---|
| Routine | Completed | Normal |

### DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB

Electronically signed by: **Kurian, Sobha, MD on 05/08/14 1322**
Ordering user: Kurian, Sobha, MD 05/08/14 1322      Ordering provider: Kurian, Sobha, MD
Authorized by: Kurian, Sobha, MD                    Ordering mode: Standard
From treatment plan: DOCETAXEL Q3 WEEKS
(ADJUVANT)
Diagnoses:
   Malignant neoplasm of breast [174.9 (ICD-9-CM)]

### Mixture Ingredients

| Medication | Ordered Dose | Calculated Dose |
|---|---|---|
| DOCEtaxel (TAXOTERE) | 100 mg/m2 | 200 mg |
| NS | 500 mL | 500 mL |

### Medication Detail

| Medication | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB** | 100 mg/m2 × 2.01 m2 (Treatment Plan Recorded) | ONCE | 5/29/2014 1000 | 5/29/2014 1205 |

Route: Intravenous
Admin Amount: 200 mg
Rate: 520 mL/hr
Volume: 520 mL
Duration: 60 Minutes
Last Admin Time: 05/29/14 1103 (Stopped on: 05/29/14 1205)
Number of Expected Doses: 1
   Medication detail report

### Reference Links

**Mixture: DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB [136042]**
1. Click here for Drug Information
from UpToDate

**Ingredient: DOCEtaxel [203545]**
1. Click here for Drug Information
from UpToDate

**Ingredient: NS [27838]**
1. Click here for Drug Information
from UpToDate

### Treatment Plan Order Signing Info

Printed by SHEA, JOY [SHEAJ] at 3/9/2018 1:38:29 PM

Richmond, Mary - BMR - 001170

| | | |
|---|---|---|
| Signed by | Kurian, Sobha, MD | on 5/8/2014 1:22 PM EDT |
| Released by | Matthews, Tara Lynne, RN | on 5/29/2014 9:49 AM EDT |

## Most Recent Dispense Information

Action User: Collins, Kelly Lynn, RPh                  Action Type: Verify

Dispense Pharmacy: CANCER CENTER PHARMACY              First Doses Dispense Pharmacy: CANCER CENTER PHARMACY

Dispense Code: Chemo IV          Cart Group: Chemo IV          Dispense Interval: --
Triggered Fill: Yes              Dispense Once: Yes            Do Not Dispense: No
Patient Supplied Medication: No  Self Administered: No
Dispense Individual Ingredients: No

Comments:
   **DO NOT REFRIGERATE* *Use Glass or non-PVC bag and tubing ONLY**

## Review Actions

| Date/Time In Queue for Review | Date/Time Reviewed | Review Context | Reviewed By | Review Action |
|---|---|---|---|---|
| Thu May 29, 2014 0949 | Thu May 29, 2014 0951 | Pharmacy New Order Review | Collins, Kelly Lynn, RPh | Verified by Pharmacy |

## Components Summary: DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB [136042]

**DOCEtaxel 10 mg/mL Solution [203545]**                Type: Medications
   Order Dose: 100 mg/m2                                Package: 8 mL Vial (66758-050-02)
   Calc Dose: 200 mg                                    On Formulary? No
   Dose Calculation Information:
   100 mg/m2 × 2.01 m2 (BSA based on
   [Treatment plan actual weight: 92.4 kg as of Fri Mar 21, 2014 1353]
   [Height: 157.5 cm as of Fri Mar 21, 2014 1353])
   = 201 mg × 1 mL/10 mg
   = 20 mL × 10 mg/mL (rounded to the nearest 0.5 mL from 20.1 mL)
   = 200 mg
   Dispense Amount: 20 mL
   Charge Method: wvu standard

**NS Parenteral Solution [27838]**                     Type: Base
   Order Dose: 500 mL                                  Package: 500 mL Flex Cont (0338-0049-03)
   Calc Dose: 500 mL                                   On Formulary? No
   Dispense Amount: 500 mL
   Charge Method: wvu no charge

## Pharmacy Actions

| Date/Time | Type | User | Pharmacy |
|---|---|---|---|
| Thu May 29, 2014 0951 | Dispense | Collins, Kelly Lynn, RPh | CANCER CENTER PHARMACY |
| Thu May 29, 2014 0951 | Verify | Collins, Kelly Lynn, RPh | CANCER CENTER PHARMACY |

## E-Prescribing Details

| Medication | Disp | Refills | Start | End |
|---|---|---|---|---|
| **DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB** | | | 5/29/2014 | 5/29/2014 |

Sig - Route: 200 mg by Intravenous route One time - Intravenous

## Most Recent Administration

| User | Action Time | Recorded Time | Dose | Route | Site | Comment | Action | Reason |
|---|---|---|---|---|---|---|---|---|
| Christopher, Melanie Jean, RN | 05/29/14 1103 | 05/29/14 1104 | 200 mg | Intravenous | | | New Bag/New Syringe | |

Full Administration Report

## Warnings History
No Interaction Warnings Shown

## Order Audit Trail
Number of times this order has been changed since signing: 1

Order Audit Trail

## Order Transmittal Tracking/Results Routing Info
Order Transmittal Tracking/Results Routing Info

## Event History

Event History

## Intervention summary for DOCEtaxel (TAXOTERE) 200 mg in NS 500 mL IVPB (Ordered on 5/29/14)

### Open Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

### Closed Interventions

| Type | Subtype | Status | Opened By | Opened On | Response | Outcome |
|---|---|---|---|---|---|---|
| None | | | | | | |

## Order Set Info
Order Set Source
Did not come from Order set

Richmond, Mary - BMR - 001172　　　　　　　　　　　Printed by SHEA, JOY [SHEAJ] at 3/9/2018 1:38:29 PM