# MDL CENTRALITY — IN RE TAXOTERE MDL 2740

| HOME ▼ | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT ▼ |

**Back To MDL Centrality**

## MDL 2740 - Taxotere

[<< Back]

### Plaintiff Information

| | |
|---|---|
| Plaintiff ID: 7479 | DOB: 12/31/1974 |
| Name: MARY RICHMOND | Email: awhite@johnsonlawgroup.com |
| Most Recent PFS Submitted: 07/05/2018 | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes — Comments |
| Drug Name: | Sandoz Inc. | Unknown Certification: | |
| Treatment Dates: | 03/27/2014 to 05/29/2014 | Docket No.: | 2:17-cv-13108 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Johnson Law Group |

### Deficiency Notices

| Notice ID | Action | Approve | Hold | Status | | |
|---|---|---|---|---|---|---|
| 1 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |

### Defendant Management

Assigned: **Pfizer/Hospira**

[Reviewer History]  [View Deficiencies]  [CMO 12 Product ID]

Update Cure Date/Review Note
Cure Date:

**Plaintiff Documents** | Defendant Documents

Search Results:  Page 1 of 2 (39 records)  [1]

Filter: ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 455877 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455876 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455875 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455874 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455873 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455872 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455870 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455868 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455867 | | 04/03/2020 | | 04/03/2020 | Comments |

| ID | Description | Date | Name | Date 2 | |
|---|---|---|---|---|---|
| | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | | | | |
| 455866 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455864 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455862 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455861 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 04/03/2020 | | 04/03/2020 | Comments |
| 455859 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata' | 04/03/2020 | | 04/03/2020 | Comments |
| 455858 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata' | 04/03/2020 | | 04/03/2020 | Comments |
| 455856 | Proof of Injury - Before & After Photographs - Photo – No Metadata Available | 04/03/2020 | | 04/03/2020 | Comments |
| 455855 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 04/03/2020 | | 04/03/2020 | Comments |
| 455854 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 04/03/2020 | | 04/03/2020 | Comments |
| 455853 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 04/03/2020 | | 04/03/2020 | Comments |
| 455852 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 04/03/2020 | | 04/03/2020 | Comments |
| 455851 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 04/03/2020 | | 04/03/2020 | Comments |
| 455850 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 04/03/2020 | | 04/03/2020 | Comments |
| 196730 | Second Amended Plaintiff Fact Sheet | 07/05/2018 | Taylor (old account), Mychanna | 07/05/2018 | Comments |
| 182322 | Response to Deficiency Notice | 06/12/2018 | | 06/12/2018 | Comments |
| 182321 | First Amended Plaintiff Fact Sheet | 06/12/2018 | Adams, LaToyia | 06/12/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.

