



Barbiche, Cindy - BMN - 00030 CONFIDENTIAL DOCUMENT. THIS HARDCOPY IS NOT FOR DISTRIBUTION OR EDITING.
Pharmacy - HMM - Page 1/1　　　　　　　　　　　　　　　　　　　　　　Job 628857 (08/03/2018 14:27) - Page 1 Doc# 1