

MDL CENTRALITY

IN RE TAXOTERE
MDL 2740

BROWNGREER

HOME | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT

Back To MDL Centrality

## MDL 2740 - Taxotere

<< Back

### Plaintiff Information

**Plaintiff ID:** 7231
**DOB:** 04/20/1962
**Name:** CINDY BARBICHE
**Email:** awhite@johnsonlawgroup.com
**Most Recent PFS Submitted:** 09/14/2018

### Plaintiff Snapshot

**Treated with Taxotere:** Yes
**Treated with Generic:** Yes — Comments
**Drug Name:** Taxotere; Sandoz Inc.
**Unknown Certification:**
**Treatment Dates:** 01/22/2013 to 05/7/2013
**Docket No.:** 2:17-cv-12311
**Properly Executed Verification of PFS:** View
**Proof of Injury - Medical Documentation:** N/A
**Proof of Injury - Before & After Photographs:** View
**Law Firm:** Johnson Law Group

### Deficiency Notices

| Notice ID | Action | Approve | Hold | Status | | |
|---|---|---|---|---|---|---|
| 1 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |
| 2 | Approve/Hold | | | Moved Back to Review | History | Issue Notice |
| 3 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |

### Defendant Management

**Assigned:** **Pfizer/Hospira**

Reviewer History | View Deficiencies | CMO 12 Product ID

Update Cure Date/Review Note

**Cure Date:**

Plaintiff Documents | Defendant Documents

**Search Results:** Page 1 of 2 (31 records) 1

**Filter:** ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 474066 | Proof of Injury - Before & After Photographs | 06/08/2020 | | 06/08/2020 | Comments |
| 474065 | Proof of Injury - Before & After Photographs - Photo with Metadata | 06/08/2020 | | 06/08/2020 | Comments |
| 474064 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 06/08/2020 | | 06/08/2020 | Comments |
| 408583 | Proof of Use -- Medical Records | 09/26/2019 | | 09/26/2019 | Comments |
| 347945 | DFS Deficiency Notice - Sanofi | 04/30/2019 | | 04/30/2019 | Comments |
| 263954 | Proof of Use -- Medical Records | 11/12/2018 | | 11/12/2018 | Comments |
| 236183 | Third Amended Plaintiff Fact Sheet | 09/14/2018 | Taylor, Mychanna | 09/14/2018 | Comments |
| 234958 | CMO 12 Product Identification - See batesed page 000361 for product identification | 09/12/2018 | | 09/12/2018 | Comments |
| 234955 | Proof of Use -- Medical Records | 09/12/2018 | | 09/12/2018 | Comments |
| 214737 | Second Amended Plaintiff Fact Sheet | 08/03/2018 | Taylor, Mychanna | 08/03/2018 | Comments |
| 214735 | Response to Deficiency Notice | 08/03/2018 | | 08/03/2018 | Comments |

| ID | Description | Date | Name | Date | |
|---|---|---|---|---|---|
| 214733 | Other - Supplement form for page 12 - Cindy Barbachie | 08/03/2018 | | 08/03/2018 | Comments |
| 214732 | Disability Claims Authorization | 08/03/2018 | | 08/03/2018 | Comments |
| 214731 | Health Insurance Record Authorization | 08/03/2018 | | 08/03/2018 | Comments |
| 214729 | Workers Compensation Authorization | 08/03/2018 | | 08/03/2018 | Comments |
| 199300 | DFS Deficiency Notice - Hospira | 07/11/2018 | | 07/11/2018 | Comments |
| 170635 | First Amended Plaintiff Fact Sheet | 05/25/2018 | Taylor (old account), Mychanna | 05/25/2018 | Comments |
| 170632 | Response to Deficiency Notice | 05/25/2018 | | 05/25/2018 | Comments |
| 169907 | Proof of Injury - Before & After Photographs | 05/24/2018 | | 05/24/2018 | Comments |
| 169906 | Other - Supplement form for Page 12 - Cindy Barbiche | 05/24/2018 | | 05/24/2018 | Comments |
| 111576 | Plaintiff Fact Sheet | 03/14/2018 | Espinoza, Joselin | 03/14/2018 | Comments |
| 111537 | PTO 71 Written Statement | 03/14/2018 | | 03/14/2018 | Comments |
| 111528 | Proof of Injury - Before & After Photographs | 03/14/2018 | | 03/14/2018 | Comments |
| 111509 | Proof of Use -- Medical Records | 03/14/2018 | | 03/14/2018 | Comments |
| 111500 | Properly Executed Verification of PFS | 03/14/2018 | | 03/14/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.