UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | CIVIL ACTION NO. 17-11125 |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| PATRICIA SINGLETON, | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | |
| v. | |
| SANOFI S.A., *et al.*, | |
| Defendant. | |
| *Case No. 17-cv-11125* | |

**SPECIAL APPEARANCE OF ACCORD HEALTHCARE, INC. IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Pursuant to Pretrial Order No. 37A (Doc. 1682), Accord Healthcare, Inc. ("Accord"), hereby enters its Special Appearance to oppose *Plaintiff's Motion for Leave to Amend Complaint* (Doc. 10528) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 10528-2)—filed more than two years following the filing of her initial complaint in 2017—is futile because it is time-barred as to adding Accord as a Defendant.

2

Date: June 19, 2020	Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:	216.592.5000
Facsimile:	216.592.5009
Email:	julie.callsen@tuckerellis.com
	brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this day, June 19, 2020, a true and correct copy of the *Special Appearance of Accord Healthcare, Inc. in Opposition to Plaintiff's Motion for Leave to Amend* was served upon the following through the Court's ECF filing system:

| | |
|---|---|
| Jade M. Ruiz | *Attorneys for Plaintiffs* |
| Johnson Law Group | |
| 2925 Richmond Ave., Ste. 1700 | |
| Houston, TX 77098 | |
| jader@johnsonlawgroup.com | |

               /s/ *Julie A. Callsen*
               Julie A. Callsen