# EXHIBIT 1

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _Patricia Singleton_

DATE OF BIRTH: ▉▉▉▉▉   SSN: ▉▉▉▉▉

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER
### ***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
☐ 0075-8003-01
☐ 0075-8004-04

**WINTHROP US**
☐ 0955-1020-01
☐ 0955-1021-04

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

**McKESSON PACKAGING**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ**
☐ 66758-050-01
☐ 66758-050-02
☐ 66758-050-03

**ACCORD HEALTHCARE**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT

**ACCORD HEATHCARE**
☐ 16729-267-63
☐ 16729-267-64
☒ 16729-267-65

**SAGENT PHARMACEUTICALS**
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
☐ 45963-734-54
☐ 45963-765-52

☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**SANDOZ**
☐ 66758-950-02
☐ 66758-950-03

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

✗NDC 16729-0231-65

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

**PATIENT**
☐ WAS   ☐ WAS NOT ADMINISTERED TAXOL/PACLILTAXEL

11 / 30 / 2012
DATE OF FIRST TREATMENT

02 / 08 / 2013    4
DATE OF LAST TREATMENT    # OF DOSES

_Shelli Ray RN_
SIGNATURE OF REPRESENATIVE OF CENTER PRACTICE/INFUSION CENTER

_Summit Cancer Care_
NAME OF PRACTICE/INFUSION

_Shelli Ray RN_
PRINTED NAME & TITLE OF REPRESENTATIVE

4700 Waters Ave
ADDRESS

11 / 8 / 2017
DATE

Savannah GA 31404
CITY, STATE, ZIP

# EXHIBIT 2



950 Main Avenue, Suite 1100 | Cleveland, OH 44113-7213 | TEL 216.592.5000 | FAX 216.592.5009

April 29, 2020

DIRECT DIAL  216.696.2286 | julie.callsen@tuckerellis.com

**VIA EMAIL ONLY**

Valarie Hall, M.A., J.D.
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston TX 77098
vhall@johnsonlawgroup.com

*Re:  Taxotere/Docetaxel MDL No. 2740: Plaintiffs  Nnyanzi, Crock, Singleton, Fleck, Cardwell, and Stackhouse*

Dear Counsel:

The undersigned represents Accord Healthcare, Inc. and I am addressing six (6) recent requests received to amend Short Form Complaints to add it as a defendant.   Accord has not yet been named or served in these cases and pursuant to PTO 37A, it appears specially to object as all 6 amendments are opposed on futility grounds.  These 6 cases involve initial Short Form Complaints filed in 2017 and product identification was uploaded to MDL Centrality pursuant to CMO 12A in 2018 or 2019.  The grounds for our objection is futility-it would be futile to add Accord as a defendant based on the applicable statute of limitations.  Details of each case are set forth below:

1.  Case Name: Nnyanzi, Vanessa
    MDL Case No. 17-cv-12884
    Date of initial SFC Filing: 11/21/17
    Date product ID uploaded to MDL Centrality: 8/8/19

2.  Case Name: Crock, Teresa
    MDL Case No. 17-cv-12286
    Date of initial SFC Filing: 11/13/17
    Date product ID uploaded to MDL Centrality: 5/3/18

3.  Case Name: Singleton, Patricia
    MDL Case No. 17-cv-11125
    Date of initial SFC Filing: 10/24/17
    Date product ID uploaded to MDL Centrality: 3/16/18

4.  Case Name: Fleck, Melissa
    MDL Case No. 17-cv-11161
    Date of initial SFC Filing: 10/24/17
    Date product ID uploaded to MDL Centrality: 9/11/18

5.  Case Name: Cardwell, Judy
    MDL Case No. 18-cv-2031
    Date of initial SFC Filing: 2/27/18
    Date product ID uploaded to MDL Centrality: 1/15/19

# Tucker
# Ellis | LLP

April 29, 2020
Page 2

    6.   Case Name: Stackhouse, Marsha (objection previously advised)
         MDL Case No. 17-cv-12427
         Date of initial SFC Filing: 11/14/17
         Date product ID uploaded to MDL Centrality: Jan. 2019

      In summary, any requested amendment filed will be opposed via special appearance.  Also, please include Brenda Sweet in any further correspondence regarding these matters.

Sincerely,

TUCKER ELLIS LLP

Julie A. Callsen

JAC:mkc

cc:    John Olinde
      Brenda Sweet

4667811.1