# TENNESSEE**ONCOLOGY**

# Fax Cover

| To: Johnson Law Group | Fax Number: jgoad@tnonc.com |
|---|---|
| Company: | Pages: 420 |
| From: Joanna Goad | ( 615-750-1752 ) |

Subject: Cardwell, J 3/22/1966

To learn more, or for a full list of clinics and their contact information, visit us at:

## **www.tnoncology.com**

Or contact us at 1-877-TENNONC

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged or confidential. If the reader of this message is not the intended recipient, please be advised that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately by telephone at **1-877-TENNONC**.

**2018-07-30    09:01:57**

Cardwell, Judy - BMR - 000326

2018/09/13 10:11:12     3  /420

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

              TIME RECEIVED                                                    PAGES
              July 19, 2018 at 1:58:49 PM CDT      REMOTE CSID    DURATION      4      STATUS
From: Sofia Escobar      Fax: (281) 915-3312       6506556633      168                 Received
                                            To:
                                                   Fax: (615) 289-7085       Page 1 of 4  07/19/2018 1:55 PM
```

# FAX

**FROM**

Sofia Escobar

**TO**

Attn: Medical Records
Tenesse Oncology

**Phone**      (281) 915-3312
**Fax Number** (281) 915-3312

**Phone**
**Fax Number** +16152897085

**DATE** 07/19/2018

**NOTE**

Please, see attached Request and signed authorization. If you have any questions or need any additional information please do not hesitate to contact me.

I greatly appreciate your assistance with this request.

Thank you,

SOFIA ESCOBAR | Legal Assistant

Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 996-9900 | Phone (823) 333-4503 | Fax (800) 572-4270
SEscobar@johnsonlawgroup.com | www.johnsonlawgroup.com

Cardwell, Judy - BMR - 000327

From: Sofia Escobar    Fax: (281) 915-3312         To:

Fax: (615) 269-7065      Page 2 of 4  07/19/2018 1:56 PM

2925 RICHMOND AVENUE, SUITE 1700, HOUSTON, TX 77098

TOLL FREE (800) 230-7700  PHONE (713) 626-9336  FAX (800) 731-6018

JOHNSONLAWGROUP.COM

July 19, 2018

Tennesee Oncology: St Thomas West Clinic
Attention: Medical Records
4220 Harding Pike, Suite 200,
Nashville, TN 37205
Phone: (615) 460-3833

### Client and Medical Records Request Information

| Name: Judy Cardwell | | Alias(es): Judy Redman |
|---|---|---|
| DOB: 3/22/1966 | SSN: 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 | Dates of Service: 01/01/2012 - 12/31/2014 |
| Special request: Any and all medical records within requested Dates of Service (Please include any NDC numbers associated with chemotherapy drugs). | | |
| Previous Address(es):   N/A | | |

Dear Custodian of Records:

This law firm represents **Judy Cardwell AKA Judy Redman**. Please accept this written request for **Any and all medical records within requested Dates of Service (Please include any NDC numbers associated with chemotherapy drugs).** for **Judy Cardwell AKA Judy Redman.** Attached is a HIPAA-compliant authorization granting permission to release the medical records of the above-named patient to Johnson Law Group.

If the attached medical authorization is electronically signed, please be aware of the provisions of the federal Uniform Electronic Transactions Act (UETA) (Section 7(d) of which provides: "If a law requires a signature, an electronic signature satisfies the law"); and the federal Electronic Signatures in Global and National Commerce Act (ESIGN) (Section 7001(a)(1) of which provides: "a signature...may not be denied legal effect, validity, or enforceability solely because it is in electronic form").

We thank you in advance for providing Johnson Law Group, as this patient's representative, with said patient's medical records in a timely manner, as required by HIPAA (entities have 30 days to comply; 45 C.F.R. § 164.524). If there is a charge for these records and you require payment in advance, please let me know at your earliest convenience. **Should these records exceed $50.00 please contact me for pre-approval before sending.** If you should have any questions, please do not hesitate to contact me directly at 281-915-3312 or at records@johnsonlawgroup.com.

Very truly yours,

Sofia Escobar

# MEDICAL AUTHORIZATION FOR RELEASE AND DISCLOSURE OF HEALTH INFORMATION

**Healthcare Provider/Facility and Requested Information**

Healthcare Provider/Facility:
Tennesee Oncology: St Thomas West Clinic

Dates of Service:
01/01/2012 - 12/31/2014

Specific Request
Any and all medical records within requested Dates of Service (Please include any NDC numbers associated with chemotherapy drugs).

**Patient Information**

First Name:           Middle Initial:              Last Name:
Judy                                               Cardwell/Redman

Street Address:                         City, State, Zip Code:
344 West Cedar Street                   Franklin, KY 42134

Home Phone:        Date of Birth:        SSN:
                   3/22/1966             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

I authorize the above-named entity to disclose the above-named patient's health information, as described below, to the following recipient: Johnson Law Group, 2925 Richmond Ave., Suite 1700, Houston, Texas 77098, Telephone (713) 626-9336, Facsimile (800) 731-6018, Steelgate, Inc., 2307 58th Avenue East, Bradenton, FL 32403, Telephone (941) 758-1122, Facsimile (941) 758-1164, or any of its representatives. This authorization shall also serve to permit a representative from Johnson Law Group to conduct a personal review of any health information in your possession that pertains to the patient named above, and to verbally discuss this information with the health care provider listed above.

The purpose for this disclosure of protected health information is: Legal Representation.

The only information being requested at this time is that which is identified in the Specific Request section above; however, the type and amount of information authorized to be used or disclosed is as follows: The complete medical record/chart of the above-named patient and all materials or information including, but not limited to, all billing records, hospital records; physicians' records; surgeons records, consultation records, operative records, physical therapy and other therapy records; X-Ray, CT Scan, MRI, Pet Scan and reports or other diagnostic studies; laboratory reports; patient information and history questionnaire; physicals and other correspondence; consent for treatment; statements for services rendered; explanted mesh or any explanted tissue; explanted medical devices or materials; and other materials (whether written or stored, created or maintained in any other form) relating or pertaining to this patient, including documents and records received from or that were created by another provider.

I understand that the information in the patient's health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), as well as psychiatric care. It may also include information about behavioral or mental health services, or treatment for alcohol or drug abuse.

This authorization shall remain in full force and effect until it expires ONE YEAR from the date set forth below unless I revoke the authorization prior to that time or unless otherwise specified by date, event or condition.

I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing by sending or presenting my written revocation to the Privacy Contact of the health care provider named above. I understand that the revocation of this authorization will not apply to

Cardwell, Judy - BMR - 000329

From: Sofia Escobar     Fax: (251) 915-3312        To:          Fax: (615) 269-7065        Page 4 of 4 07/18/2018 1:55 PM

the extent that the health care provider has taken action in reliance thereon; or if the authorization was obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy or the policy itself.

I understand that treatment or payment cannot be conditioned on my signing this authorization, except in certain circumstances such as participating in research programs, or authorization of the release of testing results for pre-employment purposes. By signing below, I confirm that the above recipient(s) have not conditioned treatment, payment, enrollment, or eligibility for benefits on my signing this authorization and that I am affirmatively authorizing the above recipient(s) to use this authorization for the purpose indicated above.

I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure of the patient's health information by the recipient, resulting in the health information no longer being protected by federal or state confidentiality rules.

I authorize a free copy of my records to be released to Johnson Law Group on my behalf pursuant to any governing law providing that medical records shall be released to patient free of charge.

I understand that authorizing the disclosure of this health care information is voluntary. I understand that I can refuse to sign this authorization. I understand that I am entitled to both inspect my records as well as receive copies of the information to be used or disclosed, as provided in 45 CFR 164.524. I also understand that I have a right to receive a copy of this authorization.

**ELECTRONIC SIGNATURES ON AND PHOTO-COPIES OF THIS RELEASE ARE VALID.** My signature below, either by hand or electronically, is affirmative proof of my intent to sign this authorization and obtain records through the above listed recipient(s).

By signing below, I authorize my Johnson Law Group attorney to sign any other HIPAA authorization on my behalf in order to obtain records pursuant to: Purposes Relating to Legal Representation.


_____
*Signature of Patient or Legal Representative

_____
Printed Name        Judy A Cardwell

_____
Relationship to Patient     Self

## July 10, 2018
_____
Date

263182

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

**Name: CARDWELL, JUDY ALENE**
MRN:  S-20218044
FIN:   S-2413987671
Admit Date:  10/24/2014
Dischg Dt:   10/26/2014
Sex:  Female          Age:48 years

## Discharge Summary

Performed information:
Sign information:
Result Status

Shepard MD,Gregg (10/26/2014 08:51 CDT)

Preliminary/Unauth

**DS**

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

FINAL NOTE AND DISCHARGE SUMMARY

PATIENT: CARDWELL, JUDY A          ADMITTED: 10/24/2014
MR #: 20218044                DISCHARGED: 10/26/2014
FIN #: 2413987671

PHYSICIAN: GREGG SHEPARD, MD


ATTENDING PHYSICIAN AND ONCOLOGIST:  Dr. Gregg Shepard.

PRIMARY DISCHARGE DIAGNOSIS:  Gastroenteritis with dehydration.

ADDITIONAL DISCHARGE DIAGNOSES:
1. Acute sinusitis.
2. Stage IV breast cancer.
3. History of bone and brain metastatic disease.
4. History of bilateral breast implants.
5. History of prior Clostridium difficile colitis.

DISCHARGE MEDICATIONS:
1. Zofran 8 mg every 8 hours as needed for nausea.
2. Compazine 10 mg every 8 hours as needed for nausea.
3. Tamoxifen 20 mg daily.
4. Azithromycin 250 mg daily.
5. Vitamin E 400 mg daily.
6. Marinol 4 times a day as needed for nausea.
7. Hydrocodone/homatropine cough syrup 5 mL every 4 hours as needed for cough.

HISTORY OF PRESENT ILLNESS ON PRESENTATION:  For details, please see the
history and physical from yesterday.  Briefly, the patient is a 48-year-old
woman who has been undergoing treatment for metastatic breast cancer.  She
developed refractory nausea, vomiting, and was admitted to the hospital.  She
was found to have dehydration.

HOSPITAL COURSE:  She was treated with intravenous fluids and antiemetics.  Her
nausea and vomiting improved.  Test for C. difficile of the stool was obtained
but result is pending at time of discharge.  Diarrhea and nausea improved.  She
was able to take good oral intake.  She also reported increasing sinus

Cardwell, Judy - BMR - 000331

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

**Name: CARDWELL, JUDY ALENE**
MRN:  S-20218044
FIN:   S-2413987671
Admit Date:  10/24/2014
Dischg Dt:   10/26/2014
Sex:  Female          Age:48 years

## Discharge Summary

congestion and pain.  Although she was afebrile, she had worsening cough.  She
was started on azithromycin and antitussive medication.  She will be discharged
with these,  On the day of discharge, she was afebrile.  Vital signs are
stable.  She is ambulatory in the room.  Physical exam is stable.

DISPOSITION:  Discharged home.

FOLLOWUP PLAN:  She will return on Tuesday for scheduled treatment in the
outpatient clinic.

Gregg Shepard, MD

GS/133984
DD: 10/26/2014 08:34 AM CT
DT: 10/26/2014 08:48 AM CT
SJN: 75161239
DJN: 610079

2018/09/13 10:11:12    9 /420

From: REMOTE REPORT DISTRI    Page: 6/66    Date: 10/27/2014 7:26:19 PM

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

**Name: CARDWELL, JUDY ALENE**
MRN: S-20218044
FIN:   S-2413987671
Admit Date:  10/24/2014
Dischg Dt:    10/26/2014
Sex:  Female          Age:48 years

---

## Discharge Summary

Performed information:
Sign information:
Result Status

Shepard MD,Gregg (10/26/2014 08:51 CDT)
Shepard MD,Gregg (10/26/2014 19:51 CDT)
Auth (Verified)

**DS**

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

FINAL NOTE AND DISCHARGE SUMMARY

PATIENT: CARDWELL, JUDY A          ADMITTED: 10/24/2014
MR #: 20218044          DISCHARGED: 10/26/2014
FIN #: 2413987671

PHYSICIAN: GREGG SHEPARD, MD

ATTENDING PHYSICIAN AND ONCOLOGIST: Dr. Gregg Shepard

PRIMARY DISCHARGE DIAGNOSIS: Gastroenteritis with dehydration.

ADDITIONAL DISCHARGE DIAGNOSES:
1. Acute sinusitis.
2. Stage IV breast cancer.
3. History of bone and brain metastatic disease.
4. History of bilateral breast implants.
5. History of prior Clostridium difficile colitis.

DISCHARGE MEDICATIONS:
1. Zofran 8 mg every 8 hours as needed for nausea.
2. Compazine 10 mg every 8 hours as needed for nausea.
3. Tamoxifen 20 mg daily.
4. Azithromycin 250 mg daily.
5. Vitamin E 400 mg daily.
6. Marinol 4 times a day as needed for nausea.
7. Hydrocodone/homatropine cough syrup 5 mL every 4 hours as needed for cough.

HISTORY OF PRESENT ILLNESS ON PRESENTATION: For details, please see the
history and physical from yesterday. Briefly, the patient is a 48-year-old
woman who has been undergoing treatment for metastatic breast cancer. She
developed refractory nausea, vomiting, and was admitted to the hospital. She
was found to have dehydration.

HOSPITAL COURSE: She was treated with intravenous fluids and antiemetics. Her
nausea and vomiting improved. Test for C. difficile of the stool was obtained
but result is pending at time of discharge. Diarrhea and nausea improved. She
was able to take good oral intake. She also reported increasing sinus

Printed: 10/27/2014 18:42 CDT          Page 1 of 2          Request id:   46795341

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: REMOTE REPORT DISTRI      Page: 7/86      Date: 10/27/2014 7:26:20 PM

 Saint Thomas
Health

**Saint Thomas West Hospital**
**4220 Harding Rd**
**Nashville, TN 37205**
**Phone: (615) 222-6605**

**Name: CARDWELL, JUDY ALENE**
MRN:  S-20218044
FIN:   S-2413987671
Admit Date:  10/24/2014
Dischg Dt:    10/26/2014
Sex:  Female            Age:48 years

---

*Discharge Summary*

---

congestion and pain. Although she was afebrile, she had worsening cough. She
was started on azithromycin and antitussive medication. She will be discharged
with these. On the day of discharge, she was afebrile. Vital signs are
stable. She is ambulatory in the room. Physical exam is stable.

DISPOSITION: Discharged home.

FOLLOWUP PLAN: She will return on Tuesday for scheduled treatment in the
outpatient clinic.

---
Gregg Shepard, MD

GS/133984
DD: 10/26/2014 08:34 AM CT
DT: 10/26/2014 08:46 AM CT
SJN: 75161239
DJN: 610079

*(Electronically Signed on 10/26/14 19:51)*
---
Shepard MD, Gregg

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000334

From: REMOTE REPORT DISTRI      Page: 64/66       Date: 10/27/2014 7:28:41 PM

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

**Name: CARDWELL, JUDY ALENE**
MRN:  S-20218044
FIN:   S-2413987671
Admit Date:  10/24/2014
Dischg Dt:   10/26/2014
Sex:  Female                Age:48 years

---

## History and Physical

Performed information:                     Shepard MD,Gregg (10/25/2014 09:52 CDT)
Sign information:                          Shepard MD,Gregg (10/26/2014 19:51 CDT)

**HP**

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

HISTORY AND PHYSICAL

PATIENT: CARDWELL, JUDY A          ADMITTED: 10/24/2014
MR #: 20218044                     ROOM: 442
FIN #: 2413987671

PHYSICIAN: GREGG SHEPARD, MD

ATTENDING PHYSICIAN AND PRIMARY ONCOLOGIST: Dr. Gregg Shepard

CHIEF COMPLAINT: Refractory vomiting and weakness.

HISTORY OF PRESENT ILLNESS: The patient is a 48-year-old woman with metastatic
breast cancer originally diagnosed in 2012. She initially had brain metastatic
lesions, as well as multiple skin and bone lesions. She received chemotherapy
which has been followed by a maintenance trastuzumab and pertuzumab antibody
maintenance therapy. She has done well with stable disease. She previously
received brain radiation. She developed several days of worsening nausea and
vomiting. She denies any sick contacts. She feels like she has had a
low-grade fever with temperature up to about 99. She has had some sinus
congestion and drainage. She did not have any diarrhea until yesterday when
she had several loose watery stools. She has had reduced oral intake and feels
very weak. She denies seizures or syncope. She denies any recent travel
outside the state within the last few months. She was last admitted to the
hospital for similar syndrome in 12/2013. She was seen in the emergency
department last night and received intravenous fluids and antiemetics. She
began to feel better and was admitted to the hospital floor.

PAST MEDICAL HISTORY:
1. Metastatic breast cancer.
2. History of C. diff colitis in the past.

MEDICATIONS:
1. Vitamin E 400 daily.
2. Trental recently prescribed for possible progressive radiation necrosis in
a solitary brain stem lesion related to her previous radiation, for which she
discontinued taking this medication about 2 weeks ago after experiencing
generalized weakness and nausea.
3. Zofran as needed for nausea.

Printed: 10/27/2014 18:39 CDT              Page 1 of 3              Request id:  46793899

This fax was received by GFI FAXmaker fax server. For more information, visit http://www.gfi.com

Cardwell, Judy - BMR - 000335

From: REMOTE REPORT DISTRI      Page: 65/86      Date: 10/27/2014 7:26:41 PM

 Saint Thomas Health

Saint Thomas West Hospital
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

**Name:** CARDWELL, JUDY ALENE
MRN:  S-20218044
FIN:   S-2413987671
Admit Date:  10/24/2014
Dischg Dt:    10/26/2014
Sex:  Female                Age:48 years

---

## History and Physical

4  Hydrocodone as needed for pain.
5.  Marinol as needed for nausea.

FAMILY HISTORY: No immediate family members with breast cancer.

SOCIAL HISTORY: Lives at home. Denies alcohol or tobacco.

REVIEW OF SYSTEMS: Comprehensive review was obtained in 12 systems and is negative except as noted above.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature 98, pulse 85, blood pressure 116/71, oxygen saturation 94% on room air.
GENERAL: Thin, normally-developed woman in no acute distress. Partial alopecia. Oropharynx clear.
NECK: Supple. No mass or thyromegaly.
LYMPHATICS: No cervical, axillary, or supraclavicular lymphadenopathy.
LUNGS: Clear to auscultation and percussion bilaterally.
CARDIOVASCULAR: Regular rhythm. Peripheral pulses intact.
ABDOMEN: Soft. Active bowel sounds. No guarding or rebound pain.
SKIN: Currently no rash or large ecchymosis.
NEUROLOGIC: Alert and oriented. No gross focal deficits.

LABORATORY STUDIES: Reviewed and essentially unremarkable.

Chest x-ray shows no acute cardiopulmonary disease or heart failure.

IMPRESSION AND PLAN: Dehydration with refractory vomiting. Possible viral gastroenteritis or medication related. Now also with diarrhea and history of Clostridium difficile colitis. She will continue current hospitalization with intravenous fluids and antiemetics as needed. We will check Clostridium difficile toxin. We will observe closely for fever. She has some sinusitis symptoms, but we will try to hold off on antibiotics at this point given her current symptoms. I anticipate hospitalization will require less then 3 midnight, and she will be observation status. Her next maintenance treatment for breast cancer is due this week, and we hope she can return as an outpatient to have that done. Most recent imaging showed stable disease without progression.

---

Gregg Shepard, MD

GS/161211
DD: 10/25/2014 08:17 AM CT
DT: 10/25/2014 09:48 AM CT
SJN: 75153294
DJN: 609867

Printed: 10/27/2014 18:39 CDT                Page 2 of 3                Request id:  46793899

2018/09/13 10:11:12     13  /420

From: ATHENA     Page: 2/4     Date: 8/18/2014 11:50:55 AM

STPS  Saint Thomas Physician Services • 4230 Harding Rd, Nashville TN 37205-2098

**CARDWELL, JUDY ALENE (id #1303067, dob: 03/22/1966)**
BAPTIST HEALTHCARE GROUP
4230 Harding Rd Suite 302
Nashville, TN  37205-2098
Phone: (615) 284-5887
Fax:  (615) 284-5889

**Encounter Summary - Progress Note**
Date Printed:  06/18/2014

This fax may contain legally privileged health information and is intended for the sole use of the intended recipient. You are hereby notified that the disclosure, or other unlawful use of this health information is prohibited.

If you received this fax in error visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. [ID:748453-H-7654]

| Patient | Cardwell, Judy ALENE (48 YR, F) #1303067 |
|---|---|
| DOB | 03/22/1966 |

Patient Demographics:

| Address | 344 West Cedar Street Franklin, KY 42134 | Home Phone | (270)784-1892 |
|---|---|---|---|
| | | Work Phone | (270) 784-1892 |

Encounter Notes:

| Encounter Reason/Date | breast cancer follow-up |
|---|---|
| | 1. Breast Cancer, metastatic T4 N3 M1 ER positive, PR negative, Her 2 positive |
| | 2. s/p brain radiation,Taxol |
| | 3. Spine, rib, sternum, liver brain mets dx 4/2013 |
| | 4. On Tamoxifen, Herceptin, Perjeta |
| | 06/12/2014 - 09:30AM - STPS_ST Breast Spec_West |

| History of Present Illness | **Breast Cancer F/U*** |
|---|---|
| | Reported by patient. |
| | Cancer Type: HISTORY 1992 at the age of 27yo, and underwent a right mastetomy with Latissimus Flap reconstruction. She denies any chemotherapy or radiation at that time. She believed that was in "intraductal cancer". In 2000, left central partial mastectomy, implant reconstruction and left breast radiation. She also took Tamoxifen for 5 years. SHe did not get chemotherapy at that time. This was at Sarah Cannon center at Centennial. SHe tells me that this was also Intraductal SHe related that in sometime between October and November, 2012, she noticed redness and lumpiness of the left breast inferiorly. Eventually this spread and then ulcerated. she also describes swelling in the left axilla and lower neck since January. Her PCP prescribed antibiotics which were also given to her 2 days ago by Dr. Sheppard. an axilary biopsy in January which shows poorly differentiated invasive ductal carcinoma, ER positive, PR negative and Her 2 neu positive. . |
| | Age at Diagnosis 47. |
| | Premenopausal at Diagnosis? YES. |
| | BRCA mutation Negative. |
| | DEFINITIVE SURGERY Not done. |
| | Notes: This is a pleasant 48 year old woman who presented with locally recurrent, and diffusely metastatic breast cancer to bone, and brain and liver in 4/2013. |
| | PET scan imaging April 2013: showed diffuse bony metastatic disease in her ribs, entire spine, sternum, pelvis, sacrum, clavicles and skull. There is also extensive hepatic metastatic disease. |
| | 5/9/13 Whole brain radiation for multiple brain mets. SHe got one cycle of Taxotere, which was complicated by neutropenis fever.Then she completed 7 cycles of Docetaxol. She continues on maintenance Perjeta and Herceptin as well as Tamoxifen. ALl of her recent impaging of brain, lungs, bones and liver show stable or slightly diminishing disease. Her port functions well. SHe occassionally gets rehydration IV. She recently went on a trip to the Bahamas. |

| | Patient reports **rash, itching, and dry skin** but reports no jaundice. She reports **dizziness** but reports no loss of consciousness, no numbness, no seizures, and no headaches; **falling occassionally.** She reports **increased thirst and cold intolerance** but reports no fatigue; **hot flashes at night.** She reports no fever, no night sweats, no significant weight gain, no significant weight loss, and no exercise intolerance. She reports no dry eyes, no irritation, |

Cardwell, Judy - BMR - 000337

STPS_Saint Thomas Physician Services • 4230 Harding Rd, Nashville TN 37205-2098

**CARDWELL, JUDY ALENE (id #1303067, dob: 03/22/1966)**
BAPTIST HEALTHCARE GROUP
4230 Harding Rd Suite 302
Nashville, TN 37205-2098
Phone: (615) 284-5887
Fax: (615) 284-5889

**Encounter Summary - Progress Note**
Date Printed:  06/18/2014

| | |
|---|---|
| **Review of Systems** | and no vision change. She reports no difficulty hearing and no ear pain. She reports no frequent nosebleeds and no nose/sinus problems. She reports no sore throat, no bleeding gums, no snoring, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, no palpitations, no known heart murmur, and no edema. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no abdominal pain, no vomiting, normal appetite, no diarrhea, and not vomiting blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no muscle aches, no muscle weakness, no arthralgias/joint pain, no back pain, and no swelling in the extremities. She reports no depression, no sleep disturbances, feeling safe in relationship, and no alcohol abuse. She reports no swollen glands and no bruising. She reports no runny nose, no sinus pressure, no itching, no hives, and no frequent sneezing. |

| **Vitals** | 06/12/2014 08:28 am | | | | | |
|---|---|---|---|---|---|---|
| | **Ht:** | 5 ft 4 in | **Wt:** | 127 lbs | **BMI:** | 21.8 |

| **Results/Interpretations** | None recorded. |
|---|---|

| | |
|---|---|
| **Physical Exam** | Patient is a 48-year-old female. |
| | **Constitutional:** General Appearance: **alopecia except growth in patches. well appearing.** Level of Distress: NAD. |
| | **Neck:** Neck: supple and trachea midline; **no supraclavicular adenopathy.** |
| | **Lungs:** Respiratory effort: no dyspnea. Auscultation: breath sounds normal. |
| | **Cardiovascular:** Heart Auscultation: RRR and normal S1. |
| | **Breast:** Breast: **Right Breast SURGICALLY ABSENT, LATISSIMUS RECONSTRUCTION AND RECONSTRUCTED NIPPLE. SOFT, SUPPLE, NO MASSES NOTED. NO SKIN LESIONS. NO AXILLARY ADENOPATHY** Right chest wall port site intact, clean. . Left Breast breast implant, no nipple s/p central excision, Thickness at the 6 oclock position, remains, but is epithelialazed. NO discrete mass. Skin reepithelialized, Left axilla: No axillary adenopathy. . Right Axilla: no adenopathy. There are three small skin scabs ech about 5mm in dimension that do not heal over. 1. on the right breast in the medial aspect of the reconstructed breast. 2. scab just left of sternum at about 11 oclock of left reconstructed breast. 3. just under medial left clavicle. No clavicular adenopathy. . |
| | **Neurologic:** Sensation: grossly intact. |
| | **Lymph Nodes:** Lymph Nodes no supraclavicular LAD or axillary LAD. |
| | **Lower/Upper Extremity:** Functional Exam no lymphedema. |

| | |
|---|---|
| **Assessment and Plan** | Metastatic breast carcinoma, to bones, liver and brain; stable disease. Original diagnosis 21 years ago. metastatic diagnosis and local recurrence 4/2013. Disease is ER positive and Her2 positive. Current maintenance therapy with Herceptin, Perjeta and Tamoxifen. There are three small scabs on her chest, but do not have associated masses. These are currently not causing any distress. Will follow them. SHe will return in 3 months. All questions answered. |
| | **1. Primary malignant neoplasm of female breast** - Bilateral<br>   174.9: Malignant neoplasm of breast (female), unspecified |
| | **2. Secondary malignant neoplasm of female breast**<br>   198.81: Secondary malignant neoplasm of breast |
| | **Return to Office**<br>   • Lisa Bellin, MD for New Patient 30 at STPS_ST Breast Specl_West on 07/03/2014 at 08:30 AM |

STPS_Saint Thomas Physician Services                    Cardwell, Judy Alene (ID: 1303067), DOB: 03/22/1966

2018/09/13 10:11:12    15  /420

From: ATHENA      Page: 4/4      Date: 6/18/2014 11:50:56 AM

STPS_Saint Thomas Physician Services • 4230 Harding Rd, Nashville TN 37205-2098

**CARDWELL, JUDY ALENE (id #1303067, dob: 03/22/1966)**
**BAPTIST HEALTHCARE GROUP**
4230 Harding Rd Suite 302
Nashville, TN 37205-2098
Phone: (615) 284-5887
Fax: (615) 284-5889

**Encounter Summary - Progress Note**
Date Printed:  06/18/2014

Patient Medical History:

| | |
|---|---|
| **Allergies List** | Reviewed Allergies<br>**CODEINE**<br>**LEVAQUIN**<br>**PHENERGAN** |
| **Medications** | Reviewed Medications<br><table><tr><th>Name</th><th>Date</th></tr><tr><td>Calcium 600<br>stop 06/12/2014</td><td>06/11/14  entered</td></tr><tr><td>Herceptin</td><td>06/12/14  entered</td></tr><tr><td>Marinol 5 mg capsule<br>Take by oral route., stop 06/12/2014</td><td>06/11/14  entered</td></tr><tr><td>Perjeta</td><td>06/12/14  entered....</td></tr><tr><td>tamoxifen 10 mg tablet<br>Take 1 tablet(s) every day by oral route.</td><td>06/12/14  entered</td></tr><tr><td>Zyvox 600 mg tablet<br>Take 1 tablet(s) every 12 hours by oral route., stop<br>06/12/2014</td><td>06/11/14  entered</td></tr></table> |
| **Family History** | Reviewed Family History<br>Brother   - Carcinoma of lower limb bones (onset age: 27) (died age: 29)<br>Maternal Aunt - Carcinoma of pancreas<br>Father   - Carcinoma of prostate (onset age: 70) |
| **Past Medical History** | Reviewed Past Medical History<br>cancer: Y |
| **Vaccine History** | None recorded. |

Electronically Signed by: LISA BELLIN, MD

STPS_Saint Thomas Physician Services          Cardwell, Judy Alene (ID: 1303067), DOB: 03/22/1966

Cardwell, Judy - BMR - 000339

2018/09/13 10:11:12   16 /420

**✝ Saint Thomas Health**

Saint Thomas West Hospital
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY ALENE
MRN: S-20218044
FIN: S-2413364186
Admit Date: 5/5/2014
Dischg Dt: 5/6/2014
Sex: Female          Age: 48 years

---

## ED Dictated Notes

Performed information:
Sign information:

09

Motyka MD,Tracy Marie (5/7/2014 02:27 CDT)
Motyka MD,Tracy Marie (5/13/2014 16:35 CDT)

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

EMERGENCY ROOM NOTE

PATIENT: CARDWELL, JUDY A              DATE: 05/05/2014
MR #: 20218044
FIN #: 2413364186

PHYSICIAN: TRACY MOTYKA, MD


HISTORY OF PRESENT ILLNESS: The patient is a 48-year-old white female who
presents with a cough and shortness of breath.  The patient reports that her
symptoms have been present for 2 days.  She reports a cough productive of
yellow sputum.  She has noticed some wheezing and shortness of breath.  She states
it feels as if something is preventing her from fully expanding her chest.  She
denies any associated fevers.  She has not identified any worsening or
alleviating factors.  She denies any history of asthma or COPD.

REVIEW OF SYSTEMS: Reports the cough, wheezing, shortness of breath, chest
discomfort, and diaphoresis.  Had diarrhea 2 days ago.  Denies fevers,
vomiting, and lower extremity edema.  All other systems are reviewed and
negative.

PAST MEDICAL HISTORY:
1.  Metastatic breast cancer with brain metastases.  The patient had
chemotherapy and radiation, finishing her chemotherapy approximately 1 year
ago.  She states that she receives "blocker treatment" every 3 weeks.
2.  C. difficile colitis.

PAST SURGICAL HISTORY:
1.  Port-A-Cath.
2.  Right mastectomy.
3.  Left lumpectomy.
4.  Tonsillectomy.
5.  Bilateral tubal ligation.

SOCIAL HISTORY:  Denies tobacco or alcohol use.

MEDICATIONS:  Tamoxifen.

Printed: 5/13/2014 18:37 CDT              Page 1 of 3              Request id:  40630541

Cardwell, Judy - BMR - 000340

✝ **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville. TN 37205
Phone: (615) 222-6605

**Name: CARDWELL, JUDY ALENE**
MRN:  S-20218044
FIN:    S-2413364186
Admit Date:  5/5/2014
Dischg Dt:    5/6/2014
Sex:  Female                     Age:48 years

---

### ED Dictated Notes

ALLERGIES:  Codeine, Levaquin, and Phenergan.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature 98.7, pulse 72, blood pressure 100/54, respiratory
rate 16, O2 saturation of 97% on room air.
GENERAL:  The patient is a well-developed white female, in no acute distress.
She has had normal affect and answers questions appropriately.
NEUROLOGIC:  No facial droop.
HEENT:  Pupils equal, round, and reactive to light.  Mucous membranes moist.
LUNGS:  Expiratory wheezes.
CARDIOVASCULAR:  Regular rate and rhythm.
ABDOMEN:  Soft and nontender.
EXTREMITIES:  No edema.
SKIN:  Warm and dry.

EMERGENCY DEPARTMENT COURSE:  An EKG demonstrated a normal sinus rhythm at a rate
of 67.  There was a normal axis and intervals.  There were no acute ST or T-wave
changes.

A chest x-ray demonstrated no evidence for infiltrate.

A CBC was normal, with a white blood cell count of 7.6.  A BMP was normal except
for a low potassium of 3.1.  Troponin was negative.

The patient was given 2 nebulizer treatments with improvement in her symptoms.
She had improved air movement with no wheezes upon re-evaluation.  An albuterol
inhaler with spacer teaching was subsequently ordered.  The patient's potassium
was repleted.  She was given an initial dose of steroids.  Given her history of
fairly severe C. difficile colitis, we decided to avoid antibiotics at this
time as she had not had any fever and there was no infiltrate on her xray.

IMPRESSION:  Acute bronchitis with wheezing.

PLAN:  The patient was discharged home with the albuterol inhaler.  I
encouraged her to use 2 puffs every 4 hours.  She was prescribed 3 additional
days of steroids.  She was referred back to her oncologist for followup.

---

Tracy Motyka, MD

TM/112089 /100257
DD: 05/06/2014 03:41 AM CT
DT: 05/07/2014 01:31 AM CT
SJN: 72286163
DJN: 547116

cc:

Printed: 5/13/2014 18:37 CDT                    Page 2 of 3                    Request id:  40630541

Cardwell, Judy - BMR - 000341

 Saint Thomas Health

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY A
MRN:  S-20218044
FIN:  S-2412859777
Admit Date:  12/27/2013
Dischg Dt:   12/31/2013
Sex:  Female          Age:47 years

---

### Discharge Summary

Performed information:                          Shepard MD,Gregg (1/1/2014 08:20 CST)
Sign information:
Result Status                                   Preliminary/Unauth

**DS**

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

FINAL NOTE AND DISCHARGE SUMMARY

PATIENT: CARDWELL, JUDY A              ADMITTED: 12/27/2013
MR #: 20218044                        DISCHARGED: 12/31/2013
FIN #: 2412859777

PHYSICIAN: GREGG SHEPARD, MD

PRIMARY ONCOLOGIST AND ATTENDING PHYSICIAN:  Gregg Shepard, MD

PRIMARY DISCHARGE DIAGNOSIS:  Gastroenteritis with refractory diarrhea and
dehydration.

ADDITIONAL DISCHARGE DIAGNOSIS AND COMORBIDITIES:
1. Stage IV metastatic breast cancer.
2. History of secondary brain metastatic lesions, treated with radiation.
3. History of Clostridium difficile diarrhea.
4. No other major medical problems except for previous a Port-A-Cath placement.

STUDIES AND PROCEDURES DURING HOSPITALIZATION:  CT scan of the head showing
generally stable moderate right cerebellar hypodensity and extensive white
matter hypodensity.

HISTORY OF PRESENT ILLNESS AND PRESENTATION:  For details, please see the
history and physical from the date of admission.  Briefly, the patient is a
47-year-old woman with metastatic breast cancer and brain metastases.  She was
exposed to some family individuals with a gastroenteritis type of syndrome.
She developed refractory nausea, vomiting, and diarrhea.  She began to feel
very weak.  She had some abdominal discomfort and came to the emergency
department.

HOSPITAL COURSE:  The patient was initially evaluated with CT scan of the head,
which did not show any significant changes to explain her ongoing nausea.  She
was treated with supportive care measures including intravenous fluids and
antiemetics and antidiarrheals.  Her condition improved slowly over the course
of hospitalization.  On the day prior to discharge, she only had 1 loose stool
and was able to tolerate good oral intake.  She felt better without pain and
had no fever.

Cardwell, Judy - BMR - 000342



**Saint Thomas West Hospital**
**4220 Harding Rd**
**Nashville, TN 37205**
**Phone: (615) 222-6605**

Name: **CARDWELL, JUDY A**
MRN:  S-20218044
FIN:    S-2412859777
Admit Date:   12/27/2013
Dischg Dt:    12/31/2013
Sex:  Female          Age:47 years

---

*Discharge Summary*

PHYSICAL EXAMINATION.
VITAL SIGNS:  On the day of discharge showed temperature 98, pulse 73, blood
pressure 135/87, oxygen saturation 97% on room air.
GENERAL:  She is awake, alert, and oriented without focal neurologic deficits.
LUNGS:  Clear to auscultation bilateral.
ABDOMEN:  Soft.
CARDIAC:  Rhythm is regular.
SKIN:  Warm and dry.  Port-A-Cath is intact without erythema.

DISCHARGE MEDICATIONS:
1.  Megace ES 5 mL daily.
2.  Zofran as needed for nausea.
3.  Marinol 5 mg 3 to 4 times per day as needed for nausea.
4.  Phenergan or Compazine as previously prescribed as needed for nausea.

FOLLOW UP PLAN:  She will be returning in about 1 week for next outpatient
maintenance therapy with Herceptin and Perjeta.

DISPOSITION:  Discharged to home in good condition.

_____
Gregg Shepard, MD

GS/112089
DD: 12/31/2013 08:38 AM CT
DT: 01/01/2014 08:18 AM CT
SJN: 69794414
DJN: 501744

Cardwell, Judy - BMR - 000343

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

**Name: CARDWELL, JUDY A**
MRN:  S-20218044
FIN:   S-2412859777
Admit Date:  12/27/2013
Dischg Dt:   12/31/2013
Sex:  Female          Age:47 years

---

## Discharge Summary

Performed information:
Sign information:
Result Status

Shepard MD,Gregg (1/1/2014 08:20 CST)
Shepard MD,Gregg (1/1/2014 19:39 CST)
Auth (Verified)

DS

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

FINAL NOTE AND DISCHARGE SUMMARY

PATIENT: CARDWELL, JUDY A          ADMITTED: 12/27/2013
MR #: 20218044                           DISCHARGED: 12/31/2013
FIN #: 2412859777

PHYSICIAN: GREGG SHEPARD, MD

PRIMARY ONCOLOGIST AND ATTENDING PHYSICIAN: Gregg Shepard, MD

PRIMARY DISCHARGE DIAGNOSIS: Gastroenteritis with refractory diarrhea and dehydration.

ADDITIONAL DISCHARGE DIAGNOSIS AND COMORBIDITIES:
1. Stage IV metastatic breast cancer.
2. History of secondary brain metastatic lesions, treated with radiation.
3. History of Clostridium difficile diarrhea.
4. No other major medical problems except for previous a Port-A-Cath placement.

STUDIES AND PROCEDURES DURING HOSPITALIZATION: CT scan of the head showing generally stable moderate right cerebellar hypodensity and extensive white matter hypodensity.

HISTORY OF PRESENT ILLNESS AND PRESENTATION: For details, please see the history and physical from the date of admission. Briefly, the patient is a 47-year-old woman with metastatic breast cancer and brain metastases. She was exposed to some family individuals with a gastroenteritis type of syndrome. She developed refractory nausea, vomiting, and diarrhea. She began to feel very weak. She had some abdominal discomfort and came to the emergency department.

HOSPITAL COURSE: The patient was initially evaluated with CT scan of the head, which did not show any significant changes to explain her ongoing nausea. She was treated with supportive care measures including intravenous fluids and antiemetics and antidiarrheals. Her condition improved slowly over the course of hospitalization. On the day prior to discharge, she only had 1 loose stool and was able to tolerate good oral intake. She felt better without pain and had no fever.

Cardwell, Judy - BMR - 000344

2018/09/13 10:11:12    21 /420

 **Saint Thomas Health**

Saint Thomas West Hospital
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY A
MRN: S-20218044
FIN: S-2412859777
Admit Date: 12/27/2013
Dischg Dt: 12/31/2013
Sex: Female          Age:47 years

---

## Discharge Summary

---

PHYSICAL EXAMINATION:
VITAL SIGNS: On the day of discharge showed temperature 98, pulse 73, blood pressure 135/87, oxygen saturation 97% on room air.
GENERAL: She is awake, alert, and oriented without focal neurologic deficits.
LUNGS: Clear to auscultation bilateral.
ABDOMEN: Soft.
CARDIAC: Rhythm is regular.
SKIN: Warm and dry. Port-A-Cath is intact without erythema.

DISCHARGE MEDICATIONS:
1. Megace ES 5 mL daily.
2. Zofran as needed for nausea.
3. Marinol 5 mg 3 to 4 times per day as needed for nausea.
4. Phenergan or Compazine as previously prescribed as needed for nausea.

FOLLOW UP PLAN: She will be returning in about 1 week for next outpatient maintenance therapy with Herceptin and Perjeta.

DISPOSITION: Discharged to home in good condition.

---

Gregg Shepard, MD

GS/112089
DD: 12/31/2013 08:38 AM CT
DT: 01/01/2014 08:18 AM CT
SJN: 69794414
DJN: 801744

---

*(Electronically Signed on 01/01/14 19:39)*

---

*Shepard MD, Gregg*

Cardwell, Judy - BMR - 000345

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

**Name: CARDWELL, JUDY A**
MRN: S-20218044
FIN:   S-2412805723
Admit Date:  12/11/2013
Dischg Dt:   12/13/2013
Sex:  Female          Age:47 years

---

## Discharge Summary

Performed information:
Sign information:
Result Status

Shepard MD,Gregg (12/14/2013 01:57 CST)

Preliminary/Unauth

**DS**

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

FINAL NOTE AND DISCHARGE SUMMARY

PATIENT: CARDWELL, JUDY A          ADMITTED: 12/11/2013
MR #: 20218044                     DISCHARGED: 12/13/2013
FIN #: 2412805723

PHYSICIAN: GREGG SHEPARD, MD


PRIMARY DISCHARGE DIAGNOSIS: Gastroenteritis and dehydration.

ADDITIONAL DISCHARGE DIAGNOSES AND COMORBIDITIES:
1. Stage IV breast cancer.
2. Secondary metastatic brain lesions treated with radiation.
3. History of C. difficile colitis and diarrhea.
4. Status post Port-A-Cath placement.

HOSPITAL OF PRESENT ILLNESS AND HOSPITAL COURSE: The patient presents to the
emergency department with refractory nausea, vomiting, and weakness. She had
slight fever. She was admitted to the Oncology Service and received
intravenous antiemetics and hydration. Her condition improved and her appetite
improved. She did have a few loose stools. Influenza antigen was negative.
Blood cultures at the time of discharge were negative. At the time of
discharge, she has remained afebrile for 24 hours and has had improved oral
intake and decreased nausea. She is ambulatory and feels better and has no new
complaints. Physical exam remained stable. Laboratory studies showed no new
findings.

DISPOSITION: Discharged to home.

MEDICATION LIST:
1. Imodium 2 mg every 4 hours as needed for diarrhea.
2. Marinol 5 mg 3 times a day as needed for nausea and vomiting.
3. Zofran 8 mg orally every 8 hours as needed for nausea.
4. Compazine 10 mg as needed for nausea.

CONDITION AT DISCHARGE: Good.

---

Printed: 12/14/2013 18:41 CST          Page 1 of 2          Request id:  33901004


Saint Thomas
Health

**Saint Thomas West Hospital**
**4220 Harding Rd**
**Nashville, TN 37205**
**Phone: (615) 222-6605**

**Name: CARDWELL, JUDY A**
MRN:  S-20218044
FIN:   S-2412605723
Admit Date:   12/11/2013
Dischg Dt:    12/13/2013
Sex:  Female              Age:47 years

---

*Discharge Summary*

---

Gregg Shepard, MD

GS/181709
DD: 12/13/2013 08:26 AM CT
DT: 12/14/2013 01:54 AM CT
SJN: 69468529
DJN: 495849

Cardwell, Judy - BMR - 000347



**Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
**Phone: (615) 222-6605**

**Name: CARDWELL, JUDY A**
MRN:  S-20218044
FIN:   S-2412805723
Admit Date:  12/11/2013
Dischg Dt:    12/13/2013
Sex:  Female          Age:47 years

---

## Discharge Summary

| | |
|---|---|
| Performed information: | Shepard MD,Gregg (12/14/2013 01:57 CST) |
| Sign information: | Shepard MD,Gregg (12/15/2013 21:38 CST) |
| Result Status | Auth (Verified) |

DS

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

FINAL NOTE AND DISCHARGE SUMMARY

PATIENT: CARDWELL, JUDY A          ADMITTED: 12/11/2013
MR #: 20218044                DISCHARGED: 12/13/2013
FIN #: 2412805723

PHYSICIAN: GREGG SHEPARD, MD

PRIMARY DISCHARGE DIAGNOSIS:  Gastroenteritis and dehydration.

ADDITIONAL DISCHARGE DIAGNOSES AND COMORBIDITIES:
1. Stage IV breast cancer.
2. Secondary metastatic brain lesions treated with radiation.
3. History of C. difficile colitis and diarrhea.
4. Status post Port-A-Cath placement.

HOSPITAL OF PRESENT ILLNESS AND HOSPITAL COURSE:  The patient presents to the
emergency department with refractory nausea, vomiting, and weakness.  She had
slight fever.  She was admitted to the Oncology Service and received
intravenous antiemetics and hydration.  Her condition improved and her appetite
improved.  She did have a few loose stools.  Influenza antigen was negative.
Blood cultures at the time of discharge were negative.  At the time of
discharge, she has remained afebrile for 24 hours and has had improved oral
intake and decreased nausea.  She is ambulatory and feels better and has no new
complaints.  Physical exam remained stable.  Laboratory studies showed no new
findings.

DISPOSITION:  Discharged to home.

MEDICATION LIST:
1. Imodium 2 mg every 4 hours as needed for diarrhea.
2. Marinol 5 mg 3 times a day as needed for nausea and vomiting.
3. Zofran 8 mg orally every 8 hours as needed for nausea.
4. Compazine 10 mg as needed for nausea.

CONDITION AT DISCHARGE:  Good.

Printed:  12/16/2013 18:42 CST          Page 1 of 2          Request id:  33958414

 **Saint Thomas Health**

| Saint Thomas West Hospital | Name: CARDWELL, JUDY A |
|---|---|
| 4220 Harding Rd | MRN:  S-20218044 |
| Nashville, TN 37205 | FIN:   S-2412805723 |
| Phone: (615) 222-6605 | Admit Date:  12/11/2013 |
| | Dischg Dt:    12/13/2013 |
| | Sex:  Female          Age: 47 years |

---

### Discharge Summary

---

Gregg Shepard, MD

GS/181709
DD: 12/13/2013 08:26 AM CT
DT: 12/14/2013 01:54 AM CT
SJN: 69466529
DJN: 495849

*(Electronically Signed on 12/15/13 21:38)*

Shepard MD, Gregg

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000349



**Saint Thomas Health**

Saint Thomas West Hospital
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY A
MRN:  S-20218044
FIN:   S-2412805723
Admit Date:  12/11/2013
Dischg Dt:    12/13/2013
Sex:  Female          Age: 47 years

---

### ED Dictated Notes

Performed information:
Sign information:

Pasto-Crosby MD,Douglas J (12/12/2013 03:16 CST)
Pasto-Crosby MD,Douglas J (12/12/2013 19:04 CST)

19

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

EMERGENCY ROOM NOTE

PATIENT: CARDWELL, JUDY A          DATE: 12/11/2013
MR #: 20218044
FIN #: 2412805723

PHYSICIAN: DOUGLAS PASTO-CROSBY, MD

HISTORY OF PRESENT ILLNESS: The patient is a 47-year-old, who has been treated
for stage IV breast cancer. She is no longer on chemotherapy, but does take
hormone blocker every 3 weeks. She was on a cruise ship to Cozumel, got back a
couple of days ago. Since 5:30 this morning, she has had nausea, vomiting,
unable to keep anything down. No diarrhea. No abdominal pain. No chest pain.
No fever or chills. No cough. No chest pain, pressure, or tightness. No
diarrhea. No dysuria, frequency, or urgency. No swollen ankles. No aches or
pains in joints. No rashes. No numbness, tingling, or weakness in
extremities. The patient states that several family members had a GI illness
while she was away. All other systems are reviewed and negative.

PAST MEDICAL HISTORY: Past medical history is remarkable for stage IV breast
cancer, currently on hormone therapy, mastectomy, reconstructive surgery. She
has a port in.

SOCIAL HISTORY: Does not smoke. Does not drink any alcohol.

ALLERGIES: Codeine, Levaquin, and Phenergan.

SOCIAL HISTORY: Does not smoke or drink any alcohol.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature is 99.3. I checked it again. It was 100.8. Blood
pressure is 139/77, pulse 92, respiratory rate 18, O2 saturation is 97% on room
air.
HEENT: Scalp: The patient's hair is just starting to grow back in. Eyes
normal. Nose and throat normal. Carotids, no bruits.
LYMPHATICS: No cervical lymphadenopathy.
NECK: Supple.
HEART: Regular without murmur, rub, or gallop.
LUNGS: Clear without wheezes or rales.

Printed: 12/13/2013 18:39 CST          Page 1 of 2          Request id:  33886592

Cardwell, Judy - BMR - 000350

 **Saint Thomas Health**

Saint Thomas West Hospital
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY A
MRN:  S-20218044
FIN:   S-2412805723
Admit Date:  12/11/2013
Dischg Dt:    12/13/2013
Sex:  Female          Age:47 years

---

## ED Dictated Notes

ABDOMEN:  Soft, nontender, without rebound, guarding, masses, or organomegaly.
EXTREMITIES:  Peripheral pulses present. Peripheral edema none. Joints normal.
NEUROLOGIC:  Strength and sensation normal in extremities.
SKIN:  No rashes.

EMERGENCY DEPARTMENT COURSE:  She was given a liter of saline, Zofran 8 mg IV,
it did not help much.  She was given Compazine 10 mg IV, and she is able to
keep a few sips down.  Sodium, potassium, BUN, creatinine, and glucose normal.
Hepatic function panel, amylase, and lipase normal.  White count a little bit
low at 3900, hematocrit normal at 36.2, and platelet count normal at 191,000.
Chest x-ray unremarkable.  EKG:  I interpreted computer-generated EKG showing
sinus rhythm, no acute abnormalities.

IMPRESSION:  Vomiting and fever.  The patient is being treated for metastatic
breast cancer.

PLAN:  I discussed the case with Dr. Cooper.  The patient will be admitted for
23-hour observation and fluids.  Further care per Dr. Shepard.

---

Douglas Pasto-Crosby, MD

DP/948790 /1090443
DD: 12/11/2013 08:27 PM CT
DT: 12/12/2013 01:58 AM CT
SJN: 69439360
DJN: 485367

cc:
Gregg Shepard, MD

(Electronically Signed on 12/12/13 19:04)

---

Pasto-Crosby MD, Douglas J

Cardwell, Judy - BMR - 000351

2018/09/13 10:11:12    28  /420
From: REMOTE REPORT DISTRI      Page: 9/23      Date: 12/16/2013 7:10:52 PM

 **Saint Thomas Health**

Saint Thomas West Hospital
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY A
MRN:  S-20218044
FIN:   S-2412805723
Admit Date:  12/11/2013
Dischg Dt:    12/13/2013
Sex:  Female          Age:47 years

---

### History and Physical

Performed information:
Sign information:

Shepard MD,Gregg (12/12/2013 10:42 CST)
Shepard MD,Gregg (12/15/2013 21:38 CST)

**HP**

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

HISTORY AND PHYSICAL

PATIENT: CARDWELL, JUDY A             ADMITTED: 12/11/2013
MR #: 20218044                        ROOM: 759
FIN #: 2412805723

PHYSICIAN: GREGG SHEPARD, MD

PRIMARY ONCOLOGIST AND ATTENDING PHYSICIAN:  Gregg Shepard, MD

CHIEF COMPLAINT:  Nausea and vomiting.

HISTORY OF PRESENT ILLNESS:  The patient is a 47-year-old woman, who was
diagnosed within the last year with stage IV metastatic breast cancer.  This
was hormone receptor positive and HER2 positive.  She had multifocal brain
metastatic lesions.  She received brain radiation with good results.  She
received several months of combination chemotherapy with Taxotere, Herceptin,
and Perjeta.  She continues on maintenance Herceptin and Perjeta.  She was
recently on a large crew ship.  She had some family members, who had
gastrointestinal illness with nausea, vomiting, prior to her travel.  She had
about 1 episode of emesis during the travel.  When she returned, she began to
have worsening abdominal pain, nausea, vomiting, and difficulty with oral
intake.  She developed fever of about 100 degrees Fahrenheit.  She came to the
emergency department, where she received antiemetics and intravenous fluids.
She was admitted to the hospital for and feels better.  She had a chest x-ray
showing no acute cardiopulmonary abnormality.  Laboratory studies were fairly
unremarkable.

PAST MEDICAL HISTORY:
1.  History of bilateral breast cancer, status post mastectomy with
reconstruction.
2.  Stage IV metastatic breast cancer.
3.  Secondary brain metastatic lesions, treated with radiation.
4.  History of C. difficile associated colitis and diarrhea.
5.  Port-A-Cath placement.

SOCIAL HISTORY:  Denies tobacco or alcohol.  Currently lives at home.  Not
working.  Previous marijuana use.

Printed:  12/16/2013 18:38 CST              Page 1 of 3              Request id:  33957031

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com
Cardwell, Judy - BMR - 000352

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY A
MRN: S-20218044
FIN:   S-2412805723
Admit Date: 12/11/2013
Dischg Dt:   12/13/2013
Sex: Female          Age: 47 years

---

### History and Physical

FAMILY HISTORY: No immediate family members with breast cancer to her knowledge.

REVIEW OF SYSTEMS: Comprehensive review was obtained in 12 systems and is negative except as noted above.

PHYSICAL EXAMINATION:
VITAL SIGNS: Current temperature 98, pulse 97, blood pressure 119/77, oxygen saturation 94% on room air.
GENERAL: Thin, normally developed, Caucasian women, no acute distress.
HEAD, EYES, EARS, NOSE, AND THROAT: Alopecia is present. Oropharynx slightly dry.
NECK: Supple. No mass or thyromegaly.
LYMPHATICS: No cervical, axillary, or supraclavicular lymphadenopathy.
BREAST EXAM: Deferred.
RESPIRATORY: Lungs are clear to auscultation and percussion bilaterally.
CARDIOVASCULAR: Regular rhythm. Peripheral pulses intact in the radial arteries.
ABDOMEN: Soft, nontender, nondistended. No hepatosplenomegaly.
SKIN: No rash or large ecchymosis.
MUSCULOSKELETAL: No major joint deformities or fractures.
NEUROLOGIC: Alert and oriented to person, place, and time. No gross focal deficits.

LABORATORY STUDIES: White blood cell count 3.9, hemoglobin 12.6, platelet count 191,000. Creatinine 0.8, sodium 141.

IMPRESSION AND PLAN:
1. Refractory nausea and vomiting likely gastroenteritis. She will be continued on supportive care with intravenous fluids and antiemetics.
2. Fever in the setting of fatigue, myalgias, nausea, and vomiting. We will screen for influenza. She did not have a flu vaccine this year, so we will go ahead and offer that. She was placed on metronidazole empirically perhaps given her history of C. Difficile, however, she is not having diarrhea or colitis symptoms and the source of the fever is identified, therefore metronidazole and other antibiotics will be held at this time.
3. History of breast cancer, undergoing ongoing maintenance therapy. Treatment is not due at this time and she will eventually be following up in the Oncology Clinic.
4. Admission status is observation. I anticipate her hospital stay will be about 48 hours or less.
5. Deep venous thrombosis prophylaxis with Lovenox.

---

Gregg Shepard, MD

GS/946601

Printed: 12/16/2013 18:38 CST                    Page 2 of 3                    Request id:  33957031

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com
Cardwell, Judy - BMR - 000353

From: FAX       Page: 2/5       Date: 11/12/2013 10:44:07 AM
11/12/2013 10:40 AM FROM: Fax Tennessee Breast Specialists  TO: 919317660556 10358   PAGE: 002 OF 005



## Tennessee Breast Specialists

*An Affiliate of Saint Thomas Health Services*

### Progress Notes

| | |
|---|---|
| Patient: CARDWELL, JUDY | Provider: Lisa S Bellin, MD |
| DOB: 03/22/1966 Age: 47 Y Sex: Female | Date: 11/12/2013 |
| PCP: MARK JESSEN | |

**Reason for Appointment**
1. Breast Cancer, metastatic T4 N3 M1 ER positive, PR negative, Her 2 positive
2. s/p brain radiation,Taxol
3. Spine, rib, sternum, liver brain mets dx 4/2013

**History of Present Illness**
TUMOR HISTORY:
    This is an unfortunate 47 year old woman who presents with locally recurrent, and diffusely metastatic breast cancer to bone, and brain.
    She continues on Perjeta, and Herceptin. Already completed a course of Taxotere. A recent Brain MRI shows tow small stable lesion in the mid brain. SHe complains only of some lower right anterior rib pain. She has a mild amount of coordination difficulties which she describes as infrequent. HEr port functions well.

    PET scan imaging April 2013: showed diffuse bony metastatic disease in her ribs, entire spine, sternum, pelvis, sacrum, clavicles and skull. There is also extensive hepatic metastatic disease.
    5/9/13 Whole brain radiation for multiple brain mets.

**Current Medications**
Marinol 5 mg capsule 1 cap(s) 2 times a day
Zyvox 600 mg tablet 1 tab(s) every 12 hours
Calcium 600+D 600 mg-200 units tablet 1 tab(s) 3 times a day

**Past Medical History**
Breast cancer
Breast cancer metastatic to bone
Breast cancer metastatic to liver

**Surgical History**
RIGHT MASTECTOMY WITHH LATISSIMUS RECOMNSTRUCTION 1992
TONSILLECTOMY
TUBES TIED
LEFT CENTRAL MASTECTOMY WITH IMPLANT RECONSTRUCTION 2000
WISDOM TEETH EXTRACTION

**Family History**
Ovarian Cancer: alive 47 yrs mother's sister's daughter
Cancer: BROTHER-BONE cancer, diagnosed at age 27 and dies at age 29. SELF-BREASTcancer diagnosed at age 27, bilateral cancer at age 36. maternal cousin with ovarain cancer and maternal aunt with pancreatic cancer FATHER diagnosed with prostated cancer at age 70. father had no sisters.

| | |
|---|---|
| Patient: CARDWELL, JUDY | Provider: Lisa S Bellin, MD |
| DOB: 03/22/1966 | Date: 11/12/2013 |

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX    Page: 3/5    Date: 11/12/2013 10:44:08 AM

11/12/2013 10:40 AM FROM: Fax Tennessee Breast Specialists  TO: 919317660556 10388    PAGE: 003 OF 005

Anything that runs in the family: CANCER
1 brother(s) . 1daughter(s) - healthy.

**Social History**
Tobacco Use: QUIT =YEARS AGO.
Alcohol Use: PAST-SOCIAL.
Caffeine Intake: COLA 3 CANS.

**Gyn History**
HISTORY 1992 at the age of 27yo, and underwent a right mastetomy with Latissimus Flap reconstruction. She denies any chemotherapy or radiation at that time. She believed that was in "intraductal cancer". In 2000, left central partial mastectomy, implant reconstruction and left breast radiation. She also took Tamoxifen for 5 years. SHe did not get chemotherapy at that time. This was at Sarah Cannon center at Centennial. SHe tells me that this was also intraductal She related that in sometime between October and November, 2012, she noticed redness and lumpiness of the left breast inferiorly. Eventually this spread and then ulcerated. she also describes swelling in the left axilla and lower neck since January. Her PCP prescribed antibiotics which were also given to her 2 days ago by Dr. Sheppard. an axillary biopsy in January which shows poorly differentiated invasive ductal carcinoma, ER positive, PR negative and Her 2 neu positive. .
pre-op stage  IV.
Age at Diagnosis  47.
Premenopausal at Diagnosis?  YES.
BRCA mutation  Negative.
DEFINITIVE SURGERY  Not done. .

**OB History**
Age Menstrual Periods Began  12.
Date of Last Menstrual Period: 3/15/13.
Number of Children  1.
Age at Delivery of First Child  22.
Hormones  NO.
Birth Control Pills  YES-1983-1985.
Breast Biopsies  YES-CANCER.
Race  WHITE.

**Review of Systems**

CONSTITUTIONAL:
    fatigue/lethargy NO.  weight gain NO.  weight loss  YES, significant, she has lost 20 pounds since December, although she contibutes some to breaking up with her boyfriend. . cold or flu NO.
NEUROLOGICAL:
    seizures NO.  blindness NO.  fainting NO.  weakness on one side NO.
RESPIRATORY:
    shortness of breath NO.  persistent cough NO.  difficulty breathing deeply NO.  smothering NO.
CARDIOVASCULAR:
    chest pain NO.  swelling in feet NO.  shortness of breath when lying flat NO.
GASTROINTESTINAL:
    diarrhea NO.  constipation NO.  blood in stool NO.  vomiting  YES, pt vomited twice during the office visit. She says this is due to the antibiotics that she was given for a staph infection of the breast. . indigestion NO.
URINARY:
    difficulty urinating NO.  urinary urgency-NO.- frequent-urination NO.- voiding-dysfunction NO.- painful---- urination NO.
MUSCULOSKELETAL:
    limited range of motion NO.  weakness NO.  difficulty in daily tasks (dressing, etc.) NO.  joint stiffness NO.  joint

---

Patient: CARDWELL, JUDY                          Provider: Lisa S Belfin, MD
DOB: 03/22/1966                                   Date: 11/12/2013
              Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Cardwell, Judy - BMR - 000355

From: FAX      Page: 4/5     Date: 11/12/2013 10:44:08 AM
11/12/2013 10:40 AM  FROM: Fax Tennessee Breast Specialists  TO: 9193176609556 10398    PAGE: 004 OF 008

332012

pain NO.  back trouble NO.  pain YES. SHOULDER,BACK,NECK, AND LOWER BACK.
arthritis NO.
SKIN:
    trouble NO.  lymphedema swelling. in glands. in axilla and left neck.
PSYCHIATRIC:
    depression NO.  anxiety NO.  suicidal thoughts NO.
ENDOCRINE:
    excessive thirst YES.  excessive urination YES. feeling too hot YES. feeling too cold YES.
HEMATOLOGY/LYMPH:
    swollen glands YES. LEFT AXILLA AND LEFT SUPRACLAVICULAR REGION .

**Examination**
General Exam:
    General appearance NAD, Well nourished and well developed alopecia, but growing
back . Eyes: PERRL, Sclera normal, EOM intact. Ears, Nose Throat no inflammation, no
malformation. Respiratory: Lungs clear to auscultation. Cardiovascular: S1,S2. RRR. No
MRG. Neck: supple, normal ROM, non-tender. No contiued supraclavicular
adenopathy. Abdomen: soft, no organomegaly or masses, Nondistended,
normoactive bowel sounds, soft, nontender, no masses, no organomegaly.
Extremities: normal ROM, sensations normal, No
cyanosis/clubbing/edema/weakness. Skin: normal, no rash, No mass/lesion/rash.
Her central back has dry skin, no lesions. . Neurologic exam: Cranial
nerves/strength/sensation grossly intact. Lymphatic: no cervical or supraclavicular
adenopathy. Right Breast SURGICALLY ABSENT, LATISSIMUS
RECONSTRUCTION AND RECONSTRUCTED NIPPLE. SOFT, SUPPLE, NO
MASSES NOTED. NO SKIN LESIONS. NO AXILLARY ADENOPATHY Right
chest wall port site intact, clean. . Left Breast breast implant, no nipple s/p central
excision, Thickness at the 6 oclcok position, NO discrete mass. Skin
reepithelialized without any skin breakdown. No axillary adenopathy. . Right Axilla: no
adenopathy. Left Axilla: fixed adenopathy noted.

**Assessments**
1. Breast Ca, Overlapping Sites - 174.8 (Primary)

**Treatment**
**1. Breast Ca, Overlapping Sites**
No symptomatic local regional disease at this time in a pleasant 47 year old woman with known metastatic disease.
She will continue on Herceptin and Perjeta. I reinforced for her to mention and odd changing symptoms to Dr.
Shepard. She will see me again in 4 months.

**Follow Up**
3 Months

Patient: CARDWELL, JUDY                          Provider: Lisa S Bellin, MD
DOB: 03/22/1966                                    Date: 11/12/2013
            Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000356

From: FAX    Page: 5/5    Date: 11/12/2013 10:44:03 AM
11/12/2013 10:40 AM  FROM: Fax Tennessee Breast Specialists  TO: 919317660556 10388   PAGE: 005 OF 005

Electronically signed by Lisa Bellin , MD on 11/12/2013 at 10:36 AM CST

Sign off status: Completed

---

Patient: CARDWELL, JUDY                    Provider: Lisa S Bellin, MD
DOB: 03/22/1966                             Date: 11/12/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000357

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
**Nashville, TN 37205**
**Phone: (615) 222-6605**

**Name: CARDWELL, JUDY A**
MRN: S-20218044
FIN: S-2412247518
Admit Date: 8/30/2013
Dischg Dt: 9/1/2013
Sex: Female                    Age:47 years

---

## Discharge Summary

Performed information:                Shepard MD,Gregg (9/1/2013 22:33 CDT)
Sign information:                     Shepard MD,Gregg (9/3/2013 08:18 CDT)
Result Status                        Auth (Verified)

**DS**

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

FINAL NOTE AND DISCHARGE SUMMARY

PATIENT: CARDWELL, JUDY A              ADMITTED: 08/30/2013
MR #: 20218044                       DISCHARGED: 09/01/2013
FIN #: 2412247518

PHYSICIAN: GREGG SHEPARD, MD

PRIMARY ONCOLOGIST AND ATTENDING PHYSICIAN: Gregg Shepard, MD

PRIMARY DISCHARGE DIAGNOSIS: Dehydration with refractory nausea and vomiting due to chemotherapy.

ADDITIONAL DISCHARGE DIAGNOSES AND COMORBIDITIES:
1. Stage IV breast cancer.
2. History of Clostridium difficile colitis.
3. History of tonsillectomy.

DISCHARGE MEDICATIONS:
1. Marinol 5 mg by mouth 3 times a day as needed for nausea.
2. Imodium 2 mg by mouth every 4 hours as needed for diarrhea.
3. Compazine 10 mg p.o. every 6 hours as needed for nausea.
4. Zofran 8 mg every 8 hours as needed for nausea.

HISTORY OF PRESENT ILLNESS AND PRESENTATION: For details, please see the history and physical from the date of admission. Briefly, the patient is a 47-year-old woman undergoing chemotherapy for metastatic breast cancer. She had refractory nausea and vomiting and felt very weak. She came to the clinic and was found to have dehydration.

HOSPITAL COURSE: The patient was admitted to the Oncology service. She received supportive care with intravenous fluids for dehydration and intravenous antiemetics. I discussed the possibility of obtaining repeat brain MRI imaging to assess the status of her intracranial disease, but she elected not to have this done because her symptoms were improving, and she felt it would be better to avoid having any type of imaging or scans because she felt so bad. These are planned as an outpatient. On the day of discharge, she was without new complaints. She was afebrile, vital signs were stable. She was

Printed: 9/3/2013 18:43 CDT              Page 1 of 2              Request id: 30147683

Cardwell, Judy - BMR - 000358

 Saint Thomas Health

| | | |
|---|---|---|
| **Saint Thomas West Hospital** | **Name:** CARDWELL, JUDY A | |
| **4220 Harding Rd** | MRN:  S-20218044 | |
| **Nashville, TN 37205** | FIN:    S-2412247518 | |
| **Phone: (615) 222-6605** | Admit Date:  8/30/2013 | |
| | Dischg Dt:    9/1/2013 | |
| | Sex:  Female | Age:47 years |

---

*Discharge Summary*

---

ambulatory in the room and tolerating oral intake.

DISPOSITION:  Discharged to home.

---

Gregg Shepard, MD

GS/112089
DD: 09/01/2013 09:15 AM CT
DT: 09/01/2013 10:30 PM CT
SJN: 67337951
DJN: 459246

*(Electronically Signed on 09/03/13 08:18)*

---

*Shepard MD, Gregg*

Cardwell, Judy - BMR - 000359

From: REMOTE REPORT DISTRI     Page: 2/3     Date: 9/2/2013 6:58:08 PM

 Saint Thomas Health

Saint Thomas West Hospital
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY A
MRN: S-20218044
FIN:    S-2412247518
Admit Date:  8/30/2013
Dischg Dt:    9/1/2013
Sex:  Female          Age:47 years

## Discharge Summary

| Performed Information: | |
|---|---|
| Sign Information: | Shepard MD,Gregg (9/1/2013 22:33 CDT) |
| Result Status | Preliminary/Unauth |

**DS**

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

FINAL NOTE AND DISCHARGE SUMMARY

PATIENT: CARDWELL, JUDY A          ADMITTED: 08/30/2013
MR #: 20218044               DISCHARGED: 09/01/2013
FIN #: 2412247518

PHYSICIAN: GREGG SHEPARD, MD

PRIMARY ONCOLOGIST AND ATTENDING PHYSICIAN:  Gregg Shepard, MD

PRIMARY DISCHARGE DIAGNOSIS:  Dehydration with refractory nausea and vomiting
due to chemotherapy.

ADDITIONAL DISCHARGE DIAGNOSES AND COMORBIDITIES:
1. Stage IV breast cancer.
2. History of Clostridium difficile colitis.
3. History of tonsillectomy.

DISCHARGE MEDICATIONS:
1. Marinol 5 mg by mouth 3 times a day as needed for nausea.
2. Imodium 2 mg by mouth every 4 hours as needed for diarrhea.
3. Compazine 10 mg p.o. every 6 hours as needed for nausea.
4. Zofran 8 mg every 8 hours as needed for nausea.

HISTORY OF PRESENT ILLNESS AND PRESENTATION:  For details, please see the
history and physical from the date of admission.  Briefly, the patient is a
47-year-old woman undergoing chemotherapy for metastatic breast cancer.  She
had refractory nausea and vomiting and felt very weak.  She came to the clinic
and was found to have dehydration.

HOSPITAL COURSE:  The patient was admitted to the Oncology service.  She
received supportive care with intravenous fluids for dehydration and
intravenous antiemetics.  I discussed the possibility of obtaining repeat brain
MRI imaging to assess the status of her intracranial disease, but she elected
not to have this done because her symptoms were improving, and she felt it
would be better to avoid having any type of imaging or scans because she felt
so bad.  These are planned as an outpatient.  On the day of discharge, she was
without new complaints.  She was afebrile, vital signs were stable.  She was

Printed:  9/2/2013 18:41 CDT          Page 1 of 2          Request id:  30107720

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: REMOTE REPORT DISTRI    Page: 3/3    Date: 9/2/2013 6:58:06 PM

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: **CARDWELL, JUDY A**
MRN:  S-20218044
FIN:   S-2412247518
Admit Date:  8/30/2013
Dischg Dt:   9/1/2013
Sex:  Female                    Age:47 years

---

### Discharge Summary

ambulatory in the room and tolerating oral intake.

DISPOSITION:  Discharged to home.

---

Gregg Shepard, MD

GS/112089
DD: 09/01/2013 09:15 AM CT
DT: 09/01/2013 10:30 PM CT
SJN: 67337951
DJN: 459246

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000361



**Saint Thomas Health**

| **Saint Thomas West Hospital** | **Name:** CARDWELL, JUDY A |
|---|---|
| 4220 Harding Rd | MRN: S-20218044 |
| Nashville, TN 37205 | FIN: S-2412247518 |
| **Phone: (615) 222-6605** | Admit Date: 8/30/2013 |
| | Dischg Dt: 9/1/2013 |
| | Sex: Female          Age:47 years |

---

### History and Physical

Performed information:                    Shepard MD,Gregg (8/31/2013 07:41 CDT)
Sign information:                         Shepard MD,Gregg (9/3/2013 08:18 CDT)

**HP**

SAINT THOMAS WEST HOSPITAL
NASHVILLE, TENNESSEE

HISTORY AND PHYSICAL

PATIENT: CARDWELL, JUDY A              ADMITTED: 08/30/2013
MR #: 20218044                         ROOM: 768
FIN #: 2412247518

PHYSICIAN: GREGG SHEPARD, MD

CHIEF COMPLAINT:  Refractory nausea, vomiting, and dehydration.

PRIMARY ONCOLOGIST AND ADMITTING PHYSICIAN:  Dr. Gregg Shepard.

HISTORY OF PRESENT ILLNESS:  The patient is a 47-year-old woman who has been
undergoing chemotherapy for metastatic breast cancer.  She recently finished
cycle 6 of chemotherapy with docetaxel, Herceptin, and Perjeta.  She has had a
lot of difficulty with nausea, vomiting, and fatigue.  She had a prior episode
of neutropenic fever.  She was discovered to have multifocal cerebellar
metastatic disease and underwent brain radiation.  She received chemotherapy
several days ago.  Since that time, she has had worsening nausea, vomiting, and
decreased oral intake.  She became very weak and could only ambulate a few
steps.  She came to the clinic.  She denies fever.  She appeared dehydrated.
She has had minimal diarrhea, although she did have a prior episode of C.
difficile associated diarrhea.  She has had decreased urine output.  She has
had abdominal pain from retching but no new focal bone pain or headache.  No
visual changes.  She has been taking multiple antiemetics as an outpatient, and
has received intravenous fluids and antiemetics in the clinic for several days
over the course of the last week.

HOME MEDICATIONS:
1.  Marinol 5 mg 3 times a day as needed for nausea.
2.  Denosumab 120 mg subcutaneous every 4 weeks.
3.  Compazine 5 mg as needed for nausea.
4.  Zofran 8 mg tablets as needed for nausea.
5.  Zantac 150 mg tablets once daily.
6.  Calcium supplement with vitamin D twice per day.

PAST MEDICAL HISTORY:
1.  Metastatic breast cancer.  Initially diagnosed as stage IV disease in
01/2013 when she had enlarging left axillary mass and diffuse cutaneous

Printed: 9/3/2013 18:40 CDT                Page 1 of 3                Request id:  30146101

 **Saint Thomas Health**

Saint Thomas West Hospital
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY A
MRN:  S-20218044
FIN:   S-2412247518
Admit Date:  8/30/2013
Dischg Dt:    9/1/2013
Sex:  Female          Age:47 years

---

### History and Physical

infiltrating cancer over the left breast and chest wall.  Other recent history
as above.
2.  Prior history of right-side breast cancer in 1992, status post mastectomy
and lymph node dissection without adjuvant treatment.  She also was found to
have left breast cancer and underwent lumpectomy followed by radiation therapy
and hormonal therapy in the past.
3.  History of staphylococcal infection.
4.  History of tonsillectomy.
5.  History of neutropenic fever.

REVIEW OF SYSTEMS:  Comprehensive review was obtained in 12 systems and is
negative except as noted above.

FAMILY HISTORY:  She had a brother with bone cancer at age 29.  No other
immediate family members with breast cancer.

SOCIAL HISTORY:  Lives at home.  Denies alcohol or tobacco currently.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature 97, pulse 111, blood pressure 114/75.
GENERAL:  Somewhat acutely ill-appearing woman, in no respiratory distress.
HEAD, EYES, EARS, NOSE, AND THROAT:  Alopecia is present.  Oropharynx is dry.
NECK:  Supple.  No mass or thyromegaly.
LYMPHATICS:  No cervical, axillary, or supraclavicular lymphadenopathy.
LUNGS:  Clear to auscultation and percussion bilaterally.
CARDIOVASCULAR:  Regular rhythm.  Peripheral pulses intact in the radial
artery, is tachycardic.  No edema.
ABDOMEN:  Soft, nontender, nondistended.  No hepatosplenomegaly except where
she does have some mild mid epigastric tenderness to deep palpation.
SKIN:  No rash or abnormal ecchymosis on exposed areas.
MUSCULOSKELETAL:  No major joint deformities or focal bone tenderness.
NEUROLOGIC:  Alert and oriented to person, place, and time.  Weak but no focal
deficits of strength or sensation.  Cerebellar exam grossly intact.

LABORATORY STUDIES:  White blood cell count 7.4, hemoglobin 13, platelet count
323,000, creatinine 0.5, calcium 7.8, total bilirubin 0.7.

IMPRESSION AND PLAN:
1.  Severe dehydration as evidenced by ongoing nausea, vomiting, and weight
loss of 7 pounds in the last 7 to 8 days, and 20 pounds within the last 30 to
40 days.  She is being admitted to the hospital to undergo extended intravenous
fluid hydration and intravenous antiemetics.  She is not tolerating oral intake
including oral medications.  She will be continually assessed.
2.  Metastatic breast cancer with history of cerebellar multifocal brain
metastatic lesions.  I have recommended repeat MRI of the brain to be done at
this time during hospitalization; however, she refuses stating she just does
not feel up to undergoing a scan.  If she recovers relatively quickly, then she
can be discharged home and have repeat imaging as an outpatient.

Cardwell, Judy - BMR - 000363

 **Saint Thomas Health**

**Saint Thomas West Hospital**
**4220 Harding Rd**
**Nashville, TN 37205**
**Phone: (615) 222-6605**

**Name: CARDWELL, JUDY A**
MRN:  S-20218044
FIN:    S-2412247518
Admit Date:  8/30/2013
Dischg Dt:    9/1/2013
Sex:  Female                    Age:47 years

---

*History and Physical*

3.  Metastatic breast cancer.  She has completed all planned docetaxel and I
have hope that she will be able to have a restaging CT scan evaluation in the
near future as an outpatient and then continue maintenance therapy.  I believe
her performance status will improve, and we will achieve a continued response
with the treatment if we can improve her supportive care and symptoms.
4.  Ethics:  Full code status at this time.
5.  Deep venous thrombosis prophylaxis with Lovenox.

---

Gregg Shepard, MD

GS/677199
DD: 08/30/2013 08:55 PM CT
DT: 08/31/2013 07:38 AM CT
SJN: 67324456
DJN: 458942

*(Electronically Signed on 09/03/13 08:18)*

---

*Shepard MD, Gregg*

Cardwell, Judy - BMR - 000364

From: FAX    Page: 2/5    Date: 8/13/2013 3:07:53 PM

8/13/2013 3:04 PM  FROM: Fax Tennesee Breast Specialists  TO: 919317660386 10398    PAGE: 002 OF 005

332012

# Tennessee Breast Specialists

*An Affiliate of Saint Thomas Health Services*

## Progress Notes

**Patient:** CARDWELL, JUDY
**DOB:** 03/22/1966 **Age:** 47 Y **Sex:** Female
**PCP:** MARK JESSEN

**Provider:** Lisa S Bellin, MD
**Date:** 08/13/2013

### Reason for Appointment
1. Breast Cancer, metastatic T4 N3 M1
2. postop Port revision

### History of Present Illness
TUMOR HISTORY:
    This is an unfortunate 47 year old woman who presents with locally recurrent, and diffusely metastatic breast cancer to bone, and brain.
    8/13/13 SHe had chemotherapy this morning. She continues to need additional IV hydration after chemo and is set up for imaging of body and brain in one month.
    7/23/13: her port was revised last week due to fibrin plug and non functioning port.
    1992 at the age of 27yo, and underwent a right mastetomy with Latissimus Flap reconstruction. She denies any chemotherapy or radiation at that time. She believed that was in "intraductal cancer".
    In 2000, left central partial mastectomy, imolant reconstruction and left breast radiation. She also took Tamoxifen for 5 years. SHe did not get chemotherapy at that time. This was at Sarah Cannon center at Centennial. SHe tells me that this was also Intraductal
    She related that in sometime between October and November, 2012, she noticed redness and lumpiness of the left breast inferiorly. Eventually this spread and then ulcerated. she also describes swelling in the left axilla and lower neck since January. Her PCP prescribed antibiotics which were also given to her 2 days ago by Dr. Sheppard. A surgeon performed an axillary biopsy in January which shows poorly differentiated invasive ductal carcinoma, ER positive, PR negative and Her 2 neu positive.
    PET scan imaging performed shows diffuse bony metastatic disease in her ribs, entire spine, sternom, pelvis, sacrum, clavicles and skull. There is also extensive hepatic metastatic disease.
    5/9/13 Whole brain radiation for multiple brain mets.

### Current Medications
Marinol 5 mg capsule 1 cap(s) 2 times a day
Zyvox 600 mg tablet 1 tab(s) every 12 hours
Calcium 600+D 600 mg-200 units tablet 1 tab(s) 3 times a day

### Past Medical History
Breast cancer
Breast cancer metastatic to bone
Breast cancer metastatic to liver

### Surgical History
RIGHT MASTECTOMY WITHH LATISSIMUS RECOMNSTRUCTION 1992
TONSILLECTOMY
TUBES TIED

**Patient:** CARDWELL, JUDY
**DOB:** 03/22/1966

**Provider:** Lisa S Bellin, MD
**Date:** 08/13/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000365

From: FAX    Page: 3/5    Date: 8/13/2013 3:07:53 PM
8/13/2013 3:06 PM  FROM: Fax Tennessee Breast Specialists  TO: 919317660556 10358    PAGE: 003 OF 005

332012

LEFT CENTRAL MASTECTOMY WITH IMPLANT RECONSTRUCTION 2000
WISDOM TEETH EXTRACTION

**Family History**
Ovarian Cancer: alive 47 yrs mother's sister's daughter
Cancer: BROTHER-BONE cancer, diagnosed at age 27 and dies at age 28. SELF-BREAST cancer diagnosed at
age 27, bilateral cancer at age 36, maternal cousin with ovarain cancer and maternal aunt with pancreatic cancer
FATHER diagnosed with proslated cancer at age 70. father had no sisters.
Anything that runs in the family: CANCER
1 brother(s) , 1 daughter(s) - healthy.

**Social History**
Tobacco Use: QUIT =YEARS AGO.
Alcohol Use: PAST-SOCIAL.
Caffeine Intake: COLA 3 CANS.

**OB History**
Age Menstrual Periods Began : 12.
Date of Last Menstrual Period: 3/15/13.
Number of Children : 1.
Age at Delivery of First Child : 22.
Hormones: NO.
Birth Control Pills: YES-1983-1985.
Breast Biopsies: YES-CANCER.
Race: WHITE.

**Review of Systems**

CONSTITUTIONAL:
    fatigue/lethargy NO. weight gain NO. weight loss YES, significant, she has lost 20 pounds
since December, although she contibutes some to breaking up with her boyfriend.
. cold or flu NO.
NEUROLOGICAL:
    seizures NO. blindness NO. fainting NO. weakness on one side NO.
RESPIRATORY:
    shortness of breath NO. persistent cough NO. difficulty breathing deeply NO. smothering NO.
CARDIOVASCULAR:
    chest pain NO. swelling in feet NO. shortness of breath when lying flat NO.
GASTROINTESTINAL:
    diarrhea NO. constipation NO. blood in stool NO. vomiting YES, pt vomited twice during the
office visit. She says this is due to the antibiotics that she was given for a staph
infection of the breast. . indigestion NO.
URINARY:
    difficulty urinating NO. urinary urgency NO. frequent urination NO. voiding dysfunction NO. painful
urination NO.
MUSCULOSKELETAL:
    limited range of motion NO. weakness NO. difficulty in daily tasks (dressing, etc.) NO. joint stiffness NO. joint
pain NO. back trouble NO. pain YES, SHOULDER,BACK,NECK, AND LOWER BACK.
arthritis NO.
SKIN:
    trouble NO. lymphedema swelling in glands in axilla and left neck
PSYCHIATRIC:
    depression NO. anxiety NO. suicidal thoughts NO.
ENDOCRINE:

**Patient: CARDWELL, JUDY**
**DOB: 03/22/1966**

**Provider: Lisa S Bellin, MD**
**Date: 08/13/2013**

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

excessive thirst YES. excessive urination YES. feeling too hot YES. feeling too cold YES.
HEMATOLOGY/LYMPH:
    swollen glands YES, LEFT AXILLA AND LEFT SUPRACLAVICULAR REGION .

**Examination**
General Exam:
    General appearance NAD, Well nourished and well developed. Eyes: PERRL, Sclera
normal, EOM intact. Ears, Nose Throat no inflammation, no malformation.
Respiratory: Lungs clear to auscultation. Cardiovascular: S1,S2. RRR. No MRG.
Neck: supple, normal ROM, non-tender. LEFT SUPRACLAVICULAR 3 cm MATTED
AND FIXED ADENOPATHY NOTED. A BIT SOFTER TODAY. Abdomen: soft, no
organomegaly or masses, Nondistended, normoactive bowel sounds, soft,
nontender, no masses, no organomegaly. Extremities: normal ROM, sensations
normal, No cyanosis/clubbing/edema/weakness. Skin: normal, no rash, No
mass/lesion/rash. Neurologic exam: Cranial nerves/strength/sensation grossly intact.
Lymphatic: no cervical or supraclavicular adenopathy. Right Breast SURGICALLY
ABSENT, LATISSIMUS RECONSTRUCTION AND RECONSTRUCTED NIPPLE.
SOFT, SUPPLE, NO MASSES NOTED. NO SKIN LESIONS. NO AXILLARY
ADENOPATHY Right chest wall port site intact, clean. . Left Breast breast implant, no
nipple s/p central excision, with healed over skin with red coloration inferiorly.. Right
Axilla: no adenopathy. Left Axilla: fixed adenopathy noted.
    healed skin persists on the inferior aspect of the left reconstructed left breast. No adenopathy. Port right
subclavian intact. No new lesions suspicious for malignancy.

**Assessments**
1. Breast Ca, Overlapping Sites - 174.8 (Primary)

**Treatment**
**1. Breast Ca, Overlapping Sites**
No clinical evidence of disease, with known metastatic disease. New port working well. No arm swelling. Continue
on with care as outlined with Dr. Shepard. Follow up in 3 months.

**Procedure Codes**
99024 Postop Visit

**Follow Up**
3 Months



Patient: CARDWELL, JUDY
DOB: 03/22/1966

Provider: Lisa S Bellin, MD
Date: 08/13/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

From: FAX      Page: 5/5      Date: 8/13/2013 3 07:54 PM
8/13/2013 3:06 PM  FROM: Fax Tennessee Breast Specialists  TO: 919317660556 10358    PAGE: 005 OF 005

**Electronically signed by Lisa Bellin , MD on 08/13/2013 at 03:02 PM CDT**

**Sign off status: Completed**

---

**Patient: CARDWELL, JUDY**                          Provider: Lisa S Bellin, MD
**DOB: 03/22/1966**                                  Date: 08/13/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

From: FAX    Page: 2/5    Date: 7/23/2013 8:29:41 AM
7/23/2013 8:25 AM  FROM: Fax Tennessee Breast Specialists  TO: 919317660556 1039#  PAGE: 002 OF 006

932012



# Tennessee
# Breast Specialists

*An Affiliate of Saint Thomas Health Services*

**Post**

Patient: CARDWELL, JUDY                                   Provider: Lisa S Bellin, MD
DOB: 03/22/1966 Age: 47 Y Sex: Female                              Date: 07/23/2013
PCP: MARK JESSEN

## Reason for Appointment
1. Breast Cancer, metastatic T4 N3 M1
2. postop Port revision

## History of Present Illness
TUMOR HISTORY:
This is an unfortunate 47 year old woman who presents with locally recurrent, and diffusely metastatic breast cancer to bone, and brain.
7/23/13: her port was revised last week due to fibrin plug and non functioning port. She is due for chemo today!
7/16/13: Her port has not been working well and is requiring Urokinase to open it up before infusion. A portogram shows a fibrin sheath at the end of the catheter, affixing it to the SVC. No arm or facial swelling.
She was diagnosed with right breast cancer in 1992 at the age of 27yo, and underwent a right mastetomy with Latissimus Flap reconstruction. She denies any chemotherapy or radiation at that time. She believed that was in "Intraductal cancer".
In 2000, she was diagnosed with Left central breast cancer and underwent a left central partial mastectomy, implant reconstruction and left breast radiation. She also took Tamoxifen for 5 years. SHe did not get chemotherapy at that time. This was at Sarah Cannon center at Centennial. SHe tells me that this was also Intraductal.
She related that in sometime between October and November, 2012, she noticed redness and lumpiness of the left breast inferiorly. Eventually this spread and then ulcerated. she also describes swelling in the left axilla and lower neck since January. Her PCP prescribed antibiotics which were also given to her 2 days ago by Dr. Sheppard. When she took antibiotic in January, she believes the lumps in her neck got smaller. A surgeon performed an axilary biopsy in January which shows poorly differentiated invasive ductal carcinoma, ER positive, PR negative and Her 2 neu positive.
PET scan imaging performed shows diffuse bony metastatic disease in her ribs, entire spine, sternum, pelvis, sacrum, clavicles and skull. There is also extensive hepatic metastatic disease. Dr Sheppard anticipates starting chemotherapy next week.
5/9/13 She has been getting whole brain radiation for multiple brain mets. Her back no longer bothers her and she has noticed significant improvement in the breast lesions with chemotherapy.

## Current Medications
Marinol 5 mg capsule 1 cap(s) 2 times a day
Zyvox 600 mg tablet 1 tab(s) every 12 hours
Calcium 600+D 600 mg-200 units tablet 1 tab(s) 3 times a day

## Past Medical History
Breast cancer
Breast cancer metastatic to bone
Breast cancer metastatic to liver

Patient: CARDWELL, JUDY                                   Provider: Lisa S Bellin, MD
DOB: 03/22/1966                                                   Date: 07/23/2013

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX    Page: 3/5    Date: 7/23/2013 8:29:41 AM
7/23/2013 8:26 AM  FROM: Fax Tennessee Breast Specialists  TO: 919317960855 10398    PAGE: 003 OF 005

33300

## Surgical History

RIGHT MASTECTOMY WITHH LATISSIMUS RECONNSTRUCTION 1992
TONSILLECTOMY
TUBES TIED
LEFT CENTRAL MASTECTOMY WITH IMPLANT RECONSTRUCTION 2000
WISDOM TEETH EXTRACTION

## Family History

Ovarian Cancer: alive 47 yrs mother's sister's daughter
Cancer: BROTHER-BONE cancer, diagnosed at age 27 and dies at age 29. SELF-BREASTcancer diagnosed at
age 27, bilateral cancer at age 36. maternal cousin with ovarian cancer and maternal aunt with pancreatic cancer
FATHER diagnosed with prostated cancer at age 70. father had no sisters.
Anything that runs in the family: CANCER
1 brother(s) . 1daughter(s) - healthy.

## Social History

Tobacco Use: QUIT =YEARS AGO
Alcohol Use: PAST-SOCIAL.
Caffeine Intake: COLA 3 CANS.

## OB History

Age Menstrual Periods Began  12.
Date of Last Menstrual Period:  3/15/13.
Number of Children  1.
Age at Delivery of First Child  22.
Hormones  NO.
Birth Control Pills  YES-1983-1985.
Breast Biopsies  YES-CANCER.
Race  WHITE.

## Review of Systems

CONSTITUTIONAL:
    fatigue/lethargy NO.  weight gain NO.  weight loss  YES.  significant, she has lost 20 pounds
since December, although she contibutes some to breaking up with her boyfriend.
. cold or flu NO.
NEUROLOGICAL:
    seizures NO.  blindness NO.  fainting NO.  weakness on one side NO.
RESPIRATORY:
    shortness of breath NO.  persistent cough NO.  difficulty breathing deeply NO.  smothering NO.
CARDIOVASCULAR:
    chest pain NO.  swelling in feet NO.  shortness of breath when lying flat NO.
GASTROINTESTINAL:
    diarrhea NO.  constipation NO.  blood in stool NO.  vomiting  YES, pt vomited twice during the
office visit. She says this is due to the antibiotics that she was given for a staph
infection of the breast. .  indigestion NO.
URINARY:
    difficulty urinating NO.  urinary urgency NO.  frequent urination NO.  voiding dysfunction NO.  painful
urination NO.
MUSCULOSKELETAL:
    limited range of motion NO.  weakness NO.  difficulty in daily tasks (dressing, etc.) NO.  joint stiffness NO.  joint
pain NO.  back trouble NO.  pain  YES, SHOULDER,BACK,NECK, AND LOWER BACK.
arthritis NO.
SKIN:

---

**Patient: CARDWELL, JUDY**
**DOB: 03/22/1966**

**Provider:  Lisa S Bellin, MD**
**Date: 07/23/2013**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX   Page: 4/5   Date: 7/23/2013 8:29:42 AM

7/23/2013 8:26 AM   FROM: Fax Tennessee Breast Specialists   TO: 919017660556 10398   PAGE: 004 OF 006

332018

trouble NO. lymphedema swelling in glands in axilla and left neck.

PSYCHIATRIC:
depression NO. anxiety NO. suicidal thoughts NO.

ENDOCRINE:
excessive thirst YES. excessive urination YES. feeling too hot YES. feeling too cold YES.

HEMATOLOGY/LYMPH:
swollen glands YES, LEFT AXILLA AND LEFT SUPRACLAVICULAR REGION .

## Examination

General Exam:

General appearance NAD, Well nourished and well developed. Eyes: PERRL, Sclera normal, EOM intact. Ears, Nose Threat no inflammation, no malformation. Respiratory: Lungs clear to auscultation. Cardiovascular: S1,S2. RRR. No MRG. Neck: supple, normal ROM, non-tender. LEFT SUPRACLAVICULAR 3 cm MATTED AND FIXED ADENOPATHY NOTED. A BIT SOFTER TODAY. Abdomen: soft, no organomegaly or masses, Nondistended, normoactive bowel sounds, soft, nontender, no masses, no organomegaly. Extremities: normal ROM, sensations normal, No cyanosis/clubbing/edema/weakness. Skin: normal, no rash, No mass/lesion/rash. Neurologic exam: Cranial nerves/strength/sensation grossly intact. Lymphatic: no cervical or supraclavicular adenopathy. Right Breast SURGICALLY ABSENT, LATISSIMUS RECONSTRUCTION AND RECONSTRUCTED NIPPLE. SOFT, SUPPLE, NO MASSES NOTED. NO SKIN LESIONS. NO AXILLARY ADENOPATHY Right chest wall port site intact, clean. . Left Breast breast implant, no nipple s/p central excision, with healed over skin with red coloration inferiorly.. Right Axilla: no adenopathy. Left Axilla: fixed adenopathy noted.

Redness and healed skin persists on the inferior aspect of the left reconstructed left breast. No adenopathy. Port right subclavian intact.

## Assessments

1. Breast Ca, Overlapping Sites - 174.8 {Primary}

## Treatment

1. Breast Ca, Overlapping Sites

Port revised. Looks good. For chemo today. Follow up in 3-6 months.

## Procedure Codes

99024 Postop Visit

## Follow Up

3 Months

[x]

---

**Patient: CARDWELL, JUDY**
**DOB: 03/22/1966**

**Provider:  Lisa S Bellin, MD**
**Date: 07/23/2013**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

This fax was received by GFI FAXmaker fax server. For more information, visit http://www.gfi.com

Cardwell, Judy - BMR - 000371

✝ Saint Thomas
   Health

**Saint Thomas West Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY A
MRN:  S-20218044
FIN:   S-2412148307
Admit Date:  7/1/2013
Dischg Dt:
Sex:  Female          Age:47 years

| Consultation Note |
|---|

Performed information:                                    Abram MD,Steven R (7/16/2013 16:05 CDT)
Sign information:                                         Abram MD,Steven R (7/17/2013 07:51 CDT)

**CN**

          SAINT THOMAS WEST HOSPITAL
          NASHVILLE, TENNESSEE

          CONSULTATION RECORD

PATIENT: CARDWELL, JUDY A          DATE: 07/05/2013
MR #: 20218044                     ATTN. PHY: PAUL A ROSENBLATT MD
FIN #: 2412148307                  CONSULTANT: STEVEN R ABRAM, MD
ROOM:


NEUROSURGICAL CONSULTATION

The patient was seen for neurosurgical consultation in the Dan Rudy Cancer
Center on 07/05/2010. This is a patient who had had breast cancer in '92 and
cancer recurred in 2000. She recently had a workup for headache and balance
issues, as well as thirst, a central workup of which demonstrated multicentric
metastatic disease, and she underwent whole brain radiation therapy now with
residual. The patient currently denies sided symptomatology, but she still has
global issues.

PHYSICAL EXAMINATION:
NEUROLOGIC: Alert and oriented x3. Speech fluent. Cranial nerves II through
XII intact and symmetric. Funduscopic exam benign. Strength 5/5, no drift.
Sensory grossly intact and symmetric, muscle stretch reflexes without
pathology. Gait without ataxia. Cerebellar exam otherwise benign.

LABORATORY STUDIES: MRI scan reveals multicentric brain tumor, including
cerebellar lesions and a pontine lesion.

IMPRESSION/PLAN: Multicentric metastatic brain tumor, status post whole brain
radiation treatment. The most viable option for tumor control being
stereotactic radiosurgery. Discussed with the patient, including potential
risks. I believe they understand and wish to proceed.


_____
Steven R Abram, MD

SA/274072
DD: 07/05/2013 10:42 AM CT
DT: 07/05/2013 11:08 AM CT
SJN: 66124322

Printed: 7/17/2013 18:45 CDT                    Page 1 of 2               Request id:  27796171

 **Saint Thomas Hospital**
A Member of Saint Thomas Health Services

Patient Name:  JUDY A CARDWELL                    MRN: 20218044

Account #: 2412148307                    Date of Birth: 3/22/1966

Document:

## Chart Rounds Note

**Date of Service:** 7/5/2013

**Referring Physicians:** Dr. Gregg C. Shepard

Lisa Bellin  Steve Abram

**Diagnosis/Staging:** 174.9 - Malignant neoplasm of breast (female), unspecified site, Diagnosed 2013 (Active) , 198.5 - Secondary malignant neoplasm of bone and bone marrow, Diagnosed 2013 (Active) ,  and 198.3 - Secondary malignant neoplasm of brain and spinal cord, Diagnosed 2013 (Active) ,. Primary 174.9 - Malignant neoplasm of breast (female), unspecified site, Diagnosed 2013 (Active) ,

Primary 198.5 - Secondary malignant neoplasm of bone and bone marrow, Diagnosed 2013 (Active) ,

Primary 198.3 - Secondary malignant neoplasm of brain and spinal cord, Diagnosed 2013 (Active) ,

**Treatment Dose to Date:**  Rx Met#3 - Planned Dose 2,000cGy

Rx Met#2 - Planned Dose 1,800cGy

Rx Met#1 - Planned Dose 1,400cGy

Brainstem Max - Planned Dose 1,857cGy

Chiasm Max - Planned Dose 154cGy       Mets #1-#3 (Plan ID - Met#1) - Rx Dose 1,400cGy (Status - Treatment Approved) - 0 / 1

Mets #1-#3 (Plan ID - Met#2) - Rx Dose 1,800cGy (Status - Treatment Approved) - 0 / 1

Mets #1-#3 (Plan ID - Met#3) - Rx Dose 2,000cGy (Status - Treatment Approved) - 0 / 1

**Current Medications:**  MEDROL DOSEPACK (4 mg) TABLET ORAL Take as Directed

dexamethasone 4 mg TABLET b.i.d.

**Toxicities:**  0

**Allergies:**  codeine

Lortab

Pg 1

Radiation Oncology • 4220 Harding Road, Nashville Tennessee 37205 • 615-222-6755•
The Saint Thomas Health Services ministry includes: Saint Thomas Hospital, Baptist Hospital, Middle Tennessee Medical Center and Hickman Community Hospital

Cardwell, Judy - BMR - 000373


**Saint Thomas Hospital**
A Member of Saint Thomas Health Services

Patient Name:  JUDY A CARDWELL                     MRN: 20218044

Account #: 2412148307                     Date of Birth: 3/22/1966

Document:

Levaquin

Medrol Dosepak day2

**Impression/Plan:** 3 brain metastases are to be treated.  Metastatic lesion #1 the pontine lesion received 14 gray today and the other lesions will be treated next week. By the patient's request.  She will only be treated to 1 lesion per day.  She wired Ativan prior to today's treatment.  She is taking Medrol.

Portal images reviewed and up to date:

**Physician Signature:**  Paul Rosenblatt, M.D.  <Approved date time>

*Electronically signed and approved*

*Pg 2*

Radiation Oncology • 4220 Harding Road, Nashville Tennessee 37205 • 615-222-6755•
The Saint Thomas Health Services ministry includes: Saint Thomas Hospital, Baptist Hospital, Middle Tennessee Medical Center and Hickman Community Hospital

Cardwell, Judy - BMR - 000374



**Saint Thomas Hospital**
*A Member of Saint Thomas Health Services*

Patient Name: JUDY A CARDWELL

MRN: 20218044

Account #: 2200976900

Date of Birth: 3/22/1966

Document: RS

### END OF TREATMENT SUMMARY

**Date of Service:** 5/13/2013

**Referring Physicians:** Dr. Gregg C. Shepard

Lisa Bellin

**Diagnosis:** Primary 174.9 - Malignant neoplasm of breast (female), unspecified site, Diagnosed 2013 (Active)

Primary 198.5 - Secondary malignant neoplasm of bone and bone marrow, Diagnosed 2013 (Active) ,

Primary 198.3 - Secondary malignant neoplasm of brain and spinal cord, Diagnosed 2013 (Active) ,

**Treatment Summary:**  4/23/2013 - 5/10/2013  RX Whole Brain - Planned Dose 3,750cGy - Actual Dose 3,500cGy

Whole Brain ISO - Planned Dose 3,866cGy - Actual Dose 3,608.2cGy  Course: Whole Brain

| Plan ID | Fractions | First Treatment | Last Treatment | Expected End of Treatment |
|---------|-----------|-----------------|----------------|---------------------------|
| Whole Brain | 14 / 15 | 4/23/2013 | 5/10/2013 | 5/12/2013 |

Whole Brain (Plan ID - Whole Brain) - Rx Dose 3,750cGy (Status - Treatment Approved) - 14 / 15

**Impression:**   Whole brain treatment stopped at 35 Gray due to skin reaction anteriorly. Patient feels well and is fully functional.

**Follow Up:**     BrainLab protocol MRI for planning stereotactic boost in 6 weeks. Steroid taper in progress.

**Physician's Signature:** Paul Rosenblatt, M.D. 5/15/2013 2:34:26 PM
*Electronically signed and approved*

*Pg 1*

Radiation Oncology • 4220 Harding Road, Nashville Tennessee 37205 • 615-222-6755•
*The Saint Thomas Health Services ministry includes: Saint Thomas Hospital, Baptist Hospital, Middle Tennessee Medical Center and Hickman Community Hospital*

Cardwell, Judy - BMR - 000375



**Saint Thomas Hospital**
A Member of Saint Thomas Health Services

Patient Name:  JUDY A CARDWELL                    MRN: 20218044

Account #: 2200976900                    Date of Birth:  3/22/1966

Document: RS

*Pg 2*

Radiation Oncology • 4220 Harding Road, Nashville  Tennessee 37205  • 615-222-6755•
The Saint Thomas  Health Services ministry includes: Saint Thomas  Hospital, Baptist Hospital, Middle Tennessee  Medical Center and Hickman  Community  Hospital

Cardwell, Judy - BMR - 000376



## Saint Thomas Hospital
A Member of Saint Thomas Health Services

Patient Name: JUDY A CARDWELL                    MRN: 20218044

Account #: 2200976900              Date of Birth: 3/22/1966

Document: RTPN

### ON TREATMENT VISIT NOTE

**Date of Service:** 5/8/2013

**Referring Physicians:** Dr. Gregg C. Shepard

Lisa Bellin

**Diagnosis/Staging:** Primary 174.9 - Malignant neoplasm of breast (female), unspecified site, Diagnosed 2013 (Active) ,

Primary 198.5 - Secondary malignant neoplasm of bone and bone marrow, Diagnosed 2013 (Active) ,

Primary 198.3 - Secondary malignant neoplasm of brain and spinal cord, Diagnosed 2013 (Active) ,

**Treatment Dose to Date:** RX Whole Brain - Planned Dose 3,750cGy - Actual Dose 2,750cGy

Whole Brain ISO - Planned Dose 3,866cGy - Actual Dose 2,835cGy   Course: Whole Brain

| Plan ID | Fractions | First Treatment | Last Treatment | Expected End of Treatment |
|---------|-----------|-----------------|----------------|---------------------------|
| Whole Brain | 11 / 15 | 4/23/2013 | 5/7/2013 | 5/13/2013 |

Whole Brain (Plan ID - Whole Brain) - Rx Dose 3,750cGy (Status - Treatment Approved) - 11 / 15

**Current Medications:** dexamethasone 4 mg TABLET b.i.d.

**Toxicities:**

**Allergies:** codeine

Lortab

Levaquin

**Review:** thirsty, but less than before. Thinking well , no memory issues.

**Vital Signs:** Performed on 5/8/2013 2:40 PM

*Pg 1*

Cardwell, Judy - BMR - 000377

 **Saint Thomas Hospital**
*A Member of Saint Thomas Health Services*

Patient Name: JUDY A CARDWELL                         MRN: 20218044

Account #: 2200976900                  Date of Birth: 3/22/1966

Document: RTPN

Weight - 161.4 lbs - , Temperature - 97.5 F - , Pulse - 96 /min - , Respiration - 16 /min - , Systolic - 120 mm(hg)
- , Diastolic - 65 mm(hg) - , Pain - 0 - , Fatigue - 0 -  and BP - 120/ 65 - ;.

**Physical Exam:** No thrush. No scalp erythema. Keeping hair.

**Impression/Plan:**   Breast cancer with widespread metastatic disease. Good result from chemotherapy in left
breast. Continue whole brain radiation.

Decrease Decadron to 4 mg in Am 2 mg PM.
 Portal images reviewed and up to date

**Physician Signature:** Paul Rosenblatt, M.D.  5/8/2013 3:12:20 PM

*Electronically signed and approved*

*Pg 2*

Radiation Oncology • 4220 Harding Road, Nashville  Tennessee  37205 • 615-222-6755•
*The Saint Thomas  Health Services ministry includes: Saint Thomas  Hospital, Baptist Hospital, Middle Tennessee  Medical Center and Hickman  Community  Hospital*

Cardwell, Judy - BMR - 000378

 **Saint Thomas Hospital**
A Member of Saint Thomas Health Services

Patient Name: JUDY A CARDWELL                    MRN: 20218044

Account #: 2200976900                    Date of Birth: 3/22/1966

Document: RTPN

## ON TREATMENT VISIT NOTE

**Date of Service:** 5/1/2013

**Referring Physicians:** Dr. Gregg C. Shepard

Lisa Bellin

**Diagnosis/Staging:** Primary 174.9 - Malignant neoplasm of breast (female), unspecified site, Diagnosed 2013 (Active) ,

Primary 198.5 - Secondary malignant neoplasm of bone and bone marrow, Diagnosed 2013 (Active) ,

Primary 198.3 - Secondary malignant neoplasm of brain and spinal cord, Diagnosed 2013 (Active) ,

**Treatment Dose to Date:** RX Whole Brain - Planned Dose 3,750cGy - Actual Dose 1,500cGy

Whole Brain ISO - Planned Dose 3,866cGy - Actual Dose 1,546.4cGy   Course: Whole Brain

| Plan ID | Fractions | First Treatment | Last Treatment | Expected End of Treatment |
|---------|-----------|-----------------|----------------|----------------------------|
| Whole Brain | 6 / 15 | 4/23/2013 | 4/30/2013 | 5/13/2013 |

Whole Brain (Plan ID - Whole Brain) - Rx Dose 3,750cGy (Status - Treatment Approved) - 6 / 15

**Current Medications:** dexamethasone 4 mg TABLET b.i.d.

**Toxicities:** fatigued

**Allergies:** codeine

Lortab

Levaquin

**Review:** Breast cancer metastatic to liver, nodes, brain, and recurrent to left breast. At 15 Gy to brain. On Decadron 4 mg twice per day.

**Vital Signs:** Performed on 5/1/2013 3:53 PM

*Pg 1*

Radiation Oncology • 4220 Harding Road, Nashville Tennessee 37205 • 615-222-6755•
The Saint Thomas Health Services ministry includes: Saint Thomas Hospital, Baptist Hospital, Middle Tennessee Medical Center and Hickman Community Hospital

Cardwell, Judy - BMR - 000379



**Saint Thomas Hospital**
A Member of Saint Thomas Health Services

Patient Name:  JUDY A CARDWELL                    MRN: 20218044

Account #: 2200976900              Date of Birth: 3/22/1966

Document: RTPN

Weight - 157 lbs - , Temperature - 97.4 F - , Pulse - 98 /min - , Respiration - 16 /min - , Systolic - 116 mm(hg) -
, Diastolic - 76 mm(hg) - , Pain - 0 - , Fatigue - 2 -  and BP - 116/ 76 - ;.

**Physical Exam:** alert, oriented, speech normal. No confusion. Normal gait and coordination.

**Impression/Plan:**   Breast cancer metastatic, to bone, liver, brain receiving chemotherapy and brain RT. Other
than some recent decreased energy she feels well.  Continue per plan.


 Portal images reviewed and up to date


**Physician Signature:** Paul Rosenblatt, M.D.  5/1/2013 5:04:53 PM

*Electronically signed and approved*

Radiation Oncology • 4220 Harding Road, Nashville  Tennessee 37205 • 615-222-6755•
The Saint Thomas  Health Services ministry includes: Saint Thomas  Hospital, Baptist Hospital, Middle Tennessee Medical Center and Hickman  Community  Hospital

Cardwell, Judy - BMR - 000380



**Saint Thomas Health**

**Saint Thomas Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

**Name:** CARDWELL, JUDY A
MRN: S-20218044
FIN: S-2411826255
Admit Date: 4/11/2013
Dischg Dt: 4/16/2013
Sex: Female          Age:47 years

---

## Discharge Summary

Performed information:                          Shepard MD,Gregg (4/17/2013 04:20 CDT)
Sign information:                               Shepard MD,Gregg (4/25/2013 19:33 CDT)

DS
                SAINT THOMAS HOSPITAL
                NASHVILLE, TENNESSEE

        FINAL NOTE AND DISCHARGE SUMMARY

PATIENT: CARDWELL, JUDY A          ADMITTED: 04/11/2013
MR #: 20218044                     DISCHARGED: 04/16/2013
FIN #: 2411826255

PHYSICIAN: GREGG SHEPARD, MD


PRIMARY ONCOLOGIST AND ATTENDING PHYSICIAN: Dr. Gregg Shepard.

PRIMARY DISCHARGE DIAGNOSIS: Neutropenic fever.

ADDITIONAL DISCHARGE DIAGNOSES AND COMORBIDITIES:
1. Stage IV metastatic breast cancer.
2. Hypokalemia, corrected.
3. Anemia due to metastatic breast cancer and recent chemotherapy.
4. Clostridium difficile, associated colitis with diarrhea.
5. Polydipsia.
6. Status post Port-A-Cath placement.
7. Chronic nausea and vomiting.
8. Hypocalcemia related to recent denosumab treatment.

STUDIES AND PROCEDURES DURING HOSPITALIZATION:
1. Chest x-ray showing no acute cardiopulmonary disease.
2. Medical management with antibiotics.

HISTORY OF PRESENT ILLNESS ON PRESENTATION: For details, please see the
history and physical from the date of admission.

Briefly, the patient is a 47-year-old woman with prior history of localized
breast cancer, recently diagnosed with widespread metastatic disease. She was
treated with docetaxel, Herceptin, and pertuzumab about 1 week prior to
admission. She presented to the outpatient oncology clinic with malaise and
fever and was found to have severe neutropenia.

HOSPITAL COURSE: The patient was urgently admitted to the special care unit in
the hospital. She was treated emergently with intravenous antibiotics, and
blood and urine cultures were obtained. These remained negative at the time of
discharge. She had some diarrhea and was found to have a positive C. difficile

Cardwell, Judy - BMR - 000381

 Saint Thomas Health

**Saint Thomas Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: CARDWELL, JUDY A
MRN:  S-20218044
FIN:   S-2411826255
Admit Date:  4/11/2013
Dischg Dt:   4/16/2013
Sex:  Female          Age:47 years

---

### Discharge Summary

---

test. She was treated with intravenous metronidazole. Her fever improved. Her symptoms of malaise, nausea, vomiting, and pain improved. Radiation therapy was held due to neutropenia. Over the course of hospitalization, her white blood cell count improved. On the day of discharge, her total white blood cell count was 4.5 with absolute neutrophil count 1500. She remained afebrile. She was ambulatory in the room and tolerating oral intake. Her antibiotics for the colitis were changed to oral metronidazole.

She was found to have hypokalemia during hospitalization and received intravenous and oral replacement. On the day of discharge, her potassium was 3.5. She was found to have hypocalcemia and she was treated with oral calcium and vitamin D. This is likely due to recent denosumab treatment as part of treatment for her metastatic breast cancer.

DISCHARGE MEDICATIONS:
1. Metronidazole 500 mg 3 times daily for 10 days.
2. Avelox 400 mg daily for 5 days.
3. Calcium supplementation with vitamin D twice daily
4. Marinol 5 mg 3 times a day as needed for nausea.
5. Compazine 10 mg as needed for nausea.
6. Other medications: Resume regular home medications.

DISPOSITION: Discharged to home.

FOLLOWUP PLAN: She will be returning to the outpatient clinic and have an MRI of the brain to further evaluate her polydipsia within 1 week.

---

Gregg Shepard, MD

GS/677199
DD: 04/16/2013 04:47 PM CT
DT: 04/17/2013 04:17 AM CT
SJN: 64366734
DJN: 411392

---

*(Electronically Signed on 04/25/13 19:33)*

---

*Shepard MD, Gregg*

Cardwell, Judy - BMR - 000382

 **Saint Thomas Hospital**
A Member of Saint Thomas Health Services

Patient Name: JUDY A CARDWELL          MRN: 20218044

Account #: 2411792245          Date of Birth: 3/22/1966

Document: RTPN

## ON TREATMENT VISIT NOTE

**Date of Service:** 4/24/2013

**Referring Physicians:** Dr. Gregg C. Shepard

Lisa Bellin

**Diagnosis/Staging:** 174.9 - Malignant neoplasm of breast (female), unspecified site, Diagnosed 2013 (Active) , , 198.5 - Secondary malignant neoplasm of bone and bone marrow, Diagnosed 2013 (Active) ,   and 198.3 - Secondary malignant neoplasm of brain and spinal cord, Diagnosed 2013 (Active) ,.

**Treatment Dose to Date:** RX Whole Brain - Planned Dose 3,750cGy - Actual Dose 500cGy

Whole Brain ISO - Planned Dose 3,866cGy - Actual Dose 515.5cGy   Course: Whole Brain

| Plan ID | Fractions | First Treatment | Last Treatment | Expected End of Treatment |
|---------|-----------|-----------------|----------------|---------------------------|
| Whole Brain | 2 / 15 | 4/23/2013 | 4/24/2013 | 5/13/2013 |

Whole Brain (Plan ID - Whole Brain) - Rx Dose 3,750cGy (Status - Treatment Approved) - 2 / 15

**Current Medications:** Compazine 1 Tablet TABLET ORAL PRN

dexamethasone 4 mg TABLET b.i.d.

**Toxicities:** none

**Allergies:** codeine

Lortab

Levaquin

**Review:** Whole brain radiation for metastases from breast cancer. She is responding to chemotherapy elsewhere.

**Vital Signs:** Performed on 4/24/2013 5:25 PM

*Pg 1*

Cardwell, Judy - BMR - 000383



**Saint Thomas Hospital**
A Member of Saint Thomas Health Services

Patient Name: JUDY A CARDWELL                    MRN: 20218044

Account #: 2411792245              Date of Birth: 3/22/1966

Document: RTPN

Weight - 154.6 lbs - , Temperature - 97.9 F - , Pulse - 86 /min - , Respiration - 16 /min - , Systolic - 130 mm(hg) - , Diastolic - 78 mm(hg) - , O2 Sat - 99 % - , Pain - 0 - , Fatigue - 2 -  and BP - 130/ 78 - ;.

**Physical Exam:** Alert, conversant, cognition normal. No focal problems.

**Impression/Plan:**   Continue RT. Patient warned that her reflexes may be too slow to drive safely.

Portal images reviewed and up to date

**Physician Signature:** Paul Rosenblatt, M.D.  4/24/2013 6:37:37 PM

*Electronically signed and approved*

Radiation Oncology • 4220 Harding Road, Nashville Tennessee 37205  • 615-222-6755•
*The Saint Thomas Health Services ministry includes: Saint Thomas Hospital, Baptist Hospital, Middle Tennessee Medical Center and Hickman Community Hospital*

Cardwell, Judy - BMR - 000384

 **Saint Thomas Hospital**
A Member of Saint Thomas Health Services

Patient Name:  JUDY A CARDWELL                    MRN: 20218044

Account #: 2411792245                    Date of Birth: 3/22/1966

Document: RRXSW

## SIMULATION NOTE

**Date of Service:** 4/23/2013

**Referring Physicians:**  Lisa Bellin

**Diagnosis:**  174.9 - Malignant neoplasm of breast (female), unspecified site, Diagnosed 2013 (Active)

198.5 - Secondary malignant neoplasm of bone and bone marrow, Diagnosed 2013 (Active)

198.3 - Secondary malignant neoplasm of brain and spinal cord, Diagnosed 2013 (Active)

**Procedure:** Area to be treated : Whole brain field

The patient was brought to the linear accelerator.  The previously created immobilization mask was applied after positioning in the head rest .  Appropriate couch movements were made to place the isocenter, as marked on the mask, at the isocenter of the machine. Isocenter was visually verified by comparing digitally reconstructive radiographs with portal imaging.  Additionally, multileaf collimator positions were verified by comparing visually reconstructed radiographs from the planning CT scan with radiographs obtained by portal imaging.

**Physician's Signature:** Paul Rosenblatt, M.D.   4/23/2013 7:20:58 PM
*Electronically signed and approved*

*Pg 1*

Radiation Oncology • 4220 Harding Road, Nashville Tennessee 37205 • 615-222-6755•
The Saint Thomas Health Services ministry includes: Saint Thomas Hospital, Baptist Hospital, Middle Tennessee Medical Center and Hickman Community Hospital

Cardwell, Judy - BMR - 000385

 Saint Thomas Health

**Saint Thomas Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

Name: **CARDWELL, JUDY A**
MRN:   S-20218044
FIN:    S-2411826255
Admit Date:   4/11/2013
Dischg Dt:    4/16/2013
Sex:   Female              Age:47 years

---

### History and Physical

Performed information:
Sign information:

Shepard MD,Gregg (4/11/2013 21:17 CDT)
Shepard MD,Gregg (4/16/2013 20:45 CDT)

**HP**

SAINT THOMAS HOSPITAL
NASHVILLE, TENNESSEE

HISTORY AND PHYSICAL

PATIENT: CARDWELL, JUDY A              ADMITTED: 04/11/2013
MR #: 20218044                  ROOM: 210
FIN #: 2411826255

PHYSICIAN: GREGG SHEPARD, MD

PRIMARY ONCOLOGIST AND ATTENDING PHYSICIAN:  Dr. Gregg Shepard.

CHIEF COMPLAINT:  Neutropenic fever.

HISTORY OF PRESENT ILLNESS: The patient is a 47-year-old woman who has recently been diagnosed with widely metastatic breast cancer. She originally had bilateral breast cancer several years ago, and received surgery.  She recently developed back and rib pain, and abnormal liver function tests, and was found to have metastatic disease involving extensive skeletal disease and liver metastatic lesions as well as extensive recurrence in the left breast and axillary region with ulcerating skin involvement.  Several days ago, she was treated with first cycle of palliative chemotherapy with docetaxel, Herceptin, and Perjeta.  She initially tolerated it well.  She comes in today to the outpatient clinic for a followup experiencing what she describes as low-grade fevers for several days.  She has had increasing nausea, vomiting, and diarrhea over the last few days.  She continues to have some back pain.  She received her first cycle of palliative radiation yesterday.  In the clinic today, she was found to be somnolent and very globally weak.  She was found to have tachycardia with heart rate of 138, and temperature 101 degrees Fahrenheit.  Laboratory studies in the clinic showed a severe neutropenia with absolute neutrophil count of 0, total white cell count of about 1.0 with mild anemia and thrombocytopenia.  She was immediately arranged for hospital admission to the special care unit.

PAST MEDICAL HISTORY:
1.  Breast cancer as above.
2.  Recent Port-A-Cath placement.
3.  No other major medical problems.

MEDICATIONS AT HOME:
1.  Marinol 5 mg as needed.

Printed:  4/17/2013 18:39 CDT              Page 1 of 3              Request id:  24764281

Cardwell, Judy - BMR - 000386

 **Saint Thomas Health**

| | |
|---|---|
| **Saint Thomas Hospital** | **Name:** CARDWELL, JUDY A |
| **4220 Harding Rd** | MRN:  S-20218044 |
| **Nashville, TN 37205** | FIN:    S-2411826255 |
| **Phone: (615) 222-6605** | Admit Date:  4/11/2013 |
| | Dischg Dt:    4/16/2013 |
| | Sex:  Female            Age:47 years |

---

*History and Physical*

---

2. Compazine 10 mg as needed.
3. Calcium carbonate 600 mg with vitamin D one tablet 3 times a day.

FAMILY HISTORY: She is not aware of any immediate family members with immune disorders or breast cancer related illness.

SOCIAL HISTORY: The patient occasionally uses marijuana and denies alcohol. She is not working. She lives at home in Kentucky.

REVIEW OF SYSTEMS: Comprehensive review was obtained in 13 systems and is negative except as noted above, and for the fact that she has ongoing abdominal discomfort and sore throat.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature 101, blood pressure 125/77, and heart rate 130.
GENERAL: Acutely ill-appearing woman due to malaise, diffuse body aches, and somnolence. No respiratory distress.
HEAD, EYES, EARS, NOSE, AND THROAT: Normocephalic, atraumatic cranium. Sclerae anicteric. Mucous membranes slightly dry.
NECK: Supple. No mass or thyromegaly.
LYMPHATICS: No cervical or axillary lymphadenopathy palpable.
BREAST: Exam is deferred today.
SKIN: No rash or ecchymosis on exposed areas.
RESPIRATORY: Lungs are clear to auscultation and percussion bilaterally.
CARDIOVASCULAR: Tachycardic regular rhythm. Peripheral pulses, intact in the radial arteries.
ABDOMEN: Slightly tender diffusely to deep palpation, normal bowel sounds.
MUSCULOSKELETAL: No major joint deformities or focal bone tenderness.
NEUROLOGIC: Alert and oriented to person, place, and time, but falls asleep easily.

IMAGING AND LABORATORY STUDIES: As noted above.

Chest x-ray was pending at the time of the exam and admission, although chest x-ray has now been performed and reported, and shows no evidence of acute cardiopulmonary process with a right-sided Port-A-Cath that is in place in the SVC.

IMPRESSION AND PLAN:
1. Severe neutropenic fever with early sepsis as manifested by fever, tachycardia, somnolence. She will be admitted to the Special Care unit for cardiopulmonary monitoring and close attention. She will have neutropenic precautions.
2. Urine cultures will be obtained and followed. She will be treated at this point with single agent cefepime high-dose protocol. Certainly, if her condition worsens, we can add double coverage for Gram-negatives and vancomycin.
3. Dehydration and tachycardia. She will be given intravenous fluids and cardiac monitoring.

Cardwell, Judy - BMR - 000387


**Saint Thomas Health**

**Saint Thomas Hospital**
4220 Harding Rd
Nashville, TN 37205
Phone: (615) 222-6605

**Name:** CARDWELL, JUDY A
MRN:  S-20218044
FIN:    S-2411826255
Admit Date:   4/11/2013
Dischg Dt:    4/16/2013
Sex:  Female              Age:47 years

---

## History and Physical

4.  Nausea and vomiting refractory due to chemotherapy.  She will be given intravenous antiemetics as needed aggressively.

ETHICS:  Full code status at this time.

Gregg Shepard, MD

GS/810220
DD: 04/11/2013 07:54 PM CT
DT: 04/11/2013 09:14 PM CT
SJN: 64260084
DJN: 409774

*(Electronically Signed on 04/16/13 20:45)*

*Shepard MD, Gregg*

Cardwell, Judy - BMR - 000388

From: FAX     Page: 15/19     Date: 3/20/2013 9:23:08 AM
3/20/2013 9:10 AM   FROM: Fax Associates iN Physician Services   TO: 16162697086     PAGE: 015 OF 019

Page 1 of 2

**Progress Notes**

**Patient:** CARDWELL, JUDY
**DOB:** 03/22/1966  **Age:** 46 Y  **Sex:** Female
**Phone:** 270-784-1892
**Address:** 344 WEST CEDAR, FRANKLIN, KY-42134
**Pcp:** Roy D Reynolds, MD

**Provider:** Catherine Heitsley, MD
**Date:** 03/18/2013

---

**Subjective:**

**CC:**
1. BREAST CANCER FOLLOW UP PET SCAN RESULTS FROM GV .

**HPI:**
 HPI:
46-year-old white female diagnosed with breast cancer in the right breast in 1992. She was treated with a mastectomy and axillary node dissection. No adjuvent therapy was given. She then had disease found in the left breast. She had a left lumpectomy with radiation therapy at that time followed by 5 years of tamoxifen therapy. I do not have any of those records. She has been found to have recurrent breast cancer diagnosed in January 2013. PET scan shows uptake in several areas including the left breast, right and left axilla, lymph nodes in the mediastinum, multiple bones, and liver.

**ROS:**
General/Constitutional:
 Weight gain none. Weight loss none.
HEENT/Neck:
 Headache none. Eyes normal vision. Ears normal hearing. Mouth and Pharynx no bleeding gums, no sore throats, no hoarseness, no mucositis.
Endocrine:
 Tiredness none. Diabetes no.
Respiratory:
 Cough none. Hemoptysis none. Shortness of breath denies.
Cardiovascular:
 Chest pain none. Dizziness denies. High blood pressure none.
Gastrointestinal:
 Jaundice none. Liver Disorder none. Abdominal pain denies. Appetite change none. Blood in stool denies. Change in bowel habits none. Constipation denies. Diarrhea denies. Hematemesis none. Nausea none. Vomiting none.
Hematology:
 Abnormal bleeding none. Anemia none. Easy bruising none. Past transfusion none.
Women Only:
 Abnormal vaginal discharge none. Breast lumps or discharge see HPI. Hot flashes none.
Genitourinary:
 Dysuria denies. Kidney disease none. Urinary incontinence none. Urinary urgency none.
Musculoskeletal:
 Arthritis none. Muscle aches denies.
Dermatologic:
 Petechiae none. Bruising denies. Itching none . Rash none.
Neurologic:
 Balance difficulty none. Burning pain in feet denies. Burning pain in hands -denies. Confusion no. Headache denies. Insomnia none. Memory loss none. Peripheral neuropathy  denies. Seizures none.

**Medical History:** Breast cancer 1992, 2000 and 2013, Radiation therapy.

**Gyn History:**

**OB History:**

**Surgical History:** right mastectomy 1992, lumpectomy, left breast 2000, tonsillectomy , wisdom teeth extract , breast reconstruction 1993, breast implants .

**Family History:** Father: alive prostate cancer, cataracts Daughter(s): alive Mother: alive Siblings: deceased one deceased brother due to bone cancer age 29 1 brother(s) . 1daughter(s) - healthy.

**Social History:**
 Tobacco Use: : Smoking  Are you a: former smoker, How long has it been since you last smoked?  > 10 years.

3/20/2013

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000389

From: FAX    Page: 18/19    Date: 3/20/2013 9:23:08 AM
3/20/2013 9:10 AM  FROM: Fax Associates in Physician Services  TO: 16152637685    PAGE: 018 OF 019

Page 2 of 2

**Medications:** None
**Allergies:** Levaquin.

**Objective:**
**Vitals:** Ht 64, Wt 158, BMI 27.12, BP 96/62, RR 16, Temp 97.4, HR 78.
**Examination:**
 General Examination:
  GENERAL APPEARANCE: alert and oriented, no acute distress. EYES: eyes normal. HEENT: Head - normocephalic/atraumatic. ORAL CAVITY: normal. CARDIOVASCULAR: normal S1S2, no murmurs, click or rubs. RESPIRATORY: clear to auscultation. GASTROINTESTINAL: no hernias present, no masses palpated, no hepatosplenomegaly. NEUROLOGIC EXAM: alert and oriented x 3, no focal signs. EXTREMITIES: no clubbing, cyanosis, or edema. BREASTS: Skin changes on the left lower breast. LYMPH NODES: no cervical adenopathy, no supraclavicular node, no axillary adenopathy, no inguinal adenopathy.

**Assessment:**
**Assessment:**
1. Breast cancer - 174.9 (Primary)
Stage IV. Discussed at length with patient and her family. I would recommend treatment with Herceptin, Perjeta, Taxotere, and Zometa. Patient would like to be seen by oncologist in Nashville. We will make the referral.

**Plan:**
**Immunizations:**
**Therapeutic Injections:**
**Labs:**
**Preventive:**

**Follow Up:** refer to oncologist of her choice in Nashville.

**Provider:** Catherine Heitsley, MD
**Patient:** CARDWELL, JUDY  **DOB:** 03/22/1966  **Date:** 03/18/2013

C Heitsley MD

**Electronically signed by CATHERINE HELTSLEY MD, MD on 03/20/2013 at 08:53 AM CDT**
**Sign off status:** Pending

3/20/2013

Cardwell, Judy - BMR - 000390

From: FAX     Page: 12/19     Date: 3/20/2013 9:23:07 AM
3/20/2013 9:10 AM   FROM: Fax Associates IN Physician Services   TO: 16152697095   PAGE: 012 OF 018

Page 1 of 3

## Progress Notes

**Patient:** CARDWELL, JUDY
**DOB:** 03/22/1966  **Age:** 46 Y  **Sex:** Female
**Phone:** 270-784-1892
**Address:** 344 WEST CEDAR, FRANKLIN, KY-42134
**Pcp:** Roy D Reynolds, MD

**Provider:** Catherine Heltsley, MD
**Date:** 02/12/2013

### Subjective:

**CC:**
1. BREAST CANCER JESSEN.

**HPI:**
  HPI:
  46-year-old white female diagnosed with breast cancer in the right breast in 1992. She was treated with a mastectomy and axillary node dissection. No adjuvant therapy was given. She then had disease found in the left breast. She had a left lumpectomy with radiation therapy at that time followed by 5 years of tamoxifen therapy. I do not have any of those records. She has done well until a few months ago when she noticed some skin changes under the left breast. This was felt to be a staph infection and she has been taking antibiotic treatment for that. It has improved slightly. She then noticed some enlargement of left axillary lymph nodes and left supraclavicular lymph nodes. Dr. Jessen performed a biopsy of the mass under the left axilla on January 31 of 2013 and pathology revealed a poorly differentiated infiltrating ductal carcinoma. The tumor was ER positive, PR negative, and HER-2 positive. She denies any weight loss. She had some pain under the left axilla but currently is pain free.

**ROS:**
  General/Constitutional:
  Weight gain none. Weight loss none.
  HEENT/Neck:
  Head no headache, no dizziness, no syncope, no unconscious. Eyes normal vision, no drainage, no injury, no infection. Ears no discharge, no earaches, normal hearing, no tinnitus, no Hx of Perforation. Nose and Sinuses no stuffiness, no discharge, no sinus pain, no nosebleeds, no hay fever. Mouth and Pharynx no bleeding gums, no dry mouth, no sore throats, no hoarseness.
  Endocrine:
  Nail changes none. Diabetes no. Craving sweets none. Craving sours none. Cold intolerance none. Excessive thirst none. Excessive urination none. Hair changes none. Heat intolerance none. Hot flashes none. Poor libido none. Skin changes none.
  Respiratory:
  Pneumonia none. Bronchitis none. Pleurisy none. Cough none. Hemoptysis none. History of asthma/chronic obstructive pulmonary disease (COPD) none. Shortness of breath none. Sputum clear. Wheezing none.
  Cardiovascular:
  Thrombosis none. Chest pain none. Dyspnea on exertion none. High blood pressure none. Known coronary artery disease none. Leg edema none. Murmurs none. Orthopnea none. Palpitations none. PND (paroxysmal nocturnal dyspnea) none. Varicose veins none.
  Gastrointestinal:
  Jaundice none. Liver Disorder none. Gallbladder Disorder none. Collitis none.
  Hematology:
  Abnormal clotting none. Abnormal bleeding none. Anemia none. Easy bleeding none. Easy bruising none.
  Women Only:
  Discharge none. Breast Breast Cancer. Hx of Abnormal Pap Smear none. Hx of Abnormal GYN Pathology none.
  Genitourinary:
  Infection none. Blood in urine none. Frequent Nighttime Urination none. Kidney stones none. Obstructive symptoms none. Urinary frequency none. Urinary incontinence none.
  Musculoskeletal:
  Thoracic Lumbar Spine pain none. Injuries none. Arthritis none. Joint pain none. Joint stiffness none. Joint swelling none. Leg cramps none. Muscle aches none. Neck pain none.
  Dermatologic:
  Petechiae none. Abrasion none. Acne none. Dry or sensitive skin none. Ecchymoses none. Eczema none. Itching none. Laceration none. Mole none. Psoriasis none. Rash none. Skin ulcer none. Tick bite none.

3/20/2013

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX     Page: 13/18     Date: 3/20/2013 9:23:07 AM
3/20/2013 9:10 AM  FROM: Fax Associates IN Physician Services  TO: 16152697035    PAGE: 013 OF 019

Page 2 of 3

<u>Neurologic:</u>
Fainting none. Headache none. Loss of consciousness none. Memory loss none. Paralysis none. Seizures none.
<u>Psychiatric:</u>
Anxiety none. Depression none. Sleep disturbances none.

**Medical History:** Breast cancer 1992, 2000 and 2013, Radiation therapy.
**Gyn History:**
**OB History:**
**Surgical History:** right mastectomy 1992, lumpectomy, left breast 2000, tonsillectomy , wisdom teeth extract , breast reconstruction 1993, breast implants .
**Family History:** Father: alive prostate cancer, cataracts Daughter(s): alive Mother: alive Siblings: deceased one deceased brother due to bone cancer age 29 1 brother(s) . 1daughter(s) - healthy.
**Social History:**
<u>Tobacco Use:</u> ; Smoking  Are you a: former smoker, How long has it been since you last smoked?  > 10 years.
<u>Drug/Alcohol:</u> Drugs  Do you Use Drugs?  No. Alcohol  Points  1, Interpretation  Negative.
**Medications:** None
**Allergies:** Levaquin.

**Objective:**
**Vitals:** Ht 64, Wt 154, BMI 26.43, BP 132/84, RR 16, Temp 97.8, HR 80.
**Examination:**
<u>General Examination:</u>
GENERAL APPEARANCE: well developed and well nourished, alert and oriented, , Build: average. FACE: normal. EYES: pupils, equal, round, reactive to light and accomodation (PERRLA). HEENT: HEAD: atraumatic, normocephalic, normal mobility of tympanic membranes pearly bilaterally, EYES: clear conjuctiva, Extra Ocular Muscles (EOM) are full, without nystagmus,nose clear, Oropharynx clear with moist mucous membranes , pharynx and tonsils normal. ORAL CAVITY: Mallampatti __ configuration of soft palate , ORAL MUCOSA:, dentition, tongue, oral mucosa normal, LIPS:, moist lips, . NECK/THYROID: no lymphadenopathy, no jugular venous distention (JVD), no carotid bruit, no thyromegaly. CARDIOVASCULAR: normal S1S2,heart sounds are normal, rhythm is regular, no murmur,gallops, rub or clicks, . CHEST: no tenderness on chest wall. RESPIRATORY: good air entry bilaterally, clear to auscultation and percussion. GASTROINTESTINAL: non-tender, no organomegaly, bowel sounds are normal, no hepatosplenomegaly. NEUROLOGIC EXAM: no focal signs. SKIN normal, no rash. EXTREMITIES: no clubbing, cyanosis, or edema. PERIPHERAL PULSES: normal (2+) bilaterally, x 4 extremities . BACK: normal, nontender. BREASTS: Reconstruction on the right. Left breast also has an implant and appears distorted. She has erythema under the left breast.. GENITOURINARY: not examined. MUSCULOSKELETAL: normal. LYMPH NODES: No palpable adenopathy. RECTAL not examined. PSYCH affect normal. LAB TESTS REVIEWED All test results to date reviewed with the patient and counselled regarding therapeutic recommendations and options.. DIAGNOSTIC TESTS REVIEWED All tests reviewed with patient &/ or family.

**Assessment:**
**Assessment:**
1. Breast cancer - 174.9 (Primary)
Patient with recurrent breast cancer. Will need to complete staging. Will obtain PET scan. Patient will not obtain insurance until March 1 and requests that we wait until that date for doing further testing.

**Plan:**
**Immunizations:**
**Therapeutic Injections:**
**Diagnostic Imaging:** PET/CT Scan, Whole Body
**Labs:**
**Preventive:**

3/20/2013

Cardwell, Judy - BMR - 000392

From: FAX       Page: 14/19      Date: 3/20/2013 9:23:07 AM
3/20/2013 9:10 AM  FROM: Fax Associates iN Physician Services  TO: 16162697085    PAGE: 014 OF 019

. Page 3 of 3

**Follow Up:** return after PET scan for results and treatment planning.

**Provider:** Catherine Heltsley, MD
**Patient:** CARDWELL, JUDY  **DOB:** 03/22/1966  **Date:** 02/12/2013

*C Heltsley MD*

**Electronically signed by CATHERINE HELTSLEY MD, MD on 03/20/2013 at 08:53 AM CDT**
**Sign off status: Pending**

3/20/2013

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000393

From: FAX     Page: 17/19     Date: 3/20/2013 9:23:09 AM
3/20/2013 9:10 AM  FROM: Fax Associates in Physician Services  TO: 16152607085     PAGE: 017 OF 019

2/4/2013 10:48 AM  FROM: Fax Jessen Surgical Inc  TO: 270-756-8358     PAGE: 002 OF 004

Page 1 of 3



# Cardwell, Judy A

46 Y old Female, DOB: 03/22/1966
344 West Cedar Street, Franklin, KY-42134
Home: 270-784-8292
Guarantor: Cardwell, Judy A
Referring: Roy Reynolds, MD
Appointment Facility: Jessen Surgical Inc

01/29/2013

**Progress Notes: Mark Jessen, M.D.**

## Current Medications
Naprosin
Medication List reviewed and reconciled with the patient

## Past Medical History
Cancer Breast,
Breast Cancer.
Ductal carcinoma in situ or Lobular carcinoma in situ.

## Surgical History
breast biopsy
breast implants
mastectomy, right

## Family History
Anybody: Breast Cancer

## Social History
Alcohol Use: Occasional.
No Recreational drugs.
Tobacco Use  Are you a: former smoker, How long has it been since you last smoked? > 10 years.

## Allergies
Levaquin

## Review of Systems
General/Constitutional:
    Fever No. Weight loss Yes.
Allergy/Immunology:
    Hives No. Latex allergy No. Lupus No.
Ophthalmologic:
    Do you use corrective lenses/glasses? Yes. Blurred vision No.
ENT:
    Decreased hearing No. Difficulty swallowing No.
Endocrine:
    Thyroid Problems? No. Cold intolerance No. Excessive thirst No. Heat intolerance Yes.
Respiratory:
    Asthma No. Shortness of breath No. Cough No.
Cardiovascular:
    Heart disease No. Chest pain at rest No.

## Reason for Appointment
1. node on L axilla- breast cancer in 2000

## History of Present Illness
Duration:
    Duration Days.
Context:
    Context Her doctor sent her. Patient reports she has had bilateral breast cancer. On the left side she had mastectomy with reconstruction and saline implant, which included lymph node removal. ON the right side she says she had lumpectomy with radiation and subsequently had an implant placed as well. She has not had a mammogram in three years she states. She reports that she has noted lymph nodes over last few weeks in axilla and Left neck. She states that originally the lymph node in the axilla was larger but has gone down some. The lymph nodes in the neck area new.
Severity:
    Severity Large.
Quality:
    Quality Tender.
Timing:
    Timing Constant.
Location:
    Location Left Axillary area.

## Vital Signs
BP 120/66, Wt 152.4, Ht 5 ft 6 in, BMI 24.60.

## Examination
General Examination:
    GENERAL APPEARANCE: in no acute distress.
    HEAD: atraumatic, normocephalic.
Ophthalmology:
    Inspection Normal. SCLERA: anicteric.
ENT:
    Inspection Normal.
Neck:
    Inspection Normal. palpation nontender neck masses left with palpable lymph nodes which appear quite solid to palpation.
Respiratory:
    Inspection No respiratory distress, Clear to auscultation.
Heart:

---

Patient: Cardwell, Judy A  DOB: 03/22/1966  Progress Notes: Mark Jessen, M.D.  01/29/2013
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000394

From: FAX      Page: 18/19      Date: 3/20/2013 9:23:09 AM

3/20/2013 9:10 AM  FROM: Fax Associates iN Physician Services   TO: 16152697695      PAGE: 019 OF 019

2/4/2013 10:46 AM  FROM: Fax Jensen Surgical Inc  TO: 276-786-9653      PAGE: 003 OF 004

Page 2 of 3

Irregular heartbeat No.
**Gastrointestinal:**
  Abdominal pain No. Blood in stool No.
Constipation No. Diarrhea No.
**Hematology:**
  Easy bruising Yes. Prolonged
bleeding No. Swollen glands Yes.
**Genitourinary:**
  Difficulty urinating No. Frequent
urination No.
**Musculoskeletal:**
  Painful joints No. Sciatica No.
**Skin:**
  Itching No. Rash Yes.
**Neurologic:**
  Dizziness No. Headache No.
**Psychiatric:**
  Depression No. Anxiety No.

  Heart: regular rate and rhythm, no murmur, no rub, no gallop.
**Abdomen:**
  Abdomen soft, non-tender, no mass.
**Rectal:**
  RECTAL EXAM: Not performed at this time.
**Back:**
  BACK: normal exam of spine.
**Dermatology:**
  Skin normal color, no rash, warm, dry.
**Extremities:**
  Extremities Full range of motion, Without edema.
**Psychiatry:**
  AFFECT; appropriate, MOOD; Normal,
**Genitalia:**
  Genitalia Not performed at this time.
**Neurological:**
  Neurological alert and oriented x3, sensory/motor exam grossly intact.
**Breast:**
  RIGHT Breast Finding #1: - well healed incision Implant noted.
LEFT Breast Finding #1: - well healed incision, Implant noted, redness
near ulceration with changes and firmness diffusely in lower breast
which is of concern. Very firm tissue and findings are worrisome and
not obviously infectious in nature.
**Axille:**
  Axilla No palpable lymph nodes noted right. Mass on left
ultrasound was used to assist my physical exam.
**Nipple:**
  Inspection Normal inspection.

**Assessments**
1. Enlargement of lymph nodes - 785.6 (Primary), Left axilla, Left
supraclavicular area
2. Lump or mass in breast - 611.72, Mass at 2:00 at junction of breast
and axilla
3. Malignant neoplasm of breast (female), unspecified site - 174.9
4. Other sign and symptom in breast - 611.79, Left
5. Breast replaced by other means - V43.82

**Treatment**
1. Enlargement of lymph nodes
Ultrasound Guided Biopsy - We discussed u/s guided biopsy in detail.
The patient was given a handout and all questions were answered. The
risks of bleeding, infection and other possible complications were
discussed. The patient also understands the possibility that an open
operation could be required depending on the biopsy results. The
patient has agreed for us to proceed with the procedure. She
understands that my main concern is that of secondary breast cancer in
her lymph nodes and we need to biopsy these to rule that out.

2. Others
Gave patient us guided biopsy sheet.

**Procedures**

Patient: Cardwell, Judy A  DOB: 03/22/1966  Progress Note: Mark Jensen, M.D.  01/29/2013
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.1.10:8080/mobiledoc/jsp/catalog/xml/GetFaxHTMLDoc.jsp?logid=7756      2/4/2013

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX     Page: 19/19     Date: 3/20/2013 9:23:09 AM
3/20/2013 9:10 AM  FROM: Fax Associates IN Physician Services  TO: 16152697085   PAGE: 019 OF 019

2/4/2013 10:46 AM  FROM: Fax Jessen Surgical Inc  TO: 270-781-8658   PAGE: 004 OF 004

Page 3 of 3

**Breast Ultrasound:**
Indication for Procedure Mass Left axilla.
Procedure Ultrasound of the Breast with Sonosite S Woman's
Health using a HFL50x/15-6 MHZ Transducer.
Findings A mass was noted and measured 1.98 by 1.83 by 2.05 cm.
Shape Irregular.
Orientation Parallel ("wider than tall").
Margin Somewhat Indistinct with transition to normal tissue
noted.
Lesion Boundary There was no sharp demarcation between the
mass and the surrounding tissue.
Echo Pattern Complex.
Posterior Acoustic Features Shadowing (decreased Posterior
Echoes).
Edge Shadowing None.
Vascularity Present in Lesion.
Special Cases Axillary Lymph Node.
Assessment Suspicious Axillary Lymph Node possibly secondary
malignancy from breast. Will require biopsy for clarification. Mass at
junction of axilla and breast 2:00 position.

**Procedure Codes**
76645 Ultrasound image documentation

**Follow Up**
2 Days

Electronically signed by Mark Jessen , MD on 01/29/2013 at
07:19 PM CST

**Sign off status: Completed**

Jessen Surgical Inc
1326 Andrea St
Bowling Green, KY 421043334
Tel: 270-781-1588
Fax: 270-781-1598

Patient: Cardwell, Judy A   DOB: 03/22/1966   Progress Note: Mark Jessen, M.D.   01/29/2013
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.1.10:8080/mobiledoc/jsp/catalog/xml/GetFaxHTMLDoc.jsp?logid=7756     2/4/2013

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000396

From: REMOTE REPORT DISTRI    Page: 2/2    Date: 10/24/2014 9:15:19 PM

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Road
Nashville, TN 37205
Phone: (615) 222-2111

**Name: CARDWELL, JUDY ALENE**
Birth Date: 3/22/1966
MRN:      S-20218044
FIN:      S-2413987871
Sex:      Female
Age:      48 years

---

## *Diagnostic Xray*

| Accession number: | Exam Date/Time: — | Ordering Physician:— | PROCEDURE |
|---|---|---|---|
| XR-14-0152768 | 10/24/2014 20:02 CDT | Motyka MD,Tracy Marie | XR Chest PA Lateral |

**Reason For Exam**
(XR Chest PA Lateral) cough

**Report**
PROCEDURE:  PA AND LATERAL CHEST

TECHNIQUE:  PA and lateral chest radiographs were obtained. CPT 71020

HISTORY:  Flu Symptoms + cough

COMPARISONS:  May 5, 2014.

FINDINGS:

Heart:  Normal.
Mediastinum/Vessels:  Normal.
Lungs/Pleural space:  Normal.
Bony thorax: No acute osseous abnormality. RIGHT axillary node dissection.
RIGHT Port-A-Cath is unchanged

IMPRESSION:  No acute infiltrate or heart failure.


ws:PMRTNRDWIN7C39E

Electronically Signed By IANTHA HARNEY on 2014-10-24 21:01 CTZ
Call me with questions at my direct line (615)986-6098

Shepard MD,Gregg                            Page 1 of 1                    REQ ID: 46715750
4220 Harding Road                                                          10/24/2014 21:12 CDT
S & E Bldg, Suite 200
Nashville, TN 37205-

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000397

From: REMOTE REPORT DISTRI     Page: 2/3     Date: 10/15/2013 1:05:57 PM

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Road
Nashville, TN 37205
Phone: (615) 222-2111

Name: **CARDWELL, JUDY A**
Birth Date: 3/22/1966
MRN:     S-20218044
FIN:     S-2412497212
Sex:     Female
Age.     47 years

## MRI

| Accession number: | Exam Date/Time: | Ordering Physician: | PROCEDURE |
|---|---|---|---|
| MR-13-0012362 | 10/15/2013 12:17 CDT | Shepard MD;Gregg | MRI Brain W/WO |

**Reason For Exam**
(MRI Brain W/WO) breast cancer

**Report**
PROCEDURE: MRI BRAIN WITHOUT AND WITH CONTRAST

TECHNIQUE: Magnetic resonance imaging of the brain was performed before
and after the IV injection of paramagnetic contrast. CPT 70553

HISTORY: 174.9 breast cancer; 198.3 SECONDARY BRAIN CANCER

COMPARISONS: MRI brain June 24, 2013 .

FINDINGS: No acute ischemia or hemorrhage. Redemonstrated 4 mm enhancing
nodule in the RIGHT pons at the level of the middle cerebellar peduncle
that is associated with persistent nonspecific abnormal T2
hyperintensity that extends posteriorly through the RIGHT middle
cerebellar peduncle. Redemonstrated 3 mm enhancing nodule approximating
the RIGHT dentate nucleus. Prior exam revealed a 4 mm nodule in the
posterior RIGHT cerebellar hemisphere which is currently not clearly
delineated. It is possible that the nodule is obscured by phase encoding
artifact or obviated secondary to slice selection. No additional new
suspicious enhancement is delineated. Nonspecific T2 hyperintensities in
the white matter tracts. No hydrocephalus or midline shift. No acute
extra-axial abnormality. The orbital globes and retrobulbar structures
appear grossly unremarkable. Clear paranasal sinuses. Persistent marked
inflammatory changes to the temporal mastoids. Flow-voids are maintained
within the major intracranial arterial branch segments. Midline sagittal
structures are grossly unremarkable. The calvarium and superficial soft
tissues are grossly unremarkable.

IMPRESSION:
1. Stable.
2. Redemonstration of 2 enhancing nodules in the posterior fossa on the
RIGHT. Enhancing nodules are associated with abnormal T2 hyperintensity.
Presumed metastatic deposits given the history of breast carcinoma.
Additional neoplastic processes are possible. Resolution of enhancement
in regions of subacute ischemic parenchyma would be expected given the
timeframe between the current and most recent prior exam. Prior exam
revealed a third enhancing nodule in the posterior aspect of the RIGHT
cerebellar hemisphere. The third nodule is not currently delineated. It
may be obscured secondary to artifact. Query prior treatment? Recommend
continued MR surveillance.
3. No acute ischemia or hemorrhage.

Shepard MD;Gregg                          Page 1 of 2
4230 Harding Rd.
Suite 707
Nashville, TN 37205-

REQ ID: 31605757
10/15/2013 13:03 CDT

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

2018/09/13 10:11:12    75  /420

From: REMOTE REPORT DISTRI      Page: 3/3      Date: 10/15/2013 1:05:57 PM

 **Saint Thomas Health**

**Saint Thomas West Hospital**
4220 Harding Road
Nashville, TN 37205
Phone: (615) 222-2111

Name: CARDWELL, JUDY A
Birth Date:  3/22/1966
MRN:      S-20218044
FIN:       S-2412497212
Sex:      Female
Age:      47 years

| MRI | | | |
|---|---|---|---|
| Accession number: | Exam Date/Time: | Ordering Physician: | PROCEDURE |
| MR-13-0012352 | 10/15/2013 12:17 CDT | Shepard MD,Gregg | MRI Brain W/WO |

**Report**
4. Redemonstration of nonspecific white matter disease, both supra-and infratentorially.
5. Persistent severe inflammatory changes to the temporal mastoids.

we:UV0430

Electronically Signed By JEFFREY WILLIAMS on 2013-10-15 12:52 CTZ
Call me with questions at my direct line (615)986-6402

Shepard MD,Gregg                    Page 2 of 2                REQ ID: 31605757
4230 Harding Rd.                                              10/15/2013 13:08 CDT
Suite 707
Nashville, TN 37205-

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

2018/09/13 10:11:12    76  /420

MRI Brain Lab With                           CARDWELL, JUDY A - S-20218044

* Final Report *

# * Final Report *

**Reason For Exam**
198.3

**Report**
PROCEDURE: MRI BRAIN WITH CONTRAST FOR IMAGE-GUIDED SURGERY PER BRAINLAB
PROTOCOL

TECHNIQUE:  Magnetic resonance imaging of the head was performed following
the intravenous administration of paramagnetic contrast and with fiducial
reference markers using standard pulse sequences. The source images were
archived and submitted as a single series for surgical planning.  CPT 70552

HISTORY:    198.3 BRAIN METS + 198.3. Acquired for image-guided surgery

COMPARISONS:  None .

FINDINGS:

Ill-defined area of enhancement is noted in the RIGHT middle cerebral peduncle
measuring approximately 7 x 7 mm the with the surrounding edema extending
laterally. Edema measures approximately 2.6 x 0.5 cm the anteriorly and shows
a tapered appearance laterally. There is a also 3 mm nodular area of edema
anteriorly.
 Inferior medial RIGHT cerebellar hemisphere shows a 5 mm focal area of the
faint enhancement and nodularity

Supratentorial of cortex appears normal. Ventricles are normal in size and
midline.

There is fluid density in the mastoid air cells bilaterally

Sella and parasellar soft tissues appear normal. Ventricles are normal in
size and midline.. There are small areas of encephalomalacia noted posterior
to the fourth ventricle bilaterally, LEFT greater than RIGHT.

 Mild nasal septal deviation to the RIGHT

Impression:

Printed by:    Shepard MD, Gregg                        Page 1 of 2
Printed on:    06/28/2013 09:51                          (Continued)

MRI Brain Lab With                          CARDWELL, JUDY A - S-20218044

* Final Report *

1. 2 enhancing lesions in the RIGHT middle cerebellar peduncle and inferomedial
RIGHT the cerebellar hemisphere, suspicious for neoplasm. There is an extensive
edema with the mild nodularity in the RIGHT middle cerebellar peduncle.
2. Chronic bilateral mastoiditis
3. No acute intracranial abnormality
4. Small areas of encephalomalacia posterior to the fourth ventricle bilaterally,
LEFT greater than RIGHT. Findings are nonspecific and Differential diagnosis
includes treated metastatic disease and postischemic change.

ws:PCS-READING

Electronically Signed By MICHAEL METZMAN on 2013-06-24 14:45 CTZ
Direct Line (615)986-6108

**Completed Action List:**
* Order by Rosenblatt MD, Paul A on 24 June 2013 12:51
* Perform by Holden, Tara M on 24 June 2013 13:32
* VERIFY by Metzman MD, Michael S on 24 June 2013 14:45

| | |
|---|---|
| Result Type: | MRI Brain Lab With |
| Result Date: | 24 June 2013 13:32 |
| Result status: | Auth (Verified) |
| Result Title: | MRI Brain Lab With |
| Performed By: | Holden, Tara M on 24 June 2013 13:32 |
| Verified By: | Metzman MD, Michael S on 24 June 2013 14:45 |
| Encounter info: | S-2411957384, ST. THOMAS, Outpatient, 06/24/2013 - 06/24/2013 |

| | | |
|---|---|---|
| Printed by: | Shepard MD, Gregg | Page 2 of 2 |
| Printed on: | 06/28/2013 09:51 | (End of Report) |

Cardwell, Judy - BMR - 000401

From: REMOTE REPORT DISTRI    Page: 3/4    Date: 3/28/2013 3:04 37 PM

Patient Name: CARDWELL, JUDY A
Date of Birth: 3/22/1966

MRN: B-009239567; S-20218044
FIN: S-2411763431

* Auth (Verified) *

 **Saint Thomas Hospital**
We're here for life.

**Saint Thomas Hospital**
4220 Harding Rd. Nashville, TN 37205

 ICAEL

## Full Echocardiogram Report
### Name: CARDWELL, JUDY A   ID: 20218044

**Age:** 47
**DOB:** 03/22/1966
**Referring:** Ordering: Gregg Shepard

**Study Date:** 03/28/2013 1:10:51 PM
**Priority:** routine
**In/out:** Out
**Location:** St. Thomas Hospital Room Outpatient

**Staff:** Tec: JA

### Conclusion

- Normal left ventricular systolic function. LVEF=55 %.
- Normal right ventricular size with normal function.

### Interpretation Detail

**Gen:** 2D echocardiogram, M-mode, Doppler and color Doppler performed per protocol. Study is diagnostic for the question posed. Technically difficult study due to breast implant.

**Hist:** Right mastectomy 1992 for breast CA, left lumpectomy/partial mastectomy for breast CA 2000, bilateral breast implants

**Ind:** Breast CA, stage 4, with mets to bone

**LV:** The left ventricle is normal in size with normal systolic function. The ejection fraction is 55 %. The left ventricular regional wall motion is grossly normal. Limited views of ventricular wall motion without apical views obtained due to patient discomfort.

**LA:** The left atrium is normal. Anterior-posterior: 3.3 cm.

**RV:** The right ventricle is normal in size with normal function.

**RA:** The right atrium is not well seen.

**MV:** The mitral valve is normal. There is no mitral regurgitation.

**AV:** The aortic valve is normal and trileaflet. There is no aortic regurgitation.

**TV:** The tricuspid valve is normal. There is trace tricuspid regurgitation. The PASP is normal. PASP= 29 mmHg, estimated RAP=15mmHg.

**PV:** The pulmonic valve is normal. There is no pulmonic regurgitation. Pulmonary acceleration time= 137 ms.

**Peri:** There is no evidence of a pericardial effusion.

**PA:** The pulmonary artery is normal.

**IAS:** The interatrial septum is not well seen, but probably normal.

**Ao:** The aortic root is normal. The aortic arch has no coarctation. Aortic dimension - Ao M-mode= 2.6cm.

**Cava:** The inferior vena cava is mildly dilated. There is less than 50% inspiratory collapse of the IVC.

**Misc:** Patient experienced a significant burning sensation and pain when apical view attempted. Lower left breast/mound has purple, abraded-like area; therefore, apical attempts suspended.

**Wall Motion Diagram**

### Vitals

| | | |
|---|---|---|
| Ht 64in | HR Rhy | Normal sinus |
| Wt 154lbs | T 8MI | |
| BSA 1.79 | BP/ | |

### Measurements

**LV Walls**
IVSd: 1cm   0.6-1.2cm
PWd: 1cm   0.6-1.1cm

**LV Mass**
Linear: 108g

**LV Chamber**
LVIDd: 3.6cm   3.7-5.6 cm
LVIDs: 2.5cm   1.8-4.2 cm
RWT: 0.56   <0.42

**LV Systolic Function**
FS: 31 %
EF: 55 %   >50%
RV free wall
thk:

ID: 20218044 FIN: 2411763431
Performed: 03/28/2013 13:10:51 Type: Echo Final Report

CARDWELL, JUDY A

p. 1/2

Facility: ST. THOMAS

Page 2 of 3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000402

From: REMOTE REPORT DISTRI     Page: 4/4     Date: 3/28/2013 3:04:37 PM

Patient Name: CARDWELL, JUDY A                                    MRN: B-009239587, S-20218044
Date of Birth: 3/22/1956                                         FIN: S-2411763431

* Auth (Verified) *

Echocardiogram • Name: CARDWELL, JUDY A ID: 20218044 Study Date: 03/28/2013 1:10:51 PM



Dr W. Evans Kemp, MD
This document was electronically signed by Dr. W. Evans Kemp MD on Thursday, March 28, 2013 2:50 PM
(Central Standard Time)

ID: 20218044 FIN: 2411763431              CARDWELL, JUDY A              p. 2/2
Performed: 03/28/2013 13:10:51 Type: Echo Final Report

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000403

From: FAX     Page. 10/19   Date: 3/20/2013 9:23:06 AM
3/20/2013 9:10 AM  FROM: Fax Association IN Physician Services  TO: 16162697095     PAGE: 010 OF 019

Date 3/14/2013 Time 3 18:14 PM                    Greenview Regional Hospital                              Page 2 of 4

**Greenview Regional Hospital**
1801 Ashley Circle
Bowling Green, KY  42102

**PHONE #:** (270) 793-2023
**FAX #:** (270) 793-2270

Name: CARDWELL,JUDY A.
Phys: Heltsley,Catherine G.
DOB: 03/22/1966   Age: 46     Sex: F
Acct: AA08D6806832  Loc: AA.NM
Exam Date: 03/14/2013 Status: REG CLI
Radiology No: 00240981
Unit No: AA00088931

**EXAMS:**
  000653129 PET/CT SKULL TO MD THIGH 78815

Positron Emission Tomography/CT

**History:**
Breast cancer.

**Comparison:**
None.

**Technique:**
The patient received an intravenous dose of 13.3
mCi of Fluorine-18 fluorodeoxyglucose (FDG).  Positron emission
tomographic (PET) images as well as contemporaneous low dose
noncontrast CT images were then acquired from the skull base through
the mid thigh after a one hour delay.
A combined PET/CT scanner unit was employed with attenuation -
corrected
PET and CT images digitally fused for display.

**Findings:**
CT imaging shows surgical change from right mastectomy with saline
implants bilaterally. There is extensive mass involvement of most of
the breast tissue on the left with associated marked abnormal FDG
accumulation. There is also large lymph node mass in the left axilla
with marked abnormal FDG accumulation with multiple enlarged lymph
nodes extending to the subpectoral region. There are several mildly
enlarged lymph nodes in the subpectoral region on the right which also
show abnormal FDG accumulation. There is metastatic involvement of the
humeral heads and the clavicles syndesmosis capillary and all visible
ribs as well as the entire thoracic spine in the sternum. There are
numerous metastatic lesions in the pelvis including the iliac bones
and sacrum and there are multiple metastatic lesions in the femurs
bilaterally. There are a few small mildly prominent lymph nodes in
retroperitoneum which also are likely metastatic and there are
prominent lymph nodes in the groins with associated abnormal FDG
accumulation. There is extensive metastatic disease scattered
throughout the liver.

**Impression:**
1. Large malignant mass in the left breast with extensive metastatic
disease in the axilla.
2. Metastatic lymph nodes in the right axilla, retroperitoneum, middle
mediastinum and inguinal canals.

PAGE  1                     Radiology Report           (CONTINUED)

From: FAX     Page: 11/19     Date: 3/20/2013 9:23:08 AM
3/20/2013 9:10 AM  FROM: Fax Associates IN Physician Services  TO: 16182697085   PAGE: 011 OF 019

Date 3/14/2013 Time 9:10:13 PM                      Greenview Regional Hospital                            Page 3 of 3

Greenview Regional Hospital        Name: CARDWELL,JUDY A
1801 Ashley Circle                 Phys: Heltsley,Catherine G.
Bowling Green, KY  42102           DOB: 03/22/1966   Age: 46      Sex: F
                                   Acct: AA0806804812  Loc: AA.NM
PHONE #: (270) 793-2023            Exam Date: 03/14/2013 Status: REG CLI
FAX #: (270) 793-2270              Radiology No: 00240981
                                   Unit No: AA00088931


EXAMS:
   000653129 PET/CT SKULL TO MD THIGH 78815
     <Continued>

   3. Nearly diffuse osseous metastasis sparing the cervical spine and
   visible skull and facial bones is most distal humeri.
   4. Extensive hepatic metastatic disease.


** Electronically Signed by DR. KEVIN BURNER on 03/14/2013 at 1733 **
            Reported and signed by: DR. KEVIN BURNER


CC: Dr Catherine G. Heltsle; Roy Reynolds, M.D.

Dictated Date/Time: 03/14/2013 (1730)
Technologist: TODD WADDELL RT(R)
Transcribed Date/Time: 03/14/2013 (1733)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 03/14/2013 (1733)
Orig Print D/T: S: 03/14/2013 (1739)
                              BATCH NO: N/A

PAGE  2                    Radiology Report

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000405

2013-12-18 07:40          Data Entry 1          6152626449 >>                    P|4/7



# TENNESSEE DEPARTMENT OF HEALTH

## DIVISION OF LABORATORY SERVICES

David L. Smalley, PhD., M.S.S., BCLD/PHLD (ABB), Director
Nashville Central Laboratory
Nashville, TN 37243
615-262-6300

Yorke D. Young, MD, Director
Knoxville Regional Laboratory
Knoxville, TN 37920
865-549-5201

Jackson Regional Laboratory
Jackson, TN 38301
731-426-0986

Pamela T. Osborne, MD, Director
Shelby County Health Department Laboratory
Memphis, TN 38105
901-544-7555

---

Date Reported: 12/17/2013

## FINAL REPORT

Accession #: N13V003109

Page 1 of 2

Patient Name: CARDWELL, JUDY A
Date of Birth: 3/22/1968        Sex: Female
Patient ID:
Medical Record No.:
Specimen Type: Nasopharyngeal
Specimen Source: Nose (Nasal Passage)
Date Collected: 12/12/2013
Date Received: 12/13/2013
Date of Onset:

Race: White
Ethnicity: Non Hispanic
Provider:
St. Thomas West Hospital
P.O. BOX: 380
Nashville, TN 37202

County: Out of State
Region: Out of State
Patient Address:
344 West Cedar St
Franklin, KY 42134

Casik:

*MR  20218044*

*Acc# 13-346-01611*

*Dr. Gregg Shepard*

---

## Respiratory Virus Panel

**Influenza A Results: DETECTED**
Influenza A H1 Seasonal Results: Not Detected
Influenza A H3 Seasonal Results: Not Detected
**Influenza A H1N1 pandemic Results: DETECTED**
Influenza B Results: Not Detected
Respiratory syncytial virus A Results: Not Detected
Respiratory syncytial virus B Results: Not Detected
Parainfluenza 1 Results: Not Detected
Parainfluenza 2 Results: Not Detected
Parainfluenza 3 Results: Not Detected
Parainfluenza 4 Results: Not Detected
Metapneumovirus Results: Not Detected
Rhinovirus Results: Not Detected
Adenovirus B Results: Not Detected
Adenovirus C Results: Not Detected
Adenovirus E Results: Not Detected
Coronavirus 229E Results: Not Detected
Coronavirus NL63 Results: Not Detected
Coronavirus HKU1 Results: Not Detected
Coronavirus OC43 Results: Not Detected

Performing Location: Nashville

Reference Range: Not Detected

Disclaimer:
    This assay is performed for epidemiological surveillance participants only and is not intended for patient care
    determinations. Parainfluenza 4, Adenovirus B, Adenovirus E and the Coronavirus targets are not FDA approved.

ATTN: Laboratory
St. Thomas West Hospital
4220 Harding Road
P.O.Box 380
Nashville, TN 37202

Cardwell, Judy - BMR - 000406

2018/09/13 10:11:12    83  /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:**  Judy A Cardwell                                                **MRN#:**  332012
**DOB:**  Mar 22, 1966                                         **Physician:** Gregg C Shepard, M.D.

**Date of Call:** Oct 24, 2014   **Time of Call:**  10:38PM

**Dx:**  Primary 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+, Diagnosed 1992  (Progressed)       **Allergies:**  Levaquin
Phenergan

**Regimen Name:**  Perjeta 420/Herceptin 6/Taxotere 75          **Date of last Chemo Treatment:**  Oct 07, 2014

### TNONC Nursing On-Call Questionnaire

Attending Provider     (R-Z): -  Gregg Shepard, MD
Caller Name (if other than patient): -  Regina at St. Thomas West
Relationship to Patient: -  hospital staff
HIPAA Verified: -  No
Call Back Phone Number: -  6154564113
Reason for call, please specify any details: -  Pt admitted to hospital and was requesting the continuation of her tamoxifen.
Are you on Chemotherapy? -  Yes
Spoke with the: -  Hospital staff
Intervention Details: -  Pt given new script for tamoxifen 8/26/14 with refills and last MD dictation noted that pt was to cont w/tamoxifen.  Inst to cont med as pt was taking at home.
On Call Provider Notified of call? -  Yes
Physician On Call     (R-Z): -  Gregg Shepard, MD
Orders placed in EMR: -  N/A
Patient/Caller verbalizes understanding of instructions: -  Yes

**Current Meds:** This patient reports not taking external medications.

**Last Lab Results:**
Test performed on Oct 07, 2014 11:02

| | | | |
|---|---|---|---|
| Glucose | 103 mg/dL | BUN | 13 mg/dL |
| Creatinine | 0.79 mg/dL(LOW) | Cr Clearance (Est) | 83.5700 mL/min |
| Sodium | 143 mmol/L | Potassium | 3.6 mmol/L |
| Chloride | 108 mmol/L(HIGH) | CO2 | 29 mmol/L |
| Calcium | 8.9 mg/dL | Protein, Total | 6.1 g/dL(LOW) |
| Albumin | 3.6 g/dL | Globulin | 2.5 g/dL |
| ALT (SGPT) | 17 U/L | AST (SGOT) | 15 U/L |

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Oct 24, 2014

| | | | |
|---|---|---|---|
| Alkaline Phosphatase | 32 U/L(LOW) | Bilirubin, Total | 0.2 mg/dL |
| eGFR | 77.50 mL/min/1.73m2 | eGFR | > 90 mL/min/1.73m2 |
| Non-African-American | | African-American | |
| WBC | 5.7 K/uL | RBC | 3.65 M/uL(LOW) |
| HGB | 11.9 g/dL(LOW) | HCT | 35.3 %(LOW) |
| MCV | 96.5 fL | MCH | 32.6 pg(HIGH) |
| MCHC | 33.7 g/dL | RDW | 11.41 %(LOW) |
| Platelet Count | 215 K/uL | MPV | 7.4 fL |
| Neutrophil % | 43.4 % | Lymphocyte % | 43.5 % |
| Monocyte % | 7.5 % | Eosinophil % | 5.10 % |
| Basophil % | 0.50 % | Neutrophils | 2.5 K/ul |
| Lymphocytes | 2.5 K/uL | Monocytes | 0.43 K/uL |
| Eosinophils | 0.29 K/uL | Basophils | 0.03 K/uL |

Test performed on Aug 05, 2014 12:05

| | | | |
|---|---|---|---|
| CA 15-3 | 16.3 U/mL | CellSearch CTC, Breast | 0.00 CTC/7.5ml WB |

Test performed on Apr 29, 2014 08:58

| | |
|---|---|
| CA 27-29 | 23 U/mL |

Electronically signed by  Gregg Shepard, M.D.

From: FAX    Page: 4/4    Date: 5/21/2013 11:09:33 AM
5/21/2013 11:04 AM FROM: Fax Tennessee Breast Specialists TO: 92697085    PAGE: 004 OF 004

CONFIDENTIAL



### Comprehensive BRACAnalysis®
### BRCA1 and BRCA2 Analysis Result

| PHYSICIAN | SPECIMEN | PATIENT |
|---|---|---|
| Lisa Bellin, MD<br>Tennessee Breast Specialist<br>300 20th Ave N, Ste 401<br>Nashville, TN 37203 | Specimen Type: Buccal Wash<br>Draw Date: Apr 03, 2013<br>Accession Date: Apr 09, 2013<br>Report Date: Apr 30, 2013 | Name: Cardwell, Judy<br>Date of Birth: Mar 22, 1956<br>Patient ID: 55575<br>Gender: Female<br>Accession #: 01296347-BLD<br>Requisition #: 3065216 |

## Test Results and Interpretation

## NO MUTATION DETECTED

| Test Performed | Result | Interpretation |
|---|---|---|
| BRCA1 sequencing | No Mutation Detected | No Mutation Detected |
| 5-site rearrangement panel | No Mutation Detected | No Mutation Detected |
| BRCA2 sequencing | No Mutation Detected | No Mutation Detected |

It is our understanding that this patient was identified for testing due to a personal and/or family history suggestive of hereditary breast and/or ovarian cancer syndrome (HBOC). Analysis consists of sequencing of all translated exons and immediately adjacent intronic regions of the BRCA1 and BRCA2 genes and a test for five specific BRCA1 rearrangements. There are additional large genomic rearrangements in BRCA1 and in BRCA2, which are not detected by this test, but can be identified with the BRACAnalysis Rearrangement Test (BART). The classification and interpretation of all variants identified in this assay reflects the current state of scientific understanding at the time this report was issued. In some instances, the classification and interpretation of such variants may change as new scientific information becomes available.

No deleterious mutation was found in BRCA1 or BRCA2 in this individual. This test is designed to identify mutations in 22 exons and approximately 750 adjacent intronic base pairs of BRCA1 as well as 26 exons and approximately 950 adjacent intronic base pairs of BRCA2 (a total of over 17,600 base pairs analyzed). This test is also designed to detect five specific BRCA1 genomic rearrangements, including a 3.835-kb deletion involving exon 13, a 510-bp deletion involving exon 22, a 6-kb insertion involving exon 13, a 7.1-kb deletion involving exons 8 and 9, and a 26-kb deletion involving exons 14-20 (see Technical Specifications for references). The proportion of all BRCA1 genomic rearrangements represented by these specific abnormalities has not yet been characterized. There are other, uncommon genetic abnormalities in BRCA1 and BRCA2 that this test will not detect. This result, however, rules out the majority of abnormalities believed to be responsible for hereditary susceptibility to breast and ovarian cancer (Ford D et al., Am J Human Genetics 62:676-689, 1998). If this individual has never had breast or ovarian cancer, it is recommended that testing an affected relative be considered to help clarify the clinical significance of this individual's negative result. If this patient has a relative with a known mutation in BRCA1 or BRCA2, it is important to confirm that this family mutation is detected with the testing as performed for this patient, and that this family mutation is not one of the uncommon large rearrangements detected with the BRACAnalysis Rearrangement Test (BART).

Please contact Myriad Professional Support at 1-800-469-7423 to discuss any questions regarding this result.

Benjamin B. Roa, Ph.D.    Richard J. Wenstrup, MD
Diplomate ABMG    Diplomate ABMG
Laboratory Director    Chief Medical Officer

cancer history and test results should not be disclosed to any third party, unless related to treatment or payment for treatment, without the patient's express written authorization. It is strongly recommended that these results be communicated to the patient in a setting that includes appropriate counseling. The accompanying Technical Specifications summary describes the analysis, method, performance characteristics, nomenclature, and interpretive criteria of this test. This test was developed and its performance characteristics determined by Myriad Genetic Laboratories. It has not been cleared or approved by the U.S. Food and Drug Administration. FDA has determined that clearance or approval for laboratory-developed tests is not necessary.

MYRIAD GENETIC LABORATORIES, INC. • 320 WAKARA WAY, SALT LAKE CITY, UTAH 84108 • (800) 469-7423 • FAX (801) 584-3615
This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX     Page: 3/4     Date: 5/21/2013 11:09:32 AM

5/21/2013 11:04 AM  FROM: Fax Tennessee Breast Specialists  TO: 92697085   PAGE: 003 OF 004

CONFIDENTIAL

**PATIENT COPY**

**BRACAnalysis® Rearrangement Test**

MYRIAD

| PHYSICIAN | SPECIMEN | PATIENT |
|---|---|---|
| Lisa Bellin, MD<br>Tennessee Breast Specialist<br>300 20th Ave N, Ste 601<br>Nashville, TN 37203 | Specimen Type: Buccal Wash<br>Draw Date: Apr 03, 2013<br>Accession Date: Apr 05, 2013<br>Report Date: May 06, 2013 | Name: Cardwell, Judy<br>Date of Birth: Mar 22, 1965<br>Patient ID: 55676<br>Gender: Female<br>Accession #: 01296347-BLD<br>Requisition #: 3086218 |

## Test Results and Interpretation

### NO LARGE REARRANGEMENT DETECTED

| Test Performed | Result | Interpretation |
|---|---|---|
| BRCA1 full gene rearrangement | No Mutation Detected | No Mutation Detected |
| BRCA2 full gene rearrangement | No Mutation Detected | No Mutation Detected |

It is our understanding that this patient was identified for testing due to a personal and/or family history suggestive of hereditary breast and/or ovarian cancer syndrome (HBOC). Analysis consists of a comprehensive rearrangement test of both BRCA1 and BRCA2 by quantitative PCR analysis. The classification and interpretation of all variants identified in this assay reflects the current state of scientific understanding at the time this report was issued. In some instances, the classification and interpretation of such variants may change as new scientific information becomes available.

No large rearrangement (duplication or deletion) was found in the BRCA1 or BRCA2 genes in this individual by quantitative PCR analysis. Quantitative PCR analysis is designed to identify duplications and deletions involving the promoter region and any exons of BRCA1 and BRCA2. This test is not designed to detect mutations identified by sequence analysis nor other unusual structural abnormalities in these genes.

Please contact Myriad Professional Support at 1-800-469-7423 to discuss any questions regarding this result.

These test results should only be used in conjunction with the patient's clinical history and any previous analysis of appropriate family members. The patient's clinical history and test results should not be disclosed to any third party, unless related to treatment or payment for treatment, without the patient's express written authorization. It is strongly recommended that these results be communicated to the patient in a setting that includes appropriate counseling. The accompanying Technical Specifications summary describes the analysis, method, performance characteristics, nomenclature, and interpretive criteria of this test. This test was developed and its performance characteristics determined by Myriad Genetic Laboratories. It has not been cleared or approved by the U.S. Food and Drug Administration. FDA has determined that clearance or approval for laboratory-developed tests is not necessary.

MYRIAD GENETIC LABORATORIES, INC. ♦ 320 WAKARA WAY, SALT LAKE CITY, UTAH 8206 ♦ (800) 469-7423 ♦ FAX (801) 584-3615

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX      Page: 2/4      Date: 5/21/2013 11:09:32 AM
5/21/2013 11:04 AM  FROM: Fax Tennessee Breast Specialists  TO: 92697085    PAGE: 002 OF 004

CONFIDENTIAL

### BRACAnalysis® Rearrangement Test
Full Gene BRCA1 BRCA2 Large Rearrangement Analysis Result

MYRIAD

| PHYSICIAN | SPECIMEN | PATIENT |
|---|---|---|
| Lisa Bailin, MD<br>Tennessee Breast Specialist<br>300 20th Ave N, Ste 601<br>Nashville, TN 37203 | Specimen Type:  Buccal Wash<br>Draw Date:  Apr 03, 2013<br>Accession Date:  Apr 08, 2013<br>Report Date:  May 06, 2013 | Name:  Cardwell, Judy<br>Date of Birth:  Mar 22, 1966<br>Patient ID:  55676<br>Gender:  Female<br>Accession #:  01296347-BLD<br>Requisition #:  3065218 |

### Test Results and Interpretation

## NO LARGE REARRANGEMENT DETECTED

| Test Performed | Result | Interpretation |
|---|---|---|
| BRCA1 Large rearrangement | No Mutation Detected | No Mutation Detected |
| BRCA2 Large rearrangement | No Mutation Detected | No Mutation Detected |

It is our understanding that this patient was identified for testing due to a personal and/or family history suggestive of hereditary breast and/or ovarian cancer syndrome (HBOC). Analysis consists of a comprehensive rearrangement test of both BRCA1 and BRCA2 by quantitative PCR analysis. The classification and interpretation of all variants identified in this assay reflects the current state of scientific understanding at the time this report was issued. In some instances, the classification and interpretation of such variants may change as new scientific information becomes available.

No large rearrangement (deletion or duplication) was found in the BRCA1 or BRCA2 genes in this individual by quantitative PCR analysis. Quantitative PCR analysis is designed to identify duplications and deletions involving the promoter regions and exons of BRCA1 and BRCA2. This test is not designed to detect mutations identified by sequence analysis nor other unusual structural abnormalities in these genes.

Please contact Myriad Professional Support at 1-800-469-7423 to discuss any questions regarding this result.

Benjamin B. Roa, Ph.D.       Richard J. Wenstrup, MD
Diplomate ABMG             Diplomate ABMG
Laboratory Director          Chief Medical Officer

These test results should only be used in conjunction with the patient's clinical history and any previous analysis of appropriate family members. The patient's clinical history and test results should not be disclosed to any third party, unless related to treatment or payment for treatment, without the patient's express written authorization. It is strongly recommended that these results be communicated to the patient in a setting that includes appropriate counseling. The accompanying Technical Specifications summary describes the analyte, method, performance characteristics, nomenclature, and interpretive criteria of this test. This test was developed and its performance characteristics determined by Myriad Genetic Laboratories. It has not been cleared or approved by the U.S. Food and Drug Administration. FDA has determined that clearance or approval for laboratory-developed tests is not necessary.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX     Page: 4/4     Date: 5/21/2013 11:08:33 AM
5/21/2013 11:04 AM  FROM: Fax Tennessee Breast Specialists  TO: 92697385   PAGE: 004 OF 004

**CONFIDENTIAL**



*Comprehensive BRACAnalysis®*
**BRCA1 and BRCA2 Analysis Result**

MYRIAD

| PHYSICIAN | SPECIMEN | PATIENT |
|---|---|---|
| Lisa Bellin, MD<br>Tennessee Breast Specialist<br>300 20th Ave N, Ste 601<br>Nashville, TN 37203 | Specimen Type:  Buccal Wash<br>Draw Date:  Apr 03, 2013<br>Accession Date:  Apr 08, 2013<br>Report Date:  Apr 30, 2013 | Name:  Cardwell, Judy<br>Date of Birth:  Mar 22, 1966<br>Patient ID:  55676<br>Gender.  Female<br>Accession #:  01296347-BLD<br>Requisition #:  3065218 |

### Test Results and Interpretation

## NO MUTATION DETECTED

| Test Performed | Result | Interpretation |
|---|---|---|
| BRCA1 sequencing | No Mutation Detected | No Mutation Detected |
| 5-site rearrangement panel | No Mutation Detected | No Mutation Detected |
| BRCA2 sequencing | No Mutation Detected | No Mutation Detected |

It is our understanding that this patient was identified for testing due to a personal and/or family history suggestive of hereditary breast and/or ovarian cancer syndrome (HBOC). Analysis consists of sequencing of all translated exons and immediately adjacent intronic regions of the BRCA1 and BRCA2 genes and a test for five specific BRCA1 rearrangements. There are additional large genomic rearrangements in BRCA1 and in BRCA2, which are not detected by this test, but can be identified with the BRACAnalysis Rearrangement Test (BART). The classification and interpretation of all variants identified in this assay reflects the current state of scientific understanding at the time this report was issued. In some instances, the classification and interpretation of such variants may change as new scientific information becomes available.

No deleterious mutation was found in BRCA1 or BRCA2 in this individual. This test is designed to identify mutations in 22 exons and approximately 750 adjacent intronic base pairs of BRCA1 as well as 26 exons and approximately 950 adjacent intronic base pairs of BRCA2 (a total of over 17,500 base pairs analyzed). This test is also designed to detect five specific BRCA1 genomic rearrangements, including a 3,835-kb deletion involving exon 13, a 510-bp deletion involving exon 22, a 6-kb insertion involving exon 13, a 7.1-kb deletion involving exons 8 and 9, and a 26-kb deletion involving exons 14-20 (see Technical Specifications for references). The proportion of all BRCA1 genomic rearrangements represented by these specific abnormalities has not yet been characterized. There are other, uncommon genetic abnormalities in BRCA1 and BRCA2 that this test will not detect. This result, however, rules out the majority of abnormalities believed to be responsible for hereditary susceptibility to breast and ovarian cancer (Ford D et al., Am J Human Genetics 62:676-689, . . 1998). If this individual has never had breast or ovarian cancer, it is recommended that testing an affected relative be considered to help clarify the clinical significance of this individual's negative test result. If this patient has a relative with a known mutation in BRCA1 or BRCA2, it is important to confirm that this family mutation is detected with the testing as performed for this patient, and that this family mutation is not one of the uncommon large rearrangements detected with the BRACAnalysis Rearrangement Test (BART).

Please contact Myriad Professional Support at 1-800-469-7423 to discuss any questions regarding this result.

Benjamin B. Roa, Ph.D.          Richard J. Wenstrup, MD
Diplomate ABMG               Diplomate ABMG
Laboratory Director            Chief Medical Officer

. . . this laboratory and test results should not be disclosed to any third party, unless related to treatment or payment for treatment, without the patient's express written authorization. It is strongly recommended that these results be communicated to the patient in a setting that includes appropriate counseling. The accompanying Technical Specifications summary describes the analysis, method, performance characteristics, nomenclature, and interpretive criteria of this test. This test was developed and its performance characteristics determined by Myriad Genetic Laboratories. It has not been cleared or approved by the U.S. Food and Drug Administration. FDA has determined that clearance or approval for laboratory-developed tests is not necessary.

MYRIAD GENETIC LABORATORIES, INC • 320 WAKARA WAY, SALT LAKE CITY, UTAH 84108 • (800) 469-7423 • FAX (801) 584-3615
This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX   Page: 3/4   Date: 5/21/2013 11:09:32 AM
5/21/2013 11:04 AM FROM: Fax Tennessee Breast Specialists TO: 92697085   PAGE: 003 OF 004

CONFIDENTIAL

**PATIENT COPY**

*BRACAnalysis® Rearrangement Test*

| PHYSICIAN | SPECIMEN | PATIENT |
|---|---|---|
| Lisa Bailin, MD<br>Tennessee Breast Specialist<br>300 20th Ave N, Ste 601<br>Nashville, TN 37203 | Specimen Type: Buccal Wash<br>Draw Date: Apr 03, 2013<br>Accession Date: Apr 05, 2013<br>Report Date: May 06, 2013 | Name: Cardwell, Judy<br>Date of Birth: Mar 22, 1965<br>Patient ID: 55676<br>Gender: Female<br>Accession #: 01296347-BLD<br>Requisition #: 3066216 |

## Test Results and Interpretation

### NO LARGE REARRANGEMENT DETECTED

| Test Performed | Result | Interpretation |
|---|---|---|
| BRCA1 full gene rearrangement | No Mutation Detected | No Mutation Detected |
| BRCA2 full gene rearrangement | No Mutation Detected | No Mutation Detected |

It is our understanding that this patient was identified for testing due to a personal and/or family history suggestive of hereditary breast and/or ovarian cancer syndrome (HBOC). Analysis consists of a comprehensive rearrangement test of both BRCA1 and BRCA2 by quantitative PCR analysis. The classification and interpretation of all variants identified in this assay reflects the current state of scientific understanding at the time this report was issued. In some instances, the classification and interpretation of such variants may change as new scientific information becomes available.

No large rearrangement (duplication or deletion) was found in the BRCA1 or BRCA2 genes in this individual by quantitative PCR analysis. Quantitative PCR analysis is designed to identify duplications and deletions involving the promoter region and any exons of BRCA1 and BRCA2. This test is not designed to detect mutations identified by sequence analysis nor other unusual structural abnormalities in these genes.

Please contact Myriad Professional Support at 1-800-469-7423 to discuss any questions regarding this result.

These test results should only be used in conjunction with the patient's clinical history and any previous analysis of appropriate family members. The patient's clinical history and test results should not be disclosed to any third party, unless related to treatment or payment for treatment, without the patient's express written authorization. It is strongly recommended that these results be communicated to the patient in a setting that includes appropriate counseling. The accompanying Technical Specifications summary describes the analysis, method, performance characteristics, nomenclature, and interpretive criteria of this test. This test was developed and its performance characteristics determined by Myriad Genetic Laboratories. It has not been cleared or approved by the U.S. Food and Drug Administration. FDA has determined that clearance or approval for laboratory-developed tests is not necessary.

MYRIAD GENETIC LABORATORIES, INC. ♦ 320 WAKARA WAY, SALT LAKE CITY, UTAH 84108 ♦ (800) 469-7423 ♦ FAX (801) 584-3615
This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX    Page: 2/4    Date: 5/21/2013 11:09:32 AM

5/21/2013 11:04 AM  FROM: Fax Tennessee Breast Specialists  TO: 92097095    PAGE: 002 OF 004

**CONFIDENTIAL**

**BRACAnalysis® Rearrangement Test**

**Full Gene BRCA1 BRCA2 Large Rearrangement Analysis Result**

| PHYSICIAN | SPECIMEN | PATIENT |
|---|---|---|
| Lisa Bailin, MD | Specimen Type: Buccal Wash | Name: Cardwell, Judy |
| Tennessee Breast Specialist | Draw Date: Apr 03, 2013 | Date of Birth: Mar 22, 1966 |
| 300 20th Ave N, Ste 601 | Accession Date: Apr 08, 2013 | Patient ID: 66678 |
| Nashville, TN 37203 | Report Date: May 06, 2013 | Gender: Female |
| | | Accession #: 01296347-BLD |
| | | Requisition #: 3065218 |

## Test Results and Interpretation

### NO LARGE REARRANGEMENT DETECTED

| Test Performed | Result | Interpretation |
|---|---|---|
| BRCA1 full gene rearrangement | No Mutation Detected | No Mutation Detected |
| | No Mutation Detected | No Mutation Detected |

It is our understanding that this patient was identified for testing due to a personal and/or family history of breast and/or ovarian cancer syndrome (HBOC). Analysis consists of a comprehensive rearrangement test of both BRCA1 and BRCA2 by quantitative PCR analysis. The classification and interpretation of all variants identified in this assay reflects the current state of scientific understanding at the time this report was issued. In some instances, the classification and interpretation of such variants may change as new scientific information becomes available.

No large rearrangement (duplication or deletion) was found in the BRCA1 or BRCA2 genes in this individual by quantitative PCR analysis. Quantitative PCR analysis is designed to identify duplications and deletions involving one or more exons within BRCA1 and BRCA2. This test is not designed to detect mutations identified by sequence analysis nor other unusual structural abnormalities in these genes.

Please contact Myriad Professional Support at 1-800-469-7423 to discuss any questions regarding this result.

Benjamin B. Roa, Ph.D.        Richard J. Wenstrup, MD
Diplomate ABMG                Diplomate ABMG
Laboratory Director           Chief Medical Officer

These test results should only be used in conjunction with the patient's clinical history and any previous analysis of appropriate family members. The patient's clinical history and test results should not be disclosed to any third party, unless related to treatment or payment for treatment, without the patient's express written authorization. It is strongly recommended that these results be communicated to the patient in a setting that includes appropriate counseling. The accompanying Technical Specifications summary describes the analysis, method, performance characteristics, nomenclature, and interpretive criteria of this test. This test was developed and its performance characteristics determined by Myriad Genetic Laboratories. It has not been cleared or approved by the U.S. Food and Drug Administration. FDA has determined that clearance or approval for laboratory-developed tests is not necessary.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: REMOTE REPORT DISTRI   Page: 3/4    Date: 3/30/2013 11:38:16 PM

Patient Name: CARDWELL, JUDY A
Date of Birth: 3/22/1966

MRN: B-009239557; S-20218044
FIN: S-2411763431

* Auth (Verified) *

 **Saint Thomas Hospital**
We're here for life.

**Saint Thomas Hospital**
4220 Harding Rd. Nashville, TN 37205

 ICAEL

### Full Echocardiogram Report
### Name: CARDWELL, JUDY A  ID: 20218044

**Age:** 47
**DOB:** 03/22/1966
**Referring:** Ordering, Gregg Shepard

**Study Date:** 03/28/2013 1:10:51 PM
**Priority:** routine
**In/out:** Out
**Location:** St. Thomas Hospital Room Outpatient

**Staff:** Tec: JA

## Conclusion

- Normal left ventricular systolic function. LVEF=55 %.
- Normal right ventricular size with normal function.

### Interpretation Detail

**Gen:** 2D echocardiogram, M-mode, Doppler and color Doppler performed per protocol. Study is diagnostic for the question posed. Technically difficult study due to breast implant.

**Hist:** Right mastectomy 1992 for breast CA; left lumpectomy/partial mastectomy for breast CA 2000; bilateral breast implants.

**Ind:** Breast CA, stage 4, with mets to bone.

**LV:** The left ventricle is normal in size with normal systolic function. The ejection fraction is 55 %.   The left ventricular regional wall motion is grossly normal.  Limited views of ventricular wall motion without apical views obtained due to patient discomfort.

**LA:** The left atrium is normal.  Anterior-posterior: 3.3 cm.

**RV:** The right ventricle is normal in size with normal function.

**RA:** The right atrium is not well seen.

**MV:** The mitral valve is normal. There is no mitral regurgitation.

**AV:** The aortic valve is normal and trileaflet. There is no aortic regurgitation.

**TV:** The tricuspid valve is normal. There is trace tricuspid regurgitation. The PASP is normal. PASP= 29 mmHg, estimated RAP=15mmHg.

**PV:** The pulmonic valve is normal. There is no pulmonic regurgitation. Pulmonary acceleration time= 137 ms.

**Peri:** There is no evidence of a pericardial effusion.

**PA:** The pulmonary artery is normal.

**IAS:** The interatrial septum is not well seen, but probably normal.

**Ao:** The aortic root is normal. The aortic arch has no coarctation. Aortic dimension - Ao M-mode= 2.6cm

**Cava:** The inferior vena cava is mildly dilated. There is less than 50% inspiratory collapse of the IVC.

**Misc:** Patient experienced a significant burning sensation and pain when apical view attempted. Lower left breast/mound has purple abraded-like area; therefore, apical attempts suspended.

**Wall motion Diagram**

**Vitals**

| | | |
|---|---|---|
| Ht 64 in | HR Rhy | Normal sinus |
| Wt 154 lbs | T BMI | |
| BSA 1.78 | BP/ | |

**Measurements**
**LV Walls**
IVSd: 1cm   0.6-1.1cm
PWd: 1cm   0.6-1.1cm
**LV Mass**
Linear: 108g
**LV Chamber**
LVIDd: 3.6cm   3.7-5.6cm
LVIDs: 2.5cm   2.0-4.0cm
RWT: 0.56   <0.42
**LV Systolic Function**
FS: 31 %
EF: 55 %   >50%
RV free wall
thk

ID: 20218044 FIN: 2411763431
Performed: 03/28/2013 13:10:51 Type: Echo Final Report

CARDWELL, JUDY A

p 1/2

Facility: ST. THOMAS

Page 2 of 3

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: REMOTE REPORT DISTRI    Page: 4/4    Date: 3/30/2013 11:38:17 PM

Patient Name: CARDWELL, JUDY A
Date of Birth: 3/22/1966

MRN: B-009233567; S-20218044
FIN: S-2411763431

\* Auth (Verified) \*

### Echocardiogram • Name: CARDWELL, JUDY A ID: 20218044 Study Date: 03/28/2013 1:10:51 PM



Dr W. Evans Kemp, MD
This document was electronically signed by Dr. W. Evans Kemp MD on Thursday, March 28, 2013 2:50 PM
(Central Standard Time)

ID: 20218044 FIN: 2411763431                    CARDWELL, JUDY A                    p 2/2
Performed: 03/28/2013 13:10:51 Type: Echo Final Report

Facility: ST. THOMAS                                                      Page 5 of 5

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com



**615-562-9300    888-474-5227**

ACCESSION #:   **13-RM-000634**
Physician(s): Gregg C. Shepard, MD

Patient Name: **CARDWELL, JUDY A**
MRN: 837065   Pt Acct#: 1065858992
Age-Sex-DOB: 47y F (03/22/1966)

Procedure Date: 03/27/2013
Accession Date: 03/27/2013
Report Date: 04/22/2013

Sarah Cannon Research
Account# 100846
250 25th Avenue North
Suite 110
Nashville, TN 37203
Route: 95   Phone # 615-986-4300

## MOLECULAR REPORT

### UPDATED

Original Accession Number: 13-GS-000393
Original Diagnosis: Breast - infiltrating ductal carcinoma
Tumor Percentage: 30%

## Next Generation Sequencing Panel

### Results

| Gene | Result | DNA Change | Protein Change | Ref Seq ID |
|------|--------|-----------|----------------|-----------|
| - | No Mutations Det. | | | |

All other regions examined showed no evidence of mutations. Please see the methodology section of this report for a comprehensive listing of the 35 genes (consisting of 112 genomic regions) examined.

Interpretation
Morphologic examination confirms poorly differentiated carcinoma corresponding to the above referenced accession number. Sufficient tumor tissue is present for molecular analysis. Good gene coverage was achieved. No mutations were detected. Please see below for a summary of single nucleotide polymorphisms (SNPs).

Pranil K. Chandra  D.O.
*electronically signed*   04/22/2013 at 2:54 PM

### Single Nucleotide Polymorphisms

The following single nucleotide polymorphisms (SNPs) were detected in this analysis. These SNPs are not known to be related to a disease process and are reported in case clinically relevant information becomes available.

| Gene | Ref Seq ID | SNP ID | Status |
|------|-----------|--------|--------|
| ABL1 | NM_007313.2 | rs2227985 | Heterozygous |
| FGFR3 | NM_000142 | rs7688609 | Homozygous variant |
| FGFR4 | NM_022963 | rs31776 | Homozygous variant |
| HRAS | NM_005343 | rs12628 | Heterozygous |
| PDGFRA | NM_006206 | rs1873778 | Homozygous variant |

Methodology
For formalin fixed solid tissue specimens, areas of the specimen containing tumor were micro-dissected from the surrounding tissue. The micro-dissected tissue, peripheral blood or bone marrow was subjected to standard genomic DNA isolation procedure (Qiagen QiaCube). The genomic DNA was subjected to multiplex PCR amplification of
( Continued on page 2 )

*Technical services provided by Associated Pathologists d/b/a PathGroup, 658 Grassmere Park Nashville, TN 37211 Terence T. Casey, M.D., Director*
*Case reviewed and diagnosis rendered at Associated Pathologists, 658 Grassmere Park, Suite 101, Nashville, TN 37211, Terence T. Casey, M.D., Director*

**CONFIDENTIAL**

Cardwell, Judy - BMR - 000417

2018/09/13 10:11:12   94 /420



615-562-9300   888-474-5227

**ACCESSION #:** 13-RM-000634

Patient Name: **CARDWELL, JUDY A**
MRN: 837065   Pt Acct#: 1065858992
Age-Sex-DOB: 47y F (03/22/1966)

Procedure Date: 03/27/2013
Accession Date: 03/27/2013
Report Date: 04/22/2013

### (continuation of report)

the PathGroup-designed panel (Ion Torrent AmpliSeq custom panel). The specimen was DNA barcoded for identification purposes, subjected to emulsion PCR (Ion Torrent OneTouch) and sequenced (Ion Torrent Personal Genomics Machine). The sequence data was analyzed using CLCbio Genomics Workstation and Genomics Server.

The genes and hotspots included in this panel are listed below. A total of 112 amplicons covering 16 kb of genomic DNA is sequenced in this panel. The specific genomic coordinates the amplicons will be provided upon request.

The analytic sensitivity of this assay is contingent on the specific mutation, the sequence context of the mutation, and the coverage of the amplicon. In general, the analytic sensitivity should be less than 5%. The average coverage for the panel is greater than 1,000X. Coverage is amplicon dependent and ranges from 100X to 4,500X within a specimen.

Portions of this test use reagents designated by the manufacturer as "for research use, not for clinical use." The performance characteristics of this test were validated by PathGroup Labs. The U.S. Food and Drug Administration (FDA) has not approved or cleared this test. The results are not intended to be used as the sole means for clinical diagnosis or patient management decisions and should be considered in the context of all clinical and laboratory findings. PathGroup Labs is authorized under Clinical Laboratory Improvement Amendments (CLIA) to perform high-complexity testing.

| Gene | RefSeq ID | Hotspot Codons Included in Analysis |
|------|-----------|-------------------------------------|
| ABL1 | NM_007313.2 | 220-503 |
| AKT1 | NM_005163.2 | 17, 32-52 |
| ALK | NM_004304 | 1152,1171-1174,1196,1245,1275-1278 |
| BRAF | NM_004333 | 464-469,592-601 |
| CTNNB1 | NM_001904 | 32-45 |
| DDR2 | NM_006182 | 768 |
| EGFR | NM_005228 | 709-719, ex 19 del, 768-790, ex 20 ins, 833, 858-861 |
| ERBB2 | NM_004448 | 310,755-769, 774-780 |
| FGFR1 | NM_000604 | 664, 656 |
| FGFR2 | NM_000141.2 | 659, 544-550, 290, 372-376, 252-253 |
| FGFR3 | NM_000142 | 248-249,370-393, 650-652, 697 |
| FGFR4 | NM_022963 | 535-550,576,641,689 |
| GNA11 | NM_002067.1 | 183, 209 |
| GNAQ | NM_002072.2 | 183, 209 |
| GNAS | NM_000516.3 | 201 |
| HRAS | NM_005343 | 61, 12-13 |
| IDH1 | NM_005896.2 | 132 |
| IDH2 | NM_002168.2 | 140,172 |
| KIT | NM_000222 | 417-421,541-546,550-576,563-591,642,816-823,829-850 |
| KRAS | NM_004985 | 12-13,61,146 |
| MAP2K1 | NM_002755 | 56-67,121-124 |
| MET | NM_000245 | 375,982-988,1010,1112,1248-1253 |
| MPL | NM_005373.1 | 515 |
| MYC | NM_002467.2 | 57-58,131-138 |
| NPM1 | NM_002520.4 | exon 12 |

( Continued on page 3 )

**CONFIDENTIAL**

Cardwell, Judy - BMR - 000418

2018/09/13 10:11:12    95  /420

  615-562-9300   888-474-5227

**ACCESSION #:**   **13-RM-000634**

Patient Name: **CARDWELL, JUDY A**
MRN: 837065   Pt Acct#: 1065858992
Age-Sex-DOB: 47y F (03/22/1966)

Procedure Date:  03/27/2013
Accession Date:  03/27/2013
Report Date:  04/22/2013

**{continuation of report}**

| NRAS | NM_002524 | 12-13,61 |
|------|-----------|----------|
| PDGFRA | NM_006206 | 560-566,659,841-849 |
| PIK3CA | NM_006218.1 | 88,539-549,1020-1025,1043-1049 |
| PIK3R1 | NM_181523.1 | 348,440-463,564-576 |
| PTCH1 | NM_000264.2 | 688 |
| RET | NM_020975 | 634,883,918 |
| RUNX1 | NM_001754.4 | 344-371,323-348,281-323,198-204,162-166,140-149,106-114,56 |
| SMO | NM_005631.3 | 473,533-535,640,652 |
| STK11 | NM_000455 | 36-37,60-66,170-171,194-198,281-282,354 |
| WT1 | NM_024426.2 | 298-314, 390-397 |

End of Report,  page 3

Technical services provided by Associated Pathologists d/b/a PathGroup, 658 Grassmere Park Nashville, TN 37211, Terence T. Casey, (M.D.) Director
Case reviewed and diagnosis rendered at Associated Pathologists, 658 Grassmere Park, Suite 101, Nashville, TN 37211, Terence T. Casey, M.D., Director

**CONFIDENTIAL**

SCANNED DOCUMENT

2018/09/13 10:11:12   96 /420

Fax Server        4/15/2016 9:32:29 AM   PAGE   2/003   Fax Server

 **PathGroup**  270-793-2088  888-474-5227

ACCESSION #:   **13-GS-000393**

Physician(s): Mark D. Jessen, MD*
                          Catherine Heltsley, MD*
                          * Delivered Report Copy To Physician

Patient Name: **CARDWELL, JUDY A**

Age-Sex-DOB: 46y F (03/22/1966)

Procedure Date:  01/31/2013
Accession Date:  01/31/2013
Report Date:  02/08/2013

**Jessen, Mark D., MD**
Account# 414776
1326 Andrea Ave.
Bowling Green, KY 42104
Route: 95   Phone # 270-781-1588

## Fluorescence in-situ Hybridization (FISH) Report



**FISH Impression:**
**POSITIVE for HER-2 oncogene amplification by FISH analysis**
**POSITIVE for chromosome 17 polysomy by FISH analysis**

**Performed on neoplastic tissue from left axillary breast mass.**
See Comments.

**FISH Comments:**
The HER-2 FISH assay (Abbott Molecular/Vysis, Inc.) revealed amplification of the HER-2 oncogene. A ratio of HER-2 gene signals to the centromeric control probe of chromosome 17 (CEP 17) signals was 5.09 (greater than 2.2), indicating amplification. In addition, 80% of cells showed 3 or more copies of both the chromosome 17 centromere (D17Z1) and HER2 probes, suggesting that polysomy or polyploidy may be present in this specimen. Clinical correlation is recommended.

Regions of invasive tumor were defined by a pathologist. The tumor was fixed in formalin for 11 hrs (recommended 6-48hrs). Controls were performed and provided the anticipated results. This case has been reviewed by at least 2 observers.

A ratio less than 1.8 indicates absence of amplification. A ratio between 1.8-2.2 indicates an equivocal value and should be interpreted with caution. A ratio greater than 2.2 indicates gene amplification.

FISH analysis was performed on 25 interphase cells with the PathVysion HER-2 DNA Probe Kit (Abbott Molecular, Inc., Des Plaines, IL) using an automated analysis system. This test has been approved by the U.S. Food and Drug Administration (FDA) for detecting amplification of the HER-2/neu gene via fluorescence in situ hybridization (FISH) in formalin-fixed, paraffin-embedded human breast cancer tissue specimens. The performance characteristics of this assay have been determined by Pathgroup Inc. Performance characteristics refer to the analytical performance of the test.

**FISH Karyotype:**
Ratio of HER2 to D17Z1 is 5.09
nuc ish(D17Z1x1~10),(HER2x6~63)[25]

**Terence T. Casey, M.D.**
*electronically signed*  02/06/2013 at 5:28 PM

This test was developed and its performance characteristics determined by Associated Pathologists d/b/a PathGroup, as required by the CLIA '88 regulations.  It has not been cleared or approved for specific uses by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical diagnostic purposes. It should not be regarded as investigational or for research. Performance characteristics refer to the analytical performance of the test.

**Procedure:**
Ultrasound-guided core biopsy of left axilla/breast mass

**Clinical History:**
Suspicious mass in patient with history of breast cancer.

**Specimen List:**
left axilla/breast mass, US-guided bx

End of Report, page 1

Technical services provided by Associated Pathologists d/b/a PathGroup, 658 Grassmere Park Nashville, TN 37211, Terence T. Casey, M.D., Director
Case reviewed and diagnosis rendered at Associated Pathologists, 658 Grassmere Park, Suite 101, Nashville, TN 37211, Terence T. Casey, M.D., Director

**CONFIDENTIAL**

2018/09/13 10:11:12   97 /420

Fax Server          4/15/2016 9:32:29 AM   PAGE   3/003   Fax Server

 **PathGroup**   270-793-2088   888-474-5227

ACCESSION #:   **13-GS-000393**

Physician(s): Mark D. Jessen, MD*
Catherine Hallsley, MD*
* Delivered Report Copy To Physician

Patient Name: **CARDWELL, JUDY A**

Age-Sex-DOB: 46y F (03/22/1966)

Procedure Date:   01/31/2013
Accession Date:   01/31/2013
Report Date:   02/04/2013

**Jessen, Mark D., MD**
Account# 414776
1326 Andrea Ave.
Bowling Green, KY  42104

## HORMONE RECEPTOR REPORT

Results from formalin-fixed, paraffin-embedded, immunoperoxidase technique using a
non-avidin-biotin multimer detection system and one or more of the following antibody
clones: ER-clone SP1; PR-clone 1E2; Her-2 clone-4B5; EGFR clone 5B7; P53 clone
Bp-53-11; Ki67 clone 30-9.

**HORMONE RECEPTORS:**
The neoplastic cells are positive for nuclear estrogen receptor.

Neoplastic cells are negative for nuclear progesterone receptor.

HER-2/neu expression by fluorescence in situ hybridization is pending.

Jason T. Lewis M.D.
*electronically signed*   02/04/2013 at 3:26 PM

**Estrogen and Progesterone Receptor:**
Estrogen or Progesterone staining in greater than 1% of cells is considered a positive result.

| | | | | | |
|---|---|---|---|---|---|
| Estrogen: | **Positive** | % Positive | 40% | Strength | 2+ |
| Progesterone: | **Negative** | % Positive | 0% | | |
| Internal Controls: | **Positive** | | | | |
| External Controls: | **Positive** | | | | |

Total fixation time: 11 Hours

**Procedure:**
Ultrasound-guided core biopsy of left axilla/breast mass.

**Clinical History:**
Suspicious mass in patient with history of breast cancer.

**Specimen(s):**
left axilla/breast mass, US-guided bx

End of Report, page 1

Technical services provided by Greenview Regional Hospital, 1801 Ashley Circle, Bowling Green, KY 42104, Daryl B. Lundgren, M.D., Director
Case reviewed and diagnosis rendered at Associated Pathologists, 658 Grassmere Park, Suite 101, Nashville, TN 37211, Terence T. Casey, M.D., Director

## CONFIDENTIAL

2018/09/13 10:11:12   98 /420

From: FAX   Page: 9/19   Date: 3/20/2013 9:23:06 AM
3/20/2013 9:10 AM  FROM: Fax Associates IN Physician Services  TO: 16152697085   PAGE: 009 OF 019

Rightfax          2/4/2013 4:12:13 PM  PAGE   2/002   Fax Server

 **PathGroup**   270-783-2088  888-474-5227

**ACCESSION #:  13-GS-000393**
Physician(s). Mark D. Jensen, MD*
  Catherine Halbukey, MD*
  * Delivered Report Copy To Physician

Patient Name: **CARDWELL, JUDY A**

Procedure Date: 01/31/2013
Accession Date: 01/31/2013
Report Date: 02/04/2013

Age-Sex-DOB: 48y F (03/22/1965)

Jensen, Mark D., MD
Account# 414776
1306 Andres Ave.
Bowling Green, KY 42104

## HORMONE RECEPTOR REPORT

Results from formalin-fixed, paraffin-embedded, immunoperoxidase technique using a non-avidin-biotin multimer detection system and one or more of the following antibody clones: ER-clone SP1; PR-clone 1E2; Her-2 clone-4B5; EGFR clone 5B7; P63 clone Bp-53-11; Ki67 clone 30-9.

**HORMONE RECEPTORS:**
The neoplastic cells are positive for nuclear estrogen receptor.

Neoplastic cells are negative for nuclear progesterone receptor.

HER-2/neu expression by fluorescence in situ hybridization is pending.

        Jason T. Lewis M.D.
        *electronically signed*  02/04/2013 at 3:26 PM

Estrogen and Progesterone Receptor:
Estrogen or Progesterone staining in greater than 1% of cells is considered a positive result.

| | | | | | | |
|---|---|---|---|---|---|---|
| Estrogen: | Positive | | % Positive | 40% | Strength | 2+ |
| Progesterone: | Negative | | % Positive | 0% | | |
| Internal Controls: | Positive | | | | | |
| External Controls: | Positive | | | | | |

Total Fixation time: 11 Hours

Procedure:
Ultrasound-guided core biopsy of left axilla/breast mass

Clinical History:
Suspicious mass in patient with history of breast cancer.

Specimen(s):
left axilla/breast mass, US-guided bx

                    End of Report, page 1

Technical services provided by Greenview Regional Hospital, 1801 Ashley Circle, Bowling Green, KY 42104, Gary B. Landgrin, M.D., Director
Cases reviewed and diagnoses rendered at Associated Pathologists, 633 Grassmere Park, Suite 101, Nashville, TN 37211, Terrence T. Casey, M.D., Director

## CONFIDENTIAL

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: FAX     Page: 8/19     Date: 3/20/2013 9:23:05 AM
3/20/2013 9:10 AM  FROM: Fax Associates IN Physician Services  TO: 16152657065     PAGE: 008 OF 019

Fax Server           2/8/2013 5:29:08 PM  PAGE   2/002   Fax Server

 PathGroup   270-793-2088   838-474-5227

ACCESSION #:   13-GS-000383

Physician(s):  Mark D. Jessen, MD*
               Catherine Helsley, MD*
               * Delivered Report Copy To Physician

Patient Name: **CARDWELL, JUDY A**

Age-Sex-DOB: 46y F (03/22/1966)

Procedure Date: 01/31/2013
Accession Date: 01/31/2013
Report Date: 02/08/2013

Jessen, Mark D., MD
Account# 414776
1325 Ambra Ave.
Bowling Green, KY 42104
Route: 95   Phone # 270-781-1588

### Fluorescence in-situ Hybridization (FISH) Report

**FISH Impression:**
POSITIVE for HER-2 oncogene amplification by FISH analysis
POSITIVE for chromosome 17 polysomy by FISH analysis

Performed on neoplastic tissue from left axillary breast mass.
See Comments.

**FISH Comments:**
The HER-2 FISH assay (Abbott Molecular/Vysis, Inc.) revealed amplification of the HER-2 oncogene. A ratio of HER-2 gene signals to the centromeric control probe of chromosome 17 (CEP 17) signals was 5.09 (greater than 2.2), indicating amplification. In addition, 90% of cells showed 3 or more copies of both the chromosome 17 centromere (D17Z1) and HER2 probes, suggesting that polysomy or polyploidy may be present in this specimen. Clinical correlation is recommended.

Regions of invasive tumor were defined by a pathologist. The tumor was fixed in formalin for 11 hrs (recommended 6-48hrs). Controls were performed and provided the anticipated results. This case has been reviewed by at least 2 observers.

A ratio less than 1.8 indicates absence of amplification. A ratio between 1.8-2.2 indicates an equivocal value and should be interpreted with caution. A ratio greater than 2.2 indicates gene amplification.

FISH analysis was performed on 25 interphase cells with the PathVysion HER-2 DNA Probe Kit (Abbott Molecular, Inc., Des Plaines, IL) using an automated analysis system. This test has been approved by the U.S. Food and Drug Administration (FDA) for detecting amplification of the HER-2/neu gene via fluorescence in situ hybridization (FISH) in formalin-fixed, paraffin-embedded human breast cancer tissue specimens. The performance characteristics of this assay have been determined by Pathgroup Inc. Performance characteristics refer to the analytical performance of the test.

**FISH Karyotype:**
Ratio of HER2 to D17Z1 is 5.09
nuc ish (D17Z1x1~10),(HER2x5~83)[25]

Terence T. Casey, M.D.
*electronically signed*   02/06/2013 at 5:28 PM

This test was developed and its performance characteristics determined by Associated Pathologists d/b/a PathGroup, as required by the CLIA '88 regulations. It has not been cleared or approved for specific use by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical diagnostic purposes. It should not be regarded as investigational or for research. Performance characteristics refer to the analytical performance of the test.

**Procedure:**
Ultrasound-guided core biopsy of left axilla/breast mass

**Clinical History:**
Suspicious mass in patient with history of breast cancer.

**Specimen List:**
left axilla/breast mass, US-guided bx

End of Report, page 1

Technical services provided by Associated Pathologists d/b/a PathGroup, 658 Grassmere Park Nashville, TN 37211; Terence T. Casey, M.D., Director
Case reviewed and diagnosis rendered at Associated Pathologists, 658 Grassmere Park, Suite 101, Nashville, TN 37211, Terence T. Casey, M.D., Director

**CONFIDENTIAL**

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

Cardwell, Judy - BMR - 000423

From: FAX     Page: 7/19     Date: 3/20/2013 9:23:05 AM
3/20/2013 9:10 AM  FROM: Fax Associates IN Physician Services  TO: 16152637095    PAGE: 007 OF 019

1/4/2013 10:43 AM  FROM: Fax Jessen Surgical Inc  TO: 270-796-8558    PAGE: 002 OF 004

## PathGroup   270-793-2088   888-474-5227

ACCESSION #:   13-GS-000393

Physician(s): Mark D. Jessen, MD*
* Delivered Report Copy To Physician

Patient Name: **CARDWELL, JUDY A**

Age-Sex-DOB: 80y F (03/22/1933)

Procedure Date: 01/31/2013
Accession Date: 01/31/2013
Report Date: 02/01/2013

Jessen, Mark D., MD
Accession 414778
1326 Andrea Ave.
Bowling Green, KY 42106
Route # 96   Phone # 270-781-1588

### PATHOLOGY REPORT

**DIAGNOSIS:**
**Left axilla/breast mass, ultrasound-guided core biopsy:**
   **Poorly differentiated (grade 3) infiltrating ductal carcinoma.**
   **ER, PR, and Her-2 studies are pending and the results will be submitted in**
   **additional reports.**

Donna J. Boden, M.D.
*electronically signed*  02/01/2013 at 10:36 AM

**Gross Description:**
Received in formalin designated "left axilla/breast mass" are three cores of tan-white soft tissue measuring up to 2.2 cm in length. Submitted in toto in a single cassette. (DRB,min)

**Microscopic Description:**
Microscopic examination was performed. The tumor has the following Nottingham score: Tubule formation 3, nuclear grade 3, mitotic rate 2 for a total score of 8. The largest focus of tumor in a single core measures 1.8 cm.

**Procedure:**
Ultrasound-guided core biopsy of left axilla/breast mass

**Clinical History:**
Suspicious mass in patient with history of breast cancer.

**Specimen List:**
left axilla/breast mass, US-guided bx

End of Report, page 1

Technical services provided by Greenview Regional Hospital, 1801 Ashley Circle, Bowling Green, KY 42104, Daryl B. Lundgren, M.D., Director
Case reviewed and diagnosis rendered at Associated Pathologists, 1801 Ashley Circle, Bowling Green, KY 42104, Daryl B. Lundgren, M.D., Director
## CONFIDENTIAL

 Saint Thomas Health

**Saint Thomas Hospital**
**4220 Harding Road**
**Nashville, TN 37205**
**Phone: (615) 222-2111**

Name: CARDWELL, JUDY A
Birth Date: 3/22/1966
MRN:      S-20218044
FIN:      S-2412157969
Sex:      Female
Age:      47 years

---

## Special Procedures

| Accession number: | Exam Date/Time: | Ordering Physician: | PROCEDURE |
|---|---|---|---|
| IR-13-0004844 | 7/12/2013 10:32 CDT | Shepard MD,Gregg | SP Central Line Procedure |

**Reason For Exam**
(SP Central Line Procedure) port injection

**Report**
PROCEDURE: Fluoroscopic guided evaluation of a central venous access device.
CPT 36598

HISTORY: 174.9 BREAST CA/ 996.74 COMPLICATIONS W/ PORT + port injection

ACCESS SITE: single lumen venous port .

ANATOMIC AREA IMAGED: Superior Vena Cava .

PORT FUNCTION: There is obstructive flow from the distal aspect of the catheter.
There contrast stains the wall of the SVC consistent with a fibrin sheath
and adherent catheter.

CONTRAST: 5 ml of Omnipaque 300 .

DAPS/FLUOROSCOPY TIME: 60 seconds. CPT 6045F

IMPRESSION: Contrast stains the wall of the SVC. Catheter should not be
used for infusion of chemotherapy. Findings communicated with Dr. Shepard

ws:UV0434

Electronically Signed By STEVE BLOUNT on 2013-07-12 10:39 CTZ
Direct Line (615)986-6085

---

Shepard MD,Gregg          Page 1 of 1          REQ ID: 27505034
4230 Harding Rd.                               7/12/2013 10:52 CDT
Suite 707
Nashville, TN 37205-

Cardwell, Judy - BMR - 000425

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                     **MRN#:** 332012
**DOB:** Mar 22, 1966                              **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Dec 11, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed 1992  (Progressed) Stage X,  TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,    Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013  (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26, 2013  (Active)
Secondary -  - nausea/vomiting,    Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Come sin for treatment and follow up.  Doing ok.  No new focal pain or GI problems currently.  No headaches.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By  Gregg Shepard, M.D. on 12/11/2014 09:36:52

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Dec 11, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Dec 11, 2014 11:42: Height - 64.00 in, Weight - 135 lbs (HIGH), BSA - 1.66 sq.m, BMI - 23.1700, Temperature - 97.8 F, Pulse - 68 /min, Respiration - 24 /min, BP - 120/70 mm(hg), and Pain - 0.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on Dec 11, 2014 11.25

| | | | |
|---|---|---|---|
| Glucose | 78 mg/dL | BUN | 17 mg/dL |
| Creatinine | 0.93 mg/dL | Cr Clearance (Est) | 70.9900 mL/min(LOW) |
| Sodium | 144 mmol/L | Potassium | 4.4 mmol/L |
| Chloride | 104 mmol/L | CO2 | 30 mmol/L |
| Calcium | 9.5 mg/dL | Protein, Total | 7.1 g/dL |
| Albumin | 4.1 g/dL | Globulin | 3.0 g/dL |
| ALT (SGPT) | 25 U/L | AST (SGOT) | 23 U/L |
| Alkaline Phosphatase | 38 U/L | Bilirubin, Total | 0.3 mg/dL |
| eGFR Non-African-American | 64.15 mL/min/1.73m2 | eGFR African-American | 77.62 mL/min/1.73m2 |
| WBC | 7.5 K/uL | RBC | 3.75 M/uL(LOW) |
| HGB | 12.0 g/dL(LOW) | HCT | 36.0 %(LOW) |
| MCV | 95.9 fL | MCH | 32.1 pg(HIGH) |
| MCHC | 33.5 g/dL | RDW | 10.45 %(LOW) |
| Platelet Count | 251 K/uL | MPV | 7.3 fL(LOW) |
| Neutrophil % | 41.4 % | Lymphocyte % | 45.4 % |
| Monocyte % | 6.8 % | Eosinophil % | 5.80 % |
| Basophil % | 0.60 % | Neutrophils | 3.1 K/ul |
| Lymphocytes | 3.4 K/uL | Monocytes | 0.51 K/uL |

Electronically Signed By  Gregg Shepard, M.D. on 12/11/2014 09:36:52

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date:  Dec 11, 2014

| | | | |
|---|---|---|---|
| Eosinophils | 0.44 K/uL | Basophils | 0.05 K/uL |

**RADIOLOGY**
MRI BRAIN INCL STEM W/O/W CONTRAST

Exam: MRI of the brain with and without contrast.

Date. Ordered at 12/9/2014 8.45 AM

Comparison: September 16, 2014

History: Breast cancer. Brain metastases.

Technique: Multiplanar, multisequence MR images of the brain before and after administration of 13 mL of MultiHance gadolinium contrast intravenously.

Findings:

No abnormal diffusion restriction. No evidence of acute infarction.

Mild interval increase in size of the RIGHT pontine enhancing nodule at the level of the middle cerebellar peduncle with stable small RIGHT cerebellar enhancing nodule/metastasis.

No evidence of additional brain parenchymal metastases. No subdural or leptomeningeal metastases.

Stable RIGHT occipital bone small area of enhancement which is nonspecific and may be secondary to a stable venous lake versus a stable small calvarial metastasis. No additional abnormal calvarial bone enhancement.

Reference lesions/metastases:

1. Enlarging RIGHT pontine enhancing nodule/metastasis measuring 9 x 9 mm compared to 7 x 6 mm on the prior examination. Image 5. Series 9.
2. Stable enhancing RIGHT cerebellar punctate 2 mm nodule/metastasis. Image 4. Series 9.

No evidence of intracranial hemorrhage on gradient imaging.

Normal FLAIR suppression of CSF signal.

There is increasing mild to moderate vasogenic edema surrounding the RIGHT pontine suspected metastasis with extension into the RIGHT middle cerebellar peduncle. Minimal edema surrounding the punctate RIGHT cerebellar metastasis.

Similar moderate nonspecific supratentorial T2/FLAIR white matter hyperintensities consistent with post therapeutic leukoencephalopathy.

Electronically Signed By  Gregg Shepard, M.D. on 12/11/2014 09:36:52

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Dec 11, 2014

No evidence of significant mass effect, midline shift, hydrocephalus, or herniation.

Mild mucosal thickening of the ethmoid air cells, frontal sinuses, sphenoid sinuses, and maxillary sinuses with small bilateral maxillary sinus air-fluid levels secondary to effusions versus acute on chronic sinusitis. Minimal LEFT and mild RIGHT nonspecific mastoid air cell fluid with mucosal thickening.

Normal basilar and imaged internal carotid arterial flow-voids. Normal appearance of the superior sagittal sinus. The imaged soft tissues of the face and orbits are unremarkable.    No evidence of nasopharyngeal mass. The clivus, imaged cervical spine, corpus callosum, pineal region, tectum, and midbrain are unremarkable with no Chiari 1 malformation. Normal appearance of the sella and pituitary gland.

Impression:

1. Mild interval enlargement of the RIGHT pontine enhancing nodule/metastasis with increasing mild/moderate surrounding vasogenic edema.
2. Stable punctate 2 mm RIGHT cerebellar metastasis.
3. Stable small area enhancement of the RIGHT occipital lobe secondary to a venous lake versus a stable small bony calvarial metastases.
4. No evidence of new interval intracranial or bony calvarial metastases.
5. No evidence of significant mass effect, midline shift, hydrocephalus, or herniation.
6. Stable moderate supratentorial T2/FLAIR white matter hyperintensity consistent with post therapeutic leukoencephalopathy.
7. Sinus disease as above.

BEN D. GRIFFIN, MDBDG / aa12/09/2014 10:41 AM

Tests performed by: Tennessee Oncology P.E.T. Services . 2018 Murphy Avenue . Nashville, TN 37203 An ACR accredited facility.      Exam Date: 12/09/2014

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today and continue tamoxifen.  No evidence of systemic progression of disease   Tolerating ok

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.  This is for skeletal event and fracture prevention.

Continued concerning progression of brainstem lesion.  Remains indeterminate for tumor or radiation related necrosis.  Did not tolerate Vitamin E  and Trental in treatment doses.  Currently no related symptoms, but this is a concerning area for a lesion,  Would not be able to have any surgery or biopsy and has had maximal radiation.  Will get Brain PET to further clarify if active hypermetabolic metastatic lesion or necrosis.  Might be eligible eligible for clinical trial, or could change to lapatanib/Xeloda if

Electronically Signed By  Gregg Shepard, M.D. on 12/11/2014 09:36:52

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Dec 11, 2014

confirmed. Will also plan on presenting to tumor board. MAy consider hyperbaric oxygen if more consistent with necrosis.

Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.Lisa S Bellin, M.D.

Electronically Signed by: Gregg Shepard, M.D. Date/Time: 12/11/2014/09:37:27

Electronically Signed By Gregg Shepard, M.D. on 12/11/2014 09:36:52

Cardwell, Judy - BMR - 000430

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                            **MRN#:** 332012
**DOB:** Mar 22, 1966                                    **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Nov 18, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed 1992  (Progressed) Stage X,  TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,    Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013  (Active)
Secondary - 198 5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26, 2013  (Active)
Secondary -  - nausea/vomiting,    Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Again doing better.  Some small excoriated rash lesions on chest wall.  No new pain or fever.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By Shepard, Gregg C on  11/18/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Nov 18, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Nov 18, 2014 11:37:  Height - 64.00 in, Weight - 132.0 lbs (LOW), BSA - 1.64 sq.m, BMI - 22.6600, Temperature - 97.8 F, Pulse - 60 /min, Respiration - 14 /min, BP - 110/80 mm(hg), and Pain - 0.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on Nov 18, 2014 10:22

| | | | |
|---|---|---|---|
| Glucose | 92 mg/dL | BUN | 12 mg/dL |
| Creatinine | 0.73 mg/dL(LOW) | Cr Clearance (Est) | 90.4300 mL/min |
| Sodium | 142 mmol/L | Potassium | 3.7 mmol/L |
| Chloride | 106 mmol/L | CO2 | 30 mmol/L |
| Calcium | 8.5 mg/dL | Protein, Total | 6.4 g/dL |
| Albumin | 3.6 g/dL | Globulin | 2.8 g/dL |
| ALT (SGPT) | 25 U/L | AST (SGOT) | 17 U/L |
| Alkaline Phosphatase | 38 U/L | Bilirubin, Total | 0.3 mg/dL |
| eGFR Non-African-American | 84.85 mL/min/1.73m2 | eGFR African-American | > 90 mL/min/1.73m2 |
| WBC | 7.4 K/uL | RBC | 3.48 M/uL(LOW) |
| HGB | 11.7 g/dL(LOW) | HCT | 33.1 %(LOW) |
| MCV | 95.1 fL | MCH | 33.7 pg(HIGH) |
| MCHC | 35.5 g/dL(HIGH) | RDW | 10.78 %(LOW) |
| Platelet Count | 192 K/uL | MPV | 7.4 fL |
| Neutrophil % | 44.8 % | Lymphocyte % | 39.5 % |
| Monocyte % | 7.8 % | Eosinophil % | 7.30 %(HIGH) |
| Basophil % | 0.60 % | Neutrophils | 3.3 K/ul |

Electronically Signed By Shepard, Gregg C on  11/18/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Nov 18, 2014

| Lymphocytes | 2.9 K/uL | Monocytes | 0.58 K/uL |
|---|---|---|---|
| Eosinophils | 0.54 K/uL | Basophils | 0.04 K/uL |
| CA 27-29 | 16 U/mL | CA 15-3 | 18.9 U/mL |

**RADIOLOGY**

**IMPRESSION AND PLAN**

Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today and continue tamoxifen. Watch skin lesions carefully as the cancer was definitely dermotropic. Return as planned three weeks.

Bone metastasis, continue Xgeva every 6 weeks. Continue calcium and vitamin D. This is for skeletal event and fracture prevention.

Slight progression pons brain lesion. She did not tolerate Trental but will continue to try taking the vitamin E.

Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D. Lisa S Bellin, M.D.

Electronically Signed By Shepard, Gregg C on 11/18/2014

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                           **MRN#:** 332012
**DOB:** Mar 22, 1966                          **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Oct 28, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed 1992  (Progressed) Stage X,  TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,    Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013  (Active)
Secondary - 198 5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26, 2013  (Active)
Secondary - - nausea/vomiting,    Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She was admitted to hospital briefly, but is doing better.  No more diarrhea.  Still some fatigue and nausea but doing better.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis  In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By Shepard, Gregg C on  10/28/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Oct 28, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Oct 28, 2014 11:49:  Height - 64.00 in, Weight - 133 lbs (LOW), BSA - 1.64 sq.m, BMI - 22.8300, Temperature - 98.2 F, BP - 100/64 mm(hg), and Pain - 0.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on Oct 28, 2014 12:02

| | | | |
|---|---|---|---|
| WBC | 6.9 K/uL | RBC | 3.62 M/uL(LOW) |
| HGB | 11.9 g/dL(LOW) | HCT | 34.8 %(LOW) |
| MCV | 96.1 fL | MCH | 32.8 pg(HIGH) |
| MCHC | 34.1 g/dL | RDW | 11.09 %(LOW) |
| Platelet Count | 234 K/uL | MPV | 7.3 fL(LOW) |
| Neutrophil % | 43.0 % | Lymphocyte % | 44.3 % |
| Monocyte % | 7.7 % | Eosinophil % | 4.30 % |
| Basophil % | 0.70 % | Neutrophils | 3.0 K/ul |
| Lymphocytes | 3.1 K/uL | Monocytes | 0.53 K/uL |
| Eosinophils | 0.30 K/uL | Basophils | 0.05 K/uL |

**RADIOLOGY**

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

Electronically Signed By Shepard, Gregg C on  10/28/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Oct 28, 2014

She will proceed with maintenance Herceptin and Perjeta today and continue tamoxifen.  Doing ok.
Recent gastroenteritis resolving.

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.  This is for skeletal
event and fracture prevention.

Slight progression pons brain lesion.  She did not tolerate Trental but will continue to try taking the
vitamin E.

Gregg Shepard, M.D.

CC:
Catherine G Heitsley, M.D.Lisa S Bellin, M.D.

Electronically Signed By Shepard, Gregg C on  10/28/2014

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee 37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                              **MRN#:** 332012
**DOB:** Mar 22, 1966                          **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Oct 07, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed 1992 (Progressed) Stage X, TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198 5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26, 2013  (Active)
Secondary - - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She remains active, and feels ok.  Able to do normal activities.  No focal bone pain.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By Shepard, Gregg C on 10/7/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Oct 07, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Oct 07, 2014 11:58.  Height - 64.00 in, Weight - 133.6 lbs (HIGH), BSA - 1.65 sq.m, BMI -
22.9300, Temperature - 97.0 F, Pulse - 76 /min, Respiration - 16 /min, BP - 122/78 mm(hg), and Pain -
0.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**

**RADIOLOGY**

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2
positive.

She will proceed with maintenance Herceptin and Perjeta today and continue tamoxifen.  Systemically no
evidence of progression.  Continue follow up and monitoring as planned.

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.  This is for skeletal
event and fracture prevention.

Slight progression pons brain lesion.  After review, this seems more likely to be radiation necrosis.
Recommended starting Trental and Vitamin E.  Discussed possible side effects including blood thinning
properties.  Although she is basically asymptomatic, he lesion is in a high risk area.  Will continue close
follow up with MRI imaging.

Electronically Signed By Shepard, Gregg C on  10/7/2014

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Oct 07, 2014

Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.Lisa S Bellin, M.D.

Electronically Signed By Shepard, Gregg C on  10/7/2014

Cardwell, Judy - BMR - 000439

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                          **MRN#:** 332012
**DOB:** Mar 22, 1966                              **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Sep 16, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed 1992  (Progressed) Stage X,  TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,    Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013  (Active)
Secondary - 198 5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26, 2013  (Active)
Secondary - - nausea/vomiting,    Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Still doing ok without headache or weakness.  No fevers.  Appetite stable.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By Shepard, Gregg C on  9/16/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Sep 16, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Sep 16, 2014 12:06: Height - 64.00 in, Weight - 133 lbs (HIGH), BSA - 1.64 sq.m, BMI -
22.8300, Temperature - 97.8 F, Pulse - 68 /min, Respiration - 17 /min, BP - 114/70 mm(hg), and Pain -
0.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on Sep 16, 2014 11:20

| | | | |
|---|---|---|---|
| WBC | 7.9 K/uL | RBC | 3.72 M/uL(LOW) |
| HGB | 12.1 g/dL(LOW) | HCT | 35.7 %(LOW) |
| MCV | 96.0 fL | MCH | 32.5 pg(HIGH) |
| MCHC | 33.8 g/dL | RDW | 11.08 %(LOW) |
| Platelet Count | 215 K/uL | MPV | 7.7 fL |
| Neutrophil % | 54.8 % | Lymphocyte % | 35.1 % |
| Monocyte % | 5.2 % | Eosinophil % | 4.40 % |
| Basophil % | 0.50 % | Neutrophils | 4.4 K/ul |
| Lymphocytes | 2.8 K/uL | Monocytes | 0.41 K/uL |
| Eosinophils | 0.35 K/uL | Basophils | 0.04 K/uL |

**RADIOLOGY**
MRI BRAIN INCL STEM W/O/W CONTRAST

Exam: MRI of the brain with and without contrast.

Date: Ordered at 9/16/2014 8:15 AM

Electronically Signed By Shepard, Gregg C on  9/16/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Sep 16, 2014

Comparison: May 27, 2014

History: Breast cancer. Brain metastases.

Technique: Multiplanar, multisequence MR images of the brain before and after administration of 13 mL of MultiHance gadolinium contrast intravenously.

Findings.

No abnormal diffusion restriction. No evidence of acute infarction.

Stable small RIGHT cerebellar hemisphere punctate enhancing nodule/metastasis. Mild interval enlargement of a RIGHT pontine enhancing nodule/metastasis. No evidence of new brain parenchymal, leptomeningeal, or dural metastases.

Less distinct RIGHT occipital bone small area enhancement which is nonspecific and may be secondary to a venous lake versus a small single calvarial metastasis. No additional abnormal calvarial bone enhancement.

Reference lesions:

1. Mild interval enlargement of a RIGHT pontine oval 7 x 6 mm enhancing nodule/metastasis compared to 6 x 4 mm previously. Image 17. Series 9.
2. Stable punctate 2 mm medial RIGHT cerebellar enhancing nodule/metastasis. Image 6. Series 9.

No evidence of intracranial hemorrhage on gradient imaging.

Normal FLAIR suppression of CSF signal.

Increased mild edema surrounding the RIGHT pontine suspected metastasis. No significant mass effect, midline shift, or herniation. Otherwise, similar mild cerebellar and moderate to severe supratentorial nonspecific T2/FLAIR white matter hyperintensities most likely secondary to post therapeutic leukoencephalopathy with possible microvascular ischemic white matter disease component.

Mild mucosal thickening of the frontal sinuses and ethmoid air cells. Extensive RIGHT and mild LEFT nonspecific mastoid air cell fluid and mucosal thickening. Old bilateral cerebellar lacunar infarctions.

Partially CSF filled sella with flattening of the pituitary gland.

Normal basilar and imaged internal carotid arterial flow-voids. Normal appearance of the superior sagittal sinus. The imaged soft tissues of the face and orbits are unremarkable.    No evidence of nasopharyngeal mass. The scalp, clivus, imaged cervical spine, corpus callosum, pineal region, tectum, and midbrain are unremarkable with no Chiari 1 malformation.

Electronically Signed By Shepard, Gregg C on  9/16/2014

Cardwell, Judy - BMR - 000442

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Sep 16, 2014

Impression:

1. Mild interval enlargement of a subcentimeter RIGHT pontine metastasis with increasing mild surrounding vasogenic edema.
2. Stable small punctate medial RIGHT cerebellar hemispheric enhancing metastasis.
3. No evidence of new brain parenchymal, leptomeningeal, or dural metastases.
4. Less distinct small superior posterior RIGHT parietal bone area of enhancement which is nonspecific. Diagnostic considerations include a small venous lake versus a single small calvarial metastasis.
5. No evidence of significant mass effect, midline shift, hydrocephalus, or herniation.
6. Similar mild cerebellar and moderate/severe supratentorial nonspecific T2/FLAIR white matter hyperintensities most likely secondary to post therapeutic leukoencephalopathy with possible component of microvascular ischemic white matter disease.

BEN D. GRIFFIN, MDBDG / aa09/16/2014 10:12 AM

Tests performed by: Tennessee Oncology P.E.T. Services . 2018 Murphy Avenue . Nashville, TN 37203
An ACR accredited facility.        Exam Date: 09/16/2014

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today and continue tamoxifen. Systemically no evidence of progression. Continue follow up and monitoring as planned.

Bone metastasis, continue Xgeva every 6 weeks. Continue calcium and vitamin D. This is for skeletal event and fracture prevention.

Slight progression pons brain lesion. Will need to discuss with radiation oncology and compare to prior treatments. May be able to give radiosurgery. If already treated in this area then will only be able to observe closely, which should be ok given the slow rate of increase at this point. Could consider clinical trials in this situation if further increase. Will probably plan repeat MRI bain in 6 week, depending on possibility of radiosurgical treatment.

Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.Lisa S Bellin, M.D.

Electronically Signed By Shepard, Gregg C on  9/16/2014

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell
**DOB:** Mar 22, 1966

**MRN#:** 332012
**Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Aug 26, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed 1992  (Progressed) Stage X,  TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198 5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26, 2013  (Active)
Secondary -  - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Ambulatory and doing all activities at home. No new pain or skin problems.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By Shepard, Gregg C on  8/26/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Aug 26, 2014


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Aug 26, 2014 09:50: Height - 64.00 in, Weight - 131 lbs (LOW), BSA - 1.63 sq.m, BMI - 22.4900, Temperature - 98.0 F, Pulse - 60 /min, Respiration - 16 /min, BP - 118/70 mm(hg), and Pain - 0.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on Aug 26, 2014 09:32

| | | | |
|---|---|---|---|
| WBC | 6.5 K/uL | RBC | 3.68 M/uL(LOW) |
| HGB | 12.1 g/dL(LOW) | HCT | 35.2 %(LOW) |
| MCV | 95.7 fL | MCH | 32.8 pg(HIGH) |
| MCHC | 34.3 g/dL | RDW | 11.84 % |
| Platelet Count | 196 K/uL | MPV | 7.6 fL |
| Neutrophil % | 47.7 % | Lymphocyte % | 40.8 % |
| Monocyte % | 6.8 % | Eosinophil % | 4.30 % |
| Basophil % | 0.40 % | Neutrophils | 3.1 K/ul |
| Lymphocytes | 2.6 K/uL | Monocytes | 0.44 K/uL |
| Eosinophils | 0.28 K/uL | Basophils | 0.03 K/uL |


**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.


Electronically Signed By Shepard, Gregg C on 8/26/2014

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Aug 26, 2014

She will proceed with maintenance Herceptin and Perjeta today and continue tamoxifen.  She has
responded to these well and we will continue follow up with imaging and tumor markers.

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.  This is for skeletal
event and fracture prevention.

Gregg Shepard, M.D.

CC.
Catherine G Heltsley, M.D.Lisa S Bellin, M.D.

Electronically Signed By Shepard, Gregg C on  8/26/2014

Cardwell, Judy - BMR - 000446

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                        **MRN#:** 332012
**DOB:** Mar 22, 1966                        **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Aug 05, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed 1992  (Progressed) Stage X, TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198 5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26, 2013  (Active)
Secondary - - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Continues to feel good without any new focal pain or other new problems.  Eating ok.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By Shepard, Gregg C on  8/5/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Aug 05, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Aug 05, 2014 12:31: Height - 64.00 in, Weight - 134 lbs (HIGH), BSA - 1.65 sq.m, BMI - 23.0000, Temperature - 98.0 F, Pulse - 68 /min, Respiration - 20 /min, BP - 110/72 mm(hg), and Pain - 0.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches. No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving. Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented. No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on Aug 05, 2014 12:05

| | | | |
|---|---|---|---|
| WBC | 6.6 K/uL | RBC | 3.49 M/uL(LOW) |
| HGB | 11.3 g/dL(LOW) | HCT | 33.3 %(LOW) |
| MCV | 95.4 fL | MCH | 32.5 pg(HIGH) |
| MCHC | 34.0 g/dL | RDW | 11.89 % |
| Platelet Count | 189 K/uL | MPV | 7.6 fL |
| Neutrophil % | 48.3 % | Lymphocyte % | 40.1 % |
| Monocyte % | 6.4 % | Eosinophil % | 4.70 % |
| Basophil % | 0.50 % | Neutrophils | 3.2 K/ul |
| Lymphocytes | 2.7 K/uL | Monocytes | 0.42 K/uL |
| Eosinophils | 0.31 K/uL | Basophils | 0.03 K/uL |

**RADIOLOGY**

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

Electronically Signed By Shepard, Gregg C on 8/5/2014

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Aug 05, 2014


She will proceed with maintenance Herceptin and Perjeta today and continue tamoxifen.  She is doing well and we will follow tumor markers and cellsearch.

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.Lisa S Bellin, M.D.

Electronically Signed By Shepard, Gregg C on  8/5/2014

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                    **MRN#:** 332012
**DOB:** Mar 22, 1966                        **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Jul 15, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed 1992  (Progressed) Stage X,  TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26, 2013  (Active)
Secondary - - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She comes in for follow up and treatment.  Still doing well without new pain or other problems.  EAting ok lately.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By Shepard, Gregg C on  7/15/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Jul 15, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Jul 15, 2014 11:47: Height - 64.00 in, Weight - 129 lbs (LOW), BSA - 1.62 sq m, BMI - 22.1400, Temperature - 97.4 F, Pulse - 68 /min, Respiration - 16 /min, BP - 112/70 mm(hg), and Pain - 0.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches. No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving. Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented. No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on Jul 15, 2014 11:11

| | | | |
|---|---|---|---|
| WBC | 6.9 K/uL | RBC | 3.74 M/uL(LOW) |
| HGB | 12.5 g/dL | HCT | 36.1 %(LOW) |
| MCV | 96.5 fL | MCH | 33.4 pg(HIGH) |
| MCHC | 34.6 g/dL | RDW | 11.17 %(LOW) |
| Platelet Count | 216 K/uL | MPV | 7.7 fL |
| Neutrophil % | 46.8 % | Lymphocyte % | 41.6 % |
| Monocyte % | 6.3 % | Eosinophil % | 4.70 % |
| Basophil % | 0.60 % | Neutrophils | 3.2 K/ul |
| Lymphocytes | 2.9 K/uL | Monocytes | 0.43 K/uL |
| Eosinophils | 0.32 K/uL | Basophils | 0.04 K/uL |

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

Electronically Signed By Shepard, Gregg C on 7/15/2014

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Jul 15, 2014


She will proceed with maintenance Herceptin and Perjeta today.  Continue Tamoxifen.  Return as planned for treatment.

Dehydration, anorexia and weight loss.  Now stable and doing ok.

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.


Gregg Shepard, M.D.

CC:
Catherine G Heitsley, M.D.Lisa S Bellin, M.D.


Electronically Signed By Shepard, Gregg C on  7/15/2014

2018/09/13 10:11:12   129 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:**  Judy A Cardwell                                            **MRN#:**  332012
**DOB:**  Mar 22, 1966                              **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:**  Jun 17, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed 1992  (Progressed) Stage X,  TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198 5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26, 2013  (Active)
Secondary -  - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Still feels tired and dry mouth.  Eating ok but hard to take lots of fluids.  No emesis or diarrhea.  No headaches.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis  In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By Shepard, Gregg C on  6/17/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Jun 17, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

## MEDICATIONS
Reviewed and updated.

## VITALS
Performed on Jun 17, 2014 09:15: Height - 64.00 in, Weight - 130.6 lbs (HIGH), BSA - 1.63 sq.m, BMI - 22.4200, Temperature - 97.9 F, Pulse - 80 /min, Respiration - 18 /min, BP - 120/60 mm(hg), and Pain - 0.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches. No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving. Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented. No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on Jun 17, 2014 08:51

| | | | |
|---|---|---|---|
| WBC | 4.5 K/uL(LOW) | RBC | 3.62 M/uL(LOW) |
| HGB | 11.7 g/dL(LOW) | HCT | 34.3 %(LOW) |
| MCV | 94.6 fL | MCH | 32.2 pg(HIGH) |
| MCHC | 34.0 g/dL | RDW | 13.09 % |
| Platelet Count | 210 K/uL | MPV | 7.2 fL(LOW) |
| Neutrophil % | 44.0 % | Lymphocyte % | 41.8 % |
| Monocyte % | 7.3 % | Eosinophil % | 6.50 % |
| Basophil % | 0.40 % | Neutrophils | 2.0 K/ul |
| Lymphocytes | 1.9 K/uL | Monocytes | 0.33 K/uL |
| Eosinophils | 0.29 K/uL | Basophils | 0.02 K/uL |

## RADIOLOGY

## IMPRESSION AND PLAN
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

Electronically Signed By Shepard, Gregg C on 6/17/2014

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Jun 17, 2014


She will proceed with maintenance Herceptin and Perjeta today.  Doing ok.  Tolerating Tamoxifen ok at this point.  Imaging continues to show good response.  Return three weeks again.

Dehydration, anorexia and weight loss.  Encouraged her to resume Megace.  Will have IV fluids today again.

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.Lisa S Bellin, M.D.


Electronically Signed By Shepard, Gregg C on  6/17/2014

2018/09/13 10:11:12    132 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                          **MRN#:** 332012
**DOB:** Mar 22, 1966                              **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** May 27, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed 1992  (Progressed) Stage X, TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,    Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013  (Active)
Secondary - 198 5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26, 2013  (Active)
Secondary -  - nausea/vomiting,    Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Was able to go on Bahamas cruise recently and felt ok.  Currently last three days has had more nausea, fatigue, anorexia.  Taking Zofran.  Taking Tamoxifen.  No new headache or pain.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis  In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By Shepard, Gregg C on  5/27/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: May 27, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on May 27, 2014 11:00: Height - 64.00 in, Weight - 127 lbs (LOW), BSA - 1.61 sq.m, BMI -
21.8000, Temperature - 97.8 F, Pulse - 80 /min, Respiration - 20 /min, BP - 114/76 mm(hg), and Pain -
1.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on May 27, 2014 09:56

| | | | |
|---|---|---|---|
| WBC | 8.8 K/uL | RBC | 3.67 M/uL(LOW) |
| HGB | 11.8 g/dL(LOW) | HCT | 34.6 %(LOW) |
| MCV | 94.3 fL | MCH | 32.2 pg(HIGH) |
| MCHC | 34.1 g/dL | RDW | 12.29 % |
| Platelet Count | 197 K/uL | MPV | 7.4 fL. |
| Neutrophil % | 63.4 % | Lymphocyte % | 25.8 % |
| Monocyte % | 6.6 % | Eosinophil % | 3.70 % |
| Basophil % | 0.50 % | Neutrophils | 5.6 K/ul |
| Lymphocytes | 2.3 K/uL | Monocytes | 0.58 K/uL |
| Eosinophils | 0.32 K/uL | Basophils | 0.04 K/uL |

**RADIOLOGY MRI brain stable small cerebellar and pons lesions.  Stable treatment effects.**

CT chest abdomen and pelvis

Electronically Signed By Shepard, Gregg C on  5/27/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: May 27, 2014

History: Breast cancer

Comparison: 2/25/2014

Contrast: 125 mL omnipaque-300 administered along with oral contrast

Findings:
Thorax:   *** Left lower lobe pulmonary nodule image 31 measures 5 x 6 mm previously 5 x 6 mm.

No new pulmonary nodules or effusions. Bilateral mastectomy with reconstruction. No enlarged lymph nodes. Previous left axillary dissection. Multiple sclerotic bone lesions appear similar.

Abdomen: Stable small liver lesions are again noted, and several appear subjectively diminished, the remainder subjectively stable. Reference lesions:
***Left hepatic lobe near dome image 49, 7 x 5 mm previously 15 x 8 mm
***Posterior segment right lobe image 64, 10 x 8 mm previously 10 x 9 mm
No new liver mass. Spleen, pancreas, gallbladder, adrenal glands and kidneys are normal. Stomach and bowel loops are normal. No ascites or lymph node enlargement.

Pelvis: Fluid within the endometrial canal is likely physiologic, correlate with phase of menstrual cycle. No adenopathy or ascites. Multiple bone lesions are again noted. These are predominately sclerotic, but some lytic foci are again noted.

Impression:
1. Improving liver metastasis.
2. Stable lung nodule.
3. Stable bone metastasis.
4. No new disease

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today.  Doing ok.  Tolerating Tamoxifen ok at this point.   Continue same.  Discussed prognosis and plans.

Dehydration, anorexia and weight loss.  Encouraged her to resume Megace.  Will have IV fluids today. Call if more problem in the near furniture.

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.Lisa S Bellin, M.D.



Electronically Signed By Shepard, Gregg C on  5/27/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: May 27, 2014

Electronically Signed By Shepard, Gregg C on 5/27/2014

2018/09/13 10:11:12    136 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                                                 **MRN#:** 332012
**DOB:** Mar 22, 1966                                          **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Apr 29, 2014

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed 1992  (Progressed) Stage X,  TX, NX, M0, GX
Secondary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Apr 8, 2014 (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Apr 8, 2014 (Active)
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198 5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26, 2013  (Active)
Secondary -  - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Last three days she has had more nausea and abdominal pain.  No emesis but much worse in terms of anorexia and weakness.  No fever or diarrhea currently.  She is also due for treatment today.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis  In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Started Tamoxifen.

Electronically Signed By Shepard, Gregg C on  4/29/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Apr 29, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Apr 29, 2014 09:29:  Height - 64.00 in, Weight - 128 lbs (LOW), BSA - 1.62 sq.m, BMI -
21.9700, Temperature - 98.5 F, Pulse - 68 /min, Respiration - 16 /min, BP - 122/80 mm(hg), and Pain -
0.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2
positive.

For the nausea, this may be gastroenteritis or chemotherapy recall of some type.  She will have
antiemetics and IV fluids for dehydration in the clinic today.  Asked her to call if this does not improve.
She already has a number of antiemetics at home.

She will proceed with maintenance Herceptin and Perjeta today.  Doing ok.  Tolerating Tamoxifen ok at
this point.

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.

Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.Lisa S Bellin, M.D.

Electronically Signed By Shepard, Gregg C on  4/29/2014

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Apr 29, 2014

Electronically Signed By Shepard, Gregg C on  4/29/2014

Cardwell, Judy - BMR - 000462

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                          **MRN#:** 332012
**DOB:** Mar 22, 1966                           **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Apr 08, 2014

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Jun 6, 2013 (Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed Jan 31, 2013  (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26, 2013  (Active)
Secondary - - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Continue to feel better over time.  No diarrhea.  Was able to go on vacation from Baltimore to Charleston down the coast.


ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Starting Tamoxifen.


Electronically Signed By Shepard, Gregg C on  4/8/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Apr 08, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Apr 08, 2014 10:42: Height - 64.00 in, Weight - 131.8 lbs (LOW), BSA - 1.64 sq.m, BMI - 22.6200, Temperature - 97.4 F, Pulse - 78 /min, Respiration - 28 /min, BP - 108/70 mm(hg), and Pain - 0.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches. No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving. Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender, no organomegaly. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented. No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Reviewed today.

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today. Doing ok. Tolerating Tamoxifen ok without problems.

Bone metastasis, continue Xgeva every 6 weeks. Continue calcium and vitamin D.

Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.Lisa S Bellin, M.D.

Electronically Signed By Shepard, Gregg C on 4/8/2014

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Apr 08, 2014

Electronically Signed By Shepard, Gregg C on  4/8/2014

Cardwell, Judy - BMR - 000465

2018/09/13 10:11:12   142 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                                    **MRN#:** 332012
**DOB:** Mar 22, 1966                                        **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Feb 25, 2014

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Jun 6, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed
Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013   (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun
28, 2013   (Active)
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013   (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26,
2013  (Active)
Secondary -  - nausea/vomiting,    Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
No recurrent diarrhea or new pain.  Still some fatigue and nausea.  No fever.


ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy
with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought
attention for enlarging left axillary mass which was becoming tender. PET scan staging showing
abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive
skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall
and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and
subsequent boost with radiosurgery.
8/13/2013: completed 7 cycles of docetaxel with continued response.  Docetaxel stopped and continued
maintenance Perjeta/Herceptin.
2/25/13: Continue Perjeta/Herceptin with stable disease.  Starting Tamoxifen.


Electronically Signed By Shepard, Gregg C on  2/25/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Feb 25, 2014

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

## MEDICATIONS
Reviewed and updated.

## VITALS
Performed on Feb 25, 2014 11:05: Height - 64.00 in, Weight - 131 lbs (HIGH), BSA - 1.63 sq.m, BMI -
22.4900, Temperature - 97.4 F, Pulse - 88 /min, Respiration - 16 /min, BP - 102/70 mm(hg), and Pain -
0.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches. No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving. Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented. No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES

**RADIOLOGY MRI brain:** Impression:

1. Stable multifocal subcentimeter pontine and RIGHT cerebellar enhancing brain lesions/metastases.
2. No evidence of new additional metastases.
3. Stable mild T2/FLAIR hyperintense signal surrounding the brain metastases secondary to mild
residual

CT scan:

CT CHEST: Stable tiny LEFT lower lobe pulmonary nodule. No new pulmonary lesion and no pleural
fluid. Stable nonpathologic size LEFT axillary lymph node. Stable less than 1 cm subcutaneous nodule
RIGHT shoulder adjacent to the infraspinatus muscle. Stable RIGHT mastectomy and implant
mammoplasty. Lesser volume soft tissue density caudal aspect of the LEFT breast with stable LEFT
breast skin thickening in mammaplasty implants. Mammography is more sensitive and specific for breast
pathology  Heart size normal with no pericardial effusion. Right-sided Port-A-Cath tip superior vena
cava. Stable multifocal sclerotic skeletal metastases.
* LEFT axillary node 20 x 7 mm prior 20 x 9 mm image 17.
*LEFT upper lobe nodule 6 x 5 mm prior 5 x 4 mm image 34.

Electronically Signed By Shepard, Gregg C on 2/25/2014

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Feb 25, 2014

CT ABDOMEN, CT PELVIS: Multiple small hepatic lesions stable except for one at the RIGHT lobe posterior segment caudally now lesser size.  No new hepatic lesion.  Gallbladder and biliary ducts nondistended.  Pancreas, spleen, adrenal glands, kidneys, stomach, duodenum and abdominal aorta are within normal limits.  No retroperitoneal or mesenteric adenopathy.  No pelvic mass adenopathy or free intraperitoneal fluid.  Mild LEFT colon diverticulosis.  No hernia.  Stable diffuse sclerotic skeletal metastases.  * LEFT hepatic lobe lateral segment lesion 14 x 8 mm stable remeasured image 53.
* RIGHT hepatic posterior segment lesion 10 x 9 mm prior 13 x 12 mm image 69.

CONCLUSION:
1.  Lesser size of one hepatic lesion with remainder stable.
2.  Stable sclerotic skeletal metastases.
3.  Stable indeterminate pulmonary nodule.
4.  Lesser volume soft tissue density caudal aspect of LEFT breast.  Mammography is more sensitive and specific for breast pathology if indicated clinically.

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today.  Doing ok.  CT shows stable disease.  Since she has less than a complete response and want to maintain the longest possible time to progression, I recommended starting Tamoxifen 20 mg daily.  Discussed possible ide effects including emotional, weight gain, hot flashes and vasomotor, thrombosis.  She agrees and will start this while continuing current Herceptin/Perjeta as well.  She has not had menstrual bleeding for about 1 year at this point, but she tolerated the TAmoxifen well in the past and due to her age and the fact that the amenorrhea is likely due to chemotherapy and surgery, I prefer Tamoxifen for her at this point with consideration of AI therapy when she has progression in the future.

Dehydration, nausea, vomiting   Continue regimen of antiemetics and follow up.  IV fluids today.

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.Lisa S Bellin, M.D.

Electronically Signed By Shepard, Gregg C on  2/25/2014

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                                    **MRN#:** 332012
**DOB:** Mar 22, 1966                              **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Feb 04, 2014

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Jun 6, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed
Jan 31, 2013  (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun
28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26,
2013  (Active)
Secondary - - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She ahs had a few days of nausea and decreased intake with some emesis again.  No severe diarrhea or
fever.


ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was
becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and
left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic
metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and
subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

Electronically Signed By  Gregg Shepard, M.D. on 2/4/2014 21:37:45

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Feb 04, 2014

## MEDICATIONS
Reviewed and updated.

## VITALS
Performed on Feb 04, 2014 12:41: Height - 64.00 in, Weight - 128.8 lbs (LOW), BSA - 1.62 sq.m, BMI - 22.1100, Temperature - 97.9 F, Pulse - 80 /min, Respiration - 16 /min, BP - 102/60 mm(hg), and Pain - 1.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches. No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving. Portacath intact. |
| Breasts | Abnormal - deferred |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented. No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on Feb 04, 2014 12:25

| | | | |
|---|---|---|---|
| Glucose | 98 mg/dL | BUN | 10 mg/dL |
| Creatinine | 0.74 mg/dL(LOW) | Cr Clearance (Est) | 84.8000 mL/min |
| Sodium | 141 mmol/L | Potassium | 3.4 mmol/L(LOW) |
| Chloride | 102 mmol/L | CO2 | 26 mmol/L |
| Calcium | 9.0 mg/dL | Protein, Total | 6.8 g/dL |
| Albumin | 4.0 g/dL | Globulin | 2.8 g/dL |
| ALT (SGPT) | 27 U/L | AST (SGOT) | 15 U/L |
| Alkaline Phosphatase | 71 U/L | Bilirubin, Total | 0.5 mg/dL |
| eGFR Non-African-American | 83.81 mL/min/1.73m2 | eGFR African-American | > 90 mL/min/1.73m2 |
| WBC | 9.1 K/uL | RBC | 3.73 M/uL(LOW) |
| HGB | 12.3 g/dL | HCT | 35.5 %(LOW) |
| MCV | 95.0 fL | MCH | 32.9 pg(HIGH) |
| MCHC | 34.7 g/dL | RDW | 13.06 % |
| Platelet Count | 203 K/uL | MPV | 7.2 fL(LOW) |
| Neutrophil % | 64.2 % | Lymphocyte % | 24.4 % |
| Monocyte % | 7.7 % | Eosinophil % | 3.10 % |
| Basophil % | 0.60 % | Neutrophils | 5.8 K/uL |
| Lymphocytes | 2.2 K/uL | Monocytes | 0.70 K/uL |
| Eosinophils | 0.28 K/uL | Basophils | 0.05 K/uL |

## RADIOLOGY

Electronically Signed By  Gregg Shepard, M.D. on 2/4/2014 21:37:45

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Feb 04, 2014

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today.  Doing ok.  Will have CT scans with next visit.

Dehydration, nausea, vomiting.  Continue regimen of antiemetics and follow up.  IV fluids today.

Bone metastasis, continue Xgeva every 6 weeks.  Continue calcium and vitamin D.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.

Electronically Signed By  Gregg Shepard, M.D. on 2/4/2014 21:37:45

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                    **MRN#:** 332012
**DOB:** Mar 22, 1966                              **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Jan 07, 2014

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Jun 6, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed
Jan 31, 2013  (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun
28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26,
2013  (Active)
Secondary - - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She recovered from diarrhea and feel ok   She has no new pain or fever recently   Does have some
anorexia.


ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was
becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and
left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic
metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and
subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Jan 07, 2014

## MEDICATIONS
Reviewed and updated.

## VITALS
Performed on Jan 07, 2014 09:47:  Height - 64.00 in, Weight - 130.40 lbs (HIGH), BSA - 1.63 sq.m,
BMI - 22.38, Temperature - 96.90 F (LOW), Pulse - 80.00 /min, Respiration - 15.00 /min, BP - 98/60
mm(hg), and Pain - 0.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal -  Alopecia but hair growing back in patches.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on Jan 07, 2014 08:28

| | | | |
|---|---|---|---|
| Glucose | 95.00 mg/dL | BUN | 9.00 mg/dL |
| Creatinine | 0.79 mg/dL(LOW) | Cr Clearance (Est) | 79.43 mL/min |
| Sodium | 143.00 mmol/L | Potassium | 4.10 mmol/L |
| Chloride | 107.00 mmol/L | CO2 | 28.00 mmol/L |
| Calcium | 9.50 mg/dL | Protein, Total | 6.70 g/dL |
| Albumin | 4.10 g/dL | Globulin | 2.60 g/dL |
| ALT (SGPT) | 32.00 U/L | AST (SGOT) | 14.00 U/L(LOW) |
| Alkaline Phosphatase | 60.00 U/L | Bilirubin, Total | 0.30 mg/dL |
| eGFR | 77.74 mL/min/1.73m2 | eGFR | > 90.00 |
| Non-African-American | | African-American | mL/min/1.73m2 |
| WBC | 7.70 K/uL | RBC | 3.73 M/uL(LOW) |
| HGB | 11.70 g/dL(LOW) | HCT | 34.30 %(LOW) |
| MCV | 92.00 fL | MCH | 31.50 pg(HIGH) |
| MCHC | 34.20 g/dL | RDW | 12.94 % |
| Platelet Count | 249.00 K/uL | MPV | 6.90 fL(LOW) |
| Neutrophil % | 59.70 % | Lymphocyte % | 29.50 % |
| Monocyte % | 5.60 % | Eosinophil % | 4.60 % |
| Basophil % | 0.60 % | Neutrophils | 4.60 K/ul |
| Lymphocytes | 2.30 K/uL | Monocytes | 0.43 K/uL |
| Eosinophils | 0.35 K/uL | Basophils | 0.05 K/uL |

## RADIOLOGY

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Jan 07, 2014

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta in 1 week if we can get insurance coverage. I will see her in four weeks with imaging CT for restaging.

Dehydration, nausea, vomiting. Continue regimen of antiemetics and follow up.

Bone metastasis, continue Xgeva monthly. Continue calcium and vitamin D.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.

Electronically signed by Gregg Shepard, M.D.

2018/09/13 10:11:12    151 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                              **MRN#:** 332012
**DOB:** Mar 22, 1966                                     **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Dec 17, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Jun 6, 2013 (Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed Jan 31, 2013  (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26, 2013  (Active)
Secondary - - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She comes in for follow up and treatment.  She was admitted with refractory nausea and weakness with dehydration and was doing better for a few days, but the last few days has had nausea and fatigue again. No fever.  No new diarrhea or other focal complaints.  Does have some anorexia.


ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Dec 17, 2013

History of staphylococcus infection.

## MEDICATIONS
Reviewed and updated.

## VITALS
Performed on Dec 17, 2013 10:23:  Height - 64.00 in, Weight - 126.00 lbs (LOW), BSA - 1.61 sq.m,
BMI - 21.63, Temperature - 97.70 F, Pulse - 66.00 /min, Respiration - 18.00 /min, BP - 110/60 mm(hg),
and Pain - 0.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal -  Alopecia but hair growing back in patches.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender, no organomegaly. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on Dec 17, 2013 10:00

| | | | |
|---|---|---|---|
| Glucose | 89.00 mg/dL | BUN | 5.00 mg/dL(LOW) |
| Creatinine | 0.63 mg/dL(LOW) | Cr Clearance (Est) | 99.60 mL/min |
| Sodium | 141.00 mmol/L | Potassium | 3.50 mmol/L(LOW) |
| Chloride | 103.00 mmol/L | CO2 | 31.00 mmol/L(HIGH) |
| Calcium | 8.70 mg/dL | Protein, Total | 6.50 g/dL |
| Albumin | 4.00 g/dL | Globulin | 2.60 g/dL |
| ALT (SGPT) | 29.00 U/L | AST (SGOT) | 18.00 U/L |
| Alkaline Phosphatase | 63.00 U/L | Bilirubin, Total | 0.30 mg/dL |
| eGFR | > 90.00 | eGFR | > 90.00 |
| Non-African-American | mL/min/1.73m2 | African-American | mL/min/1.73m2 |
| WBC | 4.60 K/uL | RBC | 4.20 M/uL |
| HGB | 12.60 g/dL | HCT | 38.80 % |
| MCV | 92.20 fL | MCH | 30.10 pg |
| MCHC | 32.60 g/dL | RDW | 11.31 %(LOW) |
| Platelet Count | 212.00 K/uL | MPV | 7.40 fL |
| Neutrophil % | 26.30 %(LOW) | Lymphocyte % | 55.70 %(HIGH) |
| Monocyte % | 12.20 %(HIGH) | Eosinophil % | 3.20 % |
| Basophil % | 2.60 %(HIGH) | Neutrophils | 1.20 K/ul(LOW) |
| Lymphocytes | 2.60 K/uL | Monocytes | 0.56 K/uL |
| Eosinophils | 0.15 K/uL | Basophils | 0.12 K/uL |

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Dec 17, 2013

**RADIOLOGY**

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today next cycle.  Will follow tumor markers which have been improving.  Return in three weeks.

Dehydration, nausea, vomiting.  Extra IV fluids and antiemetics in clinic today, and continue same at home.

Bone metastasis, continue Xgeva monthly.  Continue calcium and vitamin D.


Gregg Shepard, M.D.

CC:
Catherine G Heitsley, M.D.
Lisa S Bellin, M.D.


Electronically signed by  Gregg Shepard, M.D.

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell
**DOB:** Mar 22, 1966

**MRN#:** 332012
**Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Nov 26, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Jun 6, 2013 (Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed Jan 31, 2013  (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26, 2013  (Active)
Secondary - - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She comes in for follow up and treatment  No new pain or other problems. Ambulatory and able to do regular activity at home.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Nov 26, 2013

## MEDICATIONS
Reviewed and updated.

## VITALS
Performed on Nov 26, 2013 09:56: Height - 64.00 in, Weight - 133.00 lbs (LOW), BSA - 1.64 sq.m, BMI
- 22.83, Temperature - 98.30 F, Pulse - 72.00 /min, Respiration - 16.00 /min, BP - 110/70 mm(hg), and
Pain - 0.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia but hair growing back in patches. No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving. Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented. No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on Nov 26, 2013 09:33

| | | | |
|---|---|---|---|
| Glucose | 94.00 mg/dL | BUN | 9.00 mg/dL |
| Creatinine | 0.74 mg/dL(LOW) | Cr Clearance (Est) | 96.24 mL/min |
| Sodium | 141.00 mmol/L | Potassium | 3.90 mmol/L |
| Chloride | 107.00 mmol/L | CO2 | 28.00 mmol/L |
| Calcium | 9.20 mg/dL | Protein, Total | 6.40 g/dL |
| Albumin | 4.20 g/dL | Globulin | 2.20 g/dL(LOW) |
| ALT (SGPT) | 29.00 U/L | AST (SGOT) | 14.00 U/L(LOW) |
| Alkaline Phosphatase | 62.00 U/L | Bilirubin, Total | 0.30 mg/dL |
| eGFR | 83.88 mL/min/1.73m2 | eGFR | > 90.00 |
| Non-African-American | | African-American | mL/min/1.73m2 |
| WBC | 5.60 K/uL | RBC | 4.09 M/uL |
| HGB | 12.50 g/dL | HCT | 38.60 % |
| MCV | 94.40 fL | MCH | 30.50 pg |
| MCHC | 32.30 g/dL | RDW | 11.23 %(LOW) |
| Platelet Count | 247.00 K/uL | MPV | 7.60 fL |
| Neutrophil % | 46.90 % | Lymphocyte % | 37.90 % |
| Monocyte % | 6.40 % | Eosinophil % | 8.10 %(HIGH) |
| Basophil % | 0.70 % | Neutrophils | 2.60 K/ul |
| Lymphocytes | 2.10 K/uL | Monocytes | 0.36 K/uL |
| Eosinophils | 0.45 K/uL | Basophils | 0.04 K/uL |
| CA 27-29 | 19.00 U/mL | CA 15-3 | 15.00 U/mL |

## RADIOLOGY

Electronically signed by Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Nov 26, 2013

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2
positive.

She will proceed with maintenance Herceptin and Perjeta today next cycle.  She is tolerating fine, and
has had good response.  Will continue to followup tumor markers and imaging.

Multiple brain metastatic lesions on MRI.  Response seen on imaging, now with stable lesions.

Bone metastasis, continue Xgeva monthly.   Continue calcium and vitamin D.


Gregg Shepard, M.D.

CC:
Catherine G Heitsley, M.D.
Lisa S Bellin, M.D.

Electronically signed by  Gregg Shepard, M.D.

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:**  Judy A Cardwell                                                   **MRN#:**  332012
**DOB:**  Mar 22, 1966                                       **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:**  Nov 05, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Jun 6, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed
Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013   (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun
28, 2013   (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013   (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26,
2013  (Active)
Secondary -  - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She remains active and able to do basic activity at home, on new pain or weakness.


ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was
becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and
left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic
metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and
subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Nov 05, 2013

## MEDICATIONS
Reviewed and updated.

## VITALS
Performed on Nov 05, 2013 11:06:  Height - 64.00 in, Weight - 136.00 lbs, BSA - 1.66 sq.m, BMI - 23.34, Temperature - 97.40 F, Pulse - 60.00 /min, Respiration - 16.00 /min, BP - 120/70 mm(hg), and Pain - 0.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal -  Alopecia.  No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on Nov 05, 2013 10:09

| | | | |
|---|---|---|---|
| Glucose | 111.00 mg/dL(HIGH) | BUN | 6.00 mg/dL(LOW) |
| Creatinine | 0.62 mg/dL(LOW) | Cr Clearance (Est) | 114.86 mL/min |
| Sodium | 145.00 mmol/L | Potassium | 3.40 mmol/L(LOW) |
| Chloride | 106.00 mmol/L | CO2 | 28.00 mmol/L |
| Calcium | 8.60 mg/dL | Protein, Total | 6.30 g/dL |
| Albumin | 3.90 g/dL | Globulin | 2.30 g/dL |
| ALT (SGPT) | 28.00 U/L | AST (SGOT) | 15.00 U/L |
| Alkaline Phosphatase | 67.00 U/L | Bilirubin, Total | 0.40 mg/dL |
| eGFR | > 90.00 | eGFR | > 90.00 |
| Non-African-American | mL/min/1.73m2 | African-American | mL/min/1.73m2 |
| WBC | 5.70 K/uL | RBC | 3.67 M/uL(LOW) |
| HGB | 12.00 g/dL(LOW) | HCT | 34.90 %(LOW) |
| MCV | 95.10 fL | MCH | 32.50 pg(HIGH) |
| MCHC | 34.20 g/dL | RDW | 10.64 %(LOW) |
| Platelet Count | 232.00 K/uL | MPV | 7.60 fL |
| Neutrophil % | 35.90 %(LOW) | Lymphocyte % | 48.10 % |
| Monocyte % | 6.20 % | Eosinophil % | 9.10 %(HIGH) |
| Basophil % | 0.70 % | Neutrophils | 2.00 K/ul |
| Lymphocytes | 2.70 K/uL | Monocytes | 0.35 K/uL |
| Eosinophils | 0.52 K/uL | Basophils | 0.04 K/uL |

## IMPRESSION AND PLAN

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Nov 05, 2013

Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today next cycle.  She is doing better and continues to improve.  Return in three weeks again.

Multiple brain metastatic lesions on MRI.  Response seen on imaging, now with stable lesions.

Bone metastasis, continue Xgeva monthly.  Continue calcium and vitamin D.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.

Electronically signed by  Gregg Shepard, M.D.

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                    **MRN#:** 332012
**DOB:** Mar 22, 1966                          **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Oct 15, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Jun 6, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed
Jan 31, 2013  (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013  (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun
28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013  (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26,
2013  (Active)
Secondary -  - nausea/vomiting,   Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She continues to improve a little, without new nausea or pain.  Still some fatigue.

ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was
becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and
left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic
metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and
subsequent boost with radiosurgery.

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Oct 15, 2013

## MEDICATIONS
Reviewed and updated.

## VITALS
Performed on Oct 15, 2013 13:51: Height - 64.00 in, Weight - 136.00 lbs (LOW), BSA - 1.66 sq.m, BMI - 23.34, Temperature - 97.00 F, Pulse - 72.00 /min, Respiration - 16.00 /min, BP - 116/73 mm(hg), and Pain - 0.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - ambulatory in clinic but very tired. |
| ENMT | Abnormal - Alopecia. No thrush seen. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving. Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented. No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on Oct 15, 2013 12:30

| | | | |
|---|---|---|---|
| Glucose | 83.00 mg/dL | BUN | 5.00 mg/dL(LOW) |
| Creatinine | 0.62 mg/dL(LOW) | Cr Clearance (Est) | 114.86 mL/min |
| Sodium | 147.00 mmol/L(HIGH) | Potassium | 3.70 mmol/L |
| Chloride | 106.00 mmol/L | CO2 | 29.00 mmol/L |
| Calcium | 9.50 mg/dL | Protein, Total | 5.80 g/dL(LOW) |
| Albumin | 3.60 g/dL | Globulin | 2.20 g/dL(LOW) |
| ALT (SGPT) | 28.00 U/L | AST (SGOT) | 14.00 U/L(LOW) |
| Alkaline Phosphatase | 58.00 U/L | Bilirubin, Total | 0.20 mg/dL |
| eGFR | > 90.00 | eGFR | > 90.00 |
| Non-African-American | mL/min/1.73m2 | African-American | mL/min/1.73m2 |
| WBC | 5.40 K/uL | RBC | 3.53 M/uL(LOW) |
| HGB | 11.40 g/dL(LOW) | HCT | 33.90 %(LOW) |
| MCV | 96.10 fL | MCH | 32.20 pg(HIGH) |
| MCHC | 33.50 g/dL | RDW | 11.36 %(LOW) |
| Platelet Count | 233.00 K/uL | MPV | 7.40 fL |
| Neutrophil % | 38.10 % | Lymphocyte % | 38.30 % |
| Monocyte % | 7.50 % | Eosinophil % | 15.60 %(HIGH) |
| Basophil % | 0.50 % | Neutrophils | 2.10 K/ul |
| Lymphocytes | 2.10 K/uL | Monocytes | 0.40 K/uL |
| Eosinophils | 0.84 K/uL(HIGH) | Basophils | 0.03 K/uL |

**RADIOLOGY MRI brain: stable two small lesions in mid brain, no progression.**

**IMPRESSION AND PLAN**

Electronically signed by Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Oct 15, 2013


Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today again.  She is doing better now without the Taxotere, and hope to continue this as long as possible.

Multiple brain metastatic lesions on MRI.  Response seen on imaging, now with stable lesions.

Bone metastasis, continue Xgeva monthly.  Continue calcium and D, which we discussed again today.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.


Electronically signed by  Gregg Shepard, M.D.

2018/09/13 10:11:12    163 /420

# TENNESSEE**ONCOLOGY**

***www.tnoncology.com***

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                              **MRN#:** 332012
**DOB:** Mar 22, 1966                                    **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Sep 24, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Jun 6, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed
Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,    Diagnosed Jun 28, 2013   (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun
28, 2013   (Active)
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013   (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26,
2013   (Active)
Secondary -  - nausea/vomiting,    Diagnosed (Unknown date)   (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Has to come in for IV hydration, but was able to stay at home and was not admitted. feeling better and
has no new fever or pain at this point.  Feels like appetite is improving.


ROS: I reviewed the multi-system question page in clinic with the patient.  See document in chart.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was
becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and
left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic
metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and
subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Sep 24, 2013

History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Sep 24, 2013 12:30:  Height - 64.00 in, Weight - 137.00 lbs (LOW), BSA - 1.67 sq.m,
BMI - 23.52, Temperature - 97.10 F, Pulse - 87.00 /min, Respiration - 21.00 /min, BP - 118/69 mm(hg),
and Pain - 0.00.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic but very tired. |
| ENMT | Abnormal -  Alopecia.  No thrush seen.  dry. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender, no organomegaly. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on Sep 24, 2013 12:08

| | | | |
|---|---|---|---|
| Glucose | 94.00 mg/dL | BUN | 6.00 mg/dL(LOW) |
| Creatinine | 0.61 mg/dL(LOW) | Cr Clearance (Est) | 116.75 mL/min(HIGH) |
| Sodium | 149.00 mmol/L(HIGH) | Potassium | 4.00 mmol/L |
| Chloride | 112.00 mmol/L(HIGH) | CO2 | 23.00 mmol/L |
| Calcium | 9.50 mg/dL | Protein, Total | 5.90 g/dL(LOW) |
| Albumin | 3.70 g/dL | Globulin | 2.20 g/dL(LOW) |
| ALT (SGPT) | 23.00 U/L | AST (SGOT) | 17.00 U/L |
| Alkaline Phosphatase | 60.00 U/L | Bilirubin, Total | 0.30 mg/dL |
| eGFR | > 90.00 | eGFR | > 90.00 |
| Non-African-American | mL/min/1.73m2 | African-American | mL/min/1.73m2 |
| WBC | 5.00 K/uL | RBC | 3.49 M/uL(LOW) |
| HGB | 11.40 g/dL(LOW) | HCT | 33.40 %(LOW) |
| MCV | 95.80 fL | MCH | 32.60 pg(HIGH) |
| MCHC | 34.00 g/dL | RDW | 12.69 % |
| Platelet Count | 227.00 K/uL | MPV | 7.40 fL |
| Neutrophil % | 43.40 % | Lymphocyte % | 40.20 % |
| Monocyte % | 6.40 % | Eosinophil % | 9.60 %(HIGH) |
| Basophil % | 0.40 % | Neutrophils | 2.20 K/ul |
| Lymphocytes | 2.00 K/uL | Monocytes | 0.32 K/uL |
| Eosinophils | 0.48 K/uL | Basophils | 0.02 K/uL |
| CA 15-3 | 21.10 U/mL | CellSearch CTC, Breast | 0.00 CTC/7.5ml WB |

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Sep 24, 2013

**RADIOLOGY**

CT. IMPRESSION:
1. Continued decrease in the pattern of hepatic metastatic disease.
2. Stable osteosclerotic metastatic disease.
3. Decreasing infiltrative soft tissue at the inferior aspect of the left breast as well as decreasing left axillary adenopathy.
4. The appearance of the lumbar spine is stable compared to prior.

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will proceed with maintenance Herceptin and Perjeta today.  Will return in three weeks again. Imaging shows continued response.  Considered adding hormonal therapy, but since she has continued imaging response and is just beginning to recover from chemotherapy toxicities, will try to continue current targeted therapy as long as possible. At progression, will likely be able to either add hormonal therapy to current treatment, or consider clinical trials.

Dehydration and nausea. Now doing better.  Continue antiemetics.

Multiple brain metastatic lesions on MRI.  Response seen on imaging.

Bone metastasis, continue Xgeva monthly.  Continue calcium and D.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.


Electronically signed by  Gregg Shepard, M.D.

2018/09/13 10:11:12   166 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751   **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                    **MRN#:** 332012
**DOB:** Mar 22, 1966                        **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Sep 03, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Jun 6, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed
Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013   (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun
28, 2013   (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013   (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26,
2013   (Active)
Secondary - - nausea/vomiting,   Diagnosed (Unknown date)   (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Was admitted to hospital for a few days for nausea, but now doing better, able to eat and walk ok.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was
becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and
left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic
metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and
subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Sep 03, 2013

## VITALS
Performed on Sep 03, 2013 08:58:  Height - 64.00 in, Weight - 143.00 lbs (HIGH), BSA - 1.70 sq.m,
BMI - 24.55, Temperature - 97.00 F, Pulse - 87.00 /min, Respiration - 16.00 /min, BP - 102/72 mm(hg),
and Pain - 0.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic but very tired. |
| ENMT | Abnormal -  Alopecia.  No thrush seen.  dry. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving.  Portacath intact. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender, no organomegaly. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on Sep 03, 2013 08:44

| | | | |
|---|---|---|---|
| WBC | 5.30 K/uL | RBC | 3.43 M/uL(LOW) |
| HGB | 11.00 g/dL(LOW) | HCT | 32.90 %(LOW) |
| MCV | 95.90 fL | MCH | 32.20 pg(HIGH) |
| MCHC | 33.60 g/dL | RDW | 12.54 % |
| Platelet Count | 249.00 K/uL | MPV | 7.80 fL |
| Neutrophil % | 58.30 % | Lymphocyte % | 28.20 % |
| Monocyte % | 12.30 %(HIGH) | Eosinophil % | 0.80 % |
| Basophil % | 0.40 % | Neutrophils | 3.10 K/ul |
| Lymphocytes | 1.50 K/uL | Monocytes | 0.65 K/uL |
| Eosinophils | 0.04 K/uL | Basophils | 0.02 K/uL |

## RADIOLOGY

## IMPRESSION AND PLAN
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2
positive.

She will proceed with maintenance Herceptin and Perjeta today.  Will return in three weeks with CT scan
and labs.

Dehydration and nausea. Now doing better.  Continue antiemetics.

Multiple brain metastatic lesions on MRI, with repeat imaging planned sept 12.

Bone metastasis, continue X Eva monthly.  Continue calcium and D.

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Sep 03, 2013

Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.

Electronically signed by  Gregg Shepard, M.D.

Cardwell, Judy - BMR - 000492

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                                              **MRN#:** 332012
**DOB:** Mar 22, 1966                                                        **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Aug 22, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,   Diagnosed Jun 6, 2013 (Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013   (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,   Diagnosed Jun 28, 2013   (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013   (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26, 2013   (Active)
Secondary - - nausea/vomiting,   Diagnosed (Unknown date)   (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She comes in a little early for severe nausea and weight loss.  A little better today but the last 4 days only a few sips of water intake.  Still having some diarrhea but not severe.  No fever or new pain.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Aug 22, 2013

## VITALS

Performed on Aug 22, 2013 10:29:  Height - 64.00 in, Weight - 138.00 lbs (LOW), BSA - 1.67 sq.m, BMI - 23.69, Temperature - 97.10 F, Pulse - 107.00 /min (HIGH), Respiration - 16.00 /min, BP - 126/89 mm(hg), and Pain - 2.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic but very tired. |
| ENMT | Abnormal -  Alopecia.  No thrush seen.  dry. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender, no organomegaly. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES

Test performed on Aug 22, 2013 10:22

| | | | |
|---|---|---|---|
| WBC | 25.90 K/uL(HIGH) | RBC | 3.88 M/uL(LOW) |
| HGB | 12.70 g/dL | HCT | 38.30 % |
| MCV | 98.60 fL(HIGH) | MCH | 32.80 pg(HIGH) |
| MCHC | 33.30 g/dL | RDW | 12.61 % |
| Platelet Count | 296.00 K/uL | MPV | 7.30 fL(LOW) |
| Lymphocyte % | 14.30 % | Monocyte % | 9.60 % |
| Basophil % | 2.10 % | Lymphocytes | 3.70 K/uL |
| Monocytes | 2.49 K/uL(HIGH) | Basophils | 0.54 K/uL(HIGH) |

## RADIOLOGY

## IMPRESSION AND PLAN

Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will be due next cycle of chemotherapy in about a week and will have CT at that time.  Planning just maintenance Herceptin and Perjeta at that time.

Dehydration and nausea.  She is out of the Sancuso patches for now.  Will try oral Zofran and she will also start taking the Marinol that I had prescribed in the past.  She will have IV fluids and antiemetics in clinic today.

Multiple brain metastatic lesions on MRI, with repeat imaging planned in the next 1-2 months per Dr Rosenblatt.

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Aug 22, 2013

Bone metastasis, continue X Geva monthly.  Continue calcium and D.

Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.

Electronically signed by  Gregg Shepard, M.D.

2018/09/13 10:11:12     172 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:**  Judy A Cardwell                                                **MRN#:**  332012
**DOB:**  Mar 22, 1966                                          **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:**  Aug 13, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Jun 6, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed
Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013   (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun
28, 2013   (Active)
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013   (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26,
2013  (Active)
Secondary -  - nausea/vomiting,    Diagnosed (Unknown date)  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Had to come in for hydration last week, but now feeling better.  No fever or new focal pain.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis  In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was
becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and
left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic
metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and
subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Aug 13, 2013

## VITALS
Performed on Aug 13, 2013 09:03:  Height - 64.00 in, Weight - 146.00 lbs (HIGH), BSA - 1.71 sq.m,
BMI - 25.06, Temperature - 98.40 F, Pulse - 104.00 /min (HIGH), Respiration - 18.00 /min, BP - 128/78
mm(hg), and Pain - 0.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic but very tired. |
| ENMT | Abnormal - LEft external ear canal better, no bleeding.  Cerumen build-up. Alopecia. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema, improving. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on Aug 13, 2013 08:57

| | | | |
|---|---|---|---|
| WBC | 4.30 K/uL(LOW) | RBC | 3.39 M/uL(LOW) |
| HGB | 11.20 g/dL(LOW) | HCT | 33.20 %(LOW) |
| MCV | 98.00 fL(HIGH) | MCH | 32.90 pg(HIGH) |
| MCHC | 33.60 g/dL | RDW | 12.38 % |
| Platelet Count | 274.00 K/uL | MPV | 7.30 fL(LOW) |
| Neutrophil % | 44.80 % | Lymphocyte % | 41.60 % |
| Monocyte % | 12.10 %(HIGH) | Eosinophil % | 0.90 % |
| Basophil % | 0.60 % | Neutrophils | 1.90 K/ul(LOW) |
| Lymphocytes | 1.80 K/uL | Monocytes | 0.51 K/uL |
| Eosinophils | 0.04 K/uL | Basophils | 0.03 K/uL |

## RADIOLOGY

## IMPRESSION AND PLAN
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2
positive.

She will proceed with chemotherapy as planned today.  This is the last planned docetaxel, then will
continue with herceptin and perjeta alone.  Will plan for IV hydration in 1 week, then I will see her with Ct
imaging in three weeks prior to next treatment.

Multiple brain metastatic lesions on MRI, now status post whole brain radiation.  She also recently
competed a boost to residual lesions.  Will continue periodic MRI follow up as planned.

Bone metastasis, continue X Geva monthly.  Continue calcium and D.

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Aug 13, 2013

Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.

Electronically signed by  Gregg Shepard, M.D.

Cardwell, Judy - BMR - 000498

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                      **MRN#:** 332012
**DOB:** Mar 22, 1966                          **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Jul 23, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Jun 6, 2013 (Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,    Diagnosed Jun 28, 2013   (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun 28, 2013  (Active)
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013   (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26, 2013  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Had a new portacath placed.  Feels some ongoing fatigue, but otherwise doing ok.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Jul 23, 2013

Performed on Jul 23, 2013 08:34:  Height - 64.00 in, Weight - 148.00 lbs (LOW), BSA - 1.72 sq.m, BMI - 25.40, Temperature - 97.30 F, Pulse - 101.00 /min (HIGH), Respiration - 15.00 /min, BP - 103/77 mm(hg), and Pain - 1.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic but very tired. |
| ENMT | Abnormal - LEft external ear canal better, no bleeding.  Cerumen build-up. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - still some mild erythema. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on Jul 23, 2013 08:23

| | | | |
|---|---|---|---|
| Glucose | 98.00 mg/dL | BUN | 5.00 mg/dL(LOW) |
| Creatinine | 0.59 mg/dL(LOW) | Cr Clearance (Est) | 132.52 mL/min(HIGH) |
| Sodium | 143.00 mmol/L | Potassium | 4.00 mmol/L |
| Chloride | 108.00 mmol/L(HIGH) | CO2 | 25.00 mmol/L |
| Calcium | 8.40 mg/dL | Protein, Total | 5.70 g/dL(LOW) |
| Albumin | 3.20 g/dL(LOW) | Globulin | 2.50 g/dL |
| ALT (SGPT) | 36.00 U/L | AST (SGOT) | 15.00 U/L |
| Alkaline Phosphatase | 76.00 U/L | Bilirubin, Total | 0.40 mg/dL |
| eGFR | > 90.00 | eGFR | > 90.00 |
| Non-African-American | mL/min/1.73m2 | African-American | mL/min/1.73m2 |
| WBC | 6.30 K/uL | RBC | 3.58 M/uL(LOW) |
| HGB | 11.80 g/dL(LOW) | HCT | 35.40 %(LOW) |
| MCV | 98.60 fL(HIGH) | MCH | 32.80 pg(HIGH) |
| MCHC | 33.20 g/dL | RDW | 11.82 % |
| Platelet Count | 300.00 K/uL | MPV | 6.80 fL(LOW) |
| Neutrophil % | 66.30 % | Lymphocyte % | 22.70 % |
| Monocyte % | 8.20 % | Eosinophil % | 2.30 % |
| Basophil % | 0.50 % | Neutrophils | 4.20 K/ul |
| Lymphocytes | 1.40 K/uL | Monocytes | 0.52 K/uL |
| Eosinophils | 0.15 K/uL | Basophils | 0.03 K/uL |

## RADIOLOGY

## IMPRESSION AND PLAN
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Jul 23, 2013


She will proceed with chemotherapy as planned today.  Planning one more cycle of current regimen after today, then will continue just with Herceptin and Perjeta until progression.  Tolerating ok.  Again discussed possible side effects.

Multiple brain metastatic lesions on MRI, now status post whole brain radiation.  She also recently competed a boost to residual lesions.  Will continue periodic MRI follow up as planned.

Bone metastasis, continue X Geva monthly.  Continue calcium and D.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.


Electronically signed by  Gregg Shepard, M.D.

Cardwell, Judy - BMR - 000501

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                                      **MRN#:** 332012
**DOB:** Mar 22, 1966                                     **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Jul 12, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Jun 6, 2013 (Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013   (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun 28, 2013   (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013   (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26, 2013   (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She again has some nausea and fatigue after last chemotherapy.  She is eating ok and does not feel dehydrated.  She says that the diarrhea totally improved after last visit and she never restarted the metronidazole.  She had a port flow study showing the tip adhering to the wall of the vessel.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation and subsequent boost with radiosurgery.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Jul 12, 2013

## VITALS
Performed on Jul 12, 2013 11:08:  Height - 64.00 in, Weight - 149.00 lbs (LOW), BSA - 1.73 sq.m, BMI
- 25.58, Temperature - 97.40 F, Pulse - 104.00 /min (HIGH), Respiration - 15.00 /min, BP - 109/76
mm(hg), and Pain - 0.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic but very tired. |
| ENMT | Abnormal - LEft external ear canal better, no bleeding.  Cerumen build-up. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - scalp and external ear erythema and ichthyosis, better. Portacath in chest wall without erythema. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES

## RADIOLOGY

## IMPRESSION AND PLAN
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2
positive.

We were considering IV fluids if she was very symptomatic, but she is feeling ok at this point.  She will be
referred to ahve a new portacath placed, and she will return in about two weeks when due next cycle
chemotherapy.

Prior C. Diff, seems to have resolved.

Multiple brain metastatic lesions on MRI, now status post whole brain radiation.  She also recently
competed a boost to residual lesions.  Will continue periodic MRI follow up.

Bone metastasis, continue X Geva today and when due.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Jul 12, 2013

Electronically signed by  Gregg Shepard, M.D.

Cardwell, Judy - BMR - 000504

2018/09/13 10:11:12    181 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:**  Judy A Cardwell                                                    **MRN#:**  332012
**DOB:**  Mar 22, 1966                                        **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:**  Jun 28, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Jun 6, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed
Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 276.51 - Dehydration,   Diagnosed Jun 28, 2013   (Active)
Secondary - 996.70 - Other complications due to unspecified device, implant, and graft,    Diagnosed Jun
28, 2013   (Active)
Secondary - 288.03 - Drug induced neutropenia,   Diagnosed May 23, 2013   (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,   Diagnosed Mar 26,
2013   (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She comes in for scheduled chemotherapy, but she has worse nausea and fatigue today.  For the last
few days she has had emesis and had a hard time getting out of bed.  She is able to walk some and
denies fever.  No new pain.  Still thinks her excessive thirst is much better.  Still has diarrhea every day,
multiple loose stools.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. She does not remember exactly the date of tamoxifen discontinuation. In Jan 2013,
she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging
showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes,
extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left
chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date:  Jun 28, 2013

Reviewed and updated.

## VITALS

Performed on Jun 28, 2013 09:24:  Height - 64.00 in, Weight - 146.00 lbs (LOW), BSA - 1.71 sq.m, BMI - 25.06, Temperature - 97.30 F, Pulse - 135.00 /min (HIGH), Respiration - 16.00 /min, BP - 114/77 mm(hg), and Pain - 0.00.

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic but very tired. |
| ENMT | Abnormal - LEft external ear canal better, no bleeding   Cerumen build-up. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - scalp and external ear erythema and ichthyosis, better. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES

Test performed on Jun 28, 2013 09:15

| | | | |
|---|---|---|---|
| Glucose | 85.00 mg/dL | BUN | 6.00 mg/dL(LOW) |
| Creatinine | 0.54 mg/dL(LOW) | Cr Clearance (Est) | 144.79 mL/min(HIGH) |
| Sodium | 140.00 mmol/L | Potassium | 3.80 mmol/L |
| Chloride | 101.00 mmol/L | CO2 | 22.00 mmol/L |
| Calcium | 9.10 mg/dL | Protein, Total | 7.00 g/dL |
| Albumin | 4.20 g/dL | Globulin | 2.80 g/dL |
| ALT (SGPT) | 37.00 U/L | AST (SGOT) | 19.00 U/L |
| Alkaline Phosphatase | 68.00 U/L | Bilirubin, Total | 0.90 mg/dL |
| eGFR | > 90.00 | eGFR | > 90.00 |
| Non-African-American | mL/min/1.73m2 | African-American | mL/min/1.73m2 |
| Iron, Total | 43.00 ug/dL | % Iron Saturation | 16.00 % |
| TIBC | 266.00 ug/dL | WBC | 8.30 K/uL |
| RBC | 4.15 M/uL | HGB | 13.60 g/dL |
| HCT | 41.00 % | MCV | 98.90 fL(HIGH) |
| MCH | 32.90 pg(HIGH) | MCHC | 33.20 g/dL |
| RDW | 13.53 % | Platelet Count | 349.00 K/uL |
| MPV | 6.90 fL(LOW) | Neutrophil % | 51.20 % |
| Lymphocyte % | 34.30 % | Monocyte % | 11.90 % |
| Eosinophil % | 1.70 % | Basophil % | 0.90 % |
| Neutrophils | 4.30 K/ul | Lymphocytes | 2.90 K/uL |
| Monocytes | 0.99 K/uL(HIGH) | Eosinophils | 0.14 K/uL |
| Basophils | 0.07 K/uL | Ferritin | 88.00 ng/mL |
| CA 27-29 | 42.00 U/mL(HIGH) | Transferrin | 197.00 mg/dL |
| Erythropoietin | 10.80 mIU/mL | CellSearch CTC, Breast | 0.00 CTC/7.5ml WB |

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Jun 28, 2013

**RADIOLOGY MRI brain reviewed, 2 cerebellar lesions, but multiple other supratentorial lesions improved.**

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She is due chemotherapy but this will be delayed a few days in hopes of improving her diarrhea and nausea.  She will have IV fluids and steroid in clinic today for dehydration and nausea.

Prior C. Diff, likely having a relapse.  Will start metronidazole again.  If worsens she should let me know and we will start oral vancomycin.

Multiple brain metastatic lesions on MRI, now status post whole brain radiation.  Current MRI looks better but still two cerebellar lesions.  Might be contributing to nausea.  Will refer again to radiation Oncology nd discussed with Dr Rosenblatt, possible stereotactic boost.

Bone metastasis, continue X Geva today and when due.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.


Electronically signed by  Gregg Shepard, M.D.

Cardwell, Judy - BMR - 000507

2018/09/13 10:11:12    184 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                          **MRN#:** 332012
**DOB:** Mar 22, 1966                          **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Jun 06, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.3 - Secondary malignant neoplasm of brain and spinal cord,    Diagnosed Jun 6, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed
Jan 31, 2013  (Active)  Stage IV,  T0, N3c, M1
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013  (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26,
2013  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Ended up getting ENT to see for her left ear, now better.  HAs had persistent mild nausea and fatigue.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. She does not remember exactly the date of tamoxifen discontinuation. In Jan 2013,
she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging
showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes,
extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left
chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Jun 06, 2013 09:16  Height - 64.00 in, Weight - 160.00 lbs, BSA - 1.78 sq m, BMI -
27.46, Temperature - 97.50 F, Pulse - 111.00 /min (HIGH), Respiration - 16.00 /min, BP - 122/76
mm(hg), and Pain - 0.00.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Jun 06, 2013

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic. |
| ENMT | Abnormal - LEft external ear canal better, no bleeding.  Cerumen build-up. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - scalp and external ear erythema and ichthyosis |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on Jun 06, 2013 09:11

| | | | |
|---|---|---|---|
| WBC | 5.90 K/uL | RBC | 3.54 M/uL(LOW) |
| HGB | 11.80 g/dL(LOW) | HCT | 34.80 %(LOW) |
| MCV | 98.30 fL(HIGH) | MCH | 33.30 pg(HIGH) |
| MCHC | 33.90 g/dL | RDW | 15.10 %(HIGH) |
| Platelet Count | 405.00 K/uL | MPV | 6.00 fL(LOW) |
| Neutrophil % | 49.70 % | Lymphocyte % | 42.70 % |
| Monocyte % | 6.80 % | Eosinophil % | 0.40 % |
| Basophil % | 0.40 % | Neutrophils | 2.90 K/ul |
| Lymphocytes | 2.50 K/uL | Monocytes | 0.40 K/uL |
| Eosinophils | 0.02 K/uL | Basophils | 0.02 K/uL |

**RADIOLOGY**
CT Impression:
1. Significant interval reduction in volume of multilobulated tumor within the left breast.
2. Significant interval decrease in size and number of the left cervical, supraclavicular and axillary metastatic lymphadenopathy.
3. Significant interval decrease in size and number of the multiple hepatic metastasis.
4. Interval decrease in  size and number of upper abdominal retroperitoneal mesenteric and pelvic metastatic lymphadenopathy.
5. Previously noted adrenal metastasis no longer identified.
6. Interval increase in sclerosis, likely representing a healing response therapy, of the diffuse lytic osseous metastasis throughout the axillary and appendicular skeleton.
7. New since the prior study , but subacute age, are pathologic compression fractures involving the L1, L4 and L5 vertebral bodies with nondisplaced fracture of the left L3 transverse process.

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Jun 06, 2013

She will have cycle 4 Taxotere/H/P today.  Tolerating ok with some nausea and fatigue so will keep same doses.  Return tomorrow for Neulasta and then 3 weeks for next cycle.  Discussed plans and treatment duration.

Prior C. Diff, still with some diarrhea.  Discussed probiotics and if worsens will have to start oral metro again.

Multiple brain metastatic lesions on MRI, now status post whole brain radiation.  Will plan follow up MRI at next visit.

Bone metastasis, continue X Geva when due

Gregg Shepard, M.D.

CC:
Catherine G Heitsley, M.D.
Lisa S Bellin, M.D.

Electronically signed by  Gregg Shepard, M.D.

2018/09/13 10:11:12     187 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:**  Judy A Cardwell
**DOB:**  Mar 22, 1966

**MRN#:**  332012
**Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:**  May 23, 2013

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 288.03 - Drug induced neutropenia,    Diagnosed May 23, 2013   (Active)
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26, 2013   (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She feels like her left ear is very full, not painful though.  No fever.  She has less nausea.  Tolerated this chemotherapy much better.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. She does not remember exactly the date of tamoxifen discontinuation. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on May 23, 2013 15:03:  Height - 64.00 in, Weight - 160.00 lbs (LOW), BSA - 1.78 sq.m, BMI - 27.46, Temperature - 98.00 F, Pulse - 110.00 /min (HIGH), Respiration - 15.00 /min, BP - 129/80 mm(hg), and Pain - 0.00.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  May 23, 2013

## PHYSICAL EXAM

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic |
| ENMT | Abnormal - LEft external ear canal has muco-purulent discharge, no bleeding. Cerumen build-up. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - scalp and external ear erythema, nail beds with some dark discoloration. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender, no organomegaly. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

## LABORATORY STUDIES
Test performed on May 23, 2013 14:55

| | | | |
|---|---|---|---|
| WBC | 4.70 K/uL | RBC | 3.67 M/uL(LOW) |
| HGB | 12.30 g/dL | HCT | 36.30 %(LOW) |
| MCV | 98.90 fL(HIGH) | MCH | 33.40 pg(HIGH) |
| MCHC | 33.80 g/dL | RDW | 15.04 %(HIGH) |
| Platelet Count | 222.00 K/uL | MPV | 6.80 fL(LOW) |
| Neutrophil % | 29.30 %(LOW) | Lymphocyte % | 45.60 % |
| Monocyte % | 18.40 %(HIGH) | Eosinophil % | 1.20 % |
| Basophil % | 5.50 %(HIGH) | Neutrophils | 1.40 K/ul(LOW) |
| Lymphocytes | 2.20 K/uL | Monocytes | 0.87 K/uL |
| Eosinophils | 0.06 K/uL | Basophils | 0.26 K/uL(HIGH) |

## RADIOLOGY

## IMPRESSION AND PLAN
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

Possible otitis externa - Cipro drops.

She returns for mid cycle check and is doing ok.  No need for Fluids of antiemetics today.  She will return as planned for next cycle in about two weeks with CT to check response.

Multiple brain metastatic lesions on MRI, now status post whole brain radiation.  Will plan follow up MRI.

BRCA testing was negative.

Gregg Shepard, M.D.

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  May 23, 2013

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.

Electronically signed by  Gregg Shepard, M.D.

2018/09/13 10:11:12    190 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:**  Judy A Cardwell                                                      **MRN#:**  332012
**DOB:**  Mar 22, 1966                                              **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:**  May 17, 2013

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed
Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26,
2013  (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She completed brain radiation and is feeling better.  LEss nausea but still some fatigue.  Ambulatory and
able to do regular activities at home.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. She does not remember exactly the date of tamoxifen discontinuation. In Jan 2013,
she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging
showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes,
extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left
chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions, treated with whole brain radiation.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on May 17, 2013 10:05:  Height - 64.00 in, Weight - 166.00 lbs (HIGH), BSA - 1.81 sq.m,
BMI - 28.49, Temperature - 96.60 F (LOW), Pulse - 107.00 /min (HIGH), Respiration - 16.00 /min, BP -
127/78 mm(hg), and Pain - 0.00.

**PHYSICAL EXAM**


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: May 17, 2013

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic. |
| ENMT | Normal - Oropharynx moist without lesions.  Nares patent.  External ear canals patent. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - no new rash on exposed areas, chest wall not examined.  Portacath in place without erythema. |
| Breasts | Abnormal - deferred. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on May 17, 2013 10:03

| | | | |
|---|---|---|---|
| Glucose | 124.00 mg/dL(HIGH) | BUN | 19.00 mg/dL |
| Creatinine | 0.63 mg/dL(LOW) | Cr Clearance (Est) | 124.11 mL/min(HIGH) |
| Sodium | 141.00 mmol/L | Potassium | 4.00 mmol/L |
| Chloride | 104.00 mmol/L | CO2 | 30.00 mmol/L |
| Calcium | 8.40 mg/dL | Protein, Total | 5.50 g/dL(LOW) |
| Albumin | 2.90 g/dL(LOW) | Globulin | 2.50 g/dL |
| ALT (SGPT) | 44.00 U/L | AST (SGOT) | 17.00 U/L |
| Alkaline Phosphatase | 66.00 U/L | Bilirubin, Total | 0.30 mg/dL |
| eGFR | > 90.00 | eGFR | > 90.00 |
| Non-African-American | mL/min/1.73m2 | African-American | mL/min/1.73m2 |
| WBC | 9.10 K/uL | RBC | 3.46 M/uL(LOW) |
| HGB | 11.50 g/dL(LOW) | HCT | 34.20 %(LOW) |
| MCV | 99.00 fL(HIGH) | MCH | 33.30 pg(HIGH) |
| MCHC | 33.70 g/dL | RDW | 14.62 %(HIGH) |
| Platelet Count | 214.00 K/uL | MPV | 6.30 fL(LOW) |
| Neutrophil % | 71.60 % | Lymphocyte % | 20.00 % |
| Monocyte % | 5.40 % | Eosinophil % | 2.50 % |
| Basophil % | 0.50 % | Neutrophils | 6.50 K/ul |
| Lymphocytes | 1.80 K/uL | Monocytes | 0.49 K/uL |
| Eosinophils | 0.23 K/uL | Basophils | 0.05 K/uL |

**RADIOLOGY**

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She completed brain radiation and will go ahead with the third cycle chemotherapy today.  Will resume Docetaxel and she will have Neulasta support this cycle due to neutropenic fever with previous treatment.  Otherwise doing ok, but since she had such profound nausea with prior cycles will try to add Sancuso

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  May 17, 2013

patch to her antiemetic regimen, and will schedule her for IV fluids and antiemetics if needed in about one week.

Multiple brain metastatic lesions on MRI, now status post whole brain radiation.  Will plan follow up MRI.

BRCA testing pending.

Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.

Electronically signed by  Gregg Shepard, M.D.

2018/09/13 10:11:12    193 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number:** (615)269-7085

**Patient:**  Judy A Cardwell                                          **MRN#:**  332012
**DOB:**  Mar 22, 1966                         **Physician:**  Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:**  Apr 25, 2013

**PRIMARY DIAGNOSIS**
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed
Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1
Secondary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26,
2013   (Active)

**CHIEF COMPLAINT AND INTERVAL HISTORY**
Continues to improve and feeling much stronger now.  Bowels formed and only 1-2 per day.  No new
pain.  Still has some nausea.  Day 3 brain radiation today planned.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. She does not remember exactly the date of tamoxifen discontinuation. In Jan 2013,
she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging
showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes,
extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left
chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Apr 25, 2013 09:05:  Height - 64.00 in, Weight - 153.00 lbs (LOW), BSA - 1.75 sq.m, BMI
- 26.26, Temperature - 97.50 F, Pulse - 101.00 /min (HIGH), Respiration - 16.00 /min, BP - 122/85
mm(hg), and Pain - 0.00.

**PHYSICAL EXAM**


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Apr 25, 2013

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic. |
| ENMT | Normal - Oropharynx moist without lesions.  Nares patent.  External ear canals patent. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - no new rash on exposed areas, chest wall not examined.  Portacath in place without erythema. |
| Breasts | Abnormal - Left breast reconstructed with excoriated area now has eschar and less erythema and drainage.  Improved. |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur.  Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Normal - no palpable cervical or axillary nodes. |

**LABORATORY STUDIES**
Test performed on Apr 25, 2013 09:04

| | | | |
|---|---|---|---|
| WBC | 7.90 K/uL | RBC | 3.64 M/uL(LOW) |
| HGB | 11.30 g/dL(LOW) | HCT | 34.20 %(LOW) |
| MCV | 93.90 fL | MCH | 31.10 pg |
| MCHC | 33.10 g/dL | RDW | 12.35 % |
| Platelet Count | 438.00 K/uL(HIGH) | MPV | 6.50 fL(LOW) |
| Neutrophil % | 66.90 % | Lymphocyte % | 19.40 % |
| Monocyte % | 12.70 %(HIGH) | Eosinophil % | 0.60 % |
| Basophil % | 0.40 % | Neutrophils | 5.30 K/ul |
| Lymphocytes | 1.50 K/uL | Monocytes | 1.00 K/uL(HIGH) |
| Eosinophils | 0.05 K/uL | Basophils | 0.03 K/uL |

**RADIOLOGY**

**IMPRESSION AND PLAN**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She will ahve Herceptin and Perjeta today, holding the Docetaxel due to ongoing brain radiation and prior severe neutropenic fever.  Will plan to restart Taxotere with neulasta support after radiation completed.

Multiple brain metastatic lesions on MRI.  Continue low dose decadron and whole brain radiation.

BRCA testing pending.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Apr 25, 2013

Electronically signed by  Gregg Shepard, M.D.

Cardwell, Judy - BMR - 000519

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee 37205**
**Phone Number:** (615)385-3751    **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                    **MRN#:** 332012
**DOB:** Mar 22, 1966                    **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Apr 18, 2013

**PRIMARY DIAGNOSIS:** Primary - 198.5 - Secondary malignant neoplasm of bone and bone marrow, Diagnosed Mar 26, 2013   (Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,   Diagnosed Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1

**CHIEF COMPLAINT AND INTERVAL HISTORY:**
She comes in for follow up after hospitalization.  She continues to have some diarrhea and nausea but not severe.  Still says no pain in lower or mid back but is having some pain in upper lateral chest wall on right.  No recent fever.  Has some fatigue.

**HPI:**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2 amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection. She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen therapy at that time. She does not remember exactly the date of tamoxifen discontinuation. In Jan 2013, she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes, extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left chest wall and skin involvement by exam.

4/4/2013: day 1 cycle 1 Taxotere/Herceptin/Perjeta complicated by neutropenic fever.
4/18/2013: found on MRI with multiple brain metastatic lesions.


PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS:**  Reviewed and updated.


**FAMILY HISTORY:**


**SOCIAL HISTORY:**
Ms. Cardwell is divorced. Ms. Cardwell no longer smokes but had smoked for 4 years. She is a former drinker.


Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth:  Mar 22, 1966
Visit Date:  Apr 18, 2013

## REVIEW OF SYSTEMS:

| | |
|---|---|
| Constitutional | Abnormal - Some fatigue and ongoing low appetite. recent hospitalization. |
| ENMT | Normal - No changes in  hearing, no mouth pain or bleeding, no recent hair loss. |
| Eyes | Normal - No changes in vision. |
| Integumentary | Abnormal - Left breast excoriated lesion improving. |
| Cardiovascular | Normal - No  palpitations, chest pain, dyspnea or pain on exertion. |
| Respiratory | Normal - No cough, pleuritic pain, hemoptysis. |
| Gastrointestinal | Abnormal - Some heartburn and nausea. No hematernesis or  melena. |
| Genitourinary (F) | Abnormal - Some frequency at night. No hematuria. |
| Musculoskeletal | Normal - No arthralgias, myalgias, joint swelling or redness. |
| Neurologic | Normal - No headaches, focal weakness, paresthesias, numbness. |
| Hematologic/Lymphatic | Normal - No unusual bruising or bleeding, no history of pallor. |

**VITALS:**  Performed on Apr 18, 2013 13:49:  Height - 64.00 in, Weight - 156.00 lbs, BSA - 1.76 sq.m, BMI - 26.78, Temperature - 96.80 F (LOW), Pulse - 107.00 /min (HIGH), Respiration - 16.00 /min, BP - 140/80 mm(hg), and Pain - 0.00.

## PHYSICAL EXAM:

| | |
|---|---|
| Constitutional | Abnormal - mild nausea, ambulatory in clinic. |
| ENMT | Normal - Oropharynx moist without lesions.  Nares patent.  External ear canals patent. |
| Neck | Normal - Supple, no thyromegaly, tenderness or masses. |
| Integumentary | Abnormal - no new rash on exposed areas, chest wall not examined.  Portacath in place without erytherna. |
| Breasts | Abnormal - deferred today |
| Cardiovascular | Normal - No peripheral edema, rhythm regular, normal S1 and S2, no murmur. Carotid and radial artery pulses palpable bilaterally. |
| Respiratory | Normal - Lungs are clear to auscultation and percussion bilaterally, no increased respiratory effort. |
| Abdomen | Normal - Bowel sounds present, soft, nontender, no organomegaly. |
| Musculoskeletal | Normal - No major joint deformities, tenderness to palpation, edema, or nail bed changes in the head, neck, spine, ribs or extremities. |
| Neurologic | Normal - Alert and oriented.  No gross focal deficits. |
| Hematologic/Lymphatic | Abnormal - Left axillary lymph node measuring at least 3 cm, somewhat tender, without overlying skin changes and bilateral small notable cervical lymphadenopathy is palpable. |

## LABORATORY STUDIES:

## RADIOLOGY:MRI:FINDINGS.

There are numerous infratentorial and supratentorial abnormal enhancing lesions in keeping with metastatic disease. Most of the metastases are in the is a lateral cerebellum.

Electronically signed by  Gregg Shepard, M.D.

Patient Name: Cardwell, Judy
Date of Birth: Mar 22, 1966
Visit Date: Apr 18, 2013

Reference lesions:
**Right inferior cerebellar peduncle and inferior pons, 11 x 12 mm on image 8 series 11.
**Left frontoparietal measures 7 x 5 mm on image 18 series 11.

There are several additional smaller left frontal, parietal, temporal metastases on the left including on image 20 series 11 and image 12 series 11. small right frontal metastasis on image 15 series 11. Numerous bilateral cerebellar metastases.

There is no acute infarct.   The anatomy of the craniocervical junction is within normal limits.   The clivus, sella, corpus callosum,  and visualized tongue base are grossly unremarkable.

There is no hydrocephalus. Visualized intracranial vascular flow-voids are unremarkable.   The orbits are within normal limits.    mucosal thickening frontal sinuses bilateral ethmoid air cells. Visualized paranasal sinuses are otherwise clear. Trace fluid in the bilateral mastoid air cells. Correlate clinically for mastoiditis. No intracranial hemorrhage is seen. Impression:

1. Numerous enhancing infra tentorial and supratentorial lesions are in keeping with multiple metastases. The metastases are most numerous and largest in the infratentorial region including bilateral cerebellum, right inferior cerebellar peduncle and extending into the inferior pons.
2. Trace fluid in the bilateral mastoid air cells. Correlate clinically for mastoiditis.

**IMPRESSION AND PLAN:**
Stage IV invasive breast cancer (T0, N3c, M1): Her disease is hormone receptor positive and HER2 positive.

She is recovering from neutropenic fever and C. diff.  I asked her to continue the metronidazole even though she is having some nausea from that.  Can continue antiemetics.  She will be due next cycle chemotherapy next week and I have recommended continuing with just the Herceptin and PErjeta at this point given her brain lesions while she is on radiation.  After brain radiation completes will plan to restart the Taxotere as well.

Multiple brain metastatic lesions on MRI.  She will likely best need whole brain radiation and I have referred her to see Dr Rosenblatt again as soon as possible.  Discussed implications and prognosis.  Will start her on Decadron BID at this point.  These lesions likely explain her polydipsia and nausea.

Hypocalcemia after denosumab treatment.  Asked her to continue the calcium and vitamin d which she has not been taking regularly.

BRCA testing pending.


Gregg Shepard, M.D.

CC:
Catherine G Heltsley, M.D.
Lisa S Bellin, M.D.




Electronically signed by  Gregg Shepard, M.D.

2018/09/13 10:11:12    199 /420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee  37205**
**Phone Number:** (615)385-3751     **Fax Number**: (615)269-7085

**Patient:** Judy A Cardwell                                           **MRN#:** 332012
**DOB:** Mar 22, 1966                              **Physician:** Gregg C Shepard, M.D.

**HOSPITAL ADMISSION NOTE**

Patient, Judy  Cardwell, upon examination was admitted to the Hospital today.  Please see the Hospital
H&P for documentation.

Electronically signed by  Gregg Shepard, M.D.

Cardwell, Judy - BMR - 000523

2018/09/13 10:11:12    200 / 420

# TENNESSEE**ONCOLOGY**

*www.tnoncology.com*

**Saint Thomas West**
**4220 Harding Rd**
**S & E Building, Suite 200**
**Nashville, Tennessee 37205**
**Phone Number:** (615)385-3751    **Fax Number:** (615)269-7085

**Patient:** Judy A Cardwell                                              **MRN#:** 332012
**DOB:** Mar 22, 1966                                    **Physician:** Gregg C Shepard, M.D.

**OFFICE NOTE**
**DOS:** Apr 04, 2013

**PRIMARY DIAGNOSIS**
Primary - 198.5 - Secondary malignant neoplasm of bone and bone marrow,    Diagnosed Mar 26, 2013
(Active)
Primary - 174.9 - Malignant neoplasm of breast (female), unspecified site, ER+/PR-/HER2+,    Diagnosed
Jan 31, 2013   (Active)  Stage IV,  T0, N3c, M1

**CHIEF COMPLAINT AND INTERVAL HISTORY**
She comes in for follow up and to start chemotherapy.  She has some polydipsia, drinking up to 3x 18
ounce water per day more than usual for the last few weeks by her report.  She has no pain today.  She
had portacath placed and a skin biopsy in the OR yesterday.

**HPI**
1/31/2013, ultrasound-guided core biopsy of left axillary mass showing poorly differentiated infiltrating
ductal carcinoma with positive estrogen receptor, negative progesterone receptor, and FISH for HER2
amplification positive and also positive for chromosome 17 polysomy by FISH analysis. In 1992 she was
diagnosed with a right side breast cancer and underwent mastectomy and axillary lymph node dissection.
She did not have any adjuvant therapy at that time. Within a short time, she had disease found in the left
breast as well and underwent a left lumpectomy with radiation therapy followed by 5 years of tamoxifen
therapy at that time. She does not remember exactly the date of tamoxifen discontinuation. In Jan 2013,
she sought attention for enlarging left axillary mass which was becoming tender. PET scan staging
showing abnormal activity in the left breast as well as both right and left axilla, mediastinal lymph nodes,
extensive skeletal involvement, and diffuse extensive hepatic metastatic disease. She had extensive left
chest wall and skin involvement by exam.

PAST MEDICAL HISTORY
Status post tonsillectomy.
History of staphylococcus infection.

**MEDICATIONS**
Reviewed and updated.

**VITALS**
Performed on Apr 04, 2013 08:52:  Height - 64.00 in, Weight - 153.00 lbs (LOW), BSA - 1 75 sq.m, BMI
- 26.26, Temperature - 98.10 F, Pulse - 84.00 /min, Respiration - 16.00 /min, BP - 120/72 mm(hg), and
Pain - 0.00.

**PHYSICAL EXAM**

| | |
|---|---|
| Constitutional | Normal - Vigorous, middle aged woman who is Caucasian with long blonde hair, in no acute distress, and ambulatory in the clinic. |

Electronically signed by  Gregg Shepard, M.D.