

MDL CENTRALITY

IN RE TAXOTERE MDL 2740

BROWNGREER

HOME | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT

Back To MDL Centrality

## MDL 2740 - Taxotere

<< Back

### Plaintiff Information

**Plaintiff ID:** 7420
**DOB:** 03/22/1966
**Name:** JUDY CARDWELL
**Email:** awhite@johnsonlawgroup.com
**Most Recent PFS Submitted:** 01/15/2019

### Plaintiff Snapshot

**Treated with Taxotere:**
**Treated with Generic:** Yes Comments
**Drug Name:** Sandoz Inc.
**Unknown Certification:**
**Treatment Dates:** 04/1/2013 to 09/1/2013
**Docket No.:** 2:18-cv-02031
**Properly Executed Verification of PFS:** View
**Proof of Injury - Medical Documentation:** N/A
**Proof of Injury - Before & After Photographs:** View
**Law Firm:** Johnson Law Group

### Deficiency Notices

| Notice ID | Action | Approve | Hold | Status | | |
|---|---|---|---|---|---|---|
| 1 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |
| 2 | Approve/Hold | | | Moved Back to Review | History | Issue Notice |
| 3 | Approve/Hold | | | Deficiency Notice Served | History | Issue Notice |

### Defendant Management

**Assigned:** Pfizer/Hospira

Reviewer History | View Deficiencies | CMO 12 Product ID

Update Cure Date/Review Note

**Cure Date:**

Plaintiff Documents | Defendant Documents

**Search Results:** Page 1 of 2 (39 records) 1

**Filter:** ALL

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 470200 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 05/21/2020 | | 05/21/2020 | Comments |
| 470199 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 05/21/2020 | | 05/21/2020 | Comments |
| 470198 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 05/21/2020 | | 05/21/2020 | Comments |
| 470197 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 05/21/2020 | | 05/21/2020 | Comments |
| 470196 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 05/21/2020 | | 05/21/2020 | Comments |
| 470195 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 05/21/2020 | | 05/21/2020 | Comments |
| 470194 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 05/21/2020 | | 05/21/2020 | Comments |
| 470193 | | 05/21/2020 | | 05/21/2020 | Comments |

| ID | Description | Date | Plaintiff | Date | |
|---|---|---|---|---|---|
| | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | | | | |
| 470192 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 05/21/2020 | | 05/21/2020 | Comments |
| 470191 | Proof of Injury - Before & After Photographs - Photo – Limited Metadata Available | 05/21/2020 | | 05/21/2020 | Comments |
| 470190 | Proof of Injury - Before & After Photographs - Photo of a Photo – No Applicable Metadata | 05/21/2020 | | 05/21/2020 | Comments |
| 352259 | DFS Deficiency Notice - Hospira | 05/06/2019 | | 05/06/2019 | Comments |
| 298383 | DFS Deficiency Notice - Sanofi | 01/24/2019 | | 01/24/2019 | Comments |
| 292984 | Third Amended Plaintiff Fact Sheet | 01/15/2019 | Taylor, Mychanna | 01/15/2019 | Comments |
| 292980 | CMO 12 Product Identification - see batesed pages 000326-000524 for product identification | 01/15/2019 | | 01/15/2019 | Comments |
| 285068 | DFS Deficiency Notice - Hospira | 12/31/2018 | | 12/31/2018 | Comments |
| 264984 | Proof of Use -- Medical Records | 11/13/2018 | | 11/13/2018 | Comments |
| 224242 | Second Amended Plaintiff Fact Sheet | 08/21/2018 | Taylor, Mychanna | 08/21/2018 | Comments |
| 224240 | Response to Deficiency Notice | 08/21/2018 | | 08/21/2018 | Comments |
| 188588 | First Amended Plaintiff Fact Sheet | 06/21/2018 | Taylor (old account), Mychanna | 06/21/2018 | Comments |
| 188585 | Response to Deficiency Notice | 06/21/2018 | | 06/21/2018 | Comments |
| 188547 | Workers Compensation Authorization | 06/21/2018 | | 06/21/2018 | Comments |
| 188546 | Psychiatric Records Authorization | 06/21/2018 | | 06/21/2018 | Comments |
| 188544 | HIPAA Authorization | 06/21/2018 | | 06/21/2018 | Comments |
| 188543 | Health Insurance Record Authorization | 06/21/2018 | | 06/21/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.