# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

| | PICA | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [x] (ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): CED836697264

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975   SEX: F [x]
4. INSURED'S NAME: SAME

5. PATIENT'S ADDRESS (No., Street): 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self [x]
7. INSURED'S ADDRESS: SAME

CITY: OXNARD   STATE: CA
8. RESERVED FOR NUCC USE

ZIP CODE: 93030   TELEPHONE: (570) 4700094

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: 819001

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? NO [x]
a. INSURED'S DATE OF BIRTH: 08 01 1975   SEX: F [x]

b. RESERVED FOR NUCC USE:
b. AUTO ACCIDENT? NO [x]
b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE:
c. OTHER ACCIDENT? NO [x]
c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. CLAIM CODES:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [x]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 06 03 2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEAL DIXON
17a. 1G A92660
17b. NPI: 1528018843
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. ADDITIONAL CLAIM INFORMATION:
20. OUTSIDE LAB? NO [x]   $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:   ICD Ind: 9
A. 174 9

22. RESUBMISSION CODE:   ORIGINAL REF. NO.: 13166254814
23. PRIOR AUTHORIZATION NUMBER:

| # | DATE(S) OF SERVICE From | To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT | ID QUAL | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 03 13 | 06 03 13 | 11 | | 85025 | | A | 20 00 | 1 | | 1G / NPI | 166446 / 1215026380 |
| 2 | 06 03 13 | 06 03 13 | 11 | | 36415 | | A | 17 75 | 1 | | 1G / NPI | 166446 / 1215026380 |
| 3 | 06 03 13 | 06 03 13 | 11 | | 96413 | 59 | A | 275 00 | 1 | | 1G / NPI | 166446 / 1215026380 |
| 4 | 06 03 13 | 06 03 13 | 11 | | 96417 | 59 | A | 350 00 | 2 | | 1G / NPI | 166446 / 1215026380 |
| 5 | 06 03 13 | 06 03 13 | 11 | | 96415 | 59 | A | 95 00 | 1 | | 1G / NPI | 166446 / 1215026380 |
| 6 | N466758005003 06 03 13 | 06 03 13 | 11 | | J9171 | | A | 7525 00 | 175 | | 1G / NPI | 166446 / 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552   EIN [x]
26. PATIENT'S ACCOUNT NO.: OX139353
27. ACCEPT ASSIGNMENT? YES [x]
28. TOTAL CHARGE: $ 8282 75
29. AMOUNT PAID:
30. Rsvd for NUCC use:

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: CHIRAG DALSANIA MD   DATE: 10 25 2017
32. SERVICE FACILITY LOCATION INFORMATION:
VENTURA COUNTY HEMATOLOGY ON
1700 N ROSE AVE SUITE 320
OXNARD CA 93030-7648
a. 1962405860

33. BILLING PROVIDER INFO & PH #: (805) 4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860   b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org
WCMS-1500CS-12
APPROVED OMB 0938-1197 FORM 1500 (02-12)

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) CED836697264 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
COBB, TAMI

3. PATIENT'S BIRTH DATE  08 01 1975  SEX F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
260 SOUTH F STREET

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY: OXNARD   STATE: CA

8. RESERVED FOR NUCC USE

ZIP CODE: 93030   TELEPHONE: (570) 4700094

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
819001

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES  [X] NO

a. INSURED'S DATE OF BIRTH  08 01 1975  SEX F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES  [X] NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
BLUE CROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  [X] NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 06 03 2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)

15. OTHER DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN NEAL DIXON
17a. 1G A92660
17b. NPI 1528018843

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES  [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind. 9
A. 174 9

22. RESUBMISSION CODE   ORIGINAL REF. NO. 13166254814

23. PRIOR AUTHORIZATION NUMBER

| # | DATE(S) OF SERVICE From / To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT | ID. QUAL. | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N410019095601 06 03 13 / 06 03 13 | 11 | | J9070 | | A | 180 00 | 12 | | 1G NPI | I66446 1215026380 |
| 2 | N463323010161 06 03 13 / 06 03 13 | 11 | | J9000 | | A | 869 64 | 12 | | 1G NPI | I66446 1215026380 |
| 3 | N400409798362 06 03 13 / 06 03 13 | 11 | | J7050 | | A | 36 44 | 2 | | 1G NPI | I66446 1215026380 |
| 4 | 06 03 13 / 06 03 13 | 11 | | 96367 | 59 | A | 160 00 | 2 | | 1G NPI | I66446 1215026380 |
| 5 | N400069454502 06 03 13 / 06 03 13 | 11 | | J1100 | | A | 41 60 | 20 | | 1G NPI | I66446 1215026380 |
| 6 | N462856079701 06 03 13 / 06 03 13 | 11 | | J2469 | | A | 400 00 | 10 | | 1G NPI | I66446 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552  [X] EIN

26. PATIENT'S ACCOUNT NO.: OX139353

27. ACCEPT ASSIGNMENT? [X] YES  NO

28. TOTAL CHARGE: $ 1687 68

29. AMOUNT PAID: $

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
CHIRAG DALSANIA MD   10 25 2017

32. SERVICE FACILITY LOCATION INFORMATION
VENTURA COUNTY HEMATOLOGY ON
1700 N ROSE AVE SUITE 320
OXNARD CA 93030-7648
a. 1962405860  b.

33. BILLING PROVIDER INFO & PH. # (805) 4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860  b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org
PLEASE PRINT OR TYPE
APPROVED OMB 0938-1197 FORM 1500 (02-12)
WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐ PICA

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 C07

CARRIER

PICA ☐

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) CED836697264 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
COBB, TAMI

3. PATIENT'S BIRTH DATE    SEX
08  01  1975   M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
260 SOUTH F STREET

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY: OXNARD    STATE: CA

8. RESERVED FOR NUCC USE

CITY    STATE

ZIP CODE: 93030    TELEPHONE (Include Area Code) (570) 4700094

ZIP CODE    TELEPHONE (Include Area Code) (  )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
819001

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH    SEX
08  01  1975    M ☐  F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☐ YES  ☒ NO    PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
BLUE CROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO    If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  06 03 2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)

15. OTHER DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN  NEAL DIXON
17a. 1G A92660
17b. NPI 1528018843

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES  ☒ NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)    ICD Ind. 9

A. 174 9    B.    C.    D.
E.    F.    G.    H.
I.    J.    K.    L.

22. RESUBMISSION CODE    ORIGINAL REF. NO. 13166254814

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1  06 03 13  06 03 13 | 11 | | A4216 | | A | 40 00 | 2 | | 1G NPI | 166446 1215026380 |
| 2  06 03 13  06 03 13 | 11 | | 96375 | 59 | A | 60 00 | 1 | | 1G NPI | 166446 1215026380 |
| 3  N410019010201 06 03 13  06 03 13 | 11 | | J2060 | | A | 24 28 | 1 | | 1G NPI | 166446 1215026380 |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN  EIN ☒
770311552

26. PATIENT'S ACCOUNT NO.
OX139353

27. ACCEPT ASSIGNMENT?
☒ YES  ☐ NO

28. TOTAL CHARGE
$ 124 28

29. AMOUNT PAID
$

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

CHIRAG  DALSANIA MD
SIGNED    10 25 2017    DATE

32. SERVICE FACILITY LOCATION INFORMATION
VENTURA COUNTY HEMATOLOGY ON
1700 N ROSE AVE SUITE 320
OXNARD CA 93030-7648
a. 1962405860   b.

33. BILLING PROVIDER INFO & PH. # (805)4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860   b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB 0938-1197 FORM 1500 (02-12)

WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

| PICA | | | | | | | | PICA |

1. MEDICARE ☐ (Medicare #)   MEDICAID ☐ (Medicaid #)   TRICARE ☐ (ID#/DoD#)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (ID#)   FECA BLK LUNG ☐ (ID#)   OTHER ☒ (ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): CED836697264

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975   SEX: F ☒
4. INSURED'S NAME: SAME

5. PATIENT'S ADDRESS (No., Street): 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self ☒
7. INSURED'S ADDRESS: SAME

CITY: OXNARD   STATE: CA
8. RESERVED FOR NUCC USE
CITY:   STATE:

ZIP CODE: 93030   TELEPHONE: (570) 4700094

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: 819001

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? ☒ NO
a. INSURED'S DATE OF BIRTH: 08 01 1975   SEX: F ☒

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT? ☒ NO   PLACE (State):
b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT? ☒ NO
c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. CLAIM CODES (Designated by NUCC):
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 06 25 2013
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEAL DIXON
17a. 1G A92660
17b. NPI: 1528018843
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC):
20. OUTSIDE LAB? ☒ NO   $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
A. 174 9
ICD Ind.: 9
22. RESUBMISSION CODE:   ORIGINAL REF. NO.: 13191122178
23. PRIOR AUTHORIZATION NUMBER:

| # | Date From | Date To | POS | EMG | CPT/HCPCS | MOD | Dx Ptr | $ Charges | Units | EPSDT | ID QUAL | Rendering Provider ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 25 13 | 06 25 13 | 11 | | 85025 | | A | 20 00 | 1 | | 1G NPI | I66446 1215026380 |
| 2 | 06 25 13 | 06 25 13 | 11 | | 36415 | | A | 17 75 | 1 | | 1G NPI | I66446 1215026380 |
| 3 | 06 25 13 | 06 25 13 | 11 | | 96413 | 59 | A | 275 00 | 1 | | 1G NPI | I66446 1215026380 |
| 4 | 06 25 13 | 06 25 13 | 11 | | 96417 | 59 | A | 350 00 | 2 | | 1G NPI | I66446 1215026380 |
| | N466758005003 | | | | | | | | | | | |
| 5 | 06 25 13 | 06 25 13 | 11 | | J9171 | | A | 7525 00 | 175 | | 1G NPI | I66446 1215026380 |
| | N410019095601 | | | | | | | | | | | |
| 6 | 06 25 13 | 06 25 13 | 11 | | J9070 | | A | 180 00 | 12 | | 1G NPI | I66446 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552   EIN ☒
26. PATIENT'S ACCOUNT NO.: OX141143
27. ACCEPT ASSIGNMENT? YES ☒
28. TOTAL CHARGE: $ 8367 75
29. AMOUNT PAID:
30. Rsvd for NUCC use:

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: CHIRAG DALSANIA MD   10 25 2017
32. SERVICE FACILITY LOCATION INFORMATION:
VENTURA COUNTY HEMATOLOGY ON
1700 N ROSE AVE SUITE 320
OXNARD CA 93030-7648
a. 1962405860
33. BILLING PROVIDER INFO & PH. #: (805) 4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860   b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org
WCMS-1500CS-12
PLEASE PRINT OR TYPE
APPROVED OMB 0938-1197 FORM 1500 (02-12)

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | PICA | |

CARRIER:
BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

1. MEDICARE ☐ (Medicare#) MEDICAID ☐ (Medicaid#) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLK LUNG ☐ (ID#) OTHER ☒ (ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): CED836697264

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975  SEX: F ☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial): SAME

5. PATIENT'S ADDRESS (No., Street): 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self ☒
7. INSURED'S ADDRESS (No., Street): SAME

CITY: OXNARD  STATE: CA
8. RESERVED FOR NUCC USE
CITY: STATE:

ZIP CODE: 93030  TELEPHONE: (570) 4700094
ZIP CODE: TELEPHONE: ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: 819001

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO
a. INSURED'S DATE OF BIRTH: 08 01 1975  SEX: F ☒

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT? ☐ YES ☒ NO  PLACE (State):
b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT? ☐ YES ☒ NO
c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. CLAIM CODES (Designated by NUCC):
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  SIGNED: SIGNATURE ON FILE  DATE: 06 25 2013
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEAL DIXON
17a. 1G A92660
17b. NPI 1528018843
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC):
20. OUTSIDE LAB? ☐ YES ☒ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.  ICD Ind. 9
A. 174 9  B.  C.  D.
E.  F.  G.  H.
22. RESUBMISSION CODE:  ORIGINAL REF. NO.: 13191122178
23. PRIOR AUTHORIZATION NUMBER:

24.

| # | From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N463323010161 06 25 13 | 06 25 13 | 11 | | J9000 | | A | 869 64 | 12 | | 1G NPI | I66446 1215026380 |
| 2 | N400409798362 06 25 13 | 06 25 13 | 11 | | J7050 | | A | 54 66 | 3 | | 1G NPI | I66446 1215026380 |
| 3 | 06 25 13 | 06 25 13 | 11 | | 96367 | | A | 160 00 | 2 | | 1G NPI | I66446 1215026380 |
| 4 | N400069454502 06 25 13 | 06 25 13 | 11 | | J1100 | | A | 41 60 | 20 | | 1G NPI | I66446 1215026380 |
| 5 | N462856079701 06 25 13 | 06 25 13 | 11 | | J2469 | | A | 400 00 | 10 | | 1G NPI | I66446 1215026380 |
| 6 | 06 25 13 | 06 25 13 | 11 | | 96375 | 59 | A | 120 00 | 2 | | 1G NPI | I66446 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552  SSN EIN: ☒
26. PATIENT'S ACCOUNT NO.: OX141143
27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO
28. TOTAL CHARGE: $ 1645 90
29. AMOUNT PAID:
30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: CHIRAG DALSANIA MD  DATE: 10 25 2017
32. SERVICE FACILITY LOCATION INFORMATION: VENTURA COUNTY HEMATOLOGY ON 1700 N ROSE AVE SUITE 320 OXNARD CA 93030-7648
a. 1962405860  b.
33. BILLING PROVIDER INFO & PH #: (805)4858709  PMK MEDICAL GROUP INC  P O BOX 51034  LOS ANGELES CA 90051-5334
a. 1962405860  b. BI 770311552

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB 0938-1197 FORM 1500 (02-12)
WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | PICA |

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): CED836697264

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975  SEX: M☐ F☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial): SAME

5. PATIENT'S ADDRESS (No., Street): 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐
7. INSURED'S ADDRESS (No., Street): SAME

CITY: OXNARD    STATE: CA
8. RESERVED FOR NUCC USE
CITY:    STATE:

ZIP CODE: 93030    TELEPHONE: (570) 4700094
ZIP CODE:    TELEPHONE: ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: 819001

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒
a. INSURED'S DATE OF BIRTH: 08 01 1975  SEX: M☐ F☒

b. RESERVED FOR NUCC USE:
b. AUTO ACCIDENT? YES ☐ NO ☒  PLACE (State)
b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE:
c. OTHER ACCIDENT? YES ☐ NO ☒
c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. CLAIM CODES (Designated by NUCC):
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒  If yes, complete items 9, 9a and 9d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 06 25 2013
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEAL DIXON
17a. 1G A92660
17b. NPI 1528018843
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM    TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC):
20. OUTSIDE LAB? YES ☐ NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. ICD Ind. 9
A. 174 9
22. RESUBMISSION CODE:    ORIGINAL REF. NO.: 13191122178
23. PRIOR AUTHORIZATION NUMBER:

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| N410019010201 | | | | | | | | 1G | 166446 |
| 06 25 13  06 25 13 | 11 | | J2060 | A | 24 28 | 1 | | NPI | 1215026380 |
| N464253033335 | | | | | | | | 1G | 166446 |

25. FEDERAL TAX I.D. NUMBER: 770311552  SSN☐ EIN☒
26. PATIENT'S ACCOUNT NO.: OX141143
27. ACCEPT ASSIGNMENT? YES☒ NO☐
28. TOTAL CHARGE: $ 141 78
29. AMOUNT PAID:
30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS: CHIRAG DALSANIA MD   DATE: 10 25 2017
32. SERVICE FACILITY LOCATION INFORMATION:
VENTURA COUNTY HEMATOLOGY ON
1700 N ROSE AVE SUITE 320
OXNARD CA 93030-7648
a. 1962405860   b.
33. BILLING PROVIDER INFO & PH. #: (805) 4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860   b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB 0938-1197 FORM 1500 (02-12)
WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

CARRIER → 1

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [x]
1a. INSURED'S I.D. NUMBER (For Program in item 1): CED836697264

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975  SEX: F [x]
4. INSURED'S NAME: SAME

5. PATIENT'S ADDRESS (No., Street): 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self [x]
7. INSURED'S ADDRESS: SAME

CITY: OXNARD   STATE: CA
8. RESERVED FOR NUCC USE

ZIP CODE: 93030   TELEPHONE: (570) 4700094

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
  a. EMPLOYMENT? NO [x]
  b. AUTO ACCIDENT? NO [x]
  c. OTHER ACCIDENT? NO [x]

11. INSURED'S POLICY GROUP OR FECA NUMBER: 819001
  a. INSURED'S DATE OF BIRTH: 08 01 1975  SEX: F [x]
  b. OTHER CLAIM ID:
  c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS
  d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [x]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 07 16 2013
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEAL DIXON
17a. 1G A92660
17b. NPI 1528018843
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. ADDITIONAL CLAIM INFORMATION:
20. OUTSIDE LAB? NO [x]   $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
A. 174 9
ICD Ind. 9
22. RESUBMISSION CODE:   ORIGINAL REF. NO.: 13228CA7201
23. PRIOR AUTHORIZATION NUMBER:

| # | DATE(S) OF SERVICE From / To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID. QUAL. | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N46332301016| | | | | | | | | | | |
| 1 | 07 16 13  07 16 13 | 11 | | J9000 | | A | 869 64 | 12 | | 1G / NPI | I66446 / 1215026380 |
| | N400409798437 | | | | | | | | | | |
| 2 | 07 16 13  07 16 13 | 11 | | J7050 | | A | 54 66 | 3 | | 1G / NPI | I66446 / 1215026380 |
| 3 | 07 16 13  07 16 13 | 11 | | 96367 | | A | 160 00 | 2 | | 1G / NPI | I66446 / 1215026380 |
| | N400069454502 | | | | | | | | | | |
| 4 | 07 16 13  07 16 13 | 11 | | J1100 | | A | 41 60 | 20 | | 1G / NPI | I66446 / 1215026380 |
| | N462856079701 | | | | | | | | | | |
| 5 | 07 16 13  07 16 13 | 11 | | J2469 | | A | 400 00 | 10 | | 1G / NPI | I66446 / 1215026380 |
| 6 | 07 16 13  07 16 13 | 11 | | 96522 | 59 | A | 185 00 | 1 | | 1G / NPI | I66446 / 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552  SSN EIN [x]
26. PATIENT'S ACCOUNT NO.: OX142502
27. ACCEPT ASSIGNMENT? YES [x]
28. TOTAL CHARGE: $ 1710 90
29. AMOUNT PAID:
30. Rsvd for NUCC use:

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
CHIRAG DALSANIA MD
SIGNED   DATE: 10 25 2017

32. SERVICE FACILITY LOCATION INFORMATION:
VENTURA COUNTY HEMATOLOGY ON
1700 N ROSE AVE SUITE 320
OXNARD CA 93030-7648
a. 1962405860

33. BILLING PROVIDER INFO & PH. # (805) 4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860   b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB 0938-1197 FORM 1500 (02-12)
WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐ PICA  PICA ☐

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒
1a. INSURED'S I.D. NUMBER (For Program in Item 1): CED836697264

2. PATIENT'S NAME: COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975  SEX: F ☒
4. INSURED'S NAME: SAME

5. PATIENT'S ADDRESS: 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self ☒
7. INSURED'S ADDRESS: SAME

CITY: OXNARD  STATE: CA
8. RESERVED FOR NUCC USE

ZIP CODE: 93030  TELEPHONE: (570) 4700094

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: 819001

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? YES ☐ NO ☒
a. INSURED'S DATE OF BIRTH: 08 01 1975  SEX: F ☒

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT? YES ☐ NO ☒  PLACE:
b. OTHER CLAIM ID:

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT? YES ☐ NO ☒
c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. CLAIM CODES:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE  DATE: 08 06 2013
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK:

17. NAME OF REFERRING PROVIDER: DN NEAL DIXON
17a. 1G A92660
17b. NPI 1528018843

18. HOSPITALIZATION DATES:

19. ADDITIONAL CLAIM INFORMATION:
20. OUTSIDE LAB? YES ☐ NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY: ICD Ind. 9
A. 174 9

22. RESUBMISSION CODE:  ORIGINAL REF. NO. 13235257745
23. PRIOR AUTHORIZATION NUMBER:

| # | DATE(S) OF SERVICE From / To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID. QUAL. | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 06 13 / 08 06 13 | 11 | | 85025 | | A | 20 00 | 1 | | 1G NPI | I66446 1215026380 |
| 2 | 08 06 13 / 08 06 13 | 11 | | 36415 | | A | 7 75 | 1 | | 1G NPI | I66446 1215026380 |
| 3 | 08 06 13 / 08 06 13 | 11 | | 96413 | 59 | A | 275 00 | 1 | | 1G NPI | I66446 1215026380 |
| 4 | 08 06 13 / 08 06 13 | 11 | | 96417 | 59 | A | 350 00 | 2 | | 1G NPI | I66446 1215026380 |
| 5 | N410019095601 08 06 13 / 08 06 13 | 11 | | J9070 | | A | 180 00 | 12 | | 1G NPI | I66446 1215026380 |
| 6 | N466758005003 08 06 13 / 08 06 13 | 11 | | J9171 | | A | 7525 00 | 175 | | 1G NPI | I66446 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552  SSN ☐ EIN ☒
26. PATIENT'S ACCOUNT NO.: OX143794
27. ACCEPT ASSIGNMENT? YES ☒ NO ☐
28. TOTAL CHARGE: $ 8367 75
29. AMOUNT PAID: $
30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: CHIRAG DALSANIA MD  DATE: 10 25 2017
32. SERVICE FACILITY LOCATION INFORMATION: VENTURA COUNTY HEMATOLOGY ON 1700 N ROSE AVE SUITE 320 OXNARD CA 93030-7648
a. 1962405860

33. BILLING PROVIDER INFO & PH. #: (805)4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860  b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org
PLEASE PRINT OR TYPE
APPROVED OMB 0938-1197 FORM 1500 (02-12)
WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

CARRIER ↑ 1

1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [x]
   (Medicare #) (Medicaid #) (ID#/DoD#) (Member ID#) (ID#) (ID#) (ID#)
   1a. INSURED'S I.D. NUMBER (For Program in Item 1): CED836697264

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975   SEX: F [x]
4. INSURED'S NAME: SAME

5. PATIENT'S ADDRESS (No., Street): 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self [x]
7. INSURED'S ADDRESS: SAME

CITY: OXNARD   STATE: CA
ZIP CODE: 93030   TELEPHONE: (570) 4700094

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME:
   a. OTHER INSURED'S POLICY OR GROUP NUMBER:
   b. RESERVED FOR NUCC USE:
   c. RESERVED FOR NUCC USE:
   d. INSURANCE PLAN NAME OR PROGRAM NAME:

10. IS PATIENT'S CONDITION RELATED TO:
    a. EMPLOYMENT? YES [ ] NO [x]
    b. AUTO ACCIDENT? YES [ ] NO [x]  PLACE (State):
    c. OTHER ACCIDENT? YES [ ] NO [x]
    10d. CLAIM CODES (Designated by NUCC):

11. INSURED'S POLICY GROUP OR FECA NUMBER: 819C01
    a. INSURED'S DATE OF BIRTH: 08 01 1975   SEX: F [x]
    b. OTHER CLAIM ID (Designated by NUCC):
    c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS
    d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [x]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
    SIGNED: SIGNATURE ON FILE   DATE: 08 06 2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
    SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEAL DIXON
    17a. 1G A92660
    17b. NPI 1528018843

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC):

20. OUTSIDE LAB? NO [x]   $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY: ICD Ind. 9
    A. 174 9

22. RESUBMISSION CODE:   ORIGINAL REF. NO.: 13235257745

23. PRIOR AUTHORIZATION NUMBER:

24.

| # | DATE(S) OF SERVICE From | To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID. QUAL. | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N463323010161 08 06 13 | 08 06 13 | 11 | | J9000 | | A | 869 64 | 12 | | 1G NPI | 166446 1215026380 |
| 2 | N400409798362 08 06 13 | 08 06 13 | 11 | | J7050 | | A | 36 44 | 2 | | 1G NPI | 166446 1215026380 |
| 3 | 08 06 13 | 08 06 13 | 11 | | 96367 | 59 | A | 240 00 | 3 | | 1G NPI | 166446 1215026380 |
| 4 | N400069454502 08 06 13 | 08 06 13 | 11 | | J1100 | | A | 41 60 | 20 | | 1G NPI | 166446 1215026380 |
| 5 | N462856079701 08 06 13 | 08 06 13 | 11 | | J2469 | | A | 400 00 | 10 | | 1G NPI | 166446 1215026380 |
| 6 | N41001901C201 08 06 13 | 08 06 13 | 11 | | J2060 | | A | 24 28 | 1 | | 1G NPI | 166446 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552   SSN EIN [x]
26. PATIENT'S ACCOUNT NO.: OX143794
27. ACCEPT ASSIGNMENT? YES [x] NO
28. TOTAL CHARGE: $ 1611 96
29. AMOUNT PAID:
30. Rsvd for NUCC use:

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
    CHIRAG DALSANIA MD
    SIGNED   10 25 2017 DATE

32. SERVICE FACILITY LOCATION INFORMATION:
    VENTURA COUNTY HEMATOLOGY ON
    1700 N ROSE AVE SUITE 320
    OXNARD CA 93030-7648
    a. 1962405860   b.

33. BILLING PROVIDER INFO & PH. #: (805) 4858709
    PMK MEDICAL GROUP INC
    P O BOX 51034
    LOS ANGELES CA 90051-5334
    a. 1962405860   b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB 0938-1197 FORM 1500 (02-12)

WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | |
|---|---|
| | BLUE CROSS<br>PO BOX 60007<br>LOS ANGELES, CA 90060 007 |

PICA

| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| | CED836697264 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
COBB, TAMI

3. PATIENT'S BIRTH DATE: 08 01 1975  SEX: F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
260 SOUTH F STREET
CITY: OXNARD  STATE: CA
ZIP CODE: 93030
TELEPHONE: (570) 4700094

6. PATIENT RELATIONSHIP TO INSURED: Self

7. INSURED'S ADDRESS (No., Street)
SAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? NO
b. AUTO ACCIDENT? NO
c. OTHER ACCIDENT? NO

11. INSURED'S POLICY GROUP OR FECA NUMBER
819001
a. INSURED'S DATE OF BIRTH: 08 01 1975  SEX: F
c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE  DATE: 08 06 2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN NEAL DIXON
17a. 1G A92660
17b. NPI 1528018843

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
A. 174 9   ICD Ind. 9

22. RESUBMISSION  ORIGINAL REF. NO. 13235257745

24. 

| # | DATE(S) OF SERVICE From / To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT | ID QUAL | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 06 13 / 08 06 13 | 11 | | 96522 | 59 | A | 185 00 | 1 | | 1G NPI | 166446 / 1215026380 |
| 2 | 08 06 13 / 08 06 13 | 11 | | 96375 | 59 | A | 120 00 | 2 | | 1G NPI | 166446 / 1215026380 |
| 3 | N464253033335<br>08 06 13 / 08 06 13 | 11 | | J1642 | | A | 37 50 | 50 | | 1G NPI | 166446 / 1215026380 |
| 4 | 08 06 13 / 08 06 13 | 11 | | A4216 | | A | 80 00 | 4 | | 1G NPI | 166446 / 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552  EIN
26. PATIENT'S ACCOUNT NO.: OX143794
27. ACCEPT ASSIGNMENT? YES
28. TOTAL CHARGE: $ 422 50

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
CHIRAG DALSANIA MD
DATE: 10 25 2017

32. SERVICE FACILITY LOCATION INFORMATION
VENTURA COUNTY HEMATOLOGY ON
1700 N ROSE AVE SUITE 320
OXNARD CA 93030-7648
a. 1962405860

33. BILLING PROVIDER INFO & PH # (805)4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860  b. EI 770311552

APPROVED OMB 0938-1197 FORM 1500 (02-12)

NUCC Instruction Manual available at: www.nucc.org
WCMS-1500CS-12

Oct 25 2017 11:40PM HP Fax 8054854753
Cobb, Tami - BMR - 000081

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

PICA | PICA

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X](ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): CED836697264

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975  SEX: F [X]
4. INSURED'S NAME: SAME

5. PATIENT'S ADDRESS (No., Street): 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: SAME

CITY: OXNARD  STATE: CA
8. RESERVED FOR NUCC USE

ZIP CODE: 93030  TELEPHONE: (570) 4700094

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: 819001

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? YES [ ] NO [X]
a. INSURED'S DATE OF BIRTH: 08 01 1975  SEX: F [X]

b. RESERVED FOR NUCC USE:
b. AUTO ACCIDENT? YES [ ] NO [X]  PLACE (State):
b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE:
c. OTHER ACCIDENT? YES [ ] NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. CLAIM CODES:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE  DATE: 08 27 2013
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEAL DIXON
17a. 1G A92660
17b. NPI 1528018843
18. HOSPITALIZATION DATES:

19. ADDITIONAL CLAIM INFORMATION:
20. OUTSIDE LAB? YES [ ] NO [X]  $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. ICD Ind. 9
A. 174 9
22. RESUBMISSION CODE:  ORIGINAL REF. NO.: 13252413120
23. PRIOR AUTHORIZATION NUMBER:

| 24.A DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 08 27 13  08 27 13 | 11 | | 85025 | | A | 20 00 | 1 | | 1G NPI | I66446 1215026380 |
| 08 27 13  08 27 13 | 11 | | 36415 | | A | 17 75 | 1 | | 1G NPI | I66446 1215026380 |
| 08 27 13  08 27 13 | 11 | | 96413 | 59 | A | 275 00 | 1 | | 1G NPI | I66446 1215026380 |
| 08 27 13  08 27 13 | 11 | | 96417 | 59 | A | 350 00 | 2 | | 1G NPI | I66446 1215026380 |
| N410019095601 08 27 13  08 27 13 | 11 | | J9070 | | A | 180 00 | 12 | | 1G NPI | I66446 1215026380 |
| N466758005003 08 27 13  08 27 13 | 11 | | J9171 | | A | 7525 00 | 175 | | 1G NPI | I66446 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552  SSN EIN [X]
26. PATIENT'S ACCOUNT NO.: OX145279
27. ACCEPT ASSIGNMENT? YES [X] NO
28. TOTAL CHARGE: $ 8367 75
29. AMOUNT PAID:
30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: CHIRAG DALSANIA MD  10 25 2017
32. SERVICE FACILITY LOCATION INFORMATION: VENTURA COUNTY HEMATOLOGY ON 1700 N ROSE AVE SUITE 320 OXNARD CA 93030-7648
a. 1962405860
33. BILLING PROVIDER INFO & PH. #: (805)4858709 PMK MEDICAL GROUP INC P O BOX 51034 LOS ANGELES CA 90051-5334
a. 1962405860  b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org
PLEASE PRINT OR TYPE
APPROVED OMB 0938-1197 FORM 1500 (02-12)
WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

[ ] PICA                                                                                                       PICA [ ]

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

CARRIER

1. MEDICARE [ ]  MEDICAID [ ]  TRICARE [ ]  CHAMPVA [ ]  GROUP HEALTH PLAN [ ]  FECA BLK LUNG [ ]  OTHER [x]
   (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): CED836697264

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975  SEX: F [x]
4. INSURED'S NAME (Last Name, First Name, Middle Initial): SAME

5. PATIENT'S ADDRESS (No., Street): 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self [x]
7. INSURED'S ADDRESS (No., Street): SAME

CITY: OXNARD   STATE: CA
8. RESERVED FOR NUCC USE
CITY: SAME   STATE:

ZIP CODE: 93030   TELEPHONE: (570) 4700094
ZIP CODE:    TELEPHONE: ( )

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: 819001

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? [ ] YES [x] NO
a. INSURED'S DATE OF BIRTH: 08 01 1975  SEX: F [x]

b. RESERVED FOR NUCC USE:
b. AUTO ACCIDENT? [ ] YES [x] NO   PLACE (State):
b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE:
c. OTHER ACCIDENT? [ ] YES [x] NO
c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. CLAIM CODES (Designated by NUCC):
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [x] NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 08 27 2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP):
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEAL DIXON
17a. 1G A92660
17b. NPI 1528018843

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. ADDITIONAL CLAIM INFORMATION:
20. OUTSIDE LAB? [ ] YES [x] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind. 9
A. 174 9
22. RESUBMISSION CODE:   ORIGINAL REF. NO.: 13252413120

23. PRIOR AUTHORIZATION NUMBER:

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| N463323010161 | | | | | | | | | | |
| 08 27 13 / 08 27 13 | 11 | | J9000 | | A | 869 64 | 12 | | 1G / NPI | I66446 / 1215026380 |
| N400409798437 | | | | | | | | | | |
| 08 27 13 / 08 27 13 | 11 | | J7050 | | A | 54 66 | 3 | | 1G / NPI | I66446 / 1215026380 |
| 08 27 13 / 08 27 13 | 11 | | 96367 | | A | 160 00 | 2 | | 1G / NPI | I66446 / 1215026380 |
| N400069454502 | | | | | | | | | | |
| 08 27 13 / 08 27 13 | 11 | | J1100 | | A | 41 60 | 20 | | 1G / NPI | I66446 / 1215026380 |
| N462856079701 | | | | | | | | | | |
| 08 27 13 / 08 27 13 | 11 | | J2469 | | A | 400 00 | 10 | | 1G / NPI | I66446 / 1215026380 |
| N464253033335 | | | | | | | | | | |
| 08 27 13 / 08 27 13 | 11 | | J1642 | | A | 37 50 | 50 | | 1G / NPI | I66446 / 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552  [x] EIN
26. PATIENT'S ACCOUNT NO.: OX145279
27. ACCEPT ASSIGNMENT? [x] YES
28. TOTAL CHARGE: $ 1563 40
29. AMOUNT PAID:
30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: CHIRAG DALSANIA MD   10 25 2017
32. SERVICE FACILITY LOCATION INFORMATION:
VENTURA COUNTY HEMATOLOGY ON
1700 N ROSE AVE SUITE 320
OXNARD CA 93030-7648
a. 1962405860  b.

33. BILLING PROVIDER INFO & PH. # (805) 4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860  b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org
PLEASE PRINT OR TYPE
APPROVED OMB 0938-1197 FORM 1500 (02-12)
WCMS-1500CS-12

Oct 25 2017 11:42PM HP Fax 8054854753
Cobb, Tami - BMR - 000083

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

| PICA | | | | | | | PICA |

1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): CED836697264

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975  SEX: F [X]
4. INSURED'S NAME: SAME

5. PATIENT'S ADDRESS: 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: SAME

CITY: OXNARD  STATE: CA
8. RESERVED FOR NUCC USE

ZIP CODE: 93030  TELEPHONE: (570) 4700094

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
   a. EMPLOYMENT? NO [X]
   b. AUTO ACCIDENT? NO [X]
   c. OTHER ACCIDENT? NO [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER: 819001
   a. INSURED'S DATE OF BIRTH: 08 01 1975  SEX: F [X]
   b. OTHER CLAIM ID:
   c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS
   d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE:
SIGNED: SIGNATURE ON FILE  DATE: 08 27 2013
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE:
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS:
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEAL DIXON
17a. 1G A92660
17b. NPI: 1528018843

20. OUTSIDE LAB? NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. ICD Ind. 9
A. 174 9

22. RESUBMISSION CODE  ORIGINAL REF. NO.: 13252413120

| # | DATE(S) OF SERVICE From | To | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT | ID. QUAL | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 27 13 | 08 27 13 | 11 | | 96375 | 59 | A | 60 00 | 1 | | 1G / NPI | I66446 / 1215026380 |
| 2 | 08 27 13 N410019010201 | 08 27 13 | 11 | | J2060 | | A | 24 28 | 1 | | 1G / NPI | I66446 / 1215026380 |
| 3 | 08 27 13 | 08 27 13 | 11 | | 80053 | | A | 30 00 | 1 | | 1G / NPI | I66446 / 1215026380 |
| 4 | 08 27 13 | 08 27 13 | 11 | | 83615 | | A | 17 00 | 1 | | 1G / NPI | I66446 / 1215026380 |
| 5 | 08 27 13 | 08 27 13 | 11 | | 83735 | | A | 15 00 | 1 | | 1G / NPI | I66446 / 1215026380 |
| 6 | 08 27 13 | 08 27 13 | 11 | | A4216 | | A | 40 00 | 2 | | 1G / NPI | I66446 / 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552 [X] EIN
26. PATIENT'S ACCOUNT NO.: OX145279
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 186 28

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: CHIRAG DALSANIA MD  10 25 2017
32. SERVICE FACILITY LOCATION INFORMATION:
VENTURA COUNTY HEMATOLOGY ON
1700 N ROSE AVE SUITE 320
OXNARD CA 93030-7648
a. 1962405860
33. BILLING PROVIDER INFO & PH. # (805)4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860  b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB 0938-1197 FORM 1500 (02-12)
WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

CARRIER:
BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060 007

1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): CED836697264

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): COBB, TAMI
3. PATIENT'S BIRTH DATE: 08 01 1975  SEX: F ☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial): SAME

5. PATIENT'S ADDRESS (No., Street): 260 SOUTH F STREET
6. PATIENT RELATIONSHIP TO INSURED: Self ☐  Spouse ☒  Child ☐  Other ☐
7. INSURED'S ADDRESS (No., Street): SAME

CITY: OXNARD  STATE: CA
8. RESERVED FOR NUCC USE
CITY:  STATE:

ZIP CODE: 93030  TELEPHONE: (570) 4700094
ZIP CODE:  TELEPHONE: ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: 819001

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? (Current or Previous) ☐ YES  ☒ NO
a. INSURED'S DATE OF BIRTH: 08 01 1975  SEX: M ☐ F ☒

b. RESERVED FOR NUCC USE:
b. AUTO ACCIDENT? ☐ YES  ☒ NO  PLACE (State):
b. OTHER CLAIM ID (Designated by NUCC):

c. RESERVED FOR NUCC USE:
c. OTHER ACCIDENT? ☐ YES  ☒ NO
c. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. CLAIM CODES (Designated by NUCC):
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE  DATE: 09 17 2013

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 
15. OTHER DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEAL DIXON
17a. 1G A92660
17b. NPI 1528018843
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC):
20. OUTSIDE LAB? ☐ YES ☒ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)  ICD Ind. 9
A. 174 9  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE:  ORIGINAL REF. NO.: 13271251965
23. PRIOR AUTHORIZATION NUMBER:

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  09 17 13 | 09 17 13 | 11 | | 85025 | | A | 20 00 | 1 | | 1G NPI | I66446 1215026380 |
| 2  09 17 13 | 09 17 13 | 11 | | 36415 | | A | 17 75 | 1 | | 1G NPI | I66446 1215026380 |
| 3  09 17 13 | 09 17 13 | 11 | | 96413 | 59 | A | 275 00 | 1 | | 1G NPI | I66446 1215026380 |
| 4  09 17 13 | 09 17 13 | 11 | | 96417 | 59 | A | 350 00 | 2 | | 1G NPI | I66446 1215026380 |
| 5  N410019095601 09 17 13 | 09 17 13 | 11 | | J9070 | | A | 180 00 | 12 | | 1G NPI | I66446 1215026380 |
| 6  N466758005003 09 17 13 | 09 17 13 | 11 | | J9171 | | A | 7525 00 | 175 | | 1G NPI | I66446 1215026380 |

25. FEDERAL TAX I.D. NUMBER: 770311552  SSN ☐ EIN ☒
26. PATIENT'S ACCOUNT NO.: OX146592
27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO
28. TOTAL CHARGE: $ 8367 75
29. AMOUNT PAID: $
30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
CHIRAG DALSANIA MD
10 25 2017

32. SERVICE FACILITY LOCATION INFORMATION:
VENTURA COUNTY HEMATOLOGY ON
1700 N ROSE AVE SUITE 320
OXNARD CA 93030-7648
a. 1962405860  b.

33. BILLING PROVIDER INFO & PH #: (805)4858709
PMK MEDICAL GROUP INC
P O BOX 51034
LOS ANGELES CA 90051-5334
a. 1962405860  b. EI 770311552

NUCC Instruction Manual available at: www.nucc.org
PLEASE PRINT OR TYPE
APPROVED OMB 0938-1197 FORM 1500 (02-12)
WCMS-1500CS-12

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**CARRIER:** BLUE CROSS, PO BOX 60007, LOS ANGELES, CA 90060 007

PICA | PICA

| Field | Value |
|---|---|
| 1. Program | OTHER (x) |
| 1a. INSURED'S I.D. NUMBER | CED836697264 |
| 2. PATIENT'S NAME | COBB, TAMI |
| 3. PATIENT'S BIRTH DATE / SEX | 08 01 1975 / F |
| 4. INSURED'S NAME | SAME |
| 5. PATIENT'S ADDRESS | 260 SOUTH F STREET |
| CITY / STATE | OXNARD, CA |
| ZIP CODE | 93030 |
| TELEPHONE | (570) 4700094 |
| 6. PATIENT RELATIONSHIP TO INSURED | Self (x) |
| 7. INSURED'S ADDRESS | SAME |
| 10a. EMPLOYMENT? | NO |
| 10b. AUTO ACCIDENT? | NO |
| 10c. OTHER ACCIDENT? | NO |
| 11. INSURED'S POLICY GROUP OR FECA NUMBER | 819001 |
| 11a. INSURED'S DATE OF BIRTH / SEX | 08 01 1975 / F |
| 11c. INSURANCE PLAN NAME | BLUE CROSS |
| 11d. ANOTHER HEALTH BENEFIT PLAN? | NO |
| 12. PATIENT SIGNATURE | SIGNATURE ON FILE — DATE 09 17 2013 |
| 13. INSURED'S SIGNATURE | SIGNATURE ON FILE |
| 17. REFERRING PROVIDER | DN NEAL DIXON |
| 17a. | 1G A92660 |
| 17b. NPI | 1528018843 |
| 20. OUTSIDE LAB? | NO |
| 21. DIAGNOSIS | A. 174 9   ICD Ind. 9 |
| 22. RESUBMISSION ORIGINAL REF. NO. | 13271251965 |

### 24. Services

| # | From | To | POS | EMG | CPT/HCPCS | Modifier | Dx Ptr | $ Charges | Days | ID Qual | Rendering Provider ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 17 13 | 09 17 13 | 11 | | J9000 | | A | 869 64 | 12 | 1G / NPI | I66446 / 1215026380 |
|   | N46323010161 | | | | | | | | | | |
| 2 | 09 17 13 | 09 17 13 | 11 | | J7050 | | A | 54 66 | 3 | 1G / NPI | I66446 / 1215026380 |
|   | N40040979843? | | | | | | | | | | |
| 3 | 09 17 13 | 09 17 13 | 11 | | 96367 | 59 | A | 160 00 | 2 | 1G / NPI | I66446 / 1215026380 |
| 4 | 09 17 13 | 09 17 13 | 11 | | J1100 | | A | 41 60 | 20 | 1G / NPI | I66446 / 1215026380 |
|   | N40069454502 | | | | | | | | | | |
| 5 | 09 17 13 | 09 17 13 | 11 | | J2469 | | A | 400 00 | 10 | 1G / NPI | I66446 / 1215026380 |
|   | N46285607970? | | | | | | | | | | |
| 6 | 09 17 13 | 09 17 13 | 11 | | 96375 | 59 | A | 120 00 | 2 | 1G / NPI | I66446 / 1215026380 |

| Field | Value |
|---|---|
| 25. FEDERAL TAX I.D. NUMBER | 770311552  EIN (x) |
| 26. PATIENT'S ACCOUNT NO. | OX146592 |
| 27. ACCEPT ASSIGNMENT? | YES |
| 28. TOTAL CHARGE | $1645 90 |
| 31. SIGNATURE OF PHYSICIAN | CHIRAG DALSANIA MD  10 25 2017 |
| 32. SERVICE FACILITY | VENTURA COUNTY HEMATOLOGY ON, 1700 N ROSE AVE SUITE 320, OXNARD CA 93030-7648 — a. 1962405860 |
| 33. BILLING PROVIDER INFO & PH# | (805) 4858709 — PMK MEDICAL GROUP INC, P O BOX 51034, LOS ANGELES CA 90051-5334 — a. 1962405860  b. EI 770311552 |

NUCC Instruction Manual available at: www.nucc.org — PLEASE PRINT OR TYPE — APPROVED OMB 0938-1197 FORM 1500 (02-12)