Case 2:16-md-02740-JTM-MBN   Document 10613-2   Filed 06/19/20   Page 1 of 1



MDL CENTRALITY          IN RE TAXOTERE MDL 2740          BG BROWNGREER

| HOME ▼ | PLAINTIFF INFORMATION | FACT SHEET REVIEW | REPORTING | DOCKET CENTRAL | MY ACCOUNT ▼ |

**Back To MDL Centrality**

### MDL 2740 - Taxotere

[ << Back ]

#### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 6458 | DOB: | 08/01/1975 |
| Name: | TAMI COBB | Email: | tamit@ptd.net |
| Most Recent PFS Submitted: | 02/15/2018 | | |

#### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes   **Comments** |
| Drug Name: | Sandoz Inc. | Unknown Certification: | |
| Treatment Dates: | 06/1/2013 to 09/17/2013 | Docket No.: | 2:17-cv-11115 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Johnson Law Group |

#### Defendant Management

Assigned:  **N/A**

[ Reviewer History ]  [ View Deficiencies ]  [ CMO 12 Product ID ]

**Update Cure Date/Review Note**

Cure Date:

| Plaintiff Documents | Defendant Documents |

Search Results:                    Page 1 of 1 (14 records)

Filter:  [ ALL ▼ ]

| Doc ID | Document Type | Signed Date | Signed By | Available Date | Notes |
|---|---|---|---|---|---|
| 449800 | Proof of Use -- Medical Records | 03/16/2020 | | 03/16/2020 | Comments |
| 442266 | Proof of Use -- Medical Records | 02/14/2020 | | 02/14/2020 | Comments |
| 86270 | PTO 71 Written Statement | 02/15/2018 | | 02/15/2018 | Comments |
| 86269 | CMO 12 Product Identification - See Bates pages 000072 - 000086 for product identification | 02/15/2018 | | 02/15/2018 | Comments |
| 86268 | Plaintiff Fact Sheet | 02/15/2018 | Parthasarathi, Rashmi | 02/15/2018 | Comments |
| 86267 | Proof of Use -- Medical Records | 02/15/2018 | | 02/15/2018 | Comments |
| 86265 | Proof of Injury - Before & After Photographs | 02/15/2018 | | 02/15/2018 | Comments |
| 86262 | Disability Claims Authorization | 02/15/2018 | | 02/15/2018 | Comments |
| 86259 | Employment Authorization | 02/15/2018 | | 02/15/2018 | Comments |
| 86256 | Health Insurance Record Authorization | 02/15/2018 | | 02/15/2018 | Comments |
| 86255 | HIPAA Authorization | 02/15/2018 | | 02/15/2018 | Comments |
| 86253 | Properly Executed Verification of PFS | 02/15/2018 | | 02/15/2018 | Comments |
| 86252 | Psychiatric Records Authorization | 02/15/2018 | | 02/15/2018 | Comments |
| 86244 | Workers Compensation Authorization | 02/15/2018 | | 02/15/2018 | Comments |

© 2020 BrownGreer PLC. All rights reserved.