# EXHIBIT 1

| Svc Date | Revenue Code | CPT Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/09/13 | 0636 | J1200 | DIPHENHYDRAMINE 50 MG/ML SOLN 1 ML VIAL (63323-664-01) | 1 | 34.60 |
| 10/09/13 | 0636 | J9171 | DOCETAXEL 80 MG/4ML CONC (16729-231-64) | 105 | 3,202.80 |
| 10/09/13 | 0636 | J9355 | TRASTUZUMAB 440 MG SOLR (50242-134-68) | 44 | 16,953.90 |
| 10/10/13 | 0636 | J2505 | PEGFILGRASTIM 6 MG/0.6ML SOLN 0.6 ML SYRINGE (55513-190-01) | 1 | 17,195.90 |
| 10/10/13 | 0940 | 96372 | HC INJECTION IM OR SQ | 1 | 176.00 |
| 10/30/13 | 0250 | | FAMOTIDINE 10 MG/ML SOLN 2 ML VIAL (0641-6022-01) | 1 | 28.70 |
| 10/30/13 | 0250 | | SODIUM CHLORIDE 0.9% (DEHP-FREE) 0.9 % SOLN (0264-7800-20) | 1 | 90.60 |
| 10/30/13 | 0250 | | SODIUM CHLORIDE 0.9% QSB (0338-0049-02) | 1 | 65.20 |
| 10/30/13 | 0250 | | SODIUM CHLORIDE 0.9% QSB (0338-0049-02) | 1 | 65.20 |
| 10/30/13 | 0250 | | SODIUM CHLORIDE 0.9% QSB 500 ML FLEX CONT (0338-0049-03) | 1 | 77.90 |
| 10/30/13 | 0250 | A9270 | POTASSIUM CHLORIDE 20 MEQ TAB ER (0245-0058-01) | 1 | 0.40 |
| 10/30/13 | 0260 | 96375 | HC IV PUSH NON-CHEMO SEQUENTIAL DIFFERENT DRUG | 3 | 567.00 |
| 10/30/13 | 0300 | 36591 | HC COLLECT BLOOD FROM IMPLANTABLE VENOUS DEVICE | 1 | 83.00 |
| 10/30/13 | 0301 | 80051 | HC ELECTROLYTE PANEL | 1 | 163.00 |
| 10/30/13 | 0301 | 80076 | HC HEPATIC FUNCTION PANEL | 1 | 354.00 |
| 10/30/13 | 0301 | 82310 | HC CALCIUM; TOTAL | 1 | 44.00 |
| 10/30/13 | 0301 | 82565 | HC CREATININE; BLOOD | 1 | 39.00 |
| 10/30/13 | 0301 | 82947 | HC GLUCOSE; QUAN BLOOD | 1 | 36.00 |
| 10/30/13 | 0301 | 84520 | HC UREA NITROGEN; QUAN | 1 | 36.00 |
| 10/30/13 | 0305 | 85025 | HC CBC EDIFF & PLATELET | 1 | 142.00 |
| 10/30/13 | 0335 | 96413 | HC CHEMO ADMIN IV INITIAL UP TO 1 HOUR | 1 | 452.00 |
| 10/30/13 | 0335 | 96417 | HC CHEMO ADMIN IV SEQUENTIAL UP TO 1 HOUR | 2 | 722.00 |
| 10/30/13 | 0510 | 99213 | HC CLINIC VISIT ESTABLISHED PT LEVEL 3 | 1 | 200.00 |
| 10/30/13 | 0636 | C9292 | PERTUZUMAB 420 MG/14ML SOLN (50242-145-01) | 42 | 23,485.50 |
| 10/30/13 | 0636 | J1100 | DEXAMETHASONE 4 MG/ML SOLN 5 ML VIAL (0069-4543-02) | 20 | 33.90 |
| 10/30/13 | 0636 | J1200 | DIPHENHYDRAMINE 50 MG/ML SOLN 1 ML VIAL (63323-664-01) | 1 | 34.60 |
| 10/30/13 | 0636 | J9171 | DOCETAXEL 80 MG/4ML CONC (25021-222-04) | 105 | 3,794.20 |
| 10/30/13 | 0636 | J9355 | TRASTUZUMAB 440 MG SOLR (50242-134-68) | 48 | 18,161.50 |
| 10/31/13 | 0636 | J2505 | PEGFILGRASTIM 6 MG/0.6ML SOLN 0.6 ML SYRINGE (55513-190-01) | 1 | 17,195.90 |
| 10/31/13 | 0940 | 96372 | HC INJECTION IM OR SQ | 1 | 176.00 |
| **Insurance Payments and Adjustments** | | | | | |
| 12/27/13 | | | INSURANCE CONTRACTUAL - CREDIT | 1 | -46,337.14 |
| 12/27/13 | | | INSURANCE PAYMENT | 1 | -83,933.06 |
| | | | **Total** | | **0.00** |

# EXHIBIT 2



950 Main Avenue, Suite 1100 | Cleveland, OH 44113-7213 | TEL 216.592.5000 | FAX 216.592.5009

April 29, 2020

DIRECT DIAL  216.696.2286 | julie.callsen@tuckerellis.com

**VIA EMAIL ONLY**

Valarie Hall, M.A., J.D.
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston TX 77098
vhall@johnsonlawgroup.com

*Re:   Taxotere/Docetaxel MDL No. 2740: Plaintiffs  Nnyanzi, Crock, Singleton, Fleck, Cardwell, and
Stackhouse*

Dear Counsel:

      The undersigned represents Accord Healthcare, Inc. and I am addressing six (6) recent requests received to amend Short Form Complaints to add it as a defendant.   Accord has not yet been named or served in these cases and pursuant to PTO 37A, it appears specially to object as all 6 amendments are opposed on futility grounds.  These 6 cases involve initial Short Form Complaints filed in 2017 and product identification was uploaded to MDL Centrality pursuant to CMO 12A in 2018 or 2019.   The grounds for our objection is futility-it would be futile to add Accord as a defendant based on the applicable statute of limitations.   Details of each case are set forth below:

1. Case Name: Nnyanzi, Vanessa
   MDL Case No. 17-cv-12884
   Date of initial SFC Filing: 11/21/17
   Date product ID uploaded to MDL Centrality: 8/8/19

2. Case Name: Crock, Teresa
   MDL Case No. 17-cv-12286
   Date of initial SFC Filing: 11/13/17
   Date product ID uploaded to MDL Centrality: 5/3/18

3. Case Name: Singleton, Patricia
   MDL Case No. 17-cv-11125
   Date of initial SFC Filing: 10/24/17
   Date product ID uploaded to MDL Centrality: 3/16/18

4. Case Name: Fleck, Melissa
   MDL Case No. 17-cv-11161
   Date of initial SFC Filing: 10/24/17
   Date product ID uploaded to MDL Centrality: 9/11/18

5. Case Name: Cardwell, Judy
   MDL Case No. 18-cv-2031
   Date of initial SFC Filing: 2/27/18
   Date product ID uploaded to MDL Centrality: 1/15/19

CHICAGO   CLEVELAND   COLUMBUS   HOUSTON   LOS ANGELES   SAN FRANCISCO   ST. LOUIS  |  tuckerellis.com

# Tucker
# Ellis | LLP

April 29, 2020
Page 2

6.  Case Name: Stackhouse, Marsha (objection previously advised)
    MDL Case No. 17-cv-12427
    Date of initial SFC Filing: 11/14/17
    Date product ID uploaded to MDL Centrality: Jan. 2019

In summary, any requested amendment filed will be opposed via special appearance.   Also, please include Brenda Sweet in any further correspondence regarding these matters.

Sincerely,

TUCKER ELLIS LLP

Julie A. Callsen

JAC:mkc

cc:    John Olinde
       Brenda Sweet

4667811.1