UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
|  | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| TERESA CROCK, | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, |  |
| v. |  |
| HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., *et al.*, |  |
| Defendants. |  |
| *Case No. 2:17-cv-12286* |  |

## SPECIAL APPEARANCE OF ACCORD HEALTHCARE, INC. IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Pursuant to Pretrial Order No. 37A (Doc. 1682), Accord Healthcare, Inc. ("Accord") hereby enters its Special Appearance to oppose *Plaintiff's Motion for Leave to Amend Complaint* (Doc. 10512) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 10512-2)—filed more than two years following the filing of her initial complaint in 2017—is futile because it is time-barred as to adding Accord as a defendant.

Date: June 19, 2020                            Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5009
Email:         julie.callsen@tuckerellis.com
                   brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2020, a true and correct copy of the *Special Appearance of Accord Healthcare, Inc. in Opposition to Plaintiff's Motion for Leave to Amend* was served upon the following through the Court's ECF filing system:

| | |
|---|---|
| Jade M. Ruiz<br>Johnson Law Group<br>2925 Richmond Ave., Ste. 1700<br>Houston, TX 77098<br>jader@johnsonlawgroup.com | *Attorneys for Plaintiffs* |

/s/ *Julie A. Callsen*
Julie A. Callsen