UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br><br> JUDY CARDWELL, <br><br>     Plaintiff, <br><br>     v. <br><br> SANOFI-AVENTIS U.S. LLC., *et al.*, <br><br>     Defendants. <br><br> *Case No. 2:18-cv-02031* | HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |

**SPECIAL APPEARANCE OF ACCORD HEALTHCARE, INC. IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Pursuant to Pretrial Order No. 37A (Doc. 1682), Accord Healthcare, Inc. ("Accord"), hereby enters its Special Appearance to oppose *Plaintiff's Motion for Leave to Amend Complaint* (Doc. 10490) in the above-captioned case. Plaintiff has not provided any evidence identifying Accord as the manufacturer of the Docetaxel administered to her. Thus, Plaintiff lacks any basis to seek amendment. Even if she did, Plaintiff's proposed Amended Short Form Complaint (Doc. 10490-2)—filed more than one year following the filing of her initial complaint in 2018—is futile because it is time-barred as to adding Accord as a defendant.

2

Date: June 19, 2020                              Respectfully submitted,

                                              /s/ *Julie A. Callsen*
                                              Julie A. Callsen
                                              Brenda A. Sweet
                                              TUCKER ELLIS LLP
                                              950 Main Avenue—Suite 1100
                                              Cleveland, OH  44113-7213
                                              Telephone:   216.592.5000
                                              Facsimile:    216.592.5009
                                              Email:          julie.callsen@tuckerellis.com
                                                                          brenda.sweet@tuckerellis.com

                                              *Attorneys for Defendant Accord Healthcare, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2020, a true and correct copy of the *Special Appearance of Accord Healthcare, Inc. in Opposition to Plaintiff's Motion for Leave to Amend* was served upon the following through the Court's ECF filing system:

| | |
|---|---|
| Jade M. Ruiz<br>Johnson Law Group<br>2925 Richmond Ave., Ste. 1700<br>Houston, TX 77098<br>jader@johnsonlawgroup.com | *Attorneys for Plaintiffs* |

/s/ *Julie A. Callsen*
Julie A. Callsen