# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Carpenter v. Sanofi US Services Inc. et al*<br><br>Plaintiff: Lillie Carpenter<br>Civil Action No.: 2:18-cv-10034 | JUDGE JANE T. MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. AND HOSPIRA INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 19th Day of June 2020                                        Respectfully submitted,

                                                                        By: */s/ Andrew F. Kirkendall*

                                                                        Andrew F. Kirkendall
                                                                        Texas Bar No. 24050882
                                                                        Alexander G. Dwyer
                                                                        Texas Bar No. 24054271
                                                                        adwyer@kirkendalldwyer.com
                                                                        akirkendall@kirkendalldwyer.com

                                                                        **Kirkendall Dwyer, LLP**
                                                                        4343 Sigma Rd., STE 200
                                                                        Dallas, TX  75244
                                                                        Tel.: (214) 271-4027
                                                                        Fax: (214) 253-0629
                                                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                        */s/ Andrew Kirkendall*