# EXHIBIT 1

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Teresa M. Crock

DATE OF BIRTH: ███████  SSN: ███████

TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☒ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

---

3 / 4 / 2015  DATE OF FIRST TREATMENT

6 / 25 / 2015  DATE OF LAST TREATMENT

6  # OF DOSES

_Charles R. Goff, RPh_  SIGNATURE OF REPRESENTATIVE OF PRACTICE/INFUSION CENTER

Charles R. Goff, RPh.  PRINTED NAME & TITLE OF REPRESENTATIVE

3/13/2018  DATE

Hancock Cancer Care  NAME OF PRACTICE/INFUSION CENTER

801 N. State Street  ADDRESS

Greenfield, IN 46140  CITY, STATE, ZIP

Crock, Teresa - BMR - 000808

# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   TAXOTERE (DOCETAXEL)                                        MDL NO. 2740
         PRODUCTS LIABILITY
         LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

# PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

**Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

I.   **CORE CASE INFORMATION**

Attorney Information

Please provide the following information for the civil action that you filed:
1. Caption:  Crock v. Sanofi-Aventis U.S. LLC et al
2. Court and Docket No.:  Eastern District of Louisiana 2:17-cv-12286
3. MDL Docket No. (if different):  MDL 2740-EDLA

CROCK, TERESA                                          1                                    Plaintiff ID 8588

**YOU MUST UPLOAD THEM BEFORE YOU SUBMIT THIS FACT SHEET**

Taxotere®

1. Were you treated with brand name Taxotere ®?  Yes ☐   No ☒   Unknown ☐

Other Docetaxel

2. Were you treated with another Docetaxel or generic Taxotere®?  Yes ☒   No ☐
3. If yes, select all that apply:

| Name of Drug | Yes |
|---|---|
| Docetaxel – Sanofi-Aventis U.S. LLC d/b/a Winthrop US | ☐ |
| Docetaxel – McKesson Corporation d/b/a McKesson Packaging | ☐ |
| Docetaxel – Actavis LLC f/k/a Actavis Inc. / Actavis Pharma, Inc. | ☐ |
| Docetaxel – Pfizer Inc. | ☐ |
| Docetaxel – Sandoz Inc. | ☐ |
| Docetaxel – Accord Healthcare, Inc. | ☒ |
| Docetaxel – Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. / Hospira, Inc. | ☐ |
| Docefrez – Sun Pharma Global FZE | ☐ |
| Docefrez – Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. | ☐ |
| Docetaxel – Teva Parenteral Medicines, Inc. | ☐ |
| Docetaxel – Dr. Reddy's Laboratories Limited | ☐ |
| Docetaxel – Eagle Pharmaceuticals, Inc. | ☐ |
| Docetaxel – Northstar Rx LLC | ☐ |
| Docetaxel – Sagent Pharmaceuticals, Inc. | ☐ |
| Unknown | ☐ |

4. **IF YOU SELECTED "UNKNOWN" YOU MUST CERTIFY AS FOLLOWS:**

    **I certify that I have made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in my treatment, including requesting records from my infusion pharmacy, and the manufacturer either remains unknown at this time or I am awaiting the records:** ☐

### IV.   MEDICAL INFORMATION

Vital Statistics

1. How old are you:  <u>67 years Old</u>

# EXHIBIT 3

# Knight, Emily S.

| | |
|---|---|
| **From:** | Valarie Hall <VHall@johnsonlawgroup.com> |
| **Sent:** | Tuesday, April 28, 2020 3:21 PM |
| **To:** | dmoore@irwinllc.com; 505b2liaison@chaffe.com; taxotere; noproductid; Callsen, Julie; docetaxelproductid@dechert.com; MaraCusker.gonzalez@dechert.com |
| **Subject:** | Motion for Leave to Amend Complaint (TERESA CROCK – 2:17-cv-12286) |
| **Attachments:** | Crock, Teresa - LIT - Mtn Packet (FINAL).pdf; Crock, Teresa - EXH A - Amended SF Complaint FINAL.pdf; Crock, Teresa - EXH B - Requesting Summons to Defendant FINAL.pdf |

**<<< EXTERNAL EMAIL >>>**

Counsel—
We have received records with manufacturer-specific information, showing that the Docetaxel/Taxotere given to TERESA CROCK was also manufactured by Accord Healthcare Inc.  We would like to file a Motion for Leave to Amend the Complaint to add the aforementioned manufacturer(s) as proper defendants.

Please find attached: (1) our drafted motion for leave to amend, (2) a proposed order, (3) the amended short form complaint (Exhibit A), and (4) the Request For Summons.

Pursuant to Local Rule 7.6, please let me know if you have any objection to our filing the attached motion to amend documents.  If we do not receive any notice of opposition within fourteen (14) days of this email, per PTO 37A, we will file the motion for leave to amend as unopposed.

Thanks,



**VALARIE HALL | M.A., J.D.**
Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (800) 731-6018
vhall@johnsonlawgroup.com  |  www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged.  This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.

# EXHIBIT 4



950 Main Avenue, Suite 1100 | Cleveland, OH 44113-7213 | TEL 216.592.5000 | FAX 216.592.5009

April 29, 2020

DIRECT DIAL  216.696.2286 | julie.callsen@tuckerellis.com

**VIA EMAIL ONLY**

Valarie Hall, M.A., J.D.
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston TX 77098
vhall@johnsonlawgroup.com

Re:  *Taxotere/Docetaxel MDL No. 2740: Plaintiffs  Nnyanzi, Crock, Singleton, Fleck, Cardwell, and Stackhouse*

Dear Counsel:

The undersigned represents Accord Healthcare, Inc. and I am addressing six (6) recent requests received to amend Short Form Complaints to add it as a defendant.  Accord has not yet been named or served in these cases and pursuant to PTO 37A, it appears specially to object as all 6 amendments are opposed on futility grounds.  These 6 cases involve initial Short Form Complaints filed in 2017 and product identification was uploaded to MDL Centrality pursuant to CMO 12A in 2018 or 2019.  The grounds for our objection is futility-it would be futile to add Accord as a defendant based on the applicable statute of limitations.  Details of each case are set forth below:

1. Case Name: Nnyanzi, Vanessa
   MDL Case No. 17-cv-12884
   Date of initial SFC Filing: 11/21/17
   Date product ID uploaded to MDL Centrality: 8/8/19

2. Case Name: Crock, Teresa
   MDL Case No. 17-cv-12286
   Date of initial SFC Filing: 11/13/17
   Date product ID uploaded to MDL Centrality: 5/3/18

3. Case Name: Singleton, Patricia
   MDL Case No. 17-cv-11125
   Date of initial SFC Filing: 10/24/17
   Date product ID uploaded to MDL Centrality: 3/16/18

4. Case Name: Fleck, Melissa
   MDL Case No. 17-cv-11161
   Date of initial SFC Filing: 10/24/17
   Date product ID uploaded to MDL Centrality: 9/11/18

5. Case Name: Cardwell, Judy
   MDL Case No. 18-cv-2031
   Date of initial SFC Filing: 2/27/18
   Date product ID uploaded to MDL Centrality: 1/15/19

Tucker Ellis LLP

April 29, 2020
Page 2

6. Case Name: Stackhouse, Marsha (objection previously advised)
   MDL Case No. 17-cv-12427
   Date of initial SFC Filing: 11/14/17
   Date product ID uploaded to MDL Centrality: Jan. 2019

In summary, any requested amendment filed will be opposed via special appearance. Also, please include Brenda Sweet in any further correspondence regarding these matters.

Sincerely,

TUCKER ELLIS LLP

Julie A. Callsen

JAC:mkc

cc: John Olinde
    Brenda Sweet

4667811.1