# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| TERESA CROCK, | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT** |
| v. | |
| HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., *et al.*, | |
| Defendants. | |
| *Case No. 2:17-cv-12286* | |

Upon consideration of Accord Healthcare, Inc.'s Opposition to Plaintiff's Motion for Leave to Amend Short Form Complaint, in conjunction with Plaintiff's Motion for Leave to Amend Short Form Complaint, this Court hereby DENIES Plaintiff's Motion for Leave to Amend Short Form Complaint as futile based on the applicable statute of limitations.

**IT IS SO ORDERED.**

---
Hon. Jane Triche Milazzo