UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| Valerie Dunagan | : : | JUDGE MILAZZO |
| Plaintiff, | : : | **Stipulation of Dismissal With Prejudice** |
| vs. | : : | Civil Action No.: 2:18-cv-04005 |
| Sandoz, Inc. | : : | |
| Defendant (s). | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Valerie Dunagan hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-04005 only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Valeri Dunagan, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:17-cv-13071. All parties shall bear their own costs.

Dated this 22 day of June, 2020.

Respectfully Submitted,

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
4265 San Felipe, Suite 1000

Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 22, 2020                     /s/ Robert J. Binstock
                                         Robert J. Binstock