UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO:<br>Civil Action No: 16-15283 – Kelly Gahan | JUDGE MILAZZO |

## ORDER

**IT IS ORDERED** that defendant's Motion for Taxation of Costs (Rec. Doc. 9891) be **REFERRED** to the Clerk of Court for the Eastern District of Louisiana for determination.

Signed in New Orleans, LA this 23rd day of June, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE