# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| THIS DOCUMENT RELATES TO: *Elizabeth Abbott v. Sanofi US Services Inc. f/ k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, & Hospira, Inc., Civil Action No. 2:19-cv-00694* | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

## <u>ORDER</u>

Before the Court is Plaintiff's Unopposed Motion for Leave to File First Amended Short Form Complaint (Doc. 10500);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 18th day of June, 2020.

Hon. Jane Triche Milazzo
United States District Court Judge