**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H"** |
| | : | **JUDGE TRICHE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **Lillie Anderson, 2:18-cv-13453** | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend (Doc. 10544);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 18th day of June, 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge