UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Teandrea Adams
Case No.: 20-cv-00600

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**

      **NOW COMES** Plaintiff Teandrea Adams, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto. This motion also dismisses with prejudice previously named Defendants Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., and Sanofi-Aventis U.S., LLC.

Respectfully Submitted,

Dated: June 24, 2020                           **JOHNSON BECKER, PLLC**

                                                   <u>/s/ Alexandra W. Robertson</u>
                                                   Alexandra W. Robertson, Esq. MN Bar #395619
                                                   Timothy J. Becker, Esq. MN Bar #256663
                                                   Johnson Becker, PLLC
                                                   444 Cedar Street, Suite 1800
                                                   St. Paul, Minnesota 55101
                                                   (612) 436-1800 (telephone)
                                                   arobertson@johnsonbecker.com
                                                   tbecker@johnsonbecker.com

                                                   **Attorneys for Plaintiff**

## **CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## **CERTIFICATE OF SERVICE**

I certify that June 24, 2020, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson