IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>MELISSA FLECK,<br><br>    Plaintiff,<br><br>    v.<br><br>HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., *et al.*,<br><br>    Defendant. | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

*Case No. 2:17-cv-11161*

**PUTATIVE DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO PLAINTIFF'S REPLY REGARDING MOTION FOR LEAVE TO AMEND COMPLAINT**

Accord Healthcare, Inc. respectfully moves for leave to file a Sur-Reply in Response to Plaintiff's Reply in Support of her Motion for Leave to Amend the Complaint. (Rec. Doc. 10546). In her Reply, Plaintiff raised new legal arguments not previously raised in her initial motion. (*See* Doc. 10417). As a result, Accord requests leave to file this Sur-Reply so that it may properly respond to several significant points raised for the first time in Plaintiff's Reply, and so that the Court can fully evaluate the merits of the parties' arguments. A copy of the proposed Sur-Reply is attached as Exhibit A.

 Date:  June 24, 2020                              Respectfully submitted,


                                                          /s/ *Julie A. Callsen*

Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:	216.592.5000
Facsimile:	216.592.5009
Email:	julie.callsen@tuckerellis.com
	brenda.sweet@tuckerellis.com

*Attorneys for Putative Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, a true and correct copy of the *Motion for Leave to File Sur-Reply in Response to Plaintiff's Reply in Support of her Motion for Leave to File Amended Complaint* was served upon the following through the Court's ECF filing system:

/s/ *Julie A. Callsen*
Julie A. Callsen

2