IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br><br> MELISSA FLECK, <br>       Plaintiff, <br> v. <br> HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., *et al.*, <br>       Defendant. <br> *Case No. 2:17-cv-11161* | HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |

**PUTATIVE DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF SUBMISSION REGARDING MOTION FOR LEAVE TO AMEND COMPLAINT**

PLEASE TAKE NOTICE that Putative Defendant Accord Healthcare, Inc. will bring for submission its *Motion for Leave to File Sur-Reply in Response to Plaintiff's Reply in Support of her Motion for Leave to Amend the Complaint* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 8th day of July, 2020.

Date: June 23, 2020                        Respectfully submitted,

                                                /s/ *Julie A. Callsen*
                                                Julie A. Callsen
                                                Brenda Sweet
                                                TUCKER ELLIS LLP

2

950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:   216.592.5000
Facsimile:   216.592.5009
Email:   julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Putative Defendant Accord Healthcare, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, I electronically filed the foregoing *Motion for Leave to File Sur-Reply in Response to Plaintiff's Reply in Support of her Motion for Leave to Amend the Complaint* with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Julie A. Callsen*
Julie A. Callsen