# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>MELISSA FLECK,<br><br>        Plaintiff,<br><br>        v.<br><br>HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., *et al.*,<br><br>        Defendant.<br><br>Case No. 2:17-cv-11161 | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH<br><br>**[PROPOSED] ORDER GRANTING PUTATIVE DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY REGARDING MOTION FOR LEAVE TO AMEND COMPLAINT** |

## ORDER

Considering Accord Healthcare, Inc.'s Motion for Leave to File Sur-Reply in Response to Plaintiff's Reply in Support of her Motion for Leave to Amend the Complaint (Rec. Doc. 10546);

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Accord Healthcare, Inc.'s proposed Sur-Reply in Response to Plaintiff's Reply in Support of her Motion for Leave to Amend the Complaint is hereby entered into the Court's docket.

 

                                                                                                     Hon. Jane Triche Milazzo

4729096.1