# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Roxanne Drews v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.**<br><br>Civil Action No. 2:20-CV-01069 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except **Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.**, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claim against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 25th day of June, 2020

Respectfully submitted,

**MARTINEZ & MCGUIRE, PLLC**

*/s/ Clint E. McGuire*
Clint E. McGuire
Federal ID #25560
State Bar No. 24013139
clint@mmtriallawyers.com
Martinez & McGuire, PLLC
17227 Mercury Drive, Suite B
Houston, Texas 77058
Telephone: (281) 286-9100
Facsimile: (281) 286-9105

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Clint E. McGuire*
Clint E. McGuire