UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

June Phillips, Case No. 2:16-cv-15397

### AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

### HARLEY V. RATLIFF

of the law firm Shook, Hardy & Bacon L.L.P., counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. ("Sanofi"), in the above-captioned matter, who, after being sworn, did affirm that the records maintained by the bookkeeping department of this law firm reflect the following costs expended on behalf of Sanofi in the amount of THIRTY ONE THOUSAND NINE HUNDRED FIFTY ONE AND 14/100 DOLLARS [$31,951.14] as more fully detailed below:

**COURT COSTS**
Docket Fee Pursuant to 28 U.S.C. § 1923

                                                      $20.00
                                Subtotal:   $20.00

**DEPOSITION TRANSCRIPT FEES**

| | |
|---|---|
| Transcript fee of June Phillips | $4,559.68 |
| Transcript fee of Mark Cassidy, M.D. | $1,628.96 |
| Transcript fee of Scott Sonnier, M.D. | $1,942.40 |
| Transcript fee of Diane Rose, M.D. | $2,820.79 |
| Transcript fee of Susan Jeanfreau, M.D. | $2,310.80 |
| Transcript fee of Warren Bourgeois, M.D. | $2,310.80 |
| Transcript fee of Colleen Johnson, M.D. | $1,984.40 |
| Subtotal: | $17,557.83 |

**OTHER COSTS**

| | |
|---|---|
| Medical Records Collection | $14,373.31 |
| Subtotal: | $14,373.31 |

4839-2622-7391 v1

TOTAL COSTS EXPENDED:    $31,951.14

_____
HARLEY V. RATLIFF

SWORN TO ME AND SUBSCRIBED
BEFORE ME ON THIS 25 DAY
OF JUNE, 2020.

*Linda J Caldwell*
NOTARY PUBLIC
Name: Linda J Caldwell # 13697428

LINDA J. CALDWELL
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires April 17, 2021
Commission # 13697428

4839-2622-7391 v1