UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| SHARON PRAYLOW, <br><br> Plaintiff, <br><br> v. <br><br> EAGLE PHARMACEUTICALS, INC., <br><br> Defendant. | CASE NO. 2:20-CV-01345-JTM-MBN |

**CONSENT MOTION TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Defendant Eagle Pharmaceuticals, Inc. ("Eagle Pharmaceuticals"), by and through its undersigned counsel, respectfully requests an additional thirty (30) days, until Monday, July 27, 2020, to file a responsive pleading to Plaintiff's Complaint.[1]  Defendant requests the extension for the following reasons:

1. Plaintiff filed her Complaint against Eagle Pharmaceuticals in the Eastern District of Louisiana on May 4, 2020.  (*See* R. Doc. 1.)  Service was made on Eagle Pharmaceuticals by mail on June 2, 2020.  Eagle Pharmaceuticals' response is therefore currently due on June 26, 2020.

2. The undersigned counsel was recently retained by Eagle Pharmaceuticals to represent it in this filed action and needs additional time to prepare and file a responsive pleading.

---

[1] Eagle expressly preserves and does not waive any and all available defenses, including those defenses specifically enumerated in Rule 12(b) of the Federal Rules of Civil Procedure.

2359924v.1

Eagle Pharmaceuticals therefore respectfully requests an additional thirty (30) days, until July 27, 2020, to file its responsive pleading with this Court.

3. Defendant's counsel has communicated with Plaintiff's counsel, who has consented to the requested extension.

4. No prejudice will result to any party from the granting of this request for an extension.

**WHEREFORE** Defendant Eagle Pharmaceuticals, Inc. respectfully requests additional time, until July 27, 2020, to file a responsive pleading in the above-reference lawsuit.

Respectfully submitted,

Dated:  June 26, 2020

/s/ ***Lauren R. Hadden***
TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.
T. MacDougall Womack, La. Bar # 13648
Lauren R. Hadden, La. Bar #36648
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA  70821-2471
Telephone:     (225) 387-3221
Facsimile:       (225) 346-8049
MacDougall.Womack@taylorporter.com
Lauren.Hadden@taylorporter.com


*/s/ Jay P. Lefkowitz*
Jay P. Lefkowitz, P.C., T.A.
Evelyn Blacklock
 (*Pro Hac Vice* motion to be filed)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
lefkowitz@kirkland.com

*Counsel for Defendant Eagle Pharmaceuticals, Inc.*

2359924v.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system and via U.S. mail and electronic mail to those not provided a copy through the CM/ECF filing system.

Baton Rouge, Louisiana, this 26th day of June, 2020.

                    ___*s/ Lauren R. Hadden*_____
                            LAUREN R. HADDEN

2359924v.1