# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2740** |
| SHARON PRAYLOW, | |
| Plaintiff, | **CASE NO. 2:20-CV-01345-JTM-MBN** |
| v. | |
| EAGLE PHARMACEUTICALS, INC., | |
| Defendant. | |

## ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Defendant Eagle Pharmaceuticals, Inc. ("Eagle") filed its Consent Motion to Extend Time for Filing a Responsive Pleading to Plaintiff's Complaint ("Motion").

For good cause shown, it is hereby **ORDERED** that Eagle's Motion is **GRANTED** and its responsive pleading is due **July 27, 2020**.

Dated: _____, 2020.

_____
THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2359924v.1