UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
) SECTION: "H" (5)
)
This document relates to all cases )

## PRETRIAL ORDER NO. 106

**IT IS ORDERED** that the next general status conference will be held on **July 15, 2020, at 10:00 a.m.** The conference will be preceded by a meeting with liaison and lead counsel at **9:00 a.m.**

**IT IS FURTHER ORDERED** that the next show cause hearing will be held on **July 15, 2020, at 1:00 p.m.**

The call-in information for these events will be disseminated at a later time.

New Orleans, Louisiana, this 26th day of June, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE