UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO June Phillips, No. 16-cv-15397 | |

### NOTICE OF APPEAL

Plaintiff, June Phillips, hereby gives notice of her appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment (Doc. 10469) of the Honorable Jane Triche Milazzo, District Judge for the Eastern District of Louisiana, entered in this matter. This final judgment dismissed Plaintiff's claims in their entirety, pursuant to the Court's Order and Reasons issued April 7, 2020 (Doc. 9887) and May 27, 2020 (Doc. 10465).

Dated: June 26, 2020

Respectfully submitted,

/s/ *Betsy J. Barnes*
Betsy J. Barnes (La. Bar No. 19473)
John Enochs (La. Bar No. 22774)
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
jenochs@morrisbart.com

*Attorneys for Plaintiff*

## FOR THE PLAINTIFFS' STEERING COMMITTEE

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Betsy J. Barnes
Betsy J. Barnes