UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>MELISSA FLECK,<br>      Plaintiff,<br>v.<br>HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., *et al.*,<br>      Defendant.<br>*Case No. 2:17-cv-11161* | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

**ORDER**

Considering the foregoing Consent Motion to Continue Submission Date (Doc. 10556);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission date on Plaintiff's Motion for Leave to Amend Complaint (Doc. 10417) is continued to July 8, 2020.

New Orleans, Louisiana, this 24th day of June, 2020.

_____
Hon. Jane Triche Milazzo