UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                         SECTION "H" (5)
                                         JUDGE MILAZZO
                                         MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Eva Itza Encarncion Medero, et al.*,
Case No. 18-02152

*Sherri Welch, et al.*
Case No. 2:18-cv-00845

*Donna Santisi, et al.*
Case No. 2:17-cv-12659

*Angelica Burruel, et al.*
Case No. 2:17-cv-11410

## ORDER

Considering the foregoing Consent Motion to Continue Submission Dates (Doc. 10565);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission dates on Plaintiffs' Opposed Motions for Leave to File Amended Short Form Complaint (Docs. 10443, 10444, 10445, and 10446) are continued to July 8, 2020.

New Orleans, Louisiana, this 24th day of June, 2020.

_____
Hon. Jane Triche Milazzo