# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>VANESSA NNYANZI,<br><br>      Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, *et al.*,<br><br>      Defendant.<br><br>*Case No. 2:17-cv-12884* | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Consent Motion to Continue Submission Date (Doc. 10588);

**IT IS ORDERED** that the Motion is **GRANTED**, and that the submission date on Plaintiff's Motion for Leave to Amend Complaint (Doc. 10507) is hereby continued to July 8, 2020.

New Orleans, Louisiana, this 24th day of June, 2020.

_____
Hon. Jane Triche Milazzo