UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| Marilyn Schilkie v. Hospira Inc. et al. | : | |
| | : | |
| Case No. 2:19-cv-02487 | : | |

## ORDER

Upon Plaintiff's Unopposed Motion for Leave to Amend Complaint (Doc. 10567);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 24th day of June, 2020.

_____
U.S. District Court Judge