UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H" (5) |
| | : |
| THIS DOCUMENT RELATES TO: | : HON. JANE TRICHE MILAZZO |
| | : MAG. JUDGE MICHAEL NORTH |
| *Netonya Usher Williams v. Sanofi-Aventis U.S. LLC et al.* | : |
| | : |
| Case No. 2:17-cv-11194 | |
| | : |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF HER MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Netonya Usher William, by and through undersigned counsel, respectfully moves for leave to file a Reply Memorandum in Support of Her Motion for Leave to Amend Complaint.

In their Opposition, Sagent Pharmaceuticals, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. raised new legal arguments and as a result Plaintiff requests leave to file this Reply so that it may properly respond to several significant points raised, and so that the Court can fully evaluate the merits of the parties' arguments. A copy of the proposed Reply is attached as Exhibit A.

Dated: June 29, 2020                    Respectfully submitted,

                                        */s/ Jade M. Ruiz*
                                        Jade M. Ruiz
                                        Texas Bar No. 24077836
                                        **Johnson Law Group**
                                        2925 Richmond Ave., Ste. 1700
                                        Houston, TX 77098
                                        Tel: 713-626-9336
                                        Fax: 713-583-9460
                                        jader@johnsonlawgroup.com
                                        *Attorney for Plaintiff*