UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Cynthia Brown, Case No. 2:18-cv-06428*
*Sandra Burks, Case No. 2:18-cv-00686*
*Angela Durden, Case No. 2:18-cv-01544*
*Juanita Greer, Case No. 2:18-cv-11728*
*Hattie Grines, Case No. 2:16-cv-15319*
*Minnie Moore, Case No. 2:18-cv-12295*
*Shirlon Pigott, Case No. 2:18-cv-08673*
*Melissa Roach, Case No. 2:17-cv-07918*
*Cindy Smith, Case No. 2:18-cv-07702*
*Emma Willie, Case No. 2:18-cv-03857*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS OF BELLWETHER POOL PLAINTIFFS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Cynthia Brown, Sandra Burks, Angela Durden, Juanita Greer, Hattie Grines, Minnie Moore, Shirlon Pigott, Melissa Roach, Cindy Smith, and Emma Willie, identified by the Court as bellwether pool Plaintiffs,[1] who, pursuant to the attached Memorandum in Support, respectfully request leave to file the attached proposed Amended Short Form Complaints (Exhibits A-J).

Plaintiffs' Liaison Counsel has conferred with Liaison Counsel for the Sanofi Defendants and understands these Defendants will oppose Plaintiffs' requests. The Sanofi Defendants are the only Defendants named in the attached proposed Amended Short Form Complaints.

WHEREFORE, Plaintiffs pray that they be granted leave to file the attached proposed Amended Short Form Complaints.

---

[1] Bellwether pool Plaintiff Mildred Kumar filed her Motion for Leave to File an Amended Short Form Complaint on June 19, 2020. [Rec. Doc. 10603]. That motion is currently pending.

Dated: June 29, 2020                                    Respectfully Submitted,

*/s/ Christopher L. Coffin*                             */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                          Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                        GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                         6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                            Los Angeles, California 90045
Phone: (504) 355-0086                                   Telephone: 510-350-9700
Fax: (504) 355-0089                                     Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                  kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                           *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                  */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                              Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                               BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                 New Orleans, LA 70139
New Orleans, LA 70163-2800                              Phone: 504-524-3300
Phone: 504-522-2304                                     Fax: 504-524-3313
Fax: 504-528-9973                                       barrios@bkc-law.com
plambert@gainsben.com

                                                        *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                            Daniel P. Markoff
Andrews & Thornton                                      Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                         9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                                 Oklahoma City, OK 73120
Phone: (800) 664-1734                                   Phone: (405) 607-8757
aa@andrewsthornton.com                                  Fax: (405) 607-8749
                                                        dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus                                          Abby E. McClellan
Bachus & Schanker, LLC                                  Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                          460 Nichols Road, Suite 200
Denver, CO 80202                                        Kansas City, MO 64112
Phone: (303) 893-9800                                   Phone: (816) 714-7100
Fax: (303) 893-9900                                     Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                             mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              */s/ Dawn M. Barrios*
                                              Dawn M. Barrios