# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**       **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                          **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*Cynthia Brown, Case No. 2:18-cv-06428*
*Sandra Burks, Case No. 2:18-cv-00686*
*Angela Durden, Case No. 2:18-cv-01544*
*Juanita Greer, Case No. 2:18-cv-11728*
*Hattie Grines, Case No. 2:16-cv-15319*
*Minnie Moore, Case No. 2:18-cv-12295*
*Shirlon Pigott, Case No. 2:18-cv-08673*
*Melissa Roach, Case No. 2:17-cv-07918*
*Cindy Smith, Case No. 2:18-cv-07702*
*Emma Willie, Case No. 2:18-cv-03857*

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS OF BELLWETHER POOL PLAINTIFFS

Plaintiffs, through undersigned counsel, respectfully request leave of Court to file the attached 10 proposed Amended Short Form Complaints for bellwether pool plaintiffs, Cynthia Brown, Sandra Burks, Angela Durden, Juanita Greer, Hattie Grines, Minnie Moore, Shirlon Pigott, Melissa Roach, Cindy Smith, and Emma Willie.[1]

The Plaintiffs' attached proposed Amending Short Form Complaints are submitted to provide factual allegations particular to the circumstances of each Plaintiff's claim and to memorialize their causes of action under applicable law. Plaintiffs submit that these proposed Amending Short Form Complaints are consistent with PTO 105 in that they add factual allegations of particularized facts individual and specific to each Plaintiff's medical care and treatment and/or each Plaintiff's communications with medical professionals, and clarify prior allegations.

---

[1] Discovery pool plaintiff Mildred Kumar filed her Motion for Leave to File an Amended Short Form Complaint on June 19, 2020. [Rec. Doc. 10603]. That motion is currently pending.

The Court should grant leave to file an amended pleading unless the opposing party can show prejudice, bad faith, or undue delay. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the context of this MDL, Plaintiffs are required to use the master complaint structure pursuant to Pretrial Order No. 15 (Rec. Doc. 230). The interests of fairness, equity and justice support allowing the above referenced Plaintiffs leave to amend their pleadings to conform to the legal allegations and to clarify their case-specific factual allegations made in previous versions of their pleadings.

Because the relevant trial scheduling orders and PTO 105[2] deadlines allow for amendment of pleadings, and considering none of these bellwether pool plaintiffs have been deposed[3], Plaintiffs respectfully suggest that there is no prejudice as the defendants have the ability to question these Plaintiffs regarding these proposed amended allegations. Defendants will have the opportunity to challenge these allegations through discovery and with motion practice brought in accordance with the agreed deadlines.

Moreover, the allegations do not add any additional parties. The amendments merely add particularized facts individual and specific to each Plaintiff's treatment and/or communications with medical professionals; thus the amendments in no way will unfairly surprise or prejudice defendants, are not made in bad faith, and are timely given that the cases are at the pleadings and pre-deposition stage. *See Lyn–Lea Travel Corp. v. Am. Airlines*, 283 F.3d 282, 286 (5th Cir. 2002) (recognizing Rule 15 liberally allows amendments in such circumstances).The

---

[2] Plaintiffs have objected to Pretrial Order No. 105 (Rec. Doc. 10457), and the Court has not yet ruled. One of the major reasons for the objection was to urge the Court to acknowledge the right of every Plaintiff to put whatever factual allegations desired into the Short Form Complaint. Plaintiffs incorporate all arguments advanced in the Objection *as* if transcribed herein.

[3] In fact, no depositions have been taken in any case nor have any expert reports been exchanged.

amendments are proper and necessary because any assessment of a Plaintiffs' statute of limitations issue is inherently individualized and is appropriate only after a development of a full factual record. *In re FEMA Trailer Formaldehyde Prod. Liab. Litig.*, No. 25292, 2012 WL 1580761, at*2 (E.D. La. May 4, 2012). PTO 105 appropriately allows all Plaintiffs to add allegations about their medical care and treatment, and communications with medical professionals, which has been done in the amendments.

Accordingly, Plaintiffs Cynthia Brown, Sandra Burks, Angela Durden, Juanita Greer, Hattie Grines, Minnie Moore, Shirlon Pigott, Melissa Roach, Cindy Smith, and Emma Willie, request that the Court grant their Motion for Leave to Amend their Short Form Complaints and enter the proposed pleadings into the record.

Dated: June 29, 2020

Respectfully Submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
Dawn M. Barrios