UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Demetria Pierce v. Sanofi-Aventis U.S. LLC et al* | : | |
| | : | |
| Case No. 2:17-cv-11075 | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF HER MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Demetria Pierce, by and through undersigned counsel, respectfully moves for leave to file a Reply Memorandum in Support of Her Motion for Leave to Amend Complaint.

In its Opposition, Sandoz Inc. raised new legal arguments and as a result Plaintiff requests leave to file this Reply so that it may properly respond to several significant points raised, and so that the Court can fully evaluate the merits of the parties' arguments. A copy of the proposed Reply is attached as Exhibit A.

Dated: June 30, 2020

Respectfully submitted,

*/s/ Jade M. Ruiz*
Jade M. Ruiz
Texas Bar No. 24077836
**Johnson Law Group**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
jader@johnsonlawgroup.com
*Attorney for Plaintiff*