# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 30, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 20-30104 c/w 20-30107
          In re: Taxotere Prod Liability
          USDC No. 2:16-MD-2740
          USDC No. 2:16-CV-15859
          USDC No. 2:16-CV-15607
          USDC No. 2:16-CV-17410
```

The court has granted the motion to supplement the record in this case. The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record within 15 days. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shea E. Pertuit
Shea E. Pertuit, Deputy Clerk
504-310-7666

Ms. Betsy J. Barnes
Ms. Dawn M. Barrios
Ms. Ilana H. Eisenstein
Mr. John Christian Enochs
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel
Mr. Richard Lee Root
Mr. T. Aaron Stringer

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

Case No. 20-30107, 20-30104

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

---

TANYA FRANCIS, DEBORAH JOHNSON and CYNTHIA THIBODEAUX,

Plaintiffs - Appellants

v.

SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.,

Defendants - Appellees

---

On Appeal from the United States District Court
for the Eastern District of Louisiana
MDL NO. 2740, Case No. 2:16-cv-17410, 2:16-cv-15607, 2:16-cv-15859

---

MOTION TO SUPPLEMENT
JOINT RECORD DESIGNATIONS

---

| | |
|---|---|
| Betsy J. Barnes # 19473 | */s/M. Palmer Lambert* |
| John C. Enochs #22774 | M. Palmer Lambert (#33228) |
| Morris Bart, LLC | GAINSBURGH BENJAMIN DAVID |
| 601 Poydras Street, 24th Floor | MEUNIER & WARSHAUER, LLC |
| New Orleans, LA 70130 | 2800 Energy Centre, 1100 Poydras Street |
| Phone: (504) 525-8000 | New Orleans, LA 70163-2800 |
| Fax: (504) 599-3392 | Phone: 504-522-2304 |
| bbarnes@morrisbart.com | Fax: 504-528-9973 |
| jenochs@morrisbart.com | plambert@gainsben.com |
| *Attorney for Plaintiff* | *Plaintiffs' Co-Liaison Counsel* |

| | |
|---|---|
| */s/Dawn M. Barrios* | Emily C. Jeffcott |
| Dawn M. Barrios (#2821) | Morgan & Morgan |
| BARRIOS, KINGSDORF & CASTEIX, LLP | 700 S. Palafox Street, Suite 95 |
| 701 Poydras Street, Suite 3650 | Pensacola, Florida 32505 |
| New Orleans, LA 70139 | Phone: (850) 316-9074 |
| Phone: 504-524-3300 | Fax: (850) 316-9079 |
| Fax: 504-524-3313 | ejeffcott@forthepeople.com |
| barrios@bkc-law.com | |
| *Plaintiffs' Co-Liaison Counsel* | |

**NOW INTO COURT**, by and through undersigned counsel, come Appellants Tanya Francis, Deborah Johnson and Cynthia Thibodeaux, who respectfully move to supplement the parties' original joint record designations filed on April 17, 2020 (Rec. Doc. 9981) and March 31, 2020 (Rec. Doc. 9841). Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., do not oppose this motion.

Appellants Tanya Francis, Deborah Johnson and Cynthia Thibodeaux, respectfully request that the Court permit the addition of the joint record designations listed below to the parties' original joint record designations. Due to an inadvertent error caused by the voluminous nature of the record, the following record designations were inadvertently omitted from the parties' original joint record designations. The appellants intended to include the designations below among the original joint record designations, and respectfully request that the Court enter an order permitting the addition of these designations to the parties' joint record designations filed on April 17, 2020 (Rec. Doc. 9981) and March 31, 2020 (Rec. Doc. 9841).

| 05/26/2017 | 494 | MOTION to Dismiss Claims Barred by the Applicable Statutes of Limitations on behalf of sanofi-aventis U.S. LLC and Sanofi US Services Inc. by Defendant. Motion(s) will be submitted on 8/30/2017. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A, # (3) Notice of Submission) (Reference: Cases Listed on Exhibit A)(Moore, Douglas) (Entered: 05/26/2017) |
|---|---|---|

| | | |
|---|---|---|
| 07/20/2017 | 663 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re [494] MOTION to Dismiss Claims Barred by the Applicable Statutes of Limitations on behalf of sanofi-aventis U.S. LLC and Sanofi US Services Inc. . (Reference: ALL CASES)(Lambert, Matthew) (Entered: 07/20/2017) |
| 08/25/2017 | 771 | REPLY to Response to Motion filed by Defendant re [494] MOTION to Dismiss Claims Barred by the Applicable Statutes of Limitations on behalf of sanofi-aventis U.S. LLC and Sanofi US Services Inc.. (Attachments: # (1) Exhibits)(Reference: All Cases)(cml) (Entered: 08/25/2017) |
| 10/27/2017 | 1034 | ORDER AND REASONS: ORDERED that [494] Motion to Dismiss Claims Barred by the Applicable Statutes of Limitations is DENIED WITHOUT PREJUDICE. Signed by Chief Judge Kurt D. Engelhardt on 9/26/2017. (Reference: All Cases)(cml) (Entered: 10/27/2017) |

Appellants previously moved in the lower court to facilitate this supplementation of the record, which was granted by Judge Milazzo on June 18, 2020. Appellants provided notice to this Honorable Court via correspondence filed on June 18, 2020.

WHEREFORE, the appellants request that the supplemental joint record designations above be added to the parties' original joint record designations.

| | |
|---|---|
| Dated: June 29, 2020 | Respectfully submitted, |
| Betsy J. Barnes # 19473<br>John C. Enochs #22774<br>Morris Bart, LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130<br>Phone: (504) 525-8000<br>Fax: (504) 599-3392 | /s/M. Palmer Lambert<br>M. Palmer Lambert (#33228)<br>GAINSBURGH BENJAMIN DAVID<br>MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: 504-522-2304 |

| | |
|---|---|
| bbarnes@morrisbart.com<br>jenochs@morrisbart.com<br>*Attorney for Plaintiff* | Fax: 504-528-9973<br>plambert@gainsben.com<br>*Plaintiffs' Co-Liaison Counsel* |
| */s/Dawn M. Barrios*<br>Dawn M. Barrios (#2821)<br>BARRIOS, KINGSDORF &<br>CASTEIX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: 504-524-3300<br>Fax: 504-524-3313<br>barrios@bkc-law.com<br>*Plaintiffs' Co-Liaison Counsel* | Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

I hereby certify that this motion complies with the type-volume limitation set forth in Rule 32(g). The motion is proportionally spaced, has a typeface of 14 points or more, and contains 396 words, excluding the parts exempted by Fed. R. App. P. 32(f).

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
