# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 30, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-30184   In re: Taxotere Prod Liability, et al
                  USDC No. 2:16-MD-2740
                  USDC No. 2:16-CV-17144

The court has granted the motion to supplement the record in this case. The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record within 15 days. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Ms. Dawn M. Barrios
Mr. Christopher L. Coffin
Ms. Ilana H. Eisenstein
Ms. Rachel Horton
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

Case No. 20-30184

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

BARBARA EARNEST,

Plaintiff - Appellant

v.

SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.,

Defendants - Appellees

On Appeal from the United States District Court
for the Eastern District of Louisiana
MDL NO. 2740, Case No. 2:16-cv-17144

JOINT MOTION TO SUPPLEMENT
JOINT RECORD DESIGNATIONS

| | |
|---|---|
| Darin L. Schanker<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Phone: (303) 893-9800<br>Fax: (303) 893-9900<br>dschanker@coloradolaw.net<br>*Counsel for Plaintiff/Appellant* | */s/M. Palmer Lambert*<br>M. Palmer Lambert (#33228)<br>GAINSBURGH BENJAMIN DAVID<br>MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: 504-522-2304<br>Fax: 504-528-9973<br>plambert@gainsben.com<br>*Plaintiffs' Co-Liaison Counsel* |

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF &
CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com
*Plaintiffs' Co-Liaison Counsel*

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

**NOW INTO COURT**, by and through undersigned counsel, come Appellant Barbara Earnest and Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., who respectfully move to supplement the parties' original joint record designations filed on April 23, 2020 (Rec. Doc. 10023).

Appellant Barbara Earnest and Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., respectfully request that the Court permit the addition of the joint record designations listed below to the parties' original joint record designations. Due to an inadvertent error caused by the voluminous nature of the record, the following record designations were inadvertently omitted from the parties' original joint record designations. The parties intended to include the designations below among the original joint record designations, and respectfully request that the Court enter an order permitting the addition of these designations to the parties' joint record designations filed on April 23, 2020 (Rec. Doc. 10023).

| | | |
|---|---|---|
| 10/13/2016 | 4 | PRETRIAL ORDER #1: Initial Pretrial Conference set for 11/10/2016 10:00 AM before Chief Judge Kurt D. Engelhardt. Signed by Chief Judge Kurt D. Engelhardt on 10/13/2016. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(cml) (Entered: 10/14/2016) |
| 11/17/2016 | 104 | PRETRIAL ORDER #2: Pursuant to Pretrial Order No. 1 (Rec. Doc. 4), issued by this Court on October 13, 2016, the Court has received many applications for Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel, and the Plaintiffs' Steering Committee (PSC). Having reviewed the parties' applications and recommendations, the Court makes the |

|  |  |  |
|---|---|---|
|  |  | following initial appointments, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 11/17/2016.(Reference: ALL CASES)(cbs) (Entered: 11/17/2016) |
| 07/25/2017 | 689 | AMENDED MASTER LONG FORM COMPLAINT with Jury Demand against All Defendants filed by All Plaintiffs.(Reference: all cases)(tm) (Entered: 07/25/2017) |
| 08/30/2017 | 784 | Minute ORDER for proceedings held before Chief Judge Kurt D. Engelhardt: Motion Hearing held on 8/30/2017. ORDERED that 489 MOTION to Dismiss Plaintiffs' Master Long Form Complaint is DENIED with respect to Count One and Counts Three through Seven of Plaintiffs' Master Long Form Complaint. FURTHER ORDERED that with respect to Counts Two and Eight of the Master Long Form Complaint, Plaintiffs shall have fourteen (14) days to provide counsel and the Court with supplemental briefing or an amendment as stated herein. ORDERED that 469 MOTION to Remand CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA 17-CV-1812, 17-CV-1813, 17-CV-1814, 17-CV-3864, 17-CV-3866, 17-CV-3865, 17-CV-3867, 17-CV-2356, 17-CV-5832, 17-CV-5833 filed by Plaintiff is GRANTED IN PART and DENIED IN PART as stated herein. ORDERED that 473 MOTION to Remand 17-CV-3871; 17-CV-3871; 17-CV-3893; 17-CV-3894; 17-CV-3895; 17-CV-3896; 17-CV-3897;17-CV-3901; 17-CV-3904; 17-CV-3905; 17-CV-3906; 17-CV-3908; 17-CV-3909; 17-CV-3909; 17-CV-3911; 17-CV-3917; 17-CV-3932; 17-CV-3933; 17-CV-01891; 17-CV-3935; 17-CV-3938; 17-CV-3939; 17-CV-3941; 17-CV-3949; 17-CV-3953; 17-CV-3954; 17-CV-3962; 17-CV-3965; 17-CV-3968; 17-CV-3977; 17-CV-3979; 2:17-CV-02891; 17-CV-4008; 17-CV-4009; 17-CV-4011; 17-CV-4012; 17-CV-4014; 17-CV-3978; 17-CV-3974; 17-CV-3969; 17-CV-3967; 17-CV-4016; 17-CV-4016; 17-CV-4021; 17-CV-4023; 17-CV-4028; 17-CV-4027; 17-CV-4025; 17-CV-4020; 17-CV-4010; 17-CV-3976; 17-CV-3975; 17-CV-3970; 17-CV-3964; 17-CV-3960; 17-CV-3951; 17-CV-3948; 17-CV-3952; 17-CV-3947; 17-CV- |

| | | |
|---|---|---|
| | | 3912 is GRANTED, and the referenced cases shall be remanded to the Superior Court of Delaware. (Court Reporter Cathy Pepper.) (Reference: All Cases)(cml) (Additional attachment(s) added on 8/31/2017: # 1 Attendance Sign In Sheet) (cml). (Entered: 08/31/2017) |
| 09/27/2017 | 877 | PRETRIAL ORDER #61: ORDERED that Count Two and Count Eight of Plaintiffs' First Amended Master Long Form Complaint are DISMISSED. IT IS FURTHER ORDERED that an individual plaintiff shall have fourteen (14) days from the date of this Order to amend her Short Form Complaint to allege analogous state law claims that may be viable on an individual basis. Signed by Chief Judge Kurt D. Engelhardt. (Attachments: # 1 Exhibit A)(Reference: All Cases)(cbs) (Entered: 09/27/2017) |
| 10/16/2017 | 961 | ANSWER to 689 Amended Master Complaint with Jury Demand by Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.(Reference: ALL CASES)(Moore, Douglas) Modified on 10/17/2017 (cml). (Entered: 10/16/2017) |
| 12/06/2017 | 1157 | EXPARTE/CONSENT MOTION for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs by Plaintiff. (Attachments: # 1 Exhibit A: Proposed Amended Short Form Complaints, # 2 Exhibit B: Proposed Order)(Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(Lambert, Matthew) (Entered: 12/06/2017) |
| 03/09/2018 | 1819 | CASE MANAGEMENT ORDER #13: ORDER SELECTING FIRST BELLWEATHER TRIAL PLAINTIFF(S) Pursuant to Case Management Order No. 3 669 . IT IS ORDERED that the following plaintiffs, in order of preference, are designated to proceed to the second phase of discovery, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 3/9/2018.(Reference: All Cases)(cbs) (Entered: 03/09/2018) |

| 12/12/2017 | 1319 | ORDER granting 1157 Motion for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs. Signed by Chief Judge Kurt D. Engelhardt on 12/12/2017. (Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(cbs) (Entered: 12/15/2017) |
|---|---|---|
| 03/16/2018 | 1892 | Witness List by Sanofi Defendants. (Reference: 16-17144)(Moore, Douglas) Modified text on 3/19/2018 (cbs). (Entered: 03/16/2018) |
| 03/16/2018 | 1901 | Witness List by Plaintiff, Barbara Earnest. (Reference: 16-17144)(Lambert, Matthew) Modified text on 3/19/2018 (cbs). (Entered: 03/16/2018) |
| 09/04/2018 | 4040 | MOTION for Partial Summary Judgment by Plaintiff. Motion(s) will be submitted on 9/19/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Proposed Order, # 5 Notice of Submission)(Reference: 16-17144)(Lambert, Matthew) (Entered: 09/04/2018) |
| 09/10/2018 | 4101 | EXPARTE/CONSENT MOTION to Withdraw Document re 4040 MOTION for Partial Summary Judgment by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 2:16-cv-17144)(Barrios, Dawn) (Entered: 09/10/2018) |
| 09/11/2018 | 4124 | ORDER granting 4101 Motion to Withdraw 4040 Motion for Partial Summary Judgment. Signed by Judge Jane Triche Milazzo. (Reference: 16-17144)(ecm) (Entered: 09/11/2018) |
| 09/24/2018 | 4259 | ORDER AND REASONS: The records and photographs of bellwether Plaintiff Francis, Durden, and Earnest submitted for in camera review shall be produced by the PSC to Sanofi no later than September 28, 2018 unless an objection to this Order and Reasons is lodged on or before that date. To the extent that similar photographs and medical records exist for any other Plaintiffs; deadlines are set herein. The PFS of any Plaintiff who produces additional medical records pursuant to this Order shall be supplemented accordingly. Signed by Magistrate Judge Michael North on |

|  |  | 9/24/2018.(Reference: All Cases)(clc) (Entered: 09/24/2018) |
|---|---|---|
| 09/27/2018 | 4407 | Second AMENDED COMPLAINT with Jury Demand Second Amended Master Long Form Complaint adding Sagent Pharmaceuticals, Inc. against Defendant filed by Plaintiff. (Attachments: # 1 Summons for Sagent Pharmaceuticals, Inc.)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 09/27/2018) |
| 09/13/2019 | 8233 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Status Conference held on 9/13/2019 with Darin Schanker and Douglas Moore. The parties updated the Court on the status of the case. (Reference: 16-17144)(ecm) (Entered: 09/17/2019) |
| 09/14/2019 | 8234 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Status Conference held on 9/14/2019 with Darin Schanker, Douglas Moore, and Hildy Sastre. The parties updated the Court on the status of the case. (Reference: 16-17144)(ecm) (Entered: 09/17/2019) |
| 09/15/2019 | 8235 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Status Conference held on 9/15/2019 with Palmer Lambert and Douglas Moore. The parties updated the Court on the status of the case. (Reference: 16-17144)(ecm) (Entered: 09/17/2019) |
| 09/17/2019 | 8254 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Jury Trial held on 9/17/2019. Witness testimony and evidence entered. Additional testimony of Dr. Kessler is proffered. Court recessed until September 18, 2019. (Court Reporter Cathy Pepper/Jodi Simcox.) (Reference: 16-17144)(ecm) (Entered: 09/20/2019) |
| 09/18/2019 | 8255 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Jury Trial held on 9/18/2019. Witness testimony and evidence entered. Court recessed until September 19, 2019. (Court Reporter Cathy Pepper/Jodi Simcox.) (Reference: 16-17144)(ecm) (Entered: 09/20/2019) |

| 09/20/2019 | 8260 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Jury Trial held on 9/20/2019. Witness testimony and evidence entered. Court recessed until 8:30 a.m. on Monday, September 23, 2019. (Court Reporter Cathy Pepper/Jodi Simcox.) (Reference: 16-17144)(ecm) (Entered: 09/20/2019) |
|---|---|---|
| 09/23/2019 | 8276 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Jury Trial held on 9/23/2019. Witness testimony and evidence entered. Court recessed until Tuesday, September 24, 2019. (Court Reporter Karen Ibos/Toni Tusa.) (Reference: 16-17144)(ecm) (Entered: 09/25/2019) |
| 01/17/2020 | 9074 | STATUS REPORT Joint Report No. 19 of Liaison Counsel by Plaintiff and by Defendant (Attachments: # 1 Appendix A, # 2 Appendix B)(Reference: ALL CASES)(Olinde, John) (Entered: 01/17/2020) |

WHEREFORE, the parties request that the supplemental joint record designations listed above be added to the parties' original joint record designations.

Dated: June 29, 2020                          Respectfully submitted,

Darin L. Schanker                             /s/M. Palmer Lambert
Bachus & Schanker, LLC                        M. Palmer Lambert (#33228)
1899 Wynkoop Street, Suite 700                GAINSBURGH BENJAMIN DAVID
Denver, CO 80202                              MEUNIER & WARSHAUER, LLC
Phone: (303) 893-9800                         2800 Energy Centre, 1100 Poydras Street
Fax: (303) 893-9900                           New Orleans, LA 70163-2800
dschanker@coloradolaw.net                     Phone: 504-522-2304
*Counsel for Plaintiff/Appellant*             Fax: 504-528-9973
                                              plambert@gainsben.com
                                              *Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios                            Emily C. Jeffcott
Dawn M. Barrios (#2821)                       Morgan & Morgan
BARRIOS, KINGSDORF &                          700 S. Palafox Street, Suite 95
CASTEIX, LLP                                  Pensacola, Florida 32505

| | |
|---|---|
| 701 Poydras Street, Suite 3650 | Phone: (850) 316-9074 |
| New Orleans, LA 70139 | Fax: (850) 316-9079 |
| Phone: 504-524-3300 | ejeffcott@forthepeople.com |
| Fax: 504-524-3313 | |
| barrios@bkc-law.com | |
| *Plaintiffs' Co-Liaison Counsel* | |

*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
Rachel A.H. Horton
DLA PIPER LLP (US)
1650 Market St., Suite 5000
Philadelphia, PA 19103
Telephone: 215-656-3351
Facsimile: 215-606-3351
Ilana.Eisenstein@dlapiper.com
Rachel.Horton@dlapiper.com
*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

I hereby certify that this motion complies with the type-volume limitation set forth in Rule 32(g). The motion is proportionally spaced, has a typeface of 14

points or more, and contains 1,342 words, excluding the parts exempted by Fed. R. App. P. 32(f).

<i>/s/ M. Palmer Lambert</i><br>
M. PALMER LAMBERT