UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Marsha Stackhouse v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* | : | |
| | : | |
| Case No. 2:17-cv-12427 | | |
| | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF HER MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Marsha Stackhouse, by and through undersigned counsel, respectfully moves for leave to file a Reply Memorandum in Support of Her Motion for Leave to Amend Complaint.

In its Opposition, Accord Healthcare Inc. raised new legal arguments and as a result Plaintiff requests leave to file this Reply so that it may properly respond to several significant points raised, and so that the Court can fully evaluate the merits of the parties' arguments. A copy of the proposed Reply is attached as Exhibit A.

Dated: June 30, 2020                             Respectfully submitted,

                                                 */s/ Jade M. Ruiz*
                                                 Jade M. Ruiz
                                                 Texas Bar No. 24077836
                                                 **Johnson Law Group**
                                                 2925 Richmond Ave., Ste. 1700
                                                 Houston, TX 77098
                                                 Tel: 713-626-9336
                                                 Fax: 713-583-9460
                                                 jader@johnsonlawgroup.com
                                                 *Attorney for Plaintiff*