UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Kaia Luke v. Sanofi-Aventis U.S. LLC et al* | : | |
| | : | |
| Case No. 2:17-cv-12876 | | |
| | : | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANUM

Upon Plaintiff's Motion for Leave to File Reply Memorandum in Support of Her Motion for Leave to Amend Complaint, and for good cause shown, it is hereby Ordered that Plaintiff may file the Reply Memorandum which was attached to Plaintiff's Motion as Exhibit A.

This the _____ day of _____, 2020.

_____
U.S. District Court Judge