UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| Deborrah Moses, 2:18-cv-13805 | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Deborrah Moses, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on December 14, 2018, naming Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi"), Sandoz Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. (collectively, "Hospira"), Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. (collectively, "Actavis"), based upon medical records provided by Plaintiff's infusion facility showing she was treated with docetaxel. Thereafter, Plaintiff obtained a "Statement Regarding Chemotherapy Drug Administered" from Plaintiff's infusion facility identifying docetaxel labelled by Sanofi and Sagent Pharmaceuticals, Inc. ("Sagent") as the docetaxel product that was used in Plaintiff's treatment. Consequently, Plaintiff seeks leave to amend her complaint to name Sagent and Sanofi and dismiss all other plaintiffs. This motion also dismisses with prejudice previously named Defendants with prejudice. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense

counsel who agreed in the interest of judicial economy not to oppose this motion with the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion.

      WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated this 30th Day of June 2020                    Respectfully submitted,

/s/ *Matthew R. McCarley*
**FEARS NACHAWATI, PLLC**
Matthew R. McCarley, #24041426
Tarek A. Abbassi, #24096225
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
mccarley@fnlawfirm.com
tabbassi@fnlawfirm.com
jlong@fnlawfirm.com
Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                               /s/ *Jason S. Long*