| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO ALL CASES | | |

**NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for Daniel K. Bryson and John Hunter Bryson attorneys for Plaintiffs attached on Exhibit A, will be as follows:

> Daniel K. Bryson
> WHITFIELD BRYSON LLP
> 900 W. Morgan Street
> Raleigh, NC 27603
> Telephone: 919-600-5000
> Facsimile: 919-600-5035
> Email: dan@whitfieldbryson.com
>         hunter@whitfieldbryson.com

Dated: June 30, 2020

Respectfully Submitted,

BY: */s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No.: 15781
John Hunter Bryson
N.C. Bar No.: 50602
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
dan@whitfieldbryson.com
hunter@whitfieldbryson.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Firm Name and Email Change* was served by CM/ECF to the parties registered to the Court's CM/ECF system.

This the 30th day of June, 2020.

                                        */s/ Daniel K. Bryson*
                                        Daniel K. Bryson
                                        WHITFIELD BRYSON LLP
                                        900 W. Morgan Street
                                        Raleigh, NC 27603
                                        Telephone: 919-600-5000
                                        Facsimile: 919-600-5035
                                        *Attorneys for Plaintiff*