## EXHIBIT A

| First Name | Last Name | Case Number |
|---|---|---|
| Hilda | Adams | 2:16-cv-17583 |
| Marie | Alarie | 2:17-cv-7462 |
| Patricia | Allemand | 2:17-cv-07264 |
| Barbara | Bain | 2:17-cv-12749 |
| Adonna | Ballard | 2:17-cv-04841 |
| Penny | Bassounas | 2:17-cv-14450 |
| Kristen | Bellino | 2:17-cv-12748 |
| Patricia J. | Blake | 2:17-cv-14733 |
| Marianne | Boff | 2:17-cv-13450 |
| Glenda | Bone | 2:17-cv-12756 |
| Renee | Boone | 2:16-cv-17586 |
| Jane | Borges | 2:17-cv-05202 |
| Robin | Branstetter | 2:16-cv-17585 |
| Lisa | Busacca | 2:17-cv-17175 |
| Calvineta | Byard | 2:17-cv-14741 |
| Sharon | Cain | 2:17-cv-9048 |
| Theresa | Call | 2:17-cv-12754 |
| Bobbie | Campbell | 2:17-cv-09038 |
| Ahnamaria | Carey | 2:17-cv-9027 |
| Yen | Chau | 1:16-cv-2853 |
| Shirley | Coleman | 2:17-cv-14848 |
| Robin | Colletto | 2:17-cv-13974 |
| Linda | Crook | 2:17-cv-13542 |
| Janice | Declouet | 2:17-cv-00351 |
| Laura | Devens | 2:16-cv-17344 |
| Colleen R. | Dunston-Carroll | 2:17-cv-9869 |
| Cynthia | Estrill | 2:17-cv-9873 |
| Kelly | Fisher | 2:16-cv-15576 |
| Teresa | Gann | 2:17-cv-03779 |
| Marie-Ginette | Gauvin | 2:17-CV-9036 |
| Jeanne | Geddert | 2:18-cv-05335 |
| Kathleen | George | 2:17-cv-13453 |
| Debra | Goatee | 2:17-cv-11549 |
| Billie Jean | Graham | 2:17-cv-9042 |
| Linda | Grymes | 2:18-cv-5325 |
| Nancy | Haeni | 2:17-cv-13435 |
| Ayesha | Hassan | 2:17-cv-13549 |
| Eva | Hickman | 2:17-cv-13857 |
| Christine | Hodge | 2:17-cv-07257 |

| | | |
|---|---|---|
| Donna | Holzer | 2:17-cv-13661 |
| Kathy | Hornsby | 2:17-cv-3354 |
| Shahnaz | Jahangard-Mahboob | 2:17-cv-13948 |
| Lucy | Joe | 2:17-cv-09474 |
| Marie | Joffrion | 2:17-cv-14464 |
| Dian | Johnson | 2:16-cv-17576 |
| Debra | Johnson | 2:17-cv-10841 |
| Jennifer | Jones | 2:17-cv-13930 |
| Velma | Jones | 2:17-cv-11543 |
| Sharon | Jones | 2:17-cv-09073 |
| Joanne | Karwacki | 2:17-cv-00391 |
| Rosa G. | Kelley | 2:17-cv-03787 |
| Rolanda | Kendrick (Johnson) | 2:17-cv-13342 |
| Jolyn | Kent | 2:17-cv-10873 |
| Rosario | Landry | 2:17-cv-6601 |
| Kathy | Lau | 2:17-cv-7469 |
| Bobbie Jo | Laws | 2:17-cv-13441 |
| Patricia | Leech | 2:17-cv-2779 |
| Annette | Lewis | 2:17-cv-13923 |
| Sylvia | Lewis | 2:17-cv-14861 |
| Phyllis | Love | 2:17-cv-09471 |
| Lorna | Majors | 2:17-cv-14866 |
| Miema | Manuel | 2:17-cv-10834 |
| Kimberly | Marshall | 2:17-cv-14340 |
| Deidra | Matthews | 2:17-cv-12753 |
| Doris | Matthews | 2:17-cv-00390 |
| Janice | McBeath | 2:17-cv-14458 |
| Rebecca | McClain | 2:17-cv-13440 |
| Donna | McClung | 2:17-cv-13987 |
| Norma Jean | Mitchell | 2:17-cv-14869 |
| Michele | Moffitt | 2:17-cv-03357 |
| Sandra | Morales | 2:17-cv-15058 |
| Deborah | Morrick | 2:17-cv-15214 |
| Elise | Moss | 2:17-cv-07274 |
| Gladys | Murphy | 2:16-cv-17345 |
| Linda | Nathan | 2:17-cv-13554 |
| Cacita | North | 2:17-cv-07464 |
| Diana | Palmer | 2:17-cv-13665 |
| Eva | Park | 2:17-cv-13547 |
| Maria | Payne | 2:18-cv-5329 |
| Debra | Payton | 2:17-cv-9725 |
| Diane | Perdue | 2:17-cv-14304 |

| | | |
|---|---|---|
| Effie | Perkins | 2:17-cv-13671 |
| Donna | Pielin | 2:17-cv-13726 |
| Stacey | Porter | 2:17-cv-13732 |
| Linda | Portillo | 2:17-cv-3432 |
| Christine | Priller | 2:17-cv-13737 |
| Paula | Reid | 2:17-cv-10847 |
| Alecia | Russell | 2:17-cv-06767 |
| Amy | Sabol | 2:17-cv-14722 |
| Mary Elaine | Scott | 2:16-cv-17959 |
| Nicole | Shelton | 2:17-cv-03782 |
| Sha'Ron | Sims | 2:18-cv-5343 |
| Betty | Sinegal | 2:17-cv-17584 |
| Julie | Singer | 2:17-cv-09724 |
| Chonette | Smith | 2:17-cv-03784 |
| Sonya | Smith | 2:17-cv-13557 |
| Paulette | Solomon | 2:17-cv-10844 |
| Tracy | Stevenson | 2:17-cv-1282 |
| Tina | Stewart | 2:17-cv-10836 |
| Audrey | Strange | 2:17-cv-10408 |
| Beverly | Sweeting | 2:17-cv-13744 |
| Janine | Torsiello | 2:17-cv-13845 |
| Wendy K. | Truitt | 2:17-cv-10401 |
| Odessa | Vinson | 2:17-cv-13555 |
| Sharon | Walker | 2:17-cv-13753 |
| Gwendolyn | Wesley | 2:17-cv-04030 |
| Christine | Westwood | 2:17-cv-13925 |
| Felisa | Wright | 2:17-cv-10840 |
| Sharon | Wyatt-Todd | 2:17-cv-12751 |
| Elizabeth | Zabor | 2:17-cv-13989 |
| Martha | Zepp | 2:16-cv-17348 |