# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Marilyn Schilkie, No. 19-2487 ) | |

## ORDER

Before the Court is a Motion to Amend (Doc. 10524). The Motion was originally opposed and set for submission. However, Plaintiff recently filed a second Motion to Amend (Doc. 10567), attaching the same proposed complaint, and it was designated as unopposed. The Court granted the Motion. Accordingly, Plaintiff's initial Motion to Amend (Doc. 10524) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 30th day of June, 2020.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**