UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Cynthia Brown, Case No. 2:18-cv-06428
Sandra Burks, Case No. 2:18-cv-00686
Angela Durden, Case No. 2:18-cv-01544
Juanita Greer, Case No. 2:18-cv-11728
Hattie Grines, Case No. 2:16-cv-15319
Minnie Moore, Case No. 2:18-cv-12295
Shirlon Pigott, Case No. 2:18-cv-08673
Melissa Roach, Case No. 2:17-cv-07918
Cindy Smith, Case No. 2:18-cv-07702
Emma Willie, Case No. 2:18-cv-03857
Mildred Kumar, Case No. 2:17-cv-15311

**CONSENT MOTION TO CONTINUE SUBMISSION DATES FOR PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS OF
BELLWETHER POOL PLAINTIFFS AND PLAINTIFF MILDRED KUMAR'S
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

　　　　Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), with the express consent of Plaintiffs, respectfully request that the submission dates for both Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs (Rec. Doc. 10668), originally noticed for submission on July 22, 2020, and Plaintiff Mildred Kumar's Motion for Leave to File Amended Complaint (Rec. Doc. 10603), originally noticed for submission on July 8, 2020, be continued to August 5, 2020.

　　　　WHEREFORE, Sanofi prays that this Motion be granted, and that the submission dates for both Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs (Rec. Doc. 10668) and Plaintiff Mildred Kumar's Motion for Leave to File Amended Complaint (Rec. Doc. 10603) be continued to August 5, 2020.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*