UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
Cynthia Brown, Case No. 2:18-cv-06428
Sandra Burks, Case No. 2:18-cv-00686
Angela Durden, Case No. 2:18-cv-01544
Juanita Greer, Case No. 2:18-cv-11728
Hattie Grines, Case No. 2:16-cv-15319
Minnie Moore, Case No. 2:18-cv-12295
Shirlon Pigott, Case No. 2:18-cv-08673
Melissa Roach, Case No. 2:17-cv-07918
Cindy Smith, Case No. 2:18-cv-07702
Emma Willie, Case No. 2:18-cv-03857
Mildred Kumar, Case No. 2:17-cv-15311

## ORDER

Considering the Consent Motion to Continue Submission Dates for Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs and Plaintiff Mildred Kumar's Motion for Leave to File Amended Complaint, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc., with the express consent of Plaintiffs;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the submission dates for both Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs (Rec. Doc. 10668) and Plaintiff Mildred Kumar's Motion for Leave to File Amended Complaint (Rec. Doc. 10603) are continued to August 5, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE