UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL No. 2740

SECTION "H" (5)
JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Donna Santisi, et al.*,
Case No. 17-12659

**SPECIAL APPEARANCE OF SAGENT PHARMACEUTICALS, INC. IN OPPOSITION TO PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Pursuant to Pretrial Order No. 37A (Doc. 1682), Sagent Pharmaceuticals, Inc. ("Sagent"), hereby enters its Special Appearance to oppose *Plaintiff's Opposed Motion For Leave To File Amended Short Form Complaint* (Doc. 10444) in the above-captioned case. Plaintiff's proposed Amended Short Form Complaint (Doc. 10444-1) is futile because it is time-barred as a matter of law as to Sagent, there is no "discovery rule" under applicable law to save plaintiff's untimely attempt to add Sagent as a party, and plaintiff's proposed amendment does not relate back to her original filing.

Dated: June 30, 2020.

Respectfully submitted,

*/s/ Michael J. Suffern*
Michael J. Suffern
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
jheis@ulmer.com

*Attorney for Defendant Sagent Pharmaceuticals, Inc.,*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      */s/ Michael J. Suffern*