# EXHIBIT 1

**Heis, Jennifer**

| | |
|---|---|
| **From:** | Heis, Jennifer |
| **Sent:** | Thursday, April 16, 2020 11:57 AM |
| **To:** | 'Amy Zeman'; Suffern, Michael |
| **Cc:** | Karen Barth Menzies; scales@thesandersfirm.com; McIntosh, Tom |
| **Subject:** | RE: Taxotere - Motions to Amend to Add Sagent |

Amy,

Actavis Pharma, Inc., Actavis LLC f/k/a Actavis, Inc., and Sagent Pharmaceuticals, Inc. have no opposition to plaintiff's motion to amend the short form complaint in the Wanda Powell case.

Sagent Pharmaceuticals, Inc. will enter a special appearance, pursuant to PTO 37A, to oppose the motion for leave to amend to add it as a defendant in the Eva Encarnacion, Sherri Welch, Donna Santisi and Angelica Burruel cases, premised on the fact that the proposed amendments would be futile, because the proposed amended short form complaint in each clearly is time-barred as to Sagent.

If you would like to discuss any of these, please give me a call.  Also, please provide us with a courtesy copy of the motions when you filed them in the Encarnacion, Welch, Santisi, and Burruel cases.

Thanks very much.
Jeni

------
Jennifer Snyder Heis
Ulmer & Berne LLP
p 513.698.5058
c 513.314.9227

**From:** Amy Zeman <amz@classlawgroup.com>
**Sent:** Friday, April 3, 2020 1:30 PM
**To:** Suffern, Michael <msuffern@ulmer.com>; Heis, Jennifer <jheis@ulmer.com>
**Cc:** Karen Barth Menzies <kbm@classlawgroup.com>; scales@thesandersfirm.com
**Subject:** RE: Taxotere - Motions to Amend to Add Sagent

Thanks for the quick email, Michael.  Will look for your response by April 17.  Stay safe and healty.

Amy M. Zeman | Attorney

**From:** Suffern, Michael <msuffern@ulmer.com>
**Sent:** Friday, April 3, 2020 10:27 AM
**To:** Amy Zeman <amz@classlawgroup.com>; Heis, Jennifer <jheis@ulmer.com>
**Cc:** Karen Barth Menzies <kbm@classlawgroup.com>; scales@thesandersfirm.com
**Subject:** RE: Taxotere - Motions to Amend to Add Sagent

Amy,
We will evaluate these as soon as we can, but we will not be able to so by April 6.  We have 14 days to respond under PTO 37A, and we certainly will let you know within that timeframe.  Please call me if you have any questions, or if you would like to discuss this.  Thanks.

1

------
Michael J. Suffern
Ulmer & Berne LLP
513.698.5064

**From:** Amy Zeman <amz@classlawgroup.com>
**Sent:** Friday, April 3, 2020 1:10 PM
**To:** Suffern, Michael <msuffern@ulmer.com>; Heis, Jennifer <jheis@ulmer.com>
**Cc:** Karen Barth Menzies <kbm@classlawgroup.com>; scales@thesandersfirm.com
**Subject:** Taxotere - Motions to Amend to Add Sagent

Counsel,

Product identification efforts have returned NDC codes or Lot Numbers for the following plaintiffs that are attributed to Sagent/Actavis.  Please let us know by end of day on Monday, April 6, if you object to Plaintiffs' filing the attached unopposed motions for leave to file amended short form complaints to add Sagent as a defendant in each action.

- Eva Encarnacion, Plf. ID 8366, Case No. 2:18-cv-02152
  - 25021-0222-01
  - 25021-0222-04
  - (also administered Accord product - 16729-0267-64)
- Sherri Welch, Plf. ID 7436, Case No. 2:18-cv-00845
  - 25021-0222-01
  - 25021-0222-04
  - (also administered Accord product - 16729-0267-63, 16729-0267-64, and 16729-0267-65)
- Donna Santisi, Plf. ID 5577, Case No. 2:17-cv-12659
  - Lot DF13001A
  - (also administered Hospira product - Lot DC11307B, and Sanofi/Winthrop product - Lot 3F19A)
- Angelica Burruel, Plf. ID 5132, Case No. 2:17-cv-11410
  - 25021-0222-01
  - 25021-0222-04
  - 25021-0222-07
  - (also administered Sanofi-Winthrop product - 0955-1020-01, 0955-1021-04, and 0955-1022-08)
- Wanda Powell, Plf. ID 8941, Case No. 2:18-cv-03337
  - 25021-0222-01

Regards,

Amy M. Zeman | Attorney
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA  94612
Phone: (510) 350-9721 Direct
Fax: (510) 350-9701 Fax
amz@classlawgroup.com
www.classlawgroup.com

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (510) 350-9700. Thank you.