# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  
PRODUCTS LIABILITY LITIGATION

MDL No. 2740

SECTION "H" (5)  
JUDGE MILAZZO  
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO  
*Angelica Burruel, et al.*,  
Case No. 17-11410

### SPECIAL APPEARANCE OF SAGENT PHARMACEUTICALS, INC., IN OPPOSITION TO PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Pursuant to Pretrial Order No. 37A (Doc. 1682), Sagent Pharmaceuticals, Inc. ("Sagent") hereby enters its Special Appearance to oppose *Plaintiff's Opposed Motion for Leave to File Amended Short Form Complaint* (Doc. 10445) in the above-captioned case.  Plaintiff's proposed Amended Short Form Complaint (Doc. 10445-1) is futile because it is time-barred as matter of law as to Sagent, there is no "discovery rule" under applicable law to save plaintiff's untimely attempt to add Sagent as a party, and plaintiff's proposed amendment does not relate back to her original filing.

Dated:  June 30, 2020.

Respectfully submitted,

*/s/ Michael J. Suffern*
Michael J. Suffern
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
jheis@ulmer.com

*Attorney for Defendants*
*Sagent Pharmaceuticals, Inc.,*
*Actavis LLC f/k/a Actavis,*
*Inc., and Actavis Pharma, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


*/s/ Michael J. Suffern*