UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No.: 2:19-cv-14416<br>Wilma Taylor | |

**NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO ALL EXPECT: HOSPIRA, INC.**

Pursuant to CMO 12A, Plaintiff dismisses without prejudice all previously named defendants in this matter expect Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12. (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal without Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 1st day of July 2020.

BY: Travis R. Walker, Esq.
FBN: 36693
The Law Offices of Travis R. Walker, P.A.
1235 SE Indian Street, Suite 101
Stuart, Florida 34997
Office: (772) 708-0952
masstorts@traviswalkerlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record for are CM/ECF participants.

DATED: July 1, 2020         /s/ *Travis R. Walker*