UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Certain Cases* | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion to File Under Seal (Doc. 10669);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the unredacted supporting memorandum and attachments (Exhibits A-F) to the Plaintiffs' Motion for Reconsideration of Order Granting in Part the Defendants' Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere Treatment started before December 15, 2006 **UNDER SEAL**.

New Orleans, Louisiana, this 1st day of July, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1