UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)
　　　　　　　　　　　　　　　　　　　　　JUDGE MILAZZO
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Angelica Burruel, et al.*,
Case No. 17-11410

### *EX PARTE* MOTION OF DEFENDANT SAGENT PHARMACEUTICALS, INC., FOR LEAVE TO FILE EXHIBIT 2 TO SAGENT PHARMACEUTICALS, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT UNDER SEAL

　　　NOW INTO COURT come Specially Appearing Defendant Sagent Pharmaceuticals, Inc. ("Sagent") who respectfully requests leave of Court to file Exhibit 2 to its Memorandum in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 10698) under seal. For the reasons set forth in the attached Memorandum in Support, Sagent respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced Exhibit 2 to Sagent's response in opposition should be filed under seal.

　　　WHEREFORE, Sagent prays that this Motion be granted, and the aforementioned Exhibit 2 to its Memorandum in Opposition to Plaintiff's Opposed Motion for Leave to File Amended Short Form Complaint be filed UNDER SEAL.

　　　Dated: July 1, 2020.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Suffern*
　　　　　　　　　　　　　　　　　　　Michael J. Suffern
　　　　　　　　　　　　　　　　　　　Jennifer Snyder Heis
　　　　　　　　　　　　　　　　　　　ULMER & BERNE LLP
　　　　　　　　　　　　　　　　　　　600 Vine Street, Suite 2800

Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
jheis@ulmer.com

*Attorneys for Defendant Sagent Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      */s/ Michael J. Suffern*