UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>*Angelica Burruel, et al.*,<br>Case No. 17-11410 | |

### MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF DEFENDANT SAGENT PHARMACEUTICALS, INC., FOR LEAVE TO FILE EXHIBIT 2 TO SAGENT PHARMACEUTICALS, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT UNDER SEAL

Specially Appearing Defendant Sagent Pharmaceuticals, Inc., ("Sagent") respectfully requests leave of Court to file its Exhibit 2 to its Memorandum in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 10698) under seal. Sagent respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced Exhibit 2 to its Memorandum in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint should be filed under seal.

The Protective Order in this case, Pretrial Order No. 50, provides that:

> [u]nredacted information designated as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

Exhibit 2 to Sagent's Memorandum in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint has been designated as confidential and/or "protected information," as set

forth in PTO No. 50 and contains medical information related to plaintiff. Out of an abundance of caution, therefore, Sagent requests that Exhibit 2 be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Out of an abundance of caution, Sagent believes that PTO No. 50 requires that Exhibit 2 at issue be sealed. *See* Pretrial Order No. 50 (Doc. No. 612-1, ¶ 2). Accordingly, Sagent respectfully requests that Exhibit 2 to its Memorandum in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint which will be emailed to the Court pursuant to the Court's March 20, 2020, Notice Regarding Sealed Pleadings and Facsimile Filing of Paper Documents, be filed UNDER SEAL for the duration of this litigation, or until the Court determines (or the parties agree) that these documents should not be marked confidential.

Accordingly, Sagent requests that the Court enter the attached proposed order directing that the Exhibit 2 to its Memorandum in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint be filed UNDER SEAL.

Dated: July 1, 2020.

        Respectfully submitted,

        */s/ Michael J. Suffern*
        Michael J. Suffern
        Jennifer Snyder Heis
        ULMER & BERNE LLP
        600 Vine Street, Suite 2800
        Cincinnati, OH 45202
        Telephone: (513) 698-5064
        Facsimile: (513) 698-5065
        msuffern@ulmer.com
        jheis@ulmer.com

        *Attorneys for Defendant Sagent Pharmaceuticals, Inc.*