UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO <br> *Angelica Burruel, et al.*, <br> Case No. 17-11410 | |

## NOTICE OF REQUEST TO FILE UNDER SEAL

Defendant Sagent Pharmaceuticals, Inc., who respectively hereby provide notice of the request to file under seal pursuant to Local Rule 5.6:

1. Exhibit 2 to Sagent Pharmaceutical, Inc.'s Memorandum in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint.

On Wednesday, July 1, 2020, undersigned counsel emailed the above-referenced Exhibit 2 to the Clerk of Courts at the following email address: sealeddocs@laed.uscourts.gov.

Dated:  July 1, 2020.

            Respectfully submitted,

            */s/ Michael J. Suffern*
            Michael J. Suffern
            Jennifer Snyder Heis
            ULMER & BERNE LLP
            600 Vine Street, Suite 2800
            Cincinnati, OH 45202
            Telephone: (513) 698-5064
            Facsimile: (513) 698-5065
            msuffern@ulmer.com
            jheis@ulmer.com

            *Attorneys for Defendant Sagent*
            *Pharmaceuticals, Inc.*