UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>*Angelica Burruel, et al.*,<br>Case No. 17-11410 | |

**[PROPOSED] ORDER**

**<u>*EX PARTE* MOTION OF DEFENDANT SAGENT PHARMACEUTICALS, INC., FOR LEAVE TO FILE EXHIBIT 2 TO SAGENT PHARMACEUTICALS, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT UNDER SEAL</u>**

Considering the foregoing *Ex Parte* Motion of Defendant Sagent Pharmaceuticals, Inc., for Leave to File Exhibit 2 to Sagent Pharmaceutical, Inc.'s Memorandum in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibit 2 to Sagent Pharmaceuticals, Inc.'s Memorandum in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint UNDER SEAL.

New Orleans, Louisiana this _____ of July, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE