UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## PRETRIAL ORDER NO. 107

**IT IS ORDERED** that the general status conference, lead and liaison meeting, and show cause hearing currently set for July 15, 2020 are **CONTINUED**.

The general status conference is **RESET** for **August 5, 2020, at 10:00 a.m.** The conference will be preceded by a meeting with liaison and lead counsel at **9:00 a.m.**

**IT IS FURTHER ORDERED** that the show cause hearing is **RESET** for **August 5, 2020, at 1:00 p.m.**

The call-in information for these events will be disseminated at a later time.

New Orleans, Louisiana, this 1st day of July, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE