UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| SHARON PRAYLOW, <br><br>Plaintiff,<br><br>v.<br><br>EAGLE PHARMACEUTICALS, INC.,<br><br>Defendant. | **CASE NO. 2:20-CV-01345-JTM-MBN** |

## ORDER

Before the Court is a Consent Motion to Extend Time (Doc. 10643) filed by Defendant Eagle Pharmaceuticals, Inc.;

**IT IS ORDERED** that the Motion is **GRANTED** and Defendant's responsive pleading is due **July 27, 2020**.

New Orleans, Louisiana, this 1st day of July, 2020.

THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE