# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**
**PRODUCTS LIABILITY LITIGATION**

MDL NO. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Teandrea Adams
Case No.: 20-cv-00600

---

## ORDER

---

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 10634);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 1st day of July, 2020.

_____
The Hon. Jane Triche Milazzo