# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| MELISSA FLECK, | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | |
| v. | |
| HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., *et al.*, | |
| Defendant. | |
| Case No. 2:17-cv-11161 | |

## ORDER

Considering Accord Healthcare, Inc.'s Motion for Leave to File Sur-Reply (Doc. 10636);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Accord Healthcare, Inc.'s proposed Sur-Reply in Response to Plaintiff's Reply in Support of her Motion for Leave to Amend the Complaint is hereby entered into the Court's docket.

New Orleans, Louisiana, this 1st day of July, 2020.

_____
Hon. Jane Triche Milazzo