# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO <br> *Tamisha Smiley, et al.*, <br> Case No. 2:17-cv-11129 | |

## SANDOZ INC.'S NOTICE OF SUBMISSION REGARDING MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

PLEASE TAKE NOTICE that Sandoz Inc. will bring for submission its *Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint* before the Hon. Judge Milazzo, United States Judge for the Eastern District of Louisiana, on the 8th day of July, 2020.

Dated:  July 2, 2020.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**
*/s/ Nicholas A. Insogna*
Nicholas A. Insogna
One International Place, 20th Floor
Boston, MA 02110
Telephone: (617) 310-6231
insognan@gtlaw.com
*Attorney for Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020, I electronically filed the foregoing document with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/     *Nicholas A. Insogna*

ACTIVE 51225160v2