# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>*Kaia Luke v. Sanofi-Aventis U.S. LLC et al.*<br>Case No. 2:17-cv-12876 | |

## SANDOZ INC.'S NOTICE OF SUBMISSION REGARDING MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

PLEASE TAKE NOTICE that Sandoz Inc. will bring for submission its *Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint* before the Hon. Judge Milazzo, United States Judge for the Eastern District of Louisiana, on the 8th day of July, 2020.

Dated:  July 2, 2020.

 

Respectfully submitted,

**GREENBERG TRAURIG, LLP**
*/s/ Nicholas A. Insogna*
Nicholas A. Insogna
One International Place, 20th Floor
Boston, MA 02110
Telephone: (617) 310-6231
insognan@gtlaw.com
*Attorney for Sandoz Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/     Nicholas A. Insogna