# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>*Kaia Luke v. Sanofi-Aventis U.S. LLC et al.*<br>Case No. 2:17-cv-12876 | |

## ORDER

This Court, having considering Defendant Sandoz' Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint;

**IT IS HEREBY ORDERED** that said Sandoz' Motion for Leave to File Sur-Reply is **GRANTED**, and that Defendant Sandoz' proposed Sur-Reply in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE