UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "H" (5) |
| ) | |
| This Document relates to: ) | JUDGE JANE T. MILAZZO |
| ) | |
| *Annette Poirier v. Sanofi-Aventis, U.S. LLC, et al.* ) | MAG. JUDGE NORTH |
| ) | |
| Case No. 2:20-cv-00853 ) | |
| ) | |

**SUGGESTON OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rule of Civil Procedure 25(a), the undersigned counsel hereby informs this Honorable Court of the death of Plaintiff, Annette Poirier, on May 19, 2020. A motion for substitution of plaintiff will be filed by the appropriate representative of Annette Poirier's estate within the appropriate time period.

Dated: July 2, 2020.

Respectfully submitted,

By: /s/ Thomas Smith
Thomas Smith, TN Bar #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: 423-282-1041
Facsimile: 423-282-0967
tom@tonyseaton.com
*Attorney For Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Thomas Smith
Thomas Smith, TN Bar #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E. Watauga Ave
Johnson City, TN 37601
Telephone: 423-282-1041
Facsimile: 423-282-0967
tom@tonyseaton.com
*Attorney For Plaintiff*