UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO *Brenda Weathers v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.* Case No. 2:17-cv-12447 | |

### SANDOZ' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Sandoz Inc. (hereinafter "Sandoz"). Sandoz respectfully moves this Court for leave to file a Sur-Reply in Support of its Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint, and specifically in order to respond to new arguments raised in Plaintiff's Reply Memorandum in Support of her Motion for Leave to Amend Complaint filed on June 9, 2020 (Dkt. No. 10547).

Plaintiff's Reply presents new arguments not previously addressed by the parties. New arguments cannot be raised in a Reply brief for the first time, and the Fifth Circuit has found that new arguments raised for the first time in reply briefs are considered waived. *United States v. Jackson,* 426 F.3d 301, 304 n. 2 (5th. Cir.2005); *see also Iteld, Bernstein & Assocs., LLC v. Hanover Ins. Grp.,* No. CIV.A. 08-3418, 2009 WL 2496552, at *4 (E.D. La. Aug. 12, 2009). This Court should, accordingly, decline to consider the new arguments in Plaintiff's Reply briefing.

In the event this Court is inclined to consider the novel arguments raised in Plaintiff's Reply, however, Sandoz seeks leave to file a Sur-reply to respond to them. Here, specifically, Plaintiff's Reply included a new "relation back" argument, to which Sandoz has had no prior

opportunity to respond.  Sandoz should have an adequate opportunity to respond with a brief Sur-reply, so that this Court has the benefit of Sandoz' response and legal authorities.

WHEREFORE, Defendant Sandoz requests that this Court grant leave to file its Sur-Reply in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint.

Dated:  July 2, 2020

Respectfully submitted,

*/s/ Nicholas A. Insogna*
Nicholas A. Insogna
**GREENBERG TRAURIG, LLP**
One International Place, 20th Floor
Boston, MA 02110
Telephone: (617) 310-6231
insognan@gtlaw.com

*Attorney for Sandoz Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/      *Nicholas A. Insogna*