UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)
                                                JUDGE MILAZZO
                                                MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
Brenda Weathers v. Sanofi US Services Inc.
f/k/a Sanofi-Aventis U.S. Inc. et al.
Case No. 2:17-cv-12447

## ORDER

This Court, having considering Defendant Sandoz' Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint;

**IT IS HEREBY ORDERED** that said Sandoz' Motion for Leave to File Sur-Reply is **GRANTED**, and that Defendant Sandoz' proposed Sur-Reply in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

3