## EXHIBIT A

You are instructed to produce to Plaintiff, on the date and time and at the location set forth in the Subpoena, the following documents in your possession, custody or control:

## Documents to be Produced

The following documents relating to **Patricia Tucker** and her chemotherapy infusions from **01/26/2011-03/30/2011**:

1. Complete copies of any and all shipping or inventory records that reflect the manufacturer of the Taxotere (docetaxel) treatments administered at **East TX Medical Center – UT Health Tyler** on **01/26/2011-03/30/2011**; including but not limited to records containing the National Drug Codes or any other document(s) identifying the manufacturer of the Taxotere (docetaxel) inventory held on these dates.

2. Complete copies of all insurance reimbursement submissions for the Taxotere (docetaxel) administered at **East TX Medical Center – UT Health Tyler** on **01/26/2011-03/30/2011** to Ms. **Patricia Tucker**; including but not limited to CMS 1450 forms or any other correspondence with Ms. **Patricia Tucker's** insurer(s) for the reimbursement of her chemotherapy treatments.

3. Complete copies of any and all records or a sworn declaration identifying the distributor of the Taxotere (docetaxel) administered to **Patricia Tucker** at **East TX Medical Center – UT Health Tyler** on **01/26/2011-03/30/2011**.

Our firm represents Ms. **Tucker** in a claim against the manufacturers of Taxotere (docetaxel). **This information is necessary in a currently pending civil case – you are not a defendant or party in this case**. The lawsuit is against the pharmaceutical manufacturers.

We understand that there may be a charge resulting from our request and we agree to pay any reasonable costs related to releasing these documents. If prepayment is required or if you have any questions, please contact paralegal Maggie Misterly at maggie@tonyseaton.com or 423-282-1041.

We thank you in advance for providing this information.

---

**CONFIDENTIALITY NOTICE**: This transmission contains information which is privileged, confidential, and protected by the attorney work product privileges. If you have received any email or other writing from the Taxotere PSC/Co-Liaison Counsel, you are subject to PTO 19. Any disclosure, copying, distribution, or use of the contents of

this message is prohibited except to counsel with cases currently in the MDL. If you have received this transmission in error or you are not the addressee, please destroy it and notify Dawn Barrios (barrios@bkc-law.com) and Palmer Lambert (plambert@gainsben.com).

**INFORMATION PROVIDED**: The information in this document is not to be construed as legal advice from Co-Liaison Counsel, Co-Lead Counsel or any attorney in a leadership position.  The information provided are merely suggestions compiled from various sources, and is not legal advice or legal opinion.  The information provided should not be adopted without appropriate modifications based on each attorney doing their own analysis and due diligence.  The information has not been adopted by the Court or agreed by defense counsel and may be inaccurate, incomplete, become stale, or become affected by Orders of the Court.  Co-Liaison Counsel, Co-Lead Counsel and every attorney in a leadership position provides the information as part of our Court-appointed role to assist all Plaintiffs' counsel in pretrial coordinated discovery, as a service and as a suggestion.  Individual counsel must review all Orders of the Court and the Federal Rules, consider the individual facts of the client's case, and any applicable state law, when considering this information.