UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| <u>     LINDA STRONG            </u>, <br><br> Plaintiff(s), <br><br> vs. <br><br> <u>Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.,</u> <br><br> Defendant(s). <br> ------------------------------------------------------------ | : : : : : : : : : : : : : | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXEPT ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., & HOSPIRA, INC. <br><br> Civil Action No.: 2:19-cv-13822 |

     Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., & Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6) .

Dated this 6th day of July, 2020

                                              Respectfully submitted,

                                              **TorHoerman Law LLC**

                                              <u>/s/  Steven D. Davis                              </u>
                                              Bar Number  6281263
                                              210 S. Main Street
                                              Edwardsville, IL 62025
                                              Telephone:  (618) 656-4400
                                              Facsimile:  (618) 656-4401
                                              sdavis@thlawyer.com