UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Certain Cases.*

CONSENT MOTION TO CONTINUE SUBMISSION DATE FOR PLAINTIFFS'
MOTION FOR RECONSIDERATION OF ORDER GRANTING
IN PART THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
ON THE CLAIMS OF PLAINTIFFS WHOSE TAXOTERE TREATMENT
STARTED BEFORE DECEMBER 15, 2006

Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), with the express consent of Plaintiffs, respectfully request that the submission date for Plaintiffs' Motion for Reconsideration of Order Granting in Part the Defendants' Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started Before December 15, 2006 (Rec. Doc. 10667), originally noticed for submission on July 22, 2020, be continued to August 5, 2020.

WHEREFORE, Sanofi prays that this Motion be granted, and that the submission date for Plaintiffs' Motion for Reconsideration of Order Granting in Part the Defendants' Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started Before December 15, 2006 (Rec. Doc. 10667) be continued to August 5, 2020.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

2

>Harley V. Ratliff
>Adrienne L. Byard
>**SHOOK, HARDY& BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile: 816-421-5547
>hratliff@shb.com
>abyard@shb.com
>
>*Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        /s/ *Douglas J. Moore*