## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**               **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                        **SECTION "H" (5)**
**THIS DOCUMENT RELATES TO:**
*Certain Cases.*

## ORDER

Considering the Consent Motion to Continue Submission Date for Plaintiffs' Motion for Reconsideration of Order Granting in Part the Defendants' Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started Before December 15, 2006, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc., with the express consent of Plaintiffs;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the submission date for Plaintiffs' Motion for Reconsideration of Order Granting in Part the Defendants' Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere Treatment Started Before December 15, 2006 (Rec. Doc. 10667) is continued to August 5, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE