UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  ) <br> PRODUCTS LIABILITY LITIGATION  ) <br> ) <br> ) <br> **This document relates to:**  ) <br> Rose Calvin, 17-11094  ) <br> Netonya Usher Williams, 17-11194  ) <br> Mary Richmond, 17-13108  ) <br> Vanessa Nnyanzi, 17-12884  ) <br> Wendy Ellen Galecki Polk, 17-11187  ) <br> Demetria Pierce, 17-11075  ) <br> Marsha Stackhouse, 17-12427  ) <br> Erica Dezaiffe, 17-11133  ) <br> Tamisha Smiley, 17-11129  ) <br> Kaia Luke, 17-12876  ) <br> Brenda Weathers, 17-12447  ) <br> Melissa Fleck, 17-11161  ) <br> Donna Bailey, 17-12885  ) <br> Judy Cardwell, 18-2031  ) <br> Cindy Barbiche, 17-12311  ) <br> Teresa Crock, 17-12286  ) <br> Patricia Singleton, 17-11125  ) <br> Carol Murray, 17-12356  ) <br> Rosita Young, 18-8037  ) <br> Tami Cobb, 17-11115  ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Before the Court are several Motions for Leave to File Reply Memoranda (Docs. 10662, 10663, 10664, 10665, 10666, 10671, 10675, 10676, 10677, 10678, 10679, 10684, 10686, 10688, 10689, 10691, 10692, 10693, 10695, and 10696);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the replies attached to Plaintiffs' Motions in the record;

**IT IS FURTHER ORDERED** that Plaintiff Demetria Pierce's Motion for Leave to File Reply (Doc. 10672) is **DISMISSED AS MOOT**. This Motion appears to be a duplicate of Doc. 10671;

**IT IS FURTHER ORDERED** that Plaintiff Vanessa Nnyanzi's Motion for Leave to File Reply (Doc. 10694) is **DISMISSED AS MOOT**. This Motion appears to be a duplicate of Doc. 10665.

New Orleans, Louisiana, this 6th day of July, 2020.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**