# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>**Bebylley Brown v. Sanofi-Aventis US LLC, et al.**<br>**Civil Action No.: 2:19-cv-13815** | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 10th day of July, 2020

                                       Respectfully submitted,

                                       **PULASKI KHERKHER, PLLC**
                                       /s/ *Leslie LaMacchia*
                                       Leslie LaMacchia
                                       Adam Pulaski
                                       2925 Richmond, Suite 1725
                                       Houston, TX 77098
                                       Tel: (713) 664-4555
                                       Fax: (713) 664-7543
                                       llamacchia@pulaskilawfirm.com
                                       adam@pulaskilawfirm.com

                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 10, 2020                                      /s/*Leslie LaMacchia*