# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 10, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-30184   In re: Taxotere Prod Liability, et al
                   USDC No. 2:16-MD-2740
                   USDC No. 2:16-CV-17144

The court has granted the motion to supplement the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion within 15 days. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Ms. Dawn M. Barrios
Mr. Christopher L. Coffin
Ms. Ilana H. Eisenstein
Ms. Rachel Horton
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

Case No. 20-30184

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

---

BARBARA EARNEST,

Plaintiff - Appellant

v.

SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated; SANOFI-AVENTIS, U.S., L.L.C.,

Defendants - Appellees

---

On Appeal from the United States District Court
for the Eastern District of Louisiana
MDL NO. 2740, Case No. 2:16-cv-17144

---

MOTION TO SUPPLEMENT
JOINT RECORD DESIGNATIONS

---

| | |
|---|---|
| Darin L. Schanker | */s/M. Palmer Lambert* |
| Bachus & Schanker, LLC | M. Palmer Lambert (#33228) |
| 1899 Wynkoop Street, Suite 700 | GAINSBURGH BENJAMIN DAVID |
| Denver, CO 80202 | MEUNIER & WARSHAUER, LLC |
| Phone: (303) 893-9800 | 2800 Energy Centre, 1100 Poydras Street |
| Fax: (303) 893-9900 | New Orleans, LA 70163-2800 |
| dschanker@coloradolaw.net | Phone: 504-522-2304 |
| *Counsel for Plaintiff/Appellant* | Fax: 504-528-9973 |
| | plambert@gainsben.com |
| | *Plaintiffs' Co-Liaison Counsel* |

*/s/Dawn M. Barrios*  
Dawn M. Barrios (#2821)  
BARRIOS, KINGSDORF &  
CASTEIX, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: 504-524-3300  
Fax: 504-524-3313  
barrios@bkc-law.com  
*Plaintiffs' Co-Liaison Counsel*

Emily C. Jeffcott  
Morgan & Morgan  
700 S. Palafox Street, Suite 95  
Pensacola, Florida 32505  
Phone: (850) 316-9074  
Fax: (850) 316-9079  
ejeffcott@forthepeople.com

**NOW INTO COURT**, by and through undersigned counsel, comes Appellant Barbara Earnest, who respectfully moves to supplement the parties' original joint record designations filed on April 23, 2020 (Rec. Doc. 10023). Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., do not oppose this motion.

Appellant Barbara Earnest respectfully requests that the Court permit the addition of the joint record designations listed below to the parties' original joint record designations. Due to an inadvertent error caused by the voluminous nature of the record, the following record designations were inadvertently omitted from the parties' original joint record designations. Appellant intended to include the designations below among the original joint record designations, and respectfully request that the Court enter an order permitting the addition of these designations to the parties' joint record designations filed on April 23, 2020 (Rec. Doc. 10023).

| 03/13/2020 | 9516 | NOTICE OF APPEAL by Plaintiff as to 8290 Judgment |

WHEREFORE, Appellant requests that the supplemental joint record designations listed above be added to the parties' original joint record designations.

3

| | |
|---|---|
| Dated: July 8, 2020 | Respectfully submitted, |
| | |
| Darin L. Schanker<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Phone: (303) 893-9800<br>Fax: (303) 893-9900<br>dschanker@coloradolaw.net<br>*Counsel for Plaintiff/Appellant* | */s/M. Palmer Lambert*<br>M. Palmer Lambert (#33228)<br>GAINSBURGH BENJAMIN DAVID<br>MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: 504-522-2304<br>Fax: 504-528-9973<br>plambert@gainsben.com<br>*Plaintiffs' Co-Liaison Counsel* |
| */s/Dawn M. Barrios*<br>Dawn M. Barrios (#2821)<br>BARRIOS, KINGSDORF &<br>CASTEIX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: 504-524-3300<br>Fax: 504-524-3313<br>barrios@bkc-law.com<br>*Plaintiffs' Co-Liaison Counsel* | Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com |

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

I hereby certify that this motion complies with the type-volume limitation set forth in Rule 32(g). The motion is proportionally spaced, has a typeface of 14 points or more, and contains 170 words, excluding the parts exempted by Fed. R. App. P. 32(f).

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT

5