UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION ""N" (5) HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Patricia M. Lewis v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* C.A. No: 2:17-cv-15318 | | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for plaintiff, PATRICIA M. LEWIS, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting MATTHEW T. LEWIS on behalf of his deceased mother, Patricia M. Lewis, in the above-captioned cause for the following reasons:

1. On December 7, 2017, Patricia M. Lewis filed a products liability lawsuit in the above-referenced matter.

2. On September 3, 2019, Patricia M. Lewis passed away.

3. Plaintiff filed a Suggestion of Death on June 16, 2020.  *See* Doc. No. 10590.

4. Patricia M. Lewis' product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. The decedent's son, Matthew T. Lewis, is a proper party to substitute for plaintiff-decedent Patricia M. Lewis and wishes to be substituted on behalf of Patricia M. Lewis in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: July 10, 2020

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: July 10, 2020

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*