UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

Plaintiff Name: Myra Mouton
Case No.: 2:18-cv-03623

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff, Myra Mouton, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:18-cv-03623, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This Stipulation shall not affect the lawsuit filed by Myra Mouton, which is currently pending in MDL No. 2740 in the United States District Court for the Eastern District of Louisiana, bearing case number 2:18-cv-06162. All parties shall bear their own costs.

Respectfully submitted,

<u>/s/ Richard L. Root</u>,
Betsy Barnes, LA Bar 19473
Richard L. Root, LA Bar 19988
MORRIS BART LLC
601 Poydras Street, Suite 2400
New Orleans LA 70150
Ph: (504) 525-8000
F: (833) 277-4214
bbarnes@morrisbart.com
rroot@morrisbart.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed and served via the Court's CM/ECF system on this 13th day of July, 2020.

                                          */s/ Richard L. Root*