**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                          **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*Certain Cases.*

## ORDER

Considering the Consent Motion to Continue Submission Date for Plaintiffs' Motion for

Reconsideration of Order Granting in Part the Defendants' Motion for Summary Judgment on the

Claims of Plaintiffs Whose Taxotere Treatment Started Before December 15, 2006, filed by

Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc., with the express consent of

Plaintiffs;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that the

submission date for Plaintiffs' Motion for Reconsideration of Order Granting in Part the

Defendants' Motion for Summary Judgment on the Claims of Plaintiffs Whose Taxotere

Treatment Started Before December 15, 2006 (Rec. Doc. 10667) is continued to August 5, 2020.

New Orleans, Louisiana, this 13th day of July, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE