UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Barbara Earnest vs. Sanofi-Aventis U.S., Inc., et al. Case No. 2:16-CV-17144 | |

## ORDER

Considering the foregoing Motion to Supplement Joint Record Designations by Plaintiff Barbara Earnest (Doc. 10743);

**IT IS ORDERED** that said Motion is **GRANTED**. The Clerk of Court is directed to include in the Record on Appeal the documents identified in the Memorandum in Support of the Joint Motion to Supplement Joint Record Designations.

New Orleans, Louisiana, this 13th day of July, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE