UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                                      SECTION "H" (5)
                                                                      JUDGE MILAZZO
                                                                      MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Angelica Burruel, et al.*,
Case No. 17-11410

## ORDER

Considering the foregoing *Ex Parte* Motion to Seal (Doc. 10703);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibit 2 to Sagent Pharmaceuticals, Inc.'s Memorandum in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint under seal.

New Orleans, Louisiana, this 13th day of July, 2020.

                                                       HON. JANE TRICHE MILAZZO
                                                       UNITED STATES DISTRICT JUDGE