## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Barbara Ann Anderson v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., Sanofi-Aventis U.S. LLC, Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., Mckesson Corporations d/b/a McKesson Packaging, Pfizer, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., f/k/a Caraco Pharmaceutical Laboratories, Ltd., Sandoz, Inc. . | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:20-cv-1382 |

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 10584);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 13th day of July, 2020.

_____
U.S. District Judge