# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "H" (5)
                                                     JUDGE MILAZZO
                                                     MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Tamisha Smiley, et al.*,
Case No. 2:17-cv-11129

## ORDER

    Before the Court is Defendant Sandoz' Motion for Leave to File Sur-Reply (Doc. 10711);

    **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that Defendant Sandoz' proposed Sur-Reply in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby entered into the Court's docket.

    New Orleans, Louisiana, this 13th day of July, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE