UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)
　　　　　　　　　　　　　　　　　　　　　　　JUDGE MILAZZO
　　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Kaia Luke v. Sanofi-Aventis U.S. LLC et al.*
*Case No. 2:17-cv-12876*

## ORDER

Before the Court is Defendant Sandoz' Motion for Leave to File Sur-Reply (Doc. 10712);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that Defendant Sandoz' proposed Sur-Reply in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby entered into the Court's docket.

New Orleans, Louisiana, this 13th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE