UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)
JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Brenda Weathers v. Sanofi US Services Inc.*
*f/k/a Sanofi-Aventis U.S. Inc. et al.*
*Case No. 2:17-cv-12447*

## ORDER

Before the Court is Defendant Sandoz' Motion for Leave to File Sur-Reply (Doc. 10714);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that Defendant Sandoz' proposed Sur-Reply in Opposition to Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby entered into the Court's docket.

New Orleans, Louisiana, this 13th day of July, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

3