UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES

## MOTION FOR ENTRY OF AN ORDER REQUIRING PROOF OF DIAGNOSIS

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court to enter an order requiring each Plaintiff to:

(1) submit evidence of a medical diagnosis of permanent chemotherapy induced alopecia ("PCIA") caused by Taxotere (docetaxel) (either appropriate medical records or a physician's certification), *or*

(2) state that Plaintiff does not intend to pursue such a diagnosis.

A proposed order is attached as Exhibit 1. For the reasons more fully set forth in the attached Memorandum in Support, such order would "promote the just and efficient conduct" of cases in this MDL (28 U.S.C. § 1407), streamline the litigation, conserve judicial and party resources by avoiding additional expenditures on cases with no diagnosis, and otherwise advance efforts to resolve the cases.

Accordingly, Sanofi prays that the Court grant this Motion and, when the Court deems it appropriate to do so in light of COVID-19, enter the proposed order (attached as Exhibit 1).

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
hratliff@shb.com
abyard@shb.com
*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*