# EXHIBIT 3

Page 1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

                         MDL No. 2740
                         SECTION:  H
    IN RE: TAXOTERE (DOCETAXEL)
    PRODUCTS LIABILITY LITIGATION
    This Document Relates To:
    Sheila Crayton, Case No. 2:17-cv-05923;
    Cynthia Thibodeaux, Case No. 2:16-cv-15859;
    _____/
                                1633 North Bayshore Drive
                                Miami, Florida
                                December 12, 2019
                                9:08 a.m. - 6:13 p.m.

            VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
         Taken before SUZANNE VITALE, R.P.R., F.P.R.
    and Notary Public for the State of Florida at Large,
    pursuant to Notice of Taking Deposition filed in the
    above cause.

Page 118

1  Q.  Do you have any literature that you have
2  relied on that says -- let me back up.
3      Ms. Thibodeaux received four doses of
4  Taxotere at 75 milligrams per meter squared, right?
5  A.  Yes.
6  Q.  So her cumulative dose was 300 milligrams
7  per meter squared, right?
8  A.  Yes.
9  Q.  And the individual dose was 75 milligrams
10 per meter squared, right?
11 A.  Yes.
12 Q.  Do you have any study that you can rely on
13 that says an individual dose of 75 milligrams per
14 meter squared or a cumulative dose of 300 milligrams
15 per meter squared can result in PCIA?
16     MR. SCHANKER:  Objection, form.
17     THE WITNESS:  No, I don't.  I thought this
18     was, but I was wrong.
19 BY MR. SEARS:
20 Q.  I wanted to ask you about Martin.
21     You see on page 631, there's figure 2
22 there?
23 A.  Yes.
24 Q.  And the photographs from A through I are
25 listed as grade 2 persistent alopecia.

Page 119

1      Do you see that?
2  A.  Yes.
3  Q.  Would you agree that those are diffuse
4  presentations of hair loss?
5      MR. SCHANKER:  Objection, form.
6      THE WITNESS:  For some, it's evident.  For
7      others, it's difficult.  For instance, H, you
8      don't see the back.
9  BY MR. SEARS:
10 Q.  So A, B, D, E, F, G and I, C too, they all
11 look very diffuse, don't they?
12 A.  C, you don't see the side.  You don't see
13 the back.  How can you say it's diffuse?
14     I believe that A is diffuse.  F is
15 definitely diffuse.  The other one may be diffuse,
16 but the pictures don't show.
17 Q.  Do you think that any of those photographs
18 look like the alopecia that's seen with
19 Ms. Thibodeaux?
20     MR. SCHANKER:  Objection, form.
21     THE WITNESS:  I think D is very similar,
22     but, you know, you cannot make diagnosis from
23     pictures.
24 BY MR. SEARS:
25 Q.  Right, it's hard to assess hair density

Page 120

1  from a photo alone, isn't it?
2  A.  It's hard to make any possible diagnosis
3  from picture.
4      I use trichoscopy because I believe just
5  even looking at the patient is not enough.
6  Q.  I've read all the literature that you've
7  included in your report, and for the clinical
8  presentation of PCIA, some of the literature says it
9  presents a new diffuse pattern, right?
10     MR. SCHANKER:  Objection, form.
11     THE WITNESS:  It presents with a diffuse
12     pattern often more prominent on
13     androgen-dependent scalp.  Everybody says that.
14 BY MR. SEARS:
15 Q.  Do you think that for women that present
16 with more of a pattern hair loss, more of a
17 androgenetic-like pattern, that hair loss is likely
18 due to or contributed to from the aromatase
19 inhibitors or Tamoxifen intake?
20     MR. SCHANKER:  Objection, form.
21     THE WITNESS:  I cannot answer that
22     question.  I don't think so, but even if you
23     look A, which is very diffuse, you know, the
24     androgen-dependent scalp is more affected.
25 BY MR. SEARS:

Page 121

1  Q.  Do you have any of explanation for why a
2  chemotherapy drug would result in a pattern like
3  alopecia?
4      MR. SCHANKER:  Objection, form.
5      THE WITNESS:  I have an idea, but may be
6      wrong, that maybe this area of the scalp is
7      more sensitive to chemotherapy drug.
8      There are studies showing that, even with
9      acute alopecia from chemotherapy, that this
10     area is spared, but we don't know.
11 BY MR. SEARS:
12 Q.  So the reason why pattern hair loss exists
13 for androgenetic in the pattern that it presents as
14 is because that portion of the scalp is more
15 sensitive to hormones, right?
16     MR. SCHANKER:  Objection, form.
17     THE WITNESS:  That's androgenetic
18     alopecia.  And you were asking about diffuse
19     alopecia, why the androgen-dependent scalp is
20     more affected.  I don't think that depends on
21     hormone.
22 BY MR. SEARS:
23 Q.  Right.  And I understood your prior
24 answer.  What I'm asking is androgenetic alopecia.
25     The reason why androgenetic alopecia

31 (Pages 118 - 121)

|  | Page 178 |
|---|---|
| 1 | BY MR. SEARS: |
| 2 | Q. Wouldn't it be helpful to know the rates |
| 3 | of survival associated with any chemotherapy drugs |
| 4 | over time in evaluating whether that drug or other |
| 5 | drugs can cause PCIA? |
| 6 | MR. SCHANKER: Objection, form. |
| 7 | THE WITNESS: I write, for instance, quite |
| 8 | frequently the literature about busulfan. Now |
| 9 | that they survive, they found that up to |
| 10 | 40 percent of patients had PCIA. |
| 11 | BY MR. SEARS: |
| 12 | Q. Do you know how many people lived back in |
| 13 | the 1950s and 1960s for over six months after |
| 14 | receiving busulfan? |
| 15 | MR. SCHANKER: Objection, form. |
| 16 | THE WITNESS: I believe that at that time, |
| 17 | you had the bone marrow transplantation. Most |
| 18 | people didn't survive the transplantation. |
| 19 | BY MR. SEARS: |
| 20 | Q. Really what I'm asking you is for a |
| 21 | percentage. |
| 22 | Do you have any idea what percentage of |
| 23 | people survived in the 1950s, 1960s and 1970s after |
| 24 | being treated with busulfan? |
| 25 | MR. SCHANKER: Objection, form. |

|  | Page 179 |
|---|---|
| 1 | THE WITNESS: This is not my field of |
| 2 | expertise. |
| 3 | BY MR. SEARS: |
| 4 | Q. We can agree that busulfan is an example |
| 5 | of a chemotherapy drug that was on the market for |
| 6 | nearly 30 years before there was a published case |
| 7 | report of PCIA? |
| 8 | MR. SCHANKER: Objection, form. |
| 9 | THE WITNESS: I believe this is due to the |
| 10 | fact that patients did not survive six months, |
| 11 | which is the minimum to see PCIA. |
| 12 | BY MR. SEARS: |
| 13 | Q. Do you know when the first case reports |
| 14 | were of adriamycin and cyclophosphamide causing PCIA |
| 15 | in a breast cancer setting? |
| 16 | A. I can check. But I believe, you know, |
| 17 | cannot be before 2000, so 2000. |
| 18 | Q. You're aware that adriamycin and |
| 19 | cyclophosphamide were both used to treat breast |
| 20 | cancer for 20 to 30 years before those reports? |
| 21 | A. Yes. |
| 22 | Q. Yes. |
| 23 | MR. SEARS: We'll take a break. |
| 24 | THE VIDEOGRAPHER: We're off the record. |
| 25 | The time is 1:04 p.m. |

|  | Page 180 |
|---|---|
| 1 | (Lunch recess taken.) |
| 2 | THE VIDEOGRAPHER: We're back on the |
| 3 | record. The time is 2:09 p.m. |
| 4 | BY MR. SEARS: |
| 5 | Q. Are you ready to keep going? |
| 6 | A. Yes. |
| 7 | Q. You don't sound sure. |
| 8 | So there's been reports of PCIA from an |
| 9 | adriamycin/cyclophosphamide regimen, correct? |
| 10 | MR. SCHANKER: Objection, form. |
| 11 | THE WITNESS: Yes, very few cases. |
| 12 | BY MR. SEARS: |
| 13 | Q. So in the adriamycin/cyclophosphamide |
| 14 | regimen, which drug is causing the PCIA? |
| 15 | MR. SCHANKER: Objection, form. |
| 16 | THE WITNESS: I don't know. |
| 17 | BY MR. SEARS: |
| 18 | Q. So when we were talking about hair loss |
| 19 | after chemotherapy regimens and endocrine therapy, |
| 20 | you were making a point of saying if the hair did |
| 21 | not regrow after six months, that would be an |
| 22 | indication whether it's the chemo or the endocrine |
| 23 | therapy. |
| 24 | Do you remember that? |
| 25 | MR. SCHANKER: Objection, form. |

|  | Page 181 |
|---|---|
| 1 | THE WITNESS: What I said is different, is |
| 2 | that to make a diagnosis of alopecia from |
| 3 | endocrine therapy, you have to have the patient |
| 4 | with hair, so the patient should start with |
| 5 | hair. |
| 6 | BY MR. SEARS: |
| 7 | Q. Would a patient know, after receiving |
| 8 | chemotherapy, that their hair did not regrow after |
| 9 | six months? |
| 10 | MR. SCHANKER: Objection, form. |
| 11 | THE WITNESS: What's the question? |
| 12 | BY MR. SEARS: |
| 13 | Q. So if a patient took chemotherapy and the |
| 14 | hair did not regrow after six months, would the |
| 15 | patient know that there's some sort of issue going |
| 16 | on? |
| 17 | MR. SCHANKER: Objection, form. |
| 18 | THE WITNESS: I think so. |
| 19 | BY MR. SEARS: |
| 20 | Q. So if I were to give you 100 photographs |
| 21 | of patients who had PCIA, would you be able to look |
| 22 | at the photographs and tell me which of those |
| 23 | patients received Taxotere? |
| 24 | MR. SCHANKER: Objection, form. |
| 25 | THE WITNESS: I cannot make a diagnosis on |

Page 182

1  photographs for any -- anything.
2  BY MR. SEARS:
3  Q. If you were to walk into a room and there
4  were 100 patients who had PCIA and you weren't
5  allowed to talk to them, you could just look at them
6  and inspect them, would you be able to tell which of
7  those patients received Taxotere?
8      MR. SCHANKER: Objection, form.
9      THE WITNESS: No. As many things in
10     medicine, history is fundamental for diagnosis,
11     okay?
12      It's like you have a patient that's
13     complaining of pain, and you have to
14     distinguish between a myocardial infarction,
15     or, you know, he fall down from a tree. You
16     have to have information.
17 BY MR. SEARS:
18  Q. Let's say there were a hundred patients in
19 the room and some of them had endocrine-induced
20 alopecia and some of them had chemotherapy --
21 persistent chemotherapy-induced alopecia.
22      Would you be able to tell which one was
23 which from just looking at them?
24      MR. SCHANKER: Objection, form.
25      THE WITNESS: Asking the history, yes.

Page 183

1  BY MR. SEARS:
2  Q. Let's say you're not allowed to talk to
3  them. Just looking at them, would you be able to
4  tell who received what?
5      MR. SCHANKER: Objection, form.
6      THE WITNESS: I would refuse to do that
7     because you're a doctor. History is very big
8     part of a doctor examination.
9      Would you go to a doctor who just look at
10     you and doesn't take your history? No?
11 BY MR. SEARS:
12  Q. I want you to assume, for purposes of this
13 question, that you're not allowed to talk to them.
14 You're just able to look at them.
15      If you were to walk into a room with 100
16 people, some of them had endocrine-induced alopecia,
17 and some of them had PCIA, would you be able to tell
18 just from looking at them who received what?
19      MR. SCHANKER: Objection, form.
20      THE WITNESS: I would say I don't want to
21     do this because that's impossible without
22     asking a history.
23 BY MR. SEARS:
24  Q. So if you were to ask them and get a
25 history, what would the history tell you?

Page 184

1      MR. SCHANKER: Objection, form.
2      THE WITNESS: The history tells me if they
3     had chemotherapy, if the hair regrow after six,
4     even eight months after the end of
5     chemotherapy.
6      If not, I would say that's a
7     chemotherapy-induced alopecia. If the hair
8     grow back and then they started losing hair and
9     have alopecia after that, I would say, when, on
10     endocrine therapy, I would say it's the
11     endocrine therapy.
12      But then you have to think that maybe a
13     patient may develop alopecia areata, may
14     develop any other problem. So history and
15     clinical examination are very important part.
16 BY MR. SEARS:
17  Q. So even after receiving chemotherapy and
18 having hair loss, a patient can go on to develop
19 other forms of hair loss too, right?
20      MR. SCHANKER: Objection, form.
21      THE WITNESS: Yes. If it's unlucky, he
22     can.
23 BY MR. SEARS:
24  Q. So let's say you went into this room with
25 100 people, and the only information you were

Page 185

1  provided was which chemotherapy drugs the patient
2  took.
3      Would you be able to tell what
4  chemotherapy drug caused the PCIA in any of those
5  patients?
6      MR. SCHANKER: Objection, form.
7      THE WITNESS: No. I need to visit the
8     patient to be sure of the diagnosis, to ask, to
9     have the clinical history.
10      You know, it's part -- a diagnosis, as I
11     said, is like a mosaic, you have to put all the
12     stones.
13 BY MR. SEARS:
14  Q. So in your report -- I don't think I
15 marked your report yet. So I'm just going to go
16 ahead and do that.
17      (Thereupon, the referred-to document was
18 marked by the court reporter for Identification as
19 Defendants' Exhibit 15.)
20 BY MR. SEARS:
21  Q. I'm marking your expert report as Exhibit
22 15.
23      So on page 14, carrying over to page 15,
24 at the very bottom of 14, it's written, "As a result
25 of my analysis in the case, I learned that the

Page 310

1     that without that factor, the problem doesn't
2     happen.  Something necessary for a problem to
3     happen.
4  BY MR. SEARS:
5     Q.  Have you ever used that term outside of
6  litigation?
7         MR. SCHANKER:  Objection, form.
8         THE WITNESS:  No.  I would say a necessary
9     factor in my language.
10 BY MR. SEARS:
11    Q.  Where did you find the term "substantial
12 contributing factor"?
13        MR. SCHANKER:  Objection, form.
14        THE WITNESS:  To be honest, I don't
15    remember.
16 BY MR. SEARS:
17    Q.  Do you know if the term "substantial
18 contributing factor" is a legal term?
19        MR. SCHANKER:  Objection, form.
20        THE WITNESS:  I don't think so, because
21    substantially can be a normal word.
22 BY MR. SEARS:
23    Q.  So if Ms. Thibodeaux received a
24 chemotherapy regimen that did not include Taxotere
25 but still included adriamycin and cyclophosphamide,

Page 311

1  she could still have developed PCIA, right?
2         MR. SCHANKER:  Objection, form.
3         THE WITNESS:  Very unlikely.  There are
4     only few cases reported.
5  BY MR. SEARS:
6     Q.  It's possible, isn't it?
7         MR. SCHANKER:  Objection, form.
8         THE WITNESS:  Possible but very unlikely.
9  BY MR. SEARS:
10    Q.  You've mentioned a few times today that a
11 clinical history is important in assessing the cause
12 of hair loss?
13    A.  Yes, clinical history is very, very
14 important.
15    Q.  And you referred to a clinical history in
16 assessing PCIA as well, haven't you?
17    A.  In assessing any hair disorders,
18 generally.
19    Q.  So what do you need to know in a clinical
20 history for you to reach any sort of conclusion
21 about whether a specific drug in the chemotherapy
22 regimen is causing PCIA?
23        MR. SCHANKER:  Objection, form.
24        THE WITNESS:  The clinical history, it's
25    not just about drugs.  It's about when the

Page 312

1     problem happened, how it develop, any
2     concomitant factor that may be relevant.  So
3     drugs are only a part of the clinical history.
4  BY MR. SEARS:
5     Q.  So when you're assessing a patient and one
6  of your differential diagnoses is PCIA, what would
7  you need in the clinical history for you to assess
8  if any specific drug was what was causing the PCIA?
9     A.  First, I need to have a history of
10 incomplete hair regrow after chemotherapy.
11        And then I ask for which drugs were used.
12 And then the specific drug may be possible to
13 determine or maybe not, but in case of Taxotere, I
14 think that's the specific drug because there are
15 reports, there are data.
16    Q.  So if a woman comes to you and tells you,
17 I took chemotherapy, my hair did not regrow and I
18 took a Taxotere-containing regimen, would you
19 automatically conclude the Taxotere was the cause of
20 the ongoing hair loss?
21    A.  Honestly, yes.
22    Q.  So for Ms. Thibodeaux, beyond knowing that
23 she received Taxotere, is there anything in her
24 history that allows you to conclude that Taxotere
25 was the cause of her PCIA as opposed to the other

Page 313

1  chemotherapy drugs that she received?
2         MR. SCHANKER:  Objection, form.
3         THE WITNESS:  Not in the history.  History
4     of incomplete hair regrowth after chemotherapy
5     regimen that included Taxotere, for me, is a
6     very good indication that Taxotere was causing
7     the problem, was the main factor for the
8     problem.
9  BY MR. SEARS:
10    Q.  So, in other words, besides the fact that
11 she received Taxotere, there's nothing in her
12 clinical history that would cause you to conclude
13 that Taxotere was the cause as opposed to adriamycin
14 or cyclophosphamide?
15        MR. SCHANKER:  Objection, form.
16        THE WITNESS:  Yes.
17 BY MR. SEARS:
18    Q.  Is it your opinion that Ms. Thibodeaux's
19 alopecia is 100 percent caused by Taxotere?
20        MR. SCHANKER:  Objection, form.
21        THE WITNESS:  I cannot give percentage,
22    you know.  I don't know.
23 BY MR. SEARS:
24    Q.  Do you think that the adriamycin and
25 cyclophosphamide played a role in her PCIA?

79 (Pages 310 - 313)