# EXHIBIT 10

# Expert Report: Alopecia in Women
**Jerry Shapiro, M.D.**
**December 16, 2019**

## I.   Qualifications/Publications

1.  I, Jerry Shapiro, am a physician specializing in medical hair and scalp disorders and am Professor of Dermatology at the Ronald O. Perelman Department of Dermatology at the New York University School of Medicine.  I am board certified in dermatology and licensed in New York.  I received a Doctor of Medicine Degree from McGill University in 1981, after which I completed my residency in dermatology at the University of British Columbia in 1985.

2.  I have specialized in hair disorders as both a practitioner and researcher for more than 30 years.  In that time, I have authored over 150 peer-reviewed manuscripts, including the sentinel Women's Hair Loss review in the New England Journal of Medicine, as well as 3 textbooks and some 30 book chapters.  I have given over 500 invited lectures on six continents, and have spoken at the prestigious annual American Academy of Dermatology meeting for 30 consecutive years.  As early as 1986, I established the University of British Columbia Hair Research and Treatment Center, which was one of North America's most comprehensive academic hair biology and treatment centers.

3.  In my current practice, I run the first comprehensive medical hair loss clinic in the world—possibly the world's busiest hair clinic.  I consult with and treat patients in New York City from around the world with the latest medical treatment options.  My clinical practice is 100% dedicated to treating patients for disorders of the hair and scalp.

4.  As part of my practice, I have and continue to participate in clinical trials for emerging hair loss treatments.  I have served as a principal investigator on more than 10 such trials.  As an investigator, I examine patients to assess and document the efficacy of new treatments as well as any adverse events.  I am familiar with the process of assessing and documenting treatment efficacy and adverse events according to clinical study protocols.

5.  In addition to my clinical practice, I serve as Professor of Dermatology at NYU School of Medicine, where I have taught since 2007.  I have trained and educated more than 30 international hair fellows from four continents.  I also regularly speak

about hair loss at national and international events and in media outlets. I frequently study, write and publish on hair and scalp disorders and related issues, including some 14 articles, abstracts and reviews published in the last year alone.

6. I am a member of the American Academy of Dermatology, the American Dermatological Association, the European Academy of Dermatology and Venereology, the American Hair Research Society (where I served as President for three years), the European Hair Research Society, and numerous other professional societies.

7. A more detailed description of my academic and professional activities is contained in the attached *curriculum vitae* (Exhibit A), which also lists my publications and articles from the previous 10 years and is hereby incorporated by reference.

## II.   List of Testimony for Last Four Years

8. Please see Exhibit B, which is attached.

## III.   Materials Reviewed

9. I base my opinions on: my education, training, and experience as a dermatologist; my knowledge of medical and scientific information reasonably relied on by members of my medical specialty; my review of pertinent medical and scientific literature; and my review of materials related to Cynthia Thibodeaux. A list of materials reviewed in forming my opinions is attached as Exhibit C.

## IV.   General Opinions

### A.   Overview

10. As set forth in this report, I offer opinions on the following subjects to a reasonable degree of medical probability:

- The various types and causes of alopecia, the tests used to either determine or rule out various types and causes of alopecia, and the application of these tests and types to Plaintiff's claimed alopecia;

- Reliable approaches to dermatological examination and assessment for hair loss, including pathological findings of various types of hair loss;

- Chemotherapy and hair loss; and

- Types of hair loss experienced by Ms. Thibodeaux.

### B.   Hair Anatomy and Physiology

11. My opinions are informed by the following aspects of hair anatomy and physiology.

2

### i.   The Hair Follicle

12. The components of the hair follicle include the upper and lower segment, hair root (including root sheath), bulge, bulb, matrix, papilla, shaft, sebaceous gland, arrector pili muscle, the infundibulum, the isthmus, and stem cells.  As discussed below, changes can occur to the hair follicle during the hair growth cycles, and changes can occur from certain types of alopecia.

### ii.   Vellus and Terminal Hair

13. Certain follicular changes are associated with vellus and terminal hairs.  Vellus hairs are very fine hairs that oftentimes can only be seen using a microscope.  In contrast, terminal hairs are longer, thicker hairs.  The average diameter of a terminal hair is 60-80 μm.  The average diameter of a vellus is less than 30 μm.  Hair follicles can change from producing a terminal hair to producing a vellus hair.  Likewise, hair follicles can change from producing a vellus hair to producing a terminal hair.  Many things can cause a hair follicle to change the type of hair it produces, including drugs, trauma, or androgens.  When hair follicles change to produce different types of hair, they can also move to a different location in the dermis.

### iii.   The Hair Cycle

14. There are four cycles of hair growth: the anagen, catagen, telogen, and exogen phase. The anagen phase is the growth phase.  The catagen phase is the involution phase. The telogen phase is the resting phase.  And the exogen phase is the shedding phase. During the anagen phase, the hair is growing.  On the scalp, the anagen phase is the longest phase and, on average, lasts between three to seven years.  The telogen phase lasts, on average, three months.

## C.  Hair Loss Scales

15. Hair loss is often measured or categorized according to hair loss scales.  Scales that are sometimes used include the Ludwig, Savin, and Norwood-Hamilton Scales. Depictions of the Ludwig, Savin, and Norwood-Hamilton scales are included as appendices at the end of this report.

## D.  Types of Alopecia

16. As I describe in my treatise, Hair Loss in Women, it is estimated that more than one

third of women have clinically significant hair loss during their lifetimes.[1]  Hair loss is clinically significant if medical treatment or masking efforts (e.g. wigs or caps) are appropriate.  There are many different types of alopecia.  The types of alopecia are broadly divided into scarring and non-scarring alopecia.  Depending on the type of alopecia, the hair loss can be diffuse or focal.  Additionally, within each category of alopecia the degree of severity of the alopecia can vary widely.

### i.  **Androgenetic Alopecia**

17. The most common form of alopecia in women is androgenetic alopecia, which is also referred to as pattern hair loss.  It is a non-scarring form of alopecia.  Pattern hair loss is seen in both men and women.  Though it can effect hair all over the scalp, and in some cases presents as diffuse hair loss, pattern hair loss usually presents in a distinctive pattern affecting some parts of the scalp more than others.  The hair loss typically occurs in the "androgen dependent" areas of the scalp at the crown and vertex and along the midline part, while the "androgen independent" areas at the back and sides of the head are "spared"—hair loss in these areas is less severe.  The severity of the hair loss caused by androgenetic alopecia can vary from minimal to partial to complete baldness.[2]  Androgenetic alopecia can cause hair loss on the vertex.[3]  Androgenetic alopecia can result in the inability to grow the remaining hair to a normal length (**Fig. 1**).

---

[1] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1620.

[2] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1620-21.

[3] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1620-21.



**Figure 1.** The centroparietal portion of the scalp shows decreased hair density. Androgenetic alopecia can be quite severe, and progresses at different rates for different individuals.

18. Androgenetic alopecia is caused by two factors: genes and hormones. The word *androgenetic* refers to these two factors: *andro-* refers to androgens, the class of hormones which trigger the process of hair thinning and loss, and *-genetic* refers to the role of genes in determining how hair follicles will respond to the presence of androgens. These two factors work in tandem to cause pattern hair loss.

19. Hormones naturally vary throughout a woman's life including during puberty, pregnancy and childbirth, menopause, and with continued aging after menopause. Hormones which affect hair loss can also vary due to other medical conditions or medicines which alter the hormone balance in a woman's body. The female hormone estrogen tends to suppress the effects of androgens in advancing androgenetic hair loss. When estrogen decreases, for example after childbirth or menopause, or is suppressed by medicine, this tends to accelerate the process of androgenetic hair loss.

20. There is no way to directly test for or measure the genes which cause pattern hair loss. Genetic potential for pattern hair loss is usually evident from family history. A woman can inherit genes associated with androgenetic hair loss from either side of her family, and may share these genes with either male or female siblings, or both. Even if someone has a genetic potential for androgenetic alopecia, they may not experience or notice significant hair loss during their lifetimes for a variety of reasons, including individual hormone balance factors and the timing of their death. Therefore, a woman may experience pattern hair loss even if it is not evident in her family history (or she is not aware of it). Ultimately, if a woman presents with hair loss in a pattern predominantly affecting androgen-dependent areas of her scalp, and

sparing androgen-independent areas, that is a very strong indication that she is experiencing androgenetic alopecia.

21. Pattern hair loss can develop any time after the onset of puberty, but by age 70, approximately 40% of women experience pattern hair loss. Androgenetic alopecia is progressive and incurable.[4]  Because androgenetic alopecia is gradual, women often will not notice the beginning stages of androgenetic alopecia, but rather will only notice once it becomes more pronounced.

22. As androgenetic alopecia progresses, individual hairs become "miniaturized"— thinner and shorter.  As a result, hair follicles may go from producing terminal hairs to producing vellus hairs, and the ratio of terminal to vellus hairs in an affected area will decrease.  In addition, affected follicles may go from producing multiple hairs (typically two or three) to producing only one hair.[5]  In advanced stages of androgenetic alopecia, follicles may not produce any hair at all.  These follicles can be seen as empty holes or spots on trichoscopy.[6]  With androgenetic alopecia, follicles may also be seen at higher levels of the dermis on pathology.

23. Androgenetic alopecia progresses at different rates for different people.  Genes and medical history including medication may make the process more rapid for some people than others.  The balance of androgens to other hormones in the body may shift more quickly, and to a greater degree, for some people than others.  The cycle of hair growth, rest, shedding, and regrowth takes different amounts of time for different people—causing the miniaturization process to be more condensed for some than others.  There is no standard rate or universal timeline for the progression of androgenetic alopecia.

24. Other forms of hair loss including telogen and anagen effluvium can unveil underlying androgenetic alopecia.  Combined with the fact that pattern hair loss often progresses to up to 50% hair loss without being noticed, this can create the

[4] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.
[5] Rudnicka, Lydia, et al., eds.  Atlas of Trichoscopy: Dermoscopy in Hair and Scalp Disease. Springer pub., 2012 ISBN 978-1-4471-4485-4.
[6] Rudnicka, Lydia, et al., eds.  Atlas of Trichoscopy: Dermoscopy in Hair and Scalp Disease. Springer pub., 2012 ISBN 978-1-4471-4485-4.

impression that hair loss has occurred all at once when in fact it is the result of an ongoing androgenetic process.   Androgenetic alopecia is not caused by chemotherapy.

### ii.   Telogen Effluvium

25. Another form of alopecia is called telogen effluvium.  Telogen effluvium is a relatively common cause of hair loss in women.[7]  Telogen effluvium results from a sudden shift of large numbers of anagen hairs to telogen hairs on an individual's scalp.  In other words, the hair loss occurs acutely and rapidly.[8]  This form of alopecia generally begins approximately three months after a major illness or stressor, such as nutritional deficiency, surgery, hormonal disorder, or sudden weight loss.  It has also been reported after the initiation of treatment with certain medications, including general anesthetics.  In some patients, telogen effluvium can last for years.[9]  Telogen effluvium can "unmask" or make androgenetic alopecia and other underlying forms of hair loss more apparent.[10]  This is a non-scarring form of hair loss.

### iii.   Anagen Effluvium

26. Another form of alopecia is anagen effluvium.  This form of alopecia is associated with cytotoxic chemotherapy drugs that affect fast-growing cells, including anagen hair cells.  This causes these cells to stop dividing, leading to the release of anagen hair (which is the majority of hair on the head) usually within a few weeks of the first chemotherapy infusion.  Cytotoxic chemotherapy drugs do not operate hormonally.  As such, the type of hair loss does not present in a pattern or affect some parts of the scalp more than others.  In fact, anagen effluvium can and often does entail loss of hair all over the body.  This is a non-scarring form of hair loss.  Hair generally grows back after anagen effluvium.  Like telogen effluvium, anagen effluvium can make androgenetic and other underlying forms of hair loss more apparent.

---

[7] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[8] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[9] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1621-22.

[10] Tosti, A. Dep. Tr. 88:6-10 (Dec. 4, 2108) .

iv.    **Alopecia Areata**

27. Another type of non-scarring alopecia is alopecia areata (**Fig 2**).   It usually appears as round patches of alopecia that may become multifocal and may coalesce into large areas affecting more than 50% of the scalp.   Occasionally, it can appear as diffuse generalized alopecia.[11]   Alopecia areata can progress to total loss of scalp hair, called alopecia totalis, or a total loss of body hair, called alopecia universalis.   The hair loss caused by alopecia areata can last for many years.   Alopecia areata occurs when the immune system attacks the hair follicles, which causes hair loss.   This is an autoimmune process.   Likewise, persons with thyroid conditions are more susceptible to this form of alopecia.   Alopecia areata can cause hair loss on parts of the body besides the head.   Alopecia areata is not caused by chemotherapy.



**Figure 2.** Alopecia areata with round, random patches of hair that coalesce.

v.    **Traction Alopecia**

28. Traction alopecia can become a scarring form of alopecia, which is caused by hair care practices (**Fig 3**).   In particular, glues, braiding, weaves, cornrows, extensions, heavy locks, ponytails, rollers, hot combs, back brushing, or wearing tight hair styles can result in traction alopecia.   Traction alopecia is very common among people with skin of color, especially African American women.   Even so, it can been seen among all ethnic groups and ages.   Symptoms associated with traction alopecia include bumps, redness, or tenderness, though traction alopecia can present without those

---

[11] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1622.

symptoms. Clinical findings associated with traction alopecia include: patches of alopecia frequently seen in the temporal regions, a fringe sign, and signs of breakage consistent with traction alopecia. Traction alopecia can be seen over the entire scalp. Traction alopecia is not caused by chemotherapy.



**Figure 3.** Traction alopecia

### vi.    **Central Centrifugal Cicatricial Alopecia**

29. Central Centrifugal Cicatricial Alopecia ("CCCA") is another form of scarring hair loss. It is seen in African American women. CCCA can begin insidiously and, over time, it will spread. It often initially appears in a pattern that mimics androgenetic alopecia on the crown and then will spread out in a circular pattern (**Fig 4**). CCCA can progress rapidly. CCCA causes destruction of the hair follicle and scarring, which leads to permanent hair loss. CCCA can present with symptoms of burning, itching, tingling, tenderness, or pain on the scalp. In contrast, it can present with no symptoms at all. CCCA can also present with inflammation. While the cause of CCCA is not well-understood, CCCA is not caused by chemotherapy.



**Figure 4.** Central centrifugal cicatricial alopecia

vii.   **Endocrine Therapy Induced Alopecia**

30.   Endocrine therapy-induced alopecia after chemotherapy ("EIAC") is a non-scarring form of alopecia.[12]  Women with ER+ or PR+ breast cancers are often treated with estrogen-suppressing endocrine therapies including Tamoxifen or Aromatase Inhibitors.  Both Tamoxifen and Aromatase Inhibitors can cause alopecia.[13]  Because endocrine therapies directly affect the balance of male and female hormones in a woman's body, hair loss seen with Tamoxifen and Aromatase Inhibitors can mimic androgenetic alopecia.  The hair loss seen with Tamoxifen and Aromatase Inhibitors can be very severe **(Fig. 5)**.  Patients given chemotherapy drugs will generally undergo anagen effluvium and will lose all of their hair.  Then, after they complete their chemotherapy regimen, women with ER+ or PR+ cancers will begin taking either Tamoxifen or an Aromatase Inhibitor.   These medications are often taken for many years after chemotherapy and, sometimes, indefinitely—and can lead to a permanent androgenetic pattern, as well as significant hair thinning.[14]

---

[12] Freites-Martinez 2019 Freites-Martinez 2019 Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728.

[13] Park, Jin, et al. "Pattern alopecia during hormonal anticancer therapy in patients with breast cancer." Annals of dermatology 26.6 (2014): 743-746; Gallicchio, Lisa, Carla Calhoun, and Kathy Helzlsouer. "A prospective study of aromatase inhibitor therapy initiation and self-reported side effects." Supportive Care in Cancer 25.9 (2017): 2697-2705; Gallicchio, Lisa, Carla Calhoun, and Kathy J. Helzlsouer. "Aromatase inhibitor therapy and hair loss among breast cancer survivors." Breast cancer research and treatment 142.2 (2013): 435-443; Saggar, Vishal, et al. "Alopecia with endocrine therapies in patients with cancer." The oncologist 18.10 (2013): 1126-1134; Ayoub, J. P., Vicente Valero, and Gabriel N. Hortobagyi. "Tamoxifen-induced female androgenetic alopecia in a patient with breast cancer." Annals of internal medicine 126.9 (1997): 745.

[14] Gallicchio, Lisa, Carla Calhoun, and Kathy Helzlsouer. "A prospective study of aromatase inhibitor therapy initiation and self-reported side effects." Supportive Care in Cancer 25.9 (2017): 2697-2705; Gallicchio, Lisa, Carla Calhoun, and Kathy J. Helzlsouer. "Aromatase inhibitor therapy and hair loss among breast cancer survivors." Breast cancer research and treatment 142.2 (2013): 435-443; Saggar, Vishal, et al. "Alopecia with endocrine therapies in patients with cancer." The oncologist 18.10 (2013): 1126-1134; Ayoub, J. P., Vicente Valero, and Gabriel N. Hortobagyi. "Tamoxifen-induced female androgenetic alopecia in a patient with breast cancer." Annals of internal medicine 126.9 (1997): 745.



**Figure 5.** Endocrine therapy induced alopecia

**viii.** **Lichen Planopilaris**

31. Lichen Planopilaris ("LPP") is a scarring form of alopecia. LPP is an inflammatory condition that causes patchy, progressive hair loss. LPP can present with symptoms of scaling, redness, pain, burning, itching, or tenderness on the scalp, although there may be no symptoms. While the cause of LPP is not well understood, it is thought to be an autoimmune disorder, which can be triggered by a variety of factors. LPP can cause hair loss on parts of the body besides the head. LPP is not caused by chemotherapy.

**ix.** **Frontal Fibrosing Alopecia**

32. Frontal Fibrosing Alopecia ("FFA") is a condition that often appears with a slow recession of the frontal hairline across the forehead, with scarring along the front of the scalp and sometimes the sides of the scalp (**Fig 6**). This form of alopecia can result in loss of eyebrows and body hair.[15] FFA is not caused by chemotherapy.

---

[15] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in <u>Essentials of Menopause Management</u>, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.



**Figure 6.** Frontal fibrosing alopecia with symmetrical band-like loss of hair

33. There are several other types of alopecia not surveyed in detail here, but on which I am qualified to give opinions.

### x.   <u>Overlapping Types of Alopecia</u>

34. One patient complaining of hair loss could be experiencing multiple forms of alopecia at the same time.  For example, a patient may have components of androgenetic alopecia, CCCA, and traction alopecia affecting her at once.  One form of alopecia may make another form of alopecia more apparent, or make it appear to manifest more suddenly than it otherwise would.

### E.  <u>Causes of Alopecia</u>

35. The causes of any one type of alopecia can be multifactorial.  Age is a basic cause of alopecia.[16]  For example, androgenetic alopecia becomes both more common and more severe with age.[17]  Likewise, menopause is a cause of alopecia.[18]  Approximately 41% of postmenopausal women will experience hair loss.[19]  When women go through menopause, their hormone levels change.  More specifically, the cessation of ovarian estrogen production results in an increase in their levels of androgens, while their

---

[16] Ali, I., and F. Wojnarowska. "Physiological changes in scalp, facial and body hair after the menopause: a cross-sectional population-based study of subjective changes." British Journal of Dermatology 164.3 (2011): 508-513 at 508-09.

[17] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in <u>Essentials of Menopause Management</u>, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[18] Ali, I., and F. Wojnarowska. "Physiological changes in scalp, facial and body hair after the menopause: a cross-sectional population-based study of subjective changes." British Journal of Dermatology 164.3 (2011): 508-513 at 508.

[19] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in <u>Essentials of Menopause Management</u>, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

estrogen levels decrease.[20]  This can cause pattern hair loss to manifest or accelerate. Likewise, surgeries, such as ovary removal, can cause an abrupt shift in hormone levels and can cause alopecia.  Similarly, certain medications designed to inhibit estrogen production can result in hair loss.  Consequently, alopecia can be caused by hormone imbalance and increased androgen levels.

36. Medical conditions can result in alopecia.  For example, organ dysfunction can result in alopecia.  Likewise, endocrine disorders can result in alopecia.  For instance, abnormally high or low thyroid hormone levels can result in alopecia.  Autoimmune diseases or disorders, such as lupus can cause alopecia.  The same can be said for kidney and liver dysfunction, which can result in alopecia.  Examples of other medical conditions that can cause alopecia include: sarcoidosis and skin malignancy.

37. Being underweight or overweight can result in alopecia.  A clustering of medical conditions called Metabolic Syndrome can result in alopecia.[21]  In addition, diabetes or insulin resistance can result in alopecia.[22]  And polycystic ovary disease can result in alopecia.[23]  Hypertension and coronary artery disease has also been associated with

---

[20] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[21] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61; Roth, Maria Magdalena, Nicholas Leader, and George Kroumpouzos. "Gynecologic and andrologic dermatology and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 72-80; Uzuncakmak, Tuğba Kevser, Necmettin Akdeniz, and Ayse Serap Karadag. "Cutaneous manifestations of obesity and themetabolic syndrome." Clinics in dermatology 36.1 (2018): 81-88; El Sayed, Mahira H., et al. "Association of metabolic syndrome with female pattern hair loss in women: a case–control study." International journal of dermatology 55.10 (2016): 1131-1137.

[22] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61; Roth, Maria Magdalena, Nicholas Leader, and George Kroumpouzos. "Gynecologic and andrologic dermatology and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 72-80.

[23] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61; Roth, Maria Magdalena, Nicholas Leader, and George Kroumpouzos. "Gynecologic and andrologic dermatology and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 72-80.

alopecia.[24]  Dyslipidemia is associated with alopecia.[25]   Numerous other factors can cause alopecia (either alone or in conjunction), including:

- Vitamin and nutritional deficiencies can result in alopecia.[26]  For example, both high or low Vitamin A levels can result in diffuse alopecia.  Vitamin D deficiency may lead to diffuse alopecia.  Similarly, iron or zinc deficiencies can lead to diffuse alopecia.

- Exposures to various substances can cause alopecia.  For instance, exposure to radiation, thallium, or mercury can cause hair loss.

- Infections, such as Tinea Capitis, can cause alopecia.  In addition, other forms of primary infections, such as kerion, or secondary infections, such as syphilis, can result in alopecia.

- A family history of alopecia in either the father's side or mother's side (or both) can predispose a woman to alopecia.

- Stress, illness, and physical trauma can cause alopecia.  For example, surgery can cause alopecia.

- Very severe seborrheic dermatitis or psoriasis can cause alopecia.

- Hair care practices can cause alopecia, such as: perms, dyes, bleach, straighteners, hot oils, relaxers, glues, braiding, weaves, cornrows, extensions, heavy locks, ponytails, rollers, hot combs, back brushing, or wearing tight hair styles.   Additionally, hair loss can be caused by hair pulling, hair twisting, or OCD disorders.

Other forms of trauma can result in alopecia, including burns.

38. In addition to endocrine therapies, other medications that are known to cause

---

[24] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61; Roth, Maria Magdalena, Nicholas Leader, and George Kroumpouzos. "Gynecologic and andrologic dermatology and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 72-80.

[25] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61; Roth, Maria Magdalena, Nicholas Leader, and George Kroumpouzos. "Gynecologic and andrologic dermatology and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 72-80.

[26] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61.

alopecia include but are not limited to: general anesthetics, enzyme inhibitors, interferon alfa, beta blockers, retinoids, antibiotics, exogenous androgens, psychotropic agents, Ramipril, terbinafine, isotretinoin, acetretin, lithium, timolol, heparin, buspirone, captopril, valproic acid, Coumadin, verapamil, allopurinol, cetirizine, cyclosporine, lovastatin, nifedipine, warfarin, acyclovir, carbamazeprine, leuprolide, amiodarone, azathioprine, dopamine, gold, lamotrigineamitriptyline, naproxen, omeprazole, paroxetine, prazosin, sertraline, and venlafaxine.[27]

39. Conversely, while certain medications are known to cause alopecia, stopping some medications can also result in alopecia.  As an example, stopping use of an oral contraceptive can cause alopecia.[28] Pre-menopausal women with ER+ or PR+ breast cancer are told to stop using oral contraceptives because of concerns about putting estrogen in the body, which can worsen the cancer.

**F.  Alopecia Not on the Scalp**

40. Losing body hair is a normal part of aging.[29]  For example, many women lose pubic hair and armpit hair as part of the aging process.  This is because many parts of the body where hair grows are impacted by hormones.  Consequently, when hormone levels change, such as with aging or certain types of drug use, women have a tendency to lose hair on different parts of the body.  Further, hair loss on parts of the body can have many other causes, including but not limited to trauma, thyroid conditions, autoimmune conditions, neoplasms, and various medications.[30]

41. There are many causes of eyebrow and eyelash loss and thinning.  For instance, thyroid disease causes eyebrow loss.  Likewise, many forms of alopecia can cause hair loss on parts of the body besides the head.  For example, women can lose eyelashes and/or eyebrows from alopecia areata, FFA, or LPP, in addition to many other factors.  Women's eyebrows and eyelashes also *thin* with age, hormonal status, and as

---

[27] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[28] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[29] Ali, I., and F. Wojnarowska. "Physiological changes in scalp, facial and body hair after the menopause: a cross-sectional population-based study of subjective changes." British Journal of Dermatology 164.3 (2011): 508-513 at 508-09.

[30] Velez, Nicole, Pooja Khera, and Joseph C. English. "Eyebrow loss." American journal of clinical dermatology 8.6 (2007): 337-346.

a consequence of grooming.

### G. Diagnosing the Type and Cause of Alopecia

42. Diagnosing the type of alopecia (or alopecias) can be very difficult. Likewise, determining the precise cause of alopecia can be very difficult and, in many cases, impossible due to the multifactorial nature.

43. There are different types of tests that can be run to help determine the type and cause of alopecia. Even if the type of alopecia can be established, diagnosing the exact cause of the alopecia can be difficult. Some forms of alopecia have known causes, others do not. In addition, because hair loss can be multifactorial, parsing out what is the cause of alopecia in any given person can be difficult and sometimes impossible. It is important to have a full and accurate clinical history at each stage of the diagnosis in assessing the type of potential cause of alopecia.

#### i. Blood Work

44. When determining the type and cause of alopecia, blood tests are frequently conducted. Blood tests can often rule out whether there are vitamin, iron, or nutritional deficiencies, hormonal imbalances, as well as autoimmune disorders that may be a source of the alopecia, such as thyroid conditions.

#### ii. Dermoscopy and Trichoscopy

45. Dermoscopy is a way of looking at skin under magnification. It is used for a variety of dermatological purposes, including diagnosis of skin abnormalities and disorders, to guide surgical procedures like biopsies, and to assess treatment outcomes.

46. Trichoscopy is scalp dermoscopy. In general, it allows a dermatologist to examine the scalp, measure and count hairs and hair follicles, and observe clinical features such as yellow, black or white dots, fibrosis, follicle morphology, and hair breakage. It can be useful in identifying possible clinical diagnoses. Additionally, it is useful when determining which portions of the scalp to biopsy.

47. There are certain findings that a dermatologist may see when conducting trichoscopy that are correlated with certain types of alopecia. For instance, while it is not definitive, trichoscopy can be useful in determining if the alopecia is scarring or non-scarring.

#### iii. Scalp Biopsies and Pathology

48. Scalp biopsies and appropriate pathology handling and interpretation are critical to

correct assessment of hair loss.  Clinical and histopathological presentation must be properly considered in differentiating various forms of alopecia.

49. A correctly-performed scalp biopsy is the standard test used to diagnose the type of alopecia.  Even so, at times scalp biopsies cannot definitively establish the type of alopecia.  Scalp biopsies, however, generally can be used to determine whether the alopecia is scarring or non-scarring.  When examining scalp biopsies, non-scarring alopecia is characterized by an absence of fibrosis formation/scarring.

50. In order to do accurate follicular counts, biopsy samples should be sectioned from subcutaneous fat all the way up to the papillary dermis.  This allows the pathologist to evaluate hairs at all levels of the dermis, including vellus hairs as well as hairs in all stages of the hair growth cycle (e.g., telogen hairs).

51. Because there are many forms of alopecia and a single scalp may have multiple forms of alopecia at the same time, scalp biopsies should be taken from all portions of the scalp that look different from other portions.  Additionally, a scalp biopsy is often taken from an unaffected portion of the scalp so that it can be compared with the affected areas.  Each biopsy should be a 4 mm biopsy with enough depth.

52. In clinical practice, dermatologists rarely take a scalp biopsy of a non-scarring hair loss problem on the patient's first visit.  Instead, dermatologists generally see patients over a period of time before performing a punch biopsy.  By seeing patients over time, dermatologists can see how patients respond to various forms of treatment, which can be informative in diagnosing the type of alopecia.  Dermatologists should have a detailed clinical history for the patient before conducting a scalp biopsy.

53. When I see patients for alopecia, I create medical records.  General dermatology practices dictate that those records include information about a patient's clinical history, medical problems, nutritional history, hair care practices, alternative possible causes of alopecia, and therapeutic plan.

54. A dermatologist takes the biopsies.  The dermatologist should determine where on the scalp to take the biopsies and how many biopsies should be taken.  Trichoscopy can be useful in determining where on the scalp the biopsy should be taken from. Whether the dermatologist believes the alopecia to be scarring or non-scarring will impact the location on the scalp where each biopsy is taken from.

55. After a dermatologist takes a biopsy, those biopsies are then sent to a pathologist to

17

be sectioned, slides created, and the pathology read.  When sending the biopsies, the dermatologist also sends a requisition form to the pathologist.  The requisition form provides the pathologist with patient demographics, the clinical history, as well as the potential clinical diagnoses.  The pathologist needs that information from the dermatologist to make an accurate pathological diagnosis.  Without that information, the pathologist's pathological diagnosis has a much greater rate of error.

56. Dermatologists generally include a clinical history section in their reports. Pathologists also generally include differential diagnoses on their pathology report. That is because pathological findings often correspond to multiple types of alopecia.

57. When looking at pathology samples from punch biopsies, pathologists conduct hair counts.  There are average hair counts seen in a 4 mm punch biopsy, but there is a range of hair counts that fall within the normal range, and some differences between ethnicities, age and each patient's baseline.

58. There are no unique pathological findings for alopecia associated with chemotherapy, whether it is classified as "temporary" or "persisting."  Pathology can rule out chemotherapy as a cause of alopecia, but it cannot determine whether any particular chemotherapy drug caused the alopecia, particularly when many patients receive a combination of several chemotherapies associated with alopecia.

59. In my clinical practice, my preference is to examine a patient before seeing any pathological findings.  It is unusual to see pathological findings before examining a patient, which can lead to bias and incorrect diagnoses.

**H.  Treating Alopecia**

60. The types and causes of a patient's alopecia determine the treatment options for that patient's alopecia.  Likewise, responsiveness to treatment helps inform diagnoses of types and causes of hair loss.  In particular, it is not possible to conclude to a reasonable medical probability that alopecia is not responsive to treatment (that is, that the alopecia is permanent or irreversible) without first attempting known treatment options.

**a.  Treating Common Forms of Alopecia**

61. For androgenetic alopecia:  Treatment efforts focus on stopping or slowing hair miniaturization.  Minoxidil is the most common treatment for androgenetic alopecia.

62. Diagnosis and treatment of telogen effluvium requires a thorough review and

consideration of histologic and clinical evidence for specific potential factors. Where major illness or stress, nutritional deficiency, medication use, or hormonal abnormalities are potential factors, treatment should be attempted through lifestyle changes, psychological treatment, diet or medication changes, hormonal treatment or the like. Where such changes are impossible (for example, due to ongoing medical conditions or treatment), telegen effluvium cannot be ruled out as a potential diagnosis.

63. Like telogen effluvium, treatment of anagen effluvium requires a consideration of potential histological factors. Where a medication such as chemotherapy or hormone therapy is a factor in anagen effluvium, resolution requires discontinuation of the medication.

64. The causes and treatment options for alopecia areata are still poorly understood. The frequent association of alopecia areata with autoimmune diseases has led to some efforts to treat alopecia areata with autoimmune disease medications such as tofacitinib. Some success has been reported with these efforts.

65. Traction alopecia and CCCA are both scarring alopecias. They may best be avoided by avoiding tight hairstyles and harsh hair care practices, such as chemical and heat processing. Where hair care or other factors lead to inflammation of non-scarred scalp, however, injection with corticosteroid such as triamcinolone acetonide (Kenalog) may result in some increased hair growth.

66. Lichen planopilaris is a scarring form of alopecia. Because LPP may present with inflammation or other scalp irritation, corticosteroid injection may provide some relief, and hair growth in adjacent inflamed areas of the scalp. Autoimmune treatment may also be attempted.

67. Treatments for frontal fibrosing alopecia include finasteride or dutasteride, hydroxychloroquine, corticosteroids, antibiotics such as tetracycline and doxycycline, calcineurin inhibitors, phototherapy, and immunomodulatory drugs such as mycophenolate mofetil. Some of these drugs are administered topically, some orally, and some by intralesional injection.

68. The consideration of common hair loss factors such as age, menopausal status, medical history, conditions, and treatments, overall health and nutrition, environmental factors, family history, and hair care practices also informs what

treatment options should be considered. Where multiple potential hair loss factors are present, multiple or multi-faceted treatment efforts may be necessary for accurate diagnosis and effective treatment. One cannot diagnose a patient's hair loss as permanent to a reasonable medical probability without attempting treatment and considering the results.

### b. Treating Persistent Alopecia After Chemotherapy

69. It cannot be said with reasonable medical probability that any alopecia caused by a chemotherapy agent is permanent. In contrast, there are case reports that hair will grow back even with persistent alopecia. Further, there are case reports that persistent alopecia after chemotherapy is treatable and the hair will regrow.[31] If a person claims that they have "permanent" alopecia after chemotherapy, but has not made repeated, sustained efforts to treat the alopecia, it is impossible to know if the alopecia could be reversible.

### I. Taxotere

70. Taxotere is a chemotherapy drug in a class of drugs called taxanes. Docetaxel is the generic name of the drug. Taxotere is used to treat various forms of cancer, including breast cancer in an adjuvant (after surgery) or neo-adjuvant (before surgery) setting.

71. In this setting, Taxotere is given as part of a chemotherapy regimen, containing multiple chemotherapy drugs. The chemotherapy drugs given in addition to Taxotere depend on the type of breast cancer, but often include Adriamycin, Cytoxan/Cyclophosphamide, Carboplatin, and Herceptin.

### J. Alopecia After Chemotherapy

72. Many chemotherapy drugs, including Taxotere, are known to cause alopecia in the form of anagen effluvium. Additionally, approximately 65% of people who have undergone chemotherapy experience a change from their previous hair, including differences in texture, thickness, density, or color. This means that after chemotherapy, a woman's hair might be more coarse, thinner, or different in appearance and density than before chemotherapy. It may be several years before

---

[31] Pires, Eugénia Matos, Rita Ramos Pinheiro, and André Lencastre. "Case of permanent chemotherapy-induced alopecia with response to topical minoxidil." Revista da Sociedade Portuguesa de Dermatologia e Venereologia 75.3 (2018): 297-299.

hair will go back to normal.  This is a widely-known side effect of chemotherapy.

73. Many chemotherapy drugs cause alopecia, and "persistent alopecia" has been reported with regimens including the following drugs.

| Carboplatin[32] | Cisplatin[33] | Cyclophosphamide[34] |
|---|---|---|
| Doxorubicin[35] | Epirubicin[36] | Etoposide[37] |

[32] de Jonge, Milly E., et al. "Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy." Bone marrow transplantation 30.9 (2002): 593-597.

[33] Miteva, Mariya, et al. "Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases." The American Journal of dermatopathology 33.4 (2011): 345-350; Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013).

[34] de Jonge, Milly E., et al. "Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy." Bone marrow transplantation 30.9 (2002): 593-597; Masidonski, Pat, Mahon, Suzanne M. "Permanent alopecia in women being treated for breast cancer." Clinical journal of oncology nursing 13.1 (2009): 13-14; Yeager, Caroline E., and Elise A. Olsen. "Treatment of chemotherapy-induced alopecia." Dermatologic therapy 24.4 (2011): 432-442 at 438; Berglund, Gunilla, et al. "Late effects of adjuvant chemotherapy and postoperative radiotherapy on quality of life among breast cancer patients." European Journal of Cancer and Clinical Oncology 27.9 (1991): 1075-1081 at 1078; de Jonge, Milly E., et al. "Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy." Bone marrow transplantation 30.9 (2002): 593-597; Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013): 933-938; Ljungman, P., et al. "Busulfan concentration in relation to permanent alopecia in recipients of bone marrow transplants." *Bone marrow transplantation* 15.6 (1995): 869-871.

[35] Masidonski, Pat, Mahon, Suzanne M. "Permanent alopecia in women being treated for breast cancer." Clinical journal of oncology nursing 13.1 (2009): 13-14; Crown, John P., et al. "Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer." Journal of clinical oncology (2017): e21576; Yeager, Caroline E., and Elise A. Olsen. "Treatment of chemotherapy-induced alopecia." Dermatologic therapy 24.4 (2011): 432-442.

[36] Feher, O., et al. "First-line Gemcitabine Versus Epirubicin in Postmenopausal Women Aged 60 or Older with Metastatic Breast Cancer: A Multicenter, Randomized, Phase III Study." Annals of Oncology 16.6 (2005):899-908; Kluger, Nicolas, et al. "Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients." Annals of oncology 23.11 (2012):2879-2884.

[37] Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013).

| 5-Fluorouracil[38] | Busulfan[39] | Gemcitabine,[40] |
|---|---|---|
| Idarubicin[41] | Ifosfamide[42] | Melphalan[43] |
| Taxanes[44] | Thiotepa[45] |  |

74. The term "alopecia" in medical use, includes all durations and degrees of hair loss.  In the literature, the terms "permanent," "irreversible," "ongoing," or "persistent" alopecia have been used to describe alopecia after chemotherapy.  These terms,

[38] Beisecker, Analee E., et al. "Side effects of adjuvant chemotherapy: perceptions of node-negative breast cancer patients." Psycho-Oncology: Journal of the Psychological, Social and Behavioral Dimensions of Cancer 6.2 (1997): 85-93 at 88-89; Berglund, Gunilla, et al. "Late effects of adjuvant chemotherapy and postoperative radiotherapy on quality of life among breast cancer patients." European Journal of Cancer and Clinical Oncology 27.9 (1991): 1075-1081 at 1078; Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013): 933-938.

[39] Bresters, D., et al. "Permanent diffuse alopecia after haematopoietic stem cell transplantation in childhood." *Bone marrow transplantation* 52.7 (2017): 984.

[40] Albain, KS, et al. Gemcitabine Plus Paclitaxel Versus Paclitaxel Monotherapy in Patients With Metastatic Breast Cancer and Prior Anthracycline Treatment, J Clin Oncol. 2008;26:3950-57; Unal, Olcun Umit, et al. Two-week Combination Chemotherapy with Gemcitabine, High-dose Folinic Acid and 5-fluorouracil (GEMFUFOL) as First-line Treatment of Metastatic Biliary Tract Cancers, Asian Pacific Journal of Cancer Prevention. 2013;14:5263-5267.

[41] Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938.

[42] Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013); Jäger, E., et al. "Combination of 5-fluorouracil, adriamycin, ifosfamide and cisplatin in metastatic adult soft tissue sarcoma: results of a phase II study." *Oncology* 53.1 (1996): 58-63.

[43] Yang, Xinyi, and Keng-Ee Thai. "Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil." Australasian Journal of Dermatology 57.4 (2016): e130-e132.

[44] Prevezas, C., et al. "Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer." British Journal of Dermatology 160.4 (2009): 883-885; Palamaras, Ioulios, et al. "Permanent chemotherapy-induced alopecia: a review." Journal of the American Academy of Dermatology 64.3 (2011): 604-606; Miteva, Mariya, et al. "Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases." The American Journal of dermatopathology 33.4 (2011): 345-350; Crown, John P., et al. "Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer." Journal of clinical oncology (2017): e21576; Yeager, Caroline E., and Elise A. Olsen. "Treatment of chemotherapy-induced alopecia." Dermatologic therapy 24.4 (2011): 432-442 at 438; Yang, Xinyi, and Keng-Ee Thai. "Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil." Australasian Journal of Dermatology 57.4 (2016): e130-e132; Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013): 933-938.

[45] de Jonge, Milly E., et al. "Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy." Bone marrow transplantation 30.9 (2002): 593-597.

however, have not been used with consistency and it is my opinion that there is no consensus definition for any of these terms.  For purposes here, I will use the term "persistent alopecia," generally referring to reports of incomplete hair regrowth either during or after the use of certain medications, including chemotherapy.  In using this term, it is important to be clear that patients presenting with alopecia may have significantly varied medical histories, genetics, risk factors for hair loss, laboratory and histopathological markers, and hair loss appearance, and may respond to treatments very differently.  There are many reasons that a woman's hair might not regrow fully after chemotherapy treatment.

75. There are varying scientific and medical opinions as to whether "permanent" or "persistent" alopecia following chemotherapy is a discrete form of hair loss. Dermatologists disagree as to whether this is a meaningful diagnosis.  To arrive at this diagnosis, a physician would have to rule out all other potential hair loss causes and diagnoses.  In almost all situations in which a woman has received chemotherapy, many other hair loss factors are present such as aging, hormonal changes, underlying or previously unnoticed medical and hair conditions, short- and long-term use of other medicines known to cause hair loss, and the extreme trauma and physical stress associated with cancer diagnosis and treatment.  For each specific patient, additional individual risk factors may also be present.  If these and all other potential causes were ruled out, I personally believe there could be instances of persisting alopecia attributable to chemotherapy.

76. Cases of persistent alopecia have been reported with many chemotherapy drugs besides Taxotere, including Taxol, as well as Carboplatin, Adriamycin, and Cyclophosphamide (among others)—the latter three of which are included in the most common chemotherapy regimens that include Taxotere.[46]  As such, even if a patient did take Taxotere as part of a chemotherapy regimen, they would also have taken other drugs, so it is impossible to attribute any persisting alopecia specifically to Taxotere.

---

[46] Freites-Martinez, Azael, et al. "CME Part 2: Hair disorders in cancer survivors: Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery." Journal of the American Academy of Dermatology (2018) at 6.

77. In a small number of publications, persistent alopecia has been reported by breast cancer survivors treated with taxanes (including Taxol and Taxotere) at relatively high rates.[47]   These are predominantly small, retrospective analyses, not controlled, prospective trials.   There are also published case reports by pathologists, but with differences in histological features.   This is not the level of scientific evidence that dermatologists rely upon as conclusive of a causal relationship between the agent and hair loss, particularly where the patients vary so much in the presentation of their hair loss, and are on multiple medications associated with alopecia.

78. The most reliable of these publications reports a significantly higher number of cases of persistent alopecia after chemotherapy with Taxol than with Taxotere.[48]  Dr. Tosti and I are co-authors of this study, and she was responsible for the study concept and design.[49]   The study involved 385 patients from three different institutions in the US, Italy, and France with alopecia after chemotherapy.  98 of these (25%) were ultimately reported as cases of persisting chemotherapy-induced alopecia, and another 94 (24%) were identified as cases of endocrine-induced alopecia after chemotherapy.   In these later cases, patients had full hair regrowth after chemotherapy but prior to endocrine therapy.   Another 193 patients (50%) who were initially reported with alopecia after chemotherapy were ultimately excluded from the study as not diagnosable with persisting chemotherapy-induced alopecia or endocrine therapy-induced alopecia after chemotherapy.   Thus, only 25% of the cases initially reported with alopecia after chemotherapy were ultimately considered to be chemotherapy-induced persisting alopecia.

79. Of these, 18 of 98 (18%) received chemotherapy regimens that did not include any taxane.  13 (13%) received Cyclophosphamide, Methotrexate, and Fluorouracil (CMF),

---

[47] Freites-Martinez, Azael, et al. "CME Part 2: Hair disorders in cancer survivors: Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery." Journal of the American Academy of Dermatology (2018) at 6.

[48] Freites-Martinez 2019. Freites-Martinez 2019. Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728.

[49] Id. at E4. Id. at E4. Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728.

and another 5 (5%) received Busulfan, Vincristine, Carboplatin, Lomustine, and/or Adriamycin.   80 received chemotherapy regimens that included taxanes.   Such regimens typically also include Carboplatin, Adriamycin, and/or Cyclophosphamide. 47 of these patients (59%) had received Taxol, while only 31 of 80 (39%) had received Taxotere.  Thus, Taxol was associated with more reports of PCIA than Taxotere.

80. In addition, the study found an overall moderate to significant clinical improvement in 36 of 54 patients identified as having persisting chemotherapy-induced alopecia who were treated with topical minoxidil and/or oral spironolactone.  This suggests that many if not most cases of persisting alopecia following chemotherapy can be successfully treated.

81. Both Taxol and Taxotere are approved for adjuvant breast cancer treatment only in combination with other chemotherapy agents, which may cause hair loss.  Moreover, adjuvant chemotherapy is almost always administered in conjunction with surgical treatment and/or radiotherapy, which may also result in persistent or permanent hair disorders.   As such, individual reports and isolated retrospective analyses are inadequate to establish causation in cases of persisting hair disorders among cancer survivors.

82. Literature attributing long-term hair loss to chemotherapy describes this as a rare event associated with nearly all chemotherapy agents.  Though rare, it is not new.  This literature has been published since at least the 1980s.  Literature reporting grade 4 ("non-reversible") alopecia with a regimen including Adriamycin (but not Taxotere or Cyclophosphamide) was published as early as 1998.[50]  Literature reporting long-term hair loss following adjuvant breast cancer treatment with Cyclophosphamide was published as early as 1991, describing patients treated as early as 1976.[51]  These reports include patients treated before Taxotere entered the market.

83. Trichologic medicine as a specialty has grown tremendously during this time period.

---

[50] Northfelt, Donald, et al. "Pegylated-Liposomal Doxorubicin Versus Doxorubicin, Bleomycin, and Vincristine in the Treatment of AIDS-Related Kaposi's Sarcoma: Results of a Randomized Phase III Clinical Trial."  Journal of Clinical Oncology 16.7 (1998): 2445-2451; see also WHO Handbook for Reporting Results of Cancer Treatment. World Health Organization (1979) at 17-18.

[51] Berglund 1991. Berglund 1991. Berglund, Gunilla, et al. "Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients." European Journal of Cancer 27.9 (1991):1075-81.

When I began treating patients for hair loss in the 1980s, very few dermatologists in the world treated hair loss, and very few treatments were available.   Those that were available were surgical options.  Consequently, few patients sought treatment for hair disorders, and many hair disorders were not widely reported, documented, or studied.  Hair disorders were not well understood.  Of course, people did experience hair disorders at this time—including incomplete hair regrowth following chemotherapy treatment.  In reality, in the 1980s and before, many people lived with significant hair loss that today might be studied and treated, but did not seek medical care or even report it at the time due to limited treatment options.

84. As new hair loss treatments became available, more patients sought treatment for hair disorders.   In turn, more physicians saw and treated patients for hair loss, more dermatologists invested time and resources developing specialty in this area, and research and publication on hair loss disorders grew dramatically.   Trichologic medicine grew rapidly throughout the 1990s and 2000s.  One cannot compare the field of hair loss dermatology in the 1980s and before to today.  I began training my first hair fellow specifically in trichologic medicine in 1999, and since that time have trained more than 30 hair fellows in this specialty, each for at least a full year of training.

85. Given the rapid changes and growth in trichologic medicine over the last 30+ years, there has been an exponential growth in the number of publications on hair disorders. An increase in publications on PCIA does not indicate that PCIA did not occur decades ago.

86. The growth of available hair loss treatments, the number of patients seeking such treatment, and the number of dermatologists specializing in, studying, and publishing on hair disorders is one aspect of why reports of incomplete hair regrowth following chemotherapy may have increased since the 1980s.  This is true, even though the chemotherapy drugs associated with incomplete hair regrowth were in use for decades before that.

87. For example, the agent Busulfan has been used since the 1950s to treat bone marrow

cancers.[52]  Reports of incomplete hair regrowth following Busulfan treatment began emerging in the 1980s, and since that time it has been frequently associated with such cases.  This does not mean no cases of incomplete hair regrowth following Busulfan treatment occurred prior to the 1980s, and there is no reason to suspect that is the case.  The same is true of other agents such as doxorubicin and cyclophosphamide.

88. Another reason reports of incomplete hair regrowth following chemotherapy may have increased in recent years is the increased use of hormone-suppressing drugs following chemotherapy for adjuvant breast cancer treatment.  Use of such drugs following chemotherapy has become more common and longer-lasting in the last two decades.   Development of targeted breast cancer treatments using hormone-suppressing drugs began in the 1970s, at the same time taxanes were being developed.[53]  In 1998, research revealed significant survival advantages with long term use of tamoxifen for adjuvant breast cancer treatment.[54]  Arimidex was approved for adjuvant breast cancer treatment in 2002.[55]  Letrozole was approved for extended adjuvant breast cancer treatment in 2004.[56]  Since that time, it has been standard of care to prescribe such drugs for at least 5 years following chemotherapy in hormone-receptor positive breast cancers.[57]  Since approximately 2014, standard of care has included 10 years of endocrine therapy.[58]

89. These hormone-suppressing drugs, or endocrine therapies, are known to suppress hair growth.  Because endocrine therapies operate hormonally, unlike chemotherapy, they are known to suppress hair growth most prominently in androgen-dependent areas of the scalp, causing a presentation of pattern hair loss similar to androgenetic alopecia.

---

[52] Begna 2016 Begna, K. et al. "Busulfan for the treatment of myeloproliferative neoplasms: the Mayo Clinic experience." Blood Cancer Journal 6 (2016): e427; *see also* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=009386 (FDA approved Busulfan in 1954).

[53] Jordan 2014 at 3. Jordan 2014 at 3. Jordan, V. Craig. "Tamoxifen as the First Targeted Long Term Adjuvant Therapy for Breast Cancer." Endocrine Related Cancer 21.3 (2014): R235-R246.

[54] Jordan 2014 at 3. Jordan 2014 at 3. Jordan, V. Craig. "Tamoxifen as the First Targeted Long Term Adjuvant Therapy for Breast Cancer." Endocrine Related Cancer 21.3 (2014): R235-R246.

[55] https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2002/20541se1-010ltr.pdf;

[56] https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2004/20726s011ltr.pdf

[57] *See, e.g.,* NCCN Guidelines v.1 2004 for Adjuvant Hormonal Therapy (BINV-E).

[58] *See, e.g.,* NCCN Guidelines. v.1 2014 for Adjuvant Hormonal Therapy (BINV-J).

Up to 25% of patients who receive endocrine therapy for adjuvant treatment of breast cancer may experience long-term hair loss.[59]  Endocrine therapy may cause hair loss in patients who have never received chemotherapy, as well as patients whose hair has regrown following chemotherapy.[60]  Because of this known association, where endocrine therapy is initiated before hair regrows following chemotherapy, it may also be responsible for halting or slowing regrowth.  Endocrine-induced alopecia following chemotherapy can present as grade 2 alopecia.[61]

90. Use of these drugs for many years following chemotherapy, which has become standard of care since the late 1990s, may help explain why reports of incomplete hair regrowth following chemotherapy have increased during this time.  This use may also help explain why many reports of incomplete hair regrowth following chemotherapy describe the condition as presenting in a pattern similar to androgenetic alopecia, even though chemotherapy does not affect androgen-dependent areas of the scalp differently than other areas.

91. In addition, use of endocrine therapy specifically for breast cancer may help explain why reports of long-term hair loss following chemotherapy treatment are most common in the breast cancer setting.  These endocrine therapies are indicated exclusively for breast cancer treatment.[62]  By contrast, most cytotoxic chemotherapy agents are indicated for treatment of multiple types of cancer.  For example, in addition to breast cancer, Taxotere is indicated for treatment of non-small cell lung cancer (NSCLC), castration-resistant prostate cancer (CRPC), gastric adenocarcinoma (GC),

---

[59] Freites-Martinez 2018 Freites-Martinez 2018 Freites-Martinez, Azael, et al. "Endocrine Therapy-Induced Alopecia in Patients With Breast Cancer." Journal of the American Medical Association Dermatology 154.6 (2018): 670-675.

[60] Freites-Martinez 2019 Freites-Martinez 2019 Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728.

[61] Id. Id. Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728.

[62] See, e.g., https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=fa87c1c2-f58b-4a12-a658-a957ae7e522d (2018 Tamoxifen label); https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/020541s031lbl.pdf (2018 arimidex label); https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/020726s035lbl.pdf (2018 letrozole label).

and squamous cell carcinoma of the head and neck cancer (SCCHN).[63]   A chemotherapy agent causes hair loss in the same way no matter what type of cancer it is used to treat.  Yet the vast majority of cases of incomplete hair regrowth following chemotherapy described in medical literature are reported in the breast cancer context. The use of endocrine therapies, which are known to suppress hair regrowth, predominantly in the breast cancer context may help explain this disparity.

92. Yet another reason reports of incomplete hair regrowth following chemotherapy may have increased in recent years is the fact that cancer treatments overall have become more effective, allowing patients to live longer.  The longer a patient lives after cancer treatment, the longer side effects may persist.  Before the development of life-extending cancer treatments over the last several decades, including Taxotere, many patients may not have lived long enough to experience long term side effects.

93. At the same time, improved cancer treatments have improved patients' chances and expectations of cancer survival.  As more patients expect to survive for years after cancer treatment, concern about potential long term effects increases.  Patients confident in long-term survival are also more likely to seek and invest in hair treatments, which in turn increases reports and interest in incomplete hair regrowth after cancer.

94. While Taxotere, like nearly all chemotherapies, does cause alopecia, it has not been proven to a reasonable medical probability that Taxotere itself causes permanent or irreversible alopecia.

95. Literature does not indicate that Taxotere has a greater association with persisting hair loss following chemotherapy than other chemotherapy agents.  Almost all cases of incomplete hair regrowth reported in literature follow treatment with multiple agents known to cause hair loss.  In such cases, it is impossible to attribute the hair loss or incomplete regrowth to any one specific drug.  I agree with Dr. Tosti that one can never make such a diagnosis "for any type of drug-induced hair loss."[64]  This includes telogen effluvium as well as persistent chemotherapy-induced hair loss.

96. Even among those dermatologists that consider persisting hair loss following

---

[63] Sanofi_06242623 (2018 Taxotere label).
[64] Tosti, A. Dep. Tr. 297:17-298:6 (Dec. 4, 2018).

chemotherapy a discrete form of alopecia, there is no consensus, evidence-based understanding of why or how chemotherapy could cause persisting hair loss. That is, there is no evidence of a biologically plausible mechanism of action for long-term hair loss caused by chemotherapy. It has been hypothesized that chemotherapy agents may in some cases damage stem cells in the hair follicle bulge, rendering the follicles unable to produce new hairs. This hypothesis has not been tested or confirmed by any controlled study.

97. If true, this stem cell theory suggests that hair loss would be diffuse, as chemotherapy affects follicles on all areas of the scalp. Further, if true, this theory would suggest that all chemotherapy agents associated with hair loss have the potential to cause persisting hair loss. All chemotherapy agents that cause hair loss do so by disrupting mitosis in fast-growing cells, including follicle stem cells. There is no evidence that some chemotherapy agents affect stem cells physiologically differently than others. Further, this theory would not explain why reports of persisting hair loss are more prevalent among breast cancer patients than other patients treated with cytotoxic chemotherapy, including taxanes.

98. There is also no medical consensus regarding the clinical or pathological presentation of persisting hair loss following chemotherapy. The medical literature that has considered persistent alopecia after chemotherapy has stated that persistent chemotherapy induced alopecia presents in a non-scarring fashion. Thus, to the extent any scalp biopsy showed scarring alopecia, it would not be a chemotherapy induced alopecia. In addition, there is not a pathological diagnosis that would definitively state that a person's alopecia is caused by a chemotherapy agent instead of some other cause.[65] In other words, unlike mesothelioma or other diseases with a known cause or a "fingerprint" cause, that does not exist pathologically for any purported chemotherapy induced alopecia.

99. Further, while the majority of literature describes persisting hair loss following chemotherapy as diffuse, some literature suggests that it can present in an androgenetic pattern. These inconsistent descriptions undermine the conception of persistent

---

[65] Yang, Xinyi, and Keng-Ee Thai. "Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil." Australasian Journal of Dermatology 57.4 (2016): e130-e132.

alopecia following chemotherapy as a distinct form of hair loss, and cast doubt on much of the literature reporting cases.

100.     Because chemotherapy does not operate hormonally, there is no reason that chemotherapy-induced alopecia of any type would present in an androgenetic pattern. Chemotherapy affects all areas of the scalp. It does not spare certain areas. I agree with Dr. Tosti's opinion that alopecia after chemotherapy is a "diffuse alopecia," not a "patterned alopecia."[66]

101.     Cases reported in literature as persisting hair loss following chemotherapy presenting in an androgenetic pattern are most likely cases of androgenetic or endocrine-therapy related alopecia. Hair loss presenting primarily at the temples, front, top, and vertex of the scalp is inconsistent both with the majority of literature describing long-term hair loss following chemotherapy and with the known mechanism of action of chemotherapy-induced alopecia (*i.e.*, anagen effluvium).

102.     Other cases cited by Dr. Tosti as evidence of persisting alopecia caused by Taxotere are not in fact cases of persisting alopecia. Clinical trials of chemotherapy drugs designed to test for efficacy in anticancer treatment do not reliably measure rates of rare dermatological conditions like persisting hair loss following chemotherapy. Such a condition could only be identified by the differential diagnosis of a qualified dermatologist, after ruling out all other possible causes and types of alopecia.

103.     The TAX 316 and GEICAM 9805 (TAX 301) Clinical Study Reports cited by Dr. Tosti do not report cases of persisting hair loss following chemotherapy treatment. The clinical studies only capture cases of "ongoing" alopecia following treatment with Adriamycin and Cyclophosphamide, with or without Taxotere. According to the interim clinical study report for TAX 316, "ongoing" does not indicate that alopecia has persisted for any given duration, but that the patient's alopecia had not resolved at the time of last follow-up for the adverse event. Follow-up with patients in clinical trials may be discontinued at any point during the trial for a variety of reasons, including exposure to additional medications that would confound study results, noncompliance of patient with follow-up, recurrence of cancer, patient death, etc.

104.     It is clear that not all cases of "ongoing" alopecia reported in Taxotere clinical

---

[66] Tosti, A., Report at 6 (Oct. 21, 2019).

trial study reports consisted of alopecia persisting more than six months after chemotherapy. For example, patient 15002 in the TAX 316 study was followed for alopecia for less than six months. Patient 15002 was placed in the TAC "arm" of the study and received her first chemotherapy treatment on August 26, 1998. *See* Sanofi_05503622. Patient 15002 developed alopecia as an adverse event. On November 3, 1998, the patient was no longer followed for alopecia, as noted in her case report forms. *See* Sanofi_05503641. In the Follow-Up Clinical Adverse Experiences Report, alopecia was marked with "3: no longer followed due to new chemotherapy regimen started." Patient 15002 was not only followed for alopecia for less than six months after her last chemotherapy treatment, but she was no longer followed for alopecia less than six months from her *first* chemotherapy treatment. This is one example of why it is inappropriate to lump all of the reports of "ongoing" alopecia from the clinical studies without a review of each of the individual patient's records.

105.    I have also been asked to review a set of reports that Plaintiff's experts, Dr. Madigan and Dr. Kessler, identified as reports of permanent hair loss following treatment with Taxotere and rely upon for their general causation opinions. Dr. Madigan identified reports in the FDA Adverse Event Reporting System (FAERS) by searching for reports that had (1) Taxotere as a drug, (2) alopecia as an adverse event, and (3) disability or permanent damage as the outcome. Dr. Madigan included any report that hit on his three criteria in his analysis and opinion. Dr. Madigan, Dr. Kessler, nor any other Plaintiff expert reviewed the reports to ensure Dr. Madigan's methodology was appropriate and it was capturing cases of permanent hair loss. Dr. Madigan identified six reports in the FAERS database by the time Ms. Thibodeaux received Taxotere. After reviewing the six reports, it is clear these are not reports of permanent alopecia. While all six reports note the patient had alopecia as an adverse event, there is nothing in the individual report narratives that indicate that the patients had permanent hair loss following Taxotere. This further emphasizes why it is important to analyze each patient individually and provide a differential diagnosis by a qualified dermatologist.

106.    Because many women take hormone-suppressing endocrine therapies such as Tamoxifen and Aromatase Inhibitors after chemotherapy and those are known to

cause alopecia and hair thinning in an androgenetic pattern, long-term endocrine therapy is another complicating factor in determining whether an individual woman's persistent alopecia is caused by chemotherapy or some other factor.

107.    Pathology reflecting greater hair density at the back and sides of the scalp than on the top of vertex is likewise inconsistent with any diagnosis of chemotherapy-induced alopecia.  Such pathological findings are indicative of androgenetic alopecia.

## V.    Opinions on Cynthia Thibodeaux's Hair Loss

108.    It is my opinion to a reasonable degree of medical probability that Ms. Thibodeaux is experiencing central centrifugal cicatricial alopecia (or "CCCA"), androgenetic alopecia (or "AGA"), and traction alopecia.  My opinion is that Ms. Thibodeaux is likely to have had the initial stages of these alopecias before her chemotherapy.  It is also my opinion that Ms. Thibodeaux's long-term use of Tamoxifen has contributed to her hair loss.

109.    If chemotherapy was a factor associated with some portion of Ms. Thibodeaux's hair loss, it cannot be determined what portion if any of her present hair loss is associated with chemotherapy, much less any particular chemotherapy agent. Ms. Thibodeaux lost her hair while taking Gemzar, Avastin and Taxotere, all of which are associated with hair loss.  She then immediately received four more cycles of Avastin along with Adriamycin and Cytoxan, cytotoxic agents also associated with hair loss.  After that, she continued to take Avastin for eleven more months. Altogether, Taxotere represented approximately 1% of the dosage of Ms. Thibodeaux's chemotherapy.  No hair loss of any kind can be specifically attributed to Taxotere.

| Drug | Total Dosage |
|------|-------------|
| Adriamycin | 548 mg |
| Avastin | 25,618mg |
| Gemzar | 11,355mg |
| Taxotere | 679mg |
| Cytoxan | 5,498mg |
| Tamoxifen | 70,000 mg |

110.    Other factors in Ms. Thibodeaux's medical history potentially associated with her alopecia include hypothyroidism and 10 years of endocrine therapy.  Her age,

genetics, post-menopausal status, and hair care practices may also have played a part.

111.     Ms. Thibodeaux is a 73 year-old African-American woman. She was diagnosed with cancer in her right breast in January 2008 at the age of 61.[67] Ms. Thibodeaux underwent surgery, chemotherapy and radiation therapy. Her chemotherapy was given as part of the clinical trial NSABP B-40. She received three phases of Adriamycin, Avastin, Gemzar, Taxotere, and Cyclophosphamide from February 12, 2008 to June 10, 2009—sixteen months total. Ms. Thibodeaux also underwent three breast surgeries and 33 treatments with radiation therapy. General anesthetic administered during each surgery can also be associated with alopecia. Finally, Ms. Thibodeaux took ten years of Tamoxifen 20mg daily, a drug known to cause pattern alopecia similar to Ms. Thibodeaux's. Altogether she took Tamoxifen approximately 3,650 times for total of some 73,000 milligrams.[68]

112.     Notations of hair loss in Ms. Thibodeaux's medical records do not support a finding of persisting hair loss caused by Taxotere. Ms. Thibodeaux lost her hair during initial chemotherapy, as expected. Ms. Thibodeaux's oncology nurse noted "alopecia grade 1" throughout her first eight cycles of treatment (with Avastin, Gemzar, and Taxotere in combination followed by Adriamycin, Cytoxan, and Avastin in combination).[69] After the first eight cycles and Ms. Thibodeaux's three breast surgeries, she continued Avastin and also underwent radiation therapy. At this time, both the nurse and Ms. Thibodeaux's oncologist, Dr. Larned, noted that her hair was growing back approximately five months after her last treatment with Adriamycin and Cytoxan.[70] Approximately six months after that last treatment, the nurse reported "alopecia, resolved" but that Ms. Thibodeaux continued to wear a wig due to the length of her hair.

113.     During phase I of Ms. Thibodeaux's chemotherapy treatment, the NSABP protocol nurse noted that she had grade 1 alopecia. After phases I and II of her chemotherapy, Ms. Thibodeaux told her oncologist and clinical trial nurse that her hair

---

[67] Ochsner Health System 556-557.
[68] Ochsner Health System 599-606, 667-674, 764-767, 1045-1050, 1070-1075, 1194-1199, 1265-1266.
[69] Ochsner Health System 635, 646, 680, 714.
[70] Ochsner Health System 1030-1031, 1036.

was growing back.  On January 4, 2009 Ms. Thibodeaux told her clinical trial nurse that her hair was continuing to grow back and the NSABP protocol nurse noted: "alopecia, resolved."[71]  On February 4, 2009, Ms. Thibodeaux advised the nurse that her hair was "continuing to grow back," but because "it remains too short" she did not yet feel comfortable not wearing a wig.[72]   Ms. Thibodeaux was prescribed Tamoxifen daily for ten years and began taking it in February 2009,[73] and she contends that she did not see any more improvements to her hair regrowth after she started taking Tamoxifen.[74]  After chemotherapy, Ms. Thibodeaux did not mention hair loss again to her medical oncology staff, though they continued to meet.[75] After February 2009, the only medical record mentioning hair loss in the following 10 years was an August 2, 2011 surgical oncology record reporting that Ms. Thibodeaux denied "hair loss."[76]  This is true, despite the fact that Ms. Thibodeaux saw a dermatologist in 2010, 2013, and 2015 for skin tags, itching and rash, moles, and dark areas on her face and ears and nail fungus.  She did not complain about or seek treatment for hair loss at any of these visits.[77]

## K.  Dermatology complaints and treatment

114.      At Ms. Thibodeaux's request, Dr. Fayne St. John, referred Ms. Thibodeaux to Dr. Danna, Ms. Thibodeaux's dermatologist, on several occasions.  In August 2010, Ms. Thibodeaux told Dr. St. John she "would like to get into dermatology to have a couple of facial moles removed," and otherwise she had "no complaints."[78]  About a month later, Ms. Thibodeaux met with Dr. Danna for the first time, on September 22, 2010.  Ms. Thibodeaux complained to Dr. Danna about "moles on her face," which had been present since approximately 2005.  Dr. Danna's opinion was that treatment

---

[71] Ochsner Health System 1038.
[72] Ochsner Health System 1054.
[73] Ochsner Health System 404-412, 1061.
[74] Thibodeaux Dep. 394:20-23.
[75] Breaux Dep. 65:18-25, 66:3-16.
[76] Ochsner Health System 1512-1514 ("skin- denies any redness, swelling, increase warmth of skin, denies any rash, lesion or hair loss").
[77] Thibodeaux Dep. 276:13-19.
[78] Ochsner Health System 1423-1427.

was unnecessary.[79]  Ms. Thibodeaux never complained of—or even mentioned—her hair or hair loss to Dr. Danna.  Accordingly, Dr. Danna never physically examined Ms. Thibodeaux's hair and scalp nor did he offer any treatment options.[80]  Ms. Thibodeaux again sought a referral from Dr. St. John to Dr. Danna to address a mole on her face in May 2013 ("Does have one request, would like to get back into Dermatology, Dr. Danna, to have large mole on right side of face removed").[81]  Dr. Danna saw Ms. Thibodeaux in June 2013, and asked Dr. Danna for treatment of the mole on her cheek and for skin tags.  After a biopsy of the mole was taken, Dr. Danna told Ms. Thibodeaux that further treatment, including skin tags, was unneeded.  Ms. Thibodeaux did not complain about her hair or request treatment for her hair.

115.    In June 2014, at her yearly hypothyroidism and health check-up with Dr. St. John, Ms. Thibodeaux complained only of "itching and rash on [the] right side of [her] neck[.]"[82]  Ms. Thibodeaux also told Dr. St. John about "some hyperpigmented areas" on her face.[83]  Dr. St. John diagnosed Ms. Thibodeaux with contact dermatitis, gave her a Kenalog injection, and prescribed her Lidex cream.  Ms. Thibodeaux did not mention her hair or ask if there was any potential treatment.[84]

116.    A year later—in June 2015—Ms. Thibodeaux "follow[ed]-up on her hypothyroidism and contact dermatitis" with Dr. St. John.[85]  Ms. Thibodeaux stated that her Tamoxifen use was resulting in "hyperpigmented splotching on [her] face."[86]  Because of the hyperpigmentation on her face and ears, Ms. Thibodeaux again sought a referral to Dr. Danna.[87]  When Ms. Thibodeaux met with Dr. Danna, Ms. Thibodeaux sought treatment for "dark colored patches on both ears for several years" and "irregular dark areas on her face."  Dr. Danna suggested  the hyperpigmentation was due to "friction, hormones, and sun exposure" and said "no treatments are very

---

[79] Danna Dep. 40:7-21.
[80] Danna Dep. 46:16-21, 47:5-12.
[81] Ochsner Health System 50-57, 84-91.
[82] Ochsner Health System 162-169, 245-253.
[83] *Id.*
[84] *Id.*
[85] Ochsner Health System 245-253.
[86] *Id.*
[87] Ochsner Health System 302-307.

effective for this condition in this location." Ms. Thibodeaux did not mention her hair loss or ask for treatment.[88]

117.     In January 2016, Dr. St. John saw Ms. Thibodeaux for "nail fungus" on Ms. Thibodeaux's toenails.[89] Dr. St. John presented Ms. Thibodeaux with available treatment options including topical treatments and oral medication. She chose the topical treatment Jublia. Ms. Thibodeaux did not mention her hair loss or ask for treatment.

118.     On January 5, 2018, after filing her lawsuit and a month prior to the deposition of Dr. St. John, Ms. Thibodeaux first mentioned that she had hair loss to Dr. St. John.[90] Ms. Thibodeaux told Dr. St. John that she was "involved in a lawsuit against the pharmacy company, which manufactured Taxotere, her first chemotherapy agent, as a result of permanent hearing [sic] loss, which she had after this chemotherapy.  She notes that apparently the physicians were not even aware of this side effect, so the lawsuit is actually against the company, not physicians."[91] Thus, in Dr. St. John's notes, he listed the following: "SKIN AND OTHER: Pertinent for total alopecia, status post initial chemotherapy with Taxotere."[92]  Dr. St. John, however, never looked at or examined Ms. Thibodeaux's hair or scalp.[93] Instead, Dr. St. John's record notes. "The patient does have a wig in place."[94] Although the record notes under "ROS" (Review of Symptoms) – "total alopecia," the entry is based on Ms. Thibodeaux's complaint alone.[95]  Ms. Thibodeaux had her next appointment on August 31, 2018. The record for that appointment notes, "positive for alopecia since breast chemotherapy" and "The patient does have a wig in place."[96]  On January 17, 2019, at the next appointment, Ms. Thibodeaux's record does not note alopecia.[97] Dr. St. John has never

[88] *Id.*
[89] Ochsner Health System 322-330.
[90] Ochsner Health System 3174-3196, 3300-3319; St. John Dep. 15:22-24, 77:7-12.
[91] St. John Dep. 96:24-97:7 (the record should state "hair loss," not "hearing loss"); St. John 392-417.
[92] St. John 392-417; Ochsner Health System 3174-3196, 3300-3319.
[93] St. John Dep. 97:24-98:5.
[94] St. John 392-417; Ochsner Health System 3300-3319.
[95] St. John Dep 101:2-15.
[96] Ochsner Health System 3174-3196.
[97] Ochsner Health System 3300-3319.

examined—or even seen—Ms. Thibodeaux's scalp or hair.[98] Nor has Ms. Thibodeaux ever questioned Dr. St. John about anything related to treating her hair.[99]  Ms. Thibodeaux has never asked any doctor about hair regrowth.[100]

119.     Ms. Thibodeaux has a family history of hair loss.  Her brother exhibits androgenetic hair loss, and her mother shows hair thinning.  She has no other siblings and there are no photographs of her father beyond his youth.

**L.  Post-chemotherapy photos:**

120.     Ms. Thibodeaux has produced no photographs of her hair during the 8-year period after her chemotherapy – from 2008 to August 2016 -- and, as set forth above, there are no medical records reflecting the condition of her hair at any time.  The first photographs were taken on August 29, 2016, in response to this litigation.  Ms. Thibodeaux testified that she currently has the most amount of hair in the back and on the sides, and the front and crown have the least amount of hair.[101] Ms. Thibodeaux or her husband, Frank Williams, cuts her hair every couple of months.  If Mr. Williams is home, he shaves Ms. Thibodeaux's hair with a razor because. although the hair doesn't get too long, its thickness can create problems with Ms. Thibodeaux's wig.[102] If Mr. Williams is not home, Ms. Thibodeaux cuts her hair with scissors.[103] Whether Ms. Thibodeaux would have more hair coverage based on different hair styles is unclear because she cuts her hair every couple of months.

M.  **Clinical Presentation**

121.     Dr. Love examined Ms. Thibodeaux's scalp and observed "normal hair density" on the back and the sides of the scalp.  Her conclusion was that Ms. Thibodeaux experienced hair loss from either androgenetic alopecia or CCCA.  She also observed a patch of hair loss with the "fringe sign" which she concluded was traction alopecia.  Dr. Love also noted "eyebrow and eyelash hair normal."

---

[98] St. John Dep. 108:15-109:15.
[99] Thibodeaux Dep. 362:13-17.
[100] Thibodeaux Dep. 418:18-21.
[101] Thibodeaux Dep. 459:4-460:11.
[102] Thibodeaux Dep. 482:19-483:12. Dep 483
[103] Thibodeaux Dep. 517:23-518:3.

122.     Dr. Tosti's clinical observations support a diagnosis of androgenetic alopecia and suggest hair loss related to Ms. Thibodeaux's Tamoxifen use.  Dr. Tosti observed that Ms. Thibodeaux's hair loss was "clearly more prominent on androgen dependent scalp (crown area)."  This finding supports a diagnosis of androgenetic alopecia. Chemotherapy does not operate hormonally, anagen effluvium does not present as pattern hair loss, and there is no known medical reason why chemotherapy would cause an androgenetic pattern of hair loss.  Tamoxifen does operate hormonally and is well-understood to cause hair loss in an androgenetic pattern, so this finding also suggests that Tamoxifen may have contributed to Ms. Thibodeaux's hair loss.

123.     Dr. Tosti also observed "non-scarring alopecia, reduced follicular density and variability in the hair shaft diameter." These observations further support a diagnosis of androgenetic alopecia and/or hair loss related to Tamoxifen.  These findings are consistently associated with androgen-influenced hair loss, especially on trichoscopy.[104]

124.     Dr. Tosti reported observing eyebrow loss and cited this in support of finding persisting chemotherapy-induced hair loss, but her clinical photograph of Ms. Thibodeaux's face shows that eyebrows are present and within normal limits.  In fact, photographs prior to the chemotherapy show asymmetry in that the left eyebrow had less hair in the medial area which is still visible in Dr. Tosti's clinical photographs.

**N.  Trichoscopy**

125.     The trichoscopic photographs produced by Dr. Tosti are consistent with diagnoses of CCCA, traction alopecia and androgenetic alopecia.  Based on my experience reviewing trichoscopy in clinical practice, in my opinion several of Ms. Thibodeaux's trichoscopic photographs present with scarring alopecia.  When comparing areas of more sparse hair (i.e., the top and crown) vs. more thick hair (i.e., the back), there are empty spaces in the areas of more sparse hair suggestive of a scarring process.

---

[104] Rudnicka, Lydia, et al., eds.  Atlas of Trichoscopy: Dermoscopy in Hair and Scalp Disease. Springer pub., 2012 ISBN 978-1-4471-4485-4.



Trichoscopy of the top of Ms. Thibodeaux's scalp.  Presentation suggests scarring, consistent with CCCA. Variable hair shaft density and reduced number of hairs per follicle (one or two) can also be observed, consistent with androgenetic and/or Tamoxifen-related hair loss.



Trichoscopy of the back of Ms. Thibodeaux's scalp.  More follicles, and more hairs per follicle, are evident when compared with the top of Ms. Thibodeaux's scalp.  This is consistent with androgenetic alopecia and Tamoxifen-related hair loss.

126.    In dark scalp like Ms. Thibodeaux's, trichoscopy of androgenetic alopecia is characterized primarily by hair shaft variability.  As in Caucasion scalp, androgenetic alopecia is also characterized by a reduction in the number of hairs per follicle.  The

peripilar sign is less common in trichoscopy of dark scalp than in Caucasian scalp, possibly because it is more difficult to identify in dark skin. Although white dots may be regularly distributed in cases of androgenetic alopecia, regular white dots would not be expected where scarring alopecia is also present. I agree with Dr. Tosti that women of African descent, like women of all ethnicities, are often affected by more than one hair disorder, and that there is particularly frequent overlap between androgenetic alopecia and CCCA.[105] Ms. Thibodeaux's trichoscopy of the top of her scalp shows more than 20% hair shaft variability and an absence of white dots, consistent with co-existing androgenetic alopecia and CCCA.



Trichoscopy of androgenetic alopecia showing variability in hair shaft diameters and a reduction in the number of hairs per follicle to one or two.

---

[105] Yin, Natalie C. and Antonella Tosti. "A Systematic Approach to Afro-Textured Hair Disorders Dermatoscopy and When to Biopsy." Dermatol Clin 32 (2014): 145-151.

127.     A primary feature of trichoscopy of dark scalp is the presence of pinpoint white dots, which correspond to both sweat gland ducts and follicular openings.[106] Typically, white dots are regularly distributed in normal scalp and with certain hair disorders, and are irregularly distributed with certain other hair disorders.  An absence or reduction of white dots has been specifically described in certain scarring alopecias among patients with dark scalp, but has not been described for chemotherapy-induced alopecia of any duration.  An irregular distribution of white dots suggests a reduction in the overall number of follicular units.  Because white dots are associated with both sweat gland ducts and follicular openings, a reduction or absence of white dots suggests that alopecia is scarring.

128.     CCCA is a common cause of scarring alopecia among African-American women.  Trichoscopy of CCCA is characterized by an irregular distribution of pinpoint white dots, grey-white halos, hair shaft variability, an increase in vellus-like hairs in proportion to terminal hairs, and a reduction in the number of hairs per follicle to one or two.[107]  Ms. Thibodeaux's trichoscopy shows an absence of white dots, suggesting scarring alopecia.  Ms. Thibodeaux's trichoscopy further features hair shaft variability, vellus-like hairs, and one to two hairs per follicle.  Images of her scalp resemble images of CCCA, and support a diagnosis of CCCA in addition to androgenetic alopecia.

---

[106] Yin, Natalie C. and Antonella Tosti.  "A Systematic Approach to Afro-Textured Hair Disorders Dermatoscopy and When to Biopsy." Dermatol Clin 32 (2014): 145-151; Ardigo, M. et al. "Reflectance confocal microscopy can differentiate dermoscopic white dots of the scalp between sweat gland ducts or follicular infundibulum." British Journal of Dermatology 164 (2011): 1107-1124.

[107] Ocampo-Garza, Jorge and Antonella Tosti.  "Trichoscopy of Dark Scalp."  Skin Appendage Disorders 5 (2019): 1-8.



Trichoscopy of CCCA showing irregular white dots, hair shaft variability, vellus-like hairs, and one or two hairs per follicle.

129. Dr. Tosti did not take any trichoscopic images of the regions above the bilateral ears with the fringe sign, which appear to be affected by traction alopecia.

130. Dr. Tosti's trichoscopy does not support a diagnosis of chemotherapy-induced alopecia. There are no consensus features observable on trichoscopy of persistent alopecia following chemotherapy. Dr. Tosti's report notably does not include any example of trichoscopy of persistent chemotherapy-induced alopecia.

**O. Biopsy**

131. Dr. Tosti took two biopsies of Ms. Thibodeaux's scalp, one from the center/top and one from center/vertex – the areas of most advanced hair loss. No biopsy was taken from the occiput, where hair density appeared normal. Such a biopsy would help contrast areas of hair loss from normal scalp.

132. The medical literature that has considered persistent alopecia after chemotherapy describes it as non-scarring.[39] Thus, a scalp biopsy showing scarring alopecia would not be chemotherapy-induced alopecia.

a. **Pathology Report – Dr. Smart:**

133. Dr. Smart's pathology indicates scarring alopecia on the top of Ms. Thibodeaux's scalp. Absence of sebaceous glands, peri-follicular fibrosis and reduction in the number

of follicles are diagnostic of scarring alopecia. This is consistent with a finding of cicatricial alopecia, such as CCCA.

134. Dr. Smart's pathology of Biopsy B shows notably increased number of hairs and the presence of sebaceous glands, indicating a non-scarring alopecia such as androgenetic alopecia. However, the premature desquamation of one inner root sheath suggests there may be an early CCCA evolving.

### b. **Pathology Report – Dr. Thompson**

135. Dr. Thompson's report did not find scarring. However, Dr. Thompson's report does not mention whether sebaceous glands are present. The fact that he does not mention that they are present would suggest they are absent. Most pathology reports of the scalp mention the presence or absence of sebaceous glands. If absent, this would indicate scarring alopecia/CCCA.

136. Dr. Thompson's report also shows a difference in hair counts and in the terminal:indeterminate/vellus ratio between Biopsies A and B. This is suggestive of a more advanced androgenetic process in Biopsy A.

137. In addition, Dr. Thompson's failure to examine the papillary or superficial reticular dermis makes his conclusion of follicular loss unreliable. There may be vellus/intermediate follicles in the upper dermis that were missed in his analysis. This may be particularly true in an androgenetic process where vellus/intermediate hairs are located at a much higher level.[108]

138. In addition, Dr. Thompson's expert report states that he observed "permanent follicular loss," and cites that as a basis to rule out female pattern hair loss (androgenetic alopecia), endocrine-therapy induced hair loss, chronic or acute telogen effluvium, anagen effluvium, and other types and causes of hair loss. Dr. Tosti also cites "loss of hair follicles" and reduction in the number of hair follicles as bases to exclude androgenetic alopecia and other forms of hair loss. Findings of follicular loss or "permanent follicular loss" are inconsistent with a finding of non-scarring alopecia. Permanent follicular loss is scarring. If a follicular opening is lost or destroyed, the scalp is scarred and hair loss is permanent. If follicular openings are present but no

---

[108] Shapiro, Jerry and Nina Otberg. Hair Loss and restoration 51-52 (2015).

hair is coming out, the follicles are not truly lost, but are empty or filled with stelae. In this case, Dr. Thompson's failure to examine the papillary and superficial reticular dermis undermines his ability to determine the true extent of follicular loss.

## VI.   **Differential Diagnosis**

139.     It is my opinion to a reasonable degree of medical probability that Ms. Thibodeaux's hair loss on the crown and top of her head is consistent with CCCA, androgenetic alopecia, and alopecia from hormonal therapy.

140.     Ms. Thibodeaux has additional factors associated with alopecia that likely contributed to her hair loss, including thyroid disorder and Synthroid medication, Vitamin D deficiency, age, being post-menopausal, and her hair care and styling practices.

141.     Despite reporting that her hair loss has persisted for over 11 years, Ms. Thibodeaux has not tried any potentially effective treatments, including minoxidil, which has helped many women improve hair growth in androgenetic pattern areas.  For potential CCCA, she might also potentially benefit from a topical steroid, corticosteroid injections, or topical tacrolimus ointment. Without trying potentially effective treatments over a sufficient time period, Ms. Thibodeaux's condition cannot be characterized as permanent or irreversible to a reasonable medical probability.  In my opinion, Ms. Thibodeaux's hair loss could improve or be slowed with appropriate treatment.

FIGURE X – LUDWIG SCALE



FIGURE X – SAVIN SCALE



FIGURE X – NORWOOD-HAMILTON SCALE



Jerry Shapiro, M.D.

December 16, 2019