# EXHIBIT 12

# the NEW DERMATOLOGY group

920-965-0345 (phone) · 920-273-6011 (fax) · 2021 S. Webster Ave, Green Bay, WI 54301

| | | | |
|---|---|---|---|
| Case #: | D16-001050 | Physician: Kevan Lewis, MD | Collected: 03/15/2016 |
| Patient Name: | Ambrosius, Carol | Location: 141 Siegler St | Received: 03/15/2016 |
| DOB: | | Green Bay WI, 54303 | Reported: 03/17/2016 |
| | | Referred by: Deidre Pribek, PA-C / Kevan Lewis, MD | |

## Dermatopathology Report
### Final

**Diagnosis**
A) SKIN, PUNCH, RIGHT PARIETAL SCALP: SCARRING ALOPECIA CONSISTENT WITH CENTRAL CENTRIFUGAL SCARRING ALOPECIA (PSEUDOPELADE OF BROCQ)

Electronically Signed By:

Kevan Lewis, MD
On 03/17/2016 03:27:20 PM CST

**Clinical History**
A) right parietal scalp r/o alopecia

**Gross Description**
A) Received in a formalin-containing bottle labeled with the patient's name and the anatomic site is a round piece of white/tan skin and adipose tissue measuring 0.3 x 0.3 x 0.5 cm. The measurements may not correspond to those in vivo as shrinkage from formalin fixation may occur. The specimen is bisected, and submitted in toto in one cassette.

**Microscopic Description**
A) Microscopic examination has been performed and is consistent with the above diagnosis.