# EXHIBIT 13

**DERMPATH DIAGNOSTICS**
RICHFIELD LABORATORY OF DERMATOPATHOLOGY

David R. Barron, M.D., Director
Ruth S. Kleier, M.D.
Hemella L. Sweatt, M.D.
Susan E. Kindel, M.D.
Colleen A. Sheridan, M.D.

**BOARD CERTIFIED DERMATOPATHOLOGISTS**
**9844 REDHILL DRIVE**
**CINCINNATI, OHIO 45242-5627**
PHONE (513) 745-8330 or (800) 541-8531
FAX (513) 745-8335

Alice A. Roberts, M.D
Molly D. Pierson, M.D.
Ian M. Rosenthal, M.D.

Date Received: 9/11/2017
Date Reported: 9/15/2017 11:30AM
Accession No: 17-143720-1
Submitted by DR: Strunk, R

Rebecca L. Strunk, PA-C
University Dermatology
Mallard Creek Medical Park
3006 Baucom Road Suite 100
Charlotte NC 28269

| Patient Name | Submitter Id | Birth Date/Age | Sex | Race | Surgery Date |
|---|---|---|---|---|---|
| Linda Gwinn | STRUNK | | F | | 9/07/2017 |

| Procedure | Tissue Site | Site Number |
|---|---|---|
| Micro Exam-* | Crown of scalp | |

**GROSS DESCRIPTION:** Punch biopsy of skin is inked for margins and submitted complete in one cassette with transverse sections taken. .4x.4x.4cm

**MICROSCOPIC EXAM:** There is a marked decrease in follicular structures with a follicular count of approximately 6. There is focal perifollicular fibrosis and premature desquamation of the inner root sheath. There is only a rare sebaceous gland visualized. The findings are consistent with a scarring alopecia. Numerous deeper cuts did not reveal interface vacuolopathy nor significant inflammation.
While the findings are not diagnostic, the diagnosis of central centrifugal cicatricial alopecia is favored. As the follicular count is markedly decreased, the potential for regrowth is greatly decreased.

**History/Clinical:** R/O alopecia non-scarring vs scarring

9/18/17 - pt. notified in office @ S/R [signature]

09/18/17 - Discussed results with pt. including the fact that I do not think ILS injections or topicals will [signature] JXJ.

**DIAGNOSIS:** Consistent with a near end stage scarring alopecia (see description)

ICD CODE: L66.9

** ELECTRONIC SIGNATURE(S) **
Hemella L. Sweatt, M.D.

MS/Y