# EXHIBIT 14

# Compass DERMATOPATHOLOGY

## PATIENT / SPECIMEN INFORMATION

LANGDON-SCIURBA, MARTHA

DOB: [redacted]  AGE: 63  SEX: Female

ACCESSION #: C13-01595

| Collected: | Received: | Reported: |
|---|---|---|
| 2/6/2013 | 2/7/2013 | 2/7/2013 |

## PHYSICIAN INFORMATION

PHILLIP H LEE, MD
Center for Advanced Dermatology
301 W. Huntington Drive, Suite 215
Arcadia, CA 91007
P: 626-446-4663 F: 626-821-9576

## DERMATOPATHOLOGY REPORT

### DIAGNOSIS:

**VERTEX SCALP-**
   SCARRING ALOPECIA

   NOTE: The changes are most likely those of an end stage manifestation of lichen planopilaris or central centrifugal cicatricial alopecia.

### CLINICAL HISTORY:

R/O SCARRING ALOPECIA (CENTRAL CENTRIFUGAL)

### MICROSCOPIC DESCRIPTION:

There is a decrease in the number of anagen follicles with perifollicular fibrosis surrounding a number of them. Some perifollicular inflammation and slight hypergranulosis are present.

### GROSS DESCRIPTION:

A tan 3x3x4 mm punch biopsy specimen, submitted as an alopecia biopsy, received in formalin was bisected vertically. One half was inked on this vertical cut side. The second half was bisected horizontally through the superficial fat. Ink was applied to both horizontal cut faces. All three pieces were submitted to be embedded inked faces down.

CPT CODES: 88305
ICD-9 CODES: 697

Antoanella Calame, MD, Electronically Signed (2/8/2013)

2/8/13 Pt. Notified and plan is reevaluation in 5 days. P. Lee

Pt. Has Appt 2/13/13 P. Lee

7300 Girard Ave. Ste. 104, La Jolla, CA 92037 Phone: 858-750-2983, Fax: 858-750-2984
Antoanella Calame, MD, Medical Director CLIA 05D2018656, Lab ID: CLF00340307

FINAL REPORT                                                              PAGE 1 OF 1