# EXHIBIT 16

# UC DAVIS DERMATOPATHOLOGY SERVICE

MAXWELL A. FUNG, MD, DIRECTOR
THOMAS H. KONIA, MD
MAIJA KIURU, MD, PHD

Linda Globerman, MD Signed on 03/07/2016 14:25:56

Department of Dermatology
3301 C Street, Suite 1450
Sacramento, California 95816
Phone: (916) 734-6373   Toll Free: (866) 323-9061   Fax: (916) 703-5159

UC DAVIS HEALTH SYSTEM

UC DAVIS SCHOOL OF MEDICINE

## Dermatopathology Report

| | | | |
|---|---|---|---|
| PATIENT NAME: | HAMILTON, NANCY A. | PATH NUMBER: | DS15-01795 |
| DOB: | [redacted] | Service: | 3/3/2015 |
| | | Received: | 3/5/2015 |
| Age/Sex: | 56 /F | | |
| Physician: | LINDA GLOBERMAN, M.D. | Reported: | 3/6/2015 |
| Physician Phone: | 949-753-1001 | Physician Fax: | 949-753-1115 |

**Clinical Data:** (+) Breast cancer last year. Chemo last year, ended 9/30/2014. Top head has grown hair, sides barely. R/O alopecia? Alopecia areata looking. R/O any scarring. Areas of alopecia (B) sides of scalp & front with tiny hairs in some of the pores. Hair growing, but very tiny hairs. See pictures, top of the head thick hairs, "turban looking loss".

## DIAGNOSIS:

A1   SKIN, SCALP - HORIZONTAL & VERTICAL (PUNCH BIOPSY)
      ALOPECIA AREATA, SEE NOTE.

A2   (PUNCH BIOPSY)
      ALOPECIA AREATA, SEE NOTE.

Note: Sebaceous glands are preserved in both specimens, against a superimposed scarring process. Interpretation is based on analysis of routine and transverse (horizontal) sections.

Thank you for sending the clinical images.




**Specimen:**   A1   SKIN, SCALP - HORIZONTAL & VERTICAL.
                A2   SKIN

Linda Globerman MD
16300 Sand Canyon Ave Ste 612
Irvine, CA 92618

Hamilton, Nancy A.                          Page 1 of 2

## Gross

A1  Received in formalin, cylindrical skin segment, 0.3 x 0.4 cm, bisected, entirely submitted in 1 block.jf

A2  Received in formalin is a punch biopsy, measuring 0.3 x 0.3 cm, sectioned horizontally (transverse) at the level of the mid-dermis, inked blue on the cut sides, and processed in 1 block.jf

## Microscopic Description

A1  Transverse sections show follicular miniaturization associated with peribulbar lymphocytic infiltrates, and preservation of follicular unit architecture and sebaceous glands.

A2  Routine sections show peribulbar lymphocytic infiltrates as per "A."

ICD9:  A1. 704.01  A2. 704.01

CPT:  A1. 88305  A2. n/c

Electronically Signed By:
Maxwell A. Fung, MD
Dermatopathologist