# EXHIBIT 17

KU MED CENTER
Department of Pathology and Laboratory Medicine
Surgical Pathology
Ossama Tawfik, MD, PhD, Director
3901 Rainbow Blvd., Kansas City, KS 66160-7410
Surgical Pathology Office:  913-588-1180  Fax:  913-588-8780

SURGICAL PATHOLOGY REPORT

NAME: HUNT, LORRI  SURG PATH #: S06-11934 MR #:            ALT ID #:
LOCATION: DERM DATE OF PROCEDURE: 11/30/2006 AGE:  40 SEX: F DATE
RECEIVED: 11/30/2006 DOB:           TIME RECEIVED:  14:05 PHYSICIAN:
KHAN,QAMAR   MED DATE OF REPORT: 12/07/2006 COPY TO: HURWITZ,DANIEL MDE
CANTY, KRISTI   MDE DATE OF PRINTING: 12/07/2006

Final Diagnosis:
A.  Compound nevus in shave biopsy of left helix, with benign nevus cell extending to one lateral shave margin.

B.  Compound nevus in punch excision from left lower lateral back with normal tissue at all excision margins.  Follicular structures to permit diagnosis (see comment).

C.  Scalp biopsy, no diagnostic abnormalities are observed.
No evidence of fungi with a properly controlled PSA-D stain.

Comment:
Only 3 hair structures are identified with one effaced in the subcutaneous fat.  If further study of the scalp is desired it would be necessary to have a repeat biopsy and to specify that at least part of it is subjected horizontal sections.

Special stains:  PAS-D x 1.

***Electronically Signed Out***
ek/12/01/2006 THOMAS FRITZLEN, MD
EMMA KHAN, MD

LV 11/30 DH
nv 12/15 DH

Material Received:
A: left helix
B: left lower lateral back
C: scalp-alopecia

History:
40 year old white female with positive family history of malignant melanoma and a history of breast cancer; status post chemotherapy, radiation therapy, and lumpectomy; rule out malignant melanoma for specimens A and B; rule out androgenic alopecia and telogen effluvium for specimen C.

Gross Description:
A. Received in formalin labeled "left helix" is a 0.7 x 0.5 x 0.1 cm irregular, tan-white skin shave. There is a 0.5 x 0.4 x 0.9 cm dark yellow-tan macular lesion. The resection margin is inked in black, the specimen is serially sectioned and submitted entirely in cassette A1.

B. Received in formalin labeled "left lateral back" is a 0.7 x 0.7 x 0.6 cm tan-white skin punch biopsy. There is a 0.3 x 0.2 cm dark tan macular lesion. The specimen is bisected and entirely submitted in cassette B1.

C. Received in formalin labeled "scalp" is a 0.6 x 0.4 x 0.4 cm tan-white skin punch biopsy. No lesion is grossly identified. The specimen is bisected and entirely submitted in cassette C1. (rcg)

lkr/12/01/2006 EMMA KHAN, MD


Attestation:
By this signature, I attest that I have personally formulated the final interpretation expressed in this report and that the above diagnosis is based upon my examination of the slides and/or other material indicated in this report.

12/8
- May offer 3rd bx hormonal & refer to TK.
- Will discuss hair bx @ next visit.
- Compound nevus disclosed to pt.

— K Carry MD

| | | | |
|---|---|---|---|
| NAME: | HUNT, LORRI | SURG PATH #: | S06-11934 |
| MR #: | | ALT ID #: | |
| LOCATION: | DERM | DATE OF PROCEDURE: | 11/30/2006 |
| AGE: | 40        SEX:  F | DATE RECEIVED: | 11/30/2006 |
| DOB: | | TIME RECEIVED: | 14:05 |
| PHYSICIAN: | KHAN, QAMAR  MED | DATE OF REPORT: | 12/07/2006 |
| COPY TO: | HURWITZ, DANIEL MDE | DATE OF PRINTING: | 12/07/2006 |
| | CANTY, KRISTI  MDE | | |

**Material Received:**
A: left helix
B: left lower lateral back
C: scalp-alopecia

**History:**
40 year old white female with positive family history of malignant melanoma and a history of breast cancer; status post chemotherapy, radiation therapy, and lumpectomy; rule out malignant melanoma for specimens A and B; rule out androgenic alopecia and telogen effluvium for specimen C.

**Gross Description:**
A. Received in formalin labeled "left helix" is a 0.7 x 0.5 x 0.1 cm irregular, tan-white skin shave. There is a 0.5 x 0.4 x 0.9 cm dark yellow-tan macular lesion. The resection margin is inked in black, the specimen is serially sectioned and submitted entirely in cassette A1.

B. Received in formalin labeled "left lateral back" is a 0.7 x 0.7 x 0.6 cm tan-white skin punch biopsy. There is a 0.3 x 0.2 cm dark tan macular lesion. The specimen is bisected and entirely submitted in cassette B1.

C. Received in formalin labeled "scalp" is a 0.6 x 0.4 x 0.4 cm tan-white skin punch biopsy. No lesion is grossly identified. The specimen is bisected and entirely submitted in cassette C1.  (rcg)

lkr/12/01/2006                                                                                                              EMMA KHAN, MD

**Final Diagnosis:**
A. Compound nevus in shave biopsy of left helix, with benign nevus cell extending to one lateral shave margin.

B. Compound nevus in punch excision from left lower lateral back with normal tissue at all excision margins. Follicular structures to permit diagnosis (see comment).

C. Scalp biopsy, no diagnostic abnormalities are observed.
    No evidence of fungi with a properly controlled PSA-D stain.

**Comment:**
Only 3 hair structures are identified with one effaced in the subcutaneous fat. If further study of the scalp is desired it would be necessary to have a repeat biopsy and to specify that at least part of it is subjected horizontal sections.

HUNT, LORRI                              MR #: 0316647                                          Page 1 of 2
                            **SURGICAL PATHOLOGY REPORT**

**KU MED CENTER**
**Department of Pathology and Laboratory Medicine**
**Surgical Pathology**

| NAME: HUNT, LORRI | SURG PATH #: S06-11934 |
|---|---|
| MR #: | ALT ID #: |

Special stains: PAS-D x 1.

ek/12/01/2006

***Electronically Signed Out***
THOMAS FRITZLEN, MD
EMMA KHAN, MD

**Attestation:**
By this signature, I attest that I have personally formulated the final interpretation expressed in this report and that the above diagnosis is based upon my examination of the slides and/or other material indicated in this report.