UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Sandra Conway**
**Case No.: 2:20-cv-00185**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Sandra Conway whose case is on a Notice of Non-Compliance to be heard by the Court on August 5, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 20, 2020
/s/ Kyle C. Usner
Kyle C. Usner #38923
**SCOTT, VICKNAIR, HAIR & CHECKI, LLC**
909 Poydras St, Ste 1100
New Orleans, LA 70112
T: (504) 684-5200
F: (504) 613-6351
usner@svhclaw.com

Counsel for Plaintiff