UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL 2740**<br><br>**SEC. "H"(5)** |
| **THIS DOCUMENT RELATES TO:**<br>Dora Sanford, No. 17-9417 | **JUDGE MILAZZO** |

## JUDGMENT

Considering the briefing submitted by counsel and for reasons issued July 17, 2020 (Doc. 10807);

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Dora Sanford's case is hereby DISMISSED WITH PREJUDICE.

Signed in New Orleans, LA this 20th day of July, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE