# Exhibit B

## EXHIBIT B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Janice Infusino

DATE OF BIRTH: ▮▮▮▮▮▮▮▮                                SSN: ▮▮▮▮▮▮▮

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8001-80
- ☐ 0075-8001-20
- ☒ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC**
**d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04
- ☐ 0955-1022-08

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27
- ☐ 0409-0366-01
- ☐ 0409-0367-01
- ☐ 0409-0368-01
- ☐ 0409-0369-01

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-231-63
- ☐ 16729-231-64
- ☐ 16729-231-65
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☒ 25021-222-01
- ☒ 25021-222-04
- ☐ 25021-222-07
- ☒ 25021-245-01   d. 9/4/18
- ☐ 25021-245-04

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9141-33
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9142-33
- ☐ 0069-9143-22
- ☐ 0069-9143-33
- ☐ 0069-9144-11
- ☐ 0069-9144-22
- ☐ 0069-9144-33

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-52
- ☐ 45963-734-54
- ☐ 45963-734-74
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS  /  ☒ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

6 / 26 / 14                    10 / 9 / 14                    6

DATE OF FIRST TREATMENT        DATE OF LAST TREATMENT         # OF DOSES

*Carolyn Jardini PharmD.*                                    *Northwestern Medicine Cancer Center - Central Dupage Hospital*
SIGNATURE OF REPRESENTATIVE OF                               NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER
*Carolyn Junkroski PharmD.*                                  *4405 Weaver Parkway*
PRINTED NAME & TITLE OF REPRESENTATIVE                       ADDRESS

*8/9/18*                                                     *Warrenville, IL 60555*
DATE                                                         CITY, STATE, ZIP

14