UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| JANICE INFUSINO,<br><br>    Plaintiff,<br>v.<br><br>SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>    Defendants. | : : : : : : : : : | MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:17-cv-10313 |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff Janice Infusino, through undersigned counsel, respectfully seeks leave of court to file an Amended Short Form Complaint in this case pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below.

This original suit was filed in the Eastern District of Louisiana on October 9, 2017 and was based upon Plaintiff's belief that the Taxotere/Docetaxel drugs used in her chemotherapy treatment caused her permanent hair loss. Plaintiff was at the time of her chemotherapy treatment and is now an Illinois resident.

CMO 12A presumes that evidence is sufficient to establish the identity of a docetaxel manufacturer if, *inter alia*, a Statement Regarding Chemotherapy Drug Administered ("Statement") is used to identify the Plaintiff, her dates of treatment, and certified and signed by an authorized person on behalf of the treatment facility. *See* CMO 12A(6)(b).

Subsequent to the original case filing and after investigation by Plaintiff and her counsel, it was discovered that Sagent Pharmaceuticals, Inc. ("Sagent") was a docetaxel manufacturer used in

Plaintiff's chemotherapy treatment.  *See* Statement on MDL Centrality Doc. ID 447206 *and* Exhibit B to this Motion.  Upon information and belief, and under the allegations put forth in Plaintiffs' Second Amended Master Long Form Complaint (Doc. 4407), Sagent and Actavis LLC (f/k/a Actavis Inc.) and Actavis Pharma, Inc. ("Actavis") are related entities and are joint tortfeasors in this case (*see* Doc. 4407, pages 19-21.).  Although Actavis was previously dismissed from this case in Plaintiff's Notice of Partial Dismissal on August 13, 2018, the discovery of product identification under CMO 12A and justice require that leave be granted to Plaintiff to amend her Short Form Complaint to add the Actavis entities as defendants.  *See* Fed. R. Civ. P. 15(a)(2).  Sagent cannot be added to this case because diversity among the parties would be destroyed.  No party is prejudiced by this amendment to Plaintiff's Short Form Complaint, and this case is still at an early stage in the litigation and no other motions are pending.

    Plaintiff therefore seeks leave of court to amend her Short Form Complaint to add the Actavis entities as defendants in this case.

    Respectfully submitted on July 20, 2020.

By:  */s/ Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
**LOWE LAW GROUP**
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
aaron@lowelawgroup.com
*Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 20, 2020                             _/s/ Nathan Buttars_