## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| ALL CASES | : | |
| | : | |
| | : | |
| | : | |

## JOINDER OF THE 505(b)(2) DEFENDANTS
## IN SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES INC.'S
## MOTION FOR ENTRY OF AN ORDER REQUIRING PROOF OF DIAGNOSIS

Defendants Hospira, Inc., Hospira Worldwide, LLC, Pfizer Inc., Sandoz Inc., Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., Accord Healthcare, Inc., Sagent Pharmaceuticals, Inc., Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., and McKesson Corporation (together, "the 505(b)(2) Defendants"), by and through their undersigned counsel of record, hereby join the Motion For Entry Of An Order Requiring Proof Of Diagnosis filed by Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (together, "Sanofi") on July 17, 2020 (Doc. No. 10808).

The 505(b)(2) Defendants join and support Sanofi's arguments and further state that the 505(b)(2) Defendants are defending against thousands of cases in this MDL in which every Plaintiff claims to have permanent chemotherapy induced alopecia ("PCIA") caused by Taxotere (docetaxel). Like Sanofi, the 505(b)(2) Defendants seek entry of an order requiring each Plaintiff to submit evidence of a medical diagnosis of PCIA caused by Taxotere (docetaxel) or state that she does not intend to pursue such a diagnosis. Entry of the requested order would serve the interests of fair and efficient administration of these cases, including by avoiding the Court's and

parties' additional expenditure of time and resources on cases against the 505(b)(2) Defendants in which Plaintiffs lack a medical diagnosis of their alleged injury.

Dated: July 21, 2020

Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
DECHERT LLP
Three Bryant Park
1095 Avenues of Americas, 31st Floor
New York, New York 10036
Telephone: (212) 689-3814
Facsimile: (212) 698-3599
Mark.Cheffo@dechert.com
Maracusker.Gonzalez@dechert.com

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
CHAFFE McCALL LLP
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 858-7000
Facsimile: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

/s/ *Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
GREENBERG TAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2100

cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Counsel for Defendant Sandoz Inc.*

/s/ *Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
jpeck@ulmer.com
jheis@ulmer.com

*Counsel for Defendant Actavis Pharma, Inc., Actavis LLC f/k/a Actavis Inc., and Sagent Pharmaceuticals, Inc.*

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113-7213
Telephone: (216) 696-2286
Facsimile: (216) 592-5009
Julie.Callsen@TuckerEllis.com
brenda.sweet@tuckerellis.com

3

*Counsel for Defendant Accord Healthcare Inc.*

/s/ *Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr. (Bar No. 19152)
LEAKE & ANDERSSON LLP
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
sshuler@leakeandersson.com

/s/ *Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Telephone: (617) 213-7000
Facsimile: (617) 213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

/s/ *Erin M. Bosman*
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Phone: 858-720-5100
Fax: 858-720-5125
ebosman@mofo.com
juliepark@mofo..com

*Counsel for Defendant McKesson Packaging Services, a division of McKesson Corporation*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which send notifications of such filing to all counsel of record.

/s/ *Mark S. Cheffo*