UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Cases identified in Exhibit A.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## ON THE CLAIMS OF MICHIGAN PLAINTIFFS

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on all the claims of the 206 Plaintiffs who received Taxotere in Michigan after December 15, 2006 and before December 11, 2015.  The Michigan Product Liability Act ("MPLA") provides a "complete defense" in product liability actions when the Food and Drug Administration ("FDA") approved the safety and efficacy of a drug and the drug label complied with FDA approval at the time it left the manufacturer's control.  Mich. Comp. Laws Ann. § 600.2946(5).  No exception to the MPLA applies in these cases.  For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant Sanofi's Motion for Summary Judgment.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　/s/ *Douglas J. Moore*
　　　　　　　　　　　　　　　　Douglas J. Moore (Bar No. 27706)
　　　　　　　　　　　　　　　　**IRWIN FRITCHIE URQUHART &**
　　　　　　　　　　　　　　　　**MOORE LLC**
　　　　　　　　　　　　　　　　400 Poydras Street, Suite 2700
　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　Telephone: 504-310-2100
　　　　　　　　　　　　　　　　Facsimile: 504-310-2120
　　　　　　　　　　　　　　　　dmoore@irwinllc.com

        Harley V. Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY& BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        hratliff@shb.com
        abyard@shb.com
        kbieri@shb.com

        *Counsel for sanofi-aventis U.S. LLC and*
        *Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        */s/ Douglas J. Moore*