UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Cases identified in Exhibit A.

**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF <u>MICHIGAN PLAINTIFFS</u>**

Sanofi submits this Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment, under Local Rule 56.1:

<u>**Michigan Plaintiffs**</u>

1. All Plaintiffs identified in Exhibit A ("Plaintiffs") directly filed their actions in this Court. Ex. A.

2. Plaintiffs allege they suffered injuries after receiving Taxotere, a chemotherapy drug primarily used to treat breast cancer patients. Pls.' Second Am. Master Compl. ("AMC") (Rec. Doc. 4407) at ¶¶ 1–3.

3. Plaintiffs have alleged combinations of these counts: (1) strict products liability – failure to warn; (2) negligence; (3) negligent misrepresentation; (4) fraudulent misrepresentation; (5) fraudulent concealment; (6) fraud and deceit; (7) breach of express warranty; (8) loss of consortium; (9) intentional infliction of emotional distress; and (10) "Violations of Applicable Law Prohibiting Consumer Fraud and Unfair Deceptive Trade Practices." Ex. A.[1]

4. Plaintiffs received Taxotere in Michigan. *Id.*

---

[1] For Plaintiffs alleging claims under Count Two (strict liability for misrepresentation) and Count Eight (breach of express warranty), the Court previously dismissed these claims. *See* PTO No. 61 (Rec. Doc. 784).

**FDA Approval of Taxotere and Accompanying Labels**

5.  In 1996, FDA approved Taxotere for the treatment of cancer patients in the United States. Ex. B, May 14, 1996, FDA Approval of Taxotere (Sanofi_01380011).

6.  Between May 17, 1996 and 2004, FDA approved nine amendments to the Taxotere label. Ex. C, January 1998, Taxotere United States Package Insert (Sanofi_000011); Ex. D, June 1998, Taxotere United States Package Insert (Sanofi_000019); Ex. E, December 1999, Taxotere United States Package Insert (Sanofi_000027); Ex. F, July 9, 2002, Taxotere United States Package Insert (Sanofi_000031); Ex. G, July 30, 2002, Taxotere United States Package Insert (Sanofi_000057); Ex. H, January 2003, Taxotere United States Package Insert (Sanofi_000083); Ex. I, April 2003, Taxotere United States Package Insert (Sanofi_000109); Ex. J, May 2004, Taxotere United States Package Insert (Sanofi_000140); Ex. K, August 2004, Taxotere United States Package Insert (Sanofi_000175).

7.  On March 17, 2004, Sanofi submitted to FDA a supplemental New Drug Application (sNDA) seeking the Agency's approval to expand the use of Taxotere for the adjuvant treatment of patients with node-positive breast cancer. Ex. L, April 15, 2004, FDA Letter to Sanofi (Sanofi_00427233).

8.  On August 18, 2004, FDA approved Sanofi's sNDA, including a revised Taxotere label. Ex. M, August 18, 2004, FDA Label Approval (Sanofi_05506899, at 05506926-27); Ex. K (Sanofi_000175).

9.  Since 2010, FDA has approved at least six changes to the Taxotere label, each time preserving the alopecia and hair loss information as amended by FDA in 2010. *See* Ex. N, September 7, 2011, NDA 20-449/s-064, FDA Approval Letter (Sanofi_00168503, at 00168504, 00168528-29); Ex. O, December 15, 2011, NDA 20-449/s-065, FDA Approval Letter

(Sanofi_03066744); Ex. P, April 13, 2012, NDA 20-449/s-063, FDA Approval Letter (Sanofi_00612476); Ex. Q, June 26, 2013, NDA 20-449/s-069, FDA Approval Letter (Sanofi_00612347, at 00612347-48); Ex. R, December 13, 2013, NDA 20-449/s-071, FDA Approval Letter (Sanofi_00261420, at 00261420-21); Ex. S, November 14, 2014, NDA 20-449/s-073, FDA Approval Letter (Sanofi_00261952, at 00261952-53).

10. At all times relevant to the Michigan cases listed in Exhibit A, Taxotere and its warnings have remained FDA-approved. *Cf.* Ex. A, *with* SOF ¶¶ 5–9.

    Respectfully submitted,
/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    */s/ Douglas J. Moore*