# EXHIBIT A

| # | MDLC ID | Plaintiff Full Name | MDL Docket No. | PFS V.14 Treatment Facility State |
|---|---|---|---|---|
| 1 | 6214 | ALDRIDGE, ADELE | 2:17-cv-17973 | MI |
| 2 | 12860 | ALEXANDER, JANICE | 2:18-cv-11559 | MI |
| 3 | 12584 | ALLEN, CARMEN | 2:18-cv-11565 | MI |
| 4 | 4741 | ALLISON, EBONY MICHELLE | 2:17-cv-16133 | MI |
| 5 | 5584 | ANDREANSKY, REBECCA | 2:17-cv-12850 | MI |
| 6 | 3826 | ANDREWS, CHRISTINE | 2:17-cv-09998 | MI |
| 7 | 13318 | BAILEY, CYNTHIA | 2:19-cv-02217 | MI |
| 8 | 11563 | BANES, NONA | 2:18-cv-10367 | MI |
| 9 | 12555 | BANTON, CYNTHIA | 2:18-cv-13730 | MI |
| 10 | 13060 | BEACHEM, TERESA | 2:18-cv-12352 | MI |
| 11 | 9216 | BEER-EYK, SUSANNE M | 2:17-cv-15307 | MI |
| 12 | 11706 | BENNING, GWENDOLYN | 2:18-cv-11682 | MI |
| 13 | 8876 | BERRY, JEAN | 2:18-cv-01399 | MI |
| 14 | 10292 | BOHLING, BONNIE | 2:18-cv-02784 | MI |
| 15 | 12295 | BORGMAN, KIMBERLY | 2:18-cv-12124 | MI |
| 16 | 7575 | BOSTON, GWENDOLYN | 2:18-cv-01438 | MI |
| 17 | 13310 | BRASHER, DAWN | 2:18-cv-12374 | MI |
| 18 | 3029 | BRATTON, MISSOURI | 2:18-cv-01540 | MI |
| 19 | 13149 | BROWN LINDSAY, REGINA | 2:18-cv-13459 | MI |
| 20 | 10046 | BRYANT, CHERYL | 2:18-cv-10858 | MI |
| 21 | 10047 | BURTON, BETTIE | 2:18-cv-12232 | MI |
| 22 | 14293 | BYNUM, JOAN L | 2:19-cv-13196 | MI |
| 23 | 12983 | CAMPBELL, SHARON | 2:18-cv-11215 | MI |
| 24 | 1646 | CAREY, AHNAMARIA | 2:17-cv-09027 | MI |
| 25 | 14831 | CARR, VERONICA | 2:19-cv-13740 | MI |
| 26 | 12507 | CARTER, ANTOINETTE | 2:18-cv-13709 | MI |
| 27 | 11426 | CARTER, AUDREY | 2:18-cv-09133 | MI |
| 28 | 4385 | CEDO, TAMMY | 2:18-cv-11876 | MI |
| 29 | 6446 | COLLINS, PATRICIA | 2:17-cv-14019 | MI |

| # | MDLC ID | Plaintiff Full Name | MDL Docket No. | PFS V.14 Treatment Facility State |
|---|---|---|---|---|
| 30 | 10690 | CONROY, JACQUELINE A | 2:18-cv-08281 | MI |
| 31 | 1783 | COOK, CORDELLA | 2:17-cv-03428 | MI |
| 32 | 13879 | COOPER, JUNE | 2:19-cv-12777 | MI |
| 33 | 9818 | CORBIN, MARY B | 2:18-cv-05745 | MI |
| 34 | 11770 | COUCH, BETTY | 2:18-cv-10965 | MI |
| 35 | 12013 | CROWLEY, JOYCE A | 2:18-cv-12418 | MI |
| 36 | 11878 | CRUICKSHANK, DENISE | 2:18-cv-10961 | MI |
| 37 | 11293 | CUMMINGS, JUDITH | 2:18-cv-13242 | MI |
| 38 | 10213 | CURTIS, CHRISTINE M | 2:18-cv-07049 | MI |
| 39 | 4760 | DAMAN, DONNA | 2:18-cv-00924 | MI |
| 40 | 12372 | DEAN, KAYE KAREN | 2:18-cv-12341 | MI |
| 41 | 4513 | DILLARD, TRACEY | 2:17-cv-13674 | MI |
| 42 | 13726 | DODGE, GWEN | 2:19-cv-11627 | MI |
| 43 | 14785 | DOUGLAS ETIM, ROBIN | 2:19-cv-13628 | MI |
| 44 | 14640 | DUFFIELD, CAROL | 2:20-cv-00591 | MI |
| 45 | 9712 | DULEK, TONYA | 2:18-cv-12542 | MI |
| 46 | 13156 | DUNBAR, JAMI | 2:18-cv-13026 | MI |
| 47 | 2210 | DUNSON, CASSANDRA | 2:17-cv-05962 | MI |
| 48 | 11923 | DURANT, ROBIN | 2:18-cv-11093 | MI |
| 49 | 11731 | ELDRED, SHERI | 2:18-cv-13393 | MI |
| 50 | 2003 | FELDT, CHERYL L | 2:17-cv-02727 | MI |
| 51 | 7633 | FOUNTAIN, LISA | 2:18-cv-01546 | MI |
| 52 | 10998 | FRANCIS, SHARON | 2:18-cv-11544 | MI |
| 53 | 11509 | FREEMAN, KIM | 2:18-cv-08419 | MI |
| 54 | 2496 | FREEMAN, PRISCILLA R | 2:18-cv-01450 | MI |
| 55 | 11209 | GIBSON, VIVIAN | 2:18-cv-12814 | MI |
| 56 | 11560 | GIFFEN, SANDRA | 2:18-cv-08764 | MI |
| 57 | 12493 | GILBERT, KATHLEEN | 2:18-cv-13282 | MI |
| 58 | 9314 | GLENN, DENESE R | 2:18-cv-04208 | MI |

| # | MDLC ID | Plaintiff Full Name | MDL Docket No. | PFS V.14 Treatment Facility State |
|---|---|---|---|---|
| 59 | 13286 | GONZALESCORDERO, DORCAS | 2:18-cv-11670 | MI |
| 60 | 11452 | GORKA, ANN M | 2:18-cv-10101 | MI |
| 61 | 12698 | GOVAN, SHELLEY | 2:18-cv-13682 | MI |
| 62 | 3356 | GRAYS, FAITH | 2:17-cv-08568 | MI |
| 63 | 10298 | GULLEY, TONYA R | 2:18-cv-07109 | MI |
| 64 | 14820 | GUNN, VICTORIA | 2:20-cv-00321 | MI |
| 65 | 11257 | HALFHILL, TRACI | 2:18-cv-11063 | MI |
| 66 | 4706 | HANCOCK, DIANE | 2:17-cv-15084 | MI |
| 67 | 12665 | HANLEY CARMONA, JANET | 2:18-cv-11476 | MI |
| 68 | 12423 | HARPER, ROSADELL | 2:18-cv-12743 | MI |
| 69 | 10331 | HARRIS, ANGELA Y | 2:18-cv-02583 | MI |
| 70 | 8539 | HAUSMANN COHEN, SARA R | 2:18-cv-02812 | MI |
| 71 | 14754 | HAWKINS, TEHISHA | 2:19-cv-14326 | MI |
| 72 | 3125 | HICKMAN, EVA | 2:17-cv-13857 | MI |
| 73 | 8582 | HIGGERSON, JILL | 2:18-cv-03879 | MI |
| 74 | 6984 | HIGHLAND, PAULETTE E | 2:17-cv-16564 | MI |
| 75 | 10405 | HILL, MICHELLE R | 2:18-cv-10972 | MI |
| 76 | 5517 | HOCKER, MARSHA J | 2:17-cv-15864 | MI |
| 77 | 10337 | HOEKSTRA, DAWN R | 2:18-cv-07518 | MI |
| 78 | 7540 | HOLMES, SHELLY | 2:18-cv-01382 | MI |
| 79 | 13209 | HORNE, YVONNE | 2:18-cv-13856 | MI |
| 80 | 10748 | HUSSEY, MARY | 2:18-cv-10204 | MI |
| 81 | 10772 | HUSTLER, LARAINE | 2:18-cv-10492 | MI |
| 82 | 4526 | IACOPETTI, ZOSIE | 2:17-cv-13486 | MI |
| 83 | 4742 | JACKSON, GWENDOLYN | 2:17-cv-16459 | MI |
| 84 | 10058 | JACKSON, KAREN Y | 2:18-cv-10929 | MI |
| 85 | 7599 | JACKSON, SHERRIE | 2:18-cv-01458 | MI |
| 86 | 2534 | JACKSON, VICTORIA | 2:17-cv-07056 | MI |
| 87 | 12998 | JOHNSON, BEATRICE | 2:18-cv-11517 | MI |

| # | MDLC ID | Plaintiff Full Name | MDL Docket No. | PFS V.14 Treatment Facility State |
|---|---|---|---|---|
| 88 | 14013 | JOHNSON, PHYLLIS | 2:19-cv-12095 | MI |
| 89 | 9524 | KAHL, LORETTA | 2:18-cv-06931 | MI |
| 90 | 10294 | KELLY, CHERILYN L | 2:18-cv-07139 | MI |
| 91 | 9954 | KETCHENS, SYLVIA | 2:18-cv-07496 | MI |
| 92 | 12783 | KEYS, PIPPIE R | 2:19-cv-02244 | MI |
| 93 | 14758 | KLAASSEN, JANICE | 2:19-cv-14165 | MI |
| 94 | 9371 | KLOC, MELISSA A | 2:18-cv-04212 | MI |
| 95 | 13002 | KNAPP, JILL | 2:18-cv-12349 | MI |
| 96 | 12076 | KNIGHTEN, JACQUELINE | 2:18-cv-12266 | MI |
| 97 | 11571 | KROLICKI, SHARON | 2:18-cv-10298 | MI |
| 98 | 7723 | KROLL, TRACY | 2:17-cv-12036 | MI |
| 99 | 9393 | KROOK, REBECCA | 2:19-cv-14009 | MI |
| 100 | 11083 | KRUMBACH, KAREN | 2:18-cv-07666 | MI |
| 101 | 7099 | KRUSINSKY, ANNETTE M | 2:17-cv-15954 | MI |
| 102 | 8579 | LAGINESS, DEBBIE L | 2:18-cv-02538 | MI |
| 103 | 13840 | LEMMER, MARILYN | 2:19-cv-12360 | MI |
| 104 | 11826 | LOFTON JACKSON, YVONNE | 2:18-cv-12263 | MI |
| 105 | 10859 | LOMAX, WANDA | 2:18-cv-10827 | MI |
| 106 | 11462 | LOPER, PATRICIA | 2:18-cv-11213 | MI |
| 107 | 9748 | LOUWERS, KIMBERLY | 2:18-cv-12580 | MI |
| 108 | 10672 | LUCKETT, KARLA | 2:18-cv-08475 | MI |
| 109 | 1220 | MALONE, TERRI | 2:17-cv-04706 | MI |
| 110 | 12172 | MARTINEZ, SHAWNA | 2:18-cv-11442 | MI |
| 111 | 6235 | MARTINIC, RENAE N | 2:17-cv-15966 | MI |
| 112 | 7539 | MCCLELLAN, KIMBERLY | 2:18-cv-01339 | MI |
| 113 | 12136 | MCCOY, ANDREA | 2:18-cv-11441 | MI |
| 114 | 7615 | MCKAY, ANNA | 2:18-cv-01473 | MI |
| 115 | 12962 | MCKENZIE, PATRICIA | 2:19-cv-02494 | MI |
| 116 | 13221 | MEAD, MARGARET | 2:18-cv-13695 | MI |

| # | MDLC ID | Plaintiff Full Name | MDL Docket No. | PFS V.14 Treatment Facility State |
|---|---|---|---|---|
| 117 | 9372 | MEININGER, SUE E | 2:18-cv-04533 | MI |
| 118 | 2104 | MERCER, THERESA | 2:17-cv-05458 | MI |
| 119 | 14107 | MERREN, ANN M | 2:20-cv-00089 | MI |
| 120 | 3639 | MILLS, LINDA | 2:17-cv-09348 | MI |
| 121 | 3006 | MITCHELL, DORREN | 2:17-cv-16816 | MI |
| 122 | 9838 | MIXON, BRENDA J | 2:18-cv-06581 | MI |
| 123 | 6440 | MORGAN, CYNTHIA L | 2:17-cv-16861 | MI |
| 124 | 14838 | MULLINS, TINA | 2:19-cv-14126 | MI |
| 125 | 10789 | MURPHY, STEPHENIE | 2:18-cv-11184 | MI |
| 126 | 13057 | NIEZGODA, RAMONA | 2:18-cv-13371 | MI |
| 127 | 13368 | NOBLE, ERVINA | 2:19-cv-02468 | MI |
| 128 | 9757 | NOVAK, KELLY | 2:18-cv-12589 | MI |
| 129 | 2901 | OLIVER SANDERS, MARLONE O | 2:18-cv-01794 | MI |
| 130 | 13315 | OLSSON, BETTY | 2:18-cv-12360 | MI |
| 131 | 12472 | ONEILL, SUZANNE | 2:18-cv-13634 | MI |
| 132 | 12966 | ORR, RONDA | 2:19-cv-02554 | MI |
| 133 | 15204 | PARNELL, DONNA | 2:19-cv-14796 | MI |
| 134 | 8754 | PARRAN, JUDITH | 2:18-cv-02092 | MI |
| 135 | 12147 | PAWLGIERAK, MICHELLE | 2:18-cv-11919 | MI |
| 136 | 9759 | PECK, ADLINE | 2:18-cv-12554 | MI |
| 137 | 9670 | PEEBLES, JUDITH | 2:18-cv-05572 | MI |
| 138 | 13464 | PERKINS, BETTY | 2:19-cv-05059 | MI |
| 139 | 11152 | PERRIN, BRENDA | 2:18-cv-11954 | MI |
| 140 | 12353 | PETERS, ROBIN | 2:18-cv-11107 | MI |
| 141 | 12359 | PICKETT, BARBARA | 2:18-cv-09335 | MI |
| 142 | 9824 | PLATTE, JOY | 2:18-cv-05749 | MI |
| 143 | 11010 | POIRIER, DEBORAH | 2:18-cv-08926 | MI |
| 144 | 13563 | POSTELLI, CHERYL | 2:19-cv-02658 | MI |
| 145 | 9763 | RADNEY, SANDRA | 2:18-cv-12623 | MI |

| # | MDLC ID | Plaintiff Full Name | MDL Docket No. | PFS V.14 Treatment Facility State |
|---|---|---|---|---|
| 146 | 12315 | REARDON, JUANITA | 2:18-cv-12376 | MI |
| 147 | 13314 | REYNOLDS, MARIE | 2:18-cv-12179 | MI |
| 148 | 9766 | RICHMOND, MARCIA | 2:18-cv-12591 | MI |
| 149 | 7056 | RILEY, MARY A | 2:17-cv-14104 | MI |
| 150 | 13705 | ROBINSON, DEBORA | 2:19-cv-09394 | MI |
| 151 | 5337 | ROBINSON, LITA | 2:17-cv-14808 | MI |
| 152 | 4705 | ROBINSON, MICHELLE F | 2:17-cv-15080 | MI |
| 153 | 13009 | ROBINSON, TRACY | 2:18-cv-13544 | MI |
| 154 | 11075 | ROBINSON, TRACYE L | 2:18-cv-09458 | MI |
| 155 | 13946 | RODGERS, JEAN | 2:19-cv-11622 | MI |
| 156 | 7645 | ROGERS, ROSETTA | 2:18-cv-01598 | MI |
| 157 | 11312 | SAUNDERS, MARIA | 2:18-cv-13131 | MI |
| 158 | 1718 | SCARBOROUGH, YOLANDA | 2:17-cv-06292 | MI |
| 159 | 2924 | SCHAEFER, LINDA L | 2:18-cv-02339 | MI |
| 160 | 12438 | SCHIPPA, LAURA M | 2:19-cv-14675 | MI |
| 161 | 12392 | SCHULTZ, MICHELLE | 2:18-cv-12142 | MI |
| 162 | 8839 | SCHWALLIE, PAMELA J | 2:17-cv-12000 | MI |
| 163 | 10934 | SEALS, MARGIE | 2:18-cv-11751 | MI |
| 164 | 13904 | SELLERS JOHNSON, EMMA J | 2:19-cv-12993 | MI |
| 165 | 11296 | SHAFT, YVONNE | 2:18-cv-13144 | MI |
| 166 | 9397 | SHELTON, BEVERLY | 2:18-cv-12651 | MI |
| 167 | 11617 | SIEGEL, KAREN | 2:18-cv-10449 | MI |
| 168 | 11173 | SIMMONS, LATRACY | 2:18-cv-12043 | MI |
| 169 | 5343 | SIMS, DORIS | 2:17-cv-14796 | MI |
| 170 | 10407 | SMITH, LINDA | 2:18-cv-07874 | MI |
| 171 | 12538 | SMITH, MARGARET | 2:18-cv-13313 | MI |
| 172 | 13836 | SMITH, SHIRLEY | 2:18-cv-12253 | MI |
| 173 | 9597 | ST LOUIS, KIM E | 2:18-cv-05358 | MI |
| 174 | 11530 | STALLARD, BETTY | 2:18-cv-09128 | MI |

| # | MDLC ID | Plaintiff Full Name | MDL Docket No. | PFS V.14 Treatment Facility State |
|---|---|---|---|---|
| 175 | 12177 | STEVENS, JANET | 2:18-cv-12199 | MI |
| 176 | 15146 | STOUT, ROSANNE | 2:19-cv-14127 | MI |
| 177 | 10323 | SWANSON, CYNTHIA | 2:18-cv-09591 | MI |
| 178 | 7651 | TAYLOR MANNINGS, LOUISE | 2:18-cv-01616 | MI |
| 179 | 7007 | TAYLOR, JODI | 2:17-cv-11985 | MI |
| 180 | 11308 | THIBEAU, DOREEN | 2:18-cv-13122 | MI |
| 181 | 7514 | THOMAS, OLIVIA | 2:18-cv-01230 | MI |
| 182 | 11605 | TIBBITS, LISA | 2:18-cv-10444 | MI |
| 183 | 14863 | TOWNSEND, KEYATA | 2:19-cv-14337 | MI |
| 184 | 12349 | TRIBLEY, KAREN | 2:18-cv-12427 | MI |
| 185 | 13995 | TROY, BARBARA | 2:19-cv-13127 | MI |
| 186 | 12322 | TYUS, SERRANO | 2:18-cv-12535 | MI |
| 187 | 11214 | UHELSKI, LACEY | 2:18-cv-12809 | MI |
| 188 | 4461 | VAILLANCOURT, LINDA | 2:17-cv-11320 | MI |
| 189 | 10131 | VAN NOTE, SHARON | 2:18-cv-13159 | MI |
| 190 | 10890 | VELICK, DEBRA | 2:18-cv-11596 | MI |
| 191 | 14010 | VICINI, CAROL | 2:19-cv-12361 | MI |
| 192 | 10151 | VOORHEES, BETTY A | 2:18-cv-09379 | MI |
| 193 | 7738 | WASHINGTON, ANSILEEN | 2:17-cv-11948 | MI |
| 194 | 14862 | WATKINS, DEBORA | 2:20-cv-00937 | MI |
| 195 | 11118 | WEAVER MORROW, TYSHEENA | 2:18-cv-12871 | MI |
| 196 | 12786 | WELLS FRYE, DETREAS | 2:18-cv-10365 | MI |
| 197 | 9473 | WHITE, BRENDA | 2:18-cv-06785 | MI |
| 198 | 10682 | WHITE, SHARON M | 2:18-cv-06047 | MI |
| 199 | 13626 | WILCOX, GERALDINE | 2:18-cv-12119 | MI |
| 200 | 12068 | WILLIAMS, GWENDOLYN | 2:18-cv-12452 | MI |
| 201 | 10929 | WILLIAMS, KATHERINE | 2:18-cv-09241 | MI |
| 202 | 9384 | WILLIAMS, ROSEMARIE | 2:18-cv-04517 | MI |
| 203 | 6148 | WILSON, KINA | 2:17-cv-14117 | MI |

| # | MDLC ID | Plaintiff Full Name | MDL Docket No. | PFS V.14 Treatment Facility State |
|---|---|---|---|---|
| 204 | 12383 | WOLFE, NADIA | 2:18-cv-12875 | MI |
| 205 | 8520 | WOODS, KAREN D | 2:17-cv-15543 | MI |
| 206 | 12143 | YOUNG, ROSA | 2:18-cv-13149 | MI |