**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                  SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Cases identified in Exhibit A.**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") will bring for hearing the accompanying Motion for Summary Judgment on the Claims of Michigan Plaintiffs on the 5th day of August, 2020, at 9:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

                                           Respectfully submitted,
                                           /s/ *Douglas J. Moore*
                                           Douglas J. Moore (Bar No. 27706)
                                           **IRWIN FRITCHIE URQUHART &**
                                           **MOORE LLC**
                                           400 Poydras Street, Suite 2700
                                           New Orleans, LA 70130
                                           Telephone: 504-310-2100
                                           Facsimile: 504-310-2120
                                           dmoore@irwinllc.com

        Harley V. Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY& BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        hratliff@shb.com
        abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*

2