UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**

**Cases identified in Rec. Doc. 10819-3**

### DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS B-S TO THEIR MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF MICHIGAN PLAINTIFFS UNDER SEAL

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully request leave of Court to file under seal Exhibits B (Rec. Doc. 10819-4), C (Rec. Doc. 10819-5), D (Rec. Doc. 10819-6), E (Rec. Doc. 10819-7), F (Rec. Doc. 10819-8), G (Rec. Doc. 10819-9), H (Rec. Doc. 10819-10), I (Rec. Doc. 10819-11), J (Rec. Doc. 10819-12), K (Rec. Doc. 10819-13), L (Rec. Doc. 10819-14), M (Rec. Doc. 10819-15), N (Rec. Doc. 10819-16), O (Rec. Doc. 10819-17), P (Rec. Doc. 10819-18), Q (Rec. Doc. 10819-19), R (Rec. Doc. 10819-20), and S (Rec. Doc. 10819-21) to their Motion for Summary Judgment on the Claims of Michigan Plaintiffs (Rec. Doc. 10819).

Sanofi respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached

  schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Exhibits B-S contain confidential and/or "protected information," as set forth in PTO 50. For these reasons, Exhibit B-S must be sealed.

  Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the exhibits at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Therefore, under PTO 50 and the applicable case law, Exhibits B-S should be filed under seal.

            Respectfully submitted,

            /s/ *Douglas J. Moore*
            Douglas J. Moore (Bar No. 27706)
            **IRWIN FRITCHIE URQUHART & MOORE LLC**
            400 Poydras Street, Suite 2700
            New Orleans, LA 70130
            Telephone: 504-310-2100
            Facsimile: 504-310-2120
            dmoore@irwinllc.com

            Harley V. Ratliff
            Adrienne L. Byard
            **SHOOK, HARDY& BACON L.L.P.**
            2555 Grand Boulevard
            Kansas City, Missouri 64108
            Telephone: 816-474-6550
            Facsimile: 816-421-5547
            hratliff@shb.com
            abyard@shb.com

            *Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*