**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                         **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                    **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Cases identified in Rec. Doc. 10819-3**

## ORDER

Considering the *Ex Parte* Motion For Leave To File Exhibits B-S to their Motion for Summary Judgment on the Claims of Michigan Plaintiffs Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits B (Rec. Doc. 10819-4), C (Rec. Doc. 10819-5), D (Rec. Doc. 10819-6), E (Rec. Doc. 10819-7), F (Rec. Doc. 10819-8), G (Rec. Doc. 10819-9), H (Rec. Doc. 10819-10), I (Rec. Doc. 10819-11), J (Rec. Doc. 10819-12), K (Rec. Doc. 10819-13), L (Rec. Doc. 10819-14), M (Rec. Doc. 10819-15), N (Rec. Doc. 10819-16), O (Rec. Doc. 10819-17), P (Rec. Doc. 10819-18), Q (Rec. Doc. 10819-19), R (Rec. Doc. 10819-20), and S (Rec. Doc. 10819-21) UNDER SEAL.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE