UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Sheila Crayton, Case No. 2:17-cv-05923.**

### SANOFI'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF SHEILA CRAYTON

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on the claims of Plaintiff Sheila Crayton. For the reasons more fully set forth in the attached Memorandum in Support, Sanofi is entitled to summary judgment on Ms. Crayton's claims because she has failed to adduce legally sufficient evidence that she has permanent chemotherapy induced alopecia and that Taxotere caused it. Accordingly, Sanofi prays that this Court enter summary judgment on Plaintiff's lawsuit and grant Sanofi its costs and attorney's fees spent preparing to defend against her claims at trial.

Respectfully submitted,
/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*