# EXHIBIT F

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   * * * * * * * * * * * * * * * * * * * * * * * * *
 5   SHEILA CRAYTON
 6       Plaintiff,
 7
     VERSUS                         CASE NO. 2:17-cv-05923
 8
     SANOFI S.A., SANOFI-AVENTIS
 9   U.S. L.L.C., and
     AVENTIS-PHARMA S.A.,
10
11       Defendants.
12   * * * * * * * * * * * * * * * * * * * * * * * * *
13
14                        VOLUME II
15
16
17          Videotaped Deposition of SHEILA CRAYTON,
18   taken at Morris Bart, Pan American Life Center, 601
19   Poydras Street, 24th Floor, New Orleans, Louisiana
20   70130, on Tuesday, November 6th, 2018, at 11:49 a.m.
21
22
23
     Job No. NJ3074605
24   By:  Ashlee B. Ancalade
25   Registered Professional Reporter
```

Page 342

```
 1   Q   She had to go through --
 2   A   Radiation and chemo.
 3   Q   So what else was said about that?
 4   A   I don't know because -- because my daughter,
 5   we didn't talk about the rest of it, the conversation.
 6   Q   At any time before you filed a lawsuit, did
 7   you ask any of your doctors about the cause of your
 8   alleged hair loss?
 9   A   No.
10   Q   Have you ever, at any time, talked to any of
11   your doctors about this lawsuit that you've brought?
12   A   No.
13   Q   And has any doctor ever diagnosed you with
14   hair loss?
15   A   No.
16   Q   Has any doctor ever diagnosed you with
17   persistent hair loss?
18   A   No.
19   Q   Have you ever inquired of any doctor about
20   potential treatment or sought a referral related to the
21   hair loss you claim?
22   A   No.
23   Q   At any time?
24   A   No.
25   Q   Has any medical provider ever told you that
```

Page 343

```
 1   they thought your hair loss was irreversible?
 2   A   No.
 3   Q   Ms. Crayton, do you understand that there are
 4   lots of causes of hair loss in women?
 5           MS. GODSHALL:
 6               Object to the form.
 7               Go ahead.
 8   A   No.
 9   BY MS. BIERI:
10   Q   You're not aware of that?
11   A   No.
12   Q   Are you aware of whether hair loss can be
13   genetic?
14           MS. GODSHALL:
15               Object to form.
16   A   No.
17   BY MS. BIERI:
18   Q   Are you aware that hair can thin naturally
19   with age?
20   A   Yeah, with age, yeah.  Sometimes.
21   Q   Are you aware of whether lupus can cause hair
22   loss?
23   A   Yes.
24           MS. GODSHALL:
25               Object to form.
```

Page 344

```
 1   BY MS. BIERI:
 2   Q   You're aware that it can?
 3   A   Yes.  Sometimes.
 4   Q   And are you aware that certain medications
 5   can cause hair loss or hair thinning?
 6           MS. GODSHALL:
 7               Object to form.
 8   A   No.  I didn't have a problem with my hair
 9   loss through medication.
10   BY MS. BIERI:
11   Q   What's your basis for saying that?
12   A   I have -- I've met people with lupus, and
13   some of them hair didn't come out and some of them hair
14   did.
15   Q   So some people you know who are on lupus
16   medication have had hair that's come out?
17   A   Yes.
18   Q   People you know?
19   A   No.  Not anybody I know with lupus.  Like,
20   going through the clinic and you -- you talk about
21   that.
22   Q   People you've encountered at your doctor's
23   office?
24   A   Yes.  But, I mean, we didn't become friends
25   and talk on occasions.  We didn't get to that.
```

Page 345

```
 1   Q   And they've had loss of hair due to the lupus
 2   medication they're taking?
 3   A   Yes.
 4   Q   And is that the same lupus medication that
 5   you take?
 6   A   I'm not sure.
 7   Q   Do you know if any of the medications that
 8   you take are -- have had reported cases of hair loss or
 9   hair thinning?
10           MS. GODSHALL:
11               Object to form.
12   A   No.
13   BY MS. BIERI:
14   Q   "No," you don't know that?
15   A   No, I don't.
16   Q   Ms. Crayton, are you seeking to recover money
17   in this litigation?
18   A   Repeat.
19   Q   Are you seeking to recover money in this
20   litigation?
21   A   I don't remember how I feel about it, the
22   outcome.
23   Q   Can you say that again?  I couldn't hear you.
24   A   Repeat it.
25   Q   Are you seeking to recover money in this
```

21 (Pages 342 - 345)