# EXHIBIT G

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3       * * * * * * * * * * * * * * * * * * * * * *
 4    SHEILA CRAYTON,                       CASE NO.
            Plaintiff,                      2:16-cv-17039
 5    v.
      SANOFI S.A.,
 6    SANOFI-AVENTIS U.S.,
      L.L.C., SANOFI US
 7    SERVICE, INC.,
            Defendants.
 8
 9
10       * * * * * * * * * * * * * * * * * * * * * *
11                       DEPOSITION
                            OF
12
                        SHEILA CRAYTON
13
           Taken on Wednesday, September 19, 2018
14
                  Commencing at 9:06 a.m.
15
                      at the offices of
16
                     MORRIS BART, LLC
17
                     601 Poydras Street
18
                   New Orleans, Louisiana
19
20
21
22
23
24
25                   Job No. NJ3006994
```

```
                                                     Page 130                                                    Page 132
 1   Q. So --                                                  1    Q. Has any medical provider ever told you that
 2   A. But not in that area.                                  2  your hair loss in that area is irreversible?
 3   Q. I'm sorry.                                             3        MS. GODSHALL: Object to form.
 4       So are you saying that in certain areas of            4    A. No.
 5  that photograph she was pointing out areas that had        5    Q. So why do you think that it is?
 6  come back, but also showing an area where the hair         6        MS. GODSHALL: Object to form.
 7  had not come back?                                         7    A. From the chemo.
 8   A. Correct.                                               8    Q. I understand that you think that the hair
 9   Q. Could you circle for me on the photograph              9  loss is because of the chemo.
10  the areas that she was showing you that you had had       10    A. Uh-huh.
11  hair come back recently.                                  11    Q. And you've always thought that your hair
12       (Witness indicating.)                                12  loss or your failure to fully re-grow your hair was
13  BY MS. BIERI:                                             13  due to the chemo?
14   Q. So you've circled, one, two, three areas on           14    A. Yes.
15  Exhibit No. 14, correct?                                  15    Q. Did you ever think that it was due to
16   A. Yes.                                                  16  anything else?
17   Q. And are those areas where your daughter said          17    A. No.
18  that you were having recent regrowth of hair?             18    Q. You just knew this was due to the chemo that
19   A. Yes.                                                  19  my hair is got coming back completely?
20   Q. And so that picture was taken in 2016,                20    A. Yes.
21  right?                                                    21    Q. Okay.
22   A. I think so, yes.                                      22        But my question is -- so I understand that
23   Q. So you had had -- she thought -- she told             23  you think and have always thought that your failure
24  you -- strike all that.                                   24  to fully re-grow all of your hair is due to the
25       She told you that look, mom, this area is --         25  chemo. But my question is: Why, if you've had

                                                     Page 131                                                    Page 133
 1  you're getting more hair?                                  1  areas of regrowth recently as depicted in Exhibit
 2   A. Yes.                                                   2  No. 14 --
 3   Q. Okay.                                                  3    A. Uh-huh.
 4       So even though you're getting more hair               4    Q. -- why you think that the area that you
 5  coming in recently in the areas that you circled in        5  indicated there's no hair growth will not come back?
 6  the photos --                                              6    A. Because in between those hairs --
 7   A. Yes.                                                   7        MS. GODSHALL: Let me get my objection in
 8   Q. -- you don't think there's any possibility             8    there.
 9  that you'll get more hair to come in in the center         9        Object to form.
10  part of the top of your head?                             10  BY MS. BIERI:
11       MS. GODSHALL: Object to form.                        11    Q. Go ahead. I didn't catch your answer.
12   A. No.                                                   12        (Witness indicating.)
13   Q. You never talked to a doctor about that,              13    A. Because it's not growing back in the center
14  right?                                                    14  and going down to the left and the right lower part
15   A. No.                                                   15  of my scalp.
16   Q. Never had a punch biopsy?                             16    Q. So I think we might be passing in the night
17   A. No.                                                   17  on this and it may be on my end.
18   Q. Have you ever had a punch biopsy?                     18        Why do you think that it's not possible that
19       MS. GODSHALL: Object to form.                        19  the -- that hair will re-grow on the top center of
20  BY MS. BIERI:                                             20  your scalp if you just had regrowth?
21   Q. Have you ever had a punch biopsy?                     21        MS. GODSHALL: Object to form.
22   A. No.                                                   22        (Witness indicating.)
23   Q. Have you ever had a microscopic examination           23    A. It's not showing the in-between here. All
24  of that area of your scalp?                               24  the hair is going all in between the top, going to
25   A. No.                                                   25  the back. This whole area. It just grew back here
```