# EXHIBIT H

**In re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)**

**Expert Report of John Glaspy, M.D.**

**Date Submitted:  December 9, 2019**

## INTRODUCTION

I have been asked to analyze medical and scientific literature and to apply my training, research and clinical experience to formulate opinions regarding the development, use, efficacy, and side effects of drugs used to treat women with breast cancer.  I have also been asked to review the individual cases of Ms. Thibodeaux and Ms. Crayton, and to provide my opinions with respect to their individual cases, breast cancer treatment in general and plaintiffs' expert reports in this matter.

I am familiar with alopecia occurring in women, including women treated with chemotherapy, and I have treated thousands of women with breast cancer in my career.  All of my opinions expressed in this report are stated to a reasonable degree of medical and scientific probability, and are based on my review of the relevant literature, my decades of experience as a practicing hematologist/medical oncologist, a professor of oncology, and a researcher in these areas.

A list of documents I considered in connection with this report is attached as **Exhibit A**. My *Curriculum Vitae*, which lists my publications for over the last 10 years, is attached as **Exhibit B**.   A list of my testimony for the last four years is attached as **Exhibit C**.  My hourly rate is $400 for general work and $400 per hour for trial testimony.   My compensation is not contingent on the opinions expressed in this report or the outcome of this litigation.

## EDUCATION AND PROFESSIONAL BACKGROUND

I am a medical oncologist and a professor of medicine at the UCLA Jonsson Comprehensive Cancer Center in Los Angeles, California.  My clinical practice, for 34 years, has been the treatment of cancer – with a focus on breast cancer and melanoma.

I received an M.D. from the University of California, Los Angeles (UCLA) in 1979, where I then completed an internship in internal medicine in 1980.   Following my internship, I completed a residency in internal medicine in 1982 and a fellowship in hematology and oncology at UCLA in 1985.  I am board-certified in internal medicine (since 1982), hematology (since 1986), and medical oncology (since 1985).  I am a member the American Society of Clinical Oncology, the Southwest Oncology Group, the American Federation for Clinical Research, the International Society of Interferon Research, and the American Society of Nuclear Medicine.

I have worked on numerous clinical trials involving chemotherapy drugs to determine, among other end points, which chemotherapeutic regimens are the most effective at prolonging life for cancer patients.  I have published close to 300 articles over the course of my career and have been named to the list of "Best Doctors in America."  A major focus of my oncologic practice for the past 34 years has been, and still is, devoted to the treatment

of woman diagnosed with breast cancer.

## I.   GENERAL OPINIONS

## Overview of Breast Anatomy and the Lymphatic System

I will offer opinions and testimony about the anatomy of the breast and lymphatic system. The breast is the tissue that sits on top of the pectoralis ("pec") chest muscle.  Although composed mainly of fatty tissue (adipose tissue), women's breasts contain specialized tissue called lobes (made up of many smaller lobules) that connect to milk ducts that act as conduits to carry milk to the nipple.  The adipose tissue extends from the edge of the sternum (flat bone in the middle of the chest) down to the underarm and across the middle of the ribcage.  A healthy female breast will have up to 20 lobes.  The fatty tissue and ligaments provide support to the breast and give it shape.  The breast also contains nerve tissues, blood vessels, lymph vessels, and lymph nodes.

The lymphatic system is a network of drainage channels throughout the body connecting through lymph nodes, and ultimately, to the blood stream. Lymph is the excess fluid that is not absorbed by veins and that forms in body tissues.  The lymphatic system also plays an essential role in an individual's immune system, with the lymph nodes serving as centers for white blood cell differentiation, targeting, and activation.  Lymphatic vessels act as sump drains that collect excess fluid in the tissues and return it to the blood stream.[1]  Lymphatic vessels are important in transporting immune cells and fluids, and acting as filters that collect potential targets for an immune reaction (bacteria, viruses, and possibly tumor cells).  The lymphatic system of the breast is relevant to the treatment of breast cancer.

## Breast Cancer Overview

I will offer opinions and testimony about cancer and breast cancer.  Cancer is the name given to a group of diseases signified by the uncontrolled growth of a single cell.  Cancer is the second-leading cause of death in the United States.  Breast cancer is the single most prevalent form of cancer in the United States.

Cancer cells can arise almost anywhere in the human body and differ from normal cells due to multiple mutations, and in that they continue to divide without stopping, and can colonize and grow in distant parts of the body.  Cancer cells are able to resist a process known as apoptosis (programmed cell death), which the body uses to eliminate defective or mutated cells.  This uncontrolled growth of cells is made possible by mutations in DNA, which damage the cell's "instruction book" that regulates its behavior. Genetic mutations can cause a cell to grow and divide more rapidly without normal cessation of cell division

---

[1] Lymphatic vessels are similar to small veins that carry lymph fluid away from the breast.

and to create new cells that have the same mutations. Cancer cells can establish their own blood supply, and, if not treated, divide and spread until they kill the host. The individual behavior of a cancer is determined by the loss or gain in gene expression resulting from the accumulated mutations. The more aggressive the cancer cell, the higher the chance it will invade local tissue and travel, via a process known as metastasis, to vital organs. There they disrupt normal organ function and can cause death.

The most common type of cancer among women in the United States is breast cancer. Breast cancer develops in the ducts or lobules of the breast and can happen in males, although it is much more common in women. When an early breast cancer penetrates the wall of the breast duct or lobule, it enters the body and is known as invasive carcinoma. Cancer cells that have arisen in the lobules and entered the body are known as invasive lobular carcinoma; those arising in the ducts and penetrating the body are known as invasive ductal carcinoma. Invasive ductal and lobular carcinomas are the most common forms of breast cancer. Invasive ductal carcinoma comprises approximately 80% of all invasive breast cancers while 10% are invasive lobular. Once invasive, breast cancer can spread outside the breast through blood vessels and lymph vessels.

## Prevalence and Risk Factors for Breast Cancer

I will discuss the prevalence of and risk factors for breast cancer. Currently, about 1 in 8 women (12%) will be diagnosed with breast cancer in their lifetime. In comparison, about 1 in 17 (5.9%) women will develop lung cancer, 1 in 23 (4.3%) women will develop colon cancer, and 1 in 75 (1.3%) women will develop ovarian cancer. Each year approximately 170,000 women will be diagnosed with breast cancer in the United States. More than 3 million women are living with breast cancer in the United States. Approximately 55,000 women will die each year from this disease in this country.

The strongest risk factor for breast cancer is female gender. Among women, the strongest risk factor is age. The median age of first diagnosis of breast cancer is 61. Seventy percent of new breast cancer cases occur in women over 55 years old. Women who have inherited mutations to genes, such as BRCA1 and BRCA2 have an increased risk of breast cancer. Other factors that may increase a woman's risk for breast cancer include a family history of breast cancer, reproductive history (age at first pregnancy), environmental factors (smoking, chemicals), increased exposure to estrogen (early menarche, late menopause or postmenopausal estrogen replacement therapy) a prior history of breast cancer, and previous treatment with radiation therapy to the chest or breast area.

## Breast Cancer Diagnosis

I will discuss breast cancer screening and diagnosis. Women of any age are at risk for breast cancer. Because early detection is important, women are counseled to perform monthly self-breast examinations, and keep yearly physician appointments, which should

include a routine breast examination.

Breast cancer can present as a mass in the breast; other symptoms of breast cancer can include a change in the size, shape, or appearance of the breast such as: changes in the breast skin (breast dimpling), the nipple becoming inverted, scaling, peeling or flaking of the skin on the breast, or discharge from the nipple.

The American Cancer Society (ACS) recommends that women undergo regular mammography screening starting at age 45.[2]  Women 45-54 should be screened annually and women 55 and over can transition to biennial screening.  Women are encouraged to continue screening as long as they are in overall good health and have a life expectancy of 10 years or longer.

A number of different tests are used to look for and diagnose breast cancer, including magnetic resonance imaging (MRI), diagnostic mammogram, breast ultrasound, and breast biopsy.  In some instances, suspected breast cancer can be ruled out with a diagnostic mammogram, breast ultrasound, or breast MRI.  If breast cancer cannot be ruled out using those tests, a biopsy is necessary.[3]

The two main types of biopsies are needle and surgical or excisional biopsies.  When a biopsy is performed, tissue is removed from the suspicious area of the breast and studied under a microscope to determine whether cancer is present.  If cancer is present, the biopsy material is also used to determine the aggressiveness of the cancer by measuring biomarkers predictive of cancer behavior, including the expression of estrogen receptors (ER), progesterone receptors (PR), amplification of the HER2 gene and proliferative rate as measured using Ki67 expression.  These biomarkers, combined with staging, are utilized to determine the likelihood that microscopic spreading to distant organs has occurred and therefore to guide decisions on systemic therapy.

### Breast Cancer Staging and Markers

I will offer opinions about breast cancer staging and markers.  Breast cancers are given pre- and post-surgery staging.  In general, the higher the stage of the breast cancer, the higher the likelihood that there has been systemic spreading and the worse the prognosis for long-term survival.  Staging is an important part of determining a patient's prognosis and best treatment options.

Breast cancer staging incorporates tumor size, the degree of lymph node involvement and the presence of gross distant metastases, the so called TNM staging system. Other prognostic factors include, the cancer's grade, ER and PR expression, HER2 amplification,

---

[2] Breast Cancer Screening for Women at Average Risk: 2015 Guideline Update From the American Cancer Society.

[3] A biopsy is the only definitive way to diagnose breast cancer.

and growth rate (Ki67 expression). For TNM, T represents the size of the primary tumor. T scores ranges from Tis (tumor is still in situ, that is, not invasive) to T4 (largest tumor). N represents lymph node status. N scores range from 0 (no lymph node involvement) to 3 (more than nine lymph nodes involved). M represents known metastatic disease: gross cancer already detectable in a distant site. M0 indicates that it has not become evident in distant tissues. M1 indicates that it has. Generally speaking, the larger the tumor and the greater the lymph node involvement, the higher the stage and the greater the likelihood that microscopic spreading has occurred. Once the cancer has metastasized beyond the lymph nodes and grown to a size there that is detectable, it is no longer curable; this is stage IV cancer and the goals of therapy are palliative, not curative.

The cancer's grade is also evaluated. Grades range from G1 to G3. The grade of the cancer evaluates how different from a normal cell the cancer cell appears. The higher the grade, the more likely that cancer is to have spread microscopically beyond the breast.

Biomarkers are also measured and used to determine the likelihood that a woman needs systemic treatment to address microscopic spreading. ER expression, PR expression, and HER2 gene amplification are the main biomarkers. ER and PR expression suggests that the cancer cells remain sensitive to and dependent upon estrogen for their survival. These cancers, in general, have a better prognosis. According to the American Cancer Society, two out of every three cases of breast cancer are hormone receptor positive.

Human epidermal growth factor receptor 2 (HER2/neu or HER2) is a cell surface receptor protein that is overexpressed in 20%-25% of human breast cancers; when it is overexpressed this is a marker of dependence of that breast cancer on the HER2 pathway and of a much more aggressive behavior.

Beyond TNM stage, there are four main breast cancer biomarker subtypes: ER+/HER2-, ER-/HER2-, ER+/HER2+, and ER-/HER2+. ER+/HER2- breast cancer tends to be slower growing and less aggressive and is associated with the most favorable prognosis. ER-/HER2-, also known as triple negative breast cancer, is associated with a poorer short-term survival because there are no targeted therapies for these tumors and they tend to be inherently more aggressive.[4]

While HER2+ cancers are aggressive cancers, the advent of targeted therapies, including Herceptin, have vastly improved HER2+ survival outcomes for patients diagnosed before gross distant metastases have become evident and—properly treated—these cancers are no longer associated with a very poor prognosis.

---

[4] Reis-Filho, J. & Tutt, A., Triple Negative Tumors: a Critical Review, Histopathology. 2008; 52:108-118; Dent, R. et al., Triple-Negative Breast Cancer: Clinical Features and Patterns of Recurrence, Clin. Cancer Res. 2007:13(15); Dent, R. et al., Triple-Negative Breast Cancer: Clinical Features and Patterns of Recurrence, Clin. Cancer Res. 2007:13(15).

6

**Treatment Options and Patient Attitudes**

I will discuss the treatment options for breast cancer, including surgery, radiation, chemotherapy, targeted therapy, and hormonal therapy. In addition, I will discuss common sentiments breast cancer patients may have and express to me regarding treatment and survival.

For patients with advanced, stage IV, grossly metastatic breast cancer, cure is not achievable and the goal of therapy is palliation, with control of the disease and the resulting symptoms for as long as possible, balancing side effects of cancer and side effects resulting from its treatment to optimize quality of life. Early breast cancer, that is, breast cancer diagnosed before gross distant metastases have become evident, is potentially curable and the primary goal of treatment is efficacy, as measured by cure rates and survival. This is in part because if the breast cancer recurs with gross metastatic disease, patients are no longer curable and will ultimately die of their disease. Once the cancer returns, even with existing therapies, the median five-year survival rate is approximately 16% and the 10-year survival rate is approximately 6%. If breast cancer returns in a patient treated with chemotherapy after surgery, the median survival time is 20 months. Because of this, an oncologist approaches early breast cancer by assessing the risk of recurrence and, if there is a significant risk, treating aggressively with the best current treatments validated through clinical trials, to minimize the chance that it will relapse, and to thereby provide the patient with the best chance of long term survival.

Based on my clinical practice, not surprisingly, for women who are diagnosed with early breast cancer, survival is their greatest priority. Women often make treatment-related decisions that have an impact on their appearance. As an example, some women opt for prophylactic bilateral mastectomies, even without having a high risk BRCA mutation, despite the data indicating that having a prophylactic bilateral mastectomy in this setting, while carrying significant cosmetic sequelae, does not increase overall survival rates. Women frequently opt for that procedure for peace of mind. Further, women who undergo a lumpectomy, rather than bilateral mastectomy, often opt for radiation, which can result in cosmetic changes in the appearance of the breast tissue. Women seeking peace of mind from their treatment is consistent with the patient attitudes that I see in my practice.

Patients also choose to receive chemotherapy and/or hormonal (estrogen interdicting) therapies that have substantial side effects to reduce their recurrence risk and to increase their chances of long-term survival. Surgery and radiation therapies are localized treatments given to treat patients with early breast cancer, but they cannot address distant microscopic disease. Systemic treatments including chemotherapy, hormonal therapy, and targeted HER2-directed therapies, given in conjunction with localized therapies to women with early breast cancer, are called adjuvant therapies.

**Patient Counseling**

I will offer testimony on patient reactions to a cancer diagnosis, discussions with patients regarding treatment and side effects, and the patient decision-making processes. Fear, shock, disbelief, sadness, and anger are all normal, common emotions for women recently diagnosed with breast cancer. Upon diagnosis, many patients think about what is important in their lives, including friends, family, and loved ones. Not surprisingly, patients have a strong desire to live, and the majority of patients are willing to take any possible treatment to maximize survival and reduce their relapse risk. When deciding upon a chemotherapy regimen, the patients' primary focus is on what regimen will optimize their survival, a distant secondary concern is side effects.

As a medical oncologist, I meet with a patient with early breast cancer to explain her relapse risks with and without systemic adjuvant treatment, treatment options, potential side effects, and management of those side effects. I typically meet with a patient for the first time after they have their biopsy results but before surgery. Thus, when I first meet with the patient, we know the hormone receptor (ER) status of their cancer and whether it is HER2+ or HER2-. Additionally, while we do not know definitively the cancer's size, lymph node involvement, or if it has metastasized, we often generally have a good idea about the cancer's likely stage and systemic treatment options.

Consequently, during that first meeting, I talk with the patient about the potential treatment plan and next steps in her treatment. I often discuss survival outcomes both with and without adjuvant systemic therapy. More specifically, I tell the patient that their chance of recurrence and breast cancer-related death decreases if their risk is substantial and they receive adjuvant chemotherapy. In addition to the benefits of chemotherapy, I discuss the potential side effects. And I make a recommendation for their chemotherapy, pending final results from the surgery when appropriate. Increasingly, patients with the higher-risk early breast cancers, triple negative or HER2-amplified, receive their adjuvant chemotherapy preoperatively. For these patients, we discuss the chemotherapy plan and its benefits and side effects at this meeting.

I meet with the patient again after surgery to finalize the treatment plans for those who did not receive preoperative chemotherapy (in general, ER positive/HER2 negative) and to determine whether more chemotherapy is indicated for those who received pre-operative chemotherapy. After surgery, we may have revised measures of the size of the tumor, and know definitively the degree of lymph node involvement. In the adjuvant setting, during this meeting I will make my chemotherapy recommendations and again discuss the potential benefits and risks. I will make sure the patient understands that survival is the primary goal. I will discuss with the patient that if the cancer returns systemically, her chance of survival is diminished drastically. I will make sure the patient understands the importance that we focus our efforts on minimizing her chances of breast cancer death.

8

The vast majority of the time the patient accepts my recommended treatment plan.

It is impossible to warn a patient of all potential side effects from chemotherapy. Therefore, a clinician must decide of which side effects to warn and bring into the discussion. Generally speaking, clinicians warn of life-threatening side effects, side effects that occur with regularity, and side effects for which there is an effective countermeasure. In general, unless the side effect is life-threating, clinicians do not warn of rare side effects. In addition, clinicians do not warn of side effects that have not been proven to occur. While I do warn of alopecia, I do not tell my patients that Taxotere causes permanent alopecia. When I warn of alopecia, which I do for all adjuvant chemotherapy regimens for early breast cancer, I tell patients that their hair may grow back differently. Their hair may come back thinner, be a different texture, or a different color. We also discuss cold cap countermeasures. For patients with ER+ breast cancers, I also discuss the effects of hormonal therapies on hair and hair recovery.

While I warn of alopecia, the possible side effect does not change my recommendation that a patient receive the most effective treatment available to them. As an oncologist, one of my goals is to help diminish a patient's fear, while encouraging them to make appropriate treatment-related decisions.

## Surgery

While surgery is often done before chemotherapy, there are times when chemotherapy is administered before surgery, as discussed above. This type of chemotherapy is called neoadjuvant chemotherapy. Neoadjuvant chemotherapy is typically administered to reduce the tumor size prior to surgery and to assess the response of the tumor to the treatment. It is used typically for triple negative or HER2 positive breast cancers.

Surgery is usually the first treatment option for all other breast cancer patients. The surgical oncologist conducts the surgery. Depending on the size and location of the tumor, some patients have a choice between a mastectomy and a lumpectomy. For larger tumors, lumpectomies are often not an option.

If breast cancer spreads, one of the first places it is likely to go are the lymph nodes in the underarm. As such, during breast cancer surgery, a tracer is injected into the primary breast tumor. That tracer is followed to see which lymph nodes it goes to. Those lymph nodes are removed and inspected under the microscope to determine if they are cancerous. This is called a sentinel lymph node biopsy.

The extent and the involvement of the lymph nodes in breast cancer are considered to be a strong predictor of recurrence and survival. As discussed more fully below, if cancerous cells are present macroscopically in the lymph nodes, it is a sign that the cancer cells have spread to other organs as well, even if these sites of spread are not large enough to detect

9

with any scans.

One of the more serious side effects of lymph node removal is lymphedema. Lymphedema is swelling in the arm or legs resulting from a blockage in the lymphatic system. In some cases, lymphedema can be severe making the affected limbs difficult to use and painful. Smoking, obesity, radiation therapy to the axilla, and diabetes increase a woman's chance of developing lymphedema following surgery. Lymphedema is usually a permanent side effect. Lymphedema is an example of a very significant potential side effect of treatment that women are willing to accept to ensure they are cancer free.

Before surgery, some women are tested to determine if they have genetic mutations that put them at greater risk for breast cancer. In particular, BRCA mutations put women at a greater risk for breast and ovarian cancer. Consequently, when women test positive for BRCA mutations, often times they will opt for a prophylactic oophorectomy (ovary removal) to reduce the risk developing additional cancer. These women will also often opt for prophylactic mastectomies.

Women who have had a mastectomy will have the choice of reconstructive surgery. Reconstructive surgery is performed by a plastic surgeon.

### Radiation Therapy

Radiation oncologists administer radiation therapy. Radiation therapy is a highly effective way to kill cancer cells in a given location. It uses high-energy beams to damage a cell's DNA. Radiation, like chemotherapy, can also damage normal cells in its path. Radiation is always recommended for patients who have lumpectomies. For women who have the option to have a lumpectomy, overall survival rates are equivalent between having a mastectomy and having a lumpectomy plus radiation. In addition, for more advanced cancers, radiation is recommended for women who have mastectomies. Radiation is given to reduce the risk of local recurrence of cancer. Potential side effects of radiation therapy include armpit dysfunction, lymphedema, chest pain, fatigue, heart problems, lowered white blood cell counts, and lung problems. In addition, radiation can complicate wound healing. It can also alter the skin. A potential side effect of radiation is that reconstructive surgery may not be done due to poor wound healing or alterations to the skin. Radiation is another example of treatment carrying significant potential side effects, and cosmetic side effects, which women are willing to accept to ensure they are cancer free.

### Chemotherapy

Another component of breast cancer treatment is chemotherapy. Chemotherapy medicine cannot be lawfully obtained in the United States without a doctor's prescription. Medical oncologists create chemotherapy plans for the patient. Chemotherapy is given to kill cancer cells that have migrated to distant parts of the body and, although not yet detectable

by scanning, will result in the development of metastatic disease in the future. Chemotherapy reduces the risk that this will occur. A significant proportion of early breast cancer patients need adjuvant chemotherapy to optimize their survival chances. Chemotherapy can be given in a neoadjuvant, adjuvant, or metastatic setting. For purposes of this report, I will focus on chemotherapy for early breast cancer.

Chemotherapy is treatment by means of anti-cancer drugs that kill cancer cells. Modern chemotherapy regimens for early breast cancer include at least two or three different chemotherapy drugs. This is because a multi-drug regimen has greater efficacy than monotherapy.

The primary goal of chemotherapy is to improve survival rates. In general, I would not recommend that a patient take a less effective chemotherapy regimen due to potential appearance-related side effects.

Chemotherapy regimens to treat breast cancer have evolved over time. This evolution is based on the availability of new drugs that clinical trials have shown to provide greater efficacy with an acceptable side effect profile. Currently, the most effective adjuvant chemotherapy regimens for early breast cancer are taxane-containing regimens. This was the case in 2008 as well.

Taxanes are uniquely effective in treating breast cancer due to their mechanism of action. The principal mechanism of action for the taxane class of drugs is the disruption of microtubule function. Taxanes are mitotic spindle poisons (a poison that disrupts cell division) and work by inhibiting microtubules. In normal cell division, microtubules pull chromosomes to each side of a cell, which allows the cell to copy itself and divide. Taxanes inhibit this process and essentially prevent the cell from being able to divide, which kills the dividing cancer cell.

The older non-taxane containing regimens, including FEC, FAC, CMF, and AC, have lower overall survival rates than taxane-containing regimens. Under the current NCCN Guidelines for HER2- breast cancer, the majority of the preferred regimens contain a taxane, and the older regimens, including CMF and AC, are no longer preferred regimens. Consequently, in the absence of a pre-existing medical problem that makes taxane therapy unsafe, I do not generally recommend that a woman with early-stage breast cancer take a non-taxane-containing chemotherapy regimen because her overall likelihood of survival would diminish, and her risk of recurrence—a lifetime then measured in months—would increase.

Recently, tests such as the Mammaprint and Oncotype DX tests have been used to help assess whether very low risk breast cancer patients may benefit from adjuvant chemotherapy. Those tests are only used in a subset of breast cancer patients. Those tests are not a substitute for an oncologist's clinical judgment.

11

**Survival Rates for Breast Cancer**

I will discuss survival rates for breast cancer, including the impact that various chemotherapy regimens have had on improving overall survival rates. Survival rates are used to understand a patient's prognosis, compare different treatment approaches, and develop an appropriate treatment plan. Survival rates are often measured in terms of a five-year and ten-year survival rate.

Until 1995, breast cancer death rates had remained nearly unchanged for 40 years. Over time, treatment options for and earlier detection of breast cancer have led to increased survival rates.[5]

Today, however, 5-year and 10-year survival rates for invasive breast cancer are 90% and 83%.[6]

**The Development of Chemotherapy**

I will discuss the evolution of chemotherapy. Before the advent of chemotherapy, the only treatment options a woman had for breast cancer were disfiguring surgeries and radiation. Eventually, oncologists realized that no matter how extreme the surgery, the overall survival rates were unchanged. This is because even radical surgeries did not rid the woman's body of micrometastases. Those micrometastases resulted in distant cancer recurrence and death, and were the main obstacle to long term survival and cure.

This understanding resulted in the use of drugs in conjunction with (or "adjuvant to") surgery or radiation treatments to prevent micrometastases. To combat micrometastases, oncologists developed chemotherapy regimens. The application of chemotherapy drugs to the treatment of early breast cancer was associated with an improvement in overall survival. This approach continues to be widely applied in the treatment of early breast cancer.

Chemotherapy has improved over time and progress has been steady. More specifically, new chemotherapy drugs have been developed and new chemotherapy regimens have been studied, which have improved overall survival rates compared to prior chemotherapy regimens. As chemotherapy regimens evolve, the newest generation of chemotherapy regimens become the "standard of care." This is because they offer the best survival rates and offer the patient the optimal chance for survival.

In patients with early breast cancer, most recently the addition of taxanes to chemotherapy

---

[5] Data Sources: National Center for Health Statistics (NCHS), Centers for Disease Control and Prevention, 2016.
[6] Cancer Stat Fact: Female Breast Cancer, https://seer.cancer.gov/statfacts/html/breast.html.

regimens have improved survival rates compared to earlier chemotherapy regimens that did not include taxanes. This was clear by 2008. The standard of care currently and in 2008 for adjuvant chemotherapy requires that the regimen contain a taxane, except in the rare circumstance of patients with a serious pre-existing neuropathy or a known insurmountable taxane allergy. In general, patients should not be given outdated chemotherapy regimens, including: AC, FEC, FAC, CAF, CEF, CMF, and EC. Those regimens have lower survival rates, compared to taxane-containing regimens. In general, clinicians do not recommend those regimens to patients. I will discuss the difference in survival rates between the older regimens and taxane-containing regimens.

## Taxotere (docetaxel)

I will discuss the development of taxanes. In the 1950s, the National Cancer Institute (NCI)[7] created the Cancer Chemotherapy National Service Center (CCNS). CCNS's goal was to find new anti-cancer compounds. As part of that process, they analyzed thousands of compounds and plants to determine if they had anti-cancer properties. CCNS found that the bark from the Pacific Yew tree had highly cytotoxic properties and a unique mechanism of action. The problem is that the Pacific Yew tree was extremely slow-growing and in limited supply.

To collect the bark, the yew tree had to be killed. It required 100 Pacific Yew trees to produce a single gram of purified Taxol. In other words, 360,000 Pacific Yew trees were required to produce enough Taxol to treat 20,000 patients.

As Jordan Goodman writes in *The Story of Taxol*, "Whatever the true population of *taxus brevifolia* in the Pacific Northwest was, it was finite and depleting. Cancer was not."

Due in part to environmental concerns regarding the impact on the forest and the possibility of using up all the Yew trees, news stories began appearing, and the public became more aware of the existence of Taxol. To overcome this supply and demand problem, the cytotoxic naturally occurring molecule needed to be synthesized. Researchers were able to create a synthetic molecule. That initial synthesized molecule was the drug that became known as Taxol.

Researchers continued to work on other synthesized molecules. One researcher was Dr. Pierre Portier. In 1980, Dr. Portier began working on a process to semi-synthesize Taxol and Taxol-derivatives with improved anti-cancer activity. His team focused on the common yew due to its abundance near the Center for National Scientific Research (CNSR) in France. From the needles of the common yew tree, Portier's team isolated a precursor taxane molecule. Portier entered a collaborative agreement with Rhone-Poulenc

---

[7] The National Cancer Institute (NCI) is part of the National Institute of Health (NIH) and 1 of 11 agencies that make up the Department of Health and Human Services (HHS).

to expedite research and development. The semi-synthesis process developed by Portier and his team ended with the drug that became known as Taxotere.

During in vivo testing, the Taxotere molecule showed greater anti-cancer activity than Taxol.

Phase I clinical trials for Taxotere began in 1990, which addressed dosing and administration schedules. Phase II studies began in 1992, and by 1994, Taxotere was in Phase III clinical trials for multiple indications. In 1996, the FDA approved Taxotere for treatment of metastatic breast cancer with progression or relapse after previous anthracycline-based chemotherapy. In 1998, the FDA approved Taxotere for treatment of locally advanced or metastatic breast cancer after failure of prior chemotherapy. Then, in 2004, the FDA approved Taxotere for adjuvant treatment of operable node-positive breast cancer in combination with doxorubicin and cyclophosphamide.

In general, Taxotere is not given as a monotherapy in the adjuvant treatment of early breast cancer. It is given as part of a multi-drug chemotherapy regimen. Taxotere is more effective when used as part of a multi-drug chemotherapy regimen. When used in the adjuvant treatment for breast cancer, Taxotere is generally administered in a $75 \text{ mg/m}^2$ dose that is generally given every 21 days for 4-6 cycles in combination with other chemotherapy drugs.

While the FDA approves drugs for very specific indications, drugs, including Taxotere, are frequently used by oncologists "off label."

Taxotere is approved to treat breast cancer, non-small cell lung cancer, gastric adenocarcinoma, squamous cell head and neck cancers, and hormone refractory prostate cancer. Taxol does not share the same approved indications as Taxotere.

Taxotere is a life-saving drug. It is included on the WHO's list of essential medicines, which is defined as "the most efficacious, safe, and cost-effective medicines for priority conditions."

### Taxotere (Docetaxel) and Taxol (Paclitaxel) Are Not Interchangeable

While Taxol and Taxotere are both taxanes, they are not the same drug. They have different drug profiles, different toxicities, and are prescribed for different indications. In some clinical situations taxotere-containing regimens offer benefits over Taxol-containing regimens for the treatment of early breast cancer.

Preferred chemotherapy regimens are based on clinical trials. As such, one chemotherapy drug cannot be swapped out for another chemotherapy drug in a regimen. In other words, Taxol cannot be substituted for Taxotere in Taxotere-containing regimens and vice versa

14

without clinical trials demonstrating equivalent efficacy and safety in that particular regimen and setting.

The established regimens for Taxotere and Taxol may contain different drugs. Notably, for both HER2+ and HER2- breast cancer, patients can avoid Adriamycin and other anthracyclines by taking a Taxotere combination regimen. In contrast, for both HER2+ and HER2- breast cancers, all of the studied and established Taxol-containing regimens include anthracyclines as part of their regimen. Adriamycin can cause irreversible heart damage and fatal leukemia.[8] Patients can avoid those potentially lethal side effects by taking Taxotere regimens and not taking Adriamycin.

If Adriamycin is included in a regimen, Taxotere can be administered concurrently with Adriamycin. Taxol, however, is not administered concurrently with Adriamycin because the co-administration may increase cardiotoxicity. Because Taxol is not administered until after all Adriamycin cycles have been completed, the patient is at risk of not being able to receive a taxane (here, Taxol) if cardiac or other serious complications occur during the Adriamycin cycles.

In addition, the side effect profiles of Taxol and Taxotere are different. Both Taxotere and Taxol are microtubule targeting chemotherapy medications. But the risk of severe neuropathy is much lower with Taxotere than Taxol. Neuropathy is a side effect of taxane chemotherapy. Neuropathy can be permanent. It is a quality of life concern. Because Taxol has higher rates of neuropathy and worse neuropathy than Taxotere, diabetics and pre-diabetics are at increased risk of neuropathy when treated with Taxol.

Taxol and Taxotere-containing regimens are also given on different dosing schedules. More specifically, Taxol is usually given weekly, especially when used in early breast cancer. Taxotere is given once every three weeks. Chemotherapy given every three weeks has a number of medical and quality of life advantages. As far as quality of life, many patients find that only having chemotherapy once every three weeks is more convenient and better tolerated. Medically, one problem with weekly therapy is that patients receive more corticosteroids than when treated once every three weeks. Corticosteroids are associated with numerous toxicities including insomnia, allergic reactions, delirium, immune suppression and infections, weakness, psychosis, stomach ulcers and gastritis, elevated blood pressure/blood sugar, and osteoporosis. I will discuss the tradeoffs with alternatives to Taxotere-containing regimens and the absence of any ultimate guarantees in the oncological setting.

---

[8] Pinder, M., et al. Congestive Heart Failure in Older Women Treated With Adjuvant Anthracycline Chemotherapy for Breast Cancer. J Clin Oncol. 2007;25(25):3808-3815; Diamandidou, E., et al. Treatment-Related Leukemia in Breast Cancer Patients Treated with FEC Combination Adjuvant Chemotherapy. 1996;14(10):2722-2730.

**NCCN Guidelines**

The National Comprehensive Cancer Network (NCCN) is an alliance of 27 cancer centers throughout the United States.  The NCCN issues recommendations for adjuvant breast cancer chemotherapy regimens based on breast cancer biomarkers.  The guidelines have changed overtime as new clinical trial data becomes available.  The guidelines set forth "preferred adjuvant regimens" and "other adjuvant regimens."  Taxane containing regimens are listed under the preferred regimens.  This is because they are more effective than the "other" regimens.  While numerous regimens are listed in the NCCN guidelines, many of those regimens are included for insurance coverage purposes for special patient populations.  Those regimens are frequently not the standard of care.  Taxane-containing regimens are the standard of care for adjuvant breast cancer chemotherapy regimens for most patients. Moreover, the guidelines do not establish a one-size fits all regimen for cancer patients.  There will be cancer diagnoses that require regimens that do not fit within the precise confines of a NCCN regimen but which are, nonetheless, effective and appropriate.

Regarding the chemotherapy regimens for Shelia Crayton and Cynthia Thibodeaux who were treated in 2008, the NCCN at that time listed regimens for ER positive and ER negative, HER2- breast cancers as follows: FAC; CAF; FEC; AC; AC-Taxol; EC; TAC; A-CMF; E-CMF; CMF; dose dense AC-Taxol; dose dense A-Taxol-C, FEC-T, and TC. These regimens are not all equal or interchangeable from patient-to-patient.  In 2008, there were no preferred or other regimens specifically targeting triple negative breast cancers (like Shelia Crayton's) and the same regimens listed above were the accepted options.  As indicated, however, by 2008, it had become clear that the addition of taxanes to chemotherapy regimens improved survival rates compared to earlier chemotherapy regimens that did not include taxanes.

**Chemotherapy Regimens for HER2 Negative Breast Cancer**

I will discuss chemotherapy regimens used to treat HER2- breast cancer. My preferred chemotherapy regimen for HER2- breast cancer is often TC (Taxotere, Cyclophosphamide).  I prefer a taxane-containing regimen, because the addition of a taxane drug to chemotherapy improves survival and reduces the risk of recurrence compared to chemotherapy with no taxane.  A recent review of 29 randomized trials comparing taxane-containing regimens versus non-taxane containing regimens reached a similar conclusion, reporting the addition of a taxane drug resulted in improvement in overall survival and disease-free survival for women with operable early breast cancer.[9]  This benefit persisted when analyses strictly compared a taxane-containing regimen versus the same regimen

---

[9] Willson ML, et al. Taxanes for Adjuvant Treatment of Early Breast Cancer (Review), Cochrane Database of Systematic Reviews 2019, issue 9. Art. No.: CD004421.

without a taxane or the same regimen with another drug in substituted substitution for the taxane.[10]

In addition to TC, many doctors use the AC-T (Adriamycin and cyclophosphamide followed by Taxol or Taxotere) or the TAC (Taxotere, Adriamycin and cyclophosphamide) regimen for HER2- breast cancer. Patients with triple-negative (ER-/PR-/HER2-) breast cancer may benefit from the same regimens, or a regimen containing an anthracycline plus a taxane.[11] Recently, regimens including cisplatin or carboplatin with a taxane are gaining favor in the treatment of early triple negative breast cancer.[12] However, this was not the case yet in 2008.

While all modern taxane-containing regimens have similar efficacy, some physicians believe that the addition of Adriamycin also adds some benefit. These physicians favor TAC or AC-T over TC. These are all within the standard of care. Adriamycin brings with it the risk of fatal leukemia and heart concerns.[13] The risk of cardiac toxicity is increased in patients of advanced age or those with a prior history of heart disease.

Heart damage caused by Adriamycin may not appear until decades after treatment has ended. In fact, when following the cohort of women who have been given Adriamycin as they age, they have higher rates of heart failure than women who were never given Adriamycin. This is because Adriamycin damages the heart. Adriamycin is often called the "red devil" or "red death" because of its harsh side effects and its color. The risk of cardiac toxicity and leukemia are lower with the TC regimen.

Additionally, women who are obese, pre-diabetic, diabetic, or have heart issues may be suboptimal candidates for Taxol-containing regimens. This is because Taxol-containing regimens, and the attendant increases in steroid exposure with the requisite more frequent taxane administration when Taxol is used rather than Taxotere, put them at risk of neuropathy and cardiac toxicity. As such, for women who are obese, pre-diabetic, diabetic, or have heart issues, there are reasons to consider using TC or TAC.

If a patient decides to receive an Adriamycin-containing regimen, there are advantages of TAC or AC-Taxotere over AC-Taxol. First, Taxol has a higher risk of neuropathy than

---

[10] Willson ML, et al. Taxanes for Adjuvant Treatment of Early Breast Cancer (Review), Cochrane Database of systematic reviews 2019, issue 9. Art. No.: CD004421.

[11] Palmieri, F. & Perez, E. Managing the Early and Locally Advanced Breast Cancer Patient at High Risk for Recurrence: Recent Advances and Nursing Implications, Seminal Oncology Nursing, 2008; Reis-Filho, J. & Tutt, A. Triple Negative Tumors: a Critical Review, Histopathology. 2008;52:108-118; Dent, R. et al. Triple-Negative Breast Cancer: Clinical Features and Patterns of Recurrence, Clin Cancer Res. 2007 Aug 1; 13(15 Pt 1):4429-34.

[12] Priyanka Sharma, et al. Efficacy of Neoadjuvant Carboplatin plus Docetaxel in Triple-Negative Breast Cancer: Combined Analysis of Two Cohorts, Clin Cancer Res. 2017;23(3):649-657.

[13] Barrett-Lee, P.J., et al. Expert Opinion on the Use of Anthracyclines in Patients with Advanced Breast Cancer at Cardiac Risk, Ann Oncol. 2009;20:816-827.

17

Taxotere. A patient's risk of neuropathy is reduced with the Taxotere regimens. Further, for patients with fibromyalgia, thyroid conditions, and diabetes, who are already at an increased risk of neuropathy, Taxol has increased risks.

TAC is administered every three weeks, whereas the Taxol in AC-Taxol is given weekly. The TAC regimen is more convenient for the patient. Additionally, by administering chemotherapy every three weeks instead of weekly, the patient is able to avoid additional steroids. Avoiding additional steroids enables the patient to avoid unnecessary side effects and discomfort, including sleep disturbances, increased sugar levels, weight gain, and immune complications. Finally, Taxol and Adriamycin cannot be given at the same time. Thus, the patient receives Adriamycin and cyclophosphamide cycles first followed by Taxol. If the patient has cardiac complications, that can impact administering the remainder of the chemotherapy regimen.

When Adriamycin-containing regimens are given, oncologists must order cardiac tests on the patient before administering the regimen. If the patient's ejection fraction is reduced, it may be necessary to discontinue Adriamycin. Moreover, other factors should be taken into consideration in determining whether a patient should be given Adriamycin, including if the patient is obese, has hypertension, or has a family history of heart disease. Further, the risk of cardiac toxicity from Adriamycin is dose-dependent. Stated differently, the more Adriamycin a person is given, the greater the risk they will develop left ventricular failure.

In addition to Taxotere and Taxol containing regimens, I will discuss the efficacy and side effects of older chemotherapy regimens, including FEC, FAC, AC, and CMF. In my practice, I generally prescribe a non-taxane containing regimen if a patient has an absolute reason not to receive the taxane, including a serious allergic reaction, severe pre-existing neuropathy, multiple sclerosis, or serious concerns with steroid use. I prescribe CMF in patients only where the patient cannot receive a taxane or anthracycline, and the patient is willing to accept a lower efficacy rate.

## Hormone Positive Breast Cancer

Women who have early hormone receptor positive breast cancer and require systemic therapy following local treatments are given either the selective estrogen receptor modulator (SERM) Tamoxifen or an aromatase inhibitors. Currently, the recommendation is that women use those medications for 5 to 10 years.

Hormone receptor positive cancers require estrogen to grow. Tamoxifen interferes with estrogen's ability to support the growth of breast cancer cells. Aromatase inhibitors block the activity of the enzyme aromatase (used to make estrogen) and lower estrogen levels in postmenopausal women. If aromatase inhibitors are given to premenopausal women, they are used in combination with a drug that suppresses ovarian function and establishes

18

essentially a postmenopausal state.

Both Tamoxifen and aromatase inhibitors reduce the estrogenic stimulation to ER+ breast cancer.  Both of these hormonal therapy approaches can cause hair thinning and loss as alopecia.[14]   In addition, the labels for Tamoxifen and aromatase inhibitors warn of alopecia.[15]   In my own practice, I see alopecia caused by Tamoxifen and aromatase inhibitors very frequently, even when chemotherapy has not been given.  The hair loss seen with Tamoxifen and aromatase inhibitors can mimic the alopecia seen with androgenetic alopecia.  It can also appear in a more diffuse pattern.

Early breast cancer patients who are treated with any of the currently-employed chemotherapy regimens will generally undergo anagen effluvium and will lose all of their hair.  Then, after they complete their chemotherapy regimen, women with ER+ or PR+ cancers will begin taking either Tamoxifen or an aromatase inhibitor.  Because those drugs can cause alopecia, those drugs can be responsible for a woman's hair not regrowing.

In addition to persistent alopecia, Tamoxifen and aromatase inhibitors have other side effects.  Tamoxifen increases a woman's risk of endometrial cancer and blood clots.  Aromatase inhibitors cause loss in bone density.  Other side effects of Tamoxifen and aromatase inhibitors include joint pain, nausea, hot flashes, fatigue, mood swings, headache, depression, chest pain, weakness, weight gain, and loss of libido.  These side effects can significantly diminish a woman's quality of life.  Yet, the vast majority of women are willing to endure the side effects to improve their chances of survival.

While hormonal therapies are effective, in ER positive breast cancer, they do not replace chemotherapy for patients with a significant risk of relapse. In these women, the hormonal therapies are used in addition to, rather than instead of, chemotherapy.

### Side Effects of Chemotherapy Drugs

I will discuss side effects of chemotherapy drugs, how clinicians weigh side effects, and how and what side effects are communicated to the patient.  All chemotherapeutic drugs have side effects, including very serious side effects, such as death.  Well-known side effects include nerve or muscle problems, infection/neutropenia (low white blood counts), fatigue, nausea, alopecia, diarrhea, loss of fertility which can be permanent, heart damage,

---

[14] Freites-Martinez, A., et al. Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019: 155(6):724-728; Palamaras, I. Letter to Editor, Permanent Chemotherapy-Induced Alopecia: A Review, J Am Acad Dermatol. 2011 Mar;64(3):604-606; Park, J., et. al. Pattern Alopecia During Hormonal Anticancer Therapy in Patients with Breast Cancer, Ann of Dermatol. 2014;26(6):743-46; Fonia, A., et al. Permanent Alopecia in Patients with Breast Cancer After Taxane Chemotherapy and Adjuvant Hormonal Therapy: Clinicopathologic Findings in a Cohort of 10 Patients, J. Am Acad Dermatol. 2017;76(5):948-57.

[15] Aromatase inhibitors such as Letrozole, Raloxifene, Toremifene, Anastrozole, and Exemestane all warn of the risk of alopecia on their labels.

bladder or kidney problems, weight changes, mood changes, constipation, and skin and nail changes. Side effects vary greatly from person to person. Additionally, the severity of side effects varies from person to person. Permanent side effects can include damage to the heart, lungs, kidneys, or reproductive organs, or a second cancer.

As a clinician, when warning about potential side effects of chemotherapy drugs, I warn about common side effects and side effects that are life threatening. It is impossible to warn of all potential side effects. Additionally, when warning patients about side effects it is impossible to tell a patient which side effects that patient will have or avoid compared to another patient, and out of the wide spectrum of potential side effects.

## Alopecia Generally

I will offer opinions regarding types of alopecia and causes of alopecia. There are many types and causes of alopecia. As women age, their risk of alopecia increases.[16] Accordingly, post-menopausal women have a greater risk of alopecia.[17]

The most prevalent form of alopecia seen in women is androgenic alopecia, which is also called female-pattern baldness.[18] It is a non-scaring form of alopecia. This type of alopecia resembles male-pattern baldness. The hair loss typically occurs in the crown area, although it can occur over the entire scalp. The severity of hair loss caused by androgenetic alopecia can vary from minimal to complete baldness. Approximately, 50-60% of women have some degree of androgenetic alopecia by age 50. In addition to age, androgenetic alopecia can be caused by a hormone imbalance, or being post-menopausal, among other causes.

In addition, other common causes of alopecia include but are not limited to: medicines,[19] stress, surgery, illness, hormone imbalances, obesity, heart disease, metabolic syndrome,[20] thyroid conditions, vitamin deficiencies,[21] iron deficiencies,[22] hair care practices,[23] organ problems, and autoimmune diseases, including systemic lupus erythematosis.

---

[16] Ali, I., et al. Physiological Changes in Scalp, Facial, and Body Hair After Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, British J Dermatol. 2011;164.3:508-09.

[17] Ali, I., et al. Physiological Changes in Scalp, Facial, and Body Hair After Menopause: A Cross-Sectional Population-Based Study of Subjective Changes, British J Dermatol. 2011;164.3:508-09.

[18] Shapiro, J. Hair Loss in Women, N Engl J Med. 2007;357:1620-1630.

[19] Shapiro, J. Hair Loss in Women, N Engl J Med. 2007;357:1620-1630; Goldberg, L. Postmenopausal Alopecia (Hair Loss), chp. 11 Essentials of Menopause Management. Pal and Sayegh ed. Springer; 2017. ISBN 978-3-319-42449-1.

[20] Roth, MM, et al. Gynecologic and Andrologic Dermatology and the Metabolic Syndrome, Clin Dermatol. 2018;36(1):72-80; Uzuncakmak, TK, et al. Cutaneous Manifestations of Obesity and the Metabolic Syndrome, Clin Dermatol. 2018;36(1):81-88; Lie, C, et al. Alopecia and the Metabolic Syndrome, Clin Dermatol. 2018;36(1):54-61; El Sayad, MH, et al. Association of Metabolic Syndrome With Female Pattern Hair Loss in Women: A Case-Control Study, Int J Dermatol. 2016;55(10):1131-7.

[21] Lie, C, et al. Alopecia and the Metabolic Syndrome. Clin Dermatol. 2018;36(1):54-61.

[22] Shapiro, J. Hair Loss in Women, N Engl J Med. 2007;357:1620-1630.

[23] Shapiro, J. Hair Loss in Women, N Engl J Med. 2007;357:1620-1630.

Determining the cause of alopecia can be very difficult because the cause of alopecia can be multifactorial. In addition, when considering the cause of alopecia one must consider a woman's family history, medical history, current health, medications, blood tests, nutritional issues, genetics, and organ malfunction. Further, hair loss can occur over time and be cumulative. Many women will not recognize the extent of the hair loss until after normal chemotherapy-related changes to hair, including thinning. Many of the established risk factors for alopecia, including age and postmenopausal status, overlap with the demographics of women who have been diagnosed with breast cancer.

## Alopecia After Chemotherapy

I will offer opinions regarding whether chemotherapy drugs may cause alopecia. Alopecia is a common side effect of most chemotherapy drugs. This type of alopecia is called anagen effluvium. Hair loss occurs because chemotherapy targets rapidly dividing cells, including cells in hair follicles.

After recovering from chemotherapy, approximately, 65% of people who have undergone chemotherapy experience a change from their previous hair, including differences in texture, thickness, or color.[24] This is a widely known side effect of chemotherapy that pre-dates the use of taxanes in the treatment of early breast cancer.

Cases of persistent alopecia have been reported with Adriamycin,[25] Carboplatin,[26] CMF,[27]

---

[24] Batchelor, D. Hair and Cancer Chemo: Consequences and Nursing Care—A Literature Study, Eur J Cancer Care (Engl). 2001;10(3):147-63; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, Psychooncology. 1997;6(2):85-93.

[25] Masidonski P, et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin J Oncol Nurs. 2009;13(1):13-4; Crown, J, et al. Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women w/ Early Stage Breast Cancer, J Clin Oncol. 2017;35(15):Supp. Abstract e21576; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Freites-Martinez, et al. Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Jäger, E., et al. Combination of 5-fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Oncology. 1996;53:58-63; Kim, Gun Min, et al. Chemotherapy-induced Irreversible Alopecia in Early Breast Cancer Patients, Breast Cancer Research and Treatment. 2017;163:527-533.

[26] De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy, Bone Marrow Transplant. 2002;30:593-597; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Freites-Martinez, et al, Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Bolis, Giorgio, et al. Paclitaxel 175 or 225 mg per Meters Squared with Carboplatin in Advanced Ovarian Cancer: a Randomized Trial, American Society of Clinical Oncology. 2004;22(4):686-690.

[27] Freites-Martinez, et al, Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and

Cisplatin,[28]     Taxol,[29]     Epirubicin,[30]     Etoposide,[31]     5-Fluorouracil,[32]     Busulfan,[33]

Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, Eur J Cancer. 1991;27(9):1075-81.

[28] Miteva, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermopathol. 2011;33(4):345-350; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Goksel, Tuncay, et al. A Prospective, Multicentre Clinical Trial Comparing Cisplatin Plus Gemcitabine with Cisplatin Plus Etoposide in Patients with Locally Advanced and Metastatic Non-small Cell Lung Cancer, Respirology. 2005;10:456-463; Rosati, Gerardo, et al. A Phase II Study of Paclitaxel/Cisplatin Combination in Patients with Metastatic Breast Cancer Refractory to Anthracycline-based Chemotherapy, Tumor J. 2000;86(3):207-210; Daly, M., et al. A Short and Intensive Single-agent Cisplatin Regimen for Recurrent Carcinoma of the Uterine Cervix, International Journal of Gynecologic Cancer. 1996;6:61-67; Jäger, E., et al. Combination of 5-fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Onc. 1996;53:58-63.

[29] Freites-Martinez, A., et al., Assessment of Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Prevezas, C., et al. Irreversible and Severe Alopecia Following Docetaxel and Paclitaxel Cytotoxic Therapy for Breast Cancer, Brit J Derm. 2009;160(4):883-885; Crown, J., et al. Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women With Early Stage Breast Cancer, J Clin Oncol. 2017;35(15):Supp. Abstract e21576; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Bolis, Giorgio, et al. Paclitaxel 175 or 225 mg per Meters Squared with Carboplatin in Advanced Ovarian Cancer: a Randomized Trial, American Society of Clinical Oncology. 2004; 22(4); 686-690; Rosati, Gerardo, et al. A Phase II Study of Paclitaxel/Cisplatin Combination in Patients with Metastatic Breast Cancer Refractory to Anthracycline-based Chemotherapy, Tumor J. 2000;86(3):207-210.

[30] Feher, O., et al. First-line Gemcitabine Versus Epirubicin in Postmenopausal Women Aged 60 or Older with Metastatic Breast Cancer: A Multicenter, Randomized, Phase III Study, Ann Onc. 2005;16(6):899-908.

[31] Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Miteva, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermatol. 2011;33(4):345-350; Goksel, Tuncay, et al. A Prospective, Multicentre Clinical Trial Comparing Cisplatin Plus Gemcitabine with Cisplatin Plus Etoposide in Patients with Locally Advanced and Metastatic Non-small Cell Lung Cancer, Respirology. 2005;10:456-463; Choi, Mira, et al. Clinical Characteristics of Chemotherapy-induced Alopecia in Childhood, JAMA. 2014;70(3):499-505.

[32] Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, Eur J Cancer. 1991;27(9):1075-81; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Freites-Martinez, et al. Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Jäger, E., et al. Combination of 5-fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Onc. 1996;53:58-63.

[33] Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy, Br J of Dermatol. 2005;152(5):1056-8; Miteva, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermapathol. 2011;33(4):345-350; Palamaras, I. Letter to Editor, Permanent Chemotherapy-Induced Alopecia: A Review, J Am Acad Dermatol. 2011 Mar;64(3):604-606; Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, Australas J Dermatol. 2015;57(4):e130-e132; Freites-Martinez, et al. Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Basilio, Flávia

Gemcitabine,[34]   Idarubicin,[35]   Ifosfamide,[36]   Melphalan,[37]   Thiotepa,[38]   and Cyclophosphamide.[39] Persistent substantial alopecia (rather than the common hair thinning) after chemotherapy is a potential side effect of the commonly used chemotherapy regimens.   Even so, there is no significant evidence that Taxotere alone results in permanent alopecia; for women with early breast cancer, it has been observed with the combination chemotherapy regimens.

Because Taxotere for early breast cancer is given as part of a multi-drug regimen and not a single agent, it is impossible to conclude that Taxotere causes permanent alopecia. Taxotere-containing regimens can include Adriamycin, Herceptin, or cyclophosphamide. For patients who were given a Taxotere-containing regimen and have substantial alopecia after the completion of chemotherapy, their alopecia could have been caused by Adriamycin or cyclophosphamide.

In addition, in cases of hormone positive early breast cancer, women are given either Tamoxifen or aromatase inhibitors, which are also known to carry a risk of alopecia.  In

and Machado Alves, et al. Clinical and Histological Study of Permanent Alopecia After Bone Marrow Transplantation, Anais brasileiros de dermatologia. 2015;90:814-821.

[34] Albain, KS, et al. Gemcitabine Plus Paclitaxel Versus Paclitaxel Monotherapy in Patients With Metastatic Breast Cancer and Prior Anthracycline Treatment, J Clin Oncol. 2008;26:3950-57; Unal, Olcun Umit, et al. Two-week Combination Chemotherapy with Gemcitabine, High-dose Folinic Acid and 5-fluorouracil (GEMFUFOL) as First-line Treatment of Metastatic Biliary Tract Cancers, Asian Pacific Journal of Cancer Prevention. 2013;14:5263-5267.

[35] Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938.

[36] Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Jäger, E., et al. Combination of 5-fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Onc. 1996;53:58-63.

[37] Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy, Br J of Dermatol. 2005;152(5):1056-8; Choi, Mira, et al. Clinical Characteristics of Chemotherapy-induced Alopecia in Childhood, JAMA. 2014;70(3):499-505.

[38] De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy, Bone Marrow Transplant. 2002;30:593-597; Choi, Mira, et al. Clinical Characteristics of Chemotherapy-induced Alopecia in Childhood, JAMA. 2014;70:499-505.

[39] De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy, Bone Marrow Transplant. 2002;30:593-597; Masidonski, P., et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin  J Oncol Nurs. 2009;13(1):13-14; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, Eur J Cancer. 1991;27(9):1075-81; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Palamaras, I. Letter to Editor, Permanent Chemotherapy-Induced Alopecia: A Review, J Am Acad Dermatol. 2011 Mar;64(3):604-606; Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, Australas J Dermatol. 2015;57(4):e130-e132; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, Psychooncology. 1997;6(2):85-93; Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy, Br J of Dermatol. 2005;152(5):1056-8.

those situations, any alopecia or failure in hair recovery could be caused by Tamoxifen or aromatase inhibitors.

The side effects with drugs less commonly used in breast cancer, or in experimental combinations, are not as well-studied.   For example, in a phase II trial of gemcitabine/cisplatin plus bevacizumab or placebo in patients with mesothelioma, the authors found that adding bevacizumab to the gemcitabine/cisplatin regimen statistically significantly increased the incidence of alopecia (any grade).[40]  Given the newness of these study drugs and combinations, and their lack of significant traction in breast cancer treatment, there is little information available as to their risk of permanent hair loss.[41]

Further, as noted earlier, there are many other causes of hair loss, including chemotherapy induced menopause.  Likewise, chemotherapy can speed up the aging process and age-related hair loss.  More specifically, chemotherapy can alter a woman's hormonal status, resulting in age-related hair loss.  In addition, stress and surgery are known causes of alopecia.

Moreover, calling alopecia after chemotherapy "permanent" *per se*, is inaccurate given case reports that persistent alopecia after chemotherapy is treatable or self-limited, and the hair may ultimately regrow.[42]  While attributing alopecia to a specific chemotherapy drug in a multi-drug regimen can be challenging or impossible, in my clinical experience, persistent substantial alopecia long after chemotherapy is rare.  In over 30 years of treating several thousand women with breast cancer, I have observed only 4 or 5 cases of prolonged, substantial alopecia that may have been caused by chemotherapy.

Defining alopecia as permanent or irreversible based on the time since chemotherapy is inherently unreliable.  As used in the adverse event reports and clinical studies, alopecia is recorded or reported as an unwanted side effect.  This is why the word "ongoing" is used to describe alopecia.  Alopecia in the sense of being "permanent" or "irreversible" would require a medical diagnosis made by a clinician.  Clinically-speaking, "permanent" or "irreversible" alopecia is a type of scarring alopecia where the hair follicle is no longer

---

[40] Kindler, HL, et al. Multicenter, Double-Blind, Placebo-Controlled, Randomized Phase II Trial of Gemcitabine/Cisplatin Plus Bevacizumab or Placebo in Patients with Malignant Mesothelioma, J Clin Onc., 2012;30(2):2509-15; Karrison, T. Final Analysis of a Multi-Center Double-Blind, Placebo-Controlled, Randomized Phase II Trial of Gemcitabine/Cisplatin (GC) Plus Bevacizumab (B) or Placebo (P) in Patients (Pts) with Malignant Mesothelioma (MM), J Clin Onc. 2007; 25:7526-7526.

[41] Avastin Label (2014-2016) ("Avastin may exacerbate these reactions when combined with chemotherapeutic agents. Examples include . . . nail disorders or alopecia with paclitaxel").

[42] Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, Australas J Dermatol. 2015;57(4):e130-e132; Fonia, A., et al. Permanent Alopecia in Patients with Breast Cancer After Taxane Chemotherapy and Adjuvant Hormonal Therapy: Clinicopathologic Findings in a Cohort of 10 Patients, J. Am Acad Dermatol. 2017;76(5):948-57; Pires, Eugénia Matos, Rita Ramos Pinheiro, and André Lencastre. Alopécia Permanente Pós-Quimioterapia com Resposta Favorável ao Minoxidil Tópico, Journal of the Portuguese Society of Dermatology and Venereology. 2017:75:297-299.

able to produce hair. Adverse event reports or clinical study data cannot be appropriately characterized as cases of "permanent" or "irreversible" alopecia, let alone connected to chemotherapy at the exclusion of other causes, without such clinical evaluation.[43]

Alopecia after chemotherapy has not been consistently defined in the literature. Additionally, the literature discussing alopecia after chemotherapy contains significant limitations. Ordinarily, the patients seemingly were exposed to multiple pre-existing, breast-cancer-related, and breast-cancer-treatment-related risk factors for hair loss. Retrospective studies introduce biases or confounding factors undermining any reliable conclusions. The pathology findings are not consistently described in the literature either.

Moreover, women cannot avoid the potential risk of persistent alopecia by avoiding a Taxotere-containing regimen. The only other regimens available with similar efficacy are Taxol-containing regimens. Yet, Taxol therapy results in hair loss and has been associated with alopecia after the conclusion of chemotherapy.[44]   Further, in Taxol-containing regimens, patients are given Adriamycin and cyclophosphamide—both of which have been associated with alopecia after the completion of chemotherapy. This would also be true with respect to the CMF chemotherapy regimen, which, while inferior in terms of efficacy to taxane based regimens, has been advocated by some as a cost-saving approach. Parenthetically, if CMF is being recommended for cost-saving purposes, despite its reduced efficacy, this would need to be disclosed to the patient in the informed consent process.

Even if alopecia after the completion of chemotherapy can occur with Taxotere-containing regimens, there is no reliable evidence that the incidence of alopecia after chemotherapy is any greater than that seen with Taxol-containing regimens.

Contrary to plaintiffs' experts' opinions, which cite only a small number of publications, including abstracts, of such reports, reports of alopecia after chemotherapy are not only consistently described with Taxotere, but are common with other chemotherapies.[45]

---

[43] Sibaud, V., et al. Dermatological Adverse Events with Taxane Chemotherapy, Eur J Dermatol. 2016;26(5):427-443.

[44] Freites-Martinez, A., et al., Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019:155(6); 724-728.

[45] Alkeraye, S., et al. Persistent Alopecia Induced by Vismodegib, J Am Acad Dermatol. 2015;72(5 Supp.:AB189; Baker, BW, et al. Busulphan/Cyclophosphamide Conditioning for Bone Marrow Transplantation May Lead to Failure of Hair Regrowth, Bone Marrow Transplantation. 1991; 7(1):43-47; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients. Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, Eur J Cancer. 1991;27(9):1075-81; Bresters, D., et al. Permanent Diffuse Alopecia After Haematopoietic Stem Cell Transplantation in Childhood, Bone Marrow Transplant. 2017;52(7):984-988; Choi, M. Clinical Characteristics of Chemotherapy-Induced Alopecia in Childhood, JAMA Dermatol. 2014;70(3):499-505; Crown, J., et al. Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women With Early Stage Breast Cancer, J Clin Oncol. 2017;35(15):Supp. Abstract e21576; De Jonge, ME, et al. Relationship

Even where there are more reports in the literature of alopecia after one chemotherapy versus another, this is not level one evidence of a greater association because case reports are not prospective, they are not controlled, we do not know the differences in the patients treated with the medicines, and we do not know the number of patients treated with the medicine overall.   For example, a given adverse event may be more numerous with medicine x over medicine y but only because so many more patients take medicine x, or because, as we believe with third generation chemotherapies, patients survive to live long enough to report the event.

As an oncologist, even if alopecia after chemotherapy occurs with Taxotere-containing regimens, I would still often recommend to women that they use Taxotere-containing regimens over Taxol-containing regimens.

## Cooling Caps

Cooling caps were not approved by the FDA at the time Ms. Thibodeaux and Ms. Crayton underwent chemotherapy.  There is a theoretical risk of scalp metastases when a patient uses a cooling cap.  If a patient has a scalp metastasis, they have Stage IV breast cancer.

## Clinical Trials

I will discuss clinical trials.  I have worked on clinical trials for breast cancer chemotherapy regimens.   Generally speaking, there are three phases to clinical trials and drug development.  Phase I involves testing a new drug to determine dosing of the drug.  Phase

---

Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy, Bone Marrow Transplant. 2002;30:593-597; Jäger, E., et al. Combination of 5-Fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study, Oncol. 1996;53(1):58-63; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Ljungman, P., et al. Busulfan Concentration in Relation to Permanent Alopecia in Recipients of Bone Marrow Transplants, Bone Marrow Transplant. 1995; 15(6):869-871; Motl, S., et al. Recurring Chemotherapy-Associated Alopecia Areata: Case Report and Literature Review, Pharmacotherapy. 2003;23(1):104-108; Schrama, JG, et al. Phase II Study of a Multi-course High-dose Chemotherapy Regimen Incorporating Cyclophosphamide, Thiotepa, and Carboplatin in Stage IV Breast Cancer, Bone Marrow Transplant. 2001; 28:173-180; Unal, Olcun Umit, et al. Two-week Combination Chemotherapy with Gemcitabine, High-dose Folinic Acid and 5-fluorouracil (GEMFUFOL) as First-line Treatment of Metastatic Biliary Tract Cancers, Asian Pacific Journal of Cancer Prevention. 2013;14:5263-5267; Goksel, Tuncay, et al. A Prospective, Multicentre Clinical Trial Comparing Cisplatin Plus Gemcitabine with Cisplatin Plus Etoposide in Patients with Locally Advanced and Metastatic Non-small Cell Lung Cancer, Respirology. 2005;10:456-463; Rosati, Gerardo, et al. A Phase II Study of Paclitaxel/Cisplatin Combination in Patients with Metastatic Breast Cancer Refractory to Anthracycline-based Chemotherapy, Tumor J. 2000;86(3):207-210; Daly, M., et al. A Short and Intensive Single-agent Cisplatin Regimen for Recurrent Carcinoma of the Uterine Cervix, International Journal of Gynecological Cancer. 1996;6:61-67.

II considers how well the drug works for therapy given cancer type and setting.  Phase III addresses whether the drug or combination of drugs is better than the previous standard treatment.  In most cases, the role of a phase III clinical trial for early breast cancer adjuvant chemotherapy drugs is to compare two treatment regimens to determine if one regimen has greater efficacy but does not have an unacceptable increase in the side effect profile.  The types of side effects that are most important to researchers are life-threatening side effects.  As such, for a researcher on a clinical trial, alopecia rates are not a primary focus and are not objectively documented.

Each clinical trial will enroll a diverse and unique group of patients; we have learned with time that comparing the results of one trial with another introduces bias, is not valid, and can lead to erroneous conclusions. We have learned that sound conclusions regarding the relative efficacy and toxicity of two different regimens can only be obtained when the two groups are treated in the same trial and assignment of patients to each group is random.

Because alopecia is not a usual primary endpoint in clinical trials on breast cancer, and is not consistently tracked, evaluated, and documented, comparing rates of ongoing alopecia after the completion of chemotherapy between one trial and another trial does not yield accurate conclusions.  Reported rates of alopecia after the completion of chemotherapy may not be tracked consistently, or at all, particularly in patients in whom the disease progressed, who were on other regimens prior to the trial, or who continued on to other regimens or therapies after the trial.

When a clinical trial shows an efficacy benefit of one regimen over another in early breast cancer, with an acceptable side effect profile, that regimen is adopted by oncologists. Oncologists do not wait additional years before using that regimen to see what other potential side effects might emerge.  This is because the goal of chemotherapy is to save lives.  Lives would be lost through unnecessary delay in the adoption and use of effective regimens.

## Taxotere Clinical Trials

## TAX311

TAX 311 compared the observed overall response rate and toxicity profile of docetaxel to paclitaxel in patients with progressive breast cancer after one prior chemotherapy regimen given for metastatic or locally advanced disease, or who developed metastatic or locally advanced disease during or after completing an adjuvant chemotherapy regimen.  Prior therapy must have included an anthracycline, unless medically contraindicated.  The secondary objectives were to compare time to disease progression, duration of response, quality of life, and survival between the two treatment arms.  From October 21, 1994 through October 3, 2001, 449 patients were randomized to receive either Taxotere (Arm A – 225 patients) or paclitaxel (Arm B – 224 patients).  Taxotere was administered at a dose

of 100 mg/m$^2$ as a one hour intravenous infusion.  Paclitaxel was administered at a dose of 175 mg/m$^2$ given as a three hour infusion.  Each regimen was given once every twenty-one days.   Patients continued therapy until there was evidence of progressive disease, unacceptable toxicity, or the patient requested to be taken off the study.

Patients randomized to the Taxotere arm achieved an overall response rate of 32% vs. 25% on the paclitaxel arm.  In the evaluable groups, defined as patients who met the major eligibility criteria, received a minimum of two cycles of therapy, had lesions assessed at least once after treatment began, and had no major protocol violations, these rates were 37% vs. 26%.  The 11% difference in favor of Taxotere in the evaluable group achieved statistical significance (p = 0.02).  Time to progression was significantly longer for the Taxotere group (median 172 days for Taxotere; 109 days for paclitaxel).  This difference was likewise significant (p<0.01 for intent-to-treat; p<0.001 evaluable).

Tax 311 included data on alopecia generally.  In May 1996, an interim analysis was performed that included the first 104 patients.  At that point, the most commonly observed non-hematologic toxicities possibly or probably related to Taxotere/paclitaxel included alopecia (63.5% / 62.7%).

### Sparano Papers

Several of Plaintiffs' experts rely on a 2008 publication from Sparano, et al.,[46] to support a contention that Taxol (paclitaxel) is superior to Taxotere (docetaxel).  However, the Sparano paper provides no support for the position that Taxol is superior to Taxotere for the adjuvant treatment of breast cancer.  It actually defines the appropriate fashion in which to use Taxol in adjuvant breast cancer therapy to achieve results equivalent to those observed with Taxotere.

The rationale for conducting the Sparano study was that there were concerns that Taxol administered every three weeks (the FDA-approved dosing schedule) was not as effective as Taxotere administered every three weeks or as effective as Taxol administered every week.  In order to further analyze these concerns, Sparano and his colleagues designed a study to compare Taxol administered every three weeks with Taxol administered every week, docetaxel administered every three weeks, and docetaxel administered every week.

The study found that there was significantly better disease-free survival for both Taxol administered every week and Taxotere administered every three weeks as compared to Taxol administered every three weeks.  The study did not compare Taxol administered every week with Taxotere administered every three weeks, so there is no basis to claim that Taxol administered every week would provide a survival benefit as compared to Taxotere

---

[46] Sparano, J., et al. Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer, N Engl J Med. 2008;358(16):1663-1671.

administered every three weeks. It is possible to conclude that, if Taxol is the taxane chosen for a given patient with early breast cancer, the taxol cannot be given every three weeks without a significant loss of efficacy.

The Sparano paper was updated in 2015 with 12-year data.[47] The 12-year data confirmed the survival benefit seen in the earlier analysis for both Taxol administered every week and Taxotere administered every three weeks as compared to Taxol administered every three weeks. Again, Sparano's updated analysis did not compare Taxol administered every week with Taxotere administered every three weeks, so there is no basis to claim that Taxol administered every week would provide a survival benefit as compared to Taxotere administered every three weeks. The conclusion we have drawn in the field of adjuvant breast cancer chemotherapy is that the optimal use of Taxotere is every three weeks and the optimal use of Taxol is weekly.

The Sparano publications actually support that for the adjuvant treatment of breast cancer, Taxotere administered every three weeks provides a survival benefit compared to Taxol administered every three weeks.

## TAX 316 (BCIRG 001)

TAX 316 was a clinical trial, performed by the Breast Cancer International Research Group, Ltd. and sponsored by Sanofi as part of its post-marketing commitment to the FDA, which looked at the efficacy of Taxotere in the adjuvant setting. This clinical trial was a multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of operable breast cancer patients with positive axillary lymph nodes. Both regimens were administered for a total of six cycles unless treatment was precluded by relapse, subject refusal, or unacceptable toxicities. The primary objective was to compare disease-free survival (DFS). Overall survival (OS) was the main secondary objective and was defined as the time interval between the date of randomization and the date of death.

Enrollment for the TAX 316 study began in 1997 and concluded in 1999. A total of 1,480 patients (744 TAC / 736 FAC) were enrolled in the TAX 316 study. At the 55 month interim follow-up, disease-free survival was 75% among TAC-treated patients compared to 68% among FAC-treated patients. This represented a 28% reduction in the risk of relapse. The efficacy benefits reported in the 55 month interim report were maintained in the 10-year follow up.[48]

---

[47] Sparano, J., et al. Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer, J Clin Oncol. 2015;33(21):2353-2360.

[48] Mackey, J., et al. Adjuvant Docetaxel, Doxorubicin, and Cyclophosphamide in Node-Positive Breast Cancer: 10-year Follow-up of the Phase 3 Randomised BCIRG 001 Trial, Lancet Oncol. 2013;14(1):72-80.

It is my understanding that Plaintiffs claim that the results of the TAX 316 study provide support for the position that docetaxel causes permanent alopecia. For a number of reasons, that is incorrect.

First, at the 55 month interim analysis, 3.0% (22/744) patients treated in the TAC regimen were recorded as having persistent alopecia and 3.9% (29/744) were recorded as having alopecia into the follow up period at the 10 year mark. This does not mean that 3.9% of patients remained without hair regrowth at 10 years. Instead, it means that when measured at any point into the follow up period, which could be as early as one to three months after chemotherapy treatment, a patient was recorded with alopecia and was never identified as having had that alopecia resolve. As in all clinical trials, for a variety of reasons patients are lost to follow up over time. Without an affirmative report of resolution, their alopecia continued to be recorded as part of the 3.9% number. But because patients are lost to follow up, progressed to other chemotherapy treatments due to relapse, or died, the 3.9% number cannot be interpreted as meaning that 3.9% of women had ongoing alopecia at 10 years. Consequently, the TAX316 study only reported on "ongoing" alopecia, it did not report on "permanent" or "persistent" alopecia. The distinction is important, because for the majority of patients identified as having "ongoing" alopecia, there is no documentary evidence to support any claim that those patients had alopecia more than six months after chemotherapy. (**Figure A**).[49]

Second, all patients who were recorded as having persistent alopecia were also treated with doxorubicin and cyclophosphamide, both of which carry reports of persistent alopecia in patients not treated Taxotere.[50] As such, any alopecia that was attributable to the chemotherapy regimen would also be attributable to doxorubicin or cyclophosphamide.

Third, the difference in rates of reported alopecia after the completion of chemotherapy between the two arms is not statistically significant. In the FAC arm, which did not include treatment with Taxotere, the 55-month interim follow-up reported that 1.2% (9/736) of FAC patients experienced persistent alopecia, and 2.2% (16/736) of FAC patients experienced persistent alopecia at the 10-year mark.

## GEICAM 9805

GEICAM 9805, a compliment to the TAX 316 study, was the first taxane-based study to

---

[49] *See also* Expert Report of Dr. Ellen Chang, December 9, 2019; Expert Report of Dr. Lee-Jen Wei, December 9, 2019; Sanofi_02368838-922.

[50] Masidonski, P., et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin J Oncol Nurs. 2009;13(1):13-14; Yagata, H., et al. Abstract P5-15-17: National survey long-term recovery from chemotherapy-induced hair loss in patients with breast cancer. Cancer Research. http://cancerres.aacrjournals.org/content/75/7_Supplement/P5-15-17; Kim, GM, et al. Chemotherapy-induced Irreversible Alopecia in Early Breast Cancer Patients, Breast Cancer Res Treat. 2017 Jun;163(3):527-533.

exclusively enroll women with node-negative early stage breast cancer that was considered to be at high risk for recurrence. The study was conducted by Grupo Espanol de Investigacion en Cancer de Mama, a Spanish non-profit scientific cooperative group devoted to breast cancer. The study was sponsored by Sanofi. The study compared disease-free survival after treatment with docetaxel in combination with doxorubicin and cyclophosphamide (TAC) to disease-free survival after treatment with 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of high risk operable breast cancer patients with negative axillary lymph nodes.

Enrollment for GEICAM 9805 began in 2001 and ended in 2003. A total of 1,060 patients (539 TAC / 521 FAC) were enrolled in the study. The study concluded that, as compared with adjuvant FAC, adjuvant TAC improved the rate of disease-free survival among women with high-risk, node-negative breast cancer. At the 77 month follow-up, disease-free survival was 87.8% among TAC-treated patients compared to 81.8% among FAC-treated patients. This represented a 32% reduction in the risk of recurrence with TAC. The efficacy advantage of TAC over FAC observed at 77 months was maintained in the 10 year follow up.

With respect to alopecia, like TAX 316, GEICAM 9805 recorded instances of persistent alopecia in both arms of the study. At the end of the 10 year follow-up period, 3 cases of persistent alopecia were observed in the TAC group (539) and 1 case of persistent alopecia in the FAC group (521).[51]

Additionally, it is important to remember that patients in the TAC arm of this study received ("A") doxorubicin and ("C") cyclophosphamide in addition to ("T") docetaxel. Both A and C carry reports of persistent alopecia. As such, any alopecia attributable to the chemotherapy regimen could be attributable to A or C. Finally, there is no statistical difference between the rates of alopecia between the two study arms.

## FDA Regulation and Drug Development

Because of my work on clinical trials, I am familiar with aspects of FDA regulation. I will discuss drug development and FDA regulation.

The FDA approval process beings with an Investigational New Drug (IND) application. I will discuss this process, including the information the IND provides to the FDA.

Another part of the FDA approval process is the New Drug Application (NDA). The FDA

---

[51] Although the study notes that 9.2% of patients had persistent alopecia, it was measuring the number of ongoing cases of alopecia (49) from the group of patients in the safety population. The safety population (532) differs from the randomized TAC population (539) because some patients in the randomized population never received Taxotere treatment.

must approve the NDA before the drug can be sold in the United States.  I will discuss the NDA process, including the information that the NDA provides to the FDA.  I will discuss continuing reporting requirements following approval of the NDA.

The underlying data from TAX 311, TAX 316, and GEICAM 9805 were all submitted to the FDA.  Submitting underlying data from clinical trials to the FDA is common, required and accepted.  When the FDA has access to the underlying data from a study, it cannot be said that this information was "suppressed," and the FDA has the necessary information to make conclusions about the drug and labeling.  Because this information was submitted to the FDA for Taxotere, the FDA had and has the information it needed in making labeling decisions.

## Labels of Chemotherapy Drugs and Taxotere Label

I will discuss labels/prescribing information for chemotherapy drugs, including Taxotere. I will also discuss that the FDA works with companies, like Sanofi, in developing the label. As a practicing medical oncologist, I am familiar with the prescribing information (PI) for many chemotherapeutic drugs.  Many chemotherapy drugs' prescribing information warn of very severe life-threatening risks, such as toxic and septic death, heart failure, fatal gastrointestinal bleeding, pulmonary embolism, neurotoxicity.  As a clinician, I warn my patients of these severe risks.  Yet, despite these very severe risks, nearly all of my patients choose to have chemotherapy.  This is because killing cancer cells is the primary focus of cancer treatment and the benefits are believed to outweigh the risks.

In addition to warning of very severe side effects, many chemotherapy drugs' prescribing information contain warnings about alopecia.  For example, the prescribing information for doxorubin states, "Your hair may re-grow after your treatment."  Likewise, the label for cyclophosphamide states that alopecia "occurs commonly."  And the label for Taxol states that alopecia has been "observed in almost all patients."

Similarly, information regarding alopecia has always been included on the Taxotere label. "Alopecia" was listed as an adverse reaction in the PI beginning in 1996.  The patient counseling information also stated, "Once you have completed all of your treatments, hair generally grows back."  I interpret "hair generally grows back" as leaving open the possibility that hair may not grow back and being synonymous with the statement "hair usually grows back."

In 2004, when Taxotere was approved for the adjuvant treatment of breast cancer, Sanofi submitted a proposed label that included the addition of adjuvant side effects data and persistent alopecia information from TAX 316.  The FDA approved some portions of the proposed label.  Yet, the FDA removed the proposed section of the label relating to "other persistent reactions," which discussed persistent alopecia.  Nevertheless, "alopecia" has been reported on the label since 1996.

32

Then, in May 2010, "hair loss" was listed in the patient counseling information and the FDA struck the language which included the phrase "hair generally grows back." In 2015, the label was revised to include a statement that "cases of permanent alopecia have been reported."

Case reports of adverse events are on the low end of the evidentiary hierarchy and do not establish causation. Moreover, the 2015 label modification is not supplemental or inconsistent with the information provided in prior iterations of the label.

The Taxotere label has always been consistent with the known side effect risk profile for Taxotere.

As a practicing medical oncologist, I have always understood the language in the PI to mean there can be circumstances that the hair may not grow back. "Alopecia" is a medical term, which simply means hair loss. There is no temporal element associated with the medical term alopecia.

The modifications that have occurred to the Taxotere label regarding alopecia have had no impact on my practice or my decision to use Taxotere. The changes that have occurred to the Taxotere label regarding alopecia have had no impact on the discussions I have with my patients regarding the side effects of Taxotere. The benefit/risk profile of Taxotere remains the same. Taxotere containing regimens to treat both HER2+ and HER2- breast cancer in an adjuvant setting are among the optimal regimens.

## Sources of Information Available to Medical Oncologists

Very frequently, side effects from chemotherapy drugs emerge after clinical trials and FDA approval. These types of side effects are called post-marketing side-effects. Oncologists typically learn about these side effects from sources other than the drug manufacturer. This is because many sources of information are available to oncologists, including their own clinical experience, medical literature, discussions with colleagues, and oncology meetings. Oncologists often learn about post-marketing side effects through those sources, not from label changes or the drug manufacturer. An example of a post-marketing side effect was the cardiac toxicity seen from Adriamycin.

## Sales Representatives and Marketing

Oncologists do not base treatment-related decisions on marketing materials from pharmaceutical companies or contact with sales representatives. Instead, oncologists make treatment-related decisions based on their training, experience, clinical trials, scientific meetings and reliable medical literature.

33

## II. CASE-SPECIFIC OPINIONS

### Cynthia Thibodeaux

I will offer case-specific opinions regarding Ms. Cynthia Thibodeaux that are based on my review of her medical records, discovery responses, depositions, my education, training, clinical experience, review of medical and scientific literature, and information presented at medical forums. I will offer opinions regarding her breast cancer, its treatment, and her alopecia.

Ms. Thibodeaux is a 72-year-old African American female who is nulliparous, post-menopausal, with a medical history of obesity, hypothyroidism, vitamin D deficiency, and low iron levels. Ms. Thibodeaux was diagnosed with hypothyroidism as early as 1994 by Dr. Samuel Andrews.[52]

In 2008, Ms. Thibodeaux was diagnosed with breast cancer. She had infiltrating mucinous carcinoma in her right breast that measured approximately 5cm.[53] Ms. Thibodeaux's breast cancer was ER+, PR+, and HER2-. She did not have any lymph nodes that tested positive for cancer.

Ms. Thibodeaux received surgery, chemotherapy, hormone therapy, and radiation for her early breast cancer.

### A. Ms. Thibodeaux Participated in the NSABP-40 Clinical Trial

NSABP-40 was a randomized Phase III trial formed to study how early breast cancer tumors responded to specific chemotherapy combinations given in the neoadjuvant setting. NSABP B-40 examined the addition of bevacizumab (Avastin), gemcitabine (Gemzar), and capecitabine (Xeloda) to a TAC regimen (docetaxel, doxorubicin (Adriamycin) and cyclophosphamide).[54] The study examined whether adding capecitabine (Xeloda) or gemcitabine (Gemzar) to docetaxel followed by AC (doxorubicin + cyclophosphamide) would increase the pathologic complete response (pCR) rates in patients with operable HER2-negative breast cancer. The study also examined whether the addition of bevacizumab (Avastin) to 3 docetaxel-based regimens followed by AC would increase pCR rates.

Participants in NSABP-40 were randomly assigned to one of three neo-adjuvant treatment

---

[52] Cynthia Thibodeaux Dep. 11:1:-12 (Dec. 14, 2017). There are reports of persistent alopecia associated with hypothyroidism. Lin, R, et al. Systematic Causes of Hair Loss, Ann Med. 2016 Sep;48(6):393-402; Rook, A, & Dawber, R.P.R. Diseases of the Hair and Scalp, Oxford: Blackwell Scientific Publications (1982). Print.
[53] Ochsner Health System, at 556-57, 567-68.
[54] NSABP 10-36.

arms, with or without bevacizumab (Avastin), which created total of six possible treatment arms.  The following is a description of the study arms:

| Group 1A | Group 2A | Group 3A |
|---|---|---|
| Docetaxel 100 mg/m$^2$ IV q 3 weeks x 4 cycles<br><br>↓<br><br>AC* q 3 weeks x 4 cycles | Docetaxel 75 mg/m$^2$ IV q 3 weeks x 4 cycles<br>+<br>Capecitabine 825 mg/m$^2$ PO BID days 1-14 q 3 weeks x 4 cycles<br><br>↓<br><br>AC* q 3 weeks x 4 cycles | Docetaxel 75 mg/m$^2$ IV q 3 weeks x 4 cycles<br>+<br>Gemcitabine 1000 mg/m$^2$ days 1 and 8 q 3 weeks x 4 cycles<br><br>↓<br><br>AC* q 3 weeks x 4 cycles |
| **Group 1B** | **Group 2B** | **Group 3B** |
| Docetaxel 100 mg/m$^2$ IV q 3 weeks x 4 cycles<br>+<br>Bevacizumab 15 mg/kg IV q 3 weeks x 4 cycles<br><br>↓<br><br>AC* q 3 weeks x 4 cycles<br>+<br>Bevacizumab 15 mg/kg IV q 3 weeks x **2** cycles | Docetaxel 75 mg/m$^2$ IV q 3 weeks x 4 cycles<br>+<br>Capecitabine 825 mg/m$^2$ PO BID days 1-14 q 3 weeks x 4 cycles<br>+<br>Bevacizumab 15 mg/kg IV q 3 weeks x 4 cycles<br><br>↓<br><br>AC* q 3 weeks x 4 cycles<br>+<br>Bevacizumab 15 mg/kg IV q 3 weeks x **2** cycles | Docetaxel 75 mg/m$^2$ IV q 3 weeks x 4 cycles<br>+<br>Gemcitabine 1000 mg/m$^2$ days 1 and 8 q 3 weeks x 4 cycles<br>+<br>Bevacizumab 15 mg/kg IV q 3 weeks x 4 cycles<br><br>↓<br><br>AC* q 3 weeks x 4 cycles<br>+<br>Bevacizumab 15 mg/kg IV q 3 weeks x **2** cycles |

Gemcitabine (Gemzar) is a nucleoside metabolic inhibitor that interferes with the growth and spread of cancer cells in the body.  Gemcitabine (Gemzar) is indicated for various cancer treatment therapies: gemcitabine (Gemzar), with paclitaxel (Taxol), is indicated for patients with metastatic breast cancer after the failure of an anthracycline-containing regimen;[55] in combination with cisplatin for non-small cell lung cancer;[56] in combination with carboplatin for advanced ovarian cancer;[57] and as a single agent for the treatment of pancreatic cancer.[58]

The 2008 gemcitabine (Gemzar) label warned of the following serious side effects: suppression of bone marrow function; pulmonary toxicity; Hemolytic Uremic Syndrome and/or renal failure; liver failure; and death.[59]  In addition, the 2008 Gemzar label identified

---

[55] Gemzar Label (4/26/05); Gemzar Label (5/7/13).
[56] Gemzar Label (4/26/05); Gemzar Label (5/7/13).
[57] Gemzar Label (5/7/13).
[58] Gemzar Label (5/7/13).
[59] Gemzar Label (4/26/05).

numerous adverse events, including alopecia, which was reported by 15% of patients.[60] When given in combination with paclitaxel for breast cancer, 90% of patients reported alopecia.[61] Other, serious adverse events were also identified during post-approval use of gemcitabine (Gemzar) and included congestive heart failure, myocardial infarction, vascular toxicity, interstitial pneumonitis, pulmonary fibrosis, and pulmonary edema.

Bevacizumab (Avastin) is an anti-angiogenic agent that blocks vascular endothelial growth factor, thereby disrupting the tumor's blood supply and stopping and/or slowing its growth.[62]  In 2008 and 2009, bevacizumab (Avastin) was indicated for use in first and second line treatment of metastatic colon or rectal cancer, in combination with 5-fluorouracil.  In addition, bevacizumab (Avastin) was indicated for first-line treatment of non-squamous, non-small lung cancer, in combination with carboplatin and paclitaxel.[63] Bevacizumab (Avastin), in combination with paclitaxel, was also indicated for treatment of metastatic HER2- breast cancer in patients who had not received chemotherapy.[64]  The 2007 and 2008 bevacizumab (Avastin) labels warned of numerous serious side effects, including the possibility of fatal gastrointestinal perforation, fatal wound dehiscence, fatal pulmonary hemorrhage, arterial thromboembolic events, hypertensive crises, congestive heart failure, non-gastrointestinal fistula formation, reversible posterior leukoencephalopathy syndrome, neutropenia, and nephrotic syndrome.[65]

NSABP-40 ran from January 5, 2007, through June 30, 2010, and involved a total number of 1,206 women with primary operable HER2-negative breast cancer.[66]  At the conclusion of the trial, the results showed that the addition of gemcitabine (Gemzar) or capecitabine (Xeloda) to Taxotere did not significantly increase the rate of complete pathological response.[67]  In addition, the addition of capecitabine and gemcitabine was associated with increased toxicity, including hand-foot syndrome, mucositis, and neutropenia.[68]  The addition of bevacizumab (Avastin) did significantly increase the rate of complete response, most notably in HER2+ cancers.[69]  However, the addition of bevacizumab also increased the rates of hypertension, LV systolic dysfunction, hand-foot syndrome, and mucositis.[70]

---

[60] Gemzar Label (4/26/05).

[61] Gemzar Label (4/26/05) (data from study examining Gemzar plus paclitaxel versus paclitaxel; noted 92% of patients reported alopecia with paclitaxel alone).

[62] Avastin Label (2007).

[63] Avastin Label (2007).

[64] Avastin Label (2008).

[65] Avastin Label (2007, 2008).

[66] Bear, H.D., et al. Bevacizumab Added to Neoadjuvant Chemotherapy for Breast Cancer, N Engl J Med; 2012:366:310-320.

[67] Bear, H.D., et al. Bevacizumab Added to Neoadjuvant Chemotherapy for Breast Cancer, N Engl J Med; 2012:366:310-320.

[68] Bear, H.D., et al. Bevacizumab Added to Neoadjuvant Chemotherapy for Breast Cancer, N Engl J Med; 2012:366:310-320.

[69] Bear, H.D., et al. Bevacizumab Added to Neoadjuvant Chemotherapy for Breast Cancer, N Engl J Med; 2012:366:310-320.

[70] Bear, H.D., et al. Bevacizumab Added to Neoadjuvant Chemotherapy for Breast Cancer, N Engl J Med;

As an experimental clinical trial, the regimens were outside of the labeling and NCCN guidelines in existence at the time. Clinical trials provide access to cutting-edge treatment and advance cancer research for all patients. The safety of patients is closely monitored, and there are strict guidelines researchers must follow. Participants in clinical trials often receive longer-term follow-up, and additional tests and scans may provide patients with additional peace of mind.

### B. Ms. Thibodeaux Enrolled in a Chemotherapy Clinical Trial Following An Informed Consent Process.

At her first consultation after biopsy, Ms. Thibodeaux's surgeon, Dr. Ralph Corsetti, informed Ms. Thibodeaux that she had several surgical options, including a lumpectomy or a mastectomy.[71] Because of the size of the palpable mass in Ms. Thibodeaux's right breast, Dr. Corsetti counseled Ms. Thibodeaux that she needed adjuvant preoperative ("neoadjuvant") chemotherapy to shrink the mass, in order to achieve breast conservation.[72] Ms. Thibodeaux was "strongly motivated to try to pursue breast conserving therapy,"[73] and was therefore amenable to preoperative chemotherapy to enhance her chance of breast conserving therapy.[74]

I agree with the recommendation that Ms. Thibodeaux receive neoadjuvant chemotherapy to meet the goal of breast conservation. It would have been impossible to achieve breast conservation with a lumpectomy and adjuvant hormonal therapy alone. Given the size of her tumor, Ms. Thibodeaux would have lost a substantial portion of her breast tissue. To conserve her breast, Ms. Thibodeaux needed pre-operative chemotherapy, and if she wanted the highest survival rate, she needed a taxane. Ms. Thibodeaux met the eligibility criteria for NSAP B-40, and it was within the standard of care to inform Ms. Thibodeaux about the clinical trial.

Ms. Thibodeaux discussed NSABP B-40 with Dr. Carl Kardinal and Shevonda Thomas, a clinical trial nurse.[75] The clinical trial offered Ms. Thibodeaux the option of neo-adjuvant treatment to reduce the tumor mass, perform a smaller surgery, and conserve her breast. Dr. Kardinal recommended that Ms. Thibodeaux enroll in the clinical trial NSABP B-40. Ms. Thibodeaux testified that she trusted Dr. Kardinal and believed he was doing what he could to give her the best chance of survival.[76] Ms. Thibodeaux testified that she decided

---

2012:366:310-320.
[71] Cynthia Thibodeaux Dep. 131:3-13; Oschner Health System 561-63.
[72] Ochsner Health System 561-63.
[73] Ochsner Health System 561-63.
[74] Ochsner Health System 561-64.
[75] Ochsner Health System 567-68, 585.
[76] Cynthia Thibodeaux Dep. 168:17-22.

to enroll in NSABP B-40 because she wanted a higher percentage chance of recovery.[77]

The clinical trial randomized participants into one of six treatment groups, meaning neither Ms. Thibodeaux nor her doctors selected the specific regimen which she was to receive. Ms. Thibodeaux testified that she "trusted [her] doctors to do what was in the best interest of [her] health."[78]

Ms. Thibodeaux was enrolled into Group 3B.[79]  Ms. Thibodeaux received bevacizumab (Avastin), docetaxel (Taxotere), and gemcitabine (Gemzar), administered intravenously every 21-days for 4 cycles,[80] and gemcitabine (Gemzar) administered one week after the first dose of each cycle.[81] Ms. Thibodeaux then received doxorubicin (Adriamycin) and cyclophosphamide (Cytoxan) intravenously, once every 21 days for 4 cycles, and bevacizumab (Avastin) every 21 days for the first two cycles.[82] Ms. Thibodeaux then underwent three surgeries.[83]

Ms. Thibodeaux had a partial mastectomy on August 27, 2008.[84]  After the initial partial mastectomy, there appeared to be ductal carcinoma in situ at the lateral margin, which required Ms. Thibodeaux to undergo a re-excision on September 24, 2008.[85]  But the pathology had been misread.  It was the posterior—not lateral—margin that still was not clear from the prior surgery, and therefore the surgery had to be repeated.  There was still ductal carcinoma in situ at the posterior margin.[86]  Ms. Thibodeaux thus had another re-excision on October 29, 2008.[87]

For each surgery, Ms. Thibodeaux reviewed and signed a consent, acknowledging various risks and side-effects associated with the surgeries and anesthesia, including the possibility of "death, brain damage, paralysis from neck down.  Paralysis from waist down, loss or loss of function of an arm or leg, disfigurement (including scars)," as well as a potentially fatal allergic reaction, brain damage, blindness, and malignant hyperthermia.[88]

After these three surgeries, Dr. Corsetti reported that Ms. Thibodeaux had "[p]oor cosmetic results . . . with volume loss with undulated inversion and retraction of skin folds."[89] Ms.

[77] Cynthia Thibodeaux Dep. 196:18-197:16.
[78] Cynthia Thibodeaux Dep. 173:24-174:6; NSABP 12.
[79] Ochsner Health System, at 597.
[80] NSABP 15-16; Ochsner Health System, 599-604, 673-74.
[81] NSABP 15-16.
[82] NSABP 16; Ochsner Health System 667-70, 764-67.
[83] NSABP 16; Ochsner Health System, 832-33, 943-44, 1015-16.
[84] Ochsner Health System 832-33.
[85] Ochsner Health System 856-58, 943-44.
[86] Ochsner Health System 947-48.
[87] Ochsner Health System, 1015-16.
[88] Ochsner Health System 822-29, 913-20, 1003-10.
[89] Ochsner Health System 1413-14.

Thibodeaux discussed reconstruction surgery with Dr. Scroggins, her radiation oncologist, but she decided not to go forward with that surgery.[90]

After surgery, Ms. Thibodeaux received bevacizumab (Avastin) once every 21 days for 10 doses.[91] She also received 25 radiation treatments to the right breast,[92] followed by 9 radiation treatments to boost the central region of the right breast.[93]

In total, Ms. Thibodeaux was in treatment from February 12, 2008, to June 10, 2009 (16 months). Most NCCN preferred regimens culminate treatment in 3 to 9 months.[94]

Ms. Thibodeaux responded to the chemotherapy regimen in the clinical trial, which resulted in a reduction in the size of her breast cancer.[95] Ms. Thibodeaux's tumor, which measured approximately 5cm x 5cm before treatment, shrunk to approximately 2 cm x 2cm after only one cycle of Taxotere.[96] After three cycles of Taxotere, Ms. Thibodeaux's tumor was reduced to 1 x 1 cm in diameter.[97]

### A. Ms. Thibodeaux Read and Understood the NSABP B-40 Informed Consent

Ms. Thibodeaux consented to the risks associated with the clinical trial.[98]

Before enrolling in the clinical trial, Ms. Thibodeaux reviewed an informed consent with Ms. Thomas and Dr. Kardinal that included a list of side-effects associated with each chemotherapy drug involved in the clinical trial.[99] Ms. Thomas testified that she reviewed the entire informed consent with each patient.[100] Ms. Thibodeaux initialed each page of the informed consent, and signed the final page.[101]

Ms. Thibodeaux testified that she understood there could be risks associated with the clinical trial that doctors could not predict.[102] Specifically, the consent stated:

> You may have side effects while on this study. Most of these are listed here,

---

[90] Cynthia Thibodeaux Dep. 144:12-146:7
[91] NSABP 16; Ochsner Health System, 1045-50, 1070-75, 1194-99, 1265-66.
[92] Ochsner Health System, at 1043.
[93] Ochsner Health System, at 1043.
[94] NCCN Guidelines V2 2008 for HER2- regimens not containing Herceptin range from 3-9 months; NCCN Guidelines V2 2009 for HER2- regimens.
[95] Carl Kardinal Dep. 113:22-114:8; Ochsner Health System 36-37, 680-82.
[96] Ochsner Health System 636-37.
[97] Ochsner Health System 680-82.
[98] Cynthia Thibodeaux Dep. 169:14-171:20.
[99] NSABP 10-36.
[100] Shevonda Thomas Dep. 67:8-16; 86:1-3.
[101] NSABP 10-36; Cynthia Thibodeaux Dep. 171:2-11.
[102] Cynthia Thibodeaux Dep. 181:4-8.

> but there may be other side effects we cannot product. Side effects will vary from person to person. . . . [D]octors do not know all the side effects that may happen. Side effects may be mild or very serious. . . . Many side effects go away soon after you stop taking your study drugs. In some cases, side effects may be very serious, long-lasting, or may never go away.[103]

The informed consent identified "hair loss" as the first and most common side effect of doxorubicin, cyclophosphamide, docetaxel, and gemcitabine.[104] Ms. Thibodeaux testified that she understood hair loss was a likely side effect, regardless of the group to which she was randomized.[105]

In addition to "hair loss," the informed consent listed many potentially severe side effects of the chemotherapy drugs administered in Group 3B, including ulcers, liver failure, life-threatening blood clots that may cause a stroke or heart attack, lung damage, acute leukemia, kidney damage, and severe high blood pressure.[106] The consent form also stated, "[m]any side effects go away soon after you stop taking your study drugs[,]" however, "[i]n some cases, side effects may be **_very serious, long-lasting, or may never go away_**."[107]

Before receiving her first cycle of chemotherapy, Ms. Thibodeaux informed Ms. Thomas that she re-read the side effects of all the chemotherapy drugs.[108] One purpose of the clinical trial was to learn more about the side effects of the combination of drugs used in the study.[109] Ms. Thibodeaux testified that she also understood there could be risks associated with the clinical trial that doctors could not predict.[110]

### B.  The Risk of Hair Loss With Chemotherapy Is Labelled

In 2008, the FDA-approved label for Adriamycin included that "Patients should be informed that they will almost certainly develop alopecia."

In 2008, the FDA-approved label for cyclophosphamide included "Adverse Reactions," reading, "Alopecia occurs commonly in patients treated with cyclophosphamide. The hair can be expected to grow back after treatment with the drug or even during continued drug treatment, though it may be different in texture or color."

In 2008, the FDA-approved label for Taxotere included "Adverse Reactions," reading that

---

[103] NSABP 20.
[104] NSABP 22-25.
[105] Thibodeaux Dep. 182:10-15.
[106] NSABP 20-28.
[107] NSABP 20.
[108] Ochsner Health System 598, NSABP 58, PPR 76.
[109] NSABP 11-12; Thibodeaux Dep. 178:11-24.
[110] Thibodeaux Dep. 181:4-8.

the "[m]ost common adverse reactions are…alopecia."[111] Information on alopecia was included in various other parts of the label.[112] In the Patient Counseling Information section it stated: "Loss of hair occurs in most patients taking Taxotere (including hair on your head, underarm, pubic hair, eyebrows, and eyelashes). Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatments, hair generally grows back."[113] Dr. Kardinal testified that he understood the language in the 2008 Taxotere label to mean, "to say it generally grows back, that doesn't necessarily mean always."[114]

In 2008, the FDA-approved Gemzar label identified numerous adverse events, including alopecia, which was reported by 15% of patients who received Gemzar as a single-agent administered weekly.[115] When given in combination with Taxol, the Gemzar label noted 90% of patients reported alopecia.[116]

## C. Awareness of Rare Risk of Permanent or Persistent Hair Loss with Chemotherapy

Dr. Kardinal testified that he counseled patients about common side effects of chemotherapy drugs, but could not warn of every possible side effect.[117] Dr. Kardinal testified that he informed patients their hair would probably grow back after chemotherapy treatment.[118] Dr. Kardinal testified that he did not warn patients of permanent hair loss because he never had a patient with that side effect.[119] However, Dr. Kardinal testified that he would not guarantee that a patient's hair would come back.[120]

Dr. Zoe Larned took over Ms. Thibodeaux's treatment during the second phase of her chemotherapy. Dr. Larned testified that she believes the incidence of persistent hair loss with Taxotere is low compared to other chemotherapy drugs.[121] Dr. Larned testified "it has been known for a long time that certain chemotherapy drugs can cause permanent changes to hair," such as changes to texture, color, fullness/thinning, and hair loss—irrespective of the chemotherapy drug taken.[122] Dr. Larned has seen these changes with

---

[111] Taxotere Label (09/2007).
[112] Taxotere Label (09/2007).
[113] Taxotere Label (09/2007).
[114] Carl Kardinal Dep. 105:9-14.
[115] Gemzar Label (4/26/05).
[116] Gemzar Label (4/26/05) (data from study examining Gemzar plus paclitaxel versus paclitaxel; noted 92% of patients reported alopecia with paclitaxel alone).
[117] Carl Kardinal Dep. 86:16-21.
[118] Carl Kardinal Dep. 102:1-8.
[119] Carl Kardinal Dep. 87:18-88:19.
[120] Carl Kardinal Dep. 102:1-8.
[121] Zoe Larned Dep. 148:12-17.
[122] Zoe Larned Dep. 55:4-56:18.

"[p]retty much all" chemotherapy regimens.[123]  They are not specific to docetaxel, and occur in patients who take, for example, Taxol or Adriamycin.[124]  She also testified that, in her experience "having treated hundreds of patients over [her] career[,] . . . not everyone grows their hair back completely, irrelevant of Taxotere."[125]

Ms. Thibodeaux was appropriately informed of the risks and possible complications before choosing to undergo chemotherapy with Taxotere, and she determined the benefits outweighed those risks. The available label at the time of treatment adequately apprised medical oncologists of the risk of alopecia. Dr. Kardinal warned Ms. Thibodeaux of the risk of developing unknown or rare side effects, and she accepted this risk.

### D.  Taxotere Had Advantages over Paclitaxel, Which Has an Increased Risk of Severe Neuropathy.

Because of the increased risk of neuropathy.  Dr. Kardinal preferred using docetaxel over paclitaxel.[126] Dr. Kardinal testified that "[n]eurotoxicity with paclitaxel was a big concern [and] there appeared to be less neurotoxicity with docetaxel . . . which was one of the reasons [he] tended to use docetaxel in preference to paclitaxel."[127] Given Ms. Thibodeaux's hypothyroid condition, as well as her family history of diabetes, Ms. Thibodeaux was at a higher risk for increased chemotherapy-induced peripheral neuropathy.[128]

Neuropathy was, and continues to be, a major risk with patients taking paclitaxel.[129]  In patients like Ms. Thibodeaux, who are at a higher risk of developing debilitating neuropathy, paclitaxel is less attractive as an option than docetaxel.  In this case, because of the risk of neuropathy with Taxol, docetaxel was an appropriate choice.

Ms. Thibodeaux did experience neuropathy as a side effect of chemotherapy, which may have been more severe with Taxol.[130]

I believe that Ms. Thibodeaux was an appropriate candidate for chemotherapy with Taxotere. The benefits outweighed the risks for her, and she was appropriately counseled on the potential risks of chemotherapy.

### E.  Ms. Thibodeaux's Alleged Persistent Alopecia Is Not Attributable to Taxotere

---

[123] Zoe Larned Dep. 56:13-18.
[124] Zoe Larned Dep. 57:3-17
[125] Zoe Larned Dep. 121:4-12.
[126] Carl Kardinal Dep. 71:25-72:19; 105:2-4.
[127] Carl Cardinal Dep. 71:25-72:19; 73:11-16; 74:7-17.
[128] Kaley, T. & DeAngelis, L., Therapy of Chemotherapy-induced Peripheral Neuropathy, Br J Haematol. 2009;145(1):3-4; Cynthia Thibodeaux Dep. 107:7-11.
[129] Carl Kardinal Dep. 73:11-16; 74:7-17.
[130] Cynthia Thibodeaux Dep. 310:24-311:12.

### 1.  Ms. Thibodeaux Informed Her Oncologist That Her Hair Grew Back

Ms. Thibodeaux experienced hair loss following the administration of docetaxel, gemcitabine (Gemzar), doxorubicin, and cyclophosphamide. On December 3, 2008, after she had finished the first two portions of her chemotherapy regimen involving docetaxel, gemcitabine (Gemzar), doxorubicin, and cyclophosphamide, Ms. Thibodeaux reported to the clinical trial nurse that her hair had started to grow back.[131]

On December 24, 2008, the clinical trial nurse again noted that Ms. Thibodeaux's hair was slowly growing back.[132]

On January 14 and February 4, 2009, the clinical trial nurse again noted that Ms. Thibodeaux's hair continued to grow back, but that Ms. Thibodeaux felt it was too short and was not comfortable going without a wig.[133]  In August 2011, Ms. Thibodeaux denied any hair loss.[134]

During Ms. Thibodeaux's annual gynecological exams in 2009, 2011-2014, 2016, and 2018, Ms. Thibodeaux had normal hair distribution in her pelvic area.[135]

Ms. Thibodeaux requested a dermatology referral in 2010 and 2013 for facial moles, not hair loss.[136] Ms. Thibodeaux also saw a dermatologist in 2015 because of dark colored patches on her ears and face, which Ms. Thibodeaux believe were caused by Tamoxifen.[137] There is no mention of hair loss in the records associated with this appointment.[138]

Photographs taken by Plaintiff's expert dermatologist, Dr. Antonella Tosti, also show normal eyebrow and eyelash condition for patients of mine of similar age and demographics.[139]

Ms. Thibodeaux testified that the current thickness of her hair makes wearing a wig uncomfortable, and she therefore cuts her hair.[140] She has never undergone treatment for hair loss.

---

[131] Ochsner Health System 1030-31.
[132] Ochsner Health System 1036.
[133] Ochsner Health System 1038, 1054.
[134] Ochsner Health System, 1512-14.
[135] Ochsner Baptist Medical Center 9-10; Ochsner Health System 15-23, 129-136, 201-206, 311-317, 1519-20.
[136] Ochsner Health System 50-57, 84-91, 1426-1427.
[137] Ochsner Health System 302-307.
[138] Ochsner Health System 302-307.
[139] Expert Report of Antonella Tosti, M.D., October 21, 2019 (photographs taken June 4, 2019).
[140] Cynthia Thibodeaux Dep. 482:19-483:11.

### 2. Ms. Thibodeaux Underwent More than 30 Radiation Treatments.

Ms. Thibodeaux received 25 radiation treatments to her right breast between December 2008 and January 2009.[141] She received 9 treatments between January 21, 2009 and January 30, 2009 to boost the central region of her right breast.[142] Ms. Thibodeaux reviewed the risks of radiation with Dr. Scroggins, her radiation oncologist, and signed a consent on December 3, 2008.[143] The informed consent identified hair loss as a side effect of radiation. Ms. Thibodeaux also acknowledged other, serious risks, including disfigurement, loss or loss of function of her heart, esophagus, nerve damage, damage to heart muscles, heart failure, permanent scarring of her lungs, and loss of thyroid functions.[144]

### F. Ms. Thibodeaux's Course of Care After Chemotherapy Included Hormonal Treatment

Ms. Thibodeaux started hormone therapy (Tamoxifen) in February 2009.[145] Before prescribing Tamoxifen to Ms. Thibodeaux, Dr. Larned discussed the risks and benefits of both Tamoxifen and aromatase inhibitors – including significant side effects associated with Tamoxifen such as blood clots and uterine cancer.[146] Dr. Larned testified that Tamoxifen can magnify menopausal symptoms, including hair loss.[147] Dr. Larned testified that hair thinning is a side effect of Tamoxifen, and that she had seen patients who have had significant hair thinning from Tamoxifen.[148] Ms. Thibodeaux completed Tamoxifen therapy in June 2018.[149]

### G. Summary of Opinions

Ms. Thibodeaux needed chemotherapy. She agreed to participate in a randomized clinical trial that included Taxotere. The clinical trial also entailed a longer period of treatment with experimental study drug combinations. She needed a taxane-containing regimen to optimally prevent recurrence, and a Taxotere-containing regimen was an appropriate choice for her treatment. The benefits outweighed the risks for her, and she was appropriately counseled on the potential risks of chemotherapy with Taxotere.

There is no medically reliable way to attribute Ms. Thibodeaux's persistent hair loss complaint to Taxotere alone. Ms. Thibodeaux has non-chemotherapy-related hair loss

---

[141] Ochsner Health System, 1043.
[142] Ochsner Health System, 1043.
[143] Ochsner Health System, 1022-25.
[144] Ochsner Health System 1022-25.
[145] Ochsner Health System 406-08.
[146] Zoe Larned Dep. 92:25-97:25.
[147] Zoe Larned Dep. 64:1-17
[148] Zoe Larned Dep. 61:25-62:20
[149] Walgreens 60; Cristal Brown 400, 405; Cynthia Thibodeaux Dep. 479:12-14; 480:10-481:4.

according to her own expert's examination. She also voluntarily continued to take medications, including Tamoxifen, which can cause hair loss. She is also post-menopausal, aging, and has several other medical conditions that could contribute to her hair loss.

Ms. Thibodeaux accepted the very serious risks of chemotherapy treatment, including rare or unknown side effects, to optimize her survival. No one could say that Ms. Thibodeaux's hair would not be in the same condition if she had been prescribed paclitaxel, nor that her survival would have been so complete as it was with Taxotere on other, especially older generations.

## **Sheila Crayton**

I will offer case-specific opinions regarding Ms. Crayton that are based on my review of her medical records, discovery responses, and depositions, my education, training, clinical experience, review of medical and scientific literature, and information presented at medical forums. I will offer opinions regarding her breast cancer, treatment, and alopecia.

Ms. Sheila Crayton is a 66-year-old African American female with a history of obesity, high blood pressure, carotid artery disease,[150] fibromyalgia, high cholesterol, depression and anxiety, insomnia, chronic fatigue syndrome, anemia, and osteoarthritis. She underwent a hysterectomy with oophorectomy in 1995 and received a hormone replacement patch for one year.[151]

Ms. Crayton was diagnosed in 2007 with stage II, estrogen and progesterone negative, and HER2 negative carcinoma in her left breast, also known as triple negative breast cancer.[152] Her cancer was infiltrating ductal carcinoma.[153] The tumor measured 2 cm.[154] She had no positive lymph nodes.[155] Ms. Crayton's pathologist noted elevated Ki67.[156]

Before undergoing chemotherapy, Ms. Crayton had a partial mastectomy with axillary lymph node sampling.[157]

### A. Sheila Crayton Required Chemotherapy to Optimize Her Survival

Ms. Crayton's treating oncologist Dr. Chandrasekaran believed that Ms. Crayton needed

---

[150] Ms. Crayton also has a history of congestive heart failure, mitral valve insufficiency, and tricuspid valve insufficiency.
[151] West Jeffrson Medical Center 1370-1372.
[152] West Jefferson Medical Center 989-1002.
[153] West Jefferson Medical Center 991-1002.
[154] West Jefferson Medical Center 969.
[155] West Jefferson Medical Center 1370-72, 1374-75, 1436; The Cancer Center at West Jefferson 122-123.
[156] West Jefferson Medical Center 989-90.
[157] West Jefferson Medical Center 1047-1050; 1056-1057.

adjuvant chemotherapy.[158] Dr. Chandrasekaran testified that triple negative breast cancer involves "a very dangerous combination" and has "many unfavorable characteristics."[159] Dr. Robert Swanton, Ms. Crayton's radiation oncologist believed Ms. Crayton would also benefit from radiation.[160]

Triple negative breast cancer is a form of breast cancer associated with aggressive tumors and shorter-term survival relative to ER+ cancers.  Because of this diagnosis, I agree that Ms. Crayton needed chemotherapy and radiation to optimize her survival.

Dr. Chandrasekaran recommended that Ms. Crayton receive an "AC" regimen and, after radiation, receive four rounds of Taxotere.[161] Ms. Crayton accepted Dr. Chandrasekaran's recommendation.[162]   Ms. Crayton received four rounds of dose-dense doxorubicin (Adriamycin) and cyclophosphamide administered by IV, then received radiation and, after its completion, docetaxel (Taxotere) administered by IV every 21 days.[163]

I agree that this was an acceptable option for treating Ms. Crayton's rare and aggressive form of cancer.  There are no targeted therapies for triple negative breast cancer.  However, modern taxane-based chemotherapies have been shown to improve survival in patients with triple-negative breast cancer.[164]   Therefore, I agree with Dr. Chandrasekaran that Ms. Crayton was best served with a taxane-containing combination chemotherapy regimen.  If she had received a regimen without taxanes, such as CMF, she would have had a reduced chance of survival, given her diagnosis of triple negative breast cancer and the superior efficacy of taxane-based regimens.

## B. Taxotere Had Advantages Over Paclitaxel in Ms. Crayton's Treatment Regimen.

Before her cancer diagnosis, Ms. Crayton had neuropathic pain.[165]  Severe neuropathy was, and continues to be, a major risk with patients taking paclitaxel.  In patients like Ms. Crayton, who are at a higher risk of developing debilitating permanent neuropathy, Taxol is therefore a less attractive option than Taxotere, because Taxotere is less likely to cause

---

[158] The Cancer Center at West Jefferson Medical Center 96.

[159] Nagarajan Chandrasekaran Dep. 28:20-29:15.

[160] West Jefferson Medical Center 1370-72.

[161] Nagarajan Chandrasekaran 7-10; The Cancer Center at West Jefferson Medical Center 66-80, 96, 122-123, 190-194; Nagarajan Chandrasekaran Dep. 138:9-139:10.

[162] Sheila Crayton Dep. at 241:9-20.

[163] The Cancer Center at West Jefferson Medical Center 81-89, 192; West Jefferson Medical Center 1435-1436, 1485-1490, 1496-1501, 1507-1510, 1513-1514, 1517-1518.

[164] Palmieri, F. and Perez, E, Managing the Early and Locally Advanced Breast Cancer Patient at High Risk for Recurrence: Recent Advances and Nursing Implications, Seminal Oncology Nursing, 2008; Reis-Filho, J. & Tutt, A., Triple Negative Tumors: a Critical Review, Histopathology, 2008, 52, 108-118; Dent, R. et al., Triple-Negative Breast Cancer: Clinical Features and Patterns of Recurrence, Clin. Cancer Res. 2007:13(15).

[165] Walgreens 132, 136-38, 140-41

severe neuropathy.  Because Ms. Crayton already had neuropathic pain before her cancer diagnosis, Ms. Crayton would have had a higher risk of increased neuropathy if she were given Taxol as opposed to Taxotere.

Ms. Crayton also had neuropathy after chemotherapy.[166]   Ms. Crayton developed lymphedema after surgery, and was referred to occupational therapy for lymphedema management.[167]

Given the increased risk of debilitating neuropathy, I believe that Ms. Crayton was an appropriate candidate for chemotherapy with Taxotere.  I believe Dr. Chandrasekaran made an appropriate decision in recommending docetaxel over paclitaxel for Ms. Crayton.  The benefits outweighed the risks for Ms. Crayton.

### C.  The Risk of Hair Loss With Chemotherapy is Labelled.

Dr. Chandrasekaran testified that he used the Taxotere product labeling to advise his patients about the safety profile and efficacy of the drug.[168]  Dr. Chandrasekaran also testified that he reviewed medical journals, information from oncology societies, the National Institute of Health, and the National Cancer Institute, and consulted his colleagues to learn about chemotherapy drugs.[169]

In 2008, the FDA-approved label for Adriamycin included that "Patients should be informed that they will almost certainly develop alopecia." In 2008, the FDA-approved label for cyclophosphamide included "Adverse Reactions," reading, "Alopecia occurs commonly in patients treated with cyclophosphamide. The hair can be expected to grow back after treatment with the drug or even during continued drug treatment, though it may be different in texture or color."

In 2008, the FDA-approved label for Taxotere included "Adverse Reactions," reading that the "[m]ost common adverse reactions are…alopecia."[170] Information on alopecia was included in various other parts of the label.[171]   In the Patient Counseling Information section it stated: "Loss of hair occurs in most patients taking Taxotere (including hair on your head, underarm, pubic hair, eyebrows, and eyelashes). Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatments, hair generally grows back."[172]

---

[166] Walgreens 23, 32, 34, 37, 39, 52-54, 132, 137-38; Carlos Rodriguez-Fierro 31-39; Peoples Health 26-28, 30-31, 33-37, 48, 942-50, 1253-54, 1291-96; William Long 238-47, 260-74, 306.
[167] West Jefferson Medical Center, 1446-49, 1991-92, 1999; West Jefferson Rehab Connection at Oakwood 381-82.
[168] Nagarajan Chandrasekaran Dep. 19:20-20:8; 38:21-39:23.
[169] Nagarajan Chandrasekaran Dep. 75:12-19.
[170] Taxotere Label (09/2007).
[171] Taxotere Label (09/2007).
[172] Taxotere Label (09/2007).

### D.  Awareness of Rare Risk of Permanent or Persistent Hair Loss With Chemotherapy

Dr. Chandrasekaran testified that he advised patients of potential side effects, including hair loss, and informs patients the side effects may be "mild, moderate, or severe [and] could be short-term . . . or long-term."[173]   At the time Dr. Chandrasekaran prescribed Taxotere for Ms. Crayton, it was his general understanding that alopecia was a common side effect – but he would "never tell patients [hair] will grow back. In medicine, anything can happen. . . .  I never tell people you will absolutely, positively, will not have any long-term side effects."[174]

Dr. Chandrasekaran testified: "I never tell patients in absolute terms that [a side effect] will never happen; I just tell them possibilities.  And the usual terminology I use even today, common expected side effects of this particular drug is this, this, this; can be mild, moderate or severe; can recover quickly or can take a longer period to recover."[175]

Ms. Crayton testified that Dr. Chandrasekaran did not fail to warn her properly about the potential side effects of Taxotere.[176]  Ms. Crayton testified that even if Dr. Chandrasekaran had told her that her hair would not come back, she would still have taken Taxotere.[177]  Ms. Crayton testified that she is happy she had Taxotere and does not regret her decision to take it.[178]

If Ms. Crayton had requested a Taxol-containing regimen, Dr. Chandrasekaran would have counseled her that Taxol also has a risk of hair loss.[179]  Dr. Chandrasekaran also testified that alopecia is a common side effect of Adriamycin and cyclophosphamide.[180]

I agree with this appraisal, specifically, that there is no promise of better hair regrowth with paclitaxel over Taxotere.  It is not so in my practice, nor have I seen clear evidence generally, that persistent alopecia is more common following docetaxel than paclitaxel, cyclophosphamide, or doxorubicin.

In addition, Dr. Chandrasekaran testified that he would have counselled Ms. Crayton that Taxol has longer infusion time, more allergic reactions, and increased risk of neuropathy.[181]  Dr. Chandrasekaran testified that he had seen "significant side effects affecting patients"

---

[173] Nagarajan Chandrasekaran Dep. at 34:19-35:13.
[174] Nagarajan Chandrasekaran Dep. 36:21-37:18.
[175] Nagarajan Chandrasekaran Dep. 37:20-38:14.
[176] Sheila Crayton Dep. 57:21-25.
[177] Sheila Crayton Dep. 332:2-21.
[178] Sheila Crayton Dep. 94:1-10.
[179] Nagarajan Chandrasekaran Dep.146:9-11.
[180] Nagarajan Chandrasekaran Dep. 146:19-147:15.
[181] Nagarajan Chandrasekaran Dep. 54:18-56:25.

when he used Taxol.[182]

Ms. Crayton accepted many significant potential side effects by undergoing chemotherapy, including the possibility of death.[183]  Ms. Crayton also accepted potential side effects by undergoing radiation therapy.  Under early reactions, "hair loss' was included as a possible side effect.[184]  In addition, under "late reactions," "permanent hair loss" was identified as possible side effect.[185]  Finally, Ms. Crayton also acknowledged the possibility of enhanced reactions to radiation therapy.[186]

Ms. Crayton was appropriately informed of the risks and possible complications before choosing to undergo chemotherapy with Taxotere, and she determined the benefits outweighed those risks.  The available label at the time of treatment adequately apprised medical oncologists of the risk of alopecia.  Ms. Crayton was appropriately counseled on the potential risks and complications of the treatment by Dr. Chandrasekaran.

### E.  Ms. Crayton Experienced Total Hair Loss Before Taking Taxotere

Ms. Crayton experienced total hair loss following the administration of doxorubicin and cyclophosphamide.[187]  Her alopecia continued during chemotherapy treatment.[188]  It is impossible to single out Taxotere as the cause of Ms. Crayton's alopecia when she lost her hair well before taking the medicine, while on two other chemotherapy agents.

In 2013 and 2015, Ms. Crayton visited her rheumatologist and noted hair loss.[189]  However, during Ms. Crayton's February and March 2015 visits with her rheumatologist she denied any alopecia.[190]

Ms. Crayton has not requested a dermatology referral.[191]  Ms. Crayton has not been diagnosed with persistent hair loss.[192]  Ms. Crayton testified that she has gained more fullness in her hair in the last few years.[193]

### F.  Summary of Opinions

---

[182] Nagarajan Chandrasekaran Dep. 56:14-25.
[183] Sheila Crayton Dep. at 243:23-25, 244:8-16.
[184] West Jefferson Medical Center, 1367-69.
[185] West Jefferson Medical Center, 1367-69.
[186] West Jefferson Medical Center, 1367-69.
[187] Sheila Crayton Dep. at 72:5-73:18.
[188] West Jefferson Medical Center 1502-1503, 1513-14, 1517-18, 1519-1520.
[189] The Rheumatology Group 13-29,42-59.
[190] The Rheumatology Group 31-40.
[191] Sheila Crayton Dep. at 126:17-19.
[192] Sheila Crayton Dep. at 342:13-18.
[193] Sheila Crayton Dep. at 78:7-24.

Ms. Crayton needed chemotherapy for optimal survival.  A taxane-containing regimen was necessary to limit recurrence, and a Taxotere-containing regimen was an appropriate choice for her treatment.  It was reasonable and prudent to avoid Taxol because of the increased risk of permanent, debilitating neuropathy.

Ms. Crayton lost her hair before chemotherapy with Taxotere.  There is no medically reliable way to trace Taxotere as the significant cause of her complaints about her hair not purportedly re-growing. Ms. Crayton is also post-menopausal, aging, and has several medical conditions that could contribute to hair loss or thinning, if any.

Before prescribing Taxotere to Ms. Crayton, Dr. Chandrasekaran was aware there was a rare risk of persistent hair loss with Taxotere, Taxol, Adriamycin, and cyclophosphamide. The available label at the time of treatment adequately appraised medical oncologists of the risk of alopecia.  Ms. Crayton was appropriately informed of the risks associated with chemotherapy prior to choosing to undergo chemotherapy with Taxotere.

The goal of Ms. Crayton's therapy was to prevent relapse of her aggressive, triple-negative breast cancer. To date, Ms. Crayton has not relapsed.

Ms. Crayton accepted the very serious risks of chemotherapy treatment, including rare or unknown side effects to optimize her survival.  No one could say that Ms. Crayton's hair wouldn't be in the same condition if she had not received Taxotere, nor that her survival would be so complete without it.


_____
John A. Glaspy, M.D.
University of California, Los Angeles                    December 9, 2019

**Figure A – Ex. A to Sanofi's Responses to Plaintiffs' Notice of 30(b)(6) Deposition - Table of TAX316 Patients**

| Subject ID | Treatment Arm | Last Chemotherapy Treatment | Last Documentation of Ongoing Alopecia | Documented Ongoing Alopecia >6 Months | Date of Resolution | Description |
|---|---|---|---|---|---|---|
| 11738 | TAC | 4/27/99 | 8/23/99 | No | N/A | Received 5 cycles of TAC, last cycle administered 4/27/99. [Sanofi_02649521, p.7131]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14989]  After this cycle, the patient refused further treatment and withdrew her consent. [Sanofi_02649521, p.31091]  During a follow up visit on 8/23/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.14990, 32450]  She was not seen again for follow up due to her withdrawal of consent. [Sanofi_02649521, p.32450] |
| 12211 | TAC | 11/4/98 | 8/12/98 | No | 11/4/98 | Received 5 cycles of TAC, last cycle administered 8/12/98. [Sanofi_02649521, p.7291]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.17558]  After this cycle, the patient refused further treatment and withdrew her consent. [Sanofi_02649521, p.458, 31116]  She received FAC for her 6th cycle of treatment on 11/4/98. [Sanofi_02649521, p.458, 17559, 32793]  On this date, alopecia was recorded as resolved. [Sanofi_02649521, p.17559, 32793]  Alopecia was not recorded as an adverse event at any of her next 13 follow up visits. [Sanofi_02649521, p.17559, 32794-5] |
| 12314 | TAC | 4/22/99 | 3/13/99 | No | 4/22/99 | Received 3 cycles of TAC, last cycle administered 2/18/99. [Sanofi_02649521, p.7169-70]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05497867]  She was withdrawn from the study after developing febrile neutropenia during her 3rd cycle of TAC and received FAC for her final 3 cycles. [Sanofi_02649521, p.335]  During her |

51

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 2nd cycle of FAC on 3/13/99, alopecia was recorded as ongoing. [Sanofi_05497797, 05497888, 05497892]  Her last cycle of FAC was administered on 4/22/99, and on this date alopecia was recorded as ceased. [Sanofi_05497898, 05497902] Alopecia was not recorded as an adverse event during any of her next 12 follow up visits. [Sanofi_05497908-66, Sanofi_02649521, p.32543-4] |
| 12403 | TAC | 12/11/98 | 12/11/98 | No | 1/99 | Received 6 cycles of TAC, last cycle administered 12/11/98. [Sanofi_02649521, p.7098-9]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14379]  At her first follow up visit on 4/7/99, alopecia was recorded as resolved, with 1/99 listed as the resolution date. [Sanofi_02649521, p.14380, 32374]  Alopecia was not recorded as an adverse event during any of her next 10 follow up visits. [Sanofi_02649521, p.14380-2, 32374-5] |
| 12612 | TAC | 5/11/99 | 6/12/01 | Yes | 12/18/01 | Received 6 cycles of TAC, last cycle administered 5/11/99. [Sanofi_02649521, p.7301]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.17755]  Alopecia was recorded as ongoing at her first eight follow up visits (8th follow up on 6/12/01) [Sanofi_02649521, p.17756-9, 32760]  At her ninth follow up visit on 12/18/01, alopecia was recorded as resolved and was not recorded as an adverse event at any of her next 3 follow up visits. [Sanofi_02649521, p.17759, 32818-9] |
| 13605 | TAC | 8/26/98 | 8/26/98 | No | 12/3/98 | Received 6 cycles of TAC, last cycle administered 8/26/98. [Sanofi_02649521, p.7486-7]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19487]  At her first follow up visit on 12/3/98, alopecia was recorded as resolved. [Sanofi_02649521, p.19488, 33177]  Alopecia was not recorded as an adverse event during any of her next 13 follow up visits. [Sanofi_02649521, p.19488-9, 33177-8] |

| 13607 | TAC | 9/16/98 | 9/16/98 | No | 11/23/98 | Received 6 cycles of TAC, last cycle administered 9/16/98. [Sanofi_02649521, p.7487-8]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.7488, 19492]  At her first follow up visit on 11/23/98, alopecia was recorded as resolved. [Sanofi_02649521, p.19492, 33179]  Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02649521, p.33179-80] |
| 13610 | TAC | 4/6/99 | 4/6/99 | No | 7/22/99 | Received 6 cycles of TAC, last cycle administered 4/6/99. [Sanofi_02649521, p.7490]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19497]  At her first follow up visit on 7/22/99, alopecia was recorded as resolved. [Sanofi_02649521, p.19497, 33182]  Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02649521, p.19497, 33182-3] |
| 13615 | TAC | 6/15/99 | 6/15/99 | No | 11/5/99 | Received 6 cycles of TAC, last cycle administered 6/15/99. [Sanofi_02649521, p.7492]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19506]  At her first follow up visit on 11/5/99, alopecia was recorded as resolved. [Sanofi_02649521, p.19507, 33186]  Alopecia was not recorded as an adverse event at any of her next 8 follow up visits. [Sanofi_02649521, p.19507, 33186-7] |
| 15002 | TAC | 9/23/98 | 11/3/98 | No | N/A | Received 1 cycle of TAC, administered on 8/26/98. [Sanofi_05503622; Sanofi_02649521, p.7383]  The patient developed alopecia after this treatment cycle. [Sanofi_05503627]  She was withdrawn from the study after developing gastrointestinal mucositis following TAC administration. [Sanofi_02649521, p.343]  On 9/23/98, the patient began alternative chemotherapy treatment with AC (number of cycles received unknown). [Sanofi_05503640] |

| | | | | | | At her first follow up visit on 11/3/98, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503639, 05503641]  No further alopecia assessments were made for this patient.  After a distant breast cancer relapse, the patient began treatment with Taxol on 8/31/99. [Sanofi_05503649]  She was lost to follow up since 12/22/99 [Sanofi_05503594], and recorded as deceased due to breast cancer on an unknown day in 8/01. [Sanofi_05503655] |
|---|---|---|---|---|---|---|
| 15006 | TAC | 1/12/99 | 2/23/99 | No | N/A | Received 1 cycle of TAC, administered on 12/23/98. [Sanofi_05503696; Sanofi_02649521, p.7384]  The patient developed alopecia after this treatment cycle. [Sanofi_05503700]  She was withdrawn from the study after developing anaphylaxis during TAC administration. [Sanofi_002649521, p.344]  On 1/12/99 the patient began alternative chemotherapy treatment with AC (number of cycles received unknown). [Sanofi_05503707]  At her first follow up visit on 2/23/99, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503711, 05503716]  No further alopecia assessments were made for this patient.  After a distant breast cancer relapse, the patient began treatment with vinorelbine on 8/10/99. [Sanofi_05503719] |
| 15606 | TAC | 12/4/98 | 1/11/99 | No | N/A | Received 6 cycles of TAC, last cycle administered 12/4/98. [Sanofi_02649521, p.7398-9]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18545]  At her first follow up visit on 1/11/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.18545, 33002]  No further assessments of alopecia were made for this patient.  On 7/25/01, the patient was described as lost to follow up. [Sanofi_02649521, p.33002] |

| 15808 | TAC | 9/4/98 | 12/30/98 | No | N/A | Received 6 cycles of TAC, last cycle administered 9/4/98. [Sanofi_02649521, p.7337]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18077]  At her first follow up visit on 12/30/98, she was diagnosed with a breast cancer relapse. [Sanofi_02649521, p.539]  On this date, alopecia was recorded as ongoing and no longer followed. [Sanofi_02649521, p.18078]  No further alopecia assessments were made for this patient. |
| 17603 | TAC | 5/8/98 | 2/19/99 | Yes | 5/7/99 | Received 6 cycles of TAC, last cycle administered 5/8/98. [Sanofi_02649521, p.7661]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20652]  Alopecia was recorded as ongoing during her first three follow-up visits (3rd follow up on 2/19/99). [Sanofi_02649521, p.20653, 33545]  At her fourth follow up visit on 5/7/99, alopecia was listed as resolved. [Sanofi_02649521, p.20654, 33545] |
| 17608 | TAC | 6/23/98 | 9/22/98 | No | N/A | Received 2 cycles of TAC, last cycle administered 6/23/98. [Sanofi_02649521, p.7664]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20681]  After receiving her 2nd cycle of TAC, the patient withdrew her consent and refused further treatment. [Sanofi_02649521, p.31173]  On 7/14/98 the patient began alternative chemotherapy treatment with Adriamycin and Cyclophosphamide. [Sanofi_02649521, p.35363]  At her first follow up visit on 9/22/98, alopecia was recorded as ongoing but no longer followed due to withdrawal of consent. [Sanofi_02649521, p.20682, 33551] |
| 22312 | TAC | 5/10/99 | 4/19/99 | No | 5/10/99 | Received 2 cycles of TAC, last cycle administered 2/15/99. [Sanofi_05498037; Sanofi_02649521, p.7178]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05498037, 05498041]  Due to an allergic reaction during infusion of the second cycle of TAC, the patient was |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | withdrawn from the study and received FAC for her final 4 cycles of treatment. [Sanofi_02649521, p.360] During her 3rd cycle of FAC administration on 4/19/99, alopecia was recorded as ongoing. [Sanofi_05498075, 05498079] Her final cycle of FAC was administered on 5/10/99. [Sanofi_05498085] Alopecia was recorded as ceased on this date. [Sanofi_05498089] Alopecia was not recorded as an adverse event during any of her next 11 follow-up visits [Sanofi_05498095-136] |
| 22702 | TAC | 11/25/98 | 11/25/98 | No | N/A | Received 2 cycles of TAC, last cycle administered 9/2/98. [Sanofi_02649521, p.7183-7184] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05498537, 05498541] Due to the development of allergy and dyspnea, the patient was withdrawn from the study and received FAC for her last 4 cycles of treatment [Sanofi_02649521, p.364] Her last cycle of FAC was administered on 11/25/98, and the status of her alopecia was listed as ongoing. [Sanofi_05498596, 05498600] No further alopecia assessments were made for this patient. [Sanofi_05498606-662; Sanofi_02649521, p.15835] |
| 23907 | TAC | 11/25/98 | 2/99 | No | N/A | Received 4 cycles of TAC, last cycle administered 11/25/98. [Sanofi_02649521, p.7501] On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19573] After her 4th cycle of TAC, the patient suffered a breast cancer relapse, and she was withdrawn from the study. [Sanofi_02649521, p.651] At her first follow up visit, alopecia was recorded as ongoing. [Sanofi_02649521, p.19573] A date for this follow up visit has not been identified. As per protocol, this visit would have been 3 months after the last chemotherapy administration (roughly 2/99). Alopecia was not recorded as an adverse event during |

56

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 4 abbreviated follow up visits between 3/18/99 and 3/6/03. [Sanofi_02649521, p.19573, 33204] |
| 25010 | TAC | 8/20/99 | 11/25/99 | No | N/A | Received 4 cycles of TAC, last cycle administered 7/30/99. [Sanofi_05503801; Sanofi_02649521, p.7388-7389]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05503805]  After this cycle, she developed a serious episode of febrile neutropenia and was discontinued from the study. [Sanofi_02649521, p.368-369]  On 8/20/99 she began alternative chemotherapy with epirubicin and cyclophosphamide (number of cycles received unknown). [Sanofi_05503819]  At her first follow-up visit on 11/25/99, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05503816, 05503820]  No further alopecia assessments were made for this patient. [Sanofi_05503821-851] |
| 26802 | TAC | 9/28/98 | 12/31/98 | No | N/A | Received 5 cycles of TAC, last cycle administered 9/7/98. [Sanofi_05506753; Sanofi_02649521, p.7478]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05506757]  After experiencing total body anesthesia after administration of cycle 5, she was withdrawn from the study. [Sanofi_02649521, p.372]  On 9/28/98 she began alternative chemotherapy with AC (number of cycles received unknown). [Sanofi_05506765]  At her first follow-up visit on 12/31/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started."  [Sanofi_05506769-70]  No further alopecia assessments were made for this patient. |
| 29701 | TAC | 8/14/98 | 11/12/98 | No | N/A | Received 3 cycles of TAC, last cycle administered 7/9/98. [Sanofi_05468927; Sanofi_02649521, p.7697]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_05468931]  After repeated episodes of neutropenia |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | with each chemotherapy cycle, she was withdrawn from the study. [Sanofi_02649521, p.380, Sanofi_05468940]  On 8/14/98 she began alterative chemotherapy with AC (number of cycles received unknown). [Sanofi_05468939]  At her first follow-up visit on 11/12/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_05468942-3]  No further alopecia assessments were made for this patient. [Sanofi_05468944-982] |
| 30702 | TAC | 4/16/99 | 4/16/99 | No | 8/30/99 | Received 6 cycles of TAC, last cycle administered 4/16/99. [Sanofi_02228520; Sanofi_02649521, p.7765]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02228524]  At her first follow up visit on 8/30/99, alopecia was recorded as resolved. [Sanofi_02228538, 02228542, Sanofi_02649521, p.21823, 33792]  Alopecia was not recorded as an adverse event at any of her next 11 follow up visits. [Sanofi_02228543-02228587, Sanofi_02649521, p.33792-3] |
| 40401 | TAC | 8/3/98 | 9/22/98 | No | N/A | Received 3 cycles of TAC, last cycle administered 7/2/98. [Sanofi_03244422; Sanofi_02649521, p.7768]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_03244427]  After episodes of febrile neutropenia with each TAC cycle [Sanofi_02649521, p.387], the patient refused further treatment stating she "didn't want any more of this treatment," and she was discontinued from the study. [Sanofi_03244442]  On 8/3/98 she began alternative chemotherapy treatment with AC (number of treatment cycles unknown). [Sanofi_03244450]  At her first follow-up visit on 9/22/98, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_03244444, 03244449, 03244562-3]  No |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | further alopecia assessments were made for this patient. [Sanofi_03244451-454; Sanofi_02649521, p.21862-21864] |
| 13608 | FAC | 1/18/99 | 1/18/99 | No | 4/22/99 | Received 6 cycles of FAC, last cycle administered on 1/18/99. [Sanofi_02649521, p.8221]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19494]  At her first follow up visit on 4/22/99, her alopecia status was recorded as resolved. [Sanofi_02649521, p.19494, 33180] |
| 16301 | FAC | 3/11/99 | 5/26/99 | No | N/A | Received 3 cycles of FAC, last cycle administered on 1/28/99. [Sanofi_02649521, p.8147]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18688; Sanofi_05511537]  Following this cycle, the patient developed fever and tiredness due to grade 4 bacteremia. She was withdrawn from the study because the investigator felt her health was not strong enough. [Sanofi_02649521, p.736].  On 3/11/99 she began alterative treatment with CMF chemotherapy (number of treatment cycles unknown). [Sanofi_02649521, p.736; Sanofi_05511551]  At her first follow-up visit on 5/26/99, her alopecia status was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.18689; Sanofi_05511550]  No further alopecia assessments were made for this patient. [Sanofi_05511556-626; Sanofi_02649521, p.18689] |
| 19801 | FAC | 3/17/98 | 3/17/98 | No | 5/12/98 | Received 6 cycles of FAC, last cycle administered on 3/17/98. [Sanofi_02218444; Sanofi_02649521, p.8461]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.21339; Sanofi_02218448]  At her first follow up visit on 7/14/98, alopecia was recorded as resolved, with a resolution date of 5/12/98. [Sanofi_02218341] |

59

| 20610 | FAC | 4/29/99 | 7/8/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/29/99. [Sanofi_02649521, p.7961]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.16574]  On 5/31/99 she was diagnosed with breast cancer relapse, and she began alternative anti-cancer treatment, the details of which were not provided to investigators. [Sanofi_02649521, p.938]  At her first follow up visit on 7/8/99, alopecia was recorded as ongoing. [Sanofi_02649521, p.16575, 32662; Sanofi_05501313]  The patient died of breast cancer on 8/30/99. [Sanofi_02649521, p.938; Sanofi_05501314] |
| 24411 | FAC | 3/10/99 | 6/10/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 3/10/99. [Sanofi_05476972; Sanofi_02649521, p.8292]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20002; Sanofi_05476976]  On 6/9/99 the patient was diagnosed with breast cancer relapse. [Sanofi_02649521, p.965; Sanofi_05476994]  At her first follow up visit on 6/10/99, alopecia was recorded as ongoing and "No longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.20002, 33350; Sanofi_05476993]  She began treatment with alternative navelbine chemotherapy on 6/11/99. [Sanofi_02649521, p.965; Sanofi_05476995]  No further alopecia assessments were made for this patient. [Sanofi_05476997; Sanofi_02649521, p.20002-3] |
| 24520 | FAC | 2/11/99 | 3/22/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 2/11/99. [Sanofi_02649521, p.8342]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20363]  On 3/22/99 the patient was diagnosed with breast cancer relapse. [Sanofi_02649521, p.33458, 35222]  Also on 3/22/99, her alopecia status was recorded as ongoing and no longer followed due to new chemotherapy regimen started. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | [Sanofi_02649521, p.20363, 33458]  She began alternative Taxotere chemotherapy on 4/7/99. [Sanofi_02649521, p.35351]  No further alopecia assessments were made for this patient. [Sanofi_02649521, p.20363] |
| 25501 | FAC | 11/16/98 | 2/12/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 11/16/98. [Sanofi_02649521, p.8085]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18221]  She was diagnosed with breast cancer relapse on 1/1/01. [Sanofi_02649521, p.32918, 35195]  At her first follow up visit on 2/12/99, her alopecia status was recorded as ongoing and no longer followed due to alternative anti-cancer therapy she was receiving. [Sanofi_02649521, p.18221, 35309]  No further alopecia assessments were made for this patient. [Sanofi_02649521, p.18221] |
| 25601 | FAC | 4/3/98 | 9/14/98 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/3/98. [Sanofi_02649521, p.8130]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.18552; Sanofi_05506268]  She was diagnosed with breast cancer relapse on 9/14/98. [Sanofi_02949521, p.33003; Sanofi_05506286]  Also on 9/14/98, her alopecia status was recorded as ongoing and "no longer followed due to new chemotherapy regimen started." [Sanofi_02649521, p.18552, Sanofi_05506285]  She began alternative Taxotere chemotherapy on 9/19/98. [Sanofi_02649521, p.974; Sanofi_05506287]   No further alopecia assessments were made for this patient. [Sanofi_05506287-9; Sanofi_02649521, p.18552] |
| 26804 | FAC | 11/18/98 | 11/18/98 | No | 3/16/99 | Received 6 cycles of FAC, last cycle administered on 11/18/98. [Sanofi_05506403; Sanofi_02649521, p.8210]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.19416; Sanofi_05506407]  At |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | her first follow up visit on 3/16/99, her alopecia status was recorded as resolved. [Sanofi_02649521, p.19417; Sanofi_05506423] |
| 27304 | FAC | 8/9/99 | 9/7/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 8/9/99. [Sanofi_05466953; Sanofi_02649521, p.8494]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.21744; Sanofi_05466960]  At her first follow up visit on 9/7/99, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.21746; Sanofi_05466960]  On that same day (9/7/99), she was diagnosed with breast cancer relapse. [Sanofi_02649521, p.815, 35239; Sanofi_05466978]  On 9/15/99, the patient died after developing thrombosis, hepato-renal failure, and acute respiratory failure. [Sanofi_02649521, p.815] |
| 27601 | FAC | 8/7/98 | 9/8/98 | No | N/A | Received 6 cycles of FAC, last cycle administered on 4/17/98. [Sanofi_02649521, p.8390-91]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20736]  For an unknown reason (but presumably due to a breast cancer relapse), on 8/7/98 the patient began alternative high-dose chemotherapy (cyclophosphamide, carboplatin, thiotepa) with autologous peripheral stem cell support. [Sanofi_02649521, p.33559, 35364]  At her first follow up visit on 9/8/98, her alopecia status was recorded as ongoing and no longer followed due to alternative anti-cancer therapy regimen started. [Sanofi_02649521, p.20736]  No further alopecia assessments were made for this patient. [Sanofi_02649521, p.20736] |
| 27610 | FAC | 9/10/99 | 3/3/00 | No | 6/16/00 | Received 6 cycles of FAC, last cycle administered on 9/10/99. [Sanofi_02649521, p.8396]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.20790]  At her first and second follow up visits on 12/2/99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | and 3/3/00, respectively, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.20791, 33568]  At her third follow up visit on 6/16/00, her alopecia status was recorded as resolved. [Sanofi_02649521, p.20792, 33569] |
| 32207 | FAC | 5/26/99 | 9/15/99 | No | N/A | Received 6 cycles of FAC, last cycle administered on 5/26/99. [Sanofi_02649521, p.7798]  On this date, the patient was recorded as having ongoing alopecia. [Sanofi_02649521, p.14163]  At her first follow up visit on 9/15/99, her alopecia status was recorded as ongoing. [Sanofi_02649521, p.14164, 32309]  During her next 11 follow up visits through 6/25/03, alopecia was not listed as resolved but was also not listed as an adverse event. [Sanofi_02649521, p.14164, 32309-10] |