# EXHIBIT I

**In re: Taxotere (Docetaxel) Products Liability Litigation**
**(MDL No. 2740)**
**Expert Report of Gerald Miletello, M.D.**
**December 9, 2019**

## INTRODUCTION

I have been asked to apply my clinical experience, along with my review of the medical literature, to offer opinions on the patient counseling, patient treatment options, and prescribing decisions for Cynthia Thibodeaux and Sheila Crayton, two women who claim ongoing/permanent alopecia after treatment with multiple chemotherapeutic drugs, including Taxotere. I have also been asked to provide my opinions with respect to plaintiff's expert reports addressing these issues for each woman, as well as with respect to chemotherapy and breast cancer patients generally. I have treated over a thousand women with breast cancer in my career and I am familiar with alopecia in women treated with chemotherapy.

All of my opinions expressed in this report are stated to a reasonable medical probability and are based on my review of the relevant literature, my education, training, and decades of experience as a practicing medical oncologist.

My *Curriculum Vitae*, which lists my publications for over the last 10 years, is attached as **Exhibit A**. A list of my deposition and trial testimony for the last four years is attached as **Exhibit B**. My hourly rate is $750 per hour. My compensation is not contingent on the opinions expressed in this report or the outcome of this litigation.

## EDUCATION AND PROFESSIONAL BACKGROUND

I am a medical oncologist at Hematology/Oncology Clinic, LLC in Baton Rouge, Louisiana. My clinical practice, for nearly 35 years, has been the treatment of breast, lung, colon, and other cancers, including multiple myeloma, melanoma, renal cell cancer, and lymphoma.

I received a Bachelor of Science degree from Louisiana State University in 1975, and I earned an M.D. from LSU Medical School in 1979. Following medical school, I completed an internship at Earl K. Long Hospital in Baton Rouge. Following my internship, I completed a residency in internal medicine. I then completed a two-year fellowship in oncology at Louisiana State University Medical School. I am board-certified in internal medicine and medical oncology.

## REVIEW AND OPINIONS

### Materials Reviewed

I have reviewed the medical records, photographs, discovery responses, and deposition transcripts set forth in **Exhibit C**, as well as the pertinent medical and scientific literature indicated there.

I.    **SUMMARY OF CANCER DIAGNOSIS, TREATMENT, AND CLINICAL HISTORY FOR SHEILA CRAYTON AND CYNTHIA THIBODEAUX**

A.  **Sheila Crayton**

Sheila Crayton is a 66-year-old post-menopausal African American female with obesity, numerous cardiac issues, including high blood pressure and carotid artery disease,[i] fibromyalgia, high cholesterol, depression and anxiety, insomnia, chronic fatigue symptom, anemia, and osteoarthritis.

Diagnosed with breast cancer in 2008 when she was 57-years old, Ms. Crayton had left breast infiltrating ductal carcinoma measuring 2cm, was ER-, PR-, and HER2-, also known as triple negative breast cancer.[ii] Ms. Crayton did not have any lymph nodes that tested positive for cancer.[iii] Ms. Crayton needed surgery, chemotherapy, and radiation for her cancer.  Ms. Crayton elected to have a partial mastectomy with axillary lymph node dissection.[iv]

Following surgery, Ms. Crayton received the dose-dense combination of AC (doxorubicin (Adriamycin) and cyclophosphamide) every 21 days for four cycles.[v] Then, Ms. Crayton underwent radiation therapy. After concluding radiation, Ms. Crayton received docetaxel (Taxotere) every 21 days for 4 cycles.[vi]

B.  **Cynthia Thibodeaux**

Ms. Cynthia Thibodeaux is a 72-year-old, post-menopausal African American female. Ms. Thibodeaux has a history of low iron levels, hypothyroidism (diagnosed as early as 1994)[vii], obesity, and vitamin D deficiency. In 2008, Ms. Thibodeaux was diagnosed with locally advanced, infiltrating mucinous carcinoma in her right breast.[viii] The tumor measured nearly 5 cm and the breast cancer was ER+, PR+, and HER2-.[ix] Ms. Thibodeaux did not have any lymph nodes that tested positive for cancer. Ms. Thibodeaux needed surgery, chemotherapy, radiation, and hormone directed therapy for her breast cancer. Ms. Thibodeaux elected to enroll in NSABP B-40, a clinical trial, because she wanted to try an experimental therapy and have a higher percentage chance of survival.[x] In addition, Ms. Thibodeaux was "strongly motivated to try and pursue breast conserving therapy."[xi] Because of the size of Ms. Thibodeaux's tumor, to conserve the breast, she needed neoadjuvant preoperative chemotherapy to reduce the tumor size.[xii]

I agree with the decision for Ms. Thibodeaux receive to neoadjuvant chemotherapy to achieve her goal of breast conservation. It would not have been possible for Ms. Thibodeaux to conserve her breast with adjuvant hormonal therapy and a lumpectomy alone. Because of the large size of her tumor, Ms. Thibodeaux would have lost substantial breast tissue if she had surgery prior to receiving chemotherapy.  To achieve her breast conservation goal, Ms. Thibodeaux needed pre-operative, neoadjuvant chemotherapy to shrink the tumor. And, to achieve the higher survival rate that Ms. Thibodeaux wanted, she needed a taxane-containing chemotherapy regimen. Ms. Thibodeaux met the eligibility criteria for participation in the NSAP B-40 clinical trial. It was within the standard of care for Dr. Kardinal to inform Ms. Thibodeaux about the clinical trial.

Before her surgery, Ms. Thibodeaux received bevacizumab (Avastin), docetaxel (Taxotere), and gemcitabine (Gemzar) every 21-days for 4 cycles.[xiii] Ms. Thibodeaux then received A/C (doxorubicin and cyclophosphamide) every 21 days for 4 cycles, with bevacizumab every 21-days for the first of those two cycles.[xiv] Ms. Thibodeaux then underwent three surgeries.[xv] After her surgeries, Ms. Thibodeaux received bevacizumab once every 21-days for 10 doses and radiation therapy.[xvi] Based on her estrogen and progesterone positive status, on February 25, 2009, Ms. Thibodeaux started Tamoxifen, which she took until June 2018.[xvii]

## II.   BREAST CANCER: THE INITIAL CONSULTATIONS

I am a medical oncologist with over three decades of experience treating breast cancer patients. Being a medical oncologist means that the patient's first appointment with me is usually with biopsy results in hand, but before surgery. By that point, the patient has already been through a difficult pass.

Many women suspect they have breast cancer because they (or their doctor) detect a lump or mass in their breast that feels different from surrounding tissue. She may have experienced other symptoms including changes in the breast or nipple, such as peeling, flaking, or discharge. She will have undergone an MRI, and a biopsy, and then, after multiple medical appointments about whether she has breast cancer, she arrives to me at my office.

At that moment, the patient knows from her biopsy that she has breast cancer. When I first meet with the patient, we know the hormone status of her cancer and whether it is HER2+ or HER2-. We do not yet know definitively the cancer's size, lymph node involvement, or if it has metastasized, but we do generally have a good idea about the cancer's stage and course of treatment. I am the filter for her fear of the situation. The point of emphasis is on making appropriate treatment-related decisions, which requires managing the patient's fears. Complimentary, though, coming to those decisions will help moderate the fear.

Cancer is a collection of diseases involving the uncontrolled growth of a single cell. Breast cancer is the single most common cancer among U.S. women. One in every eight women (12%) will face breast cancer in her lifetime. This is a risk for women of any age, but the strongest risk factor for breast cancer *is age*, with diagnosis most common at age 61. Factors increase a women's risk for breast cancer, including: family history of breast cancer, reproductive history, environmental factors (smoking, chemicals), hormonal changes, prior history of breast cancer, and previous radiation therapy to the chest or breast areas.

Approximately 55,000 women will die each year from this disease. This is a number larger than the population of Thibodaux, Gretna, and Mandeville combined. It is my job to identify and recommend the single most effective weapon against her breast cancer. I counsel the patient about the treatment plan and next steps in her treatment. I advise her about survival outcomes—with or without chemotherapy. No one campaigns for chemotherapy, but medical oncologists look to save lives and chemotherapy does that.

Before the 1950s, a cancer diagnosis was considered a death sentence. Overall survival rates rested under 30%. Death rates remained nearly unchanged for 40 years until 1995. Treatment options

and earlier detection, with patient education, have improved survival. Over 80% of women will survive 10-years after a breast cancer diagnosis and 90% will survive 5-years after finding out they have cancer of the breast.

The primary goal when treating breast cancer is effectiveness, cure, and survival. While side effects are taken into account, they are secondary to the primary considerations. This is in part because there are no risk free chemotherapy options; and because if the breast cancer recurs, the survival rates diminish significantly. Once the cancer returns, the five-year survival rate is approximately 16% and the 10-year survival rate is approximately 6%. Because of this, I reassure the patient that her chance of recurrence and death decreases dramatically if she takes chemotherapy in the neoadjuvant or adjuvant setting.

As a medical oncologist, what is most paramount is the overall survival and disease free survival benefits that I can offer my patients. Side effects are also important to the long-term quality of life survival offers them, but it is only once they survive that the side effects begin to matter. Although patients make the decision on which therapy regimen to take, they do so with my guidance and recommendation. I would not recommend that a patient take a less effective chemotherapy regimen due to potential appearance-related side effects.

I counsel the patient about the benefits and risks of chemotherapy before making a recommendation for her chemotherapy. We cannot warn a patient of all potential chemotherapy side effects. A clinician must decide of which side effects to warn. The focus is usually on life-threatening side effects and regular or common side effects. Unless the side effect is life threating, clinicians do not warn of rare effects. Clinicians do not warn of side effects not proven to occur.

After surgery, I again meet to counsel the patient. By then, we know about involvement of lymph nodes, tumor size, and if the cancer has metastasized. I finalize my chemotherapy recommendation for the adjuvant setting and again discuss the potential benefits and risks. In the majority of circumstances, the patient accepts my recommended treatment plan.

My experience and opinions also span patient reactions to cancer diagnosis, discussions with patients regarding treatment and side effects, and the patient decision-making processes. Based on my clinical practice, survival is the central priority for women who are diagnosed with breast cancer. Initial reactions range from disbelief and grief to sorrow and anger. The reaction is normal, not unexpected, and "healthy." They reflect on the needs of their children, partners, and loved ones almost immediately. Their very distant, secondary concern is side effects.

Women often, with their doctors, elect treatments with appearance-related impacts, such as prophylactic bilateral mastectomy where the data does not support an overall survival rate increase compared to significant risks. Nevertheless, women sometimes opt for that procedure for peace of mind, consistent with the primary focus of treatment being on survival.

## III.   TREATMENT OPTIONS IN CHEMOTHERAPY

With considerations of surgery and radiation, chemotherapy is a third component of breast cancer treatment. Chemotherapy arrests the disease-producing cells. Chemotherapy can be given as a

single agent or multi-drug regimen. The vast majority of breast cancer patients need chemotherapy. There has been an evolution over time of the chemotherapy regimens to treat breast cancer as new drugs become available through clinical trials showing improved efficacy and acceptable side effect profile.  Currently, taxane-containing regimens are the most effective neoadjuvant and adjuvant chemotherapy regimens.

## A.  The Role of NCCN Guidelines in the Oncologist's Prescribing Decision

The National Comprehensive Cancer Network (NCCN) consists of 27 cancer centers across the United States. The NCCN issues recommendations for adjuvant breast cancer chemotherapy regimens based on breast cancer tumor markers.  The guidelines change over time as new clinical trial data becomes available and include "preferred" and "other" regimens.  The majority of the NCCN preferred regimens contain a taxane because taxane-containing regimens are the standard of care. I recommend a patient take a taxane regimen in the NCCN preferred category, absent a case-specific factor that would make a different regimen a better choice. In the event of such a factor, I would then consider a taxane-containing regimen in the "other" category. Only after exhausting those two options, and based on patient-specific factor(s), would I consider a non-taxane regime.

The NCCN guidelines provide prescribing oncologists and patients with preferred regimens. However, there are instances where oncologists may prescribe treatment regimens that do not fit squarely within a NCCN preferred regimen but that are, nonetheless, acceptable regimens for treating specific cancers. Ms. Crayton's diagnosis of triple negative illustrates this point. Triple-negative breast cancer is an aggressive form of breast cancer with poor survival rates and in 2008, there were no NCCN regimens—either preferred or other—that were indicated for the treatment of triple negative breast cancer. However, by 2008, taxane-containing regmines were recognized as regimens that increased survival rates over those regmines that did not contain taxanes. Dr. Chandrasekaran recommended dose-dense A/C chemotherapy, followed by Taxotere. Given the rare and aggressive form of Ms. Crayton's cancer and because taxane-containing regimens are the standard of care, I agree with Dr. Chandrasekaran recommendation to provide Ms. Crayton with a dose-dense AC regimen followed by Taxotere.

In addition, clinical trials examine experimental therapies and regimens, which is necessary in the search for new chemotherapy drugs and regimens that may treat cancers more effectively and/or with less toxicity. The NCCN recognizes the importance of clinical trials and, in its 2008 guidelines, noted specifically that clinical trials were "especially encouraged" and that "[t]he best management of any cancer patients is in a clinical trial."[xviii] Cancer-related clinical research and clinical trials have traditionally been conducted at well-established academic medical centers, while 85% of cancer patients are diagnosed and treated at local, community-based clinical practices. In addition, Phase III clinical trials (like the one Ms. Thibodeaux enrolled in) are a worthwhile investment for patients; the trial provides patients with extensive follow ups, at no cost to the patients.

I have participated in numerous clinical trials over the course of my career, including several trials involving new regimens to treat breast cancer. Importantly, clinical trials offer patients a defined road map of the potential risks associated with the drugs involved in the trial because of the

rigorous informed consent requirement and review process. The informed consent begins the clinical trial process; any patient considering a clinical trial must review, understand, and sign off on the informed consent before enrolling in the trial. Once a patient joins a clinical trial, the uniform informed consent, applicable to that trial, applies to all patients enrolled in the trial and no hospital or clinician may deviate from the consent.

Although clinical trials may present a variety of challenges, including possible delays given the administrative and regulatory requirements of trials, as well the unknown side-effects of experimental drugs and regimens, they are an important tool in the development of efficacious regimens, as recognized by the NCCN. The goal of chemotherapy is to save lives and, to continue achieving that goal, clinical trials are necessary. Ms. Thibodeaux hoped an experimental regimen would increase her survival chances. Specifically, Ms. Thibodeaux testified that she enrolled in the trial, and accepted the risks associated with it (discussed below), because she "wanted a higher percentage of recovery."[xix]  In addition, Ms. Thibodeaux wanted to conserve her breast; given the large size of the tumor (approximately 5x5 cm), she required neoadjuvant preoperative chemotherapy to reduce the tumor size to achieve that goal. The NSABP B-40 clinical trial provided Ms. Thibodeaux with those options—increased survival chances and breast conserving therapy.

Lower overall survival rates are seen with the older non-taxane containing regimens, including CMF, FEC and AC.  Because it diminishes her overall survival chances, I do not at the outset recommend that a woman take a non-taxane containing chemotherapy regimen, absent strong patient-specific considerations.

Mammaprint and Oncotype DX tests have only very recently been used to help assess whether very low risk breast cancer patients may benefit from adjuvant chemotherapy.  They remain limited in use to a very small subset of breast cancer patients and are no substitute for the clinical judgment of a medical oncologist.

I have read the report of Dr. Bosserman and disagree with her opinions, as this report describes. In particular, I take issue with her opinion that Ms. Thibodeaux would have had the same, successful response and survival by choosing a CMF regimen (or any other non-taxane containing regimen) over a taxane containing regimen. I disagree with Dr. Bosserman's opinion because, even in 2008, CMF did not provide the most efficacious regimen with the highest chance of recovery for Ms. Thibodeaux's locally advanced breast cancer and large tumor size. As discussed in more detail below, Ms. Thibodeaux's choice in chemotherapy regimens was informed by her express desire to have a higher percentage chance of survival; CMF provided a much lower percentage chance of survival. In addition, Ms. Thibodeaux's tumor was large, measuring approximately 5 cm before treatment (a measurement taken more than 2 weeks after the core biopsy, after which time any bruising or swelling had dissipated). I will discuss the tradeoffs and considerations that come with alternative treatments to taxane-containing regimens and alternative to Taxotere.

In 2008 and through present day, Taxane-containing regimens represent the standard of care.[xx] TC has a well-established overall survival benefit compared with AC.[xxi]  AC, in turn, has both proven survival benefits and a more favorable side effect profile than older generation treatment regimens like CMF (cyclophosphamide, methotrexate, and 5-fluourouracil). CMF was one of the first

combination chemotherapy regimens to show a decrease in the reoccurrence of breast cancer.[xxii] Since the introduction of CMF, new and more efficacious therapies, namely, taxane-containing regimens, have developed as the leading regimens for battling cancer.[xxiii] Since the early 2000s, clinicians have recognized the efficacy of taxanes for the treatment of breast cancer and the increased benefits for patients receiving a taxane-containing regimen.[xxiv]

In 2008, six of the NCCN Guidelines regimens for HER2- breast cancer contained a taxane, while CMF was indicated three times.[xxv] Specifically, the following regimens were listed in the 2008 NCCN Guidelines (which did not distinguish between preferred and other): FAC; CAF; FEC; AC; AC-Taxol; EC; TAC; A-CMF; E-CMF; CMF; dose dense AC-Taxol; A-Taxol-C, FEC-T, and TC.[xxvi] In 2009, the NCCN identified the following preferred regimens for HER2- breast cancer: TAC, AC-Taxol, TC, and AC; CMF was not a preferred regimen in 2009.[xxvii] From 2009 on, the NCCN Guidelines did not include CMF as a preferred regimen, whereas all of the NCCN preferred regimens contained a taxane beginning in 2013.

In addition, older, first generation regimens, like CMF, do not have the same survival rates as newer second and third generation regimes.[xxviii] First generation chemotherapy regimens reduced mortality rates, associated with breast cancer, by approximately 35% (as compared to patients who did not receive chemotherapy).[xxix] As research and clinical trials continued, second generation therapies developed, which reduced mortality rates by an additional 20%, compared to first generation remedies.[xxx] Third generation remedies, which are all taxane-containing regimens, reduced breast cancer mortality by another 20%.[xxxi] Adjuvant third-generation regimens, including those containing Taxotere, reduce breast cancer mortality by approximately 40% over first generation therapies, such as CMF.[xxxii] For patients with breast cancer, especially those with invasive forms, aggressive tumors, and large tumors, a third generation chemotherapy regimen is the best choice for survival.

**B. <u>Weighing the Benefits and Risks of Various Chemotherapy Options Depending on the Patient's Breast Cancer Type and Staging, Along with Her Relevant Medical History</u>**

For chemotherapy regimens in HER2- breast cancer, my preferred chemotherapy regimen is TC (Taxotere, Cyclophosphamide). The AC-T (Adriamycin and Cyclophosphamide followed by Taxotere) is also an effective regimen for HER2- breast cancer. Some doctors use AC followed by Taxol. While these three regimens have similar efficacy, I prefer the TC or AC with Taxotere regimen because of the risk profile associated with Taxol. Women who are obese, pre-diabetic, diabetic, or have thyroid or autoimmune issues should not be given Taxol-containing regimens because they put them at an increased risk of neuropathy.

Taxol and Taxotere are both taxanes, but they are not the same. Taxotere-containing regimens can offer benefits over Taxol-containing regimens. They are prescribed for different patients in different situations depending on various clinical considerations. Chemotherapy regimens come out of clinical trial studies, making it unusual to substitute one drug for another within any well-studied chemotherapy regimen. If an Adriamycin-containing regimen is used, I prefer the TAC (Taxotere, Adriamycin, Cyclophosphamide) regimen over AC-T for various reasons:

First, Taxol has a higher risk of neuropathy than Taxotere. Both Taxotere and Taxol are mitotic chemotherapy medication. But the risk of neuropathy is lower with Taxotere than Taxol. Neuropathy is a potentially serious and debilitating side effect of chemotherapy and it can be permanent. Neuropathy occurs in approximately 20% of patients who receive Taxol. Thus, for patients that are diabetic and already at an increased risk of neuropathy, Taxol is not preferred. Because Taxol has higher rates of neuropathy than Taxotere, diabetics and pre-diabetics generally or often should not be given Taxol.

Second, Taxol and Adriamycin are not given at the same time. Taxotere can be administered concurrently (at the same time) with Adriamycin. Taxol cannot because the co-administration with Adriamycin increases cardiotoxicity. Thus, the patient receives Adriamycin and Cyclophosphamide cycles first, followed by Taxol. As discussed below, cardiac complications during the AC cycles can delay or preclude administration of the taxane.

Third, Taxol and Taxotere-containing regimens (AC-T v TAC) are also given on different dosing schedules. A patient must only go in for TAC every three weeks, whereas a patient on must be seen to undergo chemotherapy weekly with AC-T. Undergoing chemotherapy less frequently with larger breaks for recovery translates into a better quality of life for my patients during treatment. Medically, one problem with weekly therapy is patients receiving more corticosteroids associated with toxicities such as sleep disturbances, allergic reactions, delirium, immune suppression and infections, weakness, psychosis, stomach ulcers and gastritis, elevated blood pressure/blood sugar, and osteoporosis. Consequently, treatment every three weeks is preferable, with less corticosteroid exposure.

Fourth, when Adriamycin-containing regimens are given, oncologists must order cardiac tests on the patient before administering the regimen. If the patient's ejection fraction is below 50-55%, the patient should not be given Adriamycin. The risk of Adriamycin-induced cardiotoxicity increases for patients who are female, of advanced age and post-menopausal, and for patients with cardiac disease or cardiac risk factors, including obesity, hypertension, family history of heart disease, diabetes, abnormal lipids, smoking, and metabolic syndrome, or who have a family history of heart disease. The risk of cardiac toxicity with Adriamycin is dose-dependent: the more Adriamycin given, the greater the risk of left ventricular failure. However, there is no minimum anthracycline threshold. Cardiotoxicity can occur at any dose.

In sum, the side effect profiles of the Taxotere and Taxol-containing regimens are not the same

For Sheila Crayton, because she had triple-negative breast cancer, along with a history of fibromyalgia and shingles, along with depression and anxiety, Dr. Chandrasekaran made a reasonable decision to prescribe a dose-dense A/C and Taxotere regimen. More specifically, Ms. Crayton had suffered from neuropathy prior to and after her cancer diagnosis, because of her fibromyalgia, and shingles conditions. In addition, Ms. Crayton was diagnosed with lymphedema after her partial mastectomy and referred to occupational therapy for lymphedema management.[xxxiii] These conditions placed Ms. Crayton at an increased risk of neuropathy, which made Taxotere a better choice than Taxol. In addition, Taxotere was a better option for Ms. Crayton because of the less-frequent dosing schedule. Ms. Crayton's records indicate that she needed someone to transport her to and from appointments and that she missed numerous

appointments with several providers because of transportation-related issues. In addition, Ms. Crayton suffered from anxiety and depression; requiring additional weekly visits for chemotherapy could increase Ms. Crayton's anxiety. Furthermore the weekly Taxol regimen requires the administration of corticosteroids, which includes insomnia, psychosis, and elevated blood pressure as side effects. Because of Ms. Crayton's history of insomnia, anxiety and depression, and cardiac issues, the Taxotere dosing schedule was preferable and provided a better quality of life option for Ms. Crayton. By avoiding Taxol and taking Taxotere, she avoided the increased stress and anxiety of weekly office visits, increased or worsened neuropathy, the side-effects from corticosteroids, and disruptions to her day-to-day life.

Ms. Thibodeaux elected to enroll in a clinical trial, consistent with the NCCN 2008 Guidelines' recommendation that patients participate in clinical trials. [xxxiv] The trial Ms. Thibodeaux enrolled in did not allow her to personally select her treatment regimen, which Ms. Thibodeaux understood, as evidenced by the detailed 27-page informed consent she signed prior to enrolling in the trial and beginning treatment. Instead, the trial randomized the placement of patients into one of six treatment groups.[xxxv] Ms. Thibodeaux's participation in a clinical trial utilizing a Taxotere regimen was preferable to a Taxol-containing regimen. Ms. Thibodeaux suffered from hypothyroidism and, because of this condition, had a higher risk of developing chemotherapy-induced neuropathy.[xxxvi] Ms. Thibodeaux did, in fact, develop neuropathy as a side-effect of chemotherapy.[xxxvii] In addition, Ms. Thibodeaux's uncle died due to diabetes-related complications[xxxviii]; diabetics are also at a higher risk of developing neuropathy. Because Taxol has higher rates of neuropathy than Taxotere and she was already at an increased risk of neuropathy, Ms. Thibodeaux's risk of developing neuropathy was lowered by taking Taxotere.

One very important, final difference between Taxol and Taxotere is that patients' cancers can respond differently to the two drugs.  In other words, one patient's cancer may respond to treatment with Taxotere but may not respond to treatment with Taxol.  As such, after a woman has taken a Taxotere-containing regimen and is cancer free, it is impossible to say that woman would have remained cancer free if she took a Taxol-containing regimen.  Here we know that Ms. Crayton and Ms. Thibodeaux remain cancer-free now ten years after their initial diagnoses.

## IV.   PATIENT COUNSELING ABOUT THE RELATIVE RISKS OF VARIOUS SIDE EFFECTS

I will discuss side effects of chemotherapy drugs, how clinicians weigh side effects, and how and what side effects are communicated to the patient.  As a clinician, I warn about common side effects and side effects that are life threatening, as well as the risk of infertility.  Because chemotherapy treatment is targeted at overcoming the patient's otherwise potentially fatal cancer and given that some, unfortunate, side effects of the medicines themselves also may risk death, I am much more concerned with those considerations than other potential side effects. It is not possible to warn the patient of all potential side effects.  There are also unknown side effects with chemotherapy, which is also something that I tell patients.  The other important issue is that in counseling patients, it is impossible to tell each patient which specific side effects she may actually experience compared to other women and amongst the host of possible consequences of arresting her cancer.  Side effects can vary greatly from woman to woman, as can the severity of the side effects experienced from woman to woman.

By agreeing to undergo chemotherapy on the recommendation of her doctor, the patient is accepting the risk of very serious side effects, including the risk of death. These therapies also carry well-known side effect risks including heart damage, bladder/kidney problems, infection/neutropenia, nerve or muscle problems, fertility issues, fatigue, nausea, alopecia, diarrhea, weight changes, mood changes, constipation, and skin and nail changes. Permanent side effects can include damage to the heart, lungs, kidneys, or reproductive organs, or a second cancer.

It is common for oncologist to not mention non-life-threatening and rare risks to patients – even if the oncologist has seen it firsthand. Oncologists have a unique and difficult job of educating patients about their treatment options while reassuring them on the possibilities of success and providing hope that the patient will survive. Providing patients with information about any and all possible side effects can be overwhelming and ineffective. Indeed, a patient likely only retains 10% of the information told to them during the initial consultations.

In the women that I see in my practice, hair loss is not uncommon. By age 55 to 65, many of my patients have experienced hair loss with age and changes in hormonal status before ever receiving chemotherapy or other treatment. With chemotherapy, there is an acute loss of hair from whatever was the patient's baseline. This specific type of alopecia is a common side effect of almost every chemotherapy drug. It is called Anagen Effluvium. Hair loss occurs because chemotherapy targets rapidly dividing cells, such as cancer.

Because of the acute arrest of the woman's hair growth cycle, when her hair does begin to regrow after chemotherapy, her hair may be different as if years have passed (as years of hair that had been grown has been lost). Chemotherapy often pushes women through menopause. Likewise, chemotherapy can speed up the aging process and age-related hair loss. More specifically, chemotherapy can alter a woman's hormonal status, resulting in age-related hair loss. Over half of women undergoing chemotherapy then see differences in texture, thickness, or hair color.[xxxix] In addition, stress and surgery are known causes of alopecia.

Cases of delayed hair regrowth or incomplete hair regrowth have been reported with many chemotherapy drugs including Adriamycin,[xl] Carboplatin,[xli] Cisplatin,[xlii] Taxol,[xliii] Epirubicin,[xliv] 5-Fluorouracil,[xlv] Melphalan,[xlvi] Gemcitabine,[xlvii] Busulfan,[xlviii] CMF,[xlix] and Cyclophosphamide.[l] In contrast to the expert opinions submitted by Plaintiff (in which the experts cite a small number of publications), reports of ongoing alopecia after chemotherapy are described with several other chemotherapies.[li]

I have known that alopecia after chemotherapy is a potential side effect of chemotherapy regimens as long as I have used chemotherapy to treat breast cancer. This experience does not suggest some hidden, especial problem with Taxotere. Taxotere containing regimens can include Adriamycin, Herceptin, Carboplatin, and Cyclophosphamide, as well as experimental therapies used in clinical trials. Because Taxotere is given as part of a regimen and not as a single agent, it is impossible to conclude that Taxotere alone causes permanent alopecia. With hormone positive breast cancer where either Tamoxifen or Aromatase Inhibitors are given, there is the additional consideration that alopecia has occurred with them.

While attributing alopecia after chemotherapy to the chemotherapy itself can be impossible, in my

clinical experience, alopecia long after chemotherapy is rare. In over 33 years of treating approximately a thousand women with breast cancer, I have observed only 2 cases of persistent alopecia that may have been related to chemotherapy, one of which was in a patient on Taxol.

When discussing chemotherapy with my patients, I inform them of the side effects associated with chemotherapy drugs, starting with the most common side effects and then working my way down. Hair loss is a common side effect that I go over with my patients; I have seen all degrees of hair loss associated with chemotherapy drugs. I warn patients that hair loss is a common risk that may happen with any chemotherapy drug. In my clinical experience, permanent hair loss is not common; I have only seen two patients with permanent hair loss after taking 5-FU and Taxol. I do not warn all patients prophylactically of this rare side effect. However, if a patient asks about it specifically, I warn the patient that permanent hair loss may happen with any of the available chemotherapy drugs, even though I have never seen the side effect with my patients that have taken Taxotere.

Women cannot avoid the potential risk of ongoing alopecia, though, by avoiding a Taxotere-containing regimen. The only other regimens available with similar efficacy are Taxol-containing regimens, which are not without their own reports of persistent alopecia.[lii] This is true not only in Taxol-containing regimens, but also in patients given Adriamycin or Cyclophosphamide, one, or the other, or both of which would be prescribed in addition to (or in any regimen in lieu of) the taxane option. This is also true regarding CMF chemotherapy regimen; while it is inferior in terms of efficacy to taxane based regimens, it has been advocated by some as a cost-saving approach. However, CMF has reports of persistent alopecia.[liii] If a provider recommended CMF for cost-saving purposes, despite its reduced efficacy, the inferior efficacy and alopecia would need to be disclosed to the patient in the informed consent process.

For example, Ms. Crayton also admitted that she experienced hair loss after receiving Adriamycin and cyclophosphamide during her first round of chemotherapy and before she received Taxotere.[liv] Dr. Chandrasekaran testified that hair loss is also associated with Taxol.[lv] Dr. Chandrasekaran further testified that hair loss was a side effect of Adriamycin and cyclophosphamide.[lvi] If Ms. Crayton had requested a Taxol-containing regimen, Dr. Chandrasekaran would have counseled her that Taxol has a longer infusion time, more allergic reactions, and increased risk of neuropathy.[lvii] In addition, Dr. Chandrasekaran testified that he had seen "significant side effects affecting patients" when he used Taxol.[lviii] I agree with this appraisal, specifically, that there is no promise of better hair regrowth with paclitaxel over Taxotere.

For Ms. Thibodeaux, Dr. Kardinal testified that he could not say, with a reasonable degree of medical certainty, that Ms. Thibodeaux's hair would look any different if she had received Taxol instead of Taxotere.[lix] In addition, Dr. Kardinal noted that patients who received Taxol also experienced hair loss.[lx] He also testified that hair loss was associated with Adriamycin and cyclophosphamide.[lxi] Gemcitabine, one of the chemotherapy agents Ms. Thibodeaux received as part of the clinical trial, also identified hair loss as a side effect that occurred in 15% of patients.[lxii] Ms. Thibodeaux received all of these chemotherapy drugs and all three drugs identified hair loss as a side effect. I agree with Dr. Kardinal that it is not possible to determine which, if any, of the chemotherapy drugs that Ms. Thibodeaux received caused her hair loss.

In my practice, I would not change my prescribing recommendation for patients like Ms. Crayton and Ms. Thibodeaux based on any risk of permanent hair loss with Ms. Crayton was diagnosed with triple negative cancer, which is aggressive and has higher mortality rates. Ms. Thibodeaux was diagnosed with invasive cancer and her tumor size was large. The presentations of both these patients' cancers warranted treatment with a third-generation regimen containing Taxotere. Given the significantly better chance of survival with a taxane-containing regimen, and the unproven extent of the risk of permanent hair loss, Taxotere-containing regimens were the correct choices for both Ms. Crayton and Ms. Thibodeaux. In my professional opinion, Dr. Chandrasekaran and Dr. Kardinal made the right prescription and the best proof is Ms. Crayton's and Ms. Thibodeaux's disease free survival ten years later.

Side effects are not unique to chemotherapy medicines, but are also present in endocrine-based therapy options. Women who have hormone positive breast cancer are given either Tamoxifen or Aromatase Inhibitors. Currently, the recommendation is that women use those medications for 5-10 years. Both Tamoxifen and Aromatase Inhibitors lower a woman's estrogen level. When a woman's estrogen level is lowered, her androgen level rises. With hormone treatments, estrogen levels are lowered in both pre and post-menopausal women. This puts her at risk for alopecia.[lxiii, lxiv] In addition, the labels for Tamoxifen and aromatase inhibitors warn of alopecia.[lxv] Because these medications may cause alopecia, and they are taking over the course of years, these drugs may be responsible for a woman's hair not growing.

In addition to persistent alopecia, Tamoxifen and aromatase inhibitors have other side, serious effects that impact significantly a woman's quality of life. For example, Tamoxifen increases risks of endometrial cancer and blood clots. Other side effects of Tamoxifen and aromatase inhibitors include depression, weigh gain, chest pain, headaches, joint pain, hot flashes, fatigue, mood swings, nausea, weakness, and loss of libido. Despite these side effects, the majority of women are willing to tolerate these side effects, which may affect their appearance, to improve their chances of survival.

Dr. Larned prescribed Tamoxifen to Ms. Thibodeaux. Dr. Larned testified that endocrine therapy, such as Tamoxifen, can magnify menopausal symptoms, including hair loss.[lxvi] Dr. Larned acknowledged hair thinning is a side effect of Tamoxifen and that she had seen patients who have had significant hair thinning from Tamoxifen.[lxvii]Before prescribing Tamoxifen to Ms. Thibodeaux, Dr. Larned spent half of an hour with Ms. Thibodeaux, discussing the risks and benefits of both Tamoxifen and aromatase inhibitors– including significant side effects associated with Tamoxifen such as blood clots and uterine cancer.[lxviii] Ms. Thibodeaux accepted these risks and elected to take Tamoxifen, which she took for nearly ten years.[lxix]

In my own practice, I see alopecia with Tamoxifen and Aromatase Inhibitors very frequently. Breast cancer patients often lose all of their hair with chemotherapy. Afterwards, women with ER+ or PR+ cancers will take either Tamoxifen or an Aromatase Inhibitor, which can then be responsible for a woman's hair not regrowing. Of the patients I have treated, who had hormone positive breast cancer and needed anti-hormonal therapy, the anti-hormonal therapies impacted hair loss in 30-40% of those patients.

Tamoxifen and Aromatase Inhibitors have significant side effects. Tamoxifen increases a woman's

risk of endometrial cancer quite significantly. Aromatase Inhibitors cause loss in bone density. Other side effects of Tamoxifen and Aromatase Inhibitors include: joint pain, nausea, hot flashes, fatigue, mood swings, headache, depression, chest pain, weakness, and loss of libido. These side effects can significant diminish a woman's quality of life. Yet, the vast majority of women are willing to endure the side effects to improve their chances of survival.

### A. Sheila Crayton

Ms. Crayton first met with Dr. Chandrasekaran and discussed chemotherapy in December 2007.[lxx] Ms. Crayton had triple-negative breast cancer, which has low rates of survival and in which the tumors are generally aggressive; there are no prescribed regimens that target this cancer.[lxxi] Dr. Chandrasekaran testified that triple negative breast cancer involves "a very dangerous combination" and has "many unfavorable characteristics."[lxxii] Dr. Swanton, Ms. Crayton's radiation oncologist, also recommended Ms. Crayton have radiation therapy.[lxxiii]

Although there are no targeted therapies recommended specifically for triple-negative breast cancer, patients have responded well to regimens including anthracyclines and taxane therapies.[lxxiv] Dr. Chandrasekaran prescribed a dose-dense A/C regimen and, after radiation, Taxotere.[lxxv] Ms. Crayton received four cycles of the dose dense A/C (doxorubicin (Adriamycin) and cyclophosphamide) regimen every 21 days.[lxxvi] After she received radiation, Ms. Crayton received four cycles of Taxotere.[lxxvii] Dr. Chandrasekaran preferred Taxotere to Taxol because Taxol had a longer infusion time, more allergic reactions, and a greater risk of neuropathy.[lxxviii] Dr. Chandrasekaran testified that he had seen "significant side effects affecting patients" when he used Taxol."[lxxix]

Ms. Crayton agreed to the chemotherapy regimen prescribed by Dr. Chandrasekaran, despite the risks associated with chemotherapy. Before she began the regimen, Ms. Crayton was warned of hair loss.[lxxx] Dr. Chandrasekaran testified that he advised patients of potential side effects, including hair loss, and informs patients the side effects may be "mild, moderate, or severe [and] could be short-term . . . or long-term."[lxxxi] In addition, Dr. Chandrasekaran testified that he used the Taxotere label to advise his patients regarding the drug.[lxxxii] The FDA labels for all three of the chemotherapy drugs administered to Ms. Crayton all warned of alopecia.[lxxxiii]

Dr. Chandrasekaran was aware that the chemotherapy regimen he prescribed to Ms. Crayton carried a risk of alopecia and warned Ms. Crayton of alopecia. At the time Dr. Chandrasekaran prescribed Taxotere for Ms. Crayton, he understood generally that alopecia was a common side effect – but he would "never tell patients [hair] will grow back. In medicine, anything can happen. . . . . I never tell people you will absolutely, positively, will not have any long-term side effects."[lxxxiv] Dr. Chandrasekaran testified that alopecia is also a common side effect of Adriamycin and cyclophosphamide.[lxxxv]

In deciding to undergo chemotherapy, Ms. Crayton accepted many significant potential risks and side effects. Notably, she accepted the possibility of death.[lxxxvi] In addition, prior to radiation treatments, Ms. Crayton had to review and consent to the treatment, acknowledging the various risks associated with radiation therapy. Under early reactions, "hair loss' was included as a possible side effect.[lxxxvii] In addition, under "late reactions", "permanent hair loss" was identified

as possible side effect.[lxxxviii] Finally, Ms. Crayton acknowledged the possibility of enhanced reactions to radiation therapy because of her fibromyalgia diagnosis.[lxxxix]

Significantly, Ms. Crayton testified that Dr. Chandrasekaran warned her properly about the potential side effects of Taxotere.[xc] In fact, Ms. Crayton testified that she is happy she had Taxotere and does not regret her decision to take it.[xci] Moreover, Ms. Crayton admitted that even if Dr. Chandrasekaran had told her that her hair would not come back, she would have still taken Taxotere.[xcii]

I agree with Dr. Chandrasekaran treatment regimen for Ms. Crayton for several reasons. First, as previously noted, based on Ms. Crayton's history of anxiety and depression, the Taxotere infusion cycle was a preferable option to requiring Ms. Crayton to attend weekly office visits for Taxol. Second, Ms. Crayton has a long history of significant neuropathy, with existed before her cancer diagnosis and continues to persist, requiring prescription medication to manage her symptoms.[xciii] In addition, Ms. Crayton developed lymphedema after her mastectomy, which required occupational therapy to manage her condition.[xciv] Because of the significant increased risk of neuropathy associated with Taxol, and Ms. Crayton's history of shingles, fibromyalgia, and lymphedema, a Taxotere-containing regimen was a better choice for Ms. Crayton.

Importantly, Ms. Crayton's treatment regime during and after her cancer diagnosis show that her hair loss was not caused by Taxotere alone. Ms. Crayton testified that she experienced complete hair loss during her first four cycles of chemotherapy, which included only Adriamycin and cyclophosphamide.[xcv] It is therefore impossible to single out Taxotere as the chemotherapy agent that caused Ms. Crayton's alopecia because she lost her hair long before taking it.

Ms. Crayton's alopecia continued during chemotherapy treatment.[xcvi] In the records of Ms. Crayton's follow-up visits to with her medical and/or radiation oncologists, there is no reference to any ongoing alopecia. And, consistent with her current photographs, Ms. Crayton testified that she has gained more fullness in her hair in the last few years.[xcvii]

Although Ms. Crayton mentioned hair loss during visits to her rheumatologist, she never requested a dermatology referral.[xcviii] Moreover, Ms. Crayton admitted that she has never received a diagnosis of permanent hair loss. Furthermore, MS. Crayton understand that her hair could thin naturally based on either her age.[xcix]

Ms. Crayton was appropriately informed of the potential risks prior to choosing to undergo chemotherapy with Taxotere. The benefits outweighed the risks for her and she was appropriately counseled on the potential risks and complications of the treatment. Ms. Crayton's chemotherapy regimen was the best option for treating her aggressive, triple-negative breast cancer and survival with the fewest toxicities.

### B.   Cynthia Thibodeaux

Prior to her diagnosis of breast cancer, in November 2007, Ms. Thibodeaux's primary care doctor felt a suspicious mass and recommended a mammogram.[c] During the November 2017 exam, Ms. Thibodeaux's right breast showed a nodule that measured approximately 2 cm in diameter. After

this exam, Ms. Thibodeaux had a mammogram that confirmed suspicious masses in both breasts, including a mass measuring approximately 2.5 cm per the ultrasound.[ci] After these findings, Ms. Thibodeaux was recommended to have a core biopsy. Before undergoing the core biopsy, Ms. Thibodeaux signed an informed consent for the procedure that contained a list of numerous, serious risks and side effects of the procedure, which included brain damage, death, paralysis from the waist down, and heart attack.[cii] Ms. Thibodeaux accepted these risks and had the procedure on January 17, 2008. After the biopsy, the pathology report showed that Ms. Thibodeaux had lower quadrant infiltrating mucinous carcinoma in her right breast. [ciii]

On January 24, 2008, Ms. Thibodeaux had an appointment with Dr. Corsetti to discuss the core biopsy and Dr. Corsetti reported that the tumor was approximately 4 cm or possibly even larger.[civ] On January 29, 2008. Ms. Thibodeaux met with Dr. Kardinal, her medical oncologist, who measured the tumor to be approximately 5 x 5 cm in diameter.[cv] When Dr. Kardinal met with Ms. Thibodeaux on February 12, 2008, he again noted the tumor measured 5 x 5 cm in diameter.

After her diagnosis in January 2008, and over the course of several appointments, Ms. Thibodeaux met with Dr. Kardinal to discuss chemotherapy, including NSABP B-40, a randomized clinical trial that examined the addition of bevacizumab (Avastin), gemcitabine (Gemzar), and capecitabine (Xeloda) to a TAC regimen (Taxotere (docetaxel), Adriamycin (doxorubicin) and Cytoxan (cyclophosphamide)).[cvi]

The NSABP (National Surgical Adjuvant Breast and Bowel Project) is large, established clinical group with more than 50 years of experience in conducting clinical trials. NSABP led the pack in establishing lumpectomy with radiation as the standard of care, as opposed to radical mastectomy. In addition, NSABP was instrumental in showing that adjuvant chemotherapy could increase survival rights. In addition, the trial took place at the Ochsner Medical Center, which is part of NCI and regularly receives large clinical trials.

Specifically, NSABP B-40 looked at whether the addition of Xeloda or Gemzar to Taxotere, followed by AC, would improve the pathological compete response in patients with early breast cancer. The study also looked at whether adding Avastin increased those rates. Participants in NSABP-40 were randomly assigned to one of three neo-adjuvant treatment arms, with or without bevacizumab (Avastin), which created total of six possible treatment arms. The following is a description of the study arms:



Gemcitabine (Gemzar) is a nucleoside metabolic inhibitor that interferes with the growth and spread of cancer cells in the body. Gemcitabine (Gemzar) is indicated for various cancer treatment therapies. In 2008, the gemcitabine label warned of various, serious side effects including death, renal failure, liver failure, and pulmonary toxicity.[cvii] In 2008, the Gemzar label also included adverse events, including alopecia. Alopecia was reported by 15% of patients and, when given to breast cancer patients, in combination with paclitaxel (Taxol), alopecia was reported by 90% of patients.[cviii]

Bevacizumab (Avastin) blocks vascular endothelial grown factor, which disrupts a tumor's blood supply, stopping and/or slowing its growth. The 2007 and 2008 bevacizumab (Avastin) labels warned of numerous serious side effects, including the possibility of death, congestive heart failure, pulmonary hemorrhage, arterial thromboembolic events, and hypertensive crises.[cix]

NSABP-40 started on January 5, 2007, ran through June 30, 2010, and included 1,206 women with primary operable HER2-negative breast cancer.[cx] The results of the trial showed that adding gemcitabine (Gemzar) or capecitabine (Xeloda) to Taxotere did not increase significantly the rate of complete response.[cxi] In addition, adding capecitabine and gemcitabine increased patient toxicity, including mucositis, hand-foot syndrome, and neutropenia.[cxii] Although bevacizumab (Avastin) did increase significantly the rate of complete response, mostly in patients with HER2+ cancers, it also increased the rates of hand-foot syndrome, mucositis, hypertension, LV systolic, and dysfunction.[cxiii]

Consistent with clinical trial protocols, Ms. Thibodeaux reviewed in detail the entire 27-page consent.[cxiv] Dr. Kardinal discussed the protocol with her[cxv] and Ms. Thibodeaux also met with

Shevonda Thomas, the clinical trial nurse and reviewed the protocol.[cxvi] Specifically, Ms. Thibodeaux initialed each of the 27 pages of the informed consent and then affixed her signature to the final page, indicating that Ms. Thibodeaux had read and understood the document and consented to the risks associated with the clinical trial.[cxvii]In addition, prior to her first cycle of chemotherapy, Ms. Thibodeaux informed Ms. Thomas that she had again reread all the side-effects listed for each of the chemotherapy drugs.[cxviii]

Ms. Thibodeaux was enrolled in Group 3B.[cxix] In that group, the first component of the therapy regimen involved bevacizumab, docetaxel, and gemcitabine, administered intravenously, and gemcitabine administered again one week after the first dose of each cycle.[cxx] Ms. Thibodeaux received this portion of chemotherapy every 21-days for 4 cycles. [cxxi] In the second component of the regimen, Ms. Thibodeaux received A/C (doxorubicin and cyclophosphamide) intravenously, once every 21 days for 4 cycles, while continuing to receive bevacizumab every 21 days for the first two cycles.[cxxii] After the second portion, Ms. Thibodeaux underwent three surgeries.[cxxiii] After surgery, Ms. Thibodeaux then received bevacizumab once every 21 days for 10 doses.[cxxiv]

The clinical trial informed consent also included pages of potential side effects associated with each of the chemotherapy drugs involved in six treatment arms.[cxxv] Notably, the consent notified Ms. Thibodeaux that there was the risk of death associated with chemotherapy.[cxxvi] Moreover, Ms. Thibodeaux recognized that there could be risks and side effects associated with the trial that the doctors could not predict.[cxxvii] Before going into the detailed side-effect profile for each drug, the consent – initiated and agreed to by Ms. Thibodeaux – stated the following:

> You may have side effects while on this study. Most of these are listed here, but there may be other side effects we cannot product. Side effects will vary from person to person. . . . [D]octors do not know all the side effects that may happen. Side effects may be mild or very serious. . . . Many side effects go away soon after you stop taking your study drugs. In some cases, side effects may be very serious, long-lasting, or may never go away.[cxxviii]

Regardless of which therapy she received, Ms. Thibodeaux acknowledged that hair loss would be a likely side effect of chemotherapy.[cxxix] Moreover, "hair loss" was listed in the consent as the first and most comment side effect identified for doxorubicin, cyclophosphamide, docetaxel, and gemcitabine.[cxxx] The informed consent also identified numerous severe and potentially long-lasting side effects and risks associated with the chemotherapy drugs used in the clinical trial. These included ulcers, liver failure, life-threatening blood clots that may cause a stroke or heart attack, lung damage, acute leukemia, kidney damage, and severe high blood pressure.[cxxxi]

Importantly, Ms. Thibodeaux's tumor responded well to Taxotere. After only one cycle of Taxotere Ms. Thibodeaux's tumor, which was large and measured approximately 5cm x 5cm before treatment, shrunk to approximately 2 cm x 2cm.[cxxxii] After three cycles of Taxotere, Ms. Thibodeaux's tumor was reduced to just 1 x 1 cm in diameter.[cxxxiii] Once the chemotherapy achieved this significant reduction, Ms. Thibodeaux was ready for surgery.

Prior to surgery, Ms. Thibodeaux also accepted serious risks and side-effects, on each of the three occasions she had to undergo surgery to remove the cancer from her breast. On August 27, 2008,

17

after the chemotherapy regimen in the clinical trial shrank her tumor, Ms. Thibodeaux underwent a partial mastectomy.[cxxxiv] Dr. Corsetti, Ms. Thibodeaux's surgeon, was unable to get clear margins, and therefore Ms. Thibodeaux required two re-excisions after her initial surgery.[cxxxv] Prior to each of these three surgeries, Ms. Thibodeaux reviewed and signed consents to the surgery and administration of anesthesia, which acknowledged serious risks and side effects, including potentially fatal allergic reaction, brain damage, blindness, malignant hyperthermia, "death, brain damage, paralysis from neck down. Paralysis from waist down, loss or loss of function of an arm or leg, disfigurement (including scars) . . . ."[cxxxvi]

After the surgeries, Dr. Corsetti noted that Ms. Thibodeaux had "[p]oor cosmetic results . . . with volume loss with undulated inversion and retraction of skin folds."[cxxxvii] Ms. Thibodeaux discussed reconstruction surgery with Dr. Scroggins, her radiation oncologist, but she decided not to go forward with that surgery.

After chemotherapy and the surgeries, Ms. Thibodeaux underwent more than 30 radiation treatments between December 2008 and January 2009, after she completed the majority of her chemotherapy.[cxxxviii] Prior to receiving radiation, Ms. Thibodeaux reviewed the potential risks and side effects of radiation therapy with Dr. Scroggins, her radiation oncologist. On December 3, 2008, Ms. Thibodeaux signed the radiation consent form, which identified hair loss as one of the side effects of radiation.[cxxxix] Moreover, the consent included other, severe risks, including disfigurement, loss or loss of function of her heart, nerves and esophagus, nerve damage, damage to heart muscles, heart failure, permanent scarring of her lungs, and loss of thyroid functions.[cxl]

Dr. Kardinal also counseled his patients regarding common side effects of chemotherapy drugs with his patients. In addition, Dr. Kardinal testified that he generally referred to the package insert of a drug.[cxli] In 2009, the labels for the chemotherapy drugs Ms. Thibodeaux took warned of alopecia. In 2008, the FDA-approved label for Adriamycin included that "Patients should be informed that they will almost certainly develop alopecia." In 2008, the FDA-approved label for cyclophosphamide included "Adverse Reactions," reading, "Alopecia occurs commonly in patients treated with cyclophosphamide. The hair can be expected to grow back after treatment with the drug or even during continued drug treatment, though it may be different in texture or color."

In 2008, the FDA-approved label for Taxotere included "Adverse Reactions," reading that the "[m]ost common adverse reactions are…alopecia."[cxlii] Information on alopecia was included in various other parts of the label.[cxliii] In the Patient Counseling Information section it stated: "Loss of hair occurs in most patients taking Taxotere (including hair on your head, underarm, pubic hair, eyebrows, and eyelashes). Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatments, hair generally grows back."[cxliv] The label also warns of other potentially severe and long-lasting side effects such as fatal anaphylaxis, toxic or septic death, fatal gastrointestinal bleeding, hepatic impairment, acute myeloid leukemia, severe hypersensitivity, grade 4 neutropenia, severe drug-induced thrombocytopenia, and severe neurosensory symptoms, including severe motor neuropathy.[cxlv]

Dr. Kardinal reviewed common side effects of chemotherapy drugs with his patients; he could not warn of every possible side effect.[cxlvi] Dr. Kardinal did inform patients that their hair would probably grow back after chemotherapy treatment.[cxlvii] Dr. Kardinal did not warn patients of

18

permanent hair loss because he testified that he never had a patient with that side effect.[cxlviii] However, Dr. Kardinal would not guarantee that patient's hair would come back.[cxlix]

Because of the increased risk of neuropathy. Dr. Kardinal preferred using docetaxel over paclitaxel.[cl] Specifically, Dr. Kardinal testified that "[n]eurotoxicity with paclitaxel was a big concern [and] there appeared to be less neurotoxicity with docetaxel . . . which was one of the reasons [he] tended to use docetaxel in preference to paclitaxel."[cli]

I agree with Dr. Kardinal's recommendation that Ms. Thibodeaux enroll in a clinical trial involving the administration of A/C and Taxotere. First, the 2008 NCCN guidelines recommended clinical trials. Second, Ms. Thibodeaux's health history made Taxotere a better choice. Ms. Thibodeaux was diagnosed with hypothyroidism before her cancer diagnosis.[clii] This placed her at a higher risk for chemotherapy induced neuropathy.[cliii] Ms. Thibodeaux did, in fact, experience neuropathy as a side effect of chemotherapy.[cliv] Therefore, a Taxotere-containing regimen was preferable to Taxol, which may have caused increased or worsened neuropathy.[clv] Third, Ms. Thibodeaux wanted to participate in the clinical trial so she could receive an experimental therapy to increase her chances of survival. As noted, the NCCN recommends patients enroll in trials. In addition, because an increased rate of survival and breast conservation was important to Ms. Thibodeaux, who had locally advanced breast cancer with a large tumor presentation, a third generation, Taxotere-regimen provided a significantly higher rate of survival than older regimens, including CMF.

Furthermore, in reviewing Ms. Thibodeaux's records, it is not possible to say that Taxotere caused any persistent hair loss. On December 3, 2008 – after receiving A/C and Taxotere – Ms. Thibodeaux admitted to the clinical trial nurse that her hair had started to grow back.[clvi] Ms. Thibodeaux's records from her appointments on December 24, 2008, January 14, 2009, and February 4, 2009 all indicate that her hair continued to grow back, with the clinical nurse noting that Ms. Thibodeaux went from Grade 2 alopecia to "alopecia resolved" by February 2009.[clvii] In addition, in the records of her annual gynecological exams from 2009, 2011-2014, 2016, and 2018, the provider noted that Ms. Thibodeaux's pelvic hair distribution was normal.[clviii] In August 2011, during her annual clinical breast exam, Ms. Thibodeaux also denied any hair loss.[clix] In addition, Ms. Thibodeaux specifically requested dermatology referrals in 2010 and 2013 because of facial moles; Ms. Thibodeaux did not mention hair loss at either appointment.[clx] Ms. Thibodeaux went back to the dermatologist in 2015, regarding hyperpigmentation on her face and ears, which Ms. Thibodeaux claimed was caused by Tamoxifen; again, Ms. Thibodeaux did not mention hair loss during the appointment.[clxi] Finally, Ms. Thibodeaux was diagnosed with hypothyroidism in 1994; hypothyroidism can also lead to permanent alopecia.[clxii]

In addition, in my experience with gemcitabine, it may cause alopecia, although at lower rates than other oncology drugs. However, neither I nor anyone else can exclude the scientific reality that gemcitabine may have increased the existing toxicities of the other drug regimens. Indeed, the clinical trial report found that the addition of gemcitabine was associated with increased toxicity in several new side effects, including hand-foot syndrome, mucositis, and neutropenia. Though alopecia is not noted, it may have impacted the side effect profile of a smaller subset of patients, including Ms. Thibodeaux

Finally, in the photographs of Ms. Thibodeaux, taken by Ms. Thibodeaux, her lawyers, and her expert, Dr. Antonella Tosti, show normal eyebrow and eyelash condition for Ms. Thibodeaux.

Ms. Thibodeaux received hormonal treatment because her cancer was estrogen and progesterone positive. After she completed chemotherapy, Dr. Larned prescribed Tamoxifen to Ms. Thibodeaux, beginning February 25, 2009.[clxiii] Ms. Thibodeaux remained on Tamoxifen until June 2018.[clxiv] In my clinical practice, I have seen approximately 30-40% of patients taking an aromatase inhibitor end up with hair thinning or hair loss.

## V. THE CHEMOTHERAPY DRUG LABEL AND THE MANY OTHER SOURCES OF INFORMATION AVAILABLE TO MEDICAL ONCOLOGISTS

As a practicing medical oncologist, my opinion is that the risk of alopecia has always been appropriately warned of in the Taxotere label. Other chemotherapy drugs' prescribing information contain warnings about alopecia. Doxorubicin states, "Your hair may re-grow after your treatment."

Information regarding alopecia has always been included on the Taxotere label. Whether the label listed "Alopecia," as it did in 2003, or stated, "Once you have completed all of your treatments, hair generally grows back," as it did in patient labeling from 2004 to 2010, there is an understanding as a medical oncologist that there can be circumstances where the hair may not grow back. "Alopecia" is a medical term, which simply means hair loss without constraint temporally, by duration, or in severity. The Taxotere label has always been consistent with the known side effect risk profile for Taxotere.

Very frequently, side effects from chemotherapy drugs emerge after clinical trials and FDA approval which oncologists typically learn about these side effect from other oncologists, their own clinical experience, medical literature, and meetings, not the label or the manufacturer.[clxv] An example of a post-marketing side effect was the cardiac toxicity seen from Adriamycin. The benefit/risk profile of Taxotere remains the same despite modifications to the language on alopecia in the label over time.

## CONCLUSION

**Sheila Crayton:**  I believe to a reasonable degree of medical probability that Ms. Crayton was an appropriate candidate for chemotherapy with Taxotere. Ms. Crayton needed chemotherapy to survive her triple-negative cancer diagnosis. A Taxotere-containing regimen was the best choice for her treatment.  She needed to take a taxane-containing regimen to prevent recurrence.  In addition, Ms. Crayton has suffered from neuropathy since at least 2004, because of fibromyalgia. Because Taxol has higher rates of neuropathy than Taxotere and she was already at an increased risk of neuropathy, Ms. Crayton's risk of developing increased or worsened neuropathy was lowered by taking Taxotere.  The same is true for the increased health risks, including the serious risk of psychosis, associated with weekly corticosteroid and chemotherapy administration involved with Taxol.  While all chemotherapy has risks and potential complications, Ms. Crayton was appropriately informed of these risks prior to choosing to undergo chemotherapy with Taxotere.  Moreover, Ms. Crayton admitted that, even if Dr. Chandrasekaran had told her Taxotere

would cause permanent hair loss, she would have still the drug. I feel that the use of Taxotere for Ms. Crayton's breast cancer was not only appropriate, but also successful in ridding Ms. Crayton of cancer.  If Ms. Crayton had received a different chemotherapy regimen, it may not have been effective, and she may not have been cured.

**Cynthia Thibodeaux:**   I believe to a reasonable degree of medical probability that Ms. Thibodeaux was an appropriate candidate for chemotherapy with Taxotere. Ms. Thibodeaux needed chemotherapy.  A Taxotere-containing regimen was the best choice for her treatment of locally advanced early breast cancer and her large tumor size.  She needed to take a taxane-containing regimen to prevent recurrence. Because Ms. Thibodeaux's thyroid condition, neuropathy with Taxol was a valid concern weighing in favor of Taxotere. The same is true for the increased health risks associated with weekly corticosteroid and chemotherapy administration. The benefits of Taxotere outweighed the risks for her, and, based on her meetings with Dr. Kardinal and the clinical trial team, along with her review of the 27-page clinical trial consent form, she was appropriately counseled on the potential risks of chemotherapy with Taxotere. I feel that the use of Taxotere for Ms. Thibodeaux's breast cancer was not only appropriate, but also successful in ridding Ms. Thibodeaux of cancer and the best choice given Ms. Thibodeaux's desire to choose regimen that provided her with a higher percentage chance of survival. This treatment was part of giving her back the more than ten (10) years Ms. Thibodeaux has lived since her diagnosis. Like most cancer patients, Ms. Thibodeaux knowingly and voluntarily took very serious risks in an effort to treat her breast cancer and to survive. She knew that she might develop rare or unknown side effects by participating in a clinical trial, with an experimental regimen, but took that risk so she could effectively treat her cancer. That was the right choice.

Gerald Miletello, M.D.
Baton Rouge, Louisiana

December _____7_____, 2019

21

[i] Ms. Crayton also has a history of carotid artery disease, congestive heart failure, mitral valve insufficiency, and tricuspid valve insufficiency.

[ii] West Jefferson Medical Center 969, 989-1002

[iii] West Jefferson Medical Center 989-90.

[iv] West Jefferson Medical Center 1072-1077.

[v] West Jefferson Medical Center, 84-86, 90-95, 114, 881-84.

[vi] West Jefferson Medical Center, 887-92, 1436, 1484-85, 1489-90, 1507-18l The Cancer Center at West Jefferson Medical Center 75-77

[vii] Thibodeaux Dep. 11:1:-12 (Dec. 14, 2017).

[viii] Ochsner Health System, at 556-57

[ix] Ochsner Health System, at 556-57

[x] NSABP 10-36; Cynthia Thibodeaux Dep. 196:18-197:16.

[xi] Ochsner Health System 561-63

[xii] Ochsner Health System 561-63

[xiii] NSABP 15-16; Ochsner Health System, 599-604, 673-74.

[xiv] NSABP 16; Ochsner Health System 667-70, 764-67.

[xv] NSABP 16; Ochsner Health System, 832-33, 943-44, 1015-16.

[xvi] NSABP 16; Ochsner Health System, 1043 1045-50, 1070-75, 1194-99, 1265-66.

[xvii] Ochsner Health System 404-412; Walgreens 60; Cristal Brown 400, 405; Cynthia Thibodeaux Dep. 479:12-14; 480:10-481:4.

[xviii] NCCN Guidelines V.2 2008.

[xix] Cynthia Thibodeaux Dep. 197:1-3.

[xx] Conlin, Alison K., and Andrew D. Seidman. "Taxanes in breast cancer: an update." *Current oncology reports* 9.1 (2007): 22-30.

[xxi] Steven Jones et al., *Docetaxel with Cyclophosphamide Is Associated with an Overall Survival Benefit Compared with Doxorubicin and Cyclophosphamide: 7 Year Follow-up of U.S. Oncology Research Trial 9735*, 27 J. Clin. Oncol. 1177-83 (2009); *see also* Steven Jones et al., *Phase III Trial Comparing Doxorubicin Plus Cyclophosphamide with Docetaxel Plus Cyclophosphamide as Adjuvant Therapy for Operable Breast Cancer,* 24(34) J. Clin Oncol. 5381-87 (2006).

[xxii] Anampa, J., Progress in adjuvant chemotherapy for breast cancer: an overview, BMC Medicine (2015).

[xxiii] *Id.*

[xxiv] Crown, J., Docetaxel and Paclitaxel in the Treatment of Breast Cancer: A Review of Clinical Experience, The Oncologist, 2004;9 (suppl. 2): 24-32.

[xxv] NCCN Guidelines v.2 2008.

[xxvi] NCCN Guidelines v.2 2008

[xxvii] NCCN Guidelines v. 2 2009.

[xxviii] Anampa, J., Progress in adjuvant chemotherapy for breast cancer: an overview, BMC Medicine (2015) 13:195.

[xxix] *See id.*

[xxx] *See id.*

[xxxi] *See id.*

[xxxii] *See id.*

[xxxiii] West Jefferson Medical Center, 1446-47, 1991-92, 1999; West Jefferson Rehab Connection at Oakwood 381-82

[xxxiv] NCCN Guidelines V.2 (2008).

[xxxv] Cynthia Thibodeaux Dep. 173:3-174:6; NSABP 12.

[xxxvi] Kaley, T. and DeAngelis, L., Therapy of chemotherapy-induced peripheral neuropathy, British Journal of Haematology, 2009, 145, 3-14.

[xxxvii] Ochsner Health System 797-98

[xxxviii] Cynthia Thibodeaux Dep. 107:7-11.

[xxxix] Analee E. Beisecker, *Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients*, 6(2) Psycho-Oncology, 85-93 (1997) at 88; D. Batchelor, *Hair and Cancer Chemotherapy: Consequences and Nursing Care—A Literature Study*, 10 Euro. J. Cancer Care 147-163 (2001) at 151.

[xl] Masidonski P, et al. Permanent Alopecia in Women Being Treated for Breast Cancer. Clin J Oncol Nurs. 2009;13(1):13-4; Crown, J., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women w/ Early Stage Breast Cancer. J Clin Oncol. 2017;35(15):Supp. Abstract e21576; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938; Freites-Martinez, et

al, Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Jäger, E., et al. "Combination of 5-fluorouracil, adriamycin, ifosfamide and cisplatin in metastatic adult soft tissue sarcoma: results of a phase II study." *Oncology* 53.1 (1996): 58-63; Kim, Gun Min, et al. "Chemotherapy-induced irreversible alopecia in early breast cancer patients." *Breast cancer research and treatment* 163.3 (2017): 527-533.

[xli] De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy. Bone Marrow Transplantation. 2002;30:593-597; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938; Freites-Martinez, et al, Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Bolis, Giorgio, et al. "Paclitaxel 175 or 225 mg per meters squared with carboplatin in advanced ovarian cancer: a randomized trial." American Society of Clinical Oncology, 2004; 22(4); 686-690

[xlii] Miteva, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermopathol. 2011;33(4):345-350; Goksel, Tuncay, et al. "A prospective, multicentre clinical trial comparing cisplatin plus gemcitabine with cisplatin plus etoposide in patients with locally advanced and metastatic non-small cell lung cancer." *Respirology* 10.4 (2005): 456-463; Rosati, Gerardo, et al. "A phase II study of paclitaxel/cisplatin combination in patients with metastatic breast cancer refractory to anthracycline-based chemotherapy." *Tumori Journal* 86.3 (2000): 207-210; Daly, M., et al. "A short and intensive single-agent cisplatin regimen for recurrent carcinoma of the uterine cervix." *International Journal of Gynecological Cancer* 6.1 (1996): 61-67; Jäger, E., et al. "Combination of 5-fluorouracil, adriamycin, ifosfamide and cisplatin in metastatic adult soft tissue sarcoma: results of a phase II study." *Oncology* 53.1 (1996): 58-63.

[xliii] Freites-Martinez, A., et al., Assessment of Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia, J. Am. Med. Ass'n Dermatology, 2019:155(6); 724-728; Prevezas, C., et al. Irreversible and Severe Alopecia Following Docetaxel and Paclitaxel Cytotoxic Therapy for Breast Cancer. Brit J Derm. 2009;160(4):883-885; Crown, J., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women w/ Early Stage Breast Cancer. J Clin Oncol. 2017;35(15):Supp. Abstract e21576; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938; Bolis, Giorgio, et al. "Paclitaxel 175 or 225 mg per meters squared with carboplatin in advanced ovarian cancer: a randomized trial." American Society of Clinical Oncology, 2004; 22(4); 686-690; Rosati, Gerardo, et al. "A phase II study of paclitaxel/cisplatin combination in patients with metastatic breast cancer refractory to anthracycline-based chemotherapy." *Tumori Journal* 86.3 (2000): 207-210.

[xliv] Feher, O., et al. "First-line gemcitabine versus epirubicin in postmenopausal women aged 60 or older with metastatic breast cancer: a multicenter, randomized, phase III study." *Annals of Oncology* 16.6 (2005): 899-908
[xlv] Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients. Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients. Eur J Cancer. 1991;27(9):1075-81; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938; Jäger, E., et al. "Combination of 5-fluorouracil, adriamycin, ifosfamide and cisplatin in metastatic adult soft tissue sarcoma: results of a phase II study." *Oncology* 53.1 (1996): 58-63.
[xlvi] Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy. Br J of Dermatol. 2005;152(5):1056-8; Choi, M. Clinical Characteristics of Chemotherapy-Induced Alopecia in Childhood. J Am Acad Dermatol. 2014;70(3):499-505.

[xlvii] Albain, KS, et al. Gemcitabine Plus Paclitaxel Versus Paclitaxel Monotherapy in Patients With Metastatic Breast Cancer and Prior Anthracycline Treatment, J Clin Oncol. 2008;26:3950-57; Unal, Olcun Umit, et al. "Two-week combination chemotherapy with gemcitabine, high-dose folinic acid and 5 fluorouracil (GEMFUFOL) as first-line treatment of metastatic biliary tract cancers." *Asian Pacific Journal of Cancer Prevention* 14.9 (2013): 5263-5267
[xlviii] Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy. Br J of Dermatol. 2005;152(5):1056-8; Miteva, M, et al. Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, Am J Dermopathol. 2011;33(4):345-350; Palamaras, I. Letter to Editor, Permanent Chemotherapy-Induced Alopecia: A Review, J Am Acad Dermatol. 2011 Mar;64(3):604-606; Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, Australas J Dermatol. 2015;57(4):e130-e132; Freites-Martinez, et al, Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728; Basilio, Flávia Machado Alves, et al. "Clinical and histological study of permanent alopecia after bone marrow transplantation." *Anais brasileiros de dermatologia* 90.6 (2015): 814-821.

[xlix] Freites-Martinez, e t al, Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728 (recording 13 cases of permanent alopecia with CMF); Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients, Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients, Eur J Cancer. 1991;27(9):1075-81

[l] De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy. Bone Marrow Transplantation. 2002;30:593-597; Masidonski, P., et al. Permanent Alopecia in Women Being Treated for Breast Cancer, Clin J Oncol Nurs. 2009;13(1):13-14; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients. Eur J Cancer. 1991;27(9):1075-81; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938; Palamaras, I. Letter to Editor, Permanent Chemotherapy-Induced Alopecia: A Review, J Am Acad Dermatol. 2011 Mar;64(3):604-606; Yang, X, et al. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Oral Minoxidil, Australas J Dermatol. 2015;57(4):e130-e132; Tosti, A., et al. Permanent Alopecia after Busulfan Chemotherapy. Br J of Dermatol. 2005;152(5):1056-8.

[li] See Alkeraye, S., et al. Persistent Alopecia Induced by Vismodegib. J Am Acad Dermatol. 2015;72(5 Supp.:AB189; Baker, BW, et al. Busulphan/Cyclophosphamide Conditioning for Bone Marrow Transplantation May Lead to Failure of Hair Regrowth. Bone Marrow Transplantation. 1991; 7(1):43-47; Beisecker, A., et al. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients. Psychooncology. 1997;6(2):85-93; Berglund, G., et al. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients. Eur J Cancer. 1991;27(9):1075-81; Bresters, D., et al. Permanent Diffuse Alopecia After Haematopoietic Stem Cell Transplantation in Childhood. Bone Marrow Transplantation. 2017;52(7):984-988; Choi, M. Clinical Characteristics of Chemotherapy-Induced Alopecia in Childhood. J Am Acad Dermatol. 2014;70(3):499-505; Crown, J., Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women w/ Early Stage Breast Cancer. J Clin Oncol. 2017;35(15):Supp. Abstract e21576; De Jonge, ME, et al. Relationship Between Irreversible Alopecia and Exposure to Cyclophosphamide, Thiotepa and Carboplatin (CTC) in High-Dose Chemotherapy. Bone Marrow Transplantation. 2002;30:593-597; Jäger, E., et al. Combination of 5-Fluorouracil, Adriamycin, Ifosfamide and Cisplatin in Metastatic Adult Soft Tissue Sarcoma: Results of a Phase II Study. Oncol. 1996;53(1):58-63; Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia. 51(12) Korean J Dermatol. 2013;51(12):933-938; Ljungman, P. Busulfan Concentration in Relation to Permanent Alopecia in Recipients of Bone Marrow Transplants. Bone Marrow Transplant. 1995; 15(6):869-871; Motl, S., et al. Recurring Chemotherapy-Associated Alopecia Areata: Case Report and Literature Review. Pharmacotherapy. 2003;23(1):104-108; Schrama, JG, et al. Phase II Study of a Multi-course High-dose Chemotherapy Regimen Incorporating Cyclophosphamide, Thiotepa, and Carboplatin in Stage IV Breast Cancer, Bone Marrow Transplantation. 2001; 28:173-180.

[lii] Freites-Martinez, A., et al., Assessment of Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia, J. Am. Med. Ass'n Dermatology, 2019;155(6); 724-728;

[liii] Freites-Martinez, e t al, Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, JAMA Dermatol. 2019;155(6):724-728 (recording 13 cases of permanent alopecia with CMF)

[liv] Sheila Crayton Dep. at 72:5-73:18.

[lv] Chandrasekaran Dep. 146:9-11.

[lvi] Chandrasekaran Dep. 146:19-147:1.

[lvii] Chandrasekaran Dep. 54:18-56:25.

[lviii] Chandrasekaran Dep. 56:14-25.

[lix] Carl Kardinal Dep. 108:16-21.

[lx] Carl Kardinal Dep. 211:14-21.

[lxi] Carl Kardinal Dep. 100:24-101:5

[lxii] NSABP 23-25.

[lxiii] Freites-Martinez, A., et al., Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia, J. of Am. Med. Ass'n Dermatology, 2019: 155(6):724-728; Lisa Gallicchio, *A Prospective Study of Aromatase Inhibitor Therapy Initiation and Self-Reported Side Effects*, 25(9) Support Care Cancer 2697-2705 (2017); Athina Fonia et al., *Permanent Alopecia in Patients with Breast Cancer After Taxane Chemotherapy and Adjuvant Hormonal Therapy: Clinicopathologic Findings in a Cohort of 10 Patients*, 76(5) J. Am. Acad. Dermatol. 948-57 (2017) at 956; Jin Park et. al, *Pattern Alopecia During Hormonal Anticancer Therapy in*

24

*Patients with Breast Cancer*, 26(6) Annals of Dermatology 743-46 (2014); Lisa Gallicchio et al., Aromatase Inhibitor Therapy and Hair Loss Among Breast Cancer Survivors, 142(2) Breast Cancer Research and Treatment 435-443 (2013); Ioulios Palamaras et al., *Letter to Editor: Permanent Chemotherapy-Induced Alopecia: A Review*, 2011 J. Am. Acad. Derm. 604-606 (2011); Fabio Puglisi et al., *Letter to the Editor: Tamoxifen-Induced Total Alopecia*, 143(12) Annals of Internal Medicine 1154-55 (2001).

[lxiv] Aromatase inhibitors such as Letrozole, Raloxifene, Toremifene, Anastrozole, and Exemestane all warn of the risk of alopecia on their labels.

[lxv] Aromatase inhibitors such as Letrozole, Raloxifene, Toremifene, Anastrozole, and Exemestane all warn of the risk of alopecia on their labels.

[lxvi] Zoe Larned Dep. 64:1-17.

[lxvii] Zoe Larned Dep. 61:25-62:20.

[lxviii] Zoe Larned Dep. 95:25-97-25.

[lxix] Zoe Larned Dep. 95:24-96:5, 99:5-7; Ochsner Health System 404-412; Walgreens 60; Cristal Brown 394-408; Cynthia Thibodeaux Dep. 479:12-14; 480:10-481:4.

[lxx] The Cancer Center at West Jefferson Medical Center 80; Chandrasekaran Dep. 24:9-29:15.

[lxxi] Reis-Filho, J. & Tutt, A., Triple Negative Tumors: a critical review, Histopathology, 2008, 52, 108-118; Dent, R. et al., Triple-Negative Breast Cancer: Clinical Features and Patterns of Recurrence, Clin. Cancer Res. 2007:13(15)..

[lxxii] Chandrasekaran Dep. 28:20-29:15.

[lxxiii] West Jefferson Medical Center 1370-72.

[lxxiv] Palmieri, F. and Perez, E, Managing the Early and Locally Advanced Breast Cancer Patient at High Risk for Recurrence: Recent Advances and Nursing Implications, Seminal Oncology Nursing, 2008; Reis-Filho, J. & Tutt, A., Triple Negative Tumors: a critical review, Histopathology, 2008, 52, 108-118; Dent, R. et al., Triple-Negative Breast Cancer: Clinical Features and Patterns of Recurrence, Clin. Cancer Res.

[lxxv] The Cancer Center at West Jefferson Medical Center 75-80, 96, 122-123; West Jefferson Medical Center 84-86, 90-92, 93-95, 114. 881-884, 1484-85, 1489-90, 1497-1501, 1507-1518; Nagarajan Chandrasekaran Dep. 43:8-14; 138:1-10.

[lxxvi] Sheila Crayton Dep. at 241:9-20; West Jefferson Medical Center, 84-86, 90-95, 114, 881-84.

[lxxvii] West Jefferson Medical Center, 887-92, 1436, 1484-85, 1489-90, 1507-18l The Cancer Center at West Jefferson Medical Center 75-77

[lxxviii] Chandrasekaran Dep. 54:18-56:25.

[lxxix] Chandrasekaran Dep. 56:14-25.

[lxxx] Chandrasekaran Dep. 36:1-38:14.

[lxxxi] Chandrasekaran Dep. at 34:19-35:13.

[lxxxii] Chandrasekaran Dep. 19:20-20:8; 38:21-39:23.

[lxxxiii] Taxotere Label (9/2007); Adriamycin label (5/2003); cyclophosphamide label (11/2003).

[lxxxiv] Chandrasekaran Dep. 36:21-37:18

[lxxxv] Chandrasekaran Dep. 146:19-24

[lxxxvi] Sheila Crayton Dep. at 243:23-25, 244:8-16.

[lxxxvii] West Jefferson Medical Center, 1367-69.

[lxxxviii] West Jefferson Medical Center, 1367-69.

[lxxxix] West Jefferson Medical Center, 1367-69.

[xc] Sheila Crayton Dep. 57:21-25.

[xci] Sheila Crayton Dep. 94:1-10

[xcii] Sheila Crayton Dep. 332:2-21.

[xciii] Walgreens 23, 32, 34, 37, 39, 52-54, 132, 137-38, 140-41; Carlos Rodriguez-Fierro 31-39; Peoples Health 26-28, 30-31, 33-37, 48, 942-50, 1253-54, 1291-96; William Long 238-47, 260-74, 306.

[xciv] West Jefferson Medical Center, 1446-47, 1991-92, 1999; West Jefferson Rehab Connection at Oakwood 381-82.

[xcv] Sheila Crayton Dep. 110:12-111:18

[xcvi] West Jefferson Medical Center 1502-1503, 1507-10, 1513-14, 1517-20.

[xcvii] Sheila Crayton Dep. at 78:7-24

[xcviii] The Rheumatology Group 5-7, 21-34, 42-59. However, during a visit to her rheumatologist in February 2015, Ms. Crayton denied alopecia. The Rheumatology Group 6, 31-34; Sheila Crayton Dep. at 126-17-19

[xcix] Sheila Crayton Dep. 343:13-23.

[c] Ochsner Health System, at 538-39, 554.

[ci] Ochsner Health System 554.

[cii] Ochsner Medical Center 678-81.

[ciii] Ochsner Health System, 560-63, 556-58.

[civ] Ochsner Health System 561-63. Dr. Corsetti state the tumor may be larger than 4 cm because of the surrounding swelling and hematoma.

[cv] Ochsner Health System 567-68.

[cvi] NSABP 10-36; Ochsner Health System 561-64, 567-68, 585

[cvii] Gemzar Label (4/26/05).

[cviii] Gemzar Label (4/26/05).

[cix] Avastin Label (2007, 2008).

[cx] Bear, H.D., "Bevacizumab Added to Neoadjuvant Chemotherapy for Breast Cancer," New England Journal of Medicine; 366(4): January 26, 2012

[cxi] *See id.*

[cxii] *See id.*

[cxiii] *See id.*

[cxiv] Ochsner Health System 567-68, 585.

[cxv] NSABP 10-36; Cynthia Thibodeaux Dep. 171:2-11.

[cxvi] Shevonda Thomas Dep. 67:8-16; 86:1-3; NSABP 10-36.

[cxvii] NSABP 10-36; Cynthia Thibodeaux Dep. 169:14-171:20.

[cxviii] Ochsner Health System, 598, NSABP 58, PPR 76.

[cxix] NSABP 12; Ochsner Health System, 597. Acknowledging that she did not have a choice in which regimen she received, Ms. Thibodeaux testified that she "trusted [her] doctors to do what was in the best interests of [her] health." Cynthia Thibodeaux Dep. 173:3-174:6.

[cxx] NSABP 15-16.

[cxxi] NSABP 15-16; Ochsner Health System, 599-604, 673-74.

[cxxii] NSABP 16; Ochsner Health System 667-70, 764-67.

[cxxiii] NSABP 16; Ochsner Health System, 832-33, 943-44, 1015-16.

[cxxiv] NSABP 16; Ochsner Health System, 1045-50, 1070-75, 1194-99, 1265-66.

[cxxv] NSABP 10-36.

[cxxvi] NSABP 20

[cxxvii] Cynthia Thibodeaux Dep. 181:4-8

[cxxviii] NSABP 20

[cxxix] Cynthia Thibodeaux Dep. 182:10-15

[cxxx] NSABP 23-25.

[cxxxi] NSABP 20-28.

[cxxxii] Carl Kardinal Dep. 113:22-114:8; Ochsner Health System 636-37, 680-82.

[cxxxiii] Ochsner Health System 680-82.

[cxxxiv] Ochsner Health System 832-33

[cxxxv] Ochsner Health System 856-58, 943-44, 947-48, 1015-16

[cxxxvi] Ochsner Health System 822-29, 913-20, 1003-10.

[cxxxvii] Ochsner Health System 1413-14. Ms. Thibodeaux discussed the possibility of reconstructive surgery with Dr. Scroggins, her radiation oncologist, but declined to go forward with that procedure. Cynthia Thibodeaux Dep. 144:12-146:7.

[cxxxviii] Ochsner Health System, 1043

[cxxxix] Ochsner Health System, 1022-25

[cxl] Ochsner Health System, 1022-25

[cxli] Carl Kardinal Dep. 27:11-20

[cxlii] Taxotere Label (09/2007).

[cxliii] Taxotere Label (09/2007).

[cxliv] Taxotere Label (09/2007).

[cxlv] Taxotere Label (09/2007).

[cxlvi] Carl Kardinal Dep. 86:16-21

[cxlvii] Carl Kardinal Dep. 102:1-8.

[cxlviii] Carl Kardinal Dep. 87:18-88:9

[cxlix] Carl Kardinal Dep. 102:1-8

[cl] Carl Kardinal Dep. 71:25-72:19; 105:2-4

[cli] Carl Cardinal Dep. 71:25-72:19; 73:11-16; 74:7-17

[clii] Ochsner Health System 564, 567-68; Thibodeaux Dep. 11:1:-12 (Dec. 14, 2017).

[cliii] Kaley, T. and DeAngelis, L., Therapy of chemotherapy-induced peripheral neuropathy, British Journal of Haematology, 2009, 145, 3-14

[cliv] Cynthia Thibodeaux Dep. 310:24-311:12.

[clv] Ms. Thibodeaux testified that her uncle died of diabetes-related complications. Cynthia Thibodeaux Dep. 107:7-11. Diabetics are also at higher risk of developing neuropathy.

[clvi] Ochsner Health System 1030-31.

[clvii] Ochsner Health System 1036, 1038, 1054.

[clviii] Ochsner Baptist Medical Center 9-10; Ochsner Health System 15-23, 129-136, 201-206, 311-318.

[clix] Ochsner Health System, 1512-14

[clx] Ochsner Health System 50-57, 84-91, 1426-1427

[clxi] Ochsner Health System 302-307

[clxii] Lin, R. et al., "Systematic causes of hair loss, Annals of Medicine," 2016 Vol 48, No. 6, 303-402; Arthur Rook, Diseases of the Hair and Scalp, 115-45 (1982)

[clxiii] Ochsner Health System 404-412

[clxiv] Walgreens 60; Cristal Brown 400, 405; Cynthia Thibodeaux Dep. 479:12-14; 480:10-481:4.

[clxv] Chandrasekaran Dep. 20:9-21:5, 68:12-70:9, 71:4-18; Carl Kardinal Dep. 213:23-214:22.