# EXHIBIT J

| | |
|---|---|
| **From:** | Jake Woody <jswoody@browngreer.com> |
| **Sent:** | Friday, July 17, 2020 9:15 AM |
| **To:** | Eickbush, Rebecca (SHB) |
| **Subject:** | RE: Taxotere MDL Centrality - Confirmation |

**EXTERNAL**

I'm getting 1,453 with Yes to QVI6.  I do get 2,168 with Yes to QVI8.

**From:** Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>
**Sent:** Thursday, July 16, 2020 7:59 PM
**To:** Jake Woody <jswoody@browngreer.com>
**Subject:** RE: Taxotere MDL Centrality - Confirmation

Thank you Jake!

Can you please also confirm that of the 12,223 Active PFS's, only 1,452 mark Yes to Question VI.6 (Have you ever received treatment) and 2,168 marked Yes to Question VI.8 (Discussed with a healthcare provider).

Thank you!
-Rebecca

SHOOK, HARDY & BACON L.L.P. CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION CONTAINING WORK PRODUCT AND/OR ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS FROM RETAINED OUTSIDE COUNSEL

**From:** Jake Woody <jswoody@browngreer.com>
**Sent:** Thursday, July 16, 2020 10:02 AM
**To:** Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>
**Subject:** RE: Taxotere MDL Centrality - Confirmation

**EXTERNAL**

Hi Rebecca, I checked our reports, and I get the same number – 1,751 active plaintiffs answered Yes to Question VI.7.

**From:** Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>
**Sent:** Thursday, July 16, 2020 10:55 AM
**To:** Jake Woody <jswoody@browngreer.com>
**Cc:** Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>
**Subject:** Taxotere MDL Centrality - Confirmation

Jake,

Can you please confirm that as of July 15, 2020, of the 12,223 Active PFS's submitted, only 1,751 have selected Yes to Question VI.7 – Were you diagnosed by a healthcare provider for the alleged injury?

Thank you!

-Rebecca

**Rebecca L. Eickbush**
*Senior Analyst*
Shook, Hardy & Bacon L.L.P.

816.559.2360 | reickbush@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.