UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |

SHARON PRAYLOW,

        Plaintiff,              CASE NO. 2:20-CV-01345-JTM-MBN

v.

EAGLE PHARMACEUTICALS, INC.,

        Defendant.

**UNOPPOSED MOTION TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Defendant Eagle Pharmaceuticals, Inc. ("Eagle Pharmaceuticals"), by and through its undersigned counsel, respectfully requests an additional twenty-eight (28) days, until Monday, August 24, 2020, to file a responsive pleading to Plaintiff's Complaint.[1] Defendant requests the extension for the following reasons:

1.    Plaintiff filed her Complaint against Eagle Pharmaceuticals in the Eastern District of Louisiana on May 4, 2020. (ECF No. 1.) Eagle Pharmaceuticals' response is currently due on July 27, 2020. (MDL No. 2740, ECF No. 10643.)

2.    Due to the large record in this case, counsel's recent addition to this case, and obligations in other cases, the undersigned counsel requires additional time to prepare and file a

---

[1]    Eagle expressly preserves and does not waive any and all available defenses, including those defenses specifically enumerated in Rule 12(b) of the Federal Rules of Civil Procedure.

responsive pleading.  Eagle Pharmaceuticals therefore respectfully requests an additional twenty-eight (28) days, until August 24, 2020, to file its responsive pleading in this Court.

3. Defendant's counsel has communicated with Plaintiff's counsel, who does not oppose the requested extension.

4. No prejudice will result to any party from the granting of this request for an extension.

WHEREFORE Defendant Eagle Pharmaceuticals, Inc. respectfully requests additional time, until August 24, 2020, to file a responsive pleading in the above-referenced lawsuit.

Respectfully submitted,

Dated:  July 22, 2020

*/s/ T. MacDougall Womack*
TAYLOR, PORTER, BROOKS & PHILLIP, L.L.P.
T. MacDougall Womack, La. Bar # 13648
Lauren R. Hadden, La. Bar # 36648
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA  70821-2471
Telephone:  (225) 387-3221
Facsimile:   (225) 346-8049
MacDougall.Womack@taylorporter.com
Lauren.Hadden@taylorporter.com


*/s/ Jay P. Lefkowitz*
Jay P. Lefkowitz, P.C.
Evelyn Blacklock
(*Pro hac vice motion to be filed*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York  10022
Telephone:  (212) 446-4800
lefkowitz@kirkland.com
evelyn.blacklock@kirkland.com

*Counsel for Defendant Eagle Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system and via U.S. mail and electronic mail to those not provided a copy through the CM/ECF filing system.

Baton Rouge, Louisiana, this 22nd day of July, 2020.

*/s/ **T. MacDougall Womack***
T. MACDOUGALL WOMACK

2382051v.1