# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

SHARON PRAYLOW,

          Plaintiff,              **CASE NO. 2:20-CV-01345-JTM-MBN**

v.

EAGLE PHARMACEUTICALS, INC.,

          Defendant.

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Defendant Eagle Pharmaceuticals, Inc. ("Eagle") filed its Motion to Extend Time for Filing a Responsive Pleading to Plaintiff's Complaint ("Motion").

For good cause shown, it is hereby **ORDERED** that Eagle's Motion is **GRANTED** and its responsive pleading is due **August 24, 2020**.

Dated: _____, 2020.

_____
THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2382051v.1