UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                   SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Vivian Thomas Bailey
Case No.: 2:19-14352

## STATEMENT OF PLAINTIFF'S COUNSEL

     I represent Vivian Thomas Bailey whose case is on a Notice of Non-Compliance to be heard by the Court on August 5, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

     The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 22, 2020                      **BACHUS & SCHANKER, LLC**

                                            By: */s/ J. Christopher Elliott*
                                            J. Christopher Elliott, Esq.
                                            Bachus & Schanker, LLC
                                            101 West Colfax Suite 650
                                            Denver, CO 80202
                                            Telephone: (303)893-8900
                                            Facsimile: (303) 893-9900
                                            Email: celliott@coloradolaw.net

                                            *Attorney for Plaintiffs*