UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:**   Diane Moore
**Case No.:**         2:20-cv-00121

# DECLARATION

I, Sean C. Domnick, have attempted to reach my client, Diane Moore, on the following dates:

May 4, 2020. May 11, 2020, May 13, 2020, May 18, 2020, May 29, 2020

by   _X_ telephone, _X_ e-mail, ____ text message, ____ social media, ____ U.S. Mail, _X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Sean C. Domnick, Esq.
Domnick Cunningham & Whalen
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, FL 33410
(561) 625-6260
scd@dcwlaw.com
eservice@dcwlaw.com