UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Sheena Johnson-Walker**
**Case No.: 2:20-cv-02031**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Sheena Johnson-Walker, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants.

Dated: July 22, 2020

/s/ Matthew R. McCarley
Matthew R. McCarley
Texas Bar No. 24041426
FEARS NACHAWATI, PLLC
5473 Blair Rd
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
Email: mccarley@fnlawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Matthew R. McCarley, hereby certify that on July 22, 2020, the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

                                          /s/ Matthew R. McCarley
                                          Matthew R. McCarley