| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Ahoe | Karen | 2:19-cv-13928 | 11/27/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A; Authorizations - The employment and workers comp authorizations are not signed | Both sanofi and 505 |
| 2 | Allen | Deborah | 2:19-cv-14597 | 12/12/2019 | PFS Not Substantially Complete | sanofi |
| 3 | Alston | Lynette | 2:20-cv-00516 | 2/13/2020 | No Signed/Verified PFS | sanofi |
| 4 | Anderson | Minson | 2:18-cv-13452 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 5 | Arnold | Sarah | 2:19-cv-13632 | 11/14/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 6 | Atkinson | Sandra | 2:19-cv-14121 | 12/5/2019 | PFS Not Substantially Complete | sanofi |
| 7 | Baritot | Susan | 2:19-cv-13978 | 12/02/2019 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 8 | Barnes | Cynthia | 2:19-cv-13580 | 11/12/2019 | PFS Not Substantially Complete; No Authorizations | sanofi |
| 9 | Barnes | Myrtle | 2:19-cv-13630 | 11/14/2019 | No PTO 71A | sanofi |
| 10 | Blood | Lucie | 2:19-cv-14257 | 12/8/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 11 | Bogner | Lisa | 2:18-cv-13378 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 12 | Brinkman | Dena | 2:19-cv-14260 | 12/8/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 13 | Brooks | Diane | 2:20-cv-00109 | 1/13/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 14 | Brown | Bonnie Marie | 2:19-cv-14183 | 12/06/2019 | PFS Not Substantially Complete; No CMO 12A; Authorizations - Health insurance authorization should be blank as to addressee. Employment is missing printed name. | 505 |
| 15 | Callaway | Carol | 2:20-cv-00557 | 2/17/2020 | No Signed/Verified PFS | sanofi |
| 16 | Chaney | Lisa | 2:18-cv-13369 | 12/11/2018 | PFS Not Substantially Complete (photo doesn't show scalp); No HIPAA Authorization (not dated) | sanofi |
| 17 | Chingman | Karen | 2:19-cv-13931 | 11/27/2019 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 18 | Collins | Martha | 2:19-cv-14421 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 19 | Colvin | Sandra | 2:19-cv-14451 | 12/10/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 20 | Conway | Sandra | 2:20-cv-00185 | 1/16/2020 | PFS Not Substantially Complete; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 21 | Cooper | Lori | 2:19-cv-13808 | 11/25/2019 | PFS Not Substantially Complete | sanofi |
| 22 | Copeland McCullum | Ruth | 2:20-cv-00412 | 2/5/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 23 | Critel | Juliana | 2:19-cv-13990 | 12/3/2019 | PFS Not Substantially Complete | sanofi |
| 24 | Cueva | Sandra | 2:19-cv-14440 | 12/10/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 25 | Cunningham | Sylvia | 2:19-cv-13220 | 10/22/2019 | No Authorizations (did not use Court-approved authorizations) | sanofi |
| 26 | Curley | Michelle | 2:19-cv-14305 | 12/9/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 27 | Dalfrey | Jeanette | 2:19-cv-14192 | 12/6/2019 | PFS Not Substantially Complete | sanofi |
| 28 | Davis | Eliza | 2:20-cv-00093 | 1/9/2020 | No Authorizations (did not use Court-approved authorizations) | sanofi |
| 29 | Delgado | Angela | 2:19-cv-14414 | 12/10/2019 | No Authorizations | sanofi |
| 30 | Delores Henderson | Carol Jean | 2:19-cv-13269 | 10/24/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 31 | DeYoung | Pam | 2:20-cv-00299 | 1/28/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 32 | DiDonato | Cheryl | 2:19-cv-14310 | 12/09/2019 | No Signed/Verified PFS | 505 |
| 33 | Driggins | Evelyn E. | 2:19-cv-13229 | 10/23/2019 | PFS Not Substantially Complete; No CMO 12A | 505 |
| 34 | Dunbar | Brenda | 2:18-cv-04840 | 5/11/2018 | No PTO 71A | sanofi |
| 35 | Eason | Andrieta | 2:19-cv-14371 | 12/10/2019 | PFS Not Substantially Complete (substantially blank PFS); No CMO 12A; No PTO 71A; Authorizations - Please provide a signed blank HIPPA authorization, and all other court-approved authorization forms | 505 |
| 36 | Easter | Florence | 2:20-cv-00307 | 1/29/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 37 | Estell | Cathy | 2:19-cv-13003 | 10/7/2019 | PFS Not Substantially Complete | sanofi |
| 38 | Fennell | Camille | 2:18-cv-14337 | 12/31/2018 | PFS Not Substantially Complete; Authorizations - The health insurance, workers comp, and disability authorizations are not witnessed; No PTO 71A | 505 |
| 39 | Ferguson | Eva | 2:19-cv-14179 | 12/6/2019 | PFS Not Substantially Complete | sanofi |
| 40 | Fitch | Endya | 2:19-cv-14201 | 12/6/2019 | No Signed/Verified PFS | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 41 | Flippin | Nioyoka | 2:17-cv-09526 | 09/22/2017 | PFS Not Substantially Complete; Authorizations - HIPAA authorization not dated; psych authorization has expired; health insurance; workers comp and disability authorizations not dated or witnessed; employment authorization not signed. | 505 |
| 42 | Fox | Kelley | 2:19-cv-14424 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 43 | Funchess | Regina | 2:19-cv-14789 | 12/31/2019 | PFS Not Substantially Complete | sanofi |
| 44 | Gainer | Avon | 2:19-cv-14515 | 12/11/2019 | PFS Not Substantially Complete; No PTO 71A; No CMO 12A; No Authorizations | 505 |
| 45 | Gamble | Yvonne | 2:20-cv-00309 | 1/29/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 46 | Garver | Danah | 2:19-cv-11342 | 6/24/2019 | No PTO 71A | sanofi |
| 47 | Gaskin | Virginia | 2:19-cv-13083 | 10/10/2019 | PFS Not Substantially Complete | sanofi |
| 48 | Gibbs | Lisa | 2:19-cv-13670 | 11/15/2019 | PFS Not Substantially Complete | sanofi |
| 49 | Glover | Joyce | 2:17-cv-13714 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 50 | Grady | Gwendolyn | 2:18-cv-12246 | 12/4/2018 | PFS Not Substantially Complete | sanofi |
| 51 | Gralnick | Sarah | 2:19-cv-14412 | 12/10/2019 | PFS Not Substantially Complete; No PTO 71A; No CMO 12A | 505 |
| 52 | Green | Melissa | 2:19-cv-12415 | 9/3/2019 | PFS Not Substantially Complete | sanofi |
| 53 | Griffin | Virginia | 2:19-cv-12149 | 8/13/2019 | No PTO 71A | sanofi |
| 54 | Grimaldi | Laura | 2:19-cv-14436 | 12/10/2019 | PFS Not Substantially Complete | sanofi |
| 55 | Gunn | Hope | 2:20-cv-00284 | 1/28/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 56 | Hannah-Watson | Carolyn | 2:19-cv-14311 | 12/09/2019 | No Signed/Verified PFS | 505 |
| 57 | Harnisch | Barbara | 2:19-cv-14073 | 12/5/2019 | PFS Not Substantially Complete; No HIPAA Authorization; No PTO 71A (counsel failed to sign) | sanofi |
| 58 | Haughton | Yolande | 2:19-cv-14378 | 12/10/2019 | PFS Not Substantially Complete; No Authorizations (single authorization provided is not Court-approved form) | sanofi |
| 59 | Hawkins | Brenda | 2:19-cv-13459 | 11/6/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 60 | Hawkins | Charlene | 2:19-cv-14354 | 12/09/2019 | No Signed/Verified PFS | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 61 | Hayes | Madonna | 2:19-cv-14428 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 62 | Hernandez | Iraida | 2:19-cv-13932 | 11/27/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A; Authorizations - The employment authorization is not signed | Both sanofi and 505 |
| 63 | Hernandez | Isable | 2:19-cv-13609 | 11/13/2019 | PFS Not Substantially Complete; No HIPAA Authorization; No PTO 71A | sanofi |
| 64 | Hickey | Lilette | 2:20-cv-00420 | 2/6/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 65 | Hoffman | Gloria | 2:19-cv-13025 | 10/8/2019 | No HIPPA and No Psychiatric Authorizations (HIPAA and Psychiatric Authorizations expired by time produced to defendants) | sanofi |
| 66 | Hones | Catherine | 2:19-cv-14456 | 12/10/2019 | PFS Not Substantially Complete | sanofi |
| 67 | Howard | Minnie | 2:19-cv-14525 | 12/11/2019 | PFS Not Substantially Complete | sanofi |
| 68 | Hucks | Ramona | 2:19-cv-14189 | 12/6/2019 | PFS Not Substantially Complete; No Authorizations (not dated) | sanofi |
| 69 | Hutchison | Ann | 2:19-cv-14678 | 12/19/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 70 | Ikerd | Amy | 2:19-cv-14766 | 12/30/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 71 | Ishmon | Charlena | 2:18-cv-08919 | 9/26/2018 | PFS Not Substantially Complete | sanofi |
| 72 | Jarosch | Margaret | 2:19-cv-14728 | 12/23/2019 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 73 | Jimerson | Cynthia | 2:19-cv-13927 | 11/27/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 74 | Johnson | Leatha | 2:19-cv-13640 | 11/14/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 75 | Jones | Esther | 2:19-cv-10917 | 6/6/2019 | PFS Not Substantially Complete; No HIPPA and No Psychiatric Authorizations (HIPAA and Psychiatric Authorizations expired by time produced to defendants) | sanofi |
| 76 | Jones | Vera | 2:19-cv-14523 | 12/11/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 77 | Kamali | Donna | 2:19-cv-14169 | 12/6/2019 | PFS Not Substantially Complete | sanofi |
| 78 | Kelzer | Lisa | 2:20-cv-00030 | 1/3/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 79 | Kershaw | Lou | 2:20-cv-00163 | 1/15/2020 | PFS Not Substantially Complete | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 80 | Klahn | Anne | 2:20-cv-00329 | 1/29/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 81 | Knapp | Linda | 2:19-cv-14573 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 82 | Laferriere | Kathy | 2:19-cv-14434 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 83 | Larkin | Janice | 2:19-cv-13810 | 11/25/2019 | No PTO 71A | sanofi |
| 84 | Lavender | Cathy | 2:19-cv-13540 | 11/11/2019 | PFS Not Substantially Complete | sanofi |
| 85 | Lavender | Teresa | 2:18-cv-12262 | 12/4/2018 | No PTO 71A | sanofi |
| 86 | Lee | Jacqueline | 2:19-cv-14531 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 87 | Lee | Neva | 2:19-cv-14184 | 12/6/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 88 | Leftridge | Carlotta | 2:19-cv-13452 | 11/6/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 89 | Lewis | Sandra | 2:20-cv-00319 | 1/29/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 90 | Litterio | Michelle | 2:20-cv-00027 | 1/3/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 91 | Lofton Jackson | Yvonne | 2:18-cv-12263 | 12/4/2018 | PFS Not Substantially Complete | sanofi |
| 92 | Lynch | Djakarta | 2:20-cv-00333 | 1/29/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 93 | Markowitz | Doris | 2:19-cv-14230 | 12/7/2019 | PFS Not Substantially Complete; Authorizations - Failed to provide properly signed and dated disability, employment and workers' comp authorizations | Both sanofi and 505 |
| 94 | Massey | Jennifer | 2:19-cv-13469 | 11/6/2019 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 95 | Mcauliffe | Debra | 2:19-cv-13922 | 11/27/2019 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 96 | McCurdy | Debbie | 2:19-cv-14329 | 12/09/2019 | PFS Not Substantially Complete; No PTO 71A; No CMO 12A; No Authorizations | 505 |
| 97 | Mcfadden | Vadarra | 2:19-cv-14480 | 12/11/2019 | No CMO 12A | sanofi |
| 98 | Mcgonigal | Mary | 2:19-cv-14390 | 12/10/2019 | PFS Not Substantially Complete | sanofi |
| 99 | Mcknight | Karen | 2:19-cv-12387 | 8/30/2019 | PFS Not Substantially Complete | sanofi |
| 100 | Mobley | Betty | 2:18-cv-12505 | 12/5/2018 | PFS Not Substantially Complete | sanofi |
| 101 | Moore | Diane | 2:20-cv-00121 | 1/13/2020 | No Signed/Verified PFS | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|---------------------|---------------------------|----------------|
| 102 | Motte | Hope | 2:19-cv-14318 | 12/9/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 103 | Olah | Nancy | 2:20-cv-00313 | 1/29/2020 | No Signed/Verified PFS | sanofi |
| 104 | Padilla | Socorro | 2:19-cv-14718 | 12/20/2019 | No CMO 12A | sanofi |
| 105 | Paley | Virginia | 2:19-cv-13826 | 11/25/2019 | No CMO 12A; Authorizations - Failed to provide employment, workers' comp, disability, pyschiatric or health insurance authorizations (insurance auth not witnessed) | Both sanofi and 505 |
| 106 | Peebles | Joyce | 2:19-cv-12532 | 9/11/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 107 | Peterson | Alice | 2:19-cv-14228 | 12/7/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 108 | Peterson | Kathy | 2:20-cv-00291 | 1/28/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 109 | Poirier | Annette | 2:20-cv-00853 | 3/11/2020 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 110 | Poverud | Anita | 2:19-cv-14394 | 12/10/2019 | PFS Not Substantially Complete; No Authorizations (did not use Court-approved authorizations); No PTO 71A | sanofi |
| 111 | Ragans | Cynthia | 2:19-cv-13856 | 11/26/2019 | No PTO 71A | sanofi |
| 112 | Regrut | Thelma | 2:19-cv-14022 | 12/04/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 113 | Reid | Faith | 2:19-cv-13963 | 12/02/2019 | PFS Not Substantially Complete; Authorizations - Health insurance, disability, and workers' compensation are missing witness signature/date; No CMO 12A | 505 |
| 114 | Rhone | Corzal | 2:20-cv-00282 | 1/28/2020 | No Signed/Verified PFS | sanofi |
| 115 | Richardson | Mae | 2:19-cv-13933 | 11/27/2019 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 116 | Robertson | Belinda | 2:20-cv-00094 | 1/9/2020 | No Authorizations (did not use Court-approved authorizations) | sanofi |
| 117 | Rogers | Dianne | 2:19-cv-14361 | 12/09/2019 | No Signed/Verified PFS | 505 |
| 118 | Sandy | Cheryl | 2:20-cv-00294 | 1/28/2020 | No Signed/Verified PFS | sanofi |
| 119 | Saunders | Maria | 2:18-cv-13131 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 120 | Schlisman Bullis | Kae | 2:19-cv-14237 | 12/7/2019 | PFS Not Substantially Complete; No PTO 71A; Authorizations - addressee line should be blank on insurance authorization | Both sanofi and 505 |
| 121 | Schroeder | Kristen | 2:20-cv-00317 | 1/29/2020 | No Signed/Verified PFS | sanofi |
| 122 | Sider | Shellie | 2:18-cv-07149 | 7/31/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 123 | Smith | Flora | 2:19-cv-14618 | 12/12/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 124 | Smith | Maude | 2:19-cv-14790 | 12/31/2019 | PFS Not Substantially Complete | sanofi |
| 125 | Smith | Sharon | 2:18-cv-13164 | 12/10/2018 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 126 | Smith | Vickie | 2:19-cv-13653 | 11/15/2019 | PFS Not Substantially Complete | sanofi |
| 127 | Spencer | LuAnn | 2:19-cv-14062 | 12/4/2019 | No Signed/Verified PFS | sanofi |
| 128 | Squires | Virginia | 2:19-cv-13774 | 11/22/2019 | PFS Not Substantially Complete; No HIPAA Authorization (not dated); No PTO 71A | sanofi |
| 129 | Stafford | Taryn | 2:20-cv-00402 | 2/5/2020 | No Signed/Verified PFS | Both sanofi and 505 |
| 130 | Stillwell | Marilyn | 2:19-cv-14136 | 12/6/2019 | PFS Not Substantially Complete | sanofi |
| 131 | Story | Sheila | 2:19-cv-14445 | 12/10/2019 | No Signed/Verified PFS | 505 |
| 132 | Strong | Linda | 2:19-cv-13822 | 11/25/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | 505 |
| 133 | Stubbs | Sheila | 2:19-cv-14162 | 12/6/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 134 | Stump | Patricia | 2:19-cv-14463 | 12/10/2019 | No Signed/Verified PFS | sanofi |
| 135 | Susman | Lisa | 2:19-cv-13923 | 11/27/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 136 | Thomas | Karen | 2:20-cv-00292 | 1/28/2020 | No Signed/Verified PFS | sanofi |
| 137 | Thomas | Tudie | 2:19-cv-14290 | 12/09/2019 | No Signed/Verified PFS | 505 |
| 138 | Thomas-Bailey | Vivian | 2:19-cv-14352 | 12/09/2019 | No Signed/Verified PFS | 505 |
| 139 | Thompson | Jo Ann | 2:20-cv-00211 | 01/13/2020 | PFS Not Substantially Complete; No PTO 71A; No Authorizations; No CMO 12A | 505 |
| 140 | Tirado | Sara | 2:19-cv-14045 | 12/4/2019 | PFS Not Substantially Complete | sanofi |
| 141 | Tollefson | Lois | 2:19-cv-13456 | 11/6/2019 | PFS Not Substantially Complete | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 142 | Trumpet | Barbara | 2:19-cv-13881 | 11/26/2019 | No HIPAA Authorization (not dated) | sanofi |
| 143 | Veress | Zita | 2:19-cv-14579 | 12/11/2019 | PFS Not Substantially Complete; No PTO 71A; Authorizations - Plaintiff wrote her own name in the "To" field of the workers comp, health insurance, and disability authorizations | Both sanofi and 505 |
| 144 | Vestal | Becky | 2:19-cv-12397 | 8/30/2019 | PFS Not Substantially Complete; No HIPAA Authorization | sanofi |
| 145 | Walker | Annette | 2:19-cv-12572 | 9/12/2019 | PFS Not Substantially Complete | sanofi |
| 146 | Wallace | Vicky | 2:19-cv-11456 | 7/1/2019 | PFS Not Substantially Complete | sanofi |
| 147 | Wander | Mary | 2:19-cv-13801 | 11/25/2019 | PFS Not Substantially Complete | sanofi |
| 148 | Washington | Sylvia | 2:19-cv-13465 | 11/6/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 149 | Waters | Renita | 2:19-cv-12031 | 8/5/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 150 | Watkins | Rosalie | 2:19-cv-12230 | 8/20/2019 | PFS Not Substantially Complete; No HIPAA Authorization | sanofi |
| 151 | Wells | Regina | 2:19-cv-12478 | 9/6/2019 | PFS Not Substantially Complete; No HIPAA or Psychiatric Authorizations | sanofi |
| 152 | Whitehead | Barbara | 2:19-cv-14491 | 12/11/2019 | No Signed/Verified PFS | sanofi |
| 153 | Whitney | Jan | 2:19-cv-12239 | 8/20/2019 | No HIPAA Authorization | sanofi |
| 154 | William | Marilyn | 2:20-cv-00318 | 1/29/2020 | No Signed/Verified PFS | sanofi |
| 155 | Williams | Lillie | 2:19-cv-14120 | 12/5/2019 | No Signed/Verified PFS | sanofi |
| 156 | Williams | Suzanne | 2:19-cv-13993 | 12/3/2019 | PFS Not Substantially Complete | sanofi |
| 157 | Wimbush | Musette | 2:19-cv-12473 | 9/6/2019 | PFS Not Substantially Complete | sanofi |
| 158 | Wolske | Karen | 2:19-cv-13506 | 11/8/2019 | PFS Not Substantially Complete; No HIPAA Authorization; No PTO 71A | sanofi |