# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Cozza | Francesca | 2:18-cv-03442 | 3/30/2018 | No CMO 12A | sanofi |
| 2 | Doucet | Daisy | 2:17-cv-17024 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 3 | Eisiliones | Lauren | 2:19-cv-13771 | 11/22/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 4 | James | Darnisha | 2:18-cv-12454 | 12/5/2018 | No Signed/Verified PFS | sanofi |
| 5 | Jones | Tamara J. | 2:19-cv-11335 | 6/24/2019 | PFS Not Substantially Complete | 505 |
| 6 | Lackey | Carol Lynn | 2:17-cv-06286 | 6/29/2017 | PFS Not Substantially Complete | sanofi |
| 7 | Massey | Jennifer | 2:19-cv-13469 | 11/06/2019 | PFS Not Substantially Complete | 505 |
| 8 | Post | Deborah | 2:19-cv-13863 | 11/26/2019 | No Signed/Verified PFS | sanofi |
| 9 | Warren | Deborah E. | 2:18-cv-12864 | 12/07/2018 | PFS Not Substantially Complete | 505 |