UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO: Antoinette Durden, No. 16-16635 | JUDGE MILAZZO |

## JUDGMENT

Considering the briefing submitted by counsel and for reasons issued July 22, 2020 (Doc. 10832);

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Antoinette Durden's redhibition claim is DISMISSED WITH PREJUDICE.

Considering the briefing submitted by counsel and for reasons issued July 22, 2020 granting summary judgment based on the statute of limitations (Doc. 10833);

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Antoinette Durden's case be DISMISSED WITH PREJUDICE in its entirety.

Signed in New Orleans, LA this 23rd day of July, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE