UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |

SHARON PRAYLOW,

        Plaintiff,        **CASE NO. 2:20-CV-01345-JTM-MBN**

v.

EAGLE PHARMACEUTICALS, INC.,

        Defendant.

## CORPORATE DISCLOSURE STATEMENT

Defendant Eagle Pharmaceuticals, Inc. ("Eagle") makes the following disclosures pursuant to Fed. R. Civ. P. 7.1. Eagle is a publicly traded Delaware corporation. Eagle has no parent corporation, and there is no publicly held company that owns 10% or more of Eagle's stock.

Respectfully submitted on July 23, 2020,

*/s/ **T. MacDougall Womack***
TAYLOR, PORTER, BROOKS & PHILLIP, L.L.P.
T. MacDougall Womack, La. Bar # 13648
Lauren R. Hadden, La. Bar # 36648
450 Laurel Street, 8th Floor (70801)
P.O. Box 2471
Baton Rouge, LA  70821-2471
Telephone:  (225) 387-3221
Facsimile:   (225) 346-8049
MacDougall.Womack@taylorporter.com
Lauren.Hadden@taylorporter.com

2

        */s/ Jay P. Lefkowitz*
        Jay P. Lefkowitz, P.C., TA
        (*Pro hac vice motion to be filed*)
        **KIRKLAND & ELLIS LLP**
        601 Lexington Avenue
        New York, New York  10022
        Telephone:  (212) 446-4800
        lefkowitz@kirkland.com

        *Counsel for Defendant Eagle Pharmaceuticals, Inc.*

2

2383702v.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF filing system.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system and via U.S. mail and electronic mail to those not provided a copy through the CM/ECF filing system.

Baton Rouge, Louisiana, this 23rd day of July, 2020.

*/s/ T. MacDougall Womack*
T. MACDOUGALL WOMACK

2383702v.1