# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 22, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30405    In re: Taxotere Prod Liability
                          USDC No. 2:16-MD-2740
                          USDC No. 2:16-CV-15397

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within **14 days** from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Rebecca L. Leto, Deputy Clerk
                                        504-310-7703

Ms. Betsy J. Barnes
Ms. Ilana H. Eisenstein
Ms. Rachel Horton
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel
Mr. Douglas John Moore
Mr. Harley Ratliff