# U UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION ""N" (5) |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | HON. JUDGE JANE TRICHE MILAZZO |
| *Patricia M. Lewis v. Sanofi US Services Inc.* | : | |
| *f/k/a Sanofi-Aventis U.S. Inc. et al* | : | |
| C.A. No: 2:17-cv-15318 | : | MAG. JUDGE MICHAEL NORTH |
| | : | |

## ORDER

Before the Court is Plaintiff's counsel's Motion for Substitution of Proper Party (Doc. 10774);

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Substitution of Proper Party is **GRANTED**, and that Matthew T. Lewis, on behalf of his deceased mother, Patricia M. Lewis, may be substituted as the proper party plaintiff in this action.

New Orleans, Louisiana, this 23rd day of July, 2020.

HON. JANE T. MILAZZO
United States District Judge