# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br> SECTION "H" <br> JUDGE TRICHE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Donna Smith, 2:18-cv-12973 | : : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend (Doc. 10767);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 23rd day of July, 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge