UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES

## ORDER

Considering the *Ex Parte* Motion For Leave To File Exhibit 7 to their Motion for Entry of an Order Requiring Proof of Diagnosis Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit 7 (Rec. Doc.10808-8) under seal.

Signed this 23rd day of July, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE