UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: BRENDA DUNBAR
Case No.: 2:18-cv-04840

### DECLARATION OF COUNSEL

I represent Brenda Dunbar, whose case is on a Notice of Non-Compliance to be heard by the Court on August 5, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and after multiple attempts to obtain client help in curing the deficiency, I leaned that the reason for lack of contact was the passing of Ms. Dunbar. Subsequent communication with those who knew the decedent revealed that Ms. Dunbar has no surviving La Civil Code Article 2315.1 heirs. Further, that all attempts to locate any heirs have confirmed that she died with no heirs. There being no hope of substituting an heir for the late Ms. Dunbar, there is no method by which undersgined counsel can cure the deficiencies.

The deficiencies before this Honorable Court are not cured and counsel is not aware of any defense to the request for a dismissal.

/s/ Richard L. Root
Richard L. Root, LA Bar No.19988
Morris Bart, LLC
601 Poydras Street, 24th Floor
(504) 525-8000
rroot@morrisbart.com
DATED: July 23, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that on July 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 23, 2020                  /s/Richard L. Root_____