UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## ORDER

Considering the foregoing Consent Motion to Extend Submission Dates,

**IT IS HEREBY ORDERED**, that the submission dates on Sanofi's Motion for Entry of an Order Requiring Proof of Diagnosis (R. Doc. 10808) and Motion for Summary Judgment on the Claims of Michigan Plaintiffs are hereby continued, pending discussion with the parties at the upcoming lead/liaison conference on August 5, 2020.

New Orleans, Louisiana, this ___ day of _____, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**