# United States Court of Appeals
# for the Fifth Circuit

———————

No. 20-30229

———————

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

-----------------------------------------

KELLY GAHAN,

*Plaintiff—Appellant*,

*versus*

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, FORMERLY KNOWN AS SANOFI-AVENTIS U.S., INCORPORATED,

*Defendants—Appellees*.

———————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740

———————

ORDER:

    IT IS ORDERED that appellees' unopposed motion to view and obtain sealed documents is GRANTED.

   /s/ Gregg J. Costa
GREGG J. COSTA
UNITED STATES CIRCUIT JUDGE