# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 24, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30229    In re: Taxotere Prod Liability
                          USDC No. 2:16-MD-2740
                          USDC No. 2:16-CV-15283

Enclosed is an order entered in this case.

The court has considered the unopposed motion of appellee Sanofi-Aventis, U.S., L.L.C., Sanofi U.S. Services, Incorporated to view non-public and/or sealed material in the record on appeal.  Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Sanofi-Aventis, U.S., L.L.C., Sanofi U.S. Services, Incorporated may obtain all ex parte documents *filed on behalf of* Sanofi-Aventis, U.S., L.L.C., Sanofi U.S. Services, Incorporated, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY.  The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Mary Stewart
Mary C. Stewart, Deputy Clerk
504-310-7694

Ms. Ilana H. Eisenstein
Mr. John Christopher Elliott
Ms. Rachel Horton
Ms. Carol L. Michel
Mr. Harley Ratliff
Mr. Darin L. Schanker