UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Johnson-Walker et al v. Sandoz, Inc.,*<br>Civil Action No.: 2:20-cv-02031-JTM-MBN | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO MAG. JUDGE NORTH |

## MOTION TO WITHDRAW NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, by and through undersigned counsel, hereby respectfully move this Court for an order withdrawing the Notice of Voluntary Dismissal (Doc. 10830) filed July 22, 2020 in the above styled action. Defendant informed Plaintiffs that the Voluntary Dismissal was not in compliance with PTO 87. Therefore, the Notice of Voluntary Dismissal Without Prejudice was improperly filed.

WHEREFORE, Plaintiffs, by and through undersigned counsel, respectfully request that this Court enter the attached order withdrawing the Notice of Voluntary Dismissal Without Prejudice.

DATED: July 27, 2020

Respectfully Submitted,

/s/ Matthew R. McCarley
Matthew R. McCarley
Texas Bar No. 24041426
FEARS NACHAWATI, PLLC
5473 Blair Rd
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
Email: mccarley@fnlawfirm.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 27, 2020                                    /s/ Matthew R. McCarley  
                                                                Matthew R. McCarley