UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Johnson-Walker et al v. Sandoz, Inc.,*<br>Civil Action No.: 2:20-cv-02031-JTM-MBN | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO MAG. JUDGE NORTH |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Upon consideration of Plaintiffs' Motion to Withdraw the Notice of Voluntary Dismissal Without Prejudice (Doc. 10830), and this Court being fully advised,

It is hereby ORDERED that the Motion is GRANTED and the Notice of Voluntary Dismissal Without Prejudice is withdrawn.

Signed this _____ of _____, 2020.

                                                              Honorable Jane Triche Milazzo
                                                              U.S. District Court Judge