UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Cynthia Jimerson
**Case No.:** 2:19-cv-13927

## DECLARATION

I, Edward Bertram, have attempted to reach my client, Cynthia Jimerson on the following dates: 12/9/2019; 12/13/2019; 2/10/2020; 2/11/2020; 4/24/2020; 6/1/2020; 6/22/2020; 7/16/2020 by (check all that apply)  _x_  telephone,  _x_  e-mail, ____ text message, ____ social media, _x_  U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: July 27, 2020         Respectfully submitted,
                             **BARON & BUDD, P.C.**

                             By: */s/ Edward Bertram*
                             Edward Bertram
                             TX Bar No. 24101510
                             3102 Oak Lawn Avenue, Suite 1100
                             Dallas, Texas 75219
                             Tel.: (214) 521-3605
                             Fax: (214) 520-1181
                             Email: ebertram@baronbudd.com

                             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 27th day of July, 2020, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

                                                /s/ *Edward Bertram*
                                                Edward Bertram