UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Mae Richardson
**Case No.:** 2:19-cv-13933

## DECLARATION

I, Edward Bertram, have attempted to reach my client, Mae Richardson on the following dates: 6/14/20; 5/19/2020; 5/26/2020; 6/1/2020; 6/10/2020; 6/16/2020; 6/24/2020; 7/8/2020; 7/16/2020; by (check all that apply) __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: July 27, 2020           Respectfully submitted,
                                                 **BARON & BUDD, P.C.**

                                                 By: */s/ Edward Bertram*
                                                 Edward Bertram
                                                 TX Bar No. 24101510
                                                 3102 Oak Lawn Avenue, Suite 1100
                                                 Dallas, Texas 75219
                                                 Tel.: (214) 521-3605
                                                 Fax: (214) 520-1181
                                                 Email: ebertram@baronbudd.com

                                                 *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 27th day of July, 2020, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ *Edward Bertram*
                                            Edward Bertram