UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Crayton v. sanofi-aventis U.S., LLC, et al*, 17-05923 | |

## CONSENT MOTION TO EXTEND SUBMISSION DATE

NOW INTO COURT comes Plaintiff, who respectfully moves to extend the submission date on Sanofi's Motion for Summary Judgement on the Claims of Plaintiff Sheila Crayton (R. Doc. 10821) to August 19, 2020. The current submission date for this motion is August 5, 2020. R. Doc. 10821-13. Counsel for Sanofi does not oppose this request.

WHEREFORE, Plaintiff respectfully prays that this Court grant the instant Motion to Extend Submission Date and enter the attached proposed order continuing the submission date from August 5, 2020 to August 19, 2020.

Dated: July 27, 2020

Respectfully submitted,

*/s/ Richard Root*
Richard Root (LA Bar 19988)
Betsy Barnes (LA Bar 19473)
John Enochs (La Bar 22774)
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130
Telephone: 504-525-8000
Facsimile: 833-277-4214
rroot@morrisbart.com

*Counsel for Plaintiff, Cynthia Thibodeaux*

FOR THE PLAINTIFFS' STEERING COMMITTEE

1

<div style="display: flex;">

<div>

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

</div>

<div>

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT