UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Crayton v. sanofi-aventis U.S., LLC, et al,* 17-05923 | |

## ORDER

Considering the foregoing Consent Motion to Extend Submission Date,

**IT IS HEREBY ORDERED**, that the submission date on Sanofi's Motion for Summary Judgement on the Claims of Plaintiff Sheila Crayton (R. Doc. 10821) is hereby extended and reset to August 19, 2020.

New Orleans, Louisiana, this __ day of _____, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**