**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                          SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Jacqueline Lee
Case No.: 2:19-cv-14531

<u>STATEMENT OF PLAINTIFF'S COUNSEL</u>

I represent Jacqueline Lee whose case is on a Notice of Non-Compliance to be heard by the Court on August 5, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 28, 2020                          /s/ *Jason S. Long*
                                              **FEARS NACHAWATI, PLLC**
                                              Jason S. Long #24098012
                                              5473 Blair Road
                                              Dallas, Texas 75231
                                              Telephone: (214) 890-0711
                                              Fax: (214) 890-0712
                                              jlong@fnlawfirm.com
                                              Counsel for plaintiff