UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>*Janice Infusino, et al.*,<br>Case No. 17-10313 | |

### SPECIAL APPEARANCE OF ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC., IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Pursuant to Pretrial Order No. 37A (Doc. 1682), Actavis LLC f/k/a Actavis Inc. ("Actavis LLC"), and Actavis Pharma, Inc. ("Actavis Pharma"), hereby enter their Special Appearance to oppose *Plaintiff's Motion for Leave to File Amended Short Form Complaint* (Doc. 10814) in the above-captioned case. Plaintiff's motion should be denied because: (1) plaintiff has made no argument justifying grounds for relief under F.R.C.P. 60(b)(6) to rename Actavis Pharma and Actavis LLC as defendants; and (2) the doctrine of laches is a bar to plaintiff's proposed amended Short Form Complaint (Doc. 10814-1).

Dated: July 28, 2020.

                                              Respectfully submitted,

                                              /s/ Michael J. Suffern
                                              Michael J. Suffern
                                              Jennifer Snyder Heis
                                              ULMER & BERNE LLP
                                              600 Vine Street, Suite 2800
                                              Cincinnati, OH 45202
                                              Telephone: (513) 698-5064
                                              Facsimile: (513) 698-5065
                                              msuffern@ulmer.com
                                              jheis@ulmer.com

*Attorney for Defendants
Actavis LLC f/k/a Actavis,
Inc., and Actavis Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Michael J. Suffern