# EXHIBIT 1

# Heis, Jennifer

| | |
|---|---|
| **From:** | Heis, Jennifer |
| **Sent:** | Tuesday, May 19, 2020 4:40 PM |
| **To:** | 'Nate Buttars' |
| **Cc:** | Suffern, Michael; McIntosh, Tom; Aaron Stringer |
| **Subject:** | RE: Infusino Reply and Motion to Withdraw; Simmons Reply |

Hi Nate,

Yes, Actavis LLC and Actavis Pharma, Inc. will make a special appearance to oppose your motion to amend to add them to Infusino. Again, when you file your motion, we would appreciate getting a courtesy copy.

Best regards,
Jeni

------
Jennifer Snyder Heis
Ulmer & Berne LLP
p 513.698.5058
c 513.314.9227

**From:** Nate Buttars <nate@lowelawgroup.com>
**Sent:** Monday, May 18, 2020 1:37 PM
**To:** Heis, Jennifer <jheis@ulmer.com>
**Cc:** Suffern, Michael <msuffern@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; Aaron Stringer <aaron@lowelawgroup.com>
**Subject:** RE: Infusino Reply and Motion to Withdraw; Simmons Reply

Hi Jeni,

Following up on this question re: Infusino.

Thanks,
Nate


**Nathan Buttars, Attorney**



6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
phone: 385-298-0175
fax: 801-656-0997
nate@lowelawgroup.com
www.lowelawgroup.com

This electronic communication does not create nor does it constitute an attorney-client relationship.
Confidentiality Notice: This message (and any attachments) is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy of disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or

recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
--This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521.

**From:** Heis, Jennifer <jheis@ulmer.com>
**Sent:** Thursday, April 30, 2020 4:15 PM
**To:** Nate Buttars <nate@lowelawgroup.com>
**Cc:** Suffern, Michael <msuffern@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; Aaron Stringer <aaron@lowelawgroup.com>
**Subject:** RE: Infusino Reply and Motion to Withdraw; Simmons Reply

Hi Nate,
We are considering this and will get back to you as soon as we can.
Thanks.
Jeni

------
Jennifer Snyder Heis
Ulmer & Berne LLP
p 513.698.5058
c 513.314.9227

**From:** Nate Buttars <nate@lowelawgroup.com>
**Sent:** Thursday, April 30, 2020 12:28 PM
**To:** Heis, Jennifer <jheis@ulmer.com>
**Cc:** Suffern, Michael <msuffern@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; Aaron Stringer <aaron@lowelawgroup.com>
**Subject:** RE: Infusino Reply and Motion to Withdraw; Simmons Reply

Hi Jeni,

Just following up on my question from 4/27 below.

Thanks!
Nate


**Nathan Buttars, Attorney**



6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
phone: 385-298-0175
fax: 801-656-0997
nate@lowelawgroup.com
www.lowelawgroup.com

This electronic communication does not create nor does it constitute an attorney-client relationship.
Confidentiality Notice:  This message (and any attachments) is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy of disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
--This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521.

**From:** Nate Buttars
**Sent:** Monday, April 27, 2020 10:58 AM
**To:** Heis, Jennifer <jheis@ulmer.com>
**Cc:** Suffern, Michael <msuffern@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; Aaron Stringer <aaron@lowelawgroup.com>
**Subject:** RE: Infusino Reply and Motion to Withdraw; Simmons Reply

Hi Jeni,

Just to be clear, does Actavis still plan on opposing the Motion for Leave to Amend the SFC to add Actavis in the *Infusino* case?

Thank you,
Nate


**Nathan Buttars, Attorney**



6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
phone: 385-298-0175
fax: 801-656-0997
nate@lowelawgroup.com
www.lowelawgroup.com

This electronic communication does not create nor does it constitute an attorney-client relationship.
Confidentiality Notice:  This message (and any attachments) is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy of disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
--This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521.


**From:** Heis, Jennifer <jheis@ulmer.com>
**Sent:** Friday, April 24, 2020 3:48 PM
**To:** Nate Buttars <nate@lowelawgroup.com>
**Cc:** Suffern, Michael <msuffern@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; Aaron Stringer <aaron@lowelawgroup.com>
**Subject:** RE: Infusino Reply and Motion to Withdraw; Simmons Reply

Hi Nate,

Please take out the reservation of rights language ("with the understanding and agreement that Sagent and Actavis reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit").  Since this is just consent to the reply, not the substantive motion itself, we don't need that here.  With that change, we consent to the motion for leave to file a reply.

I am not sure whether you need to file a motion to withdraw the previously filed reply.  That might be a question for the clerk.

Thanks, and have a good weekend.
Jeni

------
Jennifer Snyder Heis
Ulmer & Berne LLP
p 513.698.5058
c 513.314.9227

**From:** Nate Buttars <nate@lowelawgroup.com>
**Sent:** Friday, April 24, 2020 4:30 PM
**To:** Heis, Jennifer <jheis@ulmer.com>
**Cc:** Suffern, Michael <msuffern@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; Aaron Stringer <aaron@lowelawgroup.com>
**Subject:** RE: Infusino Reply and Motion to Withdraw; Simmons Reply

Hi Jeni,

You're correct—the refiled motion for Infusino would no longer seek to add Sagent. We'll get the motion to withdraw filed shortly.

On Simmons, attached is the consent motion to file a reply. Please review and let me know. Do you think it is necessary to file a motion to withdraw the previous reply?

Thank you,
Nate


**Nathan Buttars, Attorney**



6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
phone: 385-298-0175
fax: 801-656-0997
nate@lowelawgroup.com
www.lowelawgroup.com

This electronic communication does not create nor does it constitute an attorney-client relationship.
Confidentiality Notice: This message (and any attachments) is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy of disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
--This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521.


**From:** Heis, Jennifer <jheis@ulmer.com>
**Sent:** Friday, April 24, 2020 10:04 AM
**To:** Nate Buttars <nate@lowelawgroup.com>
**Cc:** Suffern, Michael <msuffern@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; Aaron Stringer <aaron@lowelawgroup.com>
**Subject:** RE: Infusino Reply and Motion to Withdraw; Simmons Reply

Nate,

We would consent to a motion to withdraw the entire motion in Infusino so that you can refile.  Am I correct that the refiled motion to amend the complaint would no longer seek to add Sagent?

With regard to Simmons, perhaps the easiest thing to do is for you to file a consent motion to file a reply, and then attach the reply you previously filed.  We would like to review the consent motion, but we'd likely agree it can be filed by consent.

Thanks.
Jeni


------
Jennifer Snyder Heis
Ulmer & Berne LLP
p 513.698.5058
c 513.314.9227

**From:** Nate Buttars <nate@lowelawgroup.com>
**Sent:** Thursday, April 23, 2020 10:40 AM
**To:** Heis, Jennifer <jheis@ulmer.com>
**Cc:** Suffern, Michael <msuffern@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>; Aaron Stringer <aaron@lowelawgroup.com>
**Subject:** RE: Infusino Reply and Motion to Withdraw; Simmons Reply

Good morning Jeni,

Would you consent to a motion to withdraw the entire motion in each case so that we can then refile?  If so, what do you need from our end?

Thank you,
Nate


Nathan Buttars, Attorney



6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
phone: 385-298-0175
fax: 801-656-0997
nate@lowelawgroup.com
www.lowelawgroup.com

This electronic communication does not create nor does it constitute an attorney-client relationship.
Confidentiality Notice:  This message (and any attachments) is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy of disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
--This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521.


**From:** Heis, Jennifer <jheis@ulmer.com>
**Sent:** Tuesday, April 21, 2020 3:00 PM

**To:** Nate Buttars <nate@lowelawgroup.com>
**Cc:** Suffern, Michael <msuffern@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>
**Subject:** Infusino Reply and Motion to Withdraw; Simmons Reply

Nate,

I am in receipt of your replies in Infusino and Simmons.  Replies are not permitted without leave of court.  While we typically would consent to a motion to file a reply, you still would need to file an ex parte consent motion to be permitted a reply.

More concerning to us is your "Motion to Withdraw" that was submitted in Infusino yesterday, with a submission date of today.  That is contrary to local rule 7.2, which requires all motions to be filed no later than 15 days prior to their submission date.   Your improper filing of the Motion to Withdraw in Infusino leaves Defendants with no time to respond.

In light of the submission date, some sort of immediate action should be taken to correct the situation, so that the Court does not think your Motion to Withdraw is ripe for decision. Please let me know how you propose correcting this issue.

Thank you.
Jeni

**Jennifer Snyder Heis**



DIRECT:  513.698.5058
DIRECT FAX:  513.698.5059
MOBILE:  513.314.9227
jheis@ulmer.com  |  bio  |  vcard

**Ulmer & Berne LLP**
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
MAIN:  513.698.5000
Ulmer.com





ULMER & BERNE LLP - CONFIDENTIAL COMMUNICATION

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 216.583.7000 or by reply email to the sender. Please delete this email and its attachments from your system and do not retain any copies. You will be reimbursed for reasonable costs incurred in notifying us.