# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S MOTION TO VACATE NOTICE OF VOLUNTARY DISMISSAL WITH RESPECT TO SANDOZ INC.**<br><br>**Civil Action No.: 2:18-cv-13008** |
| **THIS DOCUMENT RELATES TO:**<br><br>Rita Gann v. SANOFI-AVENTIS U.S. LLC, et al. | |

Plaintiff, Rita Gann, by and through the undersigned Counsel of Record pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* hereby files this Motion to Vacate the Notice of Partial Dismissal, Document No. 8566, with respect to Sandoz Inc.  Plaintiff is seeking relief from the dismissal of claims with respect to Sandoz Inc., pursuant to Federal Rule of Civil Procedure 60(b)(6), as there is newly discovered information certified by the treating medical facility.  At the time of the voluntary dismissal, Plaintiff's treating medical facility had provided information pertaining to the National Drug Code for the Taxotere/Docetaxel chemotherapy received by Plaintiff, which has now been discovered as erroneous.  The Chief Legal Officer for Plaintiff's treating facility, North Mississippi Medical Center, has now provided certified corrected information identifying Sandoz Inc. as the manufacturer of the Taxotere/Docetaxel given to Plaintiff.  This has been uploaded in Centrality as Document No. 487497.

Plaintiff seeks to vacate the notice of voluntary dismissal with respect to Sandoz Inc. and reinstate Sandoz Inc. as the correct Defendant in this action.

Dated this 28th day of July 2020

**PULASKI KHERKHER, PLLC**

*/s/ Leslie LaMacchia*

Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 28, 2020                    */s/ Leslie LaMacchia*_____