# Exhibit A

**Paragraph 12 Proposed Amendments**

| Case | Doc | ¶ 12 - Original | 12 - Revised | Objection |
|---|---|---|---|---|
| **Brown, Cynthia** | 10668-3 | Permanent/persistent hair loss and diffuse thinning of hair. | Permanent, irreversible, and disfiguring alopecia beginning sometime after treatment with Taxotere (docetaxel) and continuing to present. | Conflict with PTO 105 and Court's Orders (Rec Docs. 8702, 8703, 10465) |
| **Burks, Sandra** | 10668-4 | Severe and personal injuries that are permanent and lasting in nature including and economic and non-economic damages harms and losses, including, but not limited to: past and future medical expenses; psychological counseling and therapy expenses; past and future loss of earnings; past and future loss and impairment of earning capacity, permanent disfigurement, including permanent alopecia; mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; and past, present and future loss and impairment of the quality and enjoyment of life. | Before Plaintiff was treated with Taxotere, her physician gave her a booklet that explained her hair would re-grow after chemotherapy but that it may come back a different color or texture. She was continually re-assured her hair would return. Following chemotherapy, Plaintiff's hair did not fully return. Plaintiff continued believing her hair would grow back, as her internet searches did not reveal why her hair was not returning. | Conflict with PTO 105 and Court's Orders (Rec Docs. 8702, 8703, 10465) |
| **Durden, Angela** | 10668-5 | Severe and personal injuries that are permanent and lasting in nature including and economic and non-economic damages harms and losses, | Before Plaintiff was treated with Taxotere, her physician gave her a booklet that explained her hair would re-grow after chemotherapy was over | Conflict with PTO 105 and Court's Orders (Rec Docs. 8702, 8703, 10465) |

| | | | | |
|---|---|---|---|---|
| | | including, but not limited to: past and future medical expenses; psychological counseling and therapy expenses; past and future loss of earnings; past and future loss and impairment of earning capacity, permanent disfigurement, including permanent alopecia; mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; and past, present and future loss and impairment of the quality and enjoyment of life. | but that it may come back a different color or texture. She was continually re-assured her hair would return. Following chemotherapy, Plaintiff's hair did not fully return. Plaintiff continued believing her hair would grow back. She still has bald spots. | |
| Greer, Juanita | 10668-6 | Permanent hair Loss approximately 6 months after discontinued use of docetaxel to present. | Permanent hair loss after discontinued use of docetaxel to present. | Conflict with PTO 105 and Court's Orders (Rec Docs. 8702, 8703, 10465) |
| Grines, Hattie | 10668-7 | Disfiguring permanent Alopecia beginning sometime after treatment with Taxotere (Docetaxel) and continuing to present | Disfiguring permanent Alopecia beginning sometime after treatment with Taxotere (Docetaxel) and continuing to present | None |
| Kumar, Mildred | 10603-1 | Disfiguring permanent Alopecia beginning sometime after treatment with Taxotere (Docetaxel) and continuing to the present | Disfiguring permanent Alopecia still present. | Conflict with PTO 105 and Court's Orders (Rec Docs. 8702, 8703, 10465) |
| Moore, Minnie | 10668-8 | Severe and personal injuries that are permanent and lasting in nature including and economic and non- | Before Plaintiff was treated with Taxotere, her physician explained that her hair would come back after she | Conflict with PTO 105 and Court's Orders (Rec Docs. 8702, 8703, 10465) |

Exhibit A – Opp. to Rec. Docs. 10603 and 10668

| | | | | |
|---|---|---|---|---|
| | | economic damages harms and losses, including, but not limited to: past and future medical expenses; psychological counseling and therapy expenses; past and future loss of earnings; past and future loss and impairment of earning capacity, permanent disfigurement, including permanent alopecia; mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; and past, present and future loss and impairment of the quality and enjoyment of life. | <span style="color:red">finished chemotherapy but that it may be a different color or texture. Following chemotherapy, Plaintiff's hair started slowly growing in patches, leaving Plaintiff with bald spots. Approximately one year after chemotherapy ended, as Plaintiff still had bald spots, she asked her oncologist, Dr. Wilkinson, when the bald spots would fill in. After speaking with her oncologist, Plaintiff continued believing her hair would grow back, but she currently still has bald spots. Plaintiff suffered severe and personal injuries that are permanent and lasting in nature.</span> | |
| **Pigott, Shirlon** | 10668-9 | Severe permanent alopecia in the scalp, eyebrows, eyelashes and overall body; <span style="color:red">severe and personal injuries</span> that are permanent and lasting in nature, including <span style="color:red">economic and</span> non-economic damages, harms and losses, including but not limited to: past and future medical expenses, <span style="color:red">psychological counseling, therapy expenses; past and future loss of earnings; past and future loss and impairement of earning capacity,</span> mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; past, | Severe permanent alopecia in the scalp, eyebrows, eyelashes and overall body; that are permanent and lasting in nature, including non-economic damages, harms and losses, including but not limited to: past and future medical expenses, mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; past, present and future loss and impairment of the quality and enjoyment of life. | Conflict with PTO 105 and Court's Orders (Rec Docs. 8702, 8703, 10465) |

| | | | | |
|---|---|---|---|---|
| | | present and future loss and impairment of the quality and enjoyment of life. | | |
| Roach, Melissa | 10668-10 | Disfiguring permanent Alopecia beginning sometime after treatment with Taxotere (Docetaxel) and continuing to present | Disfiguring permanent Alopecia beginning sometime after treatment with Taxotere (Docetaxel) and continuing to present | None |
| Smith, Cindy | 10668-11 | Permanent/persistent hair loss and diffuse thinning of hair. | Permanent, irreversible, and disfiguring alopecia beginning sometime after treatment with Taxotere (docetaxel) and continuing to present. | Conflict with PTO 105 and Court's Orders (Rec Docs. 8702, 8703, 10465) |
| Willie, Emma | 10668-12 | Permanent/persistent hair loss and diffuse thinning of hair. | Permanent, irreversible, scarring, and disfiguring alopecia beginning sometime after treatment with Taxotere (docetaxel) and continuing to present. | Conflict with PTO 105 and Court's Orders (Rec Docs. 8702, 8703, 10465) |

Exhibit A – Opp. to Rec. Docs. 10603 and 10668