# EXHIBIT E

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  TAXOTERE (DOCETAXEL)      *     MDL No. 16-2740
      PRODUCTS LIABILITY LITIGATION     *
 5                                      *     Section H
                                        *
 6    Relates to:  All Cases            *     May 7, 2020
                                        *
 7    * * * * * * * * * * * * * * * * * *
 8
 9                      ORAL ARGUMENT BEFORE
                   THE HONORABLE JANE T. MILAZZO
10                  UNITED STATES DISTRICT JUDGE
11
      Appearances:
12
13    For the Plaintiffs:          Gibbs Law Group, LLP
                                   BY:  ANDRE M. MURA, ESQ.
14                                 6701 Center Drive West, Suite 1400
                                   Los Angeles, California 90045
15
16    For the Sanofi               Shook Hardy & Bacon, LLP
      Defendants:                  BY:  HARLEY V. RATLIFF, ESQ.
17                                      JON STRONGMAN, ESQ.
                                   2555 Grand Boulevard
18                                 Kansas City, Missouri 64108
19
      Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
20                                 500 Poydras Street, Room B-275
                                   New Orleans, Louisiana 70130
21                                 (504) 589-7778
22
23
24    Video conference proceedings recorded by mechanical stenography
      using computer-aided transcription software.
25
```

10:18    1  entirety of this motion for summary judgment, in which Sanofi
         2  advances no evidence in support -- they are simply predicating
         3  their motion for summary judgment on a statement in
         4  Dr. Kessler's report where he was asked to opine for bellwether
         5  plaintiffs who had been injured after the time period we are
         6  discussing.  He said very clearly in his report -- and I did
         7  not hear Mr. Strongman address it, but he said in his report,
         8  "I reserve the right to study the periods before 2006 and after
         9  2015."  He did not opine on those periods because he wasn't
        10  asked to opine on those periods.
        11          **THE COURT:**  Mr. Mura, we have talked about these
        12  motions being filed for months.  Dr. Kessler has been working
        13  with the plaintiffs for at least four years in moving this
        14  litigation along.  Are you telling me that he could not have
        15  looked at this and given you an affidavit that the Court can
        16  rely on?
        17          **MR. MURA:**  We could have a process where the pre-2007
        18  plaintiffs have an opportunity to hire an expert -- it might
        19  not be Dr. Kessler, it could be Dr. Kessler -- where they have
        20  an opportunity to develop that evidence and present it and then
        21  Sanofi could attack it, but what Sanofi has done -- and,
        22  frankly, the fence post motion that we were anticipating was as
        23  to a specific plaintiff, and yet they filed this omnibus motion
        24  solely based on the Sedlacek report in 2006 saying there is no
        25  evidence in the record, in the entire MDL, that the company