# EXHIBIT F

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. 2020-02602   DIVISION " C "   DOCKET 11

## CITY OF NEW ORLEANS

FILED: _____   _____
                                    **DEPUTY CLERK**

## MAYORAL PROCLAMATION TO PROMULGATE EMERGENCY ORDERS DURING THE STATE OF EMERGENCY DUE TO COVID-19

**WHEREAS,** the United States has confirmed cases of individuals who have a severe acute respiratory disease ("COVID-19") caused by a novel coronavirus ("the virus") first detected in Wuhan, Hubei Province, People's Republic of China, which was first reported on December 31, 2019; and

**WHEREAS,** as of March 15, 2020, the World Health Organization ("WHO") has reported more than 153,000 confirmed cases of COVID-19 in 143 countries, and 5,735 deaths from the virus, with the number of confirmed cases escalating dramatically over a short period of time; and

**WHEREAS,** on March 11, 2020, the WHO declared the COVID-19 outbreak a pandemic; on January 31, 2020, the U.S. Department of Health and Human Services declared a Public Health Emergency for the United States; on March 11, 2020, Governor John Bel Edwards declared a state of emergency for the State of Louisiana; and on March 11, 2020, I declared a state of emergency in the City of New Orleans due to COVID-19; and

**WHEREAS,** the Centers for Disease Control and Prevention ("CDC") has determined that the virus presents a serious public health threat, requiring coordination among state and local health departments to ensure readiness for potential health threats associated with the virus; and

**WHEREAS,** the New Orleans Health Department, the Louisiana Department of Health, and other City partners have been working successfully and diligently to implement CDC guidelines and assist with the ongoing and developing threat of COVID-19; and

1

**WHEREAS,** on March 9, 2020, the first presumptive positive case of COVID-19 was announced in the State of Louisiana, in a hospital in the City of New Orleans; and

**WHEREAS,** as of March 15, 2020, there were 103 presumptive positive cases of COVID-19 in the State of Louisiana, 75 of which are in the City of New Orleans; and

**WHEREAS,** as of March 15, 2020, two cases of COVID-19 in the State of Louisiana and City of New Orleans have resulted in patient deaths; and

**WHEREAS,** there is reason to believe that COVID-19 may be spread amongst the population by various means of exposure, including the propensity to spread person to person and the propensity to attach to surfaces for prolonged periods of time, thereby spreading from surface to person and causing property loss and damage in certain circumstances; and

**WHEREAS,** the direct and definite public health and safety threats of COVID-19, and the related threats to the health, safety, and welfare of the residents of the City of New Orleans, are now imminent and emergency action must be taken to mitigate the effects of COVID-19, prevent further deaths and injuries of persons, and preserve the lives and property of the people of the City of New Orleans; and

**WHEREAS,** the Louisiana Homeland Security and Emergency Assistance and Disaster Act, La. R.S. 29:721, *et seq.*, confers upon the Mayor of the City of New Orleans emergency powers to deal with emergencies and disasters, including those resulting from terrorist events, enemy attack, sabotage, or other hostile action, or from fire, flood, earthquake, or other natural or manmade causes, in order to ensure that preparations of this City will be adequate to deal with such emergencies or disasters, and in order to detect, prevent, prepare for, investigate, respond to, or recover from these events, and to preserve the lives and property of the people of the City of New Orleans; and

**WHEREAS,** La. R.S. 29:727(F) authorizes the Mayor to "control ingress and egress to and from the affected area, the movement of persons within the area, and the occupancy of premises therein", and to "suspend or limit the sale, dispensing, or transportation of alcoholic beverages . . ."; and

**WHEREAS,** the Centers for Disease Control and Prevention have provided mitigation strategies and guidance that communities with substantial COVID-19 community transmission should cancel gatherings of any size; and

**WHEREAS,** all residents of and visitors to Orleans Parish should take personal responsibility to prevent the further spread of COVID-19, including but not limited to, avoiding gatherings and practicing social distancing; and

**WHEREAS,** all businesses, colleges, and universities should scale down operations to prevent the further spread of COVID-19;

**NOW THEREFORE, I, LATOYA CANTRELL,** Mayor and Chief Executive Officer of the City of New Orleans and the Parish of Orleans, by virtue of the authority vested in me as the Mayor of the City of New Orleans by the Constitution and laws of the State of Louisiana and the Home Rule Charter and laws of the City of New Orleans, do hereby promulgate and issue the following orders, which shall be effective March 17, 2020, commencing at 6:00 a.m. and remain in effect until 6:00 a.m. on April 16, 2020, pursuant to La. R.S. 29:727 and my Mayoral Proclamation of a State of Emergency due to COVID-19 dated March 11, 2020.

1. All public and private gatherings shall be canceled or prohibited in non-emergency situations and where possible. In limited circumstances, personal gatherings should be limited to the number of persons in a reasonable household size. This shall not apply to healthcare facilities, pharmacies, grocery stores, corner stores, banks, gas stations, and other essential service providers. Loitering outside of any of these essential service providers shall be prohibited.

2. Bars, Health Clubs (e.g. gyms and fitness centers), Shopping Centers configured as malls (but not strip centers), Live Performance Venues, Reception Facilities, and other establishments where large gatherings routinely occur and/or where the risk of possible COVID-19 spread exists, shall cease operations.

3. Restaurants, as defined in the Comprehensive Zoning Ordinance, shall limit their operations to take out and delivery only, including the sale of alcohol in accordance with City and State issued permits.

The City Attorney is directed to file this proclamation promptly in the office of the Clerk of Court.

**WITNESS** my hand in New Orleans, Louisiana this 16th day of March, 2020.

LATOYA CANTRELL, MAYOR

4