**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                   **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Maria Saunders**
**Case No.: 2:18-cv-13131**

<u>**STATEMENT OF PLAINTIFF'S COUNSEL**</u>

I represent Maria Saunders whose case is on a Notice of Non-Compliance to be heard by the Court on August 5, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated:  July 29, 2020                        <u>/s/ *Jason S. Long*</u>
                                             **FEARS NACHAWATI, PLLC**
                                             Jason S. Long #24098012
                                             5473 Blair Road
                                             Dallas, Texas 75231
                                             Telephone: (214) 890-0711
                                             Fax: (214) 890-0712
                                             jlong@fnlawfirm.com
                                             Counsel for plaintiff