UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

### PRETRIAL ORDER NO. 107A

**IT IS ORDERED** that the general status conference set for August 5, 2020, will now begin at **11:30 a.m.** The conference will be preceded by a meeting with liaison and lead counsel at **10:30 a.m.**

The show cause hearing remains set for **1:00 p.m.**

New Orleans, Louisiana, this 29th day of July, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE