UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Cases listed in Rec. Doc. 8977-3.

## ORDER

Considering the *Ex Parte* Motion For Leave To File Exhibits A, B, C, D and G to their Opposition to Plaintiffs' Motion for Reconsideration Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A (Rec. Doc. 10862-1), B (Rec. Doc. 10862-2), C (Rec. Doc. 10862-3), D (Rec. Doc. 10862-4), and G (Rec. Doc. 10862-7) under seal.

New Orleans, Louisiana, this 29th day of July, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE