UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Smith et al v. Sanofi US Services Inc. et al,*<br>Civil Action No.: 2:20-cv-01997-JTM-MBN | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO MAG. JUDGE NORTH |

## ORDER

Upon consideration of Plaintiffs' Motion to Withdraw the Notice of Voluntary Dismissal Without Prejudice (Doc. 10829);

**IT IS ORDERED** that the Motion is **GRANTED,** and the Notice of Voluntary Dismissal Without Prejudice is withdrawn.

New Orleans, Louisiana, this 29th day of July, 2020.

Honorable Jane Triche Milazzo
U.S. District Court Judge