UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE KURT D. ENGELHARDT <br><br> MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Karen Chingman <br> Civil Action No. 2:19-CV-13931 | | |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☒ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated: July 29, 2020

Respectfully submitted,
**BARON & BUDD, P.C.**

By: */s/ Edward Bertram*
Edward Bertram
TX Bar No. 24101510
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605
Fax: (214) 520-1181
Email: ebertram@baronbudd.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of July, 2020, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Edward Bertram*
Edward Bertram