UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Johnson-Walker et al v. Sandoz, Inc.*,<br>Civil Action No.: 2:20-cv-02031-JTM-MBN | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO MAG. JUDGE NORTH |

## ORDER

Upon consideration of Plaintiffs' Motion to Withdraw the Notice of Voluntary Dismissal Without Prejudice (Doc. 10830);

**IT IS ORDERED** that the Motion is **GRANTED,** and the Notice of Voluntary Dismissal Without Prejudice is withdrawn.

New Orleans, Louisiana, this 29th day of July, 2020.

_____
Honorable Jane Triche Milazzo
U.S. District Court Judge