UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes* Case No. 2:17-cv-11769 | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Mollie B. Benedict of the law firm of Tucker Ellis LLP as counsel for Defendant Accord Healthcare, Inc. in the above-captioned matter.

Dated: July 30, 2020

Respectfully Submitted,

*/s/ Mollie F. Benedict*
Mollie F. Benedict (CA State Bar 187084)
TUCKER ELLIS LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409
Email: mollie.benedict@tuckerellis.com

*Attorney for Defendant Accord Healthcare, Inc.*

4797507.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2020, a true and correct copy of foregoing Notice of Appearance filed with the court via ECF and is deemed served on all counsel of record.

/s/ *Mollie F. Benedict*
Mollie F. Benedict

4797507.1