UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Shellie Sider_____
**Case No.:** _____2:18-cv-07149_____

### DECLARATION

I, _____Steven D. Davis_____, have attempted to reach my client, __Shellie Sider_ on the following dates: __1/13/20, 2/10/20, 2/26/20, 3/5/20, 3/17/20, 4/23/20, 5/11/20, _6/12/20, 7/2/20, & 7/23/20._

by (check all that apply) __X__ telephone, _X___ e-mail, ____ text message, ____ social media, _X__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Steven D. Davis*

Steven D. Davis
TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com