UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes* **Case No.  2:17-cv-11769** | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Madeline B. Dennis of the law firm of Tucker Ellis LLP as counsel for Defendant Accord Healthcare, Inc. in the above-captioned matter.

Dated:  July 31, 2020           Respectfully Submitted,

*/s/ Madeline B. Dennis*
Madeline B. Dennis (OH State Bar 0092353)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:     216.592.5009
Email:          madeline.dennis@tuckerellis.com

*Attorney for Defendant Accord Healthcare, Inc.*

4532686.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, a true and correct copy of foregoing Notice of Appearance filed with the court via ECF and is deemed served on all counsel of record.

/s/ *Madeline B. Dennis*
Madeline B. Dennis

4532686.1