# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Karla Foushee v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:19-cv-13836* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) |
| | ) MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting James Foushee on behalf of his deceased wife, Karla Foushee, for the following reasons:

1. On November 25, 2019, Karla Foushee filed a Complaint in the above referenced matter.

2. On March 12, 2020, Karla Foushee passed away.

3. Plaintiff's husband, James Foushee, notified Plaintiff's counsel of his wife's passing and his interest in continuing this lawsuit on her behalf.

4. James Foushee is in the process of being appointed as Representative of the Estate of Karla Foushee.

5. Notice of Karla Foushee's death was submitted to this Honorable Court on May 27, 2020 (See Exhibit A).

6. The decedent's husband, James Foushee, is the Proper Party Plaintiff and wishes to be substituted on behalf of Karla Foushee in this case.

Wherefore, movant prays for said substitution.

Dated: July 31, 2020

        Respectfully submitted,

        */s/ Leslie LaMacchia*
        Leslie LaMacchia, Esq.
        Adam Pulaski, Esq.
        PULASKI KHERKHER, PLLC
        2925 Richmond Avenue, Suite 1725
        Houston, TX 77098
        (713) 664-4555 Phone
        (713) 664-7543 Fax
        llamacchia@pulaskilawfirm.com
        adam@pulaskilawfirm.com

        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2020, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

        */s/ Leslie LaMacchia*
        Leslie LaMacchia, Esq.