UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Karla Foushee v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:19-cv-13836* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) |
| _____ | ) MAG. JUDGE MICHAEL NORTH |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Jane Triche Milazzo.

Dated: July 31, 2020

                                          Respectfully submitted,

                                          */s/ Leslie LaMacchia*
                                          Leslie LaMacchia, Esq.
                                          Adam Pulaski, Esq.
                                          PULASKI KHERKHER, PLLC
                                          2925 Richmond Avenue, Suite 1725
                                          Houston, TX 77098
                                          (713) 664-4555 Phone
                                          (713) 664-7543 Fax
                                          llamacchia@pulaskilawfirm.com
                                          adam@pulaskilawfirm.com

                                          *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this July 31, 2020, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ *Leslie LaMacchia*
Leslie LaMacchia, Esq.