UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Ruth Hargraves v. Hospira, Inc., et al.;* *Case No. 2:17-cv-15354* | ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
|  | ) | MAG. JUDGE MICHAEL NORTH |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting John Hargraves on behalf of his deceased wife, Ruth Hargraves, for the following reasons:

1. On December 7, 2017, Plaintiff Ruth Hargraves filed a Complaint in the above referenced matter.

2. On May 20, 2018, Ruth Hargraves passed away.

3. Plaintiff's husband, John Hargraves, notified Plaintiff's counsel of his wife's passing and his interest in continuing this lawsuit on her behalf.

4. John Hargraves was appointed as Administrator of the Estate of Ruth Hargraves, on September 27, 2018, by the County of Philadelphia in the Commonwealth of Pennsylvania.

5. Notice of Ruth Hargraves' death was submitted to this Honorable Court on June 3, 2020 (See Exhibit A).

6. The decedent's husband, John Hargraves, is the Proper Party Plaintiff and wishes to be substituted on behalf of Ruth Hargraves in this case.

Wherefore, movant prays for said substitution.

Dated: July 31, 2020

          Respectfully submitted,

          */s/ Leslie LaMacchia*
          Leslie LaMacchia, Esq.
          Adam Pulaski, Esq.
          PULASKI KHERKHER, PLLC
          2925 Richmond Avenue, Suite 1725
          Houston, TX 77098
          (713) 664-4555 Phone
          (713) 664-7543 Fax
          llamacchia@pulaskilawfirm.com
          adam@pulaskilawfirm.com

          *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2020, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

          */s/ Leslie LaMacchia*
          Leslie LaMacchia, Esq.