## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Ruth Hargraves v. Hospira, Inc., et al.;* *Case No. 2:17-cv-15354* | ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ | ) | MAG. JUDGE MICHAEL NORTH |

## **ORDER**

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that John Hargraves, on behalf of Ruth Hargraves, deceased, and the Estate of Ruth Hargraves, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2020.

_____
Hon. Jane Triche Milazzo
United States District Judge