### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 |
| **This Document Relates to:** | ) SECTION "H" (5) |
| *Heather Morse v. Sanofi-Aventis U.S. LLC,, et al.;* *Case No. 2:18-cv-13155* | ) HON. JUDGE JANE TRICHE MILAZZO<br>) MAG. JUDGE MICHAEL NORTH |

### <u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Thomas Morse on behalf of his deceased wife, Heather Morse, for the following reasons:

1. On June 4, 2018, Heather Morse passed away.

2. On December 10, 2018, a Complaint was filed on behalf of Heather Morse in the above referenced matter without any knowledge as to Heather Morse's passing.

3. After the complaint was filed, Plaintiff's husband, Thomas Morse, notified Plaintiff's counsel of his wife's passing and his interest in continuing this lawsuit on her behalf.

4. Thomas Morse is in the process of being appointed as Administrator of the Estate of Heather Morse.

5. Notice of Heather Morse' death was submitted to this Honorable Court on June 3, 2020 (See Exhibit A).

6. The decedent's husband, Thomas Morse, is the Proper Party Plaintiff and wishes to be substituted on behalf of Heather Morse in this case.

Wherefore, movant prays for said substitution.

Dated: July 31, 2020

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2020, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.