# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Heather Morse v. Sanofi-Aventis U.S. LLC,, et al.;* *Case No. 2:18-cv-13155* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) ) MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Jane Triche Milazzo.

Dated: July 31, 2020

                                            Respectfully submitted,

                                            */s/ Leslie LaMacchia*
                                            Leslie LaMacchia, Esq.
                                            Adam Pulaski, Esq.
                                            PULASKI KHERKHER, PLLC
                                            2925 Richmond Avenue, Suite 1725
                                            Houston, TX 77098
                                            (713) 664-4555 Phone
                                            (713) 664-7543 Fax
                                            llamacchia@pulaskilawfirm.com
                                            adam@pulaskilawfirm.com

                                            *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2020, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

                                                 */s/ Leslie LaMacchia*
                                                 Leslie LaMacchia, Esq.