## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Heather Morse v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:18-cv-13155* | ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ | ) ) | MAG. JUDGE MICHAEL NORTH |

## **ORDER**

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Thomas Morse, on behalf of Heather Morse, deceased, and the Estate of Heather Morse, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2020.

_____
Hon. Jane Triche Milazzo
United States District Judge