**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Rose Snell v. Sanofi-Aventis U.S. LLC,, et al.;* *Case No. 2:17-cv-16063* | ) ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| | ) ) | MAG. JUDGE MICHAEL NORTH |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Michael Snell on behalf of his deceased mother, Rose Snell, for the following reasons:

1. On December 8, 2017, Rose Snell filed a Complaint in the above referenced matter.

2. On May 7, 2018, Rose Snell passed away.

3. Plaintiff's son, Michael Snell, notified Plaintiff's counsel of his mother's passing and his interest in continuing this lawsuit on her behalf.

4. Michael Snell was named as the executor of his mother's Last Will and Testament and is in the process of being appointed as Administrator of the Estate of Rose Snell.

5. Notice of Rose Snell's death was submitted to this Honorable Court on June 3, 2020 (See Exhibit A).

6. The decedent's son, Michael Snell, is the Proper Party Plaintiff and wishes to be substituted on behalf of Rose Snell in this case.

1

Wherefore, movant prays for said substitution.

Dated: July 31, 2020

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2020, a true and correct copy of the

foregoing has been submitted to the Clerk of Court for filing and electronic service via the

Court's CCM/ECF system on all counsel of record.

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.

2