UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Rose Snell v. Sanofi-Aventis U.S. LLC,, et al.;* *Case No. 2:17-cv-16063* | ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ | ) | MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Jane Triche Milazzo.

Dated: July 31, 2020

                      Respectfully submitted,

                      */s/ Leslie LaMacchia*
                      Leslie LaMacchia, Esq.
                      Adam Pulaski, Esq.
                      PULASKI KHERKHER, PLLC
                      2925 Richmond Avenue, Suite 1725
                      Houston, TX 77098
                      (713) 664-4555 Phone
                      (713) 664-7543 Fax
                      llamacchia@pulaskilawfirm.com
                      adam@pulaskilawfirm.com

                      *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2020, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
