UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Angela White v. Sanofi-Aventis U.S. LLC,, et al.;* *Case No. 2:18-cv-13262* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) ) MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an order substituting Mae White on behalf of her deceased daughter, Angela White, for the following reasons:

1. On December 10, 2018, Angela White filed a Complaint in the above referenced matter.

2. On June 1, 2019, Angela White passed away.

3. Plaintiff's mother, Mae White, notified Plaintiff's counsel of her daughter's passing and her interest in continuing this lawsuit on her behalf.

4. Mae White is in the process of being appointed as Administrator of the Estate of Angela White.

5. Notice of Angela White' death was submitted to this Honorable Court on June 3, 2020 (See Exhibit A).

6. The decedent's mother, Mae White, is the Proper Party Plaintiff and wishes to be substituted on behalf of Angela White in this case.

1

Wherefore, movant prays for said substitution.

Dated: July 31, 2020

> Respectfully submitted,
>
> */s/ Leslie LaMacchia*
> Leslie LaMacchia, Esq.
> Adam Pulaski, Esq.
> PULASKI KHERKHER, PLLC
> 2925 Richmond Avenue, Suite 1725
> Houston, TX 77098
> (713) 664-4555 Phone
> (713) 664-7543 Fax
> llamacchia@pulaskilawfirm.com
> adam@pulaskilawfirm.com
>
> *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2020, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

> */s/ Leslie LaMacchia*
> Leslie LaMacchia, Esq.

2