UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Angela White v. Sanofi-Aventis U.S. LLC,, et al.;* *Case No. 2:18-cv-13262* | ) ) ) ) | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Jane Triche Milazzo.

Dated: July 31, 2020

                                                Respectfully submitted,

                                                */s/ Leslie LaMacchia*
                                                Leslie LaMacchia, Esq.
                                                Adam Pulaski, Esq.
                                                PULASKI KHERKHER, PLLC
                                                2925 Richmond Avenue, Suite 1725
                                                Houston, TX 77098
                                                (713) 664-4555 Phone
                                                (713) 664-7543 Fax
                                                llamacchia@pulaskilawfirm.com
                                                adam@pulaskilawfirm.com

                                                *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2020, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Leslie LaMacchia
Leslie LaMacchia, Esq.