UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2740 |
| **This Document Relates to:** ) ) | SECTION "H" (5) |
| *Angela White v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:18-cv-13262* ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | MAG. JUDGE MICHAEL NORTH |

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that Mae White, on behalf of Angela White, deceased, and the Estate of Angela White, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2020.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Hon. Jane Triche Milazzo
United States District Judge