UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO PLAINTIFF: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| JOYCE MITCHELL V. SANOFI-AVENTIS US LLP., ET AL | Civil Action No.: 2:17-cv-17400 |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Jimmie Earl Mitchell, surviving spouse of Joyce Mitchell, and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as Plaintiff in this action based on the death of June 3, 2019.

A Notice/Suggestion of Death was filed in this matter on June 3, 2020 (Doc. # 10521).

Dated: August 3, 2020

RESPECTFULLY SUBMITTED,

**Kirkendall Dwyer, LLP**

*/s/ Andrew F. Kirkendall*

Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander Dwyer
Texas Bar No. 24054271
akirkendall@kirkendalldwyer.com
adwyer@kirkendalldwyer.com
**Kirkendall Dwyer, LLP**
4343 Sigma Road, STE 200
Dallas, TX 75244
Tel: (214) 271-4027
Fax: (215) 253-0621

**Attorneys For Plaintiff**

## CERTIFICATION OF SERVICE

I hereby certify that on August 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Kirkendall Dwyer, LLP**

*/s/ Andrew F. Kirkendall*

Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander Dwyer
Texas Bar No. 24054271
akirkendall@kirkendalldwyer.com
adwyer@kirkendalldwyer.com

**Kirkendall Dwyer, LLP**
4343 Sigma Road, STE 200
Dallas, TX 75244
Tel: (214) 271-4027
Fax: (215) 253-0621

**Attorneys For Plaintiff**