UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N"(5) |
| THIS DOCUMENT RELATES TO PLAINTIFF:<br><br>JOYCE MITCHELL  V.  SANOFI-AVENTIS LLC, ET AL | JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.  2:17-cv-17400 |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Joyce Mitchell (Doc.         ).

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff Jimmie Earl Mitchell, as surviving spouse, is substituted for Plaintiff Joyce Mitchell as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 3rd day of August, 2020.

_____
**United States District Judge**