UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Ruth Copeland__
Case No.: __20-00412__

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent __Ruth Copeland__ whose case is on a Notice of Non-Compliance to be heard by the Court on __08/05/2020__. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: __July 31__, 2020　　　　　　　　　　　__/s/ Keith L. Altman__
　　　　　　　　　　　　　　　　　　　　　　　KEITH L. ALTMAN
　　　　　　　　　　　　　　　　　　　　　　　EXCOLO LAW PLLC
　　　　　　　　　　　　　　　　　　　　　　　26700 LAHSER ROAD STE. 401
　　　　　　　　　　　　　　　　　　　　　　　(248) 291-9705
　　　　　　　　　　　　　　　　　　　　　　　kaltman@excololaw.com