UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Lilette Hickey
**Case No.:** 20-00420

## DECLARATION

I, Keith L. Altman (Attorney's Name), have attempted to reach my client, Lilette Hickey on the following dates:

March 04, 2020, March 17th 2020 and April 10, 2020

by (check all that apply) __x__ telephone, ____ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Keith L. Altman
KEITH L. ALTMAN
EXCOLO LAW PLLC
26700 LAHSER ROAD STE. 401
SOUTHFIELD MI. 48033
(248) 291-9705
kaltman@excololaw.com