UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Sandra Cueva**
**Case No.: 2:19-cv-14440**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Sandra Cueva whose case is on a Notice of Non-Compliance to be heard by the Court on August 5, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 3, 2020

                                                    **ALLEN & NOLTE, PLLC**

                                                    /s/ Jennifer Nolte
                                                    John H. "Trey" Allen, III
                                                    trey@allennolte.com
                                                    Jennifer Nolte
                                                    jnolte@allennolte.com
                                                    5445 La Sierra Drive, Suite 350
                                                    Dallas, Texas 75231
                                                    Tel: (214) 521-2300
                                                    Fax: (214) 452-5637
                                                    *Attorneys for Plaintiff*