UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |
| ) | |

# ORDER

At the show cause hearings on May 15, 2020 and May 18, 2020, the Court granted extensions of time to certain plaintiffs to cure outstanding deficiencies. The Court has been advised that the following plaintiffs have failed to cure the identified deficiencies within the time frames set by the Court:

- Carolyn Hannah-Watson, 19-cv-14311
- Gloria Harrison, 19-cv-13001
- Karen Merritt, 19-cv-13646
- Amy Murray, 19-cv-13272
- Dianne Rogers, 19-cv-14361
- Anita Sargent, 17-cv-16971
- Shawna Stookey, 19-cv-14021
- Charisse Terry-Deas, 19-cv-14080
- Patricia Thomas, 17-cv-15306
- Sharon Toler, 19-cv-12573
- Linda Vandusen, 19-cv-12963
- Marciel Vassell, 19-cv-13959

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 3rd day of August, 2020.

                                        **HON. JANE T. MILAZZO**
                                        **UNITED STATES DISTRICT JUDGE**