UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Plaintiff Name: Renita Waters*
*Case No.: 2:19-cv-12031*

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Renita Waters whose case is on a Notice of Non-Compliance to be heard by the Court on August 5, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency has not been cured and there is no defense to the request for a dismissal.

Dated: August 4, 2020            */s/ Robin Myers Primeau*
                                 Robin Myers Primeau
                                 Murray Law Firm
                                 650 Poydras Street
                                 Suite 2150
                                 New Orleans, LA 70130
                                 (504) 525-8100
                                 rmyers@murray-lawfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: August 4, 2020						*/s/ Robin Myers Primeau*
							Robin Myers Primeau