UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                           SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Lisa Susman
**Case No.:** 2:19-cv-13923

## DECLARATION

I, Edward Bertram, have attempted to reach my client, Mae Richardson on the following dates: 8/4/2020; 8/3/2020; 7/30/2020; 7/29/2020; 7/27/2020; 7/24/2020/ 7/23/2020 7/16/2020; 6/16/2020; 6/9/2020; 4/22/2020; 4/17/2020; 4/15/2020; 4/15/2020; 4/14/2020; 4/1/2020; 3/27/2020; by (check all that apply)  _x_  telephone, _x_  e-mail, _x_  text message, ____ social media, _x_ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: August 4, 2020            Respectfully submitted,
                                       **BARON & BUDD, P.C.**

                                       By: */s/ Edward Bertram*
                                       Edward Bertram
                                       TX Bar No. 24101510
                                       3102 Oak Lawn Avenue, Suite 1100
                                       Dallas, Texas 75219
                                       Tel.: (214) 521-3605
                                       Fax: (214) 520-1181
                                       Email: ebertram@baronbudd.com

                                       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 4th day of July, 2020, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ *Edward Bertram*
                                        Edward Bertram