# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases  ) | |

## MINUTE ENTRY

On August 5, 2020, the Court held a video status conference with lead and liaison counsel. The following attorneys participated: Dawn Barrios, Palmer Lambert, Karen Menzies, Chris Coffin, Doug Moore, Harley Ratliff, Jon Strongman, Adrienne Byard, John Olinde, Mark Cheffo, Julie Callsen, Lori Cohen, Cliff Merrell, Mike Suffern, Geoff Coan, and Suzy Marinkovich. The parties updated the Court on the status of the case.

(JS-10:01:10)