MINUTE ENTRY
MILAZZO, J.
August 5, 2020

JS-10:00:15

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)            )       MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION          )
                                       )       SECTION: "H" (5)
                                       )
**This document relates to all cases**     )

## MINUTE ENTRY

On August 5, 2020, the Court held a general status conference. Participants appeared by video and telephone. The parties updated the Court on the status of the case and discussed the items set forth in Joint Report No. 20.

    Court Reporter:    Alexis Vice

    Law Clerk:    Samantha Schott

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**
