MINUTE ENTRY
MILAZZO, J.
August 5, 2020

JS-10:01:10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to all cases** | ) | |

## MINUTE ENTRY

On August 5, 2020, the Court held a show cause hearing. Participants appeared by video and telephone.

Court Reporter:     Alexis Vice

Law Clerk:          Samantha Schott

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 19-cv-14790    Maude Smith
- 19-cv-13923    Lisa Susman
- 19-cv-14192    Jeanette Dalfrey
- 19-cv-14378    Yolande Haughton

- 19-cv-14394    Anita Poverud
- 20-cv-00030    Lisa Kelzer
- 20-cv-00027    Michelle Litterio
- 17-cv-17024    Daisy Doucet