August 5, 2020
Non Compliance Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Bogner | Lisa | 2:18-cv-13378 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 7/17/2020 | 10805 |
| 2 | Chingman | Karen | 2:19-cv-13931 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Baron & Budd | 7/29/2020 | 10871 |
| 3 | Mcauliffe | Debra | 2:19-cv-13922 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Baron & Budd | 7/27/2020 | 10852 |
| 4 | Thomas | Tudie | 2:19-cv-14290 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 12/11/2019 | 8692 |