| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Blood | Lucie | 2:19-cv-14257 | No Signed/Verified PFS | Both sanofi and 505 | Fears | Nachawati | 7/13/2020 | 10775 |
| 2 | Brinkman | Dena | 2:19-cv-14260 | No Signed/Verified PFS | Both sanofi and 505 | Fears | Nachawati | 7/13/2020 | 10776 |
| 3 | Curley | Michelle | 2:19-cv-14305 | No Signed/Verified PFS | Both sanofi and 505 | Fears | Nachawati | 7/13/2020 | 10777 |
| 4 | Dunbar | Brenda | 2:18-cv-04840 | No PTO 71A | sanofi | Morris Bart, LLC | 7/23/2020 | 10844 |
| 5 | Hickey | Lilette | 2:20-cv-00420 | No Signed/Verified PFS | Both sanofi and 505 | Excolo Law PLLC | 8/3/2020 | 10886 |
| 6 | Jimerson | Cynthia | 2:19-cv-13927 | PFS Not Substantially Complete; No Authorizations; | sanofi | Baron & Budd | 7/27/2020 | 10850 |
| 7 | Massey | Jennifer | 2:19-cv-13469 | PFS Not Substantially Complete; No CMO 12A | Bachus & Schanker, LLC | sanofi | 8/4/2020 | 10891 |
| 8 | Moore | Diane | 2:20-cv-00121 | No Signed/Verified PFS | Both sanofi and 505 | Domnick Cunningham & Whalen | 7/22/2020 | 10828 |
| 9 | Richardson | Mae | 2:19-cv-13933 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Baron & Budd | 7/27/2020 | 10851 |
| 10 | Rogers | Dianne | 2:19-cv-14361 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 7/22/2020 | 10825 |
| 11 | Sider | Shellie | 2:18-cv-07149 | PFS Not Substantially Complete; No PTO 71A | sanofi | TorHoerman Law LLC | 7/30/2020 | 10875 |