Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Anderson | Minson | 2:18-cv-13452 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 7/29/2020 | 10865 |
| 2 | Barnes | Cynthia | 2:19-cv-13580 | PFS Not Substantially Complete; No Authorizations | sanofi | Johnson Law Group | 6/9/2020 | 10549 |
| 3 | Conway | Sandra | 2:20-cv-00185 | PFS Not Substantially Complete; No PTO 71A | sanofi | Scott, Vicknair, Hair & Checki, LLC | 7/20/2020 | 10812 |
| 4 | Copeland McCullum | Ruth | 2:20-cv-00412 | No Signed/Verified PFS | Both sanofi and 505 | Excolo Law PLLC | 8/3/2020 | 10885 |
| 5 | Cueva | Sandra | 2:19-cv-14440 | No Signed/Verified PFS | Both sanofi and 505 | Allen & Nolte, PLLC | 8/3/2020 | 10887 |
| 6 | DeYoung | Pam | 2:20-cv-00299 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 7/22/2020 | 10823 |
| 7 | Gunn | Hope | 2:20-cv-00284 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 3/18/2020 | 9588 |
| 8 | Hannah-Watson | Carolyn | 2:19-cv-14311 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 7/22/2020 | 10824 |
| 9 | Jarosch | Margaret | 2:19-cv-14728 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Brown & Crouppen | 6/11/2020 | 10563 |
| 10 | Knapp | Linda | 2:19-cv-14573 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 7/17/2020 | 10804 |
| 11 | Lee | Jacqueline | 2:19-cv-14531 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 7/28/2020 | 10857 |
| 12 | Motte | Hope | 2:19-cv-14318 | PFS Not Substantially Complete; No PTO 71A | sanofi | Fears \| Nachawati | 7/27/2020 | 10853 |
| 13 | Peterson | Alice | 2:19-cv-14228 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Fears \| Nachawati | 7/28/2020 | 10856 |
| 14 | Saunders | Maria | 2:18-cv-13131 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Fears \| Nachawati | 7/29/2020 | 10864 |
| 15 | Smith | Sharon | 2:18-cv-13164 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Fears \| Nachawati | 7/6/2020 | 10725 |
| 16 | Spencer | LuAnn | 2:19-cv-14062 | No Signed/Verified PFS | sanofi | Morgan and Morgan | 7/10/2020 | 10771 |
| 17 | Stafford | Taryn | 2:20-cv-00402 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 7/22/2020 | 10826 |

August 5, 2020

Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 18 | Thomas-Bailey | Vivian | 2:19-cv-14352 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 7/22/2020 | 10827 |
| 19 | Thompson | Jo Ann | 2:20-cv-00211 | PFS Not Substantially Complete; No PTO 71A; No Authorizations; No CMO 12A | 505 | Scott, Vicknair, Hair & Checki, LLC | 7/20/2020 | 10811 |
| 20 | Veress | Zita | 2:19-cv-14579 | PFS Not Substantially Complete; No PTO 71A; Authorizations - Plaintiff wrote her own name in the "To" field of the workers comp, health insurance, and disability authorizations | Both sanofi and 505 | Fears \| Nachawati | 7/28/2020 | 10858 |
| 21 | Waters | Renita | 2:19-cv-12031 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | The Murray Law Firm | 8/4/2020 | 10889 |
| 22 | Williams | Lillie | 2:19-cv-14120 | No Signed/Verified PFS | sanofi | Morgan and Morgan | 7/10/2020 | 10773 |