UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br>*Cynthia Brown*, Case No. 2:18-cv-06428<br>*Sandra Burks*, Case No. 2:18-cv-00686<br>*Angela Durden*, Case No. 2:18-cv-01544<br>*Juanita Greer*, Case No. 2:18-cv-11728<br>*Hattie Grines*, Case No. 2:16-cv-15319<br>*Mildred Kumar*, Case No. 2:17-cv-15311<br>*Minnie Moore*, Case No. 2:18-cv-12295<br>*Shirlon Pigott*, Case No. 2:18-cv-08673<br>*Melissa Roach*, Case No. 2:17-cv-07918<br>*Cindy Smith*, Case No. 2:18-cv-07702<br>*Emma Willie*, Case No. 2:18-cv-03857 | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

*EX PARTE* **MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS OF BELLWETHER POOL PLAINTIFFS FOR TRIAL FOUR**

NOW INTO COURT, come Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully request leave of Court to file the attached reply memorandum in support of their Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs for Trial Four (Rec. Doc. 10668). Plaintiffs' reply memorandum is necessary and appropriate in order to respond to issues raised by Defendants in their opposition memorandum.

Defendants' Liaison Counsel has confirmed that Defendants agreed to today's deadline for filing this reply brief, despite the submission date being previously set on August 5, 2020. The parties apprised the Court of this agreement during the General Status Conference on August 5, 2020.

1

WHEREFORE, Plaintiffs pray that this Honorable Court grant this motion for leave to file the attached reply memorandum in support of their Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs for Trial Four (Rec. Doc. 10668).

Dated: August 7, 2020                                             Respectfully submitted,

*/s/ Christopher L. Coffin*                                       */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                                    Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                                  Andre Mura ((CA Bar # 298541) (on the brief)
1100 Poydras Street, Suite 2505                                   GIBBS LAW GROUP LLP
New Orleans, Louisiana 70163                                      6701 Center Drive West, Suite 1400
Phone: (504) 355-0086                                             Los Angeles, California 90045
Fax: (504) 355-0089                                               Telephone: 510-350-9700
ccoffin@pbclawfirm.com                                            Facsimile: 510-350-9701
                                                                  kbm@classlawgroup.com
*Plaintiffs' Co-Lead Counsel*
                                                                  *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                            */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                                        Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                         BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                          701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                           New Orleans, LA 70139
New Orleans, LA 70163-2800                                        Phone: 504-524-3300
Phone: 504-522-2304                                               Fax: 504-524-3313
Fax: 504-528-9973                                                 barrios@bkc-law.com
plambert@gainsben.com
                                                                  *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                                      Daniel P. Markoff
Andrews Thornton Higgins Razmara, LLP                             Atkins & Markoff Law Firm
2 Corporate Park, Suite 110                                       9211 Lake Hefner Parkway, Suite 104
Irvine, CA 92606                                                  Oklahoma City, OK 73120
Phone: (800) 664-1734                                             Phone: (405) 607-8757
aa@andrewsthornton.com                                            Fax: (405) 607-8749
                                                                  dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

| | |
|---|---|
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>*/s/ Dawn M. Barrios*
>DAWN M. BARRIOS