UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Cynthia Brown*, Case No. 2:18-cv-06428<br>*Sandra Burks*, Case No. 2:18-cv-00686<br>*Angela Durden*, Case No. 2:18-cv-01544<br>*Juanita Greer*, Case No. 2:18-cv-11728<br>*Hattie Grines*, Case No. 2:16-cv-15319<br>*Mildred Kumar*, Case No. 2:17-cv-15311<br>*Minnie Moore*, Case No. 2:18-cv-12295<br>*Shirlon Pigott*, Case No. 2:18-cv-08673<br>*Melissa Roach*, Case No. 2:17-cv-07918<br>*Cindy Smith*, Case No. 2:18-cv-07702<br>*Emma Willie*, Case No. 2:18-cv-03857 | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Plaintiffs' Reply Memorandum in Support of its Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs for Trial Four,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiffs' Reply Memorandum in Support of its Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs for Trial Four into the record in this matter.

New Orleans, Louisiana, this ____ of _____, 2020.

                                                                    _____
                                                                     HON. JANE TRICHE MILAZZO
                                                                     UNITED STATES DISTRICT JUDGE