UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| SHARON PRAYLOW, <br><br> Plaintiff, <br><br> v. <br><br> EAGLE PHARMACEUTICALS, INC., <br><br> Defendant. | CASE NO. 2:20-CV-01345-JTM-MBN |

## NOTICE OF DISMISSAL

Plaintiff hereby dismisses all claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  Defendant has not yet served an answer or a motion for summary judgment. Plaintiffs have not previously dismissed any federal- or state-court action based on or including the same claims.[1]

Respectfully submitted,

Date: August 10, 2020

**GRANT & EISENHOFER P.A.**

By: */s/ Thomas V. Ayala*
Thomas V. Ayala
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100

*Attorneys for Plaintiff*

---

[1] Fed. R. Civ. P. 41(a)(1)(i) ("Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . .").