**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes* | : | |
| **Case No.  2:17-cv-11769** | : | |
| | : | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Matthew P. Moriarty of the law firm of Tucker Ellis LLP as

counsel for Defendant Accord Healthcare, Inc. in the above-captioned matter.


Dated: August 10, 2020                    Respectfully submitted,



                                          */s/ Matthew P. Moriarty*
                                          Matthew P. Moriarty (OH0028389)
                                          TUCKER ELLIS LLP
                                          950 Main Avenue, Suite 1100
                                          Cleveland, OH  44113-7213
                                          Telephone:    216.592.5000
                                          Facsimile:    216.592.5009
                                          Email:        matthew.moriarty@tuckerellis.com

                                          *Attorney for Defendant Accord Healthcare, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 10, 2020, a true and correct copy of foregoing *Notice of Appearance* filed with the court via ECF and is deemed served on all counsel of record.

/s/ *Matthew P. Moriarty*

Matthew P. Moriarty (OH0028389)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:     216.592.5009
Email:          matthew.moriarty@tuckerellis.com

*Attorney for Defendant Accord Healthcare, Inc.*

015418\000001\4801806.1