IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 19-30640

———————————

D.C. Docket No. 2:16-MD-2740
D.C. Docket No. 2:18-CV-11852

United States Court of Appeals
Fifth Circuit

**FILED**
July 16, 2020

Lyle W. Cayce
Clerk

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

----------------------------------------------------------

DOROTHY KUYKENDALL,

    Plaintiff - Appellant

v.

ACCORD HEALTHCARE, INCORPORATED; HOSPIRA, INCORPORATED; SANDOZ, INCORPORATED; SANOFI-AVENTIS, U.S., L.L.C.; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INCORPORATED, agent of Caraco Pharmaceutical Laboratories, Limited; MCKESSON CORPORATION, doing business as McKesson Packaging; HOSPIRA WORLDWIDE, L.L.C., formerly known as Hospira Worldwide, Incorporated; SANOFI U.S. SERVICES, INCORPORATED, formerly known as Sanofi-Aventis U.S., Incorporated,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana

Before CLEMENT, SOUTHWICK, and HIGGINSON, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued as the mandate on **Aug 07, 2020**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**