## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 19-30640    In re: Taxotere Prod Liability
                             USDC No. 2:16-MD-2740
                             USDC No. 2:18-CV-11852

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Shea E. Pertuit, Deputy Clerk
                                       504-310-7666

cc:
      Ms. Erin M. Bosman
      Ms. Julie A. Callsen
      Mr. Chad M. Eggspuehler
      Ms. Ilana H. Eisenstein
      Mr. John Christopher Elliott
      Mr. John F. Olinde
      Mr. Gregory E. Ostfeld
      Mr. Joseph R. Palmore
      Ms. Julie Y. Park
      Mr. Stanton E. Shuler Jr.