UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL NO. 2740  SECTION "H" (5)  HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:  MARY SMITH CRAIG vs. SANDOZ, INC.  EDLA No. 2:20-cv-01507 | | |

### NON-TRIAL POOL PLAINTIFF'S
### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒  Other:  Plaintiff no longer wishes to pursue her claim

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

1

Dated this 11th day of August, 2020.

          Respectfully submitted,

          /s/ Michael T. Gallagher
          Michael T. Gallagher
          Federal ID: 5395
          The Gallagher Law Firm
          2905 Sackett Street
          Houston, Texas 77098
          (713) 222-8080
          (713) 222-0066 - Facsimile
          donnaf@gld-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 11, 2020

          /s/ Michael T. Gallagher
          Michael T. Gallagher
          Federal ID: 5395
          The Gallagher Law Firm
          2905 Sackett Street
          Houston, Texas 77098
          (713) 222-8080
          (713) 222-0066 - Facsimile
          donnaf@gld-law.com