**Exhibit A**

Altheria Dennis, 17-11257
Yvonne Holt, 17-12971
Geneva Simmons, 17-9337
Melissa Fleck, 17-11161
Sherri Welch, 18-845
Donna Santisi, 17-12659
Angelica Burruel, 17-11410
Eva Itza Encarnacion Medero, 18-2152
Kaia Luke, 17-12876
Erica Dezaiffe, 17-11133
Brenda Weathers, 17-12447
Marsha Stackhouse, 17-12427
Barbara Harris, 17-13114
Donna Bailey, 17-12885
Cindy Barbiche, 17-12311
Judy Cardwell, 18-2031
Tami Cobb, 17-11115
Mary Richmond, 17-13108
Demetria Pierce, 17-11075
Vanessa Nnyanzi, 17-12884
Carol Murray, 17-12356
Wendy Ellen Galecki Polk, 17-11187
Teresa Crock, 17-12286
Netonya Usher Williams, 17-11194
Rose Calvin, 17-11094
Rosita Young, 18-8037
Patricia Singleton, 17-11125
Helen Jones, 17-16048
Lisa Keller, 17-11903
Jemeta Barnwell, 17-7804
Mildred Kumar, 17-15311