# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| Lula Gavin_____, | : | |
| | : | **COMPLANT & JURY DEMAND** |
| Plaintiff(s), | : | |
| | : | **Civil Action No.: 2:18-cv-11232** |
| vs. | : | |
| | : | |
| | : | |
| Hospira Worldwide, LLC f/k/a Hospira | : | |
| Worldwide, Inc. & Hospira, Inc., | : | |
| | : | |
| Defendant(s). | : | |
| -------------------------------------------------------- | : | |

**SHORT FORM COMPLAINT (Effective as of January 4, 2018)**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Lula Gavin_____

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    N/A_____

1

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

        N/A

4.      Current State of Residence:   Mississippi.

5.      State in which Plaintiff(s) allege(s) injury:   Mississippi.

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

                ☐   A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

                ☐   B.      Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

                ☐   A.      Sandoz Inc.

                ☐   B.      Accord Healthcare, Inc.

                ☐   C.      McKesson Corporation d/b/a McKesson Packaging

                ☒   D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

                ☒   E.      Hospira, Inc.

                ☐   F.      Sun Pharma Global FZE

                ☐   G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical
                            Laboratories Ltd.
                ☐   H.      Pfizer Inc.

                ☐   I.      Actavis LLC f/k/a Actavis Inc.

                ☐   J.      Actavis Pharma, Inc.

                ☐   K.      Other:

7.      Basis for Jurisdiction:

        ☒      Diversity of Citizenship

        ☐      Other (any additional basis for jurisdiction must be pled in sufficient detail as
                required by the applicable Federal Rules of Civil Procedure):

8.      Venue:

        District Court and Division in which remand and trial is proper and where you might
        have otherwise filed this Short Form Complaint absent the direct filing Order entered by
        this Court:

        United States District Court for the Southern District of
        Mississippi- Eastern Division.

9.      Brand Product(s) used by Plaintiff (check applicable):

        ☐      A.      Taxotere

        ☐      B.      Docefrez

        ☒      C.      Docetaxel Injection

        ☐      D.      Docetaxel Injection Concentrate

        ☐      E.      Unknown

        ☐      F.      Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown)
        for Products identified in question 9:

        11/10/11 and 2/23/12.

3

11.     State in which Product(s) identified in question 9 was/were administered:

> Mississippi.

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Plaintiff continues to suffer and will suffer in the future from disfiguring permanent alopecia as a result of receiving chemotherapy with Taxotere (docetaxel).

13.     Counts in Master Complaint brought by Plaintiff(s):

☒     Count I – Strict Products Liability - Failure to Warn
☒     Count III – Negligence
☒     Count IV – Negligent Misrepresentation
☒     Count V – Fraudulent Misrepresentation
☒     Count VI – Fraudulent Concealment
☒     Count VII – Fraud and Deceit

☐     Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:    */s/ Mark R. Niemeyer*_____

       Mark R. Niemeyer #42437
       Michael S. Kruse #57818
       10 S. Broadway, Suite 1125
       St. Louis, MO 63102
       314-241-1919 phone
       314-665-3017 fax
       niemeyer@ngklawfirm.com
       kruse@ngklawfirm.com

       Attorneys for Plaintiff

5

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| CLARE GUILBAULT _____, | : : | COMPLANT & JURY DEMAND |
| Plaintiff(s), | : : | Civil Action No.: __2:16-cv-17061___ |
| vs. | : : | |
| Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide Inc., Hospira Inc, Sun Pharma Global FZE, Sun Pharma Global Inc., Actavis Pharma Inc. and Winthrop _____, | : : : : : : : | |
| Defendant(s). | : : | |
| ---------------------------------------------------------- | : | |

## <u>SHORT FORM COMPLAINT</u>

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand

filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short

Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form

Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

Clare Guilbault _____

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    N/A _____

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A _____

4.      Current State of Residence: __Louisiana_____

5.      State in which Plaintiff(s) allege(s) injury: _Louisiana_____

6.      Defendants (check all Defendants against whom a Complaint is made):

    a.      Taxotere Brand Name Defendants

        ☒      A.      Sanofi S.A.

        ☒      B.      Aventis Pharma S.A.

        ☒      C.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☒      D.      Sanofi-Aventis U.S. LLC

    b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☒      A.      Sandoz, Inc.

        ☒      B.      Accord Healthcare, Inc.

        ☐      C.      McKesson Corporation d/b/a McKesson Packaging

        ☒      D.      Hospira Worldwide Inc.

        ☒      E.      Hospira Inc

        ☒      F.      Sun Pharma Global FZE

        ☒      G.      Sun Pharma Global Inc.

        ☐      H.      Caraco Pharmaceutical Laboratories Ltd.

|   | I. | Pfizer Inc. |
|---|----|-------------|
| ☐ | I. | Pfizer Inc. |
| ☐ | J. | Allergan Finance LLC f/k/a Actavis Inc. |
| ☒ | K. | Actavis Pharma Inc. |
| ☒ | L. | Other: |

Winthrop

7.   Basis for Jurisdiction:

☒   Diversity of Citizenship

☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.   Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

USDC for the Eastern District of Louisiana

9.   Brand Product(s) used by Plaintiff (check applicable):

| ☐ | A. | Taxotere |
|---|----|----------|
| ☐ | B. | Docefrez |
| ☒ | C. | Docetaxel Injection |
| ☐ | D. | Docetaxel Injection Concentrate |
| ☐ | E. | Unknown |

☐    F.    Other:

10.    First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> December 26, 2013 through February 27, 2014

11.    State in which Product(s) identified in question 9 was/were administered:

> Louisiana

12.    Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Disfiguring permanent Alopecia beginning sometime after treatment with Taxotere (Docetaxel) and continuing to present

13.    Counts in Master Complaint brought by Plaintiff(s):

☒    Count I – Strict Products Liability - Failure to Warn
☒    Count II – Strict Products Liability for Misrepresentation
☐    Count III – Negligence
☐    Count IV – Negligent Misrepresentation
☐    Count V – Fraudulent Misrepresentation
☐    Count VI – Fraudulent Concealment
☒    Count VII – Fraud and Deceit
☒    Count VIII – Breach of Express Warranty (Sanofi Defendants only)

4

☒   Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Liability Under The Louisiana Products Liability Act; Inadequate Warning Under LSA-RS 9:2800.57; Breach of Express Warranty Under LSA-RS 9:2800.58; Breach of Warranty in Redhibition

(See Exhibit A attached)

14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:   Christopher L. Coffin
Louisiana Bar No. 27902
Nicholas R. Rockforte
Louisiana Bar No. 31305
Jessica A. Perez
Louisiana Bar No. 34024
Pendley, Baudin & Coffin, L.L.P.
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Tel: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE ENGELHARDT |
| Debbie L. Hubbard , | : : : | MAG. JUDGE NORTH |
| | : : | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | : : | Civil Action No.: _____ |
| vs. | : : | |
| Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. , Hospira, Inc. , | : : : | |
| Defendant(s). | : : | |
| --------------------------------------------------------- | : | |

### SHORT FORM COMPLAINT (Effective as of January 4, 2018)[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Debbie L. Hubbard

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

2.    Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    _____

3.    Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4.    Current State of Residence: __Mississippi_____

5.    State in which Plaintiff(s) allege(s) injury: __Mississippi_____

6.    Defendants (check all Defendants against whom a Complaint is made):

    a.    Taxotere Brand Name Defendants

        ☐    A.    Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐    B.    Sanofi-Aventis U.S. LLC

    b.    Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐    A.    Sandoz Inc.

        ☐    B.    Accord Healthcare, Inc.

        ☐    C.    McKesson Corporation d/b/a McKesson Packaging

        ☑    D.    Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☑    E.    Hospira, Inc.

        ☐    F.    Sun Pharma Global FZE

        ☐    G.    Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐    H.    Pfizer Inc.

        ☐    I.    Actavis LLC f/k/a Actavis Inc.

        ☐    J.    Actavis Pharma, Inc.

☐   K.   Other: 

7.   Basis for Jurisdiction:

☑   Diversity of Citizenship

☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.   Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> United States District Court for the Northern District of Mississippi

9.   Brand Product(s) used by Plaintiff (check applicable):

☐   A.   Taxotere

☐   B.   Docefrez

☑   C.   Docetaxel Injection

☐   D.   Docetaxel Injection Concentrate

☐   E.   Unknown

☐   F.   Other:

10.    First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> February 25, 2014 - July 7, 2014

11.    State in which Product(s) identified in question 9 was/were administered:

> MIssissippi

12.    Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Plaintiff continues to suffer and will suffer in the future from disfiguring permanent alopecia as a result of receiving chemotherapy with Taxotere (docetaxal).

13.    Counts in Master Complaint brought by Plaintiff(s):

☑    Count I – Strict Products Liability - Failure to Warn
☑    Count III – Negligence
☑    Count IV – Negligent Misrepresentation
☑    Count V – Fraudulent Misrepresentation
☑    Count VI – Fraudulent Concealment
☑    Count VII – Fraud and Deceit

☐    Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.



14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s),
        Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

> Spencer P. Browne
> Texas State Bar No. 24040589
> Ryan J Browne
> Texas State Bar No. 00796262
> REYES | BROWNE | REILLEY
> 5950 Berkshire Lane, Suite 410
> Dallas, Texas 75225
> (214) 526-7900
> (214) 526-7910 (fax)
> Spencer@reyeslaw.com
> Ryan@reyeslaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| | | JUDGE ENGELHARDT |
| AUDREY PLAISANCE _____, | | MAG. JUDGE NORTH |
| | | |
| Plaintiff(s), | | COMPLAINT & JURY DEMAND |
| | | Civil Action No.: _____ |
| vs. | : | |
| HOSPIRA WORLDWIDE, LLC F/K/A | : | |
| HOSPIRA WORLDWIDE, INC., | : | |
| HOSPIRA, INC. _____, | : | |
| | : | |
| Defendant(s). | : | |
| ------------------------------------------------------------- : | | |

## SHORT FORM COMPLAINT (Effective as of January 4, 2018)[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.     Plaintiff:

Audrey Plaisance _____

---

[1]     This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss

of consortium):

Not applicable

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

Not applicable

4.      Current State of Residence:   Louisiana

5.      State in which Plaintiff(s) allege(s) injury:   Louisiana

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

                ☐      A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

                ☐      B.      Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

                ☐      A.      Sandoz Inc.

                ☐      B.      Accord Healthcare, Inc.

                ☐      C.      McKesson Corporation d/b/a McKesson Packaging

                ☒      D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

                ☒      E.      Hospira, Inc.

                ☐      F.      Sun Pharma Global FZE

                ☐      G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical
                               Laboratories Ltd.
                ☐      H.      Pfizer Inc.

                ☐      I.      Actavis LLC f/k/a Actavis Inc.

                ☐      J.      Actavis Pharma, Inc.

☐ K. Other: 

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court Northern District of Illinois

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

☒ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> January 17, 2014-March 20, 2014

11.     State in which Product(s) identified in question 9 was/were administered:

> Louisiana

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> I experienced hair loss on my head and body after being administered Taxotere and my hair has not grown back.

13.     Counts in Master Complaint brought by Plaintiff(s):

[X]     Count I – Strict Products Liability - Failure to Warn
[X]     Count III – Negligence
[X]     Count IV – Negligent Misrepresentation
[X]     Count V – Fraudulent Misrepresentation
[X]     Count VI – Fraudulent Concealment
[X]     Count VII – Fraud and Deceit

[ ]     Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

/s/ Trevor B. Rockstad
MS103614
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
Trevor.Rockstad@daviscrump.com