# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   TAXOTERE (DOCETAXEL)                                                  MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## SECOND AMENDED PLAINTIFF FACT SHEET

    This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

    In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

    **Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

I.    **CORE CASE INFORMATION**

Attorney Information

    Please provide the following information for the civil action that you filed:
1. Caption:  Audrey Plaisance vs. Hospira Worldwide, LLC et al
2. Court and Docket No.:  Eastern District of LA 2:18-cv-08086
3. MDL Docket No. (if different):  MDL No. 2740

4. Date Lawsuit Filed: 08/23/2018
5. Plaintiff's Attorney: Trevor Rockstad
6. Plaintiff's Law Firm: Davis & Crump, P.C.
7. Attorney's Address: 2601 Fourteenth Street
   Gulfport, MS 39501
8. Attorney's Phone Number: (228) 863-6000
9. Attorney's Email Address: trevor.rockstad@daviscrump.com

Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10. Name: PLAISANCE, AUDREY
11. Street Address: ███
12. City: Cut Off
13. State: LA
14. Zip code: 70345
15. Date of Birth: 7/15/1944
16. Place of Birth: Golden Meadow, LA
17. Social Security Number: ███
18. Maiden or other names you have used or by which you have been known:
    Audrymae Marie Gaspard
19. Sex: Male: ☐ Female: ☒
20. Race:

| Race | Yes |
|---|---|
| American Indian or Alaska Native | ☐ |
| Asian | ☐ |
| Black or African American | ☐ |
| Native Hawaiian or Other Pacific Islander | ☐ |
| White | ☒ |

21. Ethnicity:

| Ethnicity | Yes |
|---|---|
| Hispanic or Latino | ☐ |
| Not Hispanic or Latino | ☒ |

22. Primary Language: English

Representative Information