# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)       ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION   ) | |
|                                                                 ) | SECTION: "H" (5) |
|                                                                 ) | |
| **This document relates to:**                  ) | |
| All cases                                               ) | |

## ORDER

Before the Court is Defendant Sanofi's Motion for Entry of an Order Requiring Proof of Diagnosis (Doc. 10808). As discussed at the conference with lead and liaison counsel on August 5, 2020, the Court will not address this Motion at this time. Accordingly, the Motion is **DEFERRED**, subject to being re-urged after the third bellwether trial.

**IT IS FURTHER ORDERED** that the 505(b)(2) Defendants' Motion for Joinder in the Motion for Entry of an Order Requiring Proof of Diagnosis (Doc. 10818) is **DEFERRED**, subject to being re-urged after the third bellwether trial.

New Orleans, Louisiana, this 11th day of August, 2020.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**