UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Sheila Crayton*     HON. JANE TRICHE MILAZZO
Case No. 2:17-cv-05923

___

**DEFENDANTS' STATEMENTS OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT WHICH ARE CONTROVERTED – AND PLAINTIFF'S STATEMENT OF THE UNDISPUTED MATERIAL FACTS**

___

Plaintiff, Sheila Crayton, hereby submits this Statement of Disputed Material Facts, and pursuant to LR 56.2, controverts Defendants' Statements of Undisputed Material Fact.

**A. Controverted Statements of Undisputed Material Fact**

1. Plaintiff controverts Defendant's Statement of Undisputed Material Fact as irrelevant, inadmissible and non-material. Dr. Tosti's opinion on other claimants is not germane to this case, and Defendants admit that Ms. Crayton was not seen by Dr. Tosti.

2. Plaintiff controverts Defendant's Statement of Undisputed Material Fact as irrelevant, inadmissible and non-material. Dr. Tosti's opinion on other claimants is not germane to this case, and Defendants admit that Ms. Crayton was not seen by Dr. Tosti.

3. Plaintiff controverts Defendant's Statement of Undisputed Material Fact as irrelevant, inadmissible and non-material. Dr. Tosti's opinion on other claimants is not germane to this case, and Defendants admit that Ms. Crayton was not seen by Dr. Tosti.

4. Admitted

5. Admitted

6. Admitted

7. Admitted

8. Admitted in part. While a formal motion to remove was filed, Plaintiff's counsel had requested that removal for several months prior to the filing of Record Doc. 6559.

9. Admitted

10. Admitted insofar as the verbiage of the motion speaks for itself; disputed for the reasons set forth in Plaintiff's Memorandum in Opposition.

11. Admitted

12. Admitted

13. Admitted

14. Admitted that no extension was requested. Denied that there was any duty or obligation to notify the Court or Defendants of Plaintiff Counsels' intension to file or not file a report.

15. Admitted that Record Doc. 8701 was filed when it was filed, but the decision to remove Plaintiff from the trial pool was known to the parties after the Court's meeting with Ms. Crayton earlier in November of 2019.

16. Denied as written. Plaintiff admits that Sanofi did engage in discovery in the Crayton matter, but disputes as appropriate allegations of undisputed fact such subjective content as "devoting two years of resources" and "false impression that her case would proceed past expert discovery".

17. Admitted

18.     Admitted.

B.     **Plaintiff's Statements of Undisputed Material Fact**

19.     There is no CMO order directing, or other current procedural requiring, a non-trial pool Claimant in MDL-2740 to submit an expert report upon dismissal from the trial pool.

20.     Defendants chose to bring the instant Motion for Summary Judgment during the height of the Covid-19 epidemic.

21.     Defendants have known since November of 2019 that Sheila Crayton had been dismissed from the trial pool.

Dated: August 11, 2020                                  Respectfully submitted,

                                                        */s/ Richard L. Root*
                                                        Richard L. Root (LA Bar #19988)
                                                        Betsy J. Barnes (LA Bar # 19473)
                                                        Morris Bart, LLC
                                                        601 Poydras Street, 24th Floor
                                                        New Orleans, LA 70130
                                                        Telephone: 504.52S-8000
                                                        Facsimile: 504- 599- 3392
                                                        rroot@morrisbart.com
                                                        bbarnes@morrisbart.com

                                                        *Counsel for Plaintiff*

*/s/ Christopher L. Coffin*                             */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                          Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                        GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                         6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                            Los Angeles, California 90045
Phone: (504) 355-0086                                   Telephone: 510-350-9700
Fax: (504) 355-0089                                     Facsimile: 510-350-9701

ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*


/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com


J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com


Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Richard L. Root
RICHARD L. ROOT