# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Latashia Turner v. Accord Healthcare, Inc. and Sandoz, Inc.* <br> Case No. 2:19-cv-14797 | MAG. JUDGE MICHAEL NORTH |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW John Arthur Johnson, Jr., brother and next of kin to Latashia Turner, and pursuant to Fed.R.Civ.P 25(a), moves to substitute himself as Plaintiff in this action based upon the death of Latashia Turner on March 17, 2020. Letters of Administration issued to John Arthur Johnson, Jr. are attached as Exhibit A.

A Notice/Suggestion of Death was filed in this matter on June 4, 2020 (Doc.# 10527). Done this 12th day of August, 2020.

Respectfully submitted,

*/s/ William L. Bross*
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL 35203
P: (205) 326-3336
F: (205) 326-3332
william@hgdlawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notifications of such filing to all CM/ECF participants.

      */s/ William L. Bross*
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, AL  35203
P:  (205) 326-3336
F:  (205) 326-3332
william@hgdlawfirm.com

*Attorney for Plaintiff*