# LETTERS OF ADMINISTRATION

**IN THE MATTER OF THE ESTATE OF:**  **IN THE PROBATE COURT OF JEFFERSON COUNTY, ALABAMA**

**LATASHIA DENISE TURNER,**  **CASE NO. 20BHM01561**
Deceased

## *LETTERS OF ADMINISTRATION*

Letter of Administration on the above-named deceased are hereby granted to **JOHN ARTHUR JOHNSON, JR.** who has duly qualified and given bond in the amount $ **20,000.00** as such Personal Representative, and is authorized to administer such estate. Subject to the priorities stated in §43-8-76, Code of Alabama (1975, as amended), the said Personal Representative, acting prudently for the benefit of interested persons, has all the powers authorized in transactions under §43-2-843, Code of Alabama (1975, as amended).

**WITNESS** my hand this date, the 12th day of August, 2020.

_____Sherri C. Friday_____
Judge of Probate

I, Sherri C. Friday, Judge of Probate Court of Jefferson County, Alabama, hereby certify that the foregoing is a true, correct and full copy of the **Letters of Administration** issued in the above-styled cause as appears of record in said Court. I further certify that said Letters are still in full force and effect.

**WITNESS** my hand and seal of said Court this date, the 12th day of August 2020.

*[signature: Sherri C. Friday]*
Judge of Probate