# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Latashia Turner v. Accord Healthcare, Inc. and Sandoz, Inc.*<br>Case No. 2:19-cv-14797 | MAG. JUDGE MICHAEL NORTH |

## **ORDER**

Considering the foregoing Motion to Substitute:

It is ORDERED that the Plaintiff's Motion to Substitute Party is hereby GRANTED, and that John Arthur Johnson, Jr., on behalf of Latashia Turner, deceased, and the Estate of Latashia Turner, be substituted as the proper party plaintiff.

Signed New Orleans, Louisiana this _____ day of _____, _____.

_____
Hon. Jane Triche Milazzo
United States District Judge