## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes* Case No. 2:17-cv-11769 | : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael J. Ruttinger of the law firm of Tucker Ellis LLP as counsel for Defendant Accord Healthcare, Inc. in the above-captioned matter.

Dated: August 12, 2020                Respectfully submitted,

*/s/ Michael J. Ruttinger*
Michael J. Ruttinger (0083850)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
Email:    michael.ruttinger@tuckerellis.com

*Attorney for Defendant Accord Healthcare, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, a true and correct copy of foregoing *Notice of Appearance* filed with the court via ECF and is deemed served on all counsel of record.

*/s/ Michael J. Ruttinger*
Michael J. Ruttinger (0083850)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:	216.592.5000
Facsimile:	216.592.5009
Email:	michael.ruttinger@tuckerellis.com

*Attorney for Defendant Accord Healthcare, Inc.*

015418\000001\4812127