UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                                                                                   SECTION "H" (5)

THIS DOCUMENT RELATES TO
Phillips v. Sanofi-Aventis U.S. LLC, et al., 16-cv-15397

## JOINT RECORD DESIGNATIONS

NOW INTO COURT, by and through undersigned counsel, come Plaintiff June Phillips and Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc., who submit the following record designations pursuant to an Order from the United States Court of Appeals for the Fifth Circuit dated July 23, 2020. The parties designate documents both from the master docket for *In Re: Taxotere (Docetaxel) Products Liability Litigation*, 16-md-02740, and from the individual member case docket, *Phillips v. Sanofi-Aventis, U.S., Inc. et al.*, 16-cv-15397. Docket entries designated herein should be included in their entirety, including all exhibits and attachments.

*In re: Taxotere (Docetaxel) Products Liability Litigation*, No. 16-MD-02740:

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 10/13/2016 | 4 | PRETRIAL ORDER #1 : Initial Pretrial Conference set for 11/10/2016 10:00 AM before Chief Judge Kurt D. Engelhardt.. Signed by Chief Judge Kurt D. Engelhardt on 10/13/2016. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(cml) (Entered: 10/14/2016) |
| 11/17/2016 | 104 | PRETRIAL ORDER #2 : Pursuant to Pretrial Order No. 1 (Rec. Doc. 4), issued by this Court on October 13, 2016, the Court has received many applications for Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel, and the Plaintiffs' Steering Committee (PSC). Having reviewed the parties' applications and recommendations, the Court makes the following initial appointments, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 11/17/2016.(Reference: ALL CASES)(cbs) (Entered: 11/17/2016) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 07/25/2017 | 689 | AMENDED MASTER LONG FORM COMPLAINT with Jury Demand against All Defendants filed by All Plaintiffs. (Reference: all cases)(tm) (Entered: 07/25/2017) |
| 08/30/2017 | 784 | Minute ORDER for proceedings held before Chief Judge Kurt D. Engelhardt: Motion Hearing held on 8/30/2017. ORDERED that 489 MOTION to Dismiss Plaintiffs' Master Long Form Complaint is DENIED with respect to Count One and Counts Three through Seven of Plaintiffs' Master Long Form Complaint. FURTHER ORDERED that with respect to Counts Two and Eight of the Master Long Form Complaint,, Plaintiffs shall have fourteen (14) days to provide counsel and the Court with supplemental briefing or an amendment as stated herein. ORDERED that 469 MOTION to Remand CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA 17-CV-1812, 17-CV-1813, 17-CV-1814, 17-CV-3864, 17-CV-3866, 17-CV-3865, 17-CV-3867, 17-CV-2356, 17-CV-5832, 17-CV-5833 filed by Plaintiff is GRANTED IN PART and DENIED IN PART as stated herein. ORDERED that 473 MOTION to Remand 17-CV-3871; 17-CV-3871; 17-CV-3893; 17-CV-3894; 17-CV-3895; 17-CV-3896; 17-CV-3897;17-CV-3901; 17-CV-3904; 17-CV-3905; 17-CV-3906; 17-CV-3908; 17-CV-3909; 17-CV-3909; 17-CV-3911; 17-CV-3917; 17-CV-3932; 17-CV-3933; 17-CV-01891; 17-CV-3935; 17-CV-3938; 17-CV-3939; 17-CV-3941; 17-CV-3949; 17-CV-3953; 17-CV-3954; 17-CV-3962; 17-CV-3965; 17-CV-3968; 17-CV-3977; 17-CV-3979; 2:17-CV-02891; 17-CV-4008; 17-CV-4009; 17-CV-4011; 17-CV-4012; 17-CV-4014; 17-CV-3978; 17-CV-3974; 17-CV-3969; 17-CV-3967; 17-CV-4016; 17-CV-4016; 17-CV-4021; 17-CV-4023; 17-CV-4028; 17-CV-4027; 17-CV-4025; 17-CV-4020; 17-CV-4010; 17-CV-3976; 17-CV-3975; 17-CV-3970; 17-CV-3964; 17-CV-3960; 17-CV-3951; 17-CV-3948; 17-CV-3952; 17-CV-3947; 17-CV-3912 is GRANTED, and the referenced cases shall be remanded to the Superior Court of Delaware. (Court Reporter Cathy Pepper.) (Reference: All Cases)(cml) (Additional attachment(s) added on 8/31/2017: # 1 Attendance Sign In Sheet) (cml). (Entered: 08/31/2017) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 09/27/2017 | 877 | PRETRIAL ORDER #61: ORDERED that Count Two and Count Eight of Plaintiffs' First Amended Master Long Form Complaint are DISMISSED. IT IS FURTHER ORDERED that an individual plaintiff shall have fourteen (14) days from the date of this Order to amend her Short Form Complaint to allege analogous state law claims that may be viable on an individual basis. Signed by Chief Judge Kurt D. Engelhardt. (Attachments: # 1 Exhibit A) (Reference: All Cases)(cbs) (Entered: 09/27/2017) |
| 10/16/2017 | 961 | ANSWER to 689 Amended Master Complaint with Jury Demand by Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.(Reference: ALL CASES)(Moore, Douglas) Modified on 10/17/2017 (cml). (Entered: 10/16/2017) |
| 06/13/2018 | 3064 | CASE MANAGEMENT ORDER #14 (TRIAL SCHEDULING ORDER): The Court sets initial trials for the following dates: 1) May 13-24, 2019; 2) September 16-27, 2019; 3) January 27-February 7, 2020; 4) May 11-22, 2020; 5) September 14-25, 2020. Final Pretrial Conference will be held the week of May 6, 2019 for the 1st trial date. All other corresponding dates for the second, third, fourth, and fifth trials, not specifically defined, are outlined in Table 1 attached hereto. Signed by Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) |
| 09/27/2018 | 4407 | Second AMENDED COMPLAINT with Jury Demand Second Amended Master Long Form Complaint adding Sagent Pharmaceuticals, Inc. against Defendant filed by Plaintiff. (Attachments: # 1 Summons for Sagent Pharmaceuticals, Inc.)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 09/27/2018) |
| 07/09/2019 | 7571 | ORDER AND REASONS: Defendants' Motions for Summary Judgment Based on the Statute of Limitations Against Deborah Johnson (R. Doc. [5734]) & Tanya Francis (R. Doc. [6081]) are GRANTED. These cases are DISMISSED WITH PREJUDICE. Defendants' Motion for Summary Judgement Judgment Based on the Statute of Limitations Against Barbara Earnest (R. Doc. [6079]) is DENIED. Defendants' Motions for Summary Judgment on Causation Against Jacqueline and Victor Mills (R. Doc. [5732]) & Barbara Earnest (R. Doc. [6078]) are GRANTED IN PART and DENIED IN PART. Defendants' Motion for Summary Judgment on Causation Against Tanya Francis (R. Doc. [6080]) is DISMISSED AS MOOT. Signed by Judge Jane Triche Milazzo. (Reference: 16-15607, 16-17144, 16-17410, 17-2689)(ecm) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 01/17/2020 | 9074 | STATUS REPORT Joint Report No. 19 of Liaison Counsel by Plaintiff and by Defendant (Attachments: # 1 Appendix A, # 2 Appendix B)(Reference: ALL CASES)(Olinde, John) (Entered: 01/17/2020) |
| 01/31/2020 | 9166 | MOTION for Leave to File Amended Short Form Complaints of Bellwether Trial Plaintiffs Elizabeth Kahn and June Phillips by Plaintiff. Motion(s) will be submitted on 2/19/2020. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Notice of Submission)(Reference: 16-cv-17039; 16-cv-15397)(Barrios, Dawn) |
| 02/11/2020 | 9256 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re [9166] MOTION for Leave to File Amended Short Form Complaints of Bellwether Trial Plaintiffs Elizabeth Kahn and June Phillips. (Reference: 16-cv-17039; 16-cv-15397)(Moore, Douglas) |
| 02/14/20 | 9299 | MOTION for Summary Judgment Based on Warnings Causation by Defendant. Motion(s) will be submitted on 3/11/2020. (Attachments: # (1) Statement of Contested/Uncontested Facts,# (2) Memorandum in Support,# (3) Exhibit A,# (4) Exhibit B, # (5) Exhibit C, # (6) Exhibit D, # (7) Exhibit E, # (8) Exhibit F, # (9) Exhibit G, # (10) Notice of Submission)(Reference: 2: 16-cv- 15397)(Moore, Douglas) |
| 02/18/2020 | 9334 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum in Support of the Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Trial Plaintiffs, Elizabeth Kahn and June Phillips (Doc. 9166) by Plaintiff. (Attachments: # (1) Proposed Pleading Reply Memorandum in Support, # (2) Exhibit A to Reply Memorandum in Support, # (3) Proposed Order)(Reference: 16-17039; 16-15397)(Lambert, Matthew) |
| 02/21/2020 | 9362 | ORDER granting [9334] Motion for Leave to File Reply Memorandum Support of the Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Trial Plaintiffs, Elizabeth Kahn and June Phillips (Doc. 9166). Signed by Judge Jane Triche Milazzo on 2/20/2020. (Reference: 16-17039, 16-15397)(ecm) |
| 02/21/2020 | 9363 | REPLY to Response to Motion filed by Plaintiff re [9166] MOTION for Leave to File Amended Short Form Complaints of Bellwether Trial Plaintiffs Elizabeth Kahn and June Phillips. (Attachments: # (1) Exhibit A)(Reference: 16-17039, 16-15397)(ecm) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 02/21/2020 | 9366 | ORDER re the Court's previous Order (Rec. Doc. [9228]) setting oral argument on March 11, 2020 at 10:00 a.m. The following motions will be heard: [9295] MOTION for Summary Judgment Based on the Statute of Limitations; [9299] MOTION for Summary Judgment Based on Warnings Causation (Against June Phillips); [9300] MOTION for Summary Judgment Based on Warnings Causation (Against Elizabeth Kahn); [9109] MOTION to Amend Pretrial Order 70B Regarding Ex Parte Contact with MDL Plaintiffs' Prescribing and Treating Physicians (This Motion will no longer be heard on March 25, 2020.) Each party will have seven minutes to argue each Motion. Signed by Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) |
| 02/28/2020 | 9419 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re [9299] MOTION for Summary Judgment Based on Warnings Causation. (Attachments: # (1) Statement of Contested/Uncontested Facts, # (2) Exhibit A (Under Seal), # (3) Exhibit B, # (4) Exhibit C, # (5) Exhibit D)(Reference: 16-15397)(Lambert, Matthew) |
| 02/28/2020 | 9420 | EXPARTE/CONSENT MOTION for Leave to File Exhibits to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Warnings Causation (Doc. 9419) Under Seal by Plaintiff. (Attachments: # (1) Memorandum in Support, # (2) Notice of Manual Attachment, # (3) Proposed Order)(Reference: 16-15397)(Lambert, Matthew) |
| 03/06/2020 | 9482 | REPLY to Response to Motion filed by Defendant re [9299] MOTION for Summary Judgment Based on Warnings Causation as to the claims of June Phillips. (Reference: 2:16-cv-15397)(Moore, Douglas) |
| 03/13/2020 | 9514 | ORDER granting [9420] Motion for Leave to File Exhibit A to Plaintiffs Memorandum in Opposition to Defendants' Motion for Summary Judgment on Warnings Causation under seal. Signed by Judge Jane Triche Milazzo. (Reference: 16-15397)( ecm) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 03/11/2020 | 9525 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Motion Hearing held on 3/11/2020 re 9109 MOTION to Amend Pretrial Order 70B Regarding Ex Parte Contact with MDL Plaintiffs' Prescribing and Treating Physicians; 9295 MOTION for Summary Judgment Based on the Statute of Limitations; 9299 MOTION for Summary Judgment Based on Warnings Causation; 9300 MOTION for Summary Judgment Based on Warnings Causation. Motions argued and taken under submission. (Court Reporter Karen Ibos.) (Attachments: # 1 Sign-in sheet) (Reference: All Cases)(ecm) (Entered: 03/13/2020) |
| 03/23/2020 | 9729 | ORDER denying [9295] Motion for Summary Judgment Based on Statute of Limitations; denying [9300] Motion for Summary Judgment Based on Warnings Causation (Against Elizabeth Kahn); and granting [9299] Motion for Summary Judgment Based on Warnings Causation (Against June Phillips). Plaintiff June Phillips' case is DISMISSED WITH PREJUDICE. Written reasons will follow. Signed by Judge Jane Triche Milazzo. (Reference: 16-cv-17039; 16-cv-15397)(ecm) |
| 04/07/2020 | 9887 | ORDER AND REASONS granting defendants' [9299] MOTION for Summary Judgment Based on Warnings Causation as to June Phillips. Signed by Judge Jane Triche Milazzo.(Reference: 16-15397)(ecm) |
| 04/08/2020 | 9893 | ORDER amending the Court's 9729 Order on Motion for Summary Judgment. The order is AMENDED to reflect that only Plaintiff June Phillip's failure to warn claims and her negligence claims are dismissed. Her fraud claims remain pending. Signed by Judge Jane Triche Milazzo on 4/8/2020.(Reference: All Cases)(ecm) (Entered: 04/08/2020) |
| 05/27/2020 | 10465 | ORDER AND REASONS granting in part and denying in part [9166] Motion for Leave to File Amended Short Form Complaints of Bellwether Plaintiffs Elizabeth Kahn and June Phillips. Plaintiff Elizabeth Kahn may amend her complaint consistent with this Order, and Plaintiff June Phillips's case is DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo. (Reference: 16-cv-17039; 16-cv-15397)(ecm) |
| 05/27/2020 | 10469 | JUDGMENT: IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims of plaintiff June Phillips are DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo.(Reference: 16-15397)(ecm) |

6

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 06/25/2020 | 10641 | MOTION for Taxation of Costs Against Plaintiff June Phillips by Defendant. Motion(s) will be submitted on 7/22/2020. (Attachments: # (1) Memorandum in Support, # (2) Bill of Costs, # (3) Affidavit, # (4) Notice of Submission)(Reference: 2:16-cv-15397)(Moore, Douglas) |
| 06/26/2020 | 10648 | NOTICE OF APPEAL by Plaintiff. (Filing fee $ 505, receipt number ALAEDC-8375636.) (Reference: 16-cv-15397)(Barnes, Betsy) |
| 07/21/2020 | 10815 | APPEAL TRANSCRIPT of Motion Hearing held on March 11, 2020 before Judge Jane Triche Milazzo. Court Reporter/Recorder Karen Ibos, Telephone number 504-589-7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 10/19/2020. (Reference: 16-15397)(rsg) (Entered: 07/21/2020) |
| 07/23/2020 | 10832 | ORDER AND REASONS granting in part and denying in part [6076] Motion for Summary Judgment on Causation Based on the Learned-Intermediary Doctrine. Plaintiff's redhibition claim is DISMISSED WITH PREJUDICE. Her other claims remain pending. Signed by Judge Jane Triche Milazzo on 7/22/20. (Reference: 16-16635)(ecm) |
| 07/23/2020 | 10837 | ORDER of USCA as to [10648] Notice of Appeal. The parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. Issued by USCA Clerk. (Attachments: # (1) Transmittal Letter)(Reference: 16-15397)(am) |

*Phillips v. Sanofi-Aventis U.S. LLC, et al., 16-cv-15397*

| Date | Rec. Doc. | Docket Text (16-cv-15397) |
|---|---|---|
| 10/08/2016 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5744268) filed by June Phillips. (Attachments: # 1 Civil Cover Sheet,# i Summons Aventis,# .l Summons Sanofi)Attorney Richard Lee Root added to party June Phillips(pty:pla).(Root, Richard) (Attachment 2 replaced on |

7

| Date | Rec. Doc. | Docket Text (16-cv-15397) |
|---|---|---|
|  |  | 10/11/2016) ( cml). (Attachment 3 replaced on 10/11/2016) ( cml). (Entered: 10/08/2016) |
| 10/11/2016 | 2 | Initial Case Assignment to Chief Judge Kurt D. Engelhardt and Magistrate Judge Michael North. Gls) (Entered: 10/11/2016) |
| 10/11/2016 | 3 | Summons Issued as to Aventis Pharma S.A., Sanofi-Aventis U.S. LLC. (cml) Entered: 10/11/2016) |
| 10/14/2016 | 5 | PRETRIAL ORDER #1. Signed by Chief Judge Kurt D. Engelhardt on 10/13/2016. (Attachments:# lAttachment A, # 2_Attachment B, # 3}Attachment C)( cml) (Entered: 10/14/2016) |
| 05/31/2017 | 6 | AMENDED SHORT FORM COMPLAINT by June Phillips. (Barnes, Betsy) Modified on 6/2/2017 ( cg). (Entered: 05/31/2017) |
| 06/28/2017 | 7 | Summons Submitted for Issuance (Attachments:# l Summons # i Summons,# J Summons, # 1 Summons, # 2 Summons, # Q Summons, # 1 Summons, # 8 Summons, # 2 Summons, # lQ Summons, # 11 Summons, # 12 Summons, # 13 Summons,# 14 Summons)(Godshall, Lauren) (Entered: 06/28/l7) |
| 06/29/2017 | 8 | Summons Issued as to Accord Healthcare, Inc., Actavis Pharma, Inc., Allergan Finance LLC, Aventis Pharma S.A., Caraco Pharmaceutical Laboratories, Ltd., Hospira Worldwide, Inc., Hospira, Inc., McKesson Corporation, Pfizer Inc., Sandoz, Inc., Sanofi S.A., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, Sun Pharma Global FZE, Sun Pharma Global, Inc .. (cc) (Entered: 06/29/2017) |
| 05/21/2018 | 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance.(ADI) (Entered: 05/21/2018) |
| 04/07/2020 | 10 | ORDER AND REASONS granting Motion for Summary Judgment on Warnings Causation (Doc. 9299). Signed by Judge Jane Triche Milazzo. /Originally filed at Rec. Doc. 9887 in 16-md-2740)(ecm) (Entered: 05/27/2020) |
| 05/27/2020 | 11 | ORDER AND REASONS: Plaintiff June Phillips's case is DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo. (Originally filed at Rec. Doc. 10465 in 16-md-2740)(ecm) (Entered: 05/27/2020) |
| 05/27/2020 | 12 | JUDGMENT that all claims of plaintiff June Phillips in the above-captioned matter are DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo. (Filed in 16-md-2740 at Rec. Doc. 10469)(ecm) (Entered: 05/27/2020) |

Dated: August 12, 2020

Respectfully submitted:

/s/ *Betsy J. Barnes*
Betsy J. Barnes (#19473)
John Enochs (#22774)
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com

*Attorneys for Plaintiff June Phillips*

| /s/M. Palmer Lambert | /s/Dawn M. Barrios |
|---|---|
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC | BARRIOS, KINGSDORF & CASTEIX, LLP |
| 2800 Energy Centre, 1100 Poydras Street | 701 Poydras Street, Suite 3650 |
| New Orleans, LA 70163-2800 | New Orleans, LA 70139 |
| Phone: 504-522-2304 | Phone: 504-524-3300 |
| Fax: 504-528-9973 | Fax: 504-524-3313 |
| plambert@gainsben.com | barrios@bkc-law.com |
| *MDL 2740 Plaintiffs' Co-Liaison Counsel* | *MDL 2740 Plaintiffs' Co-Liaison Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *M. Palmer Lambert*
M. PALMER LAMBERT

9