UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H"

THIS DOCUMENT RELATES TO
June Phillips, Case No. 16-cv-15397

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO MAINTAIN
PREVIOUSLY SEALED JOINT RECORD DESIGNATIONS UNDER SEAL**

Plaintiff June Phillips and Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "the Parties"), respectfully request that the Court maintain under seal upon transmittal to the U.S. Court of Appeals for the Fifth Circuit all documents that the Parties have designated for the Record on Appeal that have previously been filed in the District Court under seal along with any sealed exhibits. The documents that were filed under seal or contained sealed exhibits are:

1. 9419

2. 9420

This Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> unredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). In their Joint Record Designations, filed August 12, 2020, the Parties designated certain documents for the Record on Appeal that have been designated as confidential and/or "protected information," as set forth in PTO 50. This includes documents that contain PHI and PII of the Plaintiffs and non-parties and confidential documents maintained by the Defendants. For these reasons, the Parties respectfully request that these documents be transmitted to the U.S. Court of Appeals for the Fifth Circuit under seal.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the pleadings at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). The confidential nature of these documents remains even though some appeals are pending. Therefore, under PTO 50 and the applicable case law, the Parties respectfully request that the documents identified above remain under seal upon transmittal to the to the U.S. Court of Appeals for the Fifth Circuit.

Date: August 12, 2020

                                              Respectfully submitted,

                                              */s/M. Palmer Lambert*
                                              M. Palmer Lambert (#33228)
                                              **GAINSBURGH BENJAMIN DAVID**
                                              **MEUNIER & WARSHAUER, LLC**
                                              2800 Energy Centre, 1100 Poydras Street
                                              New Orleans, LA 70163-2800
                                              Phone: 504-522-2304
                                              Fax: 504-528-9973
                                              plambert@gainsben.com

                                              *Plaintiffs' Co-Liaison Counsel*

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ M. Palmer Lambert

M. PALMER LAMBERT