UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Elizabeth Kahn, Case No. 2:16-cv-17039 | |

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS 2-9 TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT ON THE COMPARATIVE FAULT OF HER TREATING PHYSICIANS AND MISUSE OF TAXOTERE (REC. DOC. 10915) UNDER SEAL

NOW INTO COURT, comes Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully requests leave of Court to file Exhibits 2-9 to Plaintiff's Partial Motion for Summary Judgment on the Comparative Fault of her Treating Physicians and Misuse of Taxotere (Rec. Doc. 10915) under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Exhibits 2-9 to Plaintiff's Motion should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and Exhibits 2-9 to Plaintiff's Partial Motion for Summary Judgment on the Comparative Fault of her Treating Physicians and Misuse of Taxotere be filed UNDER SEAL.

Dated: August 13, 2020                              Respectfully submitted,

*/s/ Christopher L. Coffin*                         */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                      Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                    GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                     6701 Center Drive West, Suite 1400
New Orleans, LA 70163                               Los Angeles, California 90045
Telephone: 504-355-0086                             Telephone: 510-350-9700
Facsimile: 504-523-0699                             Facsimile: 510-350-9701
Email: ccoffin@pbclawfirm.com                       kbm@classlawgroup.com
*Plaintiffs' Co-Lead Counsel*                       *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                              */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                          Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN                                 BARRIOS, KINGSDORF & CASTEIX, LLP
DAVID MEUNIER & WARSHAUER, LLC                      701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street             New Orleans, LA 70139
New Orleans, LA 70163-2800                          Telephone: 504-524-3300
Telephone: 504-522-2304                             Facsimile: 504-524-3313
Facsimile: 504-528-9973                             Email: barrios@bkc-law.com
Email: plambert@gainsben.com                        *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                        Daniel P. Markoff
Andrews & Thornton                                  Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                     9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                             Oklahoma City, OK 73120
Phone: (800) 664-1734                               Phone: (405) 607-8757
aa@andrewsthornton.com                              Fax: (405) 607-8749
                                                    dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus                                      Abby E. McClellan
Bachus & Schanker, LLC                              Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                      460 Nichols Road, Suite 200
Denver, CO 80202                                    Kansas City, MO 64112
Phone: (303) 893-9800                               Phone: (816) 714-7100
Fax: (303) 893-9900                                 Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                         mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS