UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039.

### DEFENDANTS' MOTION TO EXCLUDE
### EXPERT TESTIMONY OF DR. LAURA PLUNKETT

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move to exclude certain testimony of Plaintiff's toxicologist, Dr. Laura Plunkett. For the reasons more fully set forth in the corresponding Memorandum in Support, the Court should exclude:

(1) Dr. Plunkett's "more toxic" opinion because this Court has previously excluded it and Dr. Plunkett has not done anything different in this case to warrant a different ruling;

(2) Dr. Plunkett's two new causation opinions (i) Taxotere carries an independent risk of PCIA and (ii) Taxotere is a "substantial contributing factor" to PCIA because Dr. Plunkett has not done the work required to offer causation opinions and "substantial contributing factor" is a Louisiana legal standard;

(3) Dr. Plunkett's opinion that there is a difference between drug induced alopecia and permanent chemotherapy induced alopecia because she is not qualified to offer these opinions and cannot explain what her own opinions mean; and

(4) all six of Dr. Plunkett's opinions that rely on her weight-of-the-evidence methodology because she failed to follow the reliability standards and show her work.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*