# EXHIBIT D

*List of Testimony for Dr. Laura M. Plunkett, Ph.D, DABT*

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2015 | *Broussard v. Multi-Chem Group LLC, et al*<br>*Deposition – 12 March 2015* | Wynne & Wynne<br>(Houston, TX) |
| 2015 | *Simoneaux case*<br>*Deposition – 19 March 2015* | Frischhertz, Poulliard, Frischhertz LLC<br>(New Orleans, LA) |
| 2015 | *State of Texas v. Calloway*<br>*Trial Testimony – 17 April 2015* | The Silverman Law Group<br>(Austin, TX) |
| 2015 | *Wayland Ezeb v. Sandoz Pharmaceuticals, et al*<br>*Deposition – 21 April 2015* | The Javier Law Firm<br>(New Orleans, LA) |
| 2015 | *Tylenol – Hayes case*<br>*Deposition – 24 April 2015* | Ashcraft Gerel, LLP<br>(Alexandria, VA) |
| 2015 | *Good v. Pfizer, et al.*<br>*Deposition – 10 July 2015* | Law Offices of Todd A. Moore<br>(San Diego, CA) |
| 2015 | *Jensen v. Univ. of Washington, et al.*<br>*Deposition – 20 July 2015* | Swanson & Gardner, PLLC<br>(Seattle, WA) |
| 2015 | *Good v. Pfiezer, et al*<br>*Deposition – 10 Aug 2015* | Law Offices of Todd A. Moore<br>(San Diego, CA) |
| 2015 | *Broussard, et al v. Multi-Chem Group LLC, et al*<br>*Trial Testimony – 14 Sep 2015* | Wynne & Wynne<br>(Houston, TX) |
| 2015 | *Paxil*<br>*Deposition – 23 Sep 2015* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2015 | *Liu case*<br>*Trial Testimony – 25, 28 Sep 2015* | Farisse Law Firm<br>(Los Angeles, CA) |
| 2015 | *Tylenol – Hayes case*<br>*Trial Testimony – 30 Sep 2015* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2015 | *Tobin Horn v. Edward Liscombe, et al*<br>*Deposition – 10 Nov 2015* | Patrick K. Rocchio<br>(New Buffalo, MI) |
| 2015 | *Jacoby Moore & Shaquil Byrd v. Janssen, et al.*<br>*Deposition – 01 Dec 2015* | Matthews & Associates<br>(Houston, TX) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2016 | VICTORIA KLEIN and ASHLEY SWADLEY, Plaintiffs, VS FEDERAL INSURANCE CO., a/k/a CHUBB GROUP OF INSURANCE COMPANIES; INTERNATIONAL INSURANCE CO., a/k/a WESTCHESTER FIRE INSURANCE CO., n/k/a ACE, USA, Ltd,; Defendants, VS. CVS CAREMARK, as a Successor to CVS REVCO D.S., INC., as a Successor to REVCO D,S.,INC., Third-Party Plaintiff Deposition – 13 Jan 2016 | Seeley Savidge Ebert & Gourash (Cleveland OH) |
| 2016 | Brownstein, et al v. Merck, et al Deposition – 28 Jan 2016 | Aaron Levine Law Firm (Washington, DC) |
| 2016 | Rader v. GSK (Paxil) Deposition – 02 Mar 2016 | Bailey Peavy Bailey (Houston, TX) |
| 2016 | Rader v. GSK (Paxil) Expert Testimony – 22 Mar – 23 Mar 2016 | Bailey Peavy Bailey (Houston, TX) |
| 2016 | Tylenol Litigation (Taylor Case) Deposition - 19 Apr 2016 | Ashcraft & Gerel, LLP (Alexandria, VA) |
| 2016 | Osteen v. Bayer (Aspirin) Deposition -13 May 2016 | Balaban & Spielberger, LLP (Los Angeles, CA) |
| 2016 | Nguyen v. BCBG et al. Deposition - 27 May 2016 | Fibich, Leebron, Copeland, Briggs & Josephson (Houston, TX) |
| 2016 | Wayland Ezeb v. Sandoz Pharmaceuticals, et al. Trial Testimony – 14Jun -15 Jun 2016 | Javier Law Firm (New Orleans, LA) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2016 | *Orrick v. GSK (Paxil)*<br>*Deposition - 21 July 2016* | Bailey Peavy Bailey<br>(Houston, TX) |
| 2016 | *Freeman v. Roche (Accutane)*<br>*Deposition – 10 Aug 2016* | Krupnick Campbell Malone<br>(Fort Lauderdale, FL) |
| 2016 | *Ehrenfelt v. Janssen (Risperdal)*<br>*Deposition – 30 Aug 2016* | Beasley Allen, P.C.<br>(Montgomery, AL) |
| 2016 | *Edwards v. Kuy Creek et al*<br>*Deposition – 08 Sep 2016* | Johanson & Fairless, LLP<br>(Sugar Land, TX) |
| 2016 | *Tobin Horn v. Edward Liscombe, et al*<br>*Trial Testimony – 09 Nov 2016* | Patrick K. Rocchio<br>(New Buffalo, MI) |
| 2016 | *Harper & West v. Janssen (Risperdal)*<br>*Deposition – 11 Nov 2016* | Beasley Allen, P.C.<br>(Montgomery, AL) |
| 2016 | *Xarelto MDL*<br>*Deposition – 06 Dec – 07 Dec 2016* | Levin Papatino<br>(Pensacola, FL) |
| 2017 | *Talc Litigation*<br>*Deposition – 11 Jan – 13 Jan 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Estate of Shirley Reaves v. Dr. Evans*<br>*Deposition – 03 Mar 2017* | Wukela Law Firm<br>(Florence, SC) |
| 2017 | *Talc Litigation*<br>*Trial Testimony – 20 Apr – 21 Apr 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Stiner v. Amazon, et al.*<br>*Deposition – 09 May 2017* | Brian K. Balser Co., LPA<br>(Elyria, OH ) |
| 2017 | *Testosterone Gel*<br>*Deposition – 22 May 2017* | Fleming & Associates<br>(Houston, TX) |
| 2017 | *Blaes, et al. v. Johnson & Johnson, et al.*<br>*Trial Testimony - 12 Jun – 16 Jun 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Echeverria v. Johnson & Johnson*<br>*Sargon Hearing*<br>*26 Jun – 27 Jun 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2017 | *Echeverria v. Johnson & Johnson*<br>*Trial Testimony*<br>*27 July, 28 July 2017, 31 July 2017, 1 Aug 2017, 2 Aug 2017* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2017 | *Xarelto Litigation*<br>*Trial testimony*<br>*9 August 2017* | Levin, Papantonio Thomas Mitchell Rafferty & Proctor<br>(Pensacola, FL) |
| 2017 | *Couch v. AbbVie*<br>*Trial Testimony*<br>*14 August, 15 August 2017* | Fleming, Nolan & Jez<br>(Houston, TX) |
| 2017 | *Tsao v. Ferring*<br>*Deposition*<br>*15 September 2017* | Fleming, Nolan & Jez<br>(Houston, TX) |
| 2017 | *Shaquil Byrd v. Janssen*<br>*Trial Testimony*<br>*19 September 2017* | DeGraff, Foy & Kunz, LLP<br>(Albany, NY) |
| 2017 | *Edward McDevitt v Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim International GMBH*<br>*Deposition*<br>*05 October 2017* | The Nemeroff Law Firm<br>(Dallas, TX) |
| 2018 | *Crochet v. BMS and Otsuka Pharmaceutical*<br>*Deposition*<br>*11 January 2018* | Javier Law Firm<br>(New Orleans, LA) |
| 2018 | *Mirena MDL*<br>*Deposition*<br>*19 January 2018* | Jones, Ward<br>( Louisville, KY) |
| 2018 | *Synthes case*<br>*Deposition*<br>*24 January 2018* | Nations Law Firm<br>(Atlanta, GA) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2018 | *Boone v. BIPI*<br>*Trial Testimony*<br>*27-28 February, 01-02 March 2018* | Nemeroff Law Firm<br>(Dallas, TX) |
| 2018 | *Gallum v. BIPI*<br>*Trial Testimony*<br>*18-20 April 2018* | Nemeroff Law Firm<br>(Dallas, TX) |
| 2018 | *Fluoroquinolones MDL*<br>*Deposition*<br>*25 April 2018* | Baron & Budd, P.C.<br>(Dallas, TX) |
| 2018 | *Xarelto MDL*<br>*Cooney case*<br>*Deposition*<br>*24 May 2018* | The Lambert Law Firm<br>(New Orleans, LA) |
| 2018 | *Xarelto MDL*<br>*Cooney case*<br>*Trial Testimony*<br>*09 August 2018* | The Lambert Law Firm<br>(New Orleans, LA) |
| 2018 | *Pradaxa*<br>*Bedsole v. BIPI*<br>*Trial Testimony*<br>*17th, 18th, 20th, 21st September 2018* | Myers & Flowers<br>(St. Charles, IL) |
| 2018 | *McCants v. Vitacost, Inc.*<br>*Deposition*<br>*25 September 2018* | Miller Weisbrod<br>(Dallas, TX) |
| 2018 | *Talc*<br>*Brower case Georgia*<br>*Deposition*<br>*28 September 2018* | Beasley Allen<br>(Montgomery, AL) |
| 2018 | *Pradaxa*<br>*Knight case (West Virginia)*<br>*Trial Testimony*<br>*04 October – 05 October 2018* | Childers, Schlueter & Smith<br>(Atlanta, GA) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2018 | *Cell Phone Litigation*<br>*Deposition Testimony*<br>*November 15, 2018* | Lundy, Lundy, Soileau & South<br>(Lake Charles, LA) |
| 2018 | *Gadolinium*<br>*Kish v. GE Electric*<br>*Deposition Testimony*<br>*27 November 2018* | Power Rogers & Smith, PC |
| 2018 | *Taxotere*<br>*Deposition Testimony*<br>*10 December 2018* | The Lambert Law Firm<br>(New Orleans, LA) |
| 2018 | *Talc*<br>*Brower case Georgia*<br>*Deposition*<br>*18 December 2018* | Beasley Allen<br>(Montgomery, AL) |
| 2018 | *Talc MDL*<br>*Deposition*<br>*19 December 2018* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2019 | *Pradaxa Litigation*<br>*Supplemental Deposition*<br>*07 Janaury 2019* | The Nemeroff Firm<br>(Dallas, TX) |
| 2019 | *Kubicki v. Medtronic, Inc. et al*<br>*Deposition*<br>*06 March 2019* | Ashcraft & Gerel LLP<br>(Alexandria, VA) |
| 2019 | *McCants v. Vitacost, Inc.*<br>*Trial Testimony*<br>*29 March ; 01 April 2019* | Miller Weisbrod<br>(Dallas, TX) |
| 2019 | *Daniels-Feasel et al v. Forest Pharmaceuticals, Inc., et al*<br>*Deposition*<br>*12 April 2019* | Nidel & Nace PLLC<br>(Washington, DC) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2019 | *Taxotere*<br>*Deposition*<br>*22 April 2019* | David F. Miceli, LLC<br>(Carrollton, GA) |
| 2019 | *Pradaxa Litigation*<br>*Ridings v. BIPI*<br>*27 April 2019* | Humphreys, Farrington & McClain<br>(Independence, MO) |
| 2019 | *Roberto v. BIPI*<br>*Trial Testimony*<br>*1-3 May 2019* | Ury, Moskow<br>(Fairfield, CT) |
| 2019 | *Emley, Donna v. Wal-Mart Stores, Inc., et al.*<br>*Deposition*<br>*14 May 2019* | Childers, Schlueter & Smith<br>(Atlanta, GA) |
| 2019 | *Ruiz v. TEVA, et al*<br>*Deposition*<br>*10 June 2019* | Searcy, Denney, Scarola, Barnhart & Shipley<br>(West Palm Beach, FL) |
| 2019 | *Pleasant v. Wellington Regional Med Ctr, et al.*<br>*Deposition*<br>*02 July 2019* | Searcy, Denney, Scarola, Barnhart & Shipley<br>(West Palm Beach, FL) |
| 2019 | *Thomas, et al. v. Mobil Oil Corp, et al*<br>*Deposition*<br>*10 July 2019* | Fransen & Hardin, PLC<br>(New Orleans, LA) |
| 2019 | *Ruiz v. TEVA, et al*<br>*Deposition (continuation of 10 June deposition)*<br>*31 July 2019* | Searcy, Denney, Scarola, Barnhart & Shipley<br>(West Palm Beach, FL) |
| 2019 | *Coleman case (Cook Medical)*<br>*Deposition*<br>*01 August 2019* | Matthews & Associates<br>(Houston, TX) |
| 2019 | *Talc*<br>*Brower case Georgia (J&J)*<br>*Trial*<br>*12-16 September 2019* | Beasley, Allen<br>(Montgomery, AL) |

| Year | Case Name | Law Firm Represented |
|------|-----------|----------------------|
| 2019 | *Taxotere MDL*<br>*Trial*<br>*18 September 2019* | David F. Miceli, LLC<br>(Carrollton, GA) |
| 2019 | *Lilla v. Cordis Corporation*<br>*Deposition*<br>*16 October 2019* | Freese & Goss<br>(Dallas, TX) |
| 2019 | *Ridings v. BIPI*<br>*Hearing*<br>*28-29 October 2019* | Humphreys, Farrington & McClain<br>(Independence, MO) |
| 2019 | *Lilla v. Cordis Corporation*<br>*Deposition (CONTINUATION)*<br>*31 October 2019* | Freese & Goss<br>(Dallas, TX) |
| 2019 | *Seegert, et al. V. Rexall Sundown, Inc.*<br>*Deposition*<br>*06 November 2019* | Blood Hurst & O'Reardon, LLP<br>(San Diego, CA) |
| 2019 | *Six v. CSX Corporation*<br>*Deposition*<br>*11 November 2019* | Franklin Law, LLC<br>(Savannah, GA) |
| 2019 | *Cadigan v. Johnson & Johnson (Talc)*<br>*Deposition*<br>*13 November 2019* | Beasley Allen<br>(Montgomery, AL) |
| 2019 | *Crayton & Thibodeaux case (Taxotere)*<br>*Deposition*<br>*19 November 2019* | David F. Miceli, LLC<br>(Carrollton, GA) |
| 2019 | *Lyons v. BIPI (Pradaxa)*<br>*Deposition*<br>*25 November 2019* | Ury, Moskow<br>(Fairfield, CT) |
| 2019 | *Forrest v. Johnson & Johnson (Talc)*<br>*Trial Testimony*<br>*06, 09-10 December 2019* | Beasley Allen<br>(Montgomery, AL) |

| Year | Case Name | Law Firm Represented |
|---|---|---|
| 2019 | *Crayton & Thibodeaux case (Taxotere)* <br> *Deposition (**CONTINUATION**)* <br> *13 December 2019* | David F. Miceli, LLC <br> (Carrollton, GA) |
| 2020 | *McDermitt case* <br> *Deposition* <br> *21 January 2020* | Goldenberg Law, PLLC <br> (Minneapolis, MN) |
| 2020 | *Benitez v. Dr. Ronald Seguar* <br> *Deposition* <br> *23 January 2020* | Orrill & Malbrough, LLC <br> (Metairie, LA) |