# EXHIBIT F

Page 391

1            IN THE UNITED STATES DISTRICT COURT OF
                  EASTERN DISTRICT OF LOUISIANA
2
3     IN RE: TAXOTERE            *
      (DOCETAXEL) PRODUCTS       *
4     LIABILITY LITIGATION       * MDL No. 2740
                                 *
5     THIS DOCUMENT RELATES TO:* SECTION: H
                                 *
6     SHEILA CRAYTON, CASE NO.  *
          -CV-05923;             *
7     CYNTHIA THIBODEAUX, CASE *
      NO. 2:16-CV-15859          *
8
9
10         *****************************************
                ORAL AND VIDEOTAPED DEPOSITION OF
11                 LAURA MASSEY PLUNKETT, M.D.
                          VOLUME 2
12                    DECEMBER 13, 2019
           *****************************************
13
14
15         ORAL AND VIDEOTAPED DEPOSITION OF LAURA
16    MASSEY PLUNKETT, M.D., produced as a witness at the
17    instance of the DEFENDANT(S), and duly sworn, was
18    taken in the above-styled and numbered cause on
19    DECEMBER 13, 2019, from 9:06 A.M. to 10:57 A.M.,
20    before AMY PRIGMORE, CSR, in and for the State of
21    Texas, reported by stenographic means, at the
22    offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
23    Blvd., Suite 4000 Houston, Texas, pursuant to the
24    Federal Rules of Civil Procedure and the provisions
25    stated on the record or attached hereto

1          MR. RATLIFF:  Do we need to stop?
2          MR. MICELI:  Well, I know that --
3          MR. RATLIFF:  We can go off record
4    for a second.
5          MR. MICELI:  Yeah, let's go off the
6    record for a second.
7          THE VIDEOGRAPHER:  Off the record at
8    9:32 a.m.
9          (Break.)
10         THE VIDEOGRAPHER:  Back on the
11   record at 9:35 a.m.
12      Q.  (BY MR. RATLIFF)  Dr. Plunkett, what is the
13   mechanism of action by which you believe Taxotere
14   is biologically plausible to cause permanent
15   chemotherapy-induced alopecia?
16      A.  So, as I think I told you before, that's a
17   causation -- part of the causation analysis that I
18   have not done.
19         And in my report, I describe biologically
20   plausible reasons why there would be differences of
21   docetaxel, for example, from paclitaxel and its
22   risk.
23         But I'm not addressing, and I have not done
24   an analysis, to under -- understand what would be
25   the most likely biologically plausible mechanisms.

1     Q.   What are the -- what are the likely
2   biologically plausible -- what are -- what are the
3   likely mechanisms of -- mechanisms of action by
4   which you believe Taxotere is -- can cause
5   permanent hair loss?
6     A.   It -- it's the same answer.  I'm not doing a
7   causation assessment.  So I think, as I told you
8   last time, I haven't done that.
9          I have looked, instead, at issues related to
10  risk and comparative risk among the agents.  And I
11  do believe that there's some data that I described
12  in the first section of my report.
13    Q.   Uh-huh.
14    A.   Especially in the -- in the section where I
15  talk about pharmacokinetics and variability that
16  are relevant to the issue of comparative risk.
17         But I'm not -- the causation -- I'm not the
18  causation person, so I haven't done that analysis.
19    Q.   Okay.  Your opinions, as it relates to
20  pharmacokinetics and pharmacokinetic differences
21  between Taxotere and taxol, are you saying -- is it
22  your testimony here today that those have a
23  bearing, or are related to your belief that it's
24  biologically plausible for Taxotere to cause
25  permanent chemotherapy-induced alopecia?

Page 422

1  to -- it's hard to identify, based just on the way
2  the drug is dosed.
3      Q.  Okay.
4      A.  In other words, there's a difference from
5  person to person, a big difference sometimes, in
6  what blood levels may be.
7          And we do -- I do believe that this toxicity
8  is related to exposure at some point.  That's a
9  general principle of pharm and tox.
10     Q.  So you believe -- it's your testimony here
11 today that paragraph 28, in part -- in part,
12 explains what you -- in part, explains why you
13 think it's biologically plausible for Taxotere to
14 cause permanent chemotherapy-induced alopecia?
15     A.  No.  I already answered that for you, and I
16 thought I was very clear.
17     Q.  Uh-huh.
18     A.  I'm saying to you, I haven't done an
19 analysis to determine what is the biologically
20 plausible mechanism.  That's causation, and that
21 wasn't my job.
22         I'm saying to you there are sections in my
23 report, and I'm pointing you to paragraph 28 --
24     Q.  Sure.
25     A.  -- that are relevant to the issue of

Veritext Legal Solutions
800-227-8440                                     973-410-4040

Page 425

1    A.  There is a comparative group, yes.  It's a
2    combination therapy and a combination therapy, TAC
3    versus FAC.
4    Q.  And so my question is, there is -- in
5    TAX 316, a controlled clinical study, there are
6    reports of what you call unresolved or irreversible
7    alopecia involving the FAC regimen, correct?
8    A.  Yes.  But the difference is -- the
9    difference is what I -- what this data does is it
10   allows you to understand that there's a difference
11   in risk.
12           I'm not -- again, I'm not doing a causation
13   analysis for any of these individual drugs or
14   this -- or even how one or two of them could go
15   together in a causation analysis.
16   Q.  Okay.
17              MR. RATLIFF:  Let's go ahead and
18   mark this as Exhibit 23.
19              MR. MICELI:  Which one is that?
20              MR. RATLIFF:  The -- I marked these
21   as Exhibits 21 and 22, so they're in the record.  I
22   don't plan to ask any questions about them.
23              MR. MICELI:  Is that -- that's a new
24   one, though, right?
25              MR. RATLIFF:  This is new.  This is

1     are reports of each one of those drugs being
2     associated with cases of permanent
3     chemotherapy-induced alopecia.
4             Is that correct?
5                 MR. MICELI:  Object to the form.
6        A.   Individually, yes, there are.
7        Q.   (BY MR. RATLIFF)  Okay.  And in combination,
8     correct?
9        A.   I don't know that there's this exact
10    combination except here.  I -- I don't recall there
11    being another report just like this.
12       Q.   These three -- these three chemotherapies.
13       A.   Yeah, I answered that.  Yeah,
14    individually --
15       Q.   Okay.
16       A.   -- I would agree.  And I've seen
17    combinations or -- of -- I've seen 5-FU by itself.
18       Q.   Uh-huh.
19       A.   And that's actually mostly what I've seen,
20    5-FU by itself, for 5-FU.  For A and C, I've seen
21    those in combo and also in combo with other drugs
22    as well.  And we went through the literature, I
23    believe, the last time.
24       Q.   Uh-huh.  So other than this controlled
25    clinical study data, the medical literature, and

1    case reports that you reviewed that involved those
2    drugs, what additional material would you need to
3    render an opinion that those three drugs are
4    biologically plausible to cause permanent
5    chemotherapy-induced alopecia?
6        A.   So, that's a causation analysis.  I haven't
7    done a causation analysis.  So, if you want to ask
8    me what I would have done, it would be different.
9            Even in the work that I have done for my
10   comparison, I'm talking risk, increased risk.  I'm
11   not talking causation.  Someone else will be
12   handling causation in -- in each individual case.
13       Q.   Okay.  And I would assume that based on the
14   controlled clinical study data for FAC and those
15   drugs, and the medical literature that you
16   reviewed, and the case report form -- case reports
17   of permanent chemotherapy-induced alopecia with
18   those drugs, you have also not rendered an opinion
19   whether any of them are a contributing or a
20   substantial contributing factor to that condition.
21               MR. MICELI:  Object to the form.
22       A.   So I haven't done an individual analysis.
23   That is true.  I already answered that for you.  I
24   have not done that analysis in that way.
25           I have done -- I -- I -- I -- you want me to