UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039 | |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFF'S MOTION TO EXCLUDE THE CAUSATION TESTIMONY OF DR. GERALD MILETELLO UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Motion to Exclude the Causation Testimony of Dr. Gerald Miletello (Rec. Doc. 10919) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the unredacted attachments (Exhibits A-E) to the Plaintiff's Motion to Exclude the Causation Testimony of Dr. Gerald Miletello UNDER SEAL.

New Orleans, Louisiana, this ___ of August, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1