UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H"

THIS DOCUMENT RELATES TO

Elizabeth Kahn, Case No. 2:16-cv-17039

MOTION TO FILE DEFENDANTS' MOTION TO EXCLUDE
EXPERT TESTIMONY OF DAVID A. KESSLER, M.D., J.D. UNDER SEAL

For the reasons set forth in the accompanying Memorandum in Support, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. respectfully request leave of Court to file under seal their Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D., Under Seal, including the Memorandum in Support and Exhibits A-Q.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)           Harley V. Ratliff
**IRWIN FRITCHIE URQUHART & MOORE LLC**     Jon Strongman
400 Poydras Street, Suite 2700              Adrienne L. Byard
New Orleans, LA 70130                       **SHOOK, HARDY & BACON L.L.P.**
Telephone: 504-310-2100                     2555 Grand Boulevard
Facsimile: 504-310-2120                     Kansas City, Missouri 64108
dmoore@irwinllc.com                         Telephone: 816-474-6550
                                            Facsimile: 816-421-5547
                                            hratliff@shb.com
                                            jstrongman@shb.com
                                            abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*