UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |

**THIS DOCUMENT RELATES TO**

**Elizabeth Kahn, Case No. 2:16-cv-17039**

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. UNDER SEAL.

_____
UNITED STATES DISTRICT JUDGE