UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Elizabeth Kahn, Case No. 2:16-cv-17039 | |

### PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF JOHN GLASPY, M.D.

NOW INTO COURT, comes Plaintiff, through the Plaintiffs' Steering Committee, who, pursuant to the attached memorandum in support, respectfully moves this Court to exclude some testimony of John Glaspy, M.D. Specifically, Plaintiff requests that the Court:

1. Preclude Dr. Glaspy from offering opinions on the general and specific causation of any chemotherapy drug, or Tamoxifen, and a potential causal relationship with PCIA[1]. Dr. Glaspy is clear that he did not perform any causation analysis to investigate a causal relationship between any chemotherapy drug, or Tamoxifen, and PCIA;

2. Preclude Dr. Glaspy from offering opinions that Ms. Kahn's general health status or specific medical diagnoses and other medical conditions caused her PCIA, or what caused Ms. Kahn's PCIA. Dr. Glaspy testified that he did not follow any methodology to determine the cause of Ms. Kahn's PCIA, and that he does not know how to differentiate between types or causes of PCIA. Any testimony from Dr. Glaspy concerning medical status or conditions would be subjective speculation, and could not assist the jury;

---

[1] "PCIA", permanent chemotherapy induced alopecia, as used in this motion and memo is used interchangeably with and includes permanent, persistent and/or irreversible alopecia.

1

3. Preclude Dr. Glaspy from offering dermatology opinions, including, but not limited to, the presentation, causes, and diagnosis of the different kinds of alopecia. Dr. Glaspy admits that he does not know how to diagnose alopecia, or differentiate between types of alopecia. Dr. Glaspy admits that he is not an expert dermatologist, and any dermatology opinions he could offer would not be helpful to the jury, and would serve to confuse or mislead the jury;

4. Preclude Dr. Glaspy from offering any regulatory opinions, specifically on the FDA, FDA regulations, labeling, compliance and post marketing responsibilities of Sanofi, or how companies work with FDA in the drug development, approval and labeling processes. Dr. Glaspy admits that he is not an expert in FDA regulations, and the related topics, and testified that he does not believe he is being called to testify as an expert in this area;

5. Preclude Dr. Glaspy from offering any opinions that Taxotere does not cause persistent hair loss, on the follow-up times for PCIA or ongoing alopecia in TAX 316 clinical trial, based upon the flawed re-analysis of Dr. Michael Kopreski. Dr. Glaspy admits that he does not know how Dr. Kopreski performed his re-analysis, what he reviewed in his re-analysis, and he did not validate any portion of Dr. Kopreski's analysis;

6. Preclude Dr. Glaspy from offering any opinion that Tamoxifen and Aromatase Inhibitors cause persistent hair loss. Dr. Glaspy's statement of this causal connection is based upon his subjective "eyeballing" his patients' hair loss.

7. Preclude Dr. Glaspy from offering testimony on all topics for which he and Sanofi fail to provide properly disclosed opinions, bases and reasoning consistent with FRCP, Rule 26(a)(2)(B).

WHEREFORE, Plaintiff prays that the Court will exclude the testimony of John Glaspy, M.D. as set forth herein.

Dated: August 13, 2020                                   Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
Andre Mura ((CA Bar # 298541) (on the brief)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

| | |
|---|---|
| J. Kyle Bachus<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Phone: (303) 893-9800<br>Fax: (303) 893-9900<br>kyle.bachus@coloradolaw.net | Abby E. McClellan<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Phone: (816) 714-7100<br>Fax: (816) 714-7101<br>mcclellan@stuevesiegel.com |
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |

| | |
|---|---|
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS