UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Kahn v. Sanofi-Aventis, et al, Case No. 2:16-cv-17039 | |

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT ON
AFFIRMATIVE DEFENSES CONCERNING ALTERNATIVE CAUSES**

NOW INTO COURT, comes Plaintiff Elizabeth Kahn, through the PSC, who respectfully submits the following statement of undisputed material facts in support of Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes:

1. Ms. Kahn was diagnosed with early-stage breast cancer in April 2008.[1]

2. Ms. Kahn participated in the NSABP clinical trial for chemotherapy treatment. As part of the clinical trial, Ms. Kahn underwent three phases of breast cancer treatment: phase one involved cytotoxic chemotherapy with Taxotere for four cycles combined with non-cytotoxic administration of Avastin (bevacizumab) intravenously for four cycles along with the oral use of Xeloda (capecitabine); phase two involved cytotoxic chemotherapy with Adriamycin and cyclophosphamide for four cycles in addition to two more cycles of non-cytotoxic Avastin; phase three involved non-cytotoxic therapy with the administration of Avastin for ten cycles.[2]

---

[1] Ex. A, Alton Ochsner Medical Foundation Provider Note, June 19, 2008.
[2] Ex. A, Alton Ochsner Medical Foundation Provider Note, June 19, 2008; Ex. B, NSABP Clinical Trial Consent Form at pp. 5-6.

1

3. Cytotoxic chemotherapies, such as Taxotere, Adriamycin and cyclophosphamide are associated with hair loss and at a minimum temporary hair loss is anticipated from their use.[3]

4. Ms. Kahn underwent a surgical lumpectomy and radiation following phases one and two of the clinical trial.[4]

5. Avastin (bevacizumab) is not a cytotoxic form of chemotherapy, but rather an angiogenesis inhibitor which is not associated with temporary and/or permanent hair loss.[5]

6. Ms. Kahn's hair failed to fully regrow following cytotoxic chemotherapy with Taxotere.[6]

7. Taxol was one of various other viable chemotherapy treatment options without the increased risk of permanent hair loss available to Ms. Kahn at the time that she underwent treatment.[7]

8. Dr. Carl Kardinal, Ms. Kahn's treating oncologist, testified that Taxotere and Taxol are equivalent in efficacy and he would recommend treatment with Taxol, or other regimens including, but not limited to, Adriamycin and cyclophosphamide if a patient did not wish to undergo treatment with Taxotere due to the risk of permanent hair loss.[8]

9. Sanofi pled eleven (11) affirmative defenses concerning causation in their Master Answer.[9]

---

[3] Ex. B, NSABP Clinical Trial Consent Form at pp. 10-16.
[4] Ex. B, NSABP Clinical Trial Consent Form at pp. 5-6; Ex. C, Plaintiff's Third Amended Plaintiff Fact Sheet ("PFS") § V.3-4.
[5] Ex. B, NSABP Clinical Trial Consent Form at pp. 2, 16-19.
[6] Ex. C, Plaintiff's Third Amended PFS § VI.5; Ex. D, Deposition of Elizabeth Kahn, December 7, 2017 ("Kahn Dep. I") at 44:8-46:10, 227:12-16, 228:13-20; Ex. E, Deposition of Dr. Margaret Roberie, February 21, 2020 ("Roberie Dep.") at 139:3-13; Ex. F, Deposition of Dr. Zoe Larned, February 21, 2018 ("Larned Dep.") at 66:22-67:23.
[7] Ex. G, NCCN Guidelines V.2 2008.
[8] Ex. H, Deposition of Dr. Carl Kardinal, January 17, 2018 ("Kardinal Dep.") at 145:11-146:12.
[9] Ex. I, Defendants' Master Answer and Affirmative Defenses to Plaintiffs' First Amended Master Long Form Complaint (Rec. Doc. 961).

10. Dr. Lee-Jen Wei, Sanofi's biostatistics expert, has not researched nor been provided information on any drug that would give him a proper scientific basis to opine that the drug may cause permanent chemotherapy induced alopecia ("PCIA")[10], including, but not limited to, Adriamycin[11], cyclophosphamide[12], Xeloda[13], Avastin[14], tamoxifen[15], Taxol[16], 5-Fluorourcil[17], epirubicin[18], methotrexate[19], and Gemzar.[20]

11. Dr. Gerald Miletello, a practicing oncologist, was asked to provide: (1) opinions on patient counseling, (2) opinions on patient treatment options, (3) opinions on prescribing decision for Elizabeth Kahn, and (4) opinions as to Plaintiff's expert reports regarding chemotherapy and breast cancer.[21]

12. Dr. Miletello testified that he does not offer an opinion as to causal association between any drug and permanent hair loss[22], including but not limited to, Adriamycin[23], Taxol[24],

---

[10] Ex. J, Deposition of Dr. Lee-Jen Wei, May 5, 2020 ("Wei Dep. II") at 35:20-36:3.
[11] *Id.* at 24:5-19, 31:22-32:4.
[12] *Id.* at 24:20-25:1, 32:15-23.
[13] *Id.* at 25:2-5.
[14] *Id.* at 25:6-10, 33:10-15.
[15] *Id.* at 33:16-21.
[16] *Id.* at 25:13-26:2, 33:22-34:4.
[17] *Id.* at 26:3-7, 34:5-11.
[18] *Id.* at 26:8-11, 34:12-17.
[19] *Id.* at 26:12-19, 34:18-23.
[20] *Id.* at 26:20-28:16, 34:24-35:19.
[21] Ex. K, Expert Report of Dr. Gerald Miletello, April 29, 2020 ("Miletello Expert Report II") at p. 1.
[22] Ex. L, Deposition of Dr. Gerald Miletello, Feb. 7, 2019 ("Miletello Dep. I") at 168:6-170:18; Ex. M, Deposition of Dr. Gerald Miletello, December 19, 2019 ("Miletello Dep. II") at 125:20-24, 126:15-17; Ex. N, Deposition of Dr. Gerald Miletello, May 21, 2020 ("Miletello Dep. III") at 108:13-109:11.
[23] Ex. N, Miletello Dep. III at 88:18-93:5.
[24] *Id.* at 93:6-96:5.

3

epirubicin[25], 5-Fluorouracil[26], cyclophosphamide[27], Gemzar[28], methotrexate[29], or tamoxifen[30], Xeloda[31], and Avastin.[32]

13. Dr. Miletello states within his report that (1) chemotherapy can alter a woman's hormonal status, resulting in age-related hair loss; (2) "cases of delayed hair regrowth or incomplete hair regrowth have been reported with many chemotherapy drugs including Adriamycin, Carboplatin, Cisplatin, Taxol, Epirubicin, 5-Fluorouracil, Melphalan, Gemcitabine, Capecitabine, Busulfan, CMF, and Cyclophosphamide"; and (3) endocrine based therapies such as tamoxifen "may be responsible for a woman's hair not growing."[33]

14. Dr. Miletello testified that his opinion that "cases of delayed hair regrowth or incomplete hair regrowth have been reported with many chemotherapy drugs" is limited to those drugs he believes he has observed delayed hair re-growth with: Taxol, 5-Fluorouracil, and Adriamycin.[34]

15. Dr. Miletello testified that he does not intend to offer an opinion on whether other medical conditions Ms. Kahn may have, such as Vitamin D deficiency, high blood pressure, or high cholesterol, may have caused her permanent hair loss.[35]

---

[25] *Id.* at 106:24-107:3.
[26] *Id.* at 96:6-101:23.
[27] *Id.* at 101:24-102:5.
[28] *Id.* at 107:16-22.
[29] *Id.* at 107:8-15.
[30] *Id.* at 106:19-23.
[31] *Id.* at 102:6-104:23.
[32] *Id.* at 105:2-11.
[33] Ex. K, Miletello Expert Report II at pp. 9-11
[34] Ex. N, Miletello Dep. III at 86:6-88:17.
[35] *Id.* at 116:4-116:20.

16. Dr. Glaspy, a practicing oncologist, states within his expert report that he will "offer opinions regarding types of alopecia and causes of alopecia."[36] Specifically, he states that (1) androgenetic alopecia is the most common form of alopecia in women, (2) alopecia can be caused by various medical conditions, (3) tamoxifen use can result in persistent alopecia, and (4) permanent/persistent alopecia can be caused and/or has been seen following chemotherapy with approximately fifteen commonly used chemotherapy drugs, including: Adriamycin, Carboplatin, CMF, Cisplatin, Taxol, epirubicin, Etoposide, 5-Flurouracil, Bulsulfan, Gemcitabine, Idarubicin, Ifosfamide, Melpholan, Thiotepa, and cyclophosphamide.[37]

17. Dr. Glaspy testified that he is unaware of any clinical trial data to demonstrate a causal link between tamoxifen and hair loss, and that the referenced case reports with tamoxifen do not establish causation.[38]

18. Dr. Glaspy testified that there is no established causal relationship between PCIA and any of the fifteen chemotherapy drugs he lists in his expert report.[39]

19. Dr. Glaspy testified that he is unsure whether incidence rates exists for any of the fifteen chemotherapy drugs he lists in his expert report.[40]

20. Dr. Glaspy states in his report that he was asked to formulate opinions regarding (1) the development, use, efficacy, and side effects of drugs used to treat women with breast cancer and (2) to assess the treatment of Ms. Kahn.[41]

---

[36] Ex. O, Expert Report of Dr. John Glaspy, April 29, 2019 ("Glaspy Expert Report II") at p. 21.
[37] *Id.* at 21-25.
[38] Ex. P, Deposition of Dr. John Glaspy, Jan. 9, 2020 ("Glaspy Dep. II") at 100:7-101:6, 104:1-25, 113:12-115:13.
[39] *Id.* at 88:7-23, 206:5-207:4.
[40] *Id.* at 207:5-207:11.
[41] Ex. O, Glaspy Expert Report II at p. 12.

21. Dr. Glaspy testified that he has not applied any methodology by way of literature search, review of randomized clinical trial data, and/or the application of the Bradford Hill criteria or other causation analysis to investigate the relationship between any drug and PCIA.[42]

22. Dr. Glaspy testified that he did not employ any methodology by way of literature search, review of randomized clinical trial data, and/or the application of the Bradford Hill criteria to investigate the relationship between PCIA and Adriamycin[43], cyclophosphamide[44] or Avastin.[45]

23. Dr. Glaspy testified that he did not employ any methodology by way of literature search, review of randomized clinical trial data, and/or the application of the Bradford Hill criteria to investigate the relationship between PCIA and Xeloda[46], Tamoxifen[47], Taxol,[48] 5-Fluoroucil,[49] epirubicin,[50] methotrexate,[51] Gemzar,[52] or any other chemotherapy drugs.[53]

24. Sanofi's epidemiologist, Dr. Ellen Chang, states in her expert report: "I did not directly assess whether a causal relationship has been established between use of any other specific chemotherapeutic agent and irreversible or permanent alopecia. I also did not directly

---

[42] Ex. Q, Deposition of Dr. John Glaspy, May 13, 2020 ("Glaspy Dep. III") at 180:5-17.
[43] *Id.* at 174:12-175:5.
[44] *Id.* at 175:13-176:4.
[45] *Id.* at 176:22-177:8.
[46] *Id.* at 176:8-19.
[47] *Id.* at 177:20-178:8.
[48] *Id.* at 178:10-24.
[49] *Id.* at 179:2-5.
[50] *Id.* at 179:7-11.
[51] *Id.* at 179:13-16.
[52] *Id.* at 179:18-180:3.
[53] *Id.* at 180:5-17.

6

investigate the incidence of irreversible or permanent alopecia among breast cancer patients using chemotherapeutic agents other than docetaxel."[54]

25. Dr. Chang testified that in order to offer an expert opinion on whether alternative drugs cause permanent hair loss, she would need to complete a systematic literature search to assess causality.[55]

26. Dr. Chang testified that she has not performed a systematic literature review to determine whether Adriamycin[56], cyclophosphamide[57], Xeloda[58], Avastin[59], tamoxifen[60], Taxol[61], 5-Fluoroucil[62], epirubicen[63], methotrexate[64], or Gezmar[65] causes permanent hair loss.

27. In her expert report, Dr. Chang states that "[a] broad range of medications are known to cause alopecia, primarily in the form of telogen effluvium or anagen effluvium."[66]

28. Dr. Chang testified that she has not performed a systematic literature review to determine whether any of the drugs listed in her expert report are causally related to permanent hair loss: "I agree that I have not done a systematic literature review on any of these drugs except for docetaxel with respect to permanent or irreversible alopecia."[67]

---

[54] Ex. R, Expert Report of Dr. Ellen Chang Report, April 17, 2020 ("Chang Expert Report II") at p. 4.
[55] Ex. S, Deposition of Dr. Ellen Chang, May 19, 2020 ("Chang Dep. III") at 124:15-125:1.
[56] *Id.* at 112:15-117:1.
[57] *Id.* at 117:23-118:14.
[58] *Id.* at 118:19-120:5.
[59] *Id.* at 120:6-13.
[60] *Id.* at 120:14-121:20, 122:20-125:1, 136:19-25.
[61] *Id.* at 125:2-10.
[62] *Id.* at 126:7-15.
[63] *Id.* at 126:16-23.
[64] *Id.* at 126:24-127:8, 128:16-129:5.
[65] *Id.* at 129:8-130:5.
[66] Ex. R, Chang Expert Report II at p. 26.
[67] Ex. S, Chang Dep. III at 132:7-133:6, 137:25-138:18.

29. Dr. Chang testified that she assumes that any drug that may cause temporary or reversible alopecia can also cause permanent and irreversible alopecia through the same biological mechanism of action.[68]

30. Dr. Chang does not perform mechanistic studies.[69]

31. Dr. Chang testified that she is not qualified to offer expert opinions involving toxicology or pharmacology.[70]

32. Dr. Change testified that she does not intend to offer opinions about the mechanism of action and histopathology of alopecia.[71]

33. Dr. Janet Arrowsmith, Sanofi's regulatory expert, testified that she did not implement any methodology or undertake any causation analysis to assess a potential causal relationship between PCIA and any non-Taxotere drug.[72]

34. Dr. Arrowsmith agreed that "cases of permanent alopecia have been reported," or case reports alone, are insufficient to establish causation.[73]

35. Dr. Arrowsmith testified that she does not intend to offer an opinion that valid scientific evidence demonstrates a statistically significant causal association between any chemotherapy drug and PCIA.[74]

Dated: August 13, 2020                         Respectfully submitted,

---

[68] Ex. R, Chang Expert Report II at p. 108; Ex. S, Chang Dep. III at 139:15-140:16, 146:19-147:4.
[69] Ex. S, Chang Dep. III at 140:19-141:3
[70] *Id.* at 141:4-142:19.
[71] *Id.* at 152:21-154:12.
[72] Ex T, Deposition of Dr. Janet Arrowsmith, July 29, 2020 ("Arrowsmith Dep. II") at 36:5-10, 39:3-41:22.
[73] *Id.* at 40:12-17.
[74] *Id.* at 47:1-9.

| | |
|---|---|
| */s/ Christopher L. Coffin* | */s/ Karen B. Menzies* |
| Christopher L. Coffin (#27902) | Karen Barth Menzies (CA Bar #180234) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | GIBBS LAW GROUP LLP |
| 1100 Poydras Street, Suite 2505 | 6701 Center Drive West, Suite 1400 |
| New Orleans, Louisiana 70163 | Los Angeles, California 90045 |
| Phone: (504) 355-0086 | Telephone: 510-350-9700 |
| Fax: (504) 355-0089 | Facsimile: 510-350-9701 |
| ccoffin@pbclawfirm.com | kbm@classlawgroup.com |
| | |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |

| | |
|---|---|
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC | BARRIOS, KINGSDORF & CASTEIX, LLP |
| 2800 Energy Centre, 1100 Poydras Street | 701 Poydras Street, Suite 3650 |
| New Orleans, LA 70163-2800 | New Orleans, LA 70139 |
| Phone: 504-522-2304 | Phone: 504-524-3300 |
| Fax: 504-528-9973 | Fax: 504-524-3313 |
| plambert@gainsben.com | barrios@bkc-law.com |
| | |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews | Daniel P. Markoff |
| Andrews & Thornton | Atkins & Markoff Law Firm |
| 4701 Von Karman Ave., Suite 300 | 9211 Lake Hefner Parkway, Suite 104 |
| Newport Beach, CA 92660 | Oklahoma City, OK 73120 |
| Phone: (800) 664-1734 | Phone: (405) 607-8757 |
| aa@andrewsthornton.com | Fax: (405) 607-8749 |
| | dmarkoff@atkinsandmarkoff.com |
| | |
| J. Kyle Bachus | Abby E. McClellan |
| Bachus & Schanker, LLC | Stueve Siegel Hanson LLP |
| 1899 Wynkoop Street, Suite 700 | 460 Nichols Road, Suite 200 |
| Denver, CO 80202 | Kansas City, MO 64112 |
| Phone: (303) 893-9800 | Phone: (816) 714-7100 |
| Fax: (303) 893-9900 | Fax: (816) 714-7101 |
| kyle.bachus@coloradolaw.net | mcclellan@stuevesiegel.com |

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                    */s/ M. Palmer Lambert*
                                                    M. PALMER LAMBERT