# EXHIBIT H

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   ELIZABETH KAHN,
 5   Plaintiff,
 6    vs.                         Case No. 2:16-cv-17039
 7   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
 8   AVENTIS-PHARMA S.A.,
 9   Defendants.
10
                   * * * * * * * * * *
11
12   CYNTHIA THIBODEAUX,
13   Plaintiff,
14    vs.                         Case No. 2:16-cv-15859
15   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
16   AVENTIS-PHARMA S.A.
17   Defendants.
18
19         Videotape Deposition of CARL KARDINAL, M.D.,
20   taken on behalf of the defendants, at the residence of
21   Carl Kardinal, M.D., 6008 Dornagh Court, in the city
22   of Columbia, State of Missouri, on the 17th day of
23   January 2018, before Heather L. Shallow, Certified
24   Court Reporter, Registered Professional Reporter,
25   Registered Merit Reporter.         Job No. NJ2783240
```

1   or is that a -- is that a treatment option within the
2   applicable standard of care --
3           MS. BIERI:  Object to the form.
4       Q.  -- for adjuvant therapy?
5           MR. MICELI:  Go ahead.  I'm sorry.
6           MS. BIERI:  Object to the form.
7       A.  That was an old treatment and it probably
8   doesn't have the potency or efficacy of TAC.
9       Q.  (By Mr. Miceli)  Okay.
10      A.  It would not be something I would choose.
11      Q.  How about AC only without docetaxel?  Is
12  that within the standard of care?
13          MS. BIERI:  Object to the form.
14      A.  I think in selected cases of multi node
15  positive breast cancer, AC by itself is -- is not
16  adequate.
17      Q.  (By Mr. Miceli)  Okay.  How about
18  doxorubicin, paclitaxel and cyclophosphamide?  Is that
19  an adequate standard of care treatment option?
20          MS. BIERI:  Object to the form.
21      A.  Paclitaxel, I would think that would be an
22  adequate -- fairly equivalent treatment.
23      Q.  (By Mr. Miceli)  So if your patient came to
24  you and said because of -- and assume -- this would
25  assume that you were warned about the hair loss in the

Page 146

1  label -- so -- strike that question.
2           Assuming that you had been warned about the
3  use -- or the permanent alopecia being associated with
4  the use of docetaxel, Taxotere, and your client -- and
5  you advised your client of that association -- or your
6  patient of that association, and she informed you she
7  did not wish to use that product, would the
8  combination of paclitaxel, cyclophosphamide, and
9  doxorubicin be an adequate treatment option for that
10 person?
11          MS. BIERI:  Object to the form.
12      A.  Well, it should be fairly equivalent.
13      Q.  (By Mr. Miceli)  Okay.  And with neoadjuvant
14 treatment for --
15      A.  Yes.
16      Q.  -- for Ms. Thibodeaux, that ultimately --
17 her treatment ultimately included a surgery to remove
18 her --
19      A.  Tumor.
20      Q.  -- her tumor; correct?
21      A.  Yes.
22      Q.  And do you recall that -- that the removal
23 of the tumor included good, clean margins of the
24 tumor?
25          MS. BIERI:  Object to the form.