UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

**DEFENDANTS' MOTION TO EXCLUDE
EXPERT TESTIMONY OF LINDA BOSSERMAN, M.D.**

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move to exclude certain testimony of Plaintiff's oncologist, Dr. Linda Bosserman. For the reasons more fully set forth in the corresponding Memorandum in Support, the Court should exclude:

(1) Dr. Bosserman's case-specific opinions, because this Court has previously excluded them and Ms. Kahn's treating physicians have already provided testimony on these subjects and are available to testify at trial;

(2) Dr. Bosserman's testimony concerning online predictive tools, because this Court has previously excluded it, and Ms. Kahn's treating physicians have testified about what alternative treatment options were considered, without the use of online tools; and

(3) Dr. Bosserman's opinions concerning what was "known or knowable" by Sanofi or Ms. Kahn's treating physicians in 2008 regarding permanent hair loss, because in addition to being case-specific, Dr. Bosserman testified that she will leave issues concerning labeling and warnings to other experts.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | |
| Douglas J. Moore (Bar No. 27706) | Harley V. Ratliff |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Jon Strongman |
| 400 Poydras Street, Suite 2700 | Adrienne L. Byard |
| New Orleans, LA  70130 | **SHOOK, HARDY & BACON L.L.P.** |
| Telephone: 504-310-2100 | 2555 Grand Boulevard |
| Facsimile:  504-310-2120 | Kansas City, Missouri 64108 |
| dmoore@irwinllc.com | Telephone: 816-474-6550 |
| | Facsimile:  816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*