# EXHIBIT D

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3      * * * * * * * * * * * * * * * * * * * * * * *
 4   ELIZABETH KAHN,                    CASE NO.
          Plaintiff.                2:16-cv-17039
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
 8        Defendants.
     and
 9   CYNTHIA THIBODEAUX,               CASE NO.
          Plaintiff,                2:16-cv-15859
10   v.
     SANOFI S.A.,
11   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
12   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
13        Defendants.
14
15      * * * * * * * * * * * * * * * * * * * * * * *
16
                        DEPOSITION
17                         OF
18                    DR. ZOE LARNED
19        Taken on Wednesday, February 21, 2018
20              Commencing at 1:05 p.m.
21                      at the
22        GAYLE & TOM BENSON CANCER CENTER
23             1514 Jefferson Highway
24             New Orleans, Louisiana
25      Job No. NJ2816476
```

Page 66

1      Q.   Has anything in Exhibit 6 changed the way

2   that you warn about Taxotere?

3      A.   No.   I didn't even bother looking at it.

4   They just told me to bring something if I had it,

5   and that was all I had.

6      Q.   Understood.

7           Let's look at the exhibit dealing with your

8   treatment of Ms. Kahn, which is Exhibit 1.

9           And I'm going to take -- if it doesn't

10  offend you, I'm going to take this one out of the

11  way and put a clip on it just so we don't get these

12  mixed up.

13     A.   Okay.

14     Q.   And did you begin treating Ms. Kahn on

15  June 19th of 2008?

16     A.   That is likely correct.

17     Q.   Feel free to look at that top record that's

18  Bates labeled 970 if that helps refresh your

19  recollection.

20          (Witness peruses document.)

21     A.   Yes.

22     Q.   And did you take over care of Ms. Kahn after

23  she had already opted to participate in NSABP B-40?

24     A.   Yes.

25     Q.   And after that clinical trial was already

1  determining the most appropriate chemotherapy to

2  give, there was a question as to whether Avastin in

3  addition to chemotherapy would improve survival.

4      Q.  And do you recall that there were six arms

5  of treatment?

6      A.  I don't recall that part.

7      Q.  Okay.

8          Let me ask you with regard to Ms. Kahn.

9      A.  Okay.

10     Q.  Is it your understanding that Ms. Kahn had

11 three phases of chemotherapy?

12     A.  Three different drugs or three phases?

13     Q.  Three phases.

14     A.  That, I do not recall.

15     Q.  Okay.

16         I'll represent to you that Ms. Kahn had

17 three phases of chemotherapy.

18     A.  Okay.

19     Q.  I'll represent that in Phase I, she had

20 Taxotere, Avastin and Xeloda.  And then in Phase II,

21 I'll represent that she had Adriamycin, Cytoxan and

22 Avastin.  And I'll represent that in Phase III, she

23 had Avastin.

24     A.  Then that would be correct.

25     Q.  Can you look -- do you know when Ms. Kahn

```
                                                    Page 72
1    finished her second phase of chemotherapy?  And I --

2    if looking at what's numbered in the bottom corner

3    1056 to 1057 helps you, feel free.

4              I said 1056, but I just mean 1057.

5              Do you see the numbers I'm talking about?

6         A.  I do.  She got Cycle 2 on this dose.  Let me

7    keep looking.

8              She got Cycle 3 on --

9              MS. PEREZ REYNOLDS:  Kelly, did you say

10             1056?

11             MS. BIERI:  I did, and I was wrong.  I meant

12             to say 1057.

13             MS. PEREZ REYNOLDS:  Okay.

14        A.  So she got her final cycle, it looks like,

15   on 10/23/2008.

16        Q.  The final cycle --

17        A.  Adriamycin and Cytoxan.

18        Q.  Okay.

19             Then let's look -- in that record, you're

20   noting in the HEENT section, positive alopecia,

21   correct?

22        A.  Yes.

23        Q.  I mean that's while she's undergoing

24   chemotherapy, correct?

25        A.  Yes.
```

Page 73

1      Q.  Okay.

2          Then looking at your next chronological

3   record, which should be at 1071 to 1072.

4      A.  Okay.

5      Q.  What was the date of that visit?

6      A.  11/13/2008.

7      Q.  And in that visit, you were also noting

8   positive alopecia, correct?

9      A.  Yes.

10     Q.  Okay.

11         Let's go to the next record, which I think

12  should be marked in the bottom right-hand corner as

13  1213 to 16.  I'm looking specifically at -- well,

14  can you tell me the date of this visit?

15     A.  1/8/2008.

16     Q.  And in -- on January 8th of 2009 --

17     A.  '8, correct?  Is it 2008 or 2009?

18     Q.  I believe you're on Page 216 next to your

19  electronic --

20     A.  It may just be blurry.

21     Q.  -- signature.

22         Well, I want to make sure that we've got it

23  in the record correctly.  And I'm happy to show you

24  my copy if it helps.

25         Do you see on the page prior, on Page

```
 1   1215 --
 2       A.   Uh-huh.
 3       Q.   -- notes of 1/8 of 2009?
 4       A.   I do.  It's just blurred on that page.
 5       Q.   Okay.
 6            So this visit was on 1/8 of 2009?
 7       A.   Correct.
 8       Q.   And in that visit, are you noting hair
 9   growing back in?
10       A.   Yes.
11       Q.   And so that's about two months after she
12   stopped the Adriamycin and Cytoxan, correct?
13       A.   Correct.
14       Q.   Let's look at 1229 to 1231.  Is this your
15   record from January 29th of 2009?
16       A.   Yes.
17       Q.   And are you again noting hair is growing
18   back in?
19       A.   Yes.
20       Q.   Let's look at 1253 to 1254.
21            Is this a note of a visit with Ms. Kahn on
22   April 2nd of 2009?
23       A.   Yes.
24       Q.   In connection with the April 2nd of 2009
25   visit, are you again noting hair growing back in?
```

Page 75

1      A.   Yes.

2      Q.   Okay.   The next one, May 14th of 2009, which

3   is 1267 --

4      A.   Yes.

5      Q.   -- do you again note hair is growing back

6   in?

7      A.   Yes.

8      Q.   Now let's look at August 13th of 2009, which

9   should be marked 1295 to 1296.

10          Looking in the fourth paragraph of the first

11   page --

12      A.   Uh-huh.

13      Q.   -- can you read what you wrote about Ms.

14   Kahn's hair growth?

15      A.   She is pleased that her hair is growing

16   back.

17      Q.   And is that something that she would have

18   reported to you?

19      A.   That's her subjective report.

20      Q.   And that is in August of 2009, correct?

21      A.   Yes.

22      Q.   I'm going to hand you what is being marked

23   as Deposition Exhibit No. 8.

24          (Whereupon Exhibit No. 8, a photograph, was

25           marked for Identification.)

Page 76

1   BY MS. BIERI:

2       Q.  And I'll represent to you that Ms. Kahn

3   testified that this photograph was taken in July of

4   2009.

5           Is that -- does seeing this photo

6   re-acclimate you to what Ms. Kahn looked like in

7   that time period?

8       A.  What she looks like, period.  I don't know

9   about the time period.

10      Q.  You don't have any reason to dispute Ms.

11  Kahn's representation that the photo was taken --

12      A.  No.

13      Q.  -- in July of 2009, correct?

14      A.  Uh-uh.

15      Q.  And that's approximately -- taking my

16  representation of July of 2009 as true, that's

17  approximately the same time she's reporting to you

18  on August 13th of 2009 that she's pleased with how

19  her hair is growing back in, correct?

20      A.  Yes.

21      Q.  Okay.

22          Now, I'd like to hand you what I'm marking

23  as Deposition Exhibit No. 9, and it is six pages.

24          (Whereupon Exhibit No. 9, photographs, was

25          marked for Identification.)

Page 77

1          (Witness peruses document.)

2    BY MS. BIERI:

3       Q.   These photographs were produced to us in

4    this litigation as being taken in August of 2017.

5          Do those look like Ms. Kahn's hair to you

6    today?

7       A.   Potentially a little thinner than I recall

8    seeing her the last time.  She typically has frontal

9    than this.  I haven't seen it.

10      Q.   And was the last time that you saw her in

11   2016, summer of 2016?

12      A.   No.  It would have been summer of 2017.

13   She's due again this summer.

14          THE REPORTER:  I'm sorry?

15          THE WITNESS:  She's due again this summer.

16   BY MS. BIERI:

17      Q.   I don't think that I have a note for you

18   from the summer of 2017.

19      A.   You don't have one here, but I see her

20   annually.  I recall seeing her within the last year.

21      Q.   Okay.

22          Do you think that the level of Ms. Kahn's

23   hair fullness in Exhibits 8 and Exhibits 9 appear

24   the same?

25          MS. PEREZ REYNOLDS:  Object to form.

1      A.   No.  Of course you're only seeing the front

2    in this picture.

3      Q.   Let me show you what I'm marking as

4    Deposition Exhibit No. 10.

5           (Whereupon Exhibit No. 10, a photograph, was

6           marked for Identification.)

7           (Witness peruses document.)

8    BY MS. BIERI:

9      Q.   I'll represent to you that Ms. Kahn

10   testified that this photograph was taken on

11   June 21st of 2010.

12          Do the photographs in Exhibit 9 appear to

13   have the same fullness level as those depicted in

14   Exhibits 8 and Exhibit 10?

15          MS. PEREZ REYNOLDS:  Object to form.

16     A.   No.

17     Q.   Turning back to Ms. Kahn's records, do you

18   think -- just for the sake of the record, do you

19   think that the level of thickness in Exhibit 9 is

20   more or less than that depicted in Exhibits 8 and

21   9 -- 8 and 10?

22          MS. PEREZ REYNOLDS:  Object to form.

23     A.   Less.

24     Q.   Now, looking at what is marked as 1363.

25   That should be your record from May 27th of 2010; is

1    that correct?

2        A.  Yes.

3        Q.  Here, do you note:  Still notes thinning

4    hair?  I'm looking at Page 1363.

5        A.  Yes, I see it.  Yes.

6        Q.  And is that something that Ms. Kahn would

7    have said to you, or is that your -- based on your

8    assessment?

9        A.  Right.  So anything in this section of the

10   note is subjective.  That's what the patient is

11   saying.

12       Q.  And are you -- sorry, just for the record --

13       A.  Everything above "Medications" on this note

14   is her subjective report.

15       Q.  Understood?

16       A.  Minus the first paragraph, which is about

17   her diagnosis.

18       Q.  Okay.

19           And based on my representation, that is

20   approximately within a month of Exhibit 10, correct?

21       A.  Yes.

22       Q.  Looking at what is marked as OHS1385 to 86,

23   is that your note from October 30th of 2010?

24       A.  Yes.

25       Q.  And Ms. Kahn is still reporting to you --

Page 80

```
 1   still notes thinning hair?
 2       A.   Thinning hair.
 3       Q.   She's still noting that to you?
 4       A.   Uh-huh.
 5       Q.   Looking at 1486.
 6            MS. PEREZ REYNOLDS:  You mean 1386?
 7            MS. BIERI:  I may.
 8            MS. PEREZ REYNOLDS:  That was the only 86 I
 9            saw.
10            MS. BIERI:  No, I'm -- I'm actually -- we're
11            both wrong.
12   BY MS. BIERI:
13       Q.   Can you please, Doctor, look at 1406.
14       A.   Yes.
15       Q.   Is that your note from November 30th of
16   2010?
17       A.   Yes.
18       Q.   And was Ms. Kahn still saying that she had
19   thinning hair?
20       A.   Yes.
21       Q.   On December 28th, record 1415 to 1416, I
22   think, was Ms. Kahn complaining of thinning hair?
23       A.   She is.  She also started complaining of hot
24   flashes and a sex drive problem.  And based on the
25   plan, she was referred to one of our hormonal
```

Page 81

1   specialists.

2        Q.   When you were making these notes on -- of

3   "still notes thinning hair," were you making any

4   effort personally to determine the level of fullness

5   of her hair, or were you simply reporting what she

6   was saying to you?

7        A.   I was reporting --

8             MS. PEREZ REYNOLDS:   Object to form.

9        A.   -- what she was saying to me.

10       Q.   Looking at 1434 to 1435, which I believe is

11   your note from May 17th of 2011.

12       A.   Uh-huh.

13       Q.   Oh, I think we just talked about that one.

14   Forgive me.

15            Looking at 1511 to 1512, here, it says

16   "still notes thinning hair, slightly better".   Is

17   that based on her comment to you?

18       A.   Yes.   That's in the subjective section of

19   the note.   That is the patient's comment.

20       Q.   And again on February 28th of 2012 at 1534,

21   I think, maybe -- does she again -- do you also note

22   that she was saying her hair is thinning but

23   slightly better?

24       A.   Yes.

25       Q.   And those are not your determinations.

Page 82

1    Those are her comments, correct?

2        A.   That's her subjective.   Correct.

3        Q.   And do you agree that after that date,

4    February 28th of 2012, there are no further notes

5    regarding Ms. Kahn's hair in your records?  And take

6    your time if you'd like.

7             (Witness peruses documents.)

8        A.   Correct.

9        Q.   So no notation of her mentioning her hair to

10   you after February of 2012, correct?

11       A.   Yes.

12       Q.   Do you have any independent recollection of

13   her mentioning anything about her hair to you after

14   February of 2012?

15       A.   No.

16       Q.   Beyond what we've discussed and what was

17   recorded in your notes, can you remember anything

18   about any conversations that you had with Ms. Kahn

19   about her hair prior to February of 2012?

20       A.   Repeat that.

21       Q.   Sure.  Let me ask it a different way.  That

22   may not have made good sense.

23       A.   Uh-huh.

24       Q.   When you noted in your records prior to

25   February of 2012, "hair is growing back in, pleased

```
 1   her hair is growing back in, still notes thinning

 2   hair or still notes thinning hair, slightly

 3   better" -- beyond those words, do you remember Ms.

 4   Kahn saying anything else to you in addition to that

 5   about her hair?

 6       A.  No.

 7           MS. PEREZ REYNOLDS:  Object to form.

 8   BY MS. BIERI:

 9       Q.  And would you have made notations if she

10   said additional comments about her hair?

11       A.  Yes.

12       Q.  Did she ever ask you to refer her to someone

13   that could diagnose or possibly treat her hair

14   issues?

15           MS. PEREZ REYNOLDS:  Object to form.

16       A.  Not that I recall.  I would have documented

17   it if we were doing a dermatology referral.

18       Q.  And there is no documentation of a

19   dermatology referral, correct?

20       A.  Not in here.

21       Q.  And no discussion of any sort of

22   conversation with Ms. Kahn about conversations for

23   referral or for treatment, correct?

24       A.  I would have documented it if we had that

25   discussion.
```

Page 84

1      Q.  Would you have ever told Ms. Kahn that her

2  hair loss would only be temporary?

3          MS. PEREZ REYNOLDS:  Object to form.

4      A.  That never came up in discussions with me,

5  but I didn't do her initial consent, to be fair.

6      Q.  Sure.  And I'm not even talking about in

7  terms of her initial consent.  I mean would you in

8  the course of your treatment of Ms. Kahn --

9      A.  Okay.

10     Q.  -- ever have told her, Ms. Kahn, your hair

11  loss will only be temporary?

12         MS. PEREZ REYNOLDS:  Object to form.

13     A.  No.

14     Q.  Let's look at your note from March 12th of

15  2009, which I think should be at OHS1242.

16         What was the purpose of the visit on

17  March 12th of 2009?

18         (Witness peruses document.)

19     A.  There appear to be multiple concerns, but

20  the reason that she came in was to discuss hormonal

21  therapy.

22     Q.  And you had a half an hour session with her

23  about hormonal therapy options; is that correct?

24     A.  Yes.

25     Q.  And did you discuss the side effects of

Page 85

1    Tamoxifen versus a aromatase inhibitor with Ms.

2    Kahn?

3         A.   Yes.

4         Q.   Can you remember -- and also the pros and

5    the cons?

6         A.   Yes.

7         Q.   Can you remember what you would have

8    discussed with Ms. Kahn in this visit?

9         A.   I'm sure it's similar to what I normally

10   discuss there.  So we discuss there's different

11   options for the -- what we call adjuvant endocrine

12   or adjuvant hormonal therapy.  The options are

13   selected with lots of factors that come into play.

14   One is if they are pre, peri or postmenopausal.

15        If you're pre or perimenopausal, meaning

16   that menopausal is recent, you're only eligible for

17   Tamoxifen based on the fact that the aromatase

18   inhibitors have to be preserved for purely

19   postmenopausal, otherwise they can flare disease.

20        Then we talk about other conditions.  So if

21   a woman told me that she had a blood clot history,

22   we would not offer Tamoxifen.  If she tells me that

23   she has a joint history or arthritis history or

24   chronic pain complaints, we might steer away from

25   aromatase inhibitors.

1          So we go through the mechanisms of action

2     and then the different side effects that you would

3     anticipate on the drugs, and then we choose together

4     which one is most appropriate for that patient.

5          So it looks like our discussion was you're

6     perimenopausal, so you're not fully postmenopausal

7     at this point, and you have joint issues.  So

8     Tamoxifen was the more appropriate choice.

9        Q.  Do you talk about the risk of hair loss with

10    the use of Tamoxifen?

11       A.  We talk more generally about the hormonal

12    changes that can occur with these medications.

13       Q.  So what do you tell patients like Ms. Kahn?

14       A.  There's multiple discussions that we have,

15    but every patient is different.  The largest trial

16    that looked at Tamoxifen was actually a

17    placebo-based trial and that often the side effects

18    were similar in the placebo arm as they were to the

19    Tamoxifen arm.  And a lot of that has do with age of

20    the woman and the perimenopausal phase that those

21    women are in.

22          So there's a big NSABP trial that was a

23    prevention trial of Tamoxifen where they looked at

24    women who had precancerous lesions in their breast

25    or a first-degree relative that had cancer.  And

 1   they tried to prevent them from developing on a

 2   cancer by putting them on Tamoxifen versus a placebo

 3   trial.

 4          That trial is an interesting trial because a

 5   lot of women are fearful of Tamoxifen, but if you

 6   look at that trial, hot flashes were equivalent in

 7   both arms, the side effects of 8- to 10-pound weight

 8   gain were similar in both arms, other hormonal

 9   measures.

10          Women in the standard age group for breast

11   cancer are a difficult group of women with these

12   complaints because they're also going through a

13   natural hormonal change and then they've gone

14   through chemotherapy hormonal change and then

15   they've gone through these medications as well.

16      Q.  What is the trial to which you're referring,

17   if you know it by name?

18      A.  It is NSABP, and I believe it's B-31.  I can

19   look it up real quick.

20      Q.  41?

21      A.  31.

22      Q.  31.

23          (Witness peruses document.)

24   BY MS. BIERI:

25      Q.  Doctor, it's okay if you can't find it.

Page 88

1      A.   I'm looking.

2      Q.   It's okay.  I don't want to make you take

3   your time up.

4           Doctor, are you familiar with a study

5   published by Saggar, titled "Alopecia with Endocrine

6   Therapies in Patients With Cancer and the

7   Oncologist" from 2013?

8      A.   I don't believe I looked at that

9   specifically.

10     Q.   You don't know the percentage -- the

11  reported percentage of hair thinning with Tamoxifen?

12          MS. PEREZ REYNOLDS:  Object to form.

13     A.   No.

14     Q.   But you've seen it in your patients,

15  correct?

16     A.   Yes.

17          MS. PEREZ REYNOLDS:  Object to form.

18  BY MS. BIERI:

19     Q.   And did Ms. Kahn begin taking Tamoxifen on

20  April 2nd of 2009?  If it helps you, I think it is

21  discussed at Page OHS1242.

22          (Witness peruses document.)

23     A.   So based on this note, she was to start in

24  April of 2009.

25     Q.   And the point was to block estrogen,

Page 89

```
 1    correct?

 2        A.   Yes.

 3        Q.   Okay.

 4             Now, do you remember having any discussions

 5    with Ms. Kahn about potentially going off of

 6    Tamoxifen?

 7             I'll tell you why I'm asking, if it helps

 8    you.

 9        A.   That may have come up.  I don't recall

10    offhand.

11        Q.   I'll show you -- I have a record that is

12    Bates labeled OHS1455.

13        A.   One of the reasons that I pause is during

14    the course that she was on Tamoxifen, they realized

15    that you could extend Tamoxifen beyond five years to

16    ten years.  So at some point we had another

17    discussion about the data has changed.  We now

18    continue Tamoxifen for ten -- ten years postsurgery.

19        Q.   And so the record that I just handed you,

20    1455, is by another provider, but take a moment and

21    read it if you don't mind.

22             (Witness peruses document.)

23    BY MS. BIERI:

24        Q.   So this record is from July 5th of 2011,

25    correct?
```

Page 90

```
 1      A.   Yes.
 2      Q.   And do you know the provider who authored
 3   this record?
 4      A.   She's a nurse practitioner in the surgery
 5   department.
 6      Q.   And she notes that Ms. Kahn noted:
 7   "Worsening hot flashes and difficulty sleeping with
 8   severe vaginal dryness and irritation.  It even
 9   hurts just to walk sometimes.  Also some
10   intermittent vaginal bleeding with negative
11   endometrial biopsy in May.  She has started low dose
12   testosterone replacement with no improvement in
13   symptoms reported."
14           And then later in the note, she says:
15   "Discussed her symptoms of increasing hot flashes,
16   vaginal pain and irritation with occasional spots of
17   blood which patient states occurs with episodes of
18   severe vaginal irritation which even hurts when she
19   walks.  Discussed that this could be side effects of
20   Tamoxifen in addition to menopausal symptoms.
21           "She has already discussed these concerns
22   with Dr. Larned and Dr. Theodossiou and recently
23   started on testosterone cream, which she reports has
24   not made any impact on her symptoms.
25           "She will discuss with Dr. Larned next
```

1   month.  May need to consider DC, discontinuing

2   Tamoxifen and try a trial of aromatase inhibitor.

3   If vaginal symptoms persist, may also need to

4   consider vaginal topical estrogen.  Also recommended

5   vaginal moisturizer."

6         And so my question is:  Do you remember

7   having a conversation with Ms. Kahn in 2011 about

8   her menopausal symptoms and the possibility of going

9   off of Tamoxifen?

10      A.  I'm sure she asked that question and we

11  would have discussed it, but an aromatase inhibitor

12  would not have improved any of those symptoms, so...

13        No insult to Lynn Mauterer, but an aromatase

14  inhibitor removes all estrogen at that point.  It's

15  a total shutdown.  So her symptoms actually would

16  have probably exacerbated, not improved, on that

17  medication.

18      Q.  And in theory, an option would have been to

19  stop taking any sort of hormonal therapy, correct?

20      A.  Correct.

21      Q.  Would you have recommended that?

22      A.  We would have discussed that as an option.

23  We also would have discussed the ten-year extension

24  data when they came out.  And she would have had to

25  agree to continue the medication for it to be

Page 92

1    re-prescribed.

2         Q.  Do you think it's possible that Ms. Kahn's

3    Tamoxifen use was making her menopausal symptoms

4    worse?

5         A.  Yes.

6              MS. PEREZ REYNOLDS:  Object to form.

7    BY MS. BIERI:

8         Q.  Do you think it's possible that Ms. Kahn's

9    either menopause or Tamoxifen use contributed to her

10   hair loss?

11             MS. PEREZ REYNOLDS:  Object to form.

12        A.  Potentially.

13        Q.  Let's talk about Ms. Thibodeaux.

14             Can you please look at Exhibit No. 2.

15             THE VIDEOGRAPHER:  Excuse me.  In the next

16             10 minutes, I'll need to pause to change

17             media.

18             MS. BIERI:  This is a great time.  Let's do

19             it now.

20             THE VIDEOGRAPHER:  Very good.

21               Off the record at 3:04.  this ends Video

22             File No. 1.

23             (Recess.)

24             THE VIDEOGRAPHER:  Back on the record at

25             3:07.  This is the beginning of Video

Page 143

1      Q.   And does "generally" mean "always" to you?

2      A.   No.

3      Q.   It means not always, correct?

4           MS. PEREZ REYNOLDS:  Object to form.

5      A.   Correct.

6      Q.   And you were aware of cases of persistent

7  hair loss with Taxotere, however rare they may have

8  been, for a long time, correct?

9           MS. PEREZ REYNOLDS:  Object to form.

10     A.   I was aware of discussion regarding that.

11 In terms of specific clinical experience, no.

12     Q.   In term -- you've seen -- we talked earlier

13 about you seeing patients with persistent or

14 permanent hair loss with a variety of chemotherapy

15 agents, correct?

16     A.   Correct.

17     Q.   And had you seen that with Taxol patients?

18     A.   You know, I can think of a handful of women

19 that have had a frontal pattern baldness since

20 treatment.  Their specifics of their treatment, I

21 don't recall all of them, but...

22     Q.   You're not sure which drugs they were on?

23     A.   No, but it wasn't just limited to Taxotere

24 if that's what you're asking.

25     Q.   But you weren't relying on the label to know

Page 144

1   that that was a potential risk, correct?  You knew

2   that from your experience and from literature,

3   correct?

4          MS. PEREZ REYNOLDS:  Object to form.

5      A.  Repeat that.

6      Q.  You weren't relying on label language about

7   a potential risk for persistent or permanent hair

8   loss.  You knew that from either literature or your

9   own clinical experience, correct?

10     A.  Yes.

11         MS. PEREZ REYNOLDS:  Object to form.

12  BY MS. BIERI:

13     Q.  Now, counsel showed you what was marked as

14  Exhibit 11.

15         There we go.

16         Have you ever seen Exhibit 11 before today?

17     A.  No.

18     Q.  Okay.

19         And you don't remember any conversations

20  with any Sanofi reps about Taxotere, correct?

21     A.  No.

22     Q.  And is it fair to say that no Sanofi

23  representative ever overstated anything to you about

24  Taxotere?

25     A.  Yes.