# EXHIBIT H

**Taxotere Rule 26 Report**

By: Linda D Bosserman, MD, FACP, FASCO
    Medical Oncologist and Breast Cancer Specialist
    City of Hope Medical Group
    4900 Rivergrade Road Suite 120, Office 1125
    Irwindale, CA 91706,

April 3, 2020

<u>**Biography**</u>

    My name is Linda Bosserman, MD, FACP, FASCO, and I am an Assistant Clinical Professor, medical oncologist and value-based care leader at City of Hope. In addition to having served on the American Society of Clinical Oncology (ASCO) Board of Directors, the Pathways Task Force and the Guidelines Implementation Group, I currently serve on the Clinical Practice Committee, the Practice Guidelines Implementation Network and the Pathways Task Force.  I have been an ASCO member since 1990 and have served on the Public Issues Committee, Quality Care Symposium and Oncology Practice Conference Planning Committees, and I served as the chair of the 2019 Oncology Practice Conference.

    I have served as Chief Quality Officer and Chief Medical Officer for the Cancer Clinics of Excellence; Secretary and Board of Directors member of the Community Oncology Alliance; Chair of the Cancer Committee for the San Antonio Community Hospital; Director of the Psycho-Social Oncology, and Comprehensive Breast Programs; then as Associate and Medical Director of the Robert and Beverly Lewis Family Cancer Care Center in Pomona, California. I served on the Board of Directors for the California American Cancer Society and chaired their state-wide Breast Cancer Committee. I participated in the White House Physician Forum on Health Reform in 2009 and in many clinical research trials, primarily for breast cancer.

I received my undergraduate degree in biochemistry with highest honors from the University of California, Berkeley, and my medical degree from Stanford University. I performed my internship and residency at Stanford University Hospital and did my oncology fellowship at the Dana-Farber Cancer Institute, Harvard Medical School, and Brigham and Women's Hospital. I was a Clinical Instructor of Medicine at Stanford University School of Medicine and Harvard University before joining Wilshire Oncology Medical Group serving cancer patients in eastern Los Angeles, San Bernardino and Riverside counties in 1990. There I was a breast cancer expert and clinical research trial lead for breast cancer studies while leading the group's pioneering work on oncology medical home and value-based care delivery until 2014. I was a founding member of the UCLA Clinical Research Network and the principal sub investigator on their clinical trials for our group until 2010 when we joined US Oncology and offered clinical trials through their national network. Over the years in private practice I also participated in clinical trials through the National Surgical Adjuvant Breast and Bowel Project (NSABP), the Sara Cannon research network, the Southwest Oncology Group (SWOG) and on other clinical trials sponsored by pharmaceutical groups or diagnostic companies.  After a 4-year affiliation with the US Oncology network in October of 2014, I, along with my entire medical practice group, joined the City of Hope Medical Group Foundation to continue my work as a breast medical oncology specialist and value-based care innovation pioneer. I continue to expand clinical care and research trials to our patients in partnership with the extensive expertise at City of Hope.

In March of 2018 I was chosen after a competitive search process to serve as Editor-In-Chief of the *Journal of Oncology Practice (JOP)*.[1]  This is an ASCO journal focused on bringing

---

[1] Journal of Oncology Practice (JOP) provides necessary information and insights to keep oncology practice current on changes and challenges inherent in delivering quality oncology care. All content dealing with understanding the

the latest in clinical care advances with high quality care delivery to busy practicing cancer clinicians, their administrators and the payer communities.

**Breast Cancer Specific Expertise:**

### Cancer Staging of the Case Under Consideration

The American Joint Committee on Cancer (AJCC) staging system for breast cancer is based on tumor, nodal and metastasis criteria (TNM), leading to a rules-based stage for a patient's breast cancer. The 6th edition of the AJCC manual was in effect during the time of diagnosis for Elizabet Kahn who I will address in this report. The AJCC 6 staging rules were in effect in the US from January 1, 2003-December 31, 2009.  The American Joint Commission on Cancer (AJCC) is the nationally recognized professional association who sets the standards for staging of all patients diagnosed with cancers in the US and other countries who choose to use it with specific time periods of use set for each edition. The goal of having a patient's cancer stage is to be able to then offer the best treatment options for each group to achieve the best disease recurrence prevention, survival and quality of life. As biologic information has expanded with the understanding of hormone receptors on the tumor surface that can stimulate or block cancer cell growth as well as genetic mutations within the tumor DNA that can influence cell growth, spread and aggressiveness, the information gets incorporated into the newer AJCC editions when it is determined additional subgrouping for a disease or stage of disease indicates patients in that

---

provision of care—the mechanics of practice—is the purview of JOP. JOP also addresses an expressed need of practicing physicians to have compressed, expert opinion addressing common clinical problems.

JOP content focuses on care delivery from various perspectives, including:
- quality and value of care;
- improvement science;
- health services research;
- business and socioeconomics;
- performance of clinical trials;
- professionalism and ethics; and
- health policy

subgroup could benefit from defined therapies, or receive less therapy with the same excellent disease and survival rates as well as to indicate when a subgroup would best benefit from further study with newer therapies being evaluated in clinical trials. Each edition of the AJCC from edition 6 to 7 to the currently used 8 has expanded the subgrouping information for women with breast cancer based on evidence generated in clinical trials that was felt important for physicians to consider when determining an individual patient's treatment plan to achieve the best short- and long-term clinical outcome for each patient.

The patient that I am addressing in this report, Elizabeth Kahn had clinical Stage 2 Left Breast cancer (cT2, cN0, cM0) with no evidence of any distant metastasis and thus is categorized as Early Stage Breast Cancer (ESBC).  The National Cancer Institute defines Stages I-IIIA as ESBC, for which the goal of therapy is curative as opposed to metastatic or Stage IV breast cancer, which is currently not considered curable. I will use the term ESBC to refer to Stages I-IIIA breast cancer in this report.

Staging is important as is a major contributor to disease free and overall survival. The latest statistics from ASCO's Cancer.Net web site reports, "If the cancer is located only in the breast, the 5-year survival rate of women with breast cancer is 99%. …Sixty-two percent (62%) of women with breast cancer are diagnosed with this stage. If the cancer has spread to the regional lymph nodes, the 5-year survival rate is 86%. ….It is important to note that these statistics are averages, and each person's chance of recovery depends on many factors, including the size of the tumor, the number of lymph nodes that contain cancer, and other features of the tumor that affect how quickly a tumor will grow and how well treatment works."[2]

---

[2] Cancer.Net Editorial Board, Breast Cancer: Statistics. .January 2020. www.cancer.net/cancer-types/breast-cancer/statistics accessed 4/2/2020

Dr. Anna Weiss and colleagues used data from two major sources to study modern 5-year survival by stage of breast cancer in women treated by MD Anderson between 2007-2013 and in the California Cancer Registry 2005-2009.[3] The graphs from the California Cancer Registry paper graphically demonstrates the widely known fact that cancer stage correlates with long term outcomes, with higher staging having higher recurrence risks and lower staging having much better long                                                term                                                outcomes.



For clinicians and patients, breast cancer staging is thus useful because of its ability to estimate prognosis which is important in weighing the risks and benefits of any additional therapy to try to further improve that prognosis. The treatment options for ESBC are considered with the understanding that there are very high cure rates and different options for therapies have different

[3] Weiss A, Chavez-MacGregor M, Lichtensztajn D, et al., Validation Study of the American Joint Committee on Cancer Eighth Edition Prognostic Stage Compared With the Anatomic Stage in Breast Cancer.  JAMA Oncol. 2018;4(2):203-209. doi:10.1001/jamaoncol.2017.4298

benefits, side effects and costs for lowering the risk of tumor recurrence both in the breast as well as lowering the risk of later distant recurrence. Because the baseline cure rates after surgery alone can be extremely high for women with ESBC it is well established that patients desire and should be actively engaged in decision making about the choices of their systemic therapy including endocrine, various chemotherapy regimen options and any targeted agents as well as any radiation therapy so they can consider the 3 key impacts of efficacy, toxicity and costs in developing a final personalized treatment plan with their clinicians.

Therapies are broken down based on stage and tumor features into those focused primarily on local control, prevention of tumor recurrence in the breast, and systemic therapies which are focused on distant as well as local control. The goal of local control is prevention of tumor recurrence in the breast as well as lowering later recurrences. This can be by surgery alone or surgery combined with local radiation therapy and for many women, result in high cure rates that are not further improved by any systemic adjuvant therapies (chemotherapy or hormone therapies). Treatments to reduce local recurrence risks are separate from but paired with treatments to the whole body called systemic therapies given to reduce local as well as distant recurrences. Systemic therapies include endocrine therapy, chemotherapy, targeted and biologic therapies alone or in combinations.  I will discuss the systemic therapy options for ESBCs Stages I-IIIA that correspond to the NCCN categories of invasive ESBC for Ms. Kahn as of her diagnosis in 2008.

**Practice of Clinical Oncology**

Oncology is the branch of medicine dedicated to preventing, diagnosing, treating and caring for survivors and patients with breast cancer.  Many oncologists also participate in clinical trials and other cancer research with their patients to find better treatments and further improve

cure rates for cancers. The field of oncology has three main specialties: medical, surgical and radiation oncology.  The treatment of breast cancer requires multiple specialists and is guided by the application of evidence-based guidelines to the patient's specific presentation.

### NCCN Guidelines

In most instances the treatment of breast cancer follows the guidelines of the National Comprehensive Cancer Network (NCCN). The NCCN is an alliance of 27 cancer centers throughout the United States that diagnose and treat cancer. City of Hope is an NCCN Member Institution. Our faculty has been part of the NCCN clinical disease teams since inception. A faculty member has been on or led the Breast Cancer Guideline Committee since inception. The NCCN develops recommended practice guidelines for the diagnosis, treatment and care of cancer patients. The guidelines provide recommendations based on the best evidence available broken into the growing numbers of breast and other cancer subtypes such as hormone sensitive versus hormone insensitive tumors, Her2 amplified versus Her2 non-amplified tumors, as well as by stage.  The guidelines are updated at least annually as well as when new research reports significant results that should be shared more urgently to help clinicians and payers stay current with the most effective therapy choices.  They are available to patients and clinicians at no charge online.[4]

### Local Therapy with Surgery

The surgical oncologist is the surgeon who surgically removes the cancer.  The surgical oncologist plays a central role in the diagnosis and surgical removal of early breast cancer. This surgery can be done after an initial diagnosis or suspicion of breast cancer or after initial systemic

---

[4] NCCN Guidelines (2018), *available at* https://nccn.org/guidelines.

(whole body) therapy is given to shrink a cancer before surgery. Depending on the size and location of the breast cancer and on the joint decision of the surgeon, patient, and often a medical oncologist and radiation oncologist, a treatment plan is made. For early stage breast cancer, patients typically make a choice for local therapy to lessen the risk of breast cancer returning in the effected breast through either a lumpectomy to remove the tumor with a margin of normal tissue around it (along with lymph node evaluation/dissection) or a mastectomy, which removes the whole breast along with the tumor (in addition to lymph node dissection).

A lumpectomy involves removal of the tumor and surrounding breast tissue to achieve a margin of tissue without cancer, while conserving as much normal breast tissue as possible. A mastectomy involves the removal of one or, sometimes, both breasts. In both surgeries, the lymph nodes under the arm on the side with breast cancer are evaluated. Initially, women had axillary lymph node dissections (ALNDs) to remove many regional lymph nodes. Since the early 1990s sentinel lymph node dissection (SLND) has become the more common procedure where only the nodes shown to drain from the tumor area are removed, resulting most often in removal of only 1-3 lymph nodes which are the most likely to be involved if any regional lymph nodes are involved. If more than 2 SLND are positive, then additional lymph nodes are removed. When lumpectomy is performed, women are advised to have post-surgery radiation therapy to the breast to lower the recurrence risk of cancer in that breast. The combination of lumpectomy with lymph node evaluation followed by radiation therapy is called breast conserving therapy (BCT). After mastectomy, only if tumors are 4-5 cm in size in the breast or multiple lymph nodes are involved under the arm is radiation therapy recommended. The trend has been toward lumpectomy except in very young women and those with an identified genetic risk for second or subsequent breast cancers where patients may choose unilateral or bilateral mastectomies as the results of both

approaches are equal for ESBC.   There have been major advances in breast conserving surgery which the National Cancer Institute recommends be the preferred option in 80% of women. This has led to an increasing trend to use chemotherapy before surgery, called Neo-adjuvant therapy, when it is known that chemotherapy will be needed so its effect can be evaluated as well as for its use to shrink tumors to allow a better cosmetic result when the initial tumor and surrounding swelling from the tumor would mean a larger part or the breast is removed compared to the women's breast size, resulting in a less symmetric final cosmetic result. Many advances in plastic and reconstructive techniques have also been made in the last 20 years for women choosing mastectomy(ies) as well as for women who need a lumpectomy and have a final undesirable asymmetry of their breasts after breast conserving surgery.

### Local Therapy with Radiation

The radiation oncologist performs radiation therapy.  In early stage breast cancer patients, radiation therapy utilizes precise beams of radiation to kill cancer cells after lumpectomy and lymph node surgery. The radiation destroys cancer cells that may remain in the breast after lumpectomy but cannot be seen by our current imaging studies. Radiation therapy damages cells by destroying the genetic material in cancer cells that causes cells to grow and divide. Radiation therapy after lumpectomy reduces the in-breast recurrence risk from the 25-30% range down to the 3-6% range, similar to that after a mastectomy, while preserving the breast. Radiation therapy is also recommended after mastectomy if 2 or more lymph nodes are found to be involved with cancer.

The radiation oncologist uses ultrasound, computed tomography (CT), magnetic resonance imaging (MRI) scans and any markers placed at surgery  to accurately target tumor sites. There

have been major advances in techniques to avoid damage to nontarget organs and improve breast cosmetics.  As a result, for most women, a year or more after breast conserving surgery and radiation therapy it can be difficult to distinguish between the treated breast and the untreated breast.

**Systemic Therapy with Chemotherapy, Targeted Therapy, Biologic or Endocrine Therapies with the Goal of Improving Breast Cancer Control and Survival is influenced by Cancer Subtypes.**

Another major trend over the past 20 years is understanding the very different impacts of chemotherapy, endocrine, targeted and biologic therapies on the four major subtypes of breast cancer broadly categorized as:

(1) Hormone positive, Her2-: ER+, PR+, Her2- or ER+/PR-/Her2- or ER-/PR+/Her2-.

(2) Hormone positive, Her2+: ER+/PR+/Her2+ (triple positive) or ER+/PR-/Her2+ or ER-/PR+/Her2+.

(3) Hormone negative: ER-/PR-/Her2+.

(4) Triple negative; ER-/PR-/Her2-.

Increased understanding of the impacts that various systemic therapies have on these different breast cancer subtypes has led to many more tailored systemic treatment recommendations for women with early breast cancer.  These advances allow breast cancer patients to avoid unnecessary treatment and minimize toxicities while maximizing the benefits in improved disease control and survival.  The goal of treatments for women with ESBC is cure: to prevent a recurrence of local or distant metastatic breast cancer. Overall, most women with ESBC have a very favorable prognosis following local therapy and for 70%, endocrine therapy. Thus, the specific risks/benefits, regimen

10

options and data on absolute benefits of any recommended systemic therapies are critical for clinicians to share with patients based on their tumor stage, tumor type and guidelines. Only after such informed decision-making discussions that then include individual patient's preferences and treatment options, can a final informed decision can be made.

### Systemic Therapy with Chemotherapy

The medical oncologist is the specialist who provides systemic (whole body) therapies including hormone therapy, chemotherapy, targeted and biologic therapies either before or after surgery. These therapies may be administered prior to surgery to shrink tumors and make surgery less radical (neo-adjuvant), or after surgery to reduce the risk of later recurrences. These same therapies can also be given as adjuvants, after surgery to reduce the risk of later recurrences of breast cancer in women with ESBC.  The reason to give any type of systemic therapy after surgery for early breast cancer is to destroy any microscopic and currently undetectable cells that might have broken off the breast cancer and landed somewhere in the body such as the bones the liver or lungs. The goal of systemic therapy is to destroy any microscopic cells before they can get a foothold and later grow as cancer metastasis. The determination of a specific systemic therapy plan for an individual cancer patient, thus, is based on their original cancer information of tumor type, grade, stage and tumor features as well as their overall health and preferences that establishes an understanding of their individual risk of recurrence after local therapy alone.  It is with the knowledge of her individual risk that the patient and her medical oncologist can evaluate the evidence of what benefits and risks each potential systemic therapy has been shown to do from clinical trials, including the risk of acute and chronic, reversible and irreversible side effects, as well as costs.

**Therapy Considerations for Elizabeth Kahn diagnosed in 2008**

Ms. Elizabeth Kahn was diagnosed 4/11/2008 at age 50 with a clinical Stage 2A Left Breast Cancer T2 (3.7 cm on MRI, intermediate grade (2), invasive mammary carcinoma, favoring lobular subtype), N0, M0, ER +(90%), PR+ (70%), Her2 – (by FISH after equivocal IHC).[5] She was premenopausal and in good health. After consultations and discussions her oncologist Dr. Kardinal recommended chemotherapy plus endocrine therapy.[6] He reviewed options for standard therapies and the option to get chemotherapy before surgery including as part of a national trial with the National Surgical Adjuvant Breast and Bowel Project (NSABP) on a protocol called B-40.[7] He reviewed the options and risks and benefits of the chemotherapies and gave the patient the consent form for the B-40 trial to take home and read.[8] The oncology research nurse, Shevonda Thomas, then had additional discussions 'at great length' on 6/4/08 with the patient and her husband who she noted, both 'asked plenty of questions' which were answered. [9]After further time to review the written protocol consent, the patient and her husband agreed to participate, and Ms. Kahn signed the consent form and agreed to the additional tumor biopsy and location clip placement which was done on 5/15/08. [10]

As indicated by the 2008 NCCN Practice Guidelines in Oncology v2, 2008 which were published January 28, 2008, there were 13 regimens classified as Category 1 for use as adjuvant (or neoadjuvant) therapy for women with Her2 – breast cancers.  In 2008 there were 7 regimens

---

[5] Ochsner Health System Records of Elizabeth Kahn at 1206-1208.
[6] Ochsner Health System Records of Elizabeth Kahn including but not limited to:,848-850; 860-861; 876; 943-944; 949; and 953-954; *see also* Deposition of Dr. Karl Kardinal.
[7] *Id*.
[8] *Id; see also* Ochsner Health System Records at 01656-01684.
[9]  Ochsner Health System Records at 00948.
[10] Ochsner Health System Records of Elizabeth Kahn, including but not limited to, 1203-1205; 01656-01684; 877-940

(FAC/CAF, FEC/CEF, AC, EC, A-CMF, E-CMF, CMF) that did not include taxanes and thus were categorized as 2nd generation chemotherapies, 3 regimens that are considered third generation and included paclitaxel (AC-+sequential paclitaxel, AC-sequential paclitaxel x 4 every 2 weeks and A-T-C) and there were 3 regimens that are considered third generation that included docetaxel (TAC, FEC-T and TC). Category 1 is defined by the NCCN guideline committee as: Based upon high-level evidence, there is uniform NCCN consensus that the intervention is appropriate. In addition, the guidelines specifically also state that 'NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged". [11]



**NCCN®** Practice Guidelines in Oncology – v.2.2008   **Invasive Breast Cancer**

ADJUVANT CHEMOTHERAPY [1,2,3,4,5]

**NON-TRASTUZUMAB CONTAINING REGIMENS (all category 1)**

- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide) or FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- AC (doxorubicin/cyclophosphamide) ± sequential paclitaxel[6]
- EC (epirubicin/cyclophosphamide)
- TAC (docetaxel/doxorubicin/cyclophosphamide) with filgrastim support[6]
- A→ CMF[7] (doxorubicin followed by cyclophosphamide/methotrexate/fluorouracil)
- E→ CMF (epirubicin followed by cyclophosphamide/methotrexate/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC x 4 (doxorubicin/cyclophosphamide) + sequential paclitaxel x 4, every 2 weekly regimen with filgrastim support
- A→ T→ C (doxorubicin followed by paclitaxel followed by cyclophosphamide) every 2 weekly regimen with filgrastim support
- FEC → T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel)
- TC (docetaxel and cyclophosphamide)

**TRASTUZUMAB CONT...**

Preferred Adjuvant Reg...
- AC → T + concurrent (doxorubicin/cyclopho... trastuzumab)
Other Adjuvant Regime...
- Docetaxel + trastuzum...
- TCH (docetaxel, carbo...
- Chemotherapy followe...
- AC → docetaxel + tra...
Neoadjuvant:
- T + trastuzumab → C... (paclitaxel plus trastu... cyclophosphamide/ep...

Note: All recommendations are category 2A unless otherwise indicated.
Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.

Version 2.2008 01/28/08 © 2008 National Comprehensive Cancer Network, Inc. All rights reserved. **These guidelines and this illustration may not be reproduced in any form without the express written permission of NCCN.**

BINV-J
1 of 5

---

[11] NCCN V2.2008 01/28/08 NCCN Practice Guidelines in Oncology Invasive Breast Cancer pBINV-J 1   www.nccn.org

**Let's review each of these types of therapy:**

Chemotherapy is a type of cancer treatment administered intravenously to the whole body, thus is one of the systemic therapies for cancer. Systemic therapies are used in patients to kill cancer cells that can be detected as well as those that cannot be detected. Chemotherapy drugs for breast cancer are most often given in combination, as combinations have been shown to improve efficacy in sequential clinical trials dating back to the 1970's and 1980's. These medications may be given at the same time, or in a sequence at specific doses and for specific periods of time based on their efficacy demonstrated in clinical trials. A specific drug combination, dosing and schedule is referred to as a chemotherapy regimen.[12] Medical oncologists commonly also conduct clinical research which allows their patients to participate in clinical trials adding new therapies to standard therapies with the goal of discovering more effective and less toxic therapies. Clinical trials are conducted to study the safety and efficacy of medical therapies including chemotherapy, hormone, biologic and targeted therapy (systemic therapies) regimens on patients as well as surgery and radiation therapy and other supportive cancer therapies. Clinical trials since the 1970s have continually adjusted the standards of care for the systemic therapies of breast cancer to decrease the risk of cancer recurrence, lower toxicities, and improve overall patient survival.

The toxicities associated with chemotherapy medications are first observed during the course of animal studies, which are then followed by clinical trials for metastatic disease – first advanced, then in early metastatic. Only after demonstrating safety and efficacy in these settings are chemotherapy agents then tested for new indications, such as early stage breast cancer.[13] Throughout this development we learn about the toxicities and side effects associated with

---

[12] Regimens may be identified by an acronym, which are formed using the first letter(s) of the chemical name, chemical abbreviation, and/or trade name of the agents used in the regimen.
[13] Sanofi_01381985, 01382004

chemotherapy drugs.  Early stage breast cancer patients have, thankfully, longer survival rates, allowing for a greater understanding of the long-term side effects/toxicities.

Clinical trials inform guideline panels.  NCCN guideline panels include regimens of near equal efficacy so that clinicians can work with their patients in a process called Shared Decision Making to choose the best regimen for effectively lowering their recurrence risk, improving survival and managing acceptable toxicities. Although some trials have discovered increased toxicities, over time, therapies have shortened in duration with less and more manageable toxicities as improved medications for nausea and vomiting, prevention of infections, allergic reactions, and cold caps have become available. Increased recognition of late effects such as the rare secondary leukemias which are highly resistant to curative therapies and late congestive heart failure effects, as well as persistent numbness and tingling type neuropathies, and differences even in the risk of short term hair loss have all been established as important to discuss with patients who have individual preferences over these risks.  After this process the patient ultimately consents to the treatment plan.

A brief history of chemotherapy regimen development for cancers can provide important perspective on how clinicians educate patients.  New cancer therapies are tested in formal clinical trials which fall into 4 phases Phase I, II, III and IV. These new drugs and drug combinations are first tested in patients with the most advanced/metastatic cancers for which no curative options are known. Pioneering patients with metastatic cancers participate in early Phase I trials of promising agents to find the safest and maximum tolerated dose of the therapy and start to define the human toxicities which have been anticipated but cannot be fully known from earlier animal testing. Once a drug or combination therapy has been shown to be potentially effective in a metastatic setting, it is given to patients with advanced cancers, then to patients with specific cancers like breast cancer,

15

and often with specific tumor features such as hormone positive or negative or Her2 positive or negative in Phase II trials. When a drug or regimen shows promising efficacy and safety with better defined human toxicities in Phase II trials, it is then tested in Phase III trials against the then known best standard therapies in patients with similar diseases, stages and tumor features. If the Phase III trials shows the new drug or combination to be an effective option with then-known acceptable toxicities to date, results are presented at national meetings, and are then shared and evaluated in manuscripts that undergo rigorous peer review before publication and data can then be presented for consideration. Once a drug is approved for use in a specific disease and stage, other regimens or drug combinations are often developed and tested in clinical trials that are not within the FDA label's initial indicated use. As an example, Taxotere has one indicated use on its label in adjuvant therapy as part of the TAC regimen, however the NCCN guidelines include four different recommended regimens for its use in the adjuvant setting based on Category 1 evidence.  Once a drug or regimen is recognized within an approved regimen in the NCCN guidelines, it begins to be widely used across the country.

Toxicities discovered in the initial Phase I-II trials are overseen by the developing drug company who holds the detailed data from the studies. These toxicities are expected to be reported along with their onset timing, duration and severity, and when and if they resolve. Only the doctors participating in clinical trials have any early experience using these new drugs in the setting/indication under study, and in assessing and managing the toxicities demonstrated in the study.  Even for doctors who care for patients in a clinical trial, their experience may be limited as each may only treat 5-20 patients with the new drug.  As a result, these clinical trial clinicians may never see rare toxicities, given the relatively small number of patients they may oversee. It is entirely possible for a study doctor to not see a particular toxicity, or adverse event, that can be

discovered in the study as a whole due to the limited number of study patients any particular study doctor sees.  By comparison, the drug company developing the new drug has all the data specifically sent to its internal scientists regarding toxicities associated with the drug. It is thus expected by clinicians that the company, who has collected data on the toxicities, should report toxicities in detail to clinical investigators who present new findings and toxicities at national meetings and publish manuscripts on new therapies. The expectation is that as drugs become widely available and use increases, treating clinicians need accurate information provided to them by the drug company so they can in turn manage and educate their patients. The expectation of clinicians is that drug companies will share accurate information learned from its Phase IV clinical trials and additionally submitted patient reports, so that the clinicians can in turn properly educate their patients and engage in fully informed shared decision making. Following drug development, the company is still expected to continue monitoring and reporting any newly discovered adverse events and toxicities that may not have been identified in the clinical trials but emerge as use increases.

This process is especially relevant when you consider toxicities that occur long after the treatment ends or do not resolve like the unexpected PCIA that was discovered at clinically high levels in Sanofi clinical trials. Doctors, who initially began using Taxotere to treat advanced metastatic disease, would not be likely to note PCIA as women with advanced breast cancer on chemotherapy generally continue sequential chemotherapy regimens for their remaining life. Given the common experience that a majority of chemotherapy regimens cause temporary hair loss, and that hair loss continues because metastatic patients receive one chemotherapy regimen after another, metastatic patients rarely have 6-24 months off chemotherapy in which their hair might regrow or the in which non- regrowth would be observed.   So, for anyone to have noticed

17

PCIA when Taxotere was initially tested in the metastatic setting would have been extremely rare. Not until Taxotere was studied in patients getting adjuvant and neoadjuvant chemotherapy for early stage breast cancer, where hair was expected to re-grow and wig use should not have been needed after 12-18 months, were observations first made that hair was not re-growing as anticipated.

Chemotherapy affects different people in different ways, but there are some common temporary side effects which start during therapy (acute effects) including fatigue, nausea, vomiting, decreased blood cell counts, infection risks, heart muscle weakness, nerve pain and temporary hair loss. Some chemotherapies also have long term side effects including long term nerve pain, very rare secondary leukemia or congestive heart failure, permanent chemotherapy induced hair loss and/or other risks. It is important to know and consider all side effects, especially those which may be permanent, when talking to a patient about the therapy regimens with the best efficacy, toxicity and cost profile that they then choose from.

**Systemic Therapy with Endocrine Therapy**

Endocrine Therapy for ER and/or PR positive breast cancer is generally administered as pills over 5-10 years but can also include shots to shut down ovarian function and even surgical ovary removal. The goal of endocrine therapy is to decrease the activity of hormone receptors on breast cancer cells that can bind to circulating hormones in the blood which make cancer cells grow and spread.  The majority of breast cancer patients, have significant levels of estrogen receptors and/or progesterone receptors on their tumor surfaces, which is referred to as the tumor being hormone receptor-positive or ER+, and/or PR+ which we'll use in this report.  These cancer cells can thus attach to the hormones estrogen and progesterone in the blood, which in turn

stimulate cancer cell growth and later recurrence of dormant cells that may have spread early in the disease and can activate in distant sites to show up as metastatic breast cancer years later.

Endocrine therapy of breast cancer refers to using medications that block the hormone receptor stimulation either by lowering estrogen levels in the blood stream or by blocking the estrogen and/or progesterone receptors on tumor cells so they cannot be stimulated by circulating hormones in the blood stream. Endocrine therapy for premenopausal woman is most often in the form of the oral medication, Tamoxifen. Tamoxifen is a selective estrogen receptor modulator that stops estrogen from connecting to cancer cells while permitting estrogen to act in other parts of the body. Postmenopausal women are most often treated with one of three effective aromatase inhibitor pills: Anastrozole (Arimidex), Letrozole (Femara) or sometimes, Exemestane (Aromasin). These are drugs that stop estrogen production which after menopause is produced in the adrenal glands. Clinical trials over the past 20 years have shown that the use of endocrine therapies is the most important component of therapy for reducing cancer recurrences and improving survival in women with hormone positive early breast cancer. In addition, studies have shown that 10 years of hormone blockade therapy is more effective than 3-5 years of therapy and that for postmenopausal women, aromatase inhibitors are slightly more effective than Tamoxifen Thus endocrine therapy has become a standard component of therapy recommended for the majority of women with early stage breast cancer.

**Adjuvant and Neo-Adjuvant Chemotherapy**

For early stage breast cancer, the primary therapy is surgical removal of the tumor. Radiation therapy, endocrine therapy, chemotherapy and targeted therapies are additional treatments (adjuvant means in addition to) given either before local therapy (surgery with or

without radiation therapy) which is called neoadjuvant or after surgery which is called adjuvant, with the goal of lowering the risk that a cancer will come back.  Surgery and radiation therapy are primarily given to prevent local cancer recurrence in the breast and local lymph nodes. Chemotherapy, endocrine therapies and biologic or targeted therapies are given to improve disease free and overall survival by preventing any distant metastasis from gaining a foothold in other sites in the body and causing a cancer recurrence either in the breast and regional lymph nodes as a Stage III local recurrence or in distant sites as  a Stage IV metastatic recurrence. Systemic therapy is given to stop any microscopic cancer cells that may have broken off from the original tumor but that cannot be found by our current testing modalities from establishing themselves and growing in other parts of the body. The extent to which a cancer will recur varies according to a patient's stage and tumor features of estrogen receptor, progesterone receptor and Her2/neu receptor status and for some, the Ki67 and Oncotype Diagnostic genomic recurrence risk test. The absolute benefit of any systemic therapy varies for each patient based on their baseline risk of cancer recurrence and overall survival and the ability of specific therapies to reduce those risks.  As mentioned earlier, clinical trials starting in the 1980's have shown that for patients who can benefit from systemic therapies (chemotherapy, targeted therapy, endocrine therapy) they can be given before the surgery- called Neo-adjuvant or given after the surgery- called Adjuvant with the same expected benefits of reducing later local and distant recurrences and improving survival. Thus, as more women have chosen breast conservation therapy and may have better cosmetic results from initial tumor shrinkage, giving chemotherapy before surgery has become very common when chemotherapy is indicated. The NCCN guidelines have evolved over time to note that those regimens proven effective in the adjuvant setting can be considered for use in the neo-adjuvant setting.

**Adjuvant Radiation Therapy**

Radiation therapy is given to the breast to decrease local recurrence although there is a small impact on decreasing distant recurrence in some instances as well. For patients like Elizabeth Kahn who had a mastectomy with final clear margins, a tumor that was clinically and pathologically under 5 cm with no lymph nodes involved, no additional radiation therapy is indicated.

**Breast Cancer Neoadjuvant or Adjuvant Therapy Choices are a Shared Decision Between the Medical Oncologist and the Patient with Input from the Surgical Oncologist and Radiation Oncologist.**

After diagnosis, patients are faced with a number of important decisions to make about the treatment of early stage breast cancer.  It may be supposed by patients who have not been through the diagnostic and treatment process that these decisions are routinely made by oncologists because of their training background and experience.  Certainly, the oncologist has the medical knowledge and experience which is an indispensable part of the decision-making process; however, the final care plan decisions are ultimately made by patients with their clinicians after the pros and cons of the available options are accurately explained to them.  The NCCN Guidelines for Patients, Breast Cancer Stages 1 and 2 Booklet and web reference, emphasizes the central role of the patient in making decisions about her breast cancer care: "In shared decision-making, you and your doctors share information, weigh the options, and agree on a treatment plan."  In that way decisions can be made that are "in line with your beliefs, wishes, and values."[14]

---

[14] NCCN, *NCCN Guidelines for Patients: Breast Cancer, Early-Stage, Stages I and II* (version 1.2016), *available at* https://www.nccn.org/patients/guidelines/stage_i_ii_breast/index.html#92, Ch. 9, pages 88-89.

# 9 Making treatment decisions

89 It's your choice

90 Questions to ask your doctors

94 Weighing your options

96 Websites

96 Review



Having cancer is very stressful. While absorbing the fact that you have cancer, you have to learn about tests and treatments. In addition, the time you have to accept a treatment plan feels short. Parts 1 through 8 described the cancer and the test and treatment options recommended by NCCN experts. These options are based on science and agreement among NCCN experts. Part 9 aims to help you make decisions that are in line with your beliefs, wishes, and values.

**9** Making treatment decisions | It's your choice

## It's your choice

The role patients want in choosing their treatment differs. You may feel uneasy about making treatment decisions. This may be due to a high level of stress. It may be hard to hear or know what others are saying. Stress, pain, and drugs can limit your ability to make good decisions. You may feel uneasy because you don't know much about cancer. You've never heard the words used to describe cancer, tests, or treatments. Likewise, you may think that your judgment isn't any better than your doctors'.

Letting others decide which option is best may make you feel more at ease. But, whom do you want to make the decisions? You may rely on your doctors alone to make the right decisions. However, your doctors may not tell you which to choose if you have multiple good options. You can also have loved ones help. They can gather information, speak on your behalf, and share in decision-making with your doctors. Even if others decide which treatment you will receive, you still have to agree by signing a consent form.

On the other hand, you may want to take the lead or share in decision-making. Most patients do. In shared decision-making, you and your doctors share information, weigh the options, and agree on a treatment plan. Your doctors know the science behind your plan but you know your concerns and goals. By working together, you are likely to get a higher quality of care and be more satisfied. You'll likely get the treatment you want, at the place you want, and by the doctors you want.



During my nearly 40 years as an oncologist there has been an increased recognition by clinicians and patients presenting with various kinds of breast cancer that decisions concerning treatment are ultimately the patient's decisions to make.  This includes whether to have a mastectomy or lumpectomy and whether the lymph nodes under the arm are sampled or not and

how they will be sampled. The lymph nodes can be imaged and only those that take up dye or radioactivity removed, called Sentinel Lymph Node Dissection (SLND), or a larger number of regional lymph nodes under the arm can be removed, called axillary lymph node dissection (ALND).  The patient is also involved in ultimately determining whether to accept or decline any recommended radiation therapy. These physician-patient discussions include recommendations on how to save the most breast tissue while still decreasing the risk of recurrence and  improving the overall survival of the patient.

The patient's decision for local therapy is made after a discussion with her oncologist and being fully informed of the known risks and benefits of each major surgical option and how they are impacted by the patient's specific stage, tumor receptors, the patient's individual health factors, family history and personal preferences.  Patient decisions also include making decisions on the use of adjuvant systemic therapies whether chemotherapy, targeted biologic therapies, endocrine therapy and their combinations based on their stage, tumor biology, risk factor analysis, health and personal preferences.

ASCO, a leading professional oncology organization, is comprised of forty-five thousand health care professionals dedicated to the treatment of cancer patients.  As part of its mission it publishes journals, holds meetings and provides guidelines and resources to its members.

ASCO has provided written guidance on the importance of providing patients with sufficient information to permit them to make decisions about their individual cancer treatments. Patient decisions about potential treatment requires weighing the risks against the benefits.

> Ethically, consent conversations allow physicians to fulfill their responsibility to help patients make autonomous choices about their medical care. For this reason, informed consent is not limited to a single

discussion or form; rather, it is an ongoing communication process that is central to the doctor-patient relationship.[15]

Medical oncologists have the responsibility to help their patients understand and consider risks that are important to them so they can make informed choices among options for local and systemic therapy to reduce the risk of local and distant recurrences of breast cancer:

> *Risks and adverse effects of proposed treatment.* The toxic nature of chemotherapy introduces numerous risks and potential adverse effects that physicians must disclose. Generally, physicians should disclose risks and adverse effects that are common as well as those that are not common but could be severe. Physicians should consider whether a patient's specific circumstances would make some risks more material than others. Disclosure should include how short-term adverse effects can be managed to make the patient more comfortable. In some cases, long-term planning initiatives are appropriate. For example, physicians should advise patients about the fertility preservation strategies available to them.[16]

In order for shared decision making to be meaningful it is essential that <u>all risks that are significant to patients be discussed.</u>

It is equally important to explain the benefit of the treatment so that patients can weigh the benefits against the risks in their decision making:

> *Potential benefits of proposed treatment.* Physicians should inform patients of the benefits they can reasonably expect from treatment if it is successful, such as reduction in tumor size, prolonged survival, or reduced discomfort, but should make clear that outcomes vary among patients.[17]

In order to weigh the risks versus the benefits the medically acceptable alternatives must also be explained:

> *Alternatives to proposed treatment and associated risks.* Physicians should inform patients about reasonable alternatives to proposed treatment. What is reasonable will depend on the circumstances of a patient's case; the patient's medical, social, and personal concerns; and the judgment of the

---

[15] Courtney Storm et al, *Informed Consent for Chemotherapy: ASCO Member Resources,* 4(6) J. ONCOL. PRACTICE 289, 289 (2008), *available at* http://ascopubs.org/doi/pdf/10.1200/JOP.0866002.
[16] *Id.* at 290.
[17] *Id.*

physician. When considering alternatives, patients may value information about cost, length of recuperation, likely success, and risks, compared with the proposed treatment….[18]

ASCO incorporated these standards of informed consent into their Quality Oncology Practice Initiative (QOPI). This national and global oncology practice quality certification program requires documentation and auditing of quality metrics across six areas of oncology practice. The process of informed consent outlined above is considered so important to the delivery of quality care that it is a major metric in the core module that practices implement to be compliant with QOPI guidelines.

**Determining the Prognosis for Recurrence and any Benefits from Adjuvant Endocrine and/or Chemotherapy to help patients in shared decision making:**

Breast cancer clinicians learn about different patients' tumor stage, nodal status, and tumor features impact on their disease recurrence and survival as well as the impact of any therapies on these from publications of clinical trials and then in a much more robust way from meta-analysis of randomized trials. In breast cancer the Early Breast Cancer Trialists Collaborative Group (EBCTCG) have been the leaders in reporting on long term outcomes from adjuvant therapy trials. Given the increasing number of clinical trial reports for adjuvant breast cancer therapies and the complexity of meta-analysis publications, breast cancer clinicians also welcome the availability of online tools that synthesize the trial outcomes and provide a patient focused document to more clearly communicate with patients in shared decision making.

In order to make an informed decision about whether or not to proceed with chemotherapy and to determine which regimen or combination of regimens a patient will use in their overall care

---

[18] *Id.*

26

plan, patients and their doctors want to know the individual patient's baseline risk of cancer recurrence and survival with and without various adjuvant and neoadjuvant therapies. Luckily the breast cancer community has been well served in providing this information to individual patients by the many clinical trials on adjuvant therapies from surgeries, radiation therapy, endocrine, chemotherapies and targeted/biologic therapies. The EBCTCG has consistently analyzed groups of trials and published key long-term findings to better guide individual patients. Their history is well detailed in an Annals paper by M Clarke noting:

"In the early 1980s, there was recognition among several breast cancer trialists that their separate trials were probably too small to assess reliably whether the effects of some treatments on recurrence and death were moderate or non-existent. Even though there had been some relatively large trials, most trials had randomized less than a few hundred women and were therefore unable to detect differences in 5- and 10-year survival of 5–15%. In 1984, many of the people responsible for randomized trials of tamoxifen or chemotherapy met together at Heathrow Airport in London, UK to share their findings and to allow a simple meta-analysis to be performed of the aggregate results from their trials. This group became the founders of the Early Breast Cancer Trialists' Collaborative Group, which has since expanded to include hundreds of researchers from around the world who have conducted randomized trials of any aspect of the treatment."[19] This international group is actively engaged with the National Cancer Institute and their work as the majority of trials reviewed were centered or had significant participation from US patients. They have had several cycles of work with the 4th cycle of work most relevant to the therapy of the patient we are considering that found:

---

[19] M Clarke, "Meta-analyses of adjuvant therapies for women with early breast cancer: the Early Breast Cancer Trialists' Collaborative Group overview', Annals of Oncology 17 (Supplement 10): p59–p62, 2006. doi:10.1093/annonc/mdl238

"The results of the fourth cycle of the EBCTCG overview, which began in 1999 were published in two large papers in the Lancet in 2005. This cycle sought data from all randomized trials of any aspect of the treatment of women with early breast cancer, where survival was a primary outcome, which had started by 1995. The second of the two papers dealt with local therapy, including radiotherapy and the extent of surgery."[20]

Further work from the EBCTCG in subsequent cycles of work resulted in the landmark 2011 Lancet publication on 'Comparisons between polychemotherapy regimens for early breast cancer: meta-analysis of long-term outcome among 100,000 women in 123 randomized trials" as well as their latest work published in Lancet this past April of 2019.[21]

**Treatment Considerations for Ms. Kahn:**

Ms. Kahn was a 50 year old, premenopausal woman in good health in April of 2008 when she was diagnosed with clinical Stage 2A Left  Breast Cancer (T2 (3.7 cm on MRI, intermediate grade (2) invasive mammary carcinoma, favoring lobular subtype), N0, M0, ER + (90%), PR+ (70%), Her2 – (by FISH after equivocal IHC).[22]  We can use the Predict and MD Anderson tools (explained further below) to more easily and graphically support my analysis of the risks and benefits of adjuvant systemic chemotherapies and endocrine therapies based on Ms. Kahn's clinical staging and tumor details with the caveat that the model's predictions were built

---

[20] Early Breast Cancer Trialists Collaborative Group (EBCTCG), "Comparisons between different polychemotherapy regimens for early breast cancer: meta-analysis of long-term outcome among 100k000 women in 123 randomized trials.", Lancet 2012; 379:432-44, Published online Dec 6, 2011. DOI:10.1016/S01406736(11)61625-5

[21] Early Breast Cancer Trialists' Collaborative Group (EBCTCG), "Increasing the dose intensity of chemotherapy by more frequent administration or sequential scheduling: a patient-level meta-analysis of 37 298 women with early breast cancer in 26 randomized trials" Lancet VOLUME 393, ISSUE 10179, P1440-1452, APRIL 06, 2019 DOI:https://doi.org/10.1016/S0140-6736(18)33137-4

[22] Ochsner Health System Records of Elizabeth Kahn at 1206-1208.

on clinical trials of outcomes from systemic therapies given adjuvantly, after surgery to remove the tumor and sample the lymph nodes.

Ms. Kahn's tumor measured 3.7cm clinically by MRI and her tumor biopsy had the features noted above.[23] Ki67 was not tested. Patients with T2 tumors like Ms. Kahn's, without metastatic disease, were advised to have surgery, systemic chemotherapy and endocrine therapy and possibly radiation therapy for these kids of tumors. Patients could have chemotherapy given first (neoadjuvant) to reduce the tumor size and improve the breast cosmetics after surgery or could have chemotherapy given after surgery (adjuvant). Pending final results from chemotherapy and surgery, treatment would continue with any radiation therapy needed followed by endocrine therapy. Given her young age and premenopausal status, it was felt that treatment in the available NSABP B-40 clinical trial with initial chemotherapy (neoadjuvant) would offer her a third-generation chemotherapy with the possibility of additional agents in the hopes that they might further improve disease control and survival. [24]

The 2008 NCCN guidelines in addition to preferring therapy in a clinical trial, listed 13 regimens classified as Category 1 for use as adjuvant (or neoadjuvant) therapy for women with Her2 – breast cancers.  In 2008 there were 7 regimens (FAC/CAF, FEC/CEF, AC, EC, A-CMF, E-CMF, CMF) that did not include taxanes, 3 that included paclitaxel (AC-+sequential paclitaxel, AC-sequential paclitaxel x 4 every 2 weeks and A-T-C) and there were 3 regimens that included docetaxel (FEC-T, TAC and TC).

Ms. Kahn was treated on the NSABP-40 clinical trial in which all patients got a third generation chemotherapy (docetaxel followed by AC) as part of the 6 options.[25] Ms. Kahn was

---

[23] Ochsner Health System Records of Elizabeth Kahn at 869; 1203-1205.
[24] Ochsner Health System Records of Elizabeth Kahn at 848-850; 860-861; 943-944; 953-954; 01656-01684.
[25] Id.

randomized to Group 2B which directed neoadjuvant therapy as the docetaxel (Taxotere) with the addition of both the additional chemotherapy agent, capecitabine (Xeloda) and the vascular endothelial growth factor inhibitor, bevacizumab (Avastin) every 3 weeks for 4 cycles followed by AC (adriamycin/cyclophosphamide) every 3 weeks for 4 cycles with bevacizumab (Avastin) added for the first 2 cycles of AC, then held for the last 2 cycles (5/29/08-10/23/08).[26] This was followed by surgery (12/10/08) then additional adjuvant bevacizumab (Avastin) every 3 weeks for 10 more cycles (1/8/09-7/16/09),[27] adjuvant radiation therapy to the left breast (1/13/09-2/16/09), and standard endocrine therapy which she had with tamoxifen (4/2/09-4/2018). [28]

After left lumpectomy and sentinel lymph node dissection 12/10/2008. Ms. Kahn's residual tumor measured 7mm (0.7cm) with clear margins and none of the 3 removed lymph nodes had any cancer in them.[29] The 7mm tumor was a moderately differentiated, (Grade 2 by Nottingham Criteria with histologic grade 3, nuclear grade 3 and mitotic index 1 for score of 6/9),  invasive mammary carcinoma with pleomorphic lobular carcinoma but no lymphovascular invasion.[30] ER, PR and Her2 were not rechecked on the new 7mm tumor. Thus Ms. Kahn had pathologic Stage I Left Breast Cancer (ypT1b (7mm), ypN0 (0/3), ycM0, ER+ (90%), PR + (70%), Her2/neu –) grade 2, (Nottingham Grade 2 from histologic grade 3, nuclear grade 3 and mitotic rate 1), invasive mammary carcinoma with pleomorphic lobular features. [31]

---

[26] *Id; see also* Ochsner Health System Records of Elizabeth Kahn as well as NSABP B-40 Clinical Trial Records of Elizabeth Kahn.

[27] Ochsner Health System Records of Elizabeth Kahn at 01180

[28] Ochsner Health System Records of Elizabeth Kahn, see also Deposition of Elizabeth Kahn at 232:4-6.

[29] Ochsner Health Cystem Records of Elizabeth Kahn at 1203-1205.

[30] Id.

[31] Frkovic-Grazio S, Bracko M. Long term prognostic value of Nottingham histological grade and its components in early (pT1N0M0) breast carcinoma. J Clin Pathol. 2002 Feb; 55(2): 88–92. doi: 10.1136/jcp.55.2.88n

**Tools to help Clinicians Communicate Individual Recurrence and Survival Benefits to Patients:**

The NCCN Breast Cancer Guideline group in recognizing the challenges clinicians have in giving precise estimates to individual patients with breast cancer, added information about the use of online predictive tools in their March 2006 Breast Cancer Guideline Update published as a supplement in Journal of the National Cancer Center.[32]

Because of the complexity of extrapolating data for an individual patient from clinical trials and large meta-analyses, and the desire of patients to have more personalized information about the absolute benefit of various treatments based on their tumor specific information, several useful tools were developed. Expert groups developed publicly available computer based tools that bring the large volume of peer reviewed, published data to clinicians in a format doctors can easily use by entering required information like a specific patient's age, tumor information and treatment options to generate patient centered risk data, with clear graphs and charts that easily inform true shared decision making. Two available web-based programs, Adjuvant! On Line and Predict, have been in wide use by breast cancer experts to assist in shared decision making by providing validated predictions for individual patients.  This includes individualized predictions for the patient's potential benefit of adjuvant endocrine, chemotherapy and when appropriate, Her2 based targeted therapy.  The Adjuvant! On Line was launched in 2001 but was taken off line, but  was available at the time of Ms. Kahn's diagnosis.  PREDICT was launched in 2010 and remains available and actively used by breast cancer clinicians. These tools provide confirming information concerning individualized predictions.  The analyses show 5, 10- and 15-year survival predictions

---

[32] R Carlson, E. Brown, H. Burstein, et al., NCCN Task Force Report: Adjuvant Therapy for Breast Cancer — Clarification and Expansion of NCCN Clinical Practice Guidelines" JNCI, V4, Sup 1, March 2006, ppS1-28,

with surgery alone, the addition of hormone therapy if the tumor is hormone positive and the addition of chemotherapy.[33]   It also indicates the expected survival without adjuvant systemic therapies after surgery alone as we know that most patients with early breast cancer are cured after surgery or surgery plus radiation therapy and their survival is not based on breast cancer recurrence but on the other common causes of death as people age: heart disease, lung disease and cancer, stroke, diabetes and other cancers.

While Adjuvant! On Line was available in 2008 when the therapy decisions were being made for Elizabeth Kahn, it is no longer available to use. In addition to the predictive tools using adjuvant chemotherapy trials, data from neoadjuvant chemotherapy trials were used by the MD Anderson group to publish a nomogram in January of 2008 and build a freely available calculation tool on their web site that can be used for individual patient discussions.

I used Adjuvant! On Line when available to help to counsel patients on adjuvant therapy options from 2001 through 2015. When Predict UK became available in 2012 until current times, I used it as well. During time they were both available and because their calculations are based on the results of published clinical trials, I had firsthand knowledge of their similar results and had equal confidence using either tool. Once Adjuvant! On Line was no longer available in 2015, I have used Predict for calculations in the same way as I had used Adjuvant! On Line previously for reporting the benefit of different systemic therapies for women with ESBCs in addition to the standard surgery and radiation therapy. Using the Predict tool to show the benefits of the therapies and options for Ms. Kahn provides results that serve to confirm my experience of 30 years as a breast cancer specialist, about the risks and benefits of various chemotherapy regimens

---

[33] Viktoria Mühlbauer, Birte Berger-Höger, Martina Albrecht et al., "Communicating prognosis to women with early breast cancer – overview of prediction tools and the development and pilot testing of a decision aid". BMC Health Services Research (3-15-2019) 19:171. https://doi.org/10.1186/s12913-019-3988-2

available to Ms. Kahn in 2008, even though the Predict models were based on adjuvant trials and not on neoadjuvant trial results. Ms. Kahn had a breast cancer for which a second or third generation or equivalent systemic therapy was an important component to reduce her chance of breast cancer recurrence and to improve her survival. The patient had discussions with her oncologist as well as the oncology research nurse about her treatment options, the risks and benefits of the systemic therapies and the regimen she was assigned to on the clinical trial which included two additional medications in addition to the 3rd generation regimen of AC-docetaxel used in the trial. While the trail switched the order of the AC-Taxotere regimen to give the Taxotere before the AC, this is considered equally effective by NCCN guidelines.

Despite these numerous conversations, as Ms. Kahn testified at her deposition, she was never warned that her use of Taxotere might result in permanent chemotherapy induced alopecia.[34]   Ms. Kahn did not receive this warning because, Dr. Kardinal, as he testified in his deposition, was unaware that Taxotere carried with it a risk of permanent chemotherapy induced alopecia at the time he prescribed Taxotere to Ms. Kahn.[35]  In addition, the informed consent form which Ms. Kahn signed did not warn of any risk of permanent alopecia and Ms. Kahn's understanding was that  any hair loss she may experience during the trial would be temporary in nature. [36]  In fact, both Nurse Thomas and Dr. Kardinal reassured plaintiff her hair loss was expected to be temporary. [37]

To more clearly demonstrate my years of expertise and experience treating women with breast cancer that third generation chemotherapy regimens are equal in efficacy, I used three

---

[34] Deposition of Elizabeth Kahn on December 7, 2017, at 17:23 – 19:5
[35] Deposition of Dr. Carl Kardinal at 141:22 – 143:1.
[36] Deposition of Elizabeth Kahn at 192:6 – 193:21; 245:20-255:4; *see also* Ochsner Health System Records of Elizabeth Kahn at 01656-01684.
[37] Deposition of Elizabeth Kahn at 205:21 – 206:19; 254:20 – 255:4

tools that can provide graphics to more clearly show on the impact of systemic chemotherapy regimen options for Ms. Kahn. I provide the survival calculations done with the currently available Predict tool as well as the MD Anderson Nomogram and the MD Anderson web site calculator for prognosis after neoadjuvant chemotherapy.

**Estimating Elizabeth Kahn's Recurrence and Survival Risks from Calculation Tools:**

Although the Predict tool was not intended for use prior to surgery, when you run it with her clinical parameters, it predicts the 5 year 96% overall survival after third generation chemotherapy, surgery and hormone therapy with the chemotherapy having added 1-1.7% of that benefit, and hormone therapy having added 1.1-2.2% of that benefit. The 10-year overall survival prediction is 90% after combined third generation chemotherapy, endocrine and surgical therapies with the chemotherapy contributing 3.4% (2.5-4.2%) of the benefit and endocrine therapy contributing 4.3% (2.3-8.4%) of the benefit over surgery alone with a 82% overall survival rate. It does not calculate disease free survival as the MD Anderson tools do.

The Predict risk model is based on women that had initial surgery to predict the additional benefit of adjuvant chemotherapy. Although it can be used for general guidance on various chemotherapy and endocrine therapy benefits, a nomogram was established by MD Anderson scientists, published in January of 2008 and further validated in later publications to predict outcomes after neoadjuvant chemotherapy.[38,39] MD Anderson also provides open access

---

[38] Jeruss JS, Mittendorf EA, Tucker SL, Gonzalez-Angulo AM, Buchholz TA, Sahin AA, Cormier JN, Buzdar AU, Hortobagyi GN, Hunt KK. Combined use of clinical and pathologic staging variables to define outcomes for breast cancer patients treated with neoadjuvant therapy. J Clin Oncol 2008 Jan 10;26(2):246-52.

[39] Mittendorf EA, Jeruss JS, Tuckre SL, et al., Validation of a novel staging system for disease-specific survival in patients with breast cancer treated with neoadjuvant chemotherapy. J Clin Oncol. 2011 May 20;29(15):1956-62. doi: 10.1200/JCO.2010.31.8469. Epub 2011 Apr 11.

to a web site calculator for predicting outcomes after neoadjuvant chemotherapy.[40] These

provide added information about  3 and 5 year disease free survival in women like Ms. Kahn to

had neoadjuvant chemotherapy.[41] Using this model first developed on women treated in China

between 8/2002-12/2014 and then validated on another group of women at a different Chinese

cancer center treated between 1/2009 and 12/2011 with EBC who got at least 3 cycles of

neoadjuvant chemotherapies, including third generation chemotherapies, either as those

including taxanes or with high dose anthracyclines. Their pathologic tumor and nodal

information was used along with complete remission status and any lymphovascular invasion,

age at diagnosis, ER status, Ki67 status and tumor grade to assign a score.

The MD Anderson nomogram for predicting outcomes after neoadjuvant chemotherapy is

as follows:

---

[40] http://www3.mdanderson.org/app/medcalc/index.cfm?pagename=bcnt  Neoadjuvant Therapy Outcome Calculator
[41] Jianguo L, Hongli W, Jingwen P,et al., Establishment and external validation of a prognostic model for predicting disease-free survival and risk stratification in breast cancer patients treated with neoadjuvant chemotherapy. Cancer Manag Res. 2018:10:2347-23256. Published online 2018 Aug 1. doi: 10.2147/CMAR.S171129

## Prognostic model for DFS

Considering the clinical significance of pCR, we included pCR in the final prognostic model, without impairing the discrimination ability of the nomogram. Thus, a novel nomogram that combined the significant independent prognostic predictors with pCR was developed (Figure 1). According to this model, T stage made the largest contribution to DFS, followed by LVI, ER status, histological grade, and N stage. By calculating the total score, oncologists could easily obtain the nomogram-predicted probability of DFS for individual patients.



Figure 1

Prognostic nomogram for predicting DFS in BC patients who received NCT.

**Note:** Age is in years.

**Abbreviations:** DFS, disease-free survival; BC, breast cancer; NCT, neoadjuvant chemotherapy; ER, estrogen receptor; LVI, lymphovascular invasion; pCR, pathologic complete response.

The total score from the nomogram indicates the predicted 3 and 5-year disease free survival.

For Ms. Kahn, she would get 0 points for age >40, ER+, pT1b, no lymph node metastasis, no LVI, then 3.5 points for her grade 2 tumor  and 2 points for not having a

pathologic complete response at surgery for a total of 5.5 points. IF a Ki67 had been done and was low the score would remain 5.5 and if high would increase the score to 10.5. A score of 5.5 correlates with a 3 and 5-year DFS of 90% or more. A score of 10.5 correlates to a 3-year DFS of ~88% and a 5-year DFS of ~84%. The MD Anderson tool predicts disease free survival (DFS) whereas the Predict tool estimates overall survival (OS) which is often a higher percentage.

The web based software tool from MD Anderson more easily calculates the outcomes after neoadjuvant chemotherapy. It calculates the 5-year metastatic free survival and disease specific survival for breast cancer patients based on their pre- and post-neoadjuvant chemotherapy tumor information and staging. It incorporates the pretreatment and post treatment staging information as well as estrogen receptor and tumor nuclear grade.



Using this tool for Ms. Kahn with her clinical Stage IIA, and pathologic stage I (T1b, N0, M0 by AJCC 6 in 2008) after third generation chemotherapy with a tumor that was estrogen positive and nuclear tumor grade 3 we get an estimate of 5 year distant metastasis free survival of 94% (range 88-97%) and a 5 year disease specific survival of 98% (range 94-100%). This methodology originally published in January of 2008 and available for use by clinicians nationally was additionally validated in studies published in 2011. [42]

.

---

[42] Mittendorf EA, Jeruss JS, Tuckre SL, et al., Validation of a novel staging system for disease-specific survival in patients with breast cancer treated with neoadjuvant chemotherapy. J Clin Oncol. 2011 May 20;29(15):1956-62. doi: 10.1200/JCO.2010.31.8469. Epub 2011 Apr 11.

Given the similar outcomes for women treated with third generation chemotherapy regimens, the NCCN in 2008 had 5 third generation chemotherapy regimen choices which were all designated as Category 1 for women to talk to their doctors about along with any clinical trial options.  Given the equal disease outcomes from the 5 third generation chemotherapies and often, the miniscule difference in outcomes using one of the 7 second generation regimens listed as Category 1 options in the 2008 NCCN breast cancer guidelines, knowing the extent of toxicities and costs of different regimens is a critical part of informed discussions between patients and their doctors.  In this way, the best regimen among the Category 1 options can be chosen by the patient and her doctor based on their weighing of various toxicities and costs and the predicted outcomes.

Thus, the consideration of short and long-term toxicities should and was particularly important to Ms. Kahn and her husband who joined her for the discussions with both her oncologist, Dr. Kardinal at his initial consult 4/22/08 and per the RN note, by phone for follow up prior to the oncology nurse visit 5/15/08. At that visit, oncology nurse Shevonda Thomas documented her giving the patient and her husband her reviewed toxicities and the treatment options and known toxicities of the chosen clinical trial regimens.   Clinicians educate their patients as part of shared decision making by including relevant short term, reversible and irreversible toxicities and especially those of great concern to women such as early menopause and permanent chemotherapy induced alopecia (PCIA) had it been known, along with other known toxicities. Patients and clinicians who participate in clinical trials expect the trial sponsors to analyze and report on the required detailed toxicity reports they complete for patients on clinical trials and to then, in turn fully disclose all findings so they can discuss the pros and cons of equally effective therapies for a final informed consent decision with individual patients.   Ms.

Kahn's prescribing oncologist, Dr. Kardinal, stated that he was unaware of the risk of PCIA related to the use of Taxotere, and further that he would have discussed it with his patient if he had known of the risk.[43] Likewise, Ms. Kahn testified that had she been advised that Taxotere carried with it a risk of permanent chemotherapy induced alopecia, she would have sought out alternative treatment options from Dr. Kardinal.[44]

These, with their calculations, as previously noted, further support my assessments of Ms. Kahn as having an ESBC for which she had several equally effective choices for third generation adjuvant and neoadjuvant chemotherapy and the choice to get a specific one as part of a clinical trial or to get other third generation chemotherapy regimens as standard of care. Ms. Kahn and her husband engaged in discussions of treatment options and toxicities with Dr. Kardinal and then had a more detailed discussion with the oncology nurse. In fact, the nurse reviewed the standard, NSABP B-40 consent form which for docetaxel, was based on toxicity results provided by the sponsor (Sanofi) from their adjuvant and early metastatic clinical trials of docetaxel. They reported the standard docetaxel toxicities from the label. Ms. Kahn and her husband demonstrated great interest in being informed about the therapies and their toxicities. Oncology nurse Shevonda Thomas, RN, MSN, provided education about the clinical trial drugs at a visit 5/4/2008. She noted that she "spoke at great length with the patient and her husband" and that .."both had plenty of questions" which after being answered to their satisfaction, they signed the informed consent and agreed to the extra tumor biopsy and tumor clip placement arranged for 5/15/08. Ms. Kahn had several equally effective chemotherapy regimens to reduce her risk of tumor recurrence and improve her survival and they had different toxicities. Clinic

---

[43] Deposition of Dr. Carl Kardinal at 87:2-88:17; 141:22 – 143:1; 175:9-17.
[44] Deposition of Elizabeth Kahn at 301:11 – 305:13.

notes document the interest and ability to engage and weigh information relevant to the patient in making a final treatment decision by both the patient and her husband.

**AC-paclitaxel (Taxol), TAC (Taxotere, adriamycin, cyclophosphamide) & AC-docetaxel (Taxotere) Regimens:**

Taxotere/docetaxel and Taxol/paclitaxel are both taxanes. Clinical trials have demonstrated that Taxotere and Taxol are equally effective in the treatment of breast cancer.[45]

---

[45] Michele De Laurentiis et al., *Taxane-Based Combinations as Adjuvant Chemotherapy of Early Breast Cancer: A Meta-Analysis of Randomized Trials*, 26 J CLIN ONCOL 44 (2008); Wei-Xiang Qi et al., *Paclitaxel-Based Versus Docetaxel-Based Regimens in Metastatic Breast Cancer: A Systematic Review*, 29:2 CURRENT MED. RESEARCH & OPINION 117 (2013); Joseph A. Sparano et al., *Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer*, 358 N. ENGL. J. MED. 1663 (2008) (also note letters to editor and author reply NEJM July 17, 2008 & Figure corrections NEJM July 3, 2008); Joseph A. Sparano et al., *Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer*, 33 J. CLIN. ONCOL. 2353 (2015); Early Breast Cancer Trialists' Collaborative Group (EBCTCG), "Increasing the dose intensity of chemotherapy by more frequent administration or sequential scheduling: a patient-level meta-analysis of 37 298 women with early breast cancer in 26 randomized trials" Lancet VOLUME 393, ISSUE 10179, P1440-1452, APRIL 06, 2019 DOI:https://doi.org/10.1016/S0140-6736(18)33137-4

The NCCN has categories for the recommended therapies in their guidelines.



## Discussion

**NCCN Categories of Evidence and Consensus**

**Category 1:** The recommendation is based on high-level evidence (e.g., randomized controlled trials) and there is uniform NCCN consensus.

**Category 2A:** The recommendation is based on lower-level evidence and there is uniform NCCN consensus.

**Category 2B:** The recommendation is based on lower-level evidence and there is nonuniform NCCN consensus (but no major disagreement).

**Category 3:** The recommendation is based on any level of evidence but reflects major disagreement.

**All recommendations are category 2A unless otherwise noted.**

All recommendations in the NCCN Guidelines are considered appropriate in the individualized care of patients as they had published and fully reviewed efficacy studies and were felt to be of similar benefit with different toxicities, schedules and potential costs.  Of note, for women like Ms. Kahn, the 2008 NCCN Breast Cancer guidelines listed 13 Category 1 effective chemotherapy regimens with 'uniform NCCN consensus, based on high-level evidence' for efficacy and safety. 7 of the 13 had no taxanes and were primarily second-generation chemotherapies. Three had paclitaxel included in third generation regimens and only 3 of the 13 regimen options included Taxotere in a third-generation regimen. Thus, a Taxotere containing regimen was not required for Ms. Kahn to have received the most effective systemic chemotherapy to reduce her recurrence risks and improve her survival risk.

**Importance of Endocrine Therapy for early stage ER & PR positive breast cancer**

For ER positive and/or PR positive early stage breast cancer, endocrine therapy is highly effective at lowering the recurrence of breast cancer as well as improving the overall survival of patients. We know that for 70% of such women, there is little to no additional benefit of adding chemotherapy to endocrine therapy, and such patients who get chemotherapy get only toxicities and risks. [46] For other women who have significant recurrence risks and can benefit from the addition of a third-generation chemotherapy regimen to endocrine therapy as was chosen for Ms. Kahn, there remain choices among the chemotherapy regimens based on toxicities and personal preferences that are important to share with patients so they can be weighted in determining the final chemotherapy regimen within the larger cancer treatment plan.

Endocrine therapy for premenopausal woman was most often done with tamoxifen for 5-10 years in 2008 with consideration of change to an aromatase inhibitor such as anastrozole, letrozole or exemestane, if and when a women became menopausal for at least a year or more.

**Risks of Chemo in Treatment of Early Stage Breast Cancer**

There are a number of common adverse side effects from chemotherapy regimens including:

- Fatigue
- Shortness of breath
- Temporary hair loss, with changes in color and texture of regrown hair
- Easy bruising and bleeding
- Infection
- Anemia[47]

---

[46] Tremont et al., *Endocrine Therapy for Early Breast Cancer: Updated Review*, 17(4) OCHSNER J. 405 (2017).
[47] Temporary and intermittent low red blood cell counts during therapy can result in bleeding, infection, anemia or rare low platelets with the rare possibility of hospitalization or death that can be lessened by use of white cell growth

- Nausea and vomiting
- Appetite changes
- Constipation
- Diarrhea
- Mouth, tongue, and throat problems such as sores and pain with swallowing
- Nerve and muscle problems such as numbness, tingling, and pain[48]
- Skin and nail changes such as dry skin and color change
- Urine and bladder changes and kidney problems
- Weight changes
- "Chemo brain", which can affect concentration and focus
- Mood changes
- Changes in libido and sexual function
- Fertility problems
- Rash
- Skin reactions at site of administration

There are also less common serious risks including:

- Toxic deaths
- Hepatotoxicity
- Neutropenia
- Serious and long-term neurologic reactions including paresthesia, dysesthesia and pain
- Anaphylaxis and severe hypersensitivity reactions

Some of the systemic adverse events of Taxotere and Taxol regimens are substantially similar such as anaphylaxis, infection risks, neurologic reactions, and temporary hair loss. However, Taxotere/docetaxel regimens are associated with consistently higher risks of permanent chemotherapy-induced alopecia (PCIA) and this information was not in Sanofi's 2008 Taxotere label nor did Sanofi otherwise share the information with physicians.

---

factor (Neulasta shots after each chemotherapy treatment or daily shots for 3-10 days after each chemotherapy cycle).
[48] Toxicities of numbness and tingling of hands/feet normally resolves after 6-12 months but can be longer for some patients.

**Importance of Hair Loss to Patients**

Temporary loss of hair—My experience with patients from finishing medical school in 1981 onward has confirmed the importance of hair loss to women with breast cancer.  Temporary hair loss is one of the most important adverse effects from chemotherapy to my patients. Patients weigh hair loss in their decisions about therapy. The medical literature has confirmed that temporary hair loss is one of the most distressing side effects to patients.[49] [50]

It is part of the responsibility of the medical oncologist to inform and prepare the patient for temporary hair loss.  Hair loss can be very traumatic as well as stigmatizing.  Hair loss, unless covered by wigs or hats, exposes the patient to the world as undergoing treatment for cancer.

Traditionally oncologists have reported to patients the common experience of total, temporary hair loss starting 3-4 weeks after the first chemotherapy treatment and the start of hair regrowth 6-8 weeks after the last chemotherapy. At the time Ms. Kahn was in discussions with her physician and nurse and agreed to have therapy with docetaxel as part of a clinical trial regimen that was scheduled to deliver 300mg/m2 Taxotere in 2008, PCIA was not part of the patient discussions of the risks of chemotherapy because oncologists believed that hair came out and regrew and only failed to regrow in very rare idiosyncratic cases.  At that time, despite the data regarding PCIA available to the manufacturers of docetaxel, the manufacturers provided no information to oncologists about the risk of PCIA with Taxotere/docetaxel or docetaxel regimens.

---

[49] Julie Lemieux, *Chemotherapy-Induced Alopecia and Effects on Quality of Life Among Women with Breast Cancer: A Literature Review*, 17 PSYCHO-ONCOLOGY 317 (2008).
[50] Elizabeth L. McGarvey et al., *Psychological Sequelae and Alopecia Among Women with Cancer*, 9 CANCER PRACTICE 283 (2001).

**Scalp Cooling**

Scalp cooling devices have been available and used in the US and in other countries for decades to reduce temporary alopecia. It a has always been legal to use caps in the US even before the 2015 and 2017 FDA clearances (approvals) for the DigniCap and Pacman devices. In 2005, Annals of Oncology published a review of 53 studies of scalp cooling done between 1973 and 2003; it demonstrated the average success rate (i.e., no wig needed) was 56 percent before 1995 and 73 percent thereafter. Subsequently, newer, smaller studies showed success rates of 80 and 90 percent with certain chemotherapy regimens.

In addition, research suggested that scalp metastasis were not more of a risk with cold caps than without. A review published in 2009 in the journal Breast Cancer Research and Treatment found that "the incidence of scalp metastasis was 1.1 percent (six cases out of 553 patients) among women who used scalp cooling and 1.2 percent . . . (one case out of 87 patients) among women who did not use scalp cooling." Those with stage 3 cancers were at higher risk.

Based on many clinical studies establishing efficacy and safety, in December of 2015 the FDA cleared the Dignitana's DigniCap® Scalp Cooling System for use in patients with breast cancer. This was followed by the agency's clearance of the Paxman® Scalp Cooling System in April of 2017 for use in patients with breast cancer. Subsequently the FDA expanded the devices' clearances to include solid tumors with the DigniCap in July 2017 and the Paxman in June of 2018. Their importance was well summarized by an experienced Memorial Sloan Kettering Cancer Center oncology nurse, Mikel Ross, who noted, "Scalp cooling is efficacious and has the potential to enhance quality of life and improve meaningful outcomes. It's not perfect but it's much better than doing nothing to help patients with this important quality-of-life issue, especially when we

know that worrying about hair loss leads to up to 10% of patients consider refusing chemotherapy or requesting a less-effective treatment."

In my experience with medical scalp cooling, patients using scalp cooling devices informed me of the extreme importance that women (and some men) place on avoiding even temporary alopecia from chemotherapy.  To use the available scalp cooling systems before 2017, patients had to pay cash to concoct their own dry ice cooling devices or use independent companies such as the POLAR ice caps, with fees ranging from $1,500 - $3,000 depending on how long a woman's hair was. The available devices had been studied and shown to be effective but had not yet been submitted to the FDA for review and clearance (approval for devices) nor were they covered by insurance. The patient or family, however, could pay to receive the cooling caps, procure dry ice the day of the treatment, and cool the number of caps needed, and then bring the frozen caps to the clinic for use during treatment.  The use of these caps begins 40 minutes prior to chemotherapy infusion and need to be worn for an hour after infusions stop, and they must be changed throughout the treatment.  The older caps had a reported 70% efficacy and required freezing the scalp to very uncomfortable and many times painful low temperatures for effectiveness. Some patients who could not afford this in my practice declined chemotherapy or chose the CMF regimen which had a much lower chance of even temporary alopecia. Others chose the caps and the family and patient carried out the additional steps outlined above while undergoing every cycle of their chemotherapy. The satisfaction of patients who saved their hair while getting their desired chemotherapy confirms the importance of hair loss in patient decision making regarding their overall cancer care plan.

**History of Scalp Cooling to prevent Chemotherapy Hair Loss**

Since the 1970s, scalp cooling has been used to prevent temporary chemotherapy-induced alopecia.[51] Several cooling systems were devised such as ice and fluid cooling turbans[52], cold air hoods[53], and cryogel caps[54]. Gel caps, as depicted below, generally replaced other cooling methods due to relative ease of use.[55]



[56]

*Studies by 2005*

By 2005, scalp cooling had become recognized as "an increasingly effective method to prevent chemotherapy-induced temporary hair loss."[57] According to Grevelman and Breed's meta-analysis published in Annals of Oncology in 2005, six of seven randomized studies demonstrated a significant advantage when scalp cooling was used in the prevention of temporary

---

[51] J.T. Luce et al., *Prevention of Alopecia by Scalp Cooling of Patients Receiving Adriamycin*, 57(1) CANCER CHEMOTHERAPY REPORTS 108 (1973).

[52] A.R. Timothy et al., *Influence of Scalp Hypothermia on Doxorubicin Related Alopecia*, 80(1) LANCET 663 (1980); R. Guy et al., *Scalp Cooling by Thermocirculator*, 24 LANCET 937 (1982).

[53] Luce et al.; R.P. Symonds et al., *Adriamycin Alopecia Prevented by Cold Air Scalp Cooling*, 9(5) AM. J. CLIN. ONCOL. 454 (1986); Lynn Adams et al., *The Prevention of Hair Loss from Chemotherapy by the Use of Cold-Air Scalp-Cooling*, 1(5) EUROPEAN J. CANCER CARE 16 (1992).

[54] Justine E. Anderson et al., *Prevention of Doxorubicin-Induced Alopecia by Scalp Cooling in Patients with Advanced Breast Cancer*, 282 BRITISH MED. JOURNAL 423 (1981); L. Vendelbo Johansen, *Scalp Hypothermia in the Prevention of Chemotherapy-Induced Alopecia*, 24(2) ACTA RADIOLOGICA: ONCOLOGY 113 (1985).

[55] D. Batchelor, RN, MSN, *Hair and Cancer Chemotherapy: Consequences and Nursing Care – A Literature Study*, 10 EUROPEAN J. CANCER CARE 147, 153-54 (2001).

[56] Johansen at 114 (Figures 1-3).

[57] E.G. Grevelman & W.P.M. Breed, *Prevention of Chemotherapy-Induced Hair Loss by Scalp Cooling*, 16 ANNALS OF ONCOLOGY 352, 357 (2005).

alopecia.[58]  In addition, 13 of 14 non-randomized studies with historical control groups and 31 of

35 studies without historical control groups showed positive results.[59]   Grevelman and Breed

concluded: "The average success rate of the studies carried out before 1995 was 56% and from

1995 onwards 73%."[60]

***FDA approval and studies***



*Figure 1: DigniTherm<sup>TM</sup> and corresponding DigniCap<sup>TM</sup>*[61]

In December 2015, the FDA granted marketing authorization of the DigniCap™ Scalp

Cooling System for the reduction of hair loss in breast cancer patients undergoing chemotherapy.[62]

For that authorization, the efficacy of the cooling system was studied in 122 women undergoing

chemotherapy for early stage breast cancer.[63]   The study demonstrated that more than 66 percent

of patients treated with the DigniCap reported losing less than half their hair.[64]   In April 2017, the

---

[58] *Id.* at 352.
[59] *Id.* at 353.
[60] *Id.*
[61] https://www.accessdata.fda.gov/cdrh_docs/reviews/DEN150010.pdf
[62] https://www.accessdata.fda.gov/cdrh_docs/reviews/DEN150010.pdf
[63] https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm565599.htm
[64] *Id.*

FDA also granted marketing authorization of the Paxman Scalp Cooling System.[65]  The Paxman scalp cooler was tested in a randomized clinical trial in which 50.5% of the 95 breast cancer patients who received scalp cooling lost less than half their hair in comparison with 0% of the patients who did not receive cooling.[66]

"We are pleased to expand the use of this product for cancer patients with solid tumors to potentially minimize chemotherapy-induced hair loss," said Binita Ashar, M.D., Director of the Division of Surgical Devices in the FDA's Center for Devices and Radiological Health. "Managing the side effects of chemotherapy is a critical component to overall health and quality of life."[67]

The most common side effects of scalp cooling include headaches, neck and shoulder discomfort, chills, and pain associated with wearing the cooling cap for an extended period.[68]  The medical literature shows few occurrences of scalp metastasis after scalp cooling so the devices are deemed safe for use in patients taking chemotherapy to reduce the risk of breast cancer recurrence. In a study on 227 breast cancer patients who utilized scalp cooling, two (.88%) developed scalp metastases.[69]

### *Assessing Benefits v. Risks of Permanent Irreversible Hair Loss*

If oncologists had been informed of the increased risk of permanent alopecia with Taxotere regimens, it would have permitted them to advise patients about the risk and the option of scalp cooling to prevent or decrease the risks of both temporary and permanent alopecia.  The risk of a

---

[65] https://www.accessdata.fda.gov/cdrh_docs/pdf16/K163484.pdf
[66] Julie Nangia, MD et al., *Effect of a Scalp Cooling Device on Alopecia in Women Undergoing Chemotherapy for Breast Cancer: The SCALP Randomized Clinical Trial*, 317(6) JAMA 596 (2017).
[67] https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm565599.htm
[68] https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm565599.htm
[69] C. Christodoulou et al., *Scalp Metastases and Scalp Cooling for Chemotherapy-Induced Alopecia Prevention*, 17(2) ANNALS OF ONCOLOGY 350 (2006).

permanent disfiguring condition would have changed the weighing of risks and benefits for patients, the informed consent process with their medical oncologist, and allowed the women to choose or consider choosing different chemotherapy regimens or even to avoid chemotherapy altogether. A study published in 2018 examined the effectiveness of cold caps in preventing PCIA from Taxotere/docetaxel regimens.  After a median follow-up of 8 years, one of 120 patients presented with grade 1 permanent alopecia, and no cases of grade 2 permanent alopecia were seen.[70]

**Observations and Opinions about Ms. Kahn's case based on the medical records of the patient, the deposition testimony of the medical oncologists who provided systemic chemotherapy and the testimony of the patient**

1. Ms. Kahn was a 50-year-old premenopausal woman diagnosed with ESBC, clinical Stage IIA with favorable features of grade 2, ER+, PR+ and Her2 negative with no lymph nodes involved. [71]

2. Mrs. Kahn's husband was actively involved in discussions with the patient and her treatment team to understand treatment recommendations, choices and toxicities which were important in their making a final treatment decision together.[72]

3. Ms. Kahn and her husband's active interest and participation in informed decision making was well documented in the oncology nurse education and consent visit prior to the patient signing her consent form to get her chemotherapy as part of the NSABP B-40 clinical trial based on the provided and discussed information.[73]

---

[70] Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, BREAST CANCER RES. & TREAT. (2018).
[71] Ochsner Health System Records of Elizabeth Kahn at 1206-1208.
[72] Ochsner Health System Records of Elizabeth Kahn at 860-861; 948.
[73] *Id.*

4.  Per the NCCN 2008 Breast Cancer Treatment Guidelines, Ms. Kahn had 5 third generation regimens options and 8 other NCCN category 1 treatment regimen options with similar impacts on reducing her risk of breast cancer recurrence and improving her survival. The 5 third generation and 8 other NCCN category 1 regimens have different toxicities, schedules and potential costs that are important to patients, including Ms. Kahn to consider before making a final treatment choice.

5.  Hair loss, whether temporary and especially if permanent, is a highly important toxicity that women expect to be informed of and which can significantly impact their final treatment choices. Both Dr. Kardinal and Ms. Kahn, after reviewing the NSABP-40 informed consent form, still believed that any hair loss associated with Taxotere would be temporary in nature.[74]  Had Sanofi included language in its labeling which stated Taxotere was associated with "permanent hair loss" in 2008, Dr. Kardinal expressly stated that such information should have been disclosed by Sanofi and would have been placed in the informed consent form by NSABP.[75]  At the time Ms. Kahn entered the trial,  Sanofi was in fact aware of the risk of PCIA yet did not warn physicians or patients. As a result, this information was not in the consent form.

6.  Neither Dr. Kardinal, his oncology nurse, Shevonda Thomas, nor the writers of the national NSABP B-40 informed consent form, were informed about the risk of PCIA from Sanofi's adjuvant clinical trials, or otherwise, and thus the elevated risk of PCIA

---

[74] Deposition of Dr. Carl Karidnal at 87:2-88:17; 139:20-140:9; 141:22-143:1; see also Deposition of Elizabeth Kahn at 17:23-19:5, 192:6-193:21
[75] Id.

with docetaxel regimens was not shared with Ms. Kahn and her husband for consideration in making their final chemotherapy regimen decision.[76]

**Oncologists Were Not Told and Did Not Know That Taxotere Had an Increased Risk of Permanent Hair Loss.**

The Taxotere labeling and other materials circulated and communicated to oncologists, mentioned the adverse event of alopecia; which I understood to refer to the well-known adverse effect of temporary alopecia.  The Taxotere label did not mention cases of permanent alopecia until 2015, but even then, the label did not include a warning for PCIA.  I did not receive a dear doctor letter notifying me of the adverse event of PCIA.

As a result of my work as an expert in the Taxotere MDL, I have learned additional information about Taxotere and the risk of PCIA. Much of this information is set forth in the Rule 26 Report of Ellen Feigal, MD, Section XI, Taxotere -Docetaxel and Alopecia, subsections B and C including table 2.  I have not copied this material but intend to rely on it as though set forth in this report in full.

I was in practice during the years that Sanofi exclusively marketed docetaxel. I followed and participated in the clinical trials and later was aware of its addition to adjuvant regimens on the NCCN guidelines. Sanofi actively marketed Taxotere through its drug sales representatives, lunch and learn events for doctors and their staff, evening dinner meetings, practice- and patient-focused handouts, medical-science liaisons and talks at national meetings.  During that time, I would have expected the company to fully and accurately communicate the risk of PCIA so I could accurately and fully inform my patients.

---

[76] Deposition of Dr. Carl Karidnal at 87:2-88:17; 139:20-140:9; 141:22-143:1; see also Deposition of Elizabeth Kahn at 17:23-19:5, 192:6-193:21, 205:21-206:19, 254:20-255:4.

Pharmaceutical companies provide information to physicians about the drugs through various sources, including through the drug label itself, and through employees in the field such as sales representatives and Medical Science Liaisons (also referred to by Sanofi as Regional Medical Liaisons). A Medical Liaison is a company employee that fields reports, requests and questions from physicians related various topics including reports of adverse events and questions about off-label use or research-based issues. Information about adverse events seen by other physicians is relevant to the conversation and developing knowledge of potential side effects related to the drug. Providing information about reports of adverse events through the various sources available to the pharmaceutical company is helpful to this ongoing discussion amongst medical professionals and the effort to understand toxicities potentially associated with the drug.

I was aware from my work with pharmaceutical companies of the requirement that speakers for the company and their sales representatives must include accurate and complete safety and side effect information in every presentation. It is essential for physicians that the educational and promotional content from pharmaceutical companies prominently include safety discussions to ensure that clinicians receive a complete, fair and balanced information about drugs. As an experienced speaker for several pharmaceutical companies I can attest to the serious responsibility of full disclosure of toxicities in any talk or sales representative visit discussing an oncology drug. Ensuring that all toxicities were presented in the most complete and transparent way is essential. I relied upon full disclosure of the risks in my prescribing practice with Taxotere.

As I have become an active member of the City of Hope breast cancer team I have been educating on this common and devastating risk. It has permitted me to properly inform patients

about the risks and benefits as they evaluate use of the Dignicap or other scalp cooling system for those who chose the TC regimen or other regimens with Taxotere.

**Summary Opinions**

Based on the material reviewed, my education, training and experience as a medical oncologist, breast cancer specialist, researcher/scientist, and in my various leadership roles in regional, national and international societies, I offer my opinions to a reasonable degree of medical certainty, that:

1) The accurate communication of information concerning the risk of PCIA with the use of Taxotere, from Sanofi to Dr. Kardinal, the treating physicians of Ms. Kahn, via the product label, marketing pieces, correspondence and through the sales representatives that visited the doctors' offices, would more likely than not, have been included in the discussion and process of informed consent in a real and substantial way for any standard or clinical trial docetaxel based regimen. It would have allowed for a more honest, accurate and complete informed consent process and discussions between the physician, the oncology nurse, the clinical trial investigators and Ms. Kahn, and would have allowed for a decision to be made on more truthful and accurate information.

2) Ms. Kahn had several NCCN category 1 options for neoadjuvant or adjuvant chemotherapy. Only 3 contained Taxotere. Her other options offered Ms. Kahn equally effective neoadjuvant chemotherapy without the risk of permanent chemotherapy induced alopecia (PCIA).

3) Had the risk of PCIA been communicated to medical oncologists they would have had the option in their professional judgement to offer the use of cold caps to patients who choose Taxotere regimens.

4) Given Ms. Kahn's stage and tumor features and the lack of lymph node involvement with a pleomorphic lobular type breast cancer, she and her husband were correct in actively participating in informed consent discussions with her oncologist, Dr. Kardinal and his oncology nurse, Shevonda Thomas in gathering and weighing information on her treatment choices.  There were several treatment options with equal efficacy to reduce her recurrence risk and improve her overall survival, while valuing her preferences for different acute, chronic and permanent toxicities like PCIA which would have a major impact on her quality of life.

5) Sanofi failed to timely and accurately warn physicians of the risk of PCIA associated with the use of Taxotere, alone or in regimens, for use in the adjuvant setting in early stage breast cancer.  Only Sanofi had this data from their proprietary, privately held clinical trial results that thousands of women and their clinicians participated in with the expectation of full disclosure of safety and efficacy results.

6) All other opinions as expressed in the body of my report.

Date:   April 3, 2020

*Linda D Bosserman, MD, FAACP, FASCO*

_____

Linda D Bosserman, MD, FACP, FASCO