# EXHIBIT I

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3     _____
                                      )
 4     IN RE:  TAXOTERE (DOCETAXEL)   )MDL No. 2740
       PRODUCTS LIABILITY LITIGATION  )
 5                                    )Section:  H
       This Document Relates to:      )
 6                                    )
       Antoinette Durden,             )
 7     Case No. 2:16-cv-16635;        )
       Tanya Francis,                 )
 8     Case No. 2:16-cv-17410;        )
       Barbara Earnest,               )
 9     Case No. 2:16-cv-17144         )
       _____)
10
11
12
13
14      VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                   Costa Mesa, California
16                 Monday, December 3, 2018
17                        Volume I
18
19
20
21     Reported by:
       DENISE BARDSLEY
22     CSR No. 11241
23     Job No. 3134931
24
25     PAGES 1 - 314
```

Page 113

1  correct?
2       A   I don't find it hard, because I'm very
3  comfortable with it.  It is certainly emotional.
4       Q   When you tell a patient that they've been
5  diagnosed with breast cancer, that is a hard and
6  emotional conversation for the patient to have?
7       A   Yes.
8       Q   And it is very common that one of the first
9  things that patient thinks is, am I going to
10 survive, correct?
11      A   Correct.
12      Q   And you often get that question, don't you,
13 from a patient?
14      A   I do.
15      Q   And what we know is that when you treat
16 cancer, you don't have a crystal ball for what's
17 going to happen with each individual patient,
18 correct?
19      A   Correct.
20      Q   And with breast -- people die of breast
21 cancer, correct?
22      A   Yes.
23      Q   Lots of women die of breast cancer,
24 correct?
25      A   46,000 a year.

1      Q    Including the risk of death, correct?
2      A    Yes.
3      Q    And in your experience, there are a number
4   of patients who are willing to accept those
5   significant and life-altering risks to treat their
6   cancer, correct?
7      A    Yes, and I told them about them up front.
8      Q    And certainly, having reviewed the
9   depositions here, you understand that all three of
10  these plaintiffs were told about hair loss, correct?
11     A    Yes.
12     Q    And, as we said earlier, unfortunately you
13  just don't have the ability to practice medicine
14  with 20/20 hindsight, correct?
15     A    True.
16     Q    All right.  With the specific patient, you
17  make the best recommendation you can, not knowing
18  for a hundred percent what's going to happen,
19  correct?
20     A    Make it with the information you have.
21     Q    And in this case, one thing we know for
22  100 percent certainty is that Ms. Earnest is alive
23  today, correct?
24     A    Yes, as far as I know.
25     Q    And we know with 100 percent certainty that