# EXHIBIT J

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF LOUISIANA
 3     _____
                                      )
 4     IN RE:  TAXOTERE (DOCETAXEL)   )MDL No. 2740
       PRODUCTS LIABILITY LITIGATION  )
 5                                    )Section:   H
       This Document Relates to:      )
 6                                    )
       Sheila Crayton,                )
 7     Case No. 2:17-cv-05923;        )
       Cynthia Thibodeaux,            )
 8     Case No. 2:16-cv-15859         )
       _____)
 9
10
11
12
13
14      VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                    Costa Mesa, California
16                  Friday, November 22, 2019
17                         Volume I
18
19
20
21     Reported by:
       DENISE BARDSLEY
22     CSR No. 11241
23     Job No. 3771292
24
25     PAGES 1 - 313
```

1  BY MR. STRONGMAN:
2      Q   Doctor, would you agree with me there is no
3  way to know what Ms. Thibodeaux's hair would look
4  like today if she received a chemotherapy regimen
5  other than the one she did receive?
6      A   I think I mentioned the crystal ball
7  doesn't exist.
8      Q   Fair enough.
9          And we certainly can't say with a hundred
10 percent accuracy what her clinical course would be
11 today had she received another chemotherapy regimen
12 other than what she received in the clinical trial,
13 true?
14         MR. MICELI:  Object to the form.
15         THE WITNESS:  It is not a question I can
16 answer what would happen to someone theoretically.
17 BY MR. STRONGMAN:
18     Q   Same crystal ball problem, true?
19     A   (No audible response.)
20     Q   And would you agree with me that when it
21 comes to clinical research for cancer medications, a
22 1 to 2 percent increase in overall survival is a
23 good thing?
24     A   In general, yes.
25     Q   And certainly one to two people out of