UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

---

**DEFENDANTS' MOTION TO EXCLUDE
EXPERT TESTIMONY OF ELLEN FEIGAL, M.D.**

---

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move to exclude certain testimony of Plaintiff's oncologist, Dr. Ellen Feigal. For the reasons more fully set forth in the corresponding Memorandum in Support, the Court should exclude:

(1) Dr. Feigal's Plaintiff-specific opinions regarding the standard of care for informed consent or alternative treatments, because this Court has previously excluded it and Ms. Khan's treating physicians have already provided testimony on these subjects and are available to testify at trial;

(2) Dr. Feigal's opinion that the dissemination of risk information regarding permanent alopecia and Taxotere was inadequate, because Dr. Feigal has expressly disclaimed any such opinion; and

(3) Dr. Feigal's general causation opinions, as Dr. Feigal has failed to accurately analyze the number of cases of permanent chemotherapy-induced alopecia in the literature associated with Taxotere as opposed to other chemotherapy drugs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | |
| Douglas J. Moore (Bar No. 27706) | Harley V. Ratliff |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Jon Strongman |
| 400 Poydras Street, Suite 2700 | Adrienne L. Byard |
| New Orleans, LA 70130 | **SHOOK, HARDY & BACON L.L.P.** |
| Telephone: 504-310-2100 | 2555 Grand Boulevard |
| Facsimile: 504-310-2120 | Kansas City, Missouri 64108 |
| dmoore@irwinllc.com | Telephone: 816-474-6550 |
| | Facsimile: 816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*