# EXHIBIT B

Page 1

1              UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF LOUISIANA
3
4
5    * * * * * * * * * * * * * * * * * * * * * *
                                    *
6    ELIZABETH KAHN,                *   CASE NO.
            Plaintiffs             *   2:16-CV-17039
7                                    *
                                    *
8    VERSUS                         *
                                    *
9                                    *
     SANOFI S.A., ET AL          *
10          Defendants             *
                                    *
11   * * * * * * * * * * * * * * * * * * * * * *
12
13
14
15
16
17
18     Job No. NJ2756392
19
20            Deposition of ELIZABETH SARA
21   KAHN, taken on Thursday, December 7, 2017,
22   commencing at 8:34 a.m., at the law offices
23   of Pendley, Baudin & Coffin, 1515 Poydras
24   Street, Suite 1400, New Orleans, Louisiana
25   70112.

Page 71

1    maybe all I need to talk about on Exhibit 4.

2         Okay.  I'm handing you what has been

3    marked as Exhibit 5.  And it's titled Notice

4    of Deposition of Plaintiff Elizabeth Kahn.

5         Have you ever seen a copy of this

6    document before today?

7       A.  Yes, I have.

8       Q.  When did you see it?

9       A.  About two weeks ago?

10      Q.  Okay.  Can you turn to Page 5 and 6

11   for me.

12      A.  Uh-huh (affirmative).

13      Q.  Do you see that this asks you to

14   bring to the deposition, the items that were

15   referenced or requested in your most recent

16   Plaintiff Fact Sheet?

17      A.  Well, I'm reading up there, that it

18   says:  Items to be produced.  But I followed

19   the directions of my attorneys.

20      Q.  And what was the direction of your

21   attorneys?

22         MR. COFFIN:

23             Object to the form.

24             Don't answer that.

25             She's not going to tell you what

Page 73

1   answer your most recent Plaintiff Fact Sheet.

2           Do you have documents responsive to

3   that?

4       A.  Yes.

5       Q.  And are they the documents that are

6   in the clinical -- or, in the binder that you

7   referenced earlier in the deposition?

8       A.  Yes.

9       Q.  And you have not brought those today.

10      A.  No.

11      Q.  And you have not brought them today

12  on the advice of counsel, correct?

13          MR. COFFIN:

14              Object to the form.

15              You can't answer that question.

16          MS. BIERI:

17              She can answer that question.

18          MR. COFFIN:

19              No, she can't.  She can't talk

20  about advice of counsel at all.

21          MS. BIERI:

22              She's already told me she didn't

23  bring them here today because you told her

24  not to.

25          MR. COFFIN:

Page 158

```
 1   could have the same efficacy with a
 2   lumpectomy as with a mastectomy?
 3            MR. COFFIN:
 4                 Object to the form.
 5            THE WITNESS:
 6                 Well, I'm not a doctor, so all I
 7   could do is buy what they explained to me.
 8   EXAMINATION BY MS. BIERI:
 9       Q.  Why don't we talk about that
10   appointment.  So you go in and you see
11   Dr. Corsetti, correct?
12       A.  Uh-huh (affirmative).
13       Q.  Tell me what you remember about that
14   appointment.
15       A.  He sat down and started talking to us
16   about what our options are.  He told me about
17   the size of my tumor, and that I'm going to
18   have some choices.  And you can have a
19   surgery, a mastectomy, then chemotherapy, and
20   then radiation; or you can have chemo -- and
21   there's a special name for it.  I forgot.
22       Q.  Neoadjuvant.
23       A.  Yeah.  You can have chemo before your
24   surgery, in hopes that the tumor will shrink
25   to a size that you can have a lumpectomy and
```

1  then have -- so you'd have chemo, surgery,

2  and then radiation.  And that's the -- and he

3  thought -- he explained that they were equal.

4  If we can shrink the tumor, it was equally

5  workable for me.

6      Q.  So if you thought that having a

7  lumpectomy wouldn't have given you as good of

8  a shot at beating cancer, would you have

9  chosen that option?

10     A.  Well, that wasn't one of the options.

11 He didn't say -- and we didn't know until

12 chemo was finished as to what exactly was

13 going to happen with the surgery, so . . .

14     Q.  What do you mean?  That if it would

15 shrink the tumor?

16     A.  Well, if it didn't shrink, I was

17 still going to -- I was going to have to have

18 a mastectomy.

19     Q.  So you wanted to try and see if the

20 chemo would shrink the tumor.  If it didn't,

21 you would have a mastectomy; if it did, you

22 would have a lumpectomy.

23     A.  Correct.

24     Q.  Did he ever say to you:  I think that

25 your chances of survival with a lumpectomy

Page 160

1    with neoadjuvant chemo, surgery, and then

2    radiation, your chances of survival were the

3    same as if you took the other course ,of

4    mastectomy, chemo, and radiation?

5        A.  I'm thinking he probably did because

6    I chose -- I mean, I got the lumpectomy,

7    so . . .

8        Q.  And you wouldn't have chosen that if

9    you thought that you had a less chance of

10   survival, doing that, correct?

11           MR. COFFIN:

12               Object to the form.

13           THE WITNESS:

14               Yes.  Probably that -- yes.  I

15   went with what I thought was best for me.

16   EXAMINATION BY MS. BIERI:

17       Q.  Saving your life.

18           MR. COFFIN:

19               Object to the form.

20           THE WITNESS:

21               Well, to me, any -- saving my

22   life was going to happen.  I went in it

23   thinking that.  So . . .

24   EXAMINATION BY MS. BIERI:

25       Q.  You thought that either route that

Page 162

1   EXAMINATION BY MS. BIERI:

2       Q.   I'm talking about a specific type of

3   chemotherapy drug.

4           MR. COFFIN:

5               Same objection.

6           THE WITNESS:

7               Not with my surgeon.

8   EXAMINATION BY MS. BIERI:

9       Q.   Okay.   So had you determined, at the

10  time that you walked out of your surgeon's

11  office -- Dr. Corsetti's office, at that

12  first meeting with him --

13      A.   Uh-huh (affirmative).

14      Q.   -- that you wanted to do

15  chemotherapy, then a lumpectomy, and then

16  radiation?

17      A.   Yes.   That was what we planned to do.

18      Q.   And was that his recommendation to

19  you?

20      A.   I think he felt either course was

21  fine for me.

22      Q.   Was going to be equally affective in

23  saving your life.

24      A.   Yes, equally affective.

25      Q.   Did you have any concerns about that

Page 164

1      Q.   After you saw Dr. Corsetti, did you
2   go to see Dr. Kardinal?
3      A.   We had an appointment, but I -- yes,
4   at some point after, we saw Dr. Corsetti,
5   yes.
6      Q.   Okay.  And Dr. Kardinal was your
7   first oncologist, right?
8      A.   Yes.
9      Q.   And would it sound right that your
10   first meeting with him was April 22nd of
11   2008?
12      A.   Yes, that would be -- that sounds
13   exactly right.
14      Q.   Okay.  Did anybody go with you to
15   that meeting?
16      A.   My husband.
17      Q.   Did you bring in a list of questions
18   you wanted to talk to him about?  Talk to
19   Dr. Kardinal about, that is.
20      A.   I had questions almost every
21   appointment.  Whether I had them then or not,
22   I don't know because it was my first visit to
23   him.  I wanted to hear what he had to say.
24      Q.   And would you write out questions
25   beforehand --

1  first appointment with Dr. Kardinal was?

2      A.  No.

3      Q.  Over an hour?

4      A.  I can't even imagine what it was.  I

5  have no clue.

6      Q.  No ability to guess.

7      A.  No.

8      Q.  Okay.  So you go in.  And I want you

9  to tell me what you remember about that

10  appointment, in as much detail as you

11  possibly can.

12      A.  I can give -- I cannot give much

13  detail.  He talked to me about my diagnosis

14  and --

15      Q.  What did he say about your diagnosis?

16  What did he tell --

17      A.  I don't remember.  And then he said

18  -- and starts talking about the chemotherapy

19  and the possibility of a clinical trial, and

20  then talking to us about what that meant.

21      Q.  Okay.  What did he say about -- you

22  can't remember anything he said about your

23  type of cancer?

24      A.  Well, he probably did, but I don't --

25      Q.  But you can't remember it.

Page 170

1      A.   No.

2      Q.   You can't tell me anything today.  No

3   recollection.

4      A.   No.  It was ten years ago.  No.

5      Q.   You talked about treatment options,

6   correct?

7      A.   Yes.

8      Q.   Tell me what you remember about the

9   treatment options you discussed.

10      A.   Well, he recommended a clinical

11   trial.  And the big thing about the clinical

12   trial is, it's standard of care or better.

13   And so that's what we discussed.  And he

14   discussed what the clinical trial was for.

15      Q.   And what did he say about that?

16      A.   It was for the drug Avastin, that

17   they had been giving to late-stage cancers,

18   but they want to try to see if it will

19   prolong the life of people with early-stage

20   cancers like mine.  And so he thought it

21   would be a good choice for us and that we

22   didn't -- I don't think -- I don't know if we

23   -- I don't think we made the decision that

24   first day.

25      Q.   Did he talk -- was it your

1  understanding that only Avastin was going to

2  be used in the trial?

3      A.  No.  Avastin is on top of the

4  chemotherapy drugs.

5      Q.  And did he discuss what other

6  chemotherapy drugs would be used?

7      A.  I think he did, but depending -- I

8  don't know if they were -- they weren't the

9  same for every group.  And before you get --

10  before you decide -- you don't know what

11  group you're going to be in until you sign

12  off, saying you're going to be in the

13  clinical trial.

14      Q.  So did he tell you anything at all

15  about -- I mean, so you know that there are

16  different drugs that can be used.  Okay?

17      A.  Right.

18      Q.  Did he mention what drugs were

19  potentially going to be used?

20      A.  Probably, he did.

21      Q.  Do you have any recollection of that

22  discussion?

23      A.  No.

24      Q.  Do you remember discussing Taxotere

25  specifically?

Page 172

1      A.   No.

2      Q.   No, you didn't discuss it; or, no,

3  you don't remember?

4      A.   I don't remember.

5      Q.   And it was his recommendation that

6  you participate in a clinical trial, correct?

7      A.   Yes.

8      Q.   Did you discuss any options that

9  didn't involve neoadjuvant chemotherapy?

10     A.   No.

11     Q.   Adjuvant.  Forgive me.  Neoadjuvant.

12     A.   Yeah.  No, we did not.

13     Q.   So you've said you thought that the

14  clinical trail -- that he told you that the

15  clinical trial would be the standard of care

16  or better.

17     A.   Uh-huh (affirmative).

18     Q.   Was there any other reason that you

19  thought that that option would be a good one

20  for you?

21          MR. COFFIN:

22               Object to the form.

23          MS. BIERI:

24               What's the basis of your

25  objection, Chris?

Page 173

1          MR. COFFIN:

2               It's a compound question.

3               Would you like to read back the

4    question?  She asked two questions in one.

5          (Reporter complies).

6          MR. COFFIN:

7               Previous question --

8          MS. BIERI:

9               Well, we're --

10         MR. COFFIN:

11              -- where it's all one question.

12         MS. BIERI:

13              Let's just start --

14         MR. COFFIN:

15              That's the objection.

16         MS. BIERI:

17              Let's start fresh.

18         THE WITNESS:

19              Okay.

20   EXAMINATION BY MS. BIERI:

21      Q.  Is there a reason beyond that he said

22   that the clinical trial was the standard of

23   care or better, that you thought a clinical

24   trial would be a good option for you?

25      A.  Are you asking me why I thought it

Page 174

1   would be a good option?

2        Q.   Exactly.

3        A.   Because it was standard of care or

4   better.  So if we got in the group that was

5   standard of care, I'd be getting what they

6   would have given me anyway.  And if I got

7   standard of care or better, maybe that might

8   be a better -- you know, I might live a month

9   or two longer.

10        Q.   What did you understand to be the

11   standard of care part of it?

12        A.   Was what the drugs they were giving

13   for breast cancer at the time.

14        Q.   And did he tell you what those were,

15   or did he just say standard of care?

16        A.   I'm sure he did tell me what they

17   were.  I don't remember him talking about

18   them.  Because we talked a lot about the

19   Avastin.  But I would imagine that he

20   probably did talk to me about them, but I

21   don't recall.

22        Q.   And at the time you did the clinical

23   trial, Avastin wasn't approved for your type

24   of breast cancer, correct?

25             MR. COFFIN:

```
                                         Page 175
 1              Object to the form.
 2         THE WITNESS:
 3              They weren't using it regularly
 4    for early-stage cancers.
 5    EXAMINATION BY MS. BIERI:
 6       Q.  Do you know if Avastin was approved
 7    for early-stage breast cancers at the time
 8    you were in the clinical trial?
 9         MR. COFFIN:
10              Object to the form.
11              Do you want to know the basis?
12         MS. BIERI:
13              Yes, I do.
14         MR. COFFIN:
15              Approved by who for what?  Are
16    you talking about agency?
17         MS. BIERI:
18              Well, early-stage breast cancer.
19         MR. COFFIN:
20              Are you asking for an expert
21    opinion?
22         MS. BIERI:
23              I'm asking for what she
24    understood.  She's allowed to tell me.
25         MR. COFFIN:
```

Page 176

1              Approved by who?
2         MS. BIERI:
3              FDA.
4    EXAMINATION BY MS. BIERI:
5       Q.  Do you understand --
6         MR. COFFIN:
7              Maybe you should ask her that
8    then.
9         MS. BIERI:
10             Let me ask her that.
11        MR. COFFIN:
12             Go for it.
13   EXAMINATION BY MS. BIERI:
14      Q.  Do you understand that Avastin had
15   not been approved by the FDA for early -- for
16   breast cancer such as yours?
17      A.  I didn't.  I didn't know.  I don't
18   know.
19      Q.  So what do you think the purpose of
20   the clinical trial was?
21      A.  The idea was to find out if it would
22   prolong your life longer than what the
23   current, at the time, standard of care was.
24      Q.  Do you remember asking Dr. Kardinal
25   any questions at that appointment?

1   on that second appointment.  I don't remember

2   the chronology of signing for it.  I just

3   don't remember what it is.

4         Q.  Can you look at Exhibit 7 for me?

5         A.  Uh-huh (affirmative).

6         Q.  Thank you.

7         A.  Oh, I don't have 7.

8         Q.  No, you should.

9         A.  Oh, there it is.  It's under 1.

10  Okay.  Yes.

11        Q.  Okay.  Does the name Shevonda Thomas

12  mean anything to you?

13        A.  Yes.  That was the first clinical

14  trial nurse that I was assigned.

15        Q.  Okay.  And it looks like this record

16  is dated 5/14/08 at 4:10 and 48 seconds p.m.

17        A.  Correct.

18        Q.  Okay.  In the second line of the

19  second paragraph, it said:  Patient seen this

20  a.m.

21        A.  Uh-huh (affirmative).  So I guess

22  that's when I met her, and that's when we

23  signed the consent form.

24        Q.  Okay.  Had you seen the consent form

25  prior to that day?

Page 188

1      A.   Probably, but I don't remember.

2      Q.   You don't remember if the day you

3 signed it was the first time you saw the

4 consent form?

5      A.   Correct.

6      Q.   Did you review the consent form

7 before you signed it?

8      A.   Yes.  And I'm sure they talked about

9 that with me and told me exactly what I was

10 signing.

11      Q.   Did you read every page of it?

12      A.   I don't remember how long it is.

13      Q.   Do you remember if you talked to just

14 Nurse Thomas that day, or if you also talked

15 to Dr. Kardinal?

16      A.   I don't remember.

17      Q.   Quote -- I'm looking at the second

18 line of the second paragraph now.

19      A.   Uh-huh (affirmative).

20      Q.   The B-40 consent was given, reviewed,

21 and discussed in great -- great is all

22 capitalized --

23      A.   Uh-huh (affirmative).

24      Q.   -- lengths with both patient and

25 husband.  Patient and husband both have

Page 189

1    plenty of questions.  All questions answered

2    to both patient and husband's satisfaction.

3    Both verbalized understanding.  Patient and

4    husband given time alone to discuss her

5    possible participation.  Patient states she

6    is interested in participating in the trial.

7           Did I read that right?

8       A.  Yes, you did.

9       Q.  So you think that in addition to

10   getting the clinical trial consent form -- in

11   addition to that, someone also went over the

12   risks and the benefits of the trial with you

13   verbally?

14      A.  Yes.  Yes, they did.

15      Q.  Okay.  But you got this form that --

16   forgive me.  Let's mark it.  I'm going to

17   hand you what's been marked as Exhibit 8.

18      A.  Okay.

19      Q.  There you go.  Do you recognize this

20   document?

21      A.  Yes, I do.

22      Q.  What is it?

23      A.  It's the document that they gave me

24   to explain about the clinical trial.

25      Q.  Let's look at Page 1681.  Is that

Page 190

1   your -- oh.  Let me know when you're there.

2        A.  Uh-huh (affirmative).

3        Q.  Is your signature on Page 1681?

4        A.  Yes, that's my --

5        Q.  And what does your signature

6   evidence?

7        A.  What do you mean?

8        Q.  Does it evidence your intent to

9   participate in the clinical trial?

10       A.  Yes.

11       Q.  Okay.  Now, aside from the last page,

12  which you also signed, are your initials on

13  the bottom of every other page?

14       A.  Yes, they are.

15       Q.  And does that mean that you read

16  those pages of the consent?

17       A.  Yes.  And that my doctor and the

18  nurse went over each page with me.  And they

19  went over each page, and then I would sign.

20       Q.  So you had the opportunity to read

21  it, then they would talk about it, and then

22  you would sign it; is that correct?

23       A.  Yes.

24       Q.  Okay.  So let's talk about the

25  purpose of the study.  I think you talked a

                                        Page 192

1        Q.   Okay.   The document says:   A purpose
2   of this study is to learn more about the side
3   effects of the combinations of drugs used in
4   this study, correct?
5        A.   Yes.
6        Q.   So that means that they didn't know
7   what the side effects of the combinations of
8   drugs used in the study would be, correct?
9             MR. COFFIN:
10                 Object to the form.
11   EXAMINATION BY MS. BIERI:
12        Q.   Is that your understanding?
13        A.   Well, not exactly.
14        Q.   What is your understanding then?
15        A.   Because it's the combination -- it's
16   to see about whether there are side effects
17   regarding the heart and then the side effects
18   regarding how patients recover from breast
19   surgery.   Those are the side effects that
20   they're looking at.
21        Q.   Well --
22        A.   So it's not just side effects in
23   general.   It's about those specific.
24        Q.   Let's read the next sentence.   The
25   first word of the sentence is:   Included in

Page 196

1   this study, right?

2        A.  Yes, I did know that.

3        Q.  Did you think that there was a

4   possibility that the heart could be

5   negatively affected?

6        A.  No.

7        Q.  Despite having this document and

8   initialing Page 1657 and signing the back of

9   this consent, you had no belief that your

10  heart could be negatively impacted.

11       A.  No.

12       Q.  Does the language saying that they

13  want to know how -- whether or not adding

14  Avastin to chemotherapy for breast cancer

15  will affect the heart, does that suggest to

16  you that there is an unknown about how your

17  heart will react when Avastin is added?

18       A.  Yes.  That means there could be an

19  unknown.

20       Q.  Let's look at Page 1668.  I'm looking

21  at the bottom part of the written page, where

22  it lists side effects that occur in less than

23  3 percent of patients.  So up to --

24       A.  Uh-huh (affirmative).

25       Q.  -- 3 percent of patients could have

1  liver failure.  The document says that,

2  correct?

3      A.  Yes.

4      Q.  Gastrointestinal problems?

5      A.  Yes.

6      Q.  Acute leukemia?

7      A.  Yes.

8      Q.  Blood clots that may be life

9  threatening?

10      A.  Yes.

11      Q.  Heart damage?

12      A.  Yes.

13      Q.  Lung damage?

14      A.  Yes.

15      Q.  Despite that language, you thought

16  that there was no possibility that you could

17  have damage to your heart in taking the study

18  and participating in the study?

19          MR. COFFIN:

20              Object to the form.

21          THE WITNESS:

22              I don't think that really had

23  anything to do with the study because I

24  imagine -- I don't know, right off the top of

25  my head, but if you looked at the less than

Page 198

1   3 percent of patients of any of these chemo

2   drugs, they may have similar side effects.

3   So it may not have mattered whether I was in

4   the study or not in the study.

5   EXAMINATION BY MS. BIERI:

6        Q.   Okay.

7        A.   It would have been the same.

8        Q.   Okay.  Let's turn to Page 1671 then.

9        A.   (Witness complies).

10       Q.   Towards the bottom of the page.

11       A.   Uh-huh (affirmative).

12       Q.   The underlined language:  Risks and

13   side effects related to Avastin.

14       A.   Uh-huh (affirmative).

15       Q.   And I'm using the word Avastin where

16   the document actually says

17   B-E-V-A-C-I-Z-U-M-A-B.  And it says -- and

18   Avastin is what we're talking about right

19   now, right?  You and I --

20       A.   Yes.

21       Q.   -- in this deposition.

22            Okay.  So let's -- and it says

23   there's a 25 percent or more chance of high

24   blood pressure, correct?

25       A.   Correct.

Page 199

1     Q.  Now, let's skip to Page 1673.  And if

2  you want to look to confirm that we're still

3  talking about the risks of Avastin, please

4  confirm that.

5          So at 1672, it says:  These side

6  effects occur in less than 3 percent of

7  patients.

8     A.  Okay.

9     Q.  And we've got, first, bleeding in

10  various parts of the body, leading to

11  disability, including stroke or death,

12  especially in lung cancer patients, for

13  example.  There's others.

14          But then, at the top of Page 1673, it

15  says:  Heart problems, including irregular

16  heart beats, changes in blood pressure, fluid

17  collection surrounding the heart, chest

18  pains, and possibly heart attack or heart

19  failure.  Correct?

20     A.  Correct.

21     Q.  Will you agree with me that this

22  document makes clear that there was a risk of

23  heart damage from participating in the

24  clinical study?

25          MR. COFFIN:

Page 200

```
 1              Object to the form.
 2         THE WITNESS:
 3              It might have been, but the list
 4    might not have been any different with some
 5    of the other drugs that I took also that
 6    would have been standard of care.
 7    EXAMINATION BY MS. BIERI:
 8         Q.  Okay.  I first showed it to you in
 9    connection -- on Page 1667, with the groups
10    2A and 2B, related to -- it's really from
11    Page 1667 to 1668 --
12         A.  Uh-huh (affirmative).
13         Q.  -- for groups taking Xeloda and
14    Taxotere.  Heart damage is in that group,
15    right?
16         A.  Uh-huh (affirmative).  Yes.
17         Q.  And it's also discussed in connection
18    specifically with Avastin, correct?
19         A.  Right.  It's in connection with both
20    drugs, yes.
21         Q.  Okay.  And then, turning back to
22    Page 1657:  Included in what we will learn
23    about side effects will be whether or not
24    adding bevacizumab to chemotherapy for breast
25    cancer will affect the heart.
```

1          Do you take that to mean that they

2     were trying to see how the combination of

3     drugs would -- if that would negatively

4     affect your heart?

5          A.   It's what would happen to my heart.

6     I don't know.  I don't know.  Yes.  I mean,

7     my heart could be affected by taking that

8     drug.

9          Q.   And it could be affected negatively,

10    correct?

11         A.   I guess so.

12         Q.   And as we just talked about in

13    connection specifically with the Avastin, you

14    understood that you had up to a 3 percent

15    chance of heart problems.

16         A.   But that was the same with the other

17    drug, also.  It was 3 percent.

18         Q.   You were willing to take the risk of

19    a 3-percent chance -- up to a 3-percent

20    chance of liver failure, acute leukemia,

21    heart damage, and lung damage, correct?

22              MR. COFFIN:

23                   Object to the form.

24              THE WITNESS:

25                   Ask me the question again.

Page 202

1          MS. BIERI:

2               Can you read it back?

3                (Reporter complies).

4          THE WITNESS:

5               Yes.  It's one of the -- it's the

6     side effects that are listed here.

7     EXAMINATION BY MS. BIERI:

8          Q.  Why were you willing to take that

9     risk?

10          MR. COFFIN:

11               Object to the form.

12          THE WITNESS:

13               Because there were many risks

14     with chemotherapy.

15     EXAMINATION BY MS. BIERI:

16          Q.  Any kind of chemotherapy you take,

17     there are a lot of risks, right?

18          A.  Yes.  Every single drug that I took

19     had possible risks.

20          Q.  Do you think that there's a

21     chemotherapy drug out there that you could

22     take that doesn't have risks?

23          A.  I don't know.

24          Q.  Are you aware of any?

25          A.  Not that I know of.  But drugs change

Page 203

```
 1   all the time, and I haven't been treated for
 2   cancer in the last ten years, so I don't
 3   know.
 4        Q.   Okay.  Let's look at Page 1665.
 5   Okay?  So under -- let's look at the section
 6   that says:  What side effects or risks can I
 7   expect from this study?
 8            And it says:  You may have side
 9   effects while on this study.  Most of these
10   are listed here, but there may be other side
11   effects that we cannot predict.  Side effects
12   will vary from person to person.  Everyone
13   taking part in the study will be carefully
14   watched for any side effects.  However,
15   doctors do not know all of the side effects
16   that may happen.  Side effects may be mild or
17   very serious.
18            So you understood that there could be
19   side effects that your doctors couldn't
20   predict, correct?
21        A.   Yes.
22        Q.   You understood that you couldn't know
23   all of the side effects that could happen.
24            MR. COFFIN:
25                Object to the form.
```

Page 204

1    EXAMINATION BY MS. BIERI:

2        Q.   Is that what you understood from

3    reading that paragraph?

4        A.   Yes.

5        Q.   And do you understand that you were

6    at risk for some very serious side effects?

7        A.   Yes.

8        Q.   And the last sentence says:   In some

9    cases, side effects may be very serious,

10   long-lasting, or may never go away.   There is

11   also a risk of death.

12           The potential of long-lasting or

13   permanent side effects was not specific to

14   any particular side effect, correct?   This

15   isn't discussed in connection with a

16   particular side effect, right?

17           MR. COFFIN:

18               Object to the form.

19           THE WITNESS:

20               They're not being particular

21   here.

22   EXAMINATION BY MS. BIERI:

23       Q.   No.

24       A.   Or specific here.

25       Q.   They're speaking overall about the

Page 205

1   risks and potential side effects of being in

2   the study, right?

3       A.  Yes.

4       Q.  Okay.  In other words, you understood

5   that any side effect could be long-lasting or

6   might not go away, correct?

7               MR. COFFIN:

8                   Object to the form.

9               THE WITNESS:

10                  That's what I read here.

11  EXAMINATION BY MS. BIERI:

12      Q.  Okay.  Now, did you understand that

13  hair loss was a likely side effect of

14  participating in this study?

15      A.  I knew that temporary hair loss was

16  going to happen.  And I was told that by my

17  doctors, and I was told that by my nurses.

18      Q.  Okay.  You answered a little bit

19  different question than what I asked, but

20  we're going to take them both.

21          You said that your doctors and your

22  nurses told you that you would have temporary

23  hair loss; is that right?

24      A.  Correct.

25      Q.  Let's start with this.  Who told you

Page 256

1  said?

2      A.   No.

3      Q.   When you talked to Dr. Larned in 2009

4  or 2010, did you believe that your hair loss

5  was due to Taxotere?

6          MR. COFFIN:

7              Object to the form.

8          THE WITNESS:

9              We didn't discuss any particular

10  thing about why it wasn't growing back at the

11  rate that I had hoped it would grow back.

12  EXAMINATION BY MS. BIERI:

13      Q.   Well, you were talking to your

14  oncologist, correct?

15      A.   Correct.  But we didn't talk about

16  any particular drugs or causes.

17      Q.   Did you think, at that point, it was

18  due to chemotherapy?

19      A.   Well, I lost it because of

20  chemotherapy.  I had no clue about the

21  growing back.

22      Q.   So was there a potential in your mind

23  at that point that your hair was not growing

24  back due to something other than a

25  chemotherapy drug?

Page 257

1      A.   I didn't know.  And Dr. Larned was
2   one of the doctors that I saw frequently.  I
3   think I saw her every three months for a
4   while.  So I talked to her because she's the
5   one that I would see all the time.
6      Q.   Did Dr. Larned recommend that you do
7   anything with regard to your hair loss?
8      A.   No.  She had no suggestions.
9      Q.   Have you ever -- through today's
10  date, have you ever talked to any health care
11  provider about whether Taxotere caused or
12  contributed to your hair thinning?
13     A.   No.
14     Q.   Have you ever asked any health care
15  provider why they thought your hair is
16  thinner than it was before chemotherapy?
17     A.   I talked once to my gynecologist, and
18  her comments were back -- her comment to me
19  was, Well, as you age, your hair gets
20  thinner.
21     Q.   And which gynecologist was this?
22     A.   Dr. Roberie.
23     Q.   So have you considered whether the
24  current condition of your hair is affected by
25  the aging process?