# EXHIBIT E

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   ELIZABETH KAHN,
 5   Plaintiff,
 6    vs.                          Case No. 2:16-cv-17039
 7   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
 8   AVENTIS-PHARMA S.A.,
 9   Defendants.
10
                    * * * * * * * * * *
11
12   CYNTHIA THIBODEAUX,
13   Plaintiff,
14    vs.                          Case No. 2:16-cv-15859
15   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
16   AVENTIS-PHARMA S.A.
17   Defendants.
18
19          Videotape Deposition of CARL KARDINAL, M.D.,
20   taken on behalf of the defendants, at the residence of
21   Carl Kardinal, M.D., 6008 Dornagh Court, in the city
22   of Columbia, State of Missouri, on the 17th day of
23   January 2018, before Heather L. Shallow, Certified
24   Court Reporter, Registered Professional Reporter,
25   Registered Merit Reporter.           Job No. NJ2783240
```

1         A.   We're always trying to make -- we're always
2    trying to make things better.  That's the whole
3    purpose of doing the clinical trial.
4         Q.   (By Ms. Bieri)  Was this study, NA --
5         A.   NSABP.
6         Q.   Yes.  -- NSABP B-40 looking at the addition
7    of bevacizumab, gemcitabine, and capecitabine?
8         A.   Capecitabine.
9         Q.   Thank you.
10        A.   That's what it says; right?
11        Q.   And was that what the purpose of the study
12   was?
13        A.   Yeah.
14        Q.   Okay.  So I just want to make sure -- in
15   fact, in looking at this same paragraph I was
16   directing you to, it said, "Three of the chemotherapy
17   drugs used in this study are docetaxel followed by the
18   combination of doxorubicin and cyclophosphamide --
19        A.   Right.
20        Q.   -- a standard treatment for breast cancer."
21        A.   Right.
22        Q.   "This study will add the drug capecitabine
23   and the drug gemcitabine to docetaxel to see --
24        A.   Right.
25        Q.   -- if either drug improves the effectiveness

Page 98

1  Correct?
2      A.  Yeah, that's --
3      Q.  And I was just trying to establish that in
4  the paragraph that I was showing you that the standard
5  that they were going to evaluate against was
6  doxorubicin, cyclophosphamide, and docetaxel.  Is that
7  correct?
8      A.  Yeah.
9      Q.  Okay.  Okay.  Doctor, what I'd like to do,
10 if it's okay with you, I'd like to really try to
11 condense my notes because I don't want to take up more
12 of your time than I have to.  Can I -- do you -- are
13 you guys amenable -- I don't even know where we are in
14 terms of lunch.
15         MR. MICELI:  We got about 40 minutes, it
16 looks like, by my watch if you said noon.
17         MR. HARMON:  Yeah, noon.
18         MS. BIERI:  Well, the good news is that
19 they're sandwiches and they might keep for a second,
20 but I think if we took a few minutes now, I might be
21 able to condense and save the doctor some time.  Are
22 you-all okay with that?
23         THE DEPONENT:  I would love that.
24         MS. BIERI:  Absolutely.  Why don't we do
25 that.  Can we go off the record?

Page 104

1  Q. Because the incidence of significant hair
2 thinning that you saw in patients with Adriamycin, it
3 was rare, you didn't specifically warn them of the
4 risk of persistent significant hair thinning; correct?
5  A. Correct.
6  Q. If -- if Miss Kahn had said to you, "I don't
7 know if I want to be an NSABP B-40," what, if
8 anything, would you offer her as an alternative?
9  A. I would have treated her very -- very
10 similarly.
11  Q. And what does that mean?
12  A. Meaning I would have used Adriamycin and
13 cyclophosphamide followed by a taxane.
14  Q. And if Miss Thibodeaux had said --
15  A. Same.
16  Q. And I forgive -- forgive me for doing this
17 but I have to do the full question for the record. If
18 Miss Thibodeaux had said, "Is there another option
19 other than being in a clinical trial?" what would you
20 have recommended to her?
21  A. I would have recommended treating her with
22 Adriamycin and Cytoxan followed by a taxane.
23  Q. Followed by Taxotere?
24   MR. MICELI: Object to the form.
25  A. Taxane. Either. Usually Taxotere is what I

Page 105

1  would use.
2      Q.  You typically used Taxotere?
3      A.  I used Taxotere because of the -- has lesser
4  neurological toxicity than Taxol.
5      Q.  So then would you have recommended Taxotere
6  over Taxol?
7          MR. MICELI:  Object to the form.
8      A.  Yes.
9      Q.  (By Ms. Bieri)  Do you agree that saying
10 hair generally grows back is not the same as saying
11 hair always grows back?
12     A.  They're not exactly the same.  To say it
13 generally grows back, that doesn't necessarily mean
14 always.
15     Q.  Did you recommend to Miss Kahn NSABP --
16 strike that.
17     A.  B-40.
18     Q.  Strike that.  If the Taxotere label, which I
19 understand you can't remember when you last looked at
20 other than from Plaintiffs' counsel about a month
21 ago -- if the Taxotere label had said, "In most cases,
22 normal hair growth should return.  In some cases,
23 frequency not known, permanent hair loss has been
24 observed," would that change your recommendation that
25 Miss Kahn participate in NSABP B-40?