# EXHIBIT G

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2                CASE NO. 2:16-cv-17039
 3
 4     ELIZABETH KAHN,                  ) VIDEOCONFERENCE
                                          VIDEOTAPED
 5                                      ) DEPOSITION OF:
                     Plaintiff,         )
 6                                      )
          v.                            ) ELLEN G.
 7                                      ) FEIGAL, M.D.
                                        )
 8     SANOFI S.A., SANOFI-AVENTIS      )
       U.S. L.L.C., SANOFI US SERVICE,  )
 9     INC., and AVENTIS-PHARMA S.A.,   )
                                        )
10                   Defendants.        )
       _____  )
11
12
13              TRANSCRIPT of the stenographic notes of
14     the proceedings in the above-entitled matter, as
15     taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,
16     held via Zoom videoconference from multiple
17     locations, with the witness located at 11806 Barranca
18     Road, Santa Rosa Valley, California, on Friday,
19     April 10, 2020, commencing at 10:58 a.m.
20
21
22
23
24
25
```

Page 22

1      A.     I'm sorry, you asked since the last
2    deposition.  I was saying four for the month of
3    April.  I do not -- you have my invoices.  They would
4    list if I had a telephone call with my -- with legal.
5      Q.     Besides having a few telephone calls and
6    reviewing your report and some documents, have you
7    done anything else to prepare for your deposition?
8      A.     No.
9      Q.     Besides plaintiff's attorneys, have you
10   talked to anyone else about this litigation?
11     A.     No.
12     Q.     I reviewed your Rule 26 report.  Does
13   that report contain the opinions that you would offer
14   if you were to testify at trial?
15     A.     Correct.
16     Q.     I think that was the third report that
17   you've issued in this litigation.  Does that sound
18   right?
19     A.     It sounds about right.
20     Q.     Did you make any changes between the
21   second report and the third report?
22     A.     It might be better if you just use the
23   date.  So are you talking about the October 21st,
24   2019, report, and March 23rd report?
25     Q.     That's correct.

1  A.    So the content, the opinions, the
2  interpretations --
3       (Court reporter clarification.)
4  A.    The content, the opinions, and the
5  conclusions are the same.  The conclusions.  I
6  made -- is there an echo?
7       MR. MICELI:  I'm hearing an echo.
8       THE WITNESS:  Yeah, I don't have my
9  phone on.  Maybe somebody has a cell phone on near
10 the computer.
11 A.    So the content, the opinions, and the
12 conclusions are the same.  I made minor changes to
13 the report.
14 Q.    What changes did you make?
15 A.    The minor changes included changing the
16 sequencing, the flow of the report.  I moved some the
17 categories around so it flowed better.  I added three
18 references, and I made minor, minor changes to a few
19 sentences.  And I added one search term to the search
20 for permanent alopecia.
21 Q.    What search term did you add?
22 A.    Capecitabine.
23 Q.    Why did you add that?
24 A.    That was one of the chemotherapy drugs
25 in the NSABP B-40 protocol, and I had not yet done a

1                I'm sorry.
2                THE WITNESS:  Sorry.
3       Q.    So the patient doesn't choose which
4    chemotherapy drugs they're receiving in the clinical
5    trial, do they?
6                MR. MICELI:  Object to the form.
7       A.    For that specific trial, a randomized
8    clinical trial, they don't get to select which arm
9    they go on, if they choose to participate in the
10   trial.  They do have a choice of whether or not to
11   participate in a clinical trial.
12      Q.    So knowing that Ms. Kahn participated in
13   that trial, do you know which arm she was assigned
14   to?
15      A.    I just want to be clear:  I'm not doing
16   any case-specific opinions.
17      Q.    I understand.
18      A.    Okay.  I believe I was told which arm
19   she went on; but off the top of my head, I don't
20   remember offhand.
21      Q.    The reason I'm asking you that is, what
22   I'm really trying to understand is:  Do you know
23   which chemotherapy drugs Ms. Kahn received?
24      A.    I know to the -- I do know which arm she
25   was on, which is why I focused my search on that

...

Page 178

1    there?
2         A.    No, I was on page 40 of the table.
3               MR. MICELI:  Connor, was she finished
4    with her answer?  Because I think --
5               Were you finished with your answer,
6    Doctor?
7               THE WITNESS:  Well, I think so.
8         Q.    So will you flip to page 55, please?
9         A.    Yes, I'm on page 55 now.  55 and 56.
10        Q.    You see the Total column, at the bottom
11   there on 55?
12        A.    Yes.
13        Q.    And you have 347 --
14        A.    Yeah.
15        Q.    -- reports for Taxotere regimens.  Do
16   you see that?
17        A.    Yes.
18        Q.    Out of those 347 reports, how many of
19   those regimens also included Adriamycin?
20        A.    Many of them included Adriamycin.
21        Q.    Do you know how many?
22        A.    I could go back to the paper and count
23   it up for you.
24        Q.    Do you know how many of those 347
25   include cyclophosphamide?

Veritext Legal Solutions
800-227-8440                                                973-410-4040

Page 179

1     A.    Many of them also would include
2  cyclophosphamide.
3     Q.    Do you know, out of the 347, how many of
4  those women also received an aromatase inhibitor or
5  Tamoxifen?
6     A.    I could find that out, but that's
7  farther down the road with their treatment, as you
8  know.
9     Q.    Do you agree that other drugs that a
10 chemotherapy patient receives, both endocrine drugs
11 as well as chemotherapy drugs, could be potential
12 confounding variables in determining whether a
13 specific drug can cause PCIA?
14           MR. MICELI:   Object to the form of the
15 question.
16    A.    I now lost track of your question.  I'm
17 so sorry.  Can you repeat it?
18    Q.    Do you agree that in a multi-drug
19 regimen that the other chemotherapy drugs that were
20 administered, as well as whether the patient received
21 an endocrine therapy like an aromatase inhibitor or
22 Tamoxifen, can be confounding variables in
23 determining whether a specific drug is capable of
24 causing PCIA?
25           MR. MICELI:   Same objection.