# EXHIBIT I

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


```
IN RE:  TAXOTERE (DOCETAXEL)     *
PRODUCTS LIABILITY LITIGATION    *     Docket No.: 16-MD-2740
                                 *     Section "H(5)"
                                 *     New Orleans, Louisiana
Relates to:  Barbara Earnest     *     September 19, 2019
Case No.: 16-CV-17144            *
* * * * * * * * * * * * * * * * *
```


DAY 4 – AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:


```
For the Plaintiffs:        Barrios Kingsdorf & Casteix, LLP
                           BY:  DAWN M. BARRIOS, ESQ.
                           701 Poydras Street
                           Suite 3650
                           New Orleans, Louisiana 70139



For the Plaintiffs:        Gainsburgh Benjamin David Meunier
                             & Warshauer, LLC
                           BY:  M. PALMER LAMBERT, ESQ.
                           1100 Poydras Street
                           Suite 2800
                           New Orleans, Louisiana 70163



For the Plaintiffs:        Pendley Baudin & Coffin, LLP
                           BY:  CHRISTOPHER L. COFFIN, ESQ.
                           1100 Poydras Street
                           Suite 2505
                           New Orleans, Louisiana 70163
```


OFFICIAL TRANSCRIPT

ELLEN FEIGAL - VOIR DIRE

| | | |
|---|---|---|
| 4:57PM | 1 | **A.**    Yeah, actually. |
| 4:57PM | 2 | **Q.**    When did you last teach in it? |
| 4:57PM | 3 | **A.**    Yesterday.  I actually taught at the opening session.  So |
| 4:57PM | 4 | I did a very quick trip from here to Washington, D.C., so that |
| 4:58PM | 5 | I can open the session for the program. |
| 4:58PM | 6 | **Q.**    Now, you were in this courtroom earlier this week; right? |
| 4:58PM | 7 | **A.**    Yes, I was. |
| 4:58PM | 8 | **Q.**    You went to Washington to teach this course -- |
| 4:58PM | 9 | **A.**    Yes. |
| 4:58PM | 10 | **Q.**    -- and you came back? |
| 4:58PM | 11 | **A.**    Right. |
| 4:58PM | 12 | **Q.**    Okay. |
| 4:58PM | 13 |         **MR. MICELI:**  Your Honor, I tender Dr. Ellen Feigal as |
| 4:58PM | 14 | an expert in clinical research, clinical study design and |
| 4:58PM | 15 | interpretation, and general causation. |
| 4:58PM | 16 |             Any objection? |
| 4:58PM | 17 |         **MR. STRONGMAN:**  No objections to the subject matters. |
| 4:58PM | 18 |         **THE COURT:**  Okay.  Court's going to accept Dr. Feigal |
| 4:58PM | 19 | as an expert in the field of clinical research, clinical study |
| 4:58PM | 20 | design, interpretation -- study design and interpretation and |
| 4:58PM | 21 | general causation, qualified to render opinions. |
| 4:58PM | 22 |         **MR. MICELI:**  Your Honor, let the record reflect it's |
| 4:58PM | 23 | 4:59. |
| 4:58PM | 24 |         **THE COURT:**  I wasn't going to let you say one more |
| 4:58PM | 25 | word. |

OFFICIAL TRANSCRIPT