# EXHIBIT K

08:48:06   1                    UNITED STATES DISTRICT COURT

           2                    EASTERN DISTRICT OF LOUISIANA

           3

           4

           5   IN RE:   TAXOTERE (DOCETAXEL)
                         PRODUCTS LIABILITY          Docket No.: 16-MD-2740
           6             LITIGATION                  Section "H(5)"
                                                     September 20, 2019
           7                                         New Orleans, Louisiana

           8   *Relates To*:  *Barbara Earnest*,
               *Case No.: 16-CV-17144*
           9

          10   * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

          11

          12                      DAY 5, MORNING SESSION
                            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                        HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
          13                    UNITED STATES DISTRICT JUDGE

          14

          15   APPEARANCES:

          16   For the Plaintiffs:        Barrios, Kingsdorf & Casteix, LLP
                                           BY:  DAWN BARRIOS, ESQ.
          17                               701 Poydras Street
                                           Suite 3650
          18                               New Orleans, Louisiana 70139

          19

          20   For the Plaintiffs:        Gainsburgh, Benjamin, David,
                                             Meunier & Warshauer, LLC
          21                               BY:  PALMER LAMBERT, ESQ.
                                           2800 Energy Centre
          22                               1100 Poydras Street
                                           New Orleans, Louisiana 70163-2800
          23

          24

          25

                              ***OFFICIAL TRANSCRIPT***

10:11:44  1    A.    That's correct.

10:11:45  2    Q.    So, Doctor, my question to you is, for these -- there were

10:11:46  3    16 of them, correct?

10:11:47  4    A.    That's correct.

10:11:47  5    Q.    For those 16, was it the F that caused the permanent

10:11:59  6    alopecia, was it the A that caused the permanent alopecia, or

10:12:02  7    was it the C that caused the permanent alopecia?

10:12:06  8    A.    I just call it a non-taxane arm.

10:12:13  9    Q.    Well, Doctor, that wasn't my question.

10:12:15 10    A.    I didn't isolate the 16 according to which part of the

10:12:34 11    combo, that is correct.

10:12:35 12    Q.    Doctor, sitting here today, can you tell me that it was

10:12:38 13    the F that caused the permanent alopecia in 16, yes or no?

10:12:44 14    A.    Highly unlikely, because there is nothing in the

10:12:46 15    literature about the 5- FU.

10:12:48 16    Q.    Doctor, sitting here today, can you tell me, yes or no,

10:12:51 17    whether it was the A that caused the permanent alopecia in

10:12:53 18    those 16 patients?

10:12:54 19    A.    It could be either A or C or both.

10:12:57 20    Q.    And so you would agree with me that it could have been the

10:13:01 21    A, the C, or both, correct?

10:13:03 22    A.    It could have been both, right.

10:13:14 23    Q.    Now, Doctor, you also asked -- were asked some questions

10:13:26 24    about, I think, biologic plausibility, correct?

10:13:32 25    A.    That's correct.

                                *OFFICIAL TRANSCRIPT*