UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>Kahn v. Sanofi-Aventis, et al,<br>Case No. 2:16-cv-17039 | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 10928-3] Exhibit A to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

2. [Rec. Doc. 10928-4] Exhibit B to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

3. [Rec. Doc. 10928-5] Exhibit C to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

4. [Rec. Doc. 10928-6] Exhibit D to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

5. [Rec. Doc. 10928-7] Exhibit E to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

6. [Rec. Doc. 10928-8] Exhibit F to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

7. [Rec. Doc. 10928-12] Exhibit J to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

8. [Rec. Doc. 10928-13] Exhibit K to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

9. [Rec. Doc. 10928-14] Exhibit L to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

10. [Rec. Doc. 10928-15] Exhibit M to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

11. [Rec. Doc. 10928-16] Exhibit N to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

12. [Rec. Doc. 10928-17] Exhibit O to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

13. [Rec. Doc. 10928-18] Exhibit P to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

14. [Rec. Doc. 10928-19] Exhibit Q to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

15. [Rec. Doc. 10928-20] Exhibit R to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

16. [Rec. Doc. 10928-21] Exhibit S to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes;

17. [Rec. Doc. 10928-22] Exhibit T to the Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes.

On Friday, August 14, 2020, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: August 13, 2020                              Respectfully submitted,

/s/ Christopher L. Coffin                           /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                      Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                    GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                     6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                        Los Angeles, California 90045
Phone: (504) 355-0086                               Telephone: 510-350-9700
Fax: (504) 355-0089                                 Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                              kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                       *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                                /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                          Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                           BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                            701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street             New Orleans, LA 70139
New Orleans, LA 70163-2800                          Phone: 504-524-3300
Phone: 504-522-2304                                 Fax: 504-524-3313
Fax: 504-528-9973                                   barrios@bkc-law.com
plambert@gainsben.com

                                                    *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                        Daniel P. Markoff
Andrews & Thornton                                  Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                     9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                             Oklahoma City, OK 73120
Phone: (800) 664-1734                               Phone: (405) 607-8757
aa@andrewsthornton.com                              Fax: (405) 607-8749
                                                    dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus                                      Abby E. McClellan
Bachus & Schanker, LLC                              Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                      460 Nichols Road, Suite 200
Denver, CO 80202                                    Kansas City, MO 64112
Phone: (303) 893-9800                               Phone: (816) 714-7100
Fax: (303) 893-9900                                 Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                         mcclellan@stuevesiegel.com

3

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                          */s/ M. Palmer Lambert*
                                                          M. Palmer Lambert