UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Kahn v. Sanofi-Aventis, et al, Case No. 2:16-cv-17039

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT ON CAUSATION**

　　　　NOW INTO COURT, comes Plaintiff Elizabeth Kahn, through the PSC, who respectfully submits the following statement of undisputed material facts in support of Plaintiff's Motion for Partial Summary Judgment on General Causation:

1.　　In 2015, Sanofi told the Food and Drug Administration (FDA) that the "cumulative weighted evidence is sufficient to support a causal association between docetaxel and permanent/irreversible alopecia."[1]

2.　　Anagen effluvium, which is the pathologic loss of hair during the anagen phase (the first phase) of the hair's regrowth cycle, is a common adverse event of cytotoxic drugs, including Taxotere.[2]

3.　　Sanofi stated in its 2015 causation analysis, "[c]ytoxic chemotherapy agents target rapidly dividing cells and as a result the highly proliferative hair matrix cells are an unintended

---

[1] Ex. A, Expert Report of Dr. David Madigan, March 23, 2020 ("Madigan Report II") at p. 21, ¶53.
[2] Ex. B, Expert Report of Dr. David Kessler, Nov. 6, 2018 ("Kessler Report I") at p. 49. ¶142.

1

target."[3]  Massive apoptosis of these hair matrix cells of the hair bulbs cause the anagen-phase hairs to be rapidly lost.[4]

4. Sanofi has acknowledged that docetaxel causes permanent or irreversible alopecia.[5]

5. The precise pathogenetic process of permanent or irreversible alopecia is not known.[6]

6. A plausible biological mechanism differs from a known biological mechanism, and biological plausibility is satisfied if the relationship is consistent with the current body of knowledge regarding the etiology and mechanism of disease.[7]

7. Permanent or irreversible alopecia is likely caused by the hair follicle's or derma papilla stem cell's permanent damage or destruction, which results in markedly reduced hair density.[8]

8. Sanofi's 2015 causation analysis included a section specific to the "Biologic Plausibility" of docetaxel's causation of permanent or irreversible alopecia, which identified the following hypotheses: "toxic damage to stem cells/hair matrix cells of the hair bulb or disturbance of the signaling pathway to the secondary hair germ."[9]  The medical literature supports these hypotheses.[10]

---

[3] *Id.* at p. 49, ¶143; Ex. C, Supplemental Expert Report of Dr. David Kessler, Oct. 21, 2019 ("Kessler Report II") at p. 16, ¶47.1.
[4] Ex. B, Kessler Report I at p. 48, ¶144
[5] Ex. D, Sanofi_01101022 at Sanofi_01101027; Ex. E, Sanofi_00829788 at p. 35; Ex. F, Sanofi_01827599 at p. 2; Ex. G, Sanofi_04876332 at Sanofi_04876333; Ex. H, Deposition of Dr. Nanae Hangai, Feb. 1, 2018 ("Hangai Dep.") at 17:18-18:16, 192:7-18.
[6] Ex. I, Expert Report of Dr. Antonella Tosti, Oct. 21, 2019 ("Tosti Report II") at p. 12; Ex. J, Expert Report of Dr. Ellen Feigal, March 23, 2020 ("Feigal Report II") at p. 36.
[7] Ex. B, Kessler Report I at p. 49, ¶141.
[8] Ex. I, Tosti Report II at p. 12; Ex. J, Feigal Report II at p. 36.
[9] Ex. B, Kessler Report I at p. 50, ¶146; Ex. C, Kessler Report II at p. 16, ¶47.1.
[10] Ex. B, Kessler Report I at p. 50, ¶147; Ex. C, Kessler Report II at p. 16, ¶47.2.

9. TAX316 was a Sanofi-sponsored phase III controlled trial that randomized patients with high-risk operable breast cancer to either docetaxel (TAC) or 5-fluouracil (FAC), both provided in combination with doxorubicin and cyclophosphamide.[11] The study began in 1997 and the last patient visit occurred in January 2010.[12] Study treatment comprised six 3-week cycles.[13] Follow-up visits were every 12 weeks for the first two years, every six months for years 3 to 5, and then annually until the end of the 10-year follow-up period.[14]

10. The majority of patients in TAX316 experienced alopecia while on treatment (98% of TAC patients and 97% of FAC patients).[15] At the study's conclusion, 29 (3.89%) of the 744 TAC patients had ongoing alopecia as compared to 16 (2.16%) of the 738 FAC patients.[16]

11. TAX301 was a phase III controlled trial sponsored by Sanofi that also randomized patients with high-risk operable breast cancer to either TAC or FAC regimens.[17] The study began in 1999 with six 3-week treatment cycles.[18] Follow-up visits were to be every 12 weeks for the first two years, every six months for years 3 to 5, and then annually until the end of the 10-year follow-up period.[19]

12. The majority of patients in TAX301 also experienced alopecia while on treatment (97% of TAC patients and 98% of FAC patients).[20] The trial data fail to explicitly capture either the continuation of alopecia into the follow-up phase or alopecia resolution for the majority

---

[11] Ex. A, Madigan Report II at p. 23, ¶59.
[12] *Id.*
[13] *Id.*
[14] *Id.*
[15] *Id.* at p. 23, ¶61.
[16] *Id.*
[17] *Id.* at p. 23, ¶60.
[18] *Id.*
[19] *Id.*
[20] *Id.* at p. 24, ¶62.

of patients.[21]  49 of the 531 TAC patients and 35 of the 520 FAC patients were noted as having alopecia in the follow-up period.[22]  Of those 49 TAC patients, 3 were unresolved at the study completion, as compared with 1 of the 35 FAC patients.[23]  Underreporting is supported by the fact that the 49 TAC patients with alopecia into the follow-up were concentrated in only 12 of the 55 study sites, with more than half of those patients in 2 of the 55 sites, each with rates of ongoing alopecia exceeding 80%.[24]  The remaining 43 of the 55 study sites failed to record a single patient with alopecia in follow-up.[25]

13. Follow-up for non-alopecia adverse events was also poor in TAX301: only 137 (13.0%) of the 1,051 patients in TAX301 were reported with adverse events in follow-up, as compared with 1,267 (85.6%) of 1,480 patients involved in TAX316.[26]

14. A comparison of the numbers of patients in TAX316 with unresolved alopecia in the TAC-arm versus the FAC arm resulted in a rate ratio of 1.79 at 120 months.[27]  A comparison of the numbers of patients in TAX301 with unresolved alopecia in the TAC-arm versus the FAC arm resulted in a rate ratio of 2.94 at 120 months.[28]

15. Analyses of both studies demonstrated a statistically significant increased risk of irreversible alopecia for patients in the TAC arm versus FAC at nearly all time periods during the clinical trials.[29]  A random effects meta-analysis combining the data from the

---

[21] *Id*.
[22] *Id.*
[23] *Id.*
[24] *Id.*
[25] *Id.*
[26] *Id.* at p. 24, ¶63.
[27] *Id.* at p. 25, ¶64, Table 8.
[28] *Id.*
[29] *Id.* at pp. 25-26 ¶¶64, 66, Table 8.

two studies at completion yields a rate ratio of 1.85 with a corresponding 95% confidence interval (1.04, 3.31) and a p-value of 0.04.[30]

16. The interim and final data from the TAX301 and TAX316 studies provide an incidence rate or rate of occurrence of irreversible alopecia ranging from 3.2 to 9.2%.[31]

17. Sanofi has referenced these incidence rates in internal presentations and e-mail correspondence, in responses to correspondence and requests for information from foreign regulatory authorities, and in certain Summaries of Product Characteristics provided in Europe.[32]

18. Sanofi's 2015 causation analysis cited to the TAX316 and TAX301 clinical trial studies and the adverse event rates of irreversible alopecia reported therein in support of its conclusion of a causal association between docetaxel and permanent/irreversible alopecia.[33]

19. An analysis of Sanofi's global pharmacovigilance database from 1999 to 2015 yielded a result of 311 reports of persisting or irreversible alopecia, 282 of which reported no outcome of "recovered," or no end date.[34]

20. In Sanofi's 2015 causation analysis, Sanofi performed a review of the same database and identified 117 cases alone when limited to "a verbatim event that included either 'permanent' or 'irreversible' or alopecia that lasted more than 2 years with an outcome of

---

[30] *Id.* at p. 26, ¶66.
[31] Ex. B, Kessler Report I at pp. 31, ¶96.2, 42 ¶123.
[32] *Id.* at p. 31, ¶96.2.
[33] *Id.* at pp. 46-47, ¶132.
[34] Ex. A, Madigan Report II at pp. 20-21, ¶¶49, 50, Table 6.

not recovered/recovering/unknown."[35] This represented 5.3% of the 2,172 cases reporting the high-level term "alopecia."[36]

21. Sanofi has recognized internally that if the two-year time period was reduced, there would be "more cases."[37]

22. Sanofi's 2015 causation analysis cites these reports of irreversible alopecia after Taxotere treatment to support its conclusion of a causal association.[38]

23. A statistical analysis of reports in FDA's Adverse Event Reporting System (FAERS) database in which reporters had made a connection between docetaxel and irreversible alopecia yielded notably increased signaling rates for docetaxel as compared to several drugs used as comparator and concomitant drugs by Sanofi: paclitaxel, 5-fluorouracil, cyclophosphamide, doxorubicin, and cisplatin.[39]

24. This statistical analysis results in a proportional reporting ratio (PRR) signal markedly higher than that of paclitaxel.[40]

25. This signal begins in the first quarter of 2000 and continues without interruption through the end of his analysis in the fourth quarter of 2017.[41]

26. Sanofi's pharmacovigilance department has cited use of PRR as a part of safety signal detection management.[42]

---

[35] Ex. B, Kessler Report I at pp. 41-42, ¶ 121.
[36] Id.
[37] Id.
[38] Ex. B, Kessler Report I at p. 51, ¶ 153; Ex. C, Kessler Report II at p. 17, ¶51.1.
[39] Ex. A, Madigan Report II at pp. 12-16, ¶39-43, Figures 1-3.
[40] Id. at pp. 13-14, ¶43, Figure 1.
[41] Ex. B, Kessler Report I at p. 41, ¶ 118.
[42] Id. at p. 40, ¶ 116.

27. A statistical analysis of adverse event reports in the FAERS database yielded strong irreversible alopecia signals for docetaxel throughout 2000-2012 when measured by stratified EBGM (SEBGM) and stratified EB05 (SEB05), and no signals for the comparator drugs for the same period.[43]

28. A "lasso logistic regression" analysis of relevant reports in the FAERS database through 2017 yielded a signal rate five times the conventional reporting threshold and estimated to be approximately 10 times higher than the comparator drugs, which did not meet the signaling threshold.[44]

29. Dr. Magian discovered four observational studies that compared Taxotere to other cancer drugs in relation to irreversible alopecia while performing a literature search using the electronic databases PubMed, Embase, and Scopus: Crown, Kang, Martin, Sedlacek.[45]

30. Dr. Madigan "used the following keywords for the searches: (docetaxel OR taxotere) AND alopecia AND (permanent OR irreversible OR persisting OR persistent)."[46] Dr. Madigan also "searched references cited in the identified papers and reviews for potentially relevant studies that the search failed to capture."[47] The four observational studies met the following criteria: "papers had to be published in the scientific literature as an original report and had to present an analysis of novel breast cancer patient data comparing docetaxel to other cancer drugs in relation to irreversible alopecia."[48] Dr. Madigan

---

[43] Ex. A, Madigan Report II at pp. 12-16, ¶¶39-43, Figures 2-3.
[44] *Id.* at p. 16-17, ¶¶44-45, Table 3.
[45] *Id.* at p. 12, ¶36, p. 22, ¶55.
[46] *Id.* at p. 12, ¶36.
[47] *Id.*
[48] *Id.*

excluded from his search any review articles, case reports, case series, editorials or letter to the editor not including original data.[49]

31. "A random effects meta analysis of these four studies yields an odds ratio of 4.13, 95% confidence interval ( 1.44 , 11.81 ), p=0.008.  I note that there is some between-study heterogeneity, I2=62.9%, albeit not statistically significant (Q=7.10, p=0.07).  Appendix 6 provides the R code."[50]  As such, a systematic meta analysis of observational studies supports the causal conclusion that Taxotere causes permanent alopecia.[51]

32. David A. Kessler, M.D., Plaintiff's regulatory and pharmacovigilance expert, reviewed and analyzed the available scientific evidence, including the evidence of a statistically significant increased risk of irreversible alopecia with Taxotere, and applied the Bradford Hill factors to determine whether there is a causal relationship between Taxotere and irreversible alopecia as outline in his supplement expert report.[52]  Dr. Kessler opined that "to a reasonable degree of medical probability that there is more likely than not a causal relationship between Taxotere and irreversible alopecia."[53]

33. Patients receiving docetaxel regimens at a cumulative dose equal to or greater than 400 mmg/m² have been shown to have a significantly higher incidence of irreversible alopecia, including complete irreversible alopecia in a 2018 study by Martin titled "Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling."[54]  As compared to other chemotherapy regimens,

---

[49] *Id.*
[50] *Id.* at p. 23, ¶58.
[51] Ex. K, Deposition of Dr. David Madigan, Nov. 14, 2019 ("Madigan Dep. II") at 192:25-194:5.
[52] Ex. C, Kessler Report II at pp. 4-22, ¶¶8-64.
[53] *Id.* at p. 20, ¶62.
[54] Ex. B, Kessler Report I at pp. 47-48, ¶¶135-136.

including lower dose regimens of docetaxel, the prevalence of irreversible alopecia increased 33-52% in patients with that cumulative dose.[55] In the same study, the patients receiving docetaxel regimens at a lesser dose showed no instances of complete irreversible alopecia.[56]

34. There is reproducible evidence from multiple studies that the risk of irreversible alopecia with docetaxel is dose-dependent.[57]

35. Reproducible evidence of a dose response relationship between Taxotere and irreversible alopecia began as early as 2009.[58]

Dated: August 13, 2020                    Respectfully submitted,

| /s/ Christopher L. Coffin | /s/ Karen B. Menzies |
|---|---|
| Christopher L. Coffin (#27902) | Karen Barth Menzies (CA Bar #180234) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | GIBBS LAW GROUP LLP |
| 1100 Poydras Street, Suite 2505 | 6701 Center Drive West, Suite 1400 |
| New Orleans, Louisiana 70163 | Los Angeles, California 90045 |
| Phone: (504) 355-0086 | Telephone: 510-350-9700 |
| Fax: (504) 355-0089 | Facsimile: 510-350-9701 |
| ccoffin@pbclawfirm.com | kbm@classlawgroup.com |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |

---

[55] *Id.*
[56] *Id.*
[57] Ex. B, Kessler Report I at p. 48, ¶¶137-137.2; Ex. C, Kessler Report II at p. 15, ¶¶41-44.
[58] Ex. B, Kessler Report I at p. at 48, ¶139.

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

| | |
|---|---|
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<i>/s/ M. Palmer Lambert</i><br>M. PALMER LAMBERT