# EXHIBIT H

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    *******************************

 5    IN RE:  TAXOTERE (DOCETAXEL)

 6    PRODUCTS LIABILITY              MDL No. 2740

 7    LITIGATION                      Section: "N"(5)

 8                                    Judge Engelhardt

 9    This Document Relates to:    Mag. Judge North

10    All Cases

11    *******************************

12

13      VIDEOTAPED DEPOSITION OF NANAE HANGAI, MD, PhD

14

15

16              Thursday, February 1st, 2018

17                  9:10 a.m.

18

19        Held At:

20            Ropes & Gray LLP

21            800 Boylston Street

22            Boston, Massachusetts

23

24    REPORTED BY:

25    Maureen O'Connor Pollard, RMR, CLR, CSR
```

```
 1   2013, did you work on docetaxel or Taxotere?
 2        A.    Yes.
 3        Q.    Okay.  In a different position?
 4        A.    In a different position, yes.
 5   Correct.
 6        Q.    And we'll talk more about that in a
 7   moment.  So let me go back to my question.
 8              You stated that one of your
 9   responsibilities is to monitor potential side
10   effects for docetaxel, correct?
11        A.    Yes.
12        Q.    And one of the side effects that
13   you've monitored is hair loss, correct?
14        A.    Yes.  To monitor, yes.
15        Q.    And that includes temporary hair loss,
16   correct?
17        A.    Yes.
18        Q.    And also one of the side effects you
19   monitor related to Taxotere is permanent hair
20   loss, correct?
21        A.    Yes.
22        Q.    And you believe that Taxotere is
23   causally associated with permanent hair loss,
24   correct?
25              MR. RATLIFF:  Object to form.
```

```
 1      A.    Docetaxel/Taxotere may cause permanent
 2   hair loss, but it's case-by-case.
 3   BY MS. MENZIES:
 4      Q.    Okay.  Do you believe that there's a
 5   causal association between taking Taxotere and
 6   permanent hair loss in some patients?
 7      A.    It's not only due to docetaxel.  The
 8   patient may have -- Taxotere may cause a patient
 9   who receive docetaxel to have (unintelligible)
10   therapy.
11      Q.    And it's your understanding and belief
12   that Taxotere may cause permanent hair loss in
13   some patients who take Taxotere, correct?
14            MR. RATLIFF:  Object to form.
15      A.    Yes.  Many patients receiving not only
16   Taxotere mostly in the course of treatment.
17   BY MS. MENZIES:
18      Q.    Okay.
19      A.    So maybe other -- may have other
20   cause.  I was say, like saying that we cannot
21   rule out the role of docetaxel in the cause of
22   permanent alopecia, however there are many other
23   risk factor need to be also ruled out.
24      Q.    So is it your belief and understanding
25   that some patients who take docetaxel may have
```

```
 1    BY MS. MENZIES:
 2        Q.    Okay.  And let's look at 5.8 on the
 3    bottom half where it says, "Discussion and
 4    Conclusion."
 5              Do you see that there?
 6        A.    Yes.
 7        Q.    In the last paragraph at the bottom of
 8    the page, it says, "Based on review of the
 9    Sanofi global pharmacovigilance database,
10    worldwide scientific literature, clinical
11    studies, and biological plausibility, the
12    cumulative weighted evidence is sufficient to
13    support a causal association between docetaxel
14    and permanent/irreversible alopecia in the
15    patients who received docetaxel."
16              Did I read that correctly?
17        A.    Yes.
18        Q.    Okay.  Is that an accurate statement?
19        A.    Yes.
20        Q.    Okay.  And this conclusion is
21    different than the conclusion we saw you put
22    into the April 8th, 2015 response to agency,
23    correct?
24        A.    Because that one is saying that
25    docetaxel does not cause alopecia caused by
```