UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039 | |

## NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiff, Elizabeth Kahn, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of the request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 10938-2] Exhibit A to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

2. [Rec. Doc. 10938-3] Exhibit B to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

3. [Rec. Doc. 10938-4] Exhibit C to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

4. [Rec. Doc. 10938-5] Exhibit D to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

5. [Rec. Doc. 10938-6] Exhibit E to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

6. [Rec. Doc. 10938-7] Exhibit F to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

7. [Rec. Doc. 10938-8] Exhibit G to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

8. [Rec. Doc. 10938-9] Exhibit H to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

9. [Rec. Doc. 10938-10] Exhibit I to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

10. [Rec. Doc. 10938-11] Exhibit J to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

11. [Rec. Doc. 10938-12] Exhibit K to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

12. [Rec. Doc. 10938-13] Exhibit L to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

13. [Rec. Doc. 10938-14] Exhibit M to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

14. [Rec. Doc. 10938-15] Exhibit N to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

15. [Rec. Doc. 10938-16] Exhibit O to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

16. [Rec. Doc. 10938-17] Exhibit P to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

17. [Rec. Doc. 10938-18] Exhibit Q to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

18. [Rec. Doc. 10938-19] Exhibit R to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

19. [Rec. Doc. 10938-20] Exhibit S to Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski;

On Friday, August 14, 2020, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: August 13, 2020                                    Respectfully submitted,

*/s/ Christopher L. Coffin*                               */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                            Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                          GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                           6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                              Los Angeles, California 90045
Phone: (504) 355-0086                                     Telephone: 510-350-9700
Fax: (504) 355-0089                                       Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                    kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                             *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                    */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                                Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                 BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                  701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                   New Orleans, LA 70139
New Orleans, LA 70163-2800                                Phone: 504-524-3300
Phone: 504-522-2304                                       Fax: 504-524-3313
Fax: 504-528-9973                                         barrios@bkc-law.com
plambert@gainsben.com

                                                          *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

### PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                              Daniel P. Markoff
Andrews & Thornton                                        Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                           9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                                   Oklahoma City, OK 73120
Phone: (800) 664-1734                                     Phone: (405) 607-8757
aa@andrewsthornton.com                                    Fax: (405) 607-8749
                                                          dmarkoff@atkinsandmarkoff.com

| | |
|---|---|
| J. Kyle Bachus<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Phone: (303) 893-9800<br>Fax: (303) 893-9900<br>kyle.bachus@coloradolaw.net | Abby E. McClellan<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Phone: (816) 714-7100<br>Fax: (816) 714-7101<br>mcclellan@stuevesiegel.com |
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |

| | |
|---|---|
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
**M. PALMER LAMBERT**