**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                   SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

**NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT**

Plaintiffs, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of their request to file under seal and manual attachment of the pleading listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 10940-2] Exhibit A to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

2. [Rec. Doc. 10940-3] Exhibit B to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

3. [Rec. Doc. 10940-4] Exhibit C to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

4. [Rec. Doc. 10940-5] Exhibit D to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

5. [Rec. Doc. 10940-6] Exhibit E to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

6. [Rec. Doc. 10940-7] Exhibit F to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

7.  [Rec. Doc. 10940-8] Exhibit G to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

8.  [Rec. Doc. 10940-9] Exhibit H to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

9.  [Rec. Doc. 10940-10] Exhibit I to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

10. [Rec. Doc. 10940-11] Exhibit J to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

11. [Rec. Doc. 10940-12] Exhibit K to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

12. [Rec. Doc. 10940-13] Exhibit L to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei;

13. [Rec. Doc. 10940-14] Exhibit M to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei; and

14. [Rec. Doc. 10940-15] Exhibit N to Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei.

On Friday, August 14, 2020, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

Dated: August 14, 2020                                Respectfully submitted,

*/s/ Christopher L. Coffin*                           */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                        Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                      Andre Mura ((CA Bar # 298541) (on the brief)
1100 Poydras Street, Suite 2505                       GIBBS LAW GROUP LLP
New Orleans, LA 70163                                 6701 Center Drive West, Suite 1400
Telephone: 504-355-0086                               Los Angeles, California 90045
Facsimile: 504-523-0699                               Telephone: 510-350-9700
Email: ccoffin@pbclawfirm.com                         Facsimile: 510-350-9701
*Plaintiffs' Co-Lead Counsel*                         kbm@classlawgroup.com
                                                      *Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*                                */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                            Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN                                   BARRIOS, KINGSDORF & CASTEIX, LLP
DAVID MEUNIER & WARSHAUER, LLC                        701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street              New Orleans, LA 70139
New Orleans, LA 70163-2800                            Telephone: 504-524-3300
Telephone: 504-522-2304                               Facsimile: 504-524-3313
Facsimile: 504-528-9973                               Email: barrios@bkc-law.com
Email: plambert@gainsben.com                          *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*


## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                          Daniel P. Markoff
Andrews & Thornton                                   Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300                      9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                              Oklahoma City, OK 73120
Phone: (800) 664-1734                                Phone: (405) 607-8757
aa@andrewsthornton.com                               Fax: (405) 607-8749
                                                     dmarkoff@atkinsandmarkoff.com


J. Kyle Bachus                                        Abby E. McClellan
Bachus & Schanker, LLC                               Stueve Siegel Hanson LLP
1899 Wynkoop Street, Suite 700                       460 Nichols Road, Suite 200
Denver, CO 80202                                     Kansas City, MO 64112
Phone: (303) 893-9800                                Phone: (816) 714-7100
Fax: (303) 893-9900                                  Fax: (816) 714-7101
kyle.bachus@coloradolaw.net                          mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS
