UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | | MDL NO. 2740 |

SHARON PRAYLOW,

          Plaintiff,                **CASE NO. 2:20-CV-01345-JTM-MBN**

v.

EAGLE PHARMACEUTICALS, INC.,

          Defendant.

## ORDER

Defendant Eagle Pharmaceuticals, Inc. ("Eagle") filed its Motion to Extend Time for Filing a Responsive Pleading to Plaintiff's Complaint ("Motion") (Doc. 10822);

**IT IS ORDERED** that Eagle's Motion is **GRANTED** and its responsive pleading is due **August 24, 2020**.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE