# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Karla Foushee v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:19-cv-13836* | ) ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ | ) | MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute (Doc. 10877);

**IT IS ORDERED** that the Plaintiff's Motion to Substitute Party is hereby **GRANTED**, and that James Foushee, on behalf of Karla Foushee, deceased, and the Estate of Karla Foushee, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
Hon. Jane Triche Milazzo
United States District Judge