## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Lula Gavin, Case No. 2:18-cv-11232*
*Clare Guilbault, Case No. 2:16-cv-17061*
*Debbie Hubbard, Case No. 2:18-cv-10283*
*Audry Plaisance, Case No. 2:18-cv-08068*

## O R D E R

Considering the Consent Motion to Extend Submission Date for Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs, filed by Defendants. Hospira, Inc. and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., with the express consent of Plaintiffs;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the submission date for Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs (Rec. Doc. 10817) is extended to August 19, 2020.

New Orleans, Louisiana, this 17th day of August, 2020.

                                             HON. JANE TRICHE MILAZZO
                                             UNITED STATES DISTRICT COURT JUDGE