UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2740 |
| **This Document Relates to:** ) ) | SECTION "H" (5) |
| *Ruth Hargraves v. Hospira, Inc., et al.;* *Case No. 2:17-cv-15354* ) ) ) _____ ) | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute (Doc. 10878);

**IT IS ORDERED** that the Plaintiff's Motion to Substitute Party is hereby **GRANTED,** and that John Hargraves, on behalf of Ruth Hargraves, deceased, and the Estate of Ruth Hargraves, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
Hon. Jane Triche Milazzo
United States District Judge