# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Heather Morse v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:18-cv-13155* | ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ | ) | MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering Plaintiff's Motion to Substitute Party (Doc. 10879);

**IT IS ORDERED** that the Plaintiff's Motion to Substitute Party is hereby **GRANTED**, and that Thomas Morse, on behalf of Heather Morse, deceased, and the Estate of Heather Morse, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
Hon. Jane Triche Milazzo
United States District Judge