UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Crayton v. sanofi-aventis U.S., LLC, et al,* 17-05923

# ORDER

Considering the foregoing Consent Motion to Extend Submission Date (Doc. 10855);

**IT IS HEREBY ORDERED** that the submission date on Sanofi's Motion for Summary Judgment on the Claims of Plaintiff Sheila Crayton (R. Doc. 10821) is hereby extended and reset to August 19, 2020.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**