## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2740 |
| **This Document Relates to:** ) ) | SECTION "H" (5) |
| *Rose Snell v. Sanofi-Aventis U.S. LLC., et al.;* ) *Case No. 2:17-cv-16063* ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ ) | MAG. JUDGE MICHAEL NORTH |

## **ORDER**

Considering Plaintiff's Motion to Substitute (Doc. 10880);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Michael Snell, on behalf of Rose Snell, deceased, and the Estate of Rose Snell, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
Hon. Jane Triche Milazzo
United States District Judge