UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES, INC.** |
| THIS DOCUMENT RELATES TO:<br>*Evelena Long v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:19-cv-09218 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter *except* Sanofi-Aventis U.S. LLC and Sanofi US Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

**Dated: August 17, 2020**

                                                      **LOWE LAW GROUP**
                                                      By: */s/ Nathan Buttars*
                                                      Nathan Buttars
                                                      6028 S. Ridgeline Dr., Ste. 200
                                                      Ogden, UT 84405
                                                      Telephone: (385) 298-0175
                                                      Facsimile: (801) 656-0997
                                                      Email: nate@lowelawgroup.com
                                                      *Attorney for Plaintiff(s)*