# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) | MDL No. 2740 |
| **This Document Relates to:** ) | SECTION "H" (5) |
| *Angela White v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:18-cv-13262* ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ ) | MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering Plaintiff's Motion to Substitute Party (Doc. 10881);

**IT IS ORDERED** that the Motion is hereby **GRANTED**, and that Mae White, on behalf of Angela White, deceased, and the Estate of Angela White, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
Hon. Jane Triche Milazzo
United States District Judge