UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| THIS DOCUMENT RELATES TO PLAINTIFF: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| JOYCE MITCHELL V. SANOFI-AVENTIS LLC, ET AL | Civil Action No. 2:17-cv-17400 |

**ORDER**

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff (Doc. 10884);

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff Jimmie Earl Mitchell, as surviving spouse, is substituted for Plaintiff Joyce Mitchell as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
**United States District Judge**