UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H' (5) |
| THIS DOCUMENT RELATES TO Dora Sanford v. Hospira, et al. Case No. 2:17-cv-09417 | |

### NOTICE OF APPEAL

Plaintiff, Dora Sanford, hereby gives notice of her appeal to the United States Court of Appeals for the Fifth Circuit from the Order (Doc. 10807, entered July 17, 2020) and Judgment (Doc. 10813, entered July 20, 2020) and all opinions and orders that merge therein of the Honorable Jane Triche Milazzo, District Judge for the Eastern District of Louisiana, dismissing Plaintiff's claims in their entirety.

Dated: August 17, 2020

Respectfully submitted,

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com
*Plaintiff's Counsel*

Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com
*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>  */s/ Michael P. McGartland*
>  MICHAEL P. MCGARTLAND