UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Certain Cases*

# ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum in Support of the Motion for Reconsideration of Order Granting in Part the Defendants' Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere Treatment Started Before December 15, 2006;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiffs' Reply Memorandum in Support of the Motion for Reconsideration of Order Granting in Part the Defendants' Motion for Summary Judgment on the Claims of Plaintiffs whose Taxotere Treatment Started Before December 15, 2006 into the record in this matter.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE