# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Latashia Turner v. Accord Healthcare, Inc. and Sandoz, Inc.*<br>Case No. 2:19-cv-14797 | MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Substitute (Doc. 10910);

**IT IS ORDERED** that the Plaintiff's Motion to Substitute Party is hereby **GRANTED**, and that John Arthur Johnson, Jr., on behalf of Latashia Turner, deceased, and the Estate of Latashia Turner, be substituted as the proper party plaintiff.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
Hon. Jane Triche Milazzo
United States District Judge