UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENTS RELATES TO
June Phillips, Case No. 2:16-cv-15397

## ORDER

Considering the Motion for Leave to File Reply in Support of Motion to Tax Costs Against Plaintiff June Phillips filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of Motion to Tax Costs Against Plaintiff June Phillips is hereby entered into the Court's docket.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE