UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Mary Hinton v. Sanofi-Aventis U.S.LLC, Inc.., et al.;*<br>Case No. 2:16-cv-16256 | | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF
## AND NAME JULIO PEREZ AS A PROPER PARTY

COMES now Terence J. Sweeney for the Plaintiff and move this Honorable Court for an Order granting Substitution, *nunc pro tunc,* or alternatively, under F.R.C.P. §§25, and 6(b)(1)(B) for an extension of time for good cause, of Julio Perez on behalf of Mary Hinton. The grounds for this motion are set forth as follows:

1. On October 25, 2016, plaintiff Mary Hinton filed a complaint in the instant matter.

2. On March 3, 2020, plaintiff Mary Hinton died.

3. Notified of her passing, counsel filed a Suggestion of Death on her behalf on April 13, 2020. See Exhibit A.

4. On April 24, 2020, counsel forwarded an application for appointment of Ms. Nikki Oliver, a resident of Texas and Ms. Hinton's only child, as Administratrix of plaintiff's estate.

5. On April 26, 2020, unable to speak with anyone directly in the Norfolk Circuit Court for Probate in Virginia, I emailed the Deputy Clerk for Probate, Wills and Estates, Ryan Gallagher. On April 27, 2020, Mr. Gallagher emailed me and stated that the court was closed and her application would have to wait until the courts re-opened (due to the COVID 19 closures).

6. On May 11, 2020, I emailed Mr. Gallagher to determine the court's status. I did not receive an answer. On June 24, 2020, I emailed Mr. Gallagher inquiring of her application. He emailed me that the courts would be scheduling appointments beginning the week of July 29, 2020, on Wednesday and Thursday afternoons only, "due to new social distancing and security

measures." Further, the court did not permit Skype appearances for out of state residents, at this time.

7. On June 24, 2020, Ms. Oliver informed counsel that she could not travel to Virginia due to COVID 19 concerns. She suggested her father, Julio Perez, a resident of Virginia, in the County of Norfolk, be appointed in her stead.

8. Counsel contacted Mr. Perez, who had been out of state, on July 9, 2020; I submitted his application, by regular mail in accordance with Mr. Gallagher's instructions, to Administrator on July 15, 2020 to the Norfolk Circuit Court for Probate.

9. On July 30, 2020, Mr. Gallagher acknowledged receipt of the application of Mr. Perez, and scheduled Mr. Perez' appointment for August 11, 2020.

10. On August 11, 2020, Mr. Perez was appointed Adminstrator of the Estate of Mary Hinton and granted Letters of Testamentary.

11. On August 6, 2020, I conferred with counsel for Sanofi and Winthrop with regard to this motion; this afternoon, defense counsel informed me that they do not oppose and consent to the instant application.

12. Because of the Probate court's COVID 19 closure, counsel had been unable to have anyone appointed as Administrator of plaintiff's estate. Counsel diligently communicated with Probate court and client to ensure that this appointment occurred as soon as possible.

WHEREFORE, movant prays for said substitution, as of July 1, 2020, *nunc pro tunc*, or granting such substitution as of this date for good cause being shown.

Respectfully submitted,

By:

/s/ Terence J. Sweeney, Esq.

                                            Terence J. Sweeney, Esq.
                                            Law Offices of Terence J. Sweeney, Esq.
                                            44 Fairmount Avenue
                                            Suite 1
                                            Chatham, New Jersey  07928
                                            Telephone: (973) 665-0400
                                            Facsimile:  (973) 665-0401
                                            *Attorneys for the Plaintiff Mary Hinton*

Dated: August 17, 2020
       Chatham, New Jersey

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was furnished by operation of the Court's Electronic Case Filing System on counsel of record in case No. 2:16-MD-2740, on this 17th day of August, 2020

/s/ Terence J. Sweeney
Terence J. Sweeney, Esq.

Dated:   Chatham, New Jersey
August 17, 2020

Law Offices of Terence J. Sweeney, Esq.

By:    s/    Terence J. Sweeney_____
Terence J. Sweeney
44 Fairmount Avenue
Suite One
Chatham, New Jersey 07928
Telephone  (973) 665-0400
Facsimile   (973) 665-0401
Attorneys for the plaintiff
Mary Hinton