UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| *Mary Hinton v. Sanofi-Aventis U.S.LLC, Inc.., et al.;*<br>*Case No. 2:16-cv-16256* | : : : | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Mary Hinton, files this Suggestion of Death upon the Record. Plaintiff Mary Hinton departed this world on or about March 3, 2020 during the pendency of this civil action. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Hinton's estate.

Dated: Chatham, New Jersey
April 13, 2020

                                        Law Offices of Terence J. Sweeney, Esq.

                                        By:    s/    Terence J. Sweeney
                                                         Terence J. Sweeney
                                          44 Fairmount Avenue
                                          Suite One
                                          Chatham, New Jersey 07928
                                          Telephone  (973) 665-0400
                                          Facsimile   (973) 665-0401
                                          Attorneys for the plaintiff
                                          Mary Hinton

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Suggestion of Death was filed electronically by operation of the Court's Electronic Case Filing System on counsel of record in case No. 2:16-MD-2740.

/s/ Terence J. Sweeney
Terence J. Sweeney, Esq.