UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Mary Hinton v. Sanofi-Aventis U.S.LLC, Inc.., et al.;* *Case No. 2:16-cv-16256* | : : : | |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Mary Hinton (Doc.        ).

**IT IS ORDERED** that the Motion is **GRANTED**, nunc pro tunc, as of July 1, 2020, and for good cause shown, and Plaintiff Julio Perez, as Administrator of the Estate of Mary Hinton, is substituted for Plaintiff Mary Hinton as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this       day of August, 2020.

_____
Hon. Jane Triche Milazzo
United States District Judge