UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Brenda Mixon, No. 18-6581.

---

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF BRENDA MIXON AND ENTRY OF ORDER TO SHOW CAUSE

---

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court for summary judgment on the claims of MDL Plaintiff Brenda Mixon. The Michigan Product Liability Act ("MPLA") provides a "complete defense" in product liability actions when the Food and Drug Administration ("FDA") approved the safety and efficacy of a drug and the drug label complied with FDA approval at the time it left the manufacturer's control. Mich. Comp. Laws Ann. § 600.2946(5). No exception to the MPLA applies in Ms. Mixon's case.

Nor is Ms. Mixon the only plaintiff whose claims are barred by the MPLA. In deciding this motion as to Ms. Mixon, the Court should also enter an order requiring similarly situated plaintiffs (*i.e.*, those who were prescribed or administered Taxotere in Michigan) to show cause why the MPLA does not bar their claims.

For the reasons more fully set forth in the attached Memorandum in Support, the Court should enter summary judgment in Sanofi's favor on Ms. Mixon's claims and direct the remaining Michigan plaintiffs to show cause why the MPLA does not bar their claims.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and
Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*