UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Brenda Mixon, No. 18-6581.

---

**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF BRENDA MIXON AND ENTRY OF ORDER TO SHOW CAUSE**

---

Sanofi submits this Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment under Local Rule 56.1:

**Plaintiff Brenda Mixon**

1. Ms. Mixon directly filed her lawsuit in this Court.[1]

2. Ms. Mixon alleges that she suffered injuries after receiving Taxotere, a chemotherapy drug mainly used to treat breast cancer.[2]

3. Ms. Mixon has asserted six claims: (1) strict products liability—failure to warn; (2) negligence; (3) negligent misrepresentation; (4) fraudulent misrepresentation; (5) fraudulent concealment; and (6) fraud and deceit.[3]

4. Ms. Mixon is a Michigan resident.[4]

5. Ms. Mixon was prescribed Taxotere in Michigan.[5]

---

[1] **Ex. 1**, Mixon First Am. Pl. Fact Sheet ("PFS") § I.1–4; *see generally* **Ex. 2**, Mixon Short Form Compl. ("SFC").

[2] Rec. Doc. 4407 at ¶¶ 1–3 (Pls.' Second Am. Master Compl.); Ex. 2, Mixon SFC 1 (incorporating Master Complaint).

[3] Ex. 2, Mixon SFC ¶ 13.

[4] *Id.* ¶ 4; Ex. 1, Mixon PFS § I.10, 13.

[5] Ex. 1, Mixon PFS § V.6, 12–13.

6.       Ms. Mixon was administered Taxotere in Michigan in 2008.[6]

## FDA Approval of Taxotere and Accompanying Labels

7.       In 1996, FDA approved Taxotere for the treatment of cancer patients in the United States.[7]

8.       Between May 17, 1996 and 2004, FDA approved nine amendments to the Taxotere label.[8]

9.       On March 17, 2004, Sanofi submitted to FDA a supplemental New Drug Application (sNDA) seeking the Agency's approval to expand the use of Taxotere for the adjuvant treatment of patients with node-positive breast cancer.[9]

10.      On August 18, 2004, FDA approved Sanofi's sNDA, including a revised Taxotere label.[10]

11.      From August 18, 2004 to May 29, 2008, FDA approved amendments to the Taxotere label seven times.[11]

---

[6] *Id.* § V.12, 14–15.

[7] **Ex. 3**, May 14, 1996, FDA Approval of Taxotere (Sanofi_01380011).

[8] **Ex. 4**, January 1998, Taxotere United States Package Insert (Sanofi_000011); **Ex. 5**, June 1998, Taxotere United States Package Insert (Sanofi_000019); **Ex. 6**, December 1999, Taxotere United States Package Insert (Sanofi_000027); **Ex. 7**, July 9, 2002, Taxotere United States Package Insert (Sanofi_000031); **Ex. 8**, July 30, 2002, Taxotere United States Package Insert (Sanofi_000057); **Ex. 9**, January 2003, Taxotere United States Package Insert (Sanofi_000083); **Ex. 10**, April 2003, Taxotere United States Package Insert (Sanofi_000109); **Ex. 11**, May 2004, Taxotere United States Package Insert (Sanofi_000140); **Ex. 12**, August 2004, Taxotere United States Package Insert (Sanofi_000175).

[9] **Ex. 13**, April 15, 2004, FDA Letter to Sanofi (Sanofi_00427233).

[10] **Ex. 14**, August 18, 2004, FDA Label Approval (Sanofi_05506899, at 05506926-27); Ex. 12 (Sanofi_000175).

[11] **Ex. 15**, January 6, 2005 Approval Letter (Sanofi_05270720); **Ex. 16**, August 11, 2005 Approval Letter (Sanofi_00359759); **Ex. 17**, November 5, 2005 Approval Letter (Sanofi_05460031); **Ex. 18**, March 22, 2006 FDA Approval Letter (Sanofi_05454872); **Ex. 19**, June 7, 2006 FDA Approval Letter (Sanofi_00374587); **Ex. 20**, October 17, 2006 FDA Approval Letter (Sanofi_00819535); **Ex. 21**, September 28, 2007 FDA Approval Letter (Sanofi_05363153).

12. The September 28, 2007 Taxotere label was the operative Taxotere label at the time of Plaintiff's treatment.[12]

13. Since 2010, FDA has approved at least six changes to the Taxotere label, each time preserving the alopecia and hair loss information as amended by FDA in 2010.[13]

14. At all times relevant to Ms. Mixon's case, Taxotere and its warnings have remained FDA-approved.[14]

                                                Respectfully submitted,

                                                /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

---

[12] Ex. 21, September 28, 2007 FDA Approval Letter (Sanofi_05363153).

[13] *See* **Ex. 22**, September 7, 2011, NDA 20-449/s-064, FDA Approval Letter (Sanofi_00168503, at 00168504, 00168528-29); **Ex. 23**, December 15, 2011, NDA 20-449/s-065, FDA Approval Letter (Sanofi_03066744); **Ex. 24**, April 13, 2012, NDA 20-449/s-063, FDA Approval Letter (Sanofi_00612476); **Ex. 25**, June 26, 2013, NDA 20-449/s-069, FDA Approval Letter (Sanofi_00612347, at 00612347-48); **Ex. 26**, December 13, 2013, NDA 20-449/s-071, FDA Approval Letter (Sanofi_00261420, at 00261420-21); **Ex. 27**, November 14, 2014, NDA 20-449/s-073, FDA Approval Letter (Sanofi_00261952, at 00261952-53).

[14] *Cf.* Ex. 1, Mixon PFS § V.12, *with* DSOF ¶¶ 7–12.

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*