UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Brenda Mixon, No. 18-6581.

### DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS 3-27 TO THEIR MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF BRENDA MIXON AND ENTRY OF ORDER TO SHOW CAUSE UNDER SEAL

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully request leave of Court to file under seal Exhibits 3 (Rec. Doc. 10978-5), 4 (Rec. Doc. 10978-6), 5 (Rec. Doc. 10978-7), 6 (Rec. Doc. 10978-8), 7 (Rec. Doc. 10978-9), 8 (Rec. Doc. 10978-10), 9 (Rec. Doc. 10978-11), 10 (Rec. Doc. 10978-12), 11 (Rec. Doc. 10978-13), 12 (Rec. Doc. 10978-14), 13 (Rec. Doc. 10978-15), 14 (Rec. Doc. 10978-16), 15 (Rec. Doc. 10978-17), 16 (Rec. Doc. 10978-18), 17 (Rec. Doc. 10978-19), 18 (Rec. Doc. 10978-20), 19 (Rec. Doc. 10978-21), 20 (Rec. Doc. 10978-22), 21 (Rec. Doc. 10978-23), 22 (Rec. Doc. 10978-24), 23 (Rec. Doc. 10978-25), 24 (Rec. Doc. 10978-26), 25 (Rec. Doc. 10978-27), 26 (Rec. Doc. 10978-28), and 27 (Rec. Doc. 10978-29) to their Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Show Cause Order (Rec. Doc. 10978).

Sanofi respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b)

information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Exhibits 3-27 contain confidential and/or "protected information," as set forth in PTO 50. For these reasons, Exhibit 3-27 must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the exhibits at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Therefore, under PTO 50 and the applicable case law, Exhibits 3-27 should be filed under seal.

    Respectfully submitted,

    /s/ *Douglas J. Moore*
    Douglas J. Moore (Bar No. 27706)
    **IRWIN FRITCHIE URQUHART & MOORE LLC**
    400 Poydras Street, Suite 2700
    New Orleans, LA 70130
    Telephone: 504-310-2100
    Facsimile: 504-310-2120
    dmoore@irwinllc.com

        Harley V. Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY& BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        hratliff@shb.com
        abyard@shb.com

        *Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        /s/ *Douglas J. Moore*