UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | |

### CASE MANAGEMENT ORDER NO. 14G
### (AMENDED TRIAL SCHEDULE – TRIALS 2A-5)

In light of unforeseeable delays, and as a result of government emergency declarations in response to the COVID-19 pandemic, the parties have agreed to amend the pretrial deadlines and trial dates as set forth in the attached charts. The Court enters this Case Management Order adopting the amended deadlines and trial dates proposed by the parties.

New Orleans, Louisiana, this 19th day of August, 2020.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

**Taxotere MDL**
**Revised Trial 2A (Kahn) Schedule**

|  | Trial #2A (Kahn v. Sanofi) AGREED |
|---|---|
| Trial Pool Nomination ¶ 7(a) | Completed |
| Phase I Discovery in Trial Pool Cases ¶ 7(d) | Completed |
| Final Plaintiff Selection - Parties' Nomination ¶ 7(b) | Completed |
| Final Plaintiff Selection - Court's Selection ¶ 7(b) | Completed |
| Preliminary Witness List (new) | Completed |
| Amendments to Pleadings (new) | Completed |
| Initial Motions and Briefs | Completed |
| Initial Opposition Briefs | Completed |
| Initial Reply Briefs | Completed |
| Hearing and Argument (week of:) | Completed |
| Phase II Discovery in Selected Trial Pool Cases * | Completed |
| 2nd Round of Motions and Briefs ¶ 65(a) | Thursday, August 13, 2020 |
| 2nd Round of Opposition Briefs ¶ 5(b) | Monday, September 14, 2020 |
| 2nd Round of Reply Briefs | Thursday, September 24, 2020 |
| 2nd Round of Hearing and Argument ¶ 5(d) (week of:) | Week of October 5, 2020 |
| Remaining Plaintiff Expert Reports ¶ 4(a) ** | Monday, September 14, 2020 |
| Remaining Plaintiff Expert depositions ¶ 4(a) *** | Friday, October 2, 2020 |
| Remaining Defendant Expert Reports ¶ 4(b) **** | Friday, October 9, 2020 |
| Remaining Defendant Expert Depositions ¶ 4(b) *** | Friday, October 23, 2020 |
| 3rd Round of Motions and Briefs ¶ 65(a) | Tuesday, October 27, 2020 |
| 3rd Round of Opposition Briefs ¶ 5(b) | Wednesday, November 11, 2020 |
| 3rd Round of Reply Briefs | Wednesday, November 18, 2020 |
| 3rd Round of Hearing and Argument ¶ 5(d) (week of:) | Week of November 30, 2020 |
| Final Witness List ¶ 6(b) | Tuesday, December 01, 2020 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Tuesday, December 01, 2020 |
| Jury Questionnaire ¶ 6(a) | Thursday, December 03, 2020 |
| Motions in Limine ¶ 6(d) | Tuesday, December 07, 2020 |
| Oppositions to Motions in Limine ¶ 6(h) | Tuesday, December 22, 2020 |
| Counter Designations ¶ 6(e) | Wednesday, December 16, 2020 |
| Objections to Designations ¶ 6(f) | Wednesday, December 23, 2020 |
| Responses to Objections to Designations (new) | Monday, January 4, 2021 |
| Submit Designations to Court (new) | Wednesday, January 6, 2021 |
| Final Pretrial Order (new) | Thursday, January 14, 2021 |
| Final Pretrial Conference ¶ 6(j) | Tuesday, January 19, 2021 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Friday, January 22, 2021 |
| Jury Selection | Friday, January 29, 2021 |
| Trial | Monday, February 01, 2021 |

**Paragraph (¶) references are to the descriptions in Case Management Order No. 14 (Doc. 3064).**

**\* Some fact discovery remains to be completed by agrement of the parties.**

**\*\* This examination must occur no later than September 5, 2020. Any pathology specimens and/or slides must be received by sanofi no later than September 10, 2020.**

**\*\*\* Both parties will provide deposition dates for their experts between reports and the deadline, providing two possible dates per expert.**

**\*\*\*\* Ms. Kahn must keep her schedule open for potential Rule 35 exam between September 14 and October 2.**

**Taxotere MDL**
**Revised Trial Schedule (Trials 3-5)**

|  | Trial #3 (505(b)(2)) | Trial #4 (Sanofi MS) | Trial #5 (505(b)(2)) |
|---|---|---|---|
| Trial Pool Nomination ¶ 7(a) | Completed | Completed | Completed |
| Phase I Discovery in Trial Pool Cases ¶ 7(d) | Completed | Friday, October 2, 2020 | Friday, October 30, 2020 |
| Final Plaintiff Selection - Parties' Nomination ¶ 7(b) | Completed | Friday, October 9, 2020 | Friday, November 6, 2020 |
| Final Plaintiff Selection - Court's Selection ¶ 7(b) | Completed | Friday, October 16, 2020 | Friday, November 20, 2020 |
| Preliminary Witness List (new) | Completed | Friday, October 30, 2020 | Friday, December 4, 2020 |
| Amendments to Pleadings (new) | Completed | Monday, June 29, 2020 | Monday, June 29, 2020 |
| Initial Motions and Briefs* | Completed | Friday, November 6, 2020 | Friday, January 15, 2021 |
| Initial Opposition Briefs* | Completed | Friday, November 20, 2020 | Friday, January 29, 2021 |
| Initial Reply Briefs* | Completed | Friday, December 4, 2020 | Friday, February 12, 2021 |
| Hearing and Argument (week of:)* | Completed | Monday, December 14, 2020 | Monday, February 22, 2021 |
| Phase II Discovery in Selected Trial Pool Cases | Completed | Friday, January 22, 2021 | Friday, March 19, 2021 |
| Plaintiff Expert Reports ¶ 4(a) | Monday, June 8, 2020 | Monday, February 15, 2021 | Friday, March 26, 2021 |
| Plaintiff Expert depositions ¶ 4(a) | Friday, August 28, 2020 | Friday, March 19, 2021 | Friday, April 30, 2021 |
| Defendant Expert Reports ¶ 4(b) | Friday, July 24, 2020** | Wednesday, March 24, 2021 | Wednesday, May 5, 2021 |
| Defendant Expert Depositions ¶ 4(b) | Friday, October 9, 2020 | Wednesday, April 21, 2021 | Wednesday, June 9, 2021 |
| Motions and Briefs ¶ 65(a) | Monday, November 9, 2020 | Wednesday, April 28, 2021 | Wednesday, June 16, 2021 |
| Opposition Briefs ¶ 5(b) | Friday, December 4, 2020 | Wednesday, May 19, 2021 | Friday, July 9, 2021 |
| Reply Briefs | Friday, December 18, 2020 | Tuesday, June 8, 2021 | Wednesday, July 28, 2021 |
| Hearing and Argument ¶ 5(d) | Wed-Fri. January 6, 7, and 8, 2021 | Week of June 14, 2021 | Week of 8/2/2021 or 8/9/2021 |
| Final Witness List ¶ 6(b) | Tuesday, March 23, 2021 | Tuesday, June 22, 2021 | Tuesday, August 24, 2021 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Tuesday, March 23, 2021 | Tuesday, June 22, 2021 | Tuesday, August 24, 2021 |
| Jury Questionnaire ¶ 6(a) | Thursday, March 25, 2021 | Friday, June 25, 2021 | Friday, August 27, 2021 |
| Motions in Limine ¶ 6(d) | Tuesday, March 30, 2021 | Tuesday, June 29, 2021 | Tuesday, August 31, 2021 |
| Oppositions to Motions in Limine ¶ 6(h) | Tuesday, April 13, 2021 | Tuesday, July 13, 2021 | Tuesday, September 14, 2021 |
| Counter Designations ¶ 6(e) | Wednesday, April 21, 2021 | Wednesday, July 14, 2021 | Wednesday, September 15, 2021 |
| Objections to Designations ¶ 6(f) | Monday, April 26, 2021 | Monday, July 19, 2021 | Monday, September 20, 2021 |
| Responses to Objections to Designations (new) | Thursday, April 29, 2021 | Thursday, July 22, 2021 | Thursday, September 23, 2021 |
| Submit Designations to Court (new) | Monday, May 3, 2021 | Monday, July 26, 2021 | Monday, September 27, 2021 |
| Final Pretrial Order (new) | Thursday, May 6, 2021 | Thursday, July 29, 2021 | Thursday, September 30, 2021 |
| Final Pretrial Conference ¶ 6(j) | Tuesday, May 11, 2021 | Wednesday, August 4, 2021 | Wednesday, October 6, 2021 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Friday, May 14, 2021 | Friday, August 6, 2021 | Friday, October 8, 2021 |
| Jury Selection | Friday, May 21, 2021 | Friday, August 13, 2021 | Monday, October 18, 2021 |
| Trial | Monday, May 24, 2021 | Monday, August 16, 2021 | Monday, October 18, 2021 |

\* This initial motion deadline does not require the filing of any motion, and the parties agree that they will not argue that any later-filed motion should have been filed by this deadline.

\*\* This date reflects agreement by the parties to make an exception to the timing and order of expert discovery for purposes of the Trial 3 schedule only and based only on the impact of the pandemic on deposition scheduling.

**Paragraph (¶) references are to the descriptions in Case Management Order No. 14 (Doc. 3064).**