UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Mary Hinton v. Sanofi-Aventis U.S.LLC, Inc.., et al.;* *Case No. 2:16-cv-16256* | : | |
| | : | |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Mary Hinton (Doc. 10973);

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff Julio Perez, as Administrator of the Estate of Mary Hinton, is substituted for Plaintiff Mary Hinton as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 20th day of August, 2020.

Hon. Jane Triche Milazzo
United States District Judge