# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>*Lula Gavin, Case No. 2:18-cv-11232*<br>*Clare Guilbault, Case No. 2:16-cv-17061*<br>*Debbie Hubbard, Case No. 2:18-cv-10283*<br>*Audrey Plaisance, Case No. 2:18-cv-08068* | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Plaintiffs' Reply Memorandum in Support of their Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs for Trial Five,

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiffs' Reply Memorandum in Support of their Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs for Trial Five into the record.

New Orleans, Louisiana, this 20th day of August, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE