UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

**Sheila Crayton, Case No. 2:17-cv-05923.**

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Their Motion for Summary Judgment on the Claims of Sheila Crayton, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of Their Motion for Summary Judgment on the Claims of Sheila Crayton, is hereby entered into the Court's docket.

New Orleans, Louisiana, this 20th day of August, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE