# United States Court of Appeals
# for the Fifth Circuit

**A True Copy**
Certified order issued Aug 20, 2020

Tyle W. Cayce

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-30405

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

_____

JUNE PHILLIPS,

    *Plaintiff—Appellant*,

*versus*

SANOFI S.A.; SANOFI U.S. SERVICES, INCORPORATED, FORMERLY KNOWN AS SANOFI-AVENTIS U.S., INCORPORATED; SANOFI-AVENTIS, U.S., L.L.C.,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:16-CV-15397

_____

Before HIGGINBOTHAM, SMITH, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the unopposed motion of Appellees Sanofi U.S. Services, Incorporated and Sanofi-Aventis, U.S., L.L.C. for partial dismissal of the appeal as to Sanofi S.A. is GRANTED.