# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 20, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30405   In re: Taxotere Prod Liability
                           USDC No. 2:16-MD-2740
                           USDC No. 2:16-CV-15397

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate as to appellee Sanofi S.A.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Rebecca L. Leto, Deputy Clerk
                           504-310-7703

cc w/encl:
    Ms. Betsy J. Barnes
    Ms. Dawn M. Barrios
    Ms. Ilana H. Eisenstein
    Ms. Rachel Horton
    Mr. Matthew Palmer Lambert
    Mr. Douglas John Moore
    Mr. Harley Ratliff

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

———

Case No. 20-30405

———

In re: Taxotere (Docetaxel) Products Liability Litigation

---

June Phillips,

        Plaintiff - Appellant

v.

Sanofi U.S. Services, Incorporated, formerly known as Sanofi-Aventis U.S., Incorporated; Sanofi-Aventis, U.S., L.L.C.,

        Defendants - Appellees