UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Lula Gavin, Case No. 2:18-cv-11232*
*Clare Guilbault, Case No. 2:16-cv-17061*
*Debbie Hubbard, Case No. 2:18-cv-10283*
*Audrey Plaisance, Case No. 2:18-cv-08068*

## HOSPIRA'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINTS

Hospira, Inc. and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. (together, "Hospira") respectfully request leave to file the attached Surreply in Opposition to Plaintiffs' Motion for Leave to File Amended Short Form Complaints (Doc. 10817) to address a misrepresentation of the record in Plaintiffs' Reply Memorandum (Doc. 10989).

WHEREFORE, Hospira respectfully requests that this Motion be granted and its Surreply be filed into the record.

Date: August 21, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Mark S. Cheffo*
　　　　　　　　　　　　　　　　　　　　Mark S. Cheffo
　　　　　　　　　　　　　　　　　　　　Mara Cusker Gonzalez
　　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　　Three Bryant Park
　　　　　　　　　　　　　　　　　　　　1095 Avenues of Americas, 31st Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 689-3814
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 698-3599

Mark.Cheffo@dechert.com
Maracusker.Gonzalez@dechert.com

<u>/s/ *John F. Olinde*</u>
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
CHAFFE McCALL LLP
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 858-7000
Facsimile: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*