UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
*Lula Gavin, Case No. 2:18-cv-11232*
*Clare Guilbault, Case No. 2:16-cv-17061*
*Debbie Hubbard, Case No. 2:18-cv-10283*
*Audrey Plaisance, Case No. 2:18-cv-08068*

## [PROPOSED] ORDER

Considering the foregoing Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion for Leave to File Amended Short Form Complaints,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Hospira's Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion for Leave to File Amended Short Form Complaints into the record.

New Orleans, Louisiana, this ___ day of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE