UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits 2-9 to Plaintiff's Partial Motion for Summary Judgment on the Comparative Fault of her Treating Physicians and Misuse of Taxotere Under Seal (Rec. Doc. 10916);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibits 2-9 to Plaintiff's Partial Motion for Summary Judgment on the Comparative Fault of her Treating Physicians and Misuse of Taxotere (Rec. Doc. 10915) **UNDER SEAL**.

New Orleans, Louisiana, this 20th day of August, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE