**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Gita Mohebbi* | * | CIVIL ACTION NO. 2:17-cv-06647 |
| | * | |

## PLAINTTIF'S MEMORANDUM IN SUPPORT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff, Gita Mohebbi by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Gita Mohebbi, that was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair.  Her original suit was filed on July 11, 2017.

Subsequent to the filing of her original lawsuit, Plaintiff received from Kaiser Permanente, a completed *Statement Regarding Chemotherapy Drug Administered* identifying Sanofi defendants and Hospira Inc.; Hospira Worldwide, LLC a/k/a Hospira Worldwide, Inc as manufactures of the Taxotere (Docetaxel) that was administered to Ms. Mohebbi.  Plaintiff wishes to add Hospira Inc.  and Hospira Worldwide, LLC a/k/a Hospira Worldwide, Inc. in Plaintiff's case as a manufacturer of the chemotherapy drug which allegedly caused her permanent hair loss.

Plaintiff, therefore, desires to amend the Complaint to include an allegation against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc. and add that she only recently became aware of these allegations.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Eric W. Newell
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 24th day of August, 2020.

  /s/Eric W. Newell
Eric W. Newell