UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H"

THIS DOCUMENT RELATES TO

Elizabeth Kahn, Case No. 2:16-cv-17039

# ORDER

　　　Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. under seal;

　　　**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. **UNDER SEAL**.

　　　New Orleans, Louisiana, this 20th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE