UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039

## ORDER

　　Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Motion to Exclude Testimony of Dr. Janet Arrowsmith Under Seal (Rec. Doc. 10927),

　　**IT IS ORDERED** that said Motion is **GRANTED**;

　　**IT IS FURTHER ORDERED** that the Clerk of Court shall file the unredacted attachments (Exhibits A-E) to the Plaintiff's Motion to Exclude Testimony of Dr. Janet Arrowsmith (Rec. Doc. 10926) **UNDER SEAL**.

　　New Orleans, Louisiana, this 20th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE