UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                 MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                 SECTION "H"

**THIS DOCUMENT RELATES TO**

**Elizabeth Kahn, Case No. 2:16-cv-17039**

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Motion to Exclude Expert Testimony of Dr. David Madigan under seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Motion to Exclude Expert Testimony of Dr. David Madigan **UNDER SEAL**.

New Orleans, Louisiana, this 20th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE