UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

Considering the *Ex Parte* Motion for Leave to File Exhibit J to their Motion to Exclude Expert Testimony of Ellen Feigal, M.D. Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit J (Rec. Doc. 10931-11) **UNDER SEAL**.

New Orleans, Louisiana, this 20th day of August, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE