```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


****************************************************************
IN RE: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION            SECTION "H" (5)
                                         Wednesday, August 5, 2020
This document relates to:
All cases
****************************************************************



    TRANSCRIPT OF GENERAL STATUS CONFERENCE VIA VIDEO CONFERENCE
          HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                     UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR PLAINTIFFS:              Dawn M. Barrios, Esquire
                             BARRIOS, KINGSDORF & CASTEIX
                             701 Poydras Street, Suite 3650
                             New Orleans, LA 70139



                             M. Palmer Lambert, Esquire
                             GAINSBURGH, BENJAMIN, DAVID
                                 MEUNIER & WARSHAUER
                             1100 Poydras Street, Suite 2800
                             New Orleans, LA 70163



FOR DEFENDANTS:              Douglas J. Moore, Esquire
                             IRWIN, FRITCHIE, URQUHART & MOORE
                             400 Poydras Street, Suite 2700
                             New Orleans, LA  70130





                       OFFICIAL TRANSCRIPT
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR DEFENDANTS:              John F. Olinde, Esquire
                                 CHAFFE MCCALL
 4                               1100 Poydras Street, Suite 2300
                                 New Orleans, LA  70163
 5

 6

 7                               Julie A. Callsen, Esquire
                                 TUCKER ELLIS
 8                               950 Main Avenue, Suite 1100
                                 Cleveland, OH 44113
 9

10

11

12

13  Official Court Reporter:     Alexis A. Vice, RPR, CRR
                                 500 Poydras Street, HB-275
14                               New Orleans, LA 70130
                                 (504) 589-7777
15                               Alexis_Vice@laed.uscourts.gov

16

17
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
18  PRODUCED BY COMPUTER.

19

20

21

22

23

24

25

                          OFFICIAL TRANSCRIPT
```

```
 1                      P-R-O-C-E-E-D-I-N-G-S
 2                    WEDNESDAY, AUGUST 5, 2020
 3                    (GENERAL STATUS CONFERENCE)
 4
 5            THE COURT: All right, we're ready to proceed.  Thank
 6  you.
 7            MS. BARRIOS: Thank you, Your Honor.  Dawn Barrios
 8  co-liaison counsel with Mr. Palmer Lambert for the plaintiffs.
 9            We had filed the joint report yesterday.  So all
10  counsel should have it and can refer to it for details.
11            I'd like to take about ten minutes just to go over
12  the highlights, Your Honor, of what has happened since our last
13  status conference in January.  I want all parties to know that
14  the judge and the attorneys have been working incredibly hard;
15  even though we haven't had these status conferences.
16            Please note that the Eastern District has issued
17  COVID 20-9 which is an order that will not allow jury trials in
18  the Eastern District until October $5^{th}$, 2020.  So we are
19  faced with that order, but nonetheless, we have been doing lots
20  of behind-the-scenes work.
21            The pretrial orders that are important are --
22  actually, there's really just one I wanted to mention.  It's
23  Pretrial Order 105 regarding short form complaint amendments
24  and allegations related to the statute of limitations.  I'm
25  going to mention a few words about that when we get to it
```

1 substantively in the joint report. But it's very, very
2 important that you know this, and the PSC will be sending
3 guidance out on that for all plaintiffs' counsel.
4         In No. 6, please note that we have a new short form
5 complaint. It was put in on May 13th, 2020 really to correct
6 some things that should have been corrected earlier. It's
7 found on the Forms tab under the MDL, and we also have a
8 footnote on page 5 of a hyperlink to get you there.
9         With regard to PTO 105, that's the order the judge
10 issued regarding amendments to short form complaints related to
11 statute of limitations, please note that there are three
12 different deadlines depending on your filing and status. The
13 first one, deadline relates to those cases that were filed
14 prior to the date of the order which was May 11th, 2020. The
15 second classification is for bellwethers. They have their own
16 deadline. The third classification is for those cases filed
17 after the date of the order, May 11th, 2020.
18         I'd like to read a portion of the order because it's
19 incredibly important for all plaintiffs' counsel to be very
20 aware of. The Court states: "Within the terms set forth in
21 this order, plaintiffs may amend their complaints to add
22 factual allegations regarding particularized facts, individual
23 and specific, to each plaintiff's medical care and treatment
24 and/or plaintiff's communication with medical professionals."
25         And I'll note that nothing in PTO 105 requires that

1  anyone amend the complaint.  It merely sets forth the deadlines
2  and parameters if you decide to amend your complaint to address
3  SOL issues.
4       With regard to product identification, we've had some
5  movement on discovery against the distributors.  We have an
6  arrangement with AmerisourceBergen.  They will provide us
7  information with regard to a facility that you do not have NPC
8  codes from if we provide a facility name, address, and the date
9  of infusion.  Those requests need to go through Mr. Lambert and
10 myself, and you are not to file a subpoena against
11 AmerisourceBergen.  Because if you do, they're going to just
12 send it to me, and I'm going to put it in a list.  So we're
13 here to help with those subpoenas.
14       McKesson, on the other hand, is requiring a subpoena
15 for any information regarded to product ID.  And counsel for
16 Cardinal Health is actually in negotiations with us on how to
17 accomplish getting information from Cardinal Health on
18 distribution.
19       We have trial dates set.  We have the trial which we
20 call 2A, Plaintiff Kahn, is set for February 1st, 2021.  It
21 was originally set in October, but we recognize, with the
22 Court's guidance, the almost impossibility of going forward
23 with that case during the COVID crisis.  So everyone agreed to
24 move it to February 1st.  Trial No. 3 is going to be
25 May 24th, 2021.  Trial 4 is in August, and Trial 5 is slated

1  for October 18th.

2           There's been lots of motions and orders issued in
3  conjunction with those motions, and I particularly point you to
4  the Motion Practice section.  That's No. 14 in the joint
5  report.  But I would like to mention a few very important ones.
6  Sanofi had filed a motion for summary judgment on the claims of
7  plaintiffs whose Taxotere treatment started prior to
8  December 15, 2006.  The Court granted the motion in part and
9  deferred it in part, and the plaintiffs have filed a motion for
10 reconsideration.  The defendants have opposed that, and all
11 briefing has been complete.

12          Sanofi also filed a motion for summary judgment on
13 the claims of plaintiffs whose Taxotere treatment started after
14 December 11th, 2015.  And after oral argument, the Court
15 granted that motion.  That motion -- I'm sorry, that order
16 dismissed claims, not cases of plaintiffs.

17          In July, Sanofi filed a motion for entry of an order
18 requiring proof of diagnosis.  Based upon liaison counsel's
19 discussion with the Court today, that will be withdrawn, and
20 the Court has allowed the parties to file it after the third
21 trial.

22          With regard to the last motion I wanted to raise for
23 you is the motion for summary judgment on the claims of
24 Michigan plaintiffs.  We talked about that again in conference
25 today, and the parties will be working on a procedure to handle

1  that.

2          And with that last comment, Your Honor, I believe
3  that's all the news that's fit to report right now that
4  occurred since our last hearing in January.

5          MR. LAMBERT: Your Honor, Palmer Lambert, co-liaison
6  counsel on behalf of plaintiffs.

7          Just one caveat on the motions section, there are two
8  motions pending.  The motion for leave to file amended short
9  form complaints related to the bellwether plaintiffs, that's
10 Record Document 10603 and 10668, and there's also a motion for
11 reconsideration related to the 2006 defense posed motion.  The
12 defendants have agreed with us to allow reply briefs to be
13 filed by this Friday despite the fact that today is the
14 submission date.

15         And I just wanted to mention that, Your Honor, and
16 Mr. Moore can correct me if I've said anything wrong there.

17         MR. MOORE: I think that's correct.

18         And there are only two comments from Sanofi, Your
19 Honor.  First, the reference that Ms. Barrios made to the
20 motion for summary judgment that Your Honor granted for cases
21 that involved treatment after December of 2015, that it
22 dismissed claims and not cases, that is correct.  But it is
23 important to Sanofi to emphasize that the determination by the
24 Court was that the labeling after that date was adequate as a
25 matter of law.

                         OFFICIAL TRANSCRIPT

1             The second point is I did want to acknowledge and
2  thank the Court and my co-liaison counsel for the efforts that
3  we have made this past several months under what are truly
4  extraordinary and hopefully never-to-be-repeated circumstances.
5  And we will continue to do our best to work together
6  professionally to move this forward.
7             THE COURT: And I'd like to join in that.  I
8  appreciate the professionalism that liaison counsel has
9  provided in their ongoing commitment to moving this matter
10 forward despite these difficult times.  So thank you.
11            Mr. Olinde, did you want to say something?
12            MR. OLINDE: Yes, Your Honor.
13            There was some motions filed to allow the amendment
14 with respect to bellwether cases in the trial pool that were
15 Hospira cases.  There's four of them.  A motion was filed, but
16 the opposition to that motion is not due until next week.  So
17 the briefing is still out there, but I just wanted to alert the
18 Court and counsel that it will be eventually briefed in the
19 next few weeks and submitted.
20            THE COURT: Thank you.  Okay, is there anything
21 further?
22            All right, thank you all.  Court's at recess until
23 1:00 o'clock at which time we will pick up the call docket.
24 Thank you all very much.
25            MS. BARRIOS: Thank you.

                           OFFICIAL TRANSCRIPT

1        MR. OLINDE: Thank you.
2              (Whereupon this concludes the proceedings.)
3
4
5
6        **CERTIFICATE**
7
8    I, Alexis A. Vice, RPR, CRR, Official Court Reporter for
9  the United States District Court, Eastern District of
10 Louisiana, do hereby certify that the foregoing is a true and
11 correct transcript, to the best of my ability and
12 understanding, from the record of the proceedings in the
13 above-entitled and numbered matter.
14
15                             */s/Alexis A. Vice, RPR, CRR*
                                Alexis A. Vice, RPR, CRR
16                              Official Court Reporter
17
18
19
20
21
22
23
24
25

OFFICIAL TRANSCRIPT