UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: H |
| This Document Relates To: | |
| | JUDGE MILAZZO |
| Kahn v. Sanofi-Aventis, et al, Case No. 2:16-cv-17039 | MAG. JUDGE NORTH |

### ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Motion for Partial Summary Judgment on General Causation Under Seal (Rec. Doc. 10937),

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits A-G and I-K) to the Plaintiff's Motion for Partial Summary Judgment on General Causation (Rec. Doc. 10936) **UNDER SEAL**.

New Orleans, Louisiana, this 20th day of August, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE