UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039 | |

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski Under Seal (Rec. Doc. 10939),

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the unredacted attachments (Exhibits A-S) to the Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski (Rec. Doc. 10938) **UNDER SEAL.**

New Orleans, Louisiana, this 20th day of August, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE