UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

*Juanita Greer*, Case No. 2:18-cv-11728

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON THE STATUTE OF LIMITATIONS

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") hereby move this Court to dismiss the claims of Plaintiff Juanita Greer based on the statute of limitations. As more fully set forth in the attached Memorandum in Support, because Ms. Greer did not file suit until nearly nine years after her injury was sustained, her claims should be dismissed.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　/s/ *Douglas J. Moore*
　　　　　　　　　　　　　　　　　Douglas J. Moore (Bar No. 27706)
　　　　　　　　　　　　　　　　　**IRWIN FRITCHIE URQUHART & MOORE LLC**
　　　　　　　　　　　　　　　　　400 Poydras Street, Suite 2700
　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　Telephone: 504-310-2100
　　　　　　　　　　　　　　　　　Facsimile: 504-310-2120
　　　　　　　　　　　　　　　　　dmoore@irwinllc.com

        Harley V. Ratliff
        Adrienne L. Byard
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        hratliff@shb.com
        abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*