UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits 1-9 to Plaintiff's Motion to Exclude Certain Opinions of Ellent T. Chang, Sc.D (Rec. Doc. 10941) Under Seal,

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibits 1-9 to Plaintiff's Motion to Exclude Certain Opinions of Ellent T. Chang, Sc.D (Rec. Doc. 10934) **UNDER SEAL**.

New Orleans, Louisiana, this 20th day of August, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE