UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Brenda Mixon, No. 18-6581.**

## ORDER

    Considering the *Ex Parte* Motion For Leave To File Exhibits 3-27 to their Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Show Cause Order Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

    **IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits 3 (Rec. Doc. 10978-5), 4 (Rec. Doc. 10978-6), 5 (Rec. Doc. 10978-7), 6 (Rec. Doc. 10978-8), 7 (Rec. Doc. 10978-9), 8 (Rec. Doc. 10978-10), 9 (Rec. Doc. 10978-11), 10 (Rec. Doc. 10978-12), 11 (Rec. Doc. 10978-13), 12 (Rec. Doc. 10978-14), 13 (Rec. Doc. 10978-15), 14 (Rec. Doc. 10978-16), 15 (Rec. Doc. 10978-17), 16 (Rec. Doc. 10978-18), 17 (Rec. Doc. 10978-19), 18 (Rec. Doc. 10978-20), 19 (Rec. Doc. 10978-21), 20 (Rec. Doc. 10978-22), 21 (Rec. Doc. 10978-23), 22 (Rec. Doc. 10978-24), 23 (Rec. Doc. 10978-25), 24 (Rec. Doc. 10978-26), 25 (Rec. Doc. 10978-27), 26 (Rec. Doc. 10978-28), and 27 (Rec. Doc. 10978-29) **UNDER SEAL**.

    New Orleans, Louisiana, this 20th day of August, 2020.

                                                  _____
                                                  HON. JANE TRICHE MILAZZO
                                                  UNITED STATES DISTRICT COURT JUDGE