UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| VICTORIA MORRIS<br><br>    Plaintiff(s),<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al<br><br>    Defendant(s). | : : : : : : : : : | Civil Action No.: 19-cv-14014 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

COMES NOW Jessica M. Agnelly, of Wendt Law Firm, P.C., and hereby withdraws as counsel for Plaintiff, Victoria Morris, and hereby withdraws from further representation of the above captioned case. Samuel M. Wendt, and Wendt Law Firm, P.C., will remain as counsel of record for Plaintiff, Victoria Morris, and will continue representation in the above captioned case.

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

/s/Jessica M. Agnelly
Jessica M. Agnelly    MO#57663
Samuel M. Wendt    MO#53573
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
Phone: (816) 531-4415
Fax:        (816) 531-2507
E-mail:jessica@wendtlaw.com
            sam@wendtlaw.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Jessica M. Agnelly*
Jessica M. Agnelly