**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "H" (5)** |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| ELAINE BROOKS | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | **Civil Action No.: 19-cv-13995** |
| vs. | : | |
| | : | |
| SANOFI-AVENTIS U.S. LLC, et al | : | |
| | : | |
| Defendant(s). | : | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

COMES NOW Jessica M. Agnelly, of Wendt Law Firm, P.C., and hereby withdraws as counsel for Plaintiff, Elaine Brooks, and hereby withdraws from further representation of the above captioned case. Samuel M. Wendt, and Wendt Law Firm, P.C., will remain as counsel of record for Plaintiff, Elaine Brooks, and will continue representation in the above captioned case.

Respectfully submitted,

**WENDT LAW FIRM, P.C.**


*/s/Jessica M. Agnelly*
Jessica M. Agnelly     MO#57663
Samuel M. Wendt     MO#53573
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
Phone: (816) 531-4415
Fax:          (816) 531-2507
E-mail:jessica@wendtlaw.com
          sam@wendtlaw.com
**ATTORNEYS FOR PLAINTIFF**

## Certificate of Service

I HEREBY CERTIFY that on this 26th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Jessica M. Agnelly*
Jessica M. Agnelly