UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |

**THIS DOCUMENT RELATES TO**

**Elizabeth Kahn, Case No. 2:16-cv-17039**

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Motion for Summary Judgment Based on Preemption under seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Motion for Summary Judgment Based on Preemption **UNDER SEAL**.

New Orleans, Louisiana, this 20th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE