MINUTE ENTRY
MILAZZO, J.
August 27, 2020

JS-10:00:30

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| **This document relates to all cases** ) | | |

## MINUTE ENTRY

On August 27, 2020, the Court held a telephone status conference with liaison counsel. The parties updated the Court on the status of the case.

