# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

**Antoinette Durden, Case No. 2:16-cv-16635**

## ITEMIZED BILL OF COSTS

### COURT COSTS
Docket Fee Pursuant to 28 U.S.C. § 1923

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$20.00
　　　　　　　　　　　　　　　　　　　　Subtotal:　　$20.00

### DEPOSITION TRANSCRIPT FEES

| DATE | DEPONENT | COST |
|---|---|---|
| December 13, 2017 | Antoinette Durden | $ 4,668.28 |
| January 5, 2018 | Anesha Prier-Williams | $ 1,261.01 |
| January 12, 2018 | Sophy Jancich | $ 1,537.60 |
| January 23, 2018 | Julie Martin | $ 742.20 |
| February 2, 2018 | Sophy Jancich | $ 1,403.70 |
| April 3, 2018 | Priya Velu | $ 752.56 |
| April 4, 2018 | Julie Mermilliod | $ 718.37 |
| April 17, 2018 | Trenell Brown | $ 1,386.46 |
| April 20, 2018 | John Cole | $ 670.78 |
| May 18, 2018 | Dorthy Durden | $ 658.60 |
| May 18, 2018 | Paulette Derkins | $ 1,311.30 |
| May 19, 2018 | Mary Mitchell and Tonya Durden | $ 1,540.54 |
| June 28, 2018 | David Delio | $ 536.60 |
| June 29, 2018 | Darryl Durden | $ 1,229.71 |
| June 29, 2018 | Ashley Canty | $ 950.11 |
| November 2, 2018 | Cole Claiborne/MD Claiborn Dermatology | $ 551.59 |
| November 6, 2018 | Antoinette Durden | $ 1,816.29 |
| November 7, 2018 | Ochsner Health Rep/Lesa Colon Frilot | $ 398.57 |

　　　　　　　　　　　　　　　　　　　　Subtotal:　　$22,134.27

### MEDICAL RECORDS COLLECTION

| INVOICE DATE | PROVIDER | COST |
|---|---|---|
| July 19, 2017 | Ochsner Health System | $ 107.60 |
| July 19, 2017 | Ochsner Health System | $ 682.29 |
| July 20, 2017 | LSU Health Care | $ 144.15 |
| July 25, 2017 | Walgreens Corporate | $ 106.87 |
| July 27, 2017 | Sophy A. Jancich, MD | $ 73.00 |
| July 27, 2017 | Ochsner Baptist Medical Center | $ 36.00 |
| July 27, 2017 | Ochsner Baptist Medical Center | $ 336.49 |
| August 1, 2017 | Human, Inc. | $ 63.55 |
| August 17, 2017 | Therapy & Wellness – Elmwood | $ 204.58 |
| September 18, 2017 | Julie Mermilliod, MD | $ 131.36 |
| November 28, 2017 | Lallie Kemp Regional Med Center & Hosp | $ 56.00 |
| November 30, 2017 | Stephanie Sarrat, MD | $ 46.00 |
| December 8, 2017 | CVS Health | $ 56.00 |
| December 9, 2017 | University Medical Center New Orleans | $ 46.00 |
| December 11, 2017 | University Medical Center New Orleans | $ 30.00 |
| December 19, 2017 | Centers for Medicare & Medicaid Services | $ 46.00 |
| December 20, 2017 | Ochsner Medical Center | $ 170.84 |
| December 20, 2017 | Ochsner Clinic Dermatology | $ 176.36 |
| December 21, 2017 | Ochsner Baptist Medical Center | $ 81.00 |
| January 4, 2018 | University Medical Center New Orleans | $ 103.04 |
| January 15, 2018 | Centers for Medicare & Medicaid Services | $ 35.65 |
| January 24, 2018 | Rite Aid Pharmacy Corporation | $ 86.08 |
| February 5, 2018 | Monique Hamilton, MD | $ 36.00 |
| March 14, 2018 | Monique Hamilton, MD | $ 81.00 |
| March 20, 2018 | St. Charles Vision | $ 56.00 |
| March 22, 2018 | Richard Sherman, MD | $ 85.00 |
| March 26, 2018 | LSU Healthcare Network | $ 93.64 |
| March 26, 2018 | St. Charles Vision | $ 20.00 |
| April 2, 2018 | LSU Healthcare Network | $ 20.00 |
| April 9, 2018 | Rebekah Lemann, MD | $ 287.90 |
| April 9, 2018 | Touro Imaging Center | $ 178.60 |
| April 10, 2018 | Touro Infirmary Hospital | $ 83.16 |
| April 10, 2018 | Ochsner Medical Center | $ 359.89 |
| April 10, 2018 | Ochsner Clinic Dermatology | $ 236.28 |
| April 16, 2018 | Humana Pharmacy | $ 56.65 |
| April 19, 2018 | LSU Healthcare Network | $ 38.72 |
| April 30, 2018 | LSU Healthcare Network | $ 56.00 |
| May 10, 2018 | Quest Diagnostic Lab | $ 71.00 |
| May 14, 2018 | Ochsner Baptist Medical Center | $ 152.04 |
| May 15, 2018 | Social Security Administration | $ 162.85 |
| June 22, 2018 | Ochsner Medical Center | $ 206.93 |
| August 21, 2018 | Ochsner Clinic Dermatology | $ 153.66 |
| August 22, 2018 | Hugo St. Hilaire, MD | $ 146.24 |
| August 24, 2018 | Ochsner Medical Center | $ 147.72 |
| September 5, 2018 | Touro Imaging Center | $ 26.20 |

| Date | Provider | Amount |
|---|---|---|
| September 24, 2018 | Ochsner Health System | $ 212.54 |
| September 24, 2018 | LSU Health New Orleans | $ 36.00 |
| October 11, 2018 | Rebekah Lemann, MD | $ 56.00 |
| October 12, 2018 | LSU Healthcare Network Clinic | $ 179.55 |
| October 16, 2018 | Touro Infirmary Hospital | $ 86.40 |
| October 18, 2018 | Ochsner Baptist Medical Center | $ 71.00 |
| November 28, 2018 | Ochsner Baptist Medical Center | $ 120.72 |
| December 4, 2018 | Centers for Medicare & Medicaid Services | $ 71.00 |
| December 12, 2018 | Ochsner Clinic Dermatology | $ 113.16 |
| December 13, 2018 | Ochsner Health System | $ 175.67 |
| December 17, 2018 | Ochsner Baptist Medical Center | $ 552.04 |
| December 27, 2018 | Ochsner Health Center-Baptist McFarland | $ 463.31 |
| December 31, 2018 | Ochsner Baptist Medical Center | $ 77.60 |
| January 2, 2019 | Ochsner Health Center-Baptist McFarland | $ 30.00 |
| January 3, 2019 | CVS Health | $ 56.00 |
| January 15, 2019 | Ochsner Baptist Medical Center | $ 36.20 |
| January 21, 2019 | Rite Aid Pharmacy Corporation | $ 56.00 |
| February 13, 2019 | Julie Martin, MD | $ 81.00 |
| February 20, 2019 | Rebekah Lemann, MD | $ 110.53 |
| March 8, 2019 | Ochsner Health Center/Baptist Napoleon Plz | $ 91.00 |
| March 19, 2019 | Walgreens Corporate | $ 84.28 |
| October 25, 2019 | Human, Inc. | $ 36.00 |

Subtotal:   $ 8,370.34

**TOTAL COSTS EXPENDED:**   **$30,504.61**

4847-0040-7497