# EXHIBIT B

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | Invoice #: | NJ3192732 |
|---|---|---|---|
| | | Invoice Date: | 12/27/2017 |
| | | Balance Due: | $0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Als |
| **Job #:** | 2756266 \| Job Date: 12/13/2017 \| Delivery: Normal |
| **Case #:** | 216cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Pendley Baudin & Coffin |
| | 1515 Poydras St \| Ste 1400<br>New Orleans, LA 70112 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Antoinette Durden | Original with 1 Certified Transcript | Page | 428.00 | $4.55 | $1,947.40 |
| | Transcript - Fee for Daily | Page | 428.00 | $3.65 | $1,562.20 |
| | Attendance Fee | 1 | 2.00 | $85.00 | $170.00 |
| | Exhibits - Color | Per Page | 10.00 | $0.50 | $5.00 |
| | Exhibits | Per Page | 946.00 | $0.18 | $170.28 |
| | Rough Draft | Page | 428.00 | $1.55 | $663.40 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 2.00 | $75.00 | $150.00 |

**Notes:** Original held for 30 days

| | |
|---|---|
| **Invoice Total:** | $4,668.28 |
| **Payment:** | ($4,668.28) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

42744

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NJ3192732 |
|---|---|
| Job #: | 2756266 |
| Invoice Date: | 12/27/2017 |
| Balance: | $0.00 |

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NJ3217450<br>1/22/2018<br>$0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Als |
| **Job #:** | 2783221 \| Job Date: 1/5/2018 \| Delivery: Normal |
| **Case #:** | 216cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Pendley Baudin & Coffin |
| | 1515 Poydras St \| Ste 1400<br>New Orleans, LA 70112 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Anesha Prier | Original with 1 Certified Transcript | Page | 226.00 | $4.55 | $1,028.30 |
| | Attendance Fee - Per Session | 1 | 2.00 | $85.00 | $170.00 |
| | Exhibits - Color | Per Page | 8.00 | $0.50 | $4.00 |
| | Exhibits | Per Page | 80.00 | $0.18 | $14.40 |
| | Shipping & Handling | Package | 1.00 | $44.31 | $44.31 |

**Notes:** Postage for read and sign

| | |
|---|---|
| **Invoice Total:** | $1,261.01 |
| **Payment:** | ($1,261.01) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **To pay online, go to www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** NJ3217450<br>**Job #:** 2783221<br>**Invoice Date:** 1/22/2018<br>**Balance:** $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** NJ3216044<br>**Invoice Date:** 1/19/2018<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Als |
| **Job #:** | 2782159 \| Job Date: 1/12/2018 \| Delivery: Expedited |
| **Case #:** | 216cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Ochsner Medical Ctr - West Bank Campus<br>2500 Belle Chasse Hwy<br>Gretna, LA 70056 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 165.00 | $4.55 | $750.75 |
| | Transcript - Expedited Fee | Page | 165.00 | $3.65 | $602.25 |
| Sophy Jancich | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits | Per Page | 110.00 | $0.18 | $19.80 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $79.80 | $79.80 |

**Notes:** Postage for read and sign

| | |
|---|---|
| **Invoice Total:** | $1,537.60 |
| **Payment:** | ($1,537.60) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NJ3216044 |
| **Job #:** | 2782159 |
| **Invoice Date:** | 1/19/2018 |
| **Balance:** | $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** NJ3227538<br>**Invoice Date:** 1/31/2018<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Als |
| **Job #:** | 2799589 \| Job Date: 1/23/2018 \| Delivery: Normal |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Ochsner Clinic Dermatology |
| | 1514 Jefferson Hwy \| Ste 11E216 Dermatology Conference Rm<br>New Orleans, LA 70121 |
| **Sched Atty:** | Connor J. Sears Esq \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Julie Martin | Original with 1 Certified Transcript | Page | 85.00 | $4.55 | $386.75 |
| | Attendance Fee - Per Session | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits - Color | Per Page | 19.00 | $0.50 | $9.50 |
| | Exhibits | Per Page | 119.00 | $0.18 | $21.42 |
| | Rough Draft | Page | 85.00 | $1.55 | $131.75 |
| | Surcharge - Expert/Medical/Technical | Page | 85.00 | $0.50 | $42.50 |
| | Shipping & Handling | Package | 1.00 | $65.28 | $65.28 |

**Notes:** Postage for read and sign
Expert Doctor

| | |
|---|---|
| **Invoice Total:** | $742.20 |
| **Payment:** | ($742.20) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NJ3227538 |
| **Job #:** | 2799589 |
| **Invoice Date:** | 1/31/2018 |
| **Balance:** | $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | Invoice #: | NJ3249365 |
|---|---|---|---|
| | | Invoice Date: | 2/23/2018 |
| | | Balance Due: | $0.00 |

| Case: | Durden, Antoinette v. Sanofi S.A., Et Als |
|---|---|
| Job #: | 2802463 | Job Date: 2/2/2018 | Delivery: Normal |
| Case #: | 216cv16635 |
| Billing Atty: | Kristen Ryan-Meredith |
| Location: | Ochsner Medical Ctr - West Bank Campus<br>2500 Belle Chasse Hwy<br>Gretna, LA 70056 |
| Sched Atty: | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Sophy Jancich | Original with 1 Certified Transcript | Page | 183.00 | $4.55 | $832.65 |
| | Attendance Fee - Per Session | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits - Color | Per Page | 4.00 | $0.50 | $2.00 |
| | Exhibits | Per Page | 137.00 | $0.18 | $24.66 |
| | Rough Draft | Page | 183.00 | $1.55 | $283.65 |
| | Surcharge - Expert/Medical/Technical | Page | 183.00 | $0.50 | $91.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $84.24 | $84.24 |

| Notes: | Expert Doctor<br>Postage for Read and Sign | Invoice Total: | $1,403.70 |
|---|---|---|---|
| | | Payment: | ($1,403.70) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | Please remit payment to: | Invoice #: | NJ3249365 |
|---|---|---|---|
| **To pay online, go to www.veritext.com** | Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Job #: | 2802463 |
| | | Invoice Date: | 2/23/2018 |
| 42744 | Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $0.00 |

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NJ3324516<br>5/4/2018<br>$0.00 |
|---|---|---|---|---|

| Case: | Durden, Antoinette v. Sanofi S.A., Et Als |
|---|---|
| Job #: | 2860444 | Job Date: 4/3/2018 | Delivery: Normal |
| Case #: | 2:16cv16635 |
| Billing Atty: | Kristen Ryan-Meredith |
| Location: | Benson Cancer Center |
| | 1514 Jefferson Hwy<br>New Orleans, LA 70121 |
| Sched Atty: | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Priya Velu | Original with 1 Certified Transcript | Page | 84.00 | $4.55 | $382.20 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits | Per Page | 189.00 | $0.18 | $34.02 |
| | Rough Draft | Page | 84.00 | $1.55 | $130.20 |
| | Surcharge - Expert/Medical/Technical | Page | 84.00 | $0.50 | $42.00 |
| | Shipping & Handling | Package | 1.00 | $79.14 | $79.14 |

**Notes:** Postage for read and sign

| | |
|---|---|
| **Invoice Total:** | $752.56 |
| **Payment:** | ($752.56) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NJ3324516 |
|---|---|
| Job #: | 2860444 |
| Invoice Date: | 5/4/2018 |
| Balance: | $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** NJ3323455<br>**Invoice Date:** 5/4/2018<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A. |
| **Job #:** | 2860449 \| Job Date: 4/4/2018 \| Delivery: Normal |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Ochsner Clinic Dermatology |
| | 1514 Jefferson Hwy \| 11th Fl Clinic Conference Rm<br>New Orleans, LA 70121 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Julie Mermilliod | Original with 1 Certified Transcript | Page | 84.00 | $4.55 | $382.20 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits - Color | Per Page | 1.00 | $0.50 | $0.50 |
| | Exhibits | Per Page | 48.00 | $0.18 | $8.64 |
| | Rough Draft | Page | 84.00 | $1.55 | $130.20 |
| | Surcharge - Expert/Medical/Technical | Page | 84.00 | $0.50 | $42.00 |
| | Shipping & Handling | Package | 1.00 | $69.83 | $69.83 |

**Notes:** Postage for read and sign

| | |
|---|---|
| **Invoice Total:** | $718.37 |
| **Payment:** | ($718.37) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NJ3323455 |
| **Job #:** | 2860449 |
| **Invoice Date:** | 5/4/2018 |
| **Balance:** | $0.00 |

42744



**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** NJ3342138<br>**Invoice Date:** 5/18/2018<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Als |
| **Job #:** | 2860496 \| Job Date: 4/17/2018 \| Delivery: Normal |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Irwin Fritchie Urquhart & Moore |
| | 400 Poydras St. \| Suite 2700<br>New Orleans, LA 70130 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 200.00 | $4.55 | $910.00 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| Trenell Brown | Exhibits - Color | Per Page | 2.00 | $0.50 | $1.00 |
| | Exhibits | Per Page | 7.00 | $0.18 | $1.26 |
| | Rough Draft | Page | 200.00 | $1.55 | $310.00 |
| | Shipping & Handling | Package | 1.00 | $79.20 | $79.20 |

**Notes:** Postage for Read and Sign

| | |
|---|---|
| **Invoice Total:** | $1,386.46 |
| **Payment:** | ($1,386.46) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NJ3342138 |
| **Job #:** | 2860496 |
| **Invoice Date:** | 5/18/2018 |
| **Balance:** | $0.00 |

42744


VERITEXT
LEGAL SOLUTIONS

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NJ3340927<br>5/14/2018<br>$0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A. |
| **Job #:** | 2860434 | Job Date: 4/20/2018 | Delivery: Normal |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Ochsner Clinic Dermatology |
| | 1514 Jefferson Hwy | Ste 11E216 Dermatology Conference Rm<br>New Orleans, LA 70121 |
| **Sched Atty:** | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| John Cole | Original with 1 Certified Transcript | Page | 75.00 | $4.55 | $341.25 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits - Color | Per Page | 4.00 | $0.50 | $2.00 |
| | Exhibits | Per Page | 105.00 | $0.18 | $18.90 |
| | Rough Draft | Page | 75.00 | $1.55 | $116.25 |
| | Surcharge - Expert/Medical/Technical | Page | 75.00 | $0.50 | $37.50 |
| | Shipping & Handling | Package | 1.00 | $69.88 | $69.88 |

**Notes:** Postage for Read and Sign

| | |
|---|---|
| **Invoice Total:** | $670.78 |
| **Payment:** | ($670.78) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NJ3340927 |
| **Job #:** | 2860434 |
| **Invoice Date:** | 5/14/2018 |
| **Balance:** | $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NJ3365674<br>6/4/2018<br>$0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Al |
| **Job #:** | 2917673 \| Job Date: 5/18/2018 \| Delivery: Normal |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Dorothy Durden Residence<br>2830 Pine Street<br>New Orleans, LA 70125 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dorothy Durden | Original with 1 Certified Transcript | Page | 88.00 | $4.55 | $400.40 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Rough Draft | Page | 88.00 | $1.55 | $136.40 |
| | Shipping & Handling | Package | 1.00 | $36.80 | $36.80 |

| | | | |
|---|---|---|---|
| **Notes:** | Postage for Reading and Signing | **Invoice Total:** | $658.60 |
| | | **Payment:** | ($658.60) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | Please remit payment to: | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com** | Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:**<br>**Job #:**<br>**Invoice Date:** | NJ3365674<br>2917673<br>6/4/2018 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | **Balance:** | $0.00 |

42744



**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Bill To:** Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | NJ3365661<br>6/4/2018<br>$0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Al |
| **Job #:** | 2915178 \| Job Date: 5/18/2018 \| Delivery: Normal |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Irwin Fritchie Urquhart & Moore |
| | 400 Poydras St. \| Suite 2700<br>New Orleans, LA 70130 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Paulette Derkins | Original with 1 Certified Transcript | Page | 195.00 | $4.55 | $887.25 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Rough Draft | Page | 195.00 | $1.55 | $302.25 |
| | Shipping & Handling | Package | 1.00 | $36.80 | $36.80 |

| | | |
|---|---|---|
| **Notes:** Postage for Read and Sign | **Invoice Total:** | $1,311.30 |
| | **Payment:** | ($1,311.30) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NJ3365661<br>**Job #:** 2915178<br>**Invoice Date:** 6/4/2018<br>**Balance:** $0.00 |
|---|---|---|

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** | NJ3378038 |
|---|---|---|---|
| | | **Invoice Date:** | 6/15/2018 |
| | | **Balance Due:** | $0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A. |
| **Job #:** | 2915214 | Job Date: 5/19/2018 | Delivery: Normal |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Pendley Baudin & Coffin<br>1515 Poydras St | Ste 1400<br>New Orleans, LA 70112 |
| **Sched Atty:** | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Mary Mitchell | Original with 1 Certified Transcript | Page | 85.00 | $6.55 | $556.75 |
| | Attendance Fee | 1 | 2.00 | $135.00 | $270.00 |
| | Exhibits | Per Page | 12.00 | $0.18 | $2.16 |
| | Rough Draft | Page | 85.00 | $1.55 | $131.75 |
| Tonya Durden | Original with 1 Certified Transcript | Page | 63.00 | $6.55 | $412.65 |
| | Exhibits - Color | Per Page | 4.00 | $0.50 | $2.00 |
| | Exhibits | Per Page | 12.00 | $0.18 | $2.16 |
| | Rough Draft | Page | 63.00 | $1.55 | $97.65 |
| | Shipping & Handling | Package | 1.00 | $65.42 | $65.42 |

**Notes:** Postage for Read and Sign

Saturday Deposition Rates Apply

| | |
|---|---|
| **Invoice Total:** | $1,540.54 |
| **Payment:** | ($1,540.54) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** | NJ3378038 |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com** | | **Job #:** | 2915214 |
| | | **Invoice Date:** | 6/15/2018 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | **Balance:** | $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** NJ3417921<br>**Invoice Date:** 7/24/2018<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Al |
| **Job #:** | 2955206 \| Job Date: 6/28/2018 \| Delivery: Normal |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Irwin Fritchie Urquhart & Moore, LLC |
| | 400 Poydras St. \| Suite 2700<br>New Orleans, LA 70130-3280 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| David P Delio | Original with 1 Certified Transcript | Page | 68.00 | $4.55 | $309.40 |
| | Attendance Fee - Per Session | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits | Per Page | 10.00 | $0.18 | $1.80 |
| | Rough Draft | Page | 68.00 | $1.55 | $105.40 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

**Notes:** Postage for Read and Sign

| | |
|---|---|
| **Invoice Total:** | $536.60 |
| **Payment:** | ($536.60) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NJ3417921 |
| **Job #:** | 2955206 |
| **Invoice Date:** | 7/24/2018 |
| **Balance:** | $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** | NJ3416249 |
|---|---|---|---|
| | | **Invoice Date:** | 7/20/2018 |
| | | **Balance Due:** | $0.00 |

| **Case:** | Durden, Antoinette v. Sanofi S.A. |
|---|---|
| **Job #:** | 2950491 | Job Date: 6/29/2018 | Delivery: Normal |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Darryl Durden Residence |
| | 6022 Blue Ash Lane<br>Charlotte, NC 28215 |
| **Sched Atty:** | Lori R. Schultz | Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Darryl Durden | Original with 1 Certified Transcript | Page | 160.00 | $4.55 | $728.00 |
| | Attendance Fee - Per Session | 1 | 2.00 | $85.00 | $170.00 |
| | Exhibits - Color | Per Page | 24.00 | $0.50 | $12.00 |
| | Exhibits | Per Page | 10.00 | $0.18 | $1.80 |
| | Rough Draft | Page | 160.00 | $1.55 | $248.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $69.91 | $69.91 |

**Notes:** Postage for Read and Sign

| | |
|---|---|
| **Invoice Total:** | $1,229.71 |
| **Payment:** | ($1,229.71) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NJ3416249 |
|---|---|
| Job #: | 2950491 |
| Invoice Date: | 7/20/2018 |
| Balance: | $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** NJ3415036<br>**Invoice Date:** 7/20/2018<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Al |
| **Job #:** | 2945990 \| Job Date: 6/29/2018 \| Delivery: Normal |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Ochsner Healthcare System |
| | 1450 Pydras Street - Benson Tower \| Bacchus Conference Rm<br>25th Fl<br>New Orleans, LA 70112 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 128.00 | $4.55 | $582.40 |
| | Attendance Fee - Per Session | 1 | 1.00 | $85.00 | $85.00 |
| Ashley Canty | Exhibits | Per Page | 80.00 | $0.18 | $14.40 |
| | Rough Draft | Page | 128.00 | $1.55 | $198.40 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $69.91 | $69.91 |

| | | | |
|---|---|---|---|
| **Notes:** | Postage for Reading and Signing | **Invoice Total:** | $950.11 |
| | | **Payment:** | ($950.11) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| To pay online, go to<br>www.veritext.com | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NJ3415036<br>**Job #:** 2945990<br>**Invoice Date:** 7/20/2018<br>**Balance:** $0.00 |
|---|---|---|
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| Bill To: | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** | NJ3552199 |
|---|---|---|---|
| | | **Invoice Date:** | 11/19/2018 |
| | | **Balance Due:** | $0.00 |

| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Als |
|---|---|
| **Job #:** | 3069333 \| Job Date: 11/2/2018 \| Delivery: Expedited |
| **Case #:** | 2:16cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | MD Clairborne Dermatology |
| | 1477 Louisiana Avenue<br>New Orleans, LA 70115 |
| **Sched Atty:** | Connor J. Sears Esq \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Cole Claiborne | Original with 1 Certified Transcript | Page | 77.00 | $4.55 | $350.35 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits - Color | Per Page | 9.00 | $0.50 | $4.50 |
| | Exhibits | Per Page | 43.00 | $0.18 | $7.74 |
| | Surcharge - Expert/Medical/Technical | Page | 77.00 | $0.50 | $38.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $65.50 | $65.50 |

**Notes:** Postage for read and sign

| | |
|---|---|
| **Invoice Total:** | $551.59 |
| **Payment:** | ($551.59) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

42744

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | NJ3552199 |
|---|---|
| **Job #:** | 3069333 |
| **Invoice Date:** | 11/19/2018 |
| **Balance:** | $0.00 |

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** NJ3554678<br>**Invoice Date:** 11/21/2018<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Als |
| **Job #:** | 3111602 \| Job Date: 11/6/2018 \| Delivery: Normal |
| **Case #:** | 216cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Pendley Baudin & Coffin<br>1515 Poydras St \| Ste 1400<br>New Orleans, LA 70112 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Antoinette Durden | Original with 1 Certified Transcript | Page | 233.00 | $4.55 | $1,060.15 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Surcharge - Extended Hours | Hour | 3.25 | $60.00 | $195.00 |
| | Exhibits - Color | Per Page | 24.00 | $0.50 | $12.00 |
| | Exhibits | Per Page | 238.00 | $0.18 | $42.84 |
| | Rough Draft | Page | 233.00 | $1.55 | $361.15 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $60.15 | $60.15 |

**Notes:** Postage for Read and Sign
Surcharge - Extended Hours after 5pm

| | |
|---|---|
| **Invoice Total:** | $1,816.29 |
| **Payment:** | ($1,816.29) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** NJ3554678<br>**Job #:** 3111602<br>**Invoice Date:** 11/21/2018<br>**Balance:** $0.00 |

42744

**Veritext, LLC**
**New Jersey Region**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040  Fax. 973-410-1313
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Kristen Ryan-Meredith<br>Shook Hardy & Bacon LLP<br>2555 Grand Boulevard<br>Kansas City, MO, 64108 | **Invoice #:** NJ3551126<br>**Invoice Date:** 11/19/2018<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Durden, Antoinette v. Sanofi S.A., Et Als |
| **Job #:** | 3112007 \| Job Date: 11/7/2018 \| Delivery: Normal |
| **Case #:** | 216cv16635 |
| **Billing Atty:** | Kristen Ryan-Meredith |
| **Location:** | Lesa Colon Frilot |
| | 1100 Poydras Street \| Ste 3700<br>New Orleans, LA 70163 |
| **Sched Atty:** | Lori R. Schultz \| Shook Hardy & Bacon LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Ochsner Health System Rep | Original with 1 Certified Transcript | Page | 15.00 | $4.55 | $68.25 |
| | Attendance Fee | 1 | 1.00 | $85.00 | $85.00 |
| | Exhibits | Per Page | 224.00 | $0.18 | $40.32 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $0.00 | $0.00 |
| | Shipping & Handling | Package | 1.00 | $20.00 | $20.00 |
| | Cancellation Fee | 1 | 1.00 | $185.00 | $185.00 |

**Notes:** Cancel a depo that is scheduled for Neil Hunter in the Durden

| | |
|---|---|
| **Invoice Total:** | $398.57 |
| **Payment:** | ($398.57) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NJ3551126 |
| **Job #:** | 3112007 |
| **Invoice Date:** | 11/19/2018 |
| **Balance:** | $0.00 |

42744