MINUTE ENTRY
NORTH, M.J.
AUGUST 27, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL NUMBER: 2740
       PRODUCTS LIABILITY
       LITIGATION                              SECTION: "H"(5)

                                               THIS DOCUMENT RELATES TO
                                               ALL CASES

A status conference via telephone was held on this date.

PARTICIPATING:   Palmer Lambert    Cliff Merrell
                 Julie Callsen     Jason Fraxedas
                 Andrew Lemmon

                                MICHAEL B. NORTH
                         UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:15)