**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)   ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:**   ) | |
| Mildred Kumar, 17-15311 | |

## CLARIFICATION ORDER

In its Order and Reasons issued on August 11, 2020 (Doc. 10906), the Court granted Plaintiff Mildred Kumar's Motion for Leave to Amend (Doc. 10603) along with several other motions for leave to amend. The parties have notified the Court that the granting of Kumar's Motion was in error. Accordingly, the Court hereby modifies its August 11, 2020 Order and Reasons to remove the references to Plaintiff Kumar's Motion. The Court will issue a ruling on her Motion at a later time. The Clerk's office is instructed to strike the amended complaint filed in Kumar's case.

New Orleans, Louisiana, this 28th day of August, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE