UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Plaintiff: Curtis DeGeorge Case No.: 2:17-cv-09611 | |

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, Plaintiff Curtis DeGeorge substitutes Seth Sharrock Webb #51236 of Brown & Crouppen, P.C. as counsel of record in place of Bachus & Schanker, LLC, 101 West Colfax Suite 650, Denver, CO 80202. The Clerk of this court is hereby requested to make such entries as may be required to record such substitution respectively.

Dated: August 31, 2020                Respectfully submitted,

/s/Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
**BROWN & CROUPPEN, P.C.**
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
sethw@getbc.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, I electronically filed the forgoing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ EF System, which will send a notice of electronic filing to all counsel of record who are CM/ ECF participants.

Dated: August 31, 2020            /s/Seth Sharrock Webb
                                                                            SETH SHARROCK WEBB, # 51236
                                                                            **BROWN & CROUPPEN, P.C.**
                                                                            211 N. Broadway, Suite 1600
                                                                            St. Louis, Missouri  63102
                                                                            sethw@getbc.com
                                                                            *Attorney for Plaintiff*