# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE JANE TRICHE MILAZZO |
| Curtis DeGeorge | : | |
| Civil Action No. 2:17-cv-09611 | : | |

## ORDER

Before the Court is a Joint Motion to Substitute Counsel;

**IT IS ORDERED** that the Motion is **GRANTED** and that Melanie Sulkin of the law firm of Bachus & Schanker, LLC is withdrawn as counsel for the Plaintiff and that Seth Sharrock Webb of the law firm of Brown & Crouppen, P.C. is substituted as counsel of record for the Plaintiff.

New Orleans, Louisiana, this 31st day of August, 2020.

JUDGE JANE TRICHE MILAZZO