MINUTE ENTRY
MILAZZO, J.
August 28, 2020

JS-10:00:12

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On August 28, 2020, the Court held a telephone status conference with liaison counsel. The parties updated the Court on the status of the case.

