UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: Certain cases | | |

## ORDER

Before the Court is a Motion for Summary Judgment on the Claims of Michigan Plaintiffs (Doc. 10819). **IT IS ORDERED** that the Motion is **DISMISSED WITHOUT PREJUDICE**, subject to be re-urged at a later time in accordance with a Court approved schedule;

**IT IS FURTHER ORDERED** that the Motion for Extension of Deadlines (Doc. 10845) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 31st day of August, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE