UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H"<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Carolyn Howard, 2:19-cv-14037 | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Carolyn Howard, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on December 4, 2019 naming Defendants Hospira Worldwide, LLC f/k/a, and Hospira, Inc. (collectively, "Hospira"), based upon medical records provided by Plaintiff's infusion facility showing she was treated with docetaxel. Thereafter, Plaintiff obtained additional medical records from Plaintiff's infusion facility identifying docetaxel labelled by Accord Healthcare, Inc. ("Accord") was also used in Plaintiff's treatment. Consequently, Plaintiff seeks leave to amend her complaint to include Accord. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense counsel and there is no opposition to this motion.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated this 1st Day of September 2020                    Respectfully submitted,

/s/ *Matthew R. McCarley*
**FEARS NACHAWATI, PLLC**
Matthew R. McCarley, #24041426
Tarek A. Abbassi, #24096225
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
mccarley@fnlawfirm.com
tabbassi@fnlawfirm.com
jlong@fnlawfirm.com
Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Jason S. Long*