UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  			MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Brenda Mixon, Case No. 2:18-cv-06581

### EX PARTE MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Brenda Mixon, who respectfully requests that Jason S. Long, Darren P. McDowell, and Misty Farris of the law firm of Fears Nachawati, PLLC, be allowed to enroll as counsel of record for plaintiff in addition to Scott K. Canepa, Terry W. Riedy, Bryan T. Abele, and Kristie L. Fischer of the law firm of Canepa Riedy Abele in connection with the above-captioned case.

WHEREFORE, plaintiff respectfully prays that this Honorable Court allow Jason S. Long, Darren P. McDowell, and Misty Farris of the law firm of Fears Nachawati, PLLC to enroll as additional counsel of record for plaintiff in this case.

Dated this ____ day of _____, 2020.

By:

   */s/ Kristie L. Fischer*_____
SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160

Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                      _/s/ Kristie L. Fischer_____
                      **Kristie L. Fischer**