UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Brenda Mixon, Case No. 2:18-cv-06581

## ORDER

　　Considering the foregoing motion,

　　**IT IS HEREBY ORDERED** that Jason S. Long, Darren P. McDowell, and Misty Farris of the law firm of Fears Nachawati, PLLC be enrolled as additional counsel of record in this case for plaintiff, Brenda Mixon.

　　New Orleans, Louisiana, this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**HON. JANE TRICHE MILAZZO**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**