UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) 2740 PRODUCTS LIABILITY LITIGATION : | MDL NO. |
| : | |
| : | SECTION "N" (5) |
| : | JUDGE MILAZZO |
| ROXANN JOHNSON, : | MAG. JUDGE NORTH |
| : | |
| Plaintiff, : | Stipulation of Dismissal with Prejudice |
| : | |
| v. : | |
| : | Civil Action No.: 2:17-cv-12544 |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. : | |
| Inc., Sanofi-Aventis U.S. LLC Sandoz, Inc., : | |
| Accord Healthcare, Inc., McKesson Corporation : | |
| d/b/a McKesson Packaging, Hospira Worldwide : | |
| Inc., Hospira Inc, Sun Pharma Global FZE, Sun : | |
| Pharma Global Inc. f/k/a Caraco Pharmaceutical: | |
| Laboratories Ltd., Caraco Pharmaceutical : | |
| Laboratories Ltd., Pfizer Inc., Actavis LLC f/k/a : | |
| Actavis Inc., & Actavis Pharma Inc. : | |
| : | |
| Defendant. : | |

--------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that Plaintiff Roxann Johnson hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 2:17-cv-12544, only. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. This stipulation shall not affect the lawsuit filed by Roxann Johnson, which is currently pending in MCL No. 628 in the Superior Court of New Jersey Law Division, case number BER-L-008756-17. All parties shall bear their own costs.

Dated this 1st day of September 2020.

Respectfully submitted,

By: */s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com
***Attorneys for Plaintiff***


By: */s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5000
noproductid@tuckerellis.com
***Counsel for Defendant Accord Healthcare Inc.***


By: */s/ Mara Cusker Gonzalez*
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: 212-698-3500
Facsimile: 212-698-3599
DocetaxelProductID@dechert.com
***Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.***


By: */s/ Clifton Merrel*
R. Clifton Merrel
Evan Holden
GREENBURG TRAURIG, LLP
333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
Sandoz-Taxotere-ProdID@gtlaw.com
***Counsel for Sandoz Inc***

By: */s/ Kelly Bieri*
Harley Ratliff
Kelly Bieri
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6440
Facsimile: 816-421-5547
hratliff@shb.com
kbieri@shb.com
noproductid@shb.com

***Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***


By: */s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
docenoprodid@hinshawlaw.com

***Counsel for Defendant Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.***


By: */s/ Chris Kaufman*
Chris Kaufman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6440
Facsimile: 816-421-5547
noproductid@shb.com

***Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

By: */s/ Erin M. Bosman*
By: */s/ Julie Y. Park*
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
noproductid@mofo.com
***Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service***

By: /s/ Michael J. Suffern
By: /s/ Kimberly L. Beck
Michael J. Suffern
Kimberly L. Beck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Facsimile: 513-698-5065
cmo12@ulmer.com
***Counsel for Defendant Actavis Pharma, Inc.***

- 2 -

## CERTIFICATE OF SERVICE

       I hereby certify that on this 1st day of September 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operating of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

       By: */s/ T. Christopher Pinedo*
T. Christopher Pinedo
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
cpindeo@hmglawfirm.com
***Attorneys for Plaintiff***