UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Leola Herrin v. Sanofi US Services Inc., et al.;*<br>*Case No. 2:17-cv-15457* | | |

**PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE AMENDED SHORT FORM COMPLAINT**

**NOW COMES** Plaintiff, Leola Herrin, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A.

On August 11, 2020, the Court entered an Order allowing Plaintiffs to amend their Short Form Complaint when the correct manufacturer was not originally named but has now been identified and defense counsel has opposed the motion based on Plaintiff's claims being time-barred by the statute-of-limitation laws.

In this case, Plaintiff's counsel has now identified the correct manufacturer and conferred with counsel for Sandoz Inc., who opposed the motion based on statute-of-limitations laws. The recently entered Court's Order did not preclude Plaintiff's claims at this stage of the litigation and the correctly named Defendant, Sandoz Inc., should raise their timeliness arguments at the summary judgment stage in this lawsuit.

This Motion also dismisses, with prejudice, all previously named Sanofi defendants.

Dated: September 2, 2020                               Respectfully submitted,

                                                       **PULASKI KHERKHER, PLLC**
                                                       /s/ *Leslie LaMacchia*

Leslie LaMacchia
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com
*Attorneys for Plaintiff*

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants did not indicate any opposition to the relief requested.

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2020, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Leslie LaMacchia*
Leslie LaMacchia