MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 1, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NUMBER: 2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION　　　　　　　　　　　　　　SECTION: "H"(5)

　　　　　　　　　　　　　　　　　　　　　　　THIS DOCUMENT RELATES TO
　　　　　　　　　　　　　　　　　　　　　　　ALL CASES

A status conference via telephone was held on this date.

PARTICIPATING:　　David Miceli　　　Palmer Lambert
　　　　　　　　　Evan Holden　　　　Nick Insogna
　　　　　　　　　Mollie Benedict　　Madeline Dennis

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MICHAEL B. NORTH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:10)