UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: MARTHA MILLER
Case No.: 2:18-cv-04893

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Martha Miller whose case is on a Notice of Non-Compliance to be heard by the Court in September 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 2, 2020

                    /s/ Andrew F. Kirkendall
                    Andrew F. Kirkendall
                    Texas Bar No. 24050882
                    akirkendall@kirkendalldwyer.com
                    Alexander Dwyer
                    Texas Bar No. 24054271
                    adwyer@kirkendalldwyer.com

                    Kirkendall Dwyer, LLP
                    4343 Sigma Rd., STE 200
                    Dallas, TX  75244
                    Tel: (214) 271-4027, Ext: 7042
                    Fax: (214) 253-0629

                    Attorneys for Plaintiff