**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABIILTY LITIGATION | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Pamela Williamson v. Hospira | : | |
| Worldwide, LLC f/k/a Hospira | : | MAG. JUDGE MICHAEL B. NORTH |
| Worldwide, Inc. and Hospira, Inc., | : | |

Civil Action No. 2:19-cv-14639

### MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(1)

COMES NOW counsel for Plaintiff, PAMELA WILLIAMSON, now deceased, pursuant to Fed. R. Civ. P. 41(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Kayla Dover, as plaintiff, on behalf of her deceased mother, Pamela Williamson, in the above-captioned cause.

1.      Pamela Williamson filed a products liability lawsuit against defendants on December 13, 2019.

2.      On December 13, 2019, Pamela Williamson passed away.

3.      Plaintiff filed a Suggestion of Death on September 3, 2020, attached hereto as **Exhibit A.**

4.      Pamela Williamson's product liability action against defendants survived Plaintiff-decedent's death and is not extinguished.

5.      The decedent's daughter, KAYLA DOVER, was issued Letters of Administration and appointed Personal Representative for the Estate of Pamela Williamson, is the Proper Plaintiff and wishes to be substituted on behalf of Pamela Williamson, in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: September 3, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

/s/  Mark R. Niemeyer

Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway,
Suite 2950
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Party has

contemporaneously with or before filing been served on all parties or their attorneys in a manner

authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.


Dated: September 3, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway,
Suite 2950
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABIILTY LITIGATION | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Pamela Williamson v. Hospira | : | |
| Worldwide, LLC f/k/a Hospira | : | MAG. JUDGE MICHAEL B. NORTH |
| Worldwide, Inc. and Hospira, Inc., | : | |

**Civil Action No. 2:19-cv-14639**

**SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Pamela Williamson, on or about December 13, 2019. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Williamson's estate.

Dated: September 3, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway,
Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously

with or before filing been served on all parties or their attorneys in a manner authorized by

FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.


Dated: September 3, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

/s/  Mark R. Niemeyer
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway,
Suite 2950
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff