**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Pamela Williamson v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., | : : : | MAG. JUDGE MICHAEL B. NORTH |

Civil Action No. 2:19-cv-14639

**ORDER ON MOTION FOR SUBSTITUTION OF**
**PARTY PURSUANT TO RULE 25(A)(1)**

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that **KAYLA DOVER,** on behalf of her deceased mother, Pamela Williamson, may be substituted for Pamela Williamson as the proper party plaintiff in this action. New Orleans, Louisiana this _____ day of _____, 2020.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge