Doc # 2020121843, OR BK 19242 Page 290, Number Pages: 1,
Recorded 06/16/2020 09:42 AM, RONNIE FUSSELL CLERK CIRCUIT COURT DUVAL COUNTY

Case 2:16-md-02740-KJM-MBN Document 11045-2 Filed 09/03/20 Page 1 of 1

Filing # 108758343 E-Filed 06/11/2020 05:20:49 PM

IN THE CIRCUIT COURT FOR DUVAL COUNTY,
FLORIDA  PROBATE DIVISION
IN RE: ESTATE OF

PAMELA WILLIAMSON

File No. 2020-CP-1256

Division PR-A

Deceased.

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, Pamela Williamson, a resident of Duval County, Florida, died on December 13, 2019, owning assets in the State of Florida, and

WHEREAS, Kayla Dover has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Kayla Dover duly qualified under the laws of the State of Florida to act as personal representative of the estate of Pamela Williamson, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _____June 11_____, 2020.

_____
Circuit Judge

STATE OF FLORIDA
DUVAL COUNTY
I, THE UNDERSIGNED Clerk of the Circuit Court, Duval County, Florida, DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on record and file in the office of the Clerk of Circuit of Duval County, Florida, and the same is in full force and effect.
WITNESS my hand and seal of the Clerk of Circuit Court at Jacksonville, Florida, this the 16 day of JUNE, 2020.
RONNIE FUSSELL
Clerk, Circuit and County Courts
Duval County, Florida
By _____
Deputy Clerk

ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 06/12/2020 09:12:57 AM