STATE OF FLORIDA

**BUREAU of VITAL STATISTICS**

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2019197754    **DATE ISSUED:** DECEMBER 20, 2019

## DECEDENT INFORMATION    **DATE FILED:** DECEMBER 18, 2019

NAME: PAMELA THOMPSON WILLIAMSON

DATE OF DEATH: DECEMBER 13, 2019    SEX: FEMALE    AGE: 055 YEARS
DATE OF BIRTH: DECEMBER 12, 1964    SSN: \*\*\*-\*\*-5298
BIRTHPLACE: UNION, SOUTH CAROLINA, UNITED STATES
PLACE WHERE DEATH OCCURRED: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 6680 BENNETT CREEK DRIVE APT 523
LOCATION OF DEATH: JACKSONVILLE, DUVAL COUNTY, 32216
RESIDENCE: 6680 BENNETT CREEK DRIVE APT NO. 523, JACKSONVILLE, FLORIDA 32216, UNITED STATES
COUNTY: DUVAL
OCCUPATION, INDUSTRY: XRAY TECHNICIAN, MEDICAL
EDUCATION: ASSOCIATE DEGREE    EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: BILLY THOMPSON
MOTHER'S/PARENT'S NAME: DOROTHY FROST

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: JONATHEN WILLIAMSON
RELATIONSHIP TO DECEDENT: SON
INFORMANT'S ADDRESS: 4375 CONFEDERATE POINT ROAD, JACKSONVILLE, FLORIDA 32210, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: AUSTIN VICENZI, F249928
FUNERAL FACILITY: HARDAGE-GIDDENS - SAN JOSE BLVD F040949
    11801 SAN JOSE BLVD, JACKSONVILLE, FLORIDA 32223
METHOD OF DISPOSITION: REMOVAL FROM STATE
PLACE OF DISPOSITION: UNION MEMORIAL GARDENS
    UNION, SOUTH CAROLINA

## CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN    MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 9999    DATE CERTIFIED: DECEMBER 17, 2019
CERTIFIER'S NAME: SEJAL SARAIYA KUTHIALA
CERTIFIER'S LICENSE NUMBER: ME95618
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT ENTERED

The first five digits of the decedent's Social Security Number has been redacted pursuant to §119.071(5), Florida Statutes.

_[signature]_ , STATE REGISTRAR

REQ: 2021140477

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)


\* 3 9 9 8 1 4 6 3 \*

CERTIFICATION OF VITAL RECORD