## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON JUDGE  MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING SANDOZ, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>*PHYLLIS R. BARNES v  SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. et al.* | Civil Action No.: 2:18-cv-00302 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Phyllis R. Barnes respectfully requests leave to file her Amended Complaint adding Sandoz, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as named defendants in this case.

Plaintiff's Complaint was originally filed against only Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.  Since filing her Complaint, Plaintiff has received additional product identification information and learned that Sandoz, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. should also be named defendants in the Complaint.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel. Counsel for Sandoz has voiced opposition to this Motion, while Counsel for Hospira are not opposed to this Motion.

Dated this September 3, 2020

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Counsel for Sandoz, Inc. and Hospira regarding this Motion in writing. Counsel for Hospira is unopposed to this Motion, but expressly reserves all attendant rights and defenses. Counsel for Sandoz is opposed.

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorney for Plaintiff*