## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING SANDOZ, INC., HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. AS NAMED DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>*PHYLLIS R. BARNES v. SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. et al* | Civil Action No.: 2:18-cv-00302 |

## ORDER

IT IS ORDERED that Plaintiff's Opposed Motion for Leave to File Amended Complaint Adding SANDOZ, INC., HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC. as named Defendants is GRANTED.

Signed, this _____ day of _____, 2020.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge