# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF SUBMISSION** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:18-cv-00302 |
| *PHYLLIS R. BARNES v SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. et al.* | |

PLEASE TAKE NOTICE that the Motion for Leave to File Amended Complaint is hereby set for submission before the District Judge on October 14, 2020 at 9:30 a.m.

Dated this September 9, 2020

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: /s/ *Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713)230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorney for Plaintiff*