# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 03, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 20-30495    In re: Taxotere Prod Liability
                USDC No. 2:16-MD-2740
                USDC No. 2:16-CV-16635
```

Enclosed is an order entered in this case.

```
                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca L. Leto, Deputy Clerk
                    504-310-7703
```

Ms. Dawn M. Barrios
Mr. Christopher L. Coffin
Ms. Ilana H. Eisenstein
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel