UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff Name: Kori Vasquez<br>Case No.: 2:20-cv-01279 | |

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Kori Vasquez whose case is on a Notice of Non-Compliance to be heard by the Court in September 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 7, 2020

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (Texas Bar No. 24072097)
**FRANCOLAW, PLLC**
500 W. 2nd Street, Floor 19, Suite 138
Austin, TX  78701
Telephone: (512) 714-2223
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on September 7, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                  */s/ David B. Franco*
                                                  David B. Franco