# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| **HEATHER MUSHRUSH,** | : : | **JUDGE MILAZZO** |
| Plaintiffs, | : : | **MAG. JUDGE NORTH** |
| v. | : : | **Civil Action No. 2:17-cv-08434** |
| **ACCORD HEALTHCARE, INC.,** | : : | |
| Defendants. | : : | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

On July 29, 2020, Plaintiff Heather Mushrush filed her Unopposed Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint, proposed Amended Short Form Complaint and proposed Order [Docket No. 10867]. Plaintiff now files this Notice to inform the Court that she is withdrawing her previously filed Unopposed Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint, proposed Amended Short Form Complaint and proposed Order.

Subsequently, an Opposed Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint, proposed Amended Short Form Complaint and proposed Order will be filed with the Court.

Dated this 8th day of September, 2020.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:   /s/ *Michael P. McGartland*
       Michael P. McGartland