UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>Ahnamaria Carey,<br>         Plaintiff,<br><br>Vs.<br><br>Sanofi -Aventis U.S. LLC, and Sanofi Aventis US LLC d/b/a Winthrop US,<br>         Defendants.<br><br>Civil Case No.: 2:17-cv-9027 | : : : : : : : : : : : : : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Ahnamaria Carey, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in this Court on September 14, 2017, (*Ahnamaria Carey v. Sanofi-Aventis U.S. LLC and Sanofi Aventis US LLC d/b/a Winthrop US (Case No. 2:17-cv-09027)* and, Plaintiff served Defendants pursuant to PTO 9.

Plaintiff has since learned that potential manufacturers of the docetaxel with which she was treated include Accord Healthcare, Inc.. Thus, Plaintiff's proposed amendment would reflect

---

[1] Plaintiff's counsel consulted with defense counsel for Accord Healthcare, Inc. regarding this motion and defense counsel does not oppose this motion.

this change by removing the previously named defendants and naming Accord Healthcare, Inc. as the defendant.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 8th day of September, 2020.

WHITFIELD BRYSON LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@whitfieldbryson.com
Email: hunter@whitfieldbryson.com

*Attorneys for Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 8, 2020.

*/s/ Daniel K. Bryson*
Daniel K. Bryson
