UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE T. MILAZZO |
| Ahnamaria Carey, | : | |
| Plaintiff, | : | |
| vs. | : | |
| Sanofi-Aventis U.S. LLC, and Sanofi Aventis US LLC d/b/a Winthrop US, | : | |
| Defendants. | : | |
| Civil Case No.: 2:17-cv-9027 | : | |

Upon Plaintiff's Motion for Leave to file a Amended Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short From Complaint which was attached as Exhibit A to Plaintiff's Motion.

This the _____ day of _____, 2020.

_____
U.S. District Court Judge