UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)         )    MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION       )
                                    )    SECTION: "H" (5)
                                    )
This document relates to all cases  )

## ORDER

**IT IS ORDERED** that oral argument is **SET** for **October 6, 2020**, and **October 7, 2020**. The hearings will begin at **9:30 a.m.** each day. The following Motions will be heard:

- Plaintiff's Partial Motion for Summary Judgment on the Comparative Fault of her Treating Physicians and Misuse of Taxotere (Doc. 10915);

- Defendants' Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Doc. 10918);

- Plaintiff's Motion to Exclude the Causation Testimony of Dr. Gerald Miletello (Doc. 10919);

- Plaintiff's Motion to Exclude and/or Limit Testimony of Dr. Carl Kardinal and Dr. Zoe Larned (Doc. 10921);

- Defendants' Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. (Doc. 10999);

- Plaintiff's Motion to Exclude Testimony of John Glaspy, M.D. (Doc. 10924);

- Plaintiff's Motion to Exclude Testimony of Dr. Janet Arrowsmith (Doc. 10926);

- Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes (Doc. 10928);

- Defendants' Motion to Exclude Expert Testimony of Dr. David Madigan (Doc. 11003);

- Defendants' Motion to Exclude Expert Testimony of Ellen Feigal, M.D. (Doc. 10931);

- Plaintiff's Motion to Exclude Certain Opinions of Ellen T. Chang, Sc.D (Doc. 10934);

- Defendants' Motion for Summary Judgment Based on Preemption (Doc. 11020);

- Plaintiff's Motion for Partial Summary Judgment on General Causation (Doc. 10936);

- Plaintiff's Motion to Exclude Testimony of Dr. Michael Kopreski (Doc. 10938); and

- Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei (Doc. 10940).

Each party will have seven minutes to argue each Motion.

New Orleans, Louisiana, this 7th day of September, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**