UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                        SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:**  <u>PATRICE SHIRLEY</u>
**Case No.:**  <u>2:17-cv-16532</u>

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent <u>Patrice Shirley</u> whose case is on a Notice of Non-Compliance to be heard by the Court in September 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 8, 2020                /s/ Ethan L. Shaw
                                        ETHAN L. SHAW
                                        Shaw Cowart, L.L.P.
                                        1609 Shoal Creek Blvd., Suite 100
                                        Austin, Texas 78701
                                        T: 512.499.8900 / F: 512.320.8906
                                        elshaw@shawcowart.com