UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Patricia Reiser**
**Case No.: 2:20-cv-01377**

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Patricia Reiser whose case is on a Notice of Non-Compliance to be heard by the Court in September 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 9, 2020           /s/ *Jason S. Long*
                                            **FEARS NACHAWATI, PLLC**
                                            Jason S. Long #24098012
                                            5473 Blair Road
                                            Dallas, Texas 75231
                                            Telephone: (214) 890-0711
                                            Fax: (214) 890-0712
                                            jlong@fnlawfirm.com
                                            Counsel for plaintiff