UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |
| *Stacy White v. Sanofi US Services Inc., et al.;* *Case No. 2:17-cv-15809* | : : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

**NOW COMES** Plaintiff, Stacy White, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A.

Plaintiff's counsel conferred with counsel for Sandoz Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Sandoz Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

This Motion also dismisses, with prejudice, all previously named Sanofi defendants.

Dated: September 9, 2020            Respectfully submitted,

                                                          **PULASKI KHERKHER, PLLC**
                                                          /s/ *Leslie LaMacchia*
                                                          Leslie LaMacchia
                                                          Adam Pulaski
                                                          2925 Richmond, Suite 1725
                                                          Houston, TX 77098
                                                          Tel: (713) 664-4555
                                                          Fax: (713) 664-7543
                                                          llamacchia@pulaskilawfirm.com
                                                          adam@pulaskilawfirm.com
                                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants did not indicate any opposition to the relief requested.

## **CERTIFICATE OF SERVICE**

I certify that on September 9, 2020, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Leslie LaMacchia*
Leslie LaMacchia