# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 08, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-30517   In re: Taxotere Prod Liability
                  USDC No. 2:16-MD-2740
                  USDC No. 2:17-CV-9417

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Dantrell L. Johnson, Deputy Clerk
                                504-310-7689

Mr. Mark Cheffo
Mr. Christopher L. Coffin
Mr. Michael Patrick McGartland
Ms. Carol L. Michel