AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Eastern District of Louisiana

| | |
|---|---|
| Mildred Kumar | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:17-cv-15311-JTM-MBN |
| Sanofi U. S. Services, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mildred Kumar, Plaintiff

Date: 09/10/2020

*Attorney's signature*

R. Scott Pietrowski, MS Bar No. 99387
*Printed name and bar number*
160 Main Street
P. O. Drawer 1388 (39533)
Biloxi, MS  39530

*Address*

rsp@rmlawcall.com
*E-mail address*

(228) 374-5151
*Telephone number*

(228) 374-6630
*FAX number*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 10th day of September, 2020.

                BY:   /s/ R. Scott Pietrowski
                          R. Scott Pietrowski, Esquire
                          MS Bar No. 99387
                          Reeves & Mestayer, PLLC
                          160 Main Street
                          Biloxi, MS   39530
                          (228) 374-5151 (telephone)
                          (228) 374-6630 (facsimile