UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| **This document relates to:** Heather Mushrush, 17-08434 | | |

## ORDER

Before the Court is a Notice of Withdrawal of Plaintiff's Motion to Amend (Doc. 11054). In the Notice, Plaintiff advises the Court that she is withdrawing her original Motion, which was designated as unopposed, and she is re-filing it as opposed.

Accordingly, Plaintiff's Motion to Amend (Doc. 10867) is **WITHDRAWN**. Defendants should re-file their opposition to Plaintiff's opposed Motion filed at Rec. Doc. 11055.

New Orleans, Louisiana, this 9th day of September, 2020.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**