**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Lula Gavin, Case No. 2:18-cv-11232*
*Clare Guilbault, Case No. 2:16-cv-17061*
*Debbie Hubbard, Case No. 2:18-cv-10283*
*Audrey Plaisance, Case No. 2:18-cv-08068*

<u>**ORDER**</u>

Considering the foregoing Motion for Leave to File Surreply in Opposition to Plaintiffs'

Motion for Leave to File Amended Short Form Complaints;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Hospira's Motion

for Leave to File Surreply in Opposition to Plaintiffs' Motion for Leave to File Amended

Short Form Complaints into the record.

New Orleans, Louisiana, this 10th day of September, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE