**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "H" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Gita Mohebbi* | * | CIVIL ACTION NO. 2:17-cv-06647 |
| | * | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form

Complaint (Doc. 10997);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to

file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 10th day of September, 2020.

_____

JUDGE, UNITED STATES DISTRICT COURT