UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Brenda Mixon, Case No. 2:18-cv-06581

## ORDER

　　Considering the foregoing Motion to Enroll (Doc. 11035);

　　**IT IS HEREBY ORDERED** that Jason S. Long, Darren P. McDowell, and Misty Farris of the law firm of Fears Nachawati, PLLC be enrolled as additional counsel of record in this case for plaintiff, Brenda Mixon.

　　New Orleans, Louisiana, this 10th day of September, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE