UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Pamela Williamson v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., | : : : | MAG. JUDGE MICHAEL B. NORTH |

Civil Action No. 2:19-cv-14639

# ORDER

Before the Court is Plaintiff's Motion for Substitution of Party (Doc. 11045);

**IT IS ORDERED** that Kayla Dover, on behalf of her deceased mother, Pamela Williamson, may be substituted for Pamela Williamson as the proper party plaintiff in this action.

New Orleans, Louisiana this 10th day of September, 2020.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge