# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Alice D. Hughes v.*<br>*Accord Healthcare, Inc.*<br>*Case No. 2:17-cv-11769* | : : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS UNDER SEAL

For the reasons set forth in the accompanying Memorandum in Support, Defendant Accord Healthcare, Inc. respectfully requests leave of Court to file under seal its Motion for Summary Judgment Based on Preemption, including the Memorandum in Support, Statement of Undisputed Material Facts, and Exhibits A-R.

Date: September 10, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: julie.callsen@tuckerellis.com
michael.ruttinger@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion for Leave to File Motion for Summary Judgment on Preemption Grounds Under Seal* was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ *Julie A. Callsen*
Julie A. Callsen