**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v.* | : | |
| *Accord Healthcare, Inc.* | : | |
| *Case No. 2:17-cv-11769* | : | |
| | : | |

## MEMORANDUM IN SUPPORT OF DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS UNDER SEAL

Defendant Accord Healthcare, Inc. ("Accord") respectfully requests leave of Court to file

under seal its Motion for Summary Judgment on Preemption Grounds, including the Memorandum

in Support, Statement of Undisputed Material Facts, and Exhibits A-R.

Accord respectfully submits that this Court previously entered a Protective Order ("Pretrial

Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO
> PROTECTIVE ORDER" by the producing party that falls within one or more of the
> following categories: (a) information prohibited from disclosure by law; (b)
> information that reveals trade secrets; (c) research, technical, commercial or
> financial information that the party has maintained as confidential; (d) medical and
> protected health information ("PHI") concerning any individual; (e) personal
> identifying information ("PII"); (f) income tax returns (including attached
> schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or
> employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Accord's Motion, Memorandum in Support,

and Statement of Undisputed Material Facts contain several references to documents that have

been designated as confidential and/or "protected information" as set forth in PTO 50. The same

is true of the source documents themselves, which are attached as Exhibits A-R to the Motion.  For

these reasons, this Motion, Memorandum in Support, Statement of Facts, and Exhibits A-R must

be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the

right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D.

La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A 00–0541, 2002 WL

1298777, at *1 (E.D. La. June 10, 2002)).  In this matter, the entry of PTO 50 mandates that the

exhibits at issue be sealed.  *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  Therefore, under

PTO 50 and the applicable case law, Accord's Motion, Memorandum in Support, Statement of

Facts, and Exhibits A-R should be filed under seal.

Date:  September 10, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:      216.592.5009
Email: julie.callsen@tuckerellis.com
        michael.ruttinger@tuckerellis.com
        brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, a true and correct copy of the *Memorandum in Support of Defendant Accord Healthcare, Inc.'s Motion for Leave to File Motion for Summary on Preemption Grounds Under Seal* was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ *Julie A. Callsen*
Julie A. Callsen

4842190