UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Brenda Mixon, Case No. 2:18-cv-06581 | |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF BRENDA MIXON AND ENTRY OF AN ORDER TO SHOW CAUSE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff who respectfully moves to continue the submission date regarding Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of an Order to Show Cause. Undersigned counsel has conferred with Defendants' Liaison Counsel, Attorney Douglas J. Moore, who has confirmed that Plaintiff's motion is unopposed.

Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of an Order to Show Cause was initially set for submission on September 2, 2020, and Sanofi and Plaintiff discussed moving it until September 16, 2020. For the reasons set forth in the accompanying memorandum, Plaintiff requests that the submission date be continued to October 28, 2020.

/ / /

/ / /

1

WHEREFORE, Plaintiff respectfully requests that this Court grant her Unopposed Motion to Continue Submission Date for Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of an Order to Show Cause and enter the attached order continuing the submission date to October 28, 2020.

Dated: September 11, 2020              Respectfully submitted,


                            /s/    Kristie L. Fischer


                            SCOTT K. CANEPA, ESQ.
                            Nevada Bar No. 4556
                            TERRY W. RIEDY, ESQ.
                            Nevada Bar No. 3895
                            BRYAN T. ABELE, ESQ.
                            Nevada Bar No. 7250
                            KRISTIE L. FISCHER, ESQ.
                            Nevada Bar No. 11693
                            CANEPA RIEDY ABELE
                            851 S. Rampart Boulevard
                            Suite 160
                            Las Vegas, Nevada 89145
                            Tel: (702) 304-2335
                            Fax: (702) 304-2336
                            scanepa@canepariedy.com
                            triedy@canepariedy.com
                            babele@canepariedy.com
                            kfischer@canepariedy.com

                            Jason S. Long
                            Texas State Bar No. 24098012
                            Darren P. McDowell
                            Texas State Bar No. 24025520
                            Misty A. Farris
                            Texas State Bar No. 00796532
                            **FEARS NACHAWATI, PLLC**
                            5473 Blair Road
                            Dallas, Texas 75231
                            Telephone: (214) 890-0711
                            Facsimile: (214) 890-0712

jlong@fnlawfirm.com
dmcdowell@fnlawfirm.com
mfarris@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/    Kristie L. Fischer*

3