UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Brenda Mixon, Case No. 2:18-cv-06581

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF BRENDA MIXON AND ENTRY OF AN ORDER TO SHOW CAUSE

NOW INTO COURT, through undersigned counsel, comes Plaintiff who respectfully offers this memorandum in support of her Unopposed Motion to Continue the Submission Date for Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of an Order to Show Cause.

Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of an Order to Show Cause was initially set for submission on September 2, 2020. Plaintiff requests that the submission date be continued to October 28, 2020.

There is good cause to continue the submission date.

    a)    Undersigned counsel were not aware, until receipt of the motion filed by defendants in this case, that they would be responsible for being first in the MDL to address these complex issues particular to Michigan state law.

    b)    Recently and prior to the filing of Defendants' motion for summary judgment, Plaintiff associated new counsel, Fears Nachawati, and the firm's attorneys are in

the process of familiarizing themselves with the case and the issues. Fears Nachawati will take the lead in responding to the motion for summary judgment.

b) The Fears Nachawati attorney who will be responsible for briefing these issues is currently briefing and preparing for hearings on motions to dismiss in *New Mexico v. Johnson & Johnson et al.*, No. D-101-CV-2020-00013 (1st Jud. Dist. Ct., Santa Fe Cty., N.M.); *Alexia Preddy, individually and on behalf of all others similarly situated v. ADT, LLC d/b/a ADT Security Services*, No. 0:20-cv-60971-AHS (S.D. Fla.); *Shana Doty, individually and on behalf of all others similarly situated v. ADT, LLC d/b/a ADT Security Services*, No. 0:20-cv-60972-AHS (S.D. Fla.); *Graileys, Inc. d/b/a Graileys Fine Wines v. The Hartford Insurance Co. et al.*, No. 3:20-cv-1181 (N.D. Tex.); and *Frosch Holdco, Inc. d/b/a Frosch et al. v. The Travelers Indemnity Company et al.*, No. 4:20-cv-01478 (S.D. Tex.).

c) Co-Liaison Counsel has advised that the Court has stated that Defendants' motion will be placed on the "back burner."

d) Undersigned counsel are aware of the compressed scheduled for motion practice and pre-trial proceedings in the Kahn case which is set for a jury trial on February 1, 2020. The Kahn matters are substantial, detailed, and complex, which will occupy the Court and the parties for the foreseeable future.

e) The issues involved in this matter are complex and involve state and federal constitutional challenges to the statute at issue. Additional time is essential in order to do justice to these complicated issues.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Motion to Continue Submission Date for Defendants' Motion for Summary Judgment on the Claims of

Plaintiff Brenda Mixon and Entry of an Order to Show Cause and enter the attached order continuing the submission date to October 28, 2020.

Dated: September 11, 2020                      Respectfully submitted,

  /s/ Kristie L. Fischer
SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

Jason S. Long
Texas State Bar No. 24098012
Darren P. McDowell
Texas State Bar No. 24025520
Misty A. Farris
Texas State Bar No. 00796532
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
jlong@fnlawfirm.com
dmcdowell@fnlawfirm.com
mfarris@fnlawfirm.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              */s/   Kristie L. Fischer*