UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Brenda Mixon, Case No. 2:18-cv-06581

**ORDER**

Considering Plaintiff's Motion to Continue Submission Date for Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of an Order to Show Cause;

IT IS ORDERED that said motion is granted and that the submission date for Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of an Order to Show Cause is continued to October 28, 2020.

New Orleans, Louisiana, this ___ day of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES

1