UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Cases identified in Exhibit 1

### EX PARTE MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come those Plaintiffs identified in Exhibit 1, who respectfully request that Jason S. Long, Darren P. McDowell, and Misty Farris of the law firm of Fears Nachawati, PLLC, be allowed to enroll as counsel of record for plaintiff in addition to Scott K. Canepa, Terry W. Riedy, Bryan T. Abele, and Kristie L. Fischer of the law firm of Canepa Riedy Abele in connection with the above-captioned case.

WHEREFORE, plaintiff respectfully prays that this Honorable Court allow Jason S. Long, Darren P. McDowell, and Misty Farris of the law firm of Fears Nachawati, PLLC to enroll as additional counsel of record for those Plaintiffs identified in Exhibit 1.

Dated this 12th day of September, 2020.

By:

/s/ Kristie L. Fischer
SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
CANEPA RIEDY ABELE
851 S. Rampart Boulevard
Suite 160

Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_/s/ Kristie L. Fischer_
**Kristie L. Fischer**

# Exhibit 1

| Plaintiff Name | Docket Number |
| --- | --- |
| Judith Anthony | 2:18-cv-9334 |
| Leslie Bordus | 2:19-cv-13736 |
| Gayle Cain | 2:18-cv-9341 |
| Judy Carlson | 2:17-cv-17950 |
| Robin Chieves | 2:19-cv-11372 |
| Judi Cochran | 2:17-cv-17309 |
| Beverly Copeland | 2:18-cv-06486 |
| Lula Gibbs | 2:17-cv-17249 |
| Sandra Greenwood | 2:19-cv-14656 |
| Connie Hale | 2:19-cv-08556 |
| Patricia Hames | 2:17-cv-17970 |
| Marlene Hildebrandt | 2:18-cv-04521 |
| Jo Hillyard | 2:19-cv-12291 |
| Amy Hutchison | 2:19-cv-14678 |
| Carla Ingram | 2:17-cv-17307 |
| Kathleen Jackson | 2:19-cv-09924 |
| Jameelah Johnson | 2:19-cv-14670 |
| Wanda Jones | 2:19-cv-13756 |
| Ellen Kelley | 2:17-cv-17302 |
| Robin Kropp | 2:19-cv-14661 |
| Rebecca Martin | 2:17-cv-17298 |
| Debra Mathis | 2:18-cv-06483 |
| Lisa McIntire | 2:17-cv-17269 |
| Rebekkah McKnight | 2:18-cv-09372 |
| Sue Meininger | 2:18-cv-04533 |
| Queen Middleton | 2:18-cv-03660 |
| Rhonda Mitchell | 2:19-cv-03972 |
| Margarita Mugleston | 2:19-cv-02205 |
| Frances Papsch | 2:19-cv-09814 |
| Louise Plant | 2:19-cv-12283 |
| Cindy Ramsey | 2:19-cv-00473 |
| Valerie Richardson | 2:18-cv-10226 |
| Polly Rodgers | 2:18-cv-06473 |
| Jacqueline Rogers | 2:17-cv-17222 |
| David Rosenteel | 2:17-cv-17253 |
| Laura Schippa | 2:19-cv-14675 |
| Sharon Schneider | 2:19-cv-13068 |
| Rebecca Schulze | 2:19-cv-12781 |
| Shelly Seifer | 2:18-cv-10180 |
| Susan Shaulis | 2:18-cv-10231 |
| Amy Smith | 2:18-cv-06478 |
| Jeanne Smith | 2:17-cv-17265 |
| Sibbie Smith | 2:18-cv-10216 |
| Donna Spada | 2:19-cv-12775 |

| Faustina Thompson | 2:17-cv-17262 |
| --- | --- |
| Lenetta Thompson | 2:19-cv-10862 |
| Hattie Triplett | 2:18-cv-11136 |
| Carolyn Turner | 2:19-cv-08492 |
| Patricia Via | 2:18-cv-09374 |
| Betty Voorhees | 2:18-cv-09379 |
| Louella Watkins | 2:17-cv-17259 |
| Brenda Michelle Wilkins | 2:19-cv-10869 |
| Joyce Woodard | 2:19-cv-02210 |
| Mary Young | 2:19-cv-02034 |