UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H"<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Willie Francis, 2:18-cv-08767 | : : | |

**PLAINTIFF'S MOTION FOR RELIEF FROM INCORRECT NOTICE OF PARTIAL DISMISSAL PURSUANT TO RULE 60(b)**

Plaintiff Willie Francis, by and through counsel, files this Motion for relief from the incorrect notice of partial dismissal with prejudice as to all defendants except Hospira, Inc., and Hospira Worldwide, LLC F/K/A Hospira Worldwide, Inc., which was filed on June 19, 2020 (Doc. No. 10623) and inadvertently dismissed the wrong defendant. The undersigned counsel for Plaintiff has conferred with defense counsel regarding the relief requested and there is no opposition to this motion. The proposed, corrected notice of partial dismissal and proposed order are attached hereto.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant the attached proposed order, vacate the notice of partial dismissal filed on June 19, 2020 (Doc. No. 10623), and Plaintiff be granted leave to file a corrected notice of partial dismissal instead.

Dated this 14th Day of September 2020

Respectfully submitted,

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
Matthew R. McCarley, #24041426
Tarek A. Abbassi, #24096225
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712

jlong@fnlawfirm.com
mccarley@fnlawfirm.com
tabbassi@fnlawfirm.com
Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Jason S. Long*