UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H"<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Willie Francis, 2:18-cv-08767 | : : | |

## ORDER

Before the Court is Plaintiff's Motion for Relief from Incorrect Notice of Partial Dismissal;

**IT IS ORDERED** that the Motion is **GRANTED**, the notice of partial dismissal filed on June 19, 2020 (Doc. No. 10623) is vacated, and Plaintiff is granted leave to file a corrected notice of partial dismissal.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge