# EXHIBIT 2

08:48:06

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   IN RE:   TAXOTERE (DOCETAXEL)
             PRODUCTS LIABILITY          Docket No.: 16-MD-2740
 6           LITIGATION                  Section "H(5)"
                                         September 20, 2019
 7                                       New Orleans, Louisiana

 8   Relates To:  Barbara Earnest,
     Case No.: 16-CV-17144
 9

10   * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

11
                         DAY 5, MORNING SESSION
12              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
            HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
13                   UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16   For the Plaintiffs:        Barrios, Kingsdorf & Casteix, LLP
                                BY:  DAWN BARRIOS, ESQ.
17                              701 Poydras Street
                                Suite 3650
18                              New Orleans, Louisiana 70139

19

20   For the Plaintiffs:        Gainsburgh, Benjamin, David,
                                  Meunier & Warshauer, LLC
21                              BY:  PALMER LAMBERT, ESQ.
                                2800 Energy Centre
22                              1100 Poydras Street
                                New Orleans, Louisiana 70163-2800
23

24

25
```

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 11:03:03 | 1 | were going to talk about -- I'm going to be watching you. |
| 11:03:05 | 2 | Thank you. |
| 11:03:05 | 3 | MS. MENZIES:  Thank you. |
| 11:03:05 | 4 | (WHEREUPON, at this point in the proceedings, the bench |
| 11:03:07 | 5 | conference concluded.) |
| 11:03:07 | 6 | THE COURT:  The Court is going to accept Dr. Bosserman |
| 11:03:26 | 7 | as an expert in the fields of breast cancer diagnosis, breast |
| 11:03:30 | 8 | cancer treatment, management of breast cancer treatment, |
| 11:03:34 | 9 | treatment options and guidelines for breast cancer, and |
| 11:03:38 | 10 | generally the care physicians provide for informing patients |
| 11:03:47 | 11 | through the decisionmaking process. |
| 11:03:47 | 12 | MS. MENZIES:  Thank you, Your Honor. |
| 11:03:49 | 13 | THE COURT:  Qualified to render opinions in those |
| 11:03:51 | 14 | areas.  Please proceed. |
| 11:03:51 | 15 | MS. MENZIES:  Thank you. |
| 11:03:51 | 16 | DIRECT EXAMINATION |
| 11:03:51 | 17 | BY MS. MENZIES: |
| 11:03:56 | 18 | Q.   Dr. Bosserman, can you please explain the various stages |
| 11:03:58 | 19 | of breast cancer? |
| 11:03:59 | 20 | A.   Okay.  When we think about treating breast cancer, we ask: |
| 11:04:03 | 21 | Where is it now?  We divide it generally into four categories. |
| 11:04:08 | 22 | Of course, there is a lot of subcategories. |
| 11:04:10 | 23 | In general, there are four stages.  Stage I is a |
| 11:04:15 | 24 | tumor just in the breast that's small, under an inch. |
| 11:04:21 | 25 | Stage II can be a breast cancer in the breast up to |

*OFFICIAL TRANSCRIPT*