# EXHIBIT 3

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5    ***********************
                              *
 6    ELIZABETH KAHN,         *   CASE NO.
              Plaintiffs      *   2:16-CV-17039
 7                            *
                              *
 8    VERSUS                  *
                              *
 9                            *
      SANOFI S.A., ET AL      *
10            Defendants      *
                              *
11    ***********************
12
13
14
15
16
17
18      Job No. NJ2756392
19
20            Deposition of ELIZABETH SARA
21    KAHN, taken on Thursday, December 7, 2017,
22    commencing at 8:34 a.m., at the law offices
23    of Pendley, Baudin & Coffin, 1515 Poydras
24    Street, Suite 1400, New Orleans, Louisiana
25    70112.
```

Page 19

```
 1   EXAMINATION BY MS. BIERI:
 2        Q.   Well, have you ever --
 3        A.   I can tell you that nobody ever told
 4   me that I could get permanent hair loss from
 5   taking Taxotere.  That, I can tell you that.
 6        Q.   And have you ever asked any of the
 7   doctors or nurses who gave you information,
 8   if permanent hair loss was a side effect of
 9   Taxotere?
10        A.   No.
11        Q.   What is the injury that you're
12   alleging in the lawsuit?
13             MR. COFFIN:
14                  Object to the form.
15             THE WITNESS:
16                  I didn't -- well, I don't exactly
17   know what you're asking me.
18   EXAMINATION BY MS. BIERI:
19        Q.   Okay.  And that's fair.
20        A.   Uh-huh (affirmative).
21        Q.   Thank you for clarifying when you
22   didn't understand a question.  And do that
23   anytime during this deposition.
24        A.   Okay.
25        Q.   I'm asking you -- I don't want to put
```

Page 20

1  words in your mouth, so I'm trying to do
2  this.
3       A.   Uh-huh (affirmative).
4       Q.   Do you allege an injury to your hair,
5  the appearance of your hair related -- in
6  this litigation?
7       A    Well, yes, I guess you could say --
8  my hair did not fully grow back, and so
9  that's what I'm alleging, that it was caused
10 by Taxotere.
11      Q.   So the physical injury that you're
12 alleging in this case is that your hair did
13 not fully grow back --
14      A.   Uh-huh (affirmative).
15      Q.   -- after taking Taxotere.
16      A.   Right.
17      Q.   What are you seeking from the
18 lawsuit?
19           MR. COFFIN:
20              Object to the form.
21           THE WITNESS:
22              Well, compensation for my injury.
23 EXAMINATION BY MS. BIERI:
24      Q.   How much?
25           MR. COFFIN:

Page 204

```
 1   EXAMINATION BY MS. BIERI:
 2        Q.   Is that what you understood from
 3   reading that paragraph?
 4        A.   Yes.
 5        Q.   And do you understand that you were
 6   at risk for some very serious side effects?
 7        A.   Yes.
 8        Q.   And the last sentence says:  In some
 9   cases, side effects may be very serious,
10   long-lasting, or may never go away.  There is
11   also a risk of death.
12             The potential of long-lasting or
13   permanent side effects was not specific to
14   any particular side effect, correct?  This
15   isn't discussed in connection with a
16   particular side effect, right?
17             MR. COFFIN:
18                  Object to the form.
19             THE WITNESS:
20                  They're not being particular
21   here.
22   EXAMINATION BY MS. BIERI:
23        Q.   No.
24        A.   Or specific here.
25        Q.   They're speaking overall about the
```

1      You can't say that you would be alive
2  today if you hadn't taken Taxotere, correct?
3      A.   I had -- my treatment was a
4  multifaceted treatment, and I don't know what
5  -- which thing was the most beneficial.  I
6  have no clue what -- if I had one thing or
7  not had one thing, what would have made a
8  difference.
9      Q.   So you can't say.
10     A.   Can't say.
11     Q.   So now that you survived breast
12 cancer, nine-plus years, are you contending
13 that you would not have taken Taxotere if you
14 had known that there was a risk of persisting
15 hair loss?
16     A.   If my doctor had told me that one of
17 the side effects of Taxotere was permanent
18 hair loss, I would have asked him, what are
19 my other options.  Just like when I was told
20 about the surgery, about a mastectomy, I
21 wanted to know what my other options were.
22     Q.   If you had been told that there was a
23 10 percent chance of permanent or persisting
24 hair loss, would you have asked about other
25 options?

```
                                                    Page 303
 1    certainly would.  When you start going down
 2    in smaller numbers, I can't give you a
 3    definitive answer what I would have said at
 4    the time.  In hindsight, I would say I would
 5    definitely ask for other options.
 6         Q.   Sure.  How is that --
 7         A.   But that doesn't, you know.
 8         Q.   You would have asked for other
 9    options, had you been told that Taxotere had
10    the risk of potential persisting or permanent
11    hair loss; is that right?
12         A.   If I was told that Taxotere could
13    have caused permanent hair loss, I would have
14    asked what my other options are.
15         Q.   So does that mean that you made sure
16    that for your other drugs that you took, to
17    inquire whether they caused permanent or
18    persisting hair loss?
19              MR. COFFIN:
20                   Object to the form.
21              MS. BIERI:
22                   I'm asking if that's what it
23    means.
24              THE WITNESS:
25                   My doctors told me my hair would
```