# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)     *
PRODUCTS LIABILITY LITIGATION    *    Docket No.: 16-MD-2740
                                 *    Section "H(5)"
                                 *    New Orleans, Louisiana
Relates to:  Barbara Earnest     *    September 19, 2019
Case No.: 16-CV-17144            *
* * * * * * * * * * * * * * * * *
```

DAY 4 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139


For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163


OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 4:57PM | 1 | **A.** Yeah, actually. |
| 4:57PM | 2 | **Q.** When did you last teach in it? |
| 4:57PM | 3 | **A.** Yesterday. I actually taught at the opening session. So |
| 4:57PM | 4 | I did a very quick trip from here to Washington, D.C., so that |
| 4:58PM | 5 | I can open the session for the program. |
| 4:58PM | 6 | **Q.** Now, you were in this courtroom earlier this week; right? |
| 4:58PM | 7 | **A.** Yes, I was. |
| 4:58PM | 8 | **Q.** You went to Washington to teach this course -- |
| 4:58PM | 9 | **A.** Yes. |
| 4:58PM | 10 | **Q.** -- and you came back? |
| 4:58PM | 11 | **A.** Right. |
| 4:58PM | 12 | **Q.** Okay. |
| 4:58PM | 13 | **MR. MICELI:** Your Honor, I tender Dr. Ellen Feigal as |
| 4:58PM | 14 | an expert in clinical research, clinical study design and |
| 4:58PM | 15 | interpretation, and general causation. |
| 4:58PM | 16 | Any objection? |
| 4:58PM | 17 | **MR. STRONGMAN:** No objections to the subject matters. |
| 4:58PM | 18 | **THE COURT:** Okay. Court's going to accept Dr. Feigal |
| 4:58PM | 19 | as an expert in the field of clinical research, clinical study |
| 4:58PM | 20 | design, interpretation -- study design and interpretation and |
| 4:58PM | 21 | general causation, qualified to render opinions. |
| 4:58PM | 22 | **MR. MICELI:** Your Honor, let the record reflect it's |
| 4:58PM | 23 | 4:59. |
| 4:58PM | 24 | **THE COURT:** I wasn't going to let you say one more |
| 4:58PM | 25 | word. |