# EXHIBIT 3

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4      IN RE TAXOTERE (DOCETAXEL)      )

       PRODUCTS LIABILITY LITIGATION )  MDL NO. 2740

5                                      )

       THIS DOCUMENT RELATES TO:      )  SECTION: H

6                                      )

       ANTOINETTE DURDEN,             )

7      CASE NO. 2:16-cv-16635          )

       TANYA FRANCIS,                 )

8      CASE NO. 2:16-cv-17410;         )

       BARBARA EARNEST,               )

9      CASE NO. 2:16-cv-17144          )

                                       )

10     _____)

11

12          VIDEOTAPED DEPOSITION OF ELLEN FEIGEL, M.D.

13               FRIDAY, DECEMBER 7, 2018

14

15

16

17

18     JOB NO. 3151489

19

20     REPORTED BY STEPHANIE J. COHEN,

21     CSR NO. 7920

22

23

24

25     Job No. NJ3151489

Veritext Legal Solutions

800-227-8440                              973-410-4040

1      A      That exact sentence, I don't have that

2    exact sentence.

3      Q      That opinion does not exist in your report,

4    correct?

5      A      What I was agreeing to is that exact

6    sentence doesn't exist in my report.

7      Q      Would you agree with me that the content

8    of -- strike that.

9             Would you agree with me that your report

10   does not contain any discussion about the content of

11   any Taxotere prescribing information label?

12             MR. THORNTON:  Objection; form.

13             THE WITNESS:  I'm just trying to tell you

14   that I feel that I should be able to comment that

15   since physicians get information from prescribing

16   information, if the prescribing information does not

17   have that type of safety information, then they

18   can't have an informed discussion with their

19   patient.

20             So take it as I said it.  I don't know how

21   else to respond.

22   BY MR. KAUFMAN:

23     Q      Are you offering an opinion that Sanofi did

24   not comply with FDA requirements governing

25   prescribing information?

Page 251

1    also need to be considered."

2         So the point I'm trying to make is it's a

3    benefit, risk conversation between a patient and her

4    physician.  It's not just telling her about the

5    efficacy.  It's telling her about sharing the

6    information that's known about adverse event,

7    because it's the totality of the conversation that's

8    important.

9         Q    Right below that you state, "Reasonable

10   regimens to consider are as follows" and then you

11   list four of them; is that right?

12        A    Under the third generation regimens, yes.

13        Q    And what makes a regimen reasonable?

14        A    There is data to support it.  There has

15   been data through clinical trials that show safety

16   and effectiveness and then some of them have --

17   there's pros and cons to each.

18        They have different safety profiles and

19   then some of them have cost issues.  So NCCN also

20   does consider affordability, cost in some of their

21   analysis of the regimens.

22        Q    Did you -- strike that.

23        Is it your opinion that these four regimens

24   under the third generation category are reasonable

25   or is that some other entity's --