UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Elizabeth Kahn, Case No. 2:16-cv-17039 | |

**[PROPOSED] ORDER**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits 4-8 to Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Expert Testimony of Ellen Feigal, M.D. (Rec. Doc. 11083) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Expert Testimony of Ellen Feigal, M.D. (Rec. Doc. 11083) UNDER SEAL.

New Orleans, Louisiana, this ___ of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE