# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION     *   Docket No.: 16-MD-2740
                                  *   Section "H(5)"
                                  *   New Orleans, Louisiana
Relates to:  Barbara Earnest      *   September 18, 2019
Case No.: 16-CV-17144             *
* * * * * * * * * * * * * * * * * *
```

DAY 3 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street<br>Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street<br>Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street<br>Suite 2505<br>New Orleans, Louisiana 70163 |

OFFICIAL TRANSCRIPT

4:04PM 1 my doctoral work up through today. I still use it.
4:04PM 2 Q. And is that a generally accepted methodology in your
4:04PM 3 field?
4:04PM 4 A. Yes, all of the projects I work on, regulatory bodies use
4:04PM 5 that as well.
4:04PM 6       **MR. NOLEN:** Your Honor, I would tender Dr. Plunkett
4:05PM 7 as an expert in pharmacology, toxicology and risk assessment.
4:05PM 8       **MS. SASTRE:** No objection, Your Honor.
4:05PM 9       **THE COURT:** The Court's going to accept Dr. Plunkett
4:05PM 10 as an expert in the field of pharmacology, toxicology and risk
4:05PM 11 assessment, qualified to render opinions in those areas.
4:05PM 12       Please proceed.
4:05PM 13 **BY MR. NOLEN:**
4:05PM 14 Q. Now, Doctor, will all of the conclusions that you provide
4:05PM 15 today for the jury be based upon a reasonable degree of
4:05PM 16 scientific certainty?
4:05PM 17 A. Yes, they will.
4:05PM 18 Q. And what are your overarching conclusions in this case
4:05PM 19 based upon what you've been asked to do?
4:05PM 20 A. So first it's my opinion, to a reasonable degree of
4:05PM 21 scientific certainty, based on my training, experience and all
4:05PM 22 the evidence I looked at, that irreversible alopecia, or
4:05PM 23 permanent hair loss, is not the same injury as drug-induced
4:05PM 24 alopecia that you see with many chemotherapeutic drugs.
4:05PM 25 Q. And -- oh, go ahead. I'm sorry.