# EXHIBIT 2

Page 1

```
 1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2

     IN RE: TAXOTERE           )
 3   (DOCETAXEL) PRODUCTS       )
     LIABILITY LITIGATION       )
 4                              )     MDL No. 2740
     This Document Relates To: )
 5                              )     SECTION: H
     Antoinette Durden, Case    )
 6   No. 2:16-cv-16635          )
                                )
 7   Tanya Francis, Case        )
     No. 2:16-cv-17410;         )
 8                              )
     Barbara Earnest, Case      )
 9   No. 2:16-cv-17144          )
10
11   **************************************************
12            ORAL VIDEOTAPED DEPOSITION OF
13               LAURA PLUNKETT, PH.D.
14                 DECEMBER 10, 2018
15   **************************************************
16
17
         ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18   PH.D., produced as a witness at the instance of the
     Defendants and duly sworn, was taken in the
19   above-styled and numbered cause on the 10th day of
     December, 2018, from 9:21 a.m. to 5:22 p.m., before
20   Stephanie Barringer, Certified Realtime Reporter
     (CRR), Registered Professional Reporter (RPR), and
21   Certified Shorthand Reporter (CSR) in and for the
     State of Texas, reported by stenographic means at the
22   offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
     Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23   the Federal Rules of Civil Procedure and the
     provisions stated on the record or attached hereto.
24
25   Job No. NJ3152742
```

1    was for one drug versus the other.  They both carry

2    the risks of infection and neutropenia.  They both

3    carry similar -- similar other endpoints of

4    toxicity.

5                     But my focus in this was

6    answering questions about whether or not there is a

7    difference in -- in terms of permanent alopecia.

8         Q.    Okay.  So you said that you were focused

9    on the toxicity and the risk of permanent alopecia,

10   true?

11        A.    Yes, I was.

12        Q.    Okay.  And so other than the risk of

13   permanent alopecia, tell us what other toxicities

14   you isolated and compared, if any, between Taxol

15   and Taxotere.

16        A.    Well, I don't think I isolated anyone

17   else as a focus.  But certainly they're all -- they

18   were all within my analysis.  So in individual

19   studies, I looked at what was isolated in those

20   studies.

21                     So, for example, 311 looks at, I

22   think, mortality.  I can pull my paragraph out

23   again.  But there are certain ones I mentioned in

24   there.  So I looked at those in that study as they

25   were isolated by that particular head-to-head

1   comparison.

2                   But most of the scientific

3   literature describes a lot of commonality as far as

4   the qualitative description of the risk.  It's --

5   where they can differ is in the quantitative

6   description of the risk.

7        Q.   But if we asked you to specifically

8   identify how the cardiac risk between Taxol and

9   Taxotere compared, are you prepared to do that

10  today?

11       A.   I haven't formed a specific opinion to

12  tell you percentage of patients were at risk, no.

13  But certainly they both carry -- they -- they can

14  both carry that risk mostly because they're both

15  used in combination also with both carrying cardiac

16  risk.

17       Q.   Did you -- did you do a ranking or weigh

18  the importance of any of the toxicities of Taxotere

19  and Taxol?

20                   MR. MICELI:  Object to the form.

21       A.   I don't believe I did a ranking.  But how

22  I -- how I would describe a ranking --

23       Q.   (BY MS. SASTRE)  Uh-huh.

24       A.   Because I wasn't doing a full risk

25  benefit assessment as -- as a doctor would do where

1   you might make those decisions for a patient.

2   Because as a pharmacologist, all of those things

3   that can occur toxicologically for a compound can

4   be important -- more important in one patient

5   versus another.

6                    So as a pharmacologist and

7   toxicologist, you describe the profile.  In this

8   case, I was then asked to look at the issue of one

9   particular endpoint and whether or not there was a

10  difference.  And there absolutely does appear to be

11  a difference based on the information that's

12  publicly available.

13      Q.    But my question is that:  You did not

14  weigh the importance of one toxicity compared to

15  another, for example, cardiotoxicity to hair loss?

16      A.    True --

17                    MR. MICELI:  Object to the form.

18      A.    I think I answered that.  I did not rank

19  them individually.  Instead, I looked across the

20  profile.

21      Q.    (BY MS. SASTRE)  Okay.  You agree that

22  FDA has never requested that permanent alopecia be

23  included in the warning section for Taxotere?

24                    MR. MICELI:  Object to the form.

25      A.    I can't answer that they never have.

Page 148

1    rate for permanent alopecia associated with

2    Taxotere when given as a single agent or

3    monotherapy?

4         A.    I have determined, based on my review of

5    the company's data -- and I've given you that in

6    Paragraph 45, part of that.

7         Q.    What's the rate?

8         A.    So it's -- it has to do with the -- I

9    say, in Paragraph 45:  By 2013, Sanofi knew that

10   the rate of persistent or irreversible alopecia in

11   the TAC group of TAX 316 was 3.9 percent, while the

12   rate was even higher in the GEICAM study.

13                      And I will tell you that that is

14   a typo in my report.  Every time you see 6.7, it

15   should be 6.1 in Paragraphs 45 and, I believe,

16   also 46.  So I would like to make that correction

17   to my report.

18        Q.    I'm sorry.  What was that correction?

19        A.    So in Paragraphs 45 and 46 --

20        Q.    Uh-huh.

21        A.    -- the 6.7 that's repeated several times,

22   it should actually be 6.1 percent.

23        Q.    Okay.

24        A.    And I brought the document if you want to

25   see where I got that from.

Page 196

1    weight.  It's not like there's a numerical factor.

2    Is that what you mean by specific weight?

3         Q.   Did you somehow put them in some order as

4    to what was the most important to your opinions to

5    the least important?

6         A.   To some extent, yes, I do do that in any

7    of my weight of the evidence analysis.  So, for

8    example, if I'm looking at something like this,

9    permanent alopecia, which is something that I

10   wouldn't be able to see that specific endpoint

11   demonstrated in animal studies --

12        Q.   Uh-huh.

13        A.   -- instead I would be relying -- I would

14   be looking for human data and human experience,

15   absolutely.  That would be information that would

16   be -- would be of importance to forming that

17   opinion with permanent alopecia.

18                    You can get information sometimes

19   on alopecia from animal studies, general alopecia,

20   drug-induced alopecia.  But I've not seen an animal

21   model that would be -- that I have seen used in

22   the -- for the specific endpoint of permanent

23   alopecia.

24        Q.   Okay.  And I guess all I'm saying is that

25   there is hierarchy, how to evaluate medical