# EXHIBIT 6

```
                                                              Page 1

  1              UNITED STATES DISTRICT COURT

  2              EASTERN DISTRICT OF LOUISIANA

  3

  4   ELIZABETH KAHN,

  5   Plaintiff,

  6    vs.                            Case No. 2:16-cv-17039

  7   SANOFI S.A., SANOFI-AVENTIS U.S.

      L.L.C., SANOFI US SERVICE, INC., and

  8   AVENTIS-PHARMA S.A.,

  9   Defendants.

 10
                       * * * * * * * * * *
 11

 12   CYNTHIA THIBODEAUX,

 13   Plaintiff,

 14    vs.                            Case No. 2:16-cv-15859

 15   SANOFI S.A., SANOFI-AVENTIS U.S.

      L.L.C., SANOFI US SERVICE, INC., and

 16   AVENTIS-PHARMA S.A.

 17   Defendants.

 18

 19          Videotape Deposition of CARL KARDINAL, M.D.,

 20   taken on behalf of the defendants, at the residence of

 21   Carl Kardinal, M.D., 6008 Dornagh Court, in the city

 22   of Columbia, State of Missouri, on the 17th day of

 23   January 2018, before Heather L. Shallow, Certified

 24   Court Reporter, Registered Professional Reporter,

 25   Registered Merit Reporter.       Job No. NJ2783240
```

Page 69

1   yes.  Yes.
2         Q.  Can you tell me how survival rates for
3   breast cancer have increased with the advent of
4   taxanes including Taxotere?
5         A.  I presume they have.  I don't -- since they
6   are -- you have a couple of current publications
7   there; so...  Some of those publications came out sort
8   of as I was retiring.
9         Q.  Is it your understanding that -- when is it
10  your understanding that taxanes first came onto the
11  market?
12        A.  I think there's really two questions there.
13  One is at what time did we start using taxanes in
14  clinical trials, and second question is when did they
15  become commercially available.
16        Q.  Yeah.  I -- and I'm happy to hear the answer
17  to both.  I was focusing on the latter, when they
18  became commercially available and on the market, but I
19  would love to hear when you first started using
20  taxanes in clinical trials.
21        A.  Well, we started using taxanes in clinical
22  trials -- well, it was before I retired from Ochsner
23  so it had to be back around 2000, 2005.  They became
24  commercially available around 2010.
25        Q.  It's your understanding that taxanes first

Page 70

1  became commercially available in 2010?
2       A.  I know you know the answer to that.  You can
3  tell me.  I don't -- I'm not exactly positive when
4  they became commercially available.
5       Q.  And -- and Doctor, I'm just trying to get an
6  understanding of -- of your knowledge --
7       A.  What?
8       Q.  -- of your knowledge of the evolution --
9       A.  Of my memory.
10      Q.  Absolutely not.
11          Do you know -- strike that.
12          Would you agree with me that while docetaxel
13 and paclitaxel are structurally similar, they are not
14 the same drug?
15      A.  Yeah, that's correct.
16      Q.  Would you agree that they carry different
17 risks and different benefits?
18      A.  They're -- they're very similar but they're
19 slightly different toxicity.
20      Q.  I read something in the 2008 Chemotherapy
21 Source Book chapter --
22      A.  Written by me?
23      Q.  Yes.
24      A.  Okay.
25      Q.  Your name is --

Page 74

1  -- we didn't use paclitaxel nearly as much as
2  docetaxel.
3      Q.  But you were aware that -- were you aware of
4  concerns of infusion reactions with paclitaxel?
5          MR. MICELI:  Object to the form.
6      A.  Yes.
7      Q.  (By Ms. Bieri)  In -- I'll represent to you
8  that in the 2008 Chemotherapy Source Book you wrote
9  that docetaxel was the drug of choice in breast
10 cancer.
11     A.  Well, I thought it was at the time.
12     Q.  So what things did you consider when
13 choosing Taxotere, docetaxel, over other
14 chemotherapeutic agents?
15     A.  Well, mostly I was comparing taxanes, and
16 the neuropathy with paclitaxel was greater than it was
17 with docetaxel.
18     Q.  I also saw language, "Docetaxel is the most
19 active agent yet available for the treatment of
20 advanced breast cancer.  Docetaxel may have some
21 activity in paclitaxel resistant breast cancer."
22     A.  If I said it, it must be true.
23         MR. MICELI:  Object to the form.
24     Q.  (By Ms. Bieri)  Do you know, sitting here
25 today, what you were referring to -- what was being