UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits 4 and 5 to Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Rec. Doc. 11085) Under Seal,

　　IT IS ORDERED that said Motion is GRANTED;

　　IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits 4 and 5 to Plaintiffs' Response in Opposition to Defendants' Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Rec. Doc. 11085) UNDER SEAL.

　　New Orleans, Louisiana, this ___ of _____, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE