UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Kahn v. Sanofi-Aventis, et al,<br>Case No. 2:16-cv-17039 | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO THE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO SANOFI'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. DAVID MADIGAN (REC. DOC. 11086) UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. David Madigan (Rec. Doc. 11086) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits A-E) to the Plaintiff's Memorandum in Opposition to Sanofi's Motion to Exclude Expert Testimony of Dr. David Madigan UNDER SEAL.

New Orleans, Louisiana, this ___ of September, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE