# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*****************************************************************

IN RE:  TAXOTERE (DOCETAXEL)            Docket No. 16-MD-2740
PRODUCTS LIABILITY LITIGATION           Section H
                                        New Orleans, LA
Relates to:  Barbara Earnest            Monday, September 23, 2019
             16-CV-17144

*****************************************************************

                    TRANSCRIPT OF TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE
                       DAY 6, MORNING SESSION
```

APPEARANCES:

FOR THE PLAINTIFF:              BACHUS & SCHANKER, LLC
                                BY:  DARIN L. SCHANKER, ESQ.
                                     J. KYLE BACHUS, ESQ.
                                1899 Wynkoop St., Suite 700
                                Denver, CO 80202

                                FLEMING NOLEN & JEZ
                                BY:  RAND P. NOLEN, ESQ.
                                2800 Post Oak Blvd., Suite 4000
                                Houston, TX 77056

                                GIBBS LAW GROUP, LLP
                                BY:  KAREN B. MENZIES, ESQ.
                                6701 Center Drive West, 14th Floor
                                Los Angeles, CA 90045

                                DAVID F. MICELI, LLC
                                BY:  DAVID F. MICELI, ESQ.
                                P.O. Box 2519
                                Carrollton, GA 30112-0046

                                PENDLEY BAUDIN & COFFIN
                                BY:  CHRISTOPHER L. COFFIN, ESQ.
                                2505 Energy Centre
                                1100 Poydras St.
                                New Orleans, LA 70163

Page 1501

1  what would have changed his prescribing decision? Information.
2  And so isn't it fair to ask him, "If the company had shown you this
3  information, would it have changed your prescribing decision?"
4  Because if it would have changed his prescribing decision, then
5  that goes to a key determination by the jury in this case. It's
6  clearly relevant.
7       This is information that the company could have made
8  available to the doctor. And if he had the information, he may
9  very well have changed his prescribing decision and Barbara Earnest
10 wouldn't have the harm that she does today. It's clearly a
11 relevant topic to explore with the doctor.
12      MS. SASTRE: Well --
13      THE COURT: I think my biggest problem is that it was
14 some sort of hypothetical, and he is not an expert and can't
15 testify to hypothets. I think it's appropriate for you ask --
16      MR. SCHANKER: Just leave out the hypothetical.
17      THE COURT: "Did you see that?" "No, I didn't."
18      MR. SCHANKER: If you had --
19      THE COURT: "Had you been provided this information,
20 would that have changed anything?" "I don't know." And then we'll
21 see.
22      MR. SCHANKER: Thank you.
23      (OPEN COURT.)
24      MR. SCHANKER: May I, your Honor?
25      THE COURT: Please proceed.

Page 1502

1  BY MR. SCHANKER:
2  Q. Doctor, were you made aware, prior to providing treatment to
3  Barbara, that Sanofi had a clinical trial that showed that 3.9
4  percent of women who took Taxotere had ongoing alopecia at the end
5  of a ten-year follow-up period?
6  A. No.
7  Q. Doctor, if you -- would that have been information that you
8  would have liked to have had prior to prescribing to Barbara
9  Earnest?
10 A. Yes.
11 Q. Doctor, were you ever made aware that Sanofi's global safety
12 officer Amy Freedman --
13      MS. SASTRE: Objection. No foundation for this, your
14 Honor. It's improper with this witness.
15      THE COURT: I think you might -- you need to rephrase
16 your question. You need to lay --
17      MR. SCHANKER: Your Honor, I am --- can I ask him if he
18 is aware of this fact? And then, if this fact would have --
19      THE COURT: Whatever the document is.
20      MR. SCHANKER: Yes, it's evidence that the jury has heard
21 in this case.
22      THE COURT: I understand that. Pretty much what we did
23 last time.
24 BY MR. SCHANKER:
25 Q. Doctor, were you aware --

Page 1503

1       THE COURT: Wait. I am not sure. Come up here.
2       (WHEREUPON, THE FOLLOWING BENCH CONFERENCE WAS HELD:)
3       THE COURT: What are we talking about? Is this the
4  global --
5       MR. SCHANKER: That is the admission by the global safety
6  officer Amy Freedman that certainly could have been made available
7  to medical providers.
8       THE COURT: Oh, no. No.
9       MS. SASTRE: That's what he is going into testimony.
10      THE COURT: I am not going to have you go through
11 testimony. I thought it was -- you were talking about their
12 assessment. I can't think of the term. But I am not going to let
13 you -- if she said you could do that -- no, we're not going to go
14 into testimony.
15      MR. SCHANKER: Okay. And --
16      THE COURT: Because he would not have been -- he never
17 would have had a circumstance where he can have a conversation.
18      MR. SCHANKER: That's information that certainly could
19 have been made available.
20      THE COURT: That's an argument.
21      MR. SCHANKER: So can I ask him if he knew that, that the
22 company knew that in 2006 Sanofi caused permanent hair loss? I
23 won't say, "Amy Freedman."
24      THE COURT: No. No. I think I've given you something
25 that -- I think the clinical trial covered that.

Page 1504

1       MR. SCHANKER: Okay. And thank you, your Honor. So just
2  purely to make a record, just referring to wanting to introduce
3  evidence of the fact that Amy Freedman admitted that the company
4  knew in 2006 that Sanofi caused permanent hair loss. And, again,
5  simply all I wanted to do was that's an admission. Amy Freedman
6  said the company knew, and I wanted to ask him if he knew that the
7  company knew in 2006. Thank you.
8       THE COURT: Okay.
9       MS. SASTRE: Thank you, your Honor.
10      (OPEN COURT.)
11      THE COURT: Please proceed.
12      MR. SCHANKER: Thank you.
13 BY MR. SCHANKER:
14 Q. Doctor, bottom line, if Sanofi had warned you about Taxotere's
15 risk of permanent hair loss, would you have told Barbara that?
16 A. Yes.
17      MR. SCHANKER: Thank you, your Honor.
18      THE COURT: Thank you.
19      Members of the jury, it's a little after 12, so we're
20 going to take our noon recess and then continue with the testimony
21 of Dr. Carinder.
22      Court will be at recess until 1:15.
23      (WHEREUPON, THE JURY EXITED THE COURTROOM.)
24      THE COURT: I didn't know if you had planned to be here
25 longer than this.