# EXHIBIT C

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                         Civil Action No. 16-MD-2740
                         Section "H"(5)
                         New Orleans, Louisiana
                         September 5, 2019

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************


                    TRANSCRIPT OF MOTION HEARING
           HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS:

                    DAWN BARRIOS
                    BARRIOS KINGSDORF & CASTEIX
                    701 POYDRAS STREET
                    SUITE 3650
                    NEW ORLEANS, LA 70139

                    MATTHEW PALMER LAMBERT
                    GAINSBURGH BENJAMIN DAVID MEUNIER
                    & WARSHAUER
                    1100 POYDRAS STREET
                    SUITE 2800
                    NEW ORLEANS, LA 70163

                    DARIN SCHANKER
                    BACHUS & SCHANKER
                    1899 WYNKOOP STREET
                    SUITE 700
                    DENVER, CO 80202

                    CHRISTOPHER COFFIN
                    PENDLEY BAUDIN & COFFIN
                    1515 POYDRAS STREET
                    NEW ORLEANS, LA 70112


                    ────OFFICIAL TRANSCRIPT────
                             Page 1
```

Page 37

```
01:44:57PM  1      MR. SCHANKER:  Right.  That there shouldn't be
01:45:00PM  2   evidence introduced with regard to all these other
01:45:03PM  3   chemotherapy drugs that might have -- might cause permanent
01:45:06PM  4   hair loss.  Those have not been put under the microscope so
01:45:10PM  5   to speak with any kind of causation analysis and are wholly
01:45:13PM  6   irrelevant in this case as to whether or not they can or
01:45:17PM  7   specifically do cause.  And that's really what our position
01:45:19PM  8   is that we're putting before you concerning other
01:45:20PM  9   chemotherapy drugs.
01:45:23PM 10      THE COURT:  Okay.  Thank you.  Mr. Ratliff.
01:45:26PM 11      MR. RATLIFF:  Your Honor, I can keep this short if
01:45:29PM 12   you intend to deny their motion, but would you like to hear
01:45:32PM 13   argument from me?
01:45:34PM 14      THE COURT:  You can keep it short.  But I think this
01:45:36PM 15   is -- I will tell you and maybe I don't think array of drugs
01:45:43PM 16   that are unrelated has anything to do with whether or not
01:45:46PM 17   this plaintiff was warned about this particular drug and I
01:45:49PM 18   will not allow that.  I would think as I indicated there has
01:45:54PM 19   to be a good faith basis for the question.  But I think we
01:45:59PM 20   all know the rules and that's -- you cannot just make up a
01:46:03PM 21   fact and throw it in in cross-examination to throw the stink
01:46:07PM 22   in a jury box.
01:46:09PM 23      MR. RATLIFF:  Absolutely, Your Honor.
01:46:09PM 24   So I'm going to take Mr. Schanker's argument in kind
01:46:12PM 25   of two parts.  One, our expert, our dermatology expert,
```

Page 38

```
01:46:17PM  1   Dr. Shapiro, he absolutely concludes that you cannot rule out
01:46:17PM  2   Adriamycin or cyclophosphamide as potential causes or causes
01:46:24PM  3   of Ms. Earnest's permanent hair loss.
01:46:24PM  4      THE COURT:  Okay.
01:46:26PM  5      MR. RATLIFF:  Likewise, he says you cannot rule out
01:46:32PM  6   Arimidex, an aromatase inhibitor that she has been on for the
01:46:33PM  7   last ten years.  He says you cannot rule that out.  Now,
01:46:36PM  8   their expert, Dr. Tosti, says, "I did rule that out."  So,
01:46:40PM  9   obviously, we get to -- that is fodder for our
01:46:40PM 10   cross-examination as to whether her differential diagnosis is
01:46:44PM 11   credible and it's certainly something that our expert, which
01:46:47PM 12   they did not -- again, did not challenge our expert.  So all
01:46:50PM 13   you're hearing is their characterization of his report in his
01:46:52PM 14   deposition.
01:46:54PM 15      THE COURT:  I think -- you need any more from me?
01:46:56PM 16      MR. RATLIFF:  I guess the last thing I would say,
01:46:57PM 17   Your Honor, that gave me a little bit of concern was when
01:47:00PM 18   Mr. Schanker said, "Well, other medications that she did not
01:47:03PM 19   take, other chemotherapy that she did not take, they should
01:47:07PM 20   not be allowed to talk about those."  We absolutely have to
01:47:10PM 21   be able to talk about those, Your Honor, because it goes to
01:47:13PM 22   was there an alternative that was risk-free as it related to
01:47:15PM 23   hair loss.
01:47:15PM 24      THE COURT:  Well, if all -- that's a different
01:47:18PM 25   matter.  But if you're on -- I'm not going to allow you to
```

Page 39

```
01:47:23PM  1   talk about drugs that have nothing to do with this case,
01:47:28PM  2   other chemotherapy drugs unrelated to Ms. Earnest are not --
01:47:35PM  3   you're not going to be able to talk about their risk of
01:47:39PM  4   permanent alopecia.  Now, if -- if Dr. Carinder in his
01:47:44PM  5   testimony says these were the options and if she had concern
01:47:49PM  6   about it, I would have recommended these things I think, of
01:47:53PM  7   course, then the risk of permanent alopecia as to those drugs
01:47:59PM  8   would be pertinent.  What do you not understand?
01:48:02PM  9      MR. RATLIFF:  Here is, I think, the fundamental
01:48:05PM 10   concern, Your Honor, and let's talk about just one of those
01:48:07PM 11   chemotherapies, taxol.  They're going to get up in opening
01:48:12PM 12   statements and say Ms. Earnest had another choice.  She had
01:48:16PM 13   another choice.  It was taxol.  And it was risk-free and it
01:48:19PM 14   didn't have the risk of permanent hair loss.  We absolutely
01:48:24PM 15   should be able to put in evidence that taxol also has a risk
01:48:26PM 16   of permanent hair loss, which every single one of their
01:48:28PM 17   experts, Dr. Plunkett, Dr. Thompson, and Dr. Tosti --
01:48:28PM 18      THE COURT:  Didn't I just say that?
01:48:30PM 19      MS. SASTRE:  She said we could.
01:48:34PM 20      MR. RATLIFF:  Okay.  Okay.
01:48:34PM 21      THE COURT:  I just said you could.  I don't know --
01:48:36PM 22   You're not listening to me.
01:48:36PM 23      MS. SASTRE:  He's like this sometimes.  Harley, sit
01:48:40PM 24   down.
01:48:41PM 25      MR. RATLIFF:  Okay.
```

Page 40

```
01:48:41PM  1      THE COURT:  Sit down.
01:48:41PM  2      MS. SASTRE:  You did good.
01:48:41PM  3      THE COURT:  If it's relevant, it comes in.  If and
01:48:44PM  4   only if it's relevant.  How about that.  Okay.
01:48:53PM  5   So 7651, I don't know how to -- because I think I
01:48:57PM  6   granted it in part as to those chemotherapy drugs -- poor
01:49:05PM  7   Emmy is trying to figure this out -- as to those chemotherapy
01:49:07PM  8   drugs that are not related to the litigation in question.
01:49:11PM  9   But those drugs that Ms. Earnest is taking, has taken, that
01:49:19PM 10   they can explore, the risk, the permanent alopecia, and those
01:49:25PM 11   drugs that were presented as alternatives are certainly
01:49:30PM 12   appropriate.
01:49:32PM 13      MS. SASTRE:  Or would have been presented as an
01:49:34PM 14   alternative based upon Dr. Carinder's testimony.
01:49:37PM 15      THE COURT:  Right.
01:49:38PM 16      MS. SASTRE:  Understood.
01:49:39PM 17      THE COURT:  We're going to have to get in my view
01:49:43PM 18   into that room with Dr. Carinder and Ms. Earnest and what
01:49:50PM 19   that conversation would have looked like.
01:49:53PM 20   Okay.  7649, which is Taxol with enhanced neuropathy.
01:50:03PM 21   It is Motion in Limine to Exclude That Taxol Would Have
01:50:09PM 22   Enhanced the Severity of Plaintiff's Neuropathy.
01:50:13PM 23      Mr. Schanker:  Yes, Your Honor.  So Dr. Miletello,
01:50:16PM 24   the defense oncologist, clearly states in the deposition that
01:50:23PM 25   he has no idea when trying to look into a crystal ball if
```