# EXHIBIT D

```
08:38:49   1
                              UNITED STATES DISTRICT COURT
           2                  EASTERN DISTRICT OF LOUISIANA

           3   ****************************************************************

           4   IN RE:  TAXOTERE (DOCETAXEL)         Docket No. 16-MD-2740
               PRODUCTS LIABILITY LITIGATION        Section H
           5                                        New Orleans, LA
               Relates to:  Barbara Earnest         Monday, September 23, 2019
           6                16-CV-17144

           7   ****************************************************************

           8                    TRANSCRIPT OF TRIAL PROCEEDINGS
                        HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
           9                    UNITED STATES DISTRICT JUDGE
                                  DAY 6, MORNING SESSION
          10

          11   APPEARANCES:

          12   FOR THE PLAINTIFF:            BACHUS & SCHANKER, LLC
                                             BY:  DARIN L. SCHANKER, ESQ.
          13                                      J. KYLE BACHUS, ESQ.
                                             1899 Wynkoop St., Suite 700
          14                                 Denver, CO 80202

          15                                 FLEMING NOLEN & JEZ
                                             BY:  RAND P. NOLEN, ESQ.
          16                                 2800 Post Oak Blvd., Suite 4000
                                             Houston, TX 77056
          17
                                             GIBBS LAW GROUP, LLP
          18                                 BY:  KAREN B. MENZIES, ESQ.
                                             6701 Center Drive West, 14th Floor
          19                                 Los Angeles, CA 90045

          20                                 DAVID F. MICELI, LLC
                                             BY:  DAVID F. MICELI, ESQ.
          21                                 P.O. Box 2519
                                             Carrollton, GA 30112-0046
          22
                                             PENDLEY BAUDIN & COFFIN
          23                                 BY:  CHRISTOPHER L. COFFIN, ESQ.
                                             2505 Energy Centre
          24                                 1100 Poydras St.
                                             New Orleans, LA 70163
          25
```

Page 1493

1  identify which one you're referring to?
2  A. The one under TAC.
3  Q. Yes, right here (INDICATING). So that was an option --
4  A. Yes.
5  Q. -- that you would have considered?
6  A. Yes.
7  Q. Is that an option, just to be clear, that you would have
8  considered if Barbara had asked you because she wanted to avoid
9  this risk of permanent hair loss?
10 A. Yes.
11 Q. And, Doctor, just to clarify, the FEC followed by T, what does
12 the T stand for?
13 A. Paclitaxel.
14 Q. And just to work through each one of these. The A followed by
15 T followed by C. What is the T referred to there?
16 A. Paclitaxel.
17 Q. And the FEC followed biweekly paclitaxel.
18 A. Paclitaxel.
19 Q. Would you have considered any of these other -- let's make sure
20 the jury understands. Paclitaxel is a chemotherapy drug, right?
21 A. Yes.
22 Q. And is it the same as -- is that the same as Taxol?
23 A. Taxol, yes.
24 Q. Taxol. Would you have considered these other paclitaxel or
25 Taxol options for Barbara, if she had -- any of the other

Page 1494

1  paclitaxel or Taxol options if Barbara had voiced a concern of
2  wanting to avoid the risk of permanent hair loss?
3  A. Yes.
4  Q. And which of those on this list, as we make the list, would you
5  have considered or recommended to Barbara?
6  A. The AC followed by the paclitaxel.
7  Q. And so is that the next one on the list here, the non-dose
8  dense or --
9  A. Paclitaxel. Paclitaxel is given every two weeks. We give it
10 more weekly now, but -- because it's less neuropathy doing it that
11 way. But at that time the prevailing way of giving it was the
12 175 mg/m2 every two weeks.
13 Q. So is it fair to list that as an option here?
14 A. Yes.
15 Q. Okay. Just want to make sure.
16     And then are there any other on this list, paclitaxel
17 regimens, just focussing on paclitaxel, that you would have
18 considered?
19 A. I mean, you could consider using FEC, but AC you're going to
20 have about a similar efficacy.
21 Q. And you're referring to the last one on the list here --
22 A. Yes.
23 Q. -- FEC followed biweekly paclitaxel (INDICATING)?
24 A. Yes.
25 Q. So was that an option for Barbara?

Page 1495

1  A. It would have been.
2  Q. If she wanted to avoid the risk of permanent hair loss in
3  Taxotere?
4  A. Right.
5  Q. And just so I am clear, we were making our docetaxel or
6  Taxotere list earlier. Is FEC followed by T, which is right here
7  above, is that another Taxotere option on this list?
8  A. Yes.
9  Q. Now, Doctor, let's talk about paclitaxel. All chemotherapy
10 drugs have risks; is that fair?
11 A. Yes.
12 Q. Are there any risks with regard to paclitaxel or Taxol, if you
13 were having -- if you're in the room and having this conversation
14 with Barbara and she said to you, "Well, I don't want to take on
15 this risk of permanent hair loss," walk the jury through that
16 conversation, if you would.
17 A. Then I would offer paclitaxel. Paclitaxel has a different
18 toxicity profile. A lot of similar toxicities, but there's longer
19 lasting neuropathy, worse neuropathy, and you have the risk for the
20 infusion reactions.
21 Q. Let's talk about -- you mentioned neuropathy earlier.
22 A. Yes.
23 Q. And that neuropathy is, again, could you just describe that?
24 What is neuropathy?
25 A. Neuropathy is nerve damage; like, diabetics get peripheral

Page 1496

1  neuropathy. Well, a lot of chemotherapy drugs called peripheral
2  neuropathy. And it can run the whole spectrum from being
3  paresthesias to being really, really burning, uncomfortable painful
4  sensations.
5  Q. And what you would have advised Barbara Earnest if you were
6  having this conversation in the room with her about --
7  A. I would say that the risk for neuropathy is going to be higher
8  with paclitaxel.
9  Q. And is that a temporary neuropathy or a permanent neuropathy?
10 A. I've never seen it permanent, but it can persist for a long
11 time. Some people recover from it sooner than others.
12 Q. And what is your typical recovery time that you would have
13 advised Barbara Earnest on concerning neuropathy with paclitaxel,
14 potential risks?
15 A. At least a year, sometimes longer.
16 Q. And when you say, "sometimes longer," just so --
17 A. I've had patients that are three or four years out that still
18 say they still feel like they're stepping on gravel.
19 Q. And so you would have had that conversation with Barbara?
20 A. Yes.
21 Q. Does Taxotere have the risk of neuropathy?
22 A. Yes, but not to the degree that paclitaxel does.
23 Q. So working through this, it sounds like this is a discussion
24 that you have with the patient; is that fair to say?
25 A. Yes.