# EXHIBIT E

```
                                                                   1
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4  ELIZABETH KAHN,

 5  Plaintiff,

 6   vs.                        Case No. 2:16-cv-17039

 7  SANOFI S.A., SANOFI-AVENTIS U.S.
    L.L.C., SANOFI US SERVICE, INC., and
 8  AVENTIS-PHARMA S.A.,

 9  Defendants.

10
                  *  *  *  *  *  *  *  *  *  *
11

12  CYNTHIA THIBODEAUX,

13  Plaintiff,

14   vs.                        Case No. 2:16-cv-15859

15  SANOFI S.A., SANOFI-AVENTIS U.S.
    L.L.C., SANOFI US SERVICE, INC., and
16  AVENTIS-PHARMA S.A.

17  Defendants.

18

19          Videotape Deposition of CARL KARDINAL, M.D.,

20  taken on behalf of the defendants, at the residence of

21  Carl Kardinal, M.D., 6008 Dornagh Court, in the city

22  of Columbia, State of Missouri, on the 17th day of

23  January 2018, before Heather L. Shallow, Certified

24  Court Reporter, Registered Professional Reporter,

25  Registered Merit Reporter.         Job No. NJ2783240
```

```
                                                         74
 1  -- we didn't use paclitaxel nearly as much as
 2  docetaxel.
 3      Q.  But you were aware that -- were you aware of
 4  concerns of infusion reactions with paclitaxel?
 5          MR. MICELI:  Object to the form.
 6      A.  Yes.
 7      Q.  (By Ms. Bieri)  In -- I'll represent to you
 8  that in the 2008 Chemotherapy Source Book you wrote
 9  that docetaxel was the drug of choice in breast
10  cancer.
11      A.  Well, I thought it was at the time.
12      Q.  So what things did you consider when
13  choosing Taxotere, docetaxel, over other
14  chemotherapeutic agents?
15      A.  Well, mostly I was comparing taxanes, and
16  the neuropathy with paclitaxel was greater than it was
17  with docetaxel.
18      Q.  I also saw language, "Docetaxel is the most
19  active agent yet available for the treatment of
20  advanced breast cancer.  Docetaxel may have some
21  activity in paclitaxel resistant breast cancer."
22      A.  If I said it, it must be true.
23          MR. MICELI:  Object to the form.
24      Q.  (By Ms. Bieri)  Do you know, sitting here
25  today, what you were referring to -- what was being
```

```
                                                         75
 1  referred to in that statement?
 2          MR. MICELI:  Object to the form.
 3      A.  (Shakes head.)
 4      Q.  (By Ms. Bieri)  Are you aware that some
 5  studies have found the docetaxel molecule twice as
 6  potent at inhibiting mitosis?
 7          MR. MICELI:  Object to the form.
 8      A.  It may be but that doesn't tell me anything
 9  specific about its activity.  It may be more potent in
10  inhibiting mitosis but that doesn't mean it's more
11  effective in treatment.
12      Q.  Necessarily to you?
13      A.  Not necessarily.
14          MR. MICELI:  Object to the form.
15      A.  Maybe but not necessarily.
16      Q.  (By Ms. Bieri)  Do you think that Taxotere
17  is an effective drug that saves lives?
18          MR. MICELI:  Object to the form.
19      A.  Does Taxotere save lives?  Perhaps.  As does
20  paclitaxel perhaps.  If survival after a clinical
21  trial with docetaxel is greater than without a taxane,
22  then the answer to that is yes.  Is it better than
23  Taxol?  The answer is who knows.  Not --
24      Q.  (By Ms. Bieri)  I'm so sorry.  Go ahead.
25      A.  Well, that -- that question would not be
```

```
                                                         76
 1  answered.
 2      Q.  I'm asking you just generally.
 3      A.  Huh?
 4      Q.  You prescribed Taxotere during your
 5  practice; correct?
 6      A.  Yeah.
 7      Q.  And did you prescribe it because you thought
 8  that it was a good drug that gave patients the best
 9  chance of survival when you prescribed it?
10          MR. MICELI:  Object to the form.
11      A.  Okay, I'll give you a "yes."
12      Q.  (By Ms. Bieri)  Do you agree with that?
13      A.  It was an active drug, and whether -- the
14  superiority over Taxol was probably marginal, but it
15  -- but it was probably better than not using a taxane.
16      Q.  So let me make sure I understand.  You
17  believe using Taxotere was better than not using a
18  taxane and you believe that there was some level of
19  superiority over Taxol; is that correct?
20          MR. MICELI:  Object to the form.
21      A.  My main reason for selecting Taxotere over
22  Taxol was the toxicity, neuropathy.
23      Q.  (By Ms. Bieri)  Okay.  We're kind of
24  straying away from what my original question was.
25      A.  Which -- which is?
```

```
                                                         77
 1      Q.  One, did you believe that in prescribing --
 2  did you prescribe Taxotere because you thought that it
 3  would help your patients survive?
 4          MR. MICELI:  Object to the form.
 5      A.  Yes.  I didn't pick it over Taxol for that
 6  because I'm sure both the taxanes were fairly
 7  equivalent in terms of survival.
 8      Q.  (By Ms. Bieri)  Well, you said a couple
 9  different things about --
10      A.  I don't doubt it.
11      Q.  No, I just want to make sure I understand
12  what your position is.  Are you saying that you
13  believe that Taxotere does or does not have some
14  superiority in efficacy to Taxol?
15          MR. MICELI:  Object to the form.
16      A.  No.
17      Q.  (By Ms. Bieri)  You don't know one way or
18  the other?
19      A.  (Shakes head.)  No.
20      Q.  Have you ever read any studies regarding the
21  efficacy rates of Taxotere versus Taxol?
22      A.  I've been retired for multiple years.  I
23  have not tended to keep up with every little thing.
24      Q.  Sure.  And I wasn't even trying to limit it
25  to when you retired.  Just if you had any recollection
```