# EXHIBIT F

```
                                                              1
 1           UNITED STATES DISTRICT COURT

 2           EASTERN DISTRICT OF LOUISIANA

 3    * * * * * * * * * * * * * * * * * * * * *

 4  ELIZABETH KAHN,                  CASE NO.
          Plaintiff.                 2:16-cv-17039
 5  v.
    SANOFI S.A.,
 6  SANOFI-AVENTIS U.S.,
    L.L.C., SANOFI US
 7  SERVICE, INC., and
    AVENTIS-PHARMA, S.A.,
 8        Defendants.
    and
 9  CYNTHIA THIBODEAUX,              CASE NO.
          Plaintiff,                 2:16-cv-15859
10  v.
    SANOFI S.A.,
11  SANOFI-AVENTIS U.S.,
    L.L.C., SANOFI US
12  SERVICE, INC., and
    AVENTIS-PHARMA, S.A.,
13        Defendants.

14

15    * * * * * * * * * * * * * * * * * * * * *

16
                     DEPOSITION
17                      OF

18               DR. ZOE LARNED

19      Taken on Wednesday, February 21, 2018

20           Commencing at 1:05 p.m.

21                    at the

22      GAYLE & TOM BENSON CANCER CENTER

23           1514 Jefferson Highway

24           New Orleans, Louisiana

25  Job No. NJ2816476
```

## Page 82

1  Those are her comments, correct?
2      A.  That's her subjective.  Correct.
3      Q.  And do you agree that after that date,
4  February 28th of 2012, there are no further notes
5  regarding Ms. Kahn's hair in your records?  And take
6  your time if you'd like.
7          (Witness peruses documents.)
8      A.  Correct.
9      Q.  So no notation of her mentioning her hair to
10 you after February of 2012, correct?
11     A.  Yes.
12     Q.  Do you have any independent recollection of
13 her mentioning anything about her hair to you after
14 February of 2012?
15     A.  No.
16     Q.  Beyond what we've discussed and what was
17 recorded in your notes, can you remember anything
18 about any conversations that you had with Ms. Kahn
19 about her hair prior to February of 2012?
20     A.  Repeat that.
21     Q.  Sure.  Let me ask it a different way.  That
22 may not have made good sense.
23     A.  Uh-huh.
24     Q.  When you noted in your records prior to
25 February of 2012, "hair is growing back in, pleased

## Page 83

1  her hair is growing back in, still notes thinning
2  hair or still notes thinning hair, slightly
3  better" -- beyond those words, do you remember Ms.
4  Kahn saying anything else to you in addition to that
5  about her hair?
6      A.  No.
7          MS. PEREZ REYNOLDS:  Object to form.
8  BY MS. BIERI:
9      Q.  And would you have made notations if she
10 said additional comments about her hair?
11     A.  Yes.
12     Q.  Did she ever ask you to refer her to someone
13 that could diagnose or possibly treat her hair
14 issues?
15         MS. PEREZ REYNOLDS:  Object to form.
16     A.  Not that I recall.  I would have documented
17 it if we were doing a dermatology referral.
18     Q.  And there is no documentation of a
19 dermatology referral, correct?
20     A.  Not in here.
21     Q.  And no discussion of any sort of
22 conversation with Ms. Kahn about conversations for
23 referral or for treatment, correct?
24     A.  I would have documented it if we had that
25 discussion.

## Page 84

1      Q.  Would you have ever told Ms. Kahn that her
2  hair loss would only be temporary?
3          MS. PEREZ REYNOLDS:  Object to form.
4      A.  That never came up in discussions with me,
5  but I didn't do her initial consent, to be fair.
6      Q.  Sure.  And I'm not even talking about in
7  terms of her initial consent.  I mean would you in
8  the course of your treatment of Ms. Kahn --
9      A.  Okay.
10     Q.  -- ever have told her, Ms. Kahn, your hair
11 loss will only be temporary?
12         MS. PEREZ REYNOLDS:  Object to form.
13     A.  No.
14     Q.  Let's look at your note from March 12th of
15 2009, which I think should be at OHS1242.
16         What was the purpose of the visit on
17 March 12th of 2009?
18         (Witness peruses document.)
19     A.  There appear to be multiple concerns, but
20 the reason that she came in was to discuss hormonal
21 therapy.
22     Q.  And you had a half an hour session with her
23 about hormonal therapy options; is that correct?
24     A.  Yes.
25     Q.  And did you discuss the side effects of

## Page 85

1  Tamoxifen versus a aromatase inhibitor with Ms.
2  Kahn?
3      A.  Yes.
4      Q.  Can you remember -- and also the pros and
5  the cons?
6      A.  Yes.
7      Q.  Can you remember what you would have
8  discussed with Ms. Kahn in this visit?
9      A.  I'm sure it's similar to what I normally
10 discuss there.  So we discuss there's different
11 options for the -- what we call adjuvant endocrine
12 or adjuvant hormonal therapy.  The options are
13 selected with lots of factors that come into play.
14 One is if they are pre, peri or postmenopausal.
15         If you're pre or perimenopausal, meaning
16 that menopausal is recent, you're only eligible for
17 Tamoxifen based on the fact that the aromatase
18 inhibitors have to be preserved for purely
19 postmenopausal, otherwise they can flare disease.
20         Then we talk about other conditions.  So if
21 a woman told me that she had a blood clot history,
22 we would not offer Tamoxifen.  If she tells me that
23 she has a joint history or arthritis history or
24 chronic pain complaints, we might steer away from
25 aromatase inhibitors.

Veritext Legal Solutions
800-567-8658                                              973-410-4040