# EXHIBIT G

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                      Sex: F

**Vital Signs:**

Date of visit:  7/10/2008          Time: _____

Weight:  195  lbs  2  oz   88.51 Kgs   Height: ____ ft ____ in  NaN  cm

BSA:  NaN     BMI:  NaN

B/P:  156 /89     Pulse:  100     Resp: _____

Temperature:  96.4  Fahren   Orally

Pain Scale:  0    On a scale of 0 to 10, 10 being severe

LMP: _____

Comments:

ELECTRONICALLY SIGNED BY Latrice Mashia, Medical Assistant 07/10/08 08:16:38 AM

ADDENDUM:

Pt did confirm compliance w/ taking Decadron 8 mg PO BID yesterday and 8mg PO again this morning before arriving for chemo.

Electronically signed by: Melanie Zazulak, RN
7/10/2008 2:36:53 PM

Kahn, Elizabeth
NSABP B40
07/10/08

GROUP 2B
Pre-op Docetaxel/Bevacizumab/Capecitabine

Pt came in this morning for labs, appt w/ Dr. Larned and to receive Cycle 3/Day 1 of chemo. Pt is accompanied by her husband and is in a pleasant mood. AE's reviewed w/ pt. Pt has kept a log of side effects experienced. Nausea (Gr1) on Day 4 and Day 11, relieved w/ Compazine. Pt also had intermittent diarrhea (GR1) noted on Days 5, 7, 11, which was relieved w/ the use of Immodium. Pt c/o persistent heartburn (GR1). She denies mouth sores and vomitting. Pt also reports recent peripheral neuropathy (sensory, GR1), she denies any numbness. Pt describes neuropathy as "pins/needles" and states it is intermittent, not interfering w/ ADL's. She c/o hand/foot syndrome (GR2) (see note 6/27/08). At this visit, pt denies any pain to hands or feet. There is no redness or swelling noted either. However, pt does have some peeling noted to bilateral palms of hands. Rt. hand there is peeling noted to thumb, index, ring and pinky fingers. Lt hand peeling noted to thumb, ring and pinky fingers. Pt's bilateral feet are clear of any redness or peeling. Pt continues to apply lotion to hands and feet. Dr. Larned in w/ pt and is aware of all of pt's complaints. Tumor assessment and H&P done per Dr. Larned.
VS stable: T 96.4, BP 156/89, P 100.
Pt WT: 195.2
Labs/send outs drawn peripherally. Lab results are as follows: WBC 23.02, H/H 13.3/39.9, PLT 189, ANC 19,659. CMP WNL except glucose elevated at 116 (nonft), CO2 decreased (not graded) and ALT 49 (GR1). UPCR WNL= 0.11.
Chemo orders and labs reviewed per Dr. Larned. Chemo orders signed and sent to chemo. Pt to receive Docetaxel/Bevacizumab/Capecitabine. Pt will receive pre-meds prior to infusion. Pt also to start Capecitabine at decreased level, Level -1 (650mg/m2), due to GR2 hand/foot syndrome.

Pt given next bottles of Capecitabine-- 56 tabs of 500mgs and 56 tabs of 150mgs. Pt verbalizes understanding of dosing instructions. Pt also given a copy of her labs, educational materials regarding hand/foot syndrome and peripheral neuropathy. Prescription for Prevacid provided to pt., per Dr. Larned. I have instructed pt I will be mailing her appt slips to her for next visit. Pt instructed to call for any assistance needed.

Pt returned previous bottles of Capecitabine. 33 tabs returned from 500mg bottle and 11 tabs from 150mg bottle. Bottles given to pharmacist.

Blood collected for serum, prior to 3rd cycle of Docetaxel-based regimen, per protocol. Specimen brought to send out lab along w/ instructions for transfer of serum, packaging and shipping specimens. Form BNK was completed and also sent w/ specimen.

ELECTRONICALLY SIGNED BY Melanie Zazulak, RN 07/10/08 02:10:02 PM

FINAL REPORT                                    PAGE 0001 OF 0003

ALTON OCHSNER MEDICAL FOUNDATION        PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY                  CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121            ENCOUNTER DATE: 07-10-08
PHONE 504/842-3000                      DICTATOR: LARNED, ZOE L
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

This is a former patient of Dr. Kardinal, who is being treated with neoadjuvant chemotherapy.

The patient self palpated a left breast mass in April 2008. On 04/09/2008 she had a diagnostic mammogram and ultrasound-guided core biopsy on 04/11/2008. A PET scan on 04/21/2008 showed no evidence to suggest distant metastatic disease. On 04/23/2008, she had a MUGA scan revealing a normal ejection fraction at 65%.

The patient is participating in a clinical trial NSABP-B-40 and was randomized to Taxotere, Xeloda, and bevacizumab. She presents today for cycle #3.

Additional breast cancer feature, she is strongly ER/PR positive and HER-2/neu 2+ by IHC and FISH assay was nonamplified.

The patient reports that with the cycle #2 she had some neuropathy noted on day 3 and day 9 that have completely resolved only in her fingertips. She had some nausea off and on for which she took Compazine. She also noted some diarrhea off and on, but it was not really defined by frequency, but more a lot by loose stools. She had had some diet changes during that time. She reports taking Imodium with control of that. She had no mouth sores at this time. She did develop redness and scaling of her hands and feet with distinct foot pain by day 4 and by day 7 it was difficult for her to walk. She called us and the medication was stopped. Her symptoms improved completely by Monday.

No other pain complaints. No headaches. No visual changes. No chest pain or shortness of breath. No cough. No abdominal pain. Otherwise normal colored stools and urination is normal. No musculoskeletal complaints.

MEDICATIONS: See the medication card.

ALLERGIES: Ciprofloxacin and penicillin.

The patient did take her premedications with dexamethasone appropriately.

EXAM: Her height is 5 feet 3 inches. Her weight is 195.2 pounds, which is stable, blood pressure is 156/89, her blood pressure pulse is 100,

KAHN, ELIZABETH   MRN:           Encounter: L-                  DOS: 7/10/2008

ALTON OCHSNER MEDICAL FOUNDATION      PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY                 CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121           ENCOUNTER DATE: 07-10-08
PHONE 504/842-3000                     DICTATOR: LARNED, ZOE L
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

respirations are 16, and temperature is 96.4. Pain is none.
GENERAL: She is extremely pleasant, in no acute distress, presents with her husband.
HEENT: Positive alopecia. Pupils are equal, round, and reactive to light and accommodation. Extraocular movements are intact. No scleral icterus or conjunctival pallor. Normal tympanic membranes. Oropharynx is negative without lesions. No throat erythema, exudate or thrush.
NECK: Supple. Normal thyroid. No lymphadenopathy.
CHEST: Clear.
BREAST EXAM: Left breast. The patient mass has decreased significantly, less than 2 x 2 cm, palpable and almost firm. No lymphadenopathy. No nipple irregularities. Right breast without mass or tenderness. No nipple irregularities or axillary adenopathy.
ABDOMEN: Soft. Positive bowel sounds. Nontender and nondistended. No hepatosplenomegaly or masses.
EXTREMITIES: No cord, cyanosis or edema.
SKIN: Without rashes or lesions. Feet are peeling and hands are peeling, but no redness or swelling.
MUSCULOSKELETAL: Full range of motion.
LYMPH NODES: No other palpable lymphadenopathy.

LABS: Urine protein 27, white count 23.02 on steroid, hemoglobin 13.3, hematocrit 39.9, platelets 189, and 79.9 neutrophils, 7 bands, and 10 lymphocytes. Chemistries, glucose 116 on steroid, creatinine 1.8, sodium 139, potassium 4, chloride 106, bicarbonate 21, AST 31, ALT 49, alkaline phosphatase 83, total bilirubin 0.5, and hemoglobin A1c is 5.8.

ASSESSMENT AND PLAN: Proceed with cycle #3 of bevacizumab, Taxotere, and Xeloda on the NSABP-B-40 trial. The patient is doing well and is to call if any problems arise. Her Xeloda has been dose-adjusted based on what happened last cycle. She needs to call and come in for evaluation if any problems arise with cycle.


      Zoe L. Larned, M.D.


ZLL/co 103      LMod: 07/11/2008 03:50:08 (ET)
dd: 07/10/2008 15:40:00 (ET) td: 07/11/2008 03:31:26 (ET)   VR: 1401804 /
JobID: 31591121 DocID: 25122052..
Document authenticated by Zoe L. Larned, M.D., on 09/05/2008 12:35:05 ET

KAHN, ELIZABETH  MRN:         Encounter: L-                 DOS: 7/10/2008

1018- KAHN, ELIZABETH- Ochsner Health System  00992

FINAL REPORT                                      PAGE 0003 OF 0003

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY              CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 07-10-08
PHONE 504/842-3000                  DICTATOR: LARNED, ZOE L
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

KAHN, ELIZABETH   MRN:          Encounter: L-              DOS: 7/10/2008

1018- KAHN, ELIZABETH- Ochsner Health System  00993

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                     Sex: F

This is a former patient of Dr. Kardinal, who is being treated with neoadjuvant chemotherapy.

The patient self palpated a left breast mass in April 2008. On 04/09/2008 she had a diagnostic mammogram and ultrasound-guided core biopsy on 04/11/2008. A PET scan on 04/21/2008 showed no evidence to suggest distant metastatic disease. On 04/23/2008, she had a MUGA scan revealing a normal ejection fraction at 65%.

The patient is participating in a clinical trial NSABP-B-40 and was randomized to Taxotere, Xeloda, and bevacizumab. She is now s/p 3 cycles. She has had a prior dose reduction for hand foot syndrome and now presents with recurrent hand foot syndrome. She stopped the Xeloda after 7 days this time, when she was experiencing peeling and blistering of her hands. Her feet were not involved as had been previously. The skin changes did not interfere with function.
She also complains of noting a small "bump" on her upper left eyelid yesterday.

Additional breast cancer feature, she is strongly ER/PR positive and HER-2/neu 2+ by (Dictation Anomaly), and FISH assay was nonamplified.

The patient reports that with the cycle #2 she had some neuropathy noted on day 3 and day 9 that have completely resolved only in her fingertips. She had some nausea off and on for which she took Compazine. She also noted some diarrhea off and on, but it was not really defined by frequency, but more a lot by loose stools. She had had some diet changes during that time. She reports taking Imodium with control of that. She had no mouth sores at that time.

No other pain complaints. No headaches. No visual changes. No chest pain or shortness of breath. No cough. No abdominal pain. Otherwise normal colored stools and urination is normal. No musculoskeletal complaints.

MEDICATIONS: See the medication card.

ALLERGIES: Ciprofloxacin and penicillin.

The patient did take her premedications with dexamethasone appropriately.

EXAM: Her height is 5 feet 3 inches. Her weight is 193.2 pounds, which is stable, blood pressure is 137/70, her blood pressure pulse is 97, respirations are 12, and temperature is 97.0. Pain is none.
GENERAL: She is extremely pleasant, in no acute distress, presents with her husband.
HEENT: Positive alopecia. Left eye + small cyst underside of upper lid.
Pupils are equal, round, and reactive to light. Extraocular movements are intact. No scleral icterus or conjunctival pallor. Normal tympanic membranes. Oropharynx is negative without lesions. No throat erythema, exudate or thrush.
NECK: Supple. Normal thyroid. No lymphadenopathy.
CHEST: Clear. No rales, rhonchi, wheezing
ABDOMEN: Soft. Positive bowel sounds. Nontender and nondistended. No hepatosplenomegaly or masses.
EXTREMITIES: No cord, cyanosis or edema.
SKIN: + erythema/peeling both palms. No swelling. Feet have no peeling/redness.
MUSCULOSKELETAL: Full range of motion.
LYMPH NODES: No other palpable lymphadenopathy.

LABS:
reviewed in OCW

ASSESSMENT AND PLAN: S/P 3 Cycles of bevacizumab, Taxotere, and Xeloda on the NSABP-B-40 trial now with recurrent hand foot syndrome
1. Grade 2 Hand Foot skin reaction, will make dose adjustments as per protocol
2. Ophthalmology referral for cyst on upper left eyelid
3. Follow up for Cycle 4 as per protocol with appropriate dose adjustments.
4. All patients questions answered to her satisfaction.

Electronically signed by Joseph Phillips, DO 7/21/2008 9:40:12 AM

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                        Sex: F

ADDENDUM:

Pt called this afternoon stating she normally takes her Day 1 morning dose of Capecitabine while she is here in the morning, however this morning she forgot.
Per Lynn at NSABP, pt is not to make up missed dose by taking AM dose now, since it is late afternoon. She should just take her PM dose this evening.
Pt called and notified.

Electronically signed by: Melanie Zazulak, RN
7/31/2008 3:30:08 PM

Kahn, Elizabeth
NSABP B40
07/31/08

GROUP 2B
Pre-op Docetaxel/Bevacizumab/Capecitabine

Pt came in this morning for labs, appt w/ Dr. Larned and to receive Cycle 4/Day 1 of chemo. Pt is accompanied by her husband and is in a pleasant mood. AE's reviewed w/ pt. Pt has kept a log of side effects experienced. Pt states she did much better w/ last tx. She states her c/o nausea (GR1) were very mild and she does not remember needing to take Compazine. Denies vomitting and diarrhea after last cycle. Heartburn has completely resolved. She denies mouth sores. Pt reports c/o peripheral neuropathy (sensory, GR1) on Day 3, which only lasted for about 2 days. Pt describes neuropathy as "pins/needles" and it does not interfere w/ ADL's. Hand/foot syndrome (GR2): Bilateral hands have improved, w/ only minimal redness noted to palms. Bilateral balls of feet have peeling. Pt describes pain as mild (2 out of 10) and states she is still able to take her long walks during the day. Pt continues to apply lotion to hands and feet. Minimal fatigue reported (GR1). Dr. Larned in w/ pt and is aware of all of pt's complaints. Tumor assessment and H&P done per Dr. Larned.
VS stable: T 95.6, BP 154/82, P 97.
Pt WT: 194.4
Labs/send outs drawn peripherally. Lab results are as follows: WBC 20.57, H/H 13.5/41.7, PLT 234, ANC 17,279. CMP WNL except glucose elevated at 141 (nonft), and ALT 76 (GR1). UPCR WNL= 0.11.
Chemo orders and labs reviewed per Dr. Larned. Chemo orders signed and sent to chemo. Pt to receive Docetaxel/Bevacizumab/Capecitabine. Pt will receive pre-meds prior to infusion. Pt to continue Capecitabine at decreased level, Level -1 (650mg/m2), due to GR2 hand/foot syndrome. Docetaxel will also be given at decreased dose, Level -1 (60mg/m2), d/t GR2 hand/foot syn, 2nd occurrence. Pt voiced compliance w/ taking Decadron 8 mg PO BID yesterday and 8mg PO again this morning before arriving for chemo.

Pt given next bottles of Capecitabine-- 56 tabs of 500mgs and 56 tabs of 150mgs. Pt verbalizes understanding of dosing instructions. Pt also given a copy of her labs. Pt given handouts on AC, as she will be starting these drugs w/ next cycle. I have instructed pt I will be mailing her appt slips to her for next visit. Pt instructed to call for any assistance needed.

Pt returned previous bottles of Capecitabine. 30 tabs returned from 500mg bottle and 30 tabs from 150mg bottle. Bottles given to pharmacist.

ELECTRONICALLY SIGNED BY Melanie Zazulak, RN 07/31/08 02:42:48 PM

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                    Sex: F

Kahn, Elizabeth
NSABP B40
08/21/08

GROUP 2B
Pre-op Bevacizumab/Doxorubicin/Cyclophosphamide

Pt came in this morning for appt w/ Dr. Phillips (Dr. Larned not in clinic today) and to receive Cycle 5/Day 1 of chemo. Pt is accompanied by her husband and is in a pleasant mood. AE's reviewed w/ pt. Pt has kept a log of side effects experienced. Pt states she has been doing well. She has started back working fulltime as a teacher. She had some complaints of increased fatigue (GR2) after last tx, however she contributed it to also going back to work. Pt stated she has had to take more naps and did have to miss open house at the school b/c of this. Increased fatigue was noted for the 1st week after chemo and has been improving. Pt denies N/V and mouth sores. She reports diarrhea (GR1) on Day 7, which was relieved w/ Immodium. Pt reports she has been eating good. Pt reports c/o peripheral neuropathy (sensory, GR1) to fingers only. She describes it as intermittent. Pt states it has not lasted for any consecutive amount of time, that it is "on and off" and it does not interfere w/ ADL's. Hand/foot syndrome (GR2): Bilateral hands continue to improve, still w/ minimal redness and some peeling noted to palms. Bilateral soles of feet are very dry and have areas of peeling. Pt describes pain as mild (2 out of 10) and states she is still able to take her long walks during the day. Pt continues to apply lotion to hands and feet. Pt stated she was able to tolerate taking all doses of Capecitabine, except for the very 1st dose b/c she forgot. Dr. Phillips updated on pt's status. H&P and tumor assessment done. Per Dr. Phillips, tumor now measures 1 X 1cm.
VS stable: T 96.8, BP 121/73, P 80.
Pt WT: 196.7
Labs drawn peripherally yesterday. Lab results are as follows: WBC 6.18, H/H 13.2/40.6, PLT 200, ANC 3374. CMP WNL except elevated Alk Phos 44 (GR1) and elevated ALT 78 (GR1). UPCR WNL= 0.07. Labs reviewed per Dr. Phillips.

Pt to start pre-op Bev/AC today. She will receive Decadron/Aloxi pre-meds. All dosages re-calculated using todays BSA. Chemo orders reviewed per Dr. Phillips. Chemo orders signed and sent to chemo.
All pt's questions were answered to her satisfaction. Pt given script for delayed emesis medications, Decadron/Reglan. Pt and her husband were instructed on how to take meds by Dr. Satti and myself. Both verbalize understanding. Pt was also instructed that she can also take Compazine PRN.
Pt given a copy of her labs. Appts to be mailed to pt. Pt instructed to call for any assistance needed.

Pt returned previous bottles of Capecitabine. 2 tabs returned from 500mg bottle and 2 tabs from 150mg bottle. Bottles given to pharmacist.


ELECTRONICALLY SIGNED BY Melanie Zazulak, RN 08/21/08 02:33:24 PM

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                    Sex: F

Kahn, Elizabeth
NSABP B40
09/11/08

GROUP 2B
Pre-op Bevacizumab/Doxorubicin/Cyclophosphamide

CYCLE 6

Pt came in this morning for appt w/ Dr. Larned and to receive Cycle 6/Day 1 of chemo. Pt is accompanied by her husband and is in a pleasant mood. AE's reviewed w/ pt. Pt states she tolerated last chemo fairly well. She remains working fulltime. PS 0. She continues w/ complaints of fatigue (GR1) and has required naps in the evening, however she has not needed to miss any work. Pt reports mild nausea (GR1) and she was compliant w/ delayed emesis medications, Decadron and Reglan. She states she took Compazine a couple of times. Diarrhea (GR1) X 2 episodes, about 1 1/2 weeks after tx. She took Immodium w/ complete relief. Denies mouth sores. Pt voices increased appetite and states food has a better taste now. Pt states she still has intermittent peripheral neuropathy (sensory, GR1) to fingers only. Pt states it has not lasted for any consecutive amount of time, that it is "on and off" and it does not interfere w/ ADL's. Hand/foot syndrome (GR1): minimal redness noted to bilateral palms; dry skin noted to creases in hands/fingers; she does have 1 small healing blistered area to rt. thumb; bilateral soles of feet are very dry. Pt states mild discomfort to bilateral soles of feet. She cont. w/ walks in the afternoon. Pt uses lotion to hands and feet, however she does report increased hand washing during the day, w/o re-application of lotion. Dr. Larned updated on pt's complaints/status. Pt seen and assessed per Dr. Larned. H&P done.
VS stable: T 97.3, BP 143/77, P 83.
Pt WT: 199.2
Labs drawn peripherally. Lab results are as follows: WBC 4.01 (GR1), H/H 13.3/41.5, PLT 267, ANC 1965. CMP WNL except elevated ALT 60 (GR1). UPCR did not need to be done, per protocol.
Labs and chemo orders reviewed per Dr. Larned. Chemo orders signed and sent to chemo. Pt to receive Decadron/Aloxi pre-meds. All dosages re-calculated using todays BSA.
All pt's questions were answered to her satisfaction. Pt had script for delayed emesis medications filled for this dose prior to this tx and she is aware she can cont. to take Compazine as she needs it. Pt given a copy of her labs and appt for next RTC. Pt instructed to call for any assistance needed.


ELECTRONICALLY SIGNED BY Melanie Zazulak, RN 09/11/08 01:58:54 PM