# EXHIBIT H

Dr. Larned

Side Effects - 2nd treatment

Day 3 - ~~____~~ begins and
fingertips - pain - continues

Day 4 - nauseated
foot pain - bottom of feet
slight numbness of tongue

indigestion began immediately
daily prilosec helps

Day 5 - diarrhea -
needed immodium

Day 6 - Hand pain
Foot pain → worse
fingertips do not seem to be in pain
redness on palms

Day 7 - diarrhea
needed immodium

hand pain / foot pain
cannot walk comfortably
cannot touch anything

Day 11 - diarrhea
queasiness

Neuropathy in fingers until day 19
Hands peeling

Gahan, Kelly (Doc. ID 43473) PPR 000513

OTC Drugs I have taken Sudafed

imodium
pepcid
tylenol
benedryl

CAN I Go to the Dentist?
lemos check up Aug 4

CALL Dentist #
CANCEL

Gahan, Kelly (Doc. ID 43473) PPR 000514

3rd Chemo Cycle
Day 1 → skin continued to peel on hands
Day 3 → neuropathy fingertips
~~only~~ Left thumb pain - where skin is peeling
Day 10-11
~~…~~ started to have insomnia

July 31st appt.

notes August 21st
Aug 20th 10:30 AM blood work


purell no alcohol

Gahan, Kelly (Doc. ID 43473) PPR 000515

Sept 11 02
6th treatment

4th cycle

Day

Day 4 - feet pain → peeling skin balls of feet
difficulty walking until Day 7
Day 6 - fingertip neuropathy
Day 7 - diarrhea
took 3 immodium to stop
loose stool

Day 18 - neuropathy

Day 20 - neuropathy - gone

info for new drugs →

Gahan, Kelly (Doc. ID 43473) PPR 000517

- 5th cycle august 21st
- Nails →
- neuropathy — intermittent
- tired
- take compazine

Gahan, Kelly (Doc. ID 43473) PPR 000518