# EXHIBIT J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Elizabeth Kahn*, Case No. 2:16-cv-17039 | |

**PLAINTIFF'S DISCLOSURE OF WITNESSES, MARCH 23, 2020**

Plaintiff, Elizabeth Kahn, hereby submits this list of expert witnesses who may be called to testify at the trial of the above-captioned matter, subject to the following reservation of rights:

1) The right to supplement or amend this witness list based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial or in the event the Sanofi Defendants alter or amend their witness list;

2) The right to supplement or amend this witness list in order to address any new opinions – whether generic or case-specific – by Defendants' experts;

3) The right to elicit and offer, by way of direct examination, cross-examination, deposition testimony or medical records testimony, opinion testimony from all experts designated or called by other parties to this suit;

4) The right to call as a witness any expert designated by the Sanofi Defendants;

5) The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence by the Sanofi Defendants;

6) The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

7) The right to elicit any expert testimony at trial from any qualified person that would be of benefit to the jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure;

8) The right to offer amended and/or supplemental expert opinions based on new evidence, deposition testimony and/or information, literature, and/or scientific studies related to docetaxel or this litigation;

9) The right to supplement the references considered and/or relied upon by the experts identified below in order to respond to opinions offered by Defendants' experts and to address newly available literature;

10) The right to introduce testimony from any third-party fact witness with special expertise, knowledge or experience relevant to the issues in this litigation.

## I. RULE 26(a)(2)(B) WITNESSES RETAINED OR SPECIALLY EMPLOYED TO PROVIDE EXPERT TESTIMONY

By identifying the witnesses below, Plaintiff does not intend to waive any of the objections to deposition testimony, exhibits, or other evidence or argument. Plaintiff reserves the right to call the following experts at trial and attach the expert reports[1], curriculum vitae, and materials reviewed lists for the following experts:

1) Laura M. Plunkett, PhD
   Houston, Texas

Pursuant to CMO No. 14, Dr. Plunkett is available for deposition on April 1, 2 or 7, 2020.[2]

---

[1] Dr. David Kessler does not provide a new report, but instead adopts his initial report of November 6, 2018 and supplemental report of October 21, 2019.

[2] Pursuant to discussions with opposing counsel and the Court, the deposition dates offered are for depositions to be taken via alternative means, including but not limited to telephonic, video conference, or the like, due to the current difficulties and private and public advisories to avoid non-essential travel. These deposition dates are subject to change due to the governmental and/or private advisories on Covid-19.

2) David Madigan, PhD
   New York, New York

Pursuant to CMO No. 14, Dr. Madigan is available for deposition on April 1, 9, 2020.

3) David Kessler, MD
   Washington, District of Columbia

Dr. Kessler is currently serving on presidential candidate, Joe Biden's Coronavirus Advisory Board and is devoting his full attention to the COVID-19 public health effort. When the immediate need for his expertise in that effort lightens, dates for a deposition can and will be provided.

4) Ellen Feigal, MD
   Santa Rosa Valley, California

Pursuant to CMO No. 14, Dr. Feigal is available for deposition on April 7, 9 or 10, 2020.

Pursuant to an agreement of the parties, Plaintiff will make supplemental disclosures of Dr. Linda Bosserman, M.D., by April 3, and its dermatology and dermatopathology experts at a yet-to-be-determined date, due to issues related to COVID-19. The dermatology and dermatopathology reports and disclosures will be served at a date agreed upon by the parties or by order of the Court.

II. **RULE 26(a)(2)(C) WITNESSES NOT REQUIRED TO PROVIDE A WRITTEN REPORT**

Out of an abundance of caution, Plaintiff reserves the right to call her treating physicians who have been deposed in this litigation pursuant to Fed. R. Civ. P. 26(A)(2)(C). The treating physicians may offer a mixture of fact and opinion testimony on the subject matters expressed in their depositions and consistent with their knowledge, experience, and expertise.

These treating physicians include, but are not limited to:

1) Carl Kardinal, M.D.
   Columbia, Missouri

2) Zoe Larned, M.D.
   New Orleans, Louisiana

3) Shevonda Thomas, R.N.
   St. Rose, Louisiana

4) Melanie Breaux, R.N.
   New Orleans, Louisiana

5) Martin Claiborne, M.D.
   New Orleans, Louisiana

6) Jessica Collier Ochsner, M.D.
   New Orleans, Louisiana

7) Ralph Corsetti, M.D.
   New Orleans, Louisiana

8) Kristen Johnson, M.D.
   New Orleans, Louisiana

9) Margaret Roberie, M.D.
   New Orleans, Louisiana

10) Any and all other treaters/providers yet to be deposed in this matter.

Dated: March 23, 2020         Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
Jessica A. Perez (#34024)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Attorneys for Plaintiff, Elizabeth Kahn*

## FOR THE PLAINTIFFS' STEERING COMMITTEE

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com


J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Page **5** of **7**

| | |
|---|---|
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2020, I circulated the foregoing to all counsel of record via electronic mail and ShareFile provided by defense counsel.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
