# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*******************************

IN RE:  TAXOTERE

(DOCETAXEL) PRODUCTS         MDL No. 2740

LIABILITY LITIGATION         Section: "H"

                             Judge Milazzo

This Document Relates to:    Mag. Judge North

All Cases

*******************************


        Remote Videotaped Deposition of

GERALD P. MILETELLO, M.D., held at the location

of the deponent in Baton Rouge, Louisiana,

commencing at 10:14 a.m. on the 21st of May,

2020, before Maureen O'Connor Pollard,

Registered Diplomate Reporter, Realtime

Systems Administrator, Certified Shorthand

Reporter.

                  - - -


        GOLKOW LITIGATION SERVICES
     877.370.3377 ph | 917.591.5672 fax
            deps@golkow.com

Gerald P. Miletello, M.D.

Page 70

1  best chances for long-term survival. I think
2  she had the -- out of everything out there, I
3  think she had -- the treatment she had was
4  the best treatment she could get. And I
5  think her being on the clinical trial was
6  like -- is far most the best way to treat any
7  cancer patient. We try and treat mainly the
8  breast cancers and the lung cancers, but the
9  breast, lung and colon, any type, clinical
10  trial is the number one treatment if you can
11  get a patient to agree to it. Most patients
12  don't agree to go in a clinical trial. So I
13  think it was -- this was a great trial when
14  it was in effect.
15      Q.   Let me ask it this way where
16  you were kind of heading toward, I think.
17  Nowhere in your report do you offer the
18  opinion that Taxotere gave Ms. Kahn the best
19  chance to survive early stage breast cancer,
20  correct?
21      A.   I think I did imply it in
22  several places. Off the top of my head, I'm
23  looking right through, but no, I do feel like
24  this gave her the best chances for long-term
25  survival. I think she had a very, very

Page 71

1  appropriate treatment.
2      Q.   And you know the routine here.
3  I'm trying to explore the opinions as you
4  express them in your report, and those are
5  our sort of parameters here. And I'm not
6  aware that you articulate an opinion, Doctor,
7  that Taxotere gave Ms. Kahn the best chance
8  to survive her early stage breast cancer, and
9  I don't know if -- if you know now where that
10  is, that's great, or when we take a break you
11  could peruse your report and let me know
12  because I'd like to have a dialogue about
13  that.
14      A.   That's fine.
15      Q.   Okay. Fair enough. Let me ask
16  you, then, some followup questions on that.
17         What is the basis for that
18  opinion that you've just articulated?
19      A.   I think the taxane regimens
20  play a significant role now in treating
21  breast cancer, and I think it's pretty
22  standard of care now, and it was -- starting
23  in 2009 it became standard of care, and so
24  that's just our first regimen that we go to.
25  And that's still considered one of the best

Page 72

1  treatments for breast cancer.
2      Q.   So would it be fair to say,
3  then, that you're not offering the opinion
4  that Taxotere is superior to Taxol, but that
5  instead a taxane-based regimen gave Ms. Kahn
6  the best chance to survive her early stage
7  breast cancer? Is that fair?
8         MR. KEENAN: Object to form.
9      A.   Not really. I mean, I think
10  this drug was -- for her, this was the best
11  treatment. I would have preferred Taxotere
12  over Taxol in her situation. I do think it
13  gave her the best chances.
14  BY MR. SCHANKER:
15      Q.   But you would agree, right,
16  that Taxotere and Taxol-based regimens have
17  the same survivability profile?
18      A.   Similar, but I don't think
19  exactly the same.
20      Q.   And can you cite for me any
21  authority that demonstrates that Taxotere has
22  a superior survivability to Taxol?
23      A.   No, I can't.
24      Q.   And can you cite for me any
25  clinical trial or similar data that supports

Page 73

1  the proposition that Taxotere has a better
2  survivability profile than docetaxel?
3      A.   It's different toxicities, and
4  that's what played a major role in this case.
5  It's the toxicities that are different. I
6  think survivability are very similar, but I
7  think toxicities make all the difference.
8      Q.   So then less narrow the
9  question to survivability. Would you agree
10  that, whether it be Taxotere or Taxol, that
11  either, either one of those two regimens,
12  where those would be regimens that give
13  Elizabeth Kahn the best chance to survive
14  early stage breast cancer, is that fair to
15  say?
16      A.   Yes.
17      Q.   And just so we're clear,
18  Dr. Miletello, nowhere in your report do you
19  offer the opinion that Taxotere versus any
20  other regimen gave Ms. Kahn the best chance
21  to prevent her cancer from coming back?
22         MR. SCHANKER: Object to form.
23      A.   No, I do think it did. In
24  fact, on page 16 in my report, "Taxotere
25  regime provided a significantly higher rate

Page 90

1  evidence exists that Adriamycin causes pCIA,
2  right?
3     A.   I have read that Adriamycin --
4  I'm not sure we call it pCIA, but just
5  complete hair loss, but it has been reported.
6     Q.   So my question to you is, in
7  your report did you attempt to offer an
8  opinion that valid scientific evidence exists
9  that Adriamycin causes pCIA from a causation
10 standpoint?
11    A.   I did not offer -- I do not
12 recall offering that in my report, you're
13 correct.
14    Q.   Now, nowhere in your report do
15 you offer any evidence of clinical trials
16 that you were aware of that show that
17 Adriamycin appears to cause pCIA, correct?
18    A.   I didn't state it in my report,
19 but there are reports of permanent hair loss
20 with Adriamycin.
21    Q.   And specifically my question to
22 you is, did you offer in your report any
23 evidence of clinical trials demonstrating or
24 showing that Adriamycin causes pCIA?
25    A.   I did not put that in my

Page 91

1  report.
2     Q.   And as you sit here now, you're
3  not aware of any specific clinical trial that
4  you can share with us, are you, that shows
5  evidence that Adriamycin causes pCIA?
6     A.   Off the top of my head, no, I
7  cannot give you a clinical trial.
8     Q.   And nowhere in your report do
9  you offer any specific literature that
10 demonstrates that Adriamycin causes pCIA,
11 correct?
12    A.   That's correct.
13    Q.   Do you know in the literature,
14 the medical -- the relevant medical
15 literature, how many cases of Adriamycin
16 associated with pCIA there are?  Do you have
17 any idea at all?
18    A.   No, I don't.  I know it's a
19 small percentage, but I don't have an exact
20 number.
21    Q.   Are you familiar with the term
22 Bradford Hill criteria?
23    A.   I've heard of it.  I don't know
24 much details about it, but I've heard of it.
25    Q.   And just -- I'm asking you this

Page 92

1  and you may -- from your answer I guess --
2  your previous answer I'm guessing the
3  response, but did you perform any sort of
4  Bradford Hill analysis utilizing those
5  criteria for general causation related to
6  Adriamycin and pCIA in this case?
7     A.   No, I did not.
8     Q.   And would you agree that when
9  you say you have heard or seen cases in your
10 practice where Adriamycin was administered
11 and then there appeared to be incomplete hair
12 regrowth, that in those cases you did not
13 perform a differential diagnosis on that
14 patient to determine scientific causation,
15 fair enough?
16    A.   That's correct, they did not
17 have biopsies or anything.
18    Q.   So would you agree that you
19 don't have any scientific evidence, as you
20 understand that, of causation existing
21 between Adriamycin and permanent
22 chemotherapy-induced alopecia, is that fair
23 enough?
24    A.   Just 30 years clinical
25 experience in treating patients, and knowing

Page 93

1  someone had nothing else going on in their
2  life but receiving this one drug and
3  developed alopecia and it never returned, and
4  there was no other etiology for it, that -- I
5  feel that's pretty strong evidence.
6     Q.   Now, I want to ask you to just
7  work through this with the various drugs that
8  you indicated, first of all, that you've seen
9  in your practice, continuing along with that
10 where, to quote from your report, that "Cases
11 of delayed hair regrowth or incomplete hair
12 regrowth have been reported," fair enough?
13    A.   Correct.  Yes.
14    Q.   And so Taxotere -- or, excuse
15 me, Taxol, nowhere in your report do you
16 offer an opinion that Taxol causes pCIA,
17 correct?
18    A.   That's correct.
19    Q.   And you haven't done any kind
20 of or attempted to apply a systematic
21 literature search to determine whether Taxol
22 causes pCIA, right?
23    A.   No, I have not.
24    Q.   You haven't studied, done any
25 kind of research to see if there's any

Gerald P. Miletello, M.D.

Page 102

1  causes pCIA, correct?
2      A.   That's correct.
3      Q.   And you're not going to try to
4  come into court and say that, are you?
5      A.   I don't plan on it, no.
6      Q.   Nowhere in your report do you
7  offer an opinion that Xeloda causes pCIA, do
8  you?
9      A.   None other than it's an oral
10 form of 5-FU, and I consider toxicities to be
11 the same.
12     Q.   Doctor, you have not attempted
13 to apply a systematic literature search or
14 review of data from randomly controlled
15 trials to investigate whether a causal
16 relationship exists between Xeloda and pCIA,
17 correct?
18     A.   That's correct.
19     Q.   And you won't try to offer an
20 opinion that valid scientific evidence
21 establishes that Xeloda causes pCIA, will
22 you, in court?
23     A.   That's correct.
24     Q.   And nowhere in your report do
25 you offer evidence that any clinical trial

Page 103

1  exists that you're aware of that shows that
2  Xeloda causes pCIA, correct?
3      A.   That's correct.
4      Q.   And, in fact, as you sit here,
5  you are not aware of any clinical trial that
6  demonstrates any sort of causal association
7  between Xeloda and pCIA, right?
8      A.   Correct.
9      Q.   And nowhere in your report do
10 you cite to any literature, or case reports
11 for that matter, that attempt to demonstrate
12 or associate Xeloda and pCIA, correct?
13     A.   Correct.
14     Q.   Do you have any idea if there
15 are any case reports in the literature at all
16 associating Xeloda with permanent
17 chemotherapy-induced alopecia or incomplete
18 hair regrowth?
19     A.   I can't give you a specific,
20 but I think there is stuff in the literature.
21 I think you can find it on just about every
22 drug that we've given, there's some reports
23 of it.  But I can't give you a specific cite.
24     Q.   And you have no idea from a --
25 numerically how many case reports, if any,

Page 104

1  there may be?
2      A.   No, I don't.
3      Q.   And you were not asked to
4  perform any Bradford Hill criteria analysis
5  on causation between Xeloda and pCIA, were
6  you?
7      A.   No, I wasn't.
8      Q.   And you didn't perform such
9  analysis, correct?
10     A.   No, I didn't.
11     Q.   Would you agree when you say
12 that you may have seen case reports or in
13 your practice Xeloda and then what appears to
14 be incomplete hair regrowth, that you have
15 not performed any differential diagnosis in
16 that scenario on a patient to determine
17 scientific causation?
18     A.   That's correct.
19     Q.   So you'd agree that you don't
20 have any valid scientific evidence of
21 causation with regard to Xeloda and pCIA,
22 right?
23     A.   Correct.
24         MR. KEENAN:  Object to form.
25         ///

Page 105

1  BY MR. SCHANKER:
2      Q.   Doctor, let's talk about
3  Avastin.
4           Nowhere in your report do you
5  offer an opinion that Avastin causes pCIA,
6  correct?
7      A.   That's correct.
8      Q.   And you're not going to try to
9  come into court and claim that Avastin causes
10 pCIA, are you?
11     A.   No, I'm not.
12     Q.   Nowhere in your report do you
13 offer an opinion that tamoxifen causes
14 permanent hair loss or lack of hair regrowth
15 permanently, correct?
16         MR. KEENAN:  Object to form.
17     A.   No.  I think tamoxifen
18 definitely -- there's data to support its
19 slowing hair growth and causing at least
20 thinning of hair, not complete alopecia, but
21 thinning of hair.  And I think I've stated
22 that with the tamoxifen or the aromatase
23 inhibitors, there's definitely data to
24 support that.
25         ///

27 (Pages 102 to 105)

Gerald P. Miletello, M.D.

Page 106

1  BY MR. SCHANKER:
2  Q. Specifically with regard to
3  tamoxifen and your report, you do not offer
4  an opinion in your report that tamoxifen
5  causes -- and I'm talking about duration
6  here, that it causes permanent hair loss,
7  correct?
8       MR. KEENAN: Object to the
9     form.
10  A. It causes hair loss. I did not
11  give a specific duration.
12  BY MR. SCHANKER:
13  Q. So you're not --
14  A. It definitely causes hair loss.
15  Q. I'm sorry, I talked over you.
16  A. I did not give a duration, but
17  it definitely causes hair loss, and I've
18  stated that, I'm certain, in my report.
19  Q. But you're not planning to come
20  into court and try to offer an opinion that
21  tamoxifen causes permanent hair loss,
22  correct?
23  A. That's correct.
24  Q. With regard to epirubicin,
25  Doctor, nowhere in your report do you offer

Page 107

1  an opinion that epirubicin causes pCIA or
2  permanent hair loss, correct?
3  A. That's correct.
4  Q. And you're not planning to come
5  into court and offer any such opinion,
6  correct?
7  A. Correct.
8  Q. Methotrexate, nowhere in your
9  report do you offer an opinion that
10  methotrexate causes pCIA, correct?
11  A. That's correct.
12  Q. And you're not planning to come
13  into court and offer any such opinion, is
14  that right?
15  A. That's correct.
16  Q. Gemzar, nowhere in your report
17  do you offer an opinion that Gemzar causes
18  pCIA or permanent hair loss, do you?
19  A. Correct.
20  Q. And you're not planning to come
21  into court and offer any such opinion, right?
22  A. No, I'm not.
23  Q. With regard to any drug at all,
24  nowhere in your report do you offer an
25  opinion that any drug causes pCIA, do you?

Page 108

1       MR. KEENAN: Object to the
2     form.
3  A. I'm sorry, Darin, could you
4  repeat that? You cut out. I didn't hear
5  exactly what you said.
6  BY MR. SCHANKER:
7  Q. Thank you. Am I putting you to
8  sleep there?
9  A. No, no. I'm listening, I just
10  -- it didn't come through, the last word.
11  Q. Okay. You're too kind.
12  A. I'm wide awake.
13  Q. So focusing on any, just any
14  drug at all, it's kind of a catch-all because
15  I want to make sure we're covering this
16  thoroughly. I apologize for the tedious
17  aspect of this. But with regard to any drug
18  at all, and I'm trying to go through the
19  report and narrow these issues just to
20  clearly understand, nowhere in your report do
21  you actually offer an opinion on causation,
22  causation, between any drug and permanent,
23  irreversible hair loss?
24  A. That's correct.
25       MR. KEENAN: Object to the

Page 109

1     form.
2  BY MR. SCHANKER:
3  Q. And you're not planning in this
4  case to come into court and try to say that
5  any drug, from a scientific standpoint, all
6  the requirements and the hurdles of general
7  causation, that any drug causes permanent or
8  irreversible hair loss? That's not what
9  you're here for and what you're planning on
10  coming into court and testifying to, correct?
11  A. That's correct.
12  Q. And just to be clear, Doctor,
13  nowhere in your report do you cite to any
14  clinical trial evidence that demonstrates
15  that a Taxotere regimen is superior to any
16  other non-Taxotere regimen, correct?
17  A. No, I think I do -- I think a
18  taxane-containing regimen is, in this
19  particular case and in all the cases of
20  breast cancer, I think it is superior. I
21  think it definitely offers an advantage to
22  increased survival and increased response
23  rates. I think I do state that.
24  Q. Doctor, you don't cite to any
25  clinical trial evidence that supports that

28 (Pages 106 to 109)

Gerald P. Miletello, M.D.

Page 110

1  proposition in your report, correct?
2      A.   I don't have a reference
3  per se.  I can't give you the reference.  But
4  just in the literature, there's definitely an
5  advantage to Taxol-containing regimen,
6  taxanes.
7      Q.   And specifically with regard to
8  Taxotere versus other chemotherapy drugs, you
9  don't have any -- you can't cite to me any
10 clinical trial evidence, as you sit here
11 right now, that demonstrates superiority, can
12 you?
13     A.   There is literature to back the
14 taxanes having -- being a superior treatment
15 for breast cancer these days, since 2009.  In
16 fact, since 2009 there are multiple trials
17 that show superiority with the taxanes.
18     Q.   When you say "the taxanes,"
19 you're referring to Taxotere and Taxol,
20 correct?
21     A.   Yes, I am.
22     Q.   Any other -- I'm sorry, go
23 ahead.
24     A.   No, there's no other taxanes,
25 those are the main two.

Page 111

1           I'm sorry, I think -- can you
2  hear me?  I think my internet is gone.
3      Q.   I can hear you, and I can see
4  you.
5      A.   Oh, okay, because mine -- okay.
6  I can still see you.  It just -- the screen
7  just shrunk.  Okay.  I'm good.
8      Q.   Now, you understand in this
9  case that Ms. Kahn took a combination of
10 drugs, correct?
11     A.   Yes, I do.
12     Q.   As part of her chemotherapy
13 treatment and her treatment for her cancer,
14 right?
15     A.   That's correct.
16     Q.   And those combination drugs
17 included Taxotere, Adriamycin,
18 cyclophosphamide, Avastin, and Xeloda, right?
19     A.   Right, that's exactly right.
20     Q.   And we've gone through each of
21 those drugs individually, and everything that
22 you -- knowledge you have about their ability
23 to cause pCIA, right, we've covered that in
24 detail?
25     A.   I think we have.

Page 112

1      Q.   Okay.  I want to discuss that,
2  just this combination.  I'm interested in
3  everything that you did to analyze the
4  combination of drugs we just referenced that
5  Ms. Kahn took, and that combination's ability
6  to cause pCIA.  Did you do any kind of
7  analysis at all on the -- scientific analysis
8  on the combination of those, and interaction,
9  of those drugs?
10     A.   No, just based on clinical
11 experience is what -- and the fact that her
12 hair grew back after she received the drugs,
13 and then it started falling again after she
14 started the tamoxifen.  But that's all.
15     Q.   Just one moment.
16     A.   Sure.
17     Q.   You realize we have to say that
18 on Zoom or we think we're frozen.
19     A.   It's actually working quite
20 well, I think.
21     Q.   It is.
22     A.   Better than I anticipated.
23     Q.   Are you okay to keep going
24 here?
25     A.   Oh, no, I'm fine.  Press on.

Page 113

1      Q.   Okay.  So with regard to that
2  combination of drugs that Ms. Kahn took, I'm
3  just interested in making sure we have a
4  clear record here, Doctor, you did not
5  attempt to apply any kind of systematic
6  literature search or retrieve any kind of
7  data from randomly controlled trials to
8  investigate whether a causal relationship
9  existed between the combination therapy and
10 treatment that Elizabeth Kahn took and
11 permanent hair loss, correct?
12     A.   That's correct.
13     Q.   And you're not going to try to
14 offer the opinion that you did valid -- that
15 valid scientific evidence establishes that
16 that combination therapy that Elizabeth Kahn
17 took causes permanent hair loss?  You're not
18 going to try to offer that opinion, are you?
19     A.   No, I'm not.
20     Q.   Nowhere in your report do you
21 offer any evidence of a clinical trial that
22 you're aware of that shows that this
23 combination therapy that Elizabeth Kahn took
24 causes or is associated with pCIA, correct?
25     A.   Correct.

29 (Pages 110 to 113)