# EXHIBIT C

Gerald Miletello, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

                              MDL No. 2740

IN RE:  TAXOTERE            Section:  "H"
(DOCETAXEL) PRODUCTS
LIABILITY LITIGATION      Judge Milazzo

                            Mag. Judge North

* * * * * * * * * * * * * * * * * * * * * * * * *

           The videotaped deposition of GERALD P. MILETELLO, M.D., taken in connection with the captioned cause, pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, at Irwin Fritchie Urquhart & Moore, LLC, 400 Convention Street, Suite 1001, Baton Rouge, Louisiana 70802, on the 19th of December, 2019, beginning at 9:07 a.m.

Gerald Miletello, M.D.

Page 126

1  case?
2  A. I'm not an expert on the different types of
3  hair loss, I just know hair loss.
4  Q. And the hair loss that you know is from
5  interacting with your chemotherapy patients, correct?
6  A. Chemo and hormonal therapies.
7  Q. And hormonal therapy?
8  A. Right.
9  Q. But you would not be in a position, based on
10 what you've testified here today, to actually do a
11 differential diagnosis on any one of your patients; that
12 instead would be something you'd refer out to a
13 dermatologist -- qualified dermatologist for?
14 A. Correct.
15 Q. So you're not going to try to offer any
16 expertise in that area in this trial?
17 A. No.
18 Q. I want to ask about your understanding of PCIA,
19 if you have any. Do you have any understanding of PCIA?
20 A. Some.
21 Q. Does it require complete hair loss?
22 A. Not as far as I know. It could be thinning. I
23 don't think it means 100 percent baldness.
24 Q. And, in fact, a woman could have partial hair
25 regrowth and still suffer from PCIA, correct?

Page 127

1  A. From what I've read about it.
2  Q. And that's -- as you testified earlier, that's
3  what happened in Cynthia Thibodaux's case, correct?
4  A. Right. She had -- her hair grew back not
5  100 percent but it grew back, just from looking at her
6  pictures.
7  Q. Grew back to some extent?
8  A. Right.
9  Q. Can you tell me about the gradings of alopecia
10 that dermatologists use?
11 A. Not really. It's very superficial. I know
12 they use Grades 1, 2, and 3 but I don't know how they
13 distinguish a 1 from a 2 from a 3.
14 Q. And, in fact, are you aware that that is
15 incorrect, that dermatologists use Grade 1 and Grade 2
16 to separate types of alopecia, there is no 3 grade?
17 A. Yeah, no, I haven't looked at that in years.
18 Q. And which is the more severe grade, the higher
19 number or the lower number?
20 A. As far as I know, it's the higher number. The
21 higher number is more severe.
22 Q. And you're aware that Cynthia Thibodeaux, at
23 this point in time, has been diagnosed with Grade 2
24 alopecia?
25 A. That's what I read in the reports, yes.

Page 128

1  Q. And you have no reason to disagree with that?
2  A. No.
3  Q. And if you could -- you've got your report in
4  front of you, right?
5  A. Yes.
6  Q. If you could look at page 10, paragraph 5.
7  A. Uh-huh.
8  Q. You see that there's a variety of drugs that
9  have been listed in that paragraph?
10 A. Yes.
11 Q. And I can go through them individually but I
12 might not need to do that. Just based on your
13 testimony, I'm assuming you agree that you're not here
14 to offer any kind of opinion as to, generally speaking,
15 whether any of the chemotherapy drugs listed in that
16 paragraph actually cause PCIA, correct?
17     MR. KEENAN: Object to form.
18 A. I've actually seen PCIA with several of these
19 drugs.
20 BY MR. SCHANKER:
21 Q. On those individuals that you've seen it, did
22 you do a differential diagnosis on that patient?
23 A. No. They did not have biopsies. I just know
24 they didn't have hair five years down the road.
25 Q. You would agree that a differential diagnosis

Page 129

1  can be performed on a hair loss patient without doing a
2  biopsy, correct?
3  A. Yes.
4  Q. And that that is, in fact, within the standard
5  of care to perform a differential diagnosis on a patient
6  without doing a biopsy, correct?
7  A. That's correct. But I did not -- it's just a
8  clinical opinion.
9  Q. An observation?
10 A. An observation.
11 Q. Versus a diagnosis?
12 A. Right.
13 Q. So as -- just to be clear, you've never
14 diagnosed a patient with any -- with PCIA or
15 chemotherapy-induced permanent alopecia, have you?
16 A. I've diagnosed several patients with permanent
17 alopecia.
18 Q. And my question was --
19 A. Based on my --
20     MR. KEENAN: Let him finish.
21 A. Based on my clinical experience. I mean, if
22 someone has no hair after five years, I consider that
23 permanent alopecia. And whether they -- because it's
24 permanent -- chemotherapy-induced alopecia is a
25 relatively new thing. And my training and my

33 (Pages 126 to 129)

Gerald Miletello, M.D.

Page 130

1  experience, someone doesn't have hair for five years,
2  it's not coming back.  And I've seen that with several
3  drugs over the years, namely 5FU, Adriamycin, taxol.
4  BY MR. SCHANKER:
5      Q.  Would it be fair to say that -- and you talked
6  about PCIA being a relatively new diagnosis -- that if I
7  ask you --
8      A.  Not a new diagnosis.
9      Q.  New condition?
10     A.  A new name -- a new name they've given to
11 alopecia, to chemotherapy-induced alopecia.
12     Q.  In the land -- in the medical landscape, are
13 you aware -- and I was going to follow up on this --
14 that the condition PCIA is a relatively new condition?
15     A.  Yes.  That's -- it's a new name I think for an
16 old condition.  I mean, because things haven't changed.
17 I mean, you have hair loss from chemotherapy.  What you
18 call it or how you define it, that hasn't changed.  I
19 mean, my first patient with chemotherapy-induced
20 alopecia was 25 years ago, and that was long before
21 anybody talked about it.
22     Q.  When you get a patient with what you -- what
23 you're representing is chemotherapy-induced alopecia,
24 you're talking about permanent chemotherapy?
25     A.  Yes.

Page 131

1      Q.  And you agree that you're not qualified to do a
2  differential diagnosis on that particular patient to
3  rule out other conditions?
4      A.  No, I'm not -- that's not my area of expertise.
5  But when I have a patient with a full head of hair and
6  they have no hair after I finish with them, it's hard to
7  look for other causes.  And I've seen enough people who
8  have had problems after chemo when nothing else has
9  changed.  And I do know I do always look at other drugs
10 they might be on.  And I've actually referred a few of
11 these people to dermatologists to confirm, and every one
12 I have sent has come back from a note from the
13 dermatologist, This is secondary to their chemotherapy.
14 I've never sent one that we were able to fix,
15 unfortunately.
16     Q.  So is it your belief that acute hair loss from
17 chemotherapy is the same as PCIA?
18     A.  No.  I mean, permanent versus acute -- I mean,
19 it can grow back with acute; permanent, it's never
20 coming back.
21     Q.  Doctor, do you believe that if you see one case
22 of a patient whose hair does not grow back following
23 chemotherapy use, that that is sufficient for you to
24 reach a general causation diagnosis or opinion, rather,
25 concerning that chemotherapy drug and its association or

Page 132

1  causation of permanent chemotherapy-induced alopecia?
2          MR. KEENAN:  Objection; form.
3      A.  It depends on what else they're on.  Because
4  most of these people aren't just taking one chemotherapy
5  drug.  A lot of these people have multiple other
6  problems.  But I -- I have an opinion, but it depends
7  on -- I also look at everything else that they're
8  taking, because there are -- other drugs can play a role
9  besides chemotherapy.
10         And family history plays a major role.  I
11 recently had a lady who had extremely thin hair, and she
12 brought me a picture of her mother the next time I saw
13 her, and it's like -- and the mother was on no
14 treatments of any kind -- had not been on any treatments
15 and looked exactly the same way she looked.  So it was
16 more of a hereditary thing.
17 BY MR. SCHANKER:
18     Q.  All right, Doctor.  I want to -- if I could
19 turn your attention to page --
20         (Discussion off the record.)
21 BY MR. SCHANKER:
22     Q.  Refer your attention to page 10.
23     A.  Okay.
24     Q.  The fifth full paragraph, right?
25     A.  Uh-huh.

Page 133

1      Q.  Do you have that there in front of you?
2      A.  Yes.
3      Q.  And so let me just make a record first.  I want
4  to make sure it's clear.  I'll ask you this question, I
5  may have asked you before, and then we can work through
6  these if we need to.  Would it be fair to say that you
7  don't have the expertise to offer an opinion that any of
8  the drugs in that paragraph can cause PCIA, that you
9  don't have the qualifications to do that?
10         MR. KEENAN:  Object to the form.
11     A.  No, I think I do.  I mean, I've seen it with
12 several of these drugs.
13 BY MR. SCHANKER:
14     Q.  Okay.  And so I need to walk through each of
15 those with you.
16     A.  Okay.
17     Q.  And you can tell me -- what about Adriamycin,
18 do you believe you have the opinion to offer -- do you
19 believe you have the qualifications and the knowledge
20 and experience to offer an opinion concerning Adriamycin
21 and any -- and causation of PCIA?
22     A.  I've seen permanent hair loss with Adriamycin.
23     Q.  Okay.  So can you tell me everything you know
24 about the temporal relationship between Adriamycin and
25 PCIA.

Gerald Miletello, M.D.

Page 134

1  A.  Well, like I said, my definition of PCIA is
2  permanent hair loss, hair loss greater than -- someone
3  with no hair after five years.  And I've seen that with
4  Adriamycin, I've seen it with 5FU, and I've seen it with
5  taxol, those are the three.
6  Q.  Okay.  Adriamycin --
7  A.  Taxol.
8  Q.  -- 5FU, fluorouracil, and taxol?
9  A.  Right.
10  Q.  So on this list in paragraph 5, those are the
11  three drugs that you believe --
12  A.  Are capable of causing permanent hair loss.
13  Q.  -- you believe you have the qualifications and
14  experience to testify cause PCIA?
15  A.  Yes.  I think I can say -- safely can say
16  because they were on nothing else, that was all they
17  were taking.
18  Q.  Okay.  And none of the other drugs on that list
19  do you believe you have the qualifications to testify
20  can cause PCIA?
21  A.  I have not seen it with the others.  I've seen
22  hair loss but not permanent.
23  Q.  Okay.  So you don't believe that you're
24  qualified to offer a causation opinion on any of the
25  other drugs; is that fair to say?

Page 135

1  A.  That is.
2  Q.  That are in that paragraph?
3  A.  Right.
4  Q.  Okay.
5  A.  Yeah, I have not seen it with the others, not
6  that it can't happen, but I have not seen it.
7  Q.  Okay.  So again -- thank you for doing that,
8  that will help.  And I want to go through each of those
9  drugs, if we could and explore that relationship.  And I
10  first asked you about the temporal relationship that
11  forms the basis of your opinion concerning Adriamycin
12  and causing PCIA, and you shared some information with
13  me concerning that.  Do you have any other knowledge
14  concerning the temporal relationship between PCIA --
15  between Adriamycin and PCIA?
16  A.  Yeah, there have been reports of it.  Other
17  than what I've seen, there's been written reports of
18  Adriamycin causing permanent hair loss.
19  Q.  How many in the literature exist?
20  A.  I can't tell you off the top of my head, but I
21  have seen articles to that effect.
22  Q.  And can you -- and are those articles
23  concerning monotherapy with Adriamycin?
24  A.  Some of them are and some of them are in
25  combination therapy.

Page 136

1  Q.  Can you --
2  A.  The one that I saw was monotherapy with
3  Adriamycin.
4  Q.  And can you -- what citation is that, do you
5  recall?
6  A.  I don't recall off the top of my head.  I'd
7  have to look it up.
8  Q.  Is it in the materials that --
9  A.  I think there may be one or two articles to
10  that effect in these 65.
11  Q.  How many -- to your knowledge, how many
12  monotherapy cases of Adriamycin exist in the literature
13  that are attributed to causing PCIA?
14  A.  I -- off the top of my head, I don't know.  I
15  don't --
16  Q.  Do you have any idea whatsoever?
17  A.  No.  I would not -- I just haven't invested any
18  time looking at that in particular.
19  Q.  And that really ties into the next element that
20  I was asking about, the strength of the -- what's your
21  knowledge concerning the strength of the association
22  between this claim of Adriamycin causing PCIA?  Share it
23  with me.
24  A.  Okay.  Well, I'm not an expert in hair loss,
25  that's not my -- my opinion is based on -- more on

Page 137

1  clinical experience in using and seeing which drugs I've
2  seen permanent hair loss with, and that's -- but I don't
3  claim to be an expert on hair loss, but I do claim to
4  know that other drugs are capable of causing permanent
5  hair loss.
6  Q.  And we're talking specifically, obviously,
7  about Adriamycin.  And what I'm trying to do is, if
8  you're going to come in and offer that opinion in court,
9  I want to know the basis for it.
10  A.  It's based on a -- clinical experience in
11  patients I've treated with the drugs, that's what I'm
12  basing it on.  I don't have a study where I can show you
13  I treated 30 patients with Adriamycin and three -- this
14  is based on clinical experience over 30 years.
15  Q.  And that's clinical experience with monotherapy
16  treatment with Adriamycin in patient population and
17  resultant PCIA?
18  A.  The ones that I had with PCIA were monotherapy.
19  Q.  How many?
20  A.  Like three.
21  Q.  Okay.  And when were those?
22      MR. KEENAN:  I'm going to object.  Wasn't
23  this covered in the previous deposition?  I believe it
24  was.
25      MR. SCHANKER:  Absolutely not.

Page 142

1   Q.  Fair enough.  So in this -- in this case, just
2   kind of working through these issues, Doctor, you've
3   indicated that you cannot determine which, if any, of
4   the chemotherapy agents that Cynthia Thibodeaux took
5   caused her claimed PCIA, correct?
6   A.  That's correct.
7   Q.  So you're not going to come in and offer some
8   sort of opinion along the lines of, It's impossible to
9   conclude that Taxotere caused it because Cynthia
10  Thibodeaux took multiple chemotherapy agents; you're not
11  going to offer that opinion, are you?
12          MR. KEENAN:  Object to the form.
13  A.  I can't tell which of the drugs caused her hair
14  loss, no.  I think any of them could have been
15  responsible.
16  BY MR. SCHANKER:
17  Q.  I just want to make sure we have the record
18  clear.  You're not going to come in and make the
19  following opinion, are you:  Because Taxotere was given
20  as part of a regimen and not a single agent, it's
21  impossible to conclude that the Taxotere alone causes
22  PCIA --
23          MR. KEENAN:  Objection.
24  BY MR. SCHANKER:
25  Q.  -- would you agree that you're not --

Page 143

1           MR. SCHANKER:  I'm sorry, Matt.
2   BY MR. SCHANKER:
3   Q.  Would you agree you're not qualified to offer
4   that opinion?
5           MR. KEENAN:  Objection; form.
6   A.  I can offer the opinion that I can't tell which
7   of the drugs she received caused the hair loss.  I don't
8   know -- she received multiple drugs that had the
9   potential for doing this, for causing her hair loss.
10  BY MR. SCHANKER:
11  Q.  So do you see the distinction between the
12  question I'm asking you?
13  A.  No.
14  Q.  Let me ask the question again.
15  A.  Maybe I'm just being dense.
16  Q.  Do you agree that you're not going to come into
17  court and offer the following opinion:  Because Taxotere
18  was given the Cynthia Thibodeaux as part of a regimen
19  and not a single agent, it's impossible to conclude that
20  Taxotere alone causes permanent alopecia?
21  A.  I agree with that.
22  Q.  You're not --
23  A.  I agree with that.
24  Q.  So you're going to come into court and offer
25  that opinion?

Page 144

1   A.  What you just said, that I can't -- the opinion
2   that I can't give an opinion that Taxotere --
3   Q.  And you can't because you're not qualified in
4   this area, you don't have expertise in the area of
5   chemotherapy drugs and hair loss, correct?
6           MR. KEENAN:  Object to the form.
7   A.  I do feel like I'm qualified to say that
8   chemotherapy causes hair loss.  I just -- I've done it
9   for 30 years.  But I can't tell you exactly the
10  mechanism behind how it did it.  So that's partially
11  correct.  That's -- I -- go ahead.  Am I answering what
12  you're asking?  I'm not sure that --
13  BY MR. SCHANKER:
14  Q.  No, I appreciate this.  And I'm certainly not
15  trying to trick you and you're not trying to do that.
16  A.  No.
17  Q.  I just want to understand exactly what your
18  opinions are.
19  A.  Sure.  I guess --
20  Q.  Do you believe that others with the expertise
21  outside of your realm may be qualified, certainly, to
22  offer an opinion as to which chemotherapy drug caused
23  Cynthia Thibodeaux's PCIA?
24  A.  No.  I don't think any -- I don't think -- I
25  don't know of anybody that could come in and make a

Page 145

1   better opinion.  There's -- none of us are that smart or
2   have that -- I think God is the only one that can tell
3   us which of these drugs caused the hair loss.  When a
4   patient is getting five different drugs, there is not a
5   test you can do to say Adriamycin did this, Taxotere did
6   this, Cytoxan.  If there is, it's something I don't know
7   about.
8   Q.  Right.  And so -- and there certainly may be
9   something you don't know about, correct?
10  A.  Absolutely.  I don't know everything.
11  Q.  Can you tell me in the literature the incidence
12  rate of Taxotere causing PCIA?
13  A.  I've read 3 to 4 percent.  Clinically I have
14  not seen that, and I use a lot of Taxotere.
15  Q.  The fact is -- well, let me ask you this:  Can
16  you tell me in the literature the incidence rate
17  of -- and I'm going to ask you for the citation if you
18  can -- of Adriamycin causing PCIA?
19  A.  I don't have those numbers.
20  Q.  And are you aware that that's because there is
21  no incidence related in all the literature in the world
22  of Adriamycin causing PCIA?
23          MR. KEENAN:  Object to the form.
24  A.  I know I've seen permanent hair loss with
25  Adriamycin, but I have not seen incidences published

Gerald Miletello, M.D.

Page 150

1  Q. All right.
2  A. And that's it.
3  Q. And I'll ask you similar questions concerning
4  the other drug that you identified as in your experience
5  causing PCIA, and that's 5FU?
6  A. Yes.
7  Q. Tell me about everything you know concerning
8  the temporal relationship between 5FU and PCIA.
9  A. Only that I've used 5FU probably thousands of
10 times. I've never had anything other than hair thinning
11 except in this one patient who was getting 5FU and
12 radiation for an anal tumor, and after her second month
13 of 5FU she came in bald and until she died ten years
14 later did not have a string of hair. And nothing had
15 changed in her life, none of her drugs, none of her
16 medications, and no family history of mother or father
17 being bald. So that was it. And that was years ago.
18      But I did not do any other testing. That was
19 strictly a clinical case, which taught me a lot about
20 alopecia because this lady -- I had not even mentioned
21 the fact that she would lose her hair with this drug.
22 It took awhile to get over that.
23  Q. And this one example that you're giving, that's
24 the only one in your world of experience that is
25 enabling you to offer the opinion that 5FU can cause

Page 151

1  PCIA; is that correct?
2  A. Yeah, I have not had any articles on 5FU. I
3  have seen stuff with Adria, taxol, Taxotere, but not
4  with 5FU. I've seen hair thinning but -- but it's
5  possible, because I know that's what caused her hair
6  loss.
7  Q. What did you do to rule out -- you indicated
8  this was a woman, right?
9  A. Right.
10 Q. You indicated that she didn't have any hair,
11 totally bald?
12 A. She had no hair.
13 Q. Are you familiar with alopecia areata
14 universalis?
15 A. I'm familiar with it. And like I said --
16 Q. What did you do to rule that out?
17 A. It was strictly a clinical -- a clinical
18 diagnosis I made with her. I didn't do anything.
19 Q. Please describe for me the -- the different, if
20 there is any, clinical presentation between alopecia
21 areata universalis and PCIA.
22 A. I'm really not qualified to do that.
23 Q. And --
24 A. I'd offer that -- I would ask an expert in hair
25 loss to do that.

Page 152

1  Q. And what did you do to rule out alopecia areata
2  totalis in this patient who had no hair whatsoever?
3  A. I didn't do anything.
4  Q. And what -- tell me, if you could, the
5  characteristics in the clinical presentation that
6  distinguish alopecia areata totalis from PCIA.
7  A. I'm not an expert in that area.
8  Q. So the fact is this patient you're talking
9  about may have suffered from alopecia areata totalis,
10 correct?
11 A. That's a possibility.
12 Q. And this patient you're referring to may have
13 suffered from alopecia areata universalis as opposed to
14 PCIA, correct?
15 A. That's definitely a possibility.
16 Q. You don't have the expertise to distinguish
17 whether or not she was suffering from one of those
18 conditions or PCIA, correct?
19 A. Right.
20 Q. What is the clinical presentation of the hair
21 follicle with tamoxifen-induced alopecia?
22 A. That's not a field of expertise for me. I just
23 know we get thinning of hair with tamoxifen, but that's
24 really -- I don't know any more details about it.
25 Q. And you would agree, to make an actual

Page 153

1  diagnosis in an individual of tamoxifen-induced
2  alopecia, you would need to have knowledge of the
3  follicular presentation in order to distinguish it from
4  some other cause of alopecia, correct?
5      MR. KEENAN: Object to the form.
6  A. In a scientific world. In a clinical world,
7  no. I mean, I have a patient who's been put on
8  tamoxifen, had normal hair two years after tamoxifen.
9  The only thing different I would be concerned about was
10 family history. And -- but everybody on tamoxifen or
11 any of the aromatase inhibitors has some degree of hair
12 loss. I have not seen one patient not lose some degree
13 of hair. As to how much and -- how much is from aging
14 and how much is from the antiestrogen, there's no
15 way -- I have no way of knowing. I'm not an expert to
16 distinguish that.
17 BY MR. SCHANKER:
18 Q. Nowhere in your report do you offer the opinion
19 that everybody who is on tamoxifen has some degree of
20 hair loss, you don't offer that opinion in your expert
21 report, do you?
22 A. No. But I'm offering it now.
23 Q. And in your expert report, nowhere do you offer
24 the opinion that everyone who is on an aromatase
25 inhibitor has some degree of permanent hair loss, do

39 (Pages 150 to 153)