# EXHIBIT F

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION     *    Docket No.: 16-MD-2740
                                  *    Section "H(5)"
                                  *    New Orleans, Louisiana
Relates to:  Barbara Earnest      *    September 17, 2019
Case No.: 16-CV-17144             *
* * * * * * * * * * * * * * * * * *
```

DAY 2 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139


For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                                & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

## Page 101

477

DAVID KESSLER - CROSS

3:28PM 1   literature?
3:28PM 2   A.  I have.
3:28PM 3   Q.  Do you believe that there are reports in the medical
3:28PM 4   literature of ongoing or persistent hair loss with Adriamycin?
3:28PM 5   A.  There was zero cases with Adriamycin and Cytoxan -- with
3:28PM 6   Adriamycin, there were zero cases up to 2000 in the
3:28PM 7   pharmacovigilance database.  I think I see one or two patients
3:28PM 8   alone with Adriamycin, but it's exceptionally rare.
3:28PM 9   Q.  Doctor, I want you to focus on my question.
3:28PM 10  A.  Sure.
3:28PM 11  Q.  You searched the literature?
3:28PM 12  A.  I did.
3:28PM 13  Q.  Okay.  Did you see in your literature -- looking for
3:28PM 14  information from 2011 and before, did you see any reports of
3:29PM 15  persist or permanent or irreversible hair loss with Adriamycin?
3:29PM 16  Yes or no?
3:29PM 17  A.  I think I saw one case with Adriamycin alone, but I'd want
3:29PM 18  to check that.  It's -- I mean, I searched specifically for
3:29PM 19  that, and that was the best I could do.
3:29PM 20  Q.  Now, what about Cytoxan?  In your research, did you do
3:29PM 21  research to try to determine whether or not there were cases in
3:29PM 22  2011 and before of Cytoxan causing permanent hair loss?
3:29PM 23  A.  There are zero cases of Cytoxan.  If you look at the FDA
3:29PM 24  database of Cytoxan causing permanent alopecia, certainly,
3:29PM 25  through --

OFFICIAL TRANSCRIPT

## Page 102

478

DAVID KESSLER - CROSS

3:29PM 1   Q.  Doctor, I didn't ask about the FDA database.  I asked
3:29PM 2   about the literature.  If you could answer my question.
3:29PM 3         And if the answer is you didn't find any, that's
3:30PM 4   fine.  I'm asking you, did you find any?
3:30PM 5   A.  I saw no case of monotherapy Cytoxan where Cytoxan caused
3:30PM 6   irreversible or permanent hair loss.  I did not see it any in
3:30PM 7   the medical literature, and I searched.
3:30PM 8   Q.  How about this?  Did you see any reports -- you slipped in
3:30PM 9   the word "monotherapy" there.
3:30PM 10        Did you see any reports in the medical literature
3:30PM 11  where the regimen included Cytoxan and there was a report of
3:30PM 12  permanent hair loss?
3:30PM 13  A.  Sure, of course.  Because in the FAC arm, that includes
3:30PM 14  Cytoxan.  So, of course, it included Cytoxan --
3:30PM 15  Q.  Okay.
3:30PM 16  A.  -- in that arm.
3:30PM 17  Q.  And the same thing for Adriamycin; correct?
3:30PM 18  A.  Correct.  But they were controlled.
3:30PM 19  Q.  So you can't say that there is no risk of any kind of
3:30PM 20  persistent hair loss with the FAC arm; correct?
3:30PM 21  A.  I certainly can, in a controlled trial.  You're missing
3:30PM 22  the point.  When you compare TAC versus FAC, the only
3:31PM 23  difference is the T; it's not the A and C.
3:31PM 24        You're explaining away the risk.  It's the biggest
3:31PM 25  mistake in drug safety.  You're explaining away the risk and

OFFICIAL TRANSCRIPT

## Page 103

479

DAVID KESSLER - CROSS

3:31PM 1   pointing to something else.
3:31PM 2   Q.  Let's go back to this real quick.  We talked about this
3:31PM 3   definition, "six months" was -- most of the time, was your most
3:31PM 4   common definition; correct?
3:31PM 5   A.  That was certainly one of the definitions.
3:31PM 6   Q.  Okay.  And you would have to agree with me that, in order
3:31PM 7   to know whether or not somebody actually had hair loss more
3:31PM 8   than six months after treatment, that patient would have to be
3:31PM 9   evaluated more than six months after treatment; correct?
3:31PM 10  A.  Exactly.
3:31PM 11  Q.  That's just logic; right?
3:31PM 12  A.  That's what 316 did.
3:32PM 13  Q.  Doctor, do you know -- in the work that you did reviewing
3:32PM 14  materials, looking at information in this case, do you know how
3:32PM 15  many of the 29 patients were actually evaluated more than six
3:32PM 16  months?
3:32PM 17  A.  That data is available.  It's not front of mind.  But it
3:32PM 18  is in the clinical study report, and I think you can -- at one
3:32PM 19  point, I did know the average follow-up period for that.
3:32PM 20  Q.  And I'm not talking about the average follow-up.
3:32PM 21        I'm talking about -- can you tell me how many people
3:32PM 22  of the 29 were actually followed up more than six months?
3:32PM 23  A.  It was a ten-year study.  We could pull that table.  It's
3:33PM 24  in your clinical study report.  You have it.
3:33PM 25        And I'm almost certain that -- certainly, in 316 --

OFFICIAL TRANSCRIPT

## Page 104

480

DAVID KESSLER - CROSS

3:33PM 1   it was a ten-year study.  It went well beyond six months, the
3:33PM 2   follow-up.
3:33PM 3   Q.  So, Doctor, if you've looked at the data, you would know
3:33PM 4   that only 21 -- no.  Let me ask that again.
3:33PM 5         You would know if you looked at the data that 21 of
3:33PM 6   these patients were followed for six months or less; correct?
3:33PM 7   A.  After the initial period?
3:33PM 8   Q.  After the treatment.
3:33PM 9   A.  So the treatment was X number of weeks, and the six
3:33PM 10  months -- the clinical study report, if you pull the table, it
3:33PM 11  will tell you it was a ten-year study.
3:33PM 12  Q.  Let me just ask it this way:  Are you aware that 21 of
3:34PM 13  these 29 patients were never seen to determine whether or not
3:34PM 14  they have hair loss after six months after they finished their
3:34PM 15  treatment?  Do you know that?
3:34PM 16  A.  I don't know that.  I looked at the table.  If that's the
3:34PM 17  case, then there's a big problem with the study because it was
3:34PM 18  represented as a ten-year study.
3:34PM 19  Q.  Well, Doctor, if that's the case, setting aside whether
3:34PM 20  you think there's a big problem with the study, it would be a
3:34PM 21  big problem for you concluding that there were 29 cases of
3:34PM 22  permanent alopecia; correct?
3:34PM 23  A.  Not at all.  Because you have Sedlacek that found seven
3:34PM 24  cases in that arm and zero in the other arm.  So it's
3:34PM 25  replicable.  You don't even have to rely on 316.  There is

OFFICIAL TRANSCRIPT