# EXHIBIT G

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION     *    Docket No.: 16-MD-2740
                                  *    Section "H(5)"
                                  *    New Orleans, Louisiana
Relates to: Barbara Earnest       *    September 18, 2019
Case No.: 16-CV-17144             *
* * * * * * * * * * * * * * * * *
```

DAY 3 – AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street<br>Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street<br>Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street<br>Suite 2505<br>New Orleans, Louisiana 70163 |

OFFICIAL TRANSCRIPT

## Page 193

858

LAURA MASSEY PLUNKETT - CROSS

5:22PM 1   A.   You did.
5:22PM 2   Q.   All right.  Now --
5:22PM 3           THE COURT:  The jury can make a determination whether
5:22PM 4   that was --
5:22PM 5           MS. SASTRE:  I'm sorry, Your Honor?
5:22PM 6           THE COURT:  Mr. Nolen was standing up to object, and
5:22PM 7   I overruled him before he got to say it.
5:22PM 8           MS. SASTRE:  I thought you were telling me something.
5:22PM 9   Okay.  All right.  No problem.  Thank you, Judge.
5:22PM10   BY MS. SASTRE:
5:22PM11   Q.   Okay.  Let's do this, Dr. Plunkett.  So let's talk about
5:22PM12   that a little further.  Okay.
5:22PM13        When you say that there's a group of chemotherapy
5:22PM14   drugs and they're associated with hair loss, I'd like to make a
5:22PM15   list with you.  Can we do that?
5:22PM16   A.   Sure.
5:22PM17   Q.   Okay.  Great.  So first let's start with Taxol.  Okay.  Is
5:22PM18   Taxol associated with hair loss as a chemotherapy drug?
5:22PM19   A.   Yes.  It is if you're -- and I assume -- but I want to
5:22PM20   make sure we understand when I'm talking here, I'm talking
5:23PM21   about drug-induced hair loss, which is the -- not the same as
5:23PM22   permanent alopecia.  It's two different things.
5:23PM23   Q.   We're going make a list.  The next thing we'll talk about
5:23PM24   is whether those drugs with associated with persistent or
5:23PM25   permanent alopecia.  Okay?

OFFICIAL TRANSCRIPT

## Page 194

859

LAURA MASSEY PLUNKETT - CROSS

5:23PM 1   A.   Okay.  So we're not doing just drug-induced alopecia, or
5:23PM 2   you are -- are you going to do both?
5:23PM 3   Q.   We're going to do both.  We're going to take it one step
5:23PM 4   at a time.  Okay?
5:23PM 5   A.   Okay.  That's fine.
5:23PM 6   Q.   Okay.  Very good.  So, Doctor, first, with regard to
5:23PM 7   Taxol, you would agree with me that Taxol has been associated
5:23PM 8   with alopecia; correct?
5:23PM 9   A.   Drug-induced reversible alopecia, yes, it has.
5:23PM10   Q.   Okay.  So I'm going to write "Taxol" here.
5:23PM11        You would agree with me that Adriamycin has also been
5:24PM12   associated with alopecia or hair loss; correct?
5:24PM13   A.   Yes.  It's the same drug as doxorubicin, but that's right.
5:24PM14   Q.   Okay.  Did you know that Ms. Earnest took Adriamycin?  You
5:24PM15   didn't; right?
5:24PM16   A.   I didn't know her therapy.  But I assumed, if she was
5:24PM17   taking Taxol, she was on the combination regimen, which would
5:24PM18   include that.
5:24PM19   Q.   Okay.  So Adriamycin is on our list.  All right.
5:24PM20        You would agree with me that Cytoxan has been
5:24PM21   associated with alopecia; correct?
5:24PM22   A.   Yes, it has.  This drug-induced alopecia, yes.
5:24PM23   Q.   And you'd also agree with me that a drug by the name of
5:24PM24   5-FU or 5-fluorouracil has also been associated with alopecia;
5:24PM25   correct?

OFFICIAL TRANSCRIPT

## Page 195

860

LAURA MASSEY PLUNKETT - CROSS

5:24PM 1   A.   Yes, with the reversible drug-induced, it has.
5:24PM 2   Q.   Okay.  And that's a drug that's frequently used in
5:25PM 3   combination with place and Cytoxan; correct?
5:25PM 4   A.   Yes.  It was part of the clinical trials.  The FAC was
5:25PM 5   5-FU, Adriamycin, Cytoxan.  And then the other, TAC, was,
5:25PM 6   instead of 5-FU, Taxol.
5:25PM 7   Q.   Okay.  So I'll write "5-FU" here.  Okay.
5:25PM 8        And that was the as you said the first drug if one of
5:25PM 9   the arms of the TAX 316 clinical trial; correct?
5:25PM10   A.   It was an interchangeable drug.  You took Taxol or you
5:25PM11   took 5-FU, and the other drugs were the same.
5:25PM12   Q.   And because it's almost 5:30 and I'm sure everyone's
5:25PM13   tired, you would agree with me there's other drugs we could put
5:25PM14   on that list; right?
5:25PM15   A.   Yes.  Many drugs used to kill cancer cells will cause
5:25PM16   drug-induced alopecia, hair loss.  It's common as a reversible
5:25PM17   side effect.
5:26PM18   Q.   Okay.  Now, let's move on to the next step in the chart
5:26PM19   that we're making.  Okay?
5:26PM20   A.   Okay.
5:26PM21   Q.   So you would agree with me that you identified permanent
5:26PM22   hair loss as a hazard, a hazard of the Taxol; correct?
5:26PM23   A.   There are some case reports, yes.  That's true.
5:26PM24   Q.   Okay.  So I wrote "persistent" here.  I'm going to change
5:26PM25   it.  I'm going to write "permanent."  Okay?

OFFICIAL TRANSCRIPT

## Page 196

861

LAURA MASSEY PLUNKETT - CROSS

5:26PM 1   A.   I think the reports would fit either definition.
5:26PM 2   Sometimes it's called one and sometimes it's called the other.
5:26PM 3   Q.   Okay.  But let me just be clear.  When it came to Taxol
5:26PM 4   and the research and the work you did, you specifically
5:26PM 5   identified permanent hair loss as a hazard of Taxol; true?
5:26PM 6   A.   Within case reports, yes.  There were some case reports.
5:27PM 7   Q.   Let's talk about Adriamycin.  You identified permanent
5:27PM 8   hair loss as a hazard of Adriamycin; correct?
5:27PM 9   A.   Same answer.  There are some case reports for that as
5:27PM10   well.  Not as many, but there are some.
5:27PM11   Q.   But it's something you saw in the literature; correct?
5:27PM12   A.   Yes, there are some case reports.
5:27PM13   Q.   Okay.  And if we move to Cytoxan -- well, let me actually
5:27PM14   stop for a moment.
5:27PM15        Did you review the Adriamycin label?
5:27PM16   A.   I believe that was on my reliance materials, yes.
5:27PM17   Q.   Okay.
5:27PM18   A.   I think I tell you that in my report, that I looked at the
5:27PM19   labeling for the drugs that were used in combination with
5:27PM20   Taxotere.
5:27PM21   Q.   Okay.  And did you see that it says "reverse complete
5:27PM22   alopecia occurs in most cases"?
5:27PM23   A.   I don't recall the words.  I would have to pull it back
5:27PM24   out.  But let me look at my report.  I might have it in here,
5:27PM25   if you want me to -- I just don't recall the specific wording

OFFICIAL TRANSCRIPT

## Page 205

870

LAURA MASSEY PLUNKETT - CROSS

5:49PM  1  intended to confuse the jury. It's intended to confuse the
5:50PM  2  jury. It's the May 8th, 2003. I don't know that this is the
5:50PM  3  label that would have been in existence at the time this drug
5:50PM  4  was prescribed.
5:50PM  5       THE COURT: I don't think that's the issue. I think
5:50PM  6  the issue is -- is that -- I believe the argument is Adriamycin
5:50PM  7  causes permanent alopecia. So that is -- I think it's for that
5:50PM  8  limited purpose.
5:50PM  9       MR. NOLEN: Your Honor, I would just add for the
5:50PM 10  record that this is another one of those deals where you throw
5:50PM 11  everything up against the wall and see what sticks. Because
5:50PM 12  the reality is -- the reality is is that there is no
5:50PM 13  statistically significant -- you can't prove statistically
5:50PM 14  significant association between Adriamycin and permanent hair
5:50PM 15  loss. We have done that research, Your Honor.
5:50PM 16       THE COURT: Okay. I'm not telling you --
5:50PM 17       MS. SASTRE: I don't know about it. I don't even
5:50PM 18  know what that is.
5:50PM 19       THE COURT: That's way past what I'm talking about
5:51PM 20  here.
5:51PM 21       MR. NOLEN: So you put it in, it's misleading.
5:51PM 22       THE COURT: The question is whether or not this
5:51PM 23  should come in. I think you questioned her about it, the
5:51PM 24  document -- did she review this document?
5:51PM 25       MS. SASTRE: She has three Adriamycin labels on her

OFFICIAL TRANSCRIPT

## Page 206

871

LAURA MASSEY PLUNKETT - CROSS

5:51PM  1  reliance list, yes, Your Honor. She just said she reviewed
5:51PM  2  them. She reviewed them also in particular --
5:51PM  3       THE COURT: He can't help it.
5:51PM  4       MS. SASTRE: She reviewed them in particular, Your
5:51PM  5  Honor, because she also read them carefully because there's
5:51PM  6  clinical information contained within them. And a lot of her
5:51PM  7  opinions are based upon clinical information within the labels.
5:51PM  8  I mean, Judge, this case is -- Adriamycin is an issue that's
5:51PM  9  alive and well in this case in numerous respects.
5:51PM 10       MR. NOLEN: Your Honor, that clinical information
5:51PM 11  that all of her opinions are based on --
5:51PM 12       THE COURT: Listen, I'm not going to do an assessment
5:51PM 13  of whether or not -- and I think that gives you just whether or
5:51PM 14  not it's relevant.
5:51PM 15       MR. NOLEN: I did not elicit that testimony. And,
5:51PM 16  therefore, again, it's 611. It exceeds the scope. So that's
5:52PM 17  another objection.
5:52PM 18       MS. SASTRE: It's a label for a drug she took, Judge.
5:52PM 19  I'm just a little bit beside myself. It's a label for a drug
5:52PM 20  she took.
5:52PM 21       THE COURT: I don't think you need to be beside
5:52PM 22  yourself.
5:52PM 23       MS. SASTRE: Okay. I'm sorry. I'm tired, Judge. I
5:52PM 24  apologize.
5:52PM 25       THE COURT: We all are.

OFFICIAL TRANSCRIPT

## Page 207

872

LAURA MASSEY PLUNKETT - CROSS

5:52PM  1       MS. SASTRE: Okay.
5:52PM  2       THE COURT: I'm going to allow it. The jury can make
5:52PM  3  a determination as to what it means.
5:52PM  4       (WHEREUPON, the following proceedings were held in
5:52PM  5  open court.)
5:53PM  6       MS. SASTRE: Your Honor, the defendant would move in
5:53PM  7  Exhibit D-388-D, then, Adriamycin labeling into evidence.
5:53PM  8       THE COURT: Over plaintiff's objection, let it be
5:53PM  9  admitted.
5:53PM 10  BY MS. SASTRE:
5:53PM 11  Q. Okay. Very good.
5:53PM 12       I'll just go ahead and put it up on the ELMO just
5:53PM 13  because we have it right here. And so what we were talking
5:53PM 14  about Dr. Plunkett is underneath the adverse reaction section,
5:53PM 15  Adriamycin states "reversible complete alopecia occurs in most
5:53PM 16  cases." Correct?
5:53PM 17  A. That's what is stated, which means most women will lose
5:53PM 18  their hair as a result of drug, which I believe is true, that
5:53PM 19  drug-induced alopecia.
5:53PM 20  Q. Okay. All right. Thank you.
5:53PM 21       Now, if we go back to the chart that we're making,
5:53PM 22  let's talk about Cytoxan for a moment. Okay?
5:54PM 23  A. Okay.
5:54PM 24  Q. You said that you knew or you found out recently that
5:54PM 25  Mrs. Earnest took Adriamycin; correct?

OFFICIAL TRANSCRIPT

## Page 208

873

LAURA MASSEY PLUNKETT - CROSS

5:54PM  1  A. I assume. I said I assume she did based on the fact that
5:54PM  2  she was -- she was taking it for breast cancer -- well, I say
5:54PM  3  taking it, Taxotere, as an adjuvant treatment. So I assume
5:54PM  4  that she was taking Adriamycin and cyclophosphamide, but I
5:54PM  5  don't know for sure. I'm not a case-specific expert.
5:54PM  6  Q. Okay. Well, your assumptions were right. So Cytoxan, you
5:54PM  7  just used the word "cyclophosphamide"?
5:54PM  8  A. Yes.
5:54PM  9  Q. And just to be clear, Cytoxan is cyclophosphamide;
5:54PM 10  correct?
5:54PM 11  A. Yes. And I'm using that word because that's what's in the
5:54PM 12  literature most of the time.
5:54PM 13  Q. Okay. Is it okay if we use the term "Cytoxan"?
5:54PM 14  A. That's fine.
5:54PM 15  Q. Okay. Very good.
5:54PM 16       So you now know that Mrs. Earnest was also taking
5:54PM 17  Cytoxan; correct?
5:54PM 18  A. If you're going to tell me that's true, I will believe
5:54PM 19  that's true.
5:54PM 20  Q. Okay. All right. So with regard to, again, your work in
5:55PM 21  this case, your search, your review, your analysis of the
5:55PM 22  literature, you would agree with me that you identified
5:55PM 23  permanent hair loss as a hazard of Cytoxan; correct?
5:55PM 24  A. In terms of case reports, yes, there are some case
5:55PM 25  reports.

OFFICIAL TRANSCRIPT