# EXHIBIT H

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)    *
PRODUCTS LIABILITY LITIGATION   *   Docket No.: 16-MD-2740
                                *   Section "H(5)"
                                *   New Orleans, Louisiana
Relates to:  Barbara Earnest    *   September 19, 2019
Case No.: 16-CV-17144           *
* * * * * * * * * * * * * * * * *
```

DAY 4 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street<br>Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street<br>Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street<br>Suite 2505<br>New Orleans, Louisiana 70163 |

OFFICIAL TRANSCRIPT

## Page 5

1028

12:54PM  AFTERNOON SESSION
12:54PM  (September 19, 2019)
12:54PM  *****
1:15PM  THE DEPUTY CLERK: All rise.
1:15PM  MR. COFFIN: Your Honor, before we bring the jury, we have these Kopreski designations ready to talk to you about on the video.
1:16PM  THE COURT: Are you all playing that this afternoon?
1:16PM  MR. COFFIN: Well, that's a good point. We might be; it just depends on the timing of things. We can switch some things around so we don't have to jam you up.
1:16PM  THE COURT: Well, the problem is you're jamming the jury up. Okay. Let me see.
1:16PM  MR. COFFIN: These are what are -- this is --
1:16PM  (OFF THE RECORD)
1:17PM  THE COURT: Let's bring in the jury.
1:17PM  THE DEPUTY CLERK: All rise.
1:17PM  (WHEREUPON, the jury entered the courtroom.)
1:17PM  THE COURT: All jurors are present. Court's back in session. You may be seated.
1:17PM  Dr. Tosti, I remind you you're under oath.
1:17PM  MS. SASTRE: Thank you, Your Honor.
1:18PM  THE COURT: Ms. Sastre.
1:18PM  MS. SASTRE: Good afternoon, everybody.
1:18PM  (WHEREUPON, ANTONELLA TOSTI, having been previously

OFFICIAL TRANSCRIPT

## Page 6

1029

ANTONELLA TOSTI - CROSS

1:18PM  duly sworn, testified as follows.)
1:18PM  CROSS-EXAMINATION
1:18PM  BY MS. SASTRE:
1:18PM  Q. Dr. Tosti, hello.
1:18PM  A. Hello.
1:18PM  Q. I don't believe we've ever had the pleasure of meeting before. My name is Hildy Sastre. I have some questions for you, just like Mr. Schanker had. All right?
1:18PM  A. Yes, ma'am.
1:18PM  MS. SASTRE: Before we start, Your Honor, I would just like to give the witness a copy of her depositions in this matter, if I may.
1:18PM  THE COURT: Sure.
1:18PM  MS. SASTRE: Okay. Very good.
1:18PM  THE WITNESS: Thank you.
1:18PM  MS. SASTRE: You're welcome.
1:18PM  BY MS. SASTRE:
1:18PM  Q. So, Dr. Tosti, you know that Mrs. Earnest had chemotherapy in 2011; correct?
1:18PM  A. Yes.
1:18PM  Q. And that was to treat breast cancer; right?
1:18PM  A. Yes.
1:18PM  Q. And you understand that she was treated specifically with a drug by the name of Adriamycin?
1:18PM  A. Yes.

OFFICIAL TRANSCRIPT

## Page 7

1030

ANTONELLA TOSTI - CROSS

1:18PM  Q. And you'd agree with me that Adriamycin causes hair loss; correct?
1:19PM  A. Adriamycin can cause anagen effluvium, yes.
1:19PM  Q. Okay. When you say that, though, I'm asking you a very specific question.
1:19PM  When a patient takes Adriamycin for chemotherapy, Adriamycin can cause hair loss?
1:19PM  A. Yes, hair loss, but not prevent regrowth.
1:19PM  Q. I'm sorry. Say that again. Not what?
1:19PM  A. Can cause hair loss. But what she has is different. She has no regrowth.
1:19PM  Q. Okay. Well, my question is just simply it can cause hair loss; right?
1:19PM  A. Yes, it can cause hair loss.
1:19PM  Q. Very good. And you'd also agree with me that there are reports in the literature of what you call -- what you talked about this morning, persistent chemotherapy-induced alopecia with Adriamycin; true?
1:19PM  A. With Adriamycin alone, just a very, very high dosage, not for breast cancer.
1:20PM  Q. All right. Let me see if I can ask you a different question.
1:20PM  Is Adriamycin considered an anthracycline drug?
1:20PM  A. Yes.
1:20PM  Q. And there's case reports of persistent

OFFICIAL TRANSCRIPT

## Page 8

1031

ANTONELLA TOSTI - CROSS

1:20PM  chemotherapy-induced alopecia with anthracycline regimens; true?
1:20PM  A. Yes.
1:20PM  Q. Okay. Now, we can agree that Mrs. Earnest was also treated with Cytoxan?
1:20PM  A. Yes.
1:20PM  Q. And another name for that is cyclophosphamide?
1:20PM  A. Yes.
1:20PM  Q. And you'd agree that Cytoxan causes hair loss; true?
1:20PM  A. Yes.
1:20PM  Q. And you'd also agree with me, Doctor, that there are reports in the literature which you have seen personally of persistent chemotherapy-induced alopecia with Cytoxan?
1:20PM  A. Very rare.
1:20PM  Q. But they exist was my question.
1:20PM  A. Yes, but they are very rare.
1:20PM  Q. Okay. Now, there's also a group of chemotherapies used to treat breast cancer known as taxanes; right?
1:21PM  A. Yes.
1:21PM  Q. And Taxotere is a taxane; true?
1:21PM  A. Yes.
1:21PM  Q. Taxol is a taxane?
1:21PM  A. Yes.
1:21PM  Q. And let's talk about Taxol for a moment. I know you spoke with Mr. Schanker about it on your direct exam.

OFFICIAL TRANSCRIPT

## Page 33

1056

ANTONELLA TOSTI - CROSS

1:54PM 1  Q.  Okay.  And let me try to pull those up.
1:54PM 2      You looked at cyclophosphamide; correct?
1:54PM 3  A.  Yes.  I don't know the data about these drugs exactly.  I
1:55PM 4  see here, but I don't know if they -- patients took these,
1:55PM 5  association.  Not just cyclophosphamide alone.  I don't know.
1:55PM 6  Q.  Okay.  Cyclophosphamide is listed; right?
1:55PM 7  A.  But it's listed maybe in association with methotrexate and
1:55PM 8  fluorouracil.
1:55PM 9  Q.  Well, Doctor, there may be a lot of things going on here.
1:55PM 10  I don't know.  I'm just asking you is cyclophosphamide listed?
1:55PM 11  A.  It's listed.
1:55PM 12  Q.  Okay.  And what it says next to cyclophosphamide, which is
1:55PM 13  Cytoxan, and then two other drugs that are listed, it has a
1:55PM 14  number of 13; correct?
1:55PM 15  A.  But you don't know which one as the number.  It's a mix to
1:55PM 16  it.
1:55PM 17  Q.  I didn't ask that, ma'am.  I'm just asking you is the
1:55PM 18  number 13 there.
1:55PM 19  A.  I see number 13, but it's for three drugs, not for one.
1:55PM 20  Q.  I understand.  And all I'm asking you is that some number
1:55PM 21  of those 13 patients, I know you don't know how many today, but
1:55PM 22  some number within those 13 patients took cyclophosphamide --
1:56PM 23  A.  I am very aware of this, yes.
1:56PM 24  Q.  -- and had persistent chemotherapy-induced alopecia?
1:56PM 25  A.  Yes.

OFFICIAL TRANSCRIPT

## Page 34

1057

ANTONELLA TOSTI - CROSS

1:56PM 1  Q.  As you sit here today, you don't know if the number is
1:56PM 2  one, you don't know if the number is 10 for cyclophosphamide;
1:56PM 3  right?
1:56PM 4  A.  Absolutely, I don't know.
1:56PM 5  Q.  Okay.  And then if we look a little further down, it says
1:56PM 6  "doxorubicin."  Do you see that?
1:56PM 7  A.  Yes, I do.
1:56PM 8  Q.  And if lists other drugs as well?
1:56PM 9  A.  Yes.
1:56PM 10  Q.  Doxorubicin is Adriamycin; right?
1:56PM 11  A.  Yes.
1:56PM 12  Q.  And in your paper published in 2109, you recorded five
1:56PM 13  cases for a group of drugs, including Adriamycin, where you saw
1:56PM 14  five patients with persistent chemotherapy-induced alopecia;
1:56PM 15  correct?
1:56PM 16  A.  They were also taking Adriamycin.
1:56PM 17  Q.  Right.  And that's what I'm saying.  You don't know of
1:56PM 18  that five patients who had persistent chemotherapy-induced
1:56PM 19  alopecia, if it was two or three or four or even just one of
1:57PM 20  them that had that drug, but you know some of them did;
1:57PM 21  correct?
1:57PM 22  A.  Yes, but what I really think is that those drugs are, you
1:57PM 23  know, sometimes occasionally causing the problem.  I never said
1:57PM 24  they never cause.  It's just a question of, likely, frequency.
1:57PM 25  Q.  One of the other drugs that the jury has heard a little

OFFICIAL TRANSCRIPT

## Page 35

1058

ANTONELLA TOSTI - CROSS

1:57PM 1  bit about, and I think you discussed on your direct exam, is
1:57PM 2  fluorouracil; correct?
1:57PM 3  A.  No, I have no experience with that.  I discussed busulfan.
1:57PM 4  I have experience with busulfan.
1:57PM 5  Q.  All right.  But you've heard of fluorouracil; correct?
1:58PM 6  A.  Sorry?
1:58PM 7  Q.  Fluorouracil.  I just highlighted it on the page.
1:58PM 8  A.  Yes, I have no experience with that drug.
1:58PM 9  Q.  Okay.  But it's included within your group where some
1:58PM 10  number of patients within that 13 had persistent
1:58PM 11  chemotherapy-induced alopecia after taking fluorouracil; right?
1:58PM 12  A.  Yes.
1:58PM 13  Q.  Okay.  Now, the jury's heard a little bit about a drug
1:58PM 14  regimen.  They heard about FAC, F-A-C.  And they've also heard
1:58PM 15  about a regimen called FEC, F-E-C.  All right.  And do you
1:58PM 16  understand the E in FEC to be epirubicin?
1:58PM 17  A.  I'm not an oncologist, and to be honest, I don't feel I
1:58PM 18  can give an expert opinion, but I'm here and I will do what I
1:59PM 19  can do.
1:59PM 20  Q.  Well, let me ask you this, Doctor:  There's case reports
1:59PM 21  of persistent chemotherapy-induced alopecia with the F-E-C, or
1:59PM 22  FEC, regimen; true?
1:59PM 23  A.  I think so.
1:59PM 24  Q.  And the E in the FEC is also included within your study?
1:59PM 25  Right?  Epirubicin?

OFFICIAL TRANSCRIPT

## Page 36

1059

ANTONELLA TOSTI - CROSS

1:59PM 1  A.  Yes.
1:59PM 2  Q.  Okay.  Let me find that.
1:59PM 3      I may have misspoke, and I apologize.  I couldn't
1:59PM 4  find it because you actually don't comment on epirubicin in the
2:00PM 5  study.
2:00PM 6      All right.  So let's -- let's go back to
2:00PM 7  Mrs. Earnest.  Okay?
2:00PM 8  A.  Yes.
2:00PM 9  Q.  All right.  Now, we talked about Mrs. Earnest taking
2:00PM 10  hormone therapy or Arimidex; true?
2:00PM 11  A.  Yes.
2:00PM 12  Q.  And I believe what these drugs are called -- and we
2:00PM 13  haven't spent as much time on them as we have the chemotherapy
2:00PM 14  drugs, so I'd like to just spend a moment here.
2:00PM 15      But I think what they're called is aromatase
2:00PM 16  inhibitors; true?
2:00PM 17  A.  Yes.
2:00PM 18  Q.  And doctors use Arimidex for women who have been diagnosed
2:00PM 19  with cancer, particularly if they're past menopause; right?
2:00PM 20  A.  Yes.
2:01PM 21  Q.  Like Mrs. Earnest; correct?
2:01PM 22  A.  Yes.  And I explained today that they're used for
2:01PM 23  estrogen-positive breast cancer, not always.
2:01PM 24  Q.  And you would agree with me that aromatase inhibitors,
2:01PM 25  like Arimidex, cause hormonal changes in the body?

OFFICIAL TRANSCRIPT

Page 41

1064

ANTONELLA TOSTI - CROSS

2:07PM 1  well -- if you have hair loss with endocrine therapy, you said,
2:07PM 2  well, it's not that bad; right?
2:07PM 3  A.  It most commonly is Grade 1.
2:07PM 4  Q.  Well, let's take a look at that.
2:08PM 5        So right here you see where it says Grade 2; right?
2:08PM 6        Do you see that, Grade 2?  Doctor, Grade 2?
2:08PM 7  A.  I see.  I also see that it's a significant difference
2:08PM 8  between the two.
2:08PM 9  Q.  Hold on.  I got to ask a question.  Hold on.
2:08PM10        And if we go over to the column to the right, it says
2:08PM11  that of those patients who took endocrine therapy and had
2:08PM12  alopecia from the endocrine therapy, 12 out of 92, or
2:08PM13  13 percent, had Grade 2; right?
2:08PM14  A.  Yes.
2:08PM15  Q.  And you showed the jury a picture of what you said was
2:08PM16  Grade 2 alopecia.  And I'd like to find that.  Just give me one
2:08PM17  second.
2:09PM18        MS. SASTRE:  Do you have the Grade 2 photo?
2:09PM19        I'm sorry.  Give me one second.
2:09PM20        Okay.  I have it.
2:09PM21  BY MS. SASTRE:
2:09PM22  Q.  So...
2:09PM23  A.  I got that from another context, and I explained this
2:09PM24  morning very well that the problem with this situation --
2:09PM25        THE COURT:  Hold on.

OFFICIAL TRANSCRIPT

Page 42

1065

ANTONELLA TOSTI - CROSS

2:09PM 1        THE WITNESS:  I want to explain.
2:09PM 2        THE COURT:  I think you need to ask a question.
2:09PM 3        THE WITNESS:  Okay.  Sorry.
2:09PM 4  BY MS. SASTRE:
2:09PM 5  Q.  All I'm asking you, when you showed this picture to the
2:09PM 6  jury, you said this is Grade 2 alopecia; true?
2:09PM 7  A.  Yes.
2:09PM 8  Q.  All right.  Thank you.
2:09PM 9        And if we go back --
2:09PM10  A.  Can I explain now?
2:09PM11        THE COURT:  Well, I think -- the question was just is
2:09PM12  this Grade 2 alopecia.
2:09PM13  BY MS. SASTRE:
2:10PM14  Q.  And, Doctor, if we want to know what Grade 2 is, beyond
2:10PM15  the picture of what you showed the jury, we can read your
2:10PM16  definition from your study.  And you state, "Grade 2 is hair
2:10PM17  loss of 50 percent or more of normal for that individual and is
2:10PM18  readily apparent to others.  Camouflage is necessary if the
2:10PM19  patient desires."  Correct?
2:10PM20  A.  Yes.  That's right, 50 percent or more.  So 50 percent can
2:10PM21  go to 90 percent.  And so that's the -- the problem of that
2:10PM22  grading.
2:10PM23  Q.  The grades in your paper?
2:10PM24  A.  The grading in general.  This is the grading of
2:10PM25  dermatological side effects.  And I explained this this

OFFICIAL TRANSCRIPT

Page 43

1066

ANTONELLA TOSTI - CROSS

2:10PM 1  morning, that depending on the two grades, it doesn't really
2:10PM 2  give you the possibility to select it completely this way.
2:10PM 3  Q.  Just to be clear, when you say that it may be necessary
2:11PM 4  that the patients camouflage, you're talking about alopecia
2:11PM 5  Grade 2 in patients who've received endocrine therapy that it's
2:11PM 6  so severe that they do need to use things like wigs; correct?
2:11PM 7  That's what "camouflage" means.
2:11PM 8  A.  Yes.  But the definition of alopecia with endocrine
2:11PM 9  therapy required that the patient starts with hair.
2:11PM10  Q.  Okay.
2:11PM11  A.  That's the problem.
2:11PM12  Q.  And when it comes to endocrine therapy, you'd agree with
2:11PM13  me that up to 25 percent of patients with breast cancer
2:11PM14  receiving endocrine therapy may develop endocrine
2:11PM15  therapy-induced alopecia; true?
2:11PM16  A.  Yes.
2:11PM17  Q.  And that's exactly what you state in your paper, up to
2:11PM18  25 percent; right?
2:11PM19  A.  Yes.
2:11PM20  Q.  Now, you talked about a couple times if a patient -- you
2:11PM21  had your 192 patients, and you divided them up into two groups;
2:12PM22  right?  And there's the chemotherapy group; right?  PCIA.  And
2:12PM23  then there's the endocrine therapy group, EIAC; correct?
2:12PM24  A.  Yes.
2:12PM25  Q.  And in order to be within the endocrine therapy group, the

OFFICIAL TRANSCRIPT

Page 44

1067

ANTONELLA TOSTI - CROSS

2:12PM 1  patient would have already had chemotherapy; true?
2:12PM 2  A.  Yes.
2:12PM 3  Q.  They would have lost their hair; true?
2:12PM 4  A.  Yes.
2:12PM 5  Q.  Their hair would have come back.  They would have had
2:12PM 6  complete regrowth; correct?
2:12PM 7  A.  Yes.
2:12PM 8  Q.  And then they would have started endocrine therapy and
2:12PM 9  then had the hair loss that you specifically identified and
2:12PM10  counted in your paper.
2:12PM11  A.  That's precise.  That's exactly what happens.
2:12PM12  Q.  All right.  And you'd agree with me, ma'am, that in
2:12PM13  between the time that Barbara Earnest concluded her
2:12PM14  chemotherapy and the time just a couple months later when she
2:12PM15  started her endocrine therapy, you don't have any evidence and
2:12PM16  you've seen nothing in this record to indicate that she had
2:13PM17  hair regrowth during that time; correct?
2:13PM18  A.  She did not.  She did not grow in three months, which is
2:13PM19  normally the time you should have almost complete regrowth.  So
2:13PM20  she didn't regrow before starting the aromatase inhibitor.
2:13PM21  Q.  But to be clear, I just want to make sure that we're
2:13PM22  drawing the distinction, the patients in your study included in
2:13PM23  the endocrine group, their hair completely regrew after chemo;
2:13PM24  right?
2:13PM25  A.  Yes.

OFFICIAL TRANSCRIPT