# EXHIBIT J

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF LOUISIANA
 3    _____
                                     )
 4    IN RE:  TAXOTERE (DOCETAXEL)   )MDL No. 2740
      PRODUCTS LIABILITY LITIGATION  )
 5                                   )Section:  H
      This Document Relates to:      )
 6                                   )
      Antoinette Durden,             )
 7    Case No. 2:16-cv-16635;        )
      Tanya Francis,                 )
 8    Case No. 2:16-cv-17410;        )
      Barbara Earnest,               )
 9    Case No. 2:16-cv-17144         )
      _____)
10
11
12
13
14     VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                  Costa Mesa, California
16                Monday, December 10, 2018
17                       Volume II
18
19
20
21    Reported by:
      DENISE BARDSLEY
22    CSR No. 11241
23    Job No. 3154285
24
25    PAGES 315 - 557
```

| | |
|---|---|
| Page 416 | Page 418 |
| 1 Predict UK because it's from -- that's what we tend<br>2 to call it.  Predict is the tool, but we tend to<br>3 call it Predict UK.<br>4     Q   Very good.  So Exhibit H is a Predict UK<br>5 report that you had run based on characteristics<br>6 consistent with Ms. Durden, correct?<br>7     A   Yes.<br>8     Q   And when you look at the chemotherapy<br>9 regimen that you selected, you chose second,<br>10 correct?<br>11     A   Yes.<br>12     Q   And, again, the Predict UK analysis that<br>13 was done in Exhibit H was not done on the CMF<br>14 regimen, correct?<br>15     A   Correct.<br>16     Q   And, similarly, there is no ability to<br>17 select a first-generation regimen in the Predict UK<br>18 tool, correct?<br>19     A   Correct.<br>20     Q   So the ONCOassist report and the Predict UK<br>21 report that you did for Ms. Durden are not measuring<br>22 survival as it relates to the regimen of CMF that<br>23 you have recommended for Ms. Durden, correct?<br>24         MR. THORNTON:  Objection; form.<br>25         THE WITNESS:  I didn't make a | 1         THE WITNESS:  Depends on the level.  So<br>2 when you're doing an informed consent, you could<br>3 bludgeon them with every possibility of the rare,<br>4 rare, rare, rare.  But, certainly things -- if you<br>5 look at books and guidelines, it is those things<br>6 relevant to patients and those things which are<br>7 common, which is 1 percent and above.<br>8         So, in general, informed consent is what we<br>9 really expect to happen.  What might happen and what<br>10 rarely happens, it might be a great concern to the<br>11 patients.  And the other things are listed on a<br>12 piece of paper that are generally reviewed but not<br>13 emphasized.  That's, in general, how informed<br>14 consent is done.<br>15 BY MR. STRONGMAN:<br>16     Q   All right.<br>17         In terms of your methodology in this case,<br>18 you identify CMF as an option for Ms. Durden,<br>19 correct?<br>20     A   Correct.<br>21     Q   You did not go do any search of the medical<br>22 literature to see what existed regarding permanent<br>23 hair loss and CMF, correct?<br>24     A   Correct.<br>25     Q   And you mentioned risks that are less than |
| Page 417 | Page 419 |
| 1 recommendation for her.  I discussed options.  So<br>2 this is run against the regimen that she got.<br>3 BY MR. STRONGMAN:<br>4     Q   And so just so I am clear, the ONCOassist<br>5 report and the Predict UK report that you did for<br>6 Ms. Durden do not analyze her survival as it relates<br>7 to CMF, correct?<br>8     A   Correct.<br>9     Q   And you know there are cases of permanent<br>10 hair loss with CMF, correct?<br>11         MR. THORNTON:  Objection to form.<br>12         THE WITNESS:  I'm actually not aware of<br>13 that.  I wouldn't be surprised if there are, but, in<br>14 fact, only 70 percent of people lose their hair with<br>15 CMF.  30 percent don't even lose it, so I would<br>16 think that would be exceptionally rare, but anything<br>17 can happen on any regimen.<br>18 BY MR. STRONGMAN:<br>19     Q   And your opinions today are about informed<br>20 consent, correct?<br>21     A   Correct.<br>22     Q   And if there was a risk of permanent hair<br>23 loss with CMF, that's something that a prescribing<br>24 doctor should discuss with their patient, correct?<br>25         MR. THORNTON:  Objection -- | 1 1 percent just a second ago; is that correct?<br>2     A   Yes.<br>3     Q   Did you see anything about that in<br>4 Dr. Jancich's deposition about things happening less<br>5 than 1 percent?<br>6     A   I don't recall.  I would have to go line by<br>7 line if you want to know that specifically.  I don't<br>8 have a specific recollection.<br>9         It's common in leukemias, which are<br>10 generally 1 percent or less, but we do bring that up<br>11 because it is so serious.  It depends on what line<br>12 you are referring to.<br>13     Q   Are you familiar with UpToDate?<br>14     A   Yes.<br>15     Q   What is UpToDate?<br>16     A   UpToDate is an online education system for<br>17 physicians, and there is a patient component.  And<br>18 they do reviews by experts.  I'm actually a lay<br>19 reviewer for them.<br>20     Q   Go ahead.<br>21     A   So you can put in a topic -- you have to<br>22 have a subscription, and you put in a topic and get<br>23 information.  And I have frequently printed them and<br>24 shared them with patients.<br>25     Q   And UpToDate is a reliable resource? |