# EXHIBIT K

```
                                                          Page 1

 1            UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF LOUISIANA
 2

 3                              MDL NO.: 2740
                                SECTION: H
 4

 5     IN RE:  TAXOTERE (DOCETAXEL)
       PRODUCTS LIABILITY LITIGATION
 6

 7     This Document Relates To:
 8     Antoinette Durden, Case No. 2:16-cv-16635;
 9     Tanya Francis, Case No. 2:16-cv-17410;
10     Barbara Earnest, Case No. 2:16-cv-17144.
11     _____/
12
13              Thursday, December 13, 2018
14
15          Videotape Deposition of DAVID A.
16     KESSLER, MD, taken at the Whitfield Bryson &
17     Mason LLP, 5101 Wisconsin Avenue NW, Suite 305,
18     Washington, D.C., beginning at 8:55 a.m.,
19     before Ryan K. Black, a Registered Professional
20     Reporter, Certified Livenote Reporter and Notary
21     Public in and for the District of Columbia.
22
23
24
25     Job No. NJ3173488
```

| | Page 238 |
|---|---|
| 1 | Q. It's an abstract? |
| 2 | A. Yes. That is. I just didn't see a |
| 3 | date. I just wanted to double-check that. |
| 4 | Q. All right. All right. So if you're |
| 5 | -- you're familiar with this, I don't need to go |
| 6 | through it. |
| 7 | A. No. That's correct. |
| 8 | Q. Now, this is a -- it's a telephone |
| 9 | interview survey of patients who have completed |
| 10 | adjuvant or neoadjuvant A or T chemotherapy on |
| 11 | clinical trials more than one year or before. |
| 12 | Do you see where I've read that? |
| 13 | A. Yes. |
| 14 | Q. All right. I just want to ask if, |
| 15 | based on this abstract, it does inform us that |
| 16 | Adriamycin only, Doxorubicin, there were 8 |
| 17 | percent of those women that had Adriamycin |
| 18 | only that had persisting alopecia, right? |
| 19 | A. Let me just see, -- |
| 20 | Q. Yeah. Yeah. |
| 21 | A. -- because I've cited this. That |
| 22 | was -- for D non-A -- for A non-T, 8 percent, -- |
| 23 | Q. Yes. |
| 24 | A. -- that's correct. |
| 25 | Q. Okay. And the title is Incidence |

| | Page 239 |
|---|---|
| 1 | of Permanent Alopecia Following Adjuvant |
| 2 | Chemotherapy. So this tells us, A only, |
| 3 | 8 percent, D only, 15 percent, right? |
| 4 | A. Umm -- |
| 5 | Q. Docetaxel only? |
| 6 | A. Well, I have -- I have -- let me |
| 7 | see, Docetaxel -- let me just get the -- |
| 8 | Q. Yeah. |
| 9 | A. -- the drug exposure, because that was |
| 10 | of interest to me, as well. I mean, you can |
| 11 | talk about A, but it was -- Docetaxel 300 was |
| 12 | 7 percent, I believe, if I'm correct. |
| 13 | Yes. Docetaxel 300 was 7 percent. |
| 14 | Q. Yes. And then also -- |
| 15 | A. And Docetaxel 450 -- 450 was 19 |
| 16 | percent. |
| 17 | Q. Yeah. |
| 18 | A. Right. So that -- it was dose |
| 19 | response for Docetaxel. That's -- that's what I |
| 20 | took away, but you are correct that A -- A has 8 |
| 21 | percent. |
| 22 | Q. Yes. And there's Paclitaxel at 13 |
| 23 | percent, right? |
| 24 | A. Yes. |
| 25 | Q. All right. Okay. |

| | Page 240 |
|---|---|
| 1 | And there is an elevated percent when |
| 2 | you have Docetaxel plus A. You see that, right? |
| 3 | A. For D and A? |
| 4 | Q. Yes. |
| 5 | A. Yes. I have 24 percent. |
| 6 | Q. Yes. |
| 7 | A. Yes. |
| 8 | Q. That's D -- that's -- what -- and what |
| 9 | is that, D and A -- D plus A? |
| 10 | A. It's Docetaxel plus an Anthracycline. |
| 11 | Q. Okay. All right. |
| 12 | A. I mean, again, we've gotta be careful, |
| 13 | A is an anthracycline, right? |
| 14 | Q. Okay. That could be -- that could be |
| 15 | Doxorubicin? |
| 16 | A. Yeah. I mean, we can look. |
| 17 | Q. It can be Doxorubicin or Epirubicin. |
| 18 | A. I -- I -- I think I'd have to pull up |
| 19 | the whole class to be exact. |
| 20 | Q. All right. All right. But, in any |
| 21 | event, when I go back to your Paragraph 157 of |
| 22 | your report, are you with me? |
| 23 | A. Yes. |
| 24 | Q. Just based on Crown, and whatever |
| 25 | limitations we have with Crown, we have a |

| | Page 241 |
|---|---|
| 1 | clinician reporting an incidence of permanent |
| 2 | alopecia with Paclitaxel, right? |
| 3 | A. Right. He has -- he has numbers here. |
| 4 | Let's see. Again, for P alone, let me just |
| 5 | -- who had completed adjuvant -- so help -- help |
| 6 | me interpret this. I -- I'm not sure he's |
| 7 | saying P alone. |
| 8 | Are you interpreting P alone? |
| 9 | Q. I mean, you're the doctor, but that's |
| 10 | how I interpreted it. |
| 11 | A. Yeah. But it doesn't say that, does |
| 12 | he? |
| 13 | See, when I -- when I read |
| 14 | this I -- he -- he says, patients who were |
| 15 | enrolled in clinical trials involving TAX or |
| 16 | Anthracyclines. So he -- he doesn't -- it does |
| 17 | not say, we conducted a telephone interview of |
| 18 | survey of patients who had completed adjuvant |
| 19 | or neoadjuvant A, right, that's an |
| 20 | Anthracycline, or T, chemotherapy, right, |
| 21 | on clinical trials more than one year. |
| 22 | I -- I -- the -- the only thing I can |
| 23 | make from this is -- the only thing that I took |
| 24 | from Crown when I -- the thing that I took that |
| 25 | stood out that I -- that was comparing apples to |

Page 246

1  Cyclophosphamide, right?
2      A.  Yes.
3      Q.  And that's one of the drugs that's
4  listed in Paragraph 157, right?
5      A.  Yes.
6      Q.  It lists, second, Doxorubicin,
7  which is listed just -- as the -- another drug
8  on your -- in Paragraph 157, right?
9      A.  Well, these are the ones where there
10 was a look to see whether there was a signal
11 that had jumped out more than other drugs.
12     Q.  That's not my question.  My question
13 is, these drugs have been demonstrated in
14 clinical papers to cause permanent alopecia,
15 right?  Can we agree on that?
16     A.  We -- we -- we can agree that it's
17 listed in this paper, correct.
18     Q.  Okay.  And so any reason to
19 doubt the findings of this -- of these
20 physicians, that they found permanent --
21 chemotherapy-induced permanent alopecia in
22 patients that had taken Cyclophosphamide and
23 Doxorubicin?
24         MS. JEFFCOTT:  Object to form.
25         THE WITNESS:  That's what this

Page 247

1  paper --
2  BY MR. KEENAN:
3      Q.  Okay.
4      A.  That's what this paper says.
5      Q.  Okay.  All right.
6         Let me see if I can't wrap up this
7  -- this topic, then.
8         In Paragraph 157 of your report, where
9  you analyzed whether irreversible alopecia is
10 known to be caused by related drugs, you and I
11 today have discussed whether case reports, or,
12 in some cases, telephone surveys; in some cases
13 studies, that have identified irreversible
14 alopecia in their patients that have taken
15 paclitaxel, yes?
16         MS. JEFFCOTT:  Object to form.
17         THE WITNESS:  Sorry.  Say that again.
18         Paclitaxel?
19 BY MR. KEENAN:
20     Q.  Paclitaxel is -- is a drug that we
21 have identified in at least the Prevezas case
22 report of a clinician who reported permanent
23 irreversible alopecia.
24     A.  In an individual patient.
25     Q.  Right.

Page 248

1      We have identified Fluorouracil as a
2  drug in the FAC regimen as part of the TAX 316.
3      A.  Tell -- tell me how you identified
4  5-FU as part of that regimen -- that you know
5  it's 5-FU.
6      Q.  What was the FAC?
7      A.  It was -- it was Cytoxin and
8  Doxorubicin and 5-Fluorouracil.  How do you know
9  it was the 5-FU?
10     Q.  Well, the 5-FU was one of the three
11 drugs, right?
12     A.  So if you want to say FAC -- I
13 Would just correct you.  I would ask you to -- I
14 wouldn't agree 5-FU causes irreversible.
15 I think you can say FAC, --
16     Q.  Okay.  All right.  All right.
17     A.  -- there are cases with FAC.  I think
18 that would be accurate.
19     Q.  Okay.  All right.  Okay.
20        Cyclophosphamide and Doxorubicin
21 we just identified were identified by the
22 researchers in the Young paper, right?
23        MS. JEFFCOTT:  Object to form.
24        THE WITNESS:  Where -- where --
25 identified what?  Identified that there are

Page 249

1  cases --
2  BY MR. KEENAN:
3      Q.  Correct.
4      A.  -- that are reported in the
5  literature?
6         That's correct.  There are cases --
7      Q.  That's right.
8      A.  -- in the literature.
9      Q.  Right.
10        And have you seen cases in
11 the literature for Cisplatin and
12 chemotherapy-induced permanent alopecia?
13     A.  We'd have to go back and look.  But
14 that's not the issue.  I mean, I'm willing to
15 yield -- you're asking the question.
16     Q.  That's right.  I'm asking the
17 question.
18     A.  You're -- you have -- but that's
19 not what -- you're citing my paragraph.  The
20 question is whether there's a signal, right, and
21 whether there's a PRR that jumps out, whether
22 there's increased risk of -- of irreversible
23 compared to other drugs.  And the one that jumps
24 out, according to Dr. Madigan's analysis, is
25 Taxotere.  That has an increased risk over the