# EXHIBIT M

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4                                MDL NO.: 2740
                                 SECTION: H
5
6    IN RE: TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
7
8    This Document Relates To:
     Antoinette Durden, Case No. 2:16-cv-16635;
9    Tanya Francis, Case No. 2:16-cv-17410;
     Barbara Earnest, Case No. 2:16-cv-17144.
10   _____/
11
12                   December 7, 2018
                     8:13 a.m.
13
14
15       VIDEOTAPED DEPOSITION of DAVID MADIGAN, PHD,
16   held at the offices of Napoli Shkolnik PLLC, located
17   at 360 Lexington Avenue, New York, New York 10017,
18   before Anthony Giarro, a Registered Professional
19   Reporter, a Certified Realtime Reporter and a Notary
20   Public of the State of New York.
21
22
23
24
25   Job No. NJ3151484

Veritext Legal Solutions
800-227-8440                                     973-410-4040

Page 206

```
 1  Carboplatin.
 2          And that wasn't one you
 3  searched for.
 4      A   Correct. Sorry. Was that a
 5  question?
 6      Q   That's fine. Thank you.
 7          You also didn't search for
 8  Busulfan?
 9      A   No.
10      Q   Not on the list?
11      A   No.
12      Q   Same with Epirubicin?
13      A   I don't believe so. Not on
14  the list.
15      Q   Did you consider in your
16  analysis the time to market for any of
17  the drugs versus docetaxel?
18      A   No.
19      Q   Why not?
20      A   As I understand it, most of
21  these drugs, if not all of these drugs,
22  have been on the market a long time. So
23  I don't think it's a germane issue here.
24      Q   What kind of situation would
25  it be germane?
```

Page 207

```
 1      A   So in a context -- I'm not
 2  sure -- I'm not totally convinced that
 3  it's ever all that germane. But in a
 4  context where a drug is new on the
 5  market, new as in two or three years on
 6  the market, we just got the kind of
 7  initial post-market experience and you
 8  want to compare it with a drug that's
 9  been on the market for 50 years, you
10  might want to look at the early years of
11  that other drug, maybe. I've seen
12  analysis like that.
13      Q   Of all the drugs you
14  compared, taxotere was the last drug to
15  market; correct?
16      A   I have no idea.
17      Q   I don't want to spend a lot
18  of time on this. But let me just
19  clarify.
20          We talked earlier on your
21  FAERS analysis that your program didn't
22  provide to you any FAERS ID numbers or
23  manufacturer control numbers; is that
24  right?
25      A   A funny way to phrase it.
```

Page 208

```
 1  They're in the database. When I run the
 2  statistical analysis that I'm doing, I
 3  output statistics. I don't output
 4  manufacturer control numbers and IDs. I
 5  can. But I don't. They're of no
 6  interest to me in this context.
 7      Q   As it relates to what may or
 8  may not be in any specific narrative for
 9  any of the reports for the non-taxotere
10  drugs, other than what's in Exhibit 14,
11  you have no knowledge of that; right?
12      A   I don't have the narratives.
13  Therefore, I didn't look at them. I
14  don't have them. They're not relevant to
15  this analysis. This analysis is a
16  standard quantitative, disproportionality
17  analysis.
18      Q   Five reports for Taxol over
19  the time period?
20      A   That's correct. For the
21  endpoint, yeah.
22      Q   How would I find those five
23  reports?
24      A   Well, you do one of two
25  things. You could get my program, get
```

Page 209

```
 1  the DrugLogic data, modify my program to
 2  put out the corresponding case IDs. And
 3  bingo, you'd have them. Or you could
 4  just directly search the database if you
 5  had access to the FAERS database.
 6      Q   Do you have direct access to
 7  the FAERS database?
 8      A   I have direct access to the
 9  DrugLogic version of it because
10  there's -- it might be worth taking --
11  I'll be very brief. The FDA releases
12  AERS publicly. It's on the web site.
13  You could download it. But there are a
14  number -- the drug names are kind of as
15  written on the form. And there's some
16  other issues.
17          So there are several vendors
18  out there that take the data and clean
19  it, normalize the drug names. It's the
20  principal thing they do and then make --
21  you know, provide their customers access
22  to these data, typically via web
23  interface. Sorry. Maybe you know all
24  that.
25      Q   No.
```