# EXHIBIT P

Page 1

1      IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2

       _____
3      IN RE:  TAXOTERE (DOCETAXEL)    MDL NO. 2740
       PRODUCTS LIABILITY LITIGATION
4                                      SECTION: H
5      This Document Relates To:
6      Sheila Crayton, Case
       No. 2:17-CV-05923;
7      Cynthia Thibodeaux, Case
       No. 2:16-CV-15859
8      _____
9
10
11            VIDEOTAPED DEPOSITION OF
              LAURA MASSEY PLUNKETT, M.D.
12
              November 19, 2019
13                 9:05 A.M.
14         1230 Peachtree Street, NE
                  Suite 1200
15             Atlanta, Georgia
16    Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC
17
18
19
20
21
22
23
24
25

Page 254

1  A. That's fine, yeah.
2  Q. Okay.
3  A. It's -- it's one of the two I cite in this
4  paragraph.
5  Q. Okay. And at the bottom of the first
6  page, he talks about 90 case reports of permanent
7  hair loss were identified in the literature.
8     Do you see that?
9  A. Yes, he does.
10 Q. Okay. And you say they were associated
11 with Bu, you understand that to be busulfan?
12 A. That's correct.
13 Q. And/or cyclophosphamide?
14 A. That's correct.
15 Q. "Conditioning regimens used for bone
16 marrow transplantation, BMT."
17    Do you see that?
18 A. I do.
19 Q. "Taxanes," so docetaxel and paclitaxel.
20    Do you see that?
21 A. I do.
22 Q. "Tamoxifen for breast cancer."
23    Do you see that?
24 A. I do.
25 Q. And then a drug called alfa-2 interferon

Page 255

1  for essential thrombocymia [sic].
2  A. Thrombocythemia, yes.
3  Q. Do you agree with the statement by
4  Dr. Palamaras that those drugs have all been
5  associated with permanent hair loss?
6     MR. MICELI: Object to form.
7     THE WITNESS: I agree that these 90 case
8  reports were ones that are being reported as
9  associated with these drugs, yes.
10 Q. (By Mr. Ratliff) Okay.
11 A. That's what the authors are -- are -- are
12 reporting.
13 Q. Okay. So this author is reporting that
14 Taxol has been associated with permanent hair loss;
15 correct?
16    MR. MICELI: Object to the form.
17    THE WITNESS: It is listed in that
18 paragraph, yes.
19 Q. (By Mr. Ratliff) Okay.
20 A. It's one of the ones listed.
21 Q. And you would agree with that statement,
22 true?
23 A. I would agree that that case report -- the
24 case report he reports to or the paper he reports to
25 indeed says that, yes.

Page 256

1  Q. Okay. The paclitaxel is associated with
2  permanent hair loss?
3  A. Yes.
4  Q. Okay.
5  A. And I believe No. 3 may have been the one
6  we just did, but...
7  Q. Okay.
8  A. It is. He's sorting -- he's citing to the
9  two case reports reported in 2009.
10 Q. And one of the things that Palamaras talks
11 about is a third type of permanent hair loss known
12 as what he calls tamoxifen CIPAL.
13    Do you see that?
14 A. So where are you looking at in the -- in
15 the paper?
16 Q. Well, we'll start -- let's start on
17 page 605 at the bottom.
18 A. There -- if you're talking about here,
19 there is a paragraph --
20 Q. Yeah.
21 A. -- where he talks about CIPAL in
22 association with this particular drug which was
23 tamoxifen in this study.
24 Q. Okay. Would you turn back to 605 real
25 quick.

Page 257

1     It says -- it says, "The onset of
2  taxanes-CIPAL in previously reported cases was
3  similar to that observed in our study. On examine
4  [sic], one patient had androgenetic-type hair loss,
5  and the other" --
6     COURT REPORTER: Slow down if you would,
7  please.
8  Q. (By Mr. Ratliff) -- "and the other,
9  diffuse alopecia of scalp and body hair."
10    Do you see that?
11 A. Yes, I see that.
12 Q. And that is what this author describes as,
13 quote, taxanes CIPAL?
14 A. Yes --
15 Q. Agreed?
16 A. -- because this is a paper that you have
17 one person with Taxol and another person on -- on
18 Taxotere.
19 Q. Okay. And then we go to the second page,
20 which is about, he says, "In tamoxifen, CIPAL hair
21 loss started three months after initiation of the
22 treatment and was expressed as complete or
23 androgenetic-type alopecia."
24    Do you see that?
25 A. I do.

Veritext Legal Solutions
800-227-8440                                    973-410-4040

Page 258

1  Q.  Would you agree that this author is
2  describing permanent -- chemotherapy-induced
3  permanent hair loss that is associated with
4  tamoxifen and not taxanes?
5      MR. MICELI:  Object to the form.
6      THE WITNESS:  I would certainly agree that
7  he's calling this tamoxifen-induced, yes.  To
8  tell you whether or not these people have been
9  exposed to anything else, I'd have to pull
10 the -- and I think I have this -- seen this
11 paper.  Believe this may be one that if this
12 one was cited by -- in the Dr. Glaspy report,
13 I've seen this one.
14     Q.  (By Mr. Ratliff)  Which -- which report
15 are you talking about?
16     A.  No. 4, Pugli- -- Puglisi.
17     Q.  Okay.
18     A.  If that is one of -- I pulled the papers
19 that Dr. Glaspy cites.  And I don't know whether he
20 cites this one, but if he did, I would have pulled
21 it.
22     Q.  Okay.  Did you do any research or form any
23 opinions on whether tamoxifen has been associated
24 with reports of permanent hair loss?
25     A.  It certainly is one that I had looked for

Page 259

1  in the literature based upon having seen it
2  discussed, and it doesn't have the same level of
3  data as Taxotere.
4      Q.  Okay.
5      A.  So there are some reports not in the same
6  way, and it is not associated even with drug-induced
7  alopecia to the same level as Taxotere is.
8      Q.  Okay.  Let's take Taxotere out of the
9  equation.  I know you want to put it back in the
10 equation every time I ask you a question.
11         All I'm asking you -- I'm not asking you
12 to compare tamoxifen to Taxotere, Dr. Plunkett.  All
13 I'm asking you is are you aware or do you agree that
14 there have been reports of permanent
15 chemotherapy-induced alopecia associated with
16 tamoxifen --
17         MR. MICELI:  Object to the form.
18     Q.  (By Mr. Ratliff)  -- is that correct?
19     A.  And I answered it as I will again.
20         Yes, that is true, but the issue is that
21 it's different than the Taxotere experience.
22     Q.  Okay.  Can you answer it without referring
23 to Taxotere?  Are you capable of doing that?
24     A.  In a deposition, I'm allowed to explain my
25 answer.  I answered your question --

Page 260

1  Q.  Okay.
2  A.  -- yes, that is true, but it's --
3  Q.  What part is true?  That's what --
4      MR. MICELI:  Hold on.
5      Were you finished with your answer?
6      THE WITNESS:  When I answer yes, it is
7  true, I'm answering your question; and then I'm
8  saying but and I'm explaining my answer.
9  Q.  (By Mr. Ratliff)  Okay.
10 A.  And I thought I was allowed to do that at
11 a deposition.  If the judge says I can't explain,
12 then you please need to let me know that.
13 Q.  Okay.  So, yes, there are cases -- reports
14 of permanent hair loss associated with tamoxifen;
15 correct?
16 A.  That is correct.
17 Q.  Okay.
18 A.  But, again, it's a difficult level of
19 evidence than the evidence with Taxotere.
20 Q.  And tamoxifen is an estrogen modulator;
21 correct?
22 A.  It is.
23 Q.  And it is often prescribed after
24 chemotherapy; correct?
25 A.  Depending on the type of cancer, it has to

Page 261

1  be an estrogen-responsive cancer.
2  Q.  Sure.
3  A.  But it is used with very specific tumor
4  types.
5  Q.  Right.  So if a patient has -- is
6  HR-positive, hormone-receptor-positive, meaning
7  they're progesterone- or estrogen-receptor-positive,
8  there's a possibility they're going to be prescribed
9  tamoxifen adjuvant to their chemotherapy; correct?
10 A.  Yes.  That is one of the things some
11 doctors do.
12 Q.  And tamoxifen is something that is known
13 as an estrogen modulator; correct?
14 A.  Yes.  I answered that.  That's true.
15 Q.  Yeah, okay.  And it is typically given
16 when you are premenopausal as opposed to
17 postmenopausal.
18     Do you agree with that?
19 A.  Yes.
20 Q.  Okay.  And would you also agree that
21 tamoxifen is something that can be prescribed or
22 taken by a patient, I'm going to say, five, ten
23 years depending on the patient?
24 A.  I can't tell you whether that's acceptable
25 to use ten.  I do know it's used for years in some

66 (Pages 258 - 261)

Page 286

1  this is one of the articles that is cited in
2  footnote 9 and 10 on page 21.
3      A.  Yes.  Yes, it is.
4      Q.  And this is a -- what year is this?
5  2009 -- 2009 article by Masidonski and Mahon.
6          Are you familiar with this?
7      A.  Yes, I am.
8      Q.  Okay.  And these were oncologists at the
9  University of St. Louis.
10         Is that your understanding?
11         MR. MICELI:  Object to the form.
12         THE WITNESS:  One of them for sure is,
13  yes, the professor.  The other is a case
14  manager.  It's not --
15     Q.  (By Mr. Ratliff)  Okay.
16     A.  It's not -- she's a nurse, not a
17  physician.
18     Q.  Okay.  So we have two --
19     A.  They're both -- actually, I take that
20  back.  They may both be nurses.  So they're nurses.
21     Q.  Okay.  So they're --
22     A.  Not -- not oncologists.  They're oncology
23  nurses.
24     Q.  Oncology nurses at the University of
25  St. Louis Department of Internal Medicine; correct?

Page 287

1      A.  That is correct.
2      Q.  Okay.  And they in their Table 1 report
3  characteristics of women with permanent hair loss
4  that they have seen; is that correct?
5      A.  That is what is in Table 1, yes.
6      Q.  Okay.  And there were 13 reports of
7  permanent alopecia that they saw after chemotherapy.
8          Do you see that?
9      A.  You're looking down here?
10     Q.  Yeah.
11     A.  Yes.  I agree there's 11 and then 2.
12     Q.  Okay.  And the 11 was an anthracycline, so
13  Adriamycin, and cyclophosphamide followed by a
14  taxane.
15         Do you see that?
16     A.  I do.
17     Q.  Do you know which taxane that is?
18     A.  Let me see if they tell us here.  I think
19  they that did not distinguish.  But hold on.
20         They don't distinguish in this paper.
21     Q.  So you don't know whether they're talking
22  Taxotere, Taxol, or both?
23     A.  They don't distinguish.  That's all I can
24  say.  So I -- I -- I would assume that since they
25  didn't single one out, that they're talking about

Page 288

1  some examples of both.
2      Q.  Okay.  So these would be yet more reports
3  of women who have had -- been treated with AC plus
4  Taxol and have developed permanent hair loss; is
5  that correct?
6          MR. MICELI:  Object to the form.
7          THE WITNESS:  No, I can't say that either.
8  I would say it's taxane evidence, which is why
9  I -- why you can't count these up in either
10 column at this point in time.  So, I mean -- I
11 mean, it is evidence -- it's part of my
12 weight -- it could be part of your weight of
13 the evidence --
14     Q.  (By Mr. Ratliff)  Okay.
15     A.  -- that would include Taxotere, but it
16 doesn't allow you to distinguish between the two.
17     Q.  Okay.  And there were two cases that were
18 an anthracycline plus cyclophosphamide.  So --
19 strike that.
20         There were two cases where women were
21 treated with an anthracycline, Adriamycin, plus
22 cyclophosphamide and were reported to have permanent
23 hair loss afterwards; is that correct?
24     A.  There are, yes.
25     Q.  And in that case, would you have any

Page 289

1  opinion or you would have formed any opinion as to
2  which of those two drugs would be the substantial
3  contributing factor to those women's permanent hair
4  loss?
5      A.  I have not formed that opinion.
6      Q.  Okay.
7          MR. RATLIFF:  Do you want to take a break
8  and fix it?  Might as well do it now.
9          VIDEOGRAPHER:  Off record at 2:27.
10         (Thereupon, there was an interruption in
11 the proceedings.)
12         VIDEOGRAPHER:  And we're back on the
13 record at 2:38.
14     Q.  (By Mr. Ratliff)  Okay.  Dr. Plunkett, on
15 paragraph 43 of your report, you say,
16 "Docetaxel-associated irreversible alopecia has
17 likewise been reported in the scientific literature
18 since 2012."
19         We talked about -- at least we referenced
20 that particular statement before the break.
21         Do you remember that?
22     A.  Yes.
23     Q.  And you cite to a number of articles, one
24 of them being the Kim article or the Kim study that
25 we reviewed; correct?

Page 290

1  A. Yes.
2  Q. And just looking back at the Kim study --
3      MR. MICELI: Harley, before you go into
4  it, we just want to make sure we clear up the
5  exhibit number on the record. 13 was
6  re-marked, and that is the Masidonski article.
7  And now we're going on to 14. Is that --
8      MR. RATLIFF: No. This is -- this is on
9  old one.
10     MR. COHEN: This is 12?
11     MR. MICELI: This is 12. Okay.
12     MR. RATLIFF: Yeah.
13  Q. (By Mr. Ratliff) So I think we covered
14  this, which is on Table 1, page 529, the authors of
15  this study don't tell you -- they just say it's
16  anthracyc- -- anthracycline plus taxane; is that
17  right?
18  A. Where are you looking? Down here under
19  "Chemotherapy Regimen"?
20  Q. Uh-huh.
21  A. Yes, that's true.
22  Q. Okay. So they don't distinguish between
23  whether those were reports of anthracycline plus
24  Taxol or anthracycline plus Taxotere; is that
25  correct?

Page 291

1  A. They also aren't -- aren't being specific
2  to doxorubicin versus epirubicin. I mean, there's
3  other anthracyclines too. So they're looking at
4  class. They're mentioning multiple drugs. So we
5  don't know either, I think, for that.
6  Q. Well, as it relates to my question,
7  Dr. Plunkett, when they say anthracycline plus
8  taxane, they don't make any determination as to
9  whether that's a Taxol case or a Taxotere case; is
10  that right?
11  A. That is true. And I'm just pointing out
12  that they also don't make it -- make a distinction
13  base on which anthracycline either.
14  Q. And you told me that -- before the break,
15  that there's no distinguishing between Taxotere and
16  Taxol like we saw in the Masidonski article, that
17  you wouldn't count them as a case report for either;
18  right?
19  A. Well, I wouldn't be able to do that unless
20  I knew -- knew that there were -- what they were
21  specifically. So in other words, is that what
22  you're asking me? I think that's what you're
23  saying. If I was going to count up, I wouldn't know
24  which column to put those in.
25  Q. Yes. That's exactly what you said in

Page 292

1  paragraph 43. You said, "Docetaxel-associated
2  irreversible alopecia has been reported in the
3  scientific literature," and you cite to Kim.
4  A. Right. Because they are -- if you look at
5  the patients that were in the study, some of those
6  people were on Taxol and some are taxane. So I'm
7  not counting them up, how many on each. I'm saying
8  to you that these -- these -- they are reporting
9  some of these people got docetaxel.
10  Q. Uh-huh.
11  A. And had irreversible alopecia. That's all
12  I'm doing with this study --
13  Q. Okay.
14  A. -- in this sentence.
15  Q. And some of these patients received Taxol
16  and had irreversible alopecia; correct?
17  A. They did.
18  Q. And some --
19  A. We just -- they did.
20  Q. And some of these patients had neither
21  Taxotere nor Taxol. They just had an
22  anthracycline-cyclophosphamide regimen, and they too
23  developed a permanent hair loss; is that correct?
24  A. Yes, that's true.
25  Q. Yeah. Okay.

Page 293

1      MR. RATLIFF: Madam court reporter, will
2  you exhibit that for me, please?
3      (Defendants' Exhibit 14 was marked for
4  identification.)
5  Q. (By Mr. Ratliff) So this is a 2011
6  article by Caroline Yeager and Elise Olsen.
7      Are you familiar with this article?
8  A. Yes. It's in my -- cited in my report.
9  Q. Have you ever talked to Dr. Yeager or
10  Dr. Olsen?
11  A. No.
12  Q. Do you know who Dr. Olsen is?
13  A. No. Well, other than she's Department of
14  Dermatology -- sorry, Duke Medical Center, actually.
15  Q. Okay. And I think I asked you at the
16  beginning, and I just want to make sure. I'm not
17  trying to cover -- replow old ground.
18      In preparing your report have you ever
19  talked to or consulted with any dermatologist that
20  focuses on hair loss, whether they've been retained
21  by Mr. Miceli and the Plaintiffs or just of your own
22  accord?
23  A. No.
24  Q. Okay. And so for any of these authors of
25  any of these articles that are cited in your

| | |
|---|---|
| Page 294 | Page 296 |
| 1  reliance material, you haven't actually talked to | 1  Did I read that correctly? |
| 2  any of these authors; is that correct? | 2     A.  You did. |
| 3     A.  That is correct.  I will let you know, I | 3     Q.  And would you agree with Dr. Olsen's |
| 4  do know dermatologists, but I don't believe any of | 4  conclusion that there have been cases of permanent |
| 5  them are ones that wrote these papers that I'm -- | 5  hair loss by 2011 reported with each and every one |
| 6  that I'm citing to or -- or reviewing here. | 6  of those different types of chemotherapy regimens? |
| 7     Q.  Those dermatologists you know, have you | 7     A.  I don't recall one of them from the -- |
| 8  talked to them about this case? | 8  from the study.  So I'd have to pull it.  I would |
| 9     A.  No.  I've talked to them about other cases | 9  say that generally -- I -- I mean I didn't -- I |
| 10  but not this. | 10  don't agree or disagree with her sentence.  I |
| 11     Q.  Okay.  You'll see that Dr. Yeager and | 11  believe she's citing what she believes based upon |
| 12  Dr. Olsen, title of this article is "Treatment of | 12  what she reviewed.  I don't know that I can confirm |
| 13  Chemotherapy-Induced Alopecia." | 13  the combination of docetaxel, carboplatin, and |
| 14     And you said you've reviewed this before? | 14  tras- -- trastuzumab or not.  That's what I would |
| 15     A.  Yes. | 15  need to look for. |
| 16     Q.  Okay.  And if you turn to page 438, there | 16     Q.  I'm glad you struggle with that word like |
| 17  is a section on "Permanent chemotherapy-induced | 17  I do because I was waiting for you to correct my |
| 18  alopecia." | 18  pronunciation. |
| 19     A.  Yes, there is. | 19     So okay.  Other than the TCH combination, |
| 20     Q.  Okay.  That's what would be known as what | 20  her statement that there -- by 2011 there have been |
| 21  you've called PCIA; is that correct? | 21  reports of permanent hair loss following Adriamycin |
| 22     A.  You could, yes -- | 22  plus cyclophosphamide, you would agree with that? |
| 23     Q.  Okay. | 23     A.  Yes. |
| 24     A.  -- use that. | 24     Q.  And by 2011, you would agree that there |
| 25     Q.  And if you go kind of midway through that | 25  had been reports of permanent hair loss with women |
| Page 295 | Page 297 |
| 1  section, it starts with "a total of"? | 1  who have taken Adriamycin, cyclophosphamide, and |
| 2     A.  I see it. | 2  Taxol.  You would agree with that? |
| 3     Q.  Okay.  It says, "A total of 16 cases have | 3     A.  Well, I'd also -- I -- see, I wouldn't say |
| 4  now been reported of permanent alopecia after | 4  Taxol there.  I'd say taxane, because there's Taxol |
| 5  treatment with standard breast cancer chemotherapy | 5  and Taxotere with AC at that time.  But -- and -- |
| 6  regimens of an anthracycline plus cyclophosphamide." | 6  but -- so I would -- I would say that's how I would |
| 7     You would agree that there have been | 7  express that instead of just Taxol. |
| 8  reports of permanent hair loss after that | 8     Q.  Okay.  But -- but there had been reports |
| 9  combination; correct? | 9  of permanent hair loss by 2011 of -- with women who |
| 10     A.  I'm looking to see if I know which -- | 10  had taken AC plus Taxol; true? |
| 11  which paper she's referring to.  I would agree | 11     A.  Yes.  And also AC plus Taxotere. |
| 12  that -- that there are such reports.  I don't know | 12     Q.  Okay.  Fair enough.  Both of them? |
| 13  if the same ones, but... | 13     A.  Yes. |
| 14     I am familiar with at least, I think, all | 14     Q.  Okay.  And you agree that there had been |
| 15  of these that she cites, yes. | 15  reports of permanent hair loss followed by a woman |
| 16     Q.  Okay.  I'm just -- okay.  So we'll just go | 16  or women who had taken docetaxel followed by |
| 17  through it.  So I'll -- let me -- let me start over. | 17  letrozole.  You'd agree with that? |
| 18     A total of 16 cases have now been reported | 18     A.  Yes.  Those are ones we've -- we've looked |
| 19  of permanent alopecia after treatment with standard | 19  at.  I just don't recall the middle one. |
| 20  breast cancer chemotherapy regimens of an | 20     Q.  Right.  And also that there'd been reports |
| 21  anthracycline plus a cyclophosphamide (AC), AC plus | 21  of women who developed permanent hair loss after |
| 22  Taxol, an anthracycline plus cyclophosphamide | 22  taking only Taxol. |
| 23  followed by a taxane, TCH (docetaxel, carboplatin, | 23     You agree with that? |
| 24  and trastuzumab), docetaxel followed by letrozole | 24     A.  Yes.  That was the one we -- |
| 25  and single-agent paclitaxel. | 25     Q.  Okay. |