# EXHIBIT Q

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

**************************************************************
IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                          Civil Action No. 16-MD-2740
                          Section "H"(5)
                          New Orleans, Louisiana
                          September 5, 2019

THIS DOCUMENT RELATES TO ALL CASES
**************************************************************


                   TRANSCRIPT OF MOTION HEARING
            HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS:

                   DAWN BARRIOS
                   BARRIOS KINGSDORF & CASTEIX
                   701 POYDRAS STREET
                   SUITE 3650
                   NEW ORLEANS, LA 70139

                   MATTHEW PALMER LAMBERT
                   GAINSBURGH BENJAMIN DAVID MEUNIER
                   & WARSHAUER
                   1100 POYDRAS STREET
                   SUITE 2800
                   NEW ORLEANS, LA 70163

                   DARIN SCHANKER
                   BACHUS & SCHANKER
                   1899 WYNKOOP STREET
                   SUITE 700
                   DENVER, CO 80202

                   CHRISTOPHER COFFIN
                   PENDLEY BAUDIN & COFFIN
                   1515 POYDRAS STREET
                   NEW ORLEANS, LA 70112
```

April 23, 2019                CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION                JUDGE ELDON E. FALLON

Page 61

02:17:36PM 1    legal analysis that this Court undertook and Albrecht is
02:17:39PM 2    crystal clear that those questions are for the Courts; they
02:17:42PM 3    are not for the jury.
02:17:43PM 4         Let me just read one fact.  It's a heading in the
02:17:44PM 5    opposition brief.  It says:  The FDA did not approve an
02:17:47PM 6    alopecia-related label update in 2004 or 2010.  That's their,
02:17:53PM 7    quote, unquote, fact.  That's exactly what goes to
02:17:56PM 8    preemption.  I mean, these facts are subsumed by the legal
02:18:01PM 9    analysis that this Court undertook, and so I don't think that
02:18:03PM 10   it's appropriate to allow Sanofi to argue preemption to the
02:18:07PM 11   jury whether it's presented sort of a fact the FDA didn't let
02:18:10PM 12   us do this or we gave everything to the FDA and the FDA took
02:18:14PM 13   no action.
02:18:15PM 14        Thank you.
02:18:18PM 15        THE COURT:  Thank you.
02:18:20PM 16        Okay.  Let's go to Motion in Limine to Exclude
02:18:23PM 17   Testimony and Argument That Taxotere Has Saved Lives.
02:18:29PM 18        MR. NOLEN:  Your Honor, this motion in limine is
02:18:36PM 19   aimed at an issue that is not in dispute, and so that's why
02:18:44PM 20   we raise it because the argument will be that Sanofi's drug,
02:18:49PM 21   Taxotere, did save lives.  And we're not attacking and have
02:18:54PM 22   never attacked in this litigation, none of our doctors attack
02:18:58PM 23   the fact that Taxotere is an effective drug, that it was used
02:19:03PM 24   by Ms. Earnest, that has been used by other patients, that
02:19:08PM 25   doctors prescribe it, that the benefits outweigh the risks

Page 62

02:19:13PM 1    according to the FDA because it's an approved drug and has
02:19:18PM 2    been since the mid '90s.  So those are not in dispute.  Where
02:19:24PM 3    we -- where we fall into a problem though is this argument
02:19:27PM 4    and here's the argument.
02:19:29PM 5         Ladies and gentlemen, Taxotere is a lifesaving
02:19:31PM 6    cancer-fighting drug that has saved hundreds of thousands of
02:19:36PM 7    people's lives, millions of people have taken this drug and
02:19:40PM 8    over the last 25 years this drug has been the drug that has
02:19:45PM 9    saved thousands and thousands of lives today, mothers,
02:19:50PM 10   sisters; mother, sisters, wives get to have Thanksgiving
02:19:55PM 11   dinner because our life-fighting cancer-fighting -- our
02:19:59PM 12   cancer-fighting drug --
02:20:01PM 13        THE COURT:  Mr. Strongman's writing down his opening
02:20:06PM 14   statement.
02:20:08PM 15        MR. NOLEN:  -- saves lives.
02:20:10PM 16        And so the problem is, we have a problem refuting
02:20:13PM 17   that and it's very difficult because in all of these cases,
02:20:17PM 18   including Ms. Earnest's case, she underwent surgery.  Then
02:20:23PM 19   that was followed by chemotherapy.  In many cases, it's
02:20:27PM 20   followed by chemotherapy, radiation, and another round of
02:20:34PM 21   chemotherapy.  And so you have many variables there including
02:20:38PM 22   the fact that -- including in Ms. Earnest's case you had a
02:20:41PM 23   combination therapy with two other drugs.  And so to say that
02:20:45PM 24   Taxotere is responsible for saving lives generally or saving
02:20:49PM 25   her life is problematic that is very difficult for us

Page 63

02:20:53PM 1    to rebut that.  And, in fact, we can.  It's highly
02:20:57PM 2    prejudicial.  We don't even have evidence on how many women
02:21:02PM 3    or people because Taxotere is used for many indications for
02:21:05PM 4    cancer.  We don't even know how many people who you could
02:21:10PM 5    actually say, well, this is the drug that saved their lives.
02:21:15PM 6    So we want to preclude that type of argument because it's
02:21:19PM 7    highly prejudicial, and, again, we would not be able to
02:21:22PM 8    marshal evidence to rebut it in any way because there's no
02:21:27PM 9    data.  There's no way to collect that data and know what the
02:21:30PM 10   answer is.  Each case comes down to an individual case.  In
02:21:33PM 11   this case, Dr. Carinder thought Taxotere was an
02:21:36PM 12   appropriate medication for --
02:21:36PM 13        THE COURT:  So you're not --
02:21:36PM 14        MR. NOLEN:  Ms. Earnest.
02:21:37PM 15        THE COURT:  -- objecting to risk-benefit presented
02:21:40PM 16   by -- to the plaintiff by her doctor that I believe that this
02:21:44PM 17   is the best drug for you for all of these reasons.
02:21:47PM 18        MR. NOLEN:  That's exactly right but --
02:21:49PM 19        THE COURT:  And you have to know that a risk-benefit
02:21:52PM 20   has got to be a part of this trial.
02:21:54PM 21        MR. NOLEN:  Of course.  And we're not -- and we're
02:21:56PM 22   not disputing that.  It's when you broaden it out to the
02:22:00PM 23   population at large.  And we actually argue -- and we do it,
02:22:03PM 24   you know, in almost a facetious way, but it's an important
02:22:08PM 25   point is, if we're going to say it saved thousands of lives

Page 64

02:22:13PM 1    or hundreds of thousands or even millions of lives, then
02:22:16PM 2    there's 10,000 cases that have been filed in this Court and
02:22:20PM 3    of people who say it hurt me.
02:22:22PM 4         THE COURT:  I get it.
02:22:22PM 5         All right.  We're going to have to start moving this
02:22:24PM 6    along.
02:22:25PM 7         Mr. MOORE:  I mean, if they want to introduce their
02:22:27PM 8    ten thousand plaintiffs, we can introduce pictures of some of
02:22:32PM 9    them.  I'm sure that would not go over well.
02:22:33PM 10        A few moments ago, we heard an argument that we
02:22:38PM 11   should not be able to introduce evidence of the side effects
02:22:40PM 12   of taxol and now we're being told we can't put in evidence of
02:22:43PM 13   the benefits of Taxotere.  The motion, which doesn't have any
02:22:46PM 14   cases from Louisiana, talks about efficacy being irrelevant.
02:22:53PM 15   Efficacy is irrelevant.  That's what the motion says that
02:22:57PM 16   they're asking you to exclude and clearly the efficacy of
02:22:59PM 17   this medicine, the benefit that's being provided by this
02:23:01PM 18   medicine is relevant.  So we think that this motion should be
02:23:05PM 19   denied.
02:23:11PM 20        THE COURT:  I think the risk-benefit analysis
02:23:14PM 21   particularly for this patient is absolutely relevant.  That
02:23:18PM 22   goes to the core of the decision between the plaintiff and
02:23:23PM 23   her physician, and at the end of the day, you have to show
02:23:25PM 24   that with an adequate warning she would not have used -- a
02:23:30PM 25   different prescribing decision would have been made.  The

April 23, 2019          CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION          JUDGE ELDON E. FALLON

## Page 65

02:23:32PM 1    rest is argument.  I don't think that there's going to be any

02:23:36PM 2    testimony about millions of people have had their lives saved

02:23:43PM 3    by Taxotere and that's not what I read.

02:23:47PM 4        Do y'all have testimony of that?  I guess I'm just --

02:23:54PM 5    I think the rest is argument that --

02:23:58PM 6        MR. STRONGMAN:  I don't know -- I guess I'm not

02:24:01PM 7    entirely sure of the differentiation we're trying to make

02:24:06PM 8    here.

02:24:06PM 9        THE COURT:  I think --

02:24:08PM 10       MR. STRONGMAN:  I mean, it's been used millions of

02:24:10PM 11   times.  I mean, that's true.

02:24:11PM 12       THE COURT:  But I think that the issue is --

02:24:12PM 13       MR. STRONGMAN:  It saves lives.  That's true.

02:24:16PM 14       THE COURT:  -- the risk-benefit analysis has got to

02:24:20PM 15   be in evidence.  It sounds to me like the rest of it is

02:24:24PM 16   argument and I don't know if that's -- you know, we'll cross

02:24:30PM 17   that bridge when we get to it, but I think whether or not

02:24:38PM 18   Taxotere, you know, the prescribing physician believes that

02:24:42PM 19   Taxotere is a very effective drug for the treatment of the

02:24:45PM 20   form of breast cancer that Ms. Earnest suffered and he

02:24:49PM 21   considered it, you know, a lifesaving drug when he entered

02:24:53PM 22   it.  It seems to me the rest is just argument.

02:24:56PM 23       MS. SASTRE:  Even now, Dr. Carinder says it's a good

02:24:59PM 24   drug.

02:24:59PM 25       MR. NOLEN:  Your Honor -- and we're not disputing

## Page 66

02:25:01PM 1    that.  That's the --

02:25:02PM 2        THE COURT:  You want me to stop their opening

02:25:05PM 3    statement?

02:25:05PM 4        MR. NOLEN:  No, Your Honor.  It's improper argument.

02:25:08PM 5    It's argument that expands out beyond this patient

02:25:11PM 6    relationship that is not at issue in the case where we cannot

02:25:15PM 7    refute that -- we cannot refute how effective or not

02:25:20PM 8    effective it has been for millions of other people worldwide.

02:25:24PM 9    And so it's to stop that type of improper argument.

02:25:27PM 10       The argument about Dr. Carinder in his analysis about

02:25:30PM 11   risk-benefit, his discussion about risk-benefit, clearly

02:25:33PM 12   that's relevant.  That is not something we're seeking to

02:25:36PM 13   exclude in any way.  It's just, when you expand that out to

02:25:39PM 14   this has been a lifesaver for millions of patients worldwide

02:25:46PM 15   and they're alive today because of this lifesaving drug, we

02:25:49PM 16   can't refute that.

02:25:49PM 17       THE COURT:  I'm not going to -- I don't believe I

02:25:50PM 18   need to give a lecture on opening statements.  I believe you

02:25:53PM 19   all know that opening statement is an opportunity to -- I

02:26:03PM 20   wish I had the notes I had to read last time -- because it

02:26:07PM 21   lays out the evidence that the jury will see, evidence that's

02:26:11PM 22   even in dispute should not be presented to a jury.  A jury --

02:26:17PM 23   it should be the facts that will be presented in this case.

02:26:22PM 24       I haven't seen and I don't anticipate that we'll hear

02:26:26PM 25   about how many millions of people take Taxotere and that it

## Page 67

02:26:34PM 1    has saved hundreds and thousands of lives.  But I do believe

02:26:34PM 2    we will hear and it is proper to say you're going to hear

02:26:40PM 3    that this is a very effective drug and it was -- it was the

02:26:42PM 4    number one choice of oncologists.  I think we're going to

02:26:52PM 5    hear that.  And I don't think that's improper because I think

02:26:54PM 6    the evidence is going to show that.

02:26:56PM 7        Now, about women eating Thanksgiving with their

02:27:00PM 8    family, you know, that might be a bit of a stretch.

02:27:04PM 9        MR. NOLEN:  Thank you, Your Honor.

02:27:05PM 10       THE COURT:  But I believe you all know the rules

02:27:07PM 11   about opening statement.  And it's got to be based upon what

02:27:11PM 12   evidence we know will be presented.

02:27:18PM 13       Opening statements are not argument.  Maybe we'll

02:27:21PM 14   have a lecture about closing argument at a later date.

02:27:25PM 15       Okay.  So what I will say because it's so hard for me

02:27:32PM 16   is -- Erin, I think -- I don't know if I denied that.

02:27:42PM 17       I think I granted in part, denied in part, read my

02:27:42PM 18   reasons.

02:27:50PM 19       Okay.  We have got to move on.  Y'all have got to

02:27:54PM 20   start moving faster.

02:27:55PM 21       Motion in Limine to Exclude Evidence and Argument

02:27:57PM 22   Regarding Evaluations of Plaintiff by Formally Retained

02:28:00PM 23   Experts Who Will Not Testify at Trial.

02:28:02PM 24       Okay.  I know what that is.  Make it quick.  She told

02:28:06PM 25   somebody she thought somebody else -- some other drug caused

## Page 68

02:28:09PM 1    her hair loss.

02:28:10PM 2        MR. COFFIN:  Not exactly, Your Honor.  Good

02:28:14PM 3    afternoon.  Chris Coffin --

02:28:15PM 4        THE COURT:  Good afternoon.

02:28:16PM 5        MR. COFFIN:  -- on behalf of the plaintiff

02:28:19PM 6    Ms. Barbara Earnest.

02:28:20PM 7        You do know that the plaintiffs --

02:28:22PM 8        THE COURT:  Withdrew Thompson --

02:28:25PM 9        MR. COFFIN:  Correct, we withdrew Thompson and

02:28:28PM 10   Bianchini and the fact of the matter is that by allowing the

02:28:31PM 11   defense to use any of the statements in any of the reports or

02:28:34PM 12   the deposition testimony of experts that have --

02:28:37PM 13       THE COURT:  Let me ask you, Mr. Coffin.  Yes.  If

02:28:39PM 14   they ask her, if they ask Ms. Earnest, you believe something

02:28:43PM 15   else caused your cancer --

02:28:47PM 16       MR. COFFIN:  Caused your hair loss.

02:28:49PM 17       THE COURT:  -- caused your hair loss --

02:28:49PM 18       MR. COFFIN:  Yes.

02:28:52PM 19       THE COURT:  And she says, "No, I always thought it

02:28:57PM 20   was Taxotere," you mean to tell me they can't present her

02:28:59PM 21   with the statements she made to Dr. Thompson or Bianchini?

02:29:02PM 22       MR. COFFIN:  Yes, I mean to tell you that because the

02:29:04PM 23   reason it will be prejudicial, so prejudicial to us, because

02:29:06PM 24   the statements were made in reports by Dr. Thompson or

02:29:12PM 25   Dr. Bianchini and they aren't going to be here to talk about