# EXHIBIT A

# LABORATORY REPORT

**Ochsner**
LAB
Ochsner Clinic Foundation
William G. Helis Memorial Laboratory    1516 Jefferson Highway    New Orleans, Louisiana 70121    (504)842-4625

## PATIENT INFORMATION

KAHN, ELIZABETH          CLINIC # 1813606

RPT DT/TM: 11/21/2013 18:42

| TEST | RESULTS WITHIN RANGE | RESULTS OUT OF RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| COL DT/TM: 10/02/2008 10:17 | | | | |
| ACCESSION: 18778700 | | | | |
| ORDERED BY: LARNED, ZOE L | | | | |
| | | | | |
| Comprehensive Metabolic Pnl | | | | |
| Final Results | | | | |
| Glucose | 106 | | 70-110 | mg/dl |
| Urea Nitrogen (BUN) | 12 | | 6-20 | mg/dl |
| Creatinine | 0.8 | | 0.5-1.4 | mg/dl |
| Calcium | 9.7 | | 8.7-10.5 | mg/dl |
| Sodium | 138 | | 136-145 | mMol/l |
| Potassium | 4.1 | | 3.5-5.1 | mMol/l |
| Chloride | 104 | | 95-110 | mMol/l |
| Protein, Total | 6.7 | | 6.0-8.4 | gm/dl |
| Albumin - Serum | 4.4 | | 3.5-5.2 | g/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| AST (SGOT) | 27 | | 10-40 | U/L |
| Alkaline Phosphatase | 61 | | 55-135 | U/L |
| Carbon Dioxide, CO2 | 26 | | 23.0-29.0 | mEq/L |
| ALT (SGPT) | 43 | | 10-44 | U/L |

Bilirubin, Total:
For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.
.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dl
Up to 48 hours.............<12.0 mg/dl
3-5 days...................<15.0 mg/dl
6-29 days..................<15.0 mg/dl

END OF REPORT          PAGE   2

CHART COPY

KAHN, ELIZABETH  MRN:                              DOS: 10/2/2008

1018- KAHN, ELIZABETH- Ochsner Health System  01056

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                    Sex: F

This is a former patient of Dr. Kardinal, who is being treated with neoadjuvant chemotherapy on NSABP- B40.

The patient self palpated a left breast mass in April 2008. On 04/09/2008 she had a diagnostic mammogram and ultrasound-guided core biopsy on 04/11/2008. A PET scan on 04/21/2008 showed no evidence to suggest distant metastatic disease. On 04/23/2008, she had a MUGA scan revealing a normal ejection fraction at 65%.

Additional breast cancer feature, she is strongly ER/PR positive and HER-2/neu 2+ by IHC and FISH assay was nonamplified.

The patient is participating in a clinical trial NSABP-B-40 and was randomized to 4 cycles of Taxotere, Xeloda, and bevacizumab which she has completed. She is here to complete the second part of the trial which is adriamycin, cytoxan X 4 cycles and avastin x 2 cycles.

In the interval she has done well. She denies any pain complaints. No headaches. No visual changes. No chest pain or shortness of breath. No cough. No muth sores, nausea or vomiting. No abdominal pain. Otherwise normal colored stools and urination is normal. No musculoskeletal complaints. Can no longer feel breast lesion. Some insomnia- particularly on steroid days and desires no medication at this time. Has returned to work as a librarian. Remainder of review of systems within normal limits.

MEDICATIONS: See the medication card.

ALLERGIES: Ciprofloxacin and penicillin.

EXAM: Her height is 5 feet 3 inches. Weight: 201.9 pounds, BP: 147/92 mmhg, T:97.3 F, P: 87/min
GENERAL: She is extremely pleasant, in no acute distress, presents with her husband.
HEENT: Positive alopecia. Pupils are equal, round, and reactive to light and accommodation. Extraocular movements are intact. No scleral icterus or conjunctival pallor. Normal tympanic membranes. Oropharynx is negative without lesions. No throat erythema, exudate or thrush.
NECK: Supple. Normal thyroid. No lymphadenopathy.
CHEST: Clear.
BREAST EXAM: Left breast. The patient's breast mass is no longer palpable. No lymphadenopathy. No nipple irregularities. Right breast without mass or tenderness. No nipple irregularities or axillary adenopathy.
ABDOMEN: Soft. Positive bowel sounds. Nontender and nondistended. No hepatosplenomegaly or masses.
EXTREMITIES: No cord, cyanosis or edema.
SKIN: Without rashes or lesions. Feet are peeling and hands are peeling, but no redness or swelling.
MUSCULOSKELETAL: Full range of motion.
LYMPH NODES: No other palpable lymphadenopathy.

Labs:

Reviwed in OCW

ASSESSMENT AND PLAN: Proceed with cycle # 4 (final) of Adriamycin, Cyclophosphamide and bevacizumab, on the NSABP-B-40 trial. Side effects were explained and delayed emesis prescriptions were given to the patient. All of her questions were answered to her satisfaction. The patient is doing well and is to call if any problems arise.

ELECTRONICALLY SIGNED BY Zoe Larned, MD 10/23/08 01:57:09 PM

ADDENDUM:

Pt also reports nail changes (GR1). Mild nail discoloration and ridging noted to nails on bilateral hands.

Electronically signed by: Melanie Zazulak, RN
10/23/2008 4:31:14 PM

1813606
Kahn, Elizabeth
NSABP B40
10/23/08

GROUP 2B
Pre-op Bevacizumab/Doxorubicin/Cyclophosphamide

CYCLE 8

Pt came in this morning for appt w/ Dr. Larned and to receive Cycle 8/Day 1 of chemo. Pt is accompanied by her husband and she is in a pleasant mood. AE's reviewed w/ pt. Pt states she tolerated last chemo fairly well. She remains working fulltime. PS 0. No changes in complaints of fatigue (GR1). She states she has been needing to take naps daily, when she gets home from work. Pt denies N/V/D after last chemo. She remains compliant w/ delayed emesis medications, Decadron and Reglan. Denies mouth sores. Pt states she has a good appetite. Heartburn has resolved w/ the use of Prevacid BID for first couple of days after tx. Pt also states she did not have any peripheral neuropathy, since last tx. Hand/foot syndrome (GR1): minimal dryness noted to bilateral palms; bilateral soles of feet also have some dry/flaking skin noted. Pt continues to use lotion to hands and feet. Dr. Larned updated on pt's complaints/status. Pt seen and assessed per Dr. Larned. H&P and tumor assessment done.
VS stable: T 97.3, BP 147/92, P 87.
Pt WT: 200.2
Labs drawn peripherally. Lab results are as follows: WBC 4.64 (GR1), H/H 12.4/38.5, PLT 227, ANC 2538. CMP WNL.
Labs and chemo orders reviewed per Dr. Larned. Chemo orders signed and sent to chemo. Pt to receive Decadron/Aloxi pre-meds.
Pt was also instructed she will be due for MRI/MUGA/labs/send outs prior to next visit. Pt's next appt w/ Dr. Larned will be for pre-op clearance. Pt had script for delayed emesis medications filled for this dose prior to this tx and she is aware she can cont. to take Compazine as she needs it. Pt given a copy of her labs and appt for next RTC. Pt instructed to call for any assistance needed. Pt verbalizes understanding.

ELECTRONICALLY SIGNED BY Melanie Zazulak, RN 10/23/08 04:17:08 PM