# EXHIBIT B

Gerald P. Miletello, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*******************************

IN RE: TAXOTERE
(DOCETAXEL) PRODUCTS      MDL No. 2740
LIABILITY LITIGATION      Section: "H"
                          Judge Milazzo
This Document Relates to: Mag. Judge North
All Cases

*******************************

Remote Videotaped Deposition of GERALD P. MILETELLO, M.D., held at the location of the deponent in Baton Rouge, Louisiana, commencing at 10:14 a.m. on the 21st of May, 2020, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, Certified Shorthand Reporter.

— — —

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Golkow Litigation Services - 877.370.DEPS

Page 26

1  Q. And that clinical -- let me
2  back up.
3      Doctor, are you familiar with
4  the phrase "off-label"?
5  A. Yes.
6  Q. What does that mean within your
7  medical community?
8  A. Basically it means treating
9  someone with drugs that aren't clinically
10 approved, they don't have a clinical approval
11 for a certain type of cancer. And it's very
12 hard to do that, to treat someone with an
13 off-label. You can do it, but you may not
14 get paid for it. But it's treating someone
15 with drugs that there's not a clinical --
16 it's not clinically approved for that
17 particular cancer.
18 Q. So, Dr. Miletello, let me ask
19 you some followup questions on that.
20     You're familiar with -- let's
21 ask generally. When you're treating a
22 patient with a chemotherapy drug on-label, is
23 it correct and accurate to say that
24 "on-label" means the prescription for that
25 drug and the administration of that drug as

Page 27

1  is defined in the actual drug label that is
2  created by the manufacturer, the
3  pharmaceutical manufacturer?
4  A. Yes. That's on-label, correct.
5  Q. And the fact is that off-label
6  means a prescription protocol which is not
7  specifically laid out in that
8  pharmaceutical -- the materials provided by
9  the pharmaceutical company that is commonly
10 referred to as the label, correct?
11 A. Correct. It's not FDA-approved
12 as of this time for -- when they say it's
13 off-label, it's not been FDA-approved to
14 treat a certain type of cancer.
15 Q. Just for example, my
16 understanding with regard that a
17 prescription -- one of your go-to, as you've
18 expressed to us, prescription combination
19 therapies for early stage breast -- a certain
20 type of early stage breast cancer involves
21 the TC regimen, correct?
22 A. Yes.
23 Q. And in fact, the TC regimen
24 happens to be off-label, but it's perfectly
25 fine for you to utilize that prescription in

Page 28

1  your care and treatment of patients, correct?
2  A. Well, off-label -- I'm not sure
3  what you mean, off-label for treatment of
4  what?
5  Q. Well, are you aware, Doctor,
6  that if we were to look at the Taxotere
7  labels, that TC in 2008, for example, was not
8  officially on-label?
9  A. The combination may have not
10 been, but individually they were. The drugs
11 Taxotere and Cytoxan were on-label
12 individually. The individual drugs were.
13 Q. Right.
14     But the technical term on-label
15 versus off-label, the TC -- let me back up.
16     Are you aware in the Taxotere
17 label itself, for example, in 2008, that the
18 TAC label -- or the TAC combination therapy
19 was the only on-label combination therapy
20 listed at that time?
21 A. Correct. I'm aware that it
22 was.
23 Q. But you and other qualified
24 oncologists were following the standard of
25 care when they would use a combination

Page 29

1  therapy involving Taxotere that wasn't -- for
2  example, the TC label, that would have been
3  reasonable and appropriate for you to utilize
4  back in 2008, even though from that technical
5  definition the TC combination therapy that
6  you utilized wasn't on-label, right?
7  A. That's correct.
8  Q. And not only was it not
9  unusual, but it was highly usual back in
10 2008, as today, for oncologists such as
11 yourself to prescribe these chemotherapy
12 regimens off-label, right?
13 A. Yes.
14 Q. And as a matter of fact, the
15 chemotherapy regimen that Cynthia -- I'm
16 sorry, let me start that question over.
17     The chemotherapy regimen that
18 Elizabeth Kahn was administered in this case
19 by Dr. Kardinal was technically off-label,
20 but was certainly within the standard of
21 care, correct?
22 A. Absolutely. And be in a
23 clinical trial who was very clear -- that was
24 very clear in there, and I think the drugs
25 were actually provided by the people

Gerald P. Miletello, M.D.

Page 30

1  sponsoring the trial, but yes, that was very
2  clear.
3       Q.   Right.  And so I apologize for
4  my longwinded way of getting there, but I
5  just want to make sure that a jury would in
6  no way be confused to think if they hear the
7  term "off-label," that that somehow meant
8  that you or Dr. Kardinal was doing something
9  wrong.  When used in the context of the
10  discussion that we're having today, that
11  couldn't be farther from the truth, correct?
12       A.   That's correct.  This is not
13  experimental treatment.
14       Q.   Right.
15            As a matter of fact, the
16  regimen that Dr. Kardinal utilized was
17  something that was within the standard of
18  care and accepted within the oncology
19  community as appropriate care for Cynthia
20  Kahn, correct?
21       A.   Absolutely.
22       Q.   And just so we have a clear
23  record specifically, Dr. Miletello, we talked
24  about the fact that Cynthia Thibodeaux, who I
25  asked you questions about in a deposition

Page 31

1  back in December, happened to be involved in
2  the same clinical trial as was Elizabeth
3  Kahn, right?
4       A.   Correct.
5       Q.   And just to make sure the
6  record is clear, the responses you gave
7  concerning that clinical trial that Cynthia
8  Thibodeaux was involved in would apply to
9  Cynthia -- to Elizabeth Kahn as well, right?
10       A.   Correct.
11       Q.   And I just want to make sure
12  that the record is clear on something else as
13  well, that is that Ms. Kahn knew that she was
14  going to be receiving Taxotere as part of
15  this clinical trial, correct?
16       A.   Yes.
17       Q.   This was not some sort of
18  clinical trial where patients were
19  receiving -- like a blind study where they
20  were receiving drugs that they did not
21  know -- that they didn't know the content or
22  the type or the particular product that they
23  were receiving, this was not that type of
24  clinical trial, right?
25       A.   No.  Everybody knew every drug

Page 32

1  that they were going to receive.  It was not
2  a blinded study in any way, shape, or form.
3  Everyone knew the drugs they'd be getting.
4       Q.   And, in fact, not only did
5  Elizabeth Kahn and everyone else know the
6  drugs they were receiving, but they knew the
7  schedule when they were receiving those
8  drugs, correct?
9       A.   Yes.
10       Q.   And they knew the dosage that
11  they were receiving of those drugs as well,
12  right?
13       A.   Yes.
14       Q.   And concerning dosage, just to
15  clarify, the dosage of the chemotherapy
16  drugs, including the Taxotere, that Elizabeth
17  Kahn was administered pursuant to the
18  prescription from Dr. Kardinal, those dosages
19  were also within the standard of care,
20  correct?
21       A.   Yes.
22       Q.   Doctor, sometimes with the
23  usage -- with use of chemotherapy drugs,
24  patients will experience side effects,
25  correct?

Page 33

1       A.   That's correct.
2       Q.   And you warn patients of common
3  side effects, right?
4       A.   We do.
5       Q.   And you warn patients of
6  permanent side effects?
7       A.   As best we can.
8       Q.   And would you agree that it's
9  impossible to tell ahead of time before a
10  patient gets a prescription -- receives a
11  prescription chemotherapy drug which patient
12  will necessarily experience which side
13  effects?  You can't tell ahead of time, can
14  you?
15       A.   No, you can't.
16       Q.   And because of that, it's
17  important that you warn all of the patients
18  of, for example, common side effects, because
19  you don't know which of those patients will
20  receive that common side effect, correct?
21       A.   That's correct.
22       Q.   And it's also important that
23  you warn all of the patients about permanent
24  side effects as best you can because you
25  don't know which of those patients may