# EXHIBIT D

John A. Glaspy, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:  TAXOTERE

(DOCETAXEL) PRODUCTS          MDL No. 2740

LIABILITY LITIGATION          Section: "H"

                              Judge Milazzo

This Document Relates to:     Mag. Judge North

All Cases

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


          Remote Videotaped Deposition of
JOHN A. GLASPY, M.D., held at the location
of the witness in Los Angeles, California,
commencing at 9:05 a.m., on the 13th of May,
2020, before Maureen O'Connor Pollard,
Registered Diplomate Reporter, Realtime
Systems Administrator, Certified Shorthand
Reporter.

                  - - -


       GOLKOW LITIGATION SERVICES
    877.370.3377 ph | 917.591.5672 fax
           deps@golkow.com

John A. Glaspy, M.D.

Page 162

1  A. Yes.
2  Q. Okay. Thank you.
3     If you could, turn with me to
4  page 40 of your report.
5  A. Got it.
6  Q. Okay. I want to go over with
7  you that paragraph, or parts of that
8  paragraph that begins "As an experimental
9  clinical trial."
10 A. Yes.
11 Q. Do you see that paragraph?
12    Now, I know you've already said
13 earlier in this deposition, and I want to
14 make sure I heard it correctly, you don't
15 criticize the treatment received, which
16 includes the regimen received by Ms. Kahn, is
17 that a fair statement?
18 A. That's correct.
19 Q. Okay. But for purposes of
20 preparing for what I may hear at trial, not
21 necessarily from you, but others, I wanted to
22 review a little bit of this paragraph where
23 it says, "As an experimental clinical trial,
24 the regimens were outside of the labeling and
25 NCCN guidelines in existence at the time."

Page 163

1     Do you see that?
2  A. I do.
3  Q. Okay. Now, for starters,
4  what's in the label for Taxotere is very
5  different than what's in the approved
6  preferred NCCN guideline regimens, correct?
7  A. Correct. There's a lot more in
8  the NCCN than there is in the approved
9  indications.
10 Q. Right. The approved indication
11 for adjuvant care of early stage breast
12 cancer in the Taxotere label is and has
13 always been only TAC, correct?
14 A. That's correct.
15 Q. Okay. And even you yourself
16 have a preferred regimen -- when I say
17 "preferred," your preferred choice to use in
18 the adjuvant setting when using Taxotere as
19 TC, correct?
20 A. Often, that's correct.
21 Q. Is that your most frequently
22 used adjuvant treatment for women with early
23 stage breast cancer?
24 A. In HER2-negatives, yes.
25 Q. Okay. And that, your own

Page 164

1  preferred personal choice, is off-label,
2  correct?
3  A. In the sense that the dose of
4  Adriamycin is zero, yes.
5  Q. Okay. But that's something
6  that -- I mean, it's well-known in your
7  industry, your business, that oncologists
8  follow regimens that are either documented in
9  clinical trials or approved by the NCCN as
10 preferred regimens even if they aren't
11 on-label for Taxotere, correct?
12 A. That's true.
13 Q. Okay. And would you say that's
14 relatively well-known in the oncology, breast
15 oncology circles?
16 A. Yes.
17 Q. Okay. And because you yourself
18 have been involved in performing, I don't
19 know if that's even the right word, or
20 conducting clinical trials, I assume you
21 approve of patients participating in clinical
22 trials?
23 A. Yes.
24 Q. Right. Again, I think you may
25 have already said this, but for purposes of

Page 165

1  making sure I have a clean record, you will
2  not be offering an opinion that there was
3  anything wrong with Ms. Kahn receiving her
4  care in the context of a clinical trial?
5  A. I will not.
6  Q. And without clinical trials in
7  patients like Ms. Kahn, the advancements in
8  chemotherapy and for adjuvant care of early
9  stage breast cancer would not occur as you've
10 described them in your report and throughout
11 this deposition, right?
12 A. That's correct.
13 Q. All right. And you enroll
14 patients -- I mean, do you currently enroll
15 patients in clinical trials?
16 A. I do.
17 Q. And that has been the case for,
18 what, the 30 years you've been practicing as
19 a -- 30-plus years you've been practicing as
20 an oncologist?
21 A. That's correct.
22 Q. Okay. Now, in the context of
23 Ms. Kahn's treatment within the B-40 NSABP
24 study, would the term "backbone" be
25 appropriate for -- an appropriate description

42 (Pages 162 to 165)

Page 166

1  for the Taxotere, Adriamycin, and
2  cyclophosphamide that she used in the
3  clinical trial, that those three drugs were
4  the backbone of the regimen she received?
5      A.  Yes, that would be one way to
6  say it.  Another would be that the
7  gemcitabine, the bevacizumab, and the
8  capecitabine were the experimental part of
9  this.  Those were the things that were being
10 tested to see if they added anything.
11     Q.  Okay.  But those were the drugs
12 that they were investigating in the NSABP,
13 but the backbone was the Taxotere,
14 Adriamycin, and cyclophosphamide, right?
15     A.  Yes.
16     Q.  Okay.  And at page 43 of your
17 report you have a discussion about the
18 informed consent identifying hair loss as the
19 first and most common side effect for
20 doxorubicin, capecitabine, cyclophosphamide,
21 and docetaxel, correct?
22     A.  That's correct.
23     Q.  You were not, you yourself were
24 not a part of the NSABP B-40 study?
25     A.  I think we had it open here at

Page 167

1  UCLA.  I don't think I put anybody on it.
2      Q.  Okay.  When you say "we had it
3  open," it was a study that you could have
4  enrolled people in, but you don't think that
5  you did?
6      A.  That's correct.
7      Q.  Okay.  Do you know any of the
8  primary study investigators that were leading
9  the NSABP B-40 study?
10     A.  I probably do.  I just
11 haven't -- I just don't have the publication
12 in front of me to look at the author list.
13     Q.  Okay.  You certainly haven't
14 talked to any of them?
15     A.  No.  Well, not about this case.
16 If I know them I probably talked to them.
17     Q.  Right.  I understand.  Bad
18 question.  Thank you for correcting me with
19 your answer.
20         You do know from reading
21 Dr. Kardinal's deposition that he was a study
22 investigator?
23     A.  I do.
24     Q.  Okay.
25     A.  By definition, he couldn't put

Page 168

1  the patient on the trial if he wasn't an
2  investigator, so yes.
3      Q.  Okay.  Excellent.
4          And did you review his
5  deposition and note his interpretation of
6  what alopecia meant?
7      A.  Yes.
8      Q.  Okay.  And did you note that he
9  said he noted it to be temporary, reversible
10 alopecia?
11     A.  That's correct.
12     Q.  Okay.  You don't dispute his
13 interpretation there, do you?
14     A.  I don't dispute that.  I
15 believe that most patients can recover, so
16 yes, it's reversible.
17     Q.  Okay.  And did you note that
18 Dr. Kardinal's testimony where he stated that
19 if he had been informed of the risk of
20 permanent alopecia with the use of Taxotere
21 he would have informed and communicated that
22 to Ms. Kahn?
23     A.  I think I saw that in there,
24 but the testimony will speak for itself.
25     Q.  Sure.

Page 169

1          And he had stated that had
2  Ms. Kahn stated to him that she chose not to
3  accept that risk, he would have provided her
4  with alternative therapies?
5      A.  I saw that.
6      Q.  Okay.  And just generally
7  speaking, when you talk to patients and
8  encourage them to be active participants in
9  choosing what care they receive, when a
10 patient tells you they don't want to do
11 something, do you honor their choice and
12 offer them alternatives?
13     A.  Yes, I try to.  There are -- if
14 you have a patient with appendicitis who
15 doesn't want to get their appendix out, I
16 fight with them, okay, because that's the
17 only treatment and it's a big problem if you
18 don't do it.
19         If there's an alternative that
20 we can turn to, if it's a treatment that
21 they're declining that I'd be comfortable to
22 provide them with decent treatment, then I am
23 flexible and change treatments.
24     Q.  Okay.  And --
25     A.  The way you asked the question,