# EXHIBIT F

1

```
 1            UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5 ************************
                        *
 6 ELIZABETH KAHN,        *  CASE NO.
           Plaintiffs     *  2:16-CV-17039
 7                        *
                         *
 8 VERSUS                 *
                         *
 9                        *
   SANOFI S.A., ET AL     *
10        Defendants      *
                         *
11 ************************

12

13

14

15

16

17

18   Job No. NJ2756392

19

20          Deposition of ELIZABETH SARA

21 KAHN, taken on Thursday, December 7, 2017,

22 commencing at 8:34 a.m., at the law offices

23 of Pendley, Baudin & Coffin, 1515 Poydras

24 Street, Suite 1400, New Orleans, Louisiana

25 70112.
```

190

1  your -- oh.  Let me know when you're there.
2      A. Uh-huh (affirmative).
3      Q. Is your signature on Page 1681?
4      A. Yes, that's my --
5      Q. And what does your signature
6  evidence?
7      A. What do you mean?
8      Q. Does it evidence your intent to
9  participate in the clinical trial?
10     A. Yes.
11     Q. Okay.  Now, aside from the last page,
12  which you also signed, are your initials on
13  the bottom of every other page?
14     A. Yes, they are.
15     Q. And does that mean that you read
16  those pages of the consent?
17     A. Yes.  And that my doctor and the
18  nurse went over each page with me.  And they
19  went over each page, and then I would sign.
20     Q. So you had the opportunity to read
21  it, then they would talk about it, and then
22  you would sign it; is that correct?
23     A. Yes.
24     Q. Okay.  So let's talk about the
25  purpose of the study.  I think you talked a

191

1  little about that earlier, but let's look at
2  what the actual clinical trial documents said
3  about the purpose of the study.  Let's look
4  at Page 1657.  I'm looking at the third
5  bullet point.
6      A. Uh-huh (affirmative).
7      Q. And it says that -- I quote:  Purpose
8  of the study is to learn more about the side
9  effects of the combination of drugs used in
10  this study.  End quote.
11         Did I read that right?
12     A. Yes.
13     Q. So you knew that your -- that the
14  study was trying to learn about side effects,
15  right?
16     A. Yes.
17     Q. And by that, it meant that they
18  didn't know how the side effects of the
19  combination of the drugs -- what those side
20  effects of the combination would be.
21     MR. COFFIN:
22         Object to the form.
23     MS. BIERI:
24         I can restate it.
25  EXAMINATION BY MS. BIERI:

192

1      Q. Okay.  The document says:  A purpose
2  of this study is to learn more about the side
3  effects of the combinations of drugs used in
4  this study, correct?
5      A. Yes.
6      Q. So that means that they didn't know
7  what the side effects of the combinations of
8  drugs used in the study would be, correct?
9      MR. COFFIN:
10         Object to the form.
11  EXAMINATION BY MS. BIERI:
12     Q. Is that your understanding?
13     A. Well, not exactly.
14     Q. What is your understanding then?
15     A. Because it's the combination -- it's
16  to see about whether there are side effects
17  regarding the heart and then the side effects
18  regarding how patients recover from breast
19  surgery.  Those are the side effects that
20  they're looking at.
21     Q. Well --
22     A. So it's not just side effects in
23  general.  It's about those specific.
24     Q. Let's read the next sentence.  The
25  first word of the sentence is:  Included in

193

1  what we will learn about side effects will be
2  whether or not adding Avastin -- it's
3  really --
4      A. Uh-huh (affirmative).  Bevacizumab.
5      Q. -- B-E-V-A-C-I-Z-U-M-A-B to
6  chemotherapy for breast cancer will affect
7  the heart, correct?
8      MR. COFFIN:
9         Object to the form.
10     MS. BIERI:
11         I'm not done.
12     MR. COFFIN:
13         Oh.
14  EXAMINATION BY MS. BIERI:
15     Q. That means that one of the side
16  effects that they were interested in learning
17  about was the effect of the combination on
18  the heart, correct?
19     A. Yes.  And the other one is about
20  recovery from breast surgery.  They list the
21  two side effects that they're talking about.
22     Q. So you understood that your doctors
23  were trying specifically to understand how
24  the addition of Avastin to a chemotherapy
25  regimen would affect the heart, correct?

49 (Pages 190 to 193)

202

```
 1      MS. BIERI:
 2      Can you read it back?
 3      (Reporter complies).
 4   THE WITNESS:
 5      Yes.  It's one of the -- it's the
 6 side effects that are listed here.
 7 EXAMINATION BY MS. BIERI:
 8   Q.  Why were you willing to take that
 9 risk?
10      MR. COFFIN:
11      Object to the form.
12   THE WITNESS:
13      Because there were many risks
14 with chemotherapy.
15 EXAMINATION BY MS. BIERI:
16   Q.  Any kind of chemotherapy you take,
17 there are a lot of risks, right?
18   A.  Yes.  Every single drug that I took
19 had possible risks.
20   Q.  Do you think that there's a
21 chemotherapy drug out there that you could
22 take that doesn't have risks?
23   A.  I don't know.
24   Q.  Are you aware of any?
25   A.  Not that I know of.  But drugs change
```

203

```
 1 all the time, and I haven't been treated for
 2 cancer in the last ten years, so I don't
 3 know.
 4   Q.  Okay.  Let's look at Page 1665.
 5 Okay?  So under -- let's look at the section
 6 that says:  What side effects or risks can I
 7 expect from this study?
 8      And it says:  You may have side
 9 effects while on this study.  Most of these
10 are listed here, but there may be other side
11 effects that we cannot predict.  Side effects
12 will vary from person to person.  Everyone
13 taking part in the study will be carefully
14 watched for any side effects.  However,
15 doctors do not know all of the side effects
16 that may happen.  Side effects may be mild or
17 very serious.
18      So you understood that there could be
19 side effects that your doctors couldn't
20 predict, correct?
21   A.  Yes.
22   Q.  You understood that you couldn't know
23 all of the side effects that could happen.
24      MR. COFFIN:
25      Object to the form.
```

204

```
 1 EXAMINATION BY MS. BIERI:
 2   Q.  Is that what you understood from
 3 reading that paragraph?
 4   A.  Yes.
 5   Q.  And do you understand that you were
 6 at risk for some very serious side effects?
 7   A.  Yes.
 8   Q.  And the last sentence says:  In some
 9 cases, side effects may be very serious,
10 long-lasting, or may never go away.  There is
11 also a risk of death.
12      The potential of long-lasting or
13 permanent side effects was not specific to
14 any particular side effect, correct?  This
15 isn't discussed in connection with a
16 particular side effect, right?
17      MR. COFFIN:
18      Object to the form.
19   THE WITNESS:
20      They're not being particular
21 here.
22 EXAMINATION BY MS. BIERI:
23   Q.  No.
24   A.  Or specific here.
25   Q.  They're speaking overall about the
```

205

```
 1 risks and potential side effects of being in
 2 the study, right?
 3   A.  Yes.
 4   Q.  Okay.  In other words, you understood
 5 that any side effect could be long-lasting or
 6 might not go away, correct?
 7      MR. COFFIN:
 8      Object to the form.
 9   THE WITNESS:
10      That's what I read here.
11 EXAMINATION BY MS. BIERI:
12   Q.  Okay.  Now, did you understand that
13 hair loss was a likely side effect of
14 participating in this study?
15   A.  I knew that temporary hair loss was
16 going to happen.  And I was told that by my
17 doctors, and I was told that by my nurses.
18   Q.  Okay.  You answered a little bit
19 different question than what I asked, but
20 we're going to take them both.
21      You said that your doctors and your
22 nurses told you that you would have temporary
23 hair loss; is that right?
24   A.  Correct.
25   Q.  Let's start with this.  Who told you
```

52 (Pages 202 to 205)