UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Opposition to Sanofi Defendants' Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Opposition to Sanofi Defendants' Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. UNDER SEAL.

New Orleans, Louisiana, this ___ of _____, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE