UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO *Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039 | |

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Opposition to Defendants' Motion for Summary Judgment Based on Preemption Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Opposition to Defendants' Motion for Summary Judgment Based on Preemption, Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and Exhibits 1-91 to her Opposition UNDER SEAL.

New Orleans, Louisiana, this ___ of September, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE