UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                             SECTION "H" (5)
                                                             JUDGE MILAZZO
                                                             MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Heather Mushrush, et al.*,
Case No. 17-cv-8434

### NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

      Defendants Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., Sagent Pharmaceuticals, Inc., Hospira, Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. hereby give notice that, in light of this Court's Order [Doc. 10906] granting several motions to amend complaints on similar grounds, they will not oppose Plaintiff's Motion to Amend her short form complaint [Doc. 11055]. Defendants reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

      Plaintiff originally filed an "Unopposed" Motion for Leave to File an Amended Complaint [Doc. 10867] on July 29, 2020. That motion represented that Defendants consented to the motion, but the undersigned defendants had not been contacted about consenting to the motion, as required by PTO 37A. Counsel for Defendants Actavis LLC, Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc. reached out to Plaintiff's counsel, who agreed to withdraw the motion and file an "Opposed" Motion for Leave to File An Amended Complaint so that Defendants could file their oppositions to the motion.

      Before Plaintiff was able to withdraw the her original motion, this Court entered its Order [Doc. 10906] granting several motions for leave to file amended complaints on similar bases. In

that Order, the Court expressly stated that "Defendants should raise their timeliness arguments at the summary judgment stage..." [Doc. 10906, p. 2.] Defendants continue to believe Plaintiff's claims are untimely as to the undersigned, and will raise statute of limitations, among other defenses, at the time directed by the Court.

Subsequently, Plaintiff filed a Motion of Withdrawal [Doc. 11054] of her prior filing and refiled her Motion for Leave to File an Amended Complaint [Doc. 11055] as an opposed motion on September 8, 2020. The Court granted Plaintiff's Motion of Withdrawal on September 10, 2020. [Doc. 11066.] Accordingly, the undersigned Defendants have no opposition to Plaintiff's Motion for Leave to File an Amended Complaint.

Dated:  September 15, 2020.

Respectfully submitted,

/s/ Michael J. Suffern
Michael J. Suffern
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com
jheis@ulmer.com

*Attorneys for Defendants Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc.*

/s/ Mara Cusker Gonzalez
Mark S. Cheffo
Mara Cusker Gonzalez
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
Fax: (212) 698-3599
mark.cheffo@dechert.com
maracusker.gonzalez@dechert.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                          /s/ Michael J. Suffern