UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Juanita Greer, Case No. 2:18-cv-11728**

**DEFENDANTS' MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF THEIR MOTION FOR JUDGMENT
ON THE PLEADINGS BASED ON THE STATUTE OF LIMITATIONS**

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to file a Reply in Support of their Motion for Judgment on the Pleadings Based on the Statute of Limitations.

WHEREFORE, Sanofi respectfully requests that this Court grant leave to file its Reply in Support of its Motion for Judgment on the Pleadings Based on the Statute of Limitations.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

>Harley Ratliff
>Adrienne L. Byard
>**SHOOK, HARDY & BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-47p4-6550
>Facsimile:  816-421-5547
>hratliff@shb.com
>abyard@shb.com
>
>*Counsel for sanofi-aventis U.S., LLC and Sanofi US Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

>/s/ *Douglas J. Moore*