# EXHIBIT F

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

*************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                         Civil Action No. 16-MD-2740
                         Section "H"(5)
                         New Orleans, Louisiana
                         September 5, 2019

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************


                 TRANSCRIPT OF MOTION HEARING
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS:

                   DAWN BARRIOS
                   BARRIOS KINGSDORF & CASTEIX
                   701 POYDRAS STREET
                   SUITE 3650
                   NEW ORLEANS, LA 70139

                   MATTHEW PALMER LAMBERT
                   GAINSBURGH BENJAMIN DAVID MEUNIER
                   & WARSHAUER
                   1100 POYDRAS STREET
                   SUITE 2800
                   NEW ORLEANS, LA 70163

                   DARIN SCHANKER
                   BACHUS & SCHANKER
                   1899 WYNKOOP STREET
                   SUITE 700
                   DENVER, CO 80202

                   CHRISTOPHER COFFIN
                   PENDLEY BAUDIN & COFFIN
                   1515 POYDRAS STREET
                   NEW ORLEANS, LA 70112
```

| | | |
|---|---|---|
| 01:42:20PM | **1** | cases of permanent alopecia -- |
| 01:42:23PM | **2** | THE COURT:  But that would certainly be fodder for |
| 01:42:27PM | **3** | cross-examination for your expert.  This is what I'm |
| 01:42:30PM | **4** | thinking.  This is what my notes say.  Plaintiff has the |
| 01:42:33PM | **5** | burden of proof.  You have the burden of proof on causation |
| 01:42:36PM | **6** | and the defendants have to challenge that.  Now, I think they |
| 01:42:41PM | **7** | have to have a good faith basis for the challenge.  I |
| 01:42:47PM | **8** | think -- you can't throw out just speculative questions on |
| 01:42:54PM | **9** | cross-examination.  It's got to be a good faith basis for you |
| 01:42:58PM | **10** | to question the expert, but I think they're going to have to |
| 01:43:02PM | **11** | be able to question your experts about other chemotherapy |
| 01:43:06PM | **12** | drugs that were prescribed to Ms. Earnest and whether or not |
| 01:43:10PM | **13** | those caused permanent alopecia and I'm not going to preclude |
| 01:43:15PM | **14** | them from -- from challenging your causation experts. |
| 01:43:22PM | **15** | MR. SCHANKER:  And, Your Honor, I think specifically |
| 01:43:25PM | **16** | we're thinking about whether it be in opening statement or at |
| 01:43:27PM | **17** | other times at trial to try to infer that there is some sort |
| 01:43:31PM | **18** | of causation analysis that's taking place when there |
| 01:43:35PM | **19** | absolutely has not been.  There's no evidence in this case |
| 01:43:37PM | **20** | that A or C, none presented by any expert, that A or C caused |
| 01:43:42PM | **21** | it.  Certainly I understand what you're saying about |
| 01:43:45PM | **22** | cross-examination and, obviously, it's different.  Did T |
| 01:43:47PM | **23** | cause it?  Did Taxotere cause it?  But there does need to be |
| 01:43:52PM | **24** | a good faith basis that A or C did and, obviously, we can |
| 01:43:55PM | **25** | watch that closely on cross-examination.  But some sort of |