UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

### ORDER

       Considering the *Ex Parte* Motion For Leave To File Exhibits A, B, C, and D to Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of Janet Arrowsmith, M.D Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

       **IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A (Rec. Doc. 11098-1), B (Rec. Doc. 11098-2), C (Rec. Doc. 11098-3), and D (Rec. Doc. 11098-4) UNDER SEAL.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE