# EXHIBIT C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION     *     Docket No.: 16-MD-2740
                                  *     Section "H(5)"
                                  *     New Orleans, Louisiana
*Relates to:  Barbara Earnest*      *     September 19, 2019
*Case No.: 16-CV-17144*             *
* * * * * * * * * * * * * * * * *


DAY 4 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:


For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139



For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163



For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163


OFFICIAL TRANSCRIPT

Page 33

1056

ANTONELLA TOSTI - CROSS

1:54PM 1  Q.  Okay.  And let me try to pull those up.

1:54PM 2      You looked at cyclophosphamide; correct?

1:54PM 3  A.  Yes.  I don't know the data about these drugs exactly.  I

1:55PM 4  see here, but I don't know if they -- patients took these,

1:55PM 5  association.  Not just cyclophosphamide alone.  I don't know.

1:55PM 6  Q.  Okay.  Cyclophosphamide is listed; right?

1:55PM 7  A.  But it's listed maybe in association with methotrexate and

1:55PM 8  fluorouracil.

1:55PM 9  Q.  Well, Doctor, there may be a lot of things going on here.

1:55PM10  I don't know.  I'm just asking you is cyclophosphamide listed?

1:55PM11  A.  It's listed.

1:55PM12  Q.  Okay.  And what it says next to cyclophosphamide, which is

1:55PM13  Cytoxan, and then two other drugs that are listed, it has a

1:55PM14  number of 13; correct?

1:55PM15  A.  But you don't know which one as the number.  It's a mix to

1:55PM16  it.

1:55PM17  Q.  I didn't ask that, ma'am.  I'm just asking you is the

1:55PM18  number 13 there.

1:55PM19  A.  I see number 13, but it's for three drugs, not for one.

1:55PM20  Q.  I understand.  And all I'm asking you is that some number

1:55PM21  of those 13 patients, I know you don't know how many today, but

1:55PM22  some number within those 13 patients took cyclophosphamide --

1:56PM23  A.  I am very aware of this, yes.

1:56PM24  Q.  -- and had persistent chemotherapy-induced alopecia?

1:56PM25  A.  Yes.

OFFICIAL TRANSCRIPT

Page 34

1057

ANTONELLA TOSTI - CROSS

1:56PM 1  Q.  As you sit here today, you don't know if the number is

1:56PM 2  one, you don't know if the number is 10 for cyclophosphamide;

1:56PM 3  right?

1:56PM 4  A.  Absolutely, I don't know.

1:56PM 5  Q.  Okay.  And then if we look a little further down, it says

1:56PM 6  "doxorubicin."  Do you see that?

1:56PM 7  A.  Yes, I do.

1:56PM 8  Q.  And if lists other drugs as well?

1:56PM 9  A.  Yes.

1:56PM10  Q.  Doxorubicin is Adriamycin; right?

1:56PM11  A.  Yes.

1:56PM12  Q.  And in your paper published in 2109, you recorded five

1:56PM13  cases for a group of drugs, including Adriamycin, where you saw

1:56PM14  five patients with persistent chemotherapy-induced alopecia;

1:56PM15  correct?

1:56PM16  A.  They were also taking Adriamycin.

1:56PM17  Q.  Right.  And that's what I'm saying.  You don't know of

1:56PM18  that five patients who had persistent chemotherapy-induced

1:56PM19  alopecia, if it was two or three or four or even just one of

1:57PM20  them that had that drug, but you know some of them did;

1:57PM21  correct?

1:57PM22  A.  Yes, but what I really think is that those drugs are, you

1:57PM23  know, sometimes occasionally causing the problem.  I never said

1:57PM24  they never cause.  It's just a question of, likely, frequency.

1:57PM25  Q.  One of the other drugs that the jury has heard a little

OFFICIAL TRANSCRIPT

Page 35

1058

ANTONELLA TOSTI - CROSS

1:57PM 1  bit about, and I think you discussed on your direct exam, is

1:57PM 2  fluorouracil; correct?

1:57PM 3  A.  No, I have no experience with that.  I discussed busulfan.

1:57PM 4  I have experience with busulfan.

1:57PM 5  Q.  All right.  But you've heard of fluorouracil; correct?

1:58PM 6  A.  Sorry?

1:58PM 7  Q.  Fluorouracil.  I just highlighted it on the page.

1:58PM 8  A.  Yes, I have no experience with that drug.

1:58PM 9  Q.  Okay.  But it's included within your group where some

1:58PM10  number of patients within that 13 had persistent

1:58PM11  chemotherapy-induced alopecia after taking fluorouracil; right?

1:58PM12  A.  Yes.

1:58PM13  Q.  Okay.  Now, the jury's heard a little bit about a drug

1:58PM14  regimen.  They heard about FAC, F-A-C.  And they've also heard

1:58PM15  about a regimen called FEC, F-E-C.  All right.  And do you

1:58PM16  understand the E in FEC to be epirubicin?

1:58PM17  A.  I'm not an oncologist, and to be honest, I don't feel I

1:58PM18  can give an expert opinion, but I'm here and I will do what I

1:59PM19  can do.

1:59PM20  Q.  Well, let me ask you this, Doctor:  There's case reports

1:59PM21  of persistent chemotherapy-induced alopecia with the F-E-C, or

1:59PM22  FEC, regimen; true?

1:59PM23  A.  I think so.

1:59PM24  Q.  And the E in the FEC is also included within your study?

1:59PM25  Right?  Epirubicin?

OFFICIAL TRANSCRIPT

Page 36

1059

ANTONELLA TOSTI - CROSS

1:59PM 1  A.  Yes.

1:59PM 2  Q.  Okay.  Let me find that.

1:59PM 3      I may have misspoke, and I apologize.  I couldn't

1:59PM 4  find it because you actually don't comment on epirubicin in the

2:00PM 5  study.

2:00PM 6      All right.  So let's -- let's go back to

2:00PM 7  Mrs. Earnest.  Okay?

2:00PM 8  A.  Yes.

2:00PM 9  Q.  All right.  Now, we talked about Mrs. Earnest taking

2:00PM10  hormone therapy or Arimidex; true?

2:00PM11  A.  Yes.

2:00PM12  Q.  And I believe what these drugs are called -- and we

2:00PM13  haven't spent as much time on them as we have the chemotherapy

2:00PM14  drugs, so I'd like to just spend a moment here.

2:00PM15      But I think what they're called is aromatase

2:00PM16  inhibitors; true?

2:00PM17  A.  Yes.

2:00PM18  Q.  And doctors use Arimidex for women who have been diagnosed

2:00PM19  with cancer, particularly if they're past menopause; right?

2:00PM20  A.  Yes.

2:01PM21  Q.  Like Mrs. Earnest; correct?

2:01PM22  A.  Yes.  And I explained today that they're used for

2:01PM23  estrogen-positive breast cancer, not always.

2:01PM24  Q.  And you would agree with me that aromatase inhibitors,

2:01PM25  like Arimidex, cause hormonal changes in the body?

OFFICIAL TRANSCRIPT