# EXHIBIT D

```
                                                                  1
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4  IN RE:  TAXOTERE (DOCETAXEL)        MDL No. 2740

 5  PRODUCTS LIABILITY LITIGATION

 6

 7  This Document Relates to:          SECTION: H

 8

 9  Antoinette Durden, Case No. 2:16-cv-16635;

10  Tanya Francis, Case No. 2:16-cv-17410;

11  Barbara Earnest, Case No. 2:16-cv-17144

12

13

14

15

16

17      VIDEOTAPED DEPOSITION OF COLE CLAIBORNE, M.D.

18

19        Taken at the Offices of MD Claiborne

20        Dermatology, 1477 Louisiana Avenue, New

21        Orleans, Louisiana, on Friday, November 2,

22        2018, beginning at 1:00 p.m.

23

24  JOB NO. 3069333

25
```

## Page 38

1  A. Sure.
2  Q. Would you agree that you are not an
3  expert in oncology when it comes to breast cancer
4  treatments?
5  A. Yep.
6  Q. So let's shift gears a little bit and
7  talk about hair loss. So can you put a percentage
8  on the percentage of women that will have hair
9  loss issues during their lifetime?
10 MR. CENTOLA:
11      Objection, form.
12 A. God, I swear, about ninety-something
13 percent.
14 MR. SEARS:
15 Q. We briefly touched upon this, but there's
16 multiple different forms of alopecia?
17 A. Uh-huh.
18 Q. Is that a yes?
19 A. Yes.
20 Q. And there's many different causes of
21 alopecia?
22 A. Correct.
23 Q. And the cause of any type of alopecia
24 could also be multifactorial?
25 A. You would be very hard-pressed to find

## Page 39

1  something that would be singularly factorial. And
2  it's quite difficult to delineate a true etiology
3  in a number of patients.
4  Q. So even on one woman's scalp, there could
5  be multiple different forms of alopecia going on?
6  A. Correct.
7  Q. And within those multiple forms of
8  alopecia, there could be multiple different causes
9  of that alopecia?
10 A. Yep.
11 Q. So while punch biopsies may provide some
12 information, there are limitations on the amount
13 of information that can be derived from a punch
14 biopsy?
15 A. Of course. It's a limited sample of the
16 whole picture.
17 Q. And so what is the diameter of a
18 traditional punch biopsy?
19 A. It depends. I mean, we have them.
20 Everybody's office is going to have a variety of
21 sizes, as small as two millimeters to as high as
22 eight.
23 Q. Do you recall what size you used on these
24 three women?
25 A. Probably either three or four. I don't

## Page 40

1  know off the top of my head. I could look. Four
2  millimeter.
3  Q. About how large is four millimeters?
4  A. Maybe a little larger than an eraser on a
5  pencil.
6  Q. So would you just describe how a punch
7  biopsy works?
8  A. Sure. To do a punch biopsy, typically,
9  you will consent the patient. You will
10 anesthetize the area. Typically, we use lidocaine
11 with epinephrine, buffered with bicarbonate, as
12 well. You inject that area. You let it sit for a
13 few minutes. You take the punch biopsy, which is
14 essentially a cookie cutter like device. You
15 apply it to the skin with a twisting motion. It
16 basically cuts a plug of tissue. That tissue is
17 then elevated. And then you snip the base and
18 underlying fascia, trying to get as much of
19 everything as possible so you have an intact
20 specimen. That specimen is immediately placed in
21 formalin. And then the scalp, in particular, we
22 typically use nylon suture. I use 4-0 in these
23 patients' instances, put about two simple stitches
24 in, give them wound care instructions, and a
25 Band-Aid, sent them on their merry way.

## Page 41

1  Q. So the size of the punch biopsy is about
2  the end of an eraser?
3  A. Yep.
4  Q. So the pathologist is only looking at the
5  portion of the scalp where that punch biopsy was
6  taken from?
7  A. Correct.
8  Q. So another four millimeters over on the
9  scalp, that pathologist would not know what was
10 going on there, right?
11 A. Correct.
12 Q. Or, really, any other part of the scalp?
13 A. Correct.
14 Q. Let's talk a little bit about your daily
15 practice. Let's say a patient comes in who is
16 complaining about hair loss. What would you do?
17 A. So, you have to take an adequate history,
18 number one. When did it begin? How long has it
19 been going on? Do you have any symptoms? Do you
20 have a family history of hair loss? Do you --
21 what are your other medical problems? What
22 medicines are you on? Have you seen any other
23 dermatologists before? Have you had any biopsies
24 before? Have you had any other prescription
25 treatments? What else? Any major stressors in