# EXHIBIT E

Page 1

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
 2
     IN RE:   TAXOTERE (DOCETAXEL)    MDL NO. 2740
 3   PRODUCTS LIABILITY LITIGATION    SECTION: H
 4   This document relates to:
     Antoinette Durden, Case No. 2:16-cv-16635
 5   Tanya Francis, Case No. 2:16-cv-17410
     Barbara Earnest, Case No. 2:16-cv-17144
 6   _____
     VIDEOTAPED EXPERT DEPOSITION
 7   CURTIS THOMPSON, M.D.
 8
     TAKEN IN BEHALF OF DEFENDANTS
 9   FRIDAY, NOVEMBER 30, 2018
     at 8:16 A.M.
10
11
     319 Southwest Washington Street, Suite 607
12   Portland, Oregon
13
14   BE IT REMEMBERED THAT, the videotaped expert
     deposition of CURTIS THOMPSON, M.D., was taken before
15   K.M., Court Reporter and Notary Public for the State
     of Oregon, on Friday, November 30, 2018, commencing
16   at the hour of 8:16 a.m., the proceedings being
     reported at 319 Southwest Washington Street, Suite
17   607, Portland, Oregon.
18
19
20
21
22
23      Job No. NJ3132952
24
25
```

Page 58

1 that they might even wax. And they are advancing to
2 where these hair follicles entirely go away or die.
3 And women, even though we're calling this the same
4 process, androgenetic alopecia, seem to progress but
5 they miniaturize and then it kind of stops. You do
6 see some women that get entirely bald, but very,
7 very rarely with this process. And for that reason,
8 these may be different in male and female. We don't
9 know. But at this point, we're calling them the
10 same process. But certainly the way the patients
11 present is different.
12     MR. SEARS: Respectfully, I didn't ask a
13 question. I'm going to move to strike all that.
14     And I've only got seven hours. It would
15 be really helpful if you could focus --
16     THE WITNESS: Okay.
17     MR. SEARS: -- on the question I'm asking
18 and just respond to that.
19 BY MR. SEARS:
20  Q. Okay. So I think I asked you what
21 percentage of women have clinically-significant hair
22 loss during their lifetime. What percentage of
23 women do you agree have clinically-significant hair
24 loss during their lifetime?
25     MS. ANDREWS: Objection.

Page 59

1     THE WITNESS: I don't know. I don't know
2 that number.
3 BY MR. SEARS:
4  Q. You can't offer anything?
5  A. No, I'm hesitant to -- it depends on the -
6 - I won't overtalk, but it depends on the population
7 you're looking at also, you know. Different ethnic
8 groups, different ages, average age, it just
9 depends.
10  Q. So there's many different forms of
11 alopecia, correct?
12  A. Yes.
13  Q. And there's many different causes of
14 alopecia?
15  A. Yes.
16  Q. And the cause of alopecia can be
17 multifactorial, right?
18  A. Yes.
19  Q. In other words, multifactorial means
20 there's more than one cause?
21  A. Yes.
22  Q. And even on one scalp there can be
23 multiple forms of alopecia occurring at the same
24 time?
25  A. Yes.

Page 60

1  Q. And diagnosing the type of alopecia can be
2 difficult, correct?
3  A. Yes.
4  Q. It can be challenging both for clinicians
5 and for pathologists, correct?
6  A. Yes. This is why I have a job.
7  Q. Well, it's good to have job security.
8  A. Yeah. I have job security.
9  Q. And clinically, one type of alopecia might
10 be confused for another type of alopecia, right?
11     MS. ANDREWS: Objection.
12     THE WITNESS: Well, that's why we do
13 biopsies.
14 BY MR. SEARS:
15  Q. Right. Because one type of alopecia can
16 be confused for another type of alopecia, right?
17     MS. ANDREWS: Objection.
18     THE WITNESS: By the clinician --
19 BY MR. SEARS:
20  Q. Yes, sir.
21  A. -- is that the -- yes, certainly.
22  Q. And even pathologically, one type of
23 alopecia could be confused for another type of
24 alopecia, correct?
25     MS. ANDREWS: Objection.

Page 61

1     THE WITNESS: Yes, they can. Yeah. Sure.
2 BY MR. SEARS:
3  Q. Let's do this because we're going to talk
4 about the scalp in a little bit. I just want to
5 make sure we're talking about the same terms. I'm
6 going to give you a piece of paper and could you
7 draw a scalp and label it with the various areas of
8 the scalp?
9  A. No.
10  Q. You can't do that?
11  A. I can't do that. You can show me a
12 picture of the scalp and I'll --
13  Q. How about if I draw it --
14  A. Okay.
15  Q. -- and you tell me if I'm right?
16  A. You draw that.
17  Q. I didn't go to art school.
18  A. Yeah, I'm below you.
19  Q. So this is the frontal region, right?
20  A. Yes.
21  Q. That can also be called the anterior; is
22 that true?
23  A. Sure.
24  Q. I'll draw an ear here. And then on the
25 side it's the temporal, right?