# EXHIBIT F

Page 1

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
     IN RE: TAXOTERE              )
 3   (DOCETAXEL) PRODUCTS         )
     LIABILITY LITIGATION         )
 4                                )   MDL No. 2740
     This Document Relates To:    )
 5                                )   SECTION: H
     Antoinette Durden, Case      )
 6   No. 2:16-cv-16635            )
                                  )
 7   Tanya Francis, Case          )
     No. 2:16-cv-17410;           )
 8                                )
     Barbara Earnest, Case        )
 9   No. 2:16-cv-17144            )
10
11   ********************************************************
12              ORAL VIDEOTAPED DEPOSITION OF
13                 LAURA PLUNKETT, PH.D.
14                   DECEMBER 10, 2018
15   ********************************************************
16
17
           ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18   PH.D., produced as a witness at the instance of the
     Defendants and duly sworn, was taken in the
19   above-styled and numbered cause on the 10th day of
     December, 2018, from 9:21 a.m. to 5:22 p.m., before
20   Stephanie Barringer, Certified Realtime Reporter
     (CRR), Registered Professional Reporter (RPR), and
21   Certified Shorthand Reporter (CSR) in and for the
     State of Texas, reported by stenographic means at the
22   offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
     Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23   the Federal Rules of Civil Procedure and the
     provisions stated on the record or attached hereto.
24
25   Job No. NJ3152742
```

Page 6

1   THE VIDEOGRAPHER: My name is
2 Jarek Barringer, representing Veritext.
3       The date today is 12/10/18, and
4 the time is approximately 9:21 a.m. This
5 deposition is being held at Fleming, Nolan and Jez,
6 LLP, located at 2800 Post Oak Boulevard,
7 Suite 4000, Houston, Texas 77056.
8       The caption of this case is
9 Darden, Antoinett versus Sanofi S.A. The name of
10 the witness is Laura Plunkett, MD.
11       At this time the attorneys
12 present in the room and everyone attending remotely
13 will identify themselves and the parties they
14 represent.
15       MR. MICELI: The witness' name is
16 Laura Plunkett, Ph.D.
17       And I am David Miceli for PSC.
18       MS. JEFFCOTT: Emily Jeffcott for
19 the SPC.
20       MR. NOLEN: Rand Nolen for PSC.
21       MS. SASTRE: Good morning. Hildy
22 Sastre with Shook, Hardy & Bacon on behalf of the
23 Sanofi defendants.
24       MR. RATLIFF: Harley Ratliff on
25 behalf of Sanofi.

Page 7

1       MS. PETERSON: Torrey Person on
2 behalf of Sanofi with Shook, Hardy.
3       THE VIDEOGRAPHER: Our court
4 reporter, Stephanie Barringer, representing
5 Veritext, will swear in the witness so we can
6 proceed.
7       LAURA PLUNKETT, PH.D.,
8 having been first duly sworn, testified as follows:
9             * * *
10            EXAMINATION
11   Q. (BY MS. SASTRE) Good afternoon,
12 Dr. Plunkett -- or good morning, I should say. I
13 already made my first mistake. Good morning,
14 Doctor.
15   A. Good morning.
16   Q. All right. Counsel who is with you today
17 just indicated that you are a Ph.D., not an M.D.;
18 is that correct?
19   A. That's correct.
20   Q. Okay. And so although we're going to be
21 calling you "Doctor" throughout the course of today
22 as we take your deposition, you are not a medical
23 doctor, correct?
24   A. That is correct.
25   Q. Okay. The doctorate that you have is a

Page 8

1 Ph.D., which is different than a medical doctor?
2   A. Yes, it is.
3   Q. Okay. Very good.
4       So I know I introduced myself to
5 you and we had a chance to talk for a moment or two
6 before we went on the record. But I would just
7 like to do it again.
8       My name is Hildy Sastre. I'm
9 with the law firm of Shook Hardy. And I represent
10 the Sanofi defendants in this case.
11       You understand that we're here
12 today to take your deposition?
13   A. Yes, I do.
14   Q. All right. And I also mentioned this
15 before, but I'll say it again: I try to break
16 about once an hour. Sometimes I forget to do that.
17       But if at any point you need a
18 break today, you need to stretch your legs or
19 whatever the case may be, please feel free to let
20 me know. All right?
21   A. Okay. I will.
22   Q. Okay. I anticipate we'll spend most if
23 not all of the day together. So it may be
24 important to take breaks at various times. All
25 right?

Page 9

1   A. All right.
2   Q. Okay. Now, I know you've been deposed
3 many times in the past, true?
4   A. Yes.
5   Q. How many times?
6   A. A total number, I don't know. This last
7 year, at least 25 times, I would imagine.
8   Q. In the past year?
9   A. Yes.
10   Q. And so what's your best estimate, since
11 you've been providing expert witness services, how
12 many times you've been deposed?
13   A. Well over 100 times totally. I don't
14 have an exact number. I've been doing this -- my
15 first testimony was back in 1993 when I worked for
16 Environ Corporation. So hundreds of times,
17 probably, over 20-some years now.
18   Q. Okay. And you said you've given
19 25 depositions this year, in 2018?
20   A. I believe that's true, yes.
21   Q. And has that rate typically been true
22 for, say, the last ten-year period, about
23 25 depositions a year?
24   A. Well, it's not just depositions.
25 25 trial and deposition appearances.