# EXHIBIT G

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                     MDL No. 2740
 3                   SECTION:  H
 4    IN RE: TAXOTERE (DOCETAXEL)
 5    PRODUCTS LIABILITY LITIGATION
 6    This Document Relates To:
 7    Sheila Crayton, Case No. 2:17-cv-05923;
      Cynthia Thibodeaux, Case No. 2:16-cv-15859;
 8    _____/
 9                              1633 North Bayshore Drive
                                Miami, Florida
10                              December 12, 2019
                                9:08 a.m. - 6:13 p.m.
11
12           VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
13       Taken before SUZANNE VITALE, R.P.R., F.P.R.
14    and Notary Public for the State of Florida at Large,
15    pursuant to Notice of Taking Deposition filed in the
16    above cause.
17
18
19
20
21
22
23
24
25
```

Page 178

1  BY MR. SEARS:
2  Q.  Wouldn't it be helpful to know the rates
3  of survival associated with any chemotherapy drugs
4  over time in evaluating whether that drug or other
5  drugs can cause PCIA?
6      MR. SCHANKER:  Objection, form.
7      THE WITNESS:  I write, for instance, quite
8   frequently the literature about busulfan.  Now
9   that they survive, they found that up to
10  40 percent of patients had PCIA.
11 BY MR. SEARS:
12  Q.  Do you know how many people lived back in
13 the 1950s and 1960s for over six months after
14 receiving busulfan?
15     MR. SCHANKER:  Objection, form.
16     THE WITNESS:  I believe that at that time,
17  you had the bone marrow transplantation.  Most
18  people didn't survive the transplantation.
19 BY MR. SEARS:
20  Q.  Really what I'm asking you is for a
21 percentage.
22     Do you have any idea what percentage of
23 people survived in the 1950s, 1960s and 1970s after
24 being treated with busulfan?
25     MR. SCHANKER:  Objection, form.

Page 179

1      THE WITNESS:  This is not my field of
2   expertise.
3  BY MR. SEARS:
4   Q.  We can agree that busulfan is an example
5  of a chemotherapy drug that was on the market for
6  nearly 30 years before there was a published case
7  report of PCIA?
8      MR. SCHANKER:  Objection, form.
9      THE WITNESS:  I believe this is due to the
10  fact that patients did not survive six months,
11  which is the minimum to see PCIA.
12 BY MR. SEARS:
13  Q.  Do you know when the first case reports
14 were of adriamycin and cyclophosphamide causing PCIA
15 in a breast cancer setting?
16  A.  I can check.  But I believe, you know,
17 cannot be before 2000, so 2000.
18  Q.  You're aware that adriamycin and
19 cyclophosphamide were both used to treat breast
20 cancer for 20 to 30 years before those reports?
21  A.  Yes.
22  Q.  Yes.
23     MR. SEARS:  We'll take a break.
24     THE VIDEOGRAPHER:  We're off the record.
25  The time is 1:04 p.m.

Page 180

1      (Lunch recess taken.)
2      THE VIDEOGRAPHER:  We're back on the
3   record.  The time is 2:09 p.m.
4  BY MR. SEARS:
5   Q.  Are you ready to keep going?
6   A.  Yes.
7   Q.  You don't sound sure.
8      So there's been reports of PCIA from an
9  adriamycin/cyclophosphamide regimen, correct?
10     MR. SCHANKER:  Objection, form.
11     THE WITNESS:  Yes, very few cases.
12 BY MR. SEARS:
13  Q.  So in the adriamycin/cyclophosphamide
14 regimen, which drug is causing the PCIA?
15     MR. SCHANKER:  Objection, form.
16     THE WITNESS:  I don't know.
17 BY MR. SEARS:
18  Q.  So when we were talking about hair loss
19 after chemotherapy regimens and endocrine therapy,
20 you were making a point of saying if the hair did
21 not regrow after six months, that would be an
22 indication whether it's the chemo or the endocrine
23 therapy.
24     Do you remember that?
25     MR. SCHANKER:  Objection, form.

Page 181

1      THE WITNESS:  What I said is different, is
2   that to make a diagnosis of alopecia from
3   endocrine therapy, you have to have the patient
4   with hair, so the patient should start with
5   hair.
6  BY MR. SEARS:
7   Q.  Would a patient know, after receiving
8  chemotherapy, that their hair did not regrow after
9  six months?
10     MR. SCHANKER:  Objection, form.
11     THE WITNESS:  What's the question?
12 BY MR. SEARS:
13  Q.  So if a patient took chemotherapy and the
14 hair did not regrow after six months, would the
15 patient know that there's some sort of issue going
16 on?
17     MR. SCHANKER:  Objection, form.
18     THE WITNESS:  I think so.
19 BY MR. SEARS:
20  Q.  So if I were to give you 100 photographs
21 of patients who had PCIA, would you be able to look
22 at the photographs and tell me which of those
23 patients received Taxotere?
24     MR. SCHANKER:  Objection, form.
25     THE WITNESS:  I cannot make a diagnosis on

Page 310

1    that without that factor, the problem doesn't
2    happen. Something necessary for a problem to
3    happen.
4  BY MR. SEARS:
5    Q. Have you ever used that term outside of
6  litigation?
7        MR. SCHANKER: Objection, form.
8        THE WITNESS: No. I would say a necessary
9    factor in my language.
10 BY MR. SEARS:
11   Q. Where did you find the term "substantial
12 contributing factor"?
13       MR. SCHANKER: Objection, form.
14       THE WITNESS: To be honest, I don't
15    remember.
16 BY MR. SEARS:
17   Q. Do you know if the term "substantial
18 contributing factor" is a legal term?
19       MR. SCHANKER: Objection, form.
20       THE WITNESS: I don't think so, because
21    substantially can be a normal word.
22 BY MR. SEARS:
23   Q. So if Ms. Thibodeaux received a
24 chemotherapy regimen that did not include Taxotere
25 but still included adriamycin and cyclophosphamide,

Page 311

1  she could still have developed PCIA, right?
2        MR. SCHANKER: Objection, form.
3        THE WITNESS: Very unlikely. There are
4    only few cases reported.
5  BY MR. SEARS:
6    Q. It's possible, isn't it?
7        MR. SCHANKER: Objection, form.
8        THE WITNESS: Possible but very unlikely.
9  BY MR. SEARS:
10   Q. You've mentioned a few times today that a
11 clinical history is important in assessing the cause
12 of hair loss?
13   A. Yes, clinical history is very, very
14 important.
15   Q. And you referred to a clinical history in
16 assessing PCIA as well, haven't you?
17   A. In assessing any hair disorders,
18 generally.
19   Q. So what do you need to know in a clinical
20 history for you to reach any sort of conclusion
21 about whether a specific drug in the chemotherapy
22 regimen is causing PCIA?
23       MR. SCHANKER: Objection, form.
24       THE WITNESS: The clinical history, it's
25    not just about drugs. It's about when the

Page 312

1    problem happened, how it develop, any
2    concomitant factor that may be relevant. So
3    drugs are only a part of the clinical history.
4  BY MR. SEARS:
5    Q. So when you're assessing a patient and one
6  of your differential diagnoses is PCIA, what would
7  you need in the clinical history for you to assess
8  if any specific drug was what was causing the PCIA?
9    A. First, I need to have a history of
10 incomplete hair regrow after chemotherapy.
11       And then I ask for which drugs were used.
12 And then the specific drug may be possible to
13 determine or maybe not, but in case of Taxotere, I
14 think that's the specific drug because there are
15 reports, there are data.
16   Q. So if a woman comes to you and tells you,
17 I took chemotherapy, my hair did not regrow and I
18 took a Taxotere-containing regimen, would you
19 automatically conclude the Taxotere was the cause of
20 the ongoing hair loss?
21   A. Honestly, yes.
22   Q. So for Ms. Thibodeaux, beyond knowing that
23 she received Taxotere, is there anything in her
24 history that allows you to conclude that Taxotere
25 was the cause of her PCIA as opposed to the other

Page 313

1  chemotherapy drugs that she received?
2        MR. SCHANKER: Objection, form.
3        THE WITNESS: Not in the history. History
4    of incomplete hair regrowth after chemotherapy
5    regimen that included Taxotere, for me, is a
6    very good indication that Taxotere was causing
7    the problem, was the main factor for the
8    problem.
9  BY MR. SEARS:
10   Q. So, in other words, besides the fact that
11 she received Taxotere, there's nothing in her
12 clinical history that would cause you to conclude
13 that Taxotere was the cause as opposed to adriamycin
14 or cyclophosphamide?
15       MR. SCHANKER: Objection, form.
16       THE WITNESS: Yes.
17 BY MR. SEARS:
18   Q. Is it your opinion that Ms. Thibodeaux's
19 alopecia is 100 percent caused by Taxotere?
20       MR. SCHANKER: Objection, form.
21       THE WITNESS: I cannot give percentage,
22    you know. I don't know.
23 BY MR. SEARS:
24   Q. Do you think that the adriamycin and
25 cyclophosphamide played a role in her PCIA?

Page 314

1     MR. SCHANKER: Objection, form.
2     THE WITNESS: Possibly some role.
3  BY MR. SEARS:
4     Q. What percentage role do you think the
5  adriamycin caused?
6     MR. SCHANKER: Objection, form.
7     THE WITNESS: I don't know. I cannot
8  guess a number on that.
9  BY MR. SEARS:
10    Q. What percentage role do you think the
11 cyclophosphamide caused?
12    MR. SCHANKER: Objection, form.
13    THE WITNESS: Again, I don't know.
14 BY MR. SEARS:
15    Q. What percentage role do you think the
16 Gemzar played?
17    A. I don't know.
18    Q. What percentage role do you think the
19 Avastin played?
20    MR. SCHANKER: Objection, form.
21    THE WITNESS: Zero.
22 BY MR. SEARS:
23    Q. Do you think if Ms. Thibodeaux received
24 Taxotere as a monotherapy, she would have gone on to
25 develop PCIA?

Page 315

1     MR. SCHANKER: Objection, form.
2     THE WITNESS: Again, it's unlikely, you
3  know.
4     MR. SEARS: Let's go off the record. I
5  think I might be finished. I just want to make
6  sure I didn't mess anything up too bad.
7     THE VIDEOGRAPHER: We're off the record.
8  The time is 5:34 p.m.
9     (Short recess taken.)
10    THE VIDEOGRAPHER: We're back on the
11 record. The time is 5:36 p.m.
12    MR. SEARS: I think I'm finished absent
13 any questions you might get from plaintiffs'
14 counsel. Thank you for your time.
15    MR. SCHANKER: We'll go off the record.
16 Just let us step outside for one second.
17    THE VIDEOGRAPHER: We're off the record.
18 The time is 5:37 p.m.
19    (Short recess taken.)
20    THE VIDEOGRAPHER: Back on the record.
21 The time is 5:39 p.m.
22              CROSS EXAMINATION
23 BY MR. SCHANKER:
24    Q. Good evening, Dr. Tosti.
25    A. Good evening.

Page 316

1     Q. You were asked questions on the record for
2  over six hours by defense attorney in this case.
3     Does that sound about right?
4     A. Yes, could be worse, because I expected
5  seven, so I feel --
6     Q. Lucky you.
7     A. -- thankful.
8     (Thereupon, the referred-to document was
9  marked by the court reporter for Identification as
10 Plaintiffs' Exhibit 22.)
11    MR. SCHANKER: Just for the record, we
12 we'll mark, as Exhibit 22 Plaintiffs'
13 Objections and Responses to Defendants' Notice
14 of Videotaped Deposition of Antonella Tosti,
15 M.D.
16 BY MR. SCHANKER:
17    Q. And for the record, also, Dr. Tosti, I'll
18 make an Exhibit 23 what I believe is a copy of your
19 most recent CV.
20    Can you take a look at this and just
21 confirm that that, indeed, is?
22    A. Yes, December 2019.
23    (Thereupon, the referred-to document was
24 marked by the court reporter for Identification as
25 Plaintiffs' Exhibit 23.)

Page 317

1  BY MR. SCHANKER:
2     Q. Okay. Thank you.
3     Do you remember a few hours ago, you were
4  asked some questions about dosage of chemotherapy
5  drugs, in particular Taxotere?
6     You recall questions on that, right?
7     A. Yes.
8     (Thereupon, the referred-to document was
9  marked by the court reporter for Identification as
10 Plaintiffs' Exhibit 24.)
11 BY MR. SCHANKER:
12    Q. I've marked an article as Exhibit 24.
13 I'll place that before you.
14    And this is the Kluger article.
15    Are you familiar with this?
16    A. Yes.
17    Q. And the title is "Permanent Scalp Alopecia
18 Related to Breast Cancer Chemotherapy by sequential
19 fluoroucil/epirubicin/cyclophosphamide (FEC)and
20 docetaxel: A Prospective Study of 20 Patients."
21    Was this is an article -- this study
22 discusses -- first of all, did you rely upon this
23 study?
24    A. Yes. This is a good article. They also
25 have pathology.