# EXHIBIT H

Page 1166

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY          Docket No.: 16-MD-2740
LITIGATION          Section "H(5)"
September 20, 2019
New Orleans, Louisiana

Relates To: Barbara Earnest,
Case No.: 16-CV-17144

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DAY 5, MORNING SESSION
TRANSCRIPT OF JURY TRIAL PROCEEDINGS
HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:
For the Plaintiffs:     Barrios, Kingsdorf & Casteix, LLP
                        BY: DAWN BARRIOS, ESQ.
                        701 Poydras Street
                        Suite 3650
                        New Orleans, Louisiana 70139

For the Plaintiffs:     Gainsburgh, Benjamin, David,
                        Meunier & Warshauer, LLC
                        BY: PALMER LAMBERT, ESQ.
                        2800 Energy Centre
                        1100 Poydras Street
                        New Orleans, Louisiana 70163-2800

Page 1167

APPEARANCES:
For the Plaintiffs:     David F. Micelli, LLC.
                        BY: DAVID F. MICELI, ESQ.
                        P. O. Box 2519
                        Carrolllton, GA 30112

For the Plaintiffs:     Gibbs Law Group, LLP
                        BY: KAREN BARTH MENZIES, ESQ.
                        6701 Center Drive West, Suite 1400
                        Los Angeles, California 90045

For the Plaintiffs:     Pendley, Baudin & Coffin, LLP
                        BY: CHRISTOPHER COFFIN, ESQ.
                        1100 Poydras Street
                        Suite 2505
                        New Orleans, Louisiana 70163

For the Plaintiffs:     Bachus & Schanker, LLC
                        BY: DARIN SCHANKER, ESQ.
                        BY: J. KYLE BACHUS, ESQ.
                        1899 Wynkoop Street
                        Suite 700
                        Denver, Colorado 80202

For the Plaintiffs:     Fleming, Nolen & Jez, LLP
                        BY: RAND P. NOLEN, ESQ.
                        2800 Post Oak Boulevard
                        Suite 4000
                        Houston, Texas 77056

For the Plaintiffs:     Morgan and Morgan
                        BY: EMILY C. JEFFCOTT, ESQ.
                        7010 S. Palafox Street, Suite 95
                        Pensacola, Florida 32502

Page 1168

APPEARANCES:

For Sanofi-Aventis U.S.,
LLC and Sanofi US
Services, Inc.:        Irwin Fritchie Urquhart
                       & Moore, LLC
                       BY: DOUGLAS J. MOORE, ESQ.
                       400 Poydras Street, Suite 2700
                       New Orleans, Louisiana 70130

For Sanofi-Aventis U.S.,
LLC and Sanofi US
Services, Inc.:        Shook Hardy & Bacon, LLP
                       BY: HARLEY V. RATLIFF, ESQ.
                       BY: JON A. STRONGMAN, ESQ.
                       2555 Grand Boulevard
                       Kansas City, Missouri 64108

For Sanofi-Aventis U.S.,
LLC and Sanofi US
Services, Inc.:        Shook Hardy & Bacon, LLP
                       BY: HILDY M. SASTRE, ESQ.
                       201 Biscayne Boulevard
                       Suite 3200
                       Miami, Florida 33131

Official Court Reporter:  Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
                          Registered Merit Reporter
                          500 Poydras Street, Room B-275
                          New Orleans, Louisiana 70130
                          (504) 589-7779
                          Cathy_Pepper@laed.uscourts.gov

Proceedings recorded By mechanical stenography. Transcript produced by computer-aided transcription.

Page 1169

INDEX

                                                          PAGE

ELLEN G. FEIGAL, MD, (CONTINUED)..................... 1170
DIRECT EXAMINATION (CONTINUED) BY MR. MICELI......... 1170
CROSS-EXAMINATION BY MR. STRONGMAN................... 1214
REDIRECT EXAMINATION BY MR. MICELI................... 1243
LINDA BOSSERMAN, MD, FACP, FASCO..................... 1248
VOIR DIRE EXAMINATION BY MS. MENZIES................. 1248
DIRECT EXAMINATION BY MS. MENZIES.................... 1259
CROSS-EXAMINATION BY MR. STRONGMAN................... 1275
REDIRECT EXAMINATION BY MS. MENZIES.................. 1284
LUNCHEON RECESS...................................... 1285

Page 1218

1  MR. MICELI: Same objection, Your Honor.
2  THE COURT: I think we're now really going far afield
3  of what her direct testimony was and her qualifications.
4  EXAMINATION BY MR. STRONGMAN:
5  Q. Now, Doctor, with regard to the opinions that you offered
6  today regarding causation, you would agree with me, Doctor,
7  that there have been cases of permanent hair loss reported with
8  Taxol, correct?
9  A. Correct.
10 Q. You would agree with me that there have been cases of
11 permanent hair loss reported with cyclophosphamide, correct?
12 A. I actually don't have isolated cyclophosphamide in here,
13 unless it's pooled with Freites-Martinez's article. But it's
14 captured in my table.
15 Q. Well, Doctor, let me just ask the question again. You
16 would agree that there have been cases of permanent hair loss
17 reported with cyclophosphamide, correct?
18 A. I can't tell from the Freites-Martinez paper, to tell you
19 the truth, but if it was, it was in that paper.
20     MR. STRONGMAN: May I approach the witness, Your Honor?
21     THE COURT: Yes, you may.
22     THE WITNESS: Oh, I'm sorry. It is in the AC regimen,
23 so yes.
24 EXAMINATION BY MR. STRONGMAN:
25 Q. So let me just ask the question again, so we have a clear

Page 1219

1  reference.
2  A. I'm sorry, I thought you were talking about monotherapy.
3  So my apologies.
4  Q. Would you agree with me that there have been cases of
5  permanent hair loss reported with cyclophosphamide?
6  A. Yes. Yes.
7  Q. Would you agree with me that there have been cases of
8  permanent hair loss reported with Adriamycin?
9  A. Correct.
10 Q. Would you agree with me that there have been cases of
11 permanent hair loss reported with the AC regimen?
12 A. Well, now I am a little confused. I was including the
13 cyclophosphamide in the anthracycline answer, with combo.
14 Q. But you would agree with me that in the AC regimen combo,
15 there have been cases of permanent hair loss?
16 A. Yes, I do agree.
17 Q. You would agree with me that there have been cases
18 reported of permanent hair loss with the AC Taxol regimen,
19 correct?
20 A. I believe that's captured in some of the cases I have on
21 the --
22 Q. So the answer is yes?
23 A. Yes. I'd have to look at the specifics of the article,
24 but I believe those were in combo.
25 Q. Now, you talked through a chart of literature that you

Page 1220

1  reviewed; is that correct?
2  A. That's correct.
3  Q. Okay. One of the things that you did was you searched the
4  literature, and you came up with these articles, and then you
5  counted the reports; is that correct?
6  A. Well, I reviewed the articles.
7  Q. Fair enough.
8     But then you counted the reports, correct?
9  A. Yes. I looked at the number of events that were reported
10 in those papers, so I accurately described what was in the
11 papers.
12 Q. I think you explained that your search was -- I think you
13 called it comprehensive, but not exhaustive; is that correct?
14 A. That's a correct description.
15 Q. You certainly remember during your deposition you were
16 shown some articles that had reports with other drugs that you
17 had not found during your original search, correct?
18 A. They handed me articles that I had not found on my
19 original search, but I read them in realtime and, after reading
20 them, decided one would have gone in, the others would have
21 not. Two were actually incorrect and were corrected in the
22 literature.
23 Q. I think you testified several times that the topic under
24 consideration was Taxotere, right? That's what you've said
25 today multiple times, correct?

Page 1221

1  A. Yes, that's my impression of why we're all here today.
2  Q. You were laser focused on Taxotere, correct?
3  A. Well, I was focused on issues relevant to Taxotere in the
4  setting of the treatments that breast cancer patients received.
5  So I looked at the regimens, if that's what you're asking.
6     MR. STRONGMAN: May I approach, Your Honor?
7     THE COURT: Yes, you may.
8  EXAMINATION BY MR. STRONGMAN:
9  Q. Now, Dr. Feigal, one more question. During your direct
10 examination with Mr. Miceli, you did not offer any opinions
11 about the overall exposure in the entire patient population for
12 each individual drug, correct?
13 A. Well, I did talk about -- I thought I talked about the
14 cumulative dose for those papers.
15 Q. Let me just ask it a different way. You didn't offer any
16 opinions about how many patients worldwide were exposed to one
17 drug or another drug or another drug, correct?
18 A. Worldwide?
19 Q. Yes.
20 A. No.
21 Q. You didn't offer any opinions about that, correct?
22 A. I didn't offer opinion on worldwide exposure.
23 Q. Now, what I've handed you is the Crown poster, correct?
24 A. Correct.
25 Q. Crown is included in your list; is it not?