# EXHIBIT I

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) *   Docket No.: 16-MD-2740
PRODUCTS LIABILITY LITIGATION *
                              *   Section "H(5)"
                              *   New Orleans, Louisiana
Relates to: Barbara Earnest   *   September 17, 2019
Case No.: 16-CV-17144         *
* * * * * * * * * * * * * * * *

DAY 2 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:   Barrios Kingsdorf & Casteix, LLP
                      BY: DAWN M. BARRIOS, ESQ.
                      701 Poydras Street
                      Suite 3650
                      New Orleans, Louisiana 70139

For the Plaintiffs:   Gainsburgh Benjamin David Meunier
                      & Warshauer, LLC
                      BY: M. PALMER LAMBERT, ESQ.
                      1100 Poydras Street
                      Suite 2800
                      New Orleans, Louisiana 70163

For the Plaintiffs:   Pendley Baudin & Coffin, LLP
                      BY: CHRISTOPHER L. COFFIN, ESQ.
                      1100 Poydras Street
                      Suite 2505
                      New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

## Page 2

APPEARANCES:

For the Plaintiffs:   Gibbs Law Group, LLP
                      BY: KAREN BARTH MENZIES, ESQ.
                      6701 Center Drive West
                      Suite 1400
                      Los Angeles, California 90045

For the Plaintiffs:   Bachus & Schanker, LLC
                      BY: J. KYLE BACHUS, ESQ.
                          DARIN L. SCHANKER, ESQ.
                      1899 Wynkoop Street
                      Suite 700
                      Denver, Colorado 80202

For the Plaintiffs:   Fleming Nolen & Jez, LLP
                      BY: RAND P. NOLEN, ESQ.
                      2800 Post Oak Boulevard
                      Suite 4000
                      Houston, Texas 77056

For the Plaintiffs:   DAVID F. MICELI, LLC
                      BY: DAVID F. MICELI, ESQ.
                      Post Office Box 2519
                      Carrollton, Georgia 30112

For the Plaintiffs:   Morgan & Morgan, P.A.
                      BY: EMILY C. JEFFCOTT, ESQ.
                      700 S. Palafox Street
                      Suite 95
                      Pensacola, Florida 32502

For the Sanofi        Irwin Fritchie Urquhart
Defendants:           & Moore, LLC
                      BY: DOUGLAS J. MOORE, ESQ.
                      400 Poydras Street
                      Suite 2700
                      New Orleans, Louisiana 70130

OFFICIAL TRANSCRIPT

## Page 3

APPEARANCES:

For the Sanofi      Shook Hardy & Bacon, LLP
Defendants:         BY: HARLEY V. RATLIFF, ESQ.
                        JON A. STRONGMAN, ESQ.
                    2555 Grand Boulevard
                    Kansas City, Missouri 64108

For the Sanofi      Shook Hardy & Bacon, LLP
Defendants:         BY: HILDY M. SASTRE, ESQ.
                    201 Biscayne Boulevard, Suite 3200
                    Miami, Florida 33131

Official Court Reporter:   Jodi Simcox, RMR, FCRR
                           500 Poydras Street
                           Room HB-275
                           New Orleans, Louisiana 70130
                           (504) 589-7780

Proceedings recorded by mechanical stenography, transcript produced by computer.

OFFICIAL TRANSCRIPT

## Page 4

I N D E X

                                                   Page

DAVID KESSLER
   Direct Examination By Mr. Nolen:                 381
   Cross-Examination By Mr. Strongman:              388
   Redirect Examination By Mr. Nolen:               506

PROFFER
   Examination By Mr. Strongman:                    528

PROFFER
   Examination By Mr. Miceli                        534

OFFICIAL TRANSCRIPT

## Page 101

477

DAVID KESSLER - CROSS

3:28PM 1  literature?
3:28PM 2  A.  I have.
3:28PM 3  Q.  Do you believe that there are reports in the medical
3:28PM 4  literature of ongoing or persistent hair loss with Adriamycin?
3:28PM 5  A.  There was zero cases with Adriamycin and Cytoxan -- with
3:28PM 6  Adriamycin, there were zero cases up to 2000 in the
3:28PM 7  pharmacovigilance database.  I think I see one or two patients
3:28PM 8  alone with Adriamycin, but it's exceptionally rare.
3:28PM 9  Q.  Doctor, I want you to focus on my question.
3:28PM10  A.  Sure.
3:28PM11  Q.  You searched the literature?
3:28PM12  A.  I did.
3:28PM13  Q.  Okay.  Did you see in your literature -- looking for
3:28PM14  information from 2011 and before, did you see any reports of
3:29PM15  persist or permanent or irreversible hair loss with Adriamycin?
3:29PM16  Yes or no?
3:29PM17  A.  I think I saw one case with Adriamycin alone, but I'd want
3:29PM18  to check that.  It's -- I mean, I searched specifically for
3:29PM19  that, and that was the best I could do.
3:29PM20  Q.  Now, what about Cytoxan?  In your research, did you do
3:29PM21  research to try to determine whether or not there were cases in
3:29PM22  2011 and before of Cytoxan causing permanent hair loss?
3:29PM23  A.  There are zero cases of Cytoxan.  If you look at the FDA
3:29PM24  database of Cytoxan causing permanent alopecia, certainly,
3:29PM25  through --

OFFICIAL TRANSCRIPT

## Page 102

478

DAVID KESSLER - CROSS

3:29PM 1  Q.  Doctor, I didn't ask about the FDA database.  I asked
3:29PM 2  about the literature.  If you could answer my question.
3:29PM 3      And if the answer is you didn't find any, that's
3:30PM 4  fine.  I'm asking you, did you find any?
3:30PM 5  A.  I saw no case of monotherapy Cytoxan where Cytoxan caused
3:30PM 6  irreversible or permanent hair loss.  I did not see it any in
3:30PM 7  the medical literature, and I searched.
3:30PM 8  Q.  How about this?  Did you see any reports -- you slipped in
3:30PM 9  the word "monotherapy" there.
3:30PM10      Did you see any reports in the medical literature
3:30PM11  where the regimen included Cytoxan and there was a report of
3:30PM12  permanent hair loss?
3:30PM13  A.  Sure, of course.  Because in the FAC arm, that includes
3:30PM14  Cytoxan.  So, of course, it included Cytoxan --
3:30PM15  Q.  Okay.
3:30PM16  A.  -- in that arm.
3:30PM17  Q.  And the same thing for Adriamycin; correct?
3:30PM18  A.  Correct.  But they were controlled.
3:30PM19  Q.  So you can't say that there is no risk of any kind of
3:30PM20  persistent hair loss with the FAC arm; correct?
3:30PM21  A.  I certainly can, in a controlled trial.  You're missing
3:30PM22  the point.  When you compare TAC versus FAC, the only
3:31PM23  difference is the T; it's not the A and C.
3:31PM24      You're explaining away the risk.  It's the biggest
3:31PM25  mistake in drug safety.  You're explaining away the risk and

OFFICIAL TRANSCRIPT

## Page 103

479

DAVID KESSLER - CROSS

3:31PM 1  pointing to something else.
3:31PM 2  Q.  Let's go back to this real quick.  We talked about this
3:31PM 3  definition, "six months" was -- most of the time, was your most
3:31PM 4  common definition; correct?
3:31PM 5  A.  That was certainly one of the definitions.
3:31PM 6  Q.  Okay.  And you would have to agree with me that, in order
3:31PM 7  to know whether or not somebody actually had hair loss more
3:31PM 8  than six months after treatment, that patient would have to be
3:31PM 9  evaluated more than six months after treatment; correct?
3:31PM10  A.  Exactly.
3:31PM11  Q.  That's just logic; right?
3:31PM12  A.  That's what 316 did.
3:32PM13  Q.  Doctor, do you know -- in the work that you did reviewing
3:32PM14  materials, looking at information in this case, do you know how
3:32PM15  many of the 29 patients were actually evaluated more than six
3:32PM16  months?
3:32PM17  A.  That data is available.  It's not front of mind.  But it
3:32PM18  is in the clinical study report, and I think you can -- at one
3:32PM19  point, I did know the average follow-up period for that.
3:32PM20  Q.  And I'm not talking about the average follow-up.
3:32PM21      I'm talking about -- can you tell me how many people
3:32PM22  of the 29 were actually followed up more than six months?
3:32PM23  A.  It was a ten-year study.  We could pull that table.  It's
3:33PM24  in your clinical study report.  You have it.
3:33PM25      And I'm almost certain that -- certainly, in 316 --

OFFICIAL TRANSCRIPT

## Page 104

480

DAVID KESSLER - CROSS

3:33PM 1  it was a ten-year study.  It went well beyond six months, the
3:33PM 2  follow-up.
3:33PM 3  Q.  So, Doctor, if you've looked at the data, you would know
3:33PM 4  that only 21 -- no.  Let me ask that again.
3:33PM 5      You would know if you looked at the data that 21 of
3:33PM 6  these patients were followed for six months or less; correct?
3:33PM 7  A.  After the initial period?
3:33PM 8  Q.  After the treatment.
3:33PM 9  A.  So the treatment was X number of weeks, and the six
3:33PM10  months -- the clinical study report, if you pull the table, it
3:33PM11  will tell you it was a ten-year study.
3:33PM12  Q.  Let me just ask it this way:  Are you aware that 21 of
3:34PM13  these 29 patients were never seen to determine whether or not
3:34PM14  they have hair loss after six months after they finished their
3:34PM15  treatment?  Do you know that?
3:34PM16  A.  I don't know that.  I looked at the table.  If that's the
3:34PM17  case, then there's a big problem with the study because it was
3:34PM18  represented as a ten-year study.
3:34PM19  Q.  Well, Doctor, if that's the case, setting aside whether
3:34PM20  you think there's a big problem with the study, it would be a
3:34PM21  big problem for you concluding that there were 29 cases of
3:34PM22  permanent alopecia; correct?
3:34PM23  A.  Not at all.  Because you have Sedlacek that found seven
3:34PM24  cases in that arm and zero in the other arm.  So it's
3:34PM25  replicable.  You don't even have to rely on 316.  There is

OFFICIAL TRANSCRIPT