# EXHIBIT J

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          *   Docket No.: 16-MD-2740
PRODUCTS LIABILITY LITIGATION        *   Section "H(5)"
                                     *   New Orleans, Louisiana
Relates to: Barbara Earnest          *   September 18, 2019
Case No.: 16-CV-17144                *
* * * * * * * * * * * * * * * * *

DAY 3 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:     Barrios Kingsdorf & Casteix, LLP
                        BY: DAWN M. BARRIOS, ESQ.
                        701 Poydras Street
                        Suite 3650
                        New Orleans, Louisiana 70139

For the Plaintiffs:     Gainsburgh Benjamin David Meunier
                        & Warshauer, LLC
                        BY: M. PALMER LAMBERT, ESQ.
                        1100 Poydras Street
                        Suite 2800
                        New Orleans, Louisiana 70163

For the Plaintiffs:     Pendley Baudin & Coffin, LLP
                        BY: CHRISTOPHER L. COFFIN, ESQ.
                        1100 Poydras Street
                        Suite 2505
                        New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

## Page 2

APPEARANCES:

For the Plaintiffs:     Gibbs Law Group, LLP
                        BY: KAREN BARTH MENZIES, ESQ.
                        6701 Center Drive West
                        Suite 1400
                        Los Angeles, California 90045

For the Plaintiffs:     Bachus & Schanker, LLC
                        BY: J. KYLE BACHUS, ESQ.
                            DARIN L. SCHANKER, ESQ.
                        1899 Wynkoop Street
                        Suite 700
                        Denver, Colorado 80202

For the Plaintiffs:     Fleming Nolen & Jez, LLP
                        BY: RAND P. NOLEN, ESQ.
                        2800 Post Oak Boulevard
                        Suite 4000
                        Houston, Texas 77056

For the Plaintiffs:     DAVID F. MICELI, LLC
                        BY: DAVID F. MICELI, ESQ.
                        Post Office Box 2519
                        Carrollton, Georgia 30112

For the Plaintiffs:     Morgan & Morgan, P.A.
                        BY: EMILY C. JEFFCOTT, ESQ.
                        700 S. Palafox Street
                        Suite 95
                        Pensacola, Florida 32502

For the Sanofi          Irwin Fritchie Urquhart
Defendants:             & Moore, LLC
                        BY: DOUGLAS J. MOORE, ESQ.
                        400 Poydras Street
                        Suite 2700
                        New Orleans, Louisiana 70130

OFFICIAL TRANSCRIPT

## Page 3

APPEARANCES:

For the Sanofi          Shook Hardy & Bacon, LLP
Defendants:             BY: HARLEY V. RATLIFF, ESQ.
                            JON A. STRONGMAN, ESQ.
                        2555 Grand Boulevard
                        Kansas City, Missouri 64108

For the Sanofi          Shook Hardy & Bacon, LLP
Defendants:             BY: HILDY M. SASTRE, ESQ.
                        201 Biscayne Boulevard, Suite 3200
                        Miami, Florida 33131

Official Court Reporter:     Jodi Simcox, RMR, FCRR
                             500 Poydras Street
                             Room HB-275
                             New Orleans, Louisiana 70130
                             (504) 589-7780

Proceedings recorded by mechanical stenography, transcript produced by computer.

OFFICIAL TRANSCRIPT

## Page 4

I N D E X

                                                        Page

DAVID MADIGAN
   Cross-Examination By Mr. Strongman:                  670
   Redirect Examination By Mr. Miceli:                  723

JEAN-PHILIPPE AUSSEL
   Videotaped deposition                                739

LAURA MASSEY PLUNKETT
   Direct Examination By Mr. Nolen:                     789
   Cross-Examination By Ms. Sastre:                     826
   Redirect Examination By Mr. Nolen:                   916

OFFICIAL TRANSCRIPT

## Page 193

858

LAURA MASSEY PLUNKETT - CROSS

5:22PM 1  A.  You did.
5:22PM 2  Q.  All right.  Now --
5:22PM 3       THE COURT:  The jury can make a determination whether
5:22PM 4  that was --
5:22PM 5       MS. SASTRE:  I'm sorry, Your Honor?
5:22PM 6       THE COURT:  Mr. Nolen was standing up to object, and
5:22PM 7  I overruled him before he got to say it.
5:22PM 8       MS. SASTRE:  I thought you were telling me something.
5:22PM 9  Okay.  All right.  No problem.  Thank you, Judge.
5:22PM10  BY MS. SASTRE:
5:22PM11  Q.  Okay.  Let's do this, Dr. Plunkett.  So let's talk about
5:22PM12  that a little further.  Okay.
5:22PM13       When you say that there's a group of chemotherapy
5:22PM14  drugs and they're associated with hair loss, I'd like to make a
5:22PM15  list with you.  Can we do that?
5:22PM16  A.  Sure.
5:22PM17  Q.  Okay.  Great.  So first let's start with Taxol.  Okay.  Is
5:22PM18  Taxol associated with hair loss as a chemotherapy drug?
5:22PM19  A.  Yes.  It is if you're -- and I assume -- but I want to
5:22PM20  make sure we understand when I'm talking here, I'm talking
5:23PM21  about drug-induced hair loss, which is the -- not the same as
5:23PM22  permanent alopecia.  It's two different things.
5:23PM23  Q.  We're going make a list.  The next thing we'll talk about
5:23PM24  is whether those drugs with associated with persistent or
5:23PM25  permanent alopecia.  Okay?

OFFICIAL TRANSCRIPT

## Page 194

859

LAURA MASSEY PLUNKETT - CROSS

5:23PM 1  A.  Okay.  So we're not doing just drug-induced alopecia, or
5:23PM 2  you are -- are you going to do both?
5:23PM 3  Q.  We're going to do both.  We're going to take it one step
5:23PM 4  at a time.  Okay?
5:23PM 5  A.  Okay.  That's fine.
5:23PM 6  Q.  Okay.  Very good.  So, Doctor, first, with regard to
5:23PM 7  Taxol, you would agree with me that Taxol has been associated
5:23PM 8  with alopecia; correct?
5:23PM 9  A.  Drug-induced reversible alopecia, yes, it has.
5:23PM10  Q.  Okay.  So I'm going to write "Taxol" here.
5:23PM11       You would agree with me that Adriamycin has also been
5:24PM12  associated with alopecia or hair loss; correct?
5:24PM13  A.  Yes.  It's the same drug as doxorubicin, but that's right.
5:24PM14  Q.  Okay.  Did you know that Ms. Earnest took Adriamycin?  You
5:24PM15  didn't; right?
5:24PM16  A.  I didn't know her therapy.  But I assumed, if she was
5:24PM17  taking Taxol, she was on the combination regimen, which would
5:24PM18  include that.
5:24PM19  Q.  Okay.  So Adriamycin is on our list.  All right.
5:24PM20       You would agree with me that Cytoxan has been
5:24PM21  associated with alopecia; correct?
5:24PM22  A.  Yes, it has.  This drug-induced alopecia, yes.
5:24PM23  Q.  And you'd also agree with me that a drug by the name of
5:24PM24  5-FU or 5-fluorouracil has also been associated with alopecia;
5:24PM25  correct?

OFFICIAL TRANSCRIPT

## Page 195

860

LAURA MASSEY PLUNKETT - CROSS

5:24PM 1  A.  Yes, with the reversible drug-induced, it has.
5:24PM 2  Q.  Okay.  And that's a drug that's frequently used in
5:25PM 3  combination with place and Cytoxan; correct?
5:25PM 4  A.  Yes.  It was part of the clinical trials.  The FAC was
5:25PM 5  5-FU, Adriamycin, Cytoxan.  And then the other, TAC, was,
5:25PM 6  instead of 5-FU, Taxol.
5:25PM 7  Q.  Okay.  So I'll write "5-FU" here.  Okay.
5:25PM 8       And that was the as you said the first drug if one of
5:25PM 9  the arms of the TAX 316 clinical trial; correct?
5:25PM10  A.  It was an interchangeable drug.  You took Taxol or you
5:25PM11  took 5-FU, and the other drugs were the same.
5:25PM12  Q.  And because it's almost 5:30 and I'm sure everyone's
5:25PM13  tired, you would agree with me there's other drugs we could put
5:25PM14  on that list; right?
5:25PM15  A.  Yes.  Many drugs used to kill cancer cells will cause
5:25PM16  drug-induced alopecia, hair loss.  It's common as a reversible
5:25PM17  side effect.
5:26PM18  Q.  Okay.  Now, let's move on to the next step in the chart
5:26PM19  that we're making.  Okay?
5:26PM20  A.  Okay.
5:26PM21  Q.  So you would agree with me that you identified permanent
5:26PM22  hair loss as a hazard, a hazard of the Taxol; correct?
5:26PM23  A.  There are some case reports, yes.  That's true.
5:26PM24  Q.  Okay.  So I wrote "persistent" here.  I'm going to change
5:26PM25  it.  I'm going to write "permanent."  Okay?

OFFICIAL TRANSCRIPT

## Page 196

861

LAURA MASSEY PLUNKETT - CROSS

5:26PM 1  A.  I think the reports would fit either definition.
5:26PM 2  Sometimes it's called one and sometimes it's called the other.
5:26PM 3  Q.  Okay.  But let me just be clear.  When it came to Taxol
5:26PM 4  and the research and the work you did, you specifically
5:26PM 5  identified permanent hair loss as a hazard of Taxol; true?
5:26PM 6  A.  Within case reports, yes.  There were some case reports.
5:27PM 7  Q.  Let's talk about Adriamycin.  You identified permanent
5:27PM 8  hair loss as a hazard of Adriamycin; correct?
5:27PM 9  A.  Same answer.  There are some case reports for that as
5:27PM10  well.  Not as many, but there are some.
5:27PM11  Q.  But it's something you saw in the literature; correct?
5:27PM12  A.  Yes, there are some case reports.
5:27PM13  Q.  Okay.  And if we move to Cytoxan -- well, let me actually
5:27PM14  stop for a moment.
5:27PM15       Did you review the Adriamycin label?
5:27PM16  A.  I believe that was on my reliance materials, yes.
5:27PM17  Q.  Okay.
5:27PM18  A.  I think I tell you that in my report, that I looked at the
5:27PM19  labeling for the drugs that were used in combination with
5:27PM20  Taxotere.
5:27PM21  Q.  Okay.  And did you see that it says "reverse complete
5:27PM22  alopecia occurs in most cases"?
5:27PM23  A.  I don't recall the words.  I would have to pull it back
5:27PM24  out.  But let me look at my report.  I might have it in here,
5:27PM25  if you want me to -- I just don't recall the specific wording

OFFICIAL TRANSCRIPT

## Page 205

870

LAURA MASSEY PLUNKETT - CROSS

```
5:49PM  1   intended to confuse the jury.  It's intended to confuse the
5:50PM  2   jury.  It's the May 8th, 2003.  I don't know that this is the
5:50PM  3   label that would have been in existence at the time this drug
5:50PM  4   was prescribed.
5:50PM  5           THE COURT:  I don't think that's the issue.  I think
5:50PM  6   the issue is -- is that -- I believe the argument is Adriamycin
5:50PM  7   causes permanent alopecia.  So that is -- I think it's for that
5:50PM  8   limited purpose.
5:50PM  9           MR. NOLEN:  Your Honor, I would just add for the
5:50PM 10   record that this is another one of those deals where you throw
5:50PM 11   everything up against the wall and see what sticks.  Because
5:50PM 12   the reality is -- the reality is is that there is no
5:50PM 13   statistically significant -- you can't prove statistically
5:50PM 14   significant association between Adriamycin and permanent hair
5:50PM 15   loss.  We have done that research, Your Honor.
5:50PM 16           THE COURT:  Okay.  I'm not telling you --
5:50PM 17           MS. SASTRE:  I don't know about it.  I don't even
5:50PM 18   know what that is.
5:50PM 19           THE COURT:  That's way past what I'm talking about
5:51PM 20   here.
5:51PM 21           MR. NOLEN:  So you put it in, it's misleading.
5:51PM 22           THE COURT:  The question is whether or not this
5:51PM 23   should come in.  I think you questioned her about it, the
5:51PM 24   document -- did she review this document?
5:51PM 25           MS. SASTRE:  She has three Adriamycin labels on her
```

OFFICIAL TRANSCRIPT

## Page 206

871

LAURA MASSEY PLUNKETT - CROSS

```
5:51PM  1   reliance list, yes, Your Honor.  She just said she reviewed
5:51PM  2   them.  She reviewed them also in particular --
5:51PM  3           THE COURT:  He can't help it.
5:51PM  4           MS. SASTRE:  She reviewed them in particular, Your
5:51PM  5   Honor, because she also read them carefully because there's
5:51PM  6   clinical information contained within them.  And a lot of her
5:51PM  7   opinions are based upon clinical information within the labels.
5:51PM  8   I mean, Judge, this case is -- Adriamycin is an issue that's
5:51PM  9   alive and well in this case in numerous respects.
5:51PM 10           MR. NOLEN:  Your Honor, that clinical information
5:51PM 11   that all of her opinions are based on --
5:51PM 12           THE COURT:  Listen, I'm not going to do an assessment
5:51PM 13   of whether or not -- and I think that gives you just whether or
5:51PM 14   not it's relevant.
5:51PM 15           MR. NOLEN:  I did not elicit that testimony.  And,
5:51PM 16   therefore, again, it's 611.  It exceeds the scope.  So that's
5:52PM 17   another objection.
5:52PM 18           MS. SASTRE:  It's a label for a drug she took, Judge.
5:52PM 19   I'm just a little bit beside myself.  It's a label for a drug
5:52PM 20   she took.
5:52PM 21           THE COURT:  I don't think you need to be beside
5:52PM 22   yourself.
5:52PM 23           MS. SASTRE:  Okay.  I'm sorry.  I'm tired, Judge.  I
5:52PM 24   apologize.
5:52PM 25           THE COURT:  We all are.
```

OFFICIAL TRANSCRIPT

## Page 207

872

LAURA MASSEY PLUNKETT - CROSS

```
5:52PM  1           MS. SASTRE:  Okay.
5:52PM  2           THE COURT:  I'm going to allow it.  The jury can make
5:52PM  3   a determination as to what it means.
5:52PM  4           (WHEREUPON, the following proceedings were held in
5:52PM  5   open court.)
5:53PM  6           MS. SASTRE:  Your Honor, the defendant would move in
5:53PM  7   Exhibit D-388-D, then, Adriamycin labeling into evidence.
5:53PM  8           THE COURT:  Over plaintiff's objection, let it be
5:53PM  9   admitted.
5:53PM 10   BY MS. SASTRE:
5:53PM 11   Q.  Okay.  Very good.
5:53PM 12           I'll just go ahead and put it up on the ELMO just
5:53PM 13   because we have it right here.  And so what we were talking
5:53PM 14   about Dr. Plunkett is underneath the adverse reaction section,
5:53PM 15   Adriamycin states "reversible complete alopecia occurs in most
5:53PM 16   cases."  Correct?
5:53PM 17   A.  That's what is stated, which means most women will lose
5:53PM 18   their hair as a result of drug, which I believe is true, that
5:53PM 19   drug-induced alopecia.
5:53PM 20   Q.  Okay.  All right.  Thank you.
5:53PM 21           Now, if we go back to the chart that we're making,
5:53PM 22   let's talk about Cytoxan for a moment.  Okay?
5:54PM 23   A.  Okay.
5:54PM 24   Q.  You said that you knew or you found out recently that
5:54PM 25   Mrs. Earnest took Adriamycin; correct?
```

OFFICIAL TRANSCRIPT

## Page 208

873

LAURA MASSEY PLUNKETT - CROSS

```
5:54PM  1   A.  I assume.  I said I assume she did based on the fact that
5:54PM  2   she was -- she was taking it for breast cancer -- well, I say
5:54PM  3   taking it, Taxotere, as an adjuvant treatment.  So I assume
5:54PM  4   that she was taking Adriamycin and cyclophosphamide, but I
5:54PM  5   don't know for sure.  I'm not a case-specific expert.
5:54PM  6   Q.  Okay.  Well, your assumptions were right.  So Cytoxan, you
5:54PM  7   just used the word "cyclophosphamide"?
5:54PM  8   A.  Yes.
5:54PM  9   Q.  And just to be clear, Cytoxan is cyclophosphamide;
5:54PM 10   correct?
5:54PM 11   A.  Yes.  And I'm using that word because that's what's in the
5:54PM 12   literature most of the time.
5:54PM 13   Q.  Okay.  Is it okay if we use the term "Cytoxan"?
5:54PM 14   A.  That's fine.
5:54PM 15   Q.  Okay.  Very good.
5:54PM 16           So you now know that Mrs. Earnest was also taking
5:54PM 17   Cytoxan; correct?
5:54PM 18   A.  If you're going to tell me that's true, I will believe
5:54PM 19   that's true.
5:54PM 20   Q.  Okay.  All right.  So with regard to, again, your work in
5:55PM 21   this case, your search, your review, your analysis of the
5:55PM 22   literature, you would agree with me that you identified
5:55PM 23   permanent hair loss as a hazard of Cytoxan; correct?
5:55PM 24   A.  In terms of case reports, yes, there are some case
5:55PM 25   reports.
```

OFFICIAL TRANSCRIPT