# EXHIBIT K

## Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: TAXOTERE (DOCETAXEL)      *   Docket No.: 16-MD-2740
PRODUCTS LIABILITY LITIGATION    *
                                 *   Section "H(5)"
                                 *   New Orleans, Louisiana
Relates to: Barbara Earnest      *   September 19, 2019
Case No.: 16-CV-17144            *
* * * * * * * * * * * * * * * * *
```

DAY 4 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:   Barrios Kingsdorf & Casteix, LLP
                      BY: DAWN M. BARRIOS, ESQ.
                      701 Poydras Street
                      Suite 3650
                      New Orleans, Louisiana 70139

For the Plaintiffs:   Gainsburgh Benjamin David Meunier
                      & Warshauer, LLC
                      BY: M. PALMER LAMBERT, ESQ.
                      1100 Poydras Street
                      Suite 2800
                      New Orleans, Louisiana 70163

For the Plaintiffs:   Pendley Baudin & Coffin, LLP
                      BY: CHRISTOPHER L. COFFIN, ESQ.
                      1100 Poydras Street
                      Suite 2505
                      New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

## Page 2

APPEARANCES:

For the Plaintiffs:   Gibbs Law Group, LLP
                      BY: KAREN BARTH MENZIES, ESQ.
                      6701 Center Drive West
                      Suite 1400
                      Los Angeles, California 90045

For the Plaintiffs:   Bachus & Schanker, LLC
                      BY: J. KYLE BACHUS, ESQ.
                          DARIN L. SCHANKER, ESQ.
                      1899 Wynkoop Street
                      Suite 700
                      Denver, Colorado 80202

For the Plaintiffs:   Fleming Nolen & Jez, LLP
                      BY: RAND P. NOLEN, ESQ.
                      2800 Post Oak Boulevard
                      Suite 4000
                      Houston, Texas 77056

For the Plaintiffs:   DAVID F. MICELI, LLC
                      BY: DAVID F. MICELI, ESQ.
                      Post Office Box 2519
                      Carrollton, Georgia 30112

For the Plaintiffs:   Morgan & Morgan, P.A.
                      BY: EMILY C. JEFFCOTT, ESQ.
                      700 S. Palafox Street
                      Suite 95
                      Pensacola, Florida 32502

For the Sanofi        Irwin Fritchie Urquhart
Defendants:           & Moore, LLC
                      BY: DOUGLAS J. MOORE, ESQ.
                      400 Poydras Street
                      Suite 2700
                      New Orleans, Louisiana 70130

OFFICIAL TRANSCRIPT

## Page 3

APPEARANCES:

For the Sanofi        Shook Hardy & Bacon, LLP
Defendants:           BY: HARLEY V. RATLIFF, ESQ.
                          JON A. STRONGMAN, ESQ.
                      2555 Grand Boulevard
                      Kansas City, Missouri 64108

For the Sanofi        Shook Hardy & Bacon, LLP
Defendants:           BY: HILDY M. SASTRE, ESQ.
                      201 Biscayne Boulevard, Suite 3200
                      Miami, Florida 33131

Official Court Reporter:   Jodi Simcox, RMR, FCRR
                           500 Poydras Street
                           Room HB-275
                           New Orleans, Louisiana 70130
                           (504) 589-7780

Proceedings recorded by mechanical stenography, transcript produced by computer.

OFFICIAL TRANSCRIPT

## Page 4

I N D E X

Page

ANTONELLA TOSTI
   Cross-Examination By Ms. Sastre:        1029
   Redirect Examination By Mr. Schanker:   1109

MICHAEL EARNEST
   Direct Examination By Mr. Schanker:     1130
   Cross-Examination By Mr. Moore:         1141
   Redirect Examination By Mr. Schanker:   1146

ELLEN FEIGAL
   Voir Dire By Mr. Miceli:                1149

OFFICIAL TRANSCRIPT

## Page 5

1028

```
12:54PM  1                    AFTERNOON SESSION
12:54PM  2                    (September 19, 2019)
12:54PM  3                           *****
 1:15PM  4            THE DEPUTY CLERK:  All rise.
 1:15PM  5            MR. COFFIN:  Your Honor, before we bring the jury, we
 1:15PM  6   have these Kopreski designations ready to talk to you about on
 1:16PM  7   the video.
 1:16PM  8            THE COURT:  Are you all playing that this afternoon?
 1:16PM  9            MR. COFFIN:  Well, that's a good point.  We might be;
 1:16PM 10   it just depends on the timing of things.  We can switch some
 1:16PM 11   things around so we don't have to jam you up.
 1:16PM 12            THE COURT:  Well, the problem is you're jamming the
 1:16PM 13   jury up.  Okay.  Let me see.
 1:16PM 14            MR. COFFIN:  These are what are -- this is --
 1:16PM 15                    (OFF THE RECORD)
 1:17PM 16            THE COURT:  Let's bring in the jury.
 1:17PM 17            THE DEPUTY CLERK:  All rise.
 1:17PM 18            (WHEREUPON, the jury entered the courtroom.)
 1:17PM 19            THE COURT:  All jurors are present.  Court's back in
 1:17PM 20   session.  You may be seated.
 1:17PM 21            Dr. Tosti, I remind you you're under oath.
 1:17PM 22            MS. SASTRE:  Thank you, Your Honor.
 1:18PM 23            THE COURT:  Ms. Sastre.
 1:18PM 24            MS. SASTRE:  Good afternoon, everybody.
 1:18PM 25            (WHEREUPON, ANTONELLA TOSTI, having been previously
```

OFFICIAL TRANSCRIPT

## Page 6

1029

ANTONELLA TOSTI - CROSS

```
 1:18PM  1   duly sworn, testified as follows.)
 1:18PM  2                    CROSS-EXAMINATION
 1:18PM  3   BY MS. SASTRE:
 1:18PM  4   Q.  Dr. Tosti, hello.
 1:18PM  5   A.  Hello.
 1:18PM  6   Q.  I don't believe we've ever had the pleasure of meeting
 1:18PM  7   before.  My name is Hildy Sastre.  I have some questions for
 1:18PM  8   you, just like Mr. Schanker had.  All right?
 1:18PM  9   A.  Yes, ma'am.
 1:18PM 10            MS. SASTRE:  Before we start, Your Honor, I would
 1:18PM 11   just like to give the witness a copy of her depositions in this
 1:18PM 12   matter, if I may.
 1:18PM 13            THE COURT:  Sure.
 1:18PM 14            MS. SASTRE:  Okay.  Very good.
 1:18PM 15            THE WITNESS:  Thank you.
 1:18PM 16            MS. SASTRE:  You're welcome.
 1:18PM 17   BY MS. SASTRE:
 1:18PM 18   Q.  So, Dr. Tosti, you know that Mrs. Earnest had chemotherapy
 1:18PM 19   in 2011; correct?
 1:18PM 20   A.  Yes.
 1:18PM 21   Q.  And that was to treat breast cancer; right?
 1:18PM 22   A.  Yes.
 1:18PM 23   Q.  And you understand that she was treated specifically with
 1:18PM 24   a drug by the name of Adriamycin?
 1:18PM 25   A.  Yes.
```

OFFICIAL TRANSCRIPT

## Page 7

1030

ANTONELLA TOSTI - CROSS

```
 1:18PM  1   Q.  And you'd agree with me that Adriamycin causes hair loss;
 1:19PM  2   correct?
 1:19PM  3   A.  Adriamycin can cause anagen effluvium, yes.
 1:19PM  4   Q.  Okay.  When you say that, though, I'm asking you a very
 1:19PM  5   specific question.
 1:19PM  6            When a patient takes Adriamycin for chemotherapy,
 1:19PM  7   Adriamycin can cause hair loss?
 1:19PM  8   A.  Yes, hair loss, but not prevent regrowth.
 1:19PM  9   Q.  I'm sorry.  Say that again.  Not what?
 1:19PM 10   A.  Can cause hair loss.  But what she has is different.  She
 1:19PM 11   has no regrowth.
 1:19PM 12   Q.  Okay.  Well, my question is just simply it can cause hair
 1:19PM 13   loss; right?
 1:19PM 14   A.  Yes, it can cause hair loss.
 1:19PM 15   Q.  Very good.  And you'd also agree with me that there are
 1:19PM 16   reports in the literature of what you call -- what you talked
 1:19PM 17   about this morning, persistent chemotherapy-induced alopecia
 1:19PM 18   with Adriamycin; true?
 1:19PM 19   A.  With Adriamycin alone, just a very, very high dosage, not
 1:20PM 20   for breast cancer.
 1:20PM 21   Q.  All right.  Let me see if I can ask you a different
 1:20PM 22   question.
 1:20PM 23            Is Adriamycin considered an anthracycline drug?
 1:20PM 24   A.  Yes.
 1:20PM 25   Q.  And there's case reports of persistent
```

OFFICIAL TRANSCRIPT

## Page 8

1031

ANTONELLA TOSTI - CROSS

```
 1:20PM  1   chemotherapy-induced alopecia with anthracycline regimens;
 1:20PM  2   true?
 1:20PM  3   A.  Yes.
 1:20PM  4   Q.  Okay.  Now, we can agree that Mrs. Earnest was also
 1:20PM  5   treated with Cytoxan?
 1:20PM  6   A.  Yes.
 1:20PM  7   Q.  And another name for that is cyclophosphamide?
 1:20PM  8   A.  Yes.
 1:20PM  9   Q.  And you'd agree that Cytoxan causes hair loss; true?
 1:20PM 10   A.  Yes.
 1:20PM 11   Q.  And you'd also agree with me, Doctor, that there are
 1:20PM 12   reports in the literature which you have seen personally of
 1:20PM 13   persistent chemotherapy-induced alopecia with Cytoxan?
 1:20PM 14   A.  Very rare.
 1:20PM 15   Q.  But they exist was my question.
 1:20PM 16   A.  Yes, but they are very rare.
 1:20PM 17   Q.  Okay.  Now, there's also a group of chemotherapies used to
 1:21PM 18   treat breast cancer known as taxanes; right?
 1:21PM 19   A.  Yes.
 1:21PM 20   Q.  And Taxotere is a taxane; true?
 1:21PM 21   A.  Yes.
 1:21PM 22   Q.  Taxol is a taxane?
 1:21PM 23   A.  Yes.
 1:21PM 24   Q.  And let's talk about Taxol for a moment.  I know you spoke
 1:21PM 25   with Mr. Schanker about it on your direct exam.
```

OFFICIAL TRANSCRIPT

## Page 33

1056

ANTONELLA TOSTI - CROSS

1:54PM 1  Q.  Okay.  And let me try to pull those up.
1:54PM 2      You looked at cyclophosphamide; correct?
1:54PM 3  A.  Yes.  I don't know the data about these drugs exactly.  I
1:55PM 4  see here, but I don't know if they -- patients took these,
1:55PM 5  association.  Not just cyclophosphamide alone.  I don't know.
1:55PM 6  Q.  Okay.  Cyclophosphamide is listed; right?
1:55PM 7  A.  But it's listed maybe in association with methotrexate and
1:55PM 8  fluorouracil.
1:55PM 9  Q.  Well, Doctor, there may be a lot of things going on here.
1:55PM 10  I don't know.  I'm just asking you is cyclophosphamide listed?
1:55PM 11  A.  It's listed.
1:55PM 12  Q.  Okay.  And what it says next to cyclophosphamide, which is
1:55PM 13  Cytoxan, and then two other drugs that are listed, it has a
1:55PM 14  number of 13; correct?
1:55PM 15  A.  But you don't know which one as the number.  It's a mix to
1:55PM 16  it.
1:55PM 17  Q.  I didn't ask that, ma'am.  I'm just asking you is the
1:55PM 18  number 13 there.
1:55PM 19  A.  I see number 13, but it's for three drugs, not for one.
1:55PM 20  Q.  I understand.  And all I'm asking you is that some number
1:55PM 21  of those 13 patients, I know you don't know how many today, but
1:55PM 22  some number within those 13 patients took cyclophosphamide --
1:56PM 23  A.  I am very aware of this, yes.
1:56PM 24  Q.  -- and had persistent chemotherapy-induced alopecia?
1:56PM 25  A.  Yes.

OFFICIAL TRANSCRIPT

## Page 34

1057

ANTONELLA TOSTI - CROSS

1:56PM 1  Q.  As you sit here today, you don't know if the number is
1:56PM 2  one, you don't know if the number is 10 for cyclophosphamide;
1:56PM 3  right?
1:56PM 4  A.  Absolutely, I don't know.
1:56PM 5  Q.  Okay.  And then if we look a little further down, it says
1:56PM 6  "doxorubicin."  Do you see that?
1:56PM 7  A.  Yes, I do.
1:56PM 8  Q.  And if lists other drugs as well?
1:56PM 9  A.  Yes.
1:56PM 10  Q.  Doxorubicin is Adriamycin; right?
1:56PM 11  A.  Yes.
1:56PM 12  Q.  And in your paper published in 2109, you recorded five
1:56PM 13  cases for a group of drugs, including Adriamycin, where you saw
1:56PM 14  five patients with persistent chemotherapy-induced alopecia;
1:56PM 15  correct?
1:56PM 16  A.  They were also taking Adriamycin.
1:56PM 17  Q.  Right.  And that's what I'm saying.  You don't know of
1:56PM 18  that five patients who had persistent chemotherapy-induced
1:56PM 19  alopecia, if it was two or three or four or even just one of
1:57PM 20  them that had that drug, but you know some of them did;
1:57PM 21  correct?
1:57PM 22  A.  Yes, but what I really think is that those drugs are, you
1:57PM 23  know, sometimes occasionally causing the problem.  I never said
1:57PM 24  they never cause.  It's just a question of, likely, frequency.
1:57PM 25  Q.  One of the other drugs that the jury has heard a little

OFFICIAL TRANSCRIPT

## Page 35

1058

ANTONELLA TOSTI - CROSS

1:57PM 1  bit about, and I think you discussed on your direct exam, is
1:57PM 2  fluorouracil; correct?
1:57PM 3  A.  No, I have no experience with that.  I discussed busulfan.
1:57PM 4  I have experience with busulfan.
1:57PM 5  Q.  All right.  But you've heard of fluorouracil; correct?
1:58PM 6  A.  Sorry?
1:58PM 7  Q.  Fluorouracil.  I just highlighted it on the page.
1:58PM 8  A.  Yes, I have no experience with that drug.
1:58PM 9  Q.  Okay.  But it's included within your group where some
1:58PM 10  number of patients within that 13 had persistent
1:58PM 11  chemotherapy-induced alopecia after taking fluorouracil; right?
1:58PM 12  A.  Yes.
1:58PM 13  Q.  Okay.  Now, the jury's heard a little bit about a drug
1:58PM 14  regimen.  They heard about FAC, F-A-C.  And they've also heard
1:58PM 15  about a regimen called FEC, F-E-C.  All right.  And do you
1:58PM 16  understand the E in FEC to be epirubicin?
1:58PM 17  A.  I'm not an oncologist, and to be honest, I don't feel I
1:58PM 18  can give an expert opinion, but I'm here and I will do what I
1:59PM 19  can do.
1:59PM 20  Q.  Well, let me ask you this, Doctor:  There's case reports
1:59PM 21  of persistent chemotherapy-induced alopecia with the F-E-C, or
1:59PM 22  FEC, regimen; true?
1:59PM 23  A.  I think so.
1:59PM 24  Q.  And the E in the FEC is also included within your study?
1:59PM 25  Right?  Epirubicin?

OFFICIAL TRANSCRIPT

## Page 36

1059

ANTONELLA TOSTI - CROSS

1:59PM 1  A.  Yes.
1:59PM 2  Q.  Okay.  Let me find that.
1:59PM 3      I may have misspoke, and I apologize.  I couldn't
1:59PM 4  find it because you actually don't comment on epirubicin in the
2:00PM 5  study.
2:00PM 6      All right.  So let's -- let's go back to
2:00PM 7  Mrs. Earnest.  Okay?
2:00PM 8  A.  Yes.
2:00PM 9  Q.  All right.  Now, we talked about Mrs. Earnest taking
2:00PM 10  hormone therapy or Arimidex; true?
2:00PM 11  A.  Yes.
2:00PM 12  Q.  And I believe what these drugs are called -- and we
2:00PM 13  haven't spent as much time on them as we have the chemotherapy
2:00PM 14  drugs, so I'd like to just spend a moment here.
2:00PM 15      But I think what they're called is aromatase
2:00PM 16  inhibitors; true?
2:00PM 17  A.  Yes.
2:00PM 18  Q.  And doctors use Arimidex for women who have been diagnosed
2:00PM 19  with cancer, particularly if they're past menopause; right?
2:00PM 20  A.  Yes.
2:01PM 21  Q.  Like Mrs. Earnest; correct?
2:01PM 22  A.  Yes.  And I explained today that they're used for
2:01PM 23  estrogen-positive breast cancer, not always.
2:01PM 24  Q.  And you would agree with me that aromatase inhibitors,
2:01PM 25  like Arimidex, cause hormonal changes in the body?

OFFICIAL TRANSCRIPT

9 (Pages 33 to 36)

## Page 41

1064

ANTONELLA TOSTI - CROSS

```
2:07PM  1   well -- if you have hair loss with endocrine therapy, you said,
2:07PM  2   well, it's not that bad; right?
2:07PM  3   A.  It most commonly is Grade 1.
2:07PM  4   Q.  Well, let's take a look at that.
2:08PM  5       So right here you see where it says Grade 2; right?
2:08PM  6       Do you see that, Grade 2?  Doctor, Grade 2?
2:08PM  7   A.  I see.  I also see that it's a significant difference
2:08PM  8   between the two.
2:08PM  9   Q.  Hold on.  I got to ask a question.  Hold on.
2:08PM 10       And if we go over to the column to the right, it says
2:08PM 11   that of those patients who took endocrine therapy and had
2:08PM 12   alopecia from the endocrine therapy, 12 out of 92, or
2:08PM 13   13 percent, had Grade 2; right?
2:08PM 14   A.  Yes.
2:08PM 15   Q.  And you showed the jury a picture of what you said was
2:08PM 16   Grade 2 alopecia.  And I'd like to find that.  Just give me one
2:08PM 17   second.
2:09PM 18       MS. SASTRE:  Do you have the Grade 2 photo?
2:09PM 19       I'm sorry.  Give me one second.
2:09PM 20       Okay.  I have it.
2:09PM 21   BY MS. SASTRE:
2:09PM 22   Q.  So...
2:09PM 23   A.  I got that from another context, and I explained this
2:09PM 24   morning very well that the problem with this situation --
2:09PM 25       THE COURT:  Hold on.
```

OFFICIAL TRANSCRIPT

## Page 42

1065

ANTONELLA TOSTI - CROSS

```
2:09PM  1       THE WITNESS:  I want to explain.
2:09PM  2       THE COURT:  I think you need to ask a question.
2:09PM  3       THE WITNESS:  Okay.  Sorry.
2:09PM  4   BY MS. SASTRE:
2:09PM  5   Q.  All I'm asking you, when you showed this picture to the
2:09PM  6   jury, you said this is Grade 2 alopecia; true?
2:09PM  7   A.  Yes.
2:09PM  8   Q.  All right.  Thank you.
2:09PM  9       And if we go back --
2:09PM 10   A.  Can I explain now?
2:09PM 11       THE COURT:  Well, I think -- the question was just is
2:09PM 12   this Grade 2 alopecia.
2:09PM 13   BY MS. SASTRE:
2:10PM 14   Q.  And, Doctor, if we want to know what Grade 2 is, beyond
2:10PM 15   the picture of what you showed the jury, we can read your
2:10PM 16   definition from your study.  And you state, "Grade 2 is hair
2:10PM 17   loss of 50 percent or more of normal for that individual and is
2:10PM 18   readily apparent to others.  Camouflage is necessary if the
2:10PM 19   patient desires."  Correct?
2:10PM 20   A.  Yes.  That's right, 50 percent or more.  So 50 percent can
2:10PM 21   go to 90 percent.  And so that's the -- the problem of that
2:10PM 22   grading.
2:10PM 23   Q.  The grades in your paper?
2:10PM 24   A.  The grading in general.  This is the grading of
2:10PM 25   dermatological side effects.  And I explained this this
```

OFFICIAL TRANSCRIPT

## Page 43

1066

ANTONELLA TOSTI - CROSS

```
2:10PM  1   morning, that depending on the two grades, it doesn't really
2:10PM  2   give you the possibility to select it completely this way.
2:10PM  3   Q.  Just to be clear, when you say that it may be necessary
2:11PM  4   that the patients camouflage, you're talking about alopecia
2:11PM  5   Grade 2 in patients who've received endocrine therapy that it's
2:11PM  6   so severe that they do need to use things like wigs; correct?
2:11PM  7   That's what "camouflage" means.
2:11PM  8   A.  Yes.  But the definition of alopecia with endocrine
2:11PM  9   therapy required that the patient starts with hair.
2:11PM 10   Q.  Okay.
2:11PM 11   A.  That's the problem.
2:11PM 12   Q.  And when it comes to endocrine therapy, you'd agree with
2:11PM 13   me that up to 25 percent of patients with breast cancer
2:11PM 14   receiving endocrine therapy may develop endocrine
2:11PM 15   therapy-induced alopecia; true?
2:11PM 16   A.  Yes.
2:11PM 17   Q.  And that's exactly what you state in your paper, up to
2:11PM 18   25 percent; right?
2:11PM 19   A.  Yes.
2:11PM 20   Q.  Now, you talked about a couple times if a patient -- you
2:11PM 21   had your 192 patients, and you divided them up into two groups;
2:12PM 22   right?  And there's the chemotherapy group; right?  PCIA.  And
2:12PM 23   then there's the endocrine therapy group, EIAC; correct?
2:12PM 24   A.  Yes.
2:12PM 25   Q.  And in order to be within the endocrine therapy group, the
```

OFFICIAL TRANSCRIPT

## Page 44

1067

ANTONELLA TOSTI - CROSS

```
2:12PM  1   patient would have already had chemotherapy; true?
2:12PM  2   A.  Yes.
2:12PM  3   Q.  They would have lost their hair; true?
2:12PM  4   A.  Yes.
2:12PM  5   Q.  Their hair would have come back.  They would have had
2:12PM  6   complete regrowth; correct?
2:12PM  7   A.  Yes.
2:12PM  8   Q.  And then they would have started endocrine therapy and
2:12PM  9   then had the hair loss that you specifically identified and
2:12PM 10   counted in your paper.
2:12PM 11   A.  That's precise.  That's exactly what happens.
2:12PM 12   Q.  All right.  And you'd agree with me, ma'am, that in
2:12PM 13   between the time that Barbara Earnest concluded her
2:12PM 14   chemotherapy and the time just a couple months later when she
2:12PM 15   started her endocrine therapy, you don't have any evidence and
2:12PM 16   you've seen nothing in this record to indicate that she had
2:13PM 17   hair regrowth during that time; correct?
2:13PM 18   A.  She did not.  She did not grow in three months, which is
2:13PM 19   normally the time you should have almost complete regrowth.  So
2:13PM 20   she didn't regrow before starting the aromatase inhibitor.
2:13PM 21   Q.  But to be clear, I just want to make sure that we're
2:13PM 22   drawing the distinction, the patients in your study included in
2:13PM 23   the endocrine group, their hair completely regrew after chemo;
2:13PM 24   right?
2:13PM 25   A.  Yes.
```

OFFICIAL TRANSCRIPT