# EXHIBIT L

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3    _____
                                     )
 4    IN RE:  TAXOTERE (DOCETAXEL)   )MDL No. 2740
      PRODUCTS LIABILITY LITIGATION  )
 5                                   )Section:  H
      This Document Relates to:      )
 6                                   )
      Antoinette Durden,             )
 7    Case No. 2:16-cv-16635;        )
      Tanya Francis,                 )
 8    Case No. 2:16-cv-17410;        )
      Barbara Earnest,               )
 9    Case No. 2:16-cv-17144         )
      _____)
10
11
12
13
14    VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                  Costa Mesa, California
16                Monday, December 3, 2018
17                       Volume I
18
19
20
21    Reported by:
      DENISE BARDSLEY
22    CSR No. 11241
23    Job No. 3134931
24
25    PAGES 1 - 314
```

Page 106

1  infusion, so that was really great for patients.
2  And there was a lot of promise in that.
3      And then it became being incorporated into
4  regimens and studied over the years. And certainly
5  that idea it is better fell off in several different
6  ways, but it is still a very effective drug for
7  breast cancer.
8      We primarily now use Taxol for a lot of
9  reasons, but if somebody has a severe Taxol
10 reaction, we would certainly talk about substituting
11 Taxotere, and vice versa. They can both have
12 tremendous allergic reactions, despite the
13 requirement and the standardization of premedication
14 for both of those medicines.
15     Q  You would certainly agree that Taxotere has
16 saved lives?
17     A  Absolutely.
18     Q  How many patients have you treated with
19 Taxotere?
20     A  Hundreds.
21     Q  And in your experience, has Taxotere been
22 effective in fighting cancer in the hundreds of
23 patients that you have used --
24     A  I believe so.
25     Q  And let me just ask the question again so I

Page 107

1  can finish.
2      In the hundreds of patients that you've
3  used Taxotere with, do you believe that Taxotere has
4  been effective in treating cancer?
5      A  In every one of them, no. No chemotherapy
6  works a hundred percent in any patient.
7      Q  But in your experience, Taxotere has been a
8  benefit to your patients?
9      A  On the whole, there is benefit, yes. But
10 there are patients that have relapsed despite
11 getting it, just like they do for any chemotherapy.
12 And there are patients that have had -- I've had a
13 couple of patients die from Taxotere because of the
14 toxicity.
15     Q  Which can happen with any chemotherapy?
16     A  Exactly.
17     Q  And, in your experience, have you had any
18 patients that have experienced permanent alopecia
19 with Taxotere?
20     A  Not that I recognized when I was treating
21 them. Looking back, there are a couple -- we were
22 using so much TAC chemotherapy, I believe a couple
23 of those that didn't get their hair back for months
24 and months or years may have been in that group.
25     Q  So throughout the years that you have been

Page 108

1  using Taxotere with patients, you believe there may
2  have been a couple, looking backward, that may have
3  had permanent hair loss?
4      A  Yes.
5      Q  So is it fair to say in your patient
6  population -- well, let me back up. Strike that.
7      When you were using a taxane like Taxotere,
8  patients will almost certainly lose their hair
9  during treatment, correct?
10     A  I tell them 100 percent will lose their
11 hair during treatment.
12     Q  And in your experience with Taxotere,
13 patients generally have grown their hair back,
14 correct?
15     A  Yes.
16     Q  So certainly it's not every patient that
17 has permanent hair loss with Taxotere, correct?
18     A  Correct.
19     Q  And you said you've used Taxol in your
20 practice as well?
21     A  Yes.
22     Q  Have you had any patients with Taxol that
23 have had any degree of permanent hair loss?
24     A  Not that I recall.
25     Q  Have you gone back and looked to see?

Page 109

1      A  I have not.
2      Q  Do you know one way or another whether
3  there have been cases reported of permanent hair
4  loss with Taxol?
5      A  I believe there are some cases reported,
6  like with any chemotherapy.
7      Q  And so you would agree that with any
8  chemotherapy, the potential to have permanent hair
9  loss exists?
10     A  I think a rare side effect could happen to
11 anybody from any chemotherapy drug.
12     Q  How do you define "rare"?
13     A  That would be something I would expect 1 in
14 1,000. Rare things -- actually there is a
15 definition, a specific definition the FDA has, I
16 don't remember offhand. I think 1 in 1,000, one in
17 10,000.
18     Q  How do you define "common"?
19     A  Common is over 1 percent.
20     Q  Where do you get that definition?
21     A  From the FDA.
22     Q  And --
23     A  And, honestly, when we talk to patients, we
24 try to give them a sense of the benefit of their
25 treatment and the risks. So if you tell somebody

| Page 142 | Page 144 |
|---|---|
| 1  treatment of breast cancer, there are no regimens,<br>2  preferred or recommended, that involve the<br>3  concurrent administration of Adriamycin and<br>4  paclitaxel, correct?<br>5        MR. THORNTON: Objection.<br>6        THE WITNESS: In adjuvant therapy, correct.<br>7  BY MR. STRONGMAN:<br>8     Q   And, similarly, there's no preferred or<br>9  recommended regimen in the adjuvant treatment of<br>10 breast cancer that involve Adriamycin,<br>11 cyclophosphamide and paclitaxel administered at the<br>12 same time, correct?<br>13    A   Not in adjuvant. There's sequential.<br>14    Q   And by "sequential," it means the Taxol<br>15 portion is administered later?<br>16    A   Separately, because it is remarkably less<br>17 toxic and the most effective regimen published to<br>18 date in adjuvant breast cancer.<br>19    Q   And you would certainly agree with me that<br>20 there have been cases of permanent hair loss<br>21 reported with Taxol, correct?<br>22    A   I believe so, yes.<br>23    Q   And you would agree with me that there are<br>24 cases of permanent hair loss reported with<br>25 cyclophosphamide, correct? | 1        But when you look at published clinical<br>2  trials, for example, some of them are denominated<br>3  level 1 evidence.<br>4        Do you understand that?<br>5     A   Yes.<br>6     Q   And what does that mean?<br>7     A   The randomized, placebo-controlled<br>8  double-blind trial is considered the gold standard<br>9  that will come into question when data comes to<br>10 light, but that is the current gold standard for<br>11 level 1 evidence.<br>12    Q   And there is kind of a pyramid of evidence<br>13 that cascades down from that, correct?<br>14    A   Yes.<br>15    Q   What would be the next level down, level 2<br>16 evidence?<br>17    A   A trial that didn't have the same power of<br>18 a randomized phase 3, it may not have been powered<br>19 enough for all the outcomes, it might be a<br>20 high-level phase 2 all the way down to expert<br>21 opinion when there just aren't clinical trials.<br>22    Q   Okay. And you're saying all the way down<br>23 to just an opinion of a medical professional or a<br>24 scientist that's expressed --<br>25    A   Generally key opinion leaders are |
| Page 143 | Page 145 |
| 1     A   Yes, especially in the transplant site.<br>2     Q   And you would agree with me that there were<br>3  cases of permanent hair loss reported with<br>4  Adriamycin, correct?<br>5     A   In regimens, yes.<br>6     Q   In fact, you know that there have been<br>7  cases of permanent hair loss with the AC regimen,<br>8  correct?<br>9     A   Rarely, yes.<br>10    Q   And you actually know that there have been<br>11 cases of permanent hair loss with the AC-Taxol<br>12 regimen?<br>13    A   I believe so.<br>14    Q   And you know that there have been cases of<br>15 permanent hair loss reported with CMF, correct?<br>16    A   There are cases in almost everything.<br>17    Q   So yes?<br>18    A   Yes.<br>19    Q   And in oncology, of all specialties, there<br>20 is attention paid to levels of evidence, correct?<br>21 Do you understand what I mean by that?<br>22    A   No. Because it depends who is defining<br>23 that. So what do you mean -- what are you referring<br>24 to?<br>25    Q   Fair enough. | 1  considered the expert opinion. They have enough<br>2  experience in something maybe rare, maybe there is a<br>3  big published trial, or a trial at all, what do you<br>4  think your best option is.<br>5     Q   And would you agree with me that case<br>6  reports are very low in the pyramid of scientific<br>7  and medical evidence?<br>8     A   Yes, they are the indicators that usually<br>9  lead to further investigation if it is significant<br>10 enough.<br>11    Q   Are you familiar in your training and<br>12 experience what the difference between association<br>13 and causation is?<br>14    A   Yes.<br>15    Q   And would you agree with me that case<br>16 reports alone are not sufficient to draw a<br>17 scientifically reliable conclusion about causation?<br>18        MR. THORNTON: Objection; form.<br>19        THE WITNESS: Individual case reports, as I<br>20 said, could be an indicator. They do not prove<br>21 causation.<br>22 BY MR. STRONGMAN:<br>23    Q   And we've also been talking a little bit<br>24 about endocrine therapy as well, correct?<br>25    A   Yes. |