# EXHIBIT N

Page 1

1        UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
2
3                                    MDL NO.: 2740
                                     SECTION: H
4
5    IN RE:   TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
6
7    This Document Relates To:
8    Antoinette Durden, Case No. 2:16-cv-16635;
9    Tanya Francis, Case No. 2:16-cv-17410;
10   Barbara Earnest, Case No. 2:16-cv-17144.
11   _____/
12
13            Thursday, December 13, 2018
14
15        Videotape Deposition of DAVID A.
16   KESSLER, MD, taken at the Whitfield Bryson &
17   Mason LLP, 5101 Wisconsin Avenue NW, Suite 305,
18   Washington, D.C., beginning at 8:55 a.m.,
19   before Ryan K. Black, a Registered Professional
20   Reporter, Certified Livenote Reporter and Notary
21   Public in and for the District of Columbia.
22
23
24
25   Job No. NJ3173488

|  | Page 238 |  | Page 240 |
|---|---|---|---|
| 1 | Q. It's an abstract? | 1 | And there is an elevated percent when |
| 2 | A. Yes. That is. I just didn't see a | 2 | you have Docetaxel plus A. You see that, right? |
| 3 | date. I just wanted to double-check that. | 3 | A. For D and A? |
| 4 | Q. All right. All right. So if you're | 4 | Q. Yes. |
| 5 | -- you're familiar with this, I don't need to go | 5 | A. Yes. I have 24 percent. |
| 6 | through it. | 6 | Q. Yes. |
| 7 | A. No. That's correct. | 7 | A. Yes. |
| 8 | Q. Now, this is a -- it's a telephone | 8 | Q. That's D -- that's -- what -- and what |
| 9 | interview survey of patients who have completed | 9 | is that, D and A -- D plus A? |
| 10 | adjuvant or neoadjuvant A or T chemotherapy on | 10 | A. It's Docetaxel plus an Anthracycline. |
| 11 | clinical trials more than one year or before. | 11 | Q. Okay. All right. |
| 12 | Do you see where I've read that? | 12 | A. I mean, again, we've gotta be careful, |
| 13 | A. Yes. | 13 | A is an anthracycline, right? |
| 14 | Q. All right. I just want to ask if, | 14 | Q. Okay. That could be -- that could be |
| 15 | based on this abstract, it does inform us that | 15 | Doxorubicin? |
| 16 | Adriamycin only, Doxorubicin, there were 8 | 16 | A. Yeah. I mean, we can look. |
| 17 | percent of those women that had Adriamycin | 17 | Q. It can be Doxorubicin or Epirubicin. |
| 18 | only that had persisting alopecia, right? | 18 | A. I -- I -- I think I'd have to pull up |
| 19 | A. Let me just see, -- | 19 | the whole class to be exact. |
| 20 | Q. Yeah. Yeah. | 20 | Q. All right. All right. But, in any |
| 21 | A. -- because I've cited this. That | 21 | event, when I go back to your Paragraph 157 of |
| 22 | was -- for D non-A -- for A non-T, 8 percent, -- | 22 | your report, are you with me? |
| 23 | Q. Yes. | 23 | A. Yes. |
| 24 | A. -- that's correct. | 24 | Q. Just based on Crown, and whatever |
| 25 | Q. Okay. And the title is Incidence | 25 | limitations we have with Crown, we have a |
|  | Page 239 |  | Page 241 |
| 1 | of Permanent Alopecia Following Adjuvant | 1 | clinician reporting an incidence of permanent |
| 2 | Chemotherapy. So this tells us, A only, | 2 | alopecia with Paclitaxel, right? |
| 3 | 8 percent, D only, 15 percent, right? | 3 | A. Right. He has -- he has numbers here. |
| 4 | A. Umm -- | 4 | Let's see. Again, for P alone, let me just |
| 5 | Q. Docetaxel only? | 5 | -- who had completed adjuvant -- so help -- help |
| 6 | A. Well, I have -- I have -- let me | 6 | me interpret this. I -- I'm not sure he's |
| 7 | see, Docetaxel -- let me just get the -- | 7 | saying P alone. |
| 8 | Q. Yeah. | 8 | Are you interpreting P alone? |
| 9 | A. -- the drug exposure, because that was | 9 | Q. I mean, you're the doctor, but that's |
| 10 | of interest to me, as well. I mean, you can | 10 | how I interpreted it. |
| 11 | talk about A, but it was -- Docetaxel 300 was | 11 | A. Yeah. But it doesn't say that, does |
| 12 | 7 percent, I believe, if I'm correct. | 12 | he? |
| 13 | Yes. Docetaxel 300 was 7 percent. | 13 | See, when I -- when I read |
| 14 | Q. Yes. And then also -- | 14 | this I -- he -- he says, patients who were |
| 15 | A. And Docetaxel 450 -- 450 was 19 | 15 | enrolled in clinical trials involving TAX or |
| 16 | percent. | 16 | Anthracyclines. So he -- he doesn't -- it does |
| 17 | Q. Yeah. | 17 | not say, we conducted a telephone interview of |
| 18 | A. Right. So that -- it was dose | 18 | survey of patients who had completed adjuvant |
| 19 | response for Docetaxel. That's -- that's what I | 19 | or neoadjuvant A, right, that's an |
| 20 | took away, but you are correct that A -- A has 8 | 20 | Anthracycline, or T, chemotherapy, right, |
| 21 | percent. | 21 | on clinical trials more than one year. |
| 22 | Q. Yes. And there's Paclitaxel at 13 | 22 | I -- I -- the -- the only thing I can |
| 23 | percent, right? | 23 | make from this is -- the only thing that I took |
| 24 | A. Yes. | 24 | from Crown when I -- the thing that I took that |
| 25 | Q. All right. Okay. | 25 | stood out that I -- that was comparing apples to |

61 (Pages 238 - 241)

Page 242

1  apples was D300 versus D450, right, the dose
2  response.
3       I can't be sure when he says that the
4  risk appears highest -- okay, and AC --
5       MR. KEENAN: Am I reading this wrong?
6  Isn't there Paclitaxel?
7  BY MR. KEENAN:
8     Q. Go on. Go on, Doctor.
9     A. For patients receiving D, not A, the
10 risk is dose-dependent. Our data set contains
11 few P patients. It does not contain any
12 patients undergoing low-dose weekly T.
13      To me this -- this is -- again, I
14 see the dose response. I wouldn't draw any
15 conclusions on -- on Adriamycin, Doxorubicin or
16 Paclitaxel alone here without other drugs. It
17 just who were on regimens that included that.
18    Q. Well, it does -- it does have
19 statistics of Adria -- of Doxorubicin only,
20 right, of 8 percent? We can agree on that?
21    A. Doxorubicin?
22    Q. Yes. A. Where it says A.
23    A. A is an Anthracycline.
24    Q. Okay. Anthracycline. We'll take
25 that.

Page 243

1     A. Right. But just let me -- let me
2  just -- if you don't mind, let me just make sure
3  I got the definition.
4       One second.
5       So I don't misspeak, just for it to be
6  helpful -- that's all right.
7       I'd have to look up the whole class.
8  It's any Anthracycline, I think, is what he's
9  doing.
10    Q. All right. All right. Okay. Well,
11 in any event, this is useful information to you,
12 right, Crown is?
13    A. It -- this was -- this was useful
14 -- what I saw that was salient in this was, I
15 mean, Bradford Hill, is a -- the question is, is
16 there data that's something's dose-response,
17 right? Because that gives you a sense, more of
18 the drug, more of the adverse event. It goes to
19 a causation. It's one factor, not the ultimate.
20 That's what this is -- to me seems to compare
21 apples to apples here.
22    Q. Earlier today we talked about the
23 Prevezas Study, which was a case report of
24 severe, irreversible alopecia in one patient
25 that had Paclitaxel. Do you recall that?

Page 244

1     A. Yes.
2     Q. Okay. And going back to exhibit
3  -- your -- your report, Exhibit -- Paragraph
4  157, Fluorouracil, Fluorouracil was one of the
5  drugs in the FEC -- FAC arm, right, for the TAX
6  316 arm, right?
7     A. Sure.
8     Q. And we've already been over the fact
9  that there was a subgroup there that had ongoing
10 alopecia that was just exposed to FAC, right?
11    A. Yes. We do have -- we see the
12 statistical difference between FAC and TAC.
13    Q. But, in any event, you had a sub -- a
14 subclass of patients that had ongoing alopecia
15 that did not have Taxotere, but had FAC?
16    A. Exactly. You had more in the other
17 arm, and it was statistically significant when
18 you did the meta-analysis, but you're exactly
19 correct.
20      (Kessler Deposition Exhibit No. 80, a
21 study by Dr. Jung, was marked.)
22 BY MR. KEENAN:
23    Q. Okay. I want to hand you Exhibit
24 Number 80, which is a study by Dr. Jung,
25 J-u-n-g.

Page 245

1       Is this a clinical study that
2  you've seen prior to today?
3     A. I'd have to go back and --
4     Q. Why don't you just take -- take a
5  moment to look at it.
6     A. Yeah. Let me take a look at see
7  whether it's in my -- so I'd have to go back and
8  review.
9     Q. Okay. Well, what I'm more interested
10 in is whether we can agree that, according to
11 Exhibit 80, this is a study that reports
12 chemotherapy-induced permanent alopecia for a
13 number of oncology agents reflected in Table 3,
14 I believe it's the fifth page.
15    A. Yeah. It wasn't cited by Sanofi in
16 its 2015 analysis. I'm just trying to figure
17 out where it comes from.
18      Are you looking at Table 3?
19    Q. Yes.
20    A. Okay.
21    Q. Chemotherapy agents used in
22 chemotherapy-induced permanent alopecia agents,
23 do you see that?
24    A. I do.
25    Q. And this list -- first off,

| | |
|---|---|
| Page 246 | Page 248 |
| 1  Cyclophosphamide, right? | 1  We have identified Fluorouracil as a |
| 2      A.  Yes. | 2  drug in the FAC regimen as part of the TAX 316. |
| 3      Q.  And that's one of the drugs that's | 3      A.  Tell -- tell me how you identified |
| 4  listed in Paragraph 157, right? | 4  5-FU as part of that regimen -- that you know |
| 5      A.  Yes. | 5  it's 5-FU. |
| 6      Q.  It lists, second, Doxorubicin, | 6      Q.  What was the FAC? |
| 7  which is listed just -- as the -- another drug | 7      A.  It was -- it was Cytoxin and |
| 8  on your -- in Paragraph 157, right? | 8  Doxorubicin and 5-Fluorouracil.  How do you know |
| 9      A.  Well, these are the ones where there | 9  it was the 5-FU? |
| 10  was a look to see whether there was a signal | 10      Q.  Well, the 5-FU was one of the three |
| 11  that had jumped out more than other drugs. | 11  drugs, right? |
| 12      Q.  That's not my question.  My question | 12      A.  So if you want to say FAC -- I |
| 13  is, these drugs have been demonstrated in | 13  Would just correct you.  I would ask you to -- I |
| 14  clinical papers to cause permanent alopecia, | 14  wouldn't agree 5-FU causes irreversible. |
| 15  right?  Can we agree on that? | 15  I think you can say FAC, -- |
| 16      A.  We -- we -- we can agree that it's | 16      Q.  Okay.  All right.  All right. |
| 17  listed in this paper, correct. | 17      A.  -- there are cases with FAC.  I think |
| 18      Q.  Okay.  And so any reason to | 18  that would be accurate. |
| 19  doubt the findings of this -- of these | 19      Q.  Okay.  All right.  Okay. |
| 20  physicians, that they found permanent -- | 20           Cyclophosphamide and Doxorubicin |
| 21  chemotherapy-induced permanent alopecia in | 21  we just identified were identified by the |
| 22  patients that had taken Cyclophosphamide and | 22  researchers in the Young paper, right? |
| 23  Doxorubicin? | 23          MS. JEFFCOTT:  Object to form. |
| 24          MS. JEFFCOTT:  Object to form. | 24          THE WITNESS:  Where -- where -- |
| 25          THE WITNESS:  That's what this | 25  identified what?  Identified that there are |
| Page 247 | Page 249 |
| 1  paper -- | 1  cases -- |
| 2  BY MR. KEENAN: | 2  BY MR. KEENAN: |
| 3      Q.  Okay. | 3      Q.  Correct. |
| 4      A.  That's what this paper says. | 4      A.  -- that are reported in the |
| 5      Q.  Okay.  All right. | 5  literature? |
| 6           Let me see if I can't wrap up this | 6           That's correct.  There are cases -- |
| 7  -- this topic, then. | 7      Q.  That's right. |
| 8           In Paragraph 157 of your report, where | 8      A.  -- in the literature. |
| 9  you analyzed whether irreversible alopecia is | 9      Q.  Right. |
| 10  known to be caused by related drugs, you and I | 10           And have you seen cases in |
| 11  today have discussed whether case reports, or, | 11  the literature for Cisplatin and |
| 12  in some cases, telephone surveys; in some cases | 12  chemotherapy-induced permanent alopecia? |
| 13  studies, that have identified irreversible | 13      A.  We'd have to go back and look.  But |
| 14  alopecia in their patients that have taken | 14  that's not the issue.  I mean, I'm willing to |
| 15  paclitaxel, yes? | 15  yield -- you're asking the question. |
| 16          MS. JEFFCOTT:  Object to form. | 16      Q.  That's right.  I'm asking the |
| 17          THE WITNESS:  Sorry.  Say that again. | 17  question. |
| 18          Paclitaxel? | 18      A.  You're -- you have -- but that's |
| 19  BY MR. KEENAN: | 19  not what -- you're citing my paragraph.  The |
| 20      Q.  Paclitaxel is -- is a drug that we | 20  question is whether there's a signal, right, and |
| 21  have identified in at least the Prevezas case | 21  whether there's a PRR that jumps out, whether |
| 22  report of a clinician who reported permanent | 22  there's increased risk of -- of irreversible |
| 23  irreversible alopecia. | 23  compared to other drugs.  And the one that jumps |
| 24      A.  In an individual patient. | 24  out, according to Dr. Madigan's analysis, is |
| 25      Q.  Right. | 25  Taxotere.  That has an increased risk over the |