# EXHIBIT O

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
    - - - - - - - - - - - - - - - - - - - - - -x
 3   IN RE: TAXOTERE (DOCETAXEL) PRODUCTS       :
     LIABILITY LITIGATION                       :
 4                                              :  MDL No. 2740
     This Document Relates To:                  :  SECTION:  H
 5                                              :
     Sheila Crayton Case No. 2:17-cv-05923      :
 6   Cynthia Thibodeaux Case No. 2:16-cv-15859  :
    - - - - - - - - - - - - - - - - - - - - - -x
 7                               Tuesday, November 26, 2019
                                          Washington, D.C.
 8
 9
10
11
12  Videotaped Deposition of:
13              DAVID A. KESSLER, Ph.D.,
14  called for oral examination by counsel for the Defendants,
15  pursuant to notice, at the offices of the American
16  Association of Justice, 777 Sixth Street, Northwest,
17  Suite 200, Washington, D.C. 20001, before Christina S.
18  Hotsko, RPR, CRR, of Veritext Legal Solutions, a Notary
19  Public in and for the District of Columbia, beginning at
20  9:07 a.m., when were present on behalf of the respective
21  parties:
22
23
24
25
```

Page 346

1    Q. So if you look at the table on page
2  726 --
3    A. Got it.
4    Q. -- the table baseline characteristics
5  of female patients with cancer with alopecia
6  after cytotoxic chemotherapy, right?
7    A. I see it, sir.
8    Q. And then PCIA, it notes 98 patients; is
9  that right?
10   A. Yes.
11   Q. Okay. And then if we look at the
12 taxane-based chemotherapy, it notes that 47
13 patients had received paclitaxel, right, who
14 had --
15   A. Yes.
16   Q. -- a clinical diagnosis of PCIA?
17   A. Yes.
18   Q. Okay. And it notes that 31 patients
19 with a clinical diagnosis of PCIA had taken
20 docetaxel, right?
21   A. And two had both Ts.
22   Q. Sure.
23   A. Correct.
24   Q. So again, this is reporting -- this
25 paper includes reports of both -- of patients

Page 347

1  with PCIA who have taken both paclitaxel and
2  docetaxel, right?
3    A. Well said.
4    Q. All right. It also includes --
5    A. Whoa, whoa. Wait a second. Say that
6  again.
7    Q. This paper includes reports of patients
8  who have been clinically diagnosed with PCIA
9  who have taken both paclitaxel and, separately,
10 docetaxel, right?
11   A. And other drugs.
12   Q. And other -- and those other drugs
13 here -- one of the regimens is identified as
14 CMF; is that right?
15   A. 13 of those.
16   Q. Okay. And again, cyclophosphamide --
17   A. Correct.
18   Q. -- methotrexate, and 5-fluorouracil,
19 right?
20   A. Exactly, sir.
21   Q. Okay. And then it notes reports of
22 patients who have taken busulfan, vincristine,
23 carboplatin, lomustine, and doxorubicin, right?
24   A. Exactly. Now you've added all of them.
25   Q. All right. This article also examined

Page 348

1  what the authors call endocrine therapy-induced
2  alopecia, right?
3    A. Yes.
4    Q. All right.
5    A. That was part of its objective.
6    Q. Okay. And what's endocrine therapy?
7    A. Endocrine therapy, as distinguished
8  from chemotherapy, is hormonal therapy. And
9  mostly they deal with the estrogen compounds
10 and antagonists and growth factors.
11   Q. And so here, of the patients who were
12 diagnosed with EIAC, 58 of them had taken an
13 aromatase inhibitor, right?
14   A. Correct.
15   Q. And 26 of them had taken tamoxifen,
16 right?
17   A. Correct.
18      (Kessler Deposition Exhibit 60 marked
19       for identification and attached to the
20       transcript.)
21 BY MR. MCRAE:
22   Q. All right, Doctor. What I'm marking as
23 Exhibit 60 is the Martin paper from 2018 that I
24 believe you're familiar with.
25   A. I am, sir.

Page 349

1    Q. And this is one of the papers
2  Dr. Madigan used in performing his
3  meta-analysis, right?
4    A. Yes, sir.
5    Q. And Martin is a retrospective analysis
6  of patients at three different oncology
7  centers, right?
8    A. There were two centers -- yes. There
9  were different -- there were three centers,
10 exactly.
11   Q. And this paper reports on both grade 1
12 and grade 2 persistent alopecia, right?
13   A. It gets a little -- yeah. I think the
14 answer to that is yes.
15   Q. Okay. And the authors define grade 1
16 persistent alopecia as weakening of hair or
17 partial alopecia and not leading to the use of
18 a wig after at least 18 months from the end of
19 adjuvant chemotherapy, right?
20   A. Yes.
21   Q. Do you agree with that definition?
22   A. You know, again, it differs a little
23 from the NCI definition as I know it. But I'll
24 leave it to the dermatologists to -- I don't --
25 I don't have a particular opinion on the