# EXHIBIT Q

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
                                      )
 3     IN RE:  TAXOTERE               ) MDL No. 2740
       (DOCETAXEL) PRODUCTS           )
 4     LIABILITY LITIGATION           ) SECTION:  H
                                      )
 5     THE DOCUMENT RELATES TO:       )
       SHEILA CRAYTON,                )
 6     CASE NO. 2:17-CV-05923;        )
       CYNTHIA THIBODEAUX,            )
 7     CASE NO. 2:16-CV-15859         )
 8     ******************************************************
 9              ORAL AND VIDEOTAPED DEPOSITION OF
10                    DAVID MADIGAN, Ph.D.
11                     November 14, 2019
12     ******************************************************
13          ORAL AND VIDEOTAPED DEPOSITION OF DAVID MADIGAN,
14     Ph.D., produced as a witness at the instance of the
15     DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US
16     SERVICES, INC., and duly sworn, was taken in the
17     above-styled and numbered cause on the 14th of
18     November, 2019, from 8:09 a.m. to 3:16 p.m., before
19     Tamara Vinson, CSR in and for the State of Texas,
20     reported by machine shorthand, at Williams Hart
21     Boundas & Easterby, 8441 Gulf Freeway, Suite 600,
22     Houston, Texas, 77017, pursuant to the Federal Rules
23     of Civil Procedure and the provisions stated on the
24     record or attached hereto.
25
```

| | Page 206 | | Page 208 |
|---|---|---|---|
| 1 | like, hit in that report actually met your inclusion | 1 | A. Yes. |
| 2 | criteria? | 2 | Q. When did you last see it? |
| 3 | A. I read them. I read every one of them. | 3 | A. When I was doing this work, actually, so |
| 4 | Sometimes just the abstract. I mean, it's clear from | 4 | whenever that was. We could look at the -- we could |
| 5 | the abstract often that it's not going to be -- you | 5 | look at the invoice, but a month or two ago, I guess. |
| 6 | know -- it's not going to be a positive hit. | 6 | Q. Sure. Sometime after the first trial, but |
| 7 | Q. Understood. But you kind of read my -- read | 7 | before you issued your expert report in this matter. |
| 8 | my mind with my next question. So I counted on this | 8 | Is that fair? |
| 9 | list about -- it was kind of hard for me to count a | 9 | A. Probably, yes. |
| 10 | few of them, but maybe 70 or so hits. Does that sound | 10 | Q. Okay. And Doctor, if you could turn with me |
| 11 | about right? | 11 | to the table on Page 726. Are you with me here? |
| 12 | A. That's about right. | 12 | A. Yep. |
| 13 | Q. So you would have excluded, then, about 65 | 13 | Q. And this table is titled Baseline Female -- |
| 14 | articles? | 14 | Baseline Characteristics of Female Patients with |
| 15 | A. In round numbers, yes. | 15 | Cancer with Alopecia after Cytotoxic Chemotherapy. |
| 16 | Q. Sure. Close enough. Right? | 16 | Correct? |
| 17 | A. (No verbal response.) | 17 | A. Yes. |
| 18 | Q. Did anyone help you do that? | 18 | Q. And they identified in the column PCIA -- do |
| 19 | A. No. | 19 | you know what PCIA stands for in this paper? |
| 20 | Q. How long did that take you to review -- | 20 | A. It's a permanent chemotherapy-induced |
| 21 | A. A couple of -- | 21 | alopecia, I believe. |
| 22 | Q. -- those articles? | 22 | Q. Persistent, maybe? |
| 23 | A. -- a couple of -- two or three hours, | 23 | A. Persistent, okay. |
| 24 | something like that. I mean, 0it's very | 24 | Q. Sure. Have you -- have you heard that term |
| 25 | straightforward. | 25 | before? |

| | Page 207 | | Page 209 |
|---|---|---|---|
| 1 | Q. Okay. | 1 | A. Yes. |
| 2 | A. It's a triage kind of thing. It's very | 2 | Q. All right. And if we look at this table here |
| 3 | obvious for most of them and then there's a handful | 3 | it notes that 98 women -- they report on 98 women who |
| 4 | that I -- you know -- it took me longer to figure out | 4 | had PCIA. Is that correct? |
| 5 | whether they were responsive or hot. | 5 | A. That's correct. |
| 6 | MR. McRAE: And we might as well, just | 6 | Q. All right. And if you go about halfway down |
| 7 | since I brought it up, go ahead and mark this as | 7 | this table, if you look at the therapies and the |
| 8 | Exhibit -- oh, sorry. Oh, sorry. I have an extra, | 8 | percentage of people had received it notes that 80 of |
| 9 | Dave. -- Exhibit 26. | 9 | the 98 had received Taxane. Correct? |
| 10 | (Exhibit No. 26 marked.) | 10 | A. Yes. |
| 11 | Q. (By Mr. McRae) And my only question to you, | 11 | (Reporter interruption.) |
| 12 | Doctor, about Exhibit 26: Is this the list that you | 12 | Q. (By Mr. McRae) And then between those it |
| 13 | provided counsel for Plaintiffs? | 13 | actually splits out the Taxanes at issue and it notes |
| 14 | A. That appears to be the list, yes. | 14 | that 47 out of the 80 patients had received |
| 15 | Q. Okay. Very good. Thank you. | 15 | Paclitaxel. Right? |
| 16 | MR. McRAE: And if we could please go | 16 | A. Yeah. |
| 17 | ahead and mark this as Exhibit 27. | 17 | Q. And then 31 out of the 80 had received |
| 18 | (Exhibit No. 27 marked.) | 18 | Docetaxel. Right? |
| 19 | Q. (By Mr. McRae) And Doctor, Exhibit 27, is | 19 | A. That's correct. |
| 20 | this an article that was published in JAMA Dermatology | 20 | Q. All right. If you look at the second page of |
| 21 | in 2019 titled Assessment of Quality of Life and | 21 | this study where -- you'll note in the Methods that |
| 22 | Treatment Outcomes of Patients with Persistent | 22 | patients were eligible if they received only systemic |
| 23 | Postchemotherapy Alopecia? | 23 | cytotoxic chemotherapy with a clinical diagnosis of |
| 24 | A. Yes. | 24 | PCIA. Do you see where I'm at? |
| 25 | Q. Have you seen this document before? | 25 | A. I'm sorry, sir. No, I don't, actually. |

|  Page 210 |  Page 212 |
|---|---|
| 1  Where are you? | 1    A.  Some of the people that they identified as |
| 2    Q.  The first paragraph in the Methods section | 2  having PCIA, some of those people had taken |
| 3  probably about halfway through it, Patients were -- | 3  Cyclophosphamide. |
| 4    A.  Yes, I'm there. | 4    Q.  (By Mr. McRae)  Okay. |
| 5    Q.  -- eligible if they -- | 5    A.  Is that a -- |
| 6    A.  Okay. | 6    Q.  Yes. |
| 7    Q.  So in this study patients actually received a | 7    A.  Am I answering the question, yes? |
| 8  clinical diagnosis of their PCIA.  Correct? | 8    Q.  Yep.  And this study actually also identifies |
| 9        MR. MICELI:  Object to the form. | 9  clinically diagnosed cases of PCIA with patients who |
| 10    A.  It says clinical diagnosis of PCIA.  That's | 10  have taken 5FU.  Correct? |
| 11  what it says. | 11    A.  So of the patients who had PCIA, some of |
| 12    Q.  (By Mr. McRae)  And if we -- if we go back to | 12  those patients appear to have previously taken 5FU. |
| 13  the table we were talking about before, so based on | 13    Q.  Okay.  And the study also says that of the |
| 14  this table Taxol had a 59 percent rate of PCIA.  Is | 14  patients with PCIA some of them have previously taken |
| 15  that right? | 15  Busulfan? |
| 16        MR. MICELI:  Excuse me.  Object to the | 16        (Reporter interruption.) |
| 17  form. | 17    A.  So it seems.  As I say, you can't use this to |
| 18    A.  So it is true that of the patients who had | 18  do a comparative analysis. |
| 19  PCIA 59 percent of them took Paclitaxel.  That's a | 19    Q.  (By Mr. McRae)  Okay.  And it also looks like |
| 20  fact.  That is precisely the wrong probability that I | 20  that of some of the patients who were clinically |
| 21  need in order for this to qualify as a comparative | 21  diagnosed with PCIA, some of them have previously |
| 22  study, so that's the probability of taking Paclitaxel | 22  taken Carboplatin.  Right? |
| 23  given that lost your hair.  That's the wrong way | 23    A.  So it seems, but, again, the caveat, you |
| 24  around.  So if you're going to do a comparison between | 24  can't use this to do any kind of a comparison between |
| 25  Docetaxel and Paclitaxel you need the other way | 25  the drugs. |
|  Page 211 |  Page 213 |
| 1  around.  You need what's the probability of losing | 1    Q.  And some of them had also taken Methotrexate? |
| 2  your hair given that you took Paclitaxel and what's | 2    A.  So it seems, but with the same caveat, you |
| 3  the probability of losing your hair given that you | 3  can't use this to do comparisons. |
| 4  took Docetaxel, then you can do a comparison.  So this | 4    Q.  Yeah.  And some of them had also taken |
| 5  is useless.  It is what it is, but vis-a-vis my task | 5  Doxorubicin.  Right? |
| 6  this is -- this study does not qualify because you | 6    A.  Same answer, it appears that some of them |
| 7  can't do a comparison. | 7  did, but you can't use this to do comparisons across |
| 8    Q.  Okay. | 8  drugs. |
| 9    A.  And I can -- I can go into further detail if | 9    Q.  Okay.  Do you know if the authors of the |
| 10  you want me to. | 10  study, if they actually collected and had the data |
| 11    Q.  No.  I think -- I think I understand.  Would | 11  that you would need in order to make a comparison of |
| 12  you agree that this paper reports that Taxol actually | 12  cross drugs? |
| 13  has a greater risk of PCIA than with Tax -- the | 13    A.  I would have no way of knowing that.  So what |
| 14  Taxotere? | 14  you'd need to know is the prevalence, basically, of |
| 15        MR. MICELI:  Object to the form. | 15  the individual drugs.  So maybe they haven't, maybe |
| 16    A.  That's precisely what it doesn't do. | 16  they don't.  I don't know. |
| 17    Q.  (By Mr. McRae)  Okay. | 17    Q.  And you didn't reach out to the study authors |
| 18    A.  It doesn't enable you to make that statement | 18  to see if they had that information? |
| 19  because it's the wrong way around. | 19        MR. MICELI:  Object to the form. |
| 20    Q.  All right.  Now, this study also shows | 20    A.  I did not. |
| 21  clinically diagnosed cases of PCIA with Cytoxan. | 21    Q.  (By Mr. McRae)  Okay.  Now, if we look at the |
| 22  Correct? | 22  authors, one of the authors is Dr. Tosti.  Correct? |
| 23    A.  (No verbal response.) | 23    A.  Yes. |
| 24    Q.  Also known as Cyclophosphamide? | 24    Q.  And she is an expert in this litigation, to |
| 25        MR. MICELI:  Object to the form. | 25  your understanding? |

54 (Pages 210 - 213)