# EXHIBIT R

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
     IN RE: TAXOTERE                )
 3   (DOCETAXEL) PRODUCTS           )
     LIABILITY LITIGATION           )
 4                                  )   MDL No. 2740
     This Document Relates To:      )
 5                                  )   SECTION: H
     Antoinette Durden, Case        )
 6   No. 2:16-cv-16635              )
                                    )
 7   Tanya Francis, Case            )
     No. 2:16-cv-17410;             )
 8                                  )
     Barbara Earnest, Case          )
 9   No. 2:16-cv-17144              )
10
11   *******************************************************
12              ORAL VIDEOTAPED DEPOSITION OF
13                  LAURA PLUNKETT, PH.D.
14                    DECEMBER 10, 2018
15   *******************************************************
16
17
           ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18   PH.D., produced as a witness at the instance of the
     Defendants and duly sworn, was taken in the
19   above-styled and numbered cause on the 10th day of
     December, 2018, from 9:21 a.m. to 5:22 p.m., before
20   Stephanie Barringer, Certified Realtime Reporter
     (CRR), Registered Professional Reporter (RPR), and
21   Certified Shorthand Reporter (CSR) in and for the
     State of Texas, reported by stenographic means at the
22   offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
     Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23   the Federal Rules of Civil Procedure and the
     provisions stated on the record or attached hereto.
24
25   Job No. NJ3152742
```

Page 114

1  me just ask you another question.
2          As you sit here today, you don't
3  have an opinion one way or other as to whether
4  hormone therapy drugs like Arimidex or tamoxifen
5  can contribute to delayed hair regrowth following
6  the completion of chemotherapy?
7      A.  I have not formed that opinion.  That is
8  true.
9      Q.  And you'd agree with me that age can
10 contribute to delayed hair regrowth after
11 chemotherapy?
12         MR. MICELI:  Object to the form.
13     A.  I have not done that assessment either,
14 so I don't have an opinion on that at this point in
15 time.
16     Q.  (BY MS. SASTRE)  You agree that a woman's
17 menopausal status can contribute to delayed hair
18 regrowth after the completion of chemotherapy,
19 true?
20         MR. MICELI:  Object to the form.
21     A.  I have not done that assessment either.
22 But -- and I may have answered a question earlier
23 about that.  But you're asking it in the context of
24 assessment after chemotherapy, and I haven't done
25 that assessment.

Page 115

1      Q.  (BY MS. SASTRE)  And you agree that there
2  are cases of permanent alopecia that are associated
3  with chemotherapy agents besides Taxotere, true?
4          MR. MICELI:  Object to the form.
5      A.  Yes.  I have seen that.
6      Q.  (BY MS. SASTRE)  For what medications?
7      A.  I mentioned in my report there are some
8  reports for cyclophosphamide.  I don't think I
9  mentioned it, but there are some reports for a drug
10 used outside cancer, busulfan.
11         And there are some reports --
12 there is some discussion in the clinical studies
13 that were performed by Sanofi of -- some reports of
14 permanent alopecia in patients that were receiving
15 the combination called FAC, which is the
16 combination of 5-fluorouracil with the other
17 agents.
18     Q.  So it's 5-FU, the combination.  And what
19 are the other agents?
20     A.  I said -- in my report, I tell you about
21 the ones identified for -- for cyclophosphamide.
22 And I am also aware also of reports that -- or
23 these may be ones in my reference list I -- that I
24 didn't list.  There are reports with busulfan as
25 well.  But it's not used as a breast cancer

Page 116

1  treatment, that I'm aware of.
2      Q.  But the combination therapy FAC, what are
3  the agents, please?
4      A.  5-fluorouracil, cyclophosphamide and
5  Adriamycin.
6      Q.  Okay.  All right.  So I'm going to read
7  the list back because I want to make sure I have a
8  complete answer to this question.  And then you
9  tell me if there's any other medications that go on
10 Dr. Plunkett's list of chemotherapy drugs that have
11 been associated with permanent alopecia.  Okay?
12         MR. MICELI:  Object to the form.
13         Go ahead.
14     Q.  (BY MS. SASTRE)  Okay.
15     A.  Go ahead and ask your question.  I may
16 not be able to answer it, but go ahead.
17     Q.  I think you will.  But okay, Doctor, let
18 me ask.
19         So you told us about
20 cyclophosphamide, busulfan, the combination therapy
21 FAC, which is 5-FU, Adriamycin and cyclophosphamide
22 as all being chemotherapy that have all cases of
23 permanent alopecia associated with them, correct?
24     A.  Those are ones that I've identified, but
25 it's not my list.  It's -- it's the list that is

Page 117

1  with -- it's the list I have -- I can tell you
2  based upon the research I have done.
3      Q.  Are there any others besides that list
4  which you have seen cases of permanent alopecia
5  associated with chemotherapy medications?
6      A.  It's possible that there's others.  But
7  I'd have to go back and look at all of the
8  literature in -- within my reference list.  Those
9  are the ones that I focused on based upon the
10 treatment of breast cancer.
11     Q.  Well, you -- Taxol's on that list, too,
12 right?
13     A.  Oh, I'm sorry.  Yeah.  I thought I
14 mentioned Taxol earlier.  I apologize.  Yeah,
15 absolutely.  I discuss that in my report.  Taxol
16 has been associated with it as well.
17     Q.  So we'll add that to your list, right?
18     A.  It's certainly supported by the science,
19 yes.  There are some of those.
20     Q.  All right.  I am going to try to work
21 through your report with you.  And probably -- I'll
22 probably go in order, but we'll see.  There may be
23 some jumping around.  I know we've been jumping
24 around a bit so far.  So let's just kind of work
25 our way through your report.  Okay?