UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

Considering the *Ex Parte* Motion For Leave To File Exhibits F, T, U, X, Y, Z, and AA to Defendants' Opposition to Plaintiff's Motion to Exclude Expert Testimony of John Glaspy, M.D Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits F (Rec. Doc. 11101-6), T (Rec. Doc. 11101-20), U (Rec. Doc. 11101-21), X (Rec. Doc. 11101-24), Y (Rec. Doc. 11101-25), Z (Rec. Doc. 11101-26), and AA (Rec. Doc. 11101-27) UNDER SEAL.

                                               _____
                                               HON. JANE TRICHE MILAZZO
                                               UNITED STATES DISTRICT COURT JUDGE