# EXHIBIT C

# SECOND SUPPLEMENTAL EXPERT REPORT OF PROFESSOR LEE-JEN WEI IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION SUBMITTED APRIL 17, 2020

## I. INTRODUCTION

1. On December 10, 2018, I submitted an expert report in the above-mentioned matter ("Original Report"). On December 9, 2019, I submitted a supplemental expert report ("First Supplemental Report") and on December 19, 2019, I submitted an Addendum to my Original Report ("Addendum"). Since then, I have been asked to provide additional opinions in response to new expert reports filed by Plaintiffs' experts. I stand by and incorporate my Original Report, my First Supplemental Report and my Addendum as if fully set forth here in this Second Supplemental Report.

2. My updated *curriculum vitae*, which includes a complete list of my publications, is attached hereto as Appendix A.

3. All materials reviewed and used for the preparation of my reports are listed in Appendix B.

4. My list of my testimony for the last four years is the same as it was at the time I submitted my First Supplemental Report with the addition of my Taxotere deposition in December 2019. That prior list of testimony is attached hereto as Exhibit C.

5. I am being compensated at the rate of $450 per hour for my time incurred on this matter.

1

## II. SUPPLEMENTAL OPINIONS

6.      In his report dated March 23, 2020, Dr. Madigan adds a paragraph not contained in his earlier reports that states:

> 67.   I am aware of a Sanofi document suggesting much shorter TAX 316 follow-up times for alopecia than those provided in the actual TAX 316 clinica trial SAS data.[51] Even if those follow-up times were correct, which they are not, alopecia with a duration of two years or more occurred in five TAC patients but did not occur in any TAC patients, a statistically significant imbalance, P=0.03.

7.      As I stated in my First Supplemental Report, Dr. Madigan is incorrect in suggesting that Sanofi_02368847 does not contain the TAX 316 follow-up times for alopecia. That said, Dr. Madigan's new analysis suffers from a number of limitations.

8.      Initially, and as I stated in my Original Report, Dr. Madigan's analyses of the clinical trial data do not account for the multiple comparison issue. Using the 5% level of significance for hypothesis testing, as Dr. Madigan does, to analyze simultaneously a large number of efficacy and safety endpoints in a study will yield a high rate of false positive findings. In TAX316, for example, there are 69 different types of adverse events reported in Table 7 of the Clinical Study Report. Using the Bonferroni multiple comparison adjustment, the Type I error rate "alpha" level should be 0.0007 (0.05 divided by 69). That is, only if the p-value is less than 0.0007 may we claim there is a statistically significant difference between the two arms of the study for any particular adverse event. Dr. Madigan does not take this into account.

9.      Second, Dr. Madigan's focus on only alopecia with a duration of at least two years appears arbitrary, as there is no justification given in his report or at his deposition for using that duration. Had Dr. Madigan chosen a different duration (*e.g.*, 6 months, 12 months,

2

18 months), the numbers and statistical analysis would have been different, as seen in the table below:

| Duration[1] | TAC (n = 744) | FAC (n = 736) | 95% CI and p value |
|---|---|---|---|
| 6 months[2] | 7 | 4 | [0.440, 8.129] P=0.547 |
| 12 months[3] | 5 | 3 | [0.320, 10.682] P=0.726 |
| 18 months[4] | 5 | 1 | [0.554, 235.263] P=0.218 |
| 24 months[5] | 5 | 0 | [0.909, infinity] P=0.062 |

10.  Third, it is misleading for Dr. Madigan to suggest that 5 TAC patients experienced alopecia with a duration of two or more years as a result of those patients' exposure to Taxotere.  At least two of those 5 patients had their hair loss resolve after completing their TAC regimen.

11.  TAC patient 12403, for example, had her alopecia resolve in January 1999 (Sanofi_02649521):

---

[1] Sanofi_02368838
[2] Patient IDs (TAC): 11702, 11724, 12403, 12612, 26809, 17603, 28101
 Patient IDs (FAC): 11710, 27610, 19801, 30001
[3] Patient IDs (TAC): 11702, 11724, 12403, 12612, 26809
 Patient IDs (FAC): 11710, 19801, 30001
[4] Patient IDs (TAC): 11702, 11724, 12403, 12612, 26809
 Patient IDs (FAC): 19801
[5] Patient IDs (TAC): 11702, 11724, 12403, 12612, 26809

3

| Treat-ment Arm | Subject ID | Visit Name | Visit Num | MedDRA Preferred Term (Reported Term) | Tox. Grade | Serious | Start Date of AE | End Date of AE | Consequences | Causality | Cause at Fup |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cycle 6 | 6 | Asthenia (Asthenia) | Gr 2 | N | | | Missing | Probable | N/A |
| | | Cycle 6 | 6 | Diarrhoea (Diarrhea) | Gr 1 | N | | | No consequences | Possible | N/A |
| | | Cycle 6 | 6 | Dysgeusia (Altered taste) | Gr 1 | N | | | Missing | Probable | N/A |
| | | Cycle 6 | 6 | Nail disorder (Nail disorders) | Gr 1 | N | | | Missing | Probable | N/A |
| | | Cycle 6 | 6 | Nausea (Nausea) | Gr 1 | N | | | No consequences | Probable | N/A |
| | | Cycle 6 | 6 | Oedema peripheral (Peripheral edema) | Gr 1 | N | | | No consequences | Probable | N/A |
| | | Fup | 601 | Alopecia (Alopecia) | Gr 2 | N | | 1999-01 | No consequences | | Study drug |

(CSR_AE-XRP6976D-14.2.7-EN, Page 667 of 4374; Project Code / Study Number / Analysis: XRP6976D / TAX316 / CSR; 14.2.7 Adverse event data; 14.2.7.2 All related AEs; 14.2.7.2.6 Listing of related AE during study - Safety population)

12. And TAC patient 12612 had her alopecia resolve in 2001 (Sanofi_02649521):

| Treat-ment Arm | Subject ID | Visit Name | Visit Num | MedDRA Preferred Term (Reported Term) | Tox. Grade | Serious | Start Date of AE | End Date of AE | Consequences | Causality | Cause at Fup |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fup | 604 | Alopecia (Alopecia) | Gr 1 | N | | | Missing | | Study drug |
| | | Fup | 604 | Amenorrhoea (Amenorrhea > 3 months) | . | N | | | Missing | Probable | Study drug |
| | | Fup | 604 | Amenorrhoea (Amenorrhea > 3 months) | . | N | | | Missing | Probable | Study drug |
| | | Fup | 607 | Alopecia (Alopecia) | Gr 1 | N | | 2001-03-08 | No consequences | | Study drug |
| | | Fup | 607 | Amenorrhoea (Amenorrhea > 3 months) | . | N | | | Missing | Probable | Study drug |
| | | Fup | 608 | Alopecia (Alopecia) | Gr 1 | N | | | Missing | | Study drug |
| | | Fup | 608 | Amenorrhoea (Amenorrhea > 3 months) | . | N | | | Missing | Probable | Study drug |

(CSR_AE-XRP6976D-14.2.7-EN, Page 736 of 4374; Project Code / Study Number / Analysis: XRP6976D / TAX316 / CSR; 14.2.7 Adverse event data; 14.2.7.2 All related AEs; 14.2.7.2.6 Listing of related AE during study - Safety population)

13. Finally, Dr. Madigan notes in paragraph #67 of his report that there is a statistically significant imbalance between FAC and TAC patients with alopecia for two years or more. In Appendix 8 to his report, Dr. Madigan reports a mid-p value to support his contention that there is a statistically significant imbalance:

4

Appendix 8. R code for analysis with incorrect follow-up times

```
library(exact2x2)
x<-matrix(c(5,0,739,736),nrow=2)
fisher.exact(x,midp=TRUE)
```

14. Dr. Madigan's use of the mid-p value is interesting, as he does not report a mid-p value for any other calculation in his report (see, for example, Appendix 6 to Dr. Madigan's Report using the Fisher exact test). Dr. Madigan did not use the same methodology he uses throughout the rest of his report, likely because it would not have resulted in a statistically significant finding, as demonstrated in the above table. It seems that Dr. Madigan chose a statistical procedure which would fit his needs to support his claim, which is cherry picking.

15. In Paragraph #44 of his report, Dr. Madigan stated that he conducted a "lasso logistic regression" analysis that addressed the innocent bystander effect by adjusting for all other drugs. I assume this analysis included various non-cancer therapies. In Table 3, he reported the exponentiated lasso logistic regression coefficients for docetaxel and comparators for irreversible alopecia. If such a transformed regression coefficient (odds ratio) is larger than one, it indicates that numerically the therapy would increase the chance of developing alopecia. On the other hand, if this value is less than one, it suggests that the therapy might have a protective effect, that is, reducing the chance of having irreversible alopecia. For the treatment with a cancer treatment, Gemcitabine, the "odds ratios" are ranging from 0.81 to 0.55 from Years 2012 to 2017. This means Gemcitabine would prevent patients from losing hair permanently versus, for example, non-cancer therapies. This seems anti-intuitive and there are no biological or clinical explanations given in Dr. Madigan's report or at his deposition. This very odd result strongly indicates that either the model used

5

to fit the data is not valid or the quality of the data is highly questionable or both. Therefore, Dr. Madigan's conclusion about irreversible hair loss from Taxotere exposure is false and misleading.

16. In Paragraph #47 of his report, Dr. Madigan further conducted the ordinary logistic regression with only age, sex, year of report, and the seven comparator (plus docetaxel) drugs. It appears that he combined all other patients who took drugs beyond those eight cancer drugs as a single group as the reference set, which resulted in a different model described in #44 of his report. In Table 5, Dr. Madigan reported the "odds ratio" for each cancer therapy. Gemcitabine even showed statistically significant, protective effect. For example, the 95% confidence intervals for the odds ratios were (0.10, 0.97) for year 2015; (0.09, 0.87) for year 2016; and (0.08, 0.78) for year 2017. Notice the upper bounds of these confidence intervals are all well below one. This statistically significant protective effect from Gemcitabine over other non-cancer drugs is highly questionable. Again, no biological and clinical justification for this finding is provided in Dr. Madigan's report. This implies that this model is not valid either. The conclusion made by Dr. Madigan about irreversible hair loss from Taxotere exposure is misleading.

17. In conclusion, based on these additional analyses I still cannot find any statistical evidence that shows Taxotere increases the risk of permanent or irreversible alopecia as compared to other cancer-treatment regimens.

_____

Lee-Jen Wei, Ph.D.

**Appendix 1 – Calculations**

x_6mon= matrix(c(7, 4, 744-7, 736-4), nrow=2)

x_12mon=matrix(c(5, 3, 744-5, 736-3), nrow=2)

x_18mon=matrix(c(5, 1, 744-5, 736-1), nrow=2)

x_24mon=matrix(c(5, 0, 744-5, 736-0), nrow=2)

fisher.test(x_6mon)

fisher.test(x_12mon)

fisher.test(x_18mon)

fisher.test(x_24mon)