# EXHIBIT D

# APPENDIX B

# Lee-Jen Wei
# Appendix B – Materials Reviewed

Sanofi_00724344
Sanofi_01885448
Sanofi_00385127
Sanofi_02280805
Sanofi_03151569
Sanofi_05526171
Sanofi_05526619
Sanofi_04599473
Sanofi_02673277
SA-VOL-144
SA-VOL-145
SA-VOL-160
SA-VOL-170
SA-VOL-208
Approval Package for 020449Orig1s075 (December 11, 2015)
Expert Report and Appendices of David Madigan
Materials cited in my Report