# EXHIBIT E

# David Madigan Reliance List

http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/default.htm

https://yellowcard.mhra.gov.uk/the-yellow-card-scheme/

https://www.who-umc.org/vigibase/vigibase/

*Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment*, www.fda.gov/OHRMS/DOCKETS/98fr/04d-0189-gdl0002.doc (2005).

*Guidance for Industry: E2E Pharmacovigilance Planning*, www.fda.gov/ohrms/dockets/98fr/04d-0117-gdl0002.doc

Nevo et al., Abilify pharmacovigilance review, March 10, 2016

https://open.fda.gov/tools/

*Joint Meeting of the Cardiovascular and Renal Drugs and Drug Safety and Risk Management Advisory Committee: Gadolinium-Based Contrast Agents & Nephrogenic Systemic Fibrosis FDA Briefing Document,* http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/DrugSafetyandRiskManagementAdvisoryCommittee/UCM190850.pdf

https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/020449s059lbl.pdf

National Comprehensive Cancer Network Invasive Breast Cancer Guidelines Version 1.208

a7_aept_fup.sas

Sanofi_00829788

https://github.com/OHDSI/CCD

Sanofi_04353204/Sanofi_04353204

Sanofi_00829788

Deposition transcript of Emmanuel Palatinsky and all exhibits, August 9-10, 2018

Deposition transcript of Pierre Mancini and all exhibits, March 23, 2018

Deposition transcript of Shang Jen and all exhibits, February 7, 2018

Deposition transcript of Michael Kopreski and all exhibits, September 6-7, 2018

Deposition transcript of Michael Kopreski and all exhibits, October 11, 2018

Deposition transcript of Kim Bassi and all exhibits, August 10, 2018

Sanofi_04203834.pdf

Clinical Study Interim Report GEICAM 9805 (TAX 301).pdf

Sanofi_01026382.pdf

Sanofi_01061758.pdf

Sanofi_02635100.pdf

TAX 301-GEICAM9805 Clinical Study Report.pdf

Sanofi_00724262.pdf

Sanofi_02640580.pdf

Sanofi_04816552.pdf

Sanofi_05617796.pdf

EMEA R - Taxotere II-123 - AR-.pdf

Sanofi_00829788.pdf

Sanofi_04353204.pdf

Sanofi_01827600.pdf

Sanofi_01827599.docx

SA-VOL-144

SA-VOL-145

SA-VOL-170

SA-VOL-208

sanofi_01827615

sanofi_01045286

Sanofi_01234391