# EXHIBIT I

Lee-Jen Wei, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2740

SECTION: "H"

JUDGE MILAZZO MAG. JUDGE NORTH

- - - - - - - - - - - - - - - - - -X
IN RE:  TAXOTERE (DOCETAXEL)       :
PRODUCTS LIABILITY LITIGATION      :
                                   :
                                   :
This Document Relates To:          :
          ALL CASES                :
- - - - - - - - - - - - - - - - - -X

Videotaped deposition of LEE-JEN WEI, PH.D. taken at the offices of Ropes & Gray, Prudential Tower, 800 Boylston Street, Boston, Massachusetts, before Clifford Edwards, Certified Shorthand Reporter and Notary Public, on December 20, 2019, at 9:09 a.m.

Lee-Jen Wei, Ph.D.

Page 182

1     paragraph 14 in this as well."
2         MR. McRAE: And, by that point in
3     time, we had your deposition notice, and
4     I guess maybe I just foolishly thought
5     that your deposition notice and the
6     document request attached thereto were
7     complete.
8         MR. MICELI: Okay. Well, we'll --
9     we'll figure it out later. That's not a
10    big deal right now.
11  BY MR. MICELI:
12    Q    Did you do -- did you write the code or
13  program to generate what is seen in paragraph --
14  below paragraph 14, Figure A?
15    A    Dr. Wu did; no, I did not.
16    Q    Okay. Did you validate Dr. Wu's work?
17    A    Yes.
18    Q    How did you validate it?
19    A    I used this Sanofi's responded to
20  Canadian Authority. In the document, there were
21  lists of this alopecia follow-up time.
22    Q    Okay.
23    A    So I use the physical unit just to go
24  through this and compare with those dots.

Page 183

1     Q    Okay. Did Dr. Wu -- how did Dr. Wu
2   provide you with the information provided in
3   Figure A?
4     A    Well, basically they just send me the
5   figure.
6     Q    Did he provide you with the calculation
7   or the code or the program that was used to generate
8   it?
9     A    No, sir.
10    Q    Okay. What operating system did he use
11  in order to -- what software did he use in order to
12  generate this?
13    A    I don't know.
14    Q    Okay. You don't know anything about the
15  work that went in -- that Dr. Wu performed -- strike
16  that.
17        You can't describe for me the work that
18  Dr. Wu did in order to generate the specific work he
19  did to generate Figure A in your report; right?
20        MR. McRAE: Object to the form.
21    A    I can't, but I validate it --
22  BY MR. MICELI:
23    Q    Okay.
24    A    -- physically.

Page 184

1     Q    What you did is you validated it -- the
2   work that you did was you looked at one of the new
3   documents that were provided to you and the
4   follow-up dates that were listed; correct?
5     A    Correct.
6     Q    Okay. And that's how you came up with
7   what is pictorially seen in Figure A?
8     A    Correct.
9     Q    Okay. Have you ever spoken with a
10  gentleman by the name of Michael Kopreski?
11    A    I -- I don't remember.
12    Q    Do --
13    A    I don't think so. I don't remember.
14    Q    Do you know that name?
15    A    Well, you have to forgive me my age now.
16  I mean, I just don't -- if I see the face, probably
17  can match that.
18    Q    Okay. Doctor, we are going to come back
19  to this in just a moment --
20    A    Sure.
21    Q    -- but I want to ask you some general
22  questions about meta-analyses.
23        When deciding to do a meta-analysis, you
24  can do a fixed effects analysis or a random effects

Page 185

1   analysis; right?
2     A    Or don't do it at all.
3     Q    Right.
4         But if you are going to do a
5   meta-analysis, it's either a fixed effect or random
6   effects; right?
7     A    Yes, sir.
8     Q    Okay. And you have, in various reports
9   that you've provided in cases where you've been
10  retained included -- including your report in this
11  case, described basically what the difference is
12  between those two, fixed and a random effects;
13  right?
14    A    You mean --
15        MR. McRAE: Object to the form.
16    A    -- methodology --
17        THE WITNESS: Sorry.
18    A    Methodology --
19  BY MR. MICELI:
20    Q    Yes.
21    A    -- here?
22    Q    Yeah.
23        And you would agree with me that a
24  meta-analysis is a valid scientific way to consider

47 (Pages 182 to 185)