# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "H" (5) JUDGE MILAZZO |
| JANICE INFUSINO, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.: 2:17-cv-10313 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File an Amended Short Form Complaint (Doc. 10814). Plaintiff seeks to amend her complaint after obtaining Product Identification information pursuant to Case Management Order 12A. Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc. oppose the Motion. For reasons provided in this Court's Order and Reasons dated August 11, 2020 (Doc. 10906), the Court will grant Plaintiff's Motion.

Accordingly, **IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 28th day of August, 2020.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE