# EXHIBIT 2



# JOURNAL OF CLINICAL ONCOLOGY
*Official Journal of the American Society of Clinical Oncology*

Log In     S

Enter search words / phrases / DOI / authors / keywords / etc.     Search

Newest Articles    Issues    Browse By Topic    Special Content    Authors    Subscribers    About    ASCO Journals

**PATIENT AND SURVIVOR CARE**

## Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer.

John P Crown[†], Emer Sills[†], Jo Ballot[†], Deirdre McDonnell[†], Janice Maria Walshe[†], David Fennelly[†], Susan Kearney[†], Jessica Claire Long[†], Deirdre Collison[†], Giuseppe Gullo[†]

**Abstract**

e21576

**Background:** Alopecia is one of the most distressing toxicities of adjuvant chemotherapy for patients with breast cancer. Historically, oncologists have reassured patients (pts) that chemotherapy-induced alopecia is temporary, and followed by full hair recovery. More recently there have been troubling reports of permanent alopecia following adjuvant taxanes (Tax). We studied the incidence of long-term hair loss in patients treated on adjuvant trials in our institution. Patients who were enrolled on clinical trials involving Tax (D-Docetaxel, P-Paclitaxel) and/or Anthracyclines (A) were included. **Methods:** We conducted a telephone interview survey of pts who had completed adjuvant or neo adjuvant A and/or T chemotherapy on clinical trials more than one year before. Ongoing alopecia was graded as 0 (full hair recovery), 1 (mild hair loss) or 2(severe/total). The study was approved by the hospital audit committee. **Results:** We studied 295 pts who has been treated on 12 studies. Drug exposure: D-260 pts (D nonA-185, D+A-75); A-nonTax-12 pts ; A+P 23 pts. The overall incidence of alopecia was 15% (11% grade 1 and 4% grade 2). For all D the incidence was 15% (12% Grade 1 and 3% Grade 2). For D+A-24% (19% Grade 1 and 5% Grade 2). For D non A the incidence was 13% ( 8% grade 1 and 5% grade 2). For A non T 8% (Grade 2-8%). For PA-13% ( 4% grade 1 and 9% grade 2). For patients receiving D non-A regimens, there were two levels of D exposure, 300mg/m$^2$ (90 pts) or 450 mg/m$^2$ (95 pts). The incidence of alopecia was significantly D dose dependent: D300- 7% (all grade 1) and D 450-19% (14% grade 1, 5% grade 2) (p = .02 chi$^2$ ). Among the higher dose D group, the companion drug choices carboplatin for HER2 positive, (55 pts) or cyclophosphamide (40 pts) were associated with similar incidences of permanent alopecia (22% v 16%). **Conclusions:** Permanent alopecia is a common complication of adjuvant chemotherapy. The risk appears to be highest in regimens which contain A and Tax, but it is also seen in AP and in A non-Tax. For patients receiving D non A, the risk is dose-dependent. Our data set contains few P pts, and does not contain any pts undergoing low dose weekly P. Oncologists should warn all patients undergoing adjuvant therapy of the risk of permanent alopecia.

**OPTIONS & TOOLS**

Export Citation
Track Citation
Add To Favorites
Purchase
Rights & Permissions

**COMPANION ARTICLES**

No companion articles

**ARTICLE CITATION**

DOI: 10.1200/JCO.2017.35.15_suppl.e21576
*Journal of Clinical Oncology* 35, no. 15_suppl - published online before print.

**WE RECOMMEND**

The ADEBAR trial: Final toxicity analysis of a phase III study evaluating the role of docetaxel in the adjuvant therapy of breast cancer patients with extensive lymph node involvement
J. W. Janni, J Clin Oncol, 2016

Calcitriol and Alopecia—Is it the Hair Apparent?
Jim Siderov, J Clin Oncol, 2003

A multicenter study of trastuzumab (H) and vinorelbine (N) as first and second line therapy for patients (pts) with HER2- positive metastatic breast cancer (HER2+ MBC)
R. M. Franquesa, J Clin Oncol, 2016

Multicycle High-Dose Chemotherapy and Filgrastim-Mobilized Peripheral-Blood Progenitor Cells in Women With High-Risk Stage II or III Breast Cancer: Five-Year Follow-Up
Russell L. Basser et al., J Clin Oncol, 1999

Phase I trial of KOS-953, a heat shock protein 90 inhibitor, and trastuzumab (T)
S. Modi, J Clin Oncol, 2016

Scalp Cooler Cuts Hair Loss in Breast Cancer
Charles Bankhead, MedPage Today, 2016

MEDLINE Abstracts: Treatment of Advanced Breast Cancer
Medscape, 2003

MEDLINE Abstracts: Advanced Breast Cancer

Medscape, 2002

Toxicities in Obese Patients Receiving Dose-Dense Chemo
J. Furlanetto et al., Medscape, 2016

First-Ever RCT: Cold Cap Works for Chemo Hair Loss
Nick Mulcahy et al., Medscape, 2016

Powered by

## WHAT'S POPULAR

**Most Read**   Most Cited

Integration of Palliative Care Into Standard Oncology Care: American Society of Clinical Oncology Clinical Practice Guideline Update
Ferrell et al.

Clinical Cancer Advances 2017: Annual Report on Progress Against Cancer From the American Society of Clinical Oncology
Burstein et al.

Cabozantinib Versus Sunitinib As Initial Targeted Therapy for Patients With Metastatic Renal Cell Carcinoma of Poor or Intermediate Risk: The Alliance A031203 CABOSUN Trial
Choueiri et al.

Recommendations for Initial Evaluation, Staging, and Response Assessment of Hodgkin and Non-Hodgkin Lymphoma: The Lugano Classification
Cheson et al.

Use of Adjuvant Bisphosphonates and Other Bone-Modifying Agents in Breast Cancer: A Cancer Care Ontario and American Society of Clinical Oncology Clinical Practice Guideline
Dhesy-Thind et al.











American Society of Clinical Oncology
2318 Mill Road, Suite 800, Alexandria, VA 22314
*Journal of Clinical Oncology*® is a trademark of the American Society of Clinical Oncology

Conta