# EXHIBIT 6

Review

*Expert Opinion*

1. Introduction
2. Skin adnexes
3. Mucous membrane involvement
4. Skin involvement
5. Unusual side effects
6. Drug-specific side effects
7. Expert opinion and conclusion

Oncologic, Endocrine & Metabolic

# Mucocutaneous side effects of antineoplastic chemotherapy

B Guillot[†], D Bessis & O Dereure
[†]Dermatology Department, Saint Eloi Hospital, CHU of Montpellier, F 34295 Montpellier cedex 5, France

All structures of the skin may be affected by side effects of antineoplastic chemotherapy. The most commonly described effects concern skin adnexes, especially hair with alopecia. Nails are also frequently involved. Eccrine sweat or sebaceous gland involvement is more rarely reported. Mucous membranes, particularly in the mouth, are frequently altered by several mechanisms; direct cytotoxicity, infection, and a decrease in polymorphonuclear or platelet counts. Among cutaneous side effects, hyperpigmentation is very common and may have different clinical patterns; generalised, figurated, or localised. Acral erythema is another cutaneous side effect that is relatively specific to chemotherapy and is often dose-related. Some cutaneous side effects are related to an interaction between chemotherapy and radiation, particularly phototoxicity, recall phenomenon, and radiation enhancement. Miscellaneous, less frequent, side effects are described; sclerodermiform dermatitis, Raynaud's phenomenon, and hypersensitivity syndrome. In some cases, cutaneous side effects are relatively specific to one type of drug. Capillary leak syndrome is most often related to taxanes. Hydroxyurea is responsible for some peculiar cutaneous side effects (ulcerations, pseudo-dermatomyositis), perhaps due to long-term administration of the drug. Although mucocutaneous side effects of chemotherapy are frequent and sometimes severe, interruption of the culprit drug is rarely mandatory. However, adaptation of the dosage or prevention of some of these side effects remains necessary. Antineoplastic chemotherapies are widely used in many therapeutic protocols and may be responsible for numerous mucocutaneous side effects, either specific or more unusual. In rare cases, the severity of these side effects may require interruption of therapy. They may involve skin adnexes, mucous membranes or the skin itself. This review discusses cytotoxic antineoplastic drugs only, not cytokines, monoclonal antibodies or transduction factors used in the treatment of cancer.

**Keywords:** antineoplastic chemotherapy, mucous membranes, side effects, skin

*Expert Opin. Drug Saf. (2004)* 3(6):579-587
Nov

## 1. Introduction

Side effects of antineoplastic chemotherapy are quite numerous and skin and mucous membranes are primary targets. All components of skin may be affected with a wide variety of clinical, sometimes misleading patterns. Both dermatologists and oncologists need to be aware of these side effects so that they may recognise and manage them. Many of these side effects are potentially serious and require adequate care and/or the withdrawal of the involved drug, however, preventive measures are sometimes possible.

For reprint orders, please contact:
reprints@ashley-pub.com


Ashley Publications
www.ashley-pub.com

> **Box 1. Side effects of chemotherapy on skin adnexes.**
>
> Hair
> - alopecia
>
> Nails
> - hyperpigmentation
> - leuconychia
> - paronychia
> - onycholysis
>
> Sweat glands
> - neutrophilic eccrine dermatitis
> - eccrine squamous syringometaplasia
>
> Sebaceous glands
> - acne

## 2. Skin adnexes

### 2.1 Alopecia

Alopecia is the most common cutaneous side effect of chemotherapy [1]. The main mechanism is an anagen effluvium in which the hair loss is induced by the direct cytotoxic activity of the drugs on follicular cells. Anagen effluvium due to chemotherapy usually appears 2 weeks after treatment begins and is most prominent after 1 – 2 months of therapy. Alopecia may involve scalp hair but can also involve beard, eyebrows, axillary and pubic pilosity.

Hair loss is almost always reversible, a cosmetically satisfying regrowth occurring most often after the end of the treatment. However, permanent alopecia has been described after treatment with cyclophosphamide. Prevention of hair loss remains disappointing. Scalp hypothermia may only decrease or delay the intensity or the onset of the symptom, but the procedure is associated with a risk of scalp metastasis due to insufficient delivery of cytotoxic drug to the scalp as a result of hypothermia-induced decreased local blood flow. Topical treatments such as minoxidil 2% are ineffective in the prevention of chemotherapy-induced alopecia [2].

Although, alopecia may occur with most cytotoxic drugs, some are at higher risk regarding frequency and/or severity of this side effect, especially alkylating agents (cyclophosphamide and ifosfamide), anthracyclines (doxorubicin), taxanes (paclitaxel and docetaxel), camptotecin derivatives (irinotecan and topotecan). Severity of alopecia is related to the dosage and the duration of the therapy. Hair loss is often more severe during treatment with a combination of drugs.

### 2.2 Nail abnormalities

The most common side effect of chemotherapy involving the nails is a decrease in nail growth rate during treatment, leading to the formation of Beau lines. This side effect is observed with all types of drug.

Nail hyperpigmentation is another symptom commonly observed during chemotherapy [3]. This pigmentation may be diffuse (cyclophosphamide or ifosfamide) or partial, displaying a longitudinal or, more rarely, horizontal pattern. Horizontal banding is more rare than longitudinal banding, but may be observed after anthracycline treatment. Alkylating agents such as cyclophosphamide, ifosfamide, and melpahalan, are frequently responsible for longitudinal pigmentation, whereas hydroxyurea usually induces the occurrence of both horizontal and longitudinal pigmented bands.

Leukonychia is less frequently reported but may be observed with cisplatinum, anthracyclines, vincristine, and cyclophosphamide.

Onycholysis, often painful, is mainly the result of a photosensitivity reaction, with nail tablet splitting from the nail bed, sometimes resulting in nail loss. Subungueal punctiform or splinter haemorrhages are frequent, in some cases leading to a clinical picture of amicrobial abscess. This side effect is frequent with taxane derivatives, cyclophosphamide, fluorouracil, methotrexate, bleomycin, and vincristine.

Paronychia, a peculiar aspect of nail dystrophy with thickening of the nail borders and of lateral nail folds, is sometimes observed after treatment with methotrexate, cyclophosphamide, and 5-fluorouracil (5-FU).

### 2.3 Involvement of eccrine sweat glands

Two anatomoclinical entities have been described after chemotherapy: neutrophilic eccrine dermatitis [4] and eccrine squamous syringometaplasia [5]. In these two conditions, the mechanism seems to be related to an accumulation of the antineoplastic drug in the sweat gland, leading to a neutrophilic infiltration in the gland or to a squamous metaplasia of eccrine duct cells.

#### 2.3.1 Neutrophilic eccrine hidradenitis

Neutrophilic eccrine hidradenitis is not specific of chemotherapy and has also been described during infectious diseases and in HIV-infected patients. However, it was originally described in a patient receiving cytarabine for the treatment of an acute myelogenous leukaemia [4].

Clinical symptoms include fever and an eruption of erythematous or violaceous maculopapules, nodules or plaques, or, more rarely, pustules, located classically on the head, neck, trunk or extremities. Lesions may be single or multiple. A peculiar involvement of the periorbital area or of the ear, mimicking cellulitis, has been described. The lesions occur 2 – 3 weeks after the implementation of the chemotherapy and resolve spontaneously without scarring within 1 – 4 weeks of the end of treatment. Relapses of the disease can occur after reintroduction of the drug. Prevention with corticosteroids remains disappointing and often ineffective. Histological examination discloses a characteristic pattern with dense neutrophilic infiltrates in eccrine sweat glands and necrosis of eccrine cells.

Neutrophilic eccrine hidradenitis is mainly reported with cytarabine, anthracyclines, cyclophosphamide, methotrexate, and 5-FU.



Figure 1. Stomatitis induced by polychemotherapy.

### 2.3.2 Eccrine squamous syringometaplasia

Eccrine squamous syringometaplasia is a rare condition occurring after chemotherapeutic treatment, but has also been reported in other settings such as wound healing, skin tumours and various inflammatory diseases. Many drugs may induce eccrine squamous syringometaplasia, particularly cytarabine, anthracyclines, cisplatin, cyclophosphamide, carmustine, methotrexate, melphalan, and busulphan. Cutaneous lesions usually occur two days to five weeks after starting chemotherapy and are quite similar to the aspect of neutrophilic eccrine hidradenitis. The lesions spontaneously resolve within four weeks [5]. Histological examination displays squamous metaplasia of the eccrine glands along with occasional necrosis of eccrine ductal epithelium. Neutrophilic infiltrate is classically absent.

### 2.4 Involvement of sebaceous glands

Acne has been reported after treatment with dactinomycin and seems to be due to hormonal disturbances [6].

## 3. Mucous membrane involvement

### 3.1 Stomatitis

Stomatitis is a frequent and often dose-limiting side effect of chemotherapy. Two main mechanisms may explain the mucosal toxicity; a direct toxicity on mucous membrane cells, or indirect manifestation of bone marrow insufficiency induced by chemotherapy, mainly neutropenia [7].

Clinical aspect is poorly specific. Pain, sensation of burning and xerostomia are always present, accompanied by erythematous and oedematous changes, which can precede the occurrence of ulcerations. Ulcers first appear as focal patches that may become rapidly confluent (**Figure 1**). Spontaneous resolution is classically observed within 2 – 3 weeks, without any significant scarring. If thrombopenia is present, a petechial purpura of the mouth is common and significant ulceration may become haemorrhagic.

Stomatitis is a prominent cause of discomfort in patients undergoing chemotherapy and may be complicated by infections. Fungal or viral infection are frequently observed. Candidiasis is the most classical complication and presents as white adherent plaques on the mouth. Viral infections by herpes simplex virus are responsible for painful ulcerations, and more rarely, bullae or vesicles. Mycological, virological or bacterial swabs for identification, and cultures of infectious agents, are helpful in the management of these lesions.

Preventive measures may help to lower the intensity and frequency of this side effect; maintaining adequate oral hygiene by brushing and rinsing is important to prevent infections. Sodium bicarbonate may avoid candidiasis. If symptoms are present, local anaesthetics, antifungal mouth wash and topical antiseptics may be helpful. Semiliquid nutrition may avoid pain and weight loss [8]. The correction of deep neutropenia by injection of granulocyte colony-stimulating factor (G-CSF) may reduce the duration of the neutropenia and facilitate ulcer healing [9].

Some drugs are more frequently associated with stomatitis, particularly methotrexate, 5-FU, taxanes, bleomycin, daunorubicin, and doxorubicin, and less frequently, cyclophosphamide, procarbazine, vinblastine, and vincristine.

### 3.2 Genital mucous membrane involvement

The involvement of genitalia in toxic reactions to chemotherapy is poorly documented and is probably rare. When they occur, such lesions may be a consequence of toxic epidermal necrolysis and/or Stevens-Johnson syndrome related to chemotherapy. The drugs involved in such reactions are mainly asparaginase, cytarabine, chlorambucil, doxorubicin, and high-dose methotrexate. However, the main side effect on genital mucous membranes is probably hyperpigmentation.

### 3.3 Anal mucous membrane involvement

Anal pruritus, usually mild and transient, has been described after infusion of gemcitabine [10].

## 4. Skin involvement

### 4.1 Pigmentation disorders

The most common pigmentation abnormality induced by chemotherapy is hyperpigmentation, which can affect skin, mucous membranes, hair or nails. Nail pigmentation has been described previously [11].

The mechanism of hyperpigmentation is not unequivocal and depends on the molecule in use; postinflammatory hyperpigmentation leading to localised hyperpigmentation, stimulation of melanin synthesis by hypersecretion of adrenocorticotropic hormone or α-melanocyte-stimulating hormone with diffuse hyperpigmentation, or photosensitivity. An increase in pigmentation may be observed in the area of previous trauma, perhaps related to an increased local blood flow.



Figure 2. Acral erythema after methotrexate infusion.

The clinical pattern of hyperpigmentation is variable and may be diffuse, figurated or localised. Diffuse hyperpigmentation is observed after treatment with busulphan, cyclophosphamide, hydroxyurea, and procarbazine. Figurated hyperpigmentation is frequent and may display various patterns; flagellated hyperpigmentation is the most classical form of bleomycin-induced hyperpigmentation, perhaps linked to itch-related striated lesions followed by postinflammatory pigmentation [12]. Serpiginous hyperpigmentation [13] following venous walls after chemotherapy infusion is observed particularly with actinomycin, fotemustine, 5-FU, vinorelbine, platinum, taxanes, or a combination of drugs. Reticulated hyperpigmentation is sometimes observed after 5-FU treatment [14].

Localised hyperpigmentation may involve various locations; dorsal parts of hands or feet after treatment with cisplatinum, anthracyclines, mitoxantrone or 5-FU; palmoplantar flexural areas after infusion of ifosfamide, 5-FU and tegafur, bleomycin or doxorubicin [15]; previous trauma or frictional sites after treatment with cyclophosphamide, 5-FU, ifosfamide, hydroxyurea, cisplatin, taxanes, bleomycin or topical carmustine; pigmentation of large folds after polychemotherapy using ifosfamide, cisplatin and etoposide [16]. Finally, hyperpigmentation on photoexposed areas may classically be observed after 5-FU or doxorubicin treatment, suggesting a mechanism of photosensitisation, which can be prevented by the use of adequate clothing and topical photoprotection during therapy.

In most cases, hyperpigmentation slowly decreases after the end of the therapy, but in a few cases, hyperpigmentation may have a protracted course.

### 4.2 Local side effects

The frequency of local side effects has dramatically decreased since the wide use of implanted devices for chemotherapy infusion. Extravasation of chemotherapeutic agents is the most important local side effect [17]. The lesions are induced by the extravasation of the drug from the vessel into the surrounding tissues. Two main mechanisms are involved; a vesicant effect leading to tissular necrosis and an irritant effect leading to inflammatory reaction. Tissue injury may result in cutaneous or musculo-cutaneous necrosis; pain or dysaesthesia is frequent and the skin becomes violaceous and escharotic after a few days. Finally, an ulceration may appear. Spontaneous healing is usually slow and surgical treatment is often required. If extravasation is observed during chemotherapy, infusion must be quickly discontinued. Elevation of the leg is classically recommended. Application of cold packs may decrease local blood flow and is advised in all cases, except after vinca alkaloid infusion.

Less serious local side effects consist of veinitis or sometimes superficial thrombophlebitis; in which the peripheral veins became indurated and painful. A transient hyperpigmentation is often observed. Resolution usually occurs within 3 – 4 weeks.

### 4.3 Acral erythema

Acral erythema was first described by Zuehlke [18] and occurs frequently with cytarabine, methotrexate, doxorubicin or 5-FU. Various denominations have been proposed for this entity; toxic erythema of palm and soles, hand-foot syndrome, palmar-plantar erythrodysaesthesia syndrome or Burgdorf's syndrome. Pathophysiology of this syndrome remains unclear [19]. The main hypothesis is that drugs play a direct cytotoxic action on the skin by an accumulation in the acral region of the body. Another hypothesis is that acral erythema is a self-limited form of graft-versus-host-disease (GVHD), but classical factors such as bone marrow transplantation or transfusion of blood products are rarely reported before the onset of the syndrome.

This syndrome is more frequent in adulthood [20] than in childhood but scattered cases have occasionally been reported in children [21]. Clinically, the eruption is preceded by pain or dysaesthesia of palms or soles, and followed 2 – 4 days later by a burning sensation with acral erythematous oedema mainly affecting the lateral aspects of the fingers and the thenar and hypothenar eminences (**Figure 2**). Periungual skin is often involved, and soles are less frequently affected than palms. More diffuse lesions on the chest, scalp or other extremities have also been described in association with acral erythema, with a clinical pattern reminiscent of morbilliform eruption. In a few cases, blisters may occur on the extremities. Acral erythema disappears within 2 weeks after cessation of the chemotherapy. A terminal desquamation with large squames is often observed and pain decreases slowly.

Acral erythema seems to be a dosage-dependent side effect. In this way, preventive actions may be proposed, and chemotherapy can be continued with a lower dosage or after adaptation of the dosage in case of renal insufficiency.



Figure 3. Pseudo erysipela after raltitrexed.

Prevention with dexamethasone (1 mg/kg/day) and pyridoxine (100 – 300 mg/day) is proposed 24 h before, during, and 3 – 5 days after, administration of the drug [19]. Treatment of the ongoing eruption is more disappointing. Antalgics, topical corticosteroids and cold temperatures may result in a partial resolution of symptoms.

### 4.4 Interaction with radiation

Some patterns may be observed when chemotherapy and solar or ionising radiation are associated.

#### 4.4.1 Photosensitivity

Photosensitivity is commonly reported with 5-FU, dacarbazine, doxorubicin, hydroxyurea, fotemustine or taxanes [22]. It usually presents as an erythema of sun-exposed areas, mainly the face, neck or forearm. In more severe cases, bullae may be observed. The lesions resolve with a slight desquamation, without scarring but sometimes with hyperpigmentation. Phototoxicity is more common than photoallergy in this setting. This latter mechanism is notably observed with tegafur and may result in a papulovesicular erythema, sometimes occurring a few months after the implementation of the treatment.

#### 4.4.2 Radiation enhancement

Some chemotherapeutic agents can increase the toxicity of radiation therapy when used simultaneously or within 1 week [19]. Internal structures may also be involved, such as mucous membranes, oesophagus and gastrointestinal tract, liver, and lung. Drugs known to enhance radiation toxicity are cisplatinum, bleomycin, dactinomycin, doxorubicin, fluorouracil, hydroxyurea, and methotrexate. The main clinical pattern is an erythema with oedema and sometimes vesiculation, bullae or erosion arising on the irradiation field. Ulceration or necrosis are very rarely observed but remain possible. When mucous membranes are involved, the lesions appear as mucositis, with enanthema, oedema and painful erosions. These lesions usually disappear spontaneously. Hyperpigmented sequellae are frequently observed. In some cases, this phenomenon can actually be beneficial in the treatment of neoplasia itself, for example, in head and neck carcinomas.

#### 4.4.3 Radiation recall

This phenomenon is defined by the occurrence of an inflammatory reaction in a previously irradiated area after systemic chemotherapy [23]. The delay between irradiation and chemotherapy may vary considerably from a few days to more than 10 years, but clinical symptoms usually occur hours or days after the infusion of the drug. The most frequent clinical picture is an erythema sometimes associated with oedema, vesiculation or desquamation, closely limited to the previously irradiated area. Pruritus is common. Radiation recall phenomenon has been described with a large range of drugs including methotrexate, anthracycline, cytarabine, bleomycin, cyclophosphamide, taxanes, or etoposide. It has also been reported after previous sunburn, especially with methotrexate. In this latter case, the interval between solar erythema and administration of the drug is shorter.

## 5. Unusual side effects

### 5.1 Vasomotor abnormalities

Vasoconstriction is rarely observed with chemotherapy, except after treatment with bleomycin, which can induce Raynaud's phenomenon. The severity is variable but digital necrosis may be observed in some cases. Bleomycin should therefore be used with caution in patients with previous Raynaud's phenomenon [24].

Vasodilatation is more frequent; erythrosis with flush, particularly located on the head, has been observed with bleomycin, cisplatin, asparaginase, dacarbazine, taxanes, and anthracyclines.

### 5.2 Sclerodermiform dermatitis

Some reports have noted the occurrence of skin sclerosis, mainly on the lower legs, sometimes as a consequence of an earlier inflammatory phase. In a few cases, the clinical presentation is reminiscent of Shulmann's eosinophilic fasciitis. The main drugs responsible for this side effect are taxanes, but some reports are available with gemcitabine [25]. A close pattern of pseudocellulitis has also been described with raltitrexed (**Figure 3**) [26].

Cutaneous lesions reminiscent of systemic scleroderma have been reported in some patients after use of bleomycin with or without radiotherapy, and after tegafur or 5-FU. The patients displayed localised or diffuse patches of skin sclerosis, acrosclerosis and Raynaud's phenomenon, calcinosis cutis and telangiectasia [27].

### 5.3 Cutaneous eruption of lymphocyte recovery

This eruption was first described in a patient treated for leukaemia with intensive chemotherapy and bone marrow transplantation. It is related to a particularly fast increase in

circulating lymphocyte count occurring after chemotherapy-induced leukopenia [28]. The lesions appear 5 – 21 days after the end of the treatment. The clinical pattern is unspecific with erythematous macules or papules which may result in erythroderma. Eczematous lesions are sometimes observed. A rise in temperature usually appears a few days after the onset of the eruption. Pruritus is common and microbiological cultures remain negative. Histological examination is aspecific and discloses epidermal spongiosis, mild vacuolar alterations of basal cells, and an inflammatory infiltrate of mononuclear cells in the upper dermis. Cutaneous eruption of lymphocyte recovery may be mistaken for viral rash, drug-related hypersensitivity, or usually GVHD. This reaction is observed after treatment with cytarabine, dauxorubicine, etoposide, cyclophosphamide, and vincristine.

### 5.4 Hypersensitivity syndrome
Cutaneous allergic reactions after chemotherapy remain rare [29]. Type I hypersensitivity with anaphylactic reaction is rarely observed, mainly with mitomycin, taxanes, procarbazine, L-asparaginase, and daunorubicin. Hypersensitivity syndrome due to taxanes may be prevented by premedication with both anti-H1 and -H2 drugs associated with systemic corticosteroids. Despite this, fatal cases of hypersensitivity have been previously described [30].

Allergic contact dermatitis is frequent after application of topical mechlorethamine [31]. It may also be observed after topical use of cisplatin, daunorubicin, doxorubicin, or 5-FU.

Cutaneous vasculitis may be observed after the use of busulphan, cyclophosphamide, methotrexate, or cytarabine. The clinical pattern is reminiscent of erythema multiforme or vascular purpura [2,19].

Severe hypersensitivity reactions of the Stevens-Johnson syndrome- or Lyell syndrome-type have been described after treatment with asparaginase, bleomycin, chlorambucil, cladribine, cytarabine, doxorubicin and methotrexate [19]. This requires the immediate discontinuation of the suspected drug and transfer to a specialised unit for special care [32].

### 5.5 Inflammation of solar or seborrheic keratosis
This side effect has been described after the use of systemic 5-FU [33]. However, other drugs may induce this reaction, mainly platinum, cytarabine, dacarbazine, and docetaxel. More recently, inflammation of solar keratosis has been reported with an oral prodrug of 5-FU, capecitabine [34]. The lesions occur usually within 1 week of the implementation of therapy. Clinical aspect is characterised by inflammatory, hyperkeratotic and erythematous plaques, usually pruriginous and located on sun-exposed areas. Topical corticosteroids are usually an effective treatment.

### 5.6 Chemotherapy and porphyria
Worsening of porphyria is theoretically possible with drugs interfering with hepatic metabolism, but has actually been reported only in a few cases of porphyria cutanea tarda after treatment with busulphan, cyclophosphamide, or methotrexate [35].

### 5.7 Perioral dermatitis
Cases of perioral dermatitis have been described in children following withdrawal of maintenance chemotherapy with 6-mercaptopurine and methotrexate [36]. Lesions appear as an erythematous papular rash located exclusively around the mouth. The lesions disappear spontaneously within three weeks. In a recent study, the dermatitis corresponds to an infection with *Demodex folliculorum,* an infection rarely observed in children [37].

## 6. Drug-specific side effects

### 6.1 Capillary leak syndrome
Taxanes, followed by gemcitabine, are the main drugs responsible for this unusual side effect [38]. Capillary leak syndrome occurs soon after the start of the infusion. Cutaneous oedema is the main symptom, associated with an erythematous and pruriginous rash. Pulmonary oedema and vascular collapse, sometimes life-threatening, may appear afterwards. This syndrome should be systematically prevented by premedication with systemic corticosteroids, and anti-H1 and -H2 antihistamines. This syndrome seems to be due to a direct toxicity of the drug on the endothelial cells, leading to capillary hyperpermeability.

### 6.2 Hydroxyurea-induced skin abnormalities
Hydroxyurea is an antimetabolite drug often used for long periods of time by patients suffering from haematological malignancies. This drug may induce a wide number of cutaneous side effects related to its long-term utilisation, which do not usually appear with short-term drug use [40]. Severe cutaneous or mucosal changes were observed in 13% of patients in a large series of patients treated for haematological malignancies [39]. Hydroxyurea may induce classical symptoms such as alopecia, pigmentation disorders of skin or nails, or acral erythema as previously described, but three side effects are more specific to this drug; leg ulcers, pseudodermatomyositis (**Figure 4**) and increased frequency of actinic keratosis or skin carcinoma.

#### 6.2.1 Leg ulcers
Severe painful chronic ulcerations may occur without underlying vascular disease, usually after protracted treatment (mean duration; 5 years in a large cohort of patients). The clinical pattern is nonspecific and the lesions, often of limited size, are mainly located on the distal part of the limb. Wound healing cannot occur unless the drug is interrupted [41].

#### 6.2.2 Pseudodermatomyositis lesions
During hydroxyurea treatment, a particular clinical pattern has been described that is very similar to the cutaneous lesions of dermatomyositis. The lesions mainly involved the dorsal

Table 1. Cutaneous side effects of chemotherapy.

| Frequent | Rare | Drug-specific |
|---|---|---|
| Pigmentation<br>  Diffuse<br>  Figurated<br>  Localised | Vasomotor abnormalities<br>  Raynaud's phenomenon<br>  Flush<br>Sclerodermiform dermatitis | Hydroxyrurea<br>  Pseudodermatomyositis<br>  Leg ulcers<br>  Actinic keratosis<br>  Skin carcinoma |
| Local side effects<br>  Extravasation<br>  Veinitis | Pseudoerysipela<br>Cutaneous eruption of lymphocyte recovery<br>Hypersensitivity syndrome<br>  Cutaneous vasculitis<br>  Lyell syndrome and Stevens-Johnson syndrome<br>  Immediate hypersensitivity | Taxanes<br>  Capillary leak syndrome |
| Acral erythema | Inflammation of solar keratosis | 5-FU and tegafur<br>  Induced lupus |
| Interaction with radiations<br>  Photosensitivity<br>  Radiation enhancement<br>  Radiation recall | Perioral dermatitis | |

5-FU: 5-fluorouracil.



Figure 4. Pseudo dermatomyositis during hydroxyurea therapy.

aspect of the hands, with pink maculopapular lesions over interphalangeal joints sometimes associated with poikiloderma on the lateral aspect of the fingers has also been reported on other, sometimes remote, body locations. In few cases, skin lesions may evolve towards torpid ulcerations. These elements disappear slowly after discontinuation of the drug [42].

### 6.2.3 Actinic keratosis and skin carcinoma
Patients receiving long-term therapy with hydroxyurea often present with numerous actinic keratosis and/or skin carcinoma (basal cell or squamous cell carcinoma) on sun-exposed skin, mainly on the face and scalp [43].

### 6.3 Tegafur-induced lupus
Tegafur is a prodrug of 5-FU. To date, 16 cases of discoid lupus induced by tegafur alone or by a combination of tegafur and 5-FU have been reported, and only one case with 5-FU alone. Lupus occurring after tegafur treatment showed a male:female ratio of 9:8 and a mean age of 59 years. The eruption began an average 254 days after the onset of the treatment and regression occurred 1 week to 2 months after cessation of the therapy. Lupus band test is positive in only 41% of patients and antinuclear antibodies are present in 66% [44].

## 7. Expert opinion and conclusion

Antineoplastic chemotherapy can induce numerous and polymorphic cutaneous side effects (**Table 1**). Most are benign and self-healing and do not require the cessation of therapy. However, sometimes complications are more serious, such as hypersensitivity reactions or epithelial necrosis, and justify modifications of dosage or change of treatment. These side effects are sometimes predictable and should be prevented by adequate technical means, such as the systematic use of implanted devices to avoid extravasation accidents. A good knowledge and awareness of these cutaneous side effects is important to help oncologists to manage chemotherapy better in order to improve tolerance of treatments.

**Mucocutaneous side effects of antineoplastic chemotherapy**

**Bibliography**
Papers of special note have been highlighted as either of interest (•) or of considerable interest (••) to readers.

1. TOSTI A, MISCIALI C, PIRACCINI B, PELUSO A, BARDAZZI F: Drug-induced hair loss and hair growth. Incidence, management and avoidance. *Drug Saf.* (1994) 10:310-317.

2. RODRIGUEZ R, MACHIAVELLI M, LEONE B *et al.*: Minoxidil as a prophylaxis of doxorubicin-induced alopecia. *Ann. Oncol.* (1994) 5(8):769-770.

3. DEREURE O, BESSIS D, GUILHOU JJ, GUILLOT B: Effets cutanés indésirables des chimiothérapies antitumorales et des cytokines. *Encycl. Med. Chir.* (Elsevier, Paris, Dermatologie) (2002) 98-712-A-10, 17p.
   • A review of clinical cutaneous side effects of chemotherapy.

4. HARRIST T, FINE J, BERMAN R, MURPHY G, MIHM M: Neutrophilic eccrine hidradenitis: a distinctive type of neutrophilic dermatosis associated with myelogenous leukemia and chemotherapy. *Arch. Dermatol.* (1982) 118:163-166.

5. VALKS R, FRAGA J, PORRAS-LUQUE J, FIGUERA A, GARCIA-DIEZ A, FERNANDEZ-HERRERA J: Chemotherapy-induced eccrine squamous syringometaplasia. A distinctive eruption in patients receiving hematopoietic progenitor cells. *Arch. Dermatol.* (1997) 133(7):873-878.

6. BLATT J, LEE PA: Severe acne and hyperandrogenemia following dactinomycin. *Med. Pediatr. Oncol.* (1993) 21(5):373-374.

7. PETERSON D: Oral toxicity of chemotherapeutic agents. *Semin. Oncol.* (1992) 19:478-491.

8. MADEYA M: Oral complications from cancer therapy: part 2 – nursing implications for assessment and treatment. *Oncol. Nurs. Forum* (1996) 23:808-819.

9. CRAWFORD J, TOMITA DK, MAZANET R, GLASPY J, OZER H: Reduction of oral mucositis by filgrastim (r-metHUG-CSF) in patients receiving chemotherapy. *Cytokines Cell. Mol. Ther.* (1999) 5(4):187-193.
   • The result of a randomised trial on the efficacy of r-G-CSF on the incidence of chemotherapy-related oral mucositis.

10. HEJNA M, VALENCAK J, RADERER M: Anal pruritus after cancer chemotherapy with gemcitabine. *N. Engl. J. Med.* (1999) 340(8):655-656.

11. BRONNER AK, HOOD AF: Cutaneous complications of chemotherapeutic agents. *J. Am. Acad. Dermatol.* (1983) 9(5):645-663.

12. GUILLET G, GUILLET MH: Cutaneous pigmented stripes and bleomycin treatment. *Arch. Dermatol.* (1986) 122:381-382.

13. MARCOUX D, ANEX R, RUSSO P: Persistent serpentine hyperpigmented eruption as an adverse reaction to chemotherapy combining actinomycin and vincristine. *J. Am. Acad. Dermatol.* (2000) 43(3):540-546.

14. ALLEN B, PARKER D, WRIGHT A: Reticulate pigmentation due to 5-fluorouracil. *Int. J. Dermatol.* (1995) 34:219-220.

15. LLISTOSELLA E, CODINA A, ALVAREZ R, PUJOL RM, DE MORAGAS JM: Tegafur-induced acral hyperpigmentation. *Cutis* (1991) 48(3):205-207.

16. PRUSSICK R, HORN T, WILSON W, TURNER M: A characteristic eruption associated with ifosfamide, carboplatin, and etoposide chemotherapy after pretreatment with recombinant interleukine-1. *J. Am. Acad. Dermatol.* (1996) 35:705-709.

17. SCUDERI N, ONESTI M: Antitumor agents extravasation, managements and surgical treatment. *Ann. Plast. Surg.* (1994) 32:39-44.
   • Large experience of the management and treatment of extravasation of chemotherapeutic drugs.

18. ZUEHLKE R: Erythematous eruption of the palms and soles associated with mitotane therapy. *Dermatologica* (1974) 148:90-92.

19. SUSSER WS, WHITAKER-WORTH DL, GRANT-KELS JM: Mucocutaneous reactions to chemotherapy. *J. Am. Acad. Dermatol.* (1999) 40(3):367-398.
   •• A large and complete literature review of mucocutaneous side effects of chemotherapy, including an extensive bibliography.

20. COHEN PR: Acral erythema: a clinical review. *Cutis* (1993) 51(3):175-179.
   • A good review on acral erythema, its clinical aspects and management.

21. HELLIER I, BESSIS D, SOTTO A, MARGUERITTE G, GUILHOU JJ: High dose methotrexate-induced bullous variant of acral erythema. *Arch. Dermatol.* (1996) 132(5):590-591.

22. GOULD J, MERCURIO M, ELMETS C: Cutaneous photosensitivity disease induced by exogenous agents. *J. Am. Acad. Dermatol.* (1995) 33:551-573.
   •• Description of all drugs involved in cutaneous photosensitivity (phototoxic or photoallergic).

23. EE HL, YOSIPOVITCH G: Photo recall phenomenon: an adverse reaction to taxnes. *Dermatology* (2003) 207(2):196-198.

24. DOLL DC, YARBRO JW: Vascular toxicity associated with antineoplastic agents. *Semin. Oncol.* (1992) 19(5):580-596.
   •• A complete review of vascular complication occuring during chemotherapy.

25. BESSIS D, GUILLOT B, LEGOUFFE E, GUILHOU JJ: Gemcitabine (Gemzar®) associated scleroderma-like changes of the lower extremities. *J. Am. Acad. Dermatol.* (2004) 51(Suppl. 2):573-576.

26. TOPARD D, HELLIER I, YCHOU M, GUILLOT B: [Raltitrexed-induced skin reaction.] *Ann. Dermatol. Venereol.* (2000) 127:1080-1082. French.

27. MARCK Y, MEUNIER L, BARNEON G, MEYNADIER J: [Scleroderma of the shoulders after tretament with combined bleomycin and radiotherapy]. *Ann. Dermatol. Venereol.* (1994) 121:712-714. French.

28. HORN T: Acute cutaneous eruptions after marrow ablation: roses by other names? *J. Cutan. Pathol.* (1994) 21:385-392.

29. WEISS R, BAKER J: Hypersensitivity reactions from antineoplastic agents. *Cancer Metastatis Rev.* (1987) 6:413-432.

30. KLOOVER JS, DEN BAKKER MA, GELDERBLOM H, VAN MEERBEECK JP: Fatal outcome of a hypersensitivity reaction to paclitaxel: a critical review of premedication regimens. *Br. J. Cancer* (2004) 90(2):304-305.

31. FOULC P, EVRARD V, DALAC S *et al.*: Evaluation of a 1-h exposure time to mechlorethamine in patients undergoing topical treatment. *Br. J. Dermatol.* (2002) 147:926-930.

32. HOCKETT KC: Stevens Johnson syndrome and toxic epidermal necrolysis: oncologic considerations. *Clin. J. Oncol. Nurs.* (2004) **8**(1):27-30

33. HARDWICK N, MURRAY A: Inflammation of actinic keratoses induced by cytotoxic drugs. *Br. J. Dermatol.* (1986) **114**:639-640.

34. LEWIS KG, LEWIS MD, ROBINSON-BOSTOM L, PAN TD: Inflammation of actinic keratoses during capecitabine therapy. *Arch. Dermatol.* (2004) **140**:367-368.

35. MANZIONE NC, WOLKOFF AW, SASSA S: Development of porphyria cutanea tarda after treatment with cyclophosphamide. *Gastroenterology* (1988) **95**(4):1119-1120.

36. KIRK JA, ROGERS M, MENSER MA, BERGIN M, DALLA-POZA L, STEVENS MM: Unusual skin rash following withdrawal of oral 6-mercaptopurine in children with leukemia. *Med. Pediatr. Oncol.* (1987) **15**(5):281-284.

37. GARCIA MORRAS P, PEREZ SANTOS S, LONGO IMEDIO I, LECONA ECHEVERRIA M, HERNANZ HERMOSA JM: Rosacea-like demodicidosis in an immunocompromised child. *Pediatr. Dermatol.* (2003) **20**(1):28-30.

38. SEMB KA, AAMDAL S, OIAN P: Capillary protein leak syndrome appears to explain fluid retention in cancer patients who receive docetaxel treatment. *J. Clin. Oncol.* (1998) **16**(10):3426-3432.

39. VASSALLO C, PASSAMONTI F, MERANTE S et al.: Mucocutaneous changes during long-term therapy with hydroxyurea in chronic myeloid leukemia. *Clin. Exp. Dermatol.* (2001) **26**:141-148.
   •• A large cohort of patients followed during long-term treatment with hydroxyurea, focusing on cutaneous toxicity.

40. SALMON-EHR V, LEBORGNE G, VILQUE JP et al.: Secondary cutaneous effects of hydroxyurea: a prospective study of 26 patients from a dermatological consultation. *Rev. Med. Interne* (2000) **21**(1):30-34.
   • A cohort of patients under prospective survey for cutaneous side effects of hydroxyurea.

41. SIRIEIX ME, DEBURE C, BAUDOT N et al.: Leg ulcers and hydroxyurea: forty-one cases. *Arch. Dermatol.* (1999) **135**(7):818-820.
   •• A large series of leg ulcers observed among patients treated with hydroxyurea.

42. SENET P, ARACTINGI S, PORTNEUF M et al.: Hydroxyurea-induced dermatomyositis-like eruption. *Br. J. Dermatol.* (1995) **133**:455-459.

43. GRANGE F, COUILLET D, AUDHUYB et al.: [Multiple keratosis induced by hydroxyruea]. *Ann. Dermatol. Venereol.* (1995) **122**:16-18. French.

44. YOSHIMASU T, HIROI A, FURUKAWA F: Discoid lupus erythematosus (DLE)-like lesion induced by uracil-tegafur (UFT). *Eur. J. Dermatol.* (2001) **11**(1):54-57.
   • A complete review of lupus induced by 5-FU and its analogues.

### Affiliation

B Guillot MD†, D Bessis MD & O Dereure MD PhD
†Author for correspondence
Dermatology Department, Saint Eloi Hospital, CHU of Montpellier, F 34295 Montpellier cedex 5, France
Tel: + 33 4 67 33 69 06; Fax: + 33 4 67 33 69 58;
E-mail: b-guillot@chu-montpellier.fr