# EXHIBIT 7

Breast Cancer Res Treat (2017) 163:527–533
DOI 10.1007/s10549-017-4204-x

CLINICAL TRIAL

# Chemotherapy-induced irreversible alopecia in early breast cancer patients

Gun Min Kim[1] · Sanghwa Kim[2] · Hyung Seok Park[2] · Jee Ye Kim[2] · Sanggen Nam[2] · Seho Park[2] · Seung Il Kim[2] · DoYoung Kim[3] · Joohyuk Sohn[1]

Received: 10 February 2017 / Accepted: 14 March 2017 / Published online: 21 March 2017
© Springer Science+Business Media New York 2017

**Abstract**
*Purpose* The purpose of this work is to determine the prevalence of chemotherapy-induced irreversible alopecia (CIIA), which is defined as an alopecia that exists at least 6 months after completion of chemotherapy and factors affecting CIIA in early breast cancer patients.
*Methods* We performed a cross-sectional study. We retrospectively identified breast cancer patients who had received AC (Adriamycin, Cyclophosphamide) or AC-T (AC followed by Taxane) as neoadjuvant or adjuvant chemotherapy. We conducted questionnaire survey regarding alopecia and measured hair density using phototrichogram.
*Results* From February 2015 to May 2015, among 265 patients who responded properly to the questionnaire, the women who answered they had severe alopecia (alopecia > 50% of scalp) were 19 patients (7.2%). AC-only and AC-T treated patients reported severe alopecia in 2.7% and 10.5%, respectively, which were significantly different ($p < 0.001$). Mean hair density was 75 hair/cm$^2$ (range 42–112) and 75.2/cm$^2$ (range 48.3–102) on occipital area and vertex area, respectively. Hair loss was the most frequent in parietal area (42.6%). Half of total patients (46%) and 73% of CIIA patients regarded that their hair became thinner after chemotherapy
*Conclusions* We found that significant proportion of early breast cancer patients were suffering from severe CIIA, especially when they had been treated with AC followed by taxane regimen.

**Keywords** Breast neoplasms · Alopecia · Antineoplastic agents · Drug-related side effects · Adverse reactions

## Introduction

Chemotherapy is still the major backbone in adjuvant therapy in most early breast cancer patients [1]. Chemotherapy-induced alopecia (CIA) is very common and causes a severe stress to these potentially curable female patients. It does affect not only sociological function of the patients but also tribute a physical and psychological distress to these women leading to low self-esteem and low quality of life [2, 3]. CIA has been known to be a transient and usually completely reversible, resulting in complete hair regrowth within the 3–6 months after the end of chemotherapy.

Chemotherapy-induced irreversible alopecia (CIIA) or permanent alopecia, which is defined as the absent or incomplete hair regrowth lasting longer than 6 months after the end of chemotherapy, has been barely studied. It is rarely included as a major toxicity in clinical trials and also usually overlooked by the physicians at a daily practice. CIIA has been usually known to occur after high-dose chemotherapy and subsequent bone marrow transplantation [4, 5], but there are increasing reports of CIIA in patients

Gun Min Kim and Sanghwa Kim have contributed equally to this work.

**Electronic supplementary material** The online version of this article (doi:10.1007/s10549-017-4204-x) contains supplementary material, which is available to authorized users.

✉ Joohyuk Sohn
  oncosohn@yuhs.ac

[1] Division of Medical Oncology, Department of Internal Medicine, Yonsei University College of Medicine, 50 Yonsei-Ro, Seodaemun-Gu, Seoul, Korea

[2] Department of Surgery, Yonsei University College of Medicine, Seoul, Korea

[3] Department of Dermatology, Yonsei University College of Medicine, Seoul, Korea



who received standard chemotherapy for breast cancer [4, 6–9]. However, true incidence of CIIA and contribution of AC and/or taxane remained unknown.

Herein, we performed a cross-sectional study to investigate the prevalence of CIIA and factors affecting CIIA in early breast cancer patients who received neoadjuvant or adjuvant chemotherapy.

## Methods

### Study design

We performed a cross-sectional study. We retrospectively identified patients who had received neoadjuvant or adjuvant chemotherapy with curative surgery for breast cancer.

From February 2015 to May 2015, a questionnaire survey was conducted for these patients. The data collected by survey were as follows: whether to have CIA still or not, whether to put on wig/hat in public, changes in hair character, severity and main area of alopecia, satisfaction score of current hair status, past and family history of alopecia, onset and duration of CIA, and onset and duration of hair regrowth after alopecia (supplementary data; survey questionnaire in English). Clinical data retrieved from medical records were age at the initiation of chemotherapy, initial stage of breast cancer, chemotherapy regimen, and information about the other adjuvant therapies such as hormonal and/or targeted therapy. To confirm alopecia objectively, hair density and thickness measurement were conducted using phototrichogram for CIIA-reported patients. This study was reviewed and approved by the Institutional Review Board of Severance Hospital, Yonsei University Health System (IRB number: 4-2014-1071).

### Patient population

The patients who had received curative surgery and neoadjuvant or adjuvant chemotherapy with anthracycline plus cyclophosphamide (AC) or anthracycline-based chemotherapy plus taxane were eligible for this study. After surgery and chemotherapy, if indicated, patients received adjuvant radiotherapy and patients with hormone receptor-positive tumors received adjuvant endocrine therapy. Patients with human epidermal growth factor receptor 2 (HER2)-positive tumors were treated with neoadjuvant or adjuvant trastuzumab. In terms of chemotherapy, patients received 4 cycles of AC (60 mg/m$^2$, 600 mg/m$^2$) regimen or one of the following anthracycline-based chemotherapy plus taxane regimen; 4 cycles of AC followed by 4 cycles of docetaxel (75 mg/m$^2$), 4 cycles of AC followed by weekly paclitaxel (80 mg/m$^2$) 12 times, 6 cycles TAC (Docetaxel 75 mg/m$^2$, Adriamycin 50 mg/m$^2$, Cyclophosphamide 500 mg/m$^2$), and 6 cycles of adriamycin (50 mg/m$^2$) plus docetaxel (75 mg/m$^2$).

### Definition of CIIA

CIIA is defined as a consistent absence of hair at least 6 months since the end of the chemotherapy according to the Survey. The severity of alopecia was graded by the Common Terminology Criteria for Adverse Events (CTCAE) version 4.03. The severe alopecia was defined as the hair density loss over 50% compared to the hair density before chemotherapy.

### Phototrichogram measure

Hair density and thickness measurement were conducted using a computerized hand-held USB camera PT system (Follioscope®; LeedM Corporation, Seoul, Korea). As described in a previous report, two reference points were selected to measure the overall hair density and thickness [10]: P point on occipital area and V point on vertex area. Briefly, P point is defined as the point of intersection between the posterior midsagittal line and the horizontal line connecting the upper ear roots and V point is the point of intersection between the midsagittal line and the coronal line connecting the tips of the tragus [11]. Digital images on the target scalp area were acquired at 30-fold magnification, and both the number and the thickness of hair were measured with Follioscope PT® software (LeedM Corporation) (Supplementary Fig. 1).

### Statistical analysis

Categorical variables were analyzed using Chi square or Fisher's exact test and continuous variables were analyzed by Student's $t$ test. Box plots were presented to visualize the hair density and thickness. We conducted multivariate logistic regression analyses to assess the associations between each possible risk factor and CIIA. $P$ values of <0.05 were considered statistically significant. All statistical analyses were carried out using the commercially available software SPSS 23 (IBM).

## Results

### Patient characteristics

From February 2015 to May 2015, 449 patients were proper targets for survey. There were 167 patients who were not asked or refused to reply for survey. A total of 265 patients were subjected to analysis, and 17 patients did not meet the selection criteria for the analysis (Supplementary Fig. 2). All the patients answered that they had had normal hair status before chemotherapy. Baseline characteristics are listed in Table 1. The follow-up duration from completion of chemotherapy ranges from 6 months to 5 years.


Springer

Breast Cancer Res Treat (2017) 163:527–533                                                                                                     529

Table 1 Baseline characteristics

| Characteristics | Total (n = 265) | | CIIA (n = 122) | | No CIIA (n = 143) | | P |
|---|---|---|---|---|---|---|---|
| | No. of Patients | % | No. of Patients | % | No. of Patients | % | |
| Age (Mean ± SD) | 51.3 ± 9.2 | | 51.4 ± 9.2 | | 51.3 ± 9.3 | | 0.897 |
| Age at chemotherapy (Mean, ± SD) | 47 ± 9.5 | | 48.1 ± 9.1 | | 48.2 ± 9.3 | | 0.908 |
| Initial stage | | | | | | | |
| Stage I | 65 | 24.5 | 19 | 15.6 | 46 | 32.2 | 0.003 |
| Stage II | 154 | 58.1 | 75 | 61.5 | 79 | 55.2 | |
| Stage III | 46 | 17.4 | 28 | 23 | 18 | 12.6 | |
| Subtype | | | | | | | |
| ER+/HER2− | 179 | 67.5 | 87 | 71.3 | 92 | 64.3 | 0.203 |
| ER+/HER2+ | 28 | 10.6 | 15 | 12.3 | 13 | 9.1 | |
| HER2+ | 20 | 7.5 | 8 | 6.6 | 12 | 8.4 | |
| TNBC | 38 | 14.3 | 12 | 9.8 | 26 | 18.2 | |
| Chemotherapy Regimen | | | | | | | |
| Anthracycline | 112 | 42.3 | 29 | 23.8 | 83 | 58 | <0.001 |
| Anthracycline + Taxane | 153 | 57.7 | 93 | 76.2 | 60 | 42 | |
| Chemotherapy Type | | | | | | | |
| Neoadjuvant | 88 | 33.2 | 50 | 41 | 38 | 26.6 | 0.013 |
| Adjuvant | 177 | 66.8 | 72 | 59 | 105 | 73.4 | |
| Anti-HER2 Treatment | | | | | | | |
| No | 217 | 81.9 | 99 | 81.1 | 118 | 82.5 | 0.773 |
| Yes | 48 | 18.1 | 23 | 18.9 | 25 | 17.5 | |
| Endocrine Treatment | | | | | | | |
| No | 58 | 21.9 | 20 | 16.4 | 38 | 26.6 | 0.046 |
| Yes | 207 | 78.1 | 102 | 83.6 | 105 | 73.4 | |
| Endocrine Regimen | | | | | | | |
| Tamoxifen | 137 | 66.2 | 69 | 67.6 | 68 | 64.8 | 0.225 |
| AI | 67 | 32.4 | 33 | 32.4 | 34 | 32.4 | |
| Others | 3 | 1.4 | 0 | 0 | 3 | 2.9 | |
| GnRH agonist | | | | | | | |
| No | 250 | 94.3 | 117 | 95.9 | 133 | 93 | 0.309 |
| Yes | 15 | 5.7 | 5 | 4.1 | 10 | 7 | |
| Alopecia Past History | | | | | | | |
| No | 240 | 90.6 | 110 | 90.2 | 130 | 90.9 | 0.836 |
| Yes | 25 | 9.4 | 12 | 9.8 | 13 | 9.1 | |
| Alopecia Family History | | | | | | | |
| No | 253 | 95.5 | 117 | 95.9 | 136 | 95.1 | 0.451 |
| Yes | 11 | 4.2 | 4 | 3.3 | 7 | 4.9 | |
| Follow-up duration from completion of chemotherapy | | | | | | | |
| 6 month–1 year | 43 | 16.2 | 15 | 17 | 28 | 15.8 | 0.757 |
| 1–3 year | 99 | 37.4 | 35 | 39.8 | 64 | 36.2 | |
| 3–5 year | 123 | 46.4 | 38 | 43.2 | 85 | 48 | |
| Recovery time to current hair | | | | | | | |
| <6 months | 58 | 22.4 | 15 | 12.4 | 43 | 31.2 | <0.001 |
| 6–12 months | 162 | 62.5 | 74 | 61.2 | 88 | 63.8 | |
| >12 months | 39 | 15.1 | 32 | 26.4 | 7 | 5.1 | |

*CIIA* chemotherapy induced irreversible alopecia, *SD* standard deviation


Springer

### CIIA prevalence and severity

Among 265 patients, the women with CIIA were 122 patients (46.0%) including 7.2% of severe alopecia (Table 2). The prevalence of severe CIIA was higher in the AC plus taxane-treated patients than the AC-only-treated patients (10.5 vs. 2.7%, $p < 0.0001$). Actually, AC-only-treated patients used wig/hat in 10.7%, but 33.3% used it in anthracycline plus taxane group ($p < 0.001$). The incidence of CIIA was not statistically different along the elapsed time from 6 months to 5 years (Fig. 1). In multivariate analysis, only the chemotherapy regimen was identified as an independent risk factor for CIIA (OR 4.75, 95% CI 2.29–9.86, $p < 0.001$) (Table 3).

### Characteristics of CIIA

In terms of location, parietal area (42.6%) was the most frequent hair loss area and then followed by generalized hair loss (33.1%) and frontal hair loss (26.2%) (Fig. 2a). Half of total patients (46%) and 73% of alopecia patients regarded that their hair became thinner after chemotherapy. Hair changes such as hair strength, texture, and color were also significant in CIIA patient group (Fig. 2b). The satisfaction score regarding current hair state was significantly low in CIIA patient group (mean satisfaction score ± SD, 2.2 ± 0.88 vs. 3.6 ± 0.96, $p < 0.001$, Supplementary Fig. 3).

### Phototrichogram measure

Ten patients who answered that they had still severe alopecia agreed to the measurement of their hair density and thickness. Patient characteristics and measured data are described in supplementary Table 2. Hair density varied from $42/cm^2$ to $112/cm^2$ depending on patients and measured point. Mean hair density was $75/cm^2$ (SD 20.6; range 42–112) and $75.2/cm^2$ (SD 16.1; range 48.3–102) on occipital area and vertex area, respectively; it was around

Table 2 Severity of CIIA by chemotherapy regimen

|  | Total | | AC | | AC-T | | P* |
|---|---|---|---|---|---|---|---|
|  | (n = 265) | | (n = 112) | | (n = 153) | | |
|  | No. of patients | % | No. of patients | % | No. of patients | % | |
| Alopecia | | | | | | | |
| Yes | 122 | 46 | 29 | 25.9 | 93 | 60.8 | <0.001 |
| No | 143 | 54 | 83 | 74.1 | 60 | 39.2 | |
| Using wig or hat | | | | | | | |
| Yes | 63 | 23.8 | 12 | 10.7 | 51 | 33.3 | <0.001 |
| No | 202 | 76.2 | 100 | 89.3 | 102 | 66.7 | |
| Hair loss grade | | | | | | | |
| Grade 0 (no hair loss) | 143 | 54 | 83 | 74.1 | 60 | 39.2 | <0.001 |
| Grade 1 (mild loss, ≤50%) | 103 | 38.9 | 26 | 23.2 | 77 | 50.3 | |
| Grade 2 (severe loss, >50%) | 19 | 7.2 | 3 | 2.7 | 16 | 10.5 | |
| Recovery of similarity | | | | | | | |
| Grade 0 (complete, 100%) | 119 | 45.1 | 69 | 61.9 | 50 | 32.9 | <0.001 |
| Grade 1 (high similar, >50%) | 118 | 44.7 | 38 | 33.9 | 80 | 52.6 | |
| Grade 2 (low similar, ≤50%) | 27 | 10.2 | 5 | 4.5 | 22 | 15.5 | |
| Satisfaction of current hair | | | | | | | |
| Yes | 88 | 33.2 | 60 | 53.6 | 28 | 18.3 | <0.001 |
| No | 177 | 66.8 | 52 | 46.4 | 127 | 81.7 | |
| Recovery time to current hair | | | | | | | |
| <6 months | 58 | 22.4 | 21 | 24.1 | 37 | 21.5 | 0.022 |
| 6-12 months | 162 | 62.5 | 46 | 52.9 | 116 | 67.4 | |
| >12 months | 39 | 15.1 | 20 | 23 | 19 | 11 | |

*CIIA* chemotherapy induced irreversible alopecia, *AC* anthracycline+cyclophosphamide, *AC-T* AC-Taxane

 Springer



**Fig. 1** Prevalence of chemotherapy-induced irreversible alopecia (CIIA) according to the elapsed period from completion of chemotherapy

half of hair density of Korean healthy female, which had been published previously [12]. Mean hair thickness was 63.0 μm (SD 20.3; range, 37.5–91.1 μm) (Fig. 3).

## Discussion

To our best knowledge, this is the first comprehensive cross-sectional study to investigate the prevalence and characteristic of severe CIIA and factors affecting severe CIIA in early breast cancer patients who received neoadjuvant or adjuvant chemotherapy. Surprisingly, 7.2% of patients complained of severe alopecia (hair loss more than 50%) and 23.8% of patients used hat/wig in order to make up for the hair loss. Especially, when taxane was added to anthracycline-based chemotherapy, severe CIIA risks were much higher than AC-only chemotherapy (10.5 vs. 2.7%, $p < 0.001$).

Permanent alopecia following chemotherapy has been considered a rare event, and most cases have followed the use of high-dose chemotherapy and bone marrow transplantation [5]. More recently, several case reports of CIIA after standard dose chemotherapy for breast cancer were published. Masidonski et al. reported their experience in 13 women treated for breast cancer with AC or AC followed by taxane [6]. Kluger et al. analyzed the clinical and histological features of severe and CIIA

**Table 3** Multivariate analysis for CIIA risk factor

|  | Univariate analysis | | | | Multivariate anlaysis | | | |
|---|---|---|---|---|---|---|---|---|
|  | Odds ratio | 95% CI | | P | Odds ratio | 95% CI | | P |
|  |  | Lower | Upper |  |  | Lower | Upper |  |
| Age at chemotherapy | 0.998 | 0.973 | 1.025 | 0.907 | 0.995 | 0.967 | 1.024 | 0.729 |
| TNM stage |  |  |  |  |  |  |  |  |
| I | 1 |  |  | 0.003 | 1 |  |  | 0.892 |
| II | 2.298 | 1.235 | 4.277 | 0.009 | 0.826 | 0.367 | 1.859 | 0.644 |
| III | 3.766 | 1.696 | 8.362 | 0.001 | 0.87 | 0.3 | 2.526 | 0.799 |
| Chemotherapy regimen |  |  |  |  |  |  |  |  |
| AC | 1 |  |  |  | 1 |  |  |  |
| AC-T | 4.436 | 2.603 | 7.559 | <0.001 | 4.753 | 2.292 | 9.857 | <0.001 |
| Anti-HER2 treatment |  |  |  |  |  |  |  |  |
| No | 1 |  |  |  |  |  |  |  |
| Yes | 1.097 | 0.586 | 2.051 | 0.773 |  |  |  |  |
| Endocrine treatment |  |  |  |  |  |  |  |  |
| No | 1 |  |  |  | 1 |  |  |  |
| Yes | 1.846 | 1.007 | 3.384 | 0.048 | 1.631 | 0.852 | 3.119 | 0.14 |
| GnRH agonist |  |  |  |  |  |  |  |  |
| No | 1 |  |  |  |  |  |  |  |
| Yes | 0.568 | 0.189 | 1.711 | 0.315 |  |  |  |  |
| Alopecia past history |  |  |  |  |  |  |  |  |
| No | 1 |  |  |  |  |  |  |  |
| Yes | 1.091 | 0.478 | 2.489 | 0.836 |  |  |  |  |
| Alopecia FHx |  |  |  |  |  |  |  |  |
| No | 1 |  |  | 0.522 |  |  |  |  |
| Yes | 0.664 | 0.19 | 2.326 |  |  |  |  |  |

*CIIA* chemotherapy induced irreversible alopecia, *FHx* family history





Fig. 2 Characteristics of chemotherapy-induced irreversible alopecia (CIIA): **a** hair loss areas, **b** hair character changes



Fig. 3 Hair density and thickness measurement: **a** hair density, **b** hair thickness compared with Korean Female Published Data

following a sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel regimen for adjuvant breast cancer treatment in 20 patients [9]. However, the prevalence and characteristics of CIIA remain unknown.

To confirm severe CIIA objectively and quantitatively, we conducted phototrichogram measurement of hair density and thickness for 10 patients who answered they had hair loss more than 50%. Previous study for Korean normal scalp hair using phototrichogram showed that mean hair density was 165 hair/cm2 in 683 female subjects [12–14]. Considering normal female hair density values, the mean hair density was remarkably low (75 hair/cm$^2$) in CIIA patients, even though it is an indirect comparison. In addition, mean hair thickness was also very thin compared to normal values (63 vs. 91 μm). [12–14] These findings suggest that CIIA accompanies not only the decreased hair density but also hair thinning. These objectively documented data are supporting the questionnaire data.

Interestingly, the recovery time from the completion of chemotherapy to current hair was longer than we expected. Permanent alopecia has been defined as a consistent absence of hair at least 6 months since the end of chemotherapy. However, about 60% of patients needed 6–12 months period from the end of chemotherapy to the recovery of current hair regardless of CIIA or not. These findings imply that 6-month period may be short to define permanent alopecia. The further research for recovery time from chemotherapy is warranted.

There are several limitations in this study. First of all, this study was based on the questionnaire survey. Even though there was no investigator bias during the sampling, the patients out of the whole population who visited our center in designated period, we could not exclude the sampling bias because 167 out of 449 patients (37.2%) did not answer or refused the survey. There might be the chance that patients suffering from alopecia were more willing to participate in this survey. Second, the data are derived from patients' reported subjective outcome and not from objective findings by the investigators. To overcome this limitation, we focused on severe degree alopecia and did objective measurement of hair density by phototrichogram for severe CIIA-reported population. On the other hand, these reports could reflect the real problems that the patients have.



Third, this study was conducted only for Korean breast cancer women. We are not aware if there is an ethnic difference in this toxicity, which warrant further evaluation across the races.

In conclusion, profound number of early breast cancer patients were suffering from severe and permanent alopecia after neoadjuvant or adjuvant chemotherapy. Taxane use is an independent risk factor for severe CIIA. Further prospective research to unveil the CIIA status in breast cancer patients is warranted in order to cope with this troublesome long lasting side effect.

**Acknowledgement** I appreciate the clinical research nurses for conducting the survey with questionnaires. And I also thank the nurses in breast cancer center who helped to guide the participants of this study. This work was supported by the Industrial Core Technology Development Program (10054699) funded by the Ministry of Trade, Industry & Energy (MOTIE, Korea). This study was financially supported by the "Kiturami" Faculty Research Assistance Program of Yonsei University College of Medicine for 2013(6-2013-0157).

**Compliance with ethical standards**

**Conflicts of interest** The author(s) indicated no potential conflicts of interest or financial disclosures.

**Ethical approval** All procedures performed in studies involving human participants were in accordance with the ethical standards of the institutional and/or national research committee and with the 1964 Helsinki declaration and its later amendments or comparable ethical standards.

**Informed consent** Informed consent was obtained from all individual participants included in the study.

## References

1. Early Breast Cancer Trialists' Collaborative G (2005) Effects of chemotherapy and hormonal therapy for early breast cancer on recurrence and 15-year survival: an overview of the randomised trials. Lancet 365(9472):1687–1717. doi:10.1016/S0140-6736(05)66544-0
2. Cash TF (2001) The psychology of hair loss and its implications for patient care. Clin Dermatol 19(2):161–166
3. Browall M, Gaston-Johansson F, Danielson E (2006) Postmenopausal women with breast cancer: their experiences of the chemotherapy treatment period. Cancer Nurs 29(1):34–42
4. Palamaras I, Misciali C, Vincenzi C et al (2011) Permanent chemotherapy-induced alopecia: a review. J Am Acad Dermatol 64(3):604–606. doi:10.1016/j.jaad.2010.03.020
5. Tran D, Sinclair RD, Schwarer AP et al (2000) Permanent alopecia following chemotherapy and bone marrow transplantation. Aust J Dermatol 41(2):106–108
6. Masidonski P, Mahon SM (2009) Permanent alopecia in women being treated for breast cancer. Clin J Oncol Nurs 13(1):13–14. doi:10.1188/09.CJON.13-14
7. Prevezas C, Matard B, Pinquier L et al (2009) Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. Br J Dermatol 160(4):883–885. doi:10.1111/j.1365-2133.2009.09043.x
8. Tallon B, Blanchard E, Goldberg LJ (2010) Permanent chemotherapy-induced alopecia: case report and review of the literature. J Am Acad Dermatol 63(2):333–336. doi:10.1016/j.jaad.2009.06.063
9. Kluger N, Jacot W, Frouin E et al (2012) Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients. Ann Oncol 23(11):2879–2884. doi:10.1093/annonc/mds095
10. Lee SH, Kang JS, Jeon IK et al (2013) Two-point scoring method for the evaluation of pattern hair loss by phototrichogram using a headband and a tapeline. Skin Research and Technology 19(2):183–188. doi:10.1111/srt.12031
11. Lee EH, Kang JS, Kang DS et al (2011) Facilitated Scalp Measuring Using Phototrichogram with a Headband and Tapeline. Dermatol Surg 37(8):1150–1152. doi:10.1111/j.1524-4725.2011.02020.x
12. Kim JE, Lee JH, Choi KH et al (2013) Phototrichogram analysis of normal scalp hair characteristics with aging. European Journal of Dermatology 23(6):849–856. doi:10.1684/ejd.2013.2170
13. Kang H, Kang TW, Lee SD et al (2009) The changing patterns of hair density and thickness in South Korean women with hair loss: clinical office-based phototrichogram analysis. Int J Dermatol 48(1):14–21. doi:10.1111/j.1365-4632.2009.03795.x
14. Kim JY, Kim MH, Hong SP et al (2015) Characteristics of nonbalding scalp zones of androgenetic alopecia in East Asians. Clin Exp Dermatol 40(3):279–285. doi:10.1111/ced.12554

