# EXHIBIT 16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO.: 2740

SECTION: H

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

This Document Relates To:

Antoinette Durden, Case No. 2:16-cv-16635;
Tanya Francis, Case No. 2:16-cv-17410;
Barbara Earnest, Case No. 2:16-cv-17144.
_____/

255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tuesday, 9:18 a.m. - 5:25 p.m.
December 4, 2018

VIDEOTAPED DEPOSITION OF

ANTONELLA TOSTI, M.D.

VOLUME 1
Pages 1 through 300

Taken on behalf of the Defendant before Gina Rodriguez, RPR, CRR, Notary Public in and for the State of Florida at Large, pursuant to Second Amended Notice of Taking Videotaped Deposition filed in the above cause.

Electronically signed by Gina Rodriquez (201-182-126-9514)
Electronically signed by Gina Rodriquez (201-182-126-9514)
72ecbdd8-9ed6-4d44-ae56-8b8592170e9b

Page 17

1  was attached to the notice and that was
2  forwarded to you yesterday?
3      MR. SEARS:  We talked about the objections.
4      MR. SCHANKER:  Yeah.  Responses, including
5  objections.
6      MR. SEARS:  I saw that, thank you.
7      MR. SCHANKER:  Okay.
8  BY MR. SEARS:
9      Q.  Okay.  Did you have a chance to look over
10  this Exhibit A before your deposition?
11      A.  Yes, I did.
12      Q.  Did you bring anything with you?
13      A.  Yes.  I have my CV.
14      Q.  Is that the same CV that was attached to
15  your report?
16      A.  Yes.
17      Q.  Did you bring anything else with you?
18      A.  I -- I brought these, but it is not among
19  these documents, this is a kind of sheet that -- for
20  me to remind the numbers.  Okay?
21      And I don't think I have -- papers, like
22  publications and stuff, I have in here; other, I --
23  I think was -- you already have because it was in
24  the CV now.
25      Q.  Besides the materials that you brought with

Page 18

1  you today, did you have anything else that was
2  responsive to this?
3      A.  No, I don't have anything else.
4      Q.  Okay.  You mind if we take a look at that
5  piece of paper?
6      A.  Yeah, sure.
7      Q.  Thank you.
8      (Brief interruption off the record.)
9  BY MR. SEARS:
10      Q.  I think I'm going to go ahead and mark this
11  as an exhibit.  Do you need to take this with you
12  when you leave today?
13      A.  Yes, I want to -- to because -- the reason
14  I brought is because I want -- the numbers, I don't
15  know the numbers by memory.
16      Q.  Okay.  Could we mark it, and then we can
17  probably do a photocopy later today?
18      A.  Absolutely.
19      MR. SEARS:  I'm marking this as Exhibit 2.
20      (Thereupon, marked as Exhibit 2.)
21  BY MR. SEARS:
22      Q.  When you say "the numbers," what numbers do
23  those refer to?
24      A.  Publications.  Those are publications, and
25  I just wrote down the numbers of cases in each

Page 19

1  publications.
2      Q.  Cases of what?
3      A.  Of permanent alopecia from chemotherapy,
4  and depending on which medication.
5      Q.  So based upon this, it -- there's
6  publications that say there's persistent
7  chemotherapy-induced alopecia with Taxol; is that
8  true?
9      A.  Absolutely, yes.
10      Q.  And there's persistent chemotherapy-induced
11  alopecia with regimens that do not contain any
12  taxanes?
13      A.  Very rarely.
14      Q.  It looks like there's reports of
15  cyclophosphamide and carboplatin regimen that causes
16  persistent chemotherapy-induced alopecia?
17      A.  There are, but it's uncommon.  You know,
18  there are not evidence-based literature on that type
19  of medication; instead, we have good evidence on --
20  on docetaxel.
21      Q.  Maybe I can ask a clearer question.
22      Based upon what I've marked as Exhibit 2,
23  there's case reports of persistent
24  chemotherapy-induced alopecia cyclophosphamide
25  regimens, right?

Page 20

1      A.  Yes, a few cases.
2      Q.  And there's also case reports of persistent
3  chemotherapy-induced alopecia with anthracycline
4  regimens?
5      A.  Yes, a few cases.
6      Q.  And there's case reports of persistent
7  chemotherapy-induced alopecia with the FEC regimen?
8      A.  Yes, but what you have to understand is
9  that any drug can cause reactions, okay.  So what is
10  very important is the consistency of the product and
11  the frequency of the reaction.
12      I include everything in there, but what is
13  very important from a medical point of view is to
14  see how common is this problem with that drug.
15      Q.  So if I understand what you just said, you
16  can see side effects with any chemotherapy drug?
17      MR. SCHANKER:  Objection, form.
18  BY MR. SEARS:
19      Q.  Right?
20      A.  I don't know.  I'm not an oncologist.  I
21  know there are new chemotherapy drugs that don't
22  cause a lot of side effects.  I cannot answer you
23  question with an -- as an expert.
24      Q.  Okay.
25      Because you're not an oncologist, do you

5 (Pages 17 to 20)