# EXHIBIT 17

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                   MDL No. 2740
 3                 SECTION:  H
 4   IN RE: TAXOTERE (DOCETAXEL)
 5   PRODUCTS LIABILITY LITIGATION
 6   This Document Relates To:
 7   Sheila Crayton, Case No. 2:17-cv-05923;
     Cynthia Thibodeaux, Case No. 2:16-cv-15859;
 8   _____/
 9                            1633 North Bayshore Drive
                              Miami, Florida
10                            December 12, 2019
                              9:08 a.m. - 6:13 p.m.
11
12          VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
13      Taken before SUZANNE VITALE, R.P.R., F.P.R.
14   and Notary Public for the State of Florida at Large,
15   pursuant to Notice of Taking Deposition filed in the
16   above cause.
17
18
19
20
21
22
23
24
25
```

Page 62

1 article recently, so it's not in this material,
2 where they send a questionnaire to see how many
3 doctors was aware of this side effect, and very
4 few doctor knew.
5 BY MR. SEARS:
6   Q.  That's part of the reason why I prefaced
7 the question with doctors in the hair loss
8 community.
9       Do you believe that doctors in the hair
10 loss community have reached different conclusions
11 about PCIA and what is causing PCIA?
12       MR. SCHANKER:  Objection, form.
13       THE WITNESS:  I don't think so, if they
14   even decide to do a CME article on that.
15 BY MR. SEARS:
16   Q.  So we talked about one dermatopathologist
17 that said that there are a normal number of
18 follicles with PCIA.  We've talked about another
19 that says that it's the anti-estrogen therapy that's
20 preventing the hair regrowth.
21       Would you agree that those are examples of
22 doctors in the hair loss community having different
23 opinions than you do?
24       MR. SCHANKER:  Objection, form.
25       THE WITNESS:  I want to be divided in two

Page 63

1   sentences because it's complicated.  So let's
2   start from the beginning.
3 BY MR. SEARS:
4   Q.  Do you agree that there's doctors in the
5 hair loss community that have concluded that there
6 are a normal number of follicles found in PCIA?
7       MR. SCHANKER:  Objection, form.
8       THE WITNESS:  I'm not aware of this
9   sentence.
10 BY MR. SEARS:
11   Q.  If there are, do you agree that that is an
12 example of doctors in the hair loss community having
13 different opinions about PCIA?
14       MR. SCHANKER:  Objection, form.
15       THE WITNESS:  I never saw an article
16   saying that there is a normal number of
17   follicle in PCIA.  Most of the article report
18   reduced number of follicle.
19 BY MR. SEARS:
20   Q.  I know, in the prior case, we had a
21 deposition where we talked about stem cells.
22       Do you remember that?
23   A.  Yes.
24   Q.  Do you agree that the mechanism of action
25 for why a chemotherapy drug may result in PCIA has

Page 64

1 not been defined?
2       MR. SCHANKER:  Objection, form.
3       THE WITNESS:  I agree.
4 BY MR. SEARS:
5   Q.  Do you agree that there's no test that can
6 be used to determine which chemotherapy drug caused
7 PCIA in any specific patient?
8       MR. SCHANKER:  Objection, form.
9       THE WITNESS:  Yes, I agree.
10 BY MR. SEARS:
11   Q.  So what are some problems with reaching
12 conclusions about causation from small studies?
13       MR. SCHANKER:  Objection, form.
14       THE WITNESS:  I don't think this is my
15   field of expertise.
16 BY MR. SEARS:
17   Q.  Are you going to offer an opinion about
18 whether any specific chemotherapy drug causes
19 persistent chemotherapy-induced alopecia?
20       MR. SCHANKER:  Objection, form.
21       THE WITNESS:  Yes, I am, but from the
22   literature and from my experience.
23 BY MR. SEARS:
24   Q.  So you're relying on the literature as a
25 basis for your conclusion that specific chemotherapy

Page 65

1 drugs can cause PCIA?
2       MR. SCHANKER:  Objection, form.
3       THE WITNESS:  I also base on my personal
4   experience, and I have quite big personal
5   experience in this field.  I've seen many
6   patients.
7 BY MR. SEARS:
8   Q.  So I'm focusing on the literature, and
9 most of the literature involves a very small sample
10 size.
11       Would you agree with that?
12       MR. SCHANKER:  Objection, form.
13       THE WITNESS:  No.  There are at least two
14   prospective studies, which are very, very
15   important.
16 BY MR. SEARS:
17   Q.  Are you referring to the Kang and Martin
18 studies?
19   A.  Yes.
20   Q.  Do you think that there's problems with
21 relying on retrospective studies to reach any
22 conclusions about whether a specific drug causes an
23 outcome?
24       MR. SCHANKER:  Objection, form.
25       THE WITNESS:  No.  I think retrospective

17 (Pages 62 - 65)

| | |
|---|---|
| Page 142<br>1  whether any specific drug can cause chemotherapy<br>2  {sic} in breast cancer treatment, don't you think it<br>3  would be important to know which drugs are used to<br>4  treat breast cancer?<br>5         MR. SCHANKER:  Objection, form.<br>6         THE WITNESS:  I think there are new<br>7     studies every single day, new drugs that are<br>8     utilized, and this is not my expertise.<br>9         My expertise is just on alopecia.<br>10 BY MR. SEARS:<br>11    Q.  And what you're doing is you're looking at<br>12 case reports of PCIA for breast cancer and<br>13 concluding whether a specific drug can cause PCIA,<br>14 right?<br>15        MR. SCHANKER:  Objection, form.<br>16        THE WITNESS:  No.  I've published cases of<br>17    PCIA due to Taxotere.  I see many other<br>18    patients with this problem.  I'm aware of many<br>19    women that have this problem, and there are,<br>20    you know, many data that show that a problem is<br>21    here.<br>22 BY MR. SEARS:<br>23    Q.  The reason I'm asking this is because I'm<br>24 really trying to understand whatever methodology you<br>25 used here. | Page 144<br>1  statistician, right?<br>2     A.  I'm not.<br>3     Q.  So bear with me for a minute, because my<br>4  math is terrible, too, so I'm probably going to<br>5  explain this horribly, but let's see if we can<br>6  understand each other.<br>7     A.  You told Dr. Thompson that you are very<br>8  good in statistics.<br>9     Q.  I took finance, but that's about the<br>10 extent of it.<br>11        When concluding whether one drug has more<br>12 reports of PCIA, wouldn't it be important to know<br>13 whether that drug is used more than another drug?<br>14        MR. SCHANKER:  Objection, form.<br>15        THE WITNESS:  I definitely think that, and<br>16    that's important for this study, because one of<br>17    the reason they found a lot of Taxol is because<br>18    it was used more than Taxotere.<br>19 BY MR. SEARS:<br>20    Q.  Right.  Memorial Sloan Kettering uses<br>21 Taxol, don't they?<br>22    A.  Uh-huh.<br>23    Q.  Yes?<br>24    A.  Yes.<br>25    Q.  So I think I heard you say this at trial, |
| Page 143<br>1         But in science, don't you want to use the<br>2  best methodology that you possibly can to reach any<br>3  sort of conclusion?<br>4         MR. SCHANKER:  Objection, form.<br>5         THE WITNESS:  I think I do always.<br>6  BY MR. SEARS:<br>7     Q.  In reaching a conclusion about whether<br>8  there's a higher rate of one drug causing PCIA as<br>9  opposed to other drugs causing PCIA, wouldn't you<br>10 want to know the case reports of all of the drugs<br>11 used to treat breast cancer and reports of PCIA?<br>12        MR. SCHANKER:  Objection, form.<br>13        THE WITNESS:  I look at all cases of PCIA<br>14    reported in breast cancer, okay.  And I think I<br>15    did a table on that.  I may have missed<br>16    something, but I look at that.<br>17 BY MR. SEARS:<br>18    Q.  So do you know what percentage of patients<br>19 treated for breast cancer in an adjuvant setting<br>20 would receive CMF versus a taxane regimen?<br>21        MR. SCHANKER:  Objection, form.<br>22        THE WITNESS:  No.  That's not my<br>23    expertise.<br>24 BY MR. SEARS:<br>25    Q.  I understand that you're not a | Page 145<br>1  but you're saying that one of the reasons why<br>2  there's more reports of Taxol than Taxotere in the<br>3  study is because of the greater prevalence of use<br>4  with Taxol than Taxotere at Memorial Sloan<br>5  Kettering?<br>6     A.  Yes.<br>7     Q.  Let's think about this worldwide for a<br>8  second.<br>9         Wouldn't it be important to know the rates<br>10 that various drugs are given to women in reaching a<br>11 conclusion about whether a specific drug can cause<br>12 persistent chemotherapy-induced alopecia?<br>13        MR. SCHANKER:  Objection, form.<br>14        THE WITNESS:  I think that most cases,<br>15    those drugs are used in association.  So I<br>16    think probably the most common used regimen is<br>17    the docetaxel, cyclophosphamide and<br>18    doxorubicin.  I think this is the most common<br>19    used, but I'm a dermatologist.<br>20 BY MR. SEARS:<br>21    Q.  So, for instance, in this study, you<br>22 looked at 98 reports of PCIA and 13 of them received<br>23 CMF, right?<br>24    A.  Yes, but it was not for breast cancer.<br>25 You know, if you look, there are other types of |