# EXHIBIT 18

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  TAXOTERE (DOCETAXEL)    )
     PRODUCTS LIABILITY LITIGATION   )
 5                                   )   MDL No. 2740
     This Document Relates To:       )
 6                                   )   Section H
     Antoinette Durden,              )
 7   Case No. 2:16-cv-17735;         )
     Tanya Francis,                  )
 8   Case No. 2:16-cv-17410;         )
     Barbara Earnest,                )
 9   Case No. 2:16-cv-17144          )
     _____ )
10
11
12
13
14
15
16       VIDEOTAPED DEPOSITION OF ELLEN FEIGAL, M.D.
17                San Francisco, California
18                Friday, January 11, 2019
19                       Volume III
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 3189948
25   Pages 384 - 626
```

Page 593

1  patient's choice."
2      Did I read that correctly?
3   A  You read that correctly, yes.
4   Q  Okay. And so given that you're not
5  offering any plaintiff or case-specific opinions
6  regarding the treaters and the actual cases at
7  issue, is it fair that your opinion or conclusion as
8  stated in item number 6 here is what you believe a
9  reasonable or objective physician would do?
10  A  Correct.
11  Q  And on page 7 of your report --
12  A  Page 7?
13  Q  Um-hum.
14  A  Okay.
15  Q  -- Footnote 1 is to the American Cancer
16  Society.
17  A  Yes.
18  Q  Cancer facts and figures from 2018.
19  A  Correct.
20  Q  Can we agree that the American Cancer
21  Society is a reliable source of information for
22  facts about cancer generally, including statistics?
23  A  It's a useful resource for incidents and
24  mortality data so, I mean, it's excellent for some
25  things, not the source I'd go to for others. But as

Page 594

1  it says, facts and figures.
2   Q  Okay. And so for what you've cited here,
3  facts and figures, the American Cancer Society is a
4  reliable authority?
5   A  Correct.
6   Q  Okay. And those statistics and facts and
7  figures can change from year to year; you'd agree
8  with me?
9   A  Yeah. And as a matter of fact, they may
10  already be out, you know, from the time I wrote this
11  on November 6th.
12  Q  Okay. Would the cancer facts and figures
13  issued by the American Cancer Society be a source
14  that you would go to to rely on for that type of
15  information?
16  A  About facts --
17     MR. THORNTON: Objection. Form.
18     THE WITNESS: About facts and figures? I
19  go to American Cancer Society, and I also go to the
20  SEER data.
21  BY MR. KAUFMAN:
22  Q  Okay. And so for any statistical
23  information regarding breast cancer prior to 2018,
24  and even for looking forward, cancer facts and
25  figures that have yet to be issued, you would agree

Page 595

1  that the American Cancer Society is a reliable
2  source for that information?
3     MR. THORNTON: Objection. Form.
4     THE WITNESS: It was reliable for the
5  source of information I was looking for in my
6  report, yes.
7  BY MR. KAUFMAN:
8   Q  And do you have any reason to believe that
9  it was unreliable prior to 2018 or will be in the
10  future?
11  A  I can't -- I can't comment on that. I
12  mean, I can comment on, you know, what I was looking
13  for at the time I was looking at it. But I have
14  often gone to the American Cancer Society as well as
15  SEER data.
16     When I was at National Cancer Institute, I
17  worked with the SEER registries so I'm very familiar
18  with the credibility and robustness of the data.
19  Q  Do you believe that American Cancer
20  Society is a credible organization?
21  A  Yeah, I think they're a credible
22  organization. SEER is actually the registries where
23  a lot of the data is culled and represented.
24     I think you'll see in my bibliography I
25  actually have a paper where I'm working with the

Page 596

1  SEER registry.
2   Q  Would you agree with me that there have
3  been cases of permanent hair loss reported with
4  Taxol?
5   A  Yes, and I think I have reported it in my
6  table.
7   Q  Would you agree with me that there are
8  cases of permanent hair loss reported with
9  cyclophosphamide?
10  A  I include that in my non-taxane
11  anthracycline cyclophosphamide regimen, yeah.
12     You're talking about breast cancer; is
13  that correct?
14  Q  Yes.
15  A  Or anything?
16  Q  Breast cancer.
17  A  In breast cancer, yes, and I think I've --
18  yes.
19  Q  Okay.
20  A  I would agree.
21  Q  Would you agree with me that there are
22  cases of permanent hair loss reported with
23  Adriamycin?
24  A  Yeah. Now, what you're saying is cases
25  reported, yes. I mean, anecdotal reports, yes, I

54 (Pages 593 - 596)

Page 597

1  agree.
2      Q   And there are cases reported of permanent
3  hair loss associated with the AC regimen?
4      A   There have been cases -- anecdotal cases
5  reported.
6      Q   And there have been cases reported of
7  permanent hair loss with the AC Taxol regimen,
8  correct?
9      A   I have captured that in my table.  Yes.
10     Q   So yes?
11     A   Yes.
12     Q   And there have been cases of permanent
13 hair loss reported with CMF, correct?
14     A   That I don't think I have a tabulation
15 for.
16     Q   You have not seen that?
17     A   I don't recall seeing that.
18         By the way, we didn't talk about it, but I
19 have major issues with the Berglund article, which
20 is about CMF.
21     Q   If Dr. Bosserman testified that there have
22 been cases of permanent hair loss reported with CMF,
23 would you have any reason to disagree with her?
24         MR. THORNTON:  Objection.  Form.
25         THE WITNESS:  I don't have any opinion on

Page 598

1  her testimony.
2  BY MR. KAUFMAN:
3      Q   So you'd have no reason to disagree?
4          MR. THORNTON:  Objection.  Form.
5          THE WITNESS:  I just don't -- I mean,
6  you're culling one sentence.  I haven't seen her
7  testimony at all.  So no, I don't have any opinion
8  on one sentence of what she may or may not have
9  said.
10         MR. KAUFMAN:  Okay.  Can we go off the
11 record real quick?
12         MR. THORNTON:  Sure.
13         MR. KAUFMAN:  I think we're close.
14         THE VIDEO OPERATOR:  Going off the record,
15 the time is 4:56.
16         (Recess, 4:56 p.m. - 5:15 p.m.)
17         THE VIDEO OPERATOR:  Back on the record.
18 The time is 5:15.
19         MR. KAUFMAN:  Doctor, I don't have
20 any more questions for you.
21         THE WITNESS:  Oh, okay.  Thank you.
22         MR. THORNTON:  I'm going to ask a few.
23         THE VIDEO OPERATOR:  Going off the record.
24 The time is 5:15.
25         (Recess, 5:15 p.m. - 5:16 p.m.)

Page 599

1          THE VIDEO OPERATOR:  Back on the record.
2  The time is 5:16.
3              EXAMINATION
4  BY MR. THORNTON:
5      Q   Yes, Dr. Feigal.  I'm going to ask you
6  questions about these articles that you have been
7  presented by counsel for Sanofi, just so you have a
8  chance to make your comments about them as they may
9  relate to your table.
10         What's your table referred to in your
11 report?  I think Table 2?
12     A   Table 2.
13     Q   I thought so.
14         First of all, as to Crown, what are your
15 observations about the Crown study as it relates to
16 the applicability of that study to Table 2?
17     A   Well, I actually think it's an interesting
18 abstract and poster, which I agree, I hadn't seen.
19         But upon reading it, I actually think it's
20 supportive of the docetaxel-based regimen inducing
21 permanent alopecia.  The largest amount of data is
22 on the docetaxel-based regimen of 265 patients.
23         There's also a dose response that's
24 present here where patients who received the higher
25 cumulative dose of 450 milligrams -- I presume

Page 600

1  that's per meter squared -- had a higher incidence
2  and also a higher degree of severity of their
3  permanent alopecia as compared to a lower dose of
4  the docetaxel-containing regimen.
5          I do agree that there are anecdotal
6  patients.  I believe it's one patient on one of the
7  regimens, and up to three patients on the other,
8  just very small numbers.  But basically I believe
9  there's about 39 patients when I did the math on the
10 265 patients.
11         So --
12     Q   39 -- so why don't you go over the
13 numbers -- the actual numbers of patients who are
14 reported in the Crown study as having permanent
15 chemotherapy-induced alopecia.
16     A   So in the Crown study, there's 265
17 patients who were on a docetaxel regimen, either
18 with or without an anthracycline.  There are 12
19 patients on an anthracycline non-taxane, and there
20 are 23 patients on an anthracycline and a
21 paclitaxel.
22         And there's approximately 15 percent
23 overall incidence of permanent alopecia for patients
24 receiving docetaxel, and I believe 15 percent of
25 265 -- I have to do the math, but I believe it was