# EXHIBIT 19

```
                                                            Page 1
 1            UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
 2
 3                              MDL NO.: 2740
                                SECTION: H
 4
 5    IN RE:  TAXOTERE (DOCETAXEL)
      PRODUCTS LIABILITY LITIGATION
 6
 7    This Document Relates To:
 8    Antoinette Durden, Case No. 2:16-cv-16635;
 9    Tanya Francis, Case No. 2:16-cv-17410;
10    Barbara Earnest, Case No. 2:16-cv-17144.
11    _____/
12
13              Thursday, December 13, 2018
14
15         Videotape Deposition of DAVID A.
16    KESSLER, MD, taken at the Whitfield Bryson &
17    Mason LLP, 5101 Wisconsin Avenue NW, Suite 305,
18    Washington, D.C., beginning at 8:55 a.m.,
19    before Ryan K. Black, a Registered Professional
20    Reporter, Certified Livenote Reporter and Notary
21    Public in and for the District of Columbia.
22
23
24
25    Job No. NJ3173488
```

```
                                                    Page 238                                                    Page 240
 1     Q.  It's an abstract?                                    1        And there is an elevated percent when
 2     A.  Yes.  That is.  I just didn't see a                  2    you have Docetaxel plus A.  You see that, right?
 3  date.  I just wanted to double-check that.                  3        A.  For D and A?
 4     Q.  All right.  All right.  So if you're                 4        Q.  Yes.
 5  -- you're familiar with this, I don't need to go            5        A.  Yes.  I have 24 percent.
 6  through it.                                                 6        Q.  Yes.
 7     A.  No.  That's correct.                                 7        A.  Yes.
 8     Q.  Now, this is a -- it's a telephone                   8        Q.  That's D -- that's -- what -- and what
 9  interview survey of patients who have completed             9    is that, D and A -- D plus A?
10  adjuvant or neoadjuvant A or T chemotherapy on             10        A.  It's Docetaxel plus an Anthracycline.
11  clinical trials more than one year or before.              11        Q.  Okay.  All right.
12        Do you see where I've read that?                     12        A.  I mean, again, we've gotta be careful,
13     A.  Yes.                                                13    A is an anthracycline, right?
14     Q.  All right.  I just want to ask if,                  14        Q.  Okay.  That could be -- that could be
15  based on this abstract, it does inform us that             15    Doxorubicin?
16  Adriamycin only, Doxorubicin, there were 8                 16        A.  Yeah.  I mean, we can look.
17  percent of those women that had Adriamycin                 17        Q.  It can be Doxorubicin or Epirubicin.
18  only that had persisting alopecia, right?                  18        A.  I -- I -- I think I'd have to pull up
19     A.  Let me just see, --                                 19    the whole class to be exact.
20     Q.  Yeah.  Yeah.                                        20        Q.  All right.  All right.  But, in any
21     A.  -- because I've cited this.  That                   21    event, when I go back to your Paragraph 157 of
22  was -- for D non-A -- for A non-T, 8 percent, --           22    your report, are you with me?
23     Q.  Yes.                                                23        A.  Yes.
24     A.  -- that's correct.                                  24        Q.  Just based on Crown, and whatever
25     Q.  Okay.  And the title is Incidence                   25    limitations we have with Crown, we have a

                                                    Page 239                                                    Page 241
 1  of Permanent Alopecia Following Adjuvant                    1    clinician reporting an incidence of permanent
 2  Chemotherapy.  So this tells us, A only,                    2    alopecia with Paclitaxel, right?
 3  8 percent, D only, 15 percent, right?                       3        A.  Right.  He has -- he has numbers here.
 4     A.  Umm --                                               4    Let's see.  Again, for P alone, let me just
 5     Q.  Docetaxel only?                                      5    -- who had completed adjuvant -- so help -- help
 6     A.  Well, I have -- I have -- let me                     6    me interpret this.  I -- I'm not sure he's
 7  see, Docetaxel -- let me just get the --                    7    saying P alone.
 8     Q.  Yeah.                                                8        Are you interpreting P alone?
 9     A.  -- the drug exposure, because that was               9        Q.  I mean, you're the doctor, but that's
10  of interest to me, as well.  I mean, you can               10    how I interpreted it.
11  talk about A, but it was -- Docetaxel 300 was              11        A.  Yeah.  But it doesn't say that, does
12  7 percent, I believe, if I'm correct.                      12    he?
13        Yes.  Docetaxel 300 was 7 percent.                   13        See, when I -- when I read
14     Q.  Yes.  And then also --                              14    this I -- he -- he says, patients who were
15     A.  And Docetaxel 450 -- 450 was 19                     15    enrolled in clinical trials involving TAX or
16  percent.                                                   16    Anthracyclines.  So he -- he doesn't -- it does
17     Q.  Yeah.                                               17    not say, we conducted a telephone interview of
18     A.  Right.  So that -- it was dose                      18    survey of patients who had completed adjuvant
19  response for Docetaxel.  That's -- that's what I           19    or neoadjuvant A, right, that's an
20  took away, but you are correct that A -- A has 8           20    Anthracycline, or T, chemotherapy, right,
21  percent.                                                   21    on clinical trials more than one year.
22     Q.  Yes.  And there's Paclitaxel at 13                  22        I -- I -- the -- the only thing I can
23  percent, right?                                            23    make from this is -- the only thing that I took
24     A.  Yes.                                                24    from Crown when I -- the thing that I took that
25     Q.  All right.  Okay.                                   25    stood out that I -- that was comparing apples to
```

61 (Pages 238 - 241)

| | Page 242 | | Page 244 |
|---|---|---|---|
| 1 | apples was D300 versus D450, right, the dose | 1 | A. Yes. |
| 2 | response. | 2 | Q. Okay. And going back to exhibit |
| 3 | I can't be sure when he says that the | 3 | -- your -- your report, Exhibit -- Paragraph |
| 4 | risk appears highest -- okay, and AC -- | 4 | 157, Fluorouracil, Fluorouracil was one of the |
| 5 | MR. KEENAN: Am I reading this wrong? | 5 | drugs in the FEC -- FAC arm, right, for the TAX |
| 6 | Isn't there Paclitaxel? | 6 | 316 arm, right? |
| 7 | BY MR. KEENAN: | 7 | A. Sure. |
| 8 | Q. Go on. Go on, Doctor. | 8 | Q. And we've already been over the fact |
| 9 | A. For patients receiving D, not A, the | 9 | that there was a subgroup there that had ongoing |
| 10 | risk is dose-dependent. Our data set contains | 10 | alopecia that was just exposed to FAC, right? |
| 11 | few P patients. It does not contain any | 11 | A. Yes. We do have -- we see the |
| 12 | patients undergoing low-dose weekly T. | 12 | statistical difference between FAC and TAC. |
| 13 | To me this -- this is -- again, I | 13 | Q. But, in any event, you had a sub -- a |
| 14 | see the dose response. I wouldn't draw any | 14 | subclass of patients that had ongoing alopecia |
| 15 | conclusions on -- on Adriamycin, Doxorubicin or | 15 | that did not have Taxotere, but had FAC? |
| 16 | Paclitaxel alone here without other drugs. It | 16 | A. Exactly. You had more in the other |
| 17 | just who were on regimens that included that. | 17 | arm, and it was statistically significant when |
| 18 | Q. Well, it does -- it does have | 18 | you did the meta-analysis, but you're exactly |
| 19 | statistics of Adria -- of Doxorubicin only, | 19 | correct. |
| 20 | right, of 8 percent? We can agree on that? | 20 | (Kessler Deposition Exhibit No. 80, a |
| 21 | A. Doxorubicin? | 21 | study by Dr. Jung, was marked.) |
| 22 | Q. Yes. A. Where it says A. | 22 | BY MR. KEENAN: |
| 23 | A. A is an Anthracycline. | 23 | Q. Okay. I want to hand you Exhibit |
| 24 | Q. Okay. Anthracycline. We'll take | 24 | Number 80, which is a study by Dr. Jung, |
| 25 | that. | 25 | J-u-n-g. |
| | Page 243 | | Page 245 |
| 1 | A. Right. But just let me -- let me | 1 | Is this a clinical study that |
| 2 | just -- if you don't mind, let me just make sure | 2 | you've seen prior to today? |
| 3 | I got the definition. | 3 | A. I'd have to go back and -- |
| 4 | One second. | 4 | Q. Why don't you just take -- take a |
| 5 | So I don't misspeak, just for it to be | 5 | moment to look at it. |
| 6 | helpful -- that's all right. | 6 | A. Yeah. Let me take a look at see |
| 7 | I'd have to look up the whole class. | 7 | whether it's in my -- so I'd have to go back and |
| 8 | It's any Anthracycline, I think, is what he's | 8 | review. |
| 9 | doing. | 9 | Q. Okay. Well, what I'm more interested |
| 10 | Q. All right. All right. Okay. Well, | 10 | in is whether we can agree that, according to |
| 11 | in any event, this is useful information to you, | 11 | Exhibit 80, this is a study that reports |
| 12 | right, Crown is? | 12 | chemotherapy-induced permanent alopecia for a |
| 13 | A. It -- this was -- this was useful | 13 | number of oncology agents reflected in Table 3, |
| 14 | -- what I saw that was salient in this was, I | 14 | I believe it's the fifth page. |
| 15 | mean, Bradford Hill, is a -- the question is, is | 15 | A. Yeah. It wasn't cited by Sanofi in |
| 16 | there data that's something's dose-response, | 16 | its 2015 analysis. I'm just trying to figure |
| 17 | right? Because that gives you a sense, more of | 17 | out where it comes from. |
| 18 | the drug, more of the adverse event. It goes to | 18 | Are you looking at Table 3? |
| 19 | a causation. It's one factor, not the ultimate. | 19 | Q. Yes. |
| 20 | That's what this is -- to me seems to compare | 20 | A. Okay. |
| 21 | apples to apples here. | 21 | Q. Chemotherapy agents used in |
| 22 | Q. Earlier today we talked about the | 22 | chemotherapy-induced permanent alopecia agents, |
| 23 | Prevezas Study, which was a case report of | 23 | do you see that? |
| 24 | severe, irreversible alopecia in one patient | 24 | A. I do. |
| 25 | that had Paclitaxel. Do you recall that? | 25 | Q. And this list -- first off, |

Page 246

1    Cyclophosphamide, right?
2        A.  Yes.
3        Q.  And that's one of the drugs that's
4    listed in Paragraph 157, right?
5        A.  Yes.
6        Q.  It lists, second, Doxorubicin,
7    which is listed just -- as the -- another drug
8    on your -- in Paragraph 157, right?
9        A.  Well, these are the ones where there
10   was a look to see whether there was a signal
11   that had jumped out more than other drugs.
12       Q.  That's not my question.  My question
13   is, these drugs have been demonstrated in
14   clinical papers to cause permanent alopecia,
15   right?  Can we agree on that?
16       A.  We -- we -- we can agree that it's
17   listed in this paper, correct.
18       Q.  Okay.  And so any reason to
19   doubt the findings of this -- of these
20   physicians, that they found permanent --
21   chemotherapy-induced permanent alopecia in
22   patients that had taken Cyclophosphamide and
23   Doxorubicin?
24           MS. JEFFCOTT:  Object to form.
25           THE WITNESS:  That's what this

Page 247

1    paper --
2    BY MR. KEENAN:
3        Q.  Okay.
4        A.  That's what this paper says.
5        Q.  Okay.  All right.
6            Let me see if I can't wrap up this
7    -- this topic, then.
8            In Paragraph 157 of your report, where
9    you analyzed whether irreversible alopecia is
10   known to be caused by related drugs, you and I
11   today have discussed whether case reports, or,
12   in some cases, telephone surveys; in some cases
13   studies, that have identified irreversible
14   alopecia in their patients that have taken
15   paclitaxel, yes?
16           MS. JEFFCOTT:  Object to form.
17           THE WITNESS:  Sorry.  Say that again.
18           Paclitaxel?
19   BY MR. KEENAN:
20       Q.  Paclitaxel is -- is a drug that we
21   have identified in at least the Prevezas case
22   report of a clinician who reported permanent
23   irreversible alopecia.
24       A.  In an individual patient.
25       Q.  Right.

Page 248

1            We have identified Fluorouracil as a
2    drug in the FAC regimen as part of the TAX 316.
3        A.  Tell -- tell me how you identified
4    5-FU as part of that regimen -- that you know
5    it's 5-FU.
6        Q.  What was the FAC?
7        A.  It was -- it was Cytoxin and
8    Doxorubicin and 5-Fluorouracil.  How do you know
9    it was the 5-FU?
10       Q.  Well, the 5-FU was one of the three
11   drugs, right?
12       A.  So if you want to say FAC -- I
13   Would just correct you.  I would ask you to -- I
14   wouldn't agree 5-FU causes irreversible.
15   I think you can say FAC, --
16       Q.  Okay.  All right.  All right.
17       A.  -- there are cases with FAC.  I think
18   that would be accurate.
19       Q.  Okay.  All right.  Okay.
20           Cyclophosphamide and Doxorubicin
21   we just identified were identified by the
22   researchers in the Young paper, right?
23           MS. JEFFCOTT:  Object to form.
24           THE WITNESS:  Where -- where --
25   identified what?  Identified that there are

Page 249

1    cases --
2    BY MR. KEENAN:
3        Q.  Correct.
4        A.  -- that are reported in the
5    literature?
6            That's correct.  There are cases --
7        Q.  That's right.
8        A.  -- in the literature.
9        Q.  Right.
10           And have you seen cases in
11   the literature for Cisplatin and
12   chemotherapy-induced permanent alopecia?
13       A.  We'd have to go back and look.  But
14   that's not the issue.  I mean, I'm willing to
15   yield -- you're asking the question.
16       Q.  That's right.  I'm asking the
17   question.
18       A.  You're -- you have -- but that's
19   not what -- you're citing my paragraph.  The
20   question is whether there's a signal, right, and
21   whether there's a PRR that jumps out, whether
22   there's increased risk of -- of irreversible
23   compared to other drugs.  And the one that jumps
24   out, according to Dr. Madigan's analysis, is
25   Taxotere.  That has an increased risk over the