# EXHIBIT 20

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
     IN RE: TAXOTERE              )
 3   (DOCETAXEL) PRODUCTS         )
     LIABILITY LITIGATION         )
 4                                )   MDL No. 2740
     This Document Relates To:    )
 5                                )   SECTION: H
     Antoinette Durden, Case      )
 6   No. 2:16-cv-16635            )
                                  )
 7   Tanya Francis, Case          )
     No. 2:16-cv-17410;           )
 8                                )
     Barbara Earnest, Case        )
 9   No. 2:16-cv-17144            )
10
11   ********************************************************
12            ORAL VIDEOTAPED DEPOSITION OF
13               LAURA PLUNKETT, PH.D.
14                 DECEMBER 10, 2018
15   ********************************************************
16
17
         ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18   PH.D., produced as a witness at the instance of the
     Defendants and duly sworn, was taken in the
19   above-styled and numbered cause on the 10th day of
     December, 2018, from 9:21 a.m. to 5:22 p.m., before
20   Stephanie Barringer, Certified Realtime Reporter
     (CRR), Registered Professional Reporter (RPR), and
21   Certified Shorthand Reporter (CSR) in and for the
     State of Texas, reported by stenographic means at the
22   offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
     Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23   the Federal Rules of Civil Procedure and the
     provisions stated on the record or attached hereto.
24
25   Job No. NJ3152742
```

| Page 114 | Page 116 |
|---|---|
| 1  me just ask you another question.<br>2            As you sit here today, you don't<br>3  have an opinion one way or other as to whether<br>4  hormone therapy drugs like Arimidex or tamoxifen<br>5  can contribute to delayed hair regrowth following<br>6  the completion of chemotherapy?<br>7       A.  I have not formed that opinion.  That is<br>8  true.<br>9       Q.  And you'd agree with me that age can<br>10 contribute to delayed hair regrowth after<br>11 chemotherapy?<br>12           MR. MICELI:  Object to the form.<br>13      A.  I have not done that assessment either,<br>14 so I don't have an opinion on that at this point in<br>15 time.<br>16      Q.  (BY MS. SASTRE) You agree that a woman's<br>17 menopausal status can contribute to delayed hair<br>18 regrowth after the completion of chemotherapy,<br>19 true?<br>20           MR. MICELI:  Object to the form.<br>21      A.  I have not done that assessment either.<br>22 But -- and I may have answered a question earlier<br>23 about that.  But you're asking it in the context of<br>24 assessment after chemotherapy, and I haven't done<br>25 that assessment. | 1  treatment, that I'm aware of.<br>2       Q.  But the combination therapy FAC, what are<br>3  the agents, please?<br>4       A.  5-fluorouracil, cyclophosphamide and<br>5  Adriamycin.<br>6       Q.  Okay.  All right.  So I'm going to read<br>7  the list back because I want to make sure I have a<br>8  complete answer to this question.  And then you<br>9  tell me if there's any other medications that go on<br>10 Dr. Plunkett's list of chemotherapy drugs that have<br>11 been associated with permanent alopecia.  Okay?<br>12          MR. MICELI:  Object to the form.<br>13          Go ahead.<br>14     Q.  (BY MS. SASTRE)  Okay.<br>15     A.  Go ahead and ask your question.  I may<br>16 not be able to answer it, but go ahead.<br>17     Q.  I think you will.  But okay, Doctor, let<br>18 me ask.<br>19          So you told us about<br>20 cyclophosphamide, busulfan, the combination therapy<br>21 FAC, which is 5-FU, Adriamycin and cyclophosphamide<br>22 as all being chemotherapy that have all cases of<br>23 permanent alopecia associated with them, correct?<br>24     A.  Those are ones that I've identified, but<br>25 it's not my list.  It's -- it's the list that is |

| Page 115 | Page 117 |
|---|---|
| 1       Q.  (BY MS. SASTRE) And you agree that there<br>2  are cases of permanent alopecia that are associated<br>3  with chemotherapy agents besides Taxotere, true?<br>4            MR. MICELI:  Object to the form.<br>5       A.  Yes.  I have seen that.<br>6       Q.  (BY MS. SASTRE)  For what medications?<br>7       A.  I mentioned in my report there are some<br>8  reports for cyclophosphamide.  I don't think I<br>9  mentioned it, but there are some reports for a drug<br>10 used outside cancer, busulfan.<br>11           And there are some reports --<br>12 there is some discussion in the clinical studies<br>13 that were performed by Sanofi of -- some reports of<br>14 permanent alopecia in patients that were receiving<br>15 the combination called FAC, which is the<br>16 combination of 5-fluorouracil with the other<br>17 agents.<br>18      Q.  So it's 5-FU, the combination.  And what<br>19 are the other agents?<br>20      A.  I said -- in my report, I tell you about<br>21 the ones identified for -- for cyclophosphamide.<br>22 And I am also aware also of reports that -- or<br>23 these may be ones in my reference list I -- that I<br>24 didn't list.  There are reports with busulfan as<br>25 well.  But it's not used as a breast cancer | 1  with -- it's the list I have -- I can tell you<br>2  based upon the research I have done.<br>3       Q.  Are there any others besides that list<br>4  which you have seen cases of permanent alopecia<br>5  associated with chemotherapy medications?<br>6       A.  It's possible that there's others.  But<br>7  I'd have to go back and look at all of the<br>8  literature in -- within my reference list.  Those<br>9  are the ones that I focused on based upon the<br>10 treatment of breast cancer.<br>11      Q.  Well, you -- Taxol's on that list, too,<br>12 right?<br>13      A.  Oh, I'm sorry.  Yeah.  I thought I<br>14 mentioned Taxol earlier.  I apologize.  Yeah,<br>15 absolutely.  I discuss that in my report.  Taxol<br>16 has been associated with it as well.<br>17      Q.  So we'll add that to your list, right?<br>18      A.  It's certainly supported by the science,<br>19 yes.  There are some of those.<br>20      Q.  All right.  I am going to try to work<br>21 through your report with you.  And probably -- I'll<br>22 probably go in order, but we'll see.  There may be<br>23 some jumping around.  I know we've been jumping<br>24 around a bit so far.  So let's just kind of work<br>25 our way through your report.  Okay? |