# EXHIBIT 21

```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4  ELIZABETH KAHN,

 5  Plaintiff,

 6   vs.                        Case No. 2:16-cv-17039

 7  SANOFI S.A., SANOFI-AVENTIS U.S.
    L.L.C., SANOFI US SERVICE, INC., and
 8  AVENTIS-PHARMA S.A.,

 9  Defendants.

10
                  *  *  *  *  *  *  *  *  *  *  *
11

12  CYNTHIA THIBODEAUX,

13  Plaintiff,

14   vs.                        Case No. 2:16-cv-15859

15  SANOFI S.A., SANOFI-AVENTIS U.S.
    L.L.C., SANOFI US SERVICE, INC., and
16  AVENTIS-PHARMA S.A.

17  Defendants.

18

19         Videotape Deposition of CARL KARDINAL, M.D.,

20  taken on behalf of the defendants, at the residence of

21  Carl Kardinal, M.D., 6008 Dornagh Court, in the city

22  of Columbia, State of Missouri, on the 17th day of

23  January 2018, before Heather L. Shallow, Certified

24  Court Reporter, Registered Professional Reporter,

25  Registered Merit Reporter.         Job No. NJ2783240
```

74

1  -- we didn't use paclitaxel nearly as much as
2  docetaxel.
3      Q.  But you were aware that -- were you aware of
4  concerns of infusion reactions with paclitaxel?
5          MR. MICELI:  Object to the form.
6      A.  Yes.
7      Q.  (By Ms. Bieri)  In -- I'll represent to you
8  that in the 2008 Chemotherapy Source Book you wrote
9  that docetaxel was the drug of choice in breast
10 cancer.
11     A.  Well, I thought it was at the time.
12     Q.  So what things did you consider when
13 choosing Taxotere, docetaxel, over other
14 chemotherapeutic agents?
15     A.  Well, mostly I was comparing taxanes, and
16 the neuropathy with paclitaxel was greater than it was
17 with docetaxel.
18     Q.  I also saw language, "Docetaxel is the most
19 active agent yet available for the treatment of
20 advanced breast cancer.  Docetaxel may have some
21 activity in paclitaxel resistant breast cancer."
22     A.  If I said it, it must be true.
23         MR. MICELI:  Object to the form.
24     Q.  (By Ms. Bieri)  Do you know, sitting here
25 today, what you were referring to -- what was being

75

1  referred to in that statement?
2          MR. MICELI:  Object to the form.
3      A.  (Shakes head.)
4      Q.  (By Ms. Bieri)  Are you aware that some
5  studies have found the docetaxel molecule twice as
6  potent at inhibiting mitosis?
7          MR. MICELI:  Object to the form.
8      A.  It may be but that doesn't tell me anything
9  specific about its activity.  It may be more potent in
10 inhibiting mitosis but that doesn't mean it's more
11 effective in treatment.
12     Q.  Necessarily to you?
13     A.  Not necessarily.
14         MR. MICELI:  Object to the form.
15     A.  Maybe but not necessarily.
16     Q.  (By Ms. Bieri)  Do you think that Taxotere
17 is an effective drug that saves lives?
18         MR. MICELI:  Object to the form.
19     A.  Does Taxotere save lives?  Perhaps.  As does
20 paclitaxel perhaps.  If survival after a clinical
21 trial with docetaxel is greater than without a taxane,
22 then the answer to that is yes.  Is it better than
23 Taxol?  The answer is who knows.  Not --
24     Q.  (By Ms. Bieri)  I'm so sorry.  Go ahead.
25     A.  Well, that -- that question would not be

76

1  answered.
2      Q.  I'm asking you just generally.
3      A.  Huh?
4      Q.  You prescribed Taxotere during your
5  practice; correct?
6      A.  Yeah.
7      Q.  And did you prescribe it because you thought
8  that it was a good drug that gave patients the best
9  chance of survival when you prescribed it?
10         MR. MICELI:  Object to the form.
11     A.  Okay, I'll give you a "yes."
12     Q.  (By Ms. Bieri)  Do you agree with that?
13     A.  It was an active drug, and whether -- the
14 superiority over Taxol was probably marginal, but it
15 -- but it was probably better than not using a taxane.
16     Q.  So let me make sure I understand.  You
17 believe using Taxotere was better than not using a
18 taxane and you believe that there was some level of
19 superiority over Taxol; is that correct?
20         MR. MICELI:  Object to the form.
21     A.  My main reason for selecting Taxotere over
22 Taxol was the toxicity, neuropathy.
23     Q.  (By Ms. Bieri)  Okay.  We're kind of
24 straying away from what my original question was.
25     A.  Which -- which is?

77

1      Q.  One, did you believe that in prescribing --
2  did you prescribe Taxotere because you thought that it
3  would help your patients survive?
4          MR. MICELI:  Object to the form.
5      A.  Yes.  I didn't pick it over Taxol for that
6  because I'm sure both the taxanes were fairly
7  equivalent in terms of survival.
8      Q.  (By Ms. Bieri)  Well, you said a couple
9  different things about --
10     A.  I don't doubt it.
11     Q.  No, I just want to make sure I understand
12 what your position is.  Are you saying that you
13 believe that Taxotere does or does not have some
14 superiority in efficacy to Taxol?
15         MR. MICELI:  Object to the form.
16     A.  No.
17     Q.  (By Ms. Bieri)  You don't know one way or
18 the other?
19     A.  (Shakes head.)  No.
20     Q.  Have you ever read any studies regarding the
21 efficacy rates of Taxotere versus Taxol?
22     A.  I've been retired for multiple years.  I
23 have not tended to keep up with every little thing.
24     Q.  Sure.  And I wasn't even trying to limit it
25 to when you retired.  Just if you had any recollection

20 (Pages 74 to 77)

134

1   A. Yes.
2   Q. Okay. Thank you, Doctor. This isn't the
3   normal way of talking, I realize.
4       And Ms. Bieri asked you if you found those
5   periodicals or journals to be authoritative. For --
6   for purposes of this deposition, when we use the word
7   "authoritative," do you mean that you accept every and
8   any conclusion that comes out of those journals
9   without reading them yourself?
10      MS. BIERI: Object to the form.
11  A. No.
12  Q. (By Mr. Miceli) Okay. And that's what I
13  want to -- you -- when you review articles, do you
14  review them with a critical eye towards the validity
15  of the science, the strength of association?
16  A. Of course. Yes.
17  Q. Okay. And would it be fair to say that --
18  that you draw your conclusions, regardless of where
19  the article is published, based upon the merits of the
20  actual article?
21  A. Correct.
22  Q. Okay. All -- all studies and all
23  publications that derive from studies have their
24  limitations, don't they?
25      MS. BIERI: Object to the form.

135

1   A. Correct.
2   Q. (By Mr. Miceli) Okay. Now, you were asked
3   some questions about the increase in survival rates in
4   breast cancer since the introduction of taxanes into
5   the market. And I don't want to put words in your
6   mouth, but I wrote down that your words being that you
7   presume that the survival rates have increased but you
8   don't know how much or when.
9   A. Correct.
10  Q. All right. Is it -- is it fair to say that
11  that's your understanding but you haven't actually
12  looked into it and studied that point?
13  A. Correct.
14  Q. Okay. And I believe you said that you have
15  never studied Taxotere and its relationship to a
16  particular adverse event. Is that a fair statement?
17  A. Right.
18      MS. BIERI: Object to the form.
19  Q. (By Mr. Miceli) Okay. Have you ever done
20  any studies on adverse events and Taxotere?
21  A. No.
22  Q. Okay. You've done study -- you've been
23  involved in clinical studies --
24  A. Correct.
25  Q. -- that included treatment modalities with

136

1   Taxotere?
2   A. Correct.
3   Q. And you charted or recorded adverse events
4   within your study?
5   A. Correct.
6   Q. But you've never -- you've never published
7   on adverse event rates with Taxotere?
8       MS. BIERI: Object to the form.
9   A. I participated in studies --
10  Q. (By Mr. Miceli) Right.
11  A. -- with taxanes in a variety of clinical
12  trials, but -- I may have contributed to those studies
13  but I was never a principal author --
14  Q. Okay.
15  A. -- you know, as -- when those studies were
16  published.
17  Q. Concerning paclitaxel or Taxol --
18  A. Yes.
19  Q. -- and it having more neurotoxic -- or
20  neurotoxic neuropathy effects than docetaxel, is that
21  something that you've just seen in your clinical
22  experience?
23      MS. BIERI: Object to the form.
24  A. No. I think that this has been generally
25  reviewed and that Taxol is more neurotoxic than

137

1   Taxotere.
2   Q. (By Mr. Miceli) Do you know the -- the
3   strength or the comparative rates --
4   A. No.
5   Q. -- between the two?
6       MS. BIERI: Object to the form.
7   A. No, I don't happen to know it offhand.
8   Q. (By Mr. Miceli) There was a series of
9   questions that Ms. Bieri went over with you concerning
10  any potential superiority that Taxotere or Taxol has,
11  one over the other, and I wrote down that you can't
12  say one way or the other whether one is superior. Is
13  that a fair statement?
14      MS. BIERI: Object to the form.
15  Q. (By Mr. Miceli) Is that a fair statement?
16  A. I think. They both have activity in breast
17  cancer. I think they seem fairly equivalent, but I
18  don't know that one is clearly superior.
19  Q. Okay. Concerning the word "superiority," do
20  you recall at the beginning of your deposition there
21  was a series of -- of areas that -- that Sanofi's
22  counsel went over with you in which to confirm that
23  you were not an expert in these areas and one of them
24  was cardiology. Do you remember that?
25  A. (Nods head.)

35 (Pages 134 to 137)

142

1  you received a letter from a pharmaceutical company
2  updating you on their label, that they were changing
3  it to include permanent hair loss as a adverse event
4  associated with the use of their drug, would that be
5  news to you?
6      MS. BIERI: Object to the form.
7      A. Yeah.
8      Q. (By Ms. Bieri) And would that change what
9  you discuss with your patient concerning that drug?
10     MS. BIERI: Object to the form.
11     A. It would be something that would have to be
12 included in the discussion.
13     Q. (By Mr. Miceli) Okay.
14     A. I may -- may perhaps still recommend the use
15 of the drug.
16     Q. But it's something you would discuss with
17 your patient?
18     A. Yes.
19     Q. And if, after discussing it with your
20 patient, your patient told you, because of that, they
21 did not wish to take that drug --
22     A. Correct.
23     Q. -- and asked you for other options, would
24 you discuss other options with them?
25     MS. BIERI: Object to the form.

143

1      A. Correct.
2      Q. (By Mr. Miceli) Okay. And is paclitaxel an
3  adequate alternative to docetaxel?
4      MS. BIERI: Object to the form.
5      A. In terms of its efficacy?
6      Q. (By Mr. Miceli) Yes.
7      A. They're very similar.
8      Q. Okay. And are there other adjuvant
9  therapies that do not include taxanes that are also
10 within the standard of care for use in patients?
11     MS. BIERI: Object to the form.
12     A. Yes.
13     Q. (By Mr. Miceli) Okay.
14     MR. MICELI: Where's your phone? I need to
15 see that.
16     MS. PEREZ REYNOLDS: Give me a second.
17     MR. MICELI: Okay. All right. I'll let you
18 find that.
19     Q. (By Mr. Miceli) Now, in Exhibit 6 to your
20 deposition -- I believe that was one of the informed
21 consents. I'm going to do my best to locate it for
22 us, Doctor. On page 2 there was some discussion -- I
23 think it's in this first paragraph -- I apologize for
24 pointing there -- about what standard care was. Do
25 you remember that?

144

1      A. Well, the talk in this that AC, which was
2  Adriamycin and Cytoxan, is a standard treatment for
3  breast cancer.
4      Q. With docetaxel; correct?
5      A. With docetaxel?
6      Q. If you look at that, three chemo -- "Three
7  of the chemotherapy drugs used in this study are
8  docetaxel followed the combination of doxorubicin and
9  cyclophosphamide --
10     A. Okay.
11     Q. -- AC, a standard treatment for breast
12 cancer." Do you see that?
13     A. Yeah. It is the standard treatment.
14     Q. Okay. And is the -- is the docetaxel plus
15 doxorubicin plus cyclophosphamide sometimes referred
16 to as TAC?
17     A. Yeah.
18     Q. Okay. Now, are you familiar with the
19 treatment option FAC?
20     A. Right.
21     Q. And that's --
22     A. 5FU.
23     Q. 5FU, doxorubicin, and cyclophosphamide?
24     A. Right.
25     Q. And is that -- is that a standard of care --

145

1  or is that a -- is that a treatment option within the
2  applicable standard of care --
3      MS. BIERI: Object to the form.
4      Q. -- for adjuvant therapy?
5      MR. MICELI: Go ahead. I'm sorry.
6      MS. BIERI: Object to the form.
7      A. That was an old treatment and it probably
8  doesn't have the potency or efficacy of TAC.
9      Q. (By Mr. Miceli) Okay.
10     A. It would not be something I would choose.
11     Q. How about AC only without docetaxel? Is
12 that within the standard of care?
13     MS. BIERI: Object to the form.
14     A. I think in selected cases of multi node
15 positive breast cancer, AC by itself is -- is not
16 adequate.
17     Q. (By Mr. Miceli) Okay. How about
18 doxorubicin, paclitaxel and cyclophosphamide? Is that
19 an adequate standard of care treatment option?
20     MS. BIERI: Object to the form.
21     A. Paclitaxel, I would think that would be an
22 adequate -- fairly equivalent treatment.
23     Q. (By Mr. Miceli) So if your patient came to
24 you and said because of -- and assume -- this would
25 assume that you were warned about the hair loss in the

37 (Pages 142 to 145)

**146**

1  label -- so -- strike that question.
2        Assuming that you had been warned about the
3  use -- or the permanent alopecia being associated with
4  the use of docetaxel, Taxotere, and your client -- and
5  you advised your client of that association -- or your
6  patient of that association, and she informed you she
7  did not wish to use that product, would the
8  combination of paclitaxel, cyclophosphamide, and
9  doxorubicin be an adequate treatment option for that
10 person?
11       MS. BIERI: Object to the form.
12    A. Well, it should be fairly equivalent.
13    Q. (By Mr. Miceli) Okay. And with neoadjuvant
14 treatment for --
15    A. Yes.
16    Q. -- for Ms. Thibodeaux, that ultimately --
17 her treatment ultimately included a surgery to remove
18 her --
19    A. Tumor.
20    Q. -- her tumor; correct?
21    A. Yes.
22    Q. And do you recall that -- that the removal
23 of the tumor included good, clean margins of the
24 tumor?
25       MS. BIERI: Object to the form.

**147**

1    A. That requires recollection of long ago
2  that --
3    Q. (By Mr. Miceli) I understand. Who is --
4  excuse me. Who is Dr. Ralph Corsetti?
5    A. He was a surgeon.
6    Q. Okay. Would he be the person to best talk
7  to about clean margins and such?
8    A. Yes.
9       MS. BIERI: Object to the form.
10   Q. (By Mr. Miceli) Okay.
11   A. Yes.
12   Q. Well, Doctor, in your experience, as between
13 yourself and the surgeon that performed the lumpectomy
14 on Ms. Thibodeaux, who would be the best one to
15 discuss the margins of that tumor?
16   A. Dr. Corsetti.
17   Q. Okay. And then the actual removal of
18 cancerous tissue from Ms. Thibodeaux's body would have
19 been accomplished by what?
20       MS. BIERI: Object to the form.
21   A. By surgery.
22   Q. (By Mr. Miceli) By surgery. So the removal
23 of cancer from her body was ultimately accomplished by
24 surgery?
25       MS. BIERI: Object to the form. Foundation.

**148**

1    A. Well, we would have treated the patient to
2  shrink the tumor as much as possible.
3    Q. (By Mr. Miceli) Which is the goal of
4  neoadjuvant therapy?
5    A. Right.
6    Q. And I think --
7    A. Not the surgery, but the tumor itself would
8  be removed by the surgeon. Occasionally no residual
9  cancer was found, we will have sterilized it, but
10 usually there was some residual cancer.
11   Q. Okay. May not be detectable by --
12   A. By --
13   Q. -- current means --
14   A. By -- by palpation, but that's pretty crude.
15   Q. Right. And I believe Ms. Bieri reviewed
16 this with you that there was a -- the tumor -- before
17 the lumpectomy, the tumor was shrunk from 5 by 5
18 centimeters to -- I believe you said 1 -- 1 by 1
19 centimeter?
20       MS. BIERI: Object to the form.
21   A. Yes.
22   Q. (By Mr. Miceli) Okay. And the neoadjuvant
23 therapy that was undertaken included the doxorubicin,
24 cyclophosphamide, and Taxotere; correct?
25       MS. BIERI: Object to the form.

**149**

1    A. Yes.
2    Q. (By Mr. Miceli) Okay. And is there any way
3  for you or any doctor to determine the relative
4  contributions of shrinking that tumor among those
5  three neoadjuvant therapies?
6    A. No.
7    Q. Okay. And you were asked a series of
8  questions earlier today about whether or not the same
9  outcome would have occurred had other therapies been
10 used instead of the neoadjuvant therapy that was
11 actually used. Do you recall that series of
12 questions?
13   A. Well, other therapy could have been used,
14 perhaps equally effective.
15   Q. Okay. And there's no real way to know that,
16 is there?
17       MS. BIERI: Object to the form.
18   A. Well, you can't treat a patient, then have
19 her go back the way she was before --
20   Q. (By Mr. Miceli) Exactly.
21   A. -- and treat her again --
22   Q. Right.
23   A. -- you know. So no, you don't know.
24   Q. And by the same line of thinking, you can't
25 credit one of those neoadjuvant therapies to the