# EXHIBIT 24

**In re: Taxotere (Docetaxel) Products Liability Litigation**
**(MDL No. 2740)**
**Expert Report of Gerald Miletello, M.D.**
**April 29, 2020**

## INTRODUCTION

I have been asked to apply my clinical experience to offer opinions on the patient counseling, patient treatment options, and prescribing decisions for Elizabeth Kahn, who claims ongoing/permanent alopecia after treatment with multiple chemotherapeutic drugs, including Taxotere. I have also been asked to provide my opinions with respect to plaintiff's expert reports addressing these issues for this woman, as well as with respect to chemotherapy and breast cancer patients generally. I have treated over a thousand women with breast cancer in my career and I am familiar with alopecia in women treated with chemotherapy.

All of my opinions expressed in this report are stated to a reasonable medical probability and are based on my review of the relevant literature, my education, training, and decades of experience as a practicing medical oncologist.

My *Curriculum Vitae*, which lists my publications for over the last 10 years, is attached as **Exhibit A**. A list of my deposition and trial testimony for the last four years is attached as **Exhibit B**. My hourly rate is $750 per hour. My compensation is not contingent on the opinions expressed in this report or the outcome of this litigation.

## EDUCATION AND PROFESSIONAL BACKGROUND

I am a medical oncologist at Hematology/Oncology Clinic, LLC in Baton Rouge, Louisiana. My clinical practice, for nearly 35 years, has been the treatment of breast, lung, colon, and other cancers, including multiple myeloma, melanoma, renal cell cancer, and lymphoma.

I received a Bachelor of Science degree from Louisiana State University in 1975, and I earned an M.D. from LSU Medical School in 1979. Following medical school, I completed an internship at Earl K. Long Hospital in Baton Rouge. Following my internship, I completed a residency in internal medicine. I then completed a two-year fellowship in oncology at Louisiana State University Medical School. I am board-certified in internal medicine and medical oncology.

## REVIEW AND OPINIONS

### Materials Reviewed

I have reviewed the medical records, photographs, discovery responses, and deposition transcripts set forth in **Exhibit C**, as well as the pertinent medical and scientific literature referenced in my earlier reports.

## I.     Summary of Cancer Diagnosis, Treatment, and Clinical History for Elizabeth Kahn

### A. Elizabeth Kahn

Elizabeth Kahn is a 62-year-old post-menopausal Caucasian female with hypertension, hyperlipidemia, osteoarthritis, and a significant family history of breast cancer. Diagnosed with breast cancer in 2008 when she was 50-years old, Ms. Kahn had left breast infiltrating lobular carcinoma measuring approximately 3cm, was ER+, PR+, and HER2-.[1] Ms. Kahn did not have any lymph nodes that tested positive for cancer. Ms. Kahn needed surgery, chemotherapy, radiation, and hormone directed therapy for her breast cancer. Ms. Kahn elected to enroll in NSABP B-40, a clinical trial, because she believed the trial provided the standard of care or better and that she may live longer.[2] In addition, Ms. Kahn was interested in breast conserving surgery.[3]

Because of the size of Ms. Kahn's tumor, to achieve her breast conservation goal, Ms. Kahn needed pre-operative, neoadjuvant chemotherapy to shrink the tumor. And, to achieve the higher survival rate that Ms. Kahn wanted, she needed a taxane-containing chemotherapy regimen. Ms. Kahn met the eligibility criteria for participation in the NSAP B-40 clinical trial. As recognized by Ms. Kahn, it was within the standard of care for Dr. Kardinal to inform Ms. Kahn about the clinical trial and recommend that regimen to treat Ms. Kahn's cancer.

Before her surgery, Ms. Kahn received docetaxel (Taxotere) and bevacizumab (Avastin) every 21 days for four cycles. In addition, Ms. Kahn took capecitabine (Xeloda), twice a day for 14 days after each cycle of Taxotere and Avastin. After completing the four cycles, Ms. Kahn received doxorubicin (Adriamycin) and cyclophosphamide (Cytoxan) every 21 days for four cycles. Ms. Kahn continued to receive bevacizumab every 21 days for the first two cycles of AC.[4] Ms. Kahn then underwent surgery.[5] After her surgery, Ms. Kahn received bevacizumab once every 21-days for 10 doses and radiation therapy.[6] Based on her estrogen and progesterone positive status, in April 2009, Ms. Kahn started Tamoxifen, which she took until April 2018.[7]

## II.     Breast Cancer: The Initial Consultations

I am a medical oncologist with over three decades of experience treating breast cancer patients. Being a medical oncologist means that the patient's first appointment with me is usually with biopsy results in hand, but before surgery. By that point, the patient has already been through a difficult pass.

Many women suspect they have breast cancer because they (or their doctor) detect a lump or mass in their breast that feels different from surrounding tissue. She may have experienced other

---

[1] Ochsner Health System 831-82, 1124-26
[2] Elizabeth Kahn Dep. 173:21-174:13
[3] Ochsner Health System, 860-61.
[4] Ochsner Health System 1661
[5] Ochsner Health System 1161.
[6] Ochsner Health System, 1661.
[7] Ochsner Health System 1253-54; CVS Pharmacy 17; Elizabeth Kahn Dep. 232:1-6.

2

symptoms including changes in the breast or nipple, such as peeling, flaking, or discharge. She will have undergone an MRI, and a biopsy, and then, after multiple medical appointments about whether she has breast cancer, she arrives to me at my office.

At that moment, the patient knows from her biopsy that she has breast cancer. When I first meet with the patient, we know the hormone status of her cancer and whether it is HER2+ or HER2-. We do not yet know definitively the cancer's size, lymph node involvement, or if it has metastasized, but we do generally have a good idea about the cancer's stage and course of treatment. I am the filter for her fear of the situation. The point of emphasis is on making appropriate treatment-related decisions, which requires managing the patient's fears. By coming to those decisions with a patient, I am able to help moderate the fear.

Cancer is a collection of diseases involving the uncontrolled growth of a single cell. Breast cancer is the single most common cancer among U.S. women. One in every eight women (12%) will face breast cancer in her lifetime. This is a risk for women of any age, but the strongest risk factor for breast cancer *is age*, with diagnosis most common at age 61. Factors increase a women's risk for breast cancer, including: family history of breast cancer, reproductive history, environmental factors (smoking, chemicals), hormonal changes, prior history of breast cancer, and previous radiation therapy to the chest or breast areas.

Approximately 55,000 women will die each year from this disease. This is a number larger than the population of Thibodaux, Gretna, and Mandeville combined. It is my job to identify and recommend the single most effective weapon against her breast cancer. I counsel the patient about the treatment plan and next steps in her treatment. I advise her about survival outcomes—with or without chemotherapy. No one campaigns for chemotherapy, but medical oncologists look to save lives and chemotherapy does that.

Before the 1950s, a cancer diagnosis was considered a death sentence. Overall survival rates rested under 30%. Death rates remained nearly unchanged for 40 years until 1995. Treatment options and earlier detection, with patient education, have improved survival. Over 80% of women will survive 10-years after a breast cancer diagnosis and 90% will survive 5-years after finding out they have cancer of the breast.

The primary goal when treating breast cancer is effectiveness, cure, and survival. While side effects are taken into account, they are secondary to the primary considerations. This is in part because there are no risk free chemotherapy options; and because if the breast cancer recurs, the survival rates diminish significantly. Once the cancer returns, the five-year survival rate is approximately 16% and the 10-year survival rate is approximately 6%. Because of this, I reassure the patient that her chance of recurrence and death decreases dramatically if she takes chemotherapy in the neoadjuvant or adjuvant setting.

As a medical oncologist, what is most paramount is the overall survival and disease free survival benefits that I can offer my patients. Side effects are also important to the long-term quality of life survival offers them, but it is only once they survive that the side effects begin to matter. Although patients make the decision on which therapy regimen to take, they do so with my guidance and recommendation. I would not recommend that a patient take a less effective chemotherapy regimen

3

due to potential appearance-related side effects.

I counsel the patient about the benefits and risks of chemotherapy before making a recommendation for her chemotherapy. We cannot warn a patient of all potential chemotherapy side effects. A clinician must decide of which side effects to warn. The focus is usually on life-threatening side effects and regular or common side effects. Unless the side effect is life threating, clinicians do not warn of rare effects. Clinicians do not warn of side effects not proven to occur.

After surgery, I again meet to counsel the patient. By then, we know about involvement of lymph nodes, tumor size, and if the cancer has metastasized. I finalize my chemotherapy recommendation for the adjuvant setting and again discuss the potential benefits and risks. In the majority of circumstances, the patient accepts my recommended treatment plan.

My experience and opinions also span patient reactions to cancer diagnosis, discussions with patients regarding treatment and side effects, and the patient decision-making processes. Based on my clinical practice, survival is the central priority for women who are diagnosed with breast cancer. Initial reactions range from disbelief and grief to sorrow and anger. The reaction is normal, not unexpected, and "healthy." They reflect on the needs of their children, partners, and loved ones almost immediately. Their very distant, secondary concern is side effects.

With their doctors, women often, elect treatments with appearance-related impacts, such as prophylactic bilateral mastectomy where the data does not support an overall survival rate increase compared to significant risks. Nevertheless, women sometimes opt for that procedure for peace of mind, consistent with the primary focus of treatment being on survival.

### III.  TREATMENT OPTIONS IN CHEMOTHERAPY

With considerations of surgery and radiation, chemotherapy is a third component of breast cancer treatment. Chemotherapy arrests the disease-producing cells. Chemotherapy can be given as a single agent or multi-drug regimen. The vast majority of breast cancer patients need chemotherapy. There has been an evolution over time of the chemotherapy regimens to treat breast cancer as new drugs become available through clinical trials showing improved efficacy and acceptable side effect profile. Currently, taxane-containing regimens are the most effective neoadjuvant and adjuvant chemotherapy regimens.

#### A. The Role of NCCN Guidelines in the Oncologist's Prescribing Decision

The National Comprehensive Cancer Network (NCCN) consists of 27 cancer centers across the United States. The NCCN issues recommendations for adjuvant breast cancer chemotherapy regimens based on breast cancer tumor markers. The guidelines change over time as new clinical trial data becomes available and include "preferred" and "other" regimens. The majority of the NCCN preferred regimens contain a taxane because taxane-containing regimens are the standard of care. I recommend a patient take a taxane regimen in the NCCN preferred category, absent a case-specific factor that would make a different regimen a better choice. In the event of such a factor, I would then consider a taxane-containing regimen in the "other" category. Only after exhausting those two options, and based on patient-specific factor(s), would I consider a non-

4

taxane regimen.

The NCCN guidelines provide prescribing oncologists and patients with preferred regimens. However, there are instances where oncologists may prescribe treatment regimens that do not fit squarely within a NCCN preferred regimen but that are, nonetheless, acceptable regimens for treating specific cancers. However, by 2008, taxane-containing regimens were recognized as regimens that increased survival rates over those regimens that did not contain taxanes.

In addition, clinical trials examine experimental therapies and regimens, which are necessary in the search for new chemotherapy drugs and regimens that may treat cancers more effectively and/or with less toxicity. The NCCN recognizes the importance of clinical trials and, in its 2008 guidelines, noted specifically that clinical trials were "especially encouraged" and that "[t]he best management of any cancer patients is in a clinical trial."[8] Cancer-related clinical research and clinical trials have traditionally been conducted at well-established academic medical centers, while 85% of cancer patients are diagnosed and treated at local, community-based clinical practices. In addition, Phase III clinical trials (like the one Ms. Kahn enrolled in) are a worthwhile investment for patients; the trial provides patients with extensive follow ups, at no cost to the patients.

I have participated in numerous clinical trials over the course of my career, including several trials involving new regimens to treat breast cancer. Importantly, clinical trials offer patients a defined road map of the potential risks associated with the drugs involved in the trial because of the rigorous informed consent requirement and review process. The informed consent begins the clinical trial process; any patient considering a clinical trial must review, understand, and sign off on the informed consent before enrolling in the trial. Once a patient joins a clinical trial, the uniform informed consent, applicable to that trial, applies to all patients enrolled in the trial and no hospital or clinician may deviate from the consent.

Although clinical trials may present a variety of challenges, including possible delays given the administrative and regulatory requirements of trials, as well the unknown side-effects of experimental drugs and regimens, they are an important tool in the development of efficacious regimens, as recognized by the NCCN. The goal of chemotherapy is to save lives and, to continue achieving that goal, clinical trials are necessary. Ms. Kahn believed the clinical trial would be the standard of care or better.[9] In addition, Ms. Kahn wanted to conserve her breast; given the size of the tumor (approximately 3 cm), she required neoadjuvant preoperative chemotherapy to reduce the tumor size to achieve that goal. The NSABP B-40 clinical trial provided Ms. Kahn with those options—increased survival chances and breast conserving therapy.

Lower overall survival rates are seen with the older non-taxane containing regimens, including CMF, FEC and AC. Because it diminishes her overall survival chances, I do not at the outset recommend that a woman take a non-taxane containing chemotherapy regimen, absent strong patient-specific considerations.

Mammaprint and Oncotype DX tests have only very recently been used to help assess whether

---

[8] NCCN Guidelines V.2 2008
[9] Elizabeth Kahn Dep. 172:13-17, 173:21-174:9

5

very low risk breast cancer patients may benefit from adjuvant chemotherapy. They remain limited in use to a very small subset of breast cancer patients and are no substitute for the clinical judgment of a medical oncologist.

I have read the report of Dr. Bosserman and disagree with her opinions, as this report describes. As discussed in more detail below, Ms. Kahn's choice in chemotherapy regimens was informed by her desire to receive the standard of care or better, increase her chance of survival, and conserve her breast; CMF and other non Taxane regimens provided a much lower percentage chance of survival. I will discuss the tradeoffs and considerations that come with alternative treatments to taxane-containing regimens and alternative to Taxotere.

Dr. Bosserman describes the efficacy of cooling caps. These were not approved by the FDA at the time Ms. Kahn underwent chemotherapy. In addition, there is a theoretical risk of scalp metastases when a patient uses a cooling cap. If a patient has a scalp metastasis, they have Stage IV breast cancer; Ms. Kahn was diagnosed with Stage II cancer.

In 2008 and through present day, taxane-containing regimens represent the standard of care. TC has a well-established overall survival benefit compared with AC. AC, in turn, has both proven survival benefits and a more favorable side effect profile than older generation treatment regimens like CMF (cyclophosphamide, methotrexate, and 5-fluorouracil). CMF was one of the first combination chemotherapy regimens to show a decrease in the reoccurrence of breast cancer. Since the introduction of CMF, new and more efficacious therapies, namely, taxane-containing regimens, have developed as the leading regimens for battling cancer. Since the early 2000s, clinicians have recognized the efficacy of taxanes for the treatment of breast cancer and the increased benefits for patients receiving a taxane-containing regimen.

In 2008, six of the NCCN Guidelines regimens for HER2- breast cancer contained a taxane, while CMF was indicated three times. Specifically, the following regimens were listed in the 2008 NCCN Guidelines (which did not distinguish between preferred and other): FAC; CAF; FEC; AC; AC-Taxol; EC; TAC; A-CMF; E-CMF; CMF; dose dense AC-Taxol; A-Taxol-C, FEC-T, and TC. In 2009, the NCCN identified the following preferred regimens for HER2- breast cancer: TAC, AC-Taxol, TC, and AC; CMF was not a preferred regimen in 2009. From 2009 on, the NCCN Guidelines did not include CMF as a preferred regimen, whereas all of the NCCN preferred regimens contained a taxane beginning in 2013.

In 2013, all of the NCCN Guidelines for HER2+ breast cancer contained a taxane. The two preferred regimes were AC+T (doxorubicin (Adriamycin) and cyclophosphamide (Cytoxan) followed by paclitaxel (Taxol)) and TCH (docetaxel (Taxotere), carboplatin, and trastuzumab (Herceptin)). The other regimes identified by the 2013 NCCN guidelines also contained taxanes: docetaxel (Taxotere) and trastuzumab (Herceptin) followed by FEC (fluorouracil, epirubicin, and cyclophosphamide) and AC followed by docetaxel (Taxotere) and trastuzumab (Herceptin).

In addition, older, first generation regimens, like CMF, do not have the same survival rates as newer second and third generation regimes. First generation chemotherapy regimens reduced mortality rates, associated with breast cancer, by approximately 35% (as compared to patients who did not receive chemotherapy). As research and clinical trials continued, second generation

6

therapies developed, which reduced mortality rates by an additional 20%, compared to first generation remedies. Third generation remedies, which are all taxane-containing regimens, reduced breast cancer mortality by another 20%. Adjuvant third-generation regimens, including those containing Taxotere, reduce breast cancer mortality by approximately 40% over first generation therapies, such as CMF. For patients with breast cancer, especially those with invasive forms, aggressive tumors, and large tumors, a third generation chemotherapy regimen is the best choice for survival.

### B. Weighing the Benefits and Risks of Various Chemotherapy Options Depending on the Patient's Breast Cancer Type and Staging, Along with Her Relevant Medical History

For chemotherapy regimens in HER2- breast cancer, my preferred chemotherapy regimen is TC (Taxotere, Cyclophosphamide). The AC-T (Adriamycin and Cyclophosphamide followed by Taxotere) is also an effective regimen for HER2- breast cancer. Some doctors use AC followed by Taxol. While these three regimens have similar efficacy, I prefer the TC or AC with Taxotere regimen because of the risk profile associated with Taxol. Women who are obese, pre-diabetic, diabetic, or have thyroid or autoimmune issues should not be given Taxol-containing regimens because they put them at an increased risk of neuropathy.

Taxol and Taxotere are both taxanes, but they are not the same. Taxotere-containing regimens can offer benefits over Taxol-containing regimens. They are prescribed for different patients in different situations depending on various clinical considerations. Chemotherapy regimens come out of clinical trial studies, making it unusual to substitute one drug for another within any well-studied chemotherapy regimen. If an Adriamycin-containing regimen is used, I prefer the TAC (Taxotere, Adriamycin, Cyclophosphamide) regimen over AC-T for various reasons:

First, Taxol has a higher risk of neuropathy than Taxotere. Both Taxotere and Taxol are mitotic chemotherapy medication. But the risk of neuropathy is lower with Taxotere than Taxol. Neuropathy is a potentially serious and debilitating side effect of chemotherapy and it can be permanent. Neuropathy occurs in approximately 20% of patients who receive Taxol. Thus, for patients that are diabetic and already at an increased risk of neuropathy, Taxol is not preferred. Because Taxol has higher rates of neuropathy than Taxotere, diabetics and pre-diabetics generally or often should not be given Taxol.

Second, Taxol and Adriamycin are not given at the same time. Taxotere can be administered concurrently (at the same time) with Adriamycin. Taxol cannot because the co-administration with Adriamycin increases cardiotoxicity. Thus, the patient receives Adriamycin and Cyclophosphamide cycles first, followed by Taxol. As discussed below, cardiac complications during the AC cycles can delay or preclude administration of the taxane.

Third, Taxol and Taxotere-containing regimens (AC-T v TAC) are also given on different dosing schedules. A patient must only go in for TAC every three weeks, whereas a patient on must be seen to undergo chemotherapy weekly with AC-T. Undergoing chemotherapy less frequently with larger breaks for recovery translates into a better quality of life for my patients during treatment. Medically, one problem with weekly therapy is patients receiving more corticosteroids associated

7

with toxicities such as sleep disturbances, allergic reactions, delirium, immune suppression and infections, weakness, psychosis, stomach ulcers and gastritis, elevated blood pressure/blood sugar, and osteoporosis. Consequently, treatment every three weeks is preferable, with less corticosteroid exposure.

Fourth, when Adriamycin-containing regimens are given, oncologists must order cardiac tests on the patient before administering the regimen. If the patient's ejection fraction is below 50-55%, the patient should not be given Adriamycin. The risk of Adriamycin-induced cardiotoxicity increases for patients who are female, of advanced age and post-menopausal, and for patients with cardiac disease or cardiac risk factors, including obesity, hypertension, family history of heart disease, diabetes, abnormal lipids, smoking, and metabolic syndrome, or who have a family history of heart disease. The risk of cardiac toxicity with Adriamycin is dose-dependent: the more Adriamycin given, the greater the risk of left ventricular failure. However, there is no minimum anthracycline threshold. Cardiotoxicity can occur at any dose.

In sum, the side effect profiles of the Taxotere and Taxol-containing regimens are not the same.

Ms. Kahn elected to enroll in a clinical trial, consistent with the NCCN 2008 Guidelines' recommendation that patients participate in clinical trials.[10] The trial Ms. Kahn enrolled in did not allow her to personally select her treatment regimen, which Ms. Kahn understood, as evidenced by the detailed 27-page informed consent she signed prior to enrolling in the trial and beginning treatment. Instead, the trial randomized the placement of patients into one of six treatment groups.[11] Ms. Kahn's participation in a clinical trial utilizing a Taxotere regimen was preferable to a Taxol-containing regimen. With a BMI of 33.7, Ms. Kahn was considered obese and because of this condition, had a higher risk of developing chemotherapy-induced neuropathy. Ms. Kahn did, in fact, develop neuropathy as a side-effect of chemotherapy.[12] Because Taxol has higher rates of neuropathy than Taxotere and she was already at an increased risk of neuropathy, Ms. Kahn's risk of developing neuropathy, and the severity of the neuropathy she experienced, was lowered by taking Taxotere.

One very important, final difference between Taxol and Taxotere is that patients' cancers can respond differently to the two drugs. In other words, one patient's cancer may respond to treatment with Taxotere but may not respond to treatment with Taxol. As such, after a woman has taken a Taxotere-containing regimen and is cancer free, it is impossible to say that woman would have remained cancer free if she took a Taxol-containing regimen. Here we know that Ms. Kahn remains cancer-free now twelve years after her initial diagnoses.

### IV.   PATIENT COUNSELING ABOUT THE RELATIVE RISKS OF VARIOUS SIDE EFFECTS

I will discuss side effects of chemotherapy drugs, how clinicians weigh side effects, and how and

---

[10] NCCN Guidelines V.2 (2008).
[11] Ochsner Health Sys. 1658.
[12] PPR 513-515, 517-518; Ochsner Health System 984, 991-92, 1000, 1004, 1028, 1040, 1240, 1245, 1261, 1269, 1277, 1292, 1295-96, 1325-26, 1334-35, 1363-64, 1385-86, 1406, 1415-16, 1434-35, 1511-12

what side effects are communicated to the patient. As a clinician, I warn about common side effects and side effects that are life threatening, as well as the risk of infertility. Because chemotherapy treatment is targeted at overcoming the patient's otherwise potentially fatal cancer and given that some, unfortunate, side effects of the medicines themselves also may risk death, I am much more concerned with those considerations than other potential side effects. It is not possible to warn the patient of all potential side effects. There are also unknown side effects with chemotherapy, which is also something that I tell patients. The other important issue is that in counseling patients, it is impossible to tell each patient which specific side effects she may actually experience compared to other women and amongst the host of possible consequences of arresting her cancer. Side effects can vary greatly from woman to woman, as can the severity of the side effects experienced from woman to woman.

By agreeing to undergo chemotherapy on the recommendation of her doctor, the patient is accepting the risk of very serious side effects, including the risk of death. These therapies also carry well-known side effect risks including heart damage, bladder/kidney problems, infection/neutropenia, nerve or muscle problems, fertility issues, fatigue, nausea, alopecia, diarrhea, weight changes, mood changes, constipation, and skin and nail changes. Permanent side effects can include damage to the heart, lungs, kidneys, or reproductive organs, or a second cancer.

It is common for oncologist to not mention non-life-threatening and rare risks to patients – even if the oncologist has seen it firsthand. Oncologists have a unique and difficult job of educating patients about their treatment options while reassuring them on the possibilities of success and providing hope that the patient will survive. Providing patients with information about any and all possible side effects can be overwhelming and ineffective. Indeed, a patient likely only retains 10% of the information told to them during the initial consultations.

In the women that I see in my practice, hair loss is not uncommon. By age 55 to 65, many of my patients have experienced hair loss with age and changes in hormonal status before ever receiving chemotherapy or other treatment. With chemotherapy, there is an acute loss of hair from whatever was the patient's baseline. This specific type of alopecia is a common side effect of almost every chemotherapy drug. It is called Anagen Effluvium. Hair loss occurs because chemotherapy targets rapidly dividing cells, such as cancer.

Because of the acute arrest of the woman's hair growth cycle, when her hair does begin to regrow after chemotherapy, her hair may be different as if years have passed (as years of hair that had been grown has been lost). Chemotherapy often pushes women through menopause. Likewise, chemotherapy can speed up the aging process and age-related hair loss. More specifically, chemotherapy can alter a woman's hormonal status, resulting in age-related hair loss. Over half of women undergoing chemotherapy then see differences in texture, thickness, or hair color. In addition, stress and surgery are known causes of alopecia.

Cases of delayed hair regrowth or incomplete hair regrowth have been reported with many chemotherapy drugs including Adriamycin, Carboplatin, Cisplatin, Taxol, Epirubicin, 5-Fluorouracil, Melphalan, Gemcitabine, Capecitabine, Busulfan, CMF, and Cyclophosphamide.

I have known that alopecia after chemotherapy is a potential side effect of chemotherapy regimens

9

as long as I have used chemotherapy to treat breast cancer. This experience does not suggest some hidden, especial problem with Taxotere. Taxotere containing regimens can include Adriamycin, Herceptin, Carboplatin, and Cyclophosphamide, as well as experimental therapies used in clinical trials. Because Taxotere is given as part of a regimen and not as a single agent, it is impossible to conclude that Taxotere alone causes permanent alopecia. With hormone positive breast cancer where either Tamoxifen or Aromatase Inhibitors are given, there is the additional consideration that alopecia has occurred with them.

While attributing alopecia after chemotherapy to the chemotherapy itself can be impossible, in my clinical experience, alopecia long after chemotherapy is rare. In over 33 years of treating approximately a thousand women with breast cancer, I have observed only 2 cases of persistent alopecia that may have been related to chemotherapy, one of which was in a patient on Taxol.

When discussing chemotherapy with my patients, I inform them of the side effects associated with chemotherapy drugs, starting with the most common side effects and then working my way down. Hair loss is a common side effect that I go over with my patients; I have seen all degrees of hair loss associated with chemotherapy drugs. I warn patients that hair loss is a common risk that may happen with any chemotherapy drug. In my clinical experience, permanent hair loss is not common; I have only seen two patients with permanent hair loss after taking 5-FU and Taxol. I do not warn all patients prophylactically of this rare side effect. However, if a patient asks about it specifically, I warn the patient that permanent hair loss may happen with any of the available chemotherapy drugs, even though I have never seen the side effect with my patients that have taken Taxotere.

Women cannot avoid the potential risk of ongoing alopecia, though, by avoiding a Taxotere-containing regimen. The only other regimens available with similar efficacy are Taxol-containing regimens, which are not without their own reports of persistent alopecia. This is true not only in Taxol-containing regimens, but also in patients given Adriamycin or Cyclophosphamide, one, or the other, or both of which would be prescribed in addition to (or in any regimen in lieu of) the taxane option. This is also true of TCH, as carboplatin carries a risk of hair loss. Similarly, regarding CMF chemotherapy regimen; while it is inferior in terms of efficacy to taxane based regimens, it has been advocated by some as a cost-saving approach. However, CMF has reports of persistent alopecia. If a provider recommended CMF for cost-saving purposes, despite its reduced efficacy, the inferior efficacy and alopecia would need to be disclosed to the patient in the informed consent process.

For Ms. Kahn, Dr. Kardinal testified that he could not say, with a reasonable degree of medical certainty, that Ms. Kahn's hair would look any different if she had received Taxol instead of Taxotere.[13] In addition, Dr. Kardinal noted that patients who received Taxol also experienced hair loss.[14] He also testified that hair loss was associated with Adriamycin and cyclophosphamide.[15] Capecitabine, one of the chemotherapy agents Ms. Kahn received as part of the clinical trial, also identified hair loss as a side effect. Ms. Kahn received all of these chemotherapy drugs and all three drugs identified hair loss as a side effect. I agree with Dr. Kardinal that it is not possible to

---

[13] Carl Kardinal Dep. 108:10-15
[14] Carl Kardinal Dep. 211:14-21
[15] Carl Kardinal Dep. 100:24-101:5

10

determine which, if any, of the chemotherapy drugs that Ms. Kahn received caused her hair loss.

In my practice, I would not change my prescribing recommendation for patients like Ms. Kahn based on any risk of permanent hair loss. Ms. Kahn was diagnosed with invasive cancer and her tumor size was 3 cm. The presentations of Ms. Kahn's cancer warranted treatment with a third-generation regimen containing Taxotere. Given the significantly better chance of survival with a taxane-containing regimen, and the unproven extent of the risk of permanent hair loss, Taxotere-containing regimens was the correct choice for Ms. Kahn. In my professional opinion, Dr. Kardinal made the right prescription and the best proof is Ms. Kahn's disease free survival years later.

Side effects are not unique to chemotherapy medicines, but are also present in endocrine-based therapy options. Women who have hormone positive breast cancer are given either Tamoxifen or Aromatase Inhibitors. Currently, the recommendation is that women use those medications for 5-10 years. Both Tamoxifen and Aromatase Inhibitors lower a woman's estrogen level. When a woman's estrogen level is lowered, her androgen level rises. With hormone treatments, estrogen levels are lowered in both pre and post-menopausal women. This puts her at risk for alopecia. In addition, the labels for Tamoxifen and aromatase inhibitors warn of alopecia. Because these medications may cause alopecia, and they are taking over the course of years, these drugs may be responsible for a woman's hair not growing.

In addition to persistent alopecia, Tamoxifen and Aromatase Inhibitors have other side, serious effects that impact significantly a woman's quality of life. For example, Tamoxifen increases risks of endometrial cancer and blood clots. Other side effects of Tamoxifen and aromatase inhibitors include depression, weigh gain, chest pain, headaches, joint pain, hot flashes, fatigue, mood swings, nausea, weakness, and loss of libido. Despite these side effects, the majority of women are willing to tolerate these side effects, which may affect their appearance, to improve their chances of survival. In addition, Tamoxifen has a risk of hair loss.

Dr. Larned prescribed Tamoxifen to Ms. Kahn. Dr. Larned testified that endocrine therapy, such as Tamoxifen, can magnify menopausal symptoms, including hair loss.[16] Dr. Larned acknowledged hair thinning is a side effect of Tamoxifen and that she had seen patients who have had significant hair thinning from Tamoxifen.[17] Before prescribing Tamoxifen to Ms. Kahn, Dr. Larned discussed with her the risks and benefits of both Tamoxifen and aromatase inhibitors– including significant side effects associated with Tamoxifen such as blood clots and uterine cancer. Ms. Kahn accepted these risks and elected to take Tamoxifen, which she took for nearly ten years.[18]

In my own practice, I see alopecia with Tamoxifen and aromatase inhibitors frequently. Breast cancer patients often lose all of their hair with chemotherapy. Afterwards, women with ER+ or PR+ cancers will take Tamoxifen or an Aromatase Inhibitor which can then be responsible for a woman's hair not regrowing. Of the patients I have treated, who had hormone positive breast cancer and needed anti-hormonal therapy, the anti-hormonal therapies impacted hair loss in 30-40% of those patients.

---

[16] Zoe Larned Dep. 64:1-17.
[17] Zoe Larned Dep. 61:25-62:20
[18] Ochsner Health System 1253-54; CVS Pharmacy 17; Elizabeth Kahn Dep. 232:1-6.

11

Tamoxifen and Aromatase Inhibitors have significant side effects. Tamoxifen increases a woman's risk of endometrial cancer quite significantly. Aromatase Inhibitors cause loss in bone density. Other side effects of Tamoxifen and Aromatase Inhibitors include: joint pain, nausea, hot flashes, fatigue, mood swings, headache, depression, chest pain, weakness, and loss of libido. These side effects can significant diminish a woman's quality of life. Yet, the vast majority of women are willing to endure the side effects to improve their chances of survival.

### A.     Elizabeth Kahn

Prior to her diagnosis of breast cancer, in April 2008, Ms. Kahn noticed a lump on her left breast during a self-breast exam. An April 9, 2008, a mammogram revealed a 3x3 cm complex mass in Ms. Kahn's left breast with abnormalities. Ms. Kahn underwent an ultra-sound guided needled biopsy on April 11, 208 which revealed infiltrating lobular carcinoma. In April 2008, Ms. Kahn had a surgical consultation with Dr. Ralph Corsetti and an oncology consultation with Dr. Carl Kardinal. After these findings, Ms. Kahn was recommended to have a core biopsy. After the biopsy, the pathology report showed that Ms. Kahn had lower quadrant infiltrating lobular carcinoma in her left breast that was ER+/PR+ and HER2-.

On April 17, 2008, Ms. Kahn had an appointment with Dr. Corsetti to discuss the core biopsy and Dr. Corsetti noted specifically that Ms. Kahn had a significant family history of breast cancer, with her mother, sister, and paternal grandmother all having been diagnosed with the disease. Dr. Corsetti discussed options with Ms. Kahn, who was "extremely motivated to save her left breast."[19] Given the size of her tumor—Dr. Corsetti reported that it was 3 cm—she needed neoadjuvant chemotherapy to reduce her tumor size to achieve her goal of breast conservation. Dr. Corsetti also noted that, with a lumpectomy, there was a 30-40% chance of reoccurrence if she did not also undergo radiation therapy. Ms. Kahn indicated she understood the risks, but was motivated to save her breast.[20]

On April 22, 2008, Ms. Kahn had her initial oncology consultation with Dr. Kardinal. Dr. Kardinal had a "long" discussion with Ms. Kahn and her husband, "lasting 20 or more minutes" about neoadjuvant chemotherapy.[21] Given her highly significant family history, her desire for breast-conserving therapy, and her HER2- status, Ms. Kahn was eligible to participate in NSABP B-40, a randomized clinical trial that examined the addition of bevacizumab (Avastin), gemcitabine (Gemzar), and capecitabine (Xeloda) to a TAC regimen (Taxotere (docetaxel), Adriamycin (doxorubicin) and Cytoxan (cyclophosphamide)).

The NSABP (National Surgical Adjuvant Breast and Bowel Project) is large, established clinical group with more than 50 years of experience in conducting clinical trials. NSABP led the pack in establishing lumpectomy with radiation as the standard of care, as opposed to radical mastectomy. In addition, NSABP was instrumental in showing that adjuvant chemotherapy could increase survival rights. In addition, the trial took place at the Ochsner Medical Center, which is part of NCI and regularly receives large clinical trials.

---

[19] Ochsner Health System 848-50
[20] Ochsner Health System 848-50
[21] Ochsner Health System 860-861

Specifically, NSABP B-40 looked at whether the addition of Xeloda or Gemzar to Taxotere, followed by AC, would improve the pathological compete response in patients with early breast cancer. The study also looked at whether adding Avastin increased those rates. Participants in NSABP-40 were randomly assigned to one of three neo-adjuvant treatment arms, with or without bevacizumab (Avastin), which created total of six possible treatment arms. The following is a description of the study arms:

| Group 1A | Group 2A | Group 3A |
|---|---|---|
| Docetaxel 100 mg/m² IV q 3 weeks x 4 cycles ↓ AC* q 3 weeks x 4 cycles | Docetaxel 75 mg/m² IV q 3 weeks x 4 cycles + Capecitabine 825 mg/m² PO BID days 1-14 q 3 weeks x 4 cycles ↓ AC* q 3 weeks x 4 cycles | Docetaxel 75 mg/m² IV q 3 weeks x 4 cycles + Gemcitabine 1000 mg/m² days 1 and 8 q 3 weeks x 4 cycles ↓ AC* q 3 weeks x 4 cycles |
| **Group 1B** | **Group 2B** | **Group 3B** |
| Docetaxel 100 mg/m² IV q 3 weeks x 4 cycles + Bevacizumab 15 mg/kg IV q 3 weeks x 4 cycles ↓ AC* q 3 weeks x 4 cycles + Bevacizumab 15 mg/kg IV q 3 weeks x 2 cycles | Docetaxel 75 mg/m² IV q 3 weeks x 4 cycles + Capecitabine 825 mg/m² PO BID days 1-14 q 3 weeks x 4 cycles + Bevacizumab 15 mg/kg IV q 3 weeks x 4 cycles ↓ AC* q 3 weeks x 4 cycles + Bevacizumab 15 mg/kg IV q 3 weeks x 2 cycles | Docetaxel 75 mg/m² IV q 3 weeks x 4 cycles + Gemcitabine 1000 mg/m² days 1 and 8 q 3 weeks x 4 cycles + Bevacizumab 15 mg/kg IV q 3 weeks x 4 cycles ↓ AC* q 3 weeks x 4 cycles + Bevacizumab 15 mg/kg IV q 3 weeks x 2 cycles |

Capecitabine (Xeloda) is a cytotoxic chemotherapy drug, classified as an antimetabolite. It is indicated for various cancer treatment therapies, including breast cancer. In 2008, the capecitabine label warned of various, serious side effects including cardiac arrest, cardiac failure, and sudden death. In 2008, the Xeloda label also included adverse events, including alopecia.

Bevacizumab (Avastin) blocks vascular endothelial grown factor, which disrupts a tumor's blood supply, stopping and/or slowing its growth. The 2007 and 2008 bevacizumab (Avastin) labels warned of numerous serious side effects, including the possibility of death, congestive heart failure, pulmonary hemorrhage, arterial thromboembolic events, and hypertensive crises.

NSABP-40 started on January 5, 2007, ran through June 30, 2010, and included 1,206 women with primary operable HER2-negative breast cancer. The results of the trial showed that adding gemcitabine (Gemzar) or capecitabine (Xeloda) to Taxotere did not increase significantly the rate of complete response. In addition, adding capecitabine and gemcitabine increased patient toxicity, including mucositis, hand-foot syndrome, and neutropenia. Although bevacizumab (Avastin) did increase significantly the rate of complete response, mostly in patients with HER2+ cancers, it also increased the rates of hand-foot syndrome, mucositis, hypertension, LV systolic, and dysfunction.

13

Consistent with clinical trial protocols, Ms. Kahn reviewed in detail the entire 27-page consent. On May 14, 2008, Ms. Kahn and her husband came in to the clinic and reviewed the consent form. They met with Shevonda Thomas, the clinical trial nurse who noted that she met with Ms. Kahn and her husband and "reviewed and discussed in GREAT lengths with both patient and husband[.] Patient and husband both had plenty questions all questions answered to both patient and husbands satisfaction, both verbalized understanding."[22] Dr. Kardinal and Ms. Thomas discussed the protocol with Ms. Kahn and went over each page with her.[23] Ms. Kahn initialed each of the 27 pages of the informed consent and then affixed her signature to the final page, indicating that Ms. Kahn had read and understood the document and consented to the risks associated with the clinical trial.[24] In addition, directly before beginning the first cycle of treatment, Ms. Kahn met with Dr. Kardinal, who again discussed with her the risks, benefits, and side effects of each drug in Group 2B.[25]

Ms. Kahn was enrolled in Group 2B. In that group, the first component of the therapy regimen involved bevacizumab and docetaxel administered intravenously every three weeks for four cycles, and capecitabine pills, administered orally, twice a day for 14 days and starting on the day she received docetaxel and bevacizumab. In the second component of the regimen, Ms. Kahn received A/C (doxorubicin and cyclophosphamide) intravenously, once every 21 days for 4 cycles, while continuing to receive bevacizumab every 21 days for the first two cycles. After the second portion, Ms. Kahn underwent surgery. After surgery, Ms. Kahn then received bevacizumab once every 21 days for 10 doses.

The clinical trial informed consent also included pages of potential side effects associated with each of the chemotherapy drugs involved in six treatment arms. Notably, the consent notified Ms. Kahn that there was the risk of death associated with chemotherapy. Moreover, Ms. Kahn recognized that there could be risks and side effects associated with the trial that the doctors could not predict.[26] Before going into the detailed side-effect profile for each drug, the consent – initiated and agreed to by Ms. Kahn – stated the following:

> You may have side effects while on this study. Most of these are listed here, but there may be other side effects we cannot product. Side effects will vary from person to person. . . . [D]octors do not know all the side effects that may happen. Side effects may be mild or very serious. . . . Many side effects go away soon after you stop taking your study drugs. In some cases, side effects may be very serious, long-lasting, or may never go away.[27]

Regardless of which therapy she received, Ms. Kahn acknowledged that hair loss would be a likely side effect of chemotherapy. Moreover, "hair loss" was listed in the consent as the first and most comment side effect identified for doxorubicin, cyclophosphamide, docetaxel, and capecitabine.

---

[22] Ochsner Health Sys. 876.
[23] Elizabeth Kahn Dep. 189:9-190:23.
[24] Ochsner Health Sys. 1656-84.
[25] Ochsner Health Sys. 953
[26] Elizabeth Kahn Dep. 203:4-21
[27] Ochsner Health Sys. 1665.

The informed consent also identified numerous severe and potentially long-lasting side effects and risks associated with the chemotherapy drugs used in the clinical trial. These included ulcers, liver failure, life-threatening blood clots that may cause a stroke or heart attack, lung damage, acute leukemia, kidney damage, and severe high blood pressure.

Importantly, Ms. Kahn's tumor responded well to Taxotere. After three cycles of Taxotere, Dr. Larned noted that Ms. Kahn's tumor had "decreased significantly" and was less than 2 cm.[28] By September 2008, after four cycles of Taxotere and one cycle of A/C, Ms. Kahn's tumor was no longer palpable.[29] Once the chemotherapy achieved this significant reduction, Ms. Kahn was ready for surgery.

On November 18, 2008, Ms. Kahn underwent a left breast lumpectomy. Prior to the surgery, Ms. Kahn reviewed and signed a consent to the surgery, which acknowledged numerous risks, including the risk of "[d]eath, brain damage[, p]aralysis from the neck down . . paralysis from the waist down . . . loss or loss of function of an arm or leg, loss or loss of function of lungs/liver/kidneys, disfigurement . . . bleeding, infection, blood clot (hematoma) . . . ."[30] Ms. Kahn accepted serious risks and side-effects to undergo surgery to remove the cancer from her breast.

After surgery, Ms. Kahn underwent radiation therapy between January and February 2009. Prior to receiving radiation, Ms. Kahn reviewed the potential risks and side effects of radiation therapy with Dr. Scroggins, her radiation oncologist. On January 5, 2009, Ms. Kahn signed the radiation consent form, which identified hair loss and permanent hair loss as potential side effects of radiation. Moreover, the consent included other, severe risks, including disfigurement, loss or loss of function of her heart, nerves and esophagus, nerve damage, damage to heart muscles, heart failure, permanent scarring of her lungs, and loss of thyroid functions. Again, Ms. Kahn accepted these significant risks associated with radiation therapy. As noted by Dr. Corsetti after her initial diagnosis, radiation was necessary to reduce her risk of reoccurrence given her desire to conserve her breast and proceed with a lumpectomy.

Dr. Kardinal also counseled his patients regarding common side effects of chemotherapy drugs with his patients. In addition, Dr. Kardinal testified that he generally referred to the package insert of a drug.[31] In 2008, the labels for the chemotherapy drugs Ms. Kahn took warned of alopecia. In 2008, the FDA-approved label for Adriamycin included that "Patients should be informed that they will almost certainly develop alopecia." In 2008, the FDA-approved label for cyclophosphamide included "Adverse Reactions," reading, "Alopecia occurs commonly in patients treated with cyclophosphamide. The hair can be expected to grow back after treatment with the drug or even during continued drug treatment, though it may be different in texture or color."

In 2008, the FDA-approved label for Taxotere included "Adverse Reactions," reading that the

---

[28] Ochsner Health Sys. 1006-07.
[29] Ochsner Health Sys. 1037-39.
[30] Ochsner Health Sys. 1104-11.
[31] Carl Kardinal Dep. 27:11-20

15

"[m]ost common adverse reactions are…alopecia." Information on alopecia was included in various other parts of the label. In the Patient Counseling Information section it stated: "Loss of hair occurs in most patients taking Taxotere (including hair on your head, underarm, pubic hair, eyebrows, and eyelashes). Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all your treatments, hair generally grows back."[32] The label also warns of other potentially severe and long-lasting side effects such as fatal anaphylaxis, toxic or septic death, fatal gastrointestinal bleeding, hepatic impairment, acute myeloid leukemia, severe hypersensitivity, grade 4 neutropenia, severe drug-induced thrombocytopenia, and severe neurosensory symptoms, including severe motor neuropathy.[33]

Dr. Kardinal reviewed common side effects of chemotherapy drugs with his patients; he could not warn of every possible side effect. Dr. Kardinal did inform patients that their hair would probably grow back after chemotherapy treatment. Dr. Kardinal did not warn patients of permanent hair loss because he testified that he never had a patient with that side effect. However, Dr. Kardinal would not guarantee that patient's hair would come back.[34]

Because of the increased risk of neuropathy. Dr. Kardinal preferred using docetaxel over paclitaxel. Specifically, Dr. Kardinal testified that "[n]eurotoxicity with paclitaxel was a big concern [and] there appeared to be less neurotoxicity with docetaxel . . . which was one of the reasons [he] tended to use docetaxel in preference to paclitaxel."[35]

I agree with Dr. Kardinal's recommendation that Ms. Kahn enroll in a clinical trial involving the administration of A/C and Taxotere. First, the 2008 NCCN guidelines recommended clinical trials. Second, Ms. Kahn's health history made Taxotere a better choice. At the time of her cancer diagnosis, Ms. Kahn was considered obese based on her BMI of 33.7**.** This placed her at a higher risk for chemotherapy induced neuropathy. Ms. Kahn did, in fact, experience neuropathy as a side effect of chemotherapy. Therefore, a Taxotere-containing regimen was preferable to Taxol, which may have caused increased or worsened neuropathy Third, Ms. Kahn wanted to participate in the clinical trial so she could receive the standard of care of better and increase her chances of survival. As noted, the NCCN recommends patients enroll in trials. Fourth, Ms. Kahn was motivated to conserve her breast and therefore needed neoadjuvant chemotherapy to reduce the tumor size prior to surgery. Finally, Ms. Kahn was interested in the potentially increased rate of survival associated with the clinical trial, given her locally advanced breast cancer and significant family history. For all of these reasons a third generation, Taxotere-regimen provided a significantly higher rate of survival than older regimens, including CMF.

Furthermore, in reviewing Ms. Kahn's records, it is not possible to say that Taxotere caused any persistent hair loss:

- On November 11, 2008, after she had completed her second phase of chemotherapy (AC),

---

[32] Taxotere Label (9/2007)
[33] *Id.*
[34] Carl Kardinal Dep. 86:16-21, 87:18-88:9, 102:1-8.
[35] Carl Cardinal Dep. 71:25-72:19; 73:11-16; 74:7-17, 105:2-4.

Ms. Kahn noted hair growth.[36]

- In January 2009, Ms. Kahn's clinical trial nurse, Melanie Zazulak, R.N., examined Ms. Kahn and noted that her alopecia had "resolved."[37] Nurse Zazulak testified that alopecia "resolved" meant that Ms. Kahn's alopecia had completely resolved.[38] Nurse Zazulak examined Ms. Kahn again on April 2, 2009, and noted Ms. Kahn's "hair is growing back in."[39]

- In April 2009, Dr. Larned prescribed Tamoxifen to Ms. Kahn.[40] Ms. Kahn received this hormonal treatment because her cancer was estrogen and progesterone positive. Ms. Kahn experienced a variety of symptoms associated with menopause while taking Tamoxifen, including hot flashes, mood swings, memory loss, insomnia, night sweats, lack of sex drive, and "thinning hair."[41] Ms. Kahn remained on Tamoxifen until April 2018. In my clinical practice, I have seen approximately 30-40% of patients taking an aromatase inhibitor end up with hair thinning or hair loss.

- From August 2009 through February 2012, Dr. Larned reported Ms. Kahn's hair was continuing to grow back slowly,[42] including notes that Ms. Kahn was "pleased her hair is growing back,"[43] that her hair was "slightly better,"[44] and that her hair was improving.[45]

- Following February 2012, Dr. Larned does not remember discussing alopecia or hair regrowth with Ms. Kahn.[46]

In 2012, 2014, 2015, 2016, and 2018, Ms. Kahn visited a dermatologist for a variety of concerns, but did not raise hair loss as a concern or seek treatment for hair loss during these appointments.[47] Ms. Kahn has not received treatment for hair loss.

In addition, in my experience with capecitabine, it may cause alopecia, although at lower rates than other oncology drugs. However, neither I nor anyone else can exclude the scientific reality that capecitabine may have increased the existing toxicities of the other drug regimens. Indeed, the clinical trial report found that the addition of capecitabine was associated with increased toxicity in several new side effects, including hand-foot syndrome, mucositis, and neutropenia. Though

---

[36] Plaintiff Blog 7.
[37] Ochsner Health System 1227.
[38] Melanie Zazulak Dep. 64:19-25.
[39] Ochsner Health System 1253-1254.
[40] Ochsner Health System 1253-1254.
[41] Ochsner Health System 1325-1326, 1334-1335, 1385-1386, 1406, 1415-1416, 1434-1435 Zoe Larned Dep. 78:24-79:11, 79:22-80:4, 80:13-20.
[42] Ochsner Health System 1325-1326, 1334-1335; Zoe Larned Dep. 78:24-79:11, 79:22-80:4, 80:13-20.
[43] Ochsner Health System 1294-1296.
[44] Ochsner Health System 1534; Zoe Larned Dep. 81:15-82:8.
[45] Ochsner Health System 1534; Zoe Larned Dep. 81:15-82:8.
[46] Zoe Larned Dep. 82:3-15.
[47] Metairie Road Dermatology 18-20, 16-17, 14-15, 10-13, 43-44, 45-46, 52-54; Jessica Coller Ochsner Dep. 31:3-23, 36:3-17, 40:11-13, 50:5-14, 51:12-23, 54:13-55:3

alopecia is not noted, it may have impacted the side effect profile of a smaller subset of patients, including Ms. Kahn. In my practice, I have seen total alopecia with IV capecitabine.

Finally, in the photographs of Ms. Kahn, taken by Ms. Kahn and her lawyers show normal eyebrow and eyelash condition for Ms. Kahn.

### V.  THE CHEMOTHERAPY DRUG LABEL AND THE MANY OTHER SOURCES OF INFORMATION AVAILABLE TO MEDICAL ONCOLOGISTS

As a practicing medical oncologist, my opinion is that the risk of alopecia has always been appropriately warned of in the Taxotere label. Other chemotherapy drugs' prescribing information contain warnings about alopecia. Doxorubicin states, "Your hair may re-grow after your treatment."

Information regarding alopecia has always been included on the Taxotere label. Whether the label listed "Alopecia," as it did in 2003, or stated, "Once you have completed all of your treatments, hair generally grows back," as it did in patient labeling from 2004 to 2010, there is an understanding as a medical oncologist that there can be circumstances where the hair may not grow back. "Alopecia" is a medical term, which simply means hair loss without constraint temporally, by duration, or in severity. The Taxotere label has always been consistent with the known side effect risk profile for Taxotere.

In my opinion, the 2008 Taxotere label adequately apprised medical oncologists of the risk of alopecia and Dr. Kardinal warned Ms. Kahn of the risk of developing unknown or rare side effects, and she accepted this risk.

Very frequently, side effects from chemotherapy drugs emerge after clinical trials and FDA approval which oncologists typically learn about these side effect from other oncologists, their own clinical experience, medical literature, and meetings, not the label or the manufacturer. An example of a post-marketing side effect was the cardiac toxicity seen from Adriamycin. The benefit/risk profile of Taxotere remains the same despite modifications to the language on alopecia in the label over time.

### CONCLUSION

**Elizabeth Kahn:** I believe to a reasonable degree of medical probability that Ms. Kahn was an appropriate candidate for chemotherapy with Taxotere. Ms. Kahn needed chemotherapy. A regimen that contained Taxotere was the best choice for the treatment of Ms. Kahn's invasive breast cancer and tumor size. She needed to take a taxane-containing regimen to prevent recurrence. Because Ms. Kahn's weight, neuropathy with Taxol was a valid concern that favored the use of Taxotere over Taxol. Based on her meetings with Dr. Kardinal and the clinical trial team, along with her review of the 27-page clinical trial consent form, Ms. Kahn was appropriately counseled on the potential risks of chemotherapy with Taxotere. The use of Taxotere for Ms. Kahn's breast cancer was appropriate and successful in eliminating Ms. Kahn's cancer. It was also the best choice based on Ms. Kahn's desire to choose a regimen that represented the standard of care or better, provided her with an increased chance of survival and helped conserve her breast.

Ms. Kahn was appropriately informed of the risks and possible complications before choosing to undergo chemotherapy with Taxotere. This included the reality that with all cancer therapies, but especially those used in clinical trials, side effects may include those that no one could fully predict. Even those side effects expected could be more serious than is commonly seen. The Taxotere-containing regimen worked and, as a result, Ms. Kahn has been cancer-free from more than ten (10) years.

Ms. Kahn knowingly and voluntarily took very serious risks to treat her breast cancer and to survive. She knew that she might develop rare or unknown side effects by participating in a clinical trial, with an experimental regimen, but took that risk so she could effectively treat her cancer. That was the right choice.

_Gerald Miletello, M.D._
Gerald Miletello, M.D.
Baton Rouge, Louisiana

April 29, 2020