# EXHIBIT 25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)     *
PRODUCTS LIABILITY LITIGATION    *     Docket No.: 16-MD-2740
                                 *     Section "H(5)"
                                 *     New Orleans, Louisiana
*Relates to:  Barbara Earnest*    *     September 17, 2019
*Case No.: 16-CV-17144*           *
* * * * * * * * * * * * * * * * * *


DAY 2 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:


For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139


For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163


OFFICIAL TRANSCRIPT

## Page 101

477

DAVID KESSLER - CROSS

3:28PM 1 literature?

3:28PM 2 A. I have.

3:28PM 3 Q. Do you believe that there are reports in the medical

3:28PM 4 literature of ongoing or persistent hair loss with Adriamycin?

3:28PM 5 A. There was zero cases with Adriamycin and Cytoxan -- with

3:28PM 6 Adriamycin, there were zero cases up to 2000 in the

3:28PM 7 pharmacovigilance database. I think I see one or two patients

3:28PM 8 alone with Adriamycin, but it's exceptionally rare.

3:28PM 9 Q. Doctor, I want you to focus on my question.

3:28PM 10 A. Sure.

3:28PM 11 Q. You searched the literature?

3:28PM 12 A. I did.

3:28PM 13 Q. Okay. Did you see in your literature -- looking for

3:28PM 14 information from 2011 and before, did you see any reports of

3:29PM 15 persist or permanent or irreversible hair loss with Adriamycin?

3:29PM 16 Yes or no?

3:29PM 17 A. I think I saw one case with Adriamycin alone, but I'd want

3:29PM 18 to check that. It's -- I mean, I searched specifically for

3:29PM 19 that, and that was the best I could do.

3:29PM 20 Q. Now, what about Cytoxan? In your research, did you do

3:29PM 21 research to try to determine whether or not there were cases in

3:29PM 22 2011 and before of Cytoxan causing permanent hair loss?

3:29PM 23 A. There are zero cases of Cytoxan. If you look at the FDA

3:29PM 24 database of Cytoxan causing permanent alopecia, certainly,

3:29PM 25 through --

OFFICIAL TRANSCRIPT

## Page 102

478

DAVID KESSLER - CROSS

3:29PM 1 Q. Doctor, I didn't ask about the FDA database. I asked

3:29PM 2 about the literature. If you could answer my question.

3:29PM 3    And if the answer is you didn't find any, that's

3:30PM 4 fine. I'm asking you, did you find any?

3:30PM 5 A. I saw no case of monotherapy Cytoxan where Cytoxan caused

3:30PM 6 irreversible or permanent hair loss. I did not see it any in

3:30PM 7 the medical literature, and I searched.

3:30PM 8 Q. How about this? Did you see any reports -- you slipped in

3:30PM 9 the word "monotherapy" there.

3:30PM 10    Did you see any reports in the medical literature

3:30PM 11 where the regimen included Cytoxan and there was a report of

3:30PM 12 permanent hair loss?

3:30PM 13 A. Sure, of course. Because in the FAC arm, that includes

3:30PM 14 Cytoxan. So, of course, it included Cytoxan --

3:30PM 15 Q. Okay --

3:30PM 16 A. -- in that arm.

3:30PM 17 Q. And the same thing for Adriamycin; correct?

3:30PM 18 A. Correct. But they were controlled.

3:30PM 19 Q. So you can't say that there is no risk of any kind of

3:30PM 20 persistent hair loss with the FAC arm; correct?

3:30PM 21 A. I certainly can, in a controlled trial. You're missing

3:30PM 22 the point. When you compare TAC versus FAC, the only

3:31PM 23 difference is the T; it's not the A and C.

3:31PM 24    You're explaining away the risk. It's the biggest

3:31PM 25 mistake in drug safety. You're explaining away the risk and

OFFICIAL TRANSCRIPT

## Page 103

479

DAVID KESSLER - CROSS

3:31PM 1 pointing to something else.

3:31PM 2 Q. Let's go back to this real quick. We talked about this

3:31PM 3 definition, "six months" was -- most of the time, was your most

3:31PM 4 common definition; correct?

3:31PM 5 A. That was certainly one of the definitions.

3:31PM 6 Q. Okay. And you would have to agree with me that, in order

3:31PM 7 to know whether or not somebody actually had hair loss more

3:31PM 8 than six months after treatment, that patient would have to

3:31PM 9 evaluated more than six months after treatment; correct?

3:31PM 10 A. Exactly.

3:31PM 11 Q. That's just logic; right?

3:31PM 12 A. That's what 316 did.

3:32PM 13 Q. Doctor, do you know -- in the work that you did reviewing

3:32PM 14 materials, looking at information in this case, do you know how

3:32PM 15 many of the 29 patients were actually evaluated more than six

3:32PM 16 months?

3:32PM 17 A. That data is available. It's not front of mind. But it

3:32PM 18 is in the clinical study report, and I think you can -- at one

3:32PM 19 point, I did know the average follow-up period for that.

3:32PM 20 Q. And I'm not talking about the average follow-up.

3:32PM 21    I'm talking about -- can you tell me how many people

3:32PM 22 of the 29 were actually followed up more than six months?

3:32PM 23 A. It was a ten-year study. We could pull that table. It's

3:33PM 24 in your clinical study report.

3:33PM 25    And I'm almost certain that -- certainly, in 316 --

OFFICIAL TRANSCRIPT

## Page 104

480

DAVID KESSLER - CROSS

3:33PM 1 it was a ten-year study. It went well beyond six months, the

3:33PM 2 follow-up.

3:33PM 3 Q. So, Doctor, if you've looked at the data, you would know

3:33PM 4 that only 21 -- no. Let me ask that again.

3:33PM 5    You would know if you looked at the data that 21 of

3:33PM 6 these patients were followed for six months or less; correct?

3:33PM 7 A. After the initial period?

3:33PM 8 Q. After the treatment.

3:33PM 9 A. So the treatment was X number of weeks, and the six

3:33PM 10 months -- the clinical study report, if you pull the table, I

3:33PM 11 will tell you it was a ten-year study.

3:33PM 12 Q. Let me just ask it this way: Are you aware that 21 of

3:34PM 13 these 29 patients were never seen to determine whether or not

3:34PM 14 they have hair loss after six months after they finished their

3:34PM 15 treatment? Do you know that?

3:34PM 16 A. I don't know that. I looked at the table. If that's the

3:34PM 17 case, then there's a big problem with the study because it was

3:34PM 18 represented as a ten-year study.

3:34PM 19 Q. Well, Doctor, if that's the case, setting aside whether

3:34PM 20 you think there's a big problem with the study, it would be a

3:34PM 21 big problem for you concluding that there were 29 cases of

3:34PM 22 permanent alopecia; correct?

3:34PM 23 A. Not at all. Because you have Sedlacek that found seven

3:34PM 24 cases in that arm and zero in the other arm. So it's

3:34PM 25 replicable. You don't even have to rely on 316. There is

OFFICIAL TRANSCRIPT

```
                  UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)     *
PRODUCTS LIABILITY LITIGATION    *      Docket No.: 16-MD-2740
                                 *      Section "H(5)"
                                 *      New Orleans, Louisiana
Relates to:  Barbara Earnest     *      September 18, 2019
Case No.: 16-CV-17144            *
* * * * * * * * * * * * * * * * * *


                   DAY 3 - AFTERNOON SESSION
                TRANSCRIPT OF JURY TRIAL BEFORE
                 THE HONORABLE JANE T. MILAZZO
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139



For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163



For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163
```

OFFICIAL TRANSCRIPT

---

**Page 193**

858

LAURA MASSEY PLUNKETT - CROSS

5:22PM 1  A.  You did.

5:22PM 2  Q.  All right.  Now --

5:22PM 3  THE COURT:  The jury can make a determination whether

5:22PM 4  that was --

5:22PM 5  MS. SASTRE:  I'm sorry, Your Honor?

5:22PM 6  THE COURT:  Mr. Nolen was standing up to object, and

5:22PM 7  I overruled him before he got to say it.

5:22PM 8  MS. SASTRE:  I thought you were telling me something.

5:22PM 9  Okay.  All right.  No problem.  Thank you, Judge.

5:22PM 10  BY MS. SASTRE:

5:22PM 11  Q.  Okay.  Let's do this, Dr. Plunkett.  So let's talk about

5:22PM 12  that a little further.  Okay.

5:22PM 13  When you say that there's a group of chemotherapy

5:22PM 14  drugs and they're associated with hair loss, I'd like to make a

5:22PM 15  list with you.  Can we do that?

5:22PM 16  A.  Sure.

5:22PM 17  Q.  Okay.  Great.  So first let's start with Taxol.  Okay.  Is

5:22PM 18  Taxol associated with hair loss as a chemotherapy drug?

5:22PM 19  A.  Yes.  It is if you're -- and I assume -- but I want to

5:22PM 20  make sure we understand when I'm talking here, I'm talking

5:23PM 21  about drug-induced hair loss, which is the -- not the same as

5:23PM 22  permanent alopecia.  It's two different things.

5:23PM 23  Q.  We're going make a list.  The next thing we'll talk about

5:23PM 24  is whether those drugs with associated with persistent or

5:23PM 25  permanent alopecia.  Okay?

OFFICIAL TRANSCRIPT

---

**Page 194**

859

LAURA MASSEY PLUNKETT - CROSS

5:23PM 1  A.  Okay.  So we're not doing just drug-induced alopecia, or

5:23PM 2  you are -- are you going to do both?

5:23PM 3  Q.  We're going to do both.  We're going to take it one step

5:23PM 4  at a time.  Okay?

5:23PM 5  A.  Okay.  That's fine.

5:23PM 6  Q.  Okay.  Very good.  So, Doctor, first, with regard to

5:23PM 7  Taxol, you would agree with me that Taxol has been associated

5:23PM 8  with alopecia; correct?

5:23PM 9  A.  Drug-induced reversible alopecia, yes, it has.

5:23PM 10  Q.  Okay.  So I'm going to write "Taxol" here.

5:23PM 11  You would agree with me that Adriamycin has also been

5:24PM 12  associated with alopecia or hair loss; correct?

5:24PM 13  A.  Yes.  It's the same drug as doxorubicin, but that's right.

5:24PM 14  Q.  Okay.  Did you know that Ms. Earnest took Adriamycin?  You

5:24PM 15  didn't; right?

5:24PM 16  A.  I didn't know her therapy.  But I assumed, if she was

5:24PM 17  taking Taxol, she was on the combination regimen, which would

5:24PM 18  include that.

5:24PM 19  Q.  Okay.  So Adriamycin is on our list.  All right.

5:24PM 20  You would agree with me that Cytoxan has been

5:24PM 21  associated with alopecia; correct?

5:24PM 22  A.  Yes, it has.  This drug-induced alopecia, yes.

5:24PM 23  Q.  And you'd also agree with me that a drug by the name of

5:24PM 24  5-FU or 5-fluorouracil has also been associated with alopecia;

5:24PM 25  correct?

OFFICIAL TRANSCRIPT

---

**Page 195**

860

LAURA MASSEY PLUNKETT - CROSS

5:24PM 1  A.  Yes, with the reversible drug-induced, it has.

5:24PM 2  Q.  Okay.  And that's a drug that's frequently used in

5:25PM 3  combination with place and Cytoxan; correct?

5:25PM 4  A.  Yes.  It was part of the clinical trials.  The FAC was

5:25PM 5  5-FU, Adriamycin, Cytoxan.  And then the other, TAC, was

5:25PM 6  instead of 5-FU, Taxol.

5:25PM 7  Q.  Okay.  So I'll write "5-FU" here.  Okay.

5:25PM 8  And that was the as you said the first drug if one of

5:25PM 9  the arms of the TAX 316 clinical trial; correct?

5:25PM 10  A.  It was an interchangeable drug, so Taxol or you

5:25PM 11  took 5-FU, and the other drugs were the same.

5:25PM 12  Q.  And because it's almost 5:30 and I'm sure everyone's

5:25PM 13  tired, you would agree with me there's other drugs we could put

5:25PM 14  on that list; right?

5:25PM 15  A.  Yes.  Many drugs used to kill cancer cells will cause

5:25PM 16  drug-induced alopecia, hair loss.  It's common as reversible

5:25PM 17  side effect.

5:26PM 18  Q.  Okay.  Now, let's move on to the next step in the chart

5:26PM 19  that we're making.  Okay?

5:26PM 20  A.  Okay.

5:26PM 21  Q.  So you would agree with me that you identified permanent

5:26PM 22  hair loss as a hazard, a hazard of the Taxol; correct?

5:26PM 23  A.  There are some case reports, yes.  That's true.

5:26PM 24  Q.  Okay.  So I wrote "persistent" here.  I'm going to change

5:26PM 25  it.  I'm going to write "permanent."  Okay?

OFFICIAL TRANSCRIPT

---

**Page 196**

861

LAURA MASSEY PLUNKETT - CROSS

5:26PM 1  A.  I think the reports would fit either definition.

5:26PM 2  Q.  Sometimes it's called one and sometimes it's called the other.

5:26PM 3  A.  Okay.  But let me just be clear.  When it came to Taxol

5:26PM 4  and the research and the work you did, you specifically

5:26PM 5  identified permanent hair loss as a hazard of Taxol; true?

5:26PM 6  A.  Within case reports, yes.  There were some case reports.

5:27PM 7  Q.  Let's talk about Adriamycin.  You identified permanent

5:27PM 8  hair loss as a hazard of Adriamycin; correct?

5:27PM 9  A.  Same answer.  There are some case reports for that as

5:27PM 10  well.  Not as many, but there are some.

5:27PM 11  Q.  But it's something you saw in the literature; correct?

5:27PM 12  A.  Yes, there are some case reports.

5:27PM 13  Q.  Okay.  And if we move to Cytoxan -- well, let me actually

5:27PM 14  stop for a moment.

5:27PM 15  Did you review the Adriamycin label?

5:27PM 16  A.  I believe that was on my reliance materials, yes.

5:27PM 17  Q.  Okay.

5:27PM 18  A.  I think I tell you that in my report, that I looked at the

5:27PM 19  labeling for the drugs that were used in combination with

5:27PM 20  Taxotere.

5:27PM 21  Q.  Okay.  And did you see that it says "reverse complete

5:27PM 22  alopecia occurs in most cases"?

5:27PM 23  A.  I don't recall the words.  I would have to pull it back

5:27PM 24  out.  But let me look at my report.  I might have it in here,

5:27PM 25  if you want me to -- I just don't recall the specific wording

OFFICIAL TRANSCRIPT

49 (Pages 193 to 196)

Page 205

870

LAURA MASSEY PLUNKETT - CROSS

5:49PM 1  intended to confuse the jury. It's intended to confuse the
5:50PM 2  jury. It's the May 8th, 2003. I don't know that this is the
5:50PM 3  label that would have been in existence at the time this drug
5:50PM 4  was prescribed.
5:50PM 5      THE COURT: I don't think that's the issue. I think
5:50PM 6  the issue is -- is that -- I believe the argument is Adriamycin
5:50PM 7  causes permanent alopecia. So that is -- I think it's for that
5:50PM 8  limited purpose.
5:50PM 9      MR. NOLEN: Your Honor, I would just add for the
5:50PM10  record that this is another one of those deals where you throw
5:50PM11  everything up against the wall and see what sticks. Because
5:50PM12  the reality is -- the reality is is that there is no
5:50PM13  statistically significant -- you can't prove statistically
5:50PM14  significant association between Adriamycin and permanent hair
5:50PM15  loss. We have done that research, Your Honor.
5:50PM16      THE COURT: Okay. I'm not telling you --
5:50PM17      MS. SASTRE: I don't know about it. I don't even
5:50PM18  know what that is.
5:50PM19      THE COURT: That's way past what I'm talking about
5:51PM20  here.
5:51PM21      MR. NOLEN: So you put it in, it's misleading.
5:51PM22      THE COURT: The question is whether or not this
5:51PM23  should come in. I think you questioned her about it, the
5:51PM24  document -- did she review this document?
5:51PM25      MS. SASTRE: She has three Adriamycin labels on her

OFFICIAL TRANSCRIPT

---

Page 206

871

LAURA MASSEY PLUNKETT - CROSS

5:51PM 1  reliance list, yes, Your Honor. She just said she reviewed
5:51PM 2  them. She reviewed them also in particular --
5:51PM 3      THE COURT: He can't help it.
5:51PM 4      MS. SASTRE: She reviewed them in particular, Your
5:51PM 5  Honor, because she also read them carefully because there's
5:51PM 6  clinical information contained within them. And a lot of her
5:51PM 7  opinions are based upon clinical information within the labels.
5:51PM 8  I mean, Judge, this case is -- Adriamycin is an issue that's
5:51PM 9  alive and well in this case in numerous respects.
5:51PM10      MR. NOLEN: Your Honor, that clinical information
5:51PM11  that all of her opinions are based on --
5:51PM12      THE COURT: Listen, I'm not going to do an assessment
5:51PM13  of whether or not -- and I think that gives you just whether or
5:51PM14  not it's relevant.
5:51PM15      MR. NOLEN: I did not elicit that testimony. And,
5:51PM16  therefore, again, it's 611. It exceeds the scope. So that's
5:52PM17  another objection.
5:52PM18      MS. SASTRE: It's a label for a drug she took, Judge.
5:52PM19  I'm just a little bit beside myself. It's a label for a drug
5:52PM20  she took.
5:52PM21      THE COURT: I don't think you need to be beside
5:52PM22  yourself.
5:52PM23      MS. SASTRE: Okay. I'm sorry. I'm tired, Judge. I
5:52PM24  apologize.
5:52PM25      THE COURT: We all are.

OFFICIAL TRANSCRIPT

---

Page 207

872

LAURA MASSEY PLUNKETT - CROSS

5:52PM 1      MS. SASTRE: Okay.
5:52PM 2      THE COURT: I'm going to allow it. The jury can make
5:52PM 3  a determination as to what it means.
5:52PM 4      (WHEREUPON, the following proceedings were held in
5:52PM 5  open court.)
5:53PM 6      MS. SASTRE: Your Honor, the defendant would move in
5:53PM 7  Exhibit D-388-D, then, Adriamycin labeling into evidence.
5:53PM 8      THE COURT: Over plaintiff's objection, let it be
5:53PM 9  admitted.
5:53PM10  BY MS. SASTRE:
5:53PM11  Q.  Okay. Very good.
5:53PM12      I'll just go ahead and put it up on the ELMO just
5:53PM13  because we have it right here. And so what we were talking
5:53PM14  about Dr. Plunkett is underneath the adverse reaction section,
5:53PM15  Adriamycin states "reversible complete alopecia occurs in most
5:53PM16  cases." Correct?
5:53PM17  A.  That's what is stated, which means most women will lose
5:53PM18  their hair as a result of drug, which I believe is true, that
5:53PM19  drug-induced alopecia.
5:53PM20  Q.  Okay. All right. Thank you.
5:53PM21      Now, if we go back to the chart that we're making,
5:53PM22  let's talk about Cytoxan for a moment. Okay?
5:54PM23  A.  Okay.
5:54PM24  Q.  You said that you knew or you found out recently that
5:54PM25  Mrs. Earnest took Adriamycin; correct?

OFFICIAL TRANSCRIPT

---

Page 208

873

LAURA MASSEY PLUNKETT - CROSS

5:54PM 1  A.  I assume. I said I assume she did based on the fact that
5:54PM 2  she was -- she was taking it for breast cancer -- well, I say
5:54PM 3  taking it, Taxotere, as an adjuvant treatment. So I assume
5:54PM 4  that she was taking Adriamycin and cyclophosphamide, but I
5:54PM 5  don't know for sure. I'm not a case-specific expert.
5:54PM 6  Q.  Okay. Well, your assumptions were right. So Cytoxan, you
5:54PM 7  just used the word "cyclophosphamide"?
5:54PM 8  A.  Yes.
5:54PM 9  Q.  And just to be clear, Cytoxan is cyclophosphamide;
5:54PM10  correct?
5:54PM11  A.  Yes. And I'm using that word because that's what's in the
5:54PM12  literature most of the time.
5:54PM13  Q.  Okay. Is it okay if we use the term "Cytoxan"?
5:54PM14  A.  That's fine.
5:54PM15  Q.  Very good.
5:54PM16      So you now know that Mrs. Earnest was also taking
5:54PM17  Cytoxan; correct?
5:54PM18  A.  If you're going to tell me that's true, I will believe
5:54PM19  that's true.
5:54PM20  Q.  Okay. All right. So with regard to, again, your work in
5:55PM21  this case, your search, your review, your analysis of the
5:55PM22  literature, you would agree with me that you identified
5:55PM23  permanent hair loss as a hazard of Cytoxan; correct?
5:55PM24  A.  In terms of case reports, yes, there are some case
5:55PM25  reports.

OFFICIAL TRANSCRIPT

---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)    *
PRODUCTS LIABILITY LITIGATION   *    Docket No.: 16-MD-2740
                                *    Section "H(5)"
                                *    New Orleans, Louisiana
*Relates to:  Barbara Earnest*   *    September 19, 2019
*Case No.: 16-CV-17144*          *
* * * * * * * * * * * * * * * * * *


DAY 4 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:


For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                             BY:  DAWN M. BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139


For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                               & Warshauer, LLC
                             BY:  M. PALMER LAMBERT, ESQ.
                             1100 Poydras Street
                             Suite 2800
                             New Orleans, Louisiana 70163


For the Plaintiffs:          Pendley Baudin & Coffin, LLP
                             BY:  CHRISTOPHER L. COFFIN, ESQ.
                             1100 Poydras Street
                             Suite 2505
                             New Orleans, Louisiana 70163


OFFICIAL TRANSCRIPT

## Page 5

1028

12:54PM 1           AFTERNOON SESSION
12:54PM 2           (September 19, 2019)
12:54PM 3           *****
1:15PM 4     THE DEPUTY CLERK:  All rise.
1:15PM 5     MR. COFFIN:  Your Honor, before we bring the jury, we
1:15PM 6  have these Kopreski designations ready to talk to you about on
1:16PM 7  the video.
1:16PM 8     THE COURT:  Are you all playing that this afternoon?
1:16PM 9     MR. COFFIN:  Well, that's a good point.  We might be;
1:16PM10  it just depends on the timing of things.  We can switch some
1:16PM11  things around so we don't have to jam you up.
1:16PM12     THE COURT:  Well, the problem is you're jamming the
1:16PM13  jury up.  Okay.  Let me see.
1:16PM14     MR. COFFIN:  These are what are -- this is --
1:16PM15           (OFF THE RECORD)
1:17PM16     THE COURT:  Let's bring in the jury.
1:17PM17     THE DEPUTY CLERK:  All rise.
1:17PM18     (WHEREUPON, the jury entered the courtroom.)
1:17PM19     THE COURT:  All jurors are present.  Court's back in
1:17PM20  session.  You may be seated.
1:17PM21     Dr. Tosti, I remind you you're under oath.
1:17PM22     MS. SASTRE:  Thank you, Your Honor.
1:18PM23     THE COURT:  Ms. Sastre.
1:18PM24     MS. SASTRE:  Good afternoon, everybody.
1:18PM25     (WHEREUPON, ANTONELLA TOSTI, having been previously

OFFICIAL TRANSCRIPT

## Page 6

1029

ANTONELLA TOSTI - CROSS

1:18PM 1  duly sworn, testified as follows.)
1:18PM 2           CROSS-EXAMINATION
1:18PM 3  BY MS. SASTRE:
1:18PM 4  Q.  Dr. Tosti, hello.
1:18PM 5  A.  Hello.
1:18PM 6  Q.  I don't believe we've ever had the pleasure of meeting
1:18PM 7  before.  My name is Hildy Sastre.  I have some questions for
1:18PM 8  you, just like Mr. Schanker had.  All right?
1:18PM 9  A.  Yes, ma'am.
1:18PM10     MS. SASTRE:  Before we start, Your Honor, I would
1:18PM11  just like to give the witness a copy of her depositions in this
1:18PM12  matter, if I may.
1:18PM13     THE COURT:  Sure.
1:18PM14     MS. SASTRE:  Okay.  Very good.
1:18PM15     THE WITNESS:  Thank you.
1:18PM16     MS. SASTRE:  You're welcome.
1:18PM17  BY MS. SASTRE:
1:18PM18  Q.  So, Dr. Tosti, you know that Mrs. Earnest had chemotherapy
1:18PM19  in 2011; correct?
1:18PM20  A.  Yes.
1:18PM21  Q.  And that was to treat breast cancer; right?
1:18PM22  A.  Yes.
1:18PM23  Q.  And you understand that she was treated specifically with
1:18PM24  a drug by the name of Adriamycin?
1:18PM25  A.  Yes.

OFFICIAL TRANSCRIPT

## Page 7

1030

ANTONELLA TOSTI - CROSS

1:18PM 1  Q.  And you'd agree with me that Adriamycin causes hair loss;
1:19PM 2  correct?
1:19PM 3  A.  Adriamycin can cause anagen effluvium, yes.
1:19PM 4  Q.  Okay.  When you say that, though, I'm asking you a very
1:19PM 5  specific question.
1:19PM 6     When a patient takes Adriamycin for chemotherapy,
1:19PM 7  Adriamycin can cause hair loss?
1:19PM 8  A.  Yes, hair loss, but not permanent regrowth.
1:19PM 9  Q.  I'm sorry.  Say that again.  Not what?
1:19PM10  A.  Can cause hair loss.  But what she has is different.  She
1:19PM11  has no regrowth.
1:19PM12  Q.  Okay.  Well, my question is just simply it can cause hair
1:19PM13  loss; right?
1:19PM14  A.  Yes, it can cause hair loss.
1:19PM15  Q.  Very good.  And you'd also agree with me that there are
1:19PM16  reports in the literature of what you call -- what you talked
1:19PM17  about this morning, persistent chemotherapy-induced alopecia
1:19PM18  with Adriamycin; true?
1:19PM19  A.  With Adriamycin alone, just a very, very high dosage, not
1:20PM20  for breast cancer.
1:20PM21  Q.  All right.  Let me see if I can ask you a different
1:20PM22  question.
1:20PM23     Is Adriamycin considered an anthracycline drug?
1:20PM24  A.  Yes.
1:20PM25  Q.  And there's case reports of persistent

OFFICIAL TRANSCRIPT

## Page 8

1031

ANTONELLA TOSTI - CROSS

1:20PM 1  chemotherapy-induced alopecia with anthracycline regimens;
1:20PM 2  true?
1:20PM 3  A.  Yes.
1:20PM 4  Q.  Okay.  Now, we can agree that Mrs. Earnest was also
1:20PM 5  treated with Cytoxan?
1:20PM 6  A.  Yes.
1:20PM 7  Q.  And another name for that is cyclophosphamide?
1:20PM 8  A.  Yes.
1:20PM 9  Q.  And you'd agree that Cytoxan causes hair loss; true?
1:20PM10  A.  Yes.
1:20PM11  Q.  And you'd also agree with me, Doctor, that there are
1:20PM12  reports in the literature which you have seen personally of
1:20PM13  persistent chemotherapy-induced alopecia with Cytoxan?
1:20PM14  A.  Very rare.
1:20PM15  Q.  But they exist was my question.
1:20PM16  A.  Yes, but they are very rare.
1:20PM17  Q.  Okay.  Now, there's also a group of chemotherapies used to
1:21PM18  treat breast cancer known as taxanes; right?
1:21PM19  A.  Yes.
1:21PM20  Q.  And Taxotere is a taxane; true?
1:21PM21  A.  Yes.
1:21PM22  Q.  Taxol is a taxane?
1:21PM23  A.  Yes.
1:21PM24  Q.  And let's talk about Taxol for a moment.  I know you spoke
1:21PM25  with Mr. Schanker about it on your direct exam.

OFFICIAL TRANSCRIPT

## Page 33

1056

ANTONELLA TOSTI - CROSS

1:54PM 1 Q.  Okay.  And let me try to pull those up.

1:54PM 2      You looked at cyclophosphamide; correct?

1:54PM 3 A.  Yes.  I don't know the data about these drugs exactly.  I

1:55PM 4 see here, but I don't know if they -- patients took these,

1:55PM 5 association.  Not just cyclophosphamide alone.  I don't know.

1:55PM 6 Q.  Okay.  Cyclophosphamide is listed; right?

1:55PM 7 A.  But it's listed maybe in association with methotrexate and

1:55PM 8 fluorouracil.

1:55PM 9 Q.  Well, Doctor, there may be a lot of things going on here.

1:55PM10 I don't know.  I'm just asking you is cyclophosphamide listed?

1:55PM11 A.  It's listed.

1:55PM12 Q.  Okay.  And what it says next to cyclophosphamide, which is

1:55PM13 Cytoxan, and then two other drugs that are listed, it has a

1:55PM14 number of 13; correct?

1:55PM15 A.  But you don't know which one as the number.  It's a mix to

1:55PM16 it.

1:55PM17 Q.  I didn't ask that, ma'am.  I'm just asking you is the

1:55PM18 number 13 there.

1:55PM19 A.  So number 13, but it's for three drugs, not for one.

1:55PM20 Q.  I understand.  And all I'm asking you is that some number

1:55PM21 of these 13 patients, I know you don't know how many today, but

1:55PM22 some number within those 13 patients took cyclophosphamide --

1:56PM23 A.  I am very aware of this, yes.

1:56PM24 Q.  -- and had persistent chemotherapy-induced alopecia?

1:56PM25 A.  Yes.

OFFICIAL TRANSCRIPT

## Page 34

1057

ANTONELLA TOSTI - CROSS

1:56PM 1 Q.  As you sit here today, you don't know if the number is

1:56PM 2 one, you don't know if the number is 10 for cyclophosphamide;

1:56PM 3 right?

1:56PM 4 A.  Absolutely, I don't know.

1:56PM 5 Q.  Okay.  And then if we look a little further down, it says

1:56PM 6 "doxorubicin."  Do you see that?

1:56PM 7 A.  Yes, I do.

1:56PM 8 Q.  And if lists other drugs as well?

1:56PM 9 A.  Yes.

1:56PM10 Q.  Doxorubicin is Adriamycin; right?

1:56PM11 A.  Yes.

1:56PM12 Q.  And in your paper published in 2109, you recorded five

1:56PM13 cases for a group of drugs, including Adriamycin, where you saw

1:56PM14 five patients with persistent chemotherapy-induced alopecia;

1:56PM15 correct?

1:56PM16 A.  They were also taking Adriamycin.

1:56PM17 Q.  Right.  And that's what I'm saying.  You don't know of

1:56PM18 that five patients who had persistent chemotherapy-induced

1:56PM19 alopecia, if it was two or three or four or even just one of

1:57PM20 them that had that drug, but you know some of them did;

1:57PM21 correct?

1:57PM22 A.  Yes, but what I really think is that those drugs are, you

1:57PM23 know, sometimes occasionally causing the problem.  I never said

1:57PM24 they never cause.  It's just a question of, likely, frequency.

1:57PM25 Q.  One of the other drugs that the jury has heard a little

OFFICIAL TRANSCRIPT

## Page 35

1058

ANTONELLA TOSTI - CROSS

1:57PM 1 bit about, and I think you discussed on your direct exam, is

1:57PM 2 fluorouracil; correct?

1:57PM 3 A.  No, I have no experience with that.  I discussed busulfan.

1:57PM 4 I have experience with busulfan.

1:57PM 5 Q.  All right.  But you've heard of fluorouracil; correct?

1:58PM 6 A.  Sorry?

1:58PM 7 Q.  Fluorouracil.  I just highlighted it on the page.

1:58PM 8 A.  Yes, I have no experience with the drug.

1:58PM 9 Q.  Okay.  But it's included within your group where some

1:58PM10 number of patients within that 13 had persistent

1:58PM11 chemotherapy-induced alopecia after taking fluorouracil; right?

1:58PM12 A.  Yes.

1:58PM13 Q.  Okay.  Now, the jury's heard a little bit about a drug

1:58PM14 regimen.  They heard about FAC, F-A-C.  And they've also heard

1:58PM15 about a regimen called FEC, F-E-C.  All right.  And do you

1:58PM16 understand the E in FEC to be epirubicin?

1:58PM17 A.  I'm not an oncologist, and to be honest, I don't feel I

1:58PM18 can give an expert opinion, but I'm here and I will do what I

1:59PM19 can do.

1:59PM20 Q.  Well, let me ask you this, Doctor:  There's case reports

1:59PM21 of persistent chemotherapy-induced alopecia with the F-E-C, or

1:59PM22 FEC, regimen; true?

1:59PM23 A.  I think so.

1:59PM24 Q.  And the E in the FEC is also included within your study?

1:59PM25 A.  Right?  Epirubicin?

OFFICIAL TRANSCRIPT

## Page 36

1059

ANTONELLA TOSTI - CROSS

1:59PM 1 A.  Yes.

1:59PM 2 Q.  Okay.  Let me find that.

1:59PM 3      I may have misspoke, and I apologize.  I couldn't

1:59PM 4 find it because you actually don't comment on epirubicin in the

2:00PM 5 study.

2:00PM 6      All right.  So let's -- let's go back to

2:00PM 7 Mrs. Earnest.  Okay?

2:00PM 8 A.  Yes.

2:00PM 9 Q.  All right.  Now, we talked about Mrs. Earnest taking

2:00PM10 hormone therapy or Arimidex; true?

2:00PM11 A.  Yes.

2:00PM12 Q.  And I believe what these drugs are called -- and we

2:00PM13 haven't spent as much time on them as we have the chemotherapy

2:00PM14 drugs, so I'd like to just spend a moment here.

2:00PM15      But I think what they're called is aromatase

2:00PM16 inhibitors; true?

2:00PM17 A.  Yes.

2:00PM18 Q.  And doctors use Arimidex for women who have been diagnosed

2:00PM19 with cancer, particularly if they're past menopause; right?

2:00PM20 A.  Yes.

2:01PM21 Q.  Like Mrs. Earnest; correct?

2:01PM22 A.  Yes.  And I explained today that they're used for

2:01PM23 estrogen-positive breast cancer, not always.

2:01PM24 Q.  And you would agree with me that aromatase inhibitors,

2:01PM25 like Arimidex, cause hormonal changes in the body?

OFFICIAL TRANSCRIPT

## Page 41

1064

ANTONELLA TOSTI - CROSS

2:07PM 1  well -- if you have hair loss with endocrine therapy, you said,
2:07PM 2  well, it's not that bad; right?
2:07PM 3  A.  It most commonly is Grade 1.
2:07PM 4  Q.  Well, let's take a look at that.
2:08PM 5       So right here you see where it says Grade 2; right?
2:08PM 6    Do you see that, Grade 2?  Doctor, Grade 2?
2:08PM 7  A.  I see.  I also see that it's a significant difference
2:08PM 8  between the two.
2:08PM 9  Q.  Hold on.  I got to ask a question.  Hold on.
2:08PM10    And if we go over to the column to the right, it says
2:08PM11  that of those patients who took endocrine therapy and had
2:08PM12  alopecia from the endocrine therapy, 12 out of 92, or
2:08PM13  13 percent, had Grade 2; right?
2:08PM14  A.  Yes.
2:08PM15  Q.  And you showed the jury a picture of what you said was
2:08PM16  Grade 2 alopecia.  And I'd like to find that.  Just give me one
2:08PM17  second.
2:09PM18    MS. SASTRE:  Do you have the Grade 2 photo?
2:09PM19       I'm sorry.  Give me one second.
2:09PM20       Okay.  I have it.
2:09PM21  BY MS. SASTRE:
2:09PM22  Q.  So...
2:09PM23  A.  I got that from another context, and I explained this
2:09PM24  morning very well that the problem with this situation --
2:09PM25    THE COURT:  Hold on.

OFFICIAL TRANSCRIPT

## Page 42

1065

ANTONELLA TOSTI - CROSS

2:09PM 1    THE WITNESS:  I want to explain.
2:09PM 2    THE COURT:  I think you need to ask a question.
2:09PM 3    THE WITNESS:  Okay.  Sorry.
2:09PM 4  BY MS. SASTRE:
2:09PM 5  Q.  All I'm asking you, when you showed this picture to the
2:09PM 6  jury, you said this is Grade 2 alopecia; true?
2:09PM 7  A.  Yes.
2:09PM 8  Q.  All right.  Thank you.
2:09PM 9    And if we go back --
2:09PM10  A.  Can I explain now?
2:09PM11    THE COURT:  Well, I think -- the question was just is
2:09PM12  this Grade 2 alopecia.
2:09PM13  BY MS. SASTRE:
2:10PM14  Q.  And, Doctor, if we want to know what Grade 2 is, beyond
2:10PM15  the picture of what you showed the jury, we can read your
2:10PM16  definition from your study.  And you state, "Grade 2 is hair
2:10PM17  loss of 50 percent or more of normal for that individual and is
2:10PM18  readily apparent to others.  Camouflage is necessary if the
2:10PM19  patient desires."  Correct?
2:10PM20  A.  Yes.  That's right, 50 percent or more.  So 50 percent can
2:10PM21  go to 90 percent.  And so that's the -- the problem of that
2:10PM22  grading.
2:10PM23  Q.  The grades in your paper?
2:10PM24  A.  The grading in general.  This is grading of
2:10PM25  dermatological side effects.  And I explained this

OFFICIAL TRANSCRIPT

## Page 43

1066

ANTONELLA TOSTI - CROSS

2:10PM 1  morning, that depending on the two grades, it doesn't really
2:10PM 2  give you the possibility to select it completely this way.
2:10PM 3  Q.  Just to be clear, when you say that it may be necessary
2:11PM 4  that the patients camouflage, you're talking about alopecia
2:11PM 5  Grade 2 in patients who've received endocrine therapy that it's
2:11PM 6  so severe that they do need to use things like wigs; correct?
2:11PM 7  A.  That's what "camouflage" means.
2:11PM 8  A.  Yes.  But the definition of alopecia with endocrine
2:11PM 9  therapy required that the patient starts with hair.
2:11PM10  Q.  Okay.  Okay.
2:11PM11  A.  That's the problem.
2:11PM12  Q.  And when it comes to endocrine therapy, you'd agree with
2:11PM13  me that up to 25 percent of patients with breast cancer
2:11PM14  receiving endocrine therapy may develop endocrine
2:11PM15  therapy-induced alopecia; true?
2:11PM16  A.  Yes.
2:11PM17  Q.  And that's exactly what you state in your paper, up to
2:11PM18  25 percent; right?
2:11PM19  A.  Yes.
2:11PM20  Q.  Now, you talked about a couple times if a patient -- you
2:11PM21  had your 192 patients, and you divided them up into two groups;
2:12PM22  right?  And there's the chemotherapy group; right?  PCIA.
2:12PM23  then there's the endocrine therapy group, EIAC; correct?
2:12PM24  A.  Yes.
2:12PM25  Q.  And in order to be within the endocrine therapy group, the

OFFICIAL TRANSCRIPT

## Page 44

1067

ANTONELLA TOSTI - CROSS

2:12PM 1  patient would have already had chemotherapy; true?
2:12PM 2  A.  Yes.
2:12PM 3  Q.  They would have lost their hair; true?
2:12PM 4  A.  Yes.
2:12PM 5  Q.  Their hair would have come back.  They would have had
2:12PM 6  complete regrowth; correct?
2:12PM 7  A.  Yes.
2:12PM 8  Q.  And then they would have started endocrine therapy
2:12PM 9  then had the hair loss that you specifically identified and
2:12PM10  counted in your paper.
2:12PM11  A.  That's precise.  That's exactly what happens.
2:12PM12  Q.  All right.  And you'd agree with me, ma'am, that in
2:12PM13  between the time that Barbara Earnest concluded her
2:12PM14  chemotherapy and the time just a couple months later when she
2:12PM15  started her endocrine therapy, you don't have any evidence and
2:12PM16  you've seen nothing in this record to indicate that she had
2:13PM17  hair regrowth during that time; correct?
2:13PM18  A.  She did not.  She did not grow in three months, which is
2:13PM19  normally the time you should have almost complete regrowth.  So
2:13PM20  she didn't regrow before starting the aromatase inhibitor.
2:13PM21  Q.  But to be clear, I just want to make sure that we're
2:13PM22  drawing the distinction, the patients in your study included in
2:13PM23  the endocrine group, their hair completely regrew after chemo;
2:13PM24  right?
2:13PM25  A.  Yes.

OFFICIAL TRANSCRIPT

08:48:06

                        UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF LOUISIANA



IN RE:   TAXOTERE (DOCETAXEL)
         PRODUCTS LIABILITY            Docket No.: 16-MD-2740
         LITIGATION                    Section "H(5)"
                                       September 20, 2019
                                       New Orleans, Louisiana

*Relates To*:  *Barbara Earnest*,
*Case No.: 16-CV-17144*


    * * * * * * * * * * * * * * * * * * * * * * * * * * * *


                        DAY 5, MORNING SESSION
                   TRANSCRIPT OF JURY TRIAL PROCEEDINGS
              HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                      UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiffs:          Barrios, Kingsdorf & Casteix, LLP
                             BY:  DAWN BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139


For the Plaintiffs:          Gainsburgh, Benjamin, David,
                               Meunier & Warshauer, LLC
                             BY:  PALMER LAMBERT, ESQ.
                             2800 Energy Centre
                             1100 Poydras Street
                             New Orleans, Louisiana 70163-2800




                        *OFFICIAL TRANSCRIPT*

Page 1218

1    MR. MICELI: Same objection, Your Honor.
2    THE COURT: I think we're now really going far afield
3  of what her direct testimony was and her qualifications.
4    EXAMINATION BY MR. STRONGMAN:
5    Q. Now, Doctor, with regard to the opinions that you offered
6  today regarding causation, you would agree with me, Doctor,
7  that there have been cases of permanent hair loss reported with
8  Taxol, correct?
9    A. Correct.
10   Q. You would agree with me that there have been cases of
11 permanent hair loss reported with cyclophosphamide, correct?
12   A. I actually don't have isolated cyclophosphamide in here,
13 unless it's pooled in Freites-Martinez's article. But it's
14 captured in my table.
15   Q. Well, Doctor, let me just ask the question again. You
16 would agree that there have been cases of permanent hair loss
17 reported with cyclophosphamide, correct?
18   A. I can't tell from the Freites-Martinez paper, to tell you
19 the truth, but if it was, it was in that paper.
20   MR. STRONGMAN: May I approach the witness, Your Honor?
21   THE COURT: Yes, you may.
22   THE WITNESS: Oh, I'm sorry. It is in the AC regimen,
23 so yes.
24   EXAMINATION BY MR. STRONGMAN:
25   Q. So let me just ask the question again, so we have a clear

Page 1219

1  reference.
2    A. I'm sorry, I thought you were talking about monotherapy.
3  So my apologies.
4    Q. Would you agree with me that there have been cases of
5  permanent hair loss reported with cyclophosphamide?
6    A. Yes. Yes.
7    Q. Would you agree with me that there have been cases of
8  permanent hair loss reported with Adriamycin?
9    A. Correct.
10   Q. Would you agree with me that there have been cases of
11 permanent hair loss reported with the AC regimen?
12   A. Well, now I am a little confused. I was including the
13 cyclophosphamide in the anthracycline answer, with combo.
14   Q. But you would agree with me that in the AC regimen combo,
15 there have been cases of permanent hair loss?
16   A. Yes, I do agree.
17   Q. You would agree with me that there have been cases
18 reported of permanent hair loss with the AC Taxol regimen,
19 correct?
20   A. I believe that's captured in some of the cases I have on
21 the --
22   Q. So the answer is yes?
23   A. Yes. I'd have to look at the specifics of the article,
24 but I believe those were in combo.
25   Q. Now, you talked through a chart of literature that you

Page 1220

1  reviewed; is that correct?
2    A. That's correct.
3    Q. Okay. One of the things that you did was you searched the
4  literature, and you came up with these articles, and then you
5  counted the reports; is that correct?
6    A. Well, I reviewed the articles.
7    Q. Fair enough.
8       But then you counted the reports, correct?
9    A. Yes. I looked at the number of events that were reported
10 in those papers, so I accurately described what was in the
11 papers.
12   Q. I think you explained that your search was -- I think you
13 called it comprehensive, but not exhaustive; is that correct?
14   A. That's a correct description.
15   Q. You certainly remember during your deposition you were
16 shown some articles that had reports with other drugs that you
17 had not found during your original search, correct?
18   A. They handed me articles that I had not found on my
19 original search, but I read them in realtime and, after reading
20 them, decided one would have gone in, the others would have
21 not. Two were actually incorrect and were corrected in the
22 literature.
23   Q. I think you testified several times that the topic under
24 consideration was Taxotere, right? That's what you've said
25 today multiple times, correct?

Page 1221

1    A. Yes, that's my impression of why we're all here today.
2    Q. You were laser focused on Taxotere, correct?
3    A. Well, I was focused on issues relevant to Taxotere in the
4  setting of the treatments that breast cancer patients received.
5  So I looked at the regimens, if that's what you're asking.
6    MR. STRONGMAN: May I approach, Your Honor?
7    THE COURT: Yes, you may.
8    EXAMINATION BY MR. STRONGMAN:
9    Q. Now, Dr. Feigal, one more question. During your direct
10 examination with Mr. Miceli, you did not offer any opinions
11 about the overall exposure in the entire patient population for
12 each individual drug, correct?
13   A. Well, I did talk about -- I thought I talked about the
14 cumulative dose for those papers.
15   Q. Let me just ask it a different way. You didn't offer any
16 opinions about how many patients worldwide were exposed to one
17 drug or another drug or another drug, correct?
18   A. Worldwide?
19   Q. Yes.
20   A. No.
21   Q. You didn't offer any opinions about that, correct?
22   A. I didn't offer opinion on worldwide exposure.
23   Q. Now, what I've handed you is the Crown poster, correct?
24   A. Correct.
25   Q. Crown is included in your list; is it not?

14  (Pages 1218 to 1221)

Page 1234

1    5-fluorouracil, correct?
2    A.  Correct.
3    Q.  We know that 45 were exposed to some type of
4    anthracycline, which was the Adriamycin, correct?
5    A.  Right.  I'm just confused why you listed it twice, but
6    that's okay.
7         THE COURT:  That's -- that's -- Mr. Strongman.
8         THE WITNESS:  I also don't see the 29 anywhere on this
9    chart.
10        THE COURT:  Doctor, you really just need to answer
11   Mr. Strongman's questions.
12   EXAMINATION BY MR. STRONGMAN:
13   Q.  Now I want to talk about TAX316 very briefly, Doctor.
14        Let me just ask one question.  I want to make sure I
15   understood your answer.  So this is the chart that you had
16   showed the jury with Mr. Miceli, correct?
17   A.  You know, I'm really sorry, I can't see that from here.
18   Q.  Do you have that one in front of you still?
19   A.  Well, I don't know what you're holding.
20        THE COURT:  The chart that Mr. Miceli gave you.
21   EXAMINATION BY MR. STRONGMAN:
22   Q.  Do you have that one in front you still?
23   A.  Yeah, yeah, yeah.
24   Q.  Did you prepare this chart yourself?
25   A.  Yes.

Page 1235

1    Q.  You typed it up?
2    A.  Yes.  Well, they provided the visual for the trial, but I
3    provided the table.
4    Q.  The actual -- you actually typed up this table?
5    A.  Yes, this is the data I put together.
6         MR. MICELI:  Your Honor, I object to the form of the
7    question, asked and answered.
8         THE COURT:  Sustained.
9         MR. MICELI:  Thank you.
10   EXAMINATION BY MR. MICELI:
11   Q.  Doctor, if I understand what you said earlier, is that
12   when you put -- you wrote Taxotere here, correct?
13   A.  That's correct.
14   Q.  The reason that you didn't include the A and the C was
15   because it didn't fit in that cell; is that correct?
16   A.  Correct.
17   Q.  You didn't think about maybe making it a landscape
18   version, so you could include that information?
19   A.  I'm just saying in headers -- no, I didn't have a big
20   header.  It was a Taxotere, and it was implied these are
21   Taxotere regimens.  None of these are monotherapy.
22   Q.  So, Doctor, we can also agree that when you looked at the
23   TAX316 data, just like with the Taxotere arm, there were cases
24   of what you're calling irreversible alopecia in the
25   non-Taxotere arm, correct?

Page 1236

1    A.  That's correct.
2    Q.  So, Doctor, my question to you is, for these -- there were
3    16 of them, correct?
4    A.  That's correct.
5    Q.  For those 16, was it the F that caused the permanent
6    alopecia, was it the A that caused the permanent alopecia, or
7    was it the C that caused the permanent alopecia?
8    A.  I just call it a non-taxane arm.
9    Q.  Well, Doctor, that wasn't my question.
10   A.  I didn't isolate the 16 according to which part of the
11   combo, that is correct.
12   Q.  Doctor, sitting here today, can you tell me that it was
13   the F that caused the permanent alopecia in 16, yes or no?
14   A.  Highly unlikely, because there is nothing in the
15   literature about the 5- FU.
16   Q.  Doctor, sitting here today, can you tell me, yes or no,
17   whether it was the A that caused the permanent alopecia in
18   those 16 patients?
19   A.  It could be either A or C or both.
20   Q.  And so you would agree with me that it could have been the
21   A, the C, or both, correct?
22   A.  It could have been both, right.
23   Q.  Now, Doctor, you also asked -- were asked some questions
24   about, I think, biologic plausibility, correct?
25   A.  That's correct.

Page 1237

1    Q.  And mechanism of action, do you remember that?
2    A.  Yes.
3    Q.  And stem cells, do you remember that?
4    A.  Yes.
5    Q.  And I think you said you had quite a bit of -- quite a bit
6    of experience with stem cells, I think, was -- something along
7    those lines, right?
8    A.  Not specifically on hair stem cells, but on stem cell
9    research.
10   Q.  And when you were discussing your opinions with us, you
11   believed that the theory -- and I know it's a theory -- would
12   be that Taxotere damages stem cells in some fashion, correct?
13   A.  I think what I said in my depos and here is that the
14   hypothesis is that it damages stem cells and/or the signalling
15   between -- the communication.  So it may not affect the stem
16   cells directly.  It may affect the communication signals
17   between stem cells.  That is --
18   Q.  And I think?  I'm sorry.  Are you finished?  Go ahead.
19   A.  May I explain?
20   Q.  You may.  Certainly.
21   A.  That is in addition to the known mechanism of action in
22   terms of damaging hair cells and rapidly dividing cells.  So we
23   already know that Taxotere, as a cytotoxic chemotherapy, does
24   cause hair loss.  There is no question about that.  So it's on
25   top of what we already know about the product.