# EXHIBIT 26

Page 1

1           UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF LOUISIANA
3
4
                                              )
5   In Re:                                    )
    TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY   )
6   LITIGATION,                               )
                                              ) MDL No. 2740
7                                             )
    This document relates to:                 ) SECTION: H
8                                             )
    Sheila Crayton, Case No. 2:16-cv-05923,   )
9   Cynthia Thibodeaux, Case No. 2:16-cv-15859 )
                                              )
10                                            )
                                              )
    _____   )
11                                            )
12
13
14
15       VIDEOTAPED DEPOSITION OF ELLEN FEIGAL, M.D.
16                 Los Angeles, California
17               Thursday, November 21, 2019
18
19
20
21   Stenographically Reported by:
     AMANDA J. KALLAS
22   CSR No. 13901
23   Job No. 3775935
24   PAGES 1 - 331
25

Page 238

1  So my question to you is, does this data,
2  that I've just shown you, does it matter to you?
3      MR. MICELI:  Object to the form.
4      THE WITNESS:  No.
5  BY MR. MOORE:
6    Q  Okay.
7      MR. MOORE:  All right.  We can take a break.
8      THE WITNESS:  It has no -- it has no bearing
9  on my expert opinion.
10     MR. MICELI:  Okay.  So --
11     THE VIDEOGRAPHER:  Going off the record.  The
12  time is 2:10 p.m.
13         (Break in proceedings.)
14     THE VIDEOGRAPHER:  Back on the record.  The
15  time is 2:21 p.m.
16  BY MR. MOORE:
17   Q  Okay.  Doctor, we were talking about opinion
18  4 in your report, on Page 69, that referenced your
19  belief that the -- there was reliable scientific
20  evidence indicating a substantially higher risk for
21  PCIA with Taxotere versus other comparator
22  chemotherapy drugs.
23      Just so the record is clear, what are the
24  other comparator chemotherapy drugs that you're
25  referring to?

Page 239

1    A  Adriamycin, Cytoxan, the other comparator
2  drugs -- let me just turn -- for the -- for the four
3  clinical trials.  I believe one of them was also
4  Taxol... I'm trying to remember if methotrexate and
5  5-FU was in there.
6      Anyway, for the specifics, it's in my
7  narrative on each of those four -- I think I listed
8  Crown, Sedlacek, Kang, and Martin.  And so I have to
9  go back to look at those specific regimens.  But
10  they're commonly given regimens in early-stage
11  breast cancer patients.
12   Q  Right.
13   A  In addition to the randomized clinical trials
14  where we know it was, you know, FAC, F-A-C.
15   Q  Uh-huh.
16     And -- but what we know, from your statement
17  here that the risk is higher, is that there is a
18  risk with the other comparator chemotherapy drugs
19  that you mentioned; right?
20   A  There are -- there are cases which may or may
21  not be above background rates, but there are cases.
22  And that the Taxotere regimen is greatly increased
23  compared to those comparator regimens.
24   Q  Okay.  So there are cases of permanent
25  chemotherapy induced alopecia associated with the

Page 240

1  use of Adriamycin; right?
2     MR. MICELI:  Object to the form.
3     THE WITNESS:  I don't think that's what I
4  said.  I think what I said is other regimens.  So I
5  think I said AC, or CMF, or one of those combos with
6  Taxol, so I'd have to look at those specific
7  regimens.
8  BY MR. MOORE:
9   Q  Okay.  But there are regimens containing
10  Adriamycin, that do not contain Taxotere, that --
11  for which there are reports of permanent
12  chemotherapy induced alopecia?
13   A  Yeah, I don't know if they used the word
14  "persistent," "irreversible," or "permanent."  But I
15  have -- I think it's about 51, I have to look,
16  compared to about 357.
17   Q  Right.
18      And you'd say the same thing for Cytoxan?
19  Same answer?
20   A  I don't have -- as I said, for early-stage
21  breast cancer, these are --
22      Do you need that?
23   Q  No.  No.
24   A  Okay.  There are regimens.  So there's CMF,
25  there's AC, there's AC Taxol.  So I have not broken

Page 241

1  it down by -- by that.
2   Q  Okay.  But the point is -- is that there are
3  reports in the medical and scientific literature of
4  cases of permanent chemotherapy induced alopecia
5  following regimens containing Taxol?
6   A  Yes, anecdotal cases.
7   Q  Right.
8   A  And I have that in my table.
9   Q  And also for cytoxan?
10  A  Well, as I said, I have it as a regimen of
11  CMF.
12   Q  Right.
13     And there are regimens containing cytoxan
14  that do not contain Docetaxel, for which there are
15  reports of permanent chemotherapy induced alopecia
16  in the medical and scientific literature?
17   A  I think there's only one report of 20 that
18  has it, and I think it's Freites-Martin [sic].  I
19  don't think any of the other ones have it with CMF.
20   Q  I'm not talking about CMF.
21   A  I know you're not.
22   Q  I'm talking about regimen --
23   A  I know you're not.
24   Q  So the answer to my question was "yes"?
25   A  No.  The answer is, I'm looking at regimens

61 (Pages 238 - 241)