# EXHIBIT 28

Gerald Miletello, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

                                              MDL No. 2740

IN RE:  TAXOTERE                 Section:  "H"
(DOCETAXEL) PRODUCTS
LIABILITY LITIGATION        Judge Milazzo

                                              Mag. Judge North

* * * * * * * * * * * * * * * * * * * * * * * * * *

           The videotaped deposition of GERALD P. MILETELLO, M.D., taken in connection with the captioned cause, pursuant to the following stipulations before RITA A. DEROUEN, Certified Court Reporter, at Irwin Fritchie Urquhart & Moore, LLC, 400 Convention Street, Suite 1001, Baton Rouge, Louisiana 70802, on the 19th of December, 2019, beginning at 9:07 a.m.

Gerald Miletello, M.D.

Page 130

1  experience, someone doesn't have hair for five years,
2  it's not coming back. And I've seen that with several
3  drugs over the years, namely 5FU, Adriamycin, taxol.
4  BY MR. SCHANKER:
5      Q. Would it be fair to say that -- and you talked
6  about PCIA being a relatively new diagnosis -- that if I
7  ask you --
8      A. Not a new diagnosis.
9      Q. New condition?
10     A. A new name -- a new name they've given to
11 alopecia, to chemotherapy-induced alopecia.
12     Q. In the land -- in the medical landscape, are
13 you aware -- and I was going to follow up on this --
14 that the condition PCIA is a relatively new condition?
15     A. Yes. That's -- it's a new name I think for an
16 old condition. I mean, because things haven't changed.
17 I mean, you have hair loss from chemotherapy. What you
18 call it or how you define it, that hasn't changed. I
19 mean, my first patient with chemotherapy-induced
20 alopecia was 25 years ago, and that was long before
21 anybody talked about it.
22     Q. When you get a patient with what you -- what
23 you're representing is chemotherapy-induced alopecia,
24 you're talking about permanent chemotherapy?
25     A. Yes.

Page 131

1      Q. And you agree that you're not qualified to do a
2  differential diagnosis on that particular patient to
3  rule out other conditions?
4      A. No, I'm not -- that's not my area of expertise.
5  But when I have a patient with a full head of hair and
6  they have no hair after I finish with them, it's hard to
7  look for other causes. And I've seen enough people who
8  have had problems after chemo when nothing else has
9  changed. And I do know I do always look at other drugs
10 they might be on. And I've actually referred a few of
11 these people to dermatologists to confirm, and every one
12 I have sent has come back from a note from the
13 dermatologist, This is secondary to their chemotherapy.
14 I've never sent one that we were able to fix,
15 unfortunately.
16     Q. So is it your belief that acute hair loss from
17 chemotherapy is the same as PCIA?
18     A. No. I mean, permanent versus acute -- I mean,
19 it can grow back with acute; permanent, it's never
20 coming back.
21     Q. Doctor, do you believe that if you see one case
22 of a patient whose hair does not grow back following
23 chemotherapy use, that that is sufficient for you to
24 reach a general causation diagnosis or opinion, rather,
25 concerning that chemotherapy drug and its association or

Page 132

1  causation of permanent chemotherapy-induced alopecia?
2         MR. KEENAN: Objection; form.
3      A. It depends on what else they're on. Because
4  most of these people aren't just taking one chemotherapy
5  drug. A lot of these people have multiple other
6  problems. But I -- I have an opinion, but it depends
7  on -- I also look at everything else that they're
8  taking, because there are -- other drugs can play a role
9  besides chemotherapy.
10        And family history plays a major role. I
11 recently had a lady who had extremely thin hair, and she
12 brought me a picture of her mother the next time I saw
13 her, and it's like -- and the mother was on no
14 treatments of any kind -- had not been on any treatments
15 and looked exactly the same way she looked. So it was
16 more of a hereditary thing.
17 BY MR. SCHANKER:
18     Q. All right, Doctor. I want to -- if I could
19 turn your attention to page --
20        (Discussion off the record.)
21 BY MR. SCHANKER:
22     Q. Refer your attention to page 10.
23     A. Okay.
24     Q. The fifth full paragraph, right?
25     A. Uh-huh.

Page 133

1      Q. Do you have that there in front of you?
2      A. Yes.
3      Q. And so let me just make a record first. I want
4  to make sure it's clear. I'll ask you this question, I
5  may have asked you before, and then we can work through
6  these if we need to. Would it be fair to say that you
7  don't have the expertise to offer an opinion that any of
8  the drugs in that paragraph can cause PCIA, that you
9  don't have the qualifications to do that?
10        MR. KEENAN: Object to the form.
11     A. No, I think I do. I mean, I've seen it with
12 several of these drugs.
13 BY MR. SCHANKER:
14     Q. Okay. And so I need to walk through each of
15 those with you.
16     A. Okay.
17     Q. And you can tell me -- what about Adriamycin,
18 do you believe you have the opinion to offer -- do you
19 believe you have the qualifications and the knowledge
20 and experience to offer an opinion concerning Adriamycin
21 and any -- and causation of PCIA?
22     A. I've seen permanent hair loss with Adriamycin.
23     Q. Okay. So can you tell me everything you know
24 about the temporal relationship between Adriamycin and
25 PCIA.

34 (Pages 130 to 133)

Gerald Miletello, M.D.

Page 134

1     A.  Well, like I said, my definition of PCIA is
2  permanent hair loss, hair loss greater than -- someone
3  with no hair after five years.  And I've seen that with
4  Adriamycin, I've seen it with 5FU, and I've seen it with
5  taxol, those are the three.
6     Q.  Okay.  Adriamycin --
7     A.  Taxol.
8     Q.  -- 5FU, fluorouracil, and taxol?
9     A.  Right.
10    Q.  So on this list in paragraph 5, those are the
11 three drugs that you believe --
12    A.  Are capable of causing permanent hair loss.
13    Q.  -- you believe you have the qualifications and
14 experience to testify cause PCIA?
15    A.  Yes.  I think I can say -- safely can say
16 because they were on nothing else, that was all they
17 were taking.
18    Q.  Okay.  And none of the other drugs on that list
19 do you believe you have the qualifications to testify
20 can cause PCIA?
21    A.  I have not seen it with the others.  I've seen
22 hair loss but not permanent.
23    Q.  Okay.  So you don't believe that you're
24 qualified to offer a causation opinion on any of the
25 other drugs; is that fair to say?

Page 135

1     A.  That is.
2     Q.  That are in that paragraph?
3     A.  Right.
4     Q.  Okay.
5     A.  Yeah, I have not seen it with the others, not
6  that it can't happen, but I have not seen it.
7     Q.  Okay.  So again -- thank you for doing that,
8  that will help.  And I want to go through each of those
9  drugs, if we could and explore that relationship.  And I
10 first asked you about the temporal relationship that
11 forms the basis of your opinion concerning Adriamycin
12 and causing PCIA, and you shared some information with
13 me concerning that.  Do you have any other knowledge
14 concerning the temporal relationship between PCIA --
15 between Adriamycin and PCIA?
16    A.  Yeah, there have been reports of it.  Other
17 than what I've seen, there's been written reports of
18 Adriamycin causing permanent hair loss.
19    Q.  How many in the literature exist?
20    A.  I can't tell you off the top of my head, but I
21 have seen articles to that effect.
22    Q.  And can you -- and are those articles
23 concerning monotherapy with Adriamycin?
24    A.  Some of them are and some of them are in
25 combination therapy.

Page 136

1     Q.  Can you --
2     A.  The one that I saw was monotherapy with
3  Adriamycin.
4     Q.  And can you -- what citation is that, do you
5  recall?
6     A.  I don't recall off the top of my head.  I'd
7  have to look it up.
8     Q.  Is it in the materials that --
9     A.  I think there may be one or two articles to
10 that effect in these 65.
11    Q.  How many -- to your knowledge, how many
12 monotherapy cases of Adriamycin exist in the literature
13 that are attributed to causing PCIA?
14    A.  I -- off the top of my head, I don't know.  I
15 don't --
16    Q.  Do you have any idea whatsoever?
17    A.  No.  I would not -- I just haven't invested any
18 time looking at that in particular.
19    Q.  And that really ties into the next element that
20 I was asking about, the strength of the -- what's your
21 knowledge concerning the strength of the association
22 between this claim of Adriamycin causing PCIA?  Share it
23 with me.
24    A.  Okay.  Well, I'm not an expert in hair loss,
25 that's not my -- my opinion is based on -- more on

Page 137

1  clinical experience in using and seeing which drugs I've
2  seen permanent hair loss with, and that's -- but I don't
3  claim to be an expert on hair loss, but I do claim to
4  know that other drugs are capable of causing permanent
5  hair loss.
6     Q.  And we're talking specifically, obviously,
7  about Adriamycin.  And what I'm trying to do is, if
8  you're going to come in and offer that opinion in court,
9  I want to know the basis for it.
10    A.  It's based on a -- clinical experience in
11 patients I've treated with the drugs, that's what I'm
12 basing it on.  I don't have a study where I can show you
13 I treated 30 patients with Adriamycin and three -- this
14 is based on clinical experience over 30 years.
15    Q.  And that's clinical experience with monotherapy
16 treatment with Adriamycin in patient population and
17 resultant PCIA?
18    A.  The ones that I had with PCIA were monotherapy.
19    Q.  How many?
20    A.  Like three.
21    Q.  Okay.  And when were those?
22        MR. KEENAN:  I'm going to object.  Wasn't
23 this covered in the previous deposition?  I believe it
24 was.
25        MR. SCHANKER:  Absolutely not.

35 (Pages 134 to 137)