# EXHIBIT 29

John A. Glaspy, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)   )
PRODUCTS LIABILITY            )   No. MDL No. 2740
LITIGATION                    )   SECTION: "H"
                              )   JUDGE MILAZZO
This Document Relates To:     )   MAG. JUDGE NORTH
ALL CASES                     )
_____)

THURSDAY, JANUARY 9, 2020

VIDEO DEPOSITION OF JOHN A. GLASPY, M.D., held at 2049 Century Park East, Suite 3000, Los Angeles, California 90067, commencing at 9:20 a.m. on the above date before Lindsay Pinkham, Certified Shorthand Reporter No. 3716, CCRR.

---

GOLKOW LITIGATION SERVICES

877.370.3366 ph | 917.591.5672 fax

deps@golkow.com

John A. Glaspy, M.D.

| Page 78 | Page 80 |
|---|---|
| 1  alopecia, but 82 individuals were excluded because they<br>2  had chemotherapy-induced alopecia, is how this flow<br>3  diagram reads; right?<br>4          MR. STRONGMAN: Objection. Form.<br>5          THE WITNESS: Yeah. The way I read this is<br>6  that if, when they reviewed the patient who was said to<br>7  have permanent chemotherapy-induced alopecia, when they<br>8  looked at the records, the patient was still receiving<br>9  chemotherapy, that they wouldn't be eligible. Because<br>10 you can't call that permanent if you're continuing the<br>11 chemo.<br>12      Q   BY MR. MICELI: That's the way you would read<br>13 it; right?<br>14      A   Yeah. I think that's the way the JAMA read it,<br>15 too. But anyway.<br>16      Q   Well, do you know how these individuals were<br>17 excluded as a matter of fact?<br>18      A   No.<br>19      Q   Okay. That's all I needed to know.<br>20         And then if we go to -- then if you go over to<br>21 the third page, it has a baseline characteristics chart.<br>22 Do you see that?<br>23      A   I do.<br>24      Q   Okay. If you follow down the left-hand margin,<br>25 it says therapies, numbers and percentages. And for | 1  recovery, let's look at what they've received and<br>2  generate some hypotheses for later testing.<br>3       Q   BY MR. MICELI: Sure. It's a<br>4  hypothesis-generating article.<br>5       A   Pretty much all observational trials are. And<br>6  if you torture them, they won't confess to truth<br>7  necessarily.<br>8       Q   And if you look on the first page again under<br>9  the objective of the study, the objective was:<br>10          "To characterize the clinical<br>11      presentation of patients with persistent<br>12      chemotherapy-induced alopecia (pCIA) or<br>13      endocrine therapy-induced alopecia after<br>14      chemotherapy (EIAC) and their QOL" --<br>15      quality of life -- "and treatment outcomes."<br>16      Right?<br>17      A   That's correct.<br>18      Q   The authors of this article don't attempt to<br>19 contribute cause and effect to any drug, do they?<br>20         MR. STRONGMAN: Objection. Form.<br>21         THE WITNESS: Well, I think they're reporting<br>22 accurately. This is a good journal. And they're<br>23 reporting accurately an association, not a cause and<br>24 effect.<br>25      Q   BY MR. MICELI: But it's not a causal |
| Page 79 | Page 81 |
| 1  pCIA it lists taxanes 80, and then it lists numbers:<br>2  Paclitaxel 47, docetaxel 31, combination 2. Correct?<br>3       A   Correct.<br>4       Q   Okay. Now, it says 47 out of 80, but it's 47<br>5  out of the 80 who received taxanes. That's the way you<br>6  read this; right?<br>7       A   That's the way I would read it.<br>8       Q   So we don't know what the denominator was from<br>9  which they located these 80 taxane-receiving patients,<br>10 do we?<br>11      A   At all the institutions, no.<br>12      Q   We don't know what the population or the<br>13 population and use of Taxotere and/or Taxol was at those<br>14 three institution; correct?<br>15      A   That's correct.<br>16      Q   And so this article would not be helpful at all<br>17 in determining event rates for permanent<br>18 chemotherapy-induced alopecia with Taxotere or Taxol.<br>19 Correct?<br>20         MR. STRONGMAN: Objection. Form.<br>21         THE WITNESS: It wouldn't yield you an event<br>22 rate.<br>23         This kind of research, I think we're trying to<br>24 stretch it to answer a legal question. The medical<br>25 issue is, people who have long-term problems with hair | 1  association; it's just people have this injury and this<br>2  is what they took, by their records.<br>3       A   It may or may not be ultimately proven to be a<br>4  causal relationship. But the observational trial is to<br>5  find hypotheses for associations.<br>6       Q   Right. And hypotheses are not proof of<br>7  causation.<br>8       A   That's correct.<br>9       Q   So this article's authors do not attempt to<br>10 attribute causation and neither do you, based on this<br>11 article.<br>12         MR. STRONGMAN: Objection. Form.<br>13         THE WITNESS: Yeah. And I'm consistent with<br>14 other observational trials as well.<br>15      Q   BY MR. MICELI: But that's true; you're not<br>16 trying to use this article to attribute causation.<br>17      A   To prove that there's a cause and effect<br>18 relationship, no. But I think it's one of the better<br>19 papers in the literature for these observational trials.<br>20      Q   For hypothesis generation. But this paper,<br>21 this Freites-Martinez article, does not provide valid<br>22 scientific proof of a causal relationship between Taxol<br>23 or Taxotere and permanent chemotherapy-induced alopecia.<br>24      A   It generates hypotheses along those lines. And<br>25 that's all it can do. |

21 (Pages 78 to 81)

John A. Glaspy, M.D.

Page 82

1   Q   So the answer to my question is no, it does not
2   provide valid scientific evidence of a causal
3   relationship. Correct?
4   A   It does, but it's the first step. It's the
5   indictment, not the trial and conviction. That's a much
6   higher level standard of care that requires a randomized
7   trial.
8   Q   You would have to have a randomized trial to
9   confirm what is shown in this article.
10      MR. STRONGMAN: Objection. Form.
11      THE WITNESS: That's true of all the
12  observational trials that have been done for alopecia.
13  Q   BY MR. MICELI: Okay. Certainly this article
14  standing alone does not provide valid scientific
15  evidence of a causal relationship between Taxol and term
16  chemotherapy-induced alopecia.
17      MR. STRONGMAN: Objection. Form.
18      THE WITNESS: That's correct.
19  Q   BY MR. MICELI: What was the investigational
20  drug in the TAX 316 study?
21  A   It would have been Taxotere. Docetaxel.
22  Q   I want to finally get to your report. If we
23  can look, if you turn with me to page 21 of your report.
24  That is Exhibit No. 1, I believe. The last line of text
25  before the footnotes. Make sure you get there with me.

Page 83

1        You start a sentence that says "cases of
2   persistent alopecia have been reported with." And then
3   you start with Adriamycin, and you list several drugs.
4   I count 15 between pages 21 and 23. You want to just
5   count those and make sure I'm correct?
6   A   Okay. I think you're correct.
7   Q   Is it going to be your testimony that a
8   statement that cases of permanent alopecia have been
9   reported with each of these 15 drugs is a statement that
10  valid scientific evidence exists to support a causal
11  relationship with any of the 15 drugs you have listed
12  here on pages 21 to 23?
13      MR. STRONGMAN: Objection. Form.
14      THE WITNESS: No. There's valid evidence of an
15  association there. I think that it's the same level as
16  what we were just talking about, but most of these are
17  smaller series and not as associative as the one we've
18  just finished discussing. But it's the same statement.
19      The usual -- the weird thing about this case is
20  that we've gone from the 316, which was a definitive,
21  randomized, controlled clinical trial, and now we're
22  going backward and trying to pull out observational
23  trials to buttress whether there is or isn't a
24  conclusion in that.
25      Usually this goes the other way, and this is

Page 84

1   what we're used to doing. You have observational
2   trials, they generate a hypotheses, you do more
3   observational work, you confirm the hypothesis, and then
4   you do a randomized trial to confirm it.
5       But that isn't how this has unfolded. And
6   that's one of the problems here, is that we already have
7   the definitive trial to look at. It's got some faults,
8   but not serious faults, in my opinion. And that's the
9   problem.
10  Q   BY MR. MICELI: So would it be fair to say,
11  then, that you have not reviewed any publication of a
12  randomized, controlled trial for any of the 15 drugs
13  listed on pages 21 to 23 that demonstrate a
14  statistically significant increased risk of permanent
15  alopecia associated with these 15 drugs, starting with
16  Adriamycin and finishing with cyclophosphamide?
17      MR. STRONGMAN: Objection. Form.
18      THE WITNESS: I think that's true for all of
19  these drugs. Let me just make sure. Yes. Well --
20  Q   BY MR. MICELI: Busulfan we know causes it.
21  A   Busulfan I believe causes it, because I've seen
22  it. And it's total cue ball baldness that never goes
23  away. But that's a separate thing we talked about in my
24  first deposition.
25  Q   Right.

Page 85

1   A   But there is, given the constraints of the
2   question you just asked, there is the Sjostrom.
3   Q   Which footnote are you referring to?
4   A   When you said go through all these things that
5   you listed, your 15 things, when you get to fluorouracil
6   or CMF, which has MF in it, there is the Sjostrom paper.
7   Q   Are you beyond page 23?
8   A   No. I'm -- if you look at the beginning of
9   page 22, 22, all it has is fluorouracil on it that's
10  relevant to what I'm trying to say.
11  Q   Footnote 32.
12  A   Right. And then to some extent footnote 27,
13  because it has MF in it.
14      What you asked me was, any of these drugs, had
15  they had a randomized trial that purported to say that
16  they had seen a statistically significant difference.
17  And the Sjostrom trial that we're probably going to end
18  up talking about later technically meets that
19  definition, because it was MF versus T. So they did
20  make conclusions about grade 4 alopecia. Other than
21  that, no.
22  Q   I'm trying to find, under footnote 32, where
23  the Sjostrom --
24  A   It's not -- I think it comes up later.
25  Q   Okay. I'm only asking for the --

22 (Pages 82 to 85)