# EXHIBIT 30

John A. Glaspy, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*******************************

IN RE:   TAXOTERE

(DOCETAXEL) PRODUCTS          MDL No. 2740

LIABILITY LITIGATION          Section: "H"

                              Judge Milazzo

This Document Relates to:     Mag. Judge North

All Cases

*******************************


        Remote Videotaped Deposition of

JOHN A. GLASPY, M.D., held at the location

of the witness in Los Angeles, California,

commencing at 9:05 a.m., on the 13th of May,

2020, before Maureen O'Connor Pollard,

Registered Diplomate Reporter, Realtime

Systems Administrator, Certified Shorthand

Reporter.

                - - -


        GOLKOW LITIGATION SERVICES
     877.370.3377 ph | 917.591.5672 fax
            deps@golkow.com

Page 66

1   literature, by a review of randomized
2   controlled trials, or the application of a
3   Hill-type criteria to whether -- and
4   regardless of what definition you use for
5   permanent chemotherapy-induced alopecia, to
6   assess causation as it relates to Adriamycin?
7           MR. STRONGMAN:  Objection.
8       Form.
9       A.   You're sort of -- you're piling
10  on a question from a couple questions ago,
11  and we were doing fine until you got to by
12  any methodology whatsoever.  When you threw
13  that in, then I have to say again, because
14  clinical trials have not followed alopecia
15  recovery, because we don't have a literature
16  basis to turn to, there have not been
17  definitive randomized trials aimed at how
18  much hair recovery do we see, and how much
19  don't we see, and how are we going to define
20  that.  That hasn't happened.
21          So the best way currently on
22  the planet is for somebody to say, I'm going
23  to go into an oncology clinic and take care
24  of women with early breast cancer, and do
25  that for many years and accumulate a lot of

Page 67

1   experience, and get an idea of what happens.
2   That methodology I have applied.
3       Q.   Okay.
4       A.   I haven't applied Hill criteria
5   or anything else.  But when you got to by any
6   methodology whatsoever, that triggers that,
7   and I don't want to conceal that and then
8   spring it at trial.  That, I think, is -- you
9   know, when I was reading Larned's deposition,
10  her second oncologist, she struck me as an
11  experienced oncologist who has the same sorts
12  of experience as I do, that you see
13  unsatisfactory hair recovery with many of
14  these drugs.  Adriamycin is one of them, the
15  taxanes are one of them, or two of them, or
16  three of them now.  The cyclophosphamide is
17  one of them.  We see these cases of -- and
18  it's not uncommon that women think that their
19  hair recovery isn't optimal.
20      Q.   Okay.
21      A.   Is that alopecia or isn't it,
22  or do you need a certain hair density to call
23  it that?  But we deal with this problem all
24  the time.  We deal with it with the hormonal
25  therapies.

Page 68

1       I don't think there's any good
2   literature to go to on this, and we're
3   finding that out in this case, that there
4   isn't an oracle of established literature to
5   go to say here's the once and forever
6   definition of permanent alopecia, and here's
7   how you measure it, and here's the rate in
8   this trial or that trial, and we made sure we
9   counted hairs in every woman for 25 years to
10  get to the bottom of this.  Those kinds of
11  clinical trials don't exist.
12          But there are plenty of doctors
13  out there who have been doing this for more
14  than 25 years, and I think that's where the
15  best repository right now is for experience
16  with these drugs and this side effect.
17      Q.   What you're talking about is
18  your personal experience, right, Dr. Glaspy?
19      A.   That's correct.
20      Q.   Okay.  Your personal experience
21  is not the substitute for a randomized
22  controlled trial, is it?
23          MR. STRONGMAN:  Objection to
24      form.
25      A.   It is not.

Page 69

1   BY MR. MICELI:
2       Q.   Okay.  Now, Dr. Glaspy, you
3   stated in this report, and we talked at great
4   length as it concerns your last report, you
5   list a bunch of drugs that are followed -- or
6   that follow a statement that "cases of
7   persistent alopecia have been reported with."
8           Do you recall that series of
9   questions in your last deposition?
10      A.   I do.
11      Q.   Okay.  And you agreed with me
12  in your last deposition that a statement of
13  "cases of persistent alopecia have been
14  reported with" is not a statement of
15  causation, correct?
16      A.   Right.  I think I called it a
17  statement of association.
18      Q.   Right.  Okay.
19      A.   Now we're restricting it to the
20  literature.
21      Q.   All right.  Now, what I want to
22  know, and I'm going to take our by any
23  methodology -- let me strike that.  I'm going
24  to go back.
25          Is the "any other methodology"

18 (Pages 66 to 69)

John A. Glaspy, M.D.

Page 154

1   Was it prescribed by physicians
2   in 2008 for early stage breast cancer?
3       A.   Not commonly, but yes.
4       Q.   Okay.  Taxol is FDA-approved?
5       A.   Yes.
6       Q.   And it's prescribed by
7   physicians throughout the United States for
8   early stage breast cancer?
9       A.   Yes.
10      Q.   Okay.  So my question to you
11  is, if one of Sanofi's lawyers stands up at
12  trial and says that Taxotere is FDA-approved
13  and is prescribed by doctors throughout the
14  United States and saves lives, I can say with
15  your support that Adriamycin,
16  cyclophosphamide, and Taxol fit the same
17  bill, correct?
18           MR. STRONGMAN:  Objection.
19      Form.
20      A.   Yes.
21  BY MR. MICELI:
22      Q.   Okay.
23      A.   As long as you don't push me to
24  say that they save the same lives.  Right?
25  If you push that, then it gets a little

Page 155

1   messy, because, as we've talked about
2   repeatedly today, Taxotere if added to AC was
3   better than FAC, so there were some lives
4   saved that wouldn't be saved by AFC.
5       Q.   You just can't tell which ones
6   they are?
7       A.   That's correct.
8       Q.   Okay.  And for cyclophosphamide
9   and Adriamycin, they've been around decades
10  longer than Taxotere?
11      A.   Yes.
12      Q.   Taxol has been around longer
13  than Taxotere?
14      A.   That's correct.
15      Q.   All three of those drugs, but
16  particularly cyclophosphamide and Adriamycin,
17  have decades greater market history, had more
18  opportunities, longer opportunities in terms
19  of years to demonstrate a risk for permanent
20  chemotherapy-induced alopecia, correct?
21           MR. STRONGMAN:  Objection to
22      form.
23      A.   Again, the objection I would
24  have is we haven't defined permanent
25  chemotherapy-induced alopecia.  That's a big

Page 156

1   problem.
2   BY MR. MICELI:
3       Q.   Right.  Doctor --
4       A.   Okay.  We're asking whether we
5   know something happens, but we can't define
6   it.
7       Q.   Well, however we define it,
8   Doctor, you have not been able to find in the
9   medical literature for the decades that
10  cyclophosphamide and Adriamycin have been
11  used prior to the introduction of Taxotere
12  into the market in the United States a case
13  of early stage breast cancer where a woman
14  ended up with permanent chemotherapy-induced
15  alopecia, however it could be defined?
16      A.   Well, if it's defined --
17           MR. STRONGMAN:  Objection.
18      Form.
19      A.   No.
20  BY MR. MICELI:
21      Q.   I'm not asking you to define
22  it.  I'm asking you --
23           MR. STRONGMAN:  Objection.
24      Form.
25           ///

Page 157

1   BY MR. MICELI:
2       Q.   -- had you seen it in the
3   literature.
4       A.   Okay.  But to ask a question
5   about whether something has happened or been
6   talked about or shown --
7       Q.   No, that have been reported in
8   the literature.
9       A.   Well, beyond what we've put
10  here in the literature in my report, that's
11  what's out there.  Because there isn't a
12  definition, there's no literature, there's
13  not literature since Taxotere.
14           I mean, the literature on this
15  can't even agree on if there's a definition
16  for permanent chemotherapy-induced hair loss.
17  And the definitions of toxicity that we use
18  in clinical trials don't include duration.
19      Q.   Okay.
20      A.   So it doesn't matter which
21  system you use, you can't get duration in
22  there.  And the word "permanent" has to come
23  with a duration.  There has to be a time when
24  you say, okay, if it hasn't recovered -- if
25  it met some criteria by now, we're going to

John A. Glaspy, M.D.

Page 158

1  call this permanent.
2          Because I see women who recover
3  years after they've received their
4  chemotherapy.  And so whether you call
5  something permanent or not depends on what
6  you mean by "permanent."
7          So -- and Taxotere hasn't
8  helped us with this.  We still don't have a
9  definition.  We who see patients know that
10 when we give Taxol, Taxotere, Adriamycin, any
11 number of drugs, we see hair loss, and we
12 often see patients who are not happy with the
13 degree of recovery they've had.  If that's
14 permanent chemotherapy-induced alopecia,
15 we're awash in it.  It happens a lot.
16     Q.  Doctor, do you remember what my
17 question was?
18     A.  I do.
19     Q.  Do you know what my last
20 question was?
21         MR. MICELI:  Maureen, could you
22     please read it back?
23         (Whereupon, the reporter read
24     back the requested question.)
25         ///

Page 159

1  BY MR. MICELI:
2      Q.  Now, the answer to that
3  question is no, correct, Doctor?
4          MR. STRONGMAN:  Objection to
5      form.
6      A.  How about this.  I have no
7  literature to add to that that's in my
8  report.
9  BY MR. MICELI:
10     Q.  Okay.  Thank you.
11     A.  Because we haven't defined
12 permanent chemotherapy-induced --
13     Q.  Doctor, I don't need another
14 explanation about what's defined.  I just
15 asked you is it there, is it there.  The
16 answer is no, if it's not in your report it's
17 not there.  That's your answer, right?
18         MR. STRONGMAN:  Objection.
19     Form.
20         Please don't cut him off.
21     A.  You were asking me if I had
22 found literature, and what I have found is in
23 my report.
24 BY MR. MICELI:
25     Q.  Okay.  Thank you.

Page 160

1      A.  It's also --
2      Q.  Doctor, can I ask you -- now,
3  you refer to Dr. Chang's report one time at
4  footnote 55 of your report, correct?
5      A.  That's correct.
6      Q.  Okay.  Did you do anything to
7  validate anything that Dr. Chang did?
8      A.  I didn't do any mathematical
9  analyses that she did.  I did read --
10     Q.  Okay.
11     A.  -- all of the papers that she
12 found, and I did go through a process of
13 evaluating those for myself.  It was similar
14 to her process.  But I didn't repeat any
15 mathematics that she might have done.
16     Q.  Okay.  And you didn't set out
17 what that process was in your report, you
18 just simply say "see also expert report of
19 Dr. Chang," correct?
20     A.  That is correct.
21     Q.  And that's the same thing you
22 do for Dr. Wei's report, correct?
23     A.  That's correct.
24     Q.  Okay.  And did you -- well,
25 have you done anything further than what

Page 161

1  we've discussed previously in your prior two
2  depositions to validate what's in Figure A of
3  your report?
4      A.  I have not.
5      Q.  Okay.  I'll tell you what,
6  let's take -- it's almost -- I don't know,
7  it's not quite three hours into the
8  deposition yet, let's take about a five to
9  ten-minute break.  I want to talk to my
10 co-counsel who is on this -- in this
11 deposition with me, and then I'm going to
12 shorten some things up and wrap this up.
13     A.  Okay.
14         MR. MICELI:  Let's take five to
15     ten minutes.  Thank you.
16         THE WITNESS:  Thank you.
17         THE VIDEOGRAPHER:  The time is
18     12:05 p.m.  We are off the record.
19         (Whereupon, a recess was
20     taken.)
21         THE VIDEOGRAPHER:  The time is
22     12:19 p.m.  We are back on the record.
23 BY MR. MICELI:
24     Q.  Okay.  Ready to continue,
25 Dr. Glaspy?

41 (Pages 158 to 161)

Page 170

1  there are times when I sort of put my foot
2  down.
3       Q.    Okay.  But for somebody like
4  Ms. Kahn -- first, would you agree that
5  Ms. Kahn's early stage breast cancer was
6  predictably survivable?
7       A.    She was probably going to be
8  cured.
9       Q.    Okay.  And for somebody like
10 Ms. Kahn with her diagnosis and tumor
11 staging, type of cancer she had, she had
12 options other than Taxotere-containing
13 regimens, correct?
14      A.    That's correct.
15      Q.    Okay.  And you would not fault
16 a doctor like Dr. Kardinal had he provided
17 her with an alternative to a
18 Taxotere-containing regimen?
19      A.    That would depend on what the
20 alternative was obviously.
21      Q.    Okay.
22      A.    But I think there are
23 non-Taxotere-containing regimens that I would
24 be comfortable with.
25      Q.    Okay.  For Ms. Kahn, given her

Page 171

1  diagnosis and tumor staging, right?
2       A.    That's correct.
3       Q.    Okay.  Now I'm going to go back
4  to something that we left off of, and you
5  knew that this was coming, so it's not going
6  to be a big shock to you.
7            But I want to go through a
8  series of drugs with you, chemotherapy
9  agents, and I'm going to start with
10 cyclophosphamide.
11           Nowhere in your report do you
12 offer an opinion that cyclophosphamide causes
13 permanent hair loss by whatever definition we
14 apply, correct?
15           MR. STRONGMAN:  Objection.
16      Form.
17      A.    I don't believe I do.
18 BY MR. MICELI:
19      Q.    Okay.  And you have not
20 attempted to apply a methodology such as the
21 Bradford Hill or other methodology to
22 investigate the relationship between
23 cyclophosphamide and permanent hair loss,
24 however we define that term, correct?
25      A.    Except now you've left out the

Page 172

1  literature part of the question, so now
2  you're saying I haven't put any methodology
3  into generating opinions about drugs and
4  alopecia.
5            Do you want to keep it
6  restricted to my analysis of literature, or
7  is my personal experience going to creep in
8  here?
9       Q.    I know that you have your
10 personal experience, and I know that you have
11 listed, as you have in all of your prior
12 reports, the cases of persistent alopecia
13 have been reported with, and then you list 15
14 drugs after that statement.
15           What I am trying to understand
16 is, did you go through a methodology of
17 reviewing the literature, randomized
18 controlled trials, and apply a causation
19 analysis such as the Bradford Hill or
20 something similar to it to attempt to
21 investigate the relationship between
22 cyclophosphamide and permanent
23 chemotherapy-induced induced hair loss or
24 alopecia, however you want to define that
25 term?

Page 173

1       A.    I did not, and that is because
2  you've asked a literature interpretation
3  question.  Yes, I have not.
4       Q.    Okay.  And again, I understand
5  that you have your personal experience and
6  you have eyeballed women who have come into
7  your office, I think is how we discussed it
8  the last time, correct?
9       A.    That's correct.
10           You've been nice enough to tell
11 me what you're worried about, that something
12 happened in a trial that was traumatic and
13 you're going to try and prevent it this time.
14           Here's my sensitivity.  There
15 is a school of thought that says you get
16 somebody to say something to keep it short,
17 and then read that back to them as though
18 it's a totally limiting part of their
19 opinions.  So I'm trying to leave the fact in
20 there that -- what I talked about earlier
21 about oncologists and alopecia, and I don't
22 want to repeat the whole -- what you call the
23 speech, so I won't.
24      Q.    Okay.
25      A.    But I want to leave that part

Page 174

1  of the answer to every question, we can cut
2  and paste it or something, so that I don't
3  give -- limit my degrees of freedom in being
4  told at a trial "you've said this was it for
5  you and Cytoxan," right?
6      Q.   Right.
7      A.   It is it for me in the
8  literature on Cytoxan, you bet. And it's not
9  causal that I conclude, it's association, and
10 we talked about this in the last deposition
11 and I will stand by what I said there.
12     Q.   Okay. Let me ask it this way,
13 because I understand that you have your
14 personal experience and 30-plus years as an
15 oncologist, and I understand that you have
16 included in your report the statements that
17 we've gone over the last time we were
18 together, the cases of persistent alopecia
19 have been reported with, and then a list of
20 15 drugs.
21          Beyond your experience and
22 beyond what is stated in your report that
23 cases of persistent alopecia have been
24 reported with cyclophosphamide, have you
25 attempted to apply any other methodology by

Page 175

1  way of reviewing literature, randomized
2  control trials, or other data to investigate
3  a relationship between cyclophosphamide and
4  permanent chemotherapy-induced alopecia?
5      A.   I have not.
6          MR. STRONGMAN: Objection to
7  form.
8      A.   Thank you for a beautiful
9  question. There's an objection. But that --
10 BY MR. MICELI:
11     Q.   I'm going to try --
12     A.   But that does it for me.
13     Q.   Okay. I'm going to try to ask
14 it that way, then, for each of the rest of
15 them.
16          For -- aside from your personal
17 experience of decades as an oncologist, and
18 your statement that cases of persistent
19 alopecia have been reported with Adriamycin,
20 have you attempted to apply a methodology
21 based upon a literature review or review of
22 randomized control trial data, and apply a
23 Bradford Hill or other similar methodology to
24 attempt to investigate a relationship between
25 Adriamycin and permanent chemotherapy-induced

Page 176

1  alopecia, however that is defined?
2          MR. STRONGMAN: Objection.
3  Form.
4      A.   I have not.
5  BY MR. MICELI:
6      Q.   The answer, Doctor, was?
7      A.   I have not.
8      Q.   Okay. And I'm going to
9  shortcut it by saying have you done so
10 with -- have you gone through that, such a
11 process, in an attempt to apply a methodology
12 by way of a literature search or review of
13 randomized control trial data and applying a
14 Bradford Hill or other similar criteria or
15 causation analysis to investigate the
16 relationship between Xeloda and permanent
17 chemotherapy-induced alopecia, however it's
18 defined?
19     A.   I have not.
20         MR. STRONGMAN: Same objection.
21 BY MR. MICELI:
22     Q.   Okay. Have you done so -- have
23 you attempted to apply a methodology by way
24 of literature search, review of randomized
25 controlled trial data, and an application of

Page 177

1  a Bradford Hill or other similar causation
2  analysis to investigate the relationship
3  between Avastin and permanent
4  chemotherapy-induced alopecia, however that
5  term could be defined?
6          MR. STRONGMAN: Objection.
7  Form.
8      A.   I have not.
9  BY MR. MICELI:
10     Q.   Okay. Doctor, if you could
11 just hold off, I know we're going to get it
12 on the written record, I know Jon wants to
13 make his objections, I want to make sure I
14 get a clear answer and a clear record.
15          Doctor, understanding your
16 experience, your decades of experience as a
17 clinical oncologist and your prior statements
18 in your report that cases of persistent
19 chemotherapy -- strike that.
20          Understanding your decades of
21 experience as a clinical oncologist, and the
22 statement in your report that cases have been
23 reported -- cases of persistent alopecia have
24 been reported with the use of tamoxifen, have
25 you attempted to apply a methodology by way

Page 178

1  of review of literature and/or randomized
2  controlled trial data in an attempt to
3  investigate the relationship, the causal
4  relationship, between tamoxifen and permanent
5  alopecia, however that term could be defined?
6         MR. STRONGMAN: Objection.
7     Form.
8     A.    I have not.
9  BY MR. MICELI:
10    Q.    Okay. Dr. Glaspy, recognizing
11 your decades of experience as a clinical
12 oncologist and your statement in your report
13 that cases of persistent alopecia have been
14 reported with the use of Taxol or paclitaxel,
15 have you attempted to apply a methodology by
16 way of literature search and/or review of
17 randomized controlled clinical trial data and
18 apply a Bradford Hill or other similar
19 causation analysis in an attempt to
20 investigate the relationship between Taxol
21 and permanent chemotherapy-induced alopecia?
22        MR. STRONGMAN: Objection.
23    Form.
24    A.    I have not.
25        ///

Page 179

1  BY MR. MICELI:
2     Q.    Okay. And you have not done so
3  with regard to 5-FU, correct?
4         MR. STRONGMAN: Same.
5     A.    I have not.
6  BY MR. MICELI:
7     Q.    Okay. And with epirubicin you
8  have not done so either, have you?
9     A.    That's correct.
10        MR. STRONGMAN: Same objection.
11    A.    I have not.
12 BY MR. MICELI:
13    Q.    And with regard to methotrexate
14 you have not done so?
15        MR. STRONGMAN: Same objection.
16    A.    I have not.
17 BY MR. MICELI:
18    Q.    Okay. And you have not
19 attempted to apply a methodology by way of
20 literature search and/or randomized clinical
21 trial data, and application of a Bradford
22 Hill or other similar causation analysis in
23 an attempt to investigate the relationship
24 between Gemzar and permanent
25 chemotherapy-induced alopecia, correct?

Page 180

1         MR. STRONGMAN: Objection.
2     Form.
3     A.    That's correct.
4  BY MR. MICELI:
5     Q.    Okay. In fact, you have not
6  included in your report any methodology --
7  any attempt at applying a methodology by way
8  of literature search, review of randomized
9  controlled trial data, and the application of
10 a Bradford Hill or other causation analysis
11 to investigate the relationship between any
12 drug and permanent chemotherapy-induced
13 alopecia, correct?
14        MR. STRONGMAN: Objection.
15    Form.
16    A.    Yes, any chemotherapy drug,
17 that's true, yes.
18 BY MR. MICELI:
19    Q.    Okay. Thank you.
20        Doctor, do you know who Matthew
21 Suffness is?
22    A.    I don't think so.
23    Q.    How about David Kingston?
24    A.    I don't -- the name doesn't
25 ring a bell, but I'm not great with names,

Page 181

1  so...
2     Q.    Do you know who Andrew Greene
3  is?
4     A.    I don't recall. I don't recall
5  the name.
6     Q.    Do you know who Pierre Potier
7  is?
8     A.    I think he was someone involved
9  at Sanofi on the trial perhaps, but that's
10 stretching. If you could tell me who he is,
11 we can talk about it.
12    Q.    I was just trying to figure out
13 some names that I picked up along the way.
14        MR. MICELI: I believe, Jess --
15    I'm going to put you guys on mute and
16    I'm just going to call Jess, I'm going
17    to step away from my desk, and I may
18    be done, Jon.
19        We can go off the record for
20    one minute.
21        THE VIDEOGRAPHER: The time is
22    12:41 p.m. We are off the record.
23        (Whereupon, a recess was
24    taken.)
25        THE VIDEOGRAPHER: The time is