# EXHIBIT 31

Ellen T. Chang, Sc.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

--o0o--

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION:  "H" |
| This Document Relates to:  ALL CASES | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| _____/ | |

-- -- --

TUESDAY, JANUARY 7, 2020

-- -- --

     Videotaped Deposition of ELLEN T. CHANG, Sc.D., held at the Residence Inn, Palo Alto/Menlo Park, Menlo Room, 555 Glenwood Avenue, Menlo Park, California, beginning at 7:59 a.m., before Sandra Bunch VanderPol, FAPR, RMR, CRR, CSR #3032

-- -- --

_____

GOLKOW LITIGATION SERVICES
877.370.3377 ph/917.591.5672
deps@golkow.com

Golkow Litigation Services - 1.877.370.DEPS

Page 26

1  outcome.
2          And so I didn't restrict my literature
3  search in that sense to alternative chemotherapies.
4  I included anything that I found.  And so the scope
5  of my report was not something that I limited by
6  excluding.
7  Q.    Oh, I'm not -- I'm not accusing you of
8  eliminating anything.  I'm just -- you make an
9  assumption in your report that the alternative to
10 docetaxel-containing regimen is other chemotherapy.
11         And I'm simply asking:  If that assumption
12 is not true for a particular plaintiff, then your --
13 the opinions in your report, that assumption is not
14 true; right?
15 A.    So that -- I guess what I'm saying is that
16 that assumption would not hold.  But, on the other
17 hand, I didn't find any studies that compared
18 docetaxel to nothing.
19         And so I think parts in my report where, for
20 example, I go through the literature out there that's
21 been published, would still be relevant because, I
22 would say, I searched for studies that are relevant
23 to this -- that plaintiff, and I didn't find
24 anything.  And so there's no relevant epidemiology to
25 address that particular scenario.

Page 27

1          And so I think that that is a substantive
2  finding or a substantive opinion, that there is no
3  published evidence on the situation.  Do you know
4  what I mean?
5          The absence of published literature to
6  address that hypothetical patient is meaningful.
7  Q.    Okay.  So, in your opinion, the absence of
8  epidemiological studies is evidence that something
9  doesn't exist?
10 A.    The absence of epidemiological literature on
11 something is evidence that there is a dearth of
12 scientific knowledge on the topic.
13 Q.    Okay.  Dr. Chang, based on your review and
14 analysis of the evidence, can docetaxel or
15 docetaxel-containing regimens cause alopecia?
16 A.    Yes.
17 Q.    Based on your review and analysis, can other
18 chemotherapy drugs used in breast cancer treatment
19 cause alopecia?
20 A.    Yes.
21 Q.    On what scientific evidence do you base that
22 opinion?
23 A.    On randomized controlled trials primarily.
24 Q.    Which ones?
25 A.    I reviewed a large number of primarily

Page 28

1  Phase 3 randomized controlled trials that compared --
2  I was looking primarily for docetaxel-containing
3  therapeutic regimens compared to other regimens.  And
4  a lot of them evaluated alopecia as an outcome or as
5  a -- as an adverse event.
6  Q.    Right.  But I'm talking about nondocetaxel
7  chemotherapy regimens?
8  A.    Yes.
9  Q.    Okay.  So you're saying in the opposite side
10 of a Phase 3, in the other study arm, they were
11 studying that as well?
12 A.    Yes.
13 Q.    Okay.  Which ones?
14 A.    There were dozens of them.  I listed out --
15 so I didn't cite them because they didn't evaluate
16 irreversible or permanent alopecia as an outcome.
17 Q.    Okay.
18 A.    But in my literature search, which is
19 summarized on page 45 of my report --
20 Q.    This is your flowchart; right?
21 A.    That's right.
22 Q.    Okay.  I'm with you.
23 A.    So there were 84 articles that I looked at
24 that evaluated alopecia.  But not irreversible,
25 slash, permanent alopecia.

Page 29

1  Q.    Okay.
2  A.    And so I excluded those from consideration
3  for the purpose of my report here, but I did look at
4  those studies.
5  Q.    Okay.  And do you have those somewhere,
6  those -- the 84 with alopecia but not irreversible or
7  permanent?
8  A.    Yes.
9  Q.    You have those?
10 A.    I do.  Yes.
11 Q.    Are those in the documents you brought here
12 today?
13 A.    No.
14 Q.    Okay.  But we can get a copy of those or
15 cites to them?
16 A.    Sure.
17 Q.    Sure.  Okay.  And some of those 84 were
18 randomized controlled trials, Phase 3 trials, that
19 assessed the outcome of alopecia with other
20 chemotherapy regimens; is that what you're saying?
21 A.    Yes.
22 Q.    Okay.  But you can't recall which ones
23 offhand?
24 A.    No.
25 Q.    And you can't recall for which particular

8 (Pages 26 to 29)

Ellen T. Chang, Sc.D.

Page 30

1  chemotherapy regimens offhand? Or can you?
2       I'm sorry. I shouldn't assume that.
3  A.   No. I mean, for example, one of them was
4  the Martin or Martin 2005. That's actually TAX 316.
5  It's the publication in the New England Journal of
6  Medicine. They reported on alopecia as an outcome in
7  the paper but not on irreversible, slash, permanent
8  alopecia.
9  Q.   For TAX 316?
10 A.   That's one example.
11 Q.   Right. But that's -- we know about TAX 316.
12 That's four pages in your report. I'm talking
13 about -- and I understand that there is evidence of
14 alopecia for 5FU based on the 316 study; fair?
15 A.   5FU plus adriamycin plus cyclophosphamide.
16 Q.   Sure. For that regimen, there is some
17 evidence, in your opinion, of alopecia?
18 A.   Yes.
19 Q.   Okay. Are there any others that you can
20 name? Is there a randomized controlled trial for
21 paclitaxel that you reviewed as part of the 84 that
22 looked at alopecia as a potential outcome?
23 A.   I don't remember the specific
24 chemotherapeutic regimens that were evaluated in
25 those studies.

Page 31

1  Q.   So you don't recall whether there was any
2  study that you reviewed to make your conclusion in
3  your report that paclitaxel can cause alopecia?
4  A.   Oh. So, no, that is -- so, as I mentioned
5  in the summary of opinions in my report, I was not
6  focusing -- so on page 5, I mention I did not
7  directly assess whether a causal relationship has
8  been established between use of any other specific
9  chemotherapeutic agents and irreversible or permanent
10 alopecia.
11 Q.   Again --
12 A.   So where I --
13 Q.   Go ahead.
14 A.   -- so where I mention that in my report,
15 it's primarily based on my review of literature --
16 other people's literature reviews on this topic.
17 Q.   Okay. I don't want to talk about permanent
18 alopecia yet. I just want to talk about alopecia.
19 A.   Okay.
20 Q.   On page 22 of your report you specifically
21 say:
22       (Reading) Many medications,
23       including several types of cancer
24       chemotherapy, can cause alopecia
25       (end of reading).

Page 32

1       And I'm simply asking, for that statement,
2  as it relates to paclitaxel, what scientific evidence
3  did you rely upon to draw that conclusion?
4  A.   I base that on my review -- primarily of the
5  review articles that are cited here. And then it's
6  also based on my review, in part, of the randomized
7  controlled trials that I mentioned, the sort of brief
8  review that I did, and then just general knowledge.
9  Q.   Let's -- let's break that down.
10      First with respect to the other randomized
11 controlled trials, right now you're not able to name
12 any particular Phase 3 trial that involved
13 paclitaxel, are you?
14 A.   That's right.
15 Q.   Okay. And so it's your opinion that, based
16 on review articles, cited here on page 22, that was
17 sufficient for you to draw this conclusion about a
18 causal relationship between paclitaxel and alopecia;
19 correct?
20 A.   I would say the review articles and then
21 also -- the ones that are cited on page 22 as well as
22 the review articles that are cited on pages 20
23 through -- 20 and 21 that are reviews on the general
24 epidemiology of alopecia.
25 Q.   So, in your experience, is review of review

Page 33

1  articles a sufficient scientific methodology to
2  establish causation?
3  A.   No. I would say that, in general, if I were
4  to express an expert opinion on causation as -- as
5  something that I wanted to review in depth, I would
6  look at more than review articles. I would look at
7  the underlying basis for those.
8  Q.   But you didn't -- you didn't do that here
9  for purposes of whether or not any other chemotherapy
10 drug can cause alopecia; correct?
11 A.   No, I didn't do any detailed review of
12 whether other chemotherapy drugs can cause alopecia.
13 Q.   You didn't utilize your standard methodology
14 for purposes of establishing that causal
15 relationship, did you?
16      MR. KEENAN: Objection. Form.
17      THE WITNESS: When -- I would say, when
18 there is an accepted causal relationship and -- I'm
19 thinking about sort of my basis for expressing a
20 causal opinion.
21      I would say if -- if there's a generally
22 accepted causal relationship that's been established
23 in the scientific and medical literature, then if I
24 am not tasked -- tasked specifically with exploring
25 that causal relationship, then I will, I guess,

9 (Pages 30 to 33)