# EXHIBIT 33

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

******************************

IN RE:   TAXOTERE

(DOCETAXEL) PRODUCTS          MDL No. 2740

LIABILITY LITIGATION          Section: "H"

                            Judge Milazzo

This Document Relates to:   Mag. Judge North

All Cases

******************************


        Remote via Zoom Videotaped Deposition of JANET B. ARROWSMITH, MD, held at the offices of Shook, Hardy & Bacon, LLP, 1555 Grand Blvd., Kansas City, Missouri, commencing at 9:34 a.m., on the 29th of July, 2020, before Maureen O'Connor Pollard, Registered Diplomate Reporter, Realtime Systems Administrator, Certified Shorthand Reporter.

                    - - -

GOLKOW LITIGATION SERVICES
877.370.3377 / 917.591.5672
deps@golkow.com

Page 34

1  Q.  Okay. A few more housekeeping
2  matters.
3      Do you currently have an active
4  clinical practice?
5  A.  No, not right now. I --
6  Q.  When was the last --
7  A.  You know, we had a lot of
8  asylum-seekers coming through Albuquerque a
9  year or so ago, and I was a volunteer
10 physician for some of those families.
11     And my last active time in the
12 clinic was in the fall of 2017. I covered
13 the family practice clinic that I used to
14 cover when I lived down in the southern part
15 of the state. I mean, I am -- I'm on the
16 faculty now at U of M and we discuss
17 patients, but I'm not actively seeing
18 patients at this point.
19 Q.  Okay. And in your consulting
20 role, what is the division of requests for
21 your services between medical opinions,
22 epidemiologic opinions, or regulatory
23 opinions?
24 A.  Oh, I don't know. I've never

Page 35

1  really -- I mean, I apply all of those
2  various disciplines and my experience in
3  clinical medicine, epi, and the experience
4  I've had on the regulatory side, but I have
5  no idea how to separate it all out because it
6  all kind of works together, frankly.
7  Q.  Okay. I want to ask you a
8  series of questions, and I'm sure you're
9  aware that these are coming, so I want to get
10 them out of the way early.
11     Nowhere in your report do you
12 offer an opinion that Adriamycin causes
13 permanent chemotherapy-induced alopecia,
14 right?
15 A.  Well, I cite some literature
16 that indicat that there have been reports of
17 persistent alopecia associated with
18 Adriamycin.
19 Q.  Right. We're going to talk
20 about those.
21     The two that you cite are the
22 Masidonski letter to the editor that the two
23 nurses wrote, correct?
24 A.  I'd have to look it up. I

Page 36

1  don't right off the top of my head remember
2  the authors.
3  Q.  Okay. We'll get to those a
4  little bit later in this deposition.
5      But do you do -- in your report
6  do you set out a causation analysis to
7  determine whether or not Adriamycin can cause
8  permanent chemotherapy-induced alopecia?
9  A.  No, I was -- no, I didn't do a
10 causation analysis.
11 Q.  And you didn't do a causation
12 analysis for any drug, correct?
13 A.  Well, I guess I need you to
14 explain to me what you mean by a "causation
15 analysis."
16 Q.  Well, you know what general
17 causation is, correct? Can a drug, can a
18 drug -- does a drug have the potential to
19 cause a particular adverse event, correct?
20 A.  Yes, that's how I understand
21 it.
22 Q.  Okay. And general cause can be
23 determined by something called a Bradford
24 Hill analysis? Are you familiar with that?

Page 37

1  A.  I don't know that I would say
2  that you can determine causation using
3  Bradford Hill, no.
4  Q.  Okay.
5  A.  Bradford Hill criteria are
6  interesting, they're -- but to say that you
7  can establish causation by Bradford Hill
8  analysis is -- I would not fully agree with
9  that.
10 Q.  Okay. That's fair.
11     Now, when you say you cannot
12 establish causation, are you referring to
13 general causation, can a product cause this,
14 or specific causation?
15 A.  Well, I would say either one.
16 Certainly not specific causation, but --
17 Q.  I just want to --
18 A.  -- meaning an individual
19 patient.
20 Q.  Right.
21 A.  Bradford Hill can certainly
22 suggest a causal association, but I don't
23 believe that Bradford Hill can establish
24 specific.

Janet B. Arrowsmith, M.D.

Page 38

1  Q. Okay. Did you do any type of
2  analysis, Bradford Hill or otherwise, to
3  investigate a causal association between
4  Adriamycin and permanent chemotherapy-induced
5  alopecia?
6      MR. McRAE: Object to the form.
7  A. No, I looked at the literature
8  and, generally speaking, case reports, as I
9  recall, that were suggestive of a causal
10 association.
11 BY MR. MICELI:
12 Q. Okay.
13 A. You know, the problem being
14 people rarely receive Adriamycin as a single
15 agent --
16 Q. Okay.
17 A. -- in terms of chemotherapy.
18 Q. Right.
19 A. Being that it's very difficult
20 to establish a causal relationship between a
21 drug and an event if the drug is always given
22 in combination with other modalities, and
23 so --
24 Q. Okay.

Page 39

1  A. -- case reports are helpful in
2  sort of provoking the possibility.
3  Q. Okay. Understanding that, I'm
4  still going to go back to my original
5  question. Have you done a causation
6  analysis, Bradford Hill or otherwise, to
7  investigate the causal association between
8  Adriamycin and permanent chemotherapy-induced
9  alopecia?
10     MR. McRAE: Object to the form.
11 A. Well, I've already answered
12 that, and I said no --
13 BY MR. MICELI:
14 Q. Okay.
15 A. -- I have not done a specific
16 causation, causal analysis.
17 Q. And you have not done a
18 causation analysis to investigate the
19 potential causal association between any drug
20 and permanent chemotherapy-induced alopecia,
21 correct?
22 A. Well, I've certainly reviewed a
23 lot of the available literature and data for
24 Taxotere --

Page 40

1  Q. Okay.
2  A. -- but I have not gone back and
3  sorted out, you know, the strengths of the
4  association between, say, 5-FU or
5  cyclophosphamide or any of the other,
6  epirubicin and any other chemotherapeutic
7  agents, or paclitaxel for that matter,
8  Taxol --
9  Q. And so --
10 A. -- which persistent alopecia
11 have been reported.
12 Q. Okay. But cases have been
13 reported, or case reports alone and certainly
14 there's -- well, case reports alone do not
15 establish causation, correct?
16 A. Generally speaking, that's
17 true.
18 Q. Okay. And you have not done --
19 because I've asked this a couple of different
20 ways but I want to make sure I'm very clear.
21 You listed cyclophosphamide, or you stated
22 cyclophosphamide, you stated 5-FU, you stated
23 epirubicin, and for those you have not done a
24 causation analysis to determine a potential

Page 41

1  causal association between those drugs and
2  permanent chemotherapy-induced alopecia,
3  right?
4      MR. McRAE: Object to the form.
5  A. That's correct.
6  BY MR. MICELI:
7  Q. Okay. And you haven't done
8  that for Xeloda, correct?
9  A. That's correct.
10 Q. And you haven't done so for
11 Avastin?
12 A. That's correct.
13 Q. You have not done so for
14 tamoxifen, correct?
15 A. Correct.
16 Q. You have not done so for, I
17 think you said this, but Taxol or paclitaxel,
18 right?
19 A. That's correct.
20 Q. Okay. Or methotrexate,
21 correct?
22 A. That's correct.
23 Q. Okay. Nowhere in your report
24 do you set out a methodology or an analysis

11 (Pages 38 to 41)

Janet B. Arrowsmith, M.D.

Page 42

1  of any drug and its causal association or
2  investigation into a causal association with
3  permanent chemotherapy-induced alopecia,
4  correct?
5          MR. McRAE:  Object to the form.
6      A.   I'm not sure that's entirely
7  correct.  I certainly discuss the methodology
8  in the hierarchy of scientific evidence --
9  BY MR. MICELI:
10     Q.   Right.
11     A.   -- and the fact randomized
12 control trials are the most reliable
13 scientific evidence, and the fact that in
14 TAX 316 there was no statistically
15 significant difference in the rates of
16 persistent alopecia between the FAC and the
17 TAC populations, so I don't believe that
18 that's a correct statement on your part.
19     Q.   Okay.  Let me try to break it
20 down, because what I'm trying to do is I
21 understand in your report you describe
22 generally the hierarchy of evidence, and I
23 can agree with you on that.
24          What you don't do for any drug

Page 43

1  is to apply facts concerning specific drugs
2  and that hierarchy of evidence to come up
3  with an opinion that a particular drug,
4  chemotherapy agent or tamoxifen, is causally
5  associated with permanent
6  chemotherapy-induced alopecia, right?
7          MR. McRAE:  Object to the form.
8      A.   No, I don't think that's
9  correct.  As I stated, I did do that, applied
10 the hierarchy of evidence to data available
11 for Taxotere.
12         I did the Fisher's exact, I did
13 the 2x2 table looking at whether the rate of
14 persistent alopecia in patients who had been
15 exposed to
16 Taxotere-Adriamycin-cyclophosphamide, as
17 compared to the rate/percentage in patients
18 had been exposed to 5-FU plus
19 Adriamycin-cyclophosphamide, and determined
20 that that was not a statistically significant
21 difference.  So I can't really entirely agree
22 with your statement.
23     Q.   Okay.  Where in your report,
24 what paragraph of your report do you document

Page 44

1  your Fisher's exact test.
2      A.   I document the results of it,
3  it's the 2x2.  Let me find the text.
4          On paragraph 113 I report that
5  there was not a statistically significant
6  difference between the incidence of ongoing
7  alopecia in the two arms.
8      Q.   Okay.  I see what you have here
9  in paragraph 113 is the 29 cases and the
10 4.2 percent, and the 16 cases, 2.5 percent in
11 the TAC and FAC arm respectively.
12         But can we agree that in this
13 paragraph 113 you do not set out the methods
14 by which you conducted your Fisher's
15 exact 2-by-2, correct?
16     A.   I don't show you the 2x2 table,
17 that's correct.  But I came to that
18 conclusion based on the results of that
19 calculation.
20     Q.   I understand.  You don't use
21 the words --
22     A.   Where --
23         (Cross-talking.)
24     Q.   I'm sorry.  Go ahead, Doctor.

Page 45

1      A.   That's the only -- by doing
2  that calculation is the only way I would have
3  been able to state assertively that there is
4  not a statistically significant difference
5  between those two arms.
6      Q.   Okay.  In paragraph 113 of your
7  report, you do not mention that you have
8  conducted a Fisher's exact test or 2x2 test
9  to determine statistical significance,
10 correct?
11         MR. McRAE:  Object to the form.
12     A.   I don't specifically say that,
13 but I do say that there is not a
14 statistically significant difference.
15 BY MR. MICELI:
16     Q.   Right.
17         And have you reviewed documents
18 from Sanofi that state just that, that
19 there's not a statistically significant
20 difference between the 29 and the 16?
21     A.   Well, after I did my own 2x2 I
22 did find that, yes.
23     Q.   Okay.  But my only reason for
24 asking this question is I read your report

12 (Pages 42 to 45)