# EXHIBIT 34

**LABORATORY REPORT**

# Ochsner

Ochsner Clinic Foundation

William G. Helis Memorial Laboratory    1516 Jefferson Highway    New Orleans, Louisiana 70121    (504)842-4625

| PATIENT INFORMATION |
| --- |

KAHN, ELIZABETH          CLINIC # 1813606
SEX F
PHONE
RPT DT/TM: 11/21/2013 18:42

| TEST | RESULTS | | REFERENCE RANGE | UNITS |
| --- | --- | --- | --- | --- |
| | WITHIN RANGE | OUT OF RANGE | | |
| COL DT/TM: 10/02/2008 10:17 | | | | |
| ACCESSION: 18778700 | | | | |
| ORDERED BY: LARNED, ZOE L | | | | |
| | | | | |
| Comprehensive Metabolic Pnl | | | | |
| Final Results | | | | |
| Glucose | 106 | | 70-110 | mg/dl |
| Urea Nitrogen (BUN) | 12 | | 6-20 | mg/dl |
| Creatinine | 0.8 | | 0.5-1.4 | mg/dl |
| Calcium | 9.7 | | 8.7-10.5 | mg/dl |
| Sodium | 138 | | 136-145 | mMol/l |
| Potassium | 4.1 | | 3.5-5.1 | mMol/l |
| Chloride | 104 | | 95-110 | mMol/l |
| Protein, Total | 6.7 | | 6.0-8.4 | gm/dl |
| Albumin - Serum | 4.4 | | 3.5-5.2 | g/dl |
| Bilirubin, Total | 0.4 | | 0.1-1.0 | mg/dl |
| AST (SGOT) | 27 | | 10-40 | U/L |
| Alkaline Phosphatase | 61 | | 55-135 | U/L |
| Carbon Dioxide, CO2 | 26 | | 23.0-29.0 | mEq/L |
| ALT (SGPT) | 43 | | 10-44 | U/L |

Bilirubin, Total:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dl
Up to 48 hours.............<12.0 mg/dl
3-5 days...................<15.0 mg/dl
6-29 days..................<15.0 mg/dl

END OF REPORT                    PAGE  2

CHART COPY

KAHN, ELIZABETH  MRN:                              DOS: 10/2/2008

**1018- KAHN, ELIZABETH- Ochsner Health System  01056**

Patient Name: **KAHN, ELIZABETH**
MRN:
DOB: ███████████   **Sex: F**

This is a former patient of Dr. Kardinal, who is being treated with neoadjuvant chemotherapy on NSABP- B40.

The patient self palpated a left breast mass in April 2008. On 04/09/2008 she had a diagnostic mammogram and ultrasound-guided core biopsy on 04/11/2008. A PET scan on 04/21/2008 showed no evidence to suggest distant metastatic disease. On 04/23/2008, she had a MUGA scan revealing a normal ejection fraction at 65%.

Additional breast cancer feature, she is strongly ER/PR positive and HER-2/neu 2+ by IHC and FISH assay was nonamplified.

The patient is participating in a clinical trial NSABP-B-40 and was randomized to 4 cycles of Taxotere, Xeloda, and bevacizumab which she has completed. She is here to complete the second part of the trial which is adriamycin, cytoxan X 4 cycles and avastin x 2 cycles.

In the interval she has done well. She denies any pain complaints. No headaches. No visual changes. No chest pain or shortness of breath. No cough. No muth sores, nausea or vomiting. No abdominal pain. Otherwise normal colored stools and urination is normal. No musculoskeletal complaints. Can no longer feel breast lesion. Some insomnia- particularly on steroid days and desires no medication at this time. Has returned to work as a librarian. Remainder of review of systems within normal limits.

MEDICATIONS: See the medication card.

ALLERGIES: Ciprofloxacin and penicillin.

EXAM: Her height is 5 feet 3 inches. Weight: 201.9 pounds, BP: 147/92 mmhg, T 97.3 F, P: 87/min
GENERAL: She is extremely pleasant, in no acute distress, presents with her husband.
HEENT: Positive alopecia. Pupils are equal, round, and reactive to light and accommodation. Extraocular movements are intact. No scleral icterus or conjunctival pallor. Normal tympanic membranes. Oropharynx is negative without lesions. No throat erythema, exudate or thrush.
NECK: Supple. Normal thyroid. No lymphadenopathy.
CHEST: Clear.
BREAST EXAM: Left breast. The patient's breast mass is no longer palpable. No lymphadenopathy. No nipple irregularities. Right breast without mass or tenderness. No nipple irregularities or axillary adenopathy.
ABDOMEN: Soft. Positive bowel sounds. Nontender and nondistended. No hepatosplenomegaly or masses.
EXTREMITIES: No cord, cyanosis or edema.
SKIN: Without rashes or lesions. Feet are peeling and hands are peeling, but no redness or swelling.
MUSCULOSKELETAL: Full range of motion.
LYMPH NODES: No other palpable lymphadenopathy.

Labs:

Reviwed in OCW

ASSESSMENT AND PLAN: Proceed with cycle # 4 (final) of Adriamycin, Cyclophosphamide and bevacizumab, on the NSABP-B-40 trial. Side effects were explained and delayed emesis prescriptions were given to the patient. All of her questions were answered to her satisfaction. The patient is doing well and is to call if any problems arise.

**ELECTRONICALLY SIGNED BY Zoe Larned, MD 10/23/08 01:57:09 PM**

**Patient Name:** KAHN, ELIZABETH
**MRN:**
**DOB:**            **Sex: F**

ADDENDUM:

Pt also reports nail changes (GR1). Mild nail discoloration and ridging noted to nails on bilateral hands.

Electronically signed by: Melanie Zazulak, RN
10/23/2008 4:31:14 PM

Kahn, Elizabeth
NSABP B40
10/23/08

GROUP 2B
Pre-op Bevacizumab/Doxorubicin/Cyclophosphamide

CYCLE 8

Pt came in this morning for appt w/ Dr. Larned and to receive Cycle 8/Day 1 of chemo. Pt is accompanied by her husband and she is in a pleasant mood. AE's reviewed w/ pt. Pt states she tolerated last chemo fairly well. She remains working fulltime. PS 0. No changes in complaints of fatigue (GR1). She states she has been needing to take naps daily, when she gets home from work. Pt denies N/V/D after last chemo. She remains compliant w/ delayed emesis medications, Decadron and Reglan. Denies mouth sores. Pt states she has a good appetite. Heartburn has resolved w/ the use of Prevacid BID for first couple of days after tx. Pt also states she did not have any peripheral neuropathy, since last tx. Hand/foot syndrome (GR1): minimal dryness noted to bilateral palms; bilateral soles of feet also have some dry/flaking skin noted. Pt continues to use lotion to hands and feet. Dr. Larned updated on pt's complaints/status. Pt seen and assessed per Dr. Larned. H&P and tumor assessment done.
VS stable: T 97.3, BP 147/92, P 87.
Pt WT: 200.2
Labs drawn peripherally. Lab results are as follows: WBC 4.64 (GR1), H/H 12.4/38.5, PLT 227, ANC 2538. CMP WNL.
Labs and chemo orders reviewed per Dr. Larned. Chemo orders signed and sent to chemo. Pt to receive Decadron/Aloxi pre-meds.
Pt was also instructed she will be due for MRI/MUGA/labs/send outs prior to next visit. Pt's next appt w/ Dr. Larned will be for pre-op clearance. Pt had script for delayed emesis medications filled for this dose prior to this tx and she is aware she can cont. to take Compazine as she needs it. Pt given a copy of her labs and appt for next RTC. Pt instructed to call for any assistance needed. Pt verbalizes understanding.

**ELECTRONICALLY SIGNED BY Melanie Zazulak, RN 10/23/08 04:17:08 PM**

**Patient Name:** KAHN, ELIZABETH
**MRN:**
**DOB:** ████████  **Sex: F**

████████
Kahn, Elizabeth
NSABP B40
01/29/09

GROUP 2B
Post-op Bevacizumab
CYCLE 2

Pt came in this morning for appt w/ Dr. Larned and to receive post-op Bevacizumab. Pt is in a pleasant mood. Pt states she has been doing well since last visit. AE's reviewed w/ pt: previous complaints of peripheral neuropathy have almost completely resolved. Pt states it is on a rare occasion that she ever notes this. Alopecis resolved. Pt conitinues to work fulltime and has started Rdiation Tx, which she is tolerating well. Pt c/o mild fatigue (GR1). PS 0. Pt states she has a good appetite. Dr. Larned updated on pt status. Pt seen and assessed per Dr. Larned. H&P done.
VS stable: T 98.0, BP via dynamap 128/88, P 84.
Pt WT: 197.9
Bevacizumab orders reviewed and signed per Dr. Larned. No pre-meds prior to infusion. Bevacizumab dose recalculated using today's wt. and dose is 1350mg.

Pt given a copy of her next RTC visit. Pt was instructed she will need to provide urine specimen at next visit. Pt has no further questions/concerns at this time. Pt instructed to call for any questions or assistance needed. Pt verbalizes understanding.

**ELECTRONICALLY SIGNED BY Melanie Zazulak, RN 01/29/09 01:13:57 PM**

**Patient Name:** KAHN, ELIZABETH
**MRN:**
**DOB:** ███████████   **Sex: F**

███████

Kahn, Elizabeth
NSABP B40
04/02/09

GROUP 2B
Post-op Bevacizumab
CYCLE 5

Pt came in this afternoon to receive post-op Bevacizumab. Pt is in a pleasant mood. Pt states she has been doing well since last visit. AE's reviewed w/ pt. Pt states peripheral neuropathy remains intermittent, and this does not affect any of her ADL's. Pt continues to work fulltime. Pt c/o mild fatigue (GR1). PS 0. Pt states she has a good appetite.
VS stable: T 95.7, BP via dynamap 147/89, P 76.
Pt WT: 198.4
Pt denies SOB, chest pain and HA.
Pt had blood work drawn this morning, per Dr. Larned. UPCR done.
UPCR WNL. GR 1 Hgb noted. All other labs WNL.
Pt. seen and assessed per Dr. Larned. Bevacizumab orders reviewed and signed per Dr. Larned. No pre-meds prior to infusion. Bevacizumab dose recalculated using today's wt. and dose is 1350mg.

Pt given a copy of her next RTC visit along w/ a copy of her labs. Pt was also given a script per Dr. Larned for Tamoxifen. Tamoxifen reviewed and discussed w/ pt per Dr. Larned. Pt has no further questions/concerns at this time. Pt instructed to call for any questions or assistance needed. Pt verbalizes understanding.

ELECTRONICALLY SIGNED BY Melanie Zazulak, RN 04/02/09 03:07:29 PM

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY              CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121        ENCOUNTER DATE: 04-02-09
PHONE 504/842-3000                  DICTATOR: LARNED, ZOE L
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY


PROVIDER NOTE


This is a 51-year-old female, who self-palpated a left breast mass in
April 2008. On 04/09/2008, she had a diagnostic mammogram and
ultrasound-guided core biopsy on 04/11/2008. She had ductal
adenocarcinoma, strongly ER/PR positive, HER-2/neu 2+ by IHC with
nonamplified FISH assay.

A PET scan on 04/21/2008 showed no evidence of distant metastatic disease.
She had a normal MUGA scan on 04/23/2008 with an ejection fraction of 65%.

The patient opted to participate in NSABP B-40 and it was randomized to 4
cycles of Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan
x4 cycles, followed by surgery, and followed by Avastin maintenance every
3 weeks, which she is still on.

The patient has completed her lumpectomy and done well. Her breast biopsy
showed moderately differentiated infiltrating carcinoma with tumor
measuring 7 mm showing an excellent clinical response. All margins were
negative. No lymphovascular invasion. Negative sentinel lymph node. Final
staging T1N0Mx.

The patient returns to clinic for her next cycle of Avastin on clinical
trial. She has been doing well. She has a scheduled appointment with her
primary care physician to discuss blood pressure management in the near
future. Her hot flashes have pretty much resolved. She had a fall the
other day when she tripped walking the dog, which she attributes to some
fatigue. She has had no fainting spell or neurologic events prior to this.
She still describes some fatigue, but admits that she over does it. She
has no pain complaints. No headaches. No visual changes. No chest pain. No
cough. No shortness of breath. No nausea. No vomiting. No heartburn.
Normal stools. No musculoskeletal complaints. Normal urination. Remainder
of review of systems is unchanged.

MEDICATIONS: See medication card.

ALLERGIES: Ciprofloxacin and penicillin.

New addition today for medications is tamoxifen.

PHYSICAL EXAMINATION: Her weight is 198.4 pounds, her blood pressure is
147/89, pulse is 76, respirations 14, and temperature is 95.7, and pain is

KAHN, ELIZABETH  MRN:                              DOS: 4/2/2009

1018- KAHN, ELIZABETH- Ochsner Health System 01253

ALTON OCHSNER MEDICAL FOUNDATION   PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY             CLINIC NUMBER: █████████
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 04-02-09
PHONE 504/842-3000                 DICTATOR: LARNED, ZOE L
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

none.
GENERAL: She is extremely pleasant. She presents alone. She is in no acute
distress.
HEENT: Hair is growing back in. Pupils are equal, round, and reactive to
light and accommodation. Extraocular movements are intact. No scleral
icterus. No conjunctival pallor. Oropharynx is negative. Normal tympanic
membranes without lesions. No throat erythema, exudate or thrush.
NECK: Supple. Normal thyroid. No lymphadenopathy.
CHEST: Clear to auscultation and percussion bilaterally with a normal
respiratory rate.
BREAST EXAM: Left breast surgical site fully healed. No evidence of chest
wall recurrence. No lymphadenopathy. No nipple irregularities. Right
breast without mass or tenderness. No nipple irregularities or axillary
adenopathy.
ABDOMEN: Soft. Positive bowel sounds. Nontender and nondistended. No
hepatosplenomegaly or masses.
EXTREMITIES: No cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed scars.
MUSCULOSKELETAL: Full range of motion.
LYMPH NODES: No cervical, supraclavicular, axillary or inguinal
lymphadenopathy.

LABORATORY DATA: Within normal limits and reviewed in OCW.

ASSESSMENT AND PLAN: Breast cancer, as above. Continue clinical trial. The
patient is now given a prescription for tamoxifen. We have carefully gone
over the side effects at last visit and over a 30-minute session, we went
over again with the patient whether she had any questions. All questions
answered to her satisfaction. She is to call us in the interval if any
problems arise.


      Zoe L. Larned, M.D.

CC:




ZLL/co     100       LMod: 04/03/2009 03:57:34 (ET)
dd: 04/02/2009 15:53:14 (ET)    td: 04/03/2009 03:57:34 (ET)     VR:




KAHN, ELIZABETH  MRN: █████████████████████     DOS: 4/2/2009

**Patient Name: KAHN, ELIZABETH**
**MRN:**
**DOB:** ▮▮▮▮▮▮▮▮  **Sex: F**

Kahn, Elizabeth
NSABP B40
08/13/09

GROUP 2B
Post-op Bevacizumab
30 Day follow-up

Pt came in this morning for labs and urine specimen. Pt returned this afternoon for f/u appt w/ Dr. Larned. Pt is in a pleasant mood. Pt states she has been doing well since last visit. She has been compliant with taking her BP medications and she states her BP at home yesterday was 117/75. AE's reviewed w/ pt: Pt reports few episodes peripheral neuropathy (sensory, GR1)since last tx. Neuropathy has not affected any ADL's. No changes in c/o fatigue (GR1). Insomnia (GR1) complaints remain intermittent and she states she still has not filled her prescription for Ambien. No changes voiced in c/o hot flashes (GR2), she describes this as being moderate. Dr. Larned was updated on all complaints. No new orders received. Pt was seen and assessed per Dr. Larned. H&P done.
PS 0.
VS stable: BP 143/78, T 97.9, P 98.
Pt WT: 192.3
Pt denies SOB, chest pain and HA.

Labs drawn peripherally and all were WNL. UPCR results noted: 0.06

Pt instructed she is now in the follow-up phase of protocol and should refer to Dr. Larned's MA in the clinic for all future appts. She is aware that she will be due for MUGA, per protocol in Nov. 2009. Her next appts will be scheduled and mailed to her by the clinic. Pt has no questions/concerns at this time.
Pt instructed to call for any questions or assistance needed. Pt verbalizes understanding.

**ELECTRONICALLY SIGNED BY Melanie Zazulak, RN 08/13/09 03:05:26 PM**

ALTON OCHSNER MEDICAL FOUNDATION  PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY             CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121       ENCOUNTER DATE: 08-13-09
PHONE 504/842-3000                 DICTATOR: LARNED, ZOE L
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

This is a 51-year-old female, she self palpated a breast left breast mass
in April 2008. On 04/09/2008, she had a diagnostic mammogram and
ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR
positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on
04/21/2008 showed no evidence of distant metastatic disease. She had a
normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of
Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x4 cycles
followed by surgery followed by Avastin maintenance every 3 weeks, which
she is now completed.

Final breast pathology post lumpectomy showed a mildly differentiated,
infiltrating carcinoma with tumor measuring 7 mm showing an excellent
clinical response all margins were negative. There is no lymphovascular
invasion. Negative sentinel lymph node. Final pathologic staging was
T1N0MX.

In the interval, the patient has done well. She is pleased that her hair
is growing back. She reports a much improved energy level. She has taken 4
trips this summer. Her new school year started and she is back full time
as of Monday. She denies any fevers, chills or infectious complaints. She
denies any headaches or visual changes. She denies any sore throat,
dysphagia or heartburn. She denies any chest pain or palpitations. She
denies any cough or shortness of breath. She denies abdominal pain or
discomfort. She reports normal stools without hematochezia or melena. She
reports normal urination without dysuria. She denies musculoskeletal
complaints. She has no neurologic complaints of localized weakness or
numbness. She has a mild peripheral neuropathy, which is getting better.
She did notice that she went on a recent trip to New Mexico.

ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 192.3 pounds. Her blood pressure is
143/78. Her pulse is 90. Respirations are 14 and temperature is 97.9.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation.

KAHN, ELIZABETH  MRN:                                    DOS: 8/13/2009

ALTON OCHSNER MEDICAL FOUNDATION    PATIENT NAME: MS ELIZABETH KAHN
1516 JEFFERSON HIGHWAY               CLINIC NUMBER:
NEW ORLEANS, LOUISIANA 70121         ENCOUNTER DATE: 08-13-09
PHONE 504/842-3000                   DICTATOR: LARNED, ZOE L
PLACE OF ENCOUNTER: JEFFERSON HIGHWAY

PROVIDER NOTE

Extraocular movements intact. No scleral icterus. No conjunctival pallor
and oropharynx is benign.
NECK: Supple. There is no lymphadenopathy.
CHEST: Clear to auscultation and percussion bilaterally.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of
tenderness. Well-healed surgical scar on left breast. There is no axillary
lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds. Nontender. Nondistended. No
hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout.
Pain, temperature, and joint position sense are all intact.

LABORATORY DATA: White count 5.24, hemoglobin 13.6, hematocrit 42,
platelets are 172. Differential 61.1 neutrophils. Chemistries are all
within normal limits.

ASSESSMENT AND PLAN: Left breast carcinoma, has completed treatment.
Clinically doing very well, return to clinic in 3 months as per NCCN
guidelines. The patient knows she can call me in the interval, if there
are any problems arise.


      Zoe L. Larned, M.D.


ZLL/co 100      LMod: 08/14/2009 05:31:45 (ET)
dd: 08/13/2009 16:15:53 (ET) td: 08/14/2009 05:31:45 (ET)    VR: 1802764 /
JobID: 38925807 DocID: 30327612..
Document authenticated by Zoe L. Larned, M.D., on 09/22/2009 12:17:10 ET

KAHN, ELIZABETH  MRN:                                      DOS: 8/13/2009

**Patient Name:** KAHN, ELIZABETH
**MRN:**
**DOB:** ████████   **Sex:** F

ESTABLISHED PATIENT

This is a 51-year-old female who self-palpated a left breast mass
in April 2008. On 04/09/2008, she had a diagnostic mammogram and
ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR
positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on
04/21/2008 showed no evidence of distant metastatic disease. She had a
normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of
Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x 4 cycles
followed by surgery followed by Avastin maintenance every 3 weeks, all of which
she is now completed.

Final breast pathology post lumpectomy revealed a mildly differentiated,
infiltrating carcinoma with tumor measuring 7 mm showing an excellent
clinical response all margins were negative. There is no lymphovascular
invasion. Negative sentinel lymph node. Final pathologic staging was
T1N0MX.

In the interval, the patient has done well. She reports a much improved energy level. No pain complaints except occasional fleeting pain at surgical site. Back to work
full time. She denies any fevers, chills or infectious complaints. She denies any headaches or visual changes. She denies any sore throat, dysphagia or heartburn. She
denies any chest pain or palpitations. She denies any cough or shortness of breath. She denies abdominal pain or discomfort. She reports normal stools without
hematochezia or melena. She reports normal urination without dysuria. She denies musculoskeletal complaints. She has no neurologic complaints of localized weakness
or numbness. She has a mild peripheral neuropathy, which is getting better. Some nail changes noted. Hair growing back slowly.

ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 189.0 pounds. Her blood pressure is
114/78, pulse is 86, respirations are 18 and temperature is 97.9.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation.
Extraocular movements intact. No scleral icterus. No conjunctival pallor
and oropharynx is benign.
NECK: Supple. There is no lymphadenopathy.
CHEST: Clear to auscultation and percussion bilaterally.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of
tenderness. Well-healed surgical scar on left breast. There is no axillary
lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds. Nontender. Nondistended. No
hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed surgical scars.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout.
Pain, temperature, and joint position sense are all intact.

LABORATORY DATA:

Col Dt/Tm: 11/16/2009 08:16 Accession: 0019789187 Ordered By: LARNED
Title: Hem/Onc CBC Status: Final Results Series: 00
WBC 5.13 4.8-10.8 K/uL
RBC 4.65 4.00-5.40 M/uL
HGB 13.0 12.0-16.0 gm/dl
HCT 40.8 37.0-48.5 %
MCV 87.7 82-95 fL
MCH 28.0 27-31 pg
MCHC 31.9 L 32-36 %
RDW 14.9 H 11.5-14.5 %
% Granulocytes 64.2 40-76 %

Col Dt/Tm: 11/16/2009 08:16 Accession: 0019789187 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00
Gran % 64.2 38-73 %
Lymph % 25.1 21-44 %
Mono % 7.0 0.0-7.4 %
Eosinophil % 3.5 0.0-4.2 %
Basophil % 0.2 0-1.9 %
Gran # 3.3 1.8-7.7 K/uL

Lymph # 1.2 1-4.8 K/uL
Mono # 0.4 0.0-0.8 K/uL
Eos # 0.2 0-0.45 K/uL
Baso # 0.0 0.0-0.2 K/uL

Col Dt/Tm: 11/16/2009 08:16 Accession: 0019789187 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 188 150-350 K/uL
Mean Platelet Volume 9.9 9.2-12.9 fL

Col Dt/Tm: 11/16/2009 08:16 Accession: 0019789187 Ordered By: LARNED
Title: Differential Status: Cancelled Series: 00

Col Dt/Tm: 11/16/2009 08:16 Accession: 0019789187 Ordered By: LARNED
Title: Comprehensive Metabolic Pnl Status: Final Results Series: 00
Glucose 100 70-110 mg/dl
Urea Nitrogen (BUN) 16 6-20 mg/dl
Creatinine 0.7 0.5-1.4 mg/dl
Calcium 9.2 8.7-10.5 mg/dl
Sodium 140 136-145 mMol/l
Potassium 3.9 3.5-5.1 mMol/l
Chloride 103 95-110 mMol/l
Protein, Total 6.6 6.0-8.4 gm/dl
Albumin - Serum 3.4 L 3.5-5.2 g/dl
Bilirubin, Total 0.3 0.1-1.0 mg/dl
AST (SGOT) 23 10-40 U/L
Alkaline Phosphatase 49 L 55-135 U/L
Carbon Dioxide, CO2 26 23.0-29.0 mEq/L
ALT (SGPT) 30 10-44 U/L
Anion Gap 16 10-20 mmol/L
eGFR if not African Am >60 >60- mL/min
eGFR if African Americ >60 >60- mL/min

ASSESSMENT AND PLAN: Left breast carcinoma, has completed treatment.
Clinically doing very well, return to clinic in 3 months as per NCCN
guidelines. Hormonal levels and thyroid panel at next visit.

The patient knows she can call me in the interval, if there are any problems that arise.

**ELECTRONICALLY SIGNED BY Zoe Larned, MD 11/16/09 03:12:33 PM**

Patient Name: KAHN, ELIZABETH
MRN:
DOB: ████████   Sex: F

ESTABLISHED PATIENT

This is a 52-year-old female who self-palpated a left breast mass
in April 2008. On 04/09/2008, she had a diagnostic mammogram and
ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR
positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on
04/21/2008 showed no evidence of distant metastatic disease. She had a
normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of
Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x 4 cycles
followed by surgery followed by Avastin maintenance every 3 weeks, all of which
she is now completed.

Final breast pathology post lumpectomy revealed a mildly differentiated,
infiltrating carcinoma with tumor measuring 7 mm showing an excellent
clinical response all margins were negative. There is no lymphovascular
invasion. Negative sentinel lymph node. Final pathologic staging was
T1N0MX.

In the interval, the patient has done well. She reports a much improved energy level. Although she did have 4 falls in the interval- no precipitating factors. Get right up
w/out further symptoms other than 1 time isolated dizziness. No pai Back to work full time. She denies any fevers, chills or infectious complaints. She denies any
headaches or visual changes. She denies any sore throat, dysphagia or heartburn. She denies any chest pain or palpitations. She denies any cough or shortness of
breath. She denies abdominal pain or discomfort. She reports normal stools without hematochezia or melena. She reports normal urination without dysuria. She denies
musculoskeletal complaints. She has no neurologic complaints of localized weakness or numbness. She has a mild peripheral neuropathy, which is getting better. Some
nail changes noted. Hair growing back slowly.

ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 189.3 pounds. Her blood pressure is
130/74, pulse is 77, respirations are 18 and temperature is 98.3 F.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation.
Extraocular movements intact. No scleral icterus. No conjunctival pallor
and oropharynx is benign.
NECK: Supple. There is no lymphadenopathy.
CHEST: Clear to auscultation and percussion bilaterally.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of
tenderness. Well-healed surgical scar on left breast. There is no axillary
lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds. Nontender. Nondistended. No
hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed surgical scars.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout.
Pain, temperature, and joint position sense are all intact.

LABORATORY DATA:

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Comprehensive Metabolic Pnl Status: Final Results Series: 00
Glucose 93 70-110 mg/dl
Urea Nitrogen (BUN) 15 6-20 mg/dl
Creatinine 0.7 0.5-1.4 mg/dl
Calcium 9.0 8.7-10.5 mg/dl
Sodium 144 136-145 mMol/l
Potassium 3.8 3.5-5.1 mMol/l
Chloride 107 95-110 mMol/l
Protein, Total 6.5 6.0-8.4 gm/dl
Albumin - Serum 3.5 3.5-5.2 g/dl
Bilirubin, Total 0.3 0.1-1.0 mg/dl
AST (SGOT) 25 10-40 U/L
Alkaline Phosphatase 59 55-135 U/L
Carbon Dioxide, CO2 29 23.0-29.0 mEq/L
ALT (SGPT) 31 10-44 U/L
Anion Gap 13 10-20 mmol/L
eGFR if not African Am >60 >60- mL/min
eGFR if African Americ >60 >60- mL/min

Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Hem/Onc CBC Status: Final Results Series: 00
WBC 4.25 L 4.8-10.8 K/uL
RBC 4.56 4.00-5.40 M/uL
HGB 13.0 12.0-16.0 gm/dl
HCT 40.2 37.0-48.5 %
MCV 88.2 82-95 fL
MCH 28.5 27-31 pg
MCHC 32.3 32-36 %
RDW 14.9 H 11.5-14.5 %
% Granulocytes 62.8 40-76 %


Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00
Gran % 62.8 38-73 %
Lymph % 27.1 21-44 %
Mono % 7.1 0.0-7.4 %
Eosinophil % 2.8 0.0-4.2 %
Basophil % 0.2 0-1.9 %
Gran # 2.7 1.8-7.7 K/uL
Lymph # 1.2 1-4.8 K/uL
Mono # 0.3 0.0-0.8 K/uL
Eos # 0.1 0-0.45 K/uL
Baso # 0.0 0.0-0.2 K/uL


Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 169 150-350 K/uL
Mean Platelet Volume 10.0 9.2-12.9 fL


Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Differential Status: Cancelled Series: 00


Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: TSH Status: Final Results Series: 00
TSH 2.50 0.4-4.0 uIU/ml


Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: LH Status: Final Results Series: 00
Luteinizing Hormone (L 11 mIU/ml


Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: FSH Status: Final Results Series: 00
FSH 26 mIU/ml


Col Dt/Tm: 02/23/2010 07:53 Accession: 0020096071 Ordered By: LARNED
Title: Free T4 Status: Final Results Series: 00
T4, Free 0.93 0.71-1.51 ng/dl


ASSESSMENT AND PLAN: Left breast carcinoma, has completed treatment.
Clinically doing very well, return to clinic in 3 months as per NCCN
guidelines.


Head CT.


The patient knows she can call me in the interval, if there are any problems that arise.


**ELECTRONICALLY SIGNED BY Zoe Larned, MD 02/23/10 04:27:26 PM**

Patient Name:   KAHN, ELIZABETH
MRN:
DOB:                                    Sex: F

**Ochsner Clinic Foundation**          KAHN, ELIZABETH  **MRN#:**
**Vital Signs**                        Date of Birth:

**Female 53 years old**
**Date:**  02/28/2011

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**   127 / 91   Sitting , Right Arm

**Heart Rate:** 76    **Respiration Rate:** 18

**Temperature:** 98.3 F°    **Temperature Site:** Oral

**Weight:** 193 lb (87.73 kg)

[x] Clothed

**Electronically Signed By:  CHRISTINA L RAYMER, MEDICAL ASSISTANT  02/28/2011  3:00:46 PM**

**Patient Name: KAHN, ELIZABETH**
**MRN:**
**DOB:**             **Sex: F**

ESTABLISHED PATIENT

This is a 53-year-old female who self-palpated a left breast mass
in April 2008. On 04/09/2008, she had a diagnostic mammogram and
ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR
positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on
04/21/2008 showed no evidence of distant metastatic disease. She had a
normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of
Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x 4 cycles
followed by surgery followed by Avastin maintenance every 3 weeks, all of which
she is now completed.

Final breast pathology post lumpectomy revealed a mildly differentiated,
infiltrating carcinoma with tumor measuring 7 mm showing an excellent
clinical response all margins were negative. There is no lymphovascular
invasion. Negative sentinel lymph node. Final pathologic staging was
T1N0MX.

In the interval, the patient has done well. More active and working full-time. She denies any fevers, chills or infectious complaints. She denies any headaches or visual
changes. She denies any sore throat, dysphagia or heartburn. She denies any chest pain or palpitations. She denies any cough or shortness of breath. She denies
abdominal pain or discomfort. She reports normal stools without hematochezia or melena. She reports normal urination without dysuria. She denies musculoskeletal
complaints. She has no neurologic complaints of localized weakness or numbness. She has a mild peripheral neuropathy, which is continuing to get better. Still notes
thinning hair. c/o hot flashes. Also, reporting lack of sex drive.

ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 193.0 pounds. Her blood pressure is
127/91, pulse is 76, respirations are 18, and temperature is 98.3 F.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation.
Extraocular movements intact. No scleral icterus. No conjunctival pallor
and oropharynx is benign. No throat erythema or exudate. Adequate dentition. Normal tympanic membranes and ear canals.
NECK: Supple. There is no lymphadenopathy. Normal thyroid.
CHEST: Normal respiratory rate. Clear to auscultation and percussion bilaterally. No rhonchi, rales or wheezing.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of
tenderness. Well-healed surgical scar on left breast. There is no axillary
lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds in all quadrants. Nontender. Nondistended. No
hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed surgical scars.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout.
Pain, temperature, and joint position sense are all intact.

LABORATORY DATA:

Col Dt/Tm: 02/28/2011 07:57 Accession: 0021047929 Ordered By: LARNED
Title: Comprehensive Metabolic Pnl Status: Final Results Series: 00
Glucose 90 70-110 mg/dl
Urea Nitrogen (BUN) 19 6-20 mg/dl
Creatinine 0.7 0.5-1.4 mg/dl
Calcium 9.5 8.7-10.5 mg/dl
Sodium 142 136-145 mmol/L
Potassium 4.6 3.5-5.1 mmol/L
Chloride 106 95-110 mmol/L
Protein, Total 6.7 6.0-8.4 g/dL
Albumin - Serum 3.6 3.5-5.2 g/dl
Bilirubin, Total 0.3 0.1-1.0 mg/dl
AST (SGOT) 29 10-40 U/L
Alkaline Phosphatase 67 55-135 U/L
Carbon Dioxide, CO2 26 23.0-29.0 mmol/L
ALT (SGPT) 32 10-44 U/L
Anion Gap 16 10-20 mmol/L
eGFR if not African Am >60 >60- mL/min
eGFR if African Americ >60 >60- mL/min

**1018- KAHN, ELIZABETH- Ochsner Health System  01415**

Col Dt/Tm: 02/28/2011 07:57 Accession: 0021047929 Ordered By: LARNED
Title: Hem/Onc CBC Status: Final Results Series: 00
WBC 5.27 4.8-10.8 K/uL
RBC 4.68 4.00-5.40 M/uL
HGB 13.4 12.0-16.0 gm/dl
HCT 40.8 37.0-48.5 %
MCV 87.2 82-95 fL
MCH 28.6 27-31 pg
MCHC 32.8 32-36 %
RDW 13.4 11.5-14.5 %
% Granulocytes 63.0 38-73 %

Col Dt/Tm: 02/28/2011 07:57 Accession: 0021047929 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00
Gran % 63.0 38-73 %
Lymph % 27.3 21-44 %
Mono % 7.4 0.0-7.4 %
Eosinophil % 1.9 0.0-4.2 %
Basophil % 0.4 0-1.9 %
Gran # 3.3 1.8-7.7 K/uL
Lymph # 1.4 1-4.8 K/uL
Mono # 0.4 0.0-0.8 K/uL
Eos # 0.1 0-0.45 K/uL
Baso # 0.0 0.0-0.2 K/uL

Col Dt/Tm: 02/28/2011 07:57 Accession: 0021047929 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 185 150-350 K/uL
Mean Platelet Volume 10.0 9.2-12.9 fL.

ASSESSMENT AND PLAN: Left breast carcinoma as above.
Clinically doing very well and without evidence of recureence, return to clinic in 3 months as per NCCN guidelines. Continue Tamoxifen.

Refer to Dr. Farris re: hormonal issues.

The patient knows she can call me in the interval, if there are any problems that arise.

**ELECTRONICALLY SIGNED BY Zoe Larned, MD 02/28/11 03:22:45 PM**

1018- KAHN, ELIZABETH- Ochsner Health System  01416

**Patient Name:**   KAHN, ELIZABETH
**MRN:**
**DOB:**                              **Sex: F**

**Ochsner Clinic Foundation**       KAHN, ELIZABETH  **MRN#:**
**Vital Signs**                     Date of Birth:

**Female 53 years old**
**Date:** 05/17/2011

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

**Blood Pressure 1:**   141 / 88  Sitting , Right Arm

**Heart Rate:** 73   **Respiration Rate:** 20

**Temperature:** 97.9 F°   **Temperature Site:** Oral

**Weight:** 195 lb 9.6 oz (88.91 kg)

[x] Clothed

**Electronically Signed By:  CHRISTINA L RAYMER, MEDICAL ASSISTANT  05/17/2011  3:42:20 PM**

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                          Sex: F

ESTABLISHED PATIENT

This is a 53-year-old female who self-palpated a left breast mass
in April 2008. On 04/09/2008, she had a diagnostic mammogram and
ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR
positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on
04/21/2008 showed no evidence of distant metastatic disease. She had a
normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of
Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x 4 cycles
followed by surgery followed by Avastin maintenance every 3 weeks, all of which
she is now completed.

Final breast pathology post lumpectomy revealed a mildly differentiated,
infiltrating carcinoma with tumor measuring 7 mm showing an excellent
clinical response all margins were negative. There is no lymphovascular
invasion. Negative sentinel lymph node. Final pathologic staging was
T1N0MX.

In the interval, the patient has done well.

More active and working full-time. She denies any fevers, chills or infectious complaints. She denies any headaches or visual changes. She denies any sore throat,
dysphagia or heartburn. She denies any chest pain or palpitations. She denies any cough or shortness of breath. She denies abdominal pain or discomfort. She reports
normal stools without hematochezia or melena. She reports normal urination without dysuria. She denies musculoskeletal complaints. She has no neurologic complaints
of localized weakness or numbness. She has a mild peripheral neuropathy, which is continuing to get better. Still notes thinning hair. c/o hot flashes. Also, reporting lack
of sex drive. Now sees Dr. Farris.

ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 195.6 pounds. Her blood pressure is
141/88, pulse is 73, respirations are 18, and temperature is 97.9 F.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation.
Extraocular movements intact. No scleral icterus. No conjunctival pallor
and oropharynx is benign. No throat erythema or exudate. Adequate dentition. Normal tympanic membranes and ear canals.
NECK: Supple. There is no lymphadenopathy. Normal thyroid.
CHEST: Normal respiratory rate. Clear to auscultation and percussion bilaterally. No rhonchi, rales or wheezing.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of
tenderness. Well-healed surgical scar on left breast. There is no axillary
lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds in all quadrants. Nontender. Nondistended. No
hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed surgical scars.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout.
Pain, temperature, and joint position sense are all intact.

LABORATORY DATA:

Col Dt/Tm: 05/17/2011 08:10 Accession: 0021250339 Ordered By: LARNED
Title: Comprehensive Metabolic Pnl Status: Final Results Series: 00
Glucose 97 70-110 mg/dl
Urea Nitrogen (BUN) 13 6-20 mg/dl
Creatinine 0.7 0.5-1.4 mg/dl
Calcium 9.1 8.7-10.5 mg/dl
Sodium 141 136-145 mmol/L
Potassium 4.4 3.5-5.1 mmol/L
Chloride 106 95-110 mmol/L
Protein, Total 6.4 6.0-8.4 g/dL
Albumin - Serum 3.5 3.5-5.2 g/dl
Bilirubin, Total 0.3 0.1-1.0 mg/dl
AST (SGOT) 26 10-40 U/L
Alkaline Phosphatase 70 55-135 U/L
Carbon Dioxide, CO2 28 23.0-29.0 mmol/L
ALT (SGPT) 34 10-44 U/L
Anion Gap 13 10-20 mmol/L
eGFR if not African Am >60 >60- mL/min

Col Dt/Tm: 05/17/2011 08:10 Accession: 0021250339 Ordered By: LARNED
Title: Hem/Onc CBC Status: Final Results Series: 00
WBC 4.64 L 4.8-10.8 K/uL
RBC 4.50 4.00-5.40 M/uL
HGB 13.2 12.0-16.0 gm/dl
HCT 39.8 37.0-48.5 %
MCV 88.4 82-95 fL
MCH 29.3 27-31 pg
MCHC 33.2 32-36 %
RDW 13.4 11.5-14.5 %
% Granulocytes 63.4 38-73 %

Col Dt/Tm: 05/17/2011 08:10 Accession: 0021250339 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00
Gran % 63.4 38-73 %
Lymph % 27.8 21-44 %
Mono % 6.0 0.0-7.4 %
Eosinophil % 2.6 0.0-4.2 %
Basophil % 0.2 0-1.9 %
Gran # 2.9 1.8-7.7 K/uL
Lymph # 1.3 1-4.8 K/uL
Mono # 0.3 0.0-0.8 K/uL
Eos # 0.1 0-0.45 K/uL
Baso # 0.0 0.0-0.2 K/uL

Col Dt/Tm: 05/17/2011 08:10 Accession: 0021250339 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 177 150-350 K/uL
Mean Platelet Volume 9.8 9.2-12.9 fL

ASSESSMENT AND PLAN: Left breast carcinoma as above.
Clinically doing very well and without evidence of recurrence, return to clinic in 3 months as per NCCN guidelines. Continue Tamoxifen.

The patient knows she can call me in the interval, if there are any problems that arise.

**ELECTRONICALLY SIGNED BY Zoe Larned, MD 05/17/11 04:28:45 PM**

Patient Name: KAHN, ELIZABETH
MRN:
DOB:                    Sex: F

ESTABLISHED PATIENT

This is a 53-year-old female who self-palpated a left breast mass
in April 2008. On 04/09/2008, she had a diagnostic mammogram and
ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR
positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on
04/21/2008 showed no evidence of distant metastatic disease. She had a
normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of
Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x 4 cycles
followed by surgery followed by Avastin maintenance every 3 weeks, all of which
she is now completed.

Final breast pathology post lumpectomy revealed a mildly differentiated,
infiltrating carcinoma with tumor measuring 7 mm showing an excellent
clinical response all margins were negative. There is no lymphovascular
invasion. Negative sentinel lymph node. Final pathologic staging was
T1N0MX.

In the interval, the patient has done well. Still complains of hot flashes but not interested in medications for it.

More active and working full-time. She denies any fevers, chills or infectious complaints. She denies any headaches or visual changes. She denies any sore throat,
dysphagia or heartburn. She denies any chest pain or palpitations. She denies any cough or shortness of breath. She denies abdominal pain or discomfort. She reports
normal stools without hematochezia or melena. She reports normal urination without dysuria. She denies musculoskeletal complaints. She has no neurologic complaints
of localized weakness or numbness. She has a mild peripheral neuropathy, which is continuing to get better. Still notes thinning hair- slightly better.

ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 195.6 pounds. Her blood pressure is
137/84, pulse is 106, respirations are 16, and temperature is 98.2 F.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation.
Extraocular movements intact. No scleral icterus. No conjunctival pallor
and oropharynx is benign. No throat erythema or exudate. Adequate dentition. Normal tympanic membranes and ear canals.
NECK: Supple. There is no lymphadenopathy. Normal thyroid.
CHEST: Normal respiratory rate. Clear to auscultation and percussion bilaterally. No rhonchi, rales or wheezing.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of
tenderness. Well-healed surgical scar on left breast. There is no axillary
lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds in all quadrants. Nontender. Nondistended. No
hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed surgical scars.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout.
Pain, temperature, and joint position sense are all intact.

LABORATORY DATA:

Col Dt/Tm: 08/18/2011 07:37 Accession: 0021492523 Ordered By: LARNED
Title: Comprehensive Metabolic Pnl Status: Final Results Series: 00
Glucose 108 70-110 mg/dl
Urea Nitrogen (BUN) 14 6-20 mg/dl
Creatinine 0.6 0.5-1.4 mg/dl
Calcium 9.4 8.7-10.5 mg/dl
Sodium 141 136-145 mmol/L
Potassium 3.9 3.5-5.1 mmol/L
Chloride 107 95-110 mmol/L
Protein, Total 6.6 6.0-8.4 g/dL
Albumin - Serum 3.5 3.5-5.2 g/dl
Bilirubin, Total 0.3 0.1-1.0 mg/dl
AST (SGOT) 28 10-40 U/L
Alkaline Phosphatase 63 55-135 U/L
Carbon Dioxide, CO2 26 23.0-29.0 mmol/L
ALT (SGPT) 45 H 10-44 U/L
Anion Gap 13 10-20 mmol/L
eGFR if not African Am >60 >60- mL/min
eGFR if African Americ >60 >60- mL/min

Col Dt/Tm: 08/18/2011 07:37 Accession: 0021492523 Ordered By: LARNED
Title: Hem/Onc CBC Status: Final Results Series: 00
WBC 4.97 4.8-10.8 K/uL
RBC 4.73 4.00-5.40 M/uL
HGB 13.0 12.0-16.0 gm/dl
HCT 41.8 37.0-48.5 %
MCV 88.4 82-95 fL
MCH 27.5 27-31 pg
MCHC 31.1 L 32-36 %
RDW 13.2 11.5-14.5 %
% Granulocytes 62.4 38-73 %

Col Dt/Tm: 08/18/2011 07:37 Accession: 0021492523 Ordered By: LARNED
Title: Automated differential Status: Final Results Series: 00
Gran % 62.4 38-73 %
Lymph % 29.2 21-44 %
Mono % 6.2 0.0-7.4 %
Eosinophil % 1.8 0.0-4.2 %
Basophil % 0.4 0-1.9 %
Gran # 3.1 1.8-7.7 K/uL
Lymph # 1.5 1-4.8 K/uL
Mono # 0.3 0.0-0.8 K/uL
Eos # 0.1 0-0.45 K/uL
Baso # 0.0 0.0-0.2 K/uL

Col Dt/Tm: 08/18/2011 07:37 Accession: 0021492523 Ordered By: LARNED
Title: Platelet Count Status: Final Results Series: 00
Platelet Count 191 150-350 K/uL
Mean Platelet Volume 10.0 9.2-12.9 fL

ASSESSMENT AND PLAN: Left breast carcinoma as above.
Clinically doing very well and without evidence of recurrence, return to clinic in 6 months as per NCCN guidelines. Continue Tamoxifen.

The patient knows she can call me in the interval, if there are any problems that arise.

**ELECTRONICALLY SIGNED BY Zoe Larned, MD 08/18/11 05:39:44 PM**

**1018- KAHN, ELIZABETH- Ochsner Health System  01512**

Patient Name:  KAHN, ELIZABETH
MRN:
DOB:                                    Sex: F

**Ochsner Clinic Foundation**          KAHN, ELIZABETH  **MRN#:**
**Vital Signs**                        Date of Birth:

**Female 53 years old**
**Date:**  08/18/2011

**Chief Complaint / Reason for Visit:**
voices no complaints

**Last Menstrual Period:**  N/A      [x] Post Menopausal

[x] Allergies (Reviewed and/or Reconciled)
[x] Medications (Reviewed and/or Reconciled)

## Vital Signs and Measurements

    **Blood Pressure 1:**   137 / 84   Sitting , Left Arm

    **Heart Rate:** 106      **Respiration Rate:** 16

    **Temperature:** 98.2 F°     **Temperature Site:** Oral

    **Weight:** 195 lb 9.6 oz (88.91 kg)

[x] Clothed

**Electronically Signed By: Lorrie Erario, R.N. 08/18/2011 4:06:12 PM**

1018- KAHN, ELIZABETH- Ochsner Health System  01513

Patient Name: KAHN, ELIZABETH
MRN:
DOB: ███████████                    Sex: F

ESTABLISHED PATIENT

This is a 54-year-old female who self-palpated a left breast mass
in April 2008. On 04/09/2008, she had a diagnostic mammogram and
ultrasound-guided core biopsy, which revealed ductal adenocarcinoma, ER/PR
positive, HER-2/neu 2+ by IHC with nonamplified FISH assay. A PET scan on
04/21/2008 showed no evidence of distant metastatic disease. She had a
normal MUGA scan 04/23/2008 with an ejection fraction of 65%.

The patient participated in NSABP B-40 and was randomized to 4 cycles of
Taxotere, Xeloda, and Avastin followed by Adriamycin and Cytoxan x 4 cycles
followed by surgery followed by Avastin maintenance every 3 weeks, all of which
she is now completed.

Final breast pathology post lumpectomy revealed a mildly differentiated,
infiltrating carcinoma with tumor measuring 7 mm showing an excellent
clinical response all margins were negative. There is no lymphovascular
invasion. Negative sentinel lymph node. Final pathologic staging was
T1N0MX.

In the interval, the patient has done well. Still complains of hot flashes but not interested in medications for it.

She reports a fall while walking in 10/11- developed swollen lt knee- had xrays x 2 which were negative. Orthopedics felt it was a bruise. Now resolved.
Also, in interval developed URI- productive cough resolved, still w/ lingering dry cough since Novemeber. PCP ordered cxr which was negative.

More active and working full-time. She denies any fevers, chills or infectious complaints. She denies any headaches or visual changes. She denies any sore throat,
dysphagia or heartburn. She denies any chest pain or palpitations. She denies any cough or shortness of breath. She denies abdominal pain or discomfort. She reports
normal stools without hematochezia or melena. She reports normal urination without dysuria. She denies current musculoskeletal complaints. She has no neurologic
complaints of localized weakness or numbness. She has a mild peripheral neuropathy, which is continuing to get better. Still notes thinning hair- slightly better.

ALLERGIES: Ciprofloxacin and penicillin.

MEDICATIONS: See the medication card.

PHYSICAL EXAMINATION: Her weight is 198.2 pounds. Her blood pressure is
147/82, pulse is 79, respirations are 16, and temperature is 98.2 F.
GENERAL: She is extremely pleasant. She is in no acute distress.
HEENT: Pupils equal, round, and reactive to light and accommodation.
Extraocular movements intact. No scleral icterus. No conjunctival pallor
and oropharynx is benign. No throat erythema or exudate. Adequate dentition. Normal tympanic membranes and ear canals.
NECK: Supple. There is no lymphadenopathy. Normal thyroid.
CHEST: Normal respiratory rate. Clear to auscultation and percussion bilaterally. No rhonchi, rales or wheezing.
BREASTS EXAM: Bilateral breasts without abnormal masses or areas of
tenderness. Well-healed surgical scar on left breast. There is no axillary
lymphadenopathy and there are no nipple irregularities.
ABDOMEN: Soft. Positive bowel sounds in all quadrants. Nontender. Nondistended. No
hepatosplenomegaly or masses.
EXTREMITIES: Without cord, cyanosis or edema.
SKIN: Without rashes or lesions. Well-healed surgical scars.
NEUROLOGIC: Cranial nerves 2-12 intact. Strength 5 out of 5 throughout.
Pain, temperature, and joint position sense are all intact.

LABORATORY DATA:

Reviewed in OCW.

ASSESSMENT AND PLAN: Left breast carcinoma as above.
Clinically doing very well and without evidence of recurrence, return to clinic in 6 months as per NCCN guidelines. Continue Tamoxifen.
Cough since 11/11- order CT to evaluate in light of history.
The patient knows she can call me in the interval, if there are any problems that arise.

ELECTRONICALLY SIGNED BY Zoe Larned, MD 02/28/12 05:33:43 PM