# EXHIBIT 35

Page 1

```
 1          UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF LOUISIANA
 3     * * * * * * * * * * * * * * * * * * * * *
 4   ELIZABETH KAHN,                CASE NO.
          Plaintiff.                2:16-cv-17039
 5   v.
     SANOFI S.A.,
 6   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
 7   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
 8        Defendants.
     and
 9   CYNTHIA THIBODEAUX,            CASE NO.
          Plaintiff,                2:16-cv-15859
10   v.
     SANOFI S.A.,
11   SANOFI-AVENTIS U.S.,
     L.L.C., SANOFI US
12   SERVICE, INC., and
     AVENTIS-PHARMA, S.A.,
13        Defendants.
14
15     * * * * * * * * * * * * * * * * * * * * *
16
                    DEPOSITION
17                      OF
18          MELANIE ZAZULAK BREAUX, RN
19       Taken on Tuesday, February 4, 2020
20           Commencing at 9:14 a.m.
21                    at the
22       GAYLE & TOM BENSON CANCER CENTER
23            1514 Jefferson Highway
24            New Orleans, Louisiana
25
```

Page 62

```
 1    A.   "Heartburn has resolved with the use of
 2  Prevacid BID for first couple of days after
 3  treatment."
 4    Q.   Is it your practice as a clinical trial
 5  nurse to follow-up on adverse events that a patient
 6  reports over time as they see you?
 7    A.   Uh-huh.  Yes.
 8    Q.   Is it your practice to record when the
 9  adverse events resolve?
10    A.   Uhmm, yes.
11    Q.   Why is that?
12    A.   So that we know how long the adverse
13  event is there that the protocol was to know the
14  highest -- generally wants to know the highest grade
15  and the lowest grade or if it resolves.
16    Q.   Can the experience of adverse events
17  inform treatment decisions for the patient as their
18  treatment continues?
19    A.   Yes.
20    Q.   Would certain adverse events counsel a
21  change in the intended course of treatment for that
22  patient?
23    A.   Yes.
24    Q.   If an adverse event resolves, could that
25  also be relevant to the patient's treatment
```

Page 63

```
 1  decisions?
 2    A.   Yes.
 3    Q.   When you say that heartburn has resolved
 4  in this record, what do you interpret that to mean?
 5    A.   That she's not having heartburn.
 6    Q.   I'm handing you Exhibit No. 8.  And I'll
 7  give you a moment to review it.
 8         (Whereupon Exhibit No. 8 was marked
 9          for Identification.)
10         (Witness peruses document.)
11    A.   Okay.
12    Q.   Is this a record of your treatment of
13  Ms. Kahn on January 29, 2009?
14    A.   Yes.
15    Q.   Does the record contain any mention of
16  heartburn?
17    A.   No.
18    Q.   Would you interpret that to mean that
19  Ms. Kahn is not experiencing heartburn at this time,
20  at the time that this record was made?
21    A.   Yes.
22    Q.   So once you note that an adverse event
23  is resolved, you might stop making any mention of
24  the adverse event in future records; is that fair?
25    A.   Uh-huh, yes.
```

Page 64

```
 1    Q.   That would indicate that it hasn't
 2  returned?
 3    A.   Or that she's not complaining of it,
 4  yes.
 5    Q.   Or that's she's not complaining of it.
 6  If she had complained of it, would you have included
 7  it in the record?
 8    A.   Yes.
 9    Q.   Do you see a report or a record of mild
10  fatigue as an adverse event reported by that
11  patient?
12    A.   Yes.
13    Q.   And do you see a report of peripheral
14  neuropathy --
15    A.   Yes.
16    Q.   -- complained of by the patient.
17         Sorry.  Yes?
18    A.   Yes.
19    Q.   And do you see a mention of alopecia?
20    A.   Yes.
21    Q.   And what is that mention?
22    A.   That it has resolved.
23    Q.   And what is your understanding of that
24  note?
25    A.   That it's resolved.
```

Page 65

```
 1    Q.   Yes.
 2    A.   Uhmm, that she does not have alopecia.
 3    Q.   Just like the heartburn when it was
 4  resolved meant that she's not experiencing it, you
 5  interpret this to mean that she's not experiencing
 6  alopecia at the time of this record?
 7         MS. PEREZ REYNOLDS:  Object to the
 8         form.
 9    A.   The way that the grading would be, yes.
10    Q.   Okay.
11         Now if we look back at the discussion of
12  peripheral neuropathy --
13    A.   Uh-huh.
14    Q.   -- can you read exactly what the comment
15  there is.
16    A.   "AE reviewed with patient.  Previous
17  complaints of peripheral neuropathy have almost
18  completely resolved."
19    Q.   So in that statement you qualify the
20  characterization resolved, by saying "almost
21  completely resolved", correct?
22    A.   Yes.
23    Q.   Is there any qualification of your
24  statement regarding alopecia in this note?
25    A.   No.
```