# EXHIBIT 36

```
                                                                    1
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3    * * * * * * * * * * * * * * * * * * * * * *

 4  ELIZABETH KAHN,                    CASE NO.
        Plaintiff.                     2:16-cv-17039
 5  v.
    SANOFI S.A.,
 6  SANOFI-AVENTIS U.S.,
    L.L.C., SANOFI US
 7  SERVICE, INC., and
    AVENTIS-PHARMA, S.A.,
 8      Defendants.
    and
 9  CYNTHIA THIBODEAUX,                CASE NO.
        Plaintiff,                     2:16-cv-15859
10  v.
    SANOFI S.A.,
11  SANOFI-AVENTIS U.S.,
    L.L.C., SANOFI US
12  SERVICE, INC., and
    AVENTIS-PHARMA, S.A.,
13      Defendants.

14

15    * * * * * * * * * * * * * * * * * * * * * *

16
                    DEPOSITION
17                     OF

18              DR. ZOE LARNED

19     Taken on Wednesday, February 21, 2018

20           Commencing at 1:05 p.m.

21                   at the

22      GAYLE & TOM BENSON CANCER CENTER

23           1514 Jefferson Highway

24           New Orleans, Louisiana

25  Job No. NJ2816476
```

|  | 78 |  | 80 |
|---|---|---|---|
| 1 | A. No. Of course you're only seeing the front | 1 | still notes thinning hair? |
| 2 | in this picture. | 2 | A. Thinning hair. |
| 3 | Q. Let me show you what I'm marking as | 3 | Q. She's still noting that to you? |
| 4 | Deposition Exhibit No. 10. | 4 | A. Uh-huh. |
| 5 | (Whereupon Exhibit No. 10, a photograph, was | 5 | Q. Looking at 1486. |
| 6 | marked for Identification.) | 6 | MS. PEREZ REYNOLDS: You mean 1386? |
| 7 | (Witness peruses document.) | 7 | MS. BIERI: I may. |
| 8 | BY MS. BIERI: | 8 | MS. PEREZ REYNOLDS: That was the only 86 I |
| 9 | Q. I'll represent to you that Ms. Kahn | 9 | saw. |
| 10 | testified that this photograph was taken on | 10 | MS. BIERI: No, I'm -- I'm actually -- we're |
| 11 | June 21st of 2010. | 11 | both wrong. |
| 12 | Do the photographs in Exhibit 9 appear to | 12 | BY MS. BIERI: |
| 13 | have the same fullness level as those depicted in | 13 | Q. Can you please, Doctor, look at 1406. |
| 14 | Exhibits 8 and Exhibit 10? | 14 | A. Yes. |
| 15 | MS. PEREZ REYNOLDS: Object to form. | 15 | Q. Is that your note from November 30th of |
| 16 | A. No. | 16 | 2010? |
| 17 | Q. Turning back to Ms. Kahn's records, do you | 17 | A. Yes. |
| 18 | think -- just for the sake of the record, do you | 18 | Q. And was Ms. Kahn still saying that she had |
| 19 | think that the level of thickness in Exhibit 9 is | 19 | thinning hair? |
| 20 | more or less than that depicted in Exhibits 8 and | 20 | A. Yes. |
| 21 | 9 -- 8 and 10? | 21 | Q. On December 28th, record 1415 to 1416, I |
| 22 | MS. PEREZ REYNOLDS: Object to form. | 22 | think, was Ms. Kahn complaining of thinning hair? |
| 23 | A. Less. | 23 | A. She is. She also started complaining of hot |
| 24 | Q. Now, looking at what is marked as 1363. | 24 | flashes and a sex drive problem. And based on the |
| 25 | That should be your record from May 27th of 2010; is | 25 | plan, she was referred to one of our hormonal |

|  | 79 |  | 81 |
|---|---|---|---|
| 1 | that correct? | 1 | specialists. |
| 2 | A. Yes. | 2 | Q. When you were making these notes on -- of |
| 3 | Q. Here, do you note: Still notes thinning | 3 | "still notes thinning hair," were you making any |
| 4 | hair? I'm looking at Page 1363. | 4 | effort personally to determine the level of fullness |
| 5 | A. Yes, I see it. Yes. | 5 | of her hair, or were you simply reporting what she |
| 6 | Q. And is that something that Ms. Kahn would | 6 | was saying to you? |
| 7 | have said to you, or is that your -- based on your | 7 | A. I was reporting -- |
| 8 | assessment? | 8 | MS. PEREZ REYNOLDS: Object to form. |
| 9 | A. Right. So anything in this section of the | 9 | A. -- what she was saying to me. |
| 10 | note is subjective. That's what the patient is | 10 | Q. Looking at 1434 to 1435, which I believe is |
| 11 | saying. | 11 | your note from May 17th of 2011. |
| 12 | Q. And are you -- sorry, just for the record -- | 12 | A. Uh-huh. |
| 13 | A. Everything above "Medications" on this note | 13 | Q. Oh, I think we just talked about that one. |
| 14 | is her subjective report. | 14 | Forgive me. |
| 15 | Q. Understood? | 15 | Looking at 1511 to 1512, here, it says |
| 16 | A. Minus the first paragraph, which is about | 16 | "still notes thinning hair, slightly better". Is |
| 17 | her diagnosis. | 17 | that based on her comment to you? |
| 18 | Q. Okay. | 18 | A. Yes. That's in the subjective section of |
| 19 | And based on my representation, that is | 19 | the note. That is the patient's comment. |
| 20 | approximately within a month of Exhibit 10, correct? | 20 | Q. And again on February 28th of 2012 at 1534, |
| 21 | A. Yes. | 21 | I think, maybe -- does she again -- do you also note |
| 22 | Q. Looking at what is marked as OHS1385 to 86, | 22 | that she was saying her hair is thinning but |
| 23 | is that your note from October 30th of 2010? | 23 | slightly better? |
| 24 | A. Yes. | 24 | A. Yes. |
| 25 | Q. And Ms. Kahn is still reporting to you -- | 25 | Q. And those are not your determinations. |

21 (Pages 78 to 81)

82

1  Those are her comments, correct?
2     A.  That's her subjective.  Correct.
3     Q.  And do you agree that after that date,
4  February 28th of 2012, there are no further notes
5  regarding Ms. Kahn's hair in your records?  And take
6  your time if you'd like.
7        (Witness peruses documents.)
8     A.  Correct.
9     Q.  So no notation of her mentioning her hair to
10 you after February of 2012, correct?
11    A.  Yes.
12    Q.  Do you have any independent recollection of
13 her mentioning anything about her hair to you after
14 February of 2012?
15    A.  No.
16    Q.  Beyond what we've discussed and what was
17 recorded in your notes, can you remember anything
18 about any conversations that you had with Ms. Kahn
19 about her hair prior to February of 2012?
20    A.  Repeat that.
21    Q.  Sure.  Let me ask it a different way.  That
22 may not have made good sense.
23    A.  Uh-huh.
24    Q.  When you noted in your records prior to
25 February of 2012, "hair is growing back in, pleased

83

1  her hair is growing back in, still notes thinning
2  hair or still notes thinning hair, slightly
3  better" -- beyond those words, do you remember Ms.
4  Kahn saying anything else to you in addition to that
5  about her hair?
6     A.  No.
7        MS. PEREZ REYNOLDS:  Object to form.
8  BY MS. BIERI:
9     Q.  And would you have made notations if she
10 said additional comments about her hair?
11    A.  Yes.
12    Q.  Did she ever ask you to refer her to someone
13 that could diagnose or possibly treat her hair
14 issues?
15       MS. PEREZ REYNOLDS:  Object to form.
16    A.  Not that I recall.  I would have documented
17 it if we were doing a dermatology referral.
18    Q.  And there is no documentation of a
19 dermatology referral, correct?
20    A.  Not in here.
21    Q.  And no discussion of any sort of
22 conversation with Ms. Kahn about conversations for
23 referral or for treatment, correct?
24    A.  I would have documented it if we had that
25 discussion.

84

1     Q.  Would you have ever told Ms. Kahn that her
2  hair loss would only be temporary?
3        MS. PEREZ REYNOLDS:  Object to form.
4     A.  That never came up in discussions with me,
5  but I didn't do her initial consent, to be fair.
6     Q.  Sure.  And I'm not even talking about in
7  terms of her initial consent.  I mean would you in
8  the course of your treatment of Ms. Kahn --
9     A.  Okay.
10    Q.  -- ever have told her, Ms. Kahn, your hair
11 loss will only be temporary?
12       MS. PEREZ REYNOLDS:  Object to form.
13    A.  No.
14    Q.  Let's look at your note from March 12th of
15 2009, which I think should be at OHS1242.
16       What was the purpose of the visit on
17 March 12th of 2009?
18       (Witness peruses document.)
19    A.  There appear to be multiple concerns, but
20 the reason that she came in was to discuss hormonal
21 therapy.
22    Q.  And you had a half an hour session with her
23 about hormonal therapy options; is that correct?
24    A.  Yes.
25    Q.  And did you discuss the side effects of

85

1  Tamoxifen versus a aromatase inhibitor with Ms.
2  Kahn?
3     A.  Yes.
4     Q.  Can you remember -- and also the pros and
5  the cons?
6     A.  Yes.
7     Q.  Can you remember what you would have
8  discussed with Ms. Kahn in this visit?
9     A.  I'm sure it's similar to what I normally
10 discuss there.  So we discuss there's different
11 options for the -- what we call adjuvant endocrine
12 or adjuvant hormonal therapy.  The options are
13 selected with lots of factors that come into play.
14 One is if they are pre, peri or postmenopausal.
15       If you're pre or perimenopausal, meaning
16 that menopausal is recent, you're only eligible for
17 Tamoxifen based on the fact that the aromatase
18 inhibitors have to be preserved for purely
19 postmenopausal, otherwise they can flare disease.
20       Then we talk about other conditions.  So if
21 a woman told me that she had a blood clot history,
22 we would not offer Tamoxifen.  If she tells me that
23 she has a joint history or arthritis history or
24 chronic pain complaints, we might steer away from
25 aromatase inhibitors.

86

1  So we go through the mechanisms of action
2  and then the different side effects that you would
3  anticipate on the drugs, and then we choose together
4  which one is most appropriate for that patient.
5      So it looks like our discussion was you're
6  perimenopausal, so you're not fully postmenopausal
7  at this point, and you have joint issues. So
8  Tamoxifen was the more appropriate choice.
9    Q. Do you talk about the risk of hair loss with
10 the use of Tamoxifen?
11   A. We talk more generally about the hormonal
12 changes that can occur with these medications.
13   Q. So what do you tell patients like Ms. Kahn?
14   A. There's multiple discussions that we have,
15 but every patient is different. The largest trial
16 that looked at Tamoxifen was actually a
17 placebo-based trial and that often the side effects
18 were similar in the placebo arm as they were to the
19 Tamoxifen arm. And a lot of that has do with age of
20 the woman and the perimenopausal phase that those
21 women are in.
22      So there's a big NSABP trial that was a
23 prevention trial of Tamoxifen where they looked at
24 women who had precancerous lesions in their breast
25 or a first-degree relative that had cancer. And

87

1  they tried to prevent them from developing on a
2  cancer by putting them on Tamoxifen versus a placebo
3  trial.
4      That trial is an interesting trial because a
5  lot of women are fearful of Tamoxifen, but if you
6  look at that trial, hot flashes were equivalent in
7  both arms, the side effects of 8- to 10-pound weight
8  gain were similar in both arms, other hormonal
9  measures.
10     Women in the standard age group for breast
11 cancer are a difficult group of women with these
12 complaints because they're also going through a
13 natural hormonal change and then they've gone
14 through chemotherapy hormonal change and then
15 they've gone through these medications as well.
16   Q. What is the trial to which you're referring,
17 if you know it by name?
18   A. It is NSABP, and I believe it's B-31. I can
19 look it up real quick.
20   Q. 41?
21   A. 31.
22   Q. 31.
23     (Witness peruses document.)
24 BY MS. BIERI:
25   Q. Doctor, it's okay if you can't find it.

88

1    A. I'm looking.
2    Q. It's okay. I don't want to make you take
3  your time up.
4      Doctor, are you familiar with a study
5  published by Saggar, titled "Alopecia with Endocrine
6  Therapies in Patients With Cancer and the
7  Oncologist" from 2013?
8    A. I don't believe I looked at that
9  specifically.
10   Q. You don't know the percentage -- the
11 reported percentage of hair thinning with Tamoxifen?
12     MS. PEREZ REYNOLDS: Object to form.
13   A. No.
14   Q. But you've seen it in your patients,
15 correct?
16   A. Yes.
17     MS. PEREZ REYNOLDS: Object to form.
18 BY MS. BIERI:
19   Q. And did Ms. Kahn begin taking Tamoxifen on
20 April 2nd of 2009? If it helps you, I think it is
21 discussed at Page OHS1242.
22     (Witness peruses document.)
23   A. So based on this note, she was to start in
24 April of 2009.
25   Q. And the point was to block estrogen,

89

1  correct?
2    A. Yes.
3    Q. Okay.
4      Now, do you remember having any discussions
5  with Ms. Kahn about potentially going off of
6  Tamoxifen?
7      I'll tell you why I'm asking, if it helps
8  you.
9    A. That may have come up. I don't recall
10 offhand.
11   Q. I'll show you -- I have a record that is
12 Bates labeled OHS1455.
13   A. One of the reasons that I pause is during
14 the course that she was on Tamoxifen, they realized
15 that you could extend Tamoxifen beyond five years to
16 ten years. So at some point we had another
17 discussion about the data has changed. We now
18 continue Tamoxifen for ten -- ten years postsurgery.
19   Q. And so the record that I just handed you,
20 1455, is by another provider, but take a moment and
21 read it if you don't mind.
22     (Witness peruses document.)
23 BY MS. BIERI:
24   Q. So this record is from July 5th of 2011,
25 correct?

90

1  A. Yes.
2  Q. And do you know the provider who authored
3  this record?
4  A. She's a nurse practitioner in the surgery
5  department.
6  Q. And she notes that Ms. Kahn noted:
7  "Worsening hot flashes and difficulty sleeping with
8  severe vaginal dryness and irritation. It even
9  hurts just to walk sometimes. Also some
10 intermittent vaginal bleeding with negative
11 endometrial biopsy in May. She has started low dose
12 testosterone replacement with no improvement in
13 symptoms reported."
14    And then later in the note, she says:
15 "Discussed her symptoms of increasing hot flashes,
16 vaginal pain and irritation with occasional spots of
17 blood which patient states occurs with episodes of
18 severe vaginal irritation which even hurts when she
19 walks. Discussed that this could be side effects of
20 Tamoxifen in addition to menopausal symptoms.
21    "She has already discussed these concerns
22 with Dr. Larned and Dr. Theodossiou and recently
23 started on testosterone cream, which she reports has
24 not made any impact on her symptoms.
25    "She will discuss with Dr. Larned next

91

1  month. May need to consider DC, discontinuing
2  Tamoxifen and try a trial of aromatase inhibitor.
3  If vaginal symptoms persist, may also need to
4  consider vaginal topical estrogen. Also recommended
5  vaginal moisturizer."
6     And so my question is: Do you remember
7  having a conversation with Ms. Kahn in 2011 about
8  her menopausal symptoms and the possibility of going
9  off of Tamoxifen?
10 A. I'm sure she asked that question and we
11 would have discussed it, but an aromatase inhibitor
12 would not have improved any of those symptoms, so...
13    No insult to Lynn Mauterer, but an aromatase
14 inhibitor removes all estrogen at that point. It's
15 a total shutdown. So her symptoms actually would
16 have probably exacerbated, not improved, on that
17 medication.
18 Q. And in theory, an option would have been to
19 stop taking any sort of hormonal therapy, correct?
20 A. Correct.
21 Q. Would you have recommended that?
22 A. We would have discussed that as an option.
23 We also would have discussed the ten-year extension
24 data when they came out. And she would have had to
25 agree to continue the medication for it to be

92

1  re-prescribed.
2  Q. Do you think it's possible that Ms. Kahn's
3  Tamoxifen use was making her menopausal symptoms
4  worse?
5  A. Yes.
6     MS. PEREZ REYNOLDS: Object to form.
7  BY MS. BIERI:
8  Q. Do you think it's possible that Ms. Kahn's
9  either menopause or Tamoxifen use contributed to her
10 hair loss?
11    MS. PEREZ REYNOLDS: Object to form.
12 A. Potentially.
13 Q. Let's talk about Ms. Thibodeaux.
14    Can you please look at Exhibit No. 2.
15    THE VIDEOGRAPHER: Excuse me. In the next
16    10 minutes, I'll need to pause to change
17    media.
18    MS. BIERI: This is a great time. Let's do
19    it now.
20    THE VIDEOGRAPHER: Very good.
21     Off the record at 3:04. this ends Video
22    File No. 1.
23    (Recess.)
24    THE VIDEOGRAPHER: Back on the record at
25    3:07. This is the beginning of Video

93

1     File 2.
2  BY MS. BIERI:
3  Q. Doctor, did you begin treating Ms.
4  Thibodeaux in June of 2008?
5  A. Yes.
6  Q. And did you take over her care after Dr.
7  Kardinal retired?
8  A. Dr. Kardinal did not retire. He left to
9  take a position elsewhere.
10 Q. Fair point.
11    In Missouri, correct?
12 A. Correct.
13 Q. And at the time that you took over care of
14 Ms. Thibodeaux, she had already opted to participate
15 in NSABP B-40, and the clinical trial was already
16 underway, correct?
17 A. Yes.
18 Q. And I'll represent to you that Ms.
19 Thibodeaux had three phases of chemotherapy. I'll
20 represent that in Phase I she had Taxotere, Gemzar
21 and Avastin. I'll represent to you that in Phase II
22 she had Adriamycin, Cytoxan and Avastin. And I'll
23 represent in Phase III she had Avastin.
24    Do you --
25 A. My note says Gemcitabine in Phase I, but --

24 (Pages 90 to 93)