# EXHIBIT 37

Question:
Under Eye bags
does Cream help?



Elizabeth Kahn



# Body Mole Map

**Follow these instructions regularly for a thorough skin-exam:**
1. Examine your skin, 2. Know your spots, 3. Record your spots so you can refer back during your next exam!



see SPOT check SPOT

**SAVE A LIFE** | American Academy of Dermatology

## ② The ABCDEs of Melanoma

Skin cancer can develop anywhere on the skin. Ask someone for help when checking your skin, especially in hard to see places. If you notice a mole that is different from others, or that changes, itches or bleeds (even if it is small), you should see a dermatologist.

 **Asymmetry** One half unlike the other half.

 **Border** Irregular, scalloped or poorly defined border.

 **Color** Varied from one area to another; shades of tan and brown, black; sometimes white, red or blue.

 **Diameter** While melanomas are usually greater than 6mm (the size of a pencil eraser) when diagnosed, they can be smaller.

 **Evolving** A mole or skin lesion that looks different from the rest or is changing in size, shape or color.

EXAMPLE

      

## ③

     

2

| MOLE # | Ⓐ Asymmetrical? | Ⓑ Type of Border? | Ⓒ Color of mole | Ⓓ Diameter/Size of Mole. Use ruler | Ⓔ How has mole |

**METAIRIE ROAD DERMATOLOGY**
J. Coller Ochsner, MD • Kathryn G. Kerisit, MD
2323 Metairie Road • Metairie, LA 70001

Date: 12/29/16
Consult from:

Patient: *Elizabeth Kahn*
DOB: _____ Sex: M / F

CC: (1) _____ (2) _____ (3) _____          FBSE? Y / N

HPI: *real sk sensitive area Drew scalp lesion*

ROS: Normal (✓), abnormal (circle or describe)
☐ Skin: rapidly enlarging / bleeding / tender / changing skin lesions
☐ Skin: other problems   ☐ Skin: rashes to meds/foods/allergens
☐ Const: unexplained weight loss, fever/chills, night sweats, malaise
☐ Eyes   ☐ ENT   ☐ CV   ☐ Resp   ☐ GI   ☐ GU   ☐ LN
☐ MSkel   ☑ Endo   ☐ Immuno   ☐ Heme-Onc   ☐ Neuro/Psych

PMHx, FamHx, SocHx: No change (✓), changes (describe)
☐ PMHx: AK / BCC / SCC / melanoma / dysplastic nevi
☐ FamHx: skin disease / skin cancer / melanoma
☐ SocHx: alcohol / tobacco / illicits / tanning bed use
      current sun exposure: low – mod – high
      prior sun exposure: low – mod – high

Meds: _____
_____
_____
_____
_____
_____

Allergies: _____
_____

Physical Exam: Normal (✓), abnormal (describe)
VS:   Wt _____ Ht _____ T _____
      BP _____ HR _____ R _____

☐ Gen appearance         ☐ Skin: the following were inspected & palpated:
☐ Oriented               ☐ Scalp/hair
☐ Affect/mood            ☐ Face/head
☐ Ears/TM                ☐ Eyelids/conjunctiva
☐ Nose                   ☐ Lips
☐ Oropharynx             ☐ Neck
☐ Neck/thyroid           ☐ Chest/axilla
☐ Cardiovasc             ☐ Back
☐ Pulmonary              ☐ Abdomen
☐ Abdomen                ☐ RUE
☐ Extremities/nails      ☐ LUE
☐ MSkel/joints           ☐ RLE
☐ Lymph nodes            ☐ LLE
☐ Anus                   ☐ Groin/buttocks
☐ Eccrine/apocrine

Assessment, Plan, and Treatment:   Minutes counseled _____

1. *[handwritten]* A K ——— X 3 scalp

2. *[handwritten]* yeast ... Nn ... Diflucan 150 once a

3. *[handwritten]* mtr gm ... 2 gttes b.i.d

4. *[handwritten]* prurer ... Nn

☐ **Procedure Note:** shave biopsy / punch biopsy / shave excision to fat          Risk, benefits, and alternatives are discussed with the patient, and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A sharp blade / ____ mm punch is used to remove part or all of the lesion. The specimen is sent to pathology. Hemostasis is obtained with aluminum chloride / monopolar hyfrecation / ____ nylon. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ **Procedure Note:** cryosurgery          Risk, benefits, and alternatives are discussed with the patient, and the patient agrees to the procedure by verbal consent. Liquid nitrogen cryosurgery is applied to the lesion to produce a freeze injury. The patient is aware that a blister or scab will form and is instructed on wound care with cleansing and topical antibiotics (if needed) until healed.

☐ **Procedure Note:** electrodessication and curettage          Risk, benefits, and alternatives are discussed with the patient, and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A #____ curette is used to remove all of the lesion. Three cycles of curettage followed by electrodesiccation are performed. Final hemostasis is obtained with monopolar hyfrecation. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ **Procedure Note:** intralesional injections          After cleansing with alcohol, ____ mL of Kenalog ____ mg/mL was injected intralesionally into approximately ____ locations. Patient tolerated procedure well without adverse event.

☐ **Procedure Note:** cantharidin application          Risk, benefits, and alternatives of treatment are discussed, including doing nothing, and the patient and/or parent/guardian are given the opportunity to ask any questions. Because of extensive distribution and discomfort secondary to itching, treatment/ destruction with cantharidin was selected. ____ lesions are treated with spot application of cantharidin. Patient to wash off in 4-6 hours, or sooner if redness or blistering occur. Patient to use regular wound care on treated sites if blistering or erosion occurs. Return to clinic in 3-4 weeks for re-treatment if needed.

☐ **Procedure Note:** scissor removal          Risk, benefits, and alternatives of treatment are discussed with the patient who verbally agrees to the procedure. Lesions that are recurrently irritated and tender are identified for removal. The areas are cleansed with alcohol. Lidocaine 1% with epinephrine is injected beneath the larger acrochordons. Scissor removal is then performed using sterile, gradle surgical scissors. Hemostasis is obtained using aluminum chloride. The larger excisions are dressed and bandaged. The patient tolerated the procedure well without any adverse event. Given the pathognomonic appearance, the specimen(s) is not sent for pathology. The patient is advised to keep the excision sites covered to minimize tenderness and promote healing. The patient is instructed to watch for signs of infection, such as erythema and purulent discharge.

**Patient Education/Discussion:**

☐ pt. counseled and reassured of diagnosis, prognosis, treatment options re: all diagnoses noted

☐ handout given and discussion re:

_____

☐ sun protection

RTC _____

☐ ABCDE's of melanoma
☐ self skin examination
☐ skin cancer and tx of skin ca.
☐ sun and the immune system
☐ vitamin D deficiency

☐ atopic/dry skin care precautions
☐ topical retinoid
☐ topical 5-FU, imiquimod
☑ med side effects/expected result
☐ accutane

☐ HPV dx, tx, prognosis
☐ onychomycosis dx, tx, prognosis
☐ MRSA dx, tx, prognosis
☐ pregnancy & breastfeeding
☐ oral contraceptive pill

Signature: *[signature]*

**METAIRIE ROAD DERMATOLOGY**
J. Coller Ochsner, MD • Kathryn G. Kerisit, MD
2323 Metairie Road • Metairie, LA 70001

Date: 12/29/16

Consult from: _____

Patient: *Elizabeth Kahn*

DOB: _____  Sex: M / F

CC: (1) _____ (2) _____ (3) _____   FBSE? Y / N

HPI: *real sk sensitive area   lesion*   *scalp lesion*

ROS: Normal (✓), abnormal (circle or describe)
☐ Skin: rapidly enlarging/bleeding/tender/changing skin lesions
☐ Skin: other problems   ☐ Skin: rashes to meds/foods/allergens
☐ Const: unexplained weight loss, fever/chills, night sweats, malaise
☐ Eyes   ☐ ENT   ☐ CV   ☐ Resp   ☐ GI   ☐ GU   ☐ LN
☐ MSkel   ☑ Endo   ☐ Immuno   ☐ Heme-Onc   ☐ Neuro/Psych

PMHx, FamHx, SocHx: No change (✓), changes (describe)
☐ PMHx: AK / BCC / SCC / melanoma / dysplastic nevi
☐ FamHx: skin disease / skin cancer / melanoma
☐ SocHx: alcohol / tobacco / illicits / tanning bed use
   current sun exposure: low – mod – high
   prior sun exposure: low – mod – high

Meds: _____
_____
_____
_____
_____
_____

Allergies: _____
_____
_____

Physical Exam: Normal (✓), abnormal (describe)
VS:   Wt _____ Ht _____ T _____
      BP _____ HR _____ R _____

☐ Gen appearance          ☑ Skin: the following were inspected & palpated:
☐ Oriented                ☑ Scalp/hair
☐ Affect/mood             ☐ Face/head
☐ Ears/TM                 ☐ Eyelids/conjunctiva
☐ Nose                    ☐ Lips
☐ Oropharynx              ☑ Neck
☐ Neck/thyroid            ☑ Chest/axilla
☐ Cardiovasc              ☐ Back
☐ Pulmonary               ☐ Abdomen
☐ Abdomen                 ☐ RUE
☐ Extremities/nails       ☐ LUE
☐ MSkel/joints            ☐ RLE
☐ Lymph nodes             ☐ LLE
☐ Anus                    ☐ Groin/buttocks
☐ Eccrine/apocrine

Assessment, Plan, and Treatment:  Minutes counseled _____

1. *A K — x 3 scalp*

*Nu*

2. *yeast*

*Diflucan 150*
*once a*

3. *intergin*

4. *pruveit*

*2 cytes b.d*

*N-I*

☐ **Procedure Note:** shave biopsy / punch biopsy / shave excision to fat          Risk, benefits, and alternatives are discussed with the patient, and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A sharp blade / ____ mm punch is used to remove part or all of the lesion. The specimen is sent to pathology. Hemostasis is obtained with aluminum chloride / monopolar hyfrecation / ____ nylon. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ **Procedure Note:** cryosurgery          Risk, benefits, and alternatives are discussed with the patient, and the patient agrees to the procedure by verbal consent. Liquid nitrogen cryosurgery is applied to the lesion to produce a freeze injury. The patient is aware that a blister or scab will form and is instructed on wound care with cleansing and topical antibiotics (if needed) until healed.

☐ **Procedure Note:** electrodessication and curettage          Risk, benefits, and alternatives are discussed with the patient, and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A # ____ curette is used to remove all of the lesion. Three cycles of curettage followed by electrodessication are performed. Final hemostasis is obtained with monopolar hyfrecation. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ **Procedure Note:** intralesional injections          After cleansing with alcohol, ____ mL of Kenalog ____ mg/mL was injected intralesionally into approximately ____ locations. Patient tolerated procedure well without adverse event.

☐ **Procedure Note:** cantharidin application          Risk, benefits, and alternatives of treatment are discussed, including doing nothing, and the patient and/or parent/guardian are given the opportunity to ask any questions. Because of extensive distribution and discomfort secondary to itching, treatment/ destruction with cantharidin was selected. ____ lesions are treated with spot application of cantharidin. Patient to wash off in 4-6 hours, or sooner if redness or blistering occur. Patient to use regular wound care on treated sites if blistering or erosion occurs. Return to clinic in 3-4 weeks for re-treatment if needed.

☐ **Procedure Note:** scissor removal          Risk, benefits, and alternatives of treatment are discussed with the patient who verbally agrees to the procedure. Lesions that are recurrently irritated and tender are identified for removal. The areas are cleansed with alcohol. Lidocaine 1% with epinephrine is injected beneath the larger acrochordons. Scissor removal is then performed using sterile, gradle surgical scissors. Hemostasis is obtained using aluminum chloride. The larger excisions are dressed and bandaged. The patient tolerated the procedure well without any adverse event. Given the pathognomonic appearance, the specimen(s) is not sent for pathology. The patient is advised to keep the excision sites covered to minimize tenderness and promote healing. The patient is instructed to watch for signs of infection, such as erythema and purulent discharge.

**Patient Education/Discussion:**

☐ pt. counseled and reassured of diagnosis, prognosis, treatment options re: all diagnoses noted

☐ handout given and discussion re:

_____

☐ sun protection

☐ ABCDE's of melanoma
☐ self skin examination
☐ skin cancer and tx of skin ca.
☐ sun and the immune system
☐ vitamin D deficiency

☐ atopic/dry skin care precautions
☐ topical retinoid
☐ topical 5-FU, imiquimod
☑ med side effects/expected result
☐ accutane

☐ HPV dx, tx, prognosis
☐ onychomycosis dx, tx, prognosis
☐ MRSA dx, tx, prognosis
☐ pregnancy & breastfeeding
☐ oral contraceptive pill

RTC _____

Signature: _____

**METAIRIE ROAD DERMATOLOGY**
J. Coller Ochsner, MD • Kathryn G. Kerisit, MD
2323 Metairie Road • Metairie, LA 70001

Date: 1/12/16

Consult from: _____

Patient: Elizabeth Kahn

DOB: _____ Sex: M / F

CC: (1) _____ (2) _____ (3) _____   FBSE? Y / N

HPI: _family Hx melan_

_Anx severe — making pt anxious_

_R groin cement pos_

_reviewed all content_

ROS: Normal (✓), abnormal (circle or describe)

☐ Skin: rapidly enlarging/bleeding/tender/changing skin lesions

☐ Skin: other problems      ☐ Skin: rashes to meds/foods/allergens

☐ Const: unexplained weight loss, fever/chills, night sweats, malaise

☐ Eyes  ☐ ENT  ☐ CV  ☐ Resp  ☐ GI  ☐ GU  ☐ LN

☐ MSkel  ☐ Endo  ☐ Immuno  (Heme-Onc)  ☐ Neuro/Psych

PMHx, FamHx, SocHx: No change (✓), changes (describe)

☐ PMHx: AK / BCC / SCC / melanoma / dysplastic nevi

☐ FamHx: skin disease / (skin cancer / melanoma)

☐ SocHx: alcohol / tobacco / illicits / tanning bed use
current sun exposure: low – mod – high
prior sun exposure: low – mod – high

Meds: _____
_____
_____
_____
_____

Allergies: _____
_____

Physical Exam: Normal (✓), abnormal (describe)

VS:  Wt_____ Ht_____ T_____
BP_____ HR_____ R_____

☐ Gen appearance       Skin: the following were inspected & palpated:
☐ Oriented             ☐ Scalp/hair
☐ Affect/mood          ☐ Face/head
☐ Ears/TM              ☐ Eyelids/conjunctiva
☐ Nose                 ☐ Lips
☐ Oropharynx           ☐ Neck
☐ Neck/thyroid         ☐ Chest/axilla
☐ Cardiovasc           ☐ Back
☐ Pulmonary            ☐ Abdomen
☐ Abdomen              ☐ RUE
☐ Extremities/nails    ☐ LUE
☐ MSkel/joints         ☐ RLE
☐ Lymph nodes          ☐ LLE
☐ Anus                 ☐ Groin/buttocks
☐ Eccrine/apocrine

Assessment, Plan, and Treatment:   Minutes counseled _____

1.

2. _yeast_                                      _Nizoral_
                                                = _HC 2.5_
                                                _mom_

3. _allergy_

4. _prurito_                                     _Zyrtec_
                                                  _b.d_

☐ **Procedure Note:** shave biopsy / punch biopsy / shave excision to fat _____   Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A sharp blade / _____ mm punch is used to remove part or all of the lesion. The specimen is sent for pathology. Hemostasis is obtained with aluminum chloride / monopolar hyfrecation / _____ nylon. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ **Procedure Note:** cryosurgery _____   Risk, benefits, and alternatives are discussed with the patient and the patient agrees to the procedure by verbal consent. Liquid nitrogen cryosurgery is applied to the lesion to produce a freeze injury. The patient is aware that a blister or scab will form and is instructed on wound care with cleansing and topical antibiotics (if needed) until healed.

☐ **Procedure Note:** electrodessication and curettage _____   Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A # _____ curette is used to remove all of the lesion. Three cycles of curettage followed by electrodessication are performed. Final hemostasis is obtained with monopolar hyfrecation. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ **Procedure Note:** intralesional injections _____   After cleansing with alcohol, _____ mL of Kenalog _____ mg/mL was injected intralesionally into approximately _____ locations. Patient tolerated procedure well without adverse event.

☐ **Procedure Note:** cantharidin application _____   Risk, benefits and alternatives of treatment are discussed including doing nothing, and the patient and/or parent/guardian are given the opportunity to ask any questions. Because of extensive distribution and discomfort secondary to itching. treatment/ destruction with cantharidin was selected. _____ lesions are treated with spot application of cantharidin. Patient to wash off in 4-6 hours, or sooner if redness or blistering occur. Patient to use regular wound care on treated sites if blistering or erosion occurs. Return to clinic in 3-4 weeks for re-treatment if needed.

☐ **Procedure Note:** scissor removal _____   Risk, benefits, and alternatives of treatment are discussed with the patient who verbally agrees to the procedure. Lesions that are recurrently irritated and tender are identified for removal. The areas are cleansed with alcohol. Lidocaine 1% with epinephrine is injected beneath the larger acrochordons. Scissor removal is then performed using sterile, gradle surgical scissors. Hemostasis is obtained using aluminum chloride. The larger excisions are dressed and bandaged. The patient tolerated the procedure well without any adverse event. Given the pathognomonic appearance, the specimen(s) is not sent for pathology. The patient is advised to keep the excision sites covered to minimize tenderness and promote healing. The patient is instructed to watch for signs of infection, such as erythema and purulent discharge.

**Patient Education/Discussion:**

☐ pt. counseled and reassured of diagnosis, prognosis, treatment options re: all diagnoses noted

☐ handout given and discussion re: _____

☑ sun protection

☐ ABCDE's of melanoma
☑ self skin examination
☑ skin cancer and tx of skin ca.
☑ sun and the immune system
☑ vitamin D deficiency

☐ atopic/dry skin care precautions
☐ topical retinoid
☐ topical 5-FU, imiquimod
☑ med side effects/expected result
☐ accutane

☐ HPV dx, tx, prognosis
☐ onychomycosis dx, tx, prognosis
☐ MRSA dx, tx, prognosis
☐ pregnancy & breastfeeding
☐ oral contraceptive pill

RTC _____

Signature: _____

**1018- KAHN, ELIZABETH- Metairie Road Dermatology   00015**

METAIRIE ROAD DERMATOLOGY
J. Coller Ochsner, MD • Kathryn G. Kerisit, MD
2323 Metairie Road • Metairie, LA 70001

MAY 3 0 2014

Date: _____    Patient: _Elizabeth Kahn_
Consult from: _____    DOB: _____ Sex: M / F

CC: (1) _____ (2) _____    FBSE? Y / N

HPI:

_same surgeon made her away_
_lots of new lesion_
_on skull_
_3 near_
_brother_
_moth_
_seven x-ronds_

complete body
check

Family Hx
of cancer

ROS: Normal (✓), abnormal (circle or describe)
☐ Skin: rapidly enlarging/bleeding/tender/changing skin lesions
☐ Skin: other problems    ☐ Skin: rashes to meds/foods/allergens
☐ Const: unexplained weight loss, fever/chills, night sweats, malaise
☑ Eyes ☐ ENT ☐ CV ☐ Resp ☐ GI ☐ GU ☐ LN
☐ MSkel ☐ Endo ☑ Immuno ☑ Heme-Onc ☐ Neuro/Psych

PMHx, FamHx, SocHx: No change (✓), changes (describe)
☐ PMHx: AK / BCC / SCC / melanoma / dysplastic nevi
☐ FamHx: skin disease / skin cancer / melanoma
☐ SocHx: alcohol / tobacco / illicits / tanning bed use
current sun exposure: low – mod – high
prior sun exposure: low – mod – high

Meds: _____
_____
_____
_____
_____

Allergies: _____

Physical Exam: Normal (✓), abnormal (describe)
VS:  Wt_____ Ht_____ T_____
BP_____ HR_____ R_____

☑ Gen appearance    ☑ Skin: the following were inspected & palpated:
☑ Oriented    ☐ Scalp/hair
☐ Affect/mood    ☐ Face/head
☐ Ears/TM    ☐ Eyelids/conjunctiva
☐ Nose    ☐ Lips
☐ Oropharynx    ☐ Neck
☐ Neck/thyroid    ☐ Chest/axilla
☐ Cardiovasc    ☐ Back
☐ Pulmonary    ☐ Abdomen
☐ Abdomen    ☐ RUE
☑ Extremities/nails    ☐ LUE
☐ MSkel/joints    ☐ RLE
☐ Lymph nodes    ☐ LLE
☐ Anus    ☐ Groin/buttocks
☐ Eccrine/apocrine

AK

Assessment, Plan, and Treatment:  Minutes counseled

1. *[handwritten]* V₁ + PDL                    *[handwritten]*

2. *[handwritten]* Seb Kerat

3. *[handwritten]*                                      ON3

4. *[handwritten]* AK          x1 scalp

☐ **Procedure Note:** shave biopsy / punch biopsy / shave excision to fat          Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A sharp blade / ____ mm punch is used to remove part or all of the lesion. The specimen is sent for pathology. Hemostasis is obtained with aluminum chloride / monopolar hyfrecation / ____ nylon. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ **Procedure Note:** cryosurgery          Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. Liquid nitrogen cryosurgery is applied to the lesion to produce a freeze injury. The patient is aware that a blister or scab will form and is instructed on wound care with cleansing and topical antibiotics (if needed) until healed.

☐ **Procedure Note:** electrodessication and curettage          Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A #____ curette is used to remove all of the lesion. Three cycles of curettage followed by electrodesiccation are performed. Final hemostasis is obtained with monopolar hyfrecation. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ **Procedure Note:** intralesional injections          After cleansing with alcohol, ____ mL of Kenalog ____ mg/mL was injected intralesionally into approximately ____ locations. Patient tolerated procedure well without adverse event.

☐ **Procedure Note:** cantharidin application          Risk, benefits, and alternatives of treatment are discussed, including doing nothing, and the patient and/or parent/guardian are given the opportunity to ask any questions. Because of extensive distribution and discomfort secondary to itching. treatment/ destruction with cantharidin was selected. ____ lesions are treated with spot application of cantharidin. Patient to wash off in 4-6 hours, or sooner if redness or blistering occur. Patient to use regular wound care on treated sites if blistering or erosion occurs. Return to clinic in 3-4 weeks for re-treatment if needed.

☐ **Procedure Note:** scissor removal          Risk, benefits, and alternatives of treatment are discussed with the patient who verbally agrees to the procedure. Lesions that are recurrently irritated and tender are identified for removal. The areas are cleansed with alcohol. Lidocaine 1% with epinephrine is injected beneath the larger acrochordons. Scissor removal is then performed using sterile, gradle surgical scissors. Hemostasis is obtained using aluminum chloride. The larger excisions are dressed and bandaged. The patient tolerated the procedure well without any adverse event. Given the pathognomonic appearance, the specimen(s) is not sent for pathology. The patient is advised to keep the excision sites covered to minimize tenderness and promote healing. The patient is instructed to watch for signs of infection, such as erythema and purulent discharge.

**Patient Education/Discussion:**

☐ pt. counseled and reassured of diagnosis, prognosis, treatment options re: all diagnoses noted

☐ handout given and discussion re:

_____

☐ sun protection

☑ ABCDE's of melanoma
☑ self skin examination
☑ skin cancer and tx of skin ca.
☑ sun and the immune system
☑ vitamin D deficiency

☐ atopic/dry skin care precautions
☐ topical retinoid
☐ topical 5-FU, imiquimod
☑ med side effects/expected result
☐ accutane

☐ HPV dx, tx, prognosis
☐ onychomycosis dx, tx, prognosis
☐ MRSA dx, tx, prognosis
☐ pregnancy & breastfeeding
☐ oral contraceptive pill

RTC _____

Signature: *[signature]*

*[handwritten]* $25 M.C 147460

# DERMATOLOGY · HISTORY & PHYSICAL

8/19/12

**Formedic**

Elizabeth Kahn

| | M / F | MARITAL STATUS S M W D SEP | DATE OF BIRTH |
|---|---|---|---|

ADDRESS

PHONE (H)        (O)

OCCUPATION / EMPLOYER

INSURANCE

REFERRED BY

PHONE

## HISTORY OF PRESENT ILLNESS

moles checked

J. Coller Ochsner, MD
2323 Metairie Road
Metairie, LA 70001

$25
mc980130

JN-3

mother
Brother — cancer

**RX**

**ALLERGIES**

| | | |
|---|---|---|
| ☒ PSORIASIS | ☒ HAY FEVER | ☒ CANCER |
| ☒ SKIN CANCER | ☐ ASTHMA | ☒ HAIR LOSS |
| ☒ ECZEMA | ☐ DIABETES | |
| | ☐ ARTHRITIS | |

☑ Pos  ☒ Neg  NA Not Applicable

| | |
|---|---|
| ☐ RECENT WEIGHT LOSS / GAIN | ☐ KIDNEY DISEASE |
| ☐ ASTHMA  ☐ HAY FEVER | ☐ ARTHRITIS |
| ☐ HIVES  ☐ ECZEMA | ☐ MIGRAINE  ☐ HEADACHES |
| ☐ PSORIASIS  ☐ HERPES | ☐ SEIZURES |
| ☐ KELOIDS | ☐ NEUROLOGICAL DISEASE |
| ☐ SKIN CANCER | ☐ LUPUS  ☐ ANEMIA |
| ☐ EXCESSIVE SWEATING | ☐ BLEEDING DIATHESES |
| ☐ HAIR LOSS | ☒ CANCER  Type: Breast |
| ☐ AIDS RISK | ☐ X-RAY THERAPY |
| ☐ DIABETES  ☐ THYROID | ☒ PREVIOUS SURGERY 12/2008 |
| ☐ CORONARY HEART DISEASE | **FEMALES** - PREGNANT |
| ☐ HYPERTENSION | ☐ MENST. IRREG. |
| ☐ LUNG DISEASE | ☐ BIRTH CONTROL |
| ☐ HEPATITIS | |

| HABITS | CIG - [ # / DAY / # YRS ] | ALCOHOL - OZ / WK | COFFEE / TEA - CUPS / DAY | REG. EXERCISE | STREET DRUGS |
|---|---|---|---|---|---|

A clear message for external genital and perianal warts (EGW)...

"I don't want to see you again."

**VEREGEN®**
(sinecatechins) Ointment 15%
*Get out and stay out.*

Indications and Usage: Veregen is indicated for the topical treatment of external genital and perianal warts (Condylomata acuminata) in immunocompetent patients 18 years and older.
The most common adverse reactions are local skin and application site reactions including (incidence ≥ 20%) erythema, pruritus, irritation, pain, erosion/ulceration, edema, induration, and rash vesicular.
Please see additional important safety information on reverse side. Please see accompanying full Prescribing Information.

DMHPLE® FORMEDIC® 2008E

DEVELOPED WITH THE SPECIAL ASSISTANCE OF JEFFREY DOVER,M.D. · HARVARD MEDICAL SCHOOL

12D WORLDS FAIR DR. SOMERSET N.J. 08873

PAGE #        CHART #

**1018- KAHN, ELIZABETH- Metairie Road Dermatology  00018**



PHYSICAL EXAM - ☑ WNL –NEGATIVE ☒ ABN – POSITIVE NA– NOT APPLICABLE

**Formedic**

| HT | WT | BMI | BP | P | T |
|----|----|-----|----|----|----|

- DERM
- H.E.E.N.T.
- RESP.
- C. VASC
- G.I.
- G.U.
- PELVIC
- RECTAL
- M. SKEL
- NEURO

INVESTIGATIONS

DIAGNOSIS

TREATMENT / PLANS

J. Coller Ochsner, MD
2323 Metairie Road
Metairie, LA 70001



●●●●●●●●●●●●●●●●●●●●

**VEREGEN**®
(sinecatechins) Ointment, 15%
*Get out and stay out.*

**Important Selected Safety Information**
VEREGEN® has not been evaluated to treat urethral, intra-vaginal, cervical, rectal, or intra-anal human papilloma viral disease and should not be used to treat these conditions. Avoid use of VEREGEN® on open wounds. Avoid exposure of VEREGEN®-treated areas to sun/UV-light because VEREGEN® has not been tested under these circumstances. Safety and efficacy of VEREGEN® have not been established in immunosuppressed or pediatric patients, or pregnant women, or for the treatment of external genital and perianal warts beyond 16 weeks or for multiple treatment courses.

**Please see additional Important Selected Safety Information on reverse side.**
**Please see accompanying full Prescribing Information.**

VEREGEN is a registered trademark of MediGene AG, D-82152 Planegg/Martinsried, Germany.
©2010 PharmaDerm, a division of Nycomed US Inc. Melville, NY 11747. All rights reserved. 98NVE571210

LITHO IN CANADA

1018- KAHN, ELIZABETH- Metairie Road Dermatology  00019

**LabCorp**
Laboratory Corporation of America®

| Specimen # | Control/Req Number | | |
|---|---|---|---|
| 228-368-0411-0 | CC917152930 | Pg 1 | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| N/A | | | S /Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 08/14/12 | 17:05 | 08/15/12 | 08/16/12 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| | 337-380-6346 | |

**Patient Name**
KAHN, ELIZABETH  Sex: F  Date of Birth:

**Patient Address**

**Clinical Information**

**Account**
17152930
Advanced Dermatology Care
Dr J Coller Ochsner          00
2323 Metairie Road
Metairie LA  70001

504-831-6633

DR.ID: OCHSNER C

**Comments**
PATN AGE: 054/08/12

**Tests Requested** Vitamin D, 25-Hydroxy

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Vitamin D, 25-Hydroxy** | **20.5** | **Low** | ng/mL | 30.0 - 100.0 | 01 |

Vitamin D deficiency has been defined by the Institute of
Medicine and an Endocrine Society practice guideline as a
level of serum 25-OH vitamin D less than 20 ng/mL (1,2).
The Endocrine Society went on to further define vitamin D
insufficiency as a level between 21 and 29 ng/mL (2).
1. IOM (Institute of Medicine). 2010. Dietary reference
   intakes for calcium and D. Washington DC: The
   National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al.
   Evaluation, treatment, and prevention of vitamin D
   deficiency: an Endocrine Society clinical practice
   guideline. JCEM. 2011 Jul; 96(7):1911-30.

-------------------------------------------------------------
01 MB    LabCorp Birmingham          Dir: John Elgin, MD
         1801 First Avenue South, Birmingham, AL 35233-1935
For inquiries,the physician may contact **Branch: 504-828-2666 Lab: 205-581-3500**
-------------------------------------------------------------
                   LAST PAGE OF REPORT

need 2000
unit VitD
per days
and re V in
3 month

**FINAL REPORT**

© 2007 Laboratory Corporation of America® Holdings
All Rights Reserved

KAHN, ELIZABETH          228-368-0411-0 Seq# 4916 08-16-12 07:22ET

Universal #2    560281a1

**1018- KAHN, ELIZABETH- Metairie Road Dermatology  00020**

# METAIRIE ROAD DERMATOLOGY
J. Coller Ochsner, MD • Kathryn G. Kerisit, MD
2323 Metairie Road • Metairie, LA 70001

Date: 10/16/17

Patient: Elizabeth Kahn

Consult from: _____

DOB: _____   Sex: M / F

CC: (1) Sore R side of scalp/temple   (2) _____   (3) Went to urgent care

FBSE? Y / N

not itching initially slight itchy now

**HPI:** a few wks ago got 2 bumps on R forehead

2 days ago woke up c swelling on R side of face blisters started <1 wk ago slightly itchy

Urgent care thought it was a bite → put her on Abx ointment

**ROS:** Normal (✓), abnormal (circle or describe)
- ☑ Skin: rapidly enlarging/bleeding/tender/changing skin lesions
- ☑ Skin: other problems   ☐ Skin: rashes to meds/foods/allergens
- ☐ Const: unexplained weight loss, fever/chills, night sweats, malaise
- ☑ Eyes   ☐ ENT   ☐ CV   ☐ Resp   ☐ GI   ☐ GU   ☐ LN
- ☐ MSkel ☐ Endo ☐ Immuno ☐ Heme-Onc ☐ Neuro/Psych

no vision changes

**PMHx, FamHx, SocHx** No change (✓) changes (describe)
- ☑ PMHx: AK / BCC / SCC / melanoma / dysplastic nevi
- ☐ FamHx: skin disease / skin cancer / melanoma
- ☐ SocHx: alcohol / tobacco / illicits / tanning bed use
  - current sun exposure: low – mod – high
  - prior sun exposure: low – mod – high

1 day last week temp of 100°

**Meds:** _____

**Allergies:** _____

**Physical Exam:** Normal (✓), abnormal (describe)
VS:  Wt_____ Ht_____ T_____
BP_____ HR_____ R_____

- ☑ Gen appearance   ☑ Skin: the following were inspected & palpated:
- ☑ Oriented   ☐ Scalp/hair
- ☑ Affect/mood   ☑ Face/head
- ☐ Ears/TM   ☑ Eyelids/conjunctiva
- ☐ Nose   ☑ Lips
- ☐ Oropharynx   ☑ Neck
- ☐ Neck/thyroid   ☐ Chest/axilla
- ☐ Cardiovasc   ☐ Back
- ☐ Pulmonary   ☐ Abdomen
- ☐ Abdomen   ☐ RUE
- ☐ Extremities/nails   ☐ LUE
- ☐ MSkel/joints   ☐ RLE
- ☑ Lymph nodes   ☐ LLE
- ☐ Anus   ☐ Groin/buttocks
- ☐ Eccrine/apocrine

erythematous plaques c thick hemorrhagic crust

edema

slight LAD (R) preauricular slight TTP

Photos reviewed: erythematous plaque c grouped shallow erosions

1018- KAHN, ELIZABETH- Metairie Road Dermatology   00043

Assessment, Plan, and Treatment: Minutes counseled _____

1. herpes zoster + paresthesia —
   Rx'd Valtrex 1000 TID x 1wk.
   > CVS.
2. Rx'd Medrol Dose pack.
3. Rec'd Vaseline or Stratamed for healing.
   ↳ less greasy.
4. Rec'd follow up c̄ ophtho to r/o
   any eye lesions given distribution.

☐ **Procedure Note: shave biopsy / punch biopsy / shave excision to fat**          Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A sharp blade / _____ mm punch is used to remove part or all of the lesion. The specimen is sent for pathology. Hemostasis is obtained with aluminum chloride / monopolar hyfrecation / _____ nylon. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ **Procedure Note: cryosurgery**          Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. Liquid nitrogen cryosurgery is applied to the lesion to produce a freeze injury. The patient is aware that a blister or scab will form and is instructed on wound care with cleansing and topical antibiotics (if needed) until healed.

☐ **Procedure Note: electrodessication and curettage**          Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A #_____ curette is used to remove all of the lesion. Three cycles of curettage followed by electrodessication are performed. Final hemostasis is obtained with monopolar hyfrecation. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ **Procedure Note: intralesional injections**          After cleansing with alcohol, _____ mL of Kenalog _____ mg/mL was injected intralesionally into approximately _____ locations. Patient tolerated procedure well without adverse event.

☐ **Procedure Note: cantharidin application**          Risk, benefits, and alternatives of treatment are discussed, including doing nothing, and the patient and/or parent/guardian are given the opportunity to ask any questions. Because of extensive distribution and discomfort secondary to itching. treatment/ destruction with cantharidin was selected. _____ lesions are treated with spot application of cantharidin. Patient to wash off in 4-6 hours, or sooner if redness or blistering occur. Patient to use regular wound care on treated sites if blistering or erosion occurs. Return to clinic in 3-4 weeks for re-treatment if needed.

☐ **Procedure Note: scissor removal**          Risk, benefits, and alternatives of treatment are discussed with the patient who verbally agrees to the procedure. Lesions that are recurrently irritated and tender are identified for removal. The areas are cleansed with alcohol. Lidocaine 1% with epinephrine is injected beneath the larger acrochordons. Scissor removal is then performed using sterile, gradle surgical scissors. Hemostasis is obtained using aluminum chloride. The larger excisions are dressed and bandaged. The patient tolerated the procedure well without any adverse event. Given the pathognomonic appearance, the specimen(s) is not sent for pathology. The patient is advised to keep the excision sites covered to minimize tenderness and promote healing. The patient is instructed to watch for signs of infection, such as erythema and purulent discharge.

**Patient Education/Discussion:**

| | | | |
|---|---|---|---|
| ☑ pt. counseled and reassured of diagnosis, prognosis, treatment options re: all diagnoses noted | ☐ ABCDE's of melanoma | ☐ atopic/dry skin care precautions | ☐ HPV dx, tx, prognosis |
| | ☐ self skin examination | ☐ topical retinoid | ☐ onychomycosis dx, tx, prognosis |
| ☐ handout given and discussion re: | ☐ skin cancer and tx of skin ca. | ☐ topical 5-FU, imiquimod | ☐ MRSA dx, tx, prognosis |
| _____ | ☐ sun and the immune system | ☐ med side effects/expected result | ☐ pregnancy & breastfeeding |
| ☐ sun protection | ☐ vitamin D deficiency | ☐ accutane | ☐ oral contraceptive pill |

RTC 1 - 2w/3        Stratamed.        Signature: _____

# METAIRIE ROAD DERMATOLOGY

J. Coller Ochsner, MD • Kathryn G. Kerisit, MD
2323 Metairie Road • Metairie, LA 70001

*Kahn, Elizabeth*

Date: 10-30-17

Consult from: _____

Patient: _____

DOB: _____  Sex: M / F

CC: (1) +LO shingles  (2) Spot on finger  (3) _____  FBSE? Y / N

HPI:

taking Valtrex helped ī

prickling sensation

feels much better now

Saw eye doctor + nothing in her eye

putting Vaseline on sores but not enough

ROS: Normal (✓), abnormal (circle or describe)

☐ Skin: rapidly enlarging/bleeding/tender/changing skin lesions

☐ Skin: other problems  ☐ Skin: rashes to meds/foods/allergens

☐ Const: unexplained weight loss, fever/chills, night sweats, malaise

☐ Eyes  ☐ ENT  ☐ CV  ☐ Resp  ☐ GI  ☐ GU  ☐ LN

☐ MSkel  ☐ Endo  ☐ Immuno  ☐ Heme-Onc  ☐ Neuro/Psych

PMHx, FamHx, SocHx: No change (✓), changes (describe)

☐ PMHx: AK / BCC / SCC / melanoma / dysplastic nevi

☐ FamHx: skin disease / skin cancer / melanoma

☐ SocHx: alcohol / tobacco / illicits / tanning bed use
current sun exposure: low – mod – high
prior sun exposure: low – mod – high

Meds: _____

Allergies: _____

(2) feels sore
looks purplish
does not remember bumping it

grouped hemorrhagic crusted erosions

Physical Exam: Normal (✓), abnormal (describe)

VS:  Wt _____ Ht _____ T _____
BP _____ HR _____ R _____

☐ Gen appearance  ☑ Skin: the following were inspected & palpated:

☐ Oriented  ☐ Scalp/hair

☑ Affect/mood  ☑ Face/head

☐ Ears/TM  ☑ Eyelids/conjunctiva

☐ Nose  ☑ Lips

☐ Oropharynx  ☑ Neck

☐ Neck/thyroid  ☐ Chest/axilla

☐ Cardiovasc  ☐ Back

☐ Pulmonary  ☐ Abdomen

☐ Abdomen  ☑ RUE

☐ Extremities/nails  ☑ LUE

☐ MSkel/joints  ☐ RLE

☐ Lymph nodes  ☐ LLE

☐ Anus  ☐ Groin/buttocks

☐ Eccrine/apocrine

slightly violaceous ill defined macule

Assessment, Plan, and Treatment:  Minutes counseled _____

1.

*erosions, R temple —*

*Crust was gently removed & revealed*

*a partially healed / clean base. No bleeding.*

2.

*Cont. Vaseline (thick layers) + bandaid*

3.

*so erosion to can fill in.*

4. *Suspected ecchymosis / reassured.*

*RTC if worsens or if*

*it does not resolve.*

☐ Procedure Note: shave biopsy / punch biopsy / shave excision to fat        Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A sharp blade / ____ mm punch is used to remove part or all of the lesion. The specimen is sent for pathology. Hemostasis is obtained with aluminum chloride / monopolar hyfrecation / ____ nylon. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ Procedure Note: cryosurgery        Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. Liquid nitrogen cryosurgery is applied to the lesion to produce a freeze injury. The patient is aware that a blister or scab will form and is instructed on wound care with cleansing and topical antibiotics (if needed) until healed.

☐ Procedure Note: electrodessication and curettage        Risk, benefits, and alternatives are discussed with the patient. and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A #____ curette is used to remove all of the lesion. Three cycles of curettage followed by electrodesiccation and hyfrecation. Final hemostasis is obtained with monopolar hyfrecation. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ Procedure Note: intralesional injections        After cleansing with alcohol, ____ mL of Kenalog ____ mg/mL was injected intralesionally into approximately ____ locations. Patient tolerated procedure well without adverse event.

☐ Procedure Note: cantharidin application        Risk, benefits, and alternatives of treatment are discussed, including doing nothing, and the patient and/or parent/guardian are given the opportunity to ask any questions. Because of extensive distribution and discomfort secondary to itching. treatment/ destruction with cantharidin was selected. ____ lesions are treated with spot application of cantharidin. Patient to wash off in 4-6 hours, or sooner if redness or blistering occur. Patient to use regular wound care on treated sites if blistering or erosion occurs. Return to clinic in 3-4 weeks for re-treatment if needed.

☐ Procedure Note: scissor removal        Risk, benefits, and alternatives of treatment are discussed with the patient who verbally agrees to the procedure. Lesions that are recurrently irritated and tender are identified for removal. The areas are cleansed with alcohol. Lidocaine 1% with epinephrine is injected beneath the larger acrochordons. Scissor removal is then performed using sterile, gradle surgical scissors. Hemostasis is obtained using aluminum chloride. The larger excisions are dressed and bandaged. The patient tolerated the procedure well without any adverse event. Given the pathognomonic appearance, the specimen(s) is not sent for pathology. The patient is advised to keep the excision sites covered to minimize tenderness and promote healing. The patient is instructed to watch for signs of infection, such as erythema and purulent discharge.

Patient Education/Discussion:

☑ pt. counseled and reassured of diagnosis, prognosis, treatment options re: all diagnoses noted

☐ handout given and discussion re:

_____

☐ sun protection

☐ ABCDE's of melanoma

☐ self skin examination

☐ skin cancer and tx of skin ca.

☐ sun and the immune system

☐ vitamin D deficiency

☐ atopic/dry skin care precautions

☐ topical retinoid

☐ topical 5-FU, imiquimod

☐ med side effects/expected result

☐ accutane

☐ HPV dx, tx, prognosis

☐ onychomycosis dx, tx, prognosis

☐ MRSA dx, tx, prognosis

☐ pregnancy & breastfeeding

☐ oral contraceptive pill

RTC _2wks,._ _____        Signature: _____

**METAIRIE ROAD DERMATOLOGY**
J. Coller Ochsner, MD
2323 Metairie Road • Metairie, LA 70001

Date: 10/27/8

Consult from:

CC: (1) Scalp lesion  (2) mole check  (3) _____  FBSE? Y / N

Patient: Elizabeth Kahn

DOB: _____  Sex: M / F

HPI:

ROS: Normal (✓) abnormal (circle or describe)
☐ Skin: rapidly enlarging/bleeding/tender/changing skin lesions
☐ Skin: other problems    ☐ Skin: rashes to meds/foods/allergens
☐ Const: unexplained weight loss, fever/chills, night sweats, malaise

☐ Eyes  ☐ ENT  ☐ CV  ☐ Resp  ☐ GI  ☐ GU  ☐ LN
☐ MSkel  ☐ Endo  ☐ Immuno  ☐ Heme-Onc  ☐ Neuro/Psych

PMHx, FamHx, SocHx: No change (✓), changes (describe)
☐ PMHx: AK / BCC / SCC / melanoma / dysplastic nevi
☐ FamHx: skin disease / skin cancer / melanoma
☐ SocHx: alcohol / tobacco / illicits / tanning bed use
    current sun exposure: low – mod – high
    prior sun exposure: low – mod – high

Meds: _____
_____
_____
_____
_____

Allergies: _____
_____

Physical Exam: Normal (✓), abnormal (describe)
VS:    Wt _____  Ht _____  T _____
       BP _____  HR _____  R _____

☐ Gen appearance   ☐ Skin: the following were inspected & palpated:
☐ Oriented         ☐ Scalp/hair
☐ Affect/mood      ☐ Face/head
☐ Ears/TM          ☐ Eyelids/conjunctiva
☐ Nose             ☐ Lips
☐ Oropharynx       ☐ Neck
☐ Neck/thyroid     ☐ Chest/axilla
☐ Cardiovasc       ☐ Back
☐ Pulmonary        ☐ Abdomen
☐ Abdomen          ☐ RUE
☐ Extremities/nails ☐ LUE
☐ MSkel/Joints     ☐ RLE
☐ Lymph nodes      ☐ LLE
☐ Anus             ☐ Groin/buttocks
☐ Eccrine/apocrine

Assessment, Plan, and Treatment:  Minutes counseled _____

1. AK _____ X 3  Scalp

2. Solar Lentigin

3. Seb

4. Male OP                N 3

     Cyst  noticlm

☐ Procedure Note: shave biopsy / punch biopsy / shave excision to fac_____   Risk, benefits, and alternatives are discussed with the patient, and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A sharp blade / _____ mm punch is used to remove part or all of the lesion. The specimen is sent for pathology. Hemostasis is obtained with aluminum chloride / monopolar hyfrecation / _____ nylon. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ Procedure Note: cryosurgery      Risk, benefits, and alternatives are discussed with the patient, and the patient agrees to the procedure by verbal consent. Liquid nitrogen cryosurgery is applied to the lesion to produce a freeze injury. The patient is aware that a blister and scab will form and is instructed on wound care with cleansing and topical antibiotics (if needed) until healed.

☐ Procedure Note: electrodessication and curettage      Risk, benefits, and alternatives are discussed with the patient, and the patient agrees to the procedure by verbal consent. The area is cleansed with alcohol. Lidocaine 1% with epinephrine and sodium bicarbonate is used for local anesthesia. A # _____ curette is used to remove all of the lesion. Three cycles of curettage followed by electrodessication are performed. Final hemostasis is obtained with monopolar hyfrecation. The area is then dressed and bandaged. The patient tolerated the procedure well without adverse event. Instructions on wound care are given to the patient, who is to call for bleeding or infection. The patient will be notified of the pathology results.

☐ Procedure Note: intralesional injections      After cleansing with alcohol, _____ mL of Kenalog _____ mg/mL was injected intralesionally into approximately _____ locations. Patient tolerated procedure well without adverse event.

☐ Procedure Note: cantharidin application      Risk, benefits, and alternatives of treatment are discussed, including doing nothing, and the patient and/or parent/guardian are given the opportunity to ask any questions. Because of extensive distribution and discomfort secondary to itching, treatment/ destruction with cantharidin was selected. _____ lesions are treated with spot application of cantharidin. Patient to wash off in 4-6 hours, or sooner if redness or blistering occur. Patient to use regular wound care on treated sites if blistering or erosion occurs. Return to clinic in 3-4 weeks for re-treatment if needed.

☐ Procedure Note: scissor removal      Risk, benefits, and alternatives of treatment are discussed with the patient who verbally agrees to the procedure. Lesions that are recurrently irritated and tender are identified for removal. The areas are cleansed with alcohol. Lidocaine 1% with epinephrine is injected beneath the larger acrochordons. Scissor removal is then performed using sterile, gradle surgical scissors. Hemostasis is obtained using aluminum chloride. The larger excisions are dressed and bandaged. The patient tolerated the procedure well without any adverse event. Given the pathognomonic appearance, the specimen(s) is not sent for pathology. The patient is advised to keep the excision sites covered to minimize tenderness and promote healing. The patient is instructed to watch for signs of infection, such as erythema and purulent discharge.

Patient Education/Discussion:

☑ pt. counseled and reassured of diagnosis, prognosis, treatment options re: all diagnoses noted
☐ handout given and discussion re:
_____
☑ sun protection

☑ ABCDE's of melanoma
☑ self skin examination
☐ skin cancer and tx of skin ca.
☐ sun and the immune system
☐ vitamin D deficiency

☐ atopic/dry skin care precautions
☐ topical retinoid
☐ topical 5-FU, imiquimod
☐ med side effects/expected result
☐ accutane

☐ HPV dx, tx, prognosis
☐ onychomycosis dx, tx, prognosis
☐ MRSA dx, tx, prognosis
☐ pregnancy & breastfeeding
☐ oral contraceptive pill

RTC _____                Signature: _____

1018- KAHN, ELIZABETH- Metairie Road Dermatology  00054

# BODY MAPS



Published through a grant from

**⏻ NOVARTIS**
PHARMACEUTICALS

## How to Use the Body Maps



On the first exam, make a dot corresponding to the location on your skin of each freckle, mole, birthmark, bump, sore, scab, or scaly patch. Draw a line out to the margin and indicate its approximate size (use the scale provided) and color, and the date.

For each exam after that, find the spot on your skin that matches each dot, record the new date next to the old one, and note any change in size, color, or shape. Record any spots you did not see on last examination.

Use the following **Self-Examination Schedule** to keep track of the dates on which you examined yourself. Indicate year, month, and day.



SkinCancer.org
©2016 The Skin Cancer Foundation
All Rights Reserved

