# EXHIBIT 38

```
 1         UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
 2
     ELIZABETH KAHN,
 3       Plaintiffs,
 4   VERSUS                    CASE NO.
                               2:16-cv-17039
 5
     SANOFI S.A., SANOFI-AVENTIS U.S. L.L.C.,
 6   SANOFI US SERVICE, INC., and
     AVENTIS-PHARMA S.A.,
 7       Defendants.
 8       VIDEOTAPE DEPOSITION OF DR. JESSICA
     COLLER OCHSNER, 2323 METAIRIE ROAD,
 9   METAIRIE, LOUISIANA, 70001, TAKEN IN THE
     OFFICES OF METAIRIE ROAD DERMATOLOGY, 2323
10   METAIRIE ROAD, METAIRIE, LOUISIANA, ON
     THURSDAY, THE 27TH DAY OF FEBRUARY, 2020.
11
     APPEARANCES:
12
       PENDLEY, BAUDIN & COFFIN, LLP
13     ATTORNEYS AT LAW
       BY:  JESSICA PEREZ REYNOLDS, ESQUIRE
14     1515 POYDRAS STREET, SUITE 1400
       NEW ORLEANS, LOUISIANA  70112
15
          ATTORNEYS FOR PLAINTIFF
16
       SHOOK, HARDY & BACON, L.L.P.
17     ATTORNEYS AT LAW
       BY:  CONNOR J. SEARS, ESQUIRE
18     2555 GRAND BOULEVARD
       KANSAS CITY, MISSOURI  64108-2613
19
          ATTORNEYS FOR SANOFI S.A.,
20        SANOFI-AVENTIS U.S. LLC, SANOFI US
          SERVICE, INC. AND AVENTIS-PHARMA S.A.
21
     VIDEOGRAPHER:
22
       BRIAN SOILEAU
23
     REPORTED BY:
24     DAWN D. TUPPER, CCR, RPR
       CERTIFIED COURT REPORTER
25     REGISTERED PROFESSIONAL REPORTER
```

Page 30

1  section down is actually kind of blocked
2  out. Why is that?
3      A.  This is her medical history.
4  And it says the positive on her medical
5  history is hay fever, hair loss. Cancer,
6  type is breast. Previous surgery is 12
7  2008.
8      Q.  And for the hair loss when you
9  mark that, do you know what that means?
10     A.  Patients, this is when I ask
11 this, I go through these and the patient
12 tells me if they've had it or not. So if
13 I said hair loss, they would have said
14 yes.
15     Q.  Sitting here today when the
16 hair loss is checked for the past medical
17 history, do you know whether that meant
18 she had hair loss in the past or if she --
19     A.  She had to have it in the past
20 because it's past medical history.
21     Q.  Okay. So it doesn't mean that
22 she is currently --
23     MS. REYNOLDS:
24        Object to form.
25     THE WITNESS:

Page 31

1        Okay. What did you -- keep --
2  BY MR. SEARS:
3      Q.  Sure. I'm just trying to
4  figure out what the hair loss check means.
5  And you said it means that she had it in
6  the past?
7      A.  Well, yes. It was not brought
8  -- there's no discussion of it in here, so
9  it must have not been a recent issue, or
10 at least she never brought it up to me.
11     Q.  So just so it's clear, when
12 you met with her during this visit, Ms.
13 Kahn did not complain of alopecia to you?
14     MS. REYNOLDS:
15        Object to the form.
16     THE WITNESS:
17        According to my records, I would
18 -- hair loss, if somebody complains about
19 it it's something you have to note because
20 you have to go through why. You have to
21 examine it for what it is. So obviously
22 that was not one of the issues there to
23 me.
24 BY MR. SEARS:
25     Q.  Then on the right side of the

Page 32

1  page it looks like this is duration over
2  30 minutes?
3      A.  Discussion over 30 minutes.
4  Or whole discussion, the whole office
5  visit.
6      Q.  So does that 30 minutes mean
7  the entire --
8      A.  The whole office visit,
9  including examination.
10     Q.  How long do you normally spend
11 with a patient?
12     A.  Well, when they first come in,
13 when you have a history of mela -- I mean,
14 a family history of melanoma, it depends
15 on what you come in for.
16        So anybody who has melanoma in
17 their history, that's a bigger deal or
18 family history of skin cancer. Besides
19 the exam, you have to discuss why they
20 need to always wear sunscreen. How they
21 need to do self-exams and tell them the
22 things to prevent, you know, like people,
23 well, it's okay to not wear sunscreen
24 unless you're going to the beach.
25        No, you got to wear it every

Page 33

1  single day. You know, it's a process.
2         So if you come in, if you come
3  in for a new office visit and all you have
4  is a wart on your hand, that's a treatment
5  and I'm not going to tell them about the,
6  you know -- we're not going to discuss
7  melanoma and everything else, especially
8  if it's a kid.
9         So no, I can't tell you
10 average. It just depends on what they
11 come in. But I do a lot of skin cancer so
12 that's where I'm focused.
13     Q.  Okay. The next page that I
14 have looks like a physical examination
15 page.
16     A.  So the two whole circles mean
17 I did a whole body check. The TBV which
18 is in the right-hand column right here
19 means total body check. The next line,
20 brother had melanoma.
21        The next line discussed
22 self-exam. The next line discussed
23 self-protection. And then I wanted to
24 rule out vitamin D deficiency.
25        And I usually do this when

9 (Pages 30 - 33)

Page 34

1  people who do stay out of the sun and but
2  aren't taking vitamin D and they've never
3  been seen before.  They never have been
4  tested because if you are staying out of
5  the sun and you're not taking vitamin D,
6  you should be vitamin D deficient and so
7  that's what I checked.
8          And then she had a pre-cancer
9  on the top of her skull as you can see
10 right -- you see this little picture,
11 yeah.  That was where her pre-cancer was
12 which I destroyed.
13         And then we did a vitamin D
14 level which is this, this page, which
15 shows she was low.
16     Q.  So you mentioned that she had
17 a pre-cancer on the top of her head.  Is
18 that the actinic keratosis?
19     A.  Yes.
20     Q.  What do you do to remove that?
21     A.  I freeze that.
22     Q.  Is that with liquid nitrogen?
23     A.  Uh-huh (affirmative response).
24     Q.  Just so it's clear for the
25 court reporter, when you say uh-huh, does

Page 35

1  that mean --
2      A.  I'm so sorry.  Yes.  That's
3  with liquid nitrogen.  I'm so sorry.
4      Q.  Can treatment for actinic
5  keratosis, the treatment you used, liquid
6  nitrogen, can that prevent or cause any
7  type of alopecia?
8      A.  Yes.  So what we do with
9  liquid nitrogen when we freeze, we're
10 destroying the tissue.  The hair follicle
11 usually goes deeper than the epidermis
12 because it goes into the dermis which is
13 the lower part of the skin.
14         But depending on the type of
15 pre-cancer we destroy depends on how much
16 freezing we have to do.  So at this point
17 I can't remember how deep that went, but
18 it could have, but it usually doesn't.
19     Q.  And I think you said this
20 already, but the lab test notes that Ms.
21 Kahn is vitamin D deficient?
22     A.  Is vitamin D deficient, yes,
23 by her lab test.
24     Q.  Did you make any note of
25 alopecia when conducting the physical

Page 36

1  exam?
2      A.  No.
3      Q.  If you noticed that she did
4  have alopecia, would you have noted that
5  here?
6      A.  No.  Not if that was not -- if
7  she did not have what I would say moth
8  eaten, when I say moth eaten alopecia,
9  like clumps of hair loss, I would have
10 never brought it up to her if she hadn't
11 brought it up to me.
12         I would have never, even
13 though that's in her past medical history,
14 that was never brought up as a complaint.
15 And if it was brought up a complaint, we
16 would have addressed it and I would have
17 put, you know, discussed hair loss.
18     Q.  Then on the next page I have
19 is the Lab Corp page.  It looks like you
20 said --
21     A.  So once I got the results back
22 from the blood test the girls called her.
23 My -- these are my notes to tell her what
24 to do.  She needs 2,000 units of vitamin D
25 per day and she needs to be re-checked in

Page 37

1  three months to see if that was adequate.
2      Q.  So the handwriting on these
3  records --
4      A.  Are all mine except for -- on
5  the top of the first page, this is not my
6  handwriting.  The date's not my
7  handwriting.  The mole check, someone put
8  her in the room and they wrote down what
9  her chief complaint was.  So that's that.
10         The other handwriting that's
11 not mine is on the lab page where it says
12 medical records -- oh, this is when we
13 send medical records.  This is authorized
14 by my sister.  I mean, I check it off, but
15 they authorize.  So that's -- this and
16 this and this is not my handwriting.
17     Q.  All right.  Then I think the
18 next record I have for Ms. Kahn is in your
19 office visit from May 30th, 2014?
20     A.  Yes, yes.  That is correct.
21     Q.  I'll go ahead and mark that
22 visit as Exhibit 3.
23         What was the purpose of Ms.
24 Kahn's visit on May 30, 2014?
25     A.  Okay.  So on the right-hand

10 (Pages 34 - 37)

Page 38

1  side of this page it says complete body
2  check. Family history of cancer. That's
3  whoever put her in the room. One of my
4  employees wrote that and --
5      Q. And it looks like this
6  appointment was 15 minutes long?
7      A. Yeah. Yes.
8      Q. It notes on here that she
9  takes tamoxifen?
10     A. Right. And it said it made
11 her dry.
12     Q. And then does that say vitamin
13 D?
14     A. It says lots of new -- so the
15 next line said lots of new lesions.
16 Because I would ask, are there any new
17 lesions and she said lots of new lesions.
18 And then vitamin D, she I assume she's
19 taking. I am not sure what these --
20 that's my handwriting, but I'm not sure
21 what it says. I can't tell you that.
22         Where it's circled HemOnc I
23 have breast. That means she had breast
24 cancer. When you come down to the next
25 group and it has family history of cancer,

Page 39

1  it says skin cancer I have her mother. On
2  melanoma I have her brother.
3          And then this is the next
4  group is how much sun she got. And so
5  prior sun was moderate. Now she has no
6  sun. This severe cirrhosis means she's
7  very dry from the tamoxifen or that was
8  something we discussed that she was dry
9  from the tamoxifen.
10     Q. For the lots of new lesions,
11 is that more of the actinic keratosis?
12     A. No. Or no, it didn't -- she
13 -- when I ask a patient I said, "Do you
14 have any new or changing lesions?" And
15 she must have said lots of new lesions.
16     Q. What does the lesion refer to?
17     A. It could be anything from a
18 mole, to a pimple, to a seborrheic. It's
19 something that the patient has that is new
20 to her or him since the last visit.
21     Q. Then on the bottom left,
22 there's the following were inspected and
23 it looks like you checked scalp hair?
24     A. Right. Yeah, yeah. Scalp,
25 well, it's scalp. Not so much hair.

Page 40

1  Okay. So it does say scalp or hair, but
2  I'm doing a mole check. I'm doing the
3  scalp.
4      Q. Okay. So during this visit
5  you -- it looks like you inspected Ms.
6  Kahn's scalp?
7      A. Uh-huh (affirmative response).
8      Q. Is that yes?
9      A. Yes, yes. Correct. I'm
10 sorry.
11     Q. During this visit did Ms. Kahn
12 raise alopecia or hair loss with you?
13     A. Not -- no.
14     Q. Then on the second page there
15 for number 4 under assessment plan, it
16 looks like there's more actinic keratosis?
17     A. Another one on her scalp, yes.
18     Q. Did you remove that as well?
19     A. Yes.
20     Q. The same process?
21     A. Yes, sir.
22     Q. There's also seborrheic
23 keratosis?
24     A. Yes. On the left cheek.
25     Q. What is that?

Page 41

1      A. It says painful. So I
2  probably -- well, I know that does mean I
3  removed one on her left cheek -- chest.
4  Excuse me, that's chest for me. Not
5  cheek.
6      Q. Now, what is seborrheic
7  keratosis?
8      A. It's a growth on your skin
9  that grows more like an accordion. It's
10 totally benign. We get them with age and
11 they can be as flat as can be where it
12 just doesn't even barely raise up or they
13 can be very high.
14         They can get irritated because
15 the accordion growth, if something rubs
16 across it it can irritate it. So they do
17 get irritated pretty easy or it can get
18 irritated easy.
19     Q. It looks like number 3, is
20 that solar lesion?
21     A. Solar dermatitis. It's just
22 sun damage.
23     Q. How many years of sun damage
24 does it take to develop actinic keratosis?
25     A. It depends on your genetics.

11 (Pages 38 - 41)

Page 50

1  Q. So this is something Ms. Kahn
2 brought that notes her moles or lesions
3 that she's concerned about?
4  A. Correct.
5  Q. And during this December 29,
6 2016 visit, did Ms. Kahn mention alopecia?
7  A. Not that I have, no.
8  Q. And it notes that you
9 inspected her scalp hair during that
10 appointment?
11  A. I inspected her scalp. I know
12 it says scalp hair, but it would be her
13 scalp because of her family history of
14 melanoma.
15  Q. And the next time she came to
16 your office was October 16th, 2017?
17  A. Correct.
18  MR. SEARS:
19    I will go ahead and mark this as
20 Exhibit 6.
21 BY MR. SEARS:
22  Q. Did you see her during this
23 visit?
24  A. Yes, I did.
25  Q. What was the purpose of this

Page 51

1 visit?
2  A. She had some lesions in her
3 right scalp that were very inflamed, very
4 -- quite impressive.
5  Q. Was that more actinic
6 keratosis?
7  A. No, no, no. She had what we
8 diagnosed as Herpes Zoster which is a
9 viral infection.
10  Q. Is that the shingles?
11  A. That's the shingles, yes.
12  Q. So this is the time that you
13 were called into the office?
14  A. Correct. Dr. Keresit was
15 seeing her as a patient and she wanted me
16 to see the lesion to see if she was
17 correct in her assumption. And I did, I
18 agreed that it was shingles.
19  Q. According to this medical
20 record, did Ms. Kahn mention alopecia
21 during this visit?
22  A. Not that is documented on the
23 chart.
24  Q. How are shingles treated?
25  A. Shingles we use Valtrex is our

Page 52

1 number one. It's an anti-viral that
2 actually kills the virus. And you take
3 one gram three times a day, and then you
4 can deal with the -- depending on how much
5 swelling or side effects you have, if you
6 have a lot of swelling or pain, we want to
7 reduce the inflammation. So we give
8 steroids if there is no counter reason.
9 And then if it's --
10    Since the lesions break the
11 skin and blister, we sometimes worry about
12 secondary infection. So if there's a
13 secondary infection we'll address that.
14  Q. It looks like the next time
15 she came to your office was October 30th,
16 2017?
17  A. Correct.
18  Q. I'll --
19  A. Correct. Now, I didn't see
20 her on this visit, but I can answer any
21 questions you have.
22  Q. That was actually one of my
23 questions.
24  MR. SEARS:
25    And I'll go ahead and mark that

Page 53

1 one as Exhibit 7.
2 BY MR. SEARS:
3  Q. So who saw her during this
4 visit?
5  A. Dr. Keresit.
6  Q. What was the purpose of this
7 visit?
8  A. To follow-up from the
9 diagnosis of shingles two weeks before.
10  Q. According to this record, did
11 Ms. Kahn complain of alopecia?
12  A. Not according to this record.
13  Q. It looks like the last time
14 Ms. Kahn came to your office is October
15 2nd, 2018?
16  A. Yes. And there was also a map
17 with that. Did you see the map?
18  Q. I did not.
19  A. With 10/2/18.
20  Q. Oh, actually I do. This one?
21  A. Yes.
22  Q. Okay.
23  MR. SEARS:
24    I'll go ahead and mark this
25 office visit as Exhibit 8.

14 (Pages 50 - 53)

Page 54

1  BY MR. SEARS:
2      Q.  What was the purpose of Ms.
3  Kahn visiting your office?
4      A.  Mole check and she had a scalp
5  lesion.  Again, she has three.  Again, she
6  had three actinic keratosis on the scalp.
7      Q.  Did you remove those with the
8  liquid nitrogen as well?
9      A.  Yes, sir.
10     Q.  According to this record, did
11 Ms. Kahn complain of alopecia?
12     A.  No, sir.
13     Q.  So it looks like Ms. Kahn was
14 seen in your office seven times.  And
15 according to the records, she never once
16 mentioned alopecia?
17     A.  She did when she said past
18 medical history.
19     Q.  Let me rephrase the question.
20 Based upon the seven visits to your
21 office, Ms. Kahn never requested that you
22 treat her for alopecia?
23     A.  That's yes.  No, she never.
24 But I can't say if it was something that
25 she just said I know I didn't treat her.

Page 55

1  I know I didn't investigate.  It wasn't a
2  question of what's causing it because that
3  would have been written in the records.
4      Q.  In the Tuyes depo there's some
5  reference to a page that the patient fills
6  out.  Do you have any idea --
7      A.  That's this.
8      Q.  Okay.  Is that what you're
9  talking about?
10     A.  It must be, yeah, because I
11 don't think we have those.  Okay.  Yeah.
12 Patients, this is what they first fill
13 out.  And then when they first come in, we
14 don't use this anymore, but back in '12 we
15 did.  They filled this out, too.
16        So this was -- she filled
17 these out.  I go over it, you know, with
18 the mother, the cancer.  Anything that
19 says cancer I go over.
20     Q.  Are you referring to the
21 August 14th, 2012?
22     A.  Correct.  She would check
23 those and she would -- this is her
24 writing.  She would have done that.
25     Q.  Do you have photographs of Ms.

Page 56

1  Kahn?
2      A.  Wait.  I do not.
3      Q.  Do you have any pathology
4  records for Ms. Kahn?
5      A.  The blood on the vitamin D
6  results.
7      Q.  Okay.
8      A.  Do you need that?
9      Q.  I think we have those.
10     A.  Okay.
11     Q.  I might be finished.  Do you
12 mind if I look at the chart quick?  Thank
13 you.
14     MR. SEARS:
15        We'll go off the record.
16     VIDEOGRAPHER:
17        We are off the record.  It's
18 2:32.
19        (Recess was taken)
20     VIDEOGRAPHER:
21        We're back on the record.  It's
22 2:38.
23 BY MR. SEARS:
24     Q.  So I've marked as Exhibit 9
25 the sheets that -- did Ms. Kahn fill these

Page 57

1  out?
2      A.  Okay.  Yes.
3      Q.  So there's the two sheets that
4  Ms. Kahn filled out.  One of them is dated
5  August 14th, 2012 and the other one is
6  dated October 16, 2017?
7      A.  Correct.
8      Q.  And then the other thing that
9  we had copied, it looks like a Lab Corp
10 page?
11     A.  Correct.  And let me see, that
12 was -- is that the vitamin D level?  That
13 should have been.  That was when we did
14 the vitamin D at the first visit, so
15 that's the request form.
16     Q.  So just to make sure I
17 understand.  This is a request form to Lab
18 Corp to test vitamin D?
19     A.  To test vitamin D, which
20 you'll see right down here.  You see where
21 it's checked off?
22     Q.  And I've got just a couple
23 questions about these sheets that Ms. Kahn
24 filled out.
25     A.  Okay.