# EXHIBIT 39

1

```
 1            UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5  ************************
                          *
 6  ELIZABETH KAHN,       *   CASE NO.
            Plaintiffs    *   2:16-CV-17039
 7                        *
                          *
 8  VERSUS                *
                          *
 9                        *
    SANOFI S.A., ET AL    *
10          Defendants    *
                          *
11  ************************

12

13

14

15

16

17

18    Job No. NJ2756392

19

20            Deposition of ELIZABETH SARA

21  KAHN, taken on Thursday, December 7, 2017,

22  commencing at 8:34 a.m., at the law offices

23  of Pendley, Baudin & Coffin, 1515 Poydras

24  Street, Suite 1400, New Orleans, Louisiana

25  70112.
```

318

1  about, but no.  I mean, I have to say no,
2  because I don't know what you're talking
3  about.  So I imagine my answer would be no.
4      Q.  Okay.  At any point, have you sought
5  treatment of any kind to address the
6  condition of your hair that you are
7  complaining about?
8      A.  No.
9      Q.  Why not?
10     A.  Because when I talked to my doctors,
11  they didn't say anything that it was about --
12  that it was -- they didn't give me an option
13  to -- I don't know how to say it.  They
14  didn't suggest that there was anything to
15  treat -- a way to treat my hair.
16     Q.  Who didn't suggest that?
17     A.  Dr. Larned or Dr. Roberie.
18     Q.  And you didn't ask the question.
19     A.  I only talked to them about when
20  would -- would my hair grow out fully.  And
21  that's what we talked about.
22     Q.  So you didn't say, Is there any
23  treatment option I can attempt?
24     A.  No.
25     Q.  Okay.  I'm going to hand you what

320

1  it out.  We had it electronically, so whether
2  I could find it electronically, I don't know.
3      Q.  Did you give your lawyer some photos
4  for this litigation?
5      A.  They asked for photos, and I gave
6  photos.
7      Q.  Did you give them this photo?
8      A.  I can't remember which electronic --
9  which photos I gave them, because it was a
10  while ago.
11     Q.  I'll represent to you, this photo has
12  not been produced in litigation.  Okay.
13     MR. COFFIN:
14         Move to strike the last comment.
15     MS. BIERI:
16         That the photo hasn't been
17  produced in litigation?
18     MR. COFFIN:
19         Yeah.  It's not a question.  It
20  had nothing to do with the deposition.  But
21  go ahead.
22  EXAMINATION BY MS. BIERI:
23     Q.  I'm going to hand you what's been
24  marked as Exhibit 11.
25     A.  Oh.

319

1  I've marked as Exhibit 10.
2      A.  Okay.
3      Q.  Do you recognize that photo?
4      A.  Yes.
5      Q.  Is that you?
6      A.  Yes.
7      Q.  And was that picture taken on your
8  first day of chemotherapy?
9      A.  Yes.
10     Q.  Is that May 29th, 2008?
11     A.  Yes.
12     Q.  Is that picture a true and accurate
13  representation of you on May 29th, 2008?
14     A.  Yeah.
15     Q.  Had you blown your hair dry that day?
16     A.  Yes.
17     Q.  Anything else?
18     A.  I'm sure I put product in it, because
19  that's what I do.
20     Q.  Product to make it fluffier?
21     A.  Yes.
22     Q.  Do you still have this picture?
23     A.  I don't know where it is.  I know
24  it's in the blogs, but I don't know if I can
25  -- I don't know if I have -- I didn't print

321

1      Q.  Do you recognize this photograph?
2      A.  Yes.  But I don't remember when that
3  was -- well, I could figure it out probably
4  by how old they are now, but I don't remember
5  when this was taken.
6      Q.  Who are the people in the photograph?
7      A.  That's our godchildren, Kaleo and
8  Dennery Simon.
9      Q.  And then the adult male in the
10  picture?
11     A.  Oh, it's my husband.
12     Q.  And then the adult female is you,
13  correct?
14     A.  Correct.
15     Q.  Okay.
16     A.  It's a cute picture.
17     Q.  Who took this picture?
18     A.  Probably Elizabeth Simon, the kids'
19  mother, but I don't remember.
20     Q.  And is this a true and accurate
21  representation of you?
22     A.  Yes.
23     Q.  Did you post this photograph on one
24  of your blogs?
25     A.  I don't remember.  I didn't see it

81 (Pages 318 to 321)