# EXHIBIT 42

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                                    )
 3   IN RE:  TAXOTERE               ) MDL No. 2740
     (DOCETAXEL) PRODUCTS           )
 4   LIABILITY LITIGATION           ) SECTION:  H
                                    )
 5   THE DOCUMENT RELATES TO:       )
     SHEILA CRAYTON,                )
 6   CASE NO. 2:17-CV-05923;        )
     CYNTHIA THIBODEAUX,            )
 7   CASE NO. 2:16-CV-15859         )
 8   *******************************************************
 9             ORAL AND VIDEOTAPED DEPOSITION OF
10                   DAVID MADIGAN, Ph.D.
11                    November 14, 2019
12   *******************************************************
13       ORAL AND VIDEOTAPED DEPOSITION OF DAVID MADIGAN,
14   Ph.D., produced as a witness at the instance of the
15   DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US
16   SERVICES, INC., and duly sworn, was taken in the
17   above-styled and numbered cause on the 14th of
18   November, 2019, from 8:09 a.m. to 3:16 p.m., before
19   Tamara Vinson, CSR in and for the State of Texas,
20   reported by machine shorthand, at Williams Hart
21   Boundas & Easterby, 8441 Gulf Freeway, Suite 600,
22   Houston, Texas, 77017, pursuant to the Federal Rules
23   of Civil Procedure and the provisions stated on the
24   record or attached hereto.
25
```

```
                                                         Page 206                                                          Page 208
 1   like, hit in that report actually met your inclusion       1      A.  Yes.
 2   criteria?                                                  2      Q.  When did you last see it?
 3      A.  I read them.  I read every one of them.             3      A.  When I was doing this work, actually, so
 4   Sometimes just the abstract.  I mean, it's clear from      4   whenever that was.  We could look at the -- we could
 5   the abstract often that it's not going to be -- you        5   look at the invoice, but a month or two ago, I guess.
 6   know -- it's not going to be a positive hit.               6      Q.  Sure.  Sometime after the first trial, but
 7      Q.  Understood.  But you kind of read my -- read        7   before you issued your expert report in this matter.
 8   my mind with my next question.  So I counted on this       8   Is that fair?
 9   list about -- it was kind of hard for me to count a        9      A.  Probably, yes.
10   few of them, but maybe 70 or so hits.  Does that sound   10      Q.  Okay.  And Doctor, if you could turn with me
11   about right?                                             11   to the table on Page 726.  Are you with me here?
12      A.  That's about right.                               12      A.  Yep.
13      Q.  So you would have excluded, then, about 65        13      Q.  And this table is titled Baseline Female --
14   articles?                                                14   Baseline Characteristics of Female Patients with
15      A.  In round numbers, yes.                            15   Cancer with Alopecia after Cytotoxic Chemotherapy.
16      Q.  Sure.  Close enough.  Right?                      16   Correct?
17      A.  (No verbal response.)                             17      A.  Yes.
18      Q.  Did anyone help you do that?                      18      Q.  And they identified in the column PCIA -- do
19      A.  No.                                               19   you know what PCIA stands for in this paper?
20      Q.  How long did that take you to review --           20      A.  It's a permanent chemotherapy-induced
21      A.  A couple of --                                    21   alopecia, I believe.
22      Q.  -- those articles?                                22      Q.  Persistent, maybe?
23      A.  -- a couple of -- two or three hours,             23      A.  Persistent, okay.
24   something like that.  I mean, 0it's very                 24      Q.  Sure.  Have you -- have you heard that term
25   straightforward.                                         25   before?

                                                         Page 207                                                          Page 209
 1      Q.  Okay.                                               1      A.  Yes.
 2      A.  It's a triage kind of thing.  It's very             2      Q.  All right.  And if we look at this table here
 3   obvious for most of them and then there's a handful        3   it notes that 98 women -- they report on 98 women who
 4   that I -- you know -- it took me longer to figure out      4   had PCIA.  Is that correct?
 5   whether they were responsive or not.                       5      A.  That's correct.
 6          MR. McRAE:  And we might as well, just              6      Q.  All right.  And if you go about halfway down
 7   since I brought it up, go ahead and mark this as           7   this table, if you look at the therapies and the
 8   Exhibit -- oh, sorry.  Oh, sorry.  I have an extra,        8   percentage of people had received it notes that 80 of
 9   Dave. -- Exhibit 26.                                       9   the 98 had received Taxane.  Correct?
10          (Exhibit No. 26 marked.)                          10      A.  Yes.
11      Q.  (By Mr. McRAE)  And my only question to you,      11          (Reporter interruption.)
12   Doctor, about Exhibit 26:  Is this the list that you     12      Q.  (By Mr. McRae)  And then between those it
13   provided counsel for Plaintiffs?                          13   actually splits out the Taxanes at issue and it notes
14      A.  That appears to be the list, yes.                 14   that 47 out of the 80 patients had received
15      Q.  Okay.  Very good.  Thank you.                     15   Paclitaxel.  Right?
16          MR. McRAE:  And if we could please go             16      A.  Yeah.
17   ahead and mark this as Exhibit 27.                        17      Q.  And then 31 out of the 80 had received
18          (Exhibit No. 27 marked.)                          18   Docetaxel.  Right?
19      Q.  (By Mr. McRae)  And Doctor, Exhibit 27, is        19      A.  That's correct.
20   this an article that was published in JAMA Dermatology   20      Q.  All right.  If you look at the second page of
21   in 2019 titled Assessment of Quality of Life and         21   this study where -- you'll note in the Methods that
22   Treatment Outcomes of Patients with Persistent           22   patients were eligible if they received only systemic
23   Postchemotherapy Alopecia?                               23   cytotoxic chemotherapy with a clinical diagnosis of
24      A.  Yes.                                              24   PCIA.  Do you see where I'm at?
25      Q.  Have you seen this document before?               25      A.  I'm sorry, sir.  No, I don't, actually.
```

```
                                              Page 210
 1  Where are you?
 2      Q.  The first paragraph in the Methods section
 3  probably about halfway through it, Patients were --
 4      A.  Yes, I'm there.
 5      Q.  -- eligible if they --
 6      A.  Okay.
 7      Q.  So in this study patients actually received a
 8  clinical diagnosis of their PCIA.  Correct?
 9          MR. MICELI:  Object to the form.
10      A.  It says clinical diagnosis of PCIA.  That's
11  what it says.
12      Q.  (By Mr. McRae)  And if we -- if we go back to
13  the table we were talking about before, so based on
14  this table Taxol had a 59 percent rate of PCIA.  Is
15  that right?
16          MR. MICELI:  Excuse me.  Object to the
17  form.
18      A.  So it is true that of the patients who had
19  PCIA 59 percent of them took Paclitaxel.  That's a
20  fact.  That is precisely the wrong probability that I
21  need in order for this to qualify as a comparative
22  study, so that's the probability of taking Paclitaxel
23  given that lost your hair.  That's the wrong way
24  around.  So if you're going to do a comparison between
25  Docetaxel and Paclitaxel you need the other way
```

```
                                              Page 211
 1  around.  You need what's the probability of losing
 2  your hair given that you took Paclitaxel and what's
 3  the probability of losing your hair given that you
 4  took Docetaxel, then you can do a comparison.  So this
 5  is useless.  It is what it is, but vis-a-vis my task
 6  this is -- this study does not qualify because you
 7  can't do a comparison.
 8      Q.  Okay.
 9      A.  And I can -- I can go into further detail if
10  you want me to.
11      Q.  No.  I think -- I think I understand.  Would
12  you agree that this paper reports that Taxol actually
13  has a greater risk of PCIA than with Tax -- the
14  Taxotere?
15          MR. MICELI:  Object to the form.
16      A.  That's precisely what it doesn't do.
17      Q.  (By Mr. McRae)  Okay.
18      A.  It doesn't enable you to make that statement
19  because it's the wrong way around.
20      Q.  All right.  Now, this study also shows
21  clinically diagnosed cases of PCIA with Cytoxan.
22  Correct?
23      A.  (No verbal response.)
24      Q.  Also known as Cyclophosphamide?
25          MR. MICELI:  Object to the form.
```

```
                                              Page 212
 1      A.  Some of the people that they identified as
 2  having PCIA, some of those people had taken
 3  Cyclophosphamide.
 4      Q.  (By Mr. McRae)  Okay.
 5      A.  Is that a --
 6      Q.  Yes.
 7      A.  Am I answering the question, yes?
 8      Q.  Yep.  And this study actually also identifies
 9  clinically diagnosed cases of PCIA with patients who
10  have taken 5FU.  Correct?
11      A.  So of the patients who had PCIA, some of
12  those patients appear to have previously taken 5FU.
13      Q.  Okay.  And the study also says that of the
14  patients with PCIA some of them have previously taken
15  Busulfan?
16          (Reporter interruption.)
17      A.  So it seems.  As I say, you can't use this to
18  do a comparative analysis.
19      Q.  (By Mr. McRae)  Okay.  And it also looks like
20  that of some of the patients who were clinically
21  diagnosed with PCIA, some of them have previously
22  taken Carboplatin.  Right?
23      A.  So it seems, but, again, the caveat, you
24  can't use this to do any kind of a comparison between
25  the drugs.
```

```
                                              Page 213
 1      Q.  And some of them had also taken Methotrexate?
 2      A.  So it seems, but with the same caveat, you
 3  can't use this to do comparisons.
 4      Q.  Yeah.  And some of them had also taken
 5  Doxorubicin.  Right?
 6      A.  Same answer, it appears that some of them
 7  did, but you can't use this to do comparisons across
 8  drugs.
 9      Q.  Okay.  Do you know if the authors of the
10  study, if they actually collected and had the data
11  that you would need in order to make a comparison of
12  cross drugs?
13      A.  I would have no way of knowing that.  So what
14  you'd need to know is the prevalence, basically, of
15  the individual drugs.  So maybe they haven't, maybe
16  they don't.  I don't know.
17      Q.  And you didn't reach out to the study authors
18  to see if they had that information?
19          MR. MICELI:  Object to the form.
20      A.  I did not.
21      Q.  (By Mr. McRae)  Okay.  Now, if we look at the
22  authors, one of the authors is Dr. Tosti.  Correct?
23      A.  Yes.
24      Q.  And she is an expert in this litigation, to
25  your understanding?
```

54 (Pages 210 - 213)