# EXHIBIT 44

```
 1            IN THE UNITED STATES DISTRICT COURT OF
                    EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE: TAXOTERE              *
      (DOCETAXEL) PRODUCTS         *
 4    LIABILITY LITIGATION         * MDL No. 2740
                                   *
 5    THIS DOCUMENT RELATES TO:* SECTION: H
                                   *
 6    SHEILA CRAYTON, CASE NO.   *
           -CV-05923;              *
 7    CYNTHIA THIBODEAUX, CASE   *
      NO. 2:16-CV-15859            *
 8
 9
10         *****************************************
                  ORAL AND VIDEOTAPED DEPOSITION OF
11                    LAURA MASSEY PLUNKETT, M.D.
                                 VOLUME 2
12                          DECEMBER 13, 2019
           *****************************************
13
14
15              ORAL AND VIDEOTAPED DEPOSITION OF LAURA
16    MASSEY PLUNKETT, M.D., produced as a witness at the
17    instance of the DEFENDANT(S), and duly sworn, was
18    taken in the above-styled and numbered cause on
19    DECEMBER 13, 2019, from 9:06 A.M. to 10:57 A.M.,
20    before AMY PRIGMORE, CSR, in and for the State of
21    Texas, reported by stenographic means, at the
22    offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
23    Blvd., Suite 4000 Houston, Texas, pursuant to the
24    Federal Rules of Civil Procedure and the provisions
25    stated on the record or attached hereto
```

Page 428

1  Do you see that?
2  A. I do.
3  Q. Okay. And for those 29 patients, do you
4  know the date of the last follow-up visit by which
5  those patients were seen for this adverse event?
6  A. That would be the same answer you asked me
7  before. I haven't looked at individual case report
8  forms. I can get you a -- I think they report an
9  average in here.
10     But as far as an individual patient, no, I
11  haven't attempted to determine that.
12  Q. Okay. And for these 29 patients, you cannot
13  provide any testimony as to whether they had a lack
14  of substantial hair regrowth after taking the TAC
15  regimen.
16     Is that correct?
17  A. It's a question -- for each individual, no.
18  It's the same answers -- I mean, you know, if
19  you're going to ask me the same things you did
20  about the earlier, I would have the same answers.
21     I -- I have not attempted to look at each
22  individual patient's case report form.
23  Q. Okay. And likewise, if we were to look at
24  those individual case report forms, you would not
25  be able to tell me what constituted some regrowth,

Page 429

1  versus a lack of substantial regrowth.
2     Is that correct?
3  A. I have -- I would not have made that
4  determination, because I'm -- I'm not diagnose and
5  treating.
6     And that's -- that -- to me, I would only
7  take on face value what was reported, because I
8  don't -- I wouldn't reinterpret that based on not
9  being a physician.
10  Q. Okay. And so for these 29 patients, you
11  don't know if their last follow-up visit was four
12  months after they finished chemotherapy or nine
13  years after they finished the TAC regimen.
14     Is that correct?
15  A. Not for any individual patient, no, I
16  wouldn't be able to tell you that, no.
17     Obviously, I don't even think that would be
18  in this document that you've given me here. Maybe
19  in the appendices, but not here.
20  Q. Okay. And likewise, you'll see in the FAC
21  arm -- well, strike that.
22     In the TAC arm, you see there's now 29
23  patients versus 22 patients.
24     Is that correct?
25  A. From the -- from the earlier --

Page 430

1  Q. Yeah.
2  A. -- table, yes. There were 22, and now we
3  have 29.
4  Q. Do you have any opinion here today as to the
5  difference, why there's 29 at the ten-year and 22
6  in the five-year?
7  A. I haven't formed an opinion why there's a
8  difference. I would assume it has to do with the
9  start date and -- and the follow-up ongoing.
10  But...
11  Q. Okay. But you don't know as we sit here
12  today?
13  A. I haven't attempted to do that. That's
14  beyond the scope of what I did.
15  Q. Okay. And then if you look at the FAC arm,
16  Dr. Plunkett, which, again, is the non-Taxotere
17  arm, the control arm, 5-FU, Adriamycin, plus
18  Cyclophosphamide, you'll see there are 16 patients
19  listed as having ongoing alopecia, correct?
20  A. There are.
21  Q. Okay. And that's listed as 2.5 -- an
22  incidence rate of 2.5 percent, correct?
23  A. Yes. That's -- and I don't think you read
24  the other incidence rate. It's 4.2 versus 2.5.
25  Q. Okay. And again, there are now more

Page 431

1  patients in the FAC arm, in the ten-year data,
2  versus the five-year data, that have -- are listed
3  as ongoing alopecia, correct?
4  A. There are.
5  Q. Okay. And it is your opinion, as we sit
6  here today, and in your report, that those 16
7  patients have what you determine as unresolved or
8  irreversible alopecia, correct?
9  A. Based on my looking at these data, that's
10  how I would interpret that, yes.
11  Q. Okay.
12  A. But I haven't done a diagnosis. So, again,
13  it's just based on what the data is reported, and
14  that's consistent, what is reported in the
15  labeling.
16  Q. And again, for any of these patients,
17  whether they're in the TAC arm, or whether they're
18  in the FAC arm, the 29 patients or the 16 patients,
19  you have no opinion or have no knowledge as to
20  whether any of them were clinically diagnosed with
21  an entity known as permanent chemotherapy-induced
22  alopecia, correct?
23  A. Well, I haven't looked like I did before. I
24  would assume if the text is similar, that that is
25  true. They wouldn't be putting that in the

11 (Pages 428 - 431)