# EXHIBIT 45

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

***************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                           Civil Action No. 16-MD-2740
                           Section "H"(5)
                           New Orleans, Louisiana
                           September 5, 2019

THIS DOCUMENT RELATES TO ALL CASES
***************************************************************


                   TRANSCRIPT OF MOTION HEARING
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS:

                   DAWN BARRIOS
                   BARRIOS KINGSDORF & CASTEIX
                   701 POYDRAS STREET
                   SUITE 3650
                   NEW ORLEANS, LA 70139

                   MATTHEW PALMER LAMBERT
                   GAINSBURGH BENJAMIN DAVID MEUNIER
                   & WARSHAUER
                   1100 POYDRAS STREET
                   SUITE 2800
                   NEW ORLEANS, LA 70163

                   DARIN SCHANKER
                   BACHUS & SCHANKER
                   1899 WYNKOOP STREET
                   SUITE 700
                   DENVER, CO 80202

                   CHRISTOPHER COFFIN
                   PENDLEY BAUDIN & COFFIN
                   1515 POYDRAS STREET
                   NEW ORLEANS, LA 70112



                     ─OFFICIAL TRANSCRIPT─
                             Page 1
```

Page 33

```
01:39:20PM  1   of my -- of my work as an oncologist.  I treat these patients
01:39:24PM  2   and I've treated lots of patients and I've not seen it.  But
01:39:29PM  3   belying that fact is, of course, in Dr. Glaspy's case, he
01:39:35PM  4   says, "I've treated thousands of patients and I've not seen
01:39:39PM  5   it, but, oh, by the way, here's 11 drugs that cause permanent
01:39:44PM  6   alopecia, all of which I prescribe."  And so he doesn't say
01:39:49PM  7   the basis for my opinion or a basis for my opinion is my
01:39:52PM  8   clinical experience in terms of the opinion that Taxotere
01:39:55PM  9   doesn't cause permanent alopecia.  He says part of my general
01:39:59PM 10   training, experience, knowledge, comes from my clinical
01:40:02PM 11   practice, but he doesn't say the basis for my opinion on
01:40:05PM 12   Taxotere not being related to permanent alopecia is my own
01:40:11PM 13   personal experience.  And so we go down a -- literally we
01:40:13PM 14   talk about rabbit trails all the time in court.  We go down a
01:40:18PM 15   rabbit trail.  Because here is an area where we have not
01:40:21PM 16   reviewed his patient population.  We have not done discovery
01:40:25PM 17   in that regard.  We've not analyzed those files.  We've not
01:40:29PM 18   had any of them looked at to see, in fact, if some of his
01:40:34PM 19   patients do, in fact, have permanent alopecia and whether or
01:40:38PM 20   not it is arguably at least related to Taxotere.  So we just
01:40:42PM 21   don't even have the discovery on that, nor would we ever want
01:40:45PM 22   to go down that path.
01:40:46PM 23            THE COURT:  Okay.  Thank you.
01:40:47PM 24            All right.  Let's take the next one.  I will tell
01:40:49PM 25   you, I'm not inclined to allow it.  I'll look some more
```

Page 34

```
01:40:55PM  1   because my thought is that that's not part of some study.
01:40:58PM  2   It's not part of some review.  It's anecdotal evidence.  I
01:41:02PM  3   believe it would be certainly pertinent with Dr. Carinder.
01:41:07Pm  4            MR. RATLIFF:  Your Honor --
01:41:08PM  5            THE COURT:  I don't want any more argument.
01:41:08PM  6            MR. RATLIFF:  Okay.
01:41:10PM  7            THE COURT:  But I'll look at it.  Thank you.
01:41:13PM  8            7651, there is Motion in Limine to Preclude Testimony
01:41:22PM  9   and Evidence Regarding Other Chemotherapy Medications or
01:41:25PM 10   Medical Conditions That Purportedly Cause Permanent Hair
01:41:29PM 11   Loss.
01:41:29PM 12            Mr. Schanker.
01:41:31PM 13            MR. SCHANKER:  So, yes, Your Honor.  As you're well
01:41:33PM 14   aware, Barbara Earnest took Taxotere, also took A and C
01:41:38PM 15   Adriamycin and Cytoxan.  And the defense offers no expert
01:41:43PM 16   opinion in this case that A caused her permanent alopecia.
01:41:49PM 17   The defense offers no expert opinion in this case that C
01:41:53PM 18   caused Barbara Earnest's permanent alopecia.  And so simply
01:41:57PM 19   they should not be able to argue that in this case.
01:42:00PM 20            There was no Daubert motion filed on this because
01:42:02PM 21   there was no opinion elicited.  And the reason I'm presuming
01:42:06PM 22   there was no opinion elicited is because there's no
01:42:10PM 23   scientific foundation that A or C causes either from a
01:42:13PM 24   general standpoint or certainly not in a case-specific
01:42:16PM 25   standpoint here.  There are cases that have been reported,
```

Page 35

```
01:42:20PM  1   cases of permanent alopecia --
01:42:23PM  2            THE COURT:  But that would certainly be fodder for
01:42:27PM  3   cross-examination for your expert.  This is what I'm
01:42:30PM  4   thinking.  This is what my notes say.  Plaintiff has the
01:42:33PM  5   burden of proof.  You have the burden of proof on causation
01:42:36PM  6   and the defendants have to challenge that.  Now, I think they
01:42:41PM  7   have to have a good faith basis for the challenge.  I
01:42:47PM  8   think -- you can't throw out just speculative questions on
01:42:54PM  9   cross-examination.  It's got to be a good faith basis for you
01:42:58PM 10   to question the expert, but I think they're going to have to
01:43:02PM 11   be able to question your experts about other chemotherapy
01:43:06PM 12   drugs that were prescribed to Ms. Earnest and whether or not
01:43:10PM 13   those caused permanent alopecia and I'm not going to preclude
01:43:15PM 14   them from -- from challenging your causation experts.
01:43:22PM 15            MR. SCHANKER:  And, Your Honor, I think specifically
01:43:25PM 16   we're thinking about whether it be in opening statement or at
01:43:27PM 17   other times at trial to try to infer that there is some sort
01:43:31PM 18   of causation analysis that's taking place when there
01:43:35PM 19   absolutely has not been.  There's no evidence in this case
01:43:37PM 20   that A or C, none presented by any expert, that A or C caused
01:43:42PM 21   it.  Certainly I understand what you're saying about
01:43:45PM 22   cross-examination and, obviously, it's different.  Did T
01:43:47PM 23   cause it?  Did Taxotere cause it?  But there does need to be
01:43:52PM 24   a good faith basis that A or C did and, obviously, we can
01:43:55PM 25   watch that closely on cross-examination.  But some sort of
```

Page 36

```
01:43:59PM  1   statement in opening --
01:43:59PM  2            THE COURT:  You're thinking opening statement it's
01:44:02PM  3   appropriate that you're going to hear their experts are going
01:44:05PM  4   to have to admit this drug can cause permanent alopecia as
01:44:10PM  5   well.
01:44:10PM  6            MR. SCHANKER:  With regard to Taxotere?  That we as
01:44:13PM  7   plaintiffs?
01:44:13PM  8            THE COURT:  Yeah.  I forget the names of them.  But
01:44:16PM  9   on opening statement, if they're going to say you're going to
01:44:21PM 10   hear from their -- I don't need to give the opening
01:44:24PM 11   statement, but that you will hear from their experts and
01:44:27PM 12   their experts are going to have to admit this too.  You think
01:44:32PM 13   that's improper?
01:44:32PM 14            MR. SCHANKER:  Well, our expert doesn't admit that --
01:44:32PM 15            THE COURT:  Well --
01:44:36PM 16            MR. SCHANKER:  It admits that -- as you're well
01:44:37PM 17   aware, Your Honor, the difference between association and
01:44:38PM 18   causation.
01:44:38PM 19            THE COURT:  Right.  Right.  Okay.
01:44:39PM 20            MR. SCHANKER:  So that's really where we're drawing
01:44:40PM 21   the line, any inference that there's any evidence whatsoever
01:44:43PM 22   in this case with regard to A or C specifically causing and
01:44:47PM 23   there's another plank to our argument concerning other
01:44:52PM 24   chemotherapy drugs that plaintiff did not take --
01:44:56PM 25            THE COURT:  Well, that doesn't -- no.
```