# EXHIBIT 46

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF LOUISIANA
 3
 4    In Re: TAXOTERE (DOCETAXEL)        )
      PRODUCTS LIABILITY LITIGATION      )
 5                                       )
      THIS DOCUMENT RELATES TO:          )
 6                                       )MDL NO. 2740
                                         )
 7    CYNTHIA THIBODEAUX, CASE NO.       )Section H
      2:16-CV-15859                      )
 8                                       )
      SHEILA CRAYTON, CASE NO.           )
 9    2:17-CV-05923                      )
10
11      VIDEOTAPED DEPOSITION OF CURTIS THOMPSON, M.D.
12              Taken on behalf of Defendants
13                         * * *
14              BE IT REMEMBERED THAT pursuant to
15    the Federal Rules of Civil Procedure, the
16    videotaped deposition of CURTIS THOMPSON,
17    M.D. was taken before Rosemary Tanzer, a
18    Registered Professional Reporter and a
19    Certified Shorthand Reporter for Oregon and
20    Washington, on Thursday, November 21, 2019,
21    commencing at the hour of 9:07 a.m., at THE
22    HILTON HOTEL, 921 SW Sixth Avenue, Portland,
23    Oregon.
24                         * * *
25
```

Page 198

1  cause or worsen androgenetic alopecia?
2         MR. SCHANKER: Objection.
3  Form.
4     A   Would I -- say again.
5     Q   BY MR. SEARS: Do you agree that
6  tamoxifen and aromatase inhibitors utilized
7  for the therapy of hormone-sensitive breast
8  cancer can also cause or worsen androgenetic
9  alopecia?
10        MR. SCHANKER: Objection.
11 Form.
12    A   I don't know if that's true or not.
13 I don't get biopsies that say all patient had
14 breast cancer and this and, you know, driven
15 by. So I never get that information.
16    Q   BY MR. SEARS: Do you know what the
17 pathology would look like if hair loss was
18 caused by tamoxifen or aromatase inhibitors?
19        MR. SCHANKER: Objection.
20 Form.
21    A   Well, I mean, if we're just talking
22 about if there were thinning caused by a drug
23 that's involved in androgens, then it would
24 be a miniaturization process similar to what
25 we've seen female pattern.

Page 199

1    Q   BY MR. SEARS: Do that you know for
2  sure?
3         MR. SCHANKER: Objection.
4  Form.
5     A   It makes sense. It's not a scarring.
6  It's not a primary scarring process. It
7  would histologically -- you know, that's the
8  only way you would see thinner hair.
9  Smaller.
10    Q   BY MR. SEARS: Do you know if you would see a reduced number
11 of follicles of hair loss that's caused by tamoxifen or aromatase
12 inhibitors?
13    A   I don't.
14        MR. SCHANKER: Objection.
15 Form.
16    A   One thing that happens in female
17 pattern hair loss is the women's seem to
18 miniaturize to a certain point and then stop.
19 Unlike men that go all the way to shiny
20 heads. You see in the grocery store the
21 women with the really thin hair, and we don't
22 know why they stop. So a similar thing. You
23 can speculate why they stop. But we don't
24 know for sure.
25    Q   BY MR. SEARS: So sounds like there is somewhat undefined

Page 200

1  criteria for the type of hair loss that might be caused by
2  tamoxifen or aromatase inhibitors. Do you think that's true?
3     A   Yeah, I don't have any experience
4  with -- very little experience with this. I
5  don't receive biopsies that come in with that
6  clinical history. Maybe they are. A lot of
7  women have breast cancer, and maybe these are
8  coming in and saying female pattern hair loss
9  and I'm sending them out and I'm just not
10 getting that history. But I don't
11 specifically get that information. I think I
12 would because I see, you know, five female
13 pattern hair loss cases a day.
14    Q   So because the history to
15 pathological criteria for hair loss caused by
16 tamoxifen or aromatase inhibitors is
17 undefined, is it possible for you to rule out
18 tamoxifen or aromatase inhibitors as the
19 cause of hair loss in any specific patient?
20        MR. SCHANKER: Objection.
21 Form.
22    A   Well, you can throw it in with the
23 cause of anything in the world. From medical
24 knowledge, I've never heard it causing -- so
25 no. Yes, I don't know. What was the

Page 201

1  question? I'll agree with you whatever it
2  was.
3     Q   BY MR. SEARS: Okay. I'll take that.
4         MR. SEARS: We're about ready
5  to switch topics. We've been going an hour
6  and a half.
7         MR. SCHANKER: Let's take a
8  break.
9         THE VIDEOGRAPHER: We're off
10 the record at 2:26 p.m.
11        (Break in proceedings.)
12        THE VIDEOGRAPHER: We're back
13 on the record at 2:20 p.m. -- 2:40 p.m.
14 Sorry.
15    Q   BY MR. SEARS: You ready to keep going?
16    A   Yes.
17    Q   So the first time I deposed you, you
18 said you were not in a position to make a
19 claim or distinction about if a specific
20 chemotherapy drug caused ongoing alopecia in
21 any specific individual. Do you remember
22 that?
23    A   Yes.
24    Q   What sort of training or knowledge do
25 you think a person would need to have to make

51 (Pages 198 - 201)

Page 202

1  that claim or distinction?
2          MR. SCHANKER:  Objection.
3  Form.
4     A   I think they would have to do a whole
5  lot more research.  Maybe have a time machine
6  to go in the future when we have more
7  experience with some of these drugs.
8     Q   BY MR. SEARS:  Did you see any
9  photographs of the top or the crown or vertex
10 of Ms. Thibodeaux's scalp prior to when she
11 underwent chemotherapy?
12         MR. SCHANKER:  Objection.
13 Form.
14    A   Yesterday I saw some photos.
15    Q   BY MR. SEARS:  Did you see more
16 photos than what you had attached to your
17 rule 26 report?
18    A   No.  It was just those.
19    Q   Would you agree that none of those
20 photos show the top of her scalp before she
21 underwent chemotherapy?
22    A   I just remember her having a full
23 head of hair, but I didn't really scrutinize
24 them.  I was more taken about the after
25 photos.

Page 203

1          MR. SEARS:  While I'm getting
2  organized, do you want to put the statement
3  on the record about the time that we were
4  discussing?
5          MR. SCHANKER:  Sure.  Off the
6  record Counselor Sears and I had had a
7  discussion about the length of deposition and
8  I had represented that it's my understanding
9  that these depositions for the experts in
10 this case are two and are going for seven
11 hours.
12         MR. SEARS:  Just so it's
13 clear, I had been told by people from my firm
14 that we had agreed to eight hours in the
15 past.  I wasn't part of those discussions, so
16 I don't know one way or another.  I just want
17 us to be consistent going forward.
18         MR. SCHANKER:  Sounds fair.
19 And likewise, I have also heard this
20 secondhand from  Mr. Mageli (phonetic).  I
21 checked with him during the break and he
22 happens to be in a deposition right now as
23 well of an expert, and he indicated the
24 agreement is seven hours.  So that's what I
25 am going with.  And it sounds reasonable and

Page 204

1  fair to me what you proposed.
2     Q   BY MR. SEARS:  I've handed you what's
3  marked as Exhibit 26.
4          (Exhibit No. 26 marked.)
5     A   Yes.
6     Q   BY MR. SEARS:  Do you see
7  perifollicular fibrosis on this slide?
8     A   Almost none.  Very, very little.
9     Q   Do you see some?
10    A   If I had to go yes or no, I would say
11 no.  I don't think it's real.
12    Q   Do you see that blue/gray staining
13 that we talked about earlier?
14    A   Yeah, but you can also see this
15 blue/gray material over here.  So I don't
16 believe it's -- I don't believe that's the
17 same material.  It's not.  It has blood
18 vessels inside it also, these little, tiny
19 blood vessels.  It's not the same thing as
20 perifollicular scarring.
21         The other ways you know it, is this
22 is a really nice intact cuticle, this little
23 lining inside.  So it doesn't have the so
24 called premature desquamation of the inner
25 root sheath, which would go along with it if

Page 205

1  it had scarring.  So because it has the
2  vessels and because it has the cuticle there,
3  it's not.
4          And the other thing that is in
5  here, is I do believe -- you're only showing
6  me one picture, but I think this is a catagen
7  phase follicle.  It's either this one or that
8  one or they're both, which is really
9  associated with the PCIA.
10    Q   When you say one of three, so you
11 know this is taken from Ms. Thibodeaux's
12 scalp?
13    A   Oh, yeah I looked at it recently.
14    Q   So where the yellow arrow is
15 pointing, there is what looks like some of
16 the inner root sheath is coming apart.  Do
17 you see that?
18    A   That's actually just an artifact of
19 the knife.  The knife went across it and
20 pulled up a little bit of that inner cuticle.
21 So it just ripped it up a tiny bit.  You can
22 see this little piece, if you fold it back
23 down, it folds back down there.
24    Q   So you disagree that there is
25 eccentric epithelial atrophy of the follicle?

52 (Pages 202 - 205)