UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

### DEFENDANTS' *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBIT 22 TO THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES CONCERNING ALTERNATIVE CAUSES UNDER SEAL

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully request leave of Court to file under seal Exhibit 22 (Rec. Doc. 11107-23) to their Opposition to Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes (Rec. Doc. 11107).

Sanofi respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Exhibit 22 contains confidential and/or "protected information," as set forth in PTO 50. For these reasons, Exhibit 22 must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)).  In this matter, the entry of PTO 50 mandates that the exhibit at issue be sealed.  *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  Therefore, under PTO 50 and the applicable case law, Exhibit 22 should be filed under seal.

Respectfully submitted,

  /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*