UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | |
| Elizabeth Kahn, Case No. 2:16-cv-17039 | |

### MEMORANDUM IN SUPPORT OF MOTION TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. MICHAEL KOPRESKI UNDER SEAL

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Sanofi"), respectfully request leave of Court to file under seal their Opposition to Plaintiff's Motion to Exclude Expert Testimony of Dr. Michael Kopreski, including Exhibits 1-32.

Sanofi respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Sanofi's Opposition contains several references to documents which have been designated as confidential and/or "protected information," as set forth in PTO 50. The same is true of the source documents themselves, which are attached as Exhibits 1-32 to the Opposition. For these reasons, this Opposition and Exhibits 1-32 must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)).  In this matter, the entry of PTO 50 mandates that the pleading and exhibits at issue be sealed.  *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  Therefore, under PTO 50 and the applicable case law, Sanofi's Opposition and Exhibits 1-32 should be filed under seal.

Respectfully submitted,

  /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2