UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**

**Elizabeth Kahn, Case No. 2:16-cv-17039**

**NOTICE OF MANUAL ATTACHMENT**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), through undersigned counsel, hereby provide notice of the manual attachment of the pleadings listed below, which Defendants have requested be filed under seal pursuant to Local Rule 5.6. Counsel for Sanofi Defendants will deliver the following pleadings to the Court on Wednesday, September 16, 2020:

Opposition to Plaintiff's Motion to Exclude Expert Testimony of Dr. Michael Kopreski; and Exhibits 1-32 to Opposition.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

>Harley V. Ratliff
>Jon Strongman
>Adrienne L. Byard
>**SHOOK, HARDY& BACON L.L.P.**
>2555 Grand Boulevard
>Kansas City, Missouri 64108
>Telephone: 816-474-6550
>Facsimile: 816-421-5547
>hratliff@shb.com
>jstrongman@shb.com
>abyard@shb.com
>
>*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

>/s/ *Douglas J. Moore*