UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

    Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Opposition to Plaintiff's Motion to Exclude Expert Testimony of Dr. Michael Kopreski UNDER SEAL;

    IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Opposition to Plaintiff's Motion to Exclude Expert Testimony of Dr. Michael Kopreski UNDER SEAL.

_____
UNITED STATES DISTRICT JUDGE