BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Oranda Wilkes et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. <br><br> Civil Action No.: 2:17-cv-02687 | **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |

**NOW COMES** Plaintiffs Oranda Wilkes and Brad Wilkes, by and through counsel, who respectfully bring this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure and Pretrial Order No. 82. Plaintiffs seek leave of Court to file an Amended Short Form Complaint, as attached hereto as Exhibit A and amend the complaint to include Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as defendants, for the reasons set forth in Plaintiffs' Memorandum filed in support of this Motion.

Dated this 17th day of September, 2020

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

*/s/Lindsay R Stevens*
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*lstevens@thegomezfirm.com*

*Attorney for Plaintiffs*