BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Oranda Wilkes et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: 2:17-cv-02687 | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

Plaintiffs Oranda Wilkes and Brad Wilkes, by and through undersigned counsel, respectfully show the Court the following in support of Plaintiffs' Motion for Leave to Amend Complaint:

Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. (collectively, "Hospira") was one of the manufacturers of the Taxotere/docetaxel that she received in addition to that of Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi").  This determination was made as a result of receipt of a signed "Statement Regarding Chemotherapy Drug Administered" from Plaintiff's infusion facility in response to subpoena issued by Plaintiff's counsel.   This new information was received by Plaintiff's counsel on September 11th, 2020.

Plaintiffs, therefore, seeks leave of Court to amend the initial Short Form Complaint to add Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. in addition to already

named defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.  Plaintiffs' proposed Amended Short Form Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs hereby respectfully request this Honorable Court grant leave to file Plaintiffs' proposed Amended Short Form Complaint.

Dated this 17th day of September, 2020                  Respectfully submitted,

                GOMEZ TRIAL ATTORNEYS
                */s/Lindsay R Stevens*
                Lindsay R. Stevens (CA Bar # 256811)
                655 West Broadway, Suite 1700
                San Diego, California 92101
                Telephone: (619) 237-3490
                Facsimile: (619) 237-3496
                *lstevens@thegomezfirm.com*

                *Attorney for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants oppose the motion.

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS