# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| Oranda Wilkes et al. v. Sanofi US Services Inc. et al | |
| EDLA No. 2:17-cv-02687 | |

<u>**AMENDED**</u>
<u>**[EXEMPLAR] SHORT FORM COMPLAINT (Effective as of May 13, 2020)**</u>[1]

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.  Plaintiff:

    Oranda Wilkes

2.  Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Brad Wilkes

3.  Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4.  Current State of Residence:   North Carolina

5.  State in which Plaintiff(s) allege(s) injury:   North California

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

6.     Defendants (check all Defendants against whom a Complaint is made):

     a.     Taxotere Brand Name Defendants

          ☒     A.     Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

          ☒     B.     Sanofi-Aventis U.S. LLC

     b.     Other Brand Name Drug Sponsors, Manufacturers, Distributors

          ☐     A.     Sandoz Inc.

          ☐     B.     Accord Healthcare, Inc.

          ☐     C.     McKesson Corporation d/b/a McKesson Packaging

          ☒     D.     Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

          ☒     E.     Hospira, Inc.

          ☐     F.     Sun Pharma Global FZE

          ☐     G.     Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

          ☐     H.     Pfizer Inc.

          ☐     I.     Actavis LLC f/k/a Actavis Inc.

          ☐     J.     Actavis Pharma, Inc.

          ☐     K.     Sagent Pharmaceuticals, Inc.

          ☐     L.     Other:

---

7.     Basis for Jurisdiction:

     ☒     Diversity of Citizenship

     ☒     Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

In accordance with this Court's Pretrial Order Nos. 4 (Dkt. 122), and 37 (Dkt. 318), this case may be directly filed into MDL 2740.

8.      Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Eastern District of North Carolina

9.      Brand Product(s) used by Plaintiff (check applicable):

☐      A.      Taxotere

☐      B.      Docefrez

☐      C.      Docetaxel Injection

X      D.      Docetaxel Injection Concentrate

☐      E.      Unknown

☐      F.      Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

Approximately on or around December 20, 2013- Approximately on or around April 4, 2014

11.     State in which Product(s) identified in question 9 was/were administered:

North Carolina

3

12.    Nature and extent of alleged injury (including duration, approximate date of onset (if

         known), and description of alleged injury):

> Disfiguring permanent alopecia beginning approximately October 4, 2014
> and continuing to date.

13.    Counts in Master Complaint brought by Plaintiff(s):

☒        Count I – Strict Products Liability – Failure to Warn
☒        Count III – Negligence
☒        Count IV – Negligent Misrepresentation
☒        Count V – Fraudulent Misrepresentation
☒        Count VI – Fraudulent Concealment
☒        Count VII – Fraud and Deceit

☐        Other: Plaintiff(s) may assert the additional theories and/or State Causes of
          Action against Defendant(s) identified by selecting "Other" and setting forth such
          claims below. If Plaintiff(s) include additional theories of recovery, for example,
          applicable state law or state consumer protection claims, the specific facts and
          allegations supporting additional theories must be pleaded by Plaintiff in
          sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14.    Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es)

         and Mailing Address(es) representing Plaintiff(s):    John H. Gomez (CA Bar #171485) T.A.
                                                                              Ahmed S. Diab (CA Bar #262319)
                                                                              Lindsay R. Stevens (CA Bar #256811)
                                                     By                    GOMEZ TRIAL ATTORNEYS
                                                                              655 West Broadway, Ste. 1700
                                                                              San Diego, CA 92101
                                                                              Telephone: (619) 237-3490
                                                                              Facsimile: (619) 237-3496
                                          4                                 john@thegomezfirm.com
                                                                              adiab@thegomezfirm.com
                                                                              lstevens@thegomezfirm.com