## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Joyce Chatham v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. <br><br> Civil Action No.: 2:17-cv-12443 | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |

**NOW COMES** Plaintiff Joyce Chatham, by and through counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure and Pretrial Order No. 82. Plaintiff seeks leave of Court to file an Amended Short Form Complaint, as attached hereto as Exhibit A and amend the complaint to include Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as defendants, for the reasons et forth in Plaintiff's Memorandum filed in support of this Motion.

Dated this 17th day of September, 2020

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
 */s/Lindsay R Stevens*
 Lindsay R. Stevens (CA Bar # 256811)
 655 West Broadway, Suite 1700
 San Diego, California 92101
 Telephone: (619) 237-3490
 Facsimile: (619) 237-3496
 *lstevens@thegomezfirm.com*

 *Attorney for Plaintiff*

1