UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Joyce Chatham v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: 2:17-cv-12443 | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

Plaintiff Joyce Chatham, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. (collectively, "Hospira") was one of the manufacturers of the Taxotere/docetaxel that she received in addition to that of Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi"). This determination was made as a result of receipt of a signed "Statement Regarding Chemotherapy Drug Administered" from Plaintiff's infusion facility in response to subpoena issued by Plaintiff's counsel. This new information was received by Plaintiff's counsel on August 25, 2020.

Plaintiff, therefore, seeks leave of Court to amend her initial Short Form Complaint to add Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. in addition to already named defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-

Aventis U.S. LLC.  Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

    WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated this 17th day of September, 2020

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
 /s/Lindsay R Stevens
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*lstevens@thegomezfirm.com*

*Attorney for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel and Defense Counsel for the proper parties has been contacted and Defendants do not oppose the relief requested.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/Lindsay R Stevens*
Lindsay R. Stevens (CA Bar # 256811)