**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO
Durden v. Sanofi US Services, Inc., et al.,
Case No. 2:16-cv-16635

## JOINT RECORD DESIGNATIONS

NOW INTO COURT, by and through undersigned counsel, come Plaintiff Antoinette

Durden and Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., who submit the

following record designations pursuant to an Order from the United States Court of Appeals for

the Fifth Circuit dated September 3, 2020.   The parties designate documents both from the

master docket for *In Re: Taxotere (Docetaxel) Products Liability Litigation*, 16-md-02740, and

from the individual member case docket, *Durden v. Sanofi US Services, Inc. et al.*, 16-cv-16635.

Docket entries designated herein should be included in their entirety, including all exhibits and

attachments.   The filings made under seal in 16-md-02740 that correspond to Doc. No. 7372-11,

8334-4, 8601-22 through -29, 8650-3, and 8705-1 through -11 should be transmitted to the Court

of Appeals in accordance with the District Clerk's usual practices and procedure for preserving

confidentiality.

### *In re: Taxotere (Docetaxel) Products Liability Litigation*, No. 16-MD-02740:

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
|      |           |                           |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 10/13/2016 | 4 | PRETRIAL ORDER #1: Initial Pretrial Conference set for 11/10/2016 10:00 AM before Chief Judge Kurt D. Engelhardt.. Signed by Chief Judge Kurt D. Engelhardt on 10/13/2016. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(cml) (Entered: 10/14/2016) |
| 11/17/2016 | 104 | PRETRIAL ORDER #2: Pursuant to Pretrial Order No. 1 (Rec. Doc. 4), issued by this Court on October 13, 2016, the Court has received many applications for Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel, and the Plaintiffs' Steering Committee (PSC). Having reviewed the parties' applications and recommendations, the Court makes the following initial appointments, as stated within document. Signed by Chief Judge Kurt D. Engelhardt on 11/17/2016.(Reference: ALL CASES)(cbs) (Entered: 11/17/2016) |
| 07/21/2017 | 669 | CASE MANAGEMENT ORDER #3: TRIAL SCHEDULING ORDER for the First Bellwether Trial. Final Pretrial Conference set for 9/13/2018 09:00 AM before Chief Judge Kurt D. Engelhardt. Jury Trial set for 9/24/2018 08:30 AM before Chief Judge Kurt D. Engelhardt. All discovery must be completed by 7/27/2018. Signed by Chief Judge Kurt D. Engelhardt.(Reference: All Cases)(cml) (Entered: 07/21/2017) |
| 07/21/2017 | 670 | CASE MANAGEMENT ORDER #4: Protocol for Initial Phase of Case Specific Discovery for Cases Identified in CMO #3. Signed by Chief Judge Kurt D. Engelhardt.(Reference: All Cases)(cml) (Entered: 07/21/2017) |
| 07/25/2017 | 689 | AMENDED MASTER LONG FORM COMPLAINT with Jury Demand against All Defendants filed by All Plaintiffs. (Reference: all cases)(tm) (Entered: 07/25/2017) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 08/30/2017 | 784 | Minute ORDER for proceedings held before Chief Judge Kurt D. Engelhardt: Motion Hearing held on 8/30/2017. ORDERED that 489 MOTION to Dismiss Plaintiffs' Master Long Form Complaint is DENIED with respect to Count One and Counts Three through Seven of Plaintiffs' Master Long Form Complaint. FURTHER ORDERED that with respect to Counts Two and Eight of the Master Long Form Complaint,, Plaintiffs shall have fourteen (14) days to provide counsel and the Court with supplemental briefing or an amendment as stated herein. ORDERED that 469 MOTION to Remand CERTAIN CASES TO THE SUPERIOR COURTS OF CALIFORNIA 17-CV-1812, 17-CV-1813, 17-CV-1814, 17-CV-3864, 17-CV-3866, 17-CV-3865, 17-CV-3867, 17-CV-2356, 17-CV-5832, 17-CV-5833 filed by Plaintiff is GRANTED IN PART and DENIED IN PART as stated herein. ORDERED that 473 MOTION to Remand 17-CV-3871; 17-CV-3871; 17-CV-3893; 17-CV-3894; 17-CV-3895; 17-CV-3896; 17-CV-3897;17-CV-3901; 17-CV-3904; 17-CV-3905; 17-CV-3906; 17-CV-3908; 17-CV-3909; 17-CV-3909; 17-CV-3911; 17-CV-3917; 17-CV-3932; 17-CV-3933; 17-CV-01891; 17-CV-3935; 17-CV-3938; 17-CV-3939; 17-CV-3941; 17-CV-3949; 17-CV-3953; 17-CV-3954; 17-CV-3962; 17-CV-3965; 17-CV-3968; 17-CV-3977; 17-CV-3979; 2:17-CV-02891; 17-CV-4008; 17-CV-4009; 17-CV-4011; 17-CV-4012; 17-CV-4014; 17-CV-3978; 17-CV-3974; 17-CV-3969; 17-CV-3967; 17-CV-4016; 17-CV-4016; 17-CV-4021; 17-CV-4023; 17-CV-4028; 17-CV-4027; 17-CV-4025; 17-CV-4020; 17-CV-4010; 17-CV-3976; 17-CV-3975; 17-CV-3970; 17-CV-3964; 17-CV-3960; 17-CV-3951; 17-CV-3948; 17-CV-3952; 17-CV-3947; 17-CV-3912 is GRANTED, and the referenced cases shall be remanded to the Superior Court of Delaware. (Court Reporter Cathy Pepper.) (Reference: All Cases)(cml) (Additional attachment(s) added on 8/31/2017: # 1 Attendance Sign In Sheet) (cml). (Entered: 08/31/2017) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 09/27/2017 | 877 | PRETRIAL ORDER #61: ORDERED that Count Two and Count Eight of Plaintiffs' First Amended Master Long Form Complaint are DISMISSED. IT IS FURTHER ORDERED that an individual plaintiff shall have fourteen (14) days from the date of this Order to amend her Short Form Complaint to allege analogous state law claims that may be viable on an individual basis. Signed by Chief Judge Kurt D. Engelhardt. (Attachments: # 1 Exhibit A) (Reference: All Cases)(cbs) (Entered: 09/27/2017) |
| 10/16/2017 | 961 | ANSWER to 689 Amended Master Complaint with Jury Demand by Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.(Reference: ALL CASES)(Moore, Douglas) Modified on 10/17/2017 (cml). (Entered: 10/16/2017) |
| 12/06/2017 | 1157 | EXPARTE/CONSENT MOTION for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs by Plaintiff. (Attachments: # 1 Exhibit A: Proposed Amended Short Form Complaints, # 2 Exhibit B: Proposed Order)(Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(Lambert, Matthew) (Entered: 12/06/2017) |
| 12/12/2017 | 1319 | ORDER granting 1157 Motion for Leave to File Amended Short Form Complaints for Nine Bellwether Plaintiffs. Signed by Chief Judge Kurt D. Engelhardt on 12/12/2017. (Reference: 16-12043, 16-15473, 16-15607, 16-15678, 16-15859, 16-16635, 16-17039, 16-17144, 16-17410)(cbs) (Entered: 12/15/2017) |
| 03/09/2018 | 1819 | CASE MANAGEMENT ORDER #13: ORDER SELECTING FIRST BELLWETHER TRIAL PLAINTIFF(S) Pursuant to Case Management Order No. 3 669. IT IS ORDERED that the following plaintiffs, in order of preference, are designated to proceed to the second phase of discovery, as stated within document Signed by Chief Judge Kurt D. Engelhardt on 3/9/2018.(Reference: All Cases)(cbs) (Entered: 03/09/2018) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 03/16/2018 | 1894 | Witness List by Sanofi Defendants. (Reference: 16-16635)(Moore, Douglas) Modified text on 3/19/2018 (cbs). (Entered: 03/16/2018) |
| 03/16/2018 | 1899 | Witness List by Plaintiff, Antoinette Durden. (Reference: 16-16635) (Lambert, Mattew) Modified text on 3/19/2018 (cbs). (Entered: 03/16/2018) |
| 09/24/2018 | 4259 | ORDER AND REASONS: The records and photographs of bellwether Plaintiff Francis, Durden, and Earnest submitted for in camera review shall be produced by the PSC to Sanofi no later than September 28, 2018 unless an objection to this Order and Reasons is lodged on or before that date. To the extent that similar photographs and medical records exist for any other Plaintiffs; deadlines are set herein. The PFS of any Plaintiff who produces additional medical records pursuant to this Order shall be supplemented accordingly. Signed by Magistrate Judge Michael North on 9/24/2018.(Reference: All Cases)(clc) (Entered: 09/24/2018) |
| 09/27/2018 | 4407 | Second AMENDED COMPLAINT with Jury Demand   Second Amended Master Long Form Complaint adding Sagent Pharmaceuticals, Inc. against Defendant filed by Plaintiff. (Attachments: # 1 Summons for Sagent Pharmaceuticals, Inc.)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 09/27/2018) |
| 02/05/2019 | 6077 | MOTION for Summary Judgment *Based on the Statute of Limitations for Antoinette Durden* by Defendant. Motion(s) will be submitted on 3/25/2019. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Reference: 16-16635)(Moore, Douglas) (Entered: 02/05/2019) |
| 03/01/2019 | 6374 | EXPARTE/CONSENT MOTION to Continue *Submission Date regarding Defendants' Motion for Summary Judgment Based on the Statute of Limitations (Doc. 6077)* by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 16-16635)(Lambert, Matthew) (Entered: 03/01/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 03/11/2019 | 6491 | ORDER granting 6374 MOTION to Continue *Submission Date regarding Defendants' Motion for Summary Judgment Based on the Statute of Limitations (Doc. 6077)*. IT IS ORDERED that the submission date for 6077 MOTION for Summary Judgment *Based on the Statute of Limitations for Antoinette Durden* is CONTINUED to June 19, 2019. Signed by Judge Jane Triche Milazzo on 3/11/2019.(Reference: 16-16635)(sa) (Entered: 03/11/2019) |
| 06/11/2019 | 7372 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 6077 MOTION for Summary Judgment *Based on the Statute of Limitations for Antoinette Durden* . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Reference: 2:16-16635)(Coffin, Christopher) (Additional attachment(s) added on 6/12/2019: # 10 Statement of Contested/Uncontested Facts) (ecm). (Additional attachment(s) added on 6/12/2019: # 11 SEALED Exhibits) (sa). (Entered: 06/11/2019) |
| | Not appearing on docket (see row above) | *Vault Copy of Exhibits C, G, H, and I To Plaintiff's Opposition To Sanofi's Motion For Summary Judgment Based On The Statute Of Limitations Under Seal* |
| 06/11/2019 | 7373 | EXPARTE/CONSENT MOTION for Leave to File *Exhibits C, G, H, and I To Plaintiff's Opposition To Sanofi's Motion For Summary Judgment Based On The Statute Of Limitations Under Seal* by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Notice of Manual Attachment, # 3 Proposed Order)(Reference: 2:16-cv-16635)(Coffin, Christopher) (Entered: 06/11/2019) |
| 06/11/2019 | 7375 | **ERROR: Refiled as Rec. Doc. 7372-10** Statement of Facts by Plaintiff regarding 6077 MOTION for Summary Judgment *Based on the Statute of Limitations for Antoinette Durden* (Reference: 2:16-cv-16635)(Barrios, Dawn) Modified on 6/12/2019 (ecm). (Entered: 06/11/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 06/12/2019 | 7385 | ORDER granting 7373 Motion for Leave to File Exhibits C, G, H, and I under SEAL. Signed by Judge Jane Triche Milazzo on 6/12/2019. (Reference: 16-16635)(sa) (Entered: 06/12/2019) |
| 06/19/2019 | 7437 | EXPARTE/CONSENT MOTION for Leave to File *Reply in Support of Motion for Summary Judgment on Causation Based on the Statute of Limitations against Plaintiff, Antoinette Durden* by Defendant. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit A, # 4 Exhibit B)(Reference: 16-16635)(Moore, Douglas) (Entered: 06/19/2019) |
| 06/24/2019 | 7455 | ORDER granting 7437 Motion for Leave to File Reply Memorandum. Signed by Judge Jane Triche Milazzo on 6/24/2019. (Reference: 16-16635)(sa) (Entered: 06/24/2019) |
| 06/24/2019 | 7456 | REPLY to Response to Motion filed by Defendant in Support of 6077 MOTION for Summary Judgment *Based on the Statute of Limitations for Antoinette Durden*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: 16-16635)(sa) (Entered: 06/24/2019) |
| 10/08/2019 | 8334 | MOTION for Leave to File *Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand* by Plaintiff. Motion(s) will be submitted on 10/23/2019. (Attachments: # 1 Memorandum in Support, # 2 Proposed Pleading (Exhibit 1), # 3 Notice of Submission)(Reference: ALL CASES)(Lambert, Matthew) (Additional attachment(s) added on 11/6/2019: # 4 Proposed Pleading Exhibit - SEALED) (ecm). (Entered: 10/08/2019) |
|  | Not appearing on docket (see row above) | *Vault Copy of Proposed Pleading Exhibit filed under seal* |
| 10/08/2019 | 8335 | EXPARTE/CONSENT MOTION for Leave to File *Exhibit to Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand Under Seal* by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Notice of Manual Attachment, # 3 Proposed Order)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 10/08/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 10/18/2019 | 8373 | EXPARTE/CONSENT MOTION to Continue *Submission Date on Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand (Rec. Doc. 8334)* by Defendant. (Attachments: # 1 Proposed Order)(Reference: All Cases)(Moore, Douglas) (Entered: 10/18/2019) |
| 11/06/2019 | 8517 | ORDER granting 8335 Motion for Leave to File the Exhibit to Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master-Long Form Complaint and Jury Demand (Rec. Doc. 8334) Under Seal. Signed by Judge Jane Triche Milazzo. (Reference: All Cases)(ecm) (Entered: 11/06/2019) |
| 11/20/2019 | 8601 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 8334 MOTION for Leave to File *Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand* . (Attachments: # 1 Exhibit A (filed under seal), # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H (filed under seal), # 9 Exhibit I (filed under seal), # 10 Exhibit J (filed under seal), # 11 Exhibit K (filed under seal), # 12 Exhibit L (filed under seal), # 13 Exhibit M (filed under seal), # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U)(Reference: All Cases)(Moore, Douglas) (Additional attachment(s) added on 2/14/2020: # 22 Exhibit A - SEALED, # 23 Exhibit H - SEALED, # 25 Exhibit I - SEALED, # 26 Exhibit J - SEALED, # 27 Exhibit K - SEALED, # 28 Exhibit L - SEALED, # 29 Exhibit M - SEALED) (ecm). (Entered: 11/20/2019) |
| | Not appearing on docket (see row above) | *Vault copies of Exhibits A, H, I, J, K, L, and M filed under seal* |
| 11/20/2019 | 8602 | EXPARTE/CONSENT MOTION to Seal Document 8601 Response/Memorandum in Opposition to Motion,, Exhibits A, H, I, J, K, L, and M by Defendant. (Attachments: # 1 Proposed Order)(Reference: All Cases)(Moore, Douglas) (Entered: 11/20/2019) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 12/03/2019 | 8650 | EXPARTE/CONSENT MOTION for Leave to File *Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint* by Plaintiff. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit Exhibits A - K (Under Seal))(Reference: All Cases)(Lambert, Matthew) (Entered: 12/03/2019) |
| | Not appearing on docket (see row above) | *Vault copies of Exhibits A through K filed under seal.* |
| 12/04/2019 | 8655 | EXPARTE/CONSENT MOTION for Leave to File *Attachments to Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint Under Seal* by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Submission)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 12/04/2019) |
| 12/05/2019 | 8659 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Motion Hearing held on 12/5/2019 re 5730 MOTION for Summary Judgment *against Plaintiff Kelly Gahan*; 8334 MOTION for Leave to File *Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand*; 8577 MOTION for Leave to File *to File Amended Short Form Complaints for Third Bellwether Trial Plaintiffs*, 8394 MOTION for New Trial . Motions argued and taken under submission by the Court. (Court Reporter Toni Tusa.) (Reference: All Cases)(ecm) (Entered: 12/05/2019) |
| 12/05/2019 | Not appearing on docket (see row above) | Transcript of Oral Argument Proceedings, Dec. 5, 2019 |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 12/12/2019 | 8702 | ORDER AND REASONS denying 8334 Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint; granting 8602 Motion to Seal Exhibits A, H, I, J, K, L, and M to Defendants' response (Doc. 8601); granting 8650 Motion for Leave to File Reply Memorandum. The Clerk's office is instructed to file Plaintiffs' reply into the record in this matter. Signed by Judge Jane Triche Milazzo on 12/11/2019. (Reference: All Cases)(ecm) (Entered: 12/12/2019) |
| 12/12/2019 | 8704 | ORDER granting 8655 Motion for Leave to File Exhibits A-K to the Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Third Amended Master Long-Form Complaint UNDER SEAL. Signed by Judge Jane Triche Milazzo. (Reference: All Cases)(ecm) (Entered: 12/12/2019) |
| 12/12/2019 | 8705 | REPLY to Response to Motion re 8334 MOTION for Leave to File *Plaintiffs' Third Amended Master Long-Form Complaint and Jury Demand*. (Reference: All Cases)(ecm) (Additional attachment(s) added on 12/12/2019: # 1 Exhibit A - SEALED, # 2 Exhibit B - SEALED, # 3 Exhibit C - SEALED, # 4 Exhibit D - SEALED, # 5 Exhibit E - SEALED, # 6 Exhibit F - SEALED, # 7 Exhibit G - SEALED, # 8 Exhibit H - SEALED, # 9 Exhibit I - SEALED, # 10 Exhibit J - SEALED, # 11 Exhibit K - SEALED) (ecm). (Entered: 12/12/2019) |
| | Not appearing on docket (See row above) | *Vault copies of Exhibits A through K filed under seal.* |
| 01/23/2020 | 9110 | ORDER AND REASONS granting 8779 MOTION for Summary Judgment on the Claims of Plaintiff, Cynthia Thibodeaux. Her case is dismissed with prejudice. Signed by Judge Jane Triche Milazzo on 1/22/2020.(Reference: 16-15859)(ecm) (Entered: 01/23/2020) |
| 07/23/2020 | 10833 | ORDER AND REASONS granting 6077 Motion for Summary Judgment based on the Statute of Limitations. Plaintiff's case is DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo on 7/22/2020. (Reference: 16-16635)(ecm) (Entered: 07/23/2020) |

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|------|-----------|---------------------------|
| 07/23/2020 | 10835 | JUDGMENT: IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Antoinette Durden's case be DISMISSED WITH PREJUDICE in its entirety. Signed by Judge Jane Triche Milazzo.(Reference: 16-16635)(ecm) (Entered: 07/23/2020) |
| 08/06/2020 | 10896 | NOTICE OF APPEAL by Plaintiff as to 10835 Judgment, 10833 Order on Motion for Summary Judgment. (Filing fee $ 505, receipt number ALAEDC-8436677.) (Reference: 2:16-cv-16635)(Lambert, Matthew) (Entered: 08/06/2020) |
| 08/19/2020 | 10981 | USCA Case Number 20-30495 appealed to USCA, 5th Circuit for 10896 Notice of Appeal filed by Plaintiff (Reference: 16-16635)(am) (Entered: 08/19/2020) |
| 08/27/2020 | 11024 | BILL OF COSTS *Against Plaintiff Antoinette Durden* by Defendant before Clerk of Court. Any opposition should be filed within 14 days of the filing of this document. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reference: 2:16-cv-16635)(Moore, Douglas) (Entered: 08/27/2020) |
| 09/02/2020 | 11041 | APPEAL TRANSCRIPT REQUEST by Plaintiff re 10896 Notice of Appeal. (Transcript is already on file) (Reference: 2:16-cv-16635)(Lambert, Matthew) (Entered: 09/02/2020) |
| 09/04/2020 | 11048 | ORDER of USCA as to 10896 Notice of Appeal. The parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. Issued by USCA Clerk. (Attachments: # 1 Transmittal Letter)(Reference: 16-16635)(am) (Entered: 09/04/2020) |
| 09/10/2020 | 11075 | Memorandum by Plaintiff re 11024 Bill of Costs (before Clerk), Opposition To Defendants' Bill of Costs Against Antoinette Durden (Reference: 2:16-cv-16635)(Coffin, Christopher) (Entered: 09/10/2020) |
| | | |

**_Durden v. Sanofi US Services, Inc. et al._, No. 16-cv-16635:**

| **Date** | **Rec. Doc.** | **Docket Text (16-15859)** |
|----------|---------------|----------------------------|

| | | |
|---|---|---|
| 11/29/2016 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-5826362) filed by Antoinette Durden. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons)Attorney Christopher L. Coffin added to party Antoinette Durden(pty:pla).(Coffin, Christopher) (Entered: 11/29/2016) |
| 11/29/2016 | 2 | Initial Case Assignment to Chief Judge Kurt D. Engelhardt and Magistrate Judge Michael North. (djg) (Entered: 11/29/2016) |
| 12/01/2016 | 3 | Summons Issued as to Aventis Pharma S.A., Sanofi S.A., Sanofi-Aventis U.S. LLC. (Attachments: # 1 Summons, # 2 Summons)(clc) (Entered: 12/01/2016) |
| 12/08/2016 | 4 | PRETRIAL ORDER #1. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 12/08/2016) |
| 05/04/2017 | 5 | AMENDED SHORT FORM COMPLAINT by Antoinette Durden. Party Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sandoz, Inc., Accord Healthcare, Inc., Hospira Worldwide Inc., Hospira Inc, Sun Pharma Global FZE, Sun Pharma Global Inc. and Winthrop added. (Attachments: # 1 Exhibit A, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons)(Coffin, Christopher) Modified text on 5/4/2017 (tm). (Entered: 05/04/2017) |
| 05/10/2017 | 6 | Summons Issued as to Accord Healthcare, Inc., Hospira Inc, Hospira Worldwide, Inc., Sandoz, Inc., Sanofi US Services Inc., Sun Pharma Global FZE, Sun Pharma Global, Inc., Winthrop. (Payton, Paige) (Entered: 05/10/2017) |
| 12/12/2017 | 7 | AMENDED SHORT FORM COMPLAINT against Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC, filed by Antoinette Durden per Rec. Doc. No. 1319 in Master Case.(cbs) (Entered: 12/26/2017) |
| 05/21/2018 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance.(ADI) (Entered: 05/21/2018) |
| 07/23/2020 | 9 | JUDGMENT: IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Antoinette Durden's case be DISMISSED WITH PREJUDICE in its entirety. Signed by Judge Jane Triche Milazzo. (Filed at Rec. Doc. 10835 in 16-md-2740)(ecm) (Entered: 07/23/2020) |

Dated: September 17, 2020                    Respectfully submitted,

                                             */s/M. Palmer Lambert*
                                             M. Palmer Lambert (#33228)
                                             GAINSBURGH BENJAMIN DAVID

MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

13

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000

Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
