# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| *Lewis et. al v. Hospira Worldwide, LLC et al* | |
| Plaintiff Name: Linda Lewis and Hurace Lewis | |
| Civil Action No.: 2:18-cv-10924 | |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU <u>MUST</u> CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 18th day of September 2020                    Respectfully submitted,

                                                        /s/ *Matthew R. McCarley*
                                                        **FEARS NACHAWATI, PLLC**
                                                        Matthew R. McCarley, #24041426
                                                        Tarek A. Abbassi, #24096225
                                                        Jason S. Long #24098012
                                                        5473 Blair Road
                                                        Dallas, Texas 75231
                                                        Telephone: (214) 890-0711
                                                        Fax: (214) 890-0712
                                                        mccarley@fnlawfirm.com
                                                        tabbassi@fnlawfirm.com
                                                        jlong@fnlawfirm.com
                                                        Counsel for plaintiff


### **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing

to all counsel of record who are CM/ECF participants.


                                                        /s/ *Jason S. Long*