UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | : : | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| *Melissa Lawson Hurley v. Accord Healthcare, et al* Civil Action No.: 2:19-cv-11607 | : : : | |
| ------------------------------------------------------------- | : | |

PLAINTIFF'S MOTION TO ENROLL AS
COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel comes Plaintiff, Melissa Lawson Hurley, and respectfully moves this Honorable Court to allow Bobby J. Bell, Jr. to be enrolled as counsel of record for Plaintiff, Melissa Lawson Hurley, in this matter.

BY ATTORNEY:

*/s/ Bobby J. Bell, Jr.*
Bobby J. Bell, Jr. (AL Bar No. 3426B63B)
**HOLLIS, WRIGHT, CLAY & VAIL, P.C.**
2201 Morris Avenue
Birmingham, AL 35203
T: (205) 324-3600
F: (205) 324-3636
bob@hollis-wright.com

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing Motion to Enroll as Counsel was electronically filed with the Clerk of the Court using the CM/ECF system on September 18, 2020 and served electronically on all counsel of record.

*/s/ Bobby J. Bell, Jr.*
Bobby J. Bell, Jr.