**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:  *Angela T. Thomas v. Sanofi S.A., et al* Civil Action No.: 2:17-cv-12173 | | |

## JUDGMENT ENTRY

Considering the foregoing Motion to Enroll;

IT IS SO ORDERED that the name of Bobby J. Bell, Jr. be entered into the record of this Court as counsel for Plaintiff, Angela T. Thomas, in the above entitled and numbered case.

New Orleans, Louisiana, this _____ day of September 2020.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE