UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

**IT IS ORDERED** that oral argument on Plaintiffs' Motion for Reconsideration (Doc. 10667) is **SET** for **October 6, 2020 at 9:30 a.m.**;

**IT IS FURTHER ORDERED** that each party will have 7 minutes to argue the Motion.

New Orleans, Louisiana, this 18th day of September, 2020.

**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**