UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 108

**IT IS ORDERED** that the next show cause hearing is **SET** for **October 16, 2020, at 10:30 a.m.** The hearing will be preceded by a meeting with lead and liaison counsel at **9:45 a.m.** The call-in information for these events will be disseminated at a later time.

New Orleans, Louisiana, this 18th day of September, 2020.

_____
HON. JANE TRICHE MILAZZO
**UNITED STATES DISTRICT JUDGE**