BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO: 2740 |
| | SECTION: N (5) |
| THIS DOCUMENT RELATES TO: Deborah Payne vs. Accord Healthcare, Inc. Case No. 2:19-cv-12619-JTM-MBN | JUDGE: JANE TRICHE MILAZZO |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of Plaintiff Deborah Payne on or about May 2, 2020.

Dated: September 21, 2020

          Respectfully submitted,

          RAY HODGE & ASSOCIATES, L.L.C.

          */s/ Ryan E. Hodge*
          Ryan E. Hodge, #16180
          8558 W. 21st St. N., Ste. 300
          Wichita, KS 67205
          (316) 269-1414
          (316) 263-6019 (fax)
          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2020, I electronically filed the foregoing Suggestion of Death with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                          */s/ Ryan E. Hodge*
                                          Ryan E. Hodge, #16180
                                          *Attorney for Plaintiff*