UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
*Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039

## ORDER

Considering the foregoing Motion for Leave to Substitute and File Under Seal Plaintiff's Opposition to Defendants' Motion for Summary Judgment Based on Preemption and Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts,

IT IS ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall substitute Plaintiff's Opposition to Defendants' Motion for Summary Judgment Based on Preemption and Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts attached to the Motion and file the substitutions UNDER SEAL.

New Orleans, Louisiana, this _____ day of September, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE