# EXHIBIT A
# (UNDER SEAL)

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION**