# EXHIBIT B
# (UNDER SEAL)

**PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF FACTS AND PLAINTIFF'S COUNTERSTATEMENT OF FACTS**