UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Brenda Mixon, Case No. 2:18-cv-06581

# ORDER

Considering Plaintiff's Motion to Continue Submission Date for Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of an Order to Show Cause;

**IT IS ORDERED** that the Motion is **GRANTED** and that the submission date for Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of an Order to Show Cause is continued to October 28, 2020.

New Orleans, Louisiana, this 21st day of September, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES