**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| Willie Francis, 2:18-cv-08767 | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Relief from Incorrect Notice of Partial Dismissal (Doc. 11081);

**IT IS ORDERED** that the Motion is **GRANTED**, the notice of partial dismissal filed on June 19, 2020 (Doc. No. 10623) is vacated, and Plaintiff is granted leave to file a corrected notice of partial dismissal.

New Orleans, Louisiana, this 21st day of September, 2020.

Honorable Jane Triche Milazzo
United States District Court Judge