UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to:** Elizabeth Kahn, Case No. 2:16-cv-17039 | | |

# ORDER

Before the Court are several Motions to Seal (Docs. 11084, 11087, 11088, 11092, 11093, 11099, 11102, 11104, 11105, 11108, and 11109). The Motions cite Pretrial Order No. 50 and aver that the documents at issue contain confidential and/or protected information. Accordingly;

**IT IS ORDERED** that the Motions are **GRANTED**, and the Clerk's office is instructed to file the documents at issue under seal.

New Orleans, Louisiana, this 21st day of September, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**