UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Cases identified in Exhibit 1

### ORDER

Considering the foregoing Motion to Enroll (Doc. 11079);

**IT IS HEREBY ORDERED** that Jason S. Long, Darren P. McDowell, and Misty Farris of the law firm of Fears Nachawati, PLLC be enrolled as additional counsel of record in those cases identified in Exhibit 1.

New Orleans, Louisiana, this 21st day of September, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

# Exhibit 1

| Plaintiff Name | Docket Number |
| --- | --- |
| Judith Anthony | 2:18-cv-9334 |
| Leslie Bordus | 2:19-cv-13736 |
| Gayle Cain | 2:18-cv-9341 |
| Judy Carlson | 2:17-cv-17950 |
| Robin Chieves | 2:19-cv-11372 |
| Judi Cochran | 2:17-cv-17309 |
| Beverly Copeland | 2:18-cv-06486 |
| Lula Gibbs | 2:17-cv-17249 |
| Sandra Greenwood | 2:19-cv-14656 |
| Connie Hale | 2:19-cv-08556 |
| Patricia Hames | 2:17-cv-17970 |
| Marlene Hildebrandt | 2:18-cv-04521 |
| Jo Hillyard | 2:19-cv-12291 |
| Amy Hutchison | 2:19-cv-14678 |
| Carla Ingram | 2:17-cv-17307 |
| Kathleen Jackson | 2:19-cv-09924 |
| Jameelah Johnson | 2:19-cv-14670 |
| Wanda Jones | 2:19-cv-13756 |
| Ellen Kelley | 2:17-cv-17302 |
| Robin Kropp | 2:19-cv-14661 |
| Rebecca Martin | 2:17-cv-17298 |
| Debra Mathis | 2:18-cv-06483 |
| Lisa McIntire | 2:17-cv-17269 |
| Rebekkah McKnight | 2:18-cv-09372 |
| Sue Meininger | 2:18-cv-04533 |
| Queen Middleton | 2:18-cv-03660 |
| Rhonda Mitchell | 2:19-cv-03972 |
| Margarita Mugleston | 2:19-cv-02205 |
| Frances Papsch | 2:19-cv-09814 |
| Louise Plant | 2:19-cv-12283 |
| Cindy Ramsey | 2:19-cv-00473 |
| Valerie Richardson | 2:18-cv-10226 |
| Polly Rodgers | 2:18-cv-06473 |
| Jacqueline Rogers | 2:17-cv-17222 |
| David Rosenteel | 2:17-cv-17253 |
| Laura Schippa | 2:19-cv-14675 |
| Sharon Schneider | 2:19-cv-13068 |
| Rebecca Schulze | 2:19-cv-12781 |
| Shelly Seifer | 2:18-cv-10180 |
| Susan Shaulis | 2:18-cv-10231 |
| Amy Smith | 2:18-cv-06478 |
| Jeanne Smith | 2:17-cv-17265 |
| Sibbie Smith | 2:18-cv-10216 |
| Donna Spada | 2:19-cv-12775 |

| Faustina Thompson | 2:17-cv-17262 |
| --- | --- |
| Lenetta Thompson | 2:19-cv-10862 |
| Hattie Triplett | 2:18-cv-11136 |
| Carolyn Turner | 2:19-cv-08492 |
| Patricia Via | 2:18-cv-09374 |
| Betty Voorhees | 2:18-cv-09379 |
| Louella Watkins | 2:17-cv-17259 |
| Brenda Michelle Wilkins | 2:19-cv-10869 |
| Joyce Woodard | 2:19-cv-02210 |
| Mary Young | 2:19-cv-02034 |