UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Dora Sanford v. Hospira, et al,
Case No. 2:17-cv-09417

## JOINT RECORD DESIGNATIONS

NOW INTO COURT, by and through undersigned counsel, come Plaintiff Dora Sanford and Defendants, Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., who submit the following record designations pursuant to an Order from the United States Court of Appeals for the Fifth Circuit dated September 8, 2020. The parties designate documents both from the master docket for *In Re: Taxotere (Docetaxel) Products Liability Litigation*, 16-md-02740, and from the individual member case docket, *Sanford v. Hospira, Inc., et al.*, 17-cv-09417. Docket entries designated herein should be included in their entirety, including all exhibits and attachments. The filings made in 16-md-02740 that correspond to the below should be transmitted to the Court of Appeals in accordance with the District Clerk's usual practices and procedure for preserving confidentiality.

*In re: Taxotere (Docetaxel) Products Liability Litigation*, No. 16-MD-02740:

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
|  |  | Docket Sheet for In Re: Taxotere (Docetaxel) Products Liability Litigation, 2:16-md-02740 |

1

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 9/27/2018 | 4407 | Second AMENDED COMPLAINT with Jury Demand *Second Amended Master Long Form Complaint adding Sagent Pharmaceuticals, Inc.* against Defendant filed by Plaintiff (Attachments: #1 Summons for Sagent Pharmaceuticals, Inc.)(Reference: ALL CASES) (Lambert, Matthew) (Entered: 09/27/2018) |
| 3/12/2020 | 9508 | MOTION FOR Summary Judgment *Based on the Statute of Limitations for Dora Sanford* by Defendant. Motion(s) will be submitted on 4/8/2020. (Attachments: #1 Memorandum in Support, #2 Statement of Contested/Uncontested Facts, #3 Exhibit 1, #4 Exhibit 2, #5 Exhibit 3, #6 Exhibit 4, #7 Exhibit 5, #8 Exhibit 6, #9 Exhibit 7, #10 Exhibit 8, #11 Exhibit 9, #12 Exhibit 10, #13 Exhibit 11, #14 Exhibit 12, #15 Exhibit 13, #16 Exhibit 14, #17 Exhibit 15, #18 Exhibit 16, #19 Notice of Submission (Reference: 17-cv-09417) (Cheffo, Mark) Modified submission date on 3/25/2020 (ecm). (Entered: 03/12/2020) |
| 4/9/2020 | 9918 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 9508 MOTION for Summary Judgment *Based on the Statute of Limitations for Dora Sanford.* (Attachments: #1 Statement of Contested/Uncontested Facts, #2 Exhibit, #3 Exhibit, #4 Exhibit, #5 Exhibit, #6 Exhibit, #7 Exhibit, #8 Exhibit, #9 Exhibit, #10 Exhibit, #11 Exhibit, #12 Exhibit, #13 Exhibit, #14 Exhibit, #15 Exhibit, #16 Exhibit, #17 Exhibit, #18 Exhibit, #19 Exhibit, #20 Exhibit, #21 Exhibit) (Reference: 2:17-cv-09417) (McGartland, Michael) (Entered: 04/09/2020) |
| 4/25/2020 | 10035 | REPLY to Response to Motion filed by Defendant re 9508 MOTION for Summary Judgment *Based on the Statute of Limitations for Dora Sanford.* (Attachments: #1 Exhibit 17, #2 Exhibit 18)(Reference: 17-9417)(ecm) (Entered: 04/25/2020) |
| 7/17/2020 | 10807 | ORDER AND REASONS granting 9508 Motion for Summary Judgement. Plaintiff Dora Sanford's case is DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo. (Reference: 17-9417) (ecm) (Entered: 07/17/2020) |

2

| Date | Rec. Doc. | Docket Text (16-md-02740) |
|---|---|---|
| 7/20/2020 | 10813 | JUDGMENT: It is Ordered, Adjudged and Decreed that plaintiff Dora Sanford's case is hereby DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazzo. (Reference: 17-9417) (ecm) (Entered: 07/20/2020) |
| 08/17/2020 | 10965 | NOTICE OF APPEAL by Plaintiff as to 10807 Order on Motion for Summary Judgment, 10813 Judgment. (Filing Fee $ 505, receipt number ALAEDC-8451850.) (Reference: 2:17-cv-09417)(McGartland, Michael) (Entered: 08/17/2020) |
| 08/26/2020 | 11014 | USCA Case Number 20-30517 appealed to USCA, 5th Circuit for 10965 Notice of Appeal filed by Plaintiff (Reference: 17-9417)(am) (Entered: 08/26/2020) |
| 08/31/2020 | 11032 | APPEAL TRANSCRIPT REQUEST by Plaintiff re 10965 Notice of Appeal. (Transcript is unnecessary for appeal purposes) (Reference: 2:17-09417)(McGartland, Michael) (Entered: 08/31/2020) |

***Sanford v. Hospira, Inc. et al.*, No. 17-cv-09417:**

| Date | Rec. Doc. | Docket Text (17-09417) |
|---|---|---|
|  |  | Docket Sheet for Sanford v. Hospira, Inc., et al., 2:17-cv-09417 |
| 9/21/2017 | 1 | COMPLAINT with jury demand against Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. (Filing Fee $ 400 receipt number 053L-6372720) filed by Dora Sanford. (Attachments: #1 Exhibit, #2 Exhibit Civil Cover Sheet, #3 Summons, #4 Summons) Attorney Michael P. McGartland added to party Dora Sanford(pty:pla).(McGartland, Michael) (Entered: 09/21/2017) |
| 9/21/2017 | 2 | Initial Case Assignment to Chief Judge Kurt D. Engelhardt and Magistrate Judge Michael North. (gk) (Entered: 09/21/2017) |
| 9/26/2017 | 3 | Summons Issued as to Hospira Worldwide, LLC, Hospira, Inc.. (cc) (Entered: 09/26/2017) |
| 9/28/2017 | 4 | PRETRIAL ORDERS. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 09/28/2017) |
| 5/22/2018 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance.(ADI) (Entered: 05/22/2018) |

3

| Date | Rec. Doc. | Docket Text (17-09417) |
|---|---|---|
| 7/20/2020 | 6 | JUDGMENT that plaintiff Dora Sanford's case is hereby DISMISSED WITH PREJUDICE. Signed by Judge Jane Triche Milazoo. (Filed in 16-md-2740 at Rec. Doc. 10813)(ecm) (Entered: 07/20/2020) |

Dated: September 22, 2020          Respectfully submitted,

/s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

/s/ *Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Michael P. McGartland*
MICHAEL P. McGARTLAND