# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| | EDLA No. 2:20-cv-2118 |
| *Jennifer Sylvester v. Accord Healthcare, Inc.* | |

**FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Jennifer Sylvester

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Illinois
5. State in which Plaintiff(s) allege(s) injury: Illinois
6. Defendants (check all Defendants against whom a Complaint is made):

    a. Taxotere Brand Name Defendants

    ☐   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

1

☐ B. Sanofi-Aventis U.S. LLC

b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

☐ A. Sandoz Inc.

☐ B. Accord Healthcare, Inc.

☐ C. McKesson Corporation d/b/a McKesson Packaging

☐ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

☐ E. Hospira, Inc.

☐ F. Sun Pharma Global FZE

☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

☐ H. Pfizer Inc.

☐ I. Actavis LLC f/k/a Actavis Inc.

☐ J. Actavis Pharma, Inc.

☐ K. Sagent Pharmaceuticals, Inc.

☐ L. Other:

7. Basis for Jurisdiction:

☐ Diversity of Citizenship
☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Illinois Northern District

2

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

September 1, 2017 to December 15, 2017

11. State in which Product(s) identified in question 9 was/were administered:

Illinois

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

Alopecia or incomplete hair re-growth, from June 2018 to present.

3

13. Counts in Master Complaint brought by Plaintiff(s):

> ☐ Count I – Strict Products Liability – Failure to Warn
> ☐ Count III – Negligence
> ☐ Count IV – Negligent Misrepresentation
> ☐ Count V – Fraudulent Misrepresentation
> ☐ Count VI – Fraudulent Concealment
> ☐ Count VII – Fraud and Deceit
>
> ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

**FACTUAL ALLEGATIONS**

Plaintiff was first treated with Taxotere/Docetaxel about September 2017. Prior to undergoing chemotherapy, she discussed potential side effects with her oncologist, Dr. Srinivasin. She was told she might experience hair loss during treatment, but that her hair would grow back. Plaintiff never received a warning that she might suffer permanent hair loss as a result of taking Taxotere/Docetaxel. Plaintiff completed therapy about December 2017. At some point following completion of chemotherapy, Plaintiff noticed that her hair had not re-grown to its pre-chemotherapy state. In mid-2018, she inquired of her oncologist, who stated that he was not sure why her hair had not fully regrown and urged her to give it more time. Plaintiff had no reason to conclude that she had permanent hair loss due to Taxotere/Docetaxel. In September 2019, still having received no explanation from her doctors, Plaintiff began researching possible causes for her hair loss. In the process, she discovered that Taxotere/Docetaxel caused permanent hair loss. It was September 2019 when, for the first time, she understood that she might have permanent hair loss that was caused by Taxotere/Docetaxel.

4

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

>By
>/s/Steven D. Davis
>IL Bar Number: 6281263
>**TorHoerman Law LLC**
>210 S. Main Street
>Edwardsville, IL 62025
>Telephone: (618) 656-4400
>Facsimile: (618) 656-4401
>sdavis@thlawyer.com