UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Curtice Bryant v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al* | EDLA No. 2:20-cv-2018 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED
SHORT FORM COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Curtice Bryant, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with counsel for the defendants. Plaintiff understands the Actavis defendants may oppose this motion, but understands the other defendants will not oppose Plaintiff's requests.

WHEREFORE, Plaintiff pray that she be granted leave to file the attached proposed Amended Short Form Complaint.

Dated: September 22, 2020    Respectfully Submitted By:

/s/Steven D. Davis
IL Bar Number: 6281263
**TorHoerman Law LLC**
210 S. Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 22, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Steven D. Davis*
Steven D. Davis
