UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Curtice Bryant v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al* | EDLA No. 2:20-cv-2018 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff's attached proposed Amended Short Form Complaint is submitted to provide factual allegations particular to the circumstances of Plaintiff's claim. Plaintiff submits that this proposed Amended Short Form Complaint is consistent with PTO 105 in that it adds factual allegations of particularized facts individual and specific to Plaintiff's medical care and treatment and Plaintiff's communications with medical professionals, and clarifies prior allegations.

Further, Plaintiff's proposed Amended Short Form Complaint corrects her inadvertent failure to check the box for Count III – Negligence on her original Complaint. Plaintiff's proposed Amended Short Form Complaint does not add any parties.

The Court should grant leave to file an amended pleading unless the opposing party can show prejudice, bad faith, or undue delay. *Foman v. Davis,* 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman,* 371 U.S. at 182. In the context of this MDL, plaintiffs are required to use the master complaint structure pursuant to Pretrial Order No. 15 (Rec. Doc. 230). The interests of fairness, equity and justice

support allowing Plaintiff leave to amend her pleadings to conform to the legal allegations and to clarify her case-specific factual allegations made in previous versions of her pleadings.

Because the relevant trial scheduling orders and PTO 105 deadlines allow for amendment of pleadings, and because Plaintiff is not part of the bellwether pool, Plaintiff respectfully suggests that there is no prejudice, as the defendants have the ability to question Plaintiff regarding these proposed amended allegations. Defendants will have the opportunity to challenge these allegations through discovery and with motion practice brought in accordance with the agreed deadlines.

Accordingly, Plaintiff requests that the Court grant her Motion for Leave to Amend her Short Form Complaint and enter the proposed pleading into the record.

Dated: September 22, 2020               Respectfully Submitted By:

/s/Steven D. Davis
IL Bar Number: 6281263
**TorHoerman Law LLC**
210 S. Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com

## CERTIFICATE OF SERVICE

     I hereby certify that on September 22, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                    /s/ Steven D. Davis
                                                    *Steven D. Davis*