UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATIOn<br><br>This Document Relates to:<br><br>CASES LISTED ON EXHIBIT "A" | MDL No. 2740<br>Case No.: 2:16-md-2740<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE MICHAEL B. NORTH |

**NOTICE OF CHANGE OF HANDLING ATTORNEY**
**WITHIN FIRM AND APPEARANCE**

COMES NOW, Charles G. Orr, Esq., with the firm of BARON & BUDD, P.C. and files this notice that Sindhu Daniel is no longer associated with the firm of BARON & BUDD, P.C. Accordingly, she should be removed as counsel of record for the Plaintiffs in each of the cases listed on EXHIBIT "A", attached hereto.

The undersigned, Charles G. Orr, Esq., of BARON & BUDD, P.C., enters his appearance for Plaintiffs in the place and stead of Sindhu Daniel in each of the cases on EXHIBIT "A", and in MDL 2740.  Please direct all further filings, discovery, and correspondence to Charles G. Orr at BARON & BUDD, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219.  My telephone number is (214) 521-3605; and my e-mail address is corr@baronbudd.com.

1

Dated: September 24, 2020

                              Respectfully submitted:

                              **BARON & BUDD, P.C.**

                              */s/ Charles G. Orr*
                              Charles G. Orr, TX SBN: 00788148
                              **BARON & BUDD, P.C.**
                              3102 Oak Lawn Avenue, Suite 1100
                              Dallas, TX 75219
                              Telephone: (214) 521-3605
                              Facsimile: (214) 520-1181
                              corr@baronbudd.com

                              *Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                              /s/ *Charles G. Orr*
                              Charles G. Orr

EXHIBIT "A"

| | |
|---|---|
| Ahoe, Karen | 2:19-CV-13928 |
| Alton, Denise | 2:18-CV-14052 |
| Athias, Carole A | 2:18-CV-05964 |
| Battaglia, Vanessa E | 2:18-CV-05965 |
| Begole, Angela G | 2:17-CV-14749 |
| Bezdikian, Armineh A | 2:17-CV-14787 |
| Bridgett, Renita E | 2:18-CV-05966 |
| Burton, June Ann | 2:17-CV-14810 |
| Calderon, Alma | 2:17-CV-14830 |
| Carney, Keshia L | 2:17-CV-15615 |
| Clayborn, Shirley A | 2:17-CV-16008 |
| Curley-Morabito, Mary Ellen | 2:18-CV-05986 |
| Dalton, Ronda S | 2:18-CV-05967 |
| Dewees, Tammy | 2:17-CV-15874 |
| Dubois, Toshia A | 2:17-CV-14850 |
| Duffy, Patricia | 2:18-CV-05969 |
| Egidio, Lisa A | 2:17-CV-15700 |
| Elkins, Celia | 2:17-CV-14995 |
| Feeherty, Sequoia | 2:19-CV-09670 |
| Hernandez, Iraida | 2:19-CV-13932 |
| Hill, Mary A | 2:18-CV-05990 |
| Hillard, Michelle L | 2:17-CV-14863 |
| Hogan, Barbara Ann | 2:17-CV-14971 |
| Hvizdak, Yolanda J | 2:18-CV-05991 |
| Johnson, Charlotte A | 2:17-CV-14871 |
| Keegan, Kathy L | 2:17-CV-15606 |
| Krahe, Margaret R | 2:18-CV-05993 |
| Kwon, Jung Yon | 2:18-CV-06358 |
| MacDonald, Katherine M | 2:18-CV-05994 |
| MacLean, Judy M | 2:17-CV-15566 |
| McGaughey, Deborah | 2:17-CV-15967 |
| Milton, Brenda | 2:18-CV-05997 |
| Momon, Juanita | 2:17-CV-15268 |
| Nichols, Winona Lee | 2:17-CV-15204 |
| Riddle, Shannon O'Brien | 2:17-CV-15940 |
| Ross, Michelle C | 2:17-CV-15715 |
| Rutherford, Marion D | 2:18-CV-06000 |

| | |
|---|---|
| Schmitz, Linda H | 2:18-CV-05973 |
| Shannon, Janece | 2:18-CV-05975 |
| Siska, Mary M | 2:17-CV-15274 |
| Sloan, Sarah A | 2:17-CV-15787 |
| Snead, Patsy L | 2:17-CV-15770 |
| Stanley, Elizabeth A | 2:17-CV-14891 |
| Streng, Thelma Elizabeth | 2:17-CV-14893 |
| Tichnell, Paula Sue | 2:17-CV-15652 |
| Todd, Dianna Lynn | 2:18-CV-05976 |
| Tutt, Shanda T | 2:19-CV-01715 |
| Wade, Jo Ellen K | 2:17-CV-15265 |
| Wallace, Vicky | 2:19-CV-11456 |
| Warder, Karen | 2:17-CV-15596 |
| Warrem, Patricia | 2:17-CV-15645 |
| Webb, Hilda Mai | 2:18-CV-05978 |
| White, Laura M | 2:17-CV-15270 |
| Wilson, Cheryl | 2:18-CV-06003 |
| Wittenberg, Sonia L | 2:17-CV-15659 |
| Womack, Nayda R | 2:17-CV-15744 |
| Zephier, Patrice A | 2:18-CV-06004 |