UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Juanita Greer, Case No. 2:18-cv-11728 | |

## ORDER

Considering the Motion for Leave to File Reply in Support of their Motion for Judgment on the Pleadings Based on the Statute of Limitations, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply in Support of their Motion for Judgment on the Pleadings Based on the Statute of Limitations, is hereby entered into the Court's docket.

New Orleans, Louisiana, this 23rd day of September, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE