# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| *Melissa Lawson Hurley v. Accord Healthcare, et al* Civil Action No.: 2:19-cv-11607 | |

## ORDER

Considering the foregoing Motion to Enroll (Doc. 11119);

**IT IS ORDERED** that the Motion is **GRANTED** and Bobby J. Bell, Jr. be entered into the record of this Court as counsel for Plaintiff, Melissa Lawson Hurley, in the above entitled and numbered case.

New Orleans, Louisiana, this 23rd day of September 2020.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE