UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO <br> Kahn v. Sanofi-Aventis, et al, Case No. 2:16-cv-17039 | |

**REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES
CONCERNING ALTERNATIVE CAUSES**

Plaintiff, Elizabeth Kahn, offers the following reply memorandum in support of Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes:

**I.    Sanofi's speculative hypotheses on alternative causes should be disregarded.**

While Plaintiff bears the burden of proof on proximate causation, Sanofi must offer some reliable expert proof in support of their affirmatively pled defenses concerning alternative causes. Plaintiff has put forth evidence to establish with reasonable probability that her injuries resulted from Taxotere. Sanofi cites *Llwellyn v. Lookout Saddle Co.*, 315 So. 2d 69, 71 (La. App. 2d Cir. 1975) among other cases in its discussion of medical causation under Louisiana law – specifically, for the premise that a plaintiff's "circumstantial evidence [on medical causation] must exclude other reasonable hypotheses with a fair amount of certainty." But the Louisiana Second Circuit Court of Appeal in *Llwellyn v. Lookout Saddle Co.* also stated that a plaintiff is not required to "negate all other possible causes. Otherwise, the mere identification by the record of another possibility, although not shown to be causally active, would break the chain of causation." *Id.* (citations omitted). Therefore, unlike what Sanofi suggests in its opposition, Plaintiff need not prove "with a fair amount of certainty" that other drugs and/or conditions did not cause her

1

permanent or irreversible hair loss because such possibilities have not been shown to be "causally active."

Although the Court denied the PSC's prior motion *in limine* to exclude evidence of other drugs and medical conditions that cause PCIA, the *Earnest* trial made clear that Sanofi's challenges to Plaintiff's evidence on medical causation are not made in good faith. Instead, Sanofi merely identifies possible alternative causes of permanent or irreversible hair loss without sufficient expert proof that an alternative cause is capable of causing permanent or irreversible alopecia. The following statement by the Louisiana Supreme Court's statement in *Naquin v. Marquette Cas. Co.*, 153 So. 2d 395, 398 (La. 1963) is relevant here: "…the realm of possibility is expansive…However, the expert testimony reflects that such an occurrence is highly improbable." As such, Sanofi should not be permitted to speculatively suggest to the jury that other chemotherapy drugs that were prescribed to Plaintiff are responsible for her injuries.

**II.     Plaintiff has challenged Sanofi's experts' testimony and opinions on alternative causes through *Daubert* motions.**

Plaintiff has moved to exclude Sanofi's experts' testimony and opinions regarding various chemotherapies and endocrine therapies like Tamoxifen and their association with permanent hair loss as unreliable. Neither Dr. Miletello nor Dr. Glaspy were designated by Sanofi to perform a causation analysis. Yet, both experts speculate that Ms. Khan may suffer from permanent or irreversible hair loss as a result of various chemotherapy drugs and medical conditions and/or tamoxifen.[1] Dr. Miletello only offers subjective clinical observations that Taxol, 5FU (5-

---

[1] Ex. K to Plaintiff's Statement of Undisputed Facts (hereinafter "Pl's SOF"), Expert Report of Dr. Gerald Miletello, April 29, 2020 ("Miletello Expert Report II") at pp. 9-11; Ex. O to Pl's SOF, Expert Report of Dr. John Glaspy, April 29, 2019 ("Glaspy Expert Report II") at p. 21-25.

2

fluorouracil), and Adriamycin caused delayed hair regrowth as proof.[2]  Dr. Glaspy likewise basis his opinions on alternative causes on his own subjective experiences.[3]  Such proof does not rise to the level of "possible causes" to be presented before a jury.

Dr. Chang vaguely opined that "[a] broad range of medication are known to cause alopecia."[4]  Yet, despite testifying that in order to offer an expert opinion on whether alternative drugs cause permanent hair loss, she would need to complete a systematic literature search to assess causality,[5] Dr. Chang did not complete a systematic literature search to assess a causal relationship between any alternative drugs and permanent or irreversible hair loss.  Dr. Chang cannot be expected to inform a jury on alternative causes of Ms. Kahn's permanent or irreversible alopecia based on her erroneous assumption that any drug or condition which can cause temporary or reversible alopecia can also cause permanent and irreversible alopecia through the same biological mechanism of action.[6]

Finally, Dr. Arrowsmith, like all of Sanofi's experts, agrees that "cases of permanent alopecia have been reported," or case reports alone, are insufficient to establish causation.[7]  Given that Sanofi's experts have undertaken no scientific methodology to assess whether other drugs or medical conditions may have caused Ms. Kahn's injuries, the Court should not allow its experts to

---

[2] Ex. N to Pl's SOF, Deposition of Dr. Gerald Miletello, May 21, 2020 ("Miletello Dep. III") at 86:6-88:17.
[3] *See* Plaintiff's memorandum in support of Plaintiff's *Daubert* motion to exclude testimony of Dr. Glaspy at pp. 12-15 (Rec. Doc. 10924-1).
[4] Ex. R to Pl's SOF, Expert Report of Dr. Ellen Chang Report, April 17, 2020 ("Chang Expert Report II") at p. 26.
[5] Ex. S to Pl's SOF, Deposition of Dr. Ellen Chang, May 19, 2020 ("Chang Dep. III") at 132:7-133:6, 137:25-138:18.
[6] Ex. R to Pl's SOF, Chang Expert Report II at p. 108; Ex. S, Chang Dep. III at 139:15-140:16, 146:19-147:4.
[7] Ex. T to Pl's SOF, Deposition of Dr. Janet Arrowsmith, July 29, 2020 ("Arrowsmith Dep. II") at 40:12-17.

continue to muddy the waters with unsubstantiated alternative causes of Ms. Kahn's permanent or irreversible hair loss.

For the foregoing reasons, and those reasons set forth in Plaintiff's original supporting memorandum, Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes should be granted.

Dated: September 24, 2020                    Respectfully submitted,

/s/ Christopher L. Coffin                    /s/ Karen B. Menzies
Christopher L. Coffin (#27902)               Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.             GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505              6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                 Los Angeles, California 90045
Phone: (504) 355-0086                        Telephone: 510-350-9700
Fax: (504) 355-0089                          Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                       kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                         /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                   Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                    BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                     701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street      New Orleans, LA 70139
New Orleans, LA 70163-2800                   Phone: 504-524-3300
Phone: 504-522-2304                          Fax: 504-524-3313
Fax: 504-528-9973                            barrios@bkc-law.com
plambert@gainsben.com

                                             *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                 Daniel P. Markoff
Andrews & Thornton                           Atkins & Markoff Law Firm
4701 Von Karman Ave., Suite 300              9211 Lake Hefner Parkway, Suite 104
Newport Beach, CA 92660                      Oklahoma City, OK 73120
Phone: (800) 664-1734                        Phone: (405) 607-8757
aa@andrewsthornton.com                       Fax: (405) 607-8749
                                             dmarkoff@atkinsandmarkoff.com

4

| | |
|---|---|
| J. Kyle Bachus<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202<br>Phone: (303) 893-9800<br>Fax: (303) 893-9900<br>kyle.bachus@coloradolaw.net | Abby E. McClellan<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Phone: (816) 714-7100<br>Fax: (816) 714-7101<br>mcclellan@stuevesiegel.com |
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |

| | |
|---|---|
| Andrew Lemmon | Genevieve Zimmerman |
| Lemmon Law Firm, LLC | Meshbesher & Spence Ltd. |
| P.O. Box 904 | 1616 Park Avenue South |
| 15058 River Road | Minneapolis, MN 55404 |
| Hahnville, LA 70057 | Phone: (612) 339-9121 |
| Phone: (985) 783-6789 | Fax: (612) 339-9188 |
| Fax: (985) 783-1333 | gzimmerman@meshbesher.com |
| andrew@lemmonlawfirm.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
