UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Kahn v. Sanofi-Aventis, et al, Case No. 2:16-cv-17039

### PLAINTIFF'S RESPONSE TO DEFENDANTS' AFFIRMATIVE STATEMENT OF FACTS

Plaintiff, Elizabeth Kahn, offers the following responses to Defendants' Affirmative Statement of Facts attached to Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes:

**SANOFI'S STATEMENT NO. 1:** Ms. Kahn's hair began to regrow after she completed her second phase of chemotherapy on October 23, 2008.

**PLAINTIFF'S RESPONSE NO. 1:** Admitted to the extent that Ms. Kahn lost all of her hair during the first phase of cytotoxic chemotherapy with Taxotere prior to being administered her second phase of cytotoxic chemotherapy with Adriamycin and Cyclophosphamide. However, Ms. Kahn's hair failed to fully regrow after completing cytotoxic chemotherapy, and prior to her use of Tamoxifen.

**SANOFI'S STATEMENT NO. 2:** Based on her examination of Ms. Kahn on January 29, 2009, Ms. Kahn's clinical trial nurse, Melanie Zazulak, reported that Ms. Kahn's alopecia had completely "resolved."

**PLAINTIFF'S RESPONSE NO. 2:** Admitted in part to the extent that nurse, Melanie Zazulak, noted alopecia was resolved. Denied in part to the extent it is implied that Ms. Kahn had total and complete hair regrowth following chemotherapy on the basis of Ms. Zazulak's note, which was not intended to serve as an examination and/or diagnosis of alopecia. Ms. Kahn's hair failed to fully regrow following cytotoxic chemotherapy with Taxotere.

1

**SANOFI'S STATEMENT NO. 3:** Despite seeing Nurse Zazulak again on April 2, 2009, Ms. Kahn did not raise any concerns regarding alopecia or hair regrowth.

**PLAINTIFF'S RESPONSE NO. 3:** Admitted to the extent that Ms. Zazulak's notes do not reflect a discussion with Ms. Kahn regarding her alopecia. Ms. Kahn's hair failed to fully regrow following cytotoxic chemotherapy with Taxotere.

**SANOFI'S STATEMENT NO. 4:** Ms. Kahn began Tamoxifen hormone therapy in April 2009.

**PLAINTIFF'S RESPONSE NO. 4:** Admitted. However, Ms. Kahn's hair failed to fully regrow following cytotoxic chemotherapy with Taxotere and prior to her use of Tamoxifen.

**SANOFI'S STATEMENT NO. 5:** In August 2009, Dr. Larned indicated that Ms. Kahn's response to therapy was "excellent" and that Ms. Kahn was "pleased her hair is growing back."

**PLAINTIFF'S RESPONSE NO. 5:** Admitted in part to the extent that Dr. Larned noted that Ms. Kahn was experiencing some hair re-growth. Denied in part to the extent it is implied that Ms. Kahn's hair re-growth was full, complete, and excellent. Ms. Kahn's hair failed to fully regrow following cytotoxic chemotherapy with Taxotere.

**SANOFI'S STATEMENT NO. 6:** During appointments in November 2009 and February 2010, Ms. Kahn again reported to Dr. Larned that her hair was continuing to grow back.

**PLAINTIFF'S RESPONSE NO. 6:** Admitted in part to the extent that Ms. Kahn continued to see hair re-growth in some areas, but denied in part to the extent it is implied that her hair was fully re-growing consistently over her entire scalp. Ms. Kahn's hair failed to fully regrow following cytotoxic chemotherapy with Taxotere.

**SANOFI'S STATEMENT NO. 7:** In May 2010, Ms. Kahn complained to Dr. Larned about "thinning hair," peripheral neuropathy, hot flashes, mood swings, memory loss, and other issues.

**PLAINTIFF'S RESPONSE NO. 7:** Admitted in part to the extent that Dr. Larned noted that Ms. Kahn had not achieved full hair re-growth. Denied in part to the extent it is implied that this visit was the first time that Ms. Kahn began experiencing "hair thinning." Ms. Kahn's hair

failed to fully regrow following cytotoxic chemotherapy with Taxotere, prior to her Tamoxifen use, and has remained consistently thin to present day.

**SANOFI'S STATEMENT NO. 8:**  Ms. Kahn also visited a dermatologist in 2012, 2014, 2015, 2016, and 2018 but not once raised a concern about or sought treatment for hair loss during those appointments.

**PLAINTIFF'S RESPONSE NO. 8:**  Admitted in part to the extent that Ms. Kahn did not receive treatment for alopecia from her dermatologist(s) in 2012, 2014, 2015, 2016, 2018.  Denied in part to the extent it is implied that her hair loss was not a noticeable condition observed by dermatologist(s) who treated Ms. Kahn for other dermatological conditions, including but not limited to removal of pre-cancerous growths on Ms. Kahn's scalp due in part to lack of a full head of hair.  Ms. Kahn's hair failed to fully regrow following cytotoxic chemotherapy with Taxotere.

**SANOFI'S STATEMENT NO. 9:**  Ms. Kahn continued to take Tamoxifen until April 2018.

**PLAINTIFF'S RESPONSE NO. 9:**  Admitted.  However, Ms. Kahn's hair failed to fully regrow following cytotoxic chemotherapy with Taxotere, prior to her Tamoxifen use, and has remained consistently thin to present day.

**SANOFI'S STATEMENT NO. 10:**  To date, Ms. Kahn has not received treatment for hair loss.

**PLAINTIFF'S RESPONSE NO. 10:**  Admitted in part to the extent that Ms. Kahn has not undergone any medical procedures for hair loss.  Denied in part in that Ms. Kahn did try Biotin to encourage hair regrowth after completing cytotoxic chemotherapy, has sought out hair styling products to make her hair appear fuller, and has been evaluated by Plaintiff's expert Dr. Tosti as well as a defense expert regarding the underlying cause of her hair loss.  Ms. Kahn's hair failed to fully regrow following cytotoxic chemotherapy with Taxotere.

**SANOFI'S STATEMENT NO. 11:**  According to Sanofi's expert, Dr. John Glaspy, "there is no medically reliable way to attribute Ms. Kahn's persistent hair loss complaint to

Taxotere alone.  Ms. Kahn voluntarily continued to take medications, including Tamoxifen, which can cause hair loss.  She is also post-menopausal, aging, and has several medical conditions that could contribute to her hair loss."

**PLAINTIFF'S RESPONSE NO. 11:**  Denied insofar as Sanofi's Statement No. 11 is expert opinion rather than fact and is subject to a *Daubert* motion on whether Dr. Glaspy's opinions pertaining to Ms. Kahn's hair loss are admissible given that Dr. Glaspy is incapable of differentiating between different forms of hair loss or performing a differential diagnosis of the type of hair loss a patient may suffer from.  Furthermore, Dr. Glaspy has never evaluated Ms. Kahn in person or performed a differential diagnosis of hair loss.

**SANOFI'S STATEMENT NO. 12:**  Ms. Kahn also received four other chemotherapies in addition to Taxotere: Adriamycin, cyclophosphamide, Avastin, and Xeloda.

**PLAINTIFF'S RESPONSE NO. 12:**  Admitted in part to the extent that Ms. Kahn received four other medications in addition to Taxotere.  Denied in part to the extent it is suggested that she received these medications all together.  In fact, Ms. Kahn's hair fell out following her first administration of Taxotere, prior to ever receiving Adriamycin or Cyclophosphamide.  Furthermore, Avastin and Xeloda are not chemotherapy medications associated with hair loss and the informed consent form signed by Ms. Kahn states that neither are associated with even temporary hair loss.

**SANOFI'S STATEMENT NO. 13:**  Existing medical literature regarding PCIA confirms that other chemotherapies and Tamoxifen have been associated with permanent hair loss.

**PLAINTIFF'S RESPONSE NO. 13:**  Admitted in part to the extent that cases of PCIA have been reported with other chemotherapy drugs.  Denied in part to the extent it is implied that there is scientific evidence which demonstrates that other chemotherapies, aside from Taxotere, have been demonstrated to cause PCIA.

**SANOFI'S STATEMENT NO. 14:**  For instance, in a 2010 study, Tallon et al. reported "Permanent CIA has been described following the use of busulphan, cyclophosphamide, thiotepa,

4

melphalan, etoposide, carboplatin, docetaxel, and paclitaxel.  Its reported incidence varies widely, ranging from 0.9% to 43%."

**PLAINTIFF'S RESPONSE NO. 14:** Admitted in part only insofar as the authors of this study wrote the above-quoted statement in a single article discussing case reports.  Denied in part to the extent it is implied that this article alone establishes that other chemotherapy drugs, aside from Taxotere, cause PCIA.  Sanofi's Statement No. 14 lacks full context.

**SANOFI'S STATEMENT NO. 15:** In a 2018 study, Frietes-Martines et al. reported that PCIA "has been mostly reported in breast cancer survivors treated with taxane-based chemotherapy (paclitaxel and docetaxel) and cyclophosphamide-based chemotherapy."

**PLAINTIFF'S RESPONSE NO. 15:** Admitted in part only insofar as the authors of this study wrote the above-quoted statement in a single article regarding case reports from patients concerning their quality of life.  Denied in part to the extent the Frietes-Martines study establishes causation, given that the study is based on a quality of life survey.  Sanofi's Statement No. 15 lacks full context.

**SANOFI'S STATEMENT NO. 16:** In a 2017 study, Kim et al. reported that "Permanent alopecia following chemotherapy has been considered a rare event, and most cases have followed the use of high-dose chemotherapy and bone marrow transplantation. More recently, several case reports of CIIA after standard dose chemotherapy for breast cancer were published. Masidonski et al. reported their experience in 13 women treated for breast cancer with AC or AC followed by taxane. Kluger et al. analyzed the clinical and histological features of severe and CIIA following a sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel regimen for adjuvant breast cancer treatment in 20 patients. However, the prevalence and characteristics of CIIA remain unknown."

**PLAINTIFF'S RESPONSE NO. 16:** Admitted in part only insofar as the authors of this study wrote the above-quoted statement in a single article.  Denied in part to the extent it is implied that this article alone establishes that other chemotherapy drugs cause PCIA.  Sanofi's Statement No 16 lacks full context.  Sanofi conveniently fails to mention the case reports and association described in such articles related to Taxotere and PCIA.

**SANOFI'S STATEMENT NO. 17:** And Palamaras et al.'s 2011 study reported, "Ninety case reports of CIPAL were identified in the literature. These were associated with Bu and/or cyclophosphamide (Cy)conditioning regimens used for bone marrow transplantation (BMT),

5

taxanes (docetaxel, paclitaxel), tamoxifen for breast cancer, and alfa-2a interferon (a-2a IFN) for essential thrombocythemia."

**PLAINTIFF'S RESPONSE NO. 17:** Admitted only insofar as the authors of this study wrote the above-quoted statement in a single article related to case reports. However, Sanofi's Statement No. 17 lacks full context.

**SANOFI'S STATEMENT NO. 18:** Based on his review of the medical literature, Dr. Glaspy has offered the opinion that "[c]ases of persistent alopecia have been reported with Adriamycin, Carboplatin, CMF, Cisplatin, Taxol, Epirubicin, Etoposide, 5-Fluorouracil, Busulfan, Gemcitabine, Idarubicin, Ifosfamide, Melphalan, Thiotepa, and Cyclophosphamide."

**PLAINTIFF'S RESPONSE NO. 18:** Denied insofar as Sanofi's Statement No. 18 is expert opinion rather than fact. While Dr. Glaspy has offered the above opinion, a *Daubert* motion has been filed to exclude said opinion as Dr. Glaspy, by his own admission, undertook no methodology to assess whether any of the drugs listed above have been demonstrated to be cause PCIA.

**SANOFI'S STATEMENT NO. 19:** Dr. Glaspy also opines, "in cases of hormone positive early breast cancer, women are given either Tamoxifen or aromatase inhibitors, which are also known to carry a risk of alopecia. In those situations, any alopecia or failure in hair recovery could be caused by Tamoxifen or aromatase inhibitors."

**PLAINTIFF'S RESPONSE NO. 19:** Denied insofar as Sanofi's Statement No. 19 is expert opinion rather than fact. While Dr. Glaspy has offered the above opinion, a *Daubert* motion has been filed to exclude said opinion as Dr. Glaspy, by his own admission, undertook no methodology to assess whether hormone therapy drugs cause PCIA. Furthermore, Dr. Glaspy is unable to describe what type of alopecia is caused by the use of hormone therapies or how it can be properly identified and diagnosed.

**SANOFI'S STATEMENT NO. 20:** Moreover, for "patients who were given a Taxotere-containing regimen and have substantial alopecia after the completion of chemotherapy, their alopecia could have been caused by Adriamycin or cyclophosphamide."

6

**PLAINTIFF'S RESPONSE NO. 20:** Denied insofar as Sanofi's Statement No. 20 is expert opinion rather than fact. While Dr. Glaspy has offered the above opinion, a *Daubert* motion has been filed to exclude said opinion as Dr. Glaspy, by his own admission, undertook no methodology to assess whether Adriamycin and/or cyclophosphamide can cause PCIA.

**SANOFI'S STATEMENT NO. 21:** Dr. Glaspy opines, "in cases of hormone positive early breast cancer, women are given Tamoxifen or aromatase inhibitors, which are also known to carry a risk of alopecia. In those situations, any alopecia or failure in hair recovery could be caused by Tamoxifen or aromatase inhibitors."

**PLAINTIFF'S RESPONSE NO. 21:** Denied insofar as Sanofi's Statement No. 21 is expert opinion rather than fact. While Dr. Glaspy has offered the above opinion, a *Daubert* motion has been filed to exclude said opinion as Dr. Glaspy, by his own admission, undertook no methodology to assess whether Tamoxifen or aromatase inhibitors cause PCIA. Furthermore, Dr. Glaspy is unable to describe what type of alopecia is caused by the use of Tamoxifen or aromatase inhibitors or how it can be properly identified and diagnosed.

**SANOFI'S STATEMENT NO. 22:** Similarly, Dr. Ellen Chang, Sanofi's epidemiologist, concluded: "based on the best available scientific evidence, a causal relationship has not been established between docetaxel-containing chemotherapeutic regimens, compared to nondocetaxel regimens, and irreversible or permanent alopecia."

**PLAINTIFF'S RESPONSE NO. 22:** Denied insofar as Sanofi's Statement No. 22 is expert opinion rather than fact. Just as with Dr. Glaspy, a *Daubert* motion has been filed to exclude the opinions of Dr. Chang.

**SANOFI'S STATEMENT NO. 23:** Dr. Chang also reviewed the medical literature and concluded that "[i]n some cases, alopecia in cancer patients treated with various types of chemotherapy other than docetaxel has been described as permanent" and that "case reports of irreversible or permanent alopecia in cancer patients following alkylating chemoradiotherapy or conditioning chemotherapy date back at least to the 1980s and early 1990s."

**PLAINTIFF'S RESPONSE NO. 23:** Denied insofar as Sanofi's Statement No. 23 is expert opinion rather than fact. Just as with Dr. Glaspy, a *Daubert* motion has been filed to exclude the opinions of Dr. Chang.

**SANOFI'S STATEMENT NO. 24:** Sanofi's regulatory expert, Dr. Janet Arrowsmith, also has explained that "the *currently* available scientific evidence does not support an unequivocal causal role for Taxotere alone in persistent or permanent alopecia…[because] the data [is] too confounded to make such an assertion with any scientific or medical certainty."

**PLAINTIFF'S RESPONSE NO. 24:** Denied insofar as Sanofi's Statement No. 24 is expert opinion rather than fact. Just as with Dr. Glaspy, a *Daubert* motion has been filed to exclude the opinions of Dr. Arrowsmith.

**SANOFI'S STATEMENT NO. 25:** Ms. Kahn's own experts also concede that other chemotherapies, including Adriamycin and cyclophosphamide, and Tamoxifen are associated with PCIA.

**PLAINTIFF'S RESPONSE NO. 25:** Admitted in part to the extent that Plaintiff's experts note that case reports of PCIA have been reported with Adriamycin, Cyclophosphamide, and Tamoxifen. Denied in part to the extent it is implied that Plaintiff's experts agree that these other drugs cause PCIA. Plaintiff's experts are clear that Taxotere is the only drug which Ms. Kahn received for which general causation can be demonstrated to show that Taxotere can cause PCIA.

**SANOFI'S STATEMENT NO. 26:** For instance, Dr. Tosti testified during the *Earnest* trial that "what I really think is that those drugs are, you know, sometimes occasionally causing the problem. *I never said they never cause*. It's just a question of, likely, frequency." Dr. Tosti also has testified that PCIA is associated with Adriamycin and cyclophosphamide, among others, as well as endocrine therapy drugs, including Tamoxifen, all of which were taken by Ms. Kahn.

**PLAINTIFF'S RESPONSE NO. 26:** Denied as incomplete. Dr. Tosti's report makes clear that the only drug which Ms. Kahn received which has been demonstrated to cause PCIA is Taxotere.

**SANOFI'S STATEMENT NO. 27:** Dr. Tosti also co-authored an eight-year cohort study in 2019 in which she addressed multiple patients alleged to have PCIA or endocrine-induced alopecia after chemotherapy. The patients could only be evaluated if they had a clinical diagnosis of PCIA. The authors reported that 47 of the patients who had PCIA took a chemotherapy regimen containing Taxol; 13 patients who had PCIA took a chemotherapy regimen containing cyclophosphamide; and five took "other" chemotherapy regimens, including regimens containing

8

Adriamycin. The authors also reported that 26 patients had permanent alopecia after taking Tamoxifen upon completion of their chemotherapy.

**PLAINTIFF'S RESPONSE NO. 27:** Denied as incomplete. Denied to the extent it is implied that this study was Dr. Tosti's study alone and that she individually evaluated case reports of PCIA and Taxol. Dr. Tosti was clear at the *Earnest* trial that she did not personally evaluate any of the patients with case reports of Taxol and PCIA and that she had attempted to reach out to fellow authors of the study for clarification. Dr. Tosti also made it clear that those patients who reported alopecia with the use of Tamoxifen had full hair regrowth following chemotherapy and prior to their use of Tamoxifen. Here, Ms. Kahn did not have full hair regrowth following chemotherapy and prior to her Tamoxifen use.

**SANOFI'S STATEMENT NO. 28:** Dr. Tosti testified that the data from her eight-year study revealed more reports of PCIA with Taxol than Taxotere.

**PLAINTIFF'S RESPONSE NO. 28:** Denied as incomplete.

**SANOFI'S STATEMENT NO. 29:** Plaintiff's "informed consent" expert, Dr. Bosserman, testified that there have been cases of PCIA reported with Adriamycin, cyclophosphamide, Taxol, the AC regimen, and the AC-Taxol regimen. Dr. Bosserman further testified that she believes "a rare side effect" like PCIA could "happen to anybody from any chemotherapy drug" and "anything can happen on any regimen."

**PLAINTIFF'S RESPONSE NO. 29:** Denied as incomplete.

**SANOFI'S STATEMENT NO. 30:** Plaintiff's general causation expert, Dr. Feigal, testified that there have been cases of permanent hair loss reported for Ariamycin; cyclophosphamide; Taxol; the AC regimen; the AC-Taxol regimen; and endocrine therapies, such as Tamoxifen.

**PLAINTIFF'S RESPONSE NO. 30:** Denied as incomplete. Dr. Feigal confirms in her expert report that the only drug for which general causation and PCIA can be established and/or demonstrated is Taxotere.

**SANOFI'S STATEMENT NO. 31:** Dr. Kessler, Ms. Kahn's regulatory and general causation expert, testified that he has seen reports of PCIA associated with Adriamycin;

9

cyclophosphamide; Taxol; the 5-Fluorouracil-Adriamycin-cyclophosphamide regimen; and hormonal therapies, such as Tamoxifen.

**PLAINTIFF'S RESPONSE NO. 31:**  Denied as incomplete.

**SANOFI'S STATEMENT NO. 32:**  Dr. Madigan, Ms. Kahn's biostatistics experts, testified that there have been reports of PCIA with Taxol, cyclophosphamide, and other chemotherapies.

**PLAINTIFF'S RESPONSE NO. 32:**  Denied as incomplete.  The only drug which Dr. Madigan found a statistically significant association for over the course of time is Taxotere.

**SANOFI'S STATEMENT NO. 33:**  Ms. Kahn's expert toxicologist, Dr. Plunkett, testified that cases of PCIA have been reported with Adriamycin, cyclophosphamide, Taxol, and the AC regimen.  Indeed, Dr. Plunkett testified that Adriamycin, cyclophosphamide, Taxol, and Taxotere all rapidly dividing cells like hair follicles.  Dr. Plunkett further testified the 16 patients in the FAC arm of the TAX 316 clinical trial with "ongoing" alopecia had PCIA.

**PLAINTIFF'S RESPONSE NO. 33:**  Denied as incomplete.

Dated: September 24, 2020                                    Respectfully submitted,

*/s/ Christopher L. Coffin*                                    */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                          Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.          GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                         6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                           Los Angeles, California 90045
Phone: (504) 355-0086                                         Telephone: 510-350-9700
Fax: (504) 355-0089                                              Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                   kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                            *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                     */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                             Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID           BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC               701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street       New Orleans, LA 70139
New Orleans, LA 70163-2800                          Phone: 504-524-3300
Phone: 504-522-2304                                          Fax: 504-524-3313
Fax: 504-528-9973                                              barrios@bkc-law.com
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*                        *Plaintiffs' Co-Liaison Counsel*

10

# PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>  */s/ M. Palmer Lambert*
>  M. PALMER LAMBERT