# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** : : : | **MDL NO. 2740** |
| TERESA SISK, : : | **SECTION "H" (5)** **JUDGE MILAZZO** |
| Plaintiffs, : : | **MAG. JUDGE NORTH** |
| v. : : | |
| ACCORD HEALTHCARE, INC., : : | **Civil Action No. 2:17-cv-10121** |
| Defendants. : : | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-captioned action, by and through her undersigned counsel, and file the following pleadings on Defendants, as follows:

1. Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint;

2. Amended Short Form Complaint with Summons; and

3. Proposed Order.

Said motion will be submitted on the 14th day of October, 2020, at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

1

Dated this 24th day of September, 2020.

                Respectfully submitted by,

                /s/ *Michael P. McGartland*
                MS Bar No. 100487
                McGartland Law Firm, PLLC
                University Centre I, Suite 500
                1300 South University Drive
                Fort Worth, Texas 76107
                Telephone:   (817) 332-9300
                Facsimile:    (817) 332-9301
                mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

        By:    /s/ *Michael P. McGartland*
                Michael P. McGartland

2