UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Elizabeth Kahn, Case No. 2:16-cv-17039 | |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION
FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION UNDER SEAL
AND MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Sanofi"), respectfully request leave of Court to file under seal their Reply Memorandum in Support of Defendants' Motion for Summary Judgment Based on Preemption, including Exhibits 138-139. Sanofi further requests leave to file the Reply Memorandum in excess of the 10-page limit set forth in Local Rule 7.7.

Sanofi respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Sanofi's Reply contains several references to documents which have been designated as confidential and/or "protected information," as set

forth in PTO 50.  The same is true of the source documents themselves, which are attached as Exhibits 138-139 to the Reply.  For these reasons, this Reply and Exhibits 138-139 must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)).  In this matter, the entry of PTO 50 mandates that the pleading and exhibits at issue be sealed.  *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Therefore, under PTO 50 and the applicable case law, Sanofi's Reply and Exhibits 138-139 should be filed under seal.

Sanofi further requests leave to file the Reply Memorandum in excess of the 10-page limit set forth in Local Rule 7.7.  The standard limit of 10 pages for the Reply Memorandum is insufficient under these circumstances to appropriately address the issues raised by Plaintiff's Opposition to Sanofi's Motion. Therefore, Defendants request additional pages to respond to Plaintiff's Opposition to Sanofi's Motion for Summary Judgment.

Wherefore, Defendants pray that this Court will grant leave to file their Reply Memorandum under seal and to exceed the 10-page limit set forth in Local Rule 7.7.

          Respectfully submitted,

          /s/ *Douglas J. Moore*
          Douglas J. Moore (Bar No. 27706)
          **IRWIN FRITCHIE URQUHART & MOORE LLC**
          400 Poydras Street, Suite 2700
          New Orleans, LA 70130
          Telephone: 504-310-2100
          Facsimile: 504-310-2120
          dmoore@irwinllc.com

> Harley V. Ratliff
> Jon Strongman
> Adrienne L. Byard
> **SHOOK, HARDY& BACON L.L.P.**
> 2555 Grand Boulevard
> Kansas City, Missouri 64108
> Telephone: 816-474-6550
> Facsimile: 816-421-5547
> hratliff@shb.com
> jstrongman@shb.com
> abyard@shb.com
>
> *Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*