UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Elizabeth Kahn, Case No. 2:16-cv-17039

## NOTICE OF MANUAL ATTACHMENT

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Defendants" or "Sanofi"), through undersigned counsel, hereby provide notice of the manual attachment of the pleadings listed below, which Defendants have requested be filed under seal pursuant to Local Rule 5.6. Counsel for Sanofi Defendants will deliver the following pleadings to the Court on Thursday, September 24, 2020:

Reply Memorandum in Support of Defendants' Motion to Exclude Expert Testimony of Dr. David Madigan; and Exhibit BB to Reply.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*