**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                           SECTION "H" (5)

THIS DOCUMENT RELATES TO

Elizabeth Kahn, Case No. 2:16-cv-17039

## <u>ORDER</u>

    Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Reply Memorandum in Support of Defendants' Motion to Exclude Expert Testimony of Dr. David Madigan UNDER SEAL;

    IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Reply Memorandum in Support of Defendants' Motion to Exclude Expert Testimony of Dr. David Madigan, including Exhibit BB, UNDER SEAL.


_____
UNITED STATES DISTRICT JUDGE