# EXHIBIT C

Pierre Mancini

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

     --------------------------------§
 3   IN RE: TAXOTERE (DOCETAXEL)     § MDL No. 2740
     PRODUCTS LIABILITY LITIGATION   §
 4                                   § SECTION: "N" (5)
     This Document Relates To:       §
 5   ALL CASES                       § JUDGE ENGELHARDT
                                     §
 6                                   § MAG. JUDGE NORTH
     --------------------------------§
 7
 8                          - - -
 9              Friday, March 23, 2018
10                          - - -
11
            Videotaped deposition of PIERRE MANCINI,
12    held at DLA Piper UK LLP, 3 Noble Street, London,
      United Kingdom, commencing at 8:19 a.m., on the
13    above date, before Susan D. Wasilewski,
      Registered Professional Reporter, Certified
14    Realtime Reporter, Certified Realtime Captioner,
      Certified Manager of Reporting Services, Florida
15    Professional Reporter, Certified Court Reporter
      (NJ), and Realtime Systems Administrator
16
                            - - -
17
                 GOLKOW LITIGATION SERVICES
18          877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
19
20
21
22
23
24
25
```

```
 1              MR. McCULLY:  Object to form.
 2       A.    So it depends what kind of SAS data sets you
 3   are talking about.  There are multiple departments
 4   at Sanofi.
 5       Q.    Okay.
 6       A.    If we talk about the data set that were used
 7   to generate the tables as they are, you know,
 8   prepared, this is the biostatistics and programming
 9   department, my department.
10       Q.    And so you would have access -- your
11   department and people within your department, would
12   have access to the data sets for TAX316, correct?
13       A.    Yes.
14       Q.    The data sets for GEICAM 9805?
15       A.    Yes.
16       Q.    And they would have access to the programs
17   that -- the SAS programs that you would apply to
18   those data sets?
19       A.    Yes.
20       Q.    Okay.  And would you have access to all of
21   the data sets that went into compiling the final
22   clinical study reports as well?
23       A.    Yes.
24       Q.    And so you -- and you would have access to
25   all of the SAS data files that were applied against
```

Pierre Mancini

```
 1    the data sets that generated the final clinical

 2    study reports?

 3         A.    Yes.

 4         Q.    Okay.  And where are those kept?

 5               MR. McCULLY:  Object.

 6         Q.    I mean, is there -- is it kept in DOMASYS?

 7               MR. McCULLY:  Object to form.

 8         A.    So if I talk about my space or my area, we

 9    have a computing environment system where those

10    things are kept.  And it's not DOMASYS.  It's called

11    WISE.

12         Q.    WISE, W-I-S-E?

13         A.    Yes.

14         Q.    Okay.

15         A.    Although -- yeah.

16         Q.    So if you -- if you wanted to -- if you

17    wanted to go to -- to locate the data sets in the

18    SAS program files that were used to generate

19    Exhibits 7 and 8, you could go to an employee within

20    your department, and you could go and pull those on

21    a computer, correct?

22               MR. McCULLY:  Object to form.

23         A.    Can you specify your question?

24         Q.    Sure.  You said that you had access to the

25    data sets, and you had access to the SAS files,
```