UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

# [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits 1 and 2 to Reply Memorandum in Support of Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei (Rec. Doc. 11157) Under Seal,

    IT IS ORDERED that said Motion is GRANTED;

    IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits 1 and 2 to Reply Memorandum in Support of Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei (Rec. Doc. 11157) UNDER SEAL.

    New Orleans, Louisiana, this ___ of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE