UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

### REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF, ELIZABETH KAHN'S, PARTIAL MOTION FOR SUMMARY JUDGMENT ON THE COMPARATIVE FAULT OF HER TREATING PHYSICIANS AND MISUSE OF TAXOTERE

Plaintiff seeks partial summary judgment dismissing Sanofi's Affirmative Defenses Nos. 15, 18, 19, 21, 26, 27, 44, and 91 asserting third party liability and product misuse.[1] In opposition, Sanofi offered no evidence that any third party was at fault for Plaintiff's injuries or that Taxotere was used improperly. In fact, Sanofi indicated that it does not intend to raise an affirmative defense that Plaintiff's injury was caused by medical malpractice or that Plaintiff or her treating physicians misused Taxotere in a way that supports the application of third party liability or comparative fault. In essence, Sanofi has conceded the motion and Plaintiff is legally entitled to the specific relief requested in the motion. A moving party is entitled to summary judgment on a defense or part of a defense "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Here the court is compelled to grant Plaintiff's summary judgment on the affirmative defenses of comparative fault and misuse of Taxotere.

Attendant to the granting of the partial summary judgment, Plaintiff simply requests an order unambiguously stating that as a matter of law in this case the Court specifically finds: (1)

---

[1] *See* Defendants' Master Answer and Affirmative Defenses to Plaintiffs' First Amended Master Long Form Complaint (Rec. Doc. 961).

1

there is no comparative fault of anyone including Plaintiff's treating physicians, Dr. Kardinal and Dr. Larned; (2) there was no deviation from the applicable standard of care by Dr. Kardinal or Dr. Larned in the care and treatment provided to Plaintiff; (3) there was no misuse of Taxotere by Plaintiff, Dr. Kardinal, Dr. Larned, or any other person or entity; and (4) the off-label prescription of Taxotere was within the standard of care applicable to Plaintiff's physicians. While it is true that motions in limine will be utilized to ensure no improper arguments or insinuations are made by defense counsel to poison the jury regarding the dispositive rulings associated with this motion, the defendant improperly conflates the use of motions for determination of law, such as this motion, with the purpose and scope of motions in limine.

Sanofi has raised no triable issues related to comparative fault, misuse of Taxotere, or breach of the standard of care by Plaintiff's treating physicians or through the use of Taxotere off-label. At the same time the Plaintiff has demonstrated that all of the applicable expert witnesses, including every applicable defense expert agrees with Plaintiff that the prescribing doctor did nothing wrong or acted beneath the standard of care in prescribing the off-label use of Taxotere. It is admittedly undisputed- there is no evidence to support a defense of comparative fault or misuse of Taxotere. Thus, these matters are appropriate for affirmative summary disposition.

Dated: September 24, 2020                                   Respectfully submitted,

*/s/ Christopher L. Coffin*                                  */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                              Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                            GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                             6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                                Los Angeles, California 90045
Phone: (504) 355-0086                                       Telephone: 510-350-9700
Fax: (504) 355-0089                                         Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                      kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                               *Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID | BARRIOS, KINGSDORF & CASTEIX, LLP |
| MEUNIER & WARSHAUER, LLC | 701 Poydras Street, Suite 3650 |
| 2800 Energy Centre, 1100 Poydras Street | New Orleans, LA 70139 |
| New Orleans, LA 70163-2800 | Phone: 504-524-3300 |
| Phone: 504-522-2304 | Fax: 504-524-3313 |
| Fax: 504-528-9973 | barrios@bkc-law.com |
| plambert@gainsben.com | |
| | *Plaintiffs' Co-Liaison Counsel* |
| *Plaintiffs' Co-Liaison Counsel* | |

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

| | |
|---|---|
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                */s/ Dawn M. Barrios*
                                                                DAWN M. BARRIOS