UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Reply Memorandum in Support of Defendants' Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D. UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Reply in Support of Defendants' Motion to Exclude Expert Testimony of David A. Kessler, M.D., J.D., including Exhibits R-X, UNDER SEAL.

_____
UNITED STATES DISTRICT JUDGE