UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039

## PLAINTIFF'S RESPONSES TO DEFENDANT'S AFFIRMATIVE STATEMENT OF FACTS

Plaintiff, Elizabeth Kahn, offers the following responses to Defendant's Affirmative Statement of Facts attached to Defendants' Responses to Plaintiff's LR 56.1 Statement of Undisputed Facts of Partial Summary Judgment on Causation:

**SANOFI'S STATEMENT NO. 1:** Ms. Kahn relies on expert opinions from Dr. Madigan and Dr. Kessler as general causation evidence.

**PLAINTIFF'S RESPONSE TO NO. 1:** Admitted in part insofar as Plaintiff relies on expert opinion from Drs. Madigan and Kessler as general causation evidence. Denied in part as incomplete.

**SANOFI'S STATEMENT NO. 2:** On August 13, 2020, Sanofi filed motions to exclude expert opinions from Dr. Madigan and Dr. Kessler on the grounds that their opinions were inadmissible under *Daubert*.

**PLAINTIFF'S RESPONSE TO NO. 2:** Admitted.

**SANOFI'S STATEMENT NO. 3:** The Court has not yet ruled on their admissibility.

**PLAINTIFF'S RESPONSE TO NO. 3:** Admitted.

**SANOFI'S STATEMENT NO. 4:** Sanofi's experts have looked at the same evidence as Dr. Madigan and Dr. Kessler and have concluded that the evidence is insufficient to support general causation.

**PLAINTIFF'S RESPONSE TO NO. 4:** Denied insofar as Sanofi's Statement No. 4 is expert opinion rather than fact.

**SANOFI'S STATEMENT NO. 5:** For example, Dr. John Glaspy, Sanofi's oncologist expert witness who testified at the *Earnest* trial, opined, "there is no significant evidence that Taxotere alone results in permanent alopecia."

**PLAINTIFF'S RESPONSE TO NO. 5:** Denied insofar as Sanofi's Statement No. 5 is expert opinion rather than fact.

**SANOFI'S STATEMENT NO. 6:** Sanofi's regulatory expert, Dr. Janet Arrowsmith, has explained that "the currently available scientific evidence does not support an unequivocal causal role for Taxotere alone in persistent or permanent alopecia … [because] the data [is] too confounded to make such an assertion with any scientific or medical certainty."

**PLAINTIFF'S RESPONSE TO NO. 6:** Denied insofar as Sanofi's Statement No. 6 is expert opinion rather than fact.

**SANOFI'S STATEMENT NO. 7:** Dr. Ellen Chang, Sanofi's epidemiologist, concluded: "based on the best available scientific evidence, a causal relationship has not been established between docetaxel-containing chemotherapeutic regimens, compared to nondocetaxel regimens, and irreversible or permanent alopecia."

**PLAINTIFF'S RESPONSE TO NO. 7:** Denied insofar as Sanofi's Statement No. 7 is expert opinion rather than fact.

**SANOFI'S STATEMENT NO. 8:** Before the Earnest trial, Sanofi challenged Ms. Earnest's general causation evidence, arguing that "the opinions of each [general causation] expert [were] independently unreliable."

**PLAINTIFF'S RESPONSE TO NO. 8:** Admitted.

**SANOFI'S STATEMENT NO. 9:** The Court denied Sanofi's motion, deciding that Sanofi could "highlight" these "criticism[s]" for the jury on cross-examination.

**PLAINTIFF'S RESPONSE TO NO. 9:** Admitted to the extent that the Court denied Sanofi's motion. However, Sanofi's Statement No. 9 lacks full context.

**SANOFI'S STATEMENT NO. 10:** As in *Earnest*, Ms. Kahn relies on Dr. Madigan's analysis combining data from the TAX 316 and TAX 301 clinical trials to establish statistical significance.

**PLAINTIFF'S RESPONSE TO NO. 10:** Admitted. However, Sanofi's Statement No. 10 lacks full context.

**SANOFI'S STATEMENT NO. 11:** The Court already acknowledged the problems with Dr. Madigan's TAX clinical trial analysis make his opinions "less persuasive" and ruled that Defendant could "highlight" these "criticism[s]" for the jury on cross-examination.

**PLAINTIFF'S RESPONSE TO NO. 11:** Admitted in part to the extent the Court allowed Sanofi to cross examine Dr. Madigan on his analysis, but denied in part to the extent it is suggested that the Court opined that Dr. Madigan's analysis is problematic or improper under *Daubert*. Sanofi's Statement No. 11 lacks full context.

**SANOFI'S STATEMENT NO. 12:** Also like in Earnest, Dr. Madigan performed analyses on Sanofi's global pharmacovigilance database and FDA FAERS database as "support" for his opinions that a statistically significant relationship exists.

**PLAINTIFF'S RESPONSE TO NO. 12:** Admitted. However, Sanofi's Statement No. 12 lacks full context.

**SANOFI'S STATEMENT NO. 13:** Dr. Madigan admits these analyses do not prove causation.

**PLAINTIFF'S RESPONSE TO NO. 13:** Denied as incomplete.

**SANOFI'S STATEMENT NO. 14:** This Court already decided that Sanofi could "highlight the[] limitations" of Dr. Madigan's pharmacovigilance and FAERS analyses for the jury.

**PLAINTIFF'S RESPONSE TO NO. 14:** Admitted to the extent that the Court denied Sanofi's motion. However, Sanofi's Statement No. 14 lacks full context.

**SANOFI'S STATEMENT NO. 15:** On October 2, 2015, the FDA requested Sanofi to "amend the package insert in Section 6.2 (Postmarketing Experience) (and patient information, if appropriate) to add information on permanent or irreversible alopecia." FDA also asked Sanofi for any additional information on permanent alopecia.

**PLAINTIFF'S RESPONSE TO NO. 15:** Admitted.

**SANOFI'S STATEMENT NO. 16:** On November 24, 2015, Sanofi responded to FDA, proposing an update to the Adverse Reactions section of the physician insert and additional information in the patient counseling insert:
- "Cases of permanent alopecia have been reporter," added to the Post-Marketing Experience section of the Adverse Reactions section of the physician insert;
- "[C]ases of permanent hair loss have been reported," added to the Patient Counseling Information for Physicians section of the label; and

- Listing in the patient labeling: "In most cases normal hair growth should return. In some cases (frequency not known) permanent hair loss has been observed.

**PLAINTIFF'S RESPONSE TO NO. 16:**  Admitted.

**SANOFI'S STATEMENT NO. 17:**  Sanofi's submission to FDA also included the "Clinical Overview" that further evaluated Taxotere and permanent alopecia.

**PLAINTIFF'S RESPONSE TO NO. 17:**  Admitted.

**SANOFI'S STATEMENT NO. 18:**  The Clinical Overview included an analysis of cases of long-standing alopecia reported to Sanofi; a review and analysis of additional medical literature on permanent alopecia ; a review of the clinical trial data on ongoing alopecia (TAX316; GEICAM 9805); a conclusion justifying the proposed label change; and a review of the benefit and risk profile of Taxotere.

**PLAINTIFF'S RESPONSE TO NO. 18:**  Admitted.

**SANOFI'S STATEMENT NO. 19:**  Dr. Powell, the FDA Medical Reviewer responsible for reviewing the Clinical Overview, concluded that "it's impossible to determine whether the permanence of alopecia was due to docetaxel" and that Sanofi's "simple statement that permanent cases have been reported is all that can reliably be said given the tremendous limitations of the available data."

**SANOFI'S RESPONSE TO NO. 19:**  Admitted only insofar as Dr. Powell wrote the

above-quoted statement.  However, Sanofi's Statement No. 19 lacks full context.

**SANOFI'S STATEMENT NO. 20:**  The Court has ruled that Sanofi can cross-examine experts who use the Clinical Overview out-of-context as proving a "causal association."

**PLAINTIFF'S RESPONSE TO NO. 20:**  Denied as incomplete.

**SANOFI'S STATEMENT NO. 21**:  On September 26, 2019, the jury in *Earnest*, after hearing substantially the same evidence Plaintiff's cite in support of their Motion for Partial Summary Judgment, found that Ms. Earnest had not proven that Taxotere caused her permanent hair loss.

**PLAINTIFF'S RESPONSE TO NO. 21:**  Denied.

| | |
|---|---|
| Dated: September 24, 2020 | Respectfully submitted, |
| */s/ Christopher L. Coffin* | */s/ Karen B. Menzies* |
| Christopher L. Coffin (#27902) | Karen Barth Menzies (CA Bar #180234) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | Andre Mura ((CA Bar # 298541) (on the brief) |
| 1100 Poydras Street, Suite 2505 | GIBBS LAW GROUP LLP |
| New Orleans, Louisiana 70163 | 6701 Center Drive West, Suite 1400 |
| Phone: (504) 355-0086 | Los Angeles, California 90045 |
| Fax: (504) 355-0089 | Telephone: 510-350-9700 |
| ccoffin@pbclawfirm.com | Facsimile: 510-350-9701 |
| | kbm@classlawgroup.com |
| *Plaintiffs' Co-Lead Counsel* | |
| | *Plaintiffs' Co-Lead Counsel* |
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID | BARRIOS, KINGSDORF & CASTEIX, LLP |
| MEUNIER & WARSHAUER, LLC | 701 Poydras Street, Suite 3650 |
| 2800 Energy Centre, 1100 Poydras Street | New Orleans, LA 70139 |
| New Orleans, LA 70163-2800 | Phone: 504-524-3300 |
| Phone: 504-522-2304 | Fax: 504-524-3313 |
| Fax: 504-528-9973 | barrios@bkc-law.com |
| plambert@gainsben.com | |
| | *Plaintiffs' Co-Liaison Counsel* |
| *Plaintiffs' Co-Liaison Counsel* | |

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Anne Andrews | Daniel P. Markoff |
| Andrews & Thornton | Atkins & Markoff Law Firm |
| 4701 Von Karman Ave., Suite 300 | 9211 Lake Hefner Parkway, Suite 104 |
| Newport Beach, CA 92660 | Oklahoma City, OK 73120 |
| Phone: (800) 664-1734 | Phone: (405) 607-8757 |
| aa@andrewsthornton.com | Fax: (405) 607-8749 |
| | dmarkoff@atkinsandmarkoff.com |
| J. Kyle Bachus | Abby E. McClellan |
| Bachus & Schanker, LLC | Stueve Siegel Hanson LLP |
| 1899 Wynkoop Street, Suite 700 | 460 Nichols Road, Suite 200 |
| Denver, CO 80202 | Kansas City, MO 64112 |
| Phone: (303) 893-9800 | Phone: (816) 714-7100 |
| Fax: (303) 893-9900 | Fax: (816) 714-7101 |
| kyle.bachus@coloradolaw.net | mcclellan@stuevesiegel.com |

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, Florida 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Genevieve Zimmerman
Meshbesher & Spence Ltd.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
gzimmerman@meshbesher.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                         */s/ M. Palmer Lambert*
                                         **M. PALMER LAMBERT**