UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Kahn v. Sanofi-Aventis, et al, Case No. 2:16-cv-17039

*EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO THE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CAUSATION UNDER SEAL

NOW INTO COURT comes Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully requests leave of Court to file the attachment (Exhibit 1) to the Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment on Causation (Rec. Doc. 11165) under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced attachment to Plaintiff's Reply Memorandum should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and the aforementioned attachment to the Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment on Causation be filed UNDER SEAL.

Dated: September 24, 2020

Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert  
M. Palmer Lambert (#33228)  
GAINSBURGH BENJAMIN DAVID  
MEUNIER & WARSHAUER, LLC  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA 70163-2800  
Phone: 504-522-2304  
Fax: 504-528-9973  
plambert@gainsben.com  

Plaintiffs' Co-Liaison Counsel

/s/Dawn M. Barrios  
Dawn M. Barrios (#2821)  
BARRIOS, KINGSDORF & CASTEIX, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: 504-524-3300  
Fax: 504-524-3313  
barrios@bkc-law.com  

Plaintiffs' Co-Liaison Counsel

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews  
Andrews & Thornton  
4701 Von Karman Ave., Suite 300  
Newport Beach, CA 92660  
Phone: (800) 664-1734  
aa@andrewsthornton.com  

Daniel P. Markoff  
Atkins & Markoff Law Firm  
9211 Lake Hefner Parkway, Suite 104  
Oklahoma City, OK 73120  
Phone: (405) 607-8757  
Fax: (405) 607-8749  
dmarkoff@atkinsandmarkoff.com  

J. Kyle Bachus  
Bachus & Schanker, LLC  
1899 Wynkoop Street, Suite 700  
Denver, CO 80202  
Phone: (303) 893-9800  
Fax: (303) 893-9900  
kyle.bachus@coloradolaw.net  

Abby E. McClellan  
Stueve Siegel Hanson LLP  
460 Nichols Road, Suite 200  
Kansas City, MO 64112  
Phone: (816) 714-7100  
Fax: (816) 714-7101  
mcclellan@stuevesiegel.com  

Lawrence J. Centola, III  
Martzell, Bickford & Centola  
338 Lafayette Street  
New Orleans, LA 70130  
Phone: (504) 581-9065  
Fax: (504) 581-7635  
lcentola@mbfirm.com  

Karen Barth Menzies  
Gibbs Law Group LLP  
6701 Center Drive West, Suite 1400  
Los Angeles, California 90045  
Phone: 510-350-9700  
Fax: 510-350-9701  
kbm@classlawgroup.com  

Christopher L. Coffin  
Pendley, Baudin & Coffin, L.L.P.  
1100 Poydras Street, Suite 2505  
New Orleans, Louisiana 70163  
Phone: (504) 355-0086  
Fax: (504) 355-0089  
ccoffin@pbclawfirm.com  

David F. Miceli  
David F. Miceli, LLC  
P.O. Box 2519  
Carrollton, GA 30112  
Phone: (404) 915-8886  
dmiceli@miceli-law.com

| | |
|---|---|
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
