UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Kahn v. Sanofi-Aventis, et al, Case No. 2:16-cv-17039 | |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO THE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CAUSATION UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment on Causation (Rec. Doc. 11165) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachment (Exhibit 1) to the Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment on Causation UNDER SEAL.

New Orleans, Louisiana, this ___ of September, 2020.

						_____
						HON. JANE TRICHE MILAZZO
						UNITED STATES DISTRICT JUDGE

1