Page 1

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2                 CASE NO. 2:16-cv-17039
3
4   ELIZABETH KAHN,                    ) VIDEOCONFERENCE
                                         VIDEOTAPED
5                                      ) DEPOSITION OF:
              Plaintiff,               )
6                                      )
        v.                             ) LINDA
7                                      ) BOSSERMAN, M.D.
                                       )
8   SANOFI S.A., SANOFI-AVENTIS        )
    U.S. L.L.C., SANOFI US SERVICE,    )
9   INC., and AVENTIS-PHARMA S.A.,     )
                                       )
10            Defendants.              )
    _____    )
11
12
13          TRANSCRIPT of the stenographic notes of
14   the proceedings in the above-entitled matter, as
15   taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,
16   held via Zoom videoconference from multiple
17   locations, with the witness located at 3803 Seashore
18   Drive, Newport Beach, California on Friday, April 17,
19   2020, commencing at 11:34 a.m.
20
21
22
23
24
25

Page 138

1  issue.
2      Q.   Do you recall reviewing any medical
3  records for Ms. Kahn that indicated that her alopecia
4  resolved?
5      A.   I do recall some visits that indicated
6  her hair may be growing back.  I didn't make specific
7  notes about that.  But I remember that, and then her
8  issues with the -- it hadn't really grown back.  So I
9  didn't really -- I didn't really track that in the
10 record or make records of that.
11     Q.   So you made no evaluation about whether
12 or not Ms. Kahn actually had her hair grow back after
13 her chemotherapy.  Correct?
14          MR. MICELI:  Objection to form.
15     A.   That is not my area of expertise in this
16 case, nor did I address it.
17     Q.   Does it have any bearing on your
18 opinions in this case whether or not Ms. Kahn's hair
19 actually did grow back following chemotherapy?
20     A.   I'm sorry.  Can you rephrase the
21 question?
22     Q.   Does it have any bearing on your opinion
23 in this case whether or not Ms. Kahn's hair actually
24 grew back following chemotherapy?
25     A.   Is my opinion that Sanofi withheld

Page 139

1  critical information from a clinical trial have
2  anything to do with what happened to this patient?
3          That's not -- I'm not the expert talking
4  about hair loss and causation.  I can talk about the
5  absolute immoral behavior of not providing what was
6  known in the clinical trial to the broad public and
7  the physicians.
8          MR. STRONGMAN:  I'm going to move to
9  strike as non-responsive.
10     Q.   Doctor, I'm going to ask you this
11 question specific to Ms. Kahn.
12          Okay.  So my question is as it relates
13 to the opinions that you've offered regarding
14 Ms. Kahn, does it matter one way or another whether
15 or not her hair grew back after chemotherapy, to you?
16     A.   The opinions that I expressed were about
17 the informed consent process, the options for
18 treatment and reading her deposition and
19 Dr. Kardinal's, that had they been informed,
20 Dr. Kardinal would have considered it -- would have
21 counselled the patient, and she had stated --
22 she admitted that she would make a different
23 decision.
24          That's my expertise.  What happened to
25 her, whether she did or didn't experience what should

Page 140

1  have been informed --  what should have been informed
2  of does not change my opinion.
3      Q.   Okay.  So your opinion does not change
4  even if Ms. Kahn's hair did grow back after
5  chemotherapy.  Correct?
6          MR. MICELI:  Object to the form.
7      A.   Correct.
8      Q.   Now, do you expect -- strike that.
9          Did you expect counsel to provide you
10 with representative photos of Ms. Kahn during the
11 relevant time period?
12          MR. MICELI:  Object to the form.  And do
13 not discuss what you and I have discussed.  I know
14 Jon is not asking you to discuss our -- our
15 conversations with our experts.
16     A.   Yeah, I never requested pictures.  When
17 you asked what pictures I had, I actually looked at
18 the database.  I had downloaded that file.  It has
19 nothing to do with me writing my report or generating
20 my opinions.
21     Q.   Well, would you have expected the
22 pictures that Ms. Kahn's lawyer provided you to
23 actually represent what her hair looked like at the
24 relevant time period?
25          MR. MICELI:  Object to the form.

Page 141

1      A.   I didn't expect to get any pictures.  I
2  am not the picture hair loss person, nor am I
3  discussing that aspect to write my report.  I have
4  enough to do and cover.
5      Q.   Have you discussed Ms. Kahn's hair loss
6  or hair regrowth with anybody outside of an attorney?
7      A.   Not that I recall.
8      Q.   When you reviewed the depositions of
9  Ms. Kahn's treaters, did you have all of the exhibits
10 with you as well?
11     A.   Okay.  I have no idea what exhibits
12 you're talking about.
13     Q.   Well, I'm saying, Doctor, you understand
14 that along with the deposition, there are exhibits
15 that were marked and used during the deposition.
16          Do you understand what I'm referring to?
17     A.   Yes.
18     Q.   And you reviewed, let's just say,
19 Dr. Kardinal's deposition.
20          Did you also review the exhibits to his
21 deposition?
22     A.   Not that I recall.
23     Q.   And with regard to Dr. Larned, when you
24 reviewed her deposition, did you review the exhibits
25 that went along with her deposition?