# EXHIBIT I

Page 1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
     IN RE: TAXOTERE              )
 3   (DOCETAXEL) PRODUCTS         )
     LIABILITY LITIGATION         )
 4                                )  MDL No. 2740
     This Document Relates To:    )
 5                                )  SECTION: H
     Antoinette Durden, Case      )
 6   No. 2:16-cv-16635            )
                                  )
 7   Tanya Francis, Case          )
     No. 2:16-cv-17410;           )
 8                                )
     Barbara Earnest, Case        )
 9   No. 2:16-cv-17144            )
10
11   ******************************************************
12             ORAL VIDEOTAPED DEPOSITION OF
13                LAURA PLUNKETT, PH.D.
14                 DECEMBER 10, 2018
15   ******************************************************
16
17
          ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18   PH.D., produced as a witness at the instance of the
     Defendants and duly sworn, was taken in the
19   above-styled and numbered cause on the 10th day of
     December, 2018, from 9:21 a.m. to 5:22 p.m., before
20   Stephanie Barringer, Certified Realtime Reporter
     (CRR), Registered Professional Reporter (RPR), and
21   Certified Shorthand Reporter (CSR) in and for the
     State of Texas, reported by stenographic means at the
22   offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
     Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23   the Federal Rules of Civil Procedure and the
     provisions stated on the record or attached hereto.
24
25   Job No. NJ3152742
```

Page 74

1  you haven't read. So let me sort of ask you a
2  different question.
3      As you sit here today, you
4  don't -- you -- you don't have any information
5  which would indicate that FDA has ever said or
6  concluded that the risks of Taxotere outweigh its
7  benefits, true?
8    A.  I could not point you to something. But,
9  again, the answer is I haven't actually looked.
10 I'd have to do a complete assessment, and I have
11 not done that.
12   Q.  Well, ma'am, you've reviewed FDA
13 documents related to Taxotere, right?
14   A.  I have not reviewed every FDA document
15 related to Taxotere, no.
16   Q.  I didn't ask that.
17   A.  I have reviewed some. Yes, I have.
18   Q.  And in all the FDA documents you reviewed
19 related to Taxotere, you never saw the statement
20 that FDA's concluded that the risks of Taxotere
21 outweigh its benefits, true?
22   A.  That is what I answered for you. Based
23 on what I have seen, I can't point you to a
24 document that states that.
25   Q.  And you cannot, likewise, identify any

Page 75

1  peer-reviewed publication that has concluded that
2  the risks of Taxotere outweigh its benefits?
3    A.  I don't recall one based on ones that I
4  have reviewed.
5    Q.  And you'd agree that you cannot identify
6  any regulatory authority anywhere that has
7  concluded that the risks of Taxotere outweigh its
8  benefits, true?
9        MR. MICELI:  Object to the form.
10   A.  The same answer I gave you before. I
11 haven't done that assessment, so I can't answer
12 that.
13   Q.  (BY MS. SASTRE)  Okay. My question is
14 different.
15       You cannot identify by name any
16 regulatory authority that's concluded that the
17 risks of Taxotere outweigh its benefits, true?
18       MR. MICELI:  Same objection.
19   A.  I can't -- I have not attempted to do
20 that. So no, I can't point to one. No.
21   Q.  (BY MS. SASTRE)  Okay. In your research
22 of Taxotere, you did not come across any
23 information which would allow to you to even --
24 to -- which would indicate -- let me ask that
25 again.

Page 76

1       Over the course of your research,
2  you did not come across any information which
3  indicated that any regulatory authority has
4  concluded that the risks of Taxotere outweigh its
5  benefits, true?
6    A.  That is true. But I also did not attempt
7  to do that.
8    Q.  Okay.
9        MS. SASTRE:  Let's go ahead and
10 take a break.
11       THE VIDEOGRAPHER:  We are off the
12 record at 10:29.
13       (Recess taken.)
14       THE VIDEOGRAPHER:  We are back on
15 the record at 10:46.
16   Q.  (BY MS. SASTRE)  Welcome back from break.
17       Dr. Plunkett, before we broke --
18 a few minutes before we broke, you'd given me a
19 list of medications -- there were five of them --
20 where you said that you believe that Taxotere had a
21 greater risk of permanent alopecia as compared to
22 these other chemotherapy treatments.
23       Do you recall that generally?
24   A.  Yes. Based on the information I
25 reviewed.

Page 77

1    Q.  Of course.
2        And you told me about Taxol,
3  5-FU, doxorubicin, cyclophosphamide, cis- -- you'll
4  have to help me with that one.
5    A.  Cisplatin.
6    Q.  Thank you.
7        Cisplatin and prednisone,
8  correct?
9    A.  Yes. And did you -- you used the word
10 permanent alopecia in your question, correct, not
11 just alopecia generally?
12   Q.  Yes.
13   A.  That's -- okay. That's fine. But -- and
14 I want to be clear because that -- it makes a
15 difference. So...
16   Q.  Okay. And with regard to a monotherapy
17 head-to-head treatment with regard to Taxol and
18 Taxotere, you told me about the 311 trial, correct?
19   A.  Yes. That's the only one that I was able
20 to identify head-to-head.
21   Q.  Okay. And you agreed with me that that
22 trial was not focused on permanent alopecia, true?
23   A.  I did agree with you on that.
24   Q.  Okay. Very good.
25       So let me ask you just very

20 (Pages 74 - 77)