# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*******************************************************************

IN RE:  TAXOTERE (DOCETAXEL)          Docket No. 16-MD-2740
PRODUCTS LIABILITY LITIGATION         Section H
                                      New Orleans, LA
Relates to:  Barbara Earnest          Wednesday, September 25, 2019
             16-CV-17144

*******************************************************************

                    TRANSCRIPT OF TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE
                       DAY 8, MORNING SESSION


APPEARANCES:

FOR THE PLAINTIFF:               BACHUS & SCHANKER, LLC
                                 BY:  DARIN L. SCHANKER, ESQ.
                                      J. KYLE BACHUS, ESQ.
                                 1899 Wynkoop St., Suite 700
                                 Denver, CO 80202

                                 FLEMING NOLEN & JEZ
                                 BY:  RAND P. NOLEN, ESQ.
                                 2800 Post Oak Blvd., Suite 4000
                                 Houston, TX 77056

                                 GIBBS LAW GROUP, LLP
                                 BY:  KAREN B. MENZIES, ESQ.
                                 6701 Center Drive West, 14th Floor
                                 Los Angeles, CA 90045

                                 DAVID F. MICELI, LLC
                                 BY:  DAVID F. MICELI, ESQ.
                                 P.O. Box 2519
                                 Carrollton, GA 30112-0046

                                 PENDLEY BAUDIN & COFFIN
                                 BY:  CHRISTOPHER L. COFFIN, ESQ.
                                 2505 Energy Centre
                                 1100 Poydras St.
                                 New Orleans, LA 70163
```

```
11:13:57   1            (WHEREUPON, THE FOLLOWING BENCH CONFERENCE WAS HELD:)
11:14:11   2            THE COURT:  What is your objection of this man?  He is
11:14:11   3   not going to testify about FDA regulations, he is going to say as a
11:14:11   4   treating oncologist I read --
11:14:11   5            MR. MICELI:  I am entirely fine with that, that's where
11:14:11   6   we're going.  But when I read his report that's not what I get out
11:14:24   7   of it, your Honor, and I have to be hesitate to say --
11:14:24   8            MR. STRONGMAN:  I haven't implied I am going to do
11:14:24   9   anything other than --
11:14:24  10            THE COURT:  I saw one paragraph of his report -- because
11:14:25  11   there was no Daubert motion filed on behalf of Dr. Glaspy.
11:14:28  12            MR. MICELI:  Right.
11:14:29  13            THE COURT:  So what I saw was that one area he is not
11:14:33  14   being tendered as an expert in the field of FDA regulations.
11:14:42  15            MR. MICELI:  As long as that's what we hear, I am fine
11:14:42  16   with that.  But I read it differently.
11:14:42  17            What had happened was, your Honor, in the deposition we
11:14:45  18   have a question that says he hasn't undertaken it, he would defer
11:14:59  19   to regulatory experts.  Then he said that he looked at an e-mail
11:14:59  20   that was not disclosed in his review material, and that is the
11:14:59  21   strike through e-mail that seems like every witness in this case
11:14:59  22   has looked at, and I was concerned that there may be some testimony
11:15:04  23   because of that testimony in the deposition.
11:15:08  24            MR. STRONGMAN:  That's not my intent.
11:15:08  25            MR. MICELI:  It's not the intent, that's fine.
```