UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Anita Willis v. Sanofi US Services In., et al.*; Case No. 2:17-cv-15826 | : : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
FILE AMENDED SHORT FORM COMPLAINT**

**NOW COMES** Plaintiff, Anita Willis, by and through the undersigned counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file an Amended Short Form Complaint, as attached hereto as Exhibit A.

Plaintiff's counsel conferred with counsel for Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., who agreed, in the interest of judicial economy, not to oppose the motion for leave to amend, with the understanding and agreement that Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

This Motion also dismisses with prejudice all previously named Sanofi Defendants.

Dated: September 25, 2020                                        Respectfully Submitted,

                                                **PULASKI KHERKHER, PLLC**

                                                /s/ *Leslie LaMacchia*
                                                Leslie LaMacchia
                                                Adam Pulaski
                                                2925 Richmond, Suite 1725
                                                Houston, TX 77098
                                                Tel: (713) 664-4555
                                                Fax: (713) 664-7543
                                                llamacchia@pulaskilawfirm.com
                                                adam@pulaskilawfirm.com

                                                *Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants did not indicate any opposition to the relief requested.

## CERTIFICATE OF SERVICE

I certify that on September 25, 2020, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

                                                /s/ *Leslie LaMacchia*
                                                Leslie LaMacchia