# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Shirlon Pigott ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:18-cv-08673 |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shirlon Pigott .

Date: 

/s/J. Christopher Elliott
*Attorney's signature*

J. Christopher Elliott No. 41063
*Printed name and bar number*

101 West Colfax, Suite 650
Denver, Colorado 80202

*Address*

celliott@coloradolaw.net
*E-mail address*

(303) 893-9800
*Telephone number*

(303) 893-9900
*FAX number*