MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 24, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL NUMBER:  2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION　　　　　　　　　　　　　　SECTION: "H"(5)

　　　　　　　　　　　　　　　　　　　　　　　THIS DOCUMENT RELATES TO
　　　　　　　　　　　　　　　　　　　　　　　ALL CASES

A status conference via telephone was held on this date in the presence of a Court Reporter (Mary Thompson).

PARTICIPATING:　　Chris Coffin　　　Geoff Coan
　　　　　　　　　Karen Menzies　　　Kathleen Kelly
　　　　　　　　　Palmer Lambert　　 Cliff Merrell
　　　　　　　　　Dawn Barrios　　　 Michael Suffern
　　　　　　　　　Andrew Lemon　　　 Brenda Sweet
　　　　　　　　　Jason Fraxedas　　 Julie Park
　　　　　　　　　　　　　　　　　　 john Olinde

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL B. NORTH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:20)