UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Juanita Greer, Case No. 2:18-cv-11728

### SANOFI'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING IN SUPPORT OF MOTION FOR JUDMENT ON THE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to file a Supplemental Pleading in Support of their Motion for Judgment on the Pleadings.  Sanofi requests leave to file this supplemental pleading to address the Court's September 22, 2020 ruling on Plaintiffs' Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs, which included proposed amendments to Ms. Greer's Short Form Complaint (SFC).  As more fully set forth in the attached proposed pleading, because Ms. Greer's permitted SFC amendments have no impact on Sanofi's pending Motion for Judgment on the Pleadings, the Motion is fully briefed and ready for ruling.

　　　　WHEREFORE, Sanofi respectfully requests that this Court grant leave to file its Supplemental Pleading in Support of its Motion for Judgment on the Pleadings.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | |
| Douglas J. Moore (Bar No. 27706) | Harley V. Ratliff |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Jon Strongman |
| 400 Poydras Street, Suite 2700 | Adrienne L. Byard |
| New Orleans, LA 70130 | **SHOOK, HARDY & BACON L.L.P.** |
| Telephone: 504-310-2100 | 2555 Grand Boulevard |
| Facsimile: 504-310-2120 | Kansas City, Missouri 64108 |
| dmoore@irwinllc.com | Telephone: 816-474-6550 |
| | Facsimile: 816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2