UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
Alice Hughes, Case No. 2:17-cv-11769

**PLAINTIFF'S MOTION TO CONTINUE DEADLINES SET BY DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS AND MOTION FOR EXPEDITED CONSIDERATION**

NOW INTO COURT, through undersigned counsel, comes Plaintiff who respectfully moves this Court to continue the date that the Plaintiff's opposition to Defendant Accord Healthcare, Inc's Motion for Summary Judgment on Preemption Grounds is due, October 6, 2020, and set it to coincide with the date of Plaintiff's opposition to Defendant Sandoz Inc.'s preemption motion.

Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds is set for submission on October 14, 2020. Plaintiff's opposition is due on October 6, 2020, the first day of the hearings set on the *Kahn* motions. For the reasons set forth in the memorandum in support, Plaintiff requests that the Court schedule a conference call with counsel before October 1, 2020, to discuss continuing the deadline for Plaintiff's opposition to Accord's preemption motion to coincide with the date Plaintiff's opposition to Sandoz's preemption motion will be due. The (second) motion deadline for the third trial is November 9, 2020, and the PSC anticipates Sandoz filing a similar preemption motion on November 9, 2020.

Accord opposes this motion.

1

WHEREFORE, Plaintiff respectfully requests that this Court schedule a conference call before October 1, 2020 with counsel to discuss continuance of Plaintiff's opposition deadline for Accord's preemption motion, and grant her Motion to Continue the Date of Plaintiff's Opposition to Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds and enter the attached order setting the due date for Plaintiff's oppositions to Accord's preemption motion to the same due date of Plaintiff's opposition to Sandoz's preemption motion.

Dated: September 29, 2020                                    Respectfully submitted,

/s/ Christopher L. Coffin                                    /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                               Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                             GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                              6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                                 Los Angeles, California 90045
Phone: (504) 355-0086                                        Telephone: 510-350-9700
Fax: (504) 355-0089                                          Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                       kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                                *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                                         /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                                   Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                    BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                     701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                      New Orleans, LA 70139
New Orleans, LA 70163-2800                                   Phone: 504-524-3300
Phone: 504-522-2304                                          Fax: 504-524-3313
Fax: 504-528-9973                                            barrios@bkc-law.com
plambert@gainsben.com

                                                             *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                    */s/ Dawn M. Barrios*
                                                    DAWN M. BARRIOS