UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO Alice Hughes, Case No. 2:17-cv-11769 | SECTION "H" (5) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE DEADLINES SET BY DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS AND MOTION FOR EXPEDITED CONSIDERATION**

There are two Plaintiffs set to begin discovery for Trial 3- Alice Hughes, whose docetaxel was manufactured by Accord, and Wanda Stewart, whose docetaxel was manufactured by Sandoz. Both manufacturers are 505(b)(2) defendants. *See* CMO 21.

The Court adopted the parties' agreed upon trial schedule for Trial 3. *See* CMO 14G. The agreed upon trial schedule was developed, in part, from discussions in Chambers that resulted in dividing pre-trial motions into two categories- (1) Initial Motions and Briefs and (2) Motions and Briefs. The Initial Motions deadline was March 12, 2020 and the second deadline for Motions and Briefs is November 9, 2020. The reasoning for two separate submission dates for motions was to bring dispositive motions early so that the effort and expense of discovery would be avoided. This dual motion track was designed to achieve efficiency.

The Initial Motions and Briefs deadline for Trial 3 of March 12, 2020 passed and neither Accord nor Sandoz filed any motions.[1] But on September 20, 2020, six (6) months past the Initial Motions and Briefs deadline, Accord filed a Motion for Summary Judgment on Preemption

---

[1] The Court selected 3 plaintiffs for Trial 3- one plaintiff against Accord, one against Sandoz and one against Hospira. Only Hospira filed an initial motion subject to the March 12, 2020 deadline.

1

Grounds.  (Rec. Doc. 11074).[2]  Its submission date is October 14, 2020, and Plaintiff's opposition is due October 6, 2020, the first day of the oral argument of 15 motions for the *Kahn* trial and a motion for reconsideration of Sanofi's 2006 fence post motion.  (Rec. Docs. 11059 and 11121)

Plaintiff seeks expedited consideration of the instant motion as Plaintiff's opposition deadline is currently only 7 days away, and suggests that, subject to the availability of the Court, a conference call be set prior to October 1, 2020 to discuss this issue.

Accord's 505(b)(2) preemption motion is one of first impression for this Court, and the parties' expert reports on a 505(b)(2) manufacturer's labeling responsibilities under FDA regulations are almost diametrically opposed. As a result, the issues are complex. Plaintiff respectfully asks the Court to move the date on which Plaintiff's opposition to Accord's preemption motion is due to coincide with the date Plaintiff's opposition to Sandoz's (to be filed) preemption motion is due. This continuance will allow the Court to consider the 505(b)(2) manufacturers' arguments together and provide Plaintiff's counsel and the PSC the ability to focus on the hearings scheduled October 6 and 7.

More importantly, should Plaintiff have to file her opposition to Accord's preemption motion on October 6, the other 505(b)(2) defendant, Sandoz, will have a preview of the Plaintiff's defenses and arguments against a 505(b)(2) claim of preemption.  No one involved in this litigation is naïve, and no one should believe that Sandoz will pass on taking a swing at the defense of preemption.  It is inevitable that Sandoz will file such a motion.

The reasoning behind having all motions filed on the same day is to keep a level playing field.  If everyone has to file motions or oppositions on the same date, no party gains an advantage by seeing the opposing party's papers before filing theirs.

---

[2] Plaintiffs acknowledge that motions "may" be filed after the initial deadline.  (CMO 14E and 14G). But the dual tracks seemed to be preferred by the Court for the sake of efficiency.

There is no prejudice to Accord by postponing the Plaintiff's opposition for a matter of weeks, especially since it waited approximately six months after the initial motion deadline to file the preemption motion.

Wherefore, Plaintiff asks the Court to grant expedited consideration of this motion and move the deadline for Plaintiff's opposition to Accord's preemption motion to the same due date as Plaintiff's opposition to Sandoz's preemption motion.

Dated: September 29, 2020

Respectfully submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, Florida 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Genevieve Zimmerman<br>Meshbesher & Spence Ltd.<br>1616 Park Avenue South<br>Minneapolis, MN 55404<br>Phone: (612) 339-9121<br>Fax: (612) 339-9188<br>gzimmerman@meshbesher.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>   /s/ Dawn M. Barrios
>   DAWN M. BARRIOS