UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Alice Hughes, Case No. 2:17-cv-11769 | |

**[PROPOSED] ORDER**

Considering Plaintiff's Motion to Continue Deadlines Set by Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds;

IT IS ORDERED that said motion is granted and Plaintiffs' oppositions to both Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds is continued to the same date as Plaintiff's opposition to Sandoz Inc.'s preemption motion.

New Orleans, Louisiana, this ___ day of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES

1