UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Jessica Callahan
Case No.: 2:19-cv-14549

## DECLARATION

I, Jason Long, have attempted to reach my client, Jessica Callahan on the following dates: May 7, 2020, May 8, 2020, May 14, 2020, May 26, 2020, Aug 12, 2020, Aug 18, 2020 by __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, ____ U.S. Mail, ____ Certified Mail, ____ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
Counsel for plaintiff