UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Sherry Gordon
Case No.: 2:20-cv-00682

## DECLARATION

I, Jason Long, have attempted to reach my client, Sherry Gordon on the following dates: August 7, 2020, August 17, 2020, August 21, 2020, August 24, 2020, September 4, 2020 by __x__ telephone, __x__ e-mail, __x__ text message, ____ social media, ____ U.S. Mail, ____ Certified Mail, __x__ other (FedEx), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
Counsel for plaintiff