# EXHIBIT A

## Sweet, Brenda A.

| | |
|---|---|
| **From:** | Dawn Barrios <barrios@bkc-law.com> |
| **Sent:** | Wednesday, September 23, 2020 8:32 PM |
| **To:** | Callsen, Julie; p lambert |
| **Cc:** | Sweet, Brenda A. |
| **Subject:** | RE: Taxotere- Continued Submission Date of Preemption |

**<<< EXTERNAL EMAIL >>>**

Julie,

We ran into strong opposition when we discussed your counter offer below, and we must reject it.  Leadership wishes to use the original deadline date in the agreed and operable trial schedule (CMO 14G) for filing oppositions, i.e., December 4, 2020. As stated on our initial call to you regarding Accord's preemption motion, we believe it should have been filed on either the initial motions schedule or the upcoming motions schedule in CMO 14G.

Importantly, since you cite your experts in the motion, and with Trial 3 expert discovery of Sandoz and Accord experts proceeding through late October, it only is fair to brief this motion on the agreed schedule for Trial 3 motions as it takes into account negotiated deadlines to allow for completion of expert discovery with sufficient time to incorporate such discovery into motions.  Indeed, we haven't yet deposed your regulatory expert whose opinions you cite in support of your position.

Should your client disagree, we must seek Court intervention. Since our opposition deadline is fast approaching, we must get to the Court this week.

Best,
Palmer and Dawn



Dawn Barrios



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Dawn Barrios
**Sent:** Wednesday, September 23, 2020 8:24 AM

1

**To:** Callsen, Julie <Julie.Callsen@TuckerEllis.com>; p lambert <plambert@gainsben.com>
**Cc:** Sweet, Brenda A. <brenda.sweet@tuckerellis.com>
**Subject:** RE: Taxotere- Continued Submission Date of Preemption

Thanks, Julie.  We will run it up the flagpole.
d

---

**From:** Callsen, Julie <Julie.Callsen@TuckerEllis.com>
**Sent:** Wednesday, September 23, 2020 8:07 AM
**To:** Dawn Barrios <barrios@bkc-law.com>; p lambert <plambert@gainsben.com>
**Cc:** Sweet, Brenda A. <brenda.sweet@tuckerellis.com>
**Subject:** RE: Taxotere- Continued Submission Date of Preemption

Dawn and Palmer-
We will only agree to the submission date of November 11 for the preemption motion, if plaintiffs can file their opposition by October 27th with our Reply due November 11 as of right (as in other trial selection cases) on this date with no further submission date required.  Also we would like to schedule the hearing early the week of November 23rd before Thanksgiving.  Otherwise, let's use a submission date of October 28, 2020.

Please advise.  Thanks, j

**Julie A. Callsen | Partner | Tucker Ellis LLP**
**950 Main Avenue, Suite 1100**
**Cleveland, OH 44113-7213**
Direct: 216-696-2286 | Cell: 216-210-6433 |
julie.callsen@tuckerellis.com         Online biography - Julie Callsen
tuckerellis.com

---

**From:** Dawn Barrios <barrios@bkc-law.com>
**Sent:** Monday, September 21, 2020 10:40 PM
**To:** Callsen, Julie <Julie.Callsen@TuckerEllis.com>
**Cc:** p lambert <plambert@gainsben.com>
**Subject:** Taxotere- Continued Submission Date of Preemption

**<<< EXTERNAL EMAIL >>>**

---

Julie,
We apologize for the delay in following up with you on the submission date for Accord's preemption motion.  We appreciate your willingness to work with us on a later date. We suggest the submission date of November 11, which allow the Court time to review and rule on it prior to the pre-trial motions in Kahn.
Let us know if you wish to discuss.
Best,
Palmer and Dawn


Dawn Barrios



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail