UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Christine Navarro
**Case No.:** 2:20-cv-00936

## DECLARATION

I, Jerry E. Martin, have attempted to reach my client, Christine Navarro, on the following dates: 3/25/2020; 3/27/2020; 3/30/2020; 3/31/2020; 4/1/2020; 4/3/2020; 4/6/2020; 4/13/2020; 5/4/2020; 5/6/2020; 5/8/2020; 5/12/2020; 5/13/2020; 8/11/2020; and 9/23/2020 by (check all that apply) _x_ telephone, _x_ e-mail, _x_ text message, ____ social media, _x_ U.S. Mail, _x_ Certified Mail, _x_ Fedex, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: September 30, 2020                         Respectfully submitted,

*/s/ Jerry E. Martin*
Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, LLC
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Fax: (615) 252-3798
jmartin@barrettjohnston.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 30th day of September, 2020, electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  /s/ Jerry E. Martin
                                                  Jerry E. Martin