# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|---------------------|---------------------------|----------------|
| 1 | Addison | Donna | 2:20-cv-00678 | 2/27/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | Both sanofi and 505 |
| 2 | Allen | Jessie | 2:17-cv-16727 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 3 | Asberry | Robin | 2:19-cv-13514 | 11/8/2019 | PFS Not Substantially Complete | sanofi |
| 4 | Ballard | Barbara | 2:19-cv-12676 | 9/18/2019 | No HIPPA and No Psychiatric Authorizations (HIPAA and Psychiatric Authorizations expired by time PFS produced to defendants); No PTO 71A | sanofi |
| 5 | Barfield | Louvenia | 2:19-cv-13730 | 11/20/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 6 | Belyea | Kathy | 2:19-cv-12686 | 9/19/2019 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi |
| 7 | Berndt | Bonnie | 2:19-cv-14353 | 12/9/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 8 | Bishop | Catherine | 2:19-cv-14327 | 12/9/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 9 | Bowen | Lilita | 2:20-cv-01426 | 5/13/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO-71) | 505 |
| 10 | Brantley | Jerry | 2:19-cv-14053 | 12/4/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO-71) | 505 |
| 11 | Brown | Mary | 2:17-cv-13978 | 12/1/2017 | PFS Not Substantially Complete; No HIPPA Authorization (HIPAA Authorization expired by time produced to defendants) | sanofi |
| 12 | Brown | Rosalyn | 2:20-cv-00657 | 2/24/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 13 | Brown | Terri | 2:19-cv-14241 | 12/8/2019 | PFS Not Substantially Complete | 505 |
| 14 | Brunson | Sharlene | 2:20-cv-01228 | 4/17/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi |
| 15 | Bufford | Angela | 2:18-cv-13125 | 12/10/2018 | PFS Not Substantially Complete | sanofi |
| 16 | Burkhardt | Carol | 2:19-cv-06277 | 4/1/2019 | PFS Not Substantially Complete; No Authorizations (HIPAA not dated, no other authorizations provided); No PTO 71A | sanofi |
| 17 | Callahan | Esther | 2:19-cv-14296 | 12/9/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 18 | Callahan | Jessica | 2:19-cv-14549 | 12/11/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 19 | Carter | Brenda | 2:19-cv-14312 | 12/9/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 20 | Carter | Cynthia Louise | 2:20-cv-00671 | 2/26/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO-71) | 505 |
| 21 | Caudle | Janice | 2:19-cv-14111 | 12/5/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO-71) | 505 |
| 22 | Chupp | Cheryl | 2:19-cv-14357 | 12/9/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 23 | Cockrum | Annette | 2:17-cv-15104 | 12/6/2017 | PFS Not Substantially Complete | 505 |
| 24 | Coley | Marcia | 2:20-cv-00404 | 2/5/2020 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 25 | Cooper | Mary | 2:19-cv-13550 | 11/11/2019 | PFS Not Substantially Complete | sanofi |
| 26 | Cromartie | Joselyn | 2:19-cv-14397 | 12/10/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 27 | Cullpepper | Jacqueline | 2:19-cv-13261 | 10/24/2019 | PFS Not Substantially Complete | sanofi |
| 28 | Daugherty | Rhonda | 2:20-cv-00403 | 2/5/2020 | No PFS Submitted (also no PFS Declaration, Proof of Use, Proof of Injury,  Authorizations, or PTO-71) | 505 |
| 29 | Davidson | Shelia | 2:18-cv-04445 | 4/30/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 30 | Davis | Linda | 2:17-cv-11492 | 10/30/2017 | PFS Not Substantially Complete | 505 |
| 31 | Davis | Rasheema | 2:20-cv-01473 | 5/18/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 32 | Davis | Rosa | 2:19-cv-13664 | 11/5/2019 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 33 | Dennis | Felicia | 2:19-cv-13081 | 10/10/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 34 | Dickens | Jacqueline | 2:19-cv-13659 | 11/15/2019 | PFS Not Substantially Complete | sanofi |
| 35 | Docherty | Teresa | 2:19-cv-12444 | 9/4/2019 | PFS Not Substantially Complete | sanofi |
| 36 | Doyle | Cathy | 2:18-cv-00803 | 1/26/2018 | PFS Not Substantially Complete | sanofi |
| 37 | Driggins* | Evelyn | 2:19-cv-13229 | 10/23/2019 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 38 | Duffield | Carol | 2:20-cv-00591 | 2/18/2020 | PFS Not Substantially Complete | sanofi |
| 39 | Feuz | Kristen | 2:19-cv-14108 | 12/5/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO-71) | 505 |
| 40 | Fitch | Endya | 2:19-cv-14201 | 12/6/2019 | No CMO 12A | sanofi |
| 41 | Flores | Amber | 2:17-cv-16220 | 12/9/2017 | PFS Not Substantially Complete | sanofi |
| 42 | Ford | Shirley | 2:19-cv-13804 | 11/25/2019 | PFS Not Substantially Complete | sanofi |
| 43 | Fox | Brenda | 2:19-cv-14292 | 12/9/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 44 | Franklin* | Maxine | 2:19-cv-01947 | 3/1/2019 | PFS Not Substantially Complete | sanofi |
| 45 | Frigo | Barbara | 2:19-cv-13971 | 12/2/2019 | No PTO 71A | sanofi |
| 46 | Gamble | Yvonne | 2:20-cv-00309 | 1/29/2020 | PFS Not Substantially Complete | sanofi |
| 47 | Geist | Cynthia | 2:19-cv-14535 | 12/11/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 48 | Gibbs | Lisa | 2:19-cv-13670 | 11/15/2019 | PFS Not Substantially Complete | 505 |
| 49 | Gibson | Wanda | 2:19-cv-13431 | 11/5/2019 | PFS Not Substantially Complete | sanofi |
| 50 | Gintert | Laura | 2:19-cv-14395 | 12/10/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 51 | Glasco | Alberta | 2:18-cv-05933 | 6/14/2018 | PFS Not Substantially Complete | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|------------------------|----------------------------|----------------|
| 52 | Gooden | Barbara | 2:19-cv-14160 | 1/6/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO-71) | 505 |
| 53 | Gooden | Vera | 2:17-cv-10718 | 10/16/2017 | PFS Not Substantially Complete | 505 |
| 54 | Gordon | Sherry | 2:20-cv-00682 | 2/27/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 55 | Goss | Stephanie | 2:19-cv-14574 | 12/11/2019 | No PTO 71A | sanofi |
| 56 | Greedan | Joanne | 2:19-cv-13259 | 10/24/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 |
| 57 | Green | Vera Sue | 2:19-cv-13458 | 11/6/2019 | PFS Not Substantially Complete; No HIPAA, Psychiatric or Insurance authorizations; No PTO 71A | sanofi |
| 58 | Guardiola | Elizabeth | 2:19-cv-14359 | 12/9/2019 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 59 | Hagel | Vicki | 2:20-cv-00037 | 1/6/2020 | No Psychiatric Authorization | sanofi |
| 60 | Hall | Jasamine | 2:18-cv-12416 | 12/4/2018 | PFS Not Substantially Complete | sanofi |
| 61 | Hall | Patricia | 2:19-cv-13961 | 12/2/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 62 | Hardy | Margaretta | 2:19-cv-12439 | 9/4/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 63 | Hawkins | Tehisha | 2:19-cv-14326 | 12/9/2019 | No CMO 12A | sanofi |
| 64 | Hernandez | Tamara | 2:17-cv-15509 | 12/7/2017 | PFS Not Substantially Complete | 505 |
| 65 | Holloway | Mary | 2:19-cv-14118 | 12/5/2019 | No PTO 71A | sanofi |
| 66 | House | Lot | 2:18-cv-12793 | 12/7/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO-71) | 505 |
| 67 | Hussey | Dianne | 2:19-cv-14545 | 12/11/2019 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 68 | Jackson | Carolyn | 2:20-cv-00296 | 1/28/2020 | PFS Not Substantially Complete | sanofi |
| 69 | Jackson | Mary | 2:17-cv-16036 | 12/8/2017 | PFS Not Substantially Complete | 505 |
| 70 | Jakel | Cynthia | 2:20-cv-01134 | 4/7/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | Both sanofi and 505 |
| 71 | James | Donna | 2:19-cv-13665 | 11/15/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO-71) | 505 |
| 72 | Jarrow-Wilson | Sherri | 2:20-cv-01136 | 4/7/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | Both sanofi and 505 |
| 73 | Jenkins | Karolyn | 2:18-cv-00893 | 1/29/2018 | PFS Not Substantially Complete | sanofi |
| 74 | Johnson | Imogene | 2:19-cv-13962 | 12/2/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, CMO-12, or PTO-71) | 505 |
| 75 | Johnson | Maria | 2:19-cv-14277 | 12/9/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 76 | Johnson | Shirley | 2:19-cv-14251 | 12/8/2019 | No HIPAA or Psychiatric Authorizations (not dated) | sanofi |
| 77 | Johnson | Yvonne | 2:19-cv-14218 | 12/6/2019 | PFS Not Substantially Complete | Both sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 78 | Jones | Donna | 2:19-cv-13777 | 11/22/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 79 | Jones | Jacklyn | 2:20-cv-00708 | 2/29/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 80 | Jones | Theresa | 2:17-cv-07119 | 7/26/2017 | PFS Not Substantially Complete | 505 |
| 81 | Jones | Tosha | 2:19-cv-13946 | 11/27/2019 | No Authorizations | sanofi |
| 82 | Jones | Vera | 2:19-cv-14523 | 12/11/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 83 | Jordan | Louise | 2:20-cv-00558 | 2/17/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 84 | Kalsky | Theresa | 2:19-cv-12400 | 8/30/2019 | PFS Not Substantially Complete | 505 |
| 85 | Keiser | Helen | 2:19-cv-13490 | 11/7/2019 | PFS Not Substantially Complete | sanofi |
| 86 | Kolpin | Barbara | 2:19-cv-14349 | 12/9/2019 | No PFS Submitted (also no PFS Declaration,  Proof of Injury,  Authorizations, or PTO-71) | 505 |
| 87 | Lantano | Angelina | 2:19-cv-14074 | 12/5/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 88 | Lawson | Lachanda | 2:19-cv-13861 | 11/26/2019 | PFS Not Substantially Complete; No HIPAA or Insurance Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 89 | Lee | Melanie | 2:19-cv-14385 | 12/10/2019 | PFS Not Substantially Complete; No Authorizations (did not use Court-approved authorizations); No PTO 71A | sanofi |
| 90 | Lieberman | Erica | 2:17-cv-03729 | 4/21/2017 | PFS Not Substantially Complete | sanofi |
| 91 | Longest | Jauva | 2:19-cv-13868 | 11/26/2019 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 92 | Lowe | Carol | 2:19-cv-14425 | 12/10/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | Both sanofi and 505 |
| 93 | Lowry | Esther | 2:19-cv-14043 | 12/4/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 94 | MacLean | Judy | 2:17-cv-15566 | 12/7/2016 | PFS Not Substantially Complete; No Authorizations | 505 |
| 95 | Maietta | Holly | 2:20-cv-01215 | 4/17/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | Both sanofi and 505 |
| 96 | Mann | Catherine | 2:19-cv-13047 | 10/8/2019 | PFS Not Substantially Complete; No HIPAA Authorization (not dated) | sanofi |
| 97 | Martin | Mary | 2:19-cv-13084 | 10/10/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 98 | McBeth | Dolores | 2:19-cv-13638 | 11/14/2019 | PFS Not Substantially Complete | sanofi |
| 99 | McClain | Carolyn Emanuel | 2:18-cv-02331 | 3/4/2018 | PFS Not Substantially Complete | sanofi |
| 100 | McGonigal | Mary | 2:19-cv-14390 | 12/10/2019 | PFS Not Substantially Complete | 505 |
| 101 | McGuire | Glenda | 2:19-cv-13639 | 11/14/2019 | No HIPAA Authorization | sanofi |
| 102 | McMillan | Jacqueline | 2:19-cv-14556 | 12/11/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 103 | Mengel | Constance | 2:19-cv-14220 | 12/7/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 104 | Miles | Queen | 2:17-cv-09612 | 9/25/2017 | PFS Not Substantially Complete | sanofi |
| 105 | Miller | Martha | 2:18-cv-04893 | 5/14/2018 | PFS Not Substantially Complete | 505 |
| 106 | Mills | Connie | 2:17-cv-16939 | 12/11/2017 | PFS Not Substantially Complete | 505 |
| 107 | Mitchell | Julia | 2:20-cv-01144 | 4/8/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | Both sanofi and 505 |
| 108 | Mitchell | Yvonne | 2:18-cv-13541 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 109 | Moore | Jeanne | 2:19-cv-13541 | 11/11/2019 | No PTO 71A | sanofi |
| 110 | Moreno | Lydia | 2:20-cv-00713 | 3/2/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 111 | Moton | Janice | 2:17-cv-11556 | 10/31/2017 | PFS Not Substantially Complete | sanofi |
| 112 | Munn | Deborah | 2:17-cv-12264 | 11/12/2017 | PFS Not Substantially Complete | 505 |
| 113 | Murphy | Adrienne | 2:19-cv-14287 | 12/9/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 114 | Murphy | Natasha | 2:19-cv-14003 | 12/3/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 115 | Myers | Betty | 2:19-cv-13547 | 11/11/2019 | PFS Not Substantially Complete | sanofi |
| 116 | Myers | Mary | 2:20-cv-01083 | 4/1/2020 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi |
| 117 | Navarro | Christine | 2:20-cv-00936 | 3/18/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | Both sanofi and 505 |
| 118 | Nichols | Brenda | 2:19-cv-14031 | 12/4/2019 | PFS Not Substantially Complete | Both sanofi and 505 |
| 119 | Obo | Losa | 2:19-cv-09389 | 4/23/2019 | PFS Not Substantially Complete | 505 |
| 120 | Oldham | Denise | 2:20-cv-00603 | 2/19/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 121 | Orr | Gloria | 2:19-cv-14509 | 12/11/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 122 | Paden | Margaret | 2:18-cv-01519 | 2/13/2018 | PFS Not Substantially Complete | 505 |
| 123 | Pampkins | Kathy | 2:20-cv-01420 | 5/12/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A) | sanofi |
| 124 | Parnell | Donna | 2:19-cv-14796 | 12/31/2019 | No PTO 71A | sanofi |
| 125 | Patrice | Shirley | 2:17-cv-16532 | 12/10/2017 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 126 | Pawlikowski | Paula | 2:19-cv-10779 | 5/28/2019 | No PTO 71A | sanofi |
| 127 | Pearson | Caroline | 2:19-cv-14555 | 12/11/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 128 | Pfaff | Lisa | 2:19-cv-14565 | 12/11/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 129 | Price | Sheila | 2:19-cv-13363 | 10/31/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 130 | Pryce | Virginia | 2:19-cv-13617 | 11/13/2019 | No Authorizations; No PTO 71A | sanofi |
| 131 | Pryor | Gloria | 2:19-cv-14176 | 12/6/2019 | PFS Not Substantially Complete | 505 |
| 132 | Reece | Lennie | 2:18-cv-06730 | 7/17/2018 | PFS Not Substantially Complete | 505 |
| 133 | Reinert | Nancy | 2:19-cv-13520 | 11/8/2019 | PFS Not Substantially Complete | sanofi |
| 134 | Reiser | Patricia | 2:20-cv-01377 | 5/5/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi |
| 135 | Releford | Ora | 2:20-cv-00173 | 1/16/2020 | PFS Not Substantially Complete; Insurance authorization not witnessed, Plaintiff has failed to leave addressee lines of insurance authorization blank and improperly inserted plaintiff's information in the addressee/to line; No CMO 12A; No PTO 71A | sanofi |
| 136 | Richards | Roxane | 2:17-cv-08627 | 9/3/2017 | PFS Not Substantially Complete | 505 |
| 137 | Richardson | Irma | 2:20-cv-00745 | 3/3/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 138 | Richardson | Mildred | 2:20-cv-00716 | 3/2/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 139 | Rubel | Theresa | 2:19-cv-13911 | 11/27/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 140 | Rubright | Jutta | 2:20-cv-01282 | 4/24/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi |
| 141 | Sanders | Carolyn E. | 2:20-cv-00561 | 2/17/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 142 | Sandy | Cheryl | 2:20-cv-00294 | 1/28/2020 | PFS Not Substantially Complete | sanofi |
| 143 | Sarantou | Wendy Michelle J. | 2:17-cv-07975 | 8/17/2017 | PFS Not Substantially Complete | 505 |
| 144 | Schriefer | Margaret | 2:19-cv-14391 | 12/10/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 145 | Scott | Darlene | 2:19-cv-12097 | 8/8/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 146 | Sell | Jerri | 2:20-cv-00536 | 2/14/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A) | sanofi |
| 147 | Sheppard | Vanessa | 2:20-cv-00722 | 3/2/2020 | No PFS Submitted (also no PFS Declaration, Proof of Use, Proof of Injury, Authorizations, or PTO-71) | 505 |
| 148 | Singer | Maria | 2:19-cv-13597 | 11/12/2019 | No PTO 71A | sanofi |
| 149 | Smiley | Benita | 2:19-cv-13289 | 10/25/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 150 | Smith | Anetta | 2:19-cv-13432 | 11/5/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 151 | Smith | Delores | 2:18-cv-05699 | 6/13/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 152 | Smith | Vickie | 2:17-cv-13784 | 11/30/2017 | PFS Not Substantially Complete; No Authorizations | 505 |
| 153 | Snoke | Sheila | 2:19-cv-14362 | 12/9/2019 | PFS Not Substantially Complete | sanofi |
| 154 | Souza Roy | Garla | 2:19-cv-13493 | 11/7/2019 | PFS Not Substantially Complete | sanofi |
| 155 | Spencer | Beth | 2:19-cv-12345 | 8/28/2019 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 156 | Stanberry | Cleola | 2:19-cv-14117 | 12/5/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 157 | Stout | Rosanne | 2:19-cv-14127 | 12/6/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 158 | Streeter | Sandra | 2:19-cv-14284 | 12/9/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 159 | Sydnor | Deborah | 2:19-cv-14321 | 12/9/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 160 | Tabak | Susan | 2:17-cv-10093 | 10/3/2017 | PFS Not Substantially Complete | sanofi |
| 161 | Tacktuck | Nahyira | 2:19-cv-14462 | 12/10/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 162 | Taylor | Wilma | 2:19-cv-14416 | 12/10/2019 | PFS Not Substantially Complete | 505 |
| 163 | Thomas | Barbara | 2:19-cv-14214 | 12/13/2019 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 |
| 164 | Thomsen | Deborah | 2:19-cv-14453 | 12/10/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 165 | Thorpe | Felicia | 2:17-cv-14550 | 12/5/2017 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 166 | Thrower | Lilllie | 2:19-cv-12500 | 9/9/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 167 | Trent | Lila | 2:20-cv-00765 | 3/4/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations,  or PTO-71) | 505 |
| 168 | Tullis | Joann | 2:20-cv-00308 | 1/29/2020 | Shell PFS | sanofi |
| 169 | Tymul | Bridget | 2:17-cv-09006 | 9/13/2017 | PFS Not Substantially Complete | 505 |
| 170 | Ullery | Jackie | 2:17-cv-09511 | 9/22/2017 | PFS Not Substantially Complete | 505 |
| 171 | Vasquez | Kori | 2:20-cv-01279 | 4/24/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi |
| 172 | Vaughn | Vanessa | 2:19-cv-12521 | 9/10/2019 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 173 | Vick | Susan | 2:17-cv-11429 | 10/28/2017 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 174 | Vogl | Luz | 2:19-cv-14167 | 12/6/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 175 | Wadelemee | Malendia | 2:19-cv-14800 | 12/31/2019 | No PFS Submitted (also no PFS Declaration, Proof of Use, Proof of Injury,  Authorizations, or PTO-71) | 505 |
| 176 | Wallace | Bonnie | 2:17-cv-08134 | 8/23/2017 | PFS Not Substantially Complete | sanofi |
| 177 | Walls | Lavern | 2:17-cv-12927 | 11/21/2017 | PFS Not Substantially Complete | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|----------------------------|----------------|
| 178 | Washington | Enza | 2:20-cv-01159 | 4/9/2020 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi |
| 179 | Wells | Annie | 2:19-cv-14344 | 12/9/2019 | No PTO 71A | sanofi |
| 180 | Whitehead | Cherie | 2:17-cv-14856 | 12/5/2017 | No HIPAA Authorization (not dated) | sanofi |
| 181 | Whitwell | Elizabeth | 2:20-cv-00652 | 2/24/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 182 | Witte | Donna | 2:20-cv-00761 | 3/4/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 183 | Yarman | Eva | 2:19-cv-12942 | 10/3/2019 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 184 | York | Carmen | 2:19-cv-14200 | 12/6/2019 | No PTO 71A | sanofi |
| 185 | Young | Carolyn | 2:18-cv-12641 | 12/6/2018 | Shell PFS; PFS Not Substantially Complete | sanofi |