# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Barnes | Myrtle | 2:19-cv-13630 | 11/14/2019 | No PTO 71A | sanofi |
| 2 | Blodgett | Susan | 2:19-cv-01412 | 2/14/2019 | PFS Not Substantially Complete - No Before photos from within 5 years of treatment | sanofi |
| 3 | Cherry | Pearl | 2:18-cv-12770 | 12/7/2018 | PFS Not Substantially Complete | sanofi |
| 4 | Conner | Erika | 2:18-cv-13516 | 12/11/2018 | PFS Not Substantially Complete | sanofi |
| 5 | DiDonato | Cheryl | 2:19-cv-14310 | 12/09/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 6 | Driggins* | Evelyn | 2:19-cv-13229 | 10/23/2019 | PFS Not Substantially Complete; No CMO 12A | Both sanofi and 505 |
| 7 | Franklin* | Maxine | 2:19-cv-01947 | 3/1/2019 | PFS Not Substantially Complete | sanofi |
| 8 | Glover | Joyce | 2:17-cv-13714 | 11/30/2017 | PFS Not Substantially Complete | sanofi |
| 9 | Gowens | Sally | 2:18-cv-12411 | 12/4/2018 | PFS Not Substantially Complete | sanofi |
| 10 | Grady | Gwendolyn | 2:18-cv-12246 | 12/4/2018 | PFS Not Substantially Complete - No Before photos from within 5 years of treatment | sanofi |
| 11 | Ikerd | Amy | 2:19-cv-14766 | 12/30/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both sanofi and 505 |
| 12 | Jones | Vera | 2:19-cv-14523 | 12/11/2019 | No Signed/Verified PFS | Both sanofi and 505 |
| 13 | Lackey | Carol Lynn | 2:17-cv-06286 | 6/29/2017 | PFS Not Substantially Complete | sanofi |
| 14 | Maldonado | Nannie | 2:17-cv-16899 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 15 | Mcgonigal | Mary | 2:19-cv-14390 | 12/10/2019 | PFS Not Substantially Complete | sanofi |
| 16 | Mcknight | Karen | 2:19-cv-12387 | 8/30/2019 | PFS Not Substantially Complete | sanofi |
| 17 | Miller | Martha | 2:18-cv-04893 | 5/14/2018 | PFS Not Substantially Complete | sanofi |
| 18 | Post | Deborah | 2:19-cv-13863 | 11/26/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 19 | Stubbs | Sheila | 2:19-cv-14162 | 12/6/2019 | PFS Not Substantially Complete | sanofi |
| 20 | Todd | Tillie | 2:17-cv-16640 | 12/11/2017 | PFS Not Substantially Complete | sanofi |
| 21 | Watkins | Rosalie | 2:19-cv-12230 | 8/20/2019 | PFS Not Substantially Complete | sanofi |

\* Cases identified with an asterisk are also identified on Exhibit A.