UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILLITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Teresa Rosburg,* Case No. 2:17-cv-09491-JTM-MBN | Master File No. 3:16-MD-2740 <br> MDL No. 2740 <br><br> JANE TRICHE MILAZZO <br> U.S. DISTRICT JUDGE |

## SUGGESTION OF DEATH OF PLAINTIFF TERESA ROSBURG

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Court is notified of the death of Teresa Rosburg, plaintiff in this matter.

Dated:  October 1, 2020

Respectfully submitted,

*/s/ John J. Foley*
John J. Foley, IL#6288152
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
jfoley@simmonsfirm.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2020, I electronically filed the foregoing Notice of Death of Plaintiff Teresa Rosburg with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ John J. Foley*