UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | : MDL No. 2740 :  : JUDGE JANE TRICHE MILAZZO : MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*TERESA ROSBURG*
*2:17-cv-09491-JTM-MBN*

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A((1)

COMES NOW counsel for Plaintiff, Teresa Rosburg now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Douglas Ramirez, on behalf of his deceased mother, Teresa Rosburg, in the above captioned case.

1. Teresa Rosburg filed a products liability litigation lawsuit against Defendants on September 22, 2017. *See* Doc. 1.

2. On June 19, 2019 in Granite Falls, Minnesota, Teresa Rosburg passed away.

3. Plaintiff filed a Notice and Suggestion of Death on October 1, 2020. *See* attached hereto as **Exhibit 1**.

4. Teresa Rosburg's product liability action against Defendants survived Plaintiff's death and is not extinguished.

5. Teresa Rosburg's son, Douglas Ramirez, is the proper Plaintiff and was named Personal Representative of Teresa Rosburg's estate on August 25, 2020 in the State of Minnesota, County of Yellow Medicine.

WHEREFORE, counsel for Plaintiff Teresa Rosburg requests that this Court grant this request for substitution of Plaintiff in this action.

Dated: October 2, 2020                Respectfully submitted,

                                                                 **By: _/s/ John J. Foley_**
John J. Foley, Esq. (IL #6288152)
**Simmons Hanly Conroy**
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
jfoley@simmonsfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ John J. Foley*
John J. Foley, Esq. (IL #6288152)