UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

---

**DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION**

---

Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services, Inc. ("Sanofi") respectfully request leave to file a brief Notice of Supplemental Authority in Support of Defendants' Motion for Summary Judgment Based on Preemption[1] to alert the Court to a recent decision by the Northern District of Georgia. In *Lyons v. Boehringer Ingelheim Pharmaceuticals, Inc.*, No. 18-cv-04624, 2020 WL 5835125 (N.D. Ga. Sept. 29, 2020), the district court joined the majority of courts that have adopted the burden-shifting preemption framework on summary judgment. Sanofi requests that the Court grant this Motion and permit leave to file the attached Notice.

---

[1] Rec. Doc. 11020 (Defs.' Mot. for Summ. J. Based on Preemption).

Date:  October 2, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | |
| Douglas J. Moore (Bar No. 27706) | Harley V. Ratliff |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Jon Strongman |
| 400 Poydras Street, Suite 2700 | Adrienne L. Byard |
| New Orleans, LA  70130 | **SHOOK, HARDY & BACON L.L.P.** |
| Telephone: 504-310-2100 | 2555 Grand Boulevard |
| dmoore@irwinllc.com | Kansas City, Missouri 64108 |
| | Telephone: 816-474-6550 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*