## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE MILAZZO |
| MARCIA MCMARTIN, | : : | MAG. JUDGE NORTH |
| Plaintiffs, | : : | |
| vs. | : : | Civil Action No.: 2:18-cv-04880 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File an Amended Short Form Complaint is hereby set for submission before District Judge Milazzo or Magistrate Judge North on October 28, 2020 at 9:30am.

Respectfully submitted on October 2, 2020

By:

*/s/ Andrew F. Kirkendall*

Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
4343 Sigma Rd., STE 200
Dallas, TX  75244
Tel: (214) 271-4027
Fax: (214) 543-0621
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 2, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 2, 2020                                                     */s/ Andrew F. Kirkendall*