UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br>Marcia McMartin  2:18-cv-04880 | | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

Plaintiff Marcia McMartin, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on May 14, 2018, naming Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi"), Sandoz Inc. ("Sandoz"), Accord Healthcare, Inc. ("Accord"), Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. (collectively, "Hospira"), Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. (collectively, "Sun Pharma"), Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. (collectively, "Actavis") based upon medical records provided by Plaintiff's infusion facility showing she was treated with docetaxel. Thereafter, Plaintiff obtained a "Statement Regarding Chemotherapy Drug Administered" from Plaintiff's infusion facility identifying docetaxel labeled by Sagent Pharmaceuticals ("Sagent") and Winthrop U.S. d/b/a Winthrop U.S., as two of the three docetaxel products used in Plaintiff's treatment, and the third being Accord (Exhibit B).

Consequently, Plaintiff seeks to leave to amend her complaint to name Sagent Pharmaceuticals, Actavis, and Winthrop U.S along with the defendants Sanofi and Accord entities. A previous motion (Doc.10520) dismissed **with prejudice** all previously named Defendants except Sanofi-Aventis U.S. LLC and Accord Healthcare, Inc. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Plaintiff's counsel defers argument from defendants Sanofi, Winthrop, Acord, Sagent, and Actavis as it pertains to their rights to assert all defenses, including jurisdictional defenses and defenses based on a statute of limitations, to another stage in this lawsuit in the interest of judicial economy.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated this 2nd Day of October 2020

Respectfully submitted,

*/s/ Andrew F. Kirkendall*

Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Tel: (214) 271-4027
Fax: (214) 543-0621

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Andrew F. Kirkendall*