UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) 2740 PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| MARCIA MCMARTIN, | : : | MAG. JUDGE NORTH |
| Plaintiff,<br>v. | : : : | Civil Action No.: 2:18-cv-04880 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Marcia McMartin, through undersigned counsel, respectfully seeks leave of court to file an Amended Short Form Complaint, in this case, according to Federal Rules of Civil Procedure 12(a)(2) for the reasons set forth below.

CMO 12A presumes that evidence is sufficient to establish the identity of a docetaxel manufacturer if, *inter alia*, a Statement Regarding Chemotherapy Drug Administered ("Statement") used to identify the Plaintiff, her dates of treatment, and certified and signed by an authorized person on behalf of the treatment facility. *See* CMO 12A(6)(b).

After the original case filing and after an investigation by Plaintiff and her counsel, it was discovered that Withrop U.S. d/b/a Winthrop US, Acord, and Sagent Pharmaceuticals, Inc. ("Sagent") was a docetaxel manufacturer used in Plaintiff's chemotherapy treatment. *See* Statement on MDL Centrality Doc. ID 447206 *and* Exhibit B to this Motion. Upon information and belief, and under the allegations put forth in Plaintiffs' Second Amended Master Long Form Complaint (Doc. 4407), Sagent and Actavis LLC (f/k/a Actavis Inc.) and Actavis Pharma, Inc.

("Actavis") are related entities and are joint tortfeasors in this case (*see* Doc. 4407, pages 19-21.). Although Actavis was previously dismissed from this case in Plaintiff's Notice of Partial Dismissal on June 3, 2020 (Doc. 10520), the discovery of product identification under CMO 12A and justice require that leave be granted to Plaintiff to amend her Short Form Complaint to add the Actavis entities as defendants. *See* Fed. R. Civ. P. 15(a)(2). Plaintiff is a resident of California both now, and at the time of injury. Therefore, Actavis and Sagent can be added to this case as no diversity issues exist. No party is prejudiced by this amendment to the Plaintiff's Short Form Complaint, and this case is still at an early stage in the litigation, and no other motions are pending. *See* Exhibit A for Amended Short Form Complaint.

 Plaintiff, therefore, seeks leave of court to amend her Short Form Complaint to add the Actavis entities as defendants in this case.

 Respectfully submitted on October 2, 2020.

By:

*/s/ Andrew F. Kirkendall*

Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
4343 Sigma Rd., STE 200
Dallas, TX  75244
Tel: (214) 271-4027
Fax: (214) 543-0621

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on October 2, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 2, 2020         */s/ Andrew F. Kirkendall*