# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Marcia McMartin* *v.* Sanofi-Aventis U.S. LLC et al. *EDLA No. 2:18-cv-04880* | |

**FIRST AMENDED SHORT FORM COMPLAINT (Effective as of May 13, 2020)[1]**

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    **Marcia McMartin**

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    **None**

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    **Not applicable**

4. Current State of Residence: **California**

5. State in which Plaintiff(s) allege(s) injury: **California**

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

6.      Defendants (check all Defendants against whom a Complaint  is  made):

      a.    Taxotere Brand Name Defendants

          ☒    A.    Sanofi US Services Inc. f/k/a Sanofi-Aventis  U.S.  Inc.

          ☒    B.    Sanofi-Aventis  U.S. LLC

      b.    Other Brand Name Drug Sponsors,  Manufacturers, Distributors

          ☐    A.    Sandoz Inc.

          ☒    B.    Accord Healthcare, Inc.

          ☐    C.    McKesson Corporation  d/b/a  McKesson Packaging

          ☐    D.    Hospira  Worldwide, LLC f/k/a Hospira  Worldwide,  Inc.

          ☐    E.    Hospira,  Inc.

          ☐    F.    Sun Pharma Global  FZE

          ☐    G.    Sun Pharmaceutical Industries,  Inc. f/k/a Caraco
                         Pharmaceutical Laboratories  Ltd.

          ☐    H.    Pfizer Inc.

          ☒    I.    Actavis LLC f/k/a Actavis  Inc.

          ☒    J.    Actavis Pharma, Inc.

          ☒    K.    Sagent Pharmaceuticals, Inc.

          ☒    L.    Other:

> ***Withrop U.S. d/b/a Winthrop US***

7.    Basis for Jurisdiction:

      ☒    Diversity  of Citizenship

      ☐    Other (any additional  basis for jurisdiction  must be pled  in sufficient   detail as
            required  by the  applicable  Federal Rules  of Civil Procedure):

8.      Venue:

District Court and Division in which remand and trial is proper and where you might
have otherwise filed this Short Form Complaint absent the direct filing Order entered by
this Court:

> ***United States District Court for the Central District of
> California, Western Division***

9.      Brand Product(s) used by Plaintiff (check applicable):

☐      A.      Taxotere

☐      B.      Docefrez

☒      C.      Docetaxel Injection

☐      D.      Docetaxel Injection Concentrate

☐      E.      Unknown

☐      F.      Other:

10.      First date and last date of use (or approximate date range, if specific dates are unknown)
for Products identified in question 9:

> ***Cycle 1: 1/6/2015   Cycle 2: 1/27/2015   Cycle 3: 2/17/2015      Cycle 4: 3/10/2015
> Cycle 5: 3/31/2015    Cycle 6: 4/21/2015***

11.      State in which Product(s) identified in question 9 was/were administered:

> ***California***

12.    Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> ***Permanent, irreversible and disfiguring patchy alopecia of the scalp, eyebrows and body hair. Plaintiff's last chemotherapy cycle was on April 21, 2015 and the hair loss has continued to present.***

13.    Counts in Master Complaint brought by Plaintiff(s):

- ☒ Count I – Strict Products Liability – Failure to Warn
- ☒ Count III – Negligence
- ☒ Count IV – Negligent Misrepresentation
- ☒ Count V – Fraudulent Misrepresentation
- ☒ Count VI – Fraudulent Concealment
- ☒ Count VII – Fraud and Deceit

- ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14.    Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By

*/s/ Andrew F. Kirkendall*

Andrew F. Kirkendall
Texas Bar No. 224050882
Alexander G. Dwyer
Texas Bar No. 24054271
akirkendall@kirkendalldwyer.com
adwyer@kirkendalldwyer.com

Kirkendall Dwyer, LLP
440 Louisiana Street, Suite 1920
Houston, TX 77002
Tel: (713) 522-3529
Fax: (713) 495-2331

**Attorneys for Plaintiff**