# Exhibit B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: __Marcia McMartin__

DATE OF BIRTH: __[redacted]__    SSN: __[redacted]__

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
☐ 0075-8003-01
☐ 0075-8004-04

**WINTHROP US**
☐ 0955-1020-01
☒ 0955-1021-04

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27

**McKESSON PACKAGING**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ**
☐ 66758-050-01
☐ 66758-050-02
☐ 66758-050-03
☐ 66758-950-02
☐ 66758-950-03

C1: 1/6/2015
C2: 1/27/2015
C3: 2/17/2015
C4: 3/10/2015
C5: 3/31/2015
C6: 4/21/2015

**ACCORD HEALTHCARE**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT

**ACCORD HEALTHCARE**
☐ 16729-267-63
☒ 16729-267-64
☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
☒ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9144-11

**ATAVIS PHARMA, INC.**
☐ 45963-734-54
☐ 45963-765-52
☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ WAS   ☒ WAS NOT
**ADMINISTERED TAXOL/PACLITAXEL**

__1__ / __06__ / __2015__     __04__ / __21__ / __2015__     __6__
DATE OF FIRST TREATMENT    DATE OF LAST TREATMENT    # OF DOSES

_[signature]_
SIGNATURE OF REPRESENTATIVE OF
PRACTICE/INFUSION CENTER
__Leanne Sakamoto__
PRINTED NAME & TITLE OF REPRESENTATIVE  PharmD
*Pharmacy Supervisor*
__3/30/2020__
DATE

__Cedars Sinai Tower Hematology Oncology__
NAME OF PRACTICE/INFUSION CENTER
__9090 Wilshire Blvd #250__
ADDRESS
__Beverly Hills, CA 90211__
CITY, STATE, ZIP