UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
*Kahn v. Sanofi-Aventis, et al*, Case No. 2:16-cv-17039

# [PROPOSED] ORDER

Considering the foregoing Plaintiff's Motion for Leave to File Notice of Supplemental Authority in Support of Her Opposition to Sanofi's Motion for Summary Judgment Based on Preemption,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Notice of Supplemental Authority into the record.

New Orleans, Louisiana, this ___ of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE