**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                          **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**
*Kahn v. Sanofi S.A., et al.*, **2:16-cv-17039**

## ORDER

Considering the foregoing Motion for Leave to Substitute and File Under Seal Plaintiff's

Opposition to Sanofi Defendants' Motion to Exclude Expert Testimony of David A. Kessler,

M.D., J.D.,

IT IS ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall substitute Plaintiff's

Opposition to Sanofi Defendants' Motion to Exclude Expert Testimony of David A. Kessler,

M.D., J.D. attached to the Motion and file the substitutions UNDER SEAL.

New Orleans, Louisiana, this _____ day of October, 2020.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1