UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Lilita Bowen
**Case No.:** 2:20-cv-1426

## DECLARATION

I, Tyler Love, have attempted to reach my client, Lilita Bowen on the following dates: 6/12/2020, 6/15/2020, 6/16/2020, 6/25/2020, 7/07/2020, 7/14/2020, 7/27/2020, 7/28/2020, 8/7/2020, 8/27/2020.

by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, _X_ social media, _X_ U.S. Mail, _X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Tyler M. Love_
Tyler M. Love
Roden Law
333 Commercial Drive
Savannah, GA 31406
912-303-5850
tlove@rodenlaw.com