UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  		MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

---

**SANOFI'S MOTION FOR LEAVE TO FILE AND MOTION FOR LEAVE TO FILE UNDER SEAL ITS SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES CONCERNING ALTERNATIVE CAUSES**

---

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to file a Supplemental Opposition to Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes.[1] Sanofi requests leave to file this supplemental opposition to address recent expert reports and depositions, which further illustrate that partial summary judgment on alternative causes is improper. As more fully set forth in the attached proposed supplemental opposition, partial summary judgment for Plaintiff is not warranted on this record. Further, for the reasons set forth in the accompanying Memorandum in Support, Sanofi requests leave of Court to file its Supplemental Opposition, including Exhibits A-E under seal.

WHEREFORE, Sanofi respectfully requests that this Court grant leave to file its Supplemental Opposition to Plaintiff's Motion for Partial Summary Judgment on Affirmative

---

[1] Rec. Doc. 11107 (Sanofi's Opp. to Pl.'s Mot. for Partial Summ. J. on Affirmative Defenses Concerning Alternative Causes).

1

Defenses Concerning Alternative Causes, and that this Court grant leave for Sanofi to file its Supplemental Opposition, including Exhibits A-E, under seal.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | |
| Douglas J. Moore (Bar No. 27706) | Harley V. Ratliff |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Jon Strongman |
| 400 Poydras Street, Suite 2700 | Adrienne L. Byard |
| New Orleans, LA  70130 | **SHOOK, HARDY & BACON L.L.P.** |
| Telephone: 504-310-2100 | 2555 Grand Boulevard |
| Facsimile:  504-310-2120 | Kansas City, Missouri 64108 |
| dmoore@irwinllc.com | Telephone: 816-474-6550 |
| | Facsimile:  816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*