UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Reply Memorandum in Support of Defendants' Motion for Summary Judgment Based on Preemption UNDER SEAL, and to file the Reply in Excess of the 10-Page Limit;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Reply Memorandum in Support of Defendants' Motion for Summary Judgment Based on Preemption, including Exhibits 138-139, UNDER SEAL. IT IS FURTHER ORDERED that Defendants may file their Reply Memorandum in excess of the 10-page limit set forth in Local Rule 7.7.

_____
UNITED STATES DISTRICT JUDGE