UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Elizabeth Kahn, Case No. 2:16-cv-17039**

## ORDER

     Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Reply Memorandum in Support of Defendants' Motion to Exclude Expert Testimony of Dr. David Madigan Under Seal (Doc. 11154);

     **IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Reply Memorandum in Support of Defendants' Motion to Exclude Expert Testimony of Dr. David Madigan, including Exhibit BB, under seal.

     New Orleans, Louisiana, this 5th day of October, 2020.

                                                           UNITED STATES DISTRICT JUDGE