UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

    SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Reply Memorandum in Support of Motion to Exclude Testimony of Dr. Janet Arrowsmith Under Seal (Doc. 11159);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits 1-2) to the Plaintiff's Reply Memorandum in Support of Motion to Exclude Testimony of Dr. Janet Arrowsmith under seal.

New Orleans, Louisiana, this 5th day of October, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE