UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits A and B to Reply Memorandum in Support of Plaintiff's Motion to Exclude Certain Opinions of Ellen T. Chang, Sc.D Under Seal (Doc. 11160);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibits A and B to Reply Memorandum in Support of Plaintiff's Motion to Exclude Certain Opinions of Ellen T. Chang, Sc.D (Rec. Doc. 11156) under seal.

New Orleans, Louisiana, this 5th day of October, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE