UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits 1 and 2 to Reply Memorandum in Support of Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei Under Seal (Doc. 11161);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibits 1 and 2 to Reply Memorandum in Support of Plaintiff's Motion to Exclude Testimony of Professor L.J. Wei (Rec. Doc. 11157) under seal.

New Orleans, Louisiana, this 5th day of October, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE