UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Kahn v. Sanofi-Aventis, et al, Case No. 2:16-cv-17039

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment on Causation Under Seal (Doc. 11166);

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachment (Exhibit 1) to the Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment on Causation under seal.

New Orleans, Louisiana, this 5th day of October, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE