# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc. Case No. 2:17-cv-11769* | |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendant Accord Healthcare, Inc. for Leave to File its Motion for Summary Judgment on Preemption Grounds Under Seal (Doc. 11074);

**IT IS ORDERED** that Defendant's Motion is **GRANTED**, and that the Clerk of Court shall file the Motion for Summary Judgment Based on Preemption Grounds under seal.

New Orleans, Louisiana, this 5th day of October, 2020.

_____
Hon. Jane Triche Milazzo