UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO SANDOZ INC. ONLY** |
| **THIS DOCUMENT RELATES TO:**<br><br>TERESA RIZZO v. SANDOZ INC, et al. | Civil Action No.: 2:17-cv-15711 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice SANDOZ INC. **ONLY**, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated this 6TH day of October, 2020 | **PULASKI KHERKHER, PLLC**<br>*/s/ Leslie LaMacchia*<br>Leslie LaMacchia<br>Adam Pulaski<br>2925 Richmond, Suite 1725<br>Houston, TX 77098<br>Tel: (713) 664-4555<br>Fax: (713) 664-7543<br>llamacchia@pulaskilawfirm.com<br>adam@pulaskilawfirm.com<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

  DATED: October 6, 2020                        */s/ Leslie LaMacchia*