**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Susan Tabak
Case No.: 2:17-cv-10093

<u>STATEMENT OF PLAINTIFF'S COUNSEL</u>

I represent Susan Tabak whose case is on a Notice of Non-Compliance issued in early October, per the counsel for the Sanofi defendants. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: 10/6/2020                          /s/ Jade M. Ruiz_____
                                          Jade M. Ruiz
                                          Johnson Law Group
                                          2925 Richmond Avenue, Ste 1700
                                          Houston, TX 77098
                                          (713) 626-9336
                                          jader@johnsonlawgroup.com