IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GAIL BECKER, | MDL No. 2740 |
| Plaintiff, | |
| v. | HON. KURT D. ENGELHARDT |
| SANOFI S.A., AVENTIS PHARMA S.A., | |
| and SANOFI-AVENTIS U.S. LLC, | Case No. 2:17-cv-17210 |
| Defendants, | |

MOTION TO SUBSTITUTE COUNSEL

      COMES NOW Plaintiff, Gail Becker, and hereby moves to substitute attorney Ruth Rizkalla of The Carlson Law Firm, pursuant to PTO NO. 1 "attorneys admitted to practice and in good standing in any United States District Court are admitted to practice pro hac vice" before this Court, as counsel of record in the above captioned matter in place of Ruth Rizkalla of Kirtland & Packard, LLP.

Dated:  10/8/2020                                               Respectfully Submitted.

                                                                                         */s/ Ruth Rizkalla*
                                                                                         Ruth Rizkalla, Esq.
                                                                                         The Carlson Law Firm
                                                                                         100 East Central Texas Expressway
                                                                                         Killeen, TX 76541
                                                                                        P: (254) 526-5688
                                                                                        F: (254) 526-2325
                                                                                        *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by way of the Court's electronic filing system on all registered counsel of record this 8th day of October, 2020:

/s/ Ruth Rizkalla
Ruth Rizkalla