IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER LUCKETT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANOFI S.A., AVENTIS PHARMA S.A., and SANOFI-AVENTIS U.S. LLC,<br><br>　　　　Defendants, | MDL No. 2740<br><br><br>HON. KURT D. ENGELHARDT<br><br><br>Case No. 2:17-cv-4752 |

## PROPOSED ORDER

　　　　Plaintiff's Counsel's Motion to Substitute Counsel was submitted to the Court on October 8, 2020. Based on the Notice of Motion and Motion, IT IS HEREBY ORDERED: Plaintiff's Motion to Substitute Counsel is hereby GRANTED. Attorney Ruth Rizkalla of Kirtland & Packard, LLP shall be removed as counsel of record from the case and Attorney Ruth Rizkalla of The Carlson Law Firm shall be substituted in, and appointed as Counsel for Plaintiff Jennifer Luckett.

_____　　　　　　　　　　　　　_____

Date　　　　　　　　　　　　　　　　　　　　Honorable Judge Kurt D. Engelhardt