IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUTH JOHNSON, | MDL No. 2740 |
| Plaintiff, | |
| v. | HON. KURT D. ENGELHARDT |
| SANOFI S.A., AVENTIS PHARMA S.A., | |
| and SANOFI-AVENTIS U.S. LLC, | Case No. 5:16-cv-01381 |
| Defendants, | |

MOTION TO SUBSTITUTE COUNSEL

COMES NOW Plaintiff, Ruth Johnson, and hereby moves to substitute attorney Ruth Rizkalla of The Carlson Law Firm, pursuant to PTO NO. 1 "attorneys admitted to practice and in good standing in any United States District Court are admitted to practice pro hac vice" before this Court, as counsel of record in the above captioned matter in place of Ruth Rizkalla of Kirtland & Packard, LLP.

Dated:   10/8/2020                                                      Respectfully Submitted.

/s/ Ruth Rizkalla
Ruth Rizkalla, Esq.
The Carlson Law Firm
100 East Central Texas Expressway
Killeen, TX 76541
P: (254) 526-5688
F: (254) 526-2325
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served by way of the Court's electronic filing system on all registered counsel of record this 8th day of October, 2020:

      /s/ Ruth Rizkalla
      Ruth Rizkalla