IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHERRY KWEDERIS, | MDL No. 2740 |
| Plaintiff, | |
| v. | HON. KURT D. ENGELHARDT |
| SANOFI S.A., AVENTIS PHARMA S.A., | |
| and SANOFI-AVENTIS U.S. LLC, | Case No. 2:17-cv-17216 |
| Defendants, | |

---

## PROPOSED ORDER

Plaintiff's Counsel's Motion to Substitute Counsel was submitted to the Court on October 8, 2020. Based on the Notice of Motion and Motion, IT IS HEREBY ORDERED:

Plaintiff's Motion to Substitute Counsel is hereby GRANTED. Attorney Ruth Rizkalla of Kirtland & Packard, LLP shall be removed as counsel of record from the case and Attorney Ruth Rizkalla of The Carlson Law Firm shall be substituted in, and appointed as Counsel for Plaintiff Sherry Kwederis.


_____                          _____

Date                                                              Honorable Judge Kurt D. Engelhardt