# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| Treadwell v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC | | |
| Plaintiff Name: Tanya Treadwell<br>Civil Action No.: 2:20-cv-1856 | | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DIMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rules of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU **MUST** CHECK ALL THAT APPLY

> \_\_\_\_   Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;
>
> \_\_\_\_   Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
>
> _X_   Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rules of Civil Procedure 60(b).

Dated this 8th day of October 2020.

Respectfully submitted,

/s/ *Tyler Love*
Tyler Love
GA Bar No.: 940419
Roden Law
333 Commercial Drive
Savannah, GA 31406
912-303-5850
tlove@rodenlaw.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Tyler Love