MINUTE ENTRY
MILAZZO, J.
OCTOBER 6, 2020

JS-10: 04:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: **All cases** | | |

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: ALEXIS VICE
LAW CLERK: SAM SCHOTT
CASE MANAGER: ERIN MOULEDOUS

Court begins at 10:10 a.m.
Counsel appear in person and via Zoom.
The following motions are argued by counsel and taken under submission by the Court:

    MOTION to Exclude Expert Testimony of David A. Kessler, M.D., J.D. **(Doc. 10999)**
    MOTION for Reconsideration **(Doc. 10667)**
    MOTION for Partial Summary Judgment on Comparative Fault **(Doc. 10915)**
    MOTION to Exclude Expert testimony of Dr. David Madigan **(Doc. 11003)**

    Recess 12:15pm – 1:30pm

    MOTION for Partial Summary Judgment on Affirmative Defenses Concerning Alternative Causes **(Doc. 10928)**
    MOTION to Exclude Testimony of John Glaspy, M.D. **(Doc. 10924)**
    MOTION to Exclude Testimony of Dr. Janet Arrowsmith **(Doc. 10926)**
    MOTION to Exclude and/or Limit Testimony of Dr. Carl Kardinal and Dr. Zoe Larned **(Doc. 10921)**

Matter recessed at 3:40pm until October 7, 2020.

