MINUTE ENTRY
MILAZZO, J.
OCTOBER 7, 2020

JS-10: 04:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: **All cases** | ) | |

## ORAL ARGUMENT
U.S. District Judge Jane Triche Milazzo presiding

COURT REPORTER: KAREN IBOS
LAW CLERK: SAM SCHOTT
CASE MANAGER: ERIN MOULEDOUS

Court resumes at 10:05 a.m.
Counsel appear in person and via Zoom.
The following motions are argued by counsel and taken under submission by the Court:

> MOTION to Exclude the Causation Testimony of Dr. Gerald Miletello **(Doc. 10919)**
> MOTION to Exclude Expert Testimony of Ellen Feigal, M.D. **(Doc. 10931)**
> MOTION to Exclude Expert Testimony of Dr. Laura Plunkett **(Doc. 10918)**
> MOTION to Exclude Certain Opinions of Ellen T. Chang, Sc.D **(Doc. 10934)**

> Recess 12:20pm – 1:30pm

> MOTION for Summary Judgment based on Preemption **(Doc. 11020)**
> MOTION for Partial Summary Judgment on General Causation **(Doc. 10936)**
> MOTION to Exclude Testimony of Dr. Michael Kopreski **(Doc. 10938)**

Court adjourned at 3:40pm.