UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 :  : SECTION "H" (5) : |
| THIS DOCUMENT RELATES TO: *Felicia Thorpe v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc.* Civil Action No. 2:17-cv-14550 JTM-MBN | : JUDGE JANE TRICHE MILAZZO : MAG. JUDGE MICHAEL NORTH : : : |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBSTITUTE PARTY PLAINTIFF IN PLACE OF FELICIA THORPE, DECEASED, AND FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER 22  and PRETRIAL ORDER 71A**

Comes now Jim Reeves for the Plaintiff and submits this his Memorandum in Support of Plaintiff's Motion for Extension of Time to Substitute Party Plaintiff in Place of Felicia Thorpe, Deceased, and for extension of time to Comply with Pretrial Order 22 and Pretrial Order 71A, and in support thereof states:

1. On December 5, 2017, Plaintiff, Felicia Thorpe, filed a Complaint in the instant matter.

2. After several unsucessful attempts to communicate with Plaintiff, Plaintiff's counsel conducted an investigation and discovered Plaintiff had passed away on March 27, 2018.

3. To the date of this filing, no obituary has been published in the paper or listed via media outlets.

4. Plaintiff's counsel filed a Suggestion of Death on August 30, 2018 based on their investigation.

5. Plaintiff's counsel forwarded a letter to Plaintiff's last known address to contact any potential heirs of Felicia Thorpe on August 30, 2018.

6. Plaintiff's counsel continued to investigate for unknown heirs up until September 22, 2018 when a Lexis search indicated a valid phone number for a Christine Kennedy Daniels. Ms. Daniels returned the phone call to Plaintiff's attorney and provided the phone number to Plaintiff's son, Alan Daniels.

7. Eventually, Plaintiff's attorney made contact with Alan Daniels, son of Felicia Thorpe. Mr. Daniels indicated during that conversation he was delayed in getting information regarding his mother due to Ms. Thorpe's husband's incarceration.

8. Plaintiff's attorney forwarded via email and regular mail the Plaintiff Fact Sheet in accordance with Pretrial Order 22 and information requested to complete PTO-71 on September 22, 2020.

9. Plaintiff's attorney has been in contact with Alan Daniels on a weekly basis since September 22, 2020. Mr. Daniels has assured Plaintiff's counsel he is completing the Plaintiff Fact Sheet and gathering information requested. He has further provided the name of a local attorney to assist in getting the necessary estate papers to appoint him as Administrator on Plaintiff, Felicia Thorpe's, behalf.

10. On September 22, 2020, Plaintiff contacted Defense counsel requesting an additional 60 days to substitute Plaintiff and respond to the deficiencies in Ms. Thorpe's claim.

11. As of the filing of this Motion, Plaintiff has received no response.

12. As of this filing, Plaintiff's counsel has been unable to have anyone appointed as Administrator of Plaintiff's estate.

WHEREFORE, movant requests an extension of time to allow substitution of a proper party Plaintiff to Felicia Thorpe, and an additional sixty (60) days to comply with Pretrial Orders 22 and 71A.

Dated: October 8, 2020.

Respectfully submitted,

BY: */s/ Jim Reeves*
James R. Reeves, Jr., Esquire
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS  39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing.

Dated: October 8, 2020.

Respectfully submitted,

BY: */s/ Jim Reeves*
James R. Reeves, Jr., Esquire
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS  39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com