UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HONORABLE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Felicia Thorpe v. Hospira Worldwide, et al.* Civil Action No. 2:17-cv-14550 | **NOTICE OF SUBMISSION OF MOTION FOR EXTENSION OF TIME TO SUBSTITUTE PARTY PLAINTIFF IN PLACE OF FELICIA THORPE, DECEASED AND FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL ORDER 22 AND PRETRIAL ORDER 71A** |

COMES NOW, Plaintiff in the above-captioned action, by and through her undersigned counsel, and hereby provide notice of filing, as follows:

1. Opposed Motion for Extension of Time to Substitute Party Plaintiff in Place of Felicia Thorpe, Deceased, and for Extension of Time to Comply with Pretrial Order 22 and Pretrial Order 71A;

2. Proposed Order.

Said motion will be submitted on the 28th day of October, 2020 at 9:30 a.m. before the Honorable Judge Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana. Oral argument has not been requested.

Dated this the 8th day of October, 2020.

        RESPECTFULLY SUBMITTED,

        Felicia Thorpe, Deceased, Plaintiff

BY:   */s/ Jim Reeves, Esquire*
       JIM REEVES, ESQUIRE
       MS Bar No. 9519
       Reeves & Mestayer, PLLC
       160 Main Street
       Biloxi, MS   39530
       (228) 374-5151 (telephone)
       (228) 374-6630 (facsimile)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 8th day of October, 2020.

BY:   */s/ Jim Reeves*
       Jim Reeves, Esquire
       MS Bar No. 9519
       Reeves & Mestayer, PLLC
       160 Main Street
       Biloxi, MS   39530
       (228) 374-5151 (telephone)
       (228) 374-6630 (facsimile)