**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 : : SECTION "H" (5) : |
| THIS DOCUMENT RELATES TO: *Felicia Thorpe v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc.* Civil Action No. 2:17-cv-14550 JTM-MBN | : JUDGE JANE TRICHE MILAZZO : MAG. JUDGE MICHAEL NORTH : : : |

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time to Substitute Party Plaintiff and to Comply with Pretrial Order 22 and Pretrial Order 71A (Doc. No. _____).

IT IS ORDERED that the Motion is GRANTED.  Plaintiff, Felicia Thorpe, Deceased, by and through counsel, is granted an additional sixty (60) days from the date of this Order to properly substitute a Party Plaintiff in place of Felicia Thorpe and to respond to deficiencies in accordance with Pretrial Order 22 and Pretrial Order 71A.

New Orleans, Louisiana, this the ___ day of October, 2020.

_____
Honorable Jane Triche Milazzo
United States District Judge