UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Erika Conner**
**Case No.: 2:18-cv-13516**

## STATEMENT OF PLAINTIFF'S COUNSEL

We represent Erika Conner whose case is on a Notice of Non-Compliance to be heard by the Court on October 16, 2020. We reviewed the deficiency and the Notice of Non-Compliance have previously notified and promptly advised the client (and/or her son in the attempt to have him help) on no less than 50 occasions over the last several months (including in response to a previous Notice of Non-Compliance) via phone, text message, email, and/or letter that her case could be dismissed with prejudice unless the claimed deficiency was cured.

The deficiency is not cured and, despite our numerous attempts to achieve compliance, there is no defense to the request for a dismissal.

Dated: October 9, 2020       Respectfully submitted,

*/s/Ryan J Browne*
Ryan J Browne
REYES | BROWNE | REILLEY
8222 Douglas Avenue, Suite 400
Dallas, Texas 75225
Telephone (214) 526-7900
ryan@reyeslaw.com