UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>MARY K. AND TERRY MYERS</u>
Case No.: <u>20-cv-1083</u>

## DECLARATION

I, <u>Dorothy J. Dohanics</u>, have attempted to reach my client, <u>Mary K. and Terry Myers</u> on the following dates: <u>05/11/20, 05/27/20, 06/02/20, 06/05/20, 06/09/20, 06/10/20, 06/12/20, 07/13/20, 08/03/20, 08/05/20, 08/06/20 and 08/27/20</u> by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, ____ text message, ____ social media, <u>X</u> U.S. Mail, <u>X</u> Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Dorothy J. Dohanics, Esq.
DALLAS W. HARTMAN, P.C.
201 Green Ridge
New Castle, PA 16105
724-652-4081
724-652-8380 - facsimile
Email: ddohanics@dallashartman.com