UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ____Sherri L. Jarrow-Wilson_____
**Case No.:** _____ 2:20-cv-1136_____ _____

# DECLARATION

I, ___Steven Davis_____ , have attempted to reach my client, _Sherri L. Jarrow-Wilson__ on the following dates: _6/2/2020, 6/8/2020, 6/9/2020, 6/11/2020, 6/12/2020, 6/22/2020, 8/3/2020, 8/28/2020, 9/14/2020___

by (check all that apply) _X___ telephone, _X___ e-mail, ____ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: _October 9, 2020          _/s/Steven D. Davis_____
                                  Steven D. Davis
                                  TorHoerman Law LLC
                                  210 S. Main Street
                                  Edwardsville, IL 62025
                                  Telephone:  (618) 656-4400
                                  Facsimile:  (618) 656-4401
                                  sdavis@thlawyer.com