UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Deborah Post_____
**Case No.:** _____2:19-cv-13863___ _____

## DECLARATION

I, _____Steven Davis_____, have attempted to reach my client, _Deborah Post_ on the following dates: __1/6/20. 1/9/20, 1/14/20, 1/22/20, 1/29/20, 1/31/20, 2/6/20, 2/14/20, 3/13/20, 4/2/20, 4/23/20, 4/29/20, 4/30/20, 5/6/20, 6/12/20, 7/2/20, 7/21/20, 7/23/20, 7/27/20, 10/2/20__

by (check all that apply) _X___ telephone, _X___ e-mail, _X___ text message, ____ social media, _X___ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: October 9, 2020

    _/s/__ Steven D. Davis_____
    Steven D. Davis
    TorHoerman Law LLC
    210 S. Main Street
    Edwardsville, IL 62025
    Telephone:  (618) 656-4400
    Facsimile:  (618) 656-4401
    sdavis@thlawyer.com