UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** __Cynthia Jakel__
**Case No.:** ___2:20-cv-1134___

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent _Cynthia Jakel_ whose case is on a Notice of Non-Compliance to be heard by the Court on _October 16, 2020_. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: _October 9_, 2020                _/s/Steven D. Davis_
                                                               Steven D. Davis
                                                               TorHoerman Law LLC
                                                               210 S. Main Street
                                                               Edwardsville, IL 62025
                                                               Telephone: (618) 656-4400
                                                               Facsimile: (618) 656-4401
                                                               sdavis@thlawyer.com