UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Theresa Rubel**
**Case No.: 2:19-cv-13911**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, Theresa Rubel, on the following dates to obtain Proof of Injury – Photographs, PTO 71 Statement, CMO-12 Documentation, and Authorizations: August 24, 2020, August 25, 2020, August 26, 2020, August 27, 2020, September 24, 2020, and October 7, 2020 by:

☒telephone, ☒e-mail, ☐text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☒other and my client has not been responsive to my communications to date, nor has she returned the documents in question.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 9th day of October, 2020.

*Leslie LaMacchia*

Leslie LaMacchia
Pulaski Kherkher, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com