UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: LaChanda Lawson**
**Case No.: 2:19-cv-13861**

## DECLARATION

I, Leslie LaMacchia, have attempted to reach my client, LaChanda Lawson, on the following dates to obtain the PTO 71 Statement, Proof of Use documents, and Authorizations – HIPAA, Health Insurance, Workers Compensation, Disability and Employment: August 24, 2020, August 25, 2020, August 26, 2020, August 27, 2020, August 31, 2020, September 1, 2020, September 8, 2020, September 10, 2020, September 24, 2020, and October 7, 2020 by:

☒telephone, ☒e-mail, ☒text message, ☐social media, ☒U.S. Mail, ☐Certified Mail, ☐other and my client has not been responsive to my communications to date, nor has she returned the documents in question.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 9th day of October, 2020.

_Leslie LaMacchia_
Leslie LaMacchia
Pulaski Kherkher, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555
llamacchia@pulaskilawfirm.com