UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Cynthia Geist
Case No.: 2:19-cv-14535

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Cynthia Geist whose case is on a Notice of Non-Compliance to be heard by the Court on October 16, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: October 16, 2020

/s/ *Jason S. Long*
**FEARS NACHAWATI, PLLC**
Jason S. Long #24098012
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
Counsel for plaintiff