# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S MOTION TO VACATE NOTICE OF VOLUNTARY DISMISSAL WITH RESPECT TO SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP U.S.**<br><br>Civil Action No.: 2:17-cv-15104 |
| **THIS DOCUMENT RELATES TO:**<br><br>Annette Cockrum v. HOSPIRA WORLDWIDE, LLC, et al. | |

Plaintiff, Annette Cockrum, by and through the undersigned Counsel of Record pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* hereby files this Motion to Vacate the Stipulation of Dismissal, Document No. 5384, with respect to SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP U.S. *ONLY.* Plaintiff is seeking relief from the dismissal of claims with respect to SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP U.S. *ONLY*, pursuant to Federal Rule of Civil Procedure 60(b)(6).

The Stipulation of Dismissal was originally filed on November 28, 2018.

When the Stipulation for Dismissal was originally filed, Plaintiff inadvertently dismissed all Sanofi Defendants, including SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP U.S., when SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP U.S. should have remained as a Defendant in this matter.

Plaintiff seeks to vacate the stipulation of voluntary dismissal with respect to SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP U.S., *ONLY* and reinstate SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP U.S. as a correct Defendant in this action.

|  |  |
|---|---|
| Dated this 9th day of October, 2020 | **PULASKI KHERKHER, PLLC** |
|  | */s/ Leslie LaMacchia* |
|  | Leslie LaMacchia |
|  | Adam Pulaski |
|  | 2925 Richmond, Suite 1725 |
|  | Houston, TX 77098 |
|  | Tel: (713) 664-4555 |
|  | Fax: (713) 664-7543 |
|  | llamacchia@pulaskilawfirm.com |
|  | adam@pulaskilawfirm.com |
|  | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 9, 2020           */s/ Leslie LaMacchia*