# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **ORDER RE: MOTION TO VACATE DISMISSAL WITH RESPECT TO SANDOZ INC.** |
| **THIS DOCUMENT RELATES TO:** <br><br> Annette Cockrum v. HOSPIRA WORLWIDE, et al. | Civil Action No.: 2:17-cv-15104 |

## ORDER

IT IS SO ORDERED that Plaintiff's Motion to Vacate Voluntary Dismissal with respect to SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP U.S., *ONLY*, is hereby GRANTED, and that Plaintiff's claims against SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP U.S. are hereby Reinstated.

Signed this _____ day of _____ 2020.

_____
Honorable Jane T. Milazzo
U.S. District Judge