# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**ORDER RE: MOTION TO VACATE DISMISSAL WITH RESPECT TO SANDOZ INC.** |
| **THIS DOCUMENT RELATES TO:**<br><br>Rita Gann v. SANOFI-AVENTIS U.S. LLC, et al. | **Civil Action No.: 2:18-cv-13008** |

## ORDER

IT IS SO ORDERED that Plaintiff's Motion to Vacate Voluntary Dismissal with respect to Sandoz Inc., is hereby GRANTED, and that Plaintiff's claims against Sandoz Inc. are hereby Reinstated.

Signed this _____ day of _____ 2020.

_____
Honorable Jane T. Milazzo
U.S. District Judge