UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Enza Washington**
**Case No.: 2:20-cv-1159**

### STATEMENT OF PLAINTIFF'S COUNSEL

  I represent Enza Washington whose case is on a Notice of Non-Compliance to be heard by the Court on October 16, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

  The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: October 12, 2020

                   **HOLLIS, WRIGHT, CLAY, & VAIL, P.C.**

                   By: */s/ Bobby J. Bell, Jr.*
                   Bobby J. Bell, Jr.
                   Hollis, Wright, Clay, & Vail, P.C.
                   2201 Morris Avenue
                   Birmingham, AL. 35203
                   205-324-3600
                   bob@hollis-wright.com

                   *Attorney for Plaintiff*