UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Antoinette Durden, Case No. 2:16-cv-16635

## ORDER

Considering the Motion for Leave to File Response to Plaintiff's Opposition to Bill of Costs Against Plaintiff Antoinette Durden, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Response to Plaintiff's Opposition to their Bill of Costs Against Plaintiff Antoinette Durden is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE