UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Judy MacLean
**Case No.:** 2:17-cv-15566

## DECLARATION

I, Edward P. Bertram (Attorney's Name), have attempted to reach my client, Judy MacLean on the following dates: 8/5/2020, 8/10/2020, 8/14/2020, 8/20/2020, 9/3/2020, 9/23/2020, 10/2/2020, 10/5/2020, 10/6/2020, 10/7/2020, and 10/9/2020 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, __X__ social media, __X__ U.S. Mail, ___ Certified Mail, __X__ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Edward P. Bertram
Edward P. Bertram
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
ebertram@baronbudd.com