# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 <br> : <br> : SECTION "H" (5) <br> : |
| THIS DOCUMENT RELATES TO: <br> *Felicia Thorpe v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc.* <br> *Civil Action No. 2:17-cv-14550 JTM-MBN* | : JUDGE JANE TRICHE MILAZZO <br> : MAG. JUDGE MICHAEL NORTH <br> : <br> : <br> : |

## NOTICE OF WITHDRAWAL OF ELECTRONIC FILING [Dkt. 11245]

On October 8, 2020, Plaintiff filed a First Motion for Extension of Time to Complete Discovery pursuant to Pretrial Order 22 and Pretrial Order 71A and, First Motion for Extension of Time to File Pleadings to Substitute Proper Party Plaintiff [Dkt. 11245] to the Master Docket for In Re Taxotere (Docetaxel) Product Liability Litigation (Case No. 2:16-md-07240).  Plaintiff's counsel now withdraws the Motion [Dkt. 11245] as of today's date.

Dated:  October 13, 2020

RESPECTFULLY SUBMITTED,

Felicia Thorpe, Deceased, Plaintiff

BY: */s/ R. Scott Pietrowski, Esquire*
R. SCOTT PIETROWSKI, ESQUIRE
MS Bar No. 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 13th day of October, 2020.

BY: /s/ *R. Scott Pietrowski*
R. Scott Pietrowski, Esquire
MS Bar No. 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS  39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)