# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H" (5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE JANE TRICHE MILAZZO |
| *Felicia Thorpe v. Hospira Worldwide LLC* | : MAG. JUDGE MICHAEL NORTH |
| *f/k/a Hospira Worldwide, Inc., Hospira, Inc.* | : |
| *and Pfizer, Inc.* | : |
| *Civil Action No. 2:17-cv-14550 JTM-MBN* | : |

## ORDER

Before the Court is a Notice of Withdrawal of Plaintiff's Motion for Extension of Time to Complete Discovery pursuant to Pretrial Order 22 and Pretrial Order 71A and First Motion for Extension of Time to File Pleadings to Substitute Proper Party Plaintiff [Dkt. 11245).

Accordingly, Plaintiff's Motion for Extension of Time to Complete Discovery pursuant to Pretrial Order 22 and Pretrial Order 71A and First Motion for Extension of Time to File Pleadings to Substitute Proper Party Plaintiff is **WITHDRAWN**.

_____
Honorable Jane Triche Milazzo
United States District Judge