UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Jutta Rubright
**Case No.:** 2:20-cv-01282

**DECLARATION**

I, Daniel C. Burke, have attempted to reach my client, Jutta Rubright, on the following dates:  7/14/2020, 7/31/20,  8/10/20, 8/13/20, 8/20/20, 8/24/20, 9/1/20, 9/2/20, 9/8/20, 9/17/20, 9/22/20, 10/6/20  by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: October 13, 2020          /s/ *Daniel C. Burke*_____
         Daniel C. Burke
         **BERNSTEIN LIEBHARD LLP**
         10 East 40th Street
         New York, NY 10016
         Tel: (212) 779-1414
         Dburke@berrnlieb.com

         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

                                                        /s/ *Daniel C. Burke*
                                                        Daniel C. Burke