UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

          SECTION "H"

THIS DOCUMENT RELATES TO
Durden, Case No. 16-cv-16635

## ORDER

Considering the foregoing Joint Motion to Maintain Previously Sealed Joint Record Designations Under Seal filed by Plaintiff Antoinette Durden and Defendants Sanofi-Aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall transmit to the U.S. Court of Appeals for the Fifth Circuit the following sealed documents, including any sealed exhibits, **UNDER SEAL**:

1. 7372-11
2. 8334-4
3. 8601-22 through -29
4. 8650-3
5. 8705-1 through -11

New Orleans, Louisiana, this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE