UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Juanita Greer, Case No. 2:18-cv-11728 | |

### ORDER

Considering the Motion for Leave to File Supplemental Pleading in Support of their Motion for Judgment on the Pleadings, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Supplemental Pleading in Support of their Motion for Judgment on the Pleadings is hereby entered into the Court's docket.

New Orleans, Louisiana, this 9th day of October, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE