UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

**Elizabeth Kahn, Case No. 2:16-cv-17039**

## ORDER

Considering the *Ex Parte* Motion For Leave To File Exhibits K, L, and O to Reply Memorandum in Support of Defendants' Motion to Exclude Expert Testimony of Dr. Linda Bosserman Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits K (Rec. Doc. 11167-1), L (Rec. Doc. 11167-2), and O (Rec. Doc. 11167-5) **UNDER SEAL**.

New Orleans, Louisiana, this 9th day of October, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE