UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

**Elizabeth Kahn, Case No. 2:16-cv-17039**

## ORDER

Considering the *Ex Parte* Motion For Leave To File Exhibit J to Reply Memorandum in Support of Defendants' Motion to Exclude Expert Testimony of Dr. Laura Plunkett Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit J (Rec. Doc. 11169-2) **UNDER SEAL**.

New Orleans, Louisiana, this 9th day of October, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE