UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                     SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Reply Memorandum in Support of Motion to Exclude Testimony of Dr. Michael Kopreski (Rec. Doc. 11171) Under Seal,

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the unredacted attachments (Exhibits 1-6) to the Plaintiff's Reply Memorandum in Support of Motion to Exclude Testimony of Dr. Michael Kopreski **UNDER SEAL**.

New Orleans, Louisiana, this 9th day of October, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE