UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

# ORDER

　　Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits A and C to Reply Memorandum in Support of Plaintiff's Motion to Exclude Testimony of John Glaspy, M.D. (Rec. Doc. 11173) Under Seal;

　　**IT IS ORDERED** that said Motion is **GRANTED**;

　　**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibits A and C to Reply Memorandum in Support of Plaintiff's Motion to Exclude Testimony of John Glaspy, M.D. (Rec. Doc. 11173) **UNDER SEAL**.

　　New Orleans, Louisiana, this 9th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE