UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039**

## ORDER

Considering the Motion for Leave to File Defendants' Notice of Supplemental Authority in Support of Their Motion for Summary Judgment Based on Preemption, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi U.S. Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Notice of Supplemental Authority is hereby entered into the Court's docket.

New Orleans, Louisiana, this 9th day of October, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE