UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Haeussler v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al* | Civil Action No.: 2:18-cv-4152 |

## NOTICE OF SUBMISSION

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint will come before the Court for submission on the 28th day of October, 2020 at 9:30 a.m.

Dated: 10/13/2020

                                                      Respectfully Submitted By:

                                                      /s/*Andrew F. Kirkendall*
                                                      Andrew F. Kirkendall

                                                      Texas Bar No. 24050882
                                                      Alexander G. Dwyer
                                                      Texas Bar No. 24054271
                                                      adwyer@kirkendalldwyer.com
                                                      akirkendall@kirkendalldwyer.com
                                                      Kirkendall Dwyer, LLP
                                                      4343 Sigma Rd., STE 200
                                                      Dallas, TX  75244
                                                      Tel: (214) 271-4027
                                                      Fax: (214) 543-0621

                                                      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                   /s/ Andrew F. Kirkendall
                                                   *Andrew F. Kirkendall*