UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Haeussler v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al* | HON. JANE T. MILAZZO<br><br>Civil Action No.: 2:18-cv-04152 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff's attached proposed Amended Short Form Complaint is submitted to provide factual allegations particular to the circumstances of the Plaintiff's claims. Plaintiff submits that this proposed Amended Short Form Complaint is consistent with PTO 105. It adds factual allegations of particularized facts individual and specific to the Plaintiff's medical care and treatment and Plaintiff's communications with medical professionals and clarifies her allegations.

Further, Plaintiff filed her Short Form Complaint on 4/23/2018, naming Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi"), Sandoz Inc. ("Sandoz"), Accord Healthcare, Inc. ("Accord"), Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. (collectively, "Hospira"), Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. (collectively, "Sun Pharma"), Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc. (collectively, "Actavis"). Based upon medical records provided by Plaintiff's infusion facility, she was treated with docetaxel.

Thereafter, Plaintiff obtained a "Statement Regarding Chemotherapy Drug Administered" and/or other medical documentation from Plaintiff's infusion facility identifying docetaxel labelled by Sanofi. All other defendants have been dismissed **(see *Partial Dismissal* Doc #11196).**

The Court should grant leave to file an amended pleading unless the opposing party can show prejudice, bad faith, or undue delay. *Foman v. Davis,* 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman,* 371 U.S. at 182. In the context of this MDL, plaintiffs are required to use the master complaint structure pursuant to Pretrial Order No. 15 (Rec. Doc. 230). The interests of fairness, equity and justice support allowing Plaintiff leave to amend her pleadings to conform to the legal allegations and to clarify her case-specific factual allegations made in previous versions of her pleadings.

Because the relevant trial scheduling orders and PTO 105 deadlines allow for amendment of pleadings, and because Plaintiff is not part of the bellwether pool, Plaintiff respectfully suggests that there is no prejudice, as the defendants have the ability to question Plaintiff regarding these proposed amended allegations. Defendants will have the opportunity to challenge these allegations through discovery and with motion practice brought in accordance with the agreed deadlines.

Accordingly, Plaintiff requests that the Court grant her Motion for Leave to Amend her Short Form Complaint and enter the proposed pleading into the record.

Dated: 10/13/2020                                               Respectfully submitted,

*/s/ Andrew F. Kirkendall*

Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
4343 Sigma Rd., STE 200
Dallas, TX  75244
Tel: (214) 271-4027
Fax: (214) 543-0621
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

               /s/ *Andrew F. Kirkendall*
               Andrew F. Kirkendall