## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>*Haeussler v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al* | SECTION "H" (5)<br><br>HON. JANE T. MILAZZO<br><br>Civil Case No.: 2:18-cv-04152 |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who, pursuant to the attached Memorandum in Support, respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with counsel for the defendants. Plaintiff understands the defendants will not oppose Plaintiff's requests.

WHEREFORE, Plaintiff pray that she be granted leave to file the attached proposed Amended Short Form Complaint.

Dated:   October 13, 2020          Respectfully Submitted By:

/s/Andrew F. Kirkendall
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
adwyer@kirkendalldwyer.com
akirkendall@kirkendalldwyer.com

Kirkendall Dwyer, LLP
4343 Sigma Rd., STE 200
Dallas, TX  75244
Tel: (214) 271-4027
Fax: (214) 543-0621

Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
