AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Judith August | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:16-cv-16231 |
| Sanofi US Services, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Judith August

Date:   10/14/2020

*Attorney's signature*

R. Scott Pietrowski, MS Bar No. 99387
*Printed name and bar number*

Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
*Address*

rsp@rmlawcall.com
*E-mail address*

(228) 374-5151
*Telephone number*

(228) 374-6630
*FAX number*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 10th day October, 2020.

BY: /s/ R. Scott Pietrowski
R. Scott Pietrowski, Esquire
MS Bar No. 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS  39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile