UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Joselyn Cromartie
**Case No.:** 2:19-cv-14397

**STATEMENT OF PLAINTIFF'S COUNSEL**

　　　I represent Joselyn Cromartie whose case is on a Notice of Non-Compliance to be heard by the Court on October 16, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:　October 14, 2020

　　　/s/ Panagiotis V. Albanis
　　　Panagiotis "Pete" V. Albanis
　　　Morgan & Morgan – Complex Litigation Group
　　　12800 University Drive, Suite 600
　　　Fort Myers, FL 33907
　　　Telephone: (239) 432-6605
　　　Fax: (239) 733-6836
　　　PAlbanis@ForThePeople.com

**CERTIFICATE OF SERVICE**

　　　I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 14, 2020　　　　　　　　/s/ Panagiotis V. Albanis