# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Haeussler v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | Civil Action No.: 2:18-cv-04152 |

___

## ORGER GRANTING MOTION TO WITHDRAW
## NOTICE OF SUBMISSION

Upon consideration of Plaintiff's Motion to Withdraw the Notice of Submission (Doc. #s 11278, 11278-1, 11278-2, 11278-3, 11278-4), and this Court being fully advised,

It is hereby ORDERED that the Motion is GRANTED and the Notice of Submission is withdrawn.

New Orleans, Louisiana, this      day of            , 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge