UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>*McMartin v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al* | SECTION "H" (5)<br><br>HON. JANE T. MILAZZO<br><br>Civil Case No.: 2:18-cv-04880 |

## MOTION TO WITHDRAW NOTICE OF SUBMISSION

NOW INTO COURT, through undersigned counsel hereby respectfully move this Court for an order withdrawing the Notice of Submission and attachments (Doc.# 11206, 11206-1, 11206-2, 11206-3, 11206-4, 11206-5).  Defendants informed Plaintiff that the filing was not in compliance with LR 7.6.  Therefore, the Notice of Submission was improperly filed.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully request this Court enter the attached order withdrawing the Notice of Submission.

Dated:   October 14, 2020

Respectfully Submitted By:

/s/*Andrew F. Kirkendall*
 Andrew F. Kirkendall
 Texas Bar No. 24050882
 Alexander G. Dwyer
 Texas Bar No. 24054271
 adwyer@kirkendalldwyer.com
 akirkendall@kirkendalldwyer.com

Kirkendall Dwyer, LLP
4343 Sigma Rd., STE 200
Dallas, TX  75244
Tel: (214) 271-4027
Fax: (214) 543-0621

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Andrew F. Kirkendall
Andrew F. Kirkendall