# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: McMartin v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | Civil Action No.: 2:18-cv-04880 |

___

## ORGER GRANTING MOTION TO WITHDRAW
## NOTICE OF SUBMISSION

Upon consideration of Plaintiff's Motion to Withdraw the Notice of Submission (11206, 11206-1, 11206-2, 11206-3, 11206-4, 11206-5), and this Court being fully advised,

It is hereby ORDERED that the Motion is GRANTED and the Notice of Submission is withdrawn.

New Orleans, Louisiana, this     day of          , 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge