UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Darlene Scott
Case No.: 2:19-cv-12097

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby inform this Court of the death of Plaintiff Darlene Scott, which occurred on or about October 17, 2019. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed within 60 days.

Respectfully submitted,

KENNEDY HODGES, LLP
By: /s/ David W. Hodges
David W. Hodges
State of Texas Bar. No. 00796765
dhodges@hftrialfirm.com
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on this day, October 14, 2020, I filed this document through the court's CM/ECF system which will serve a copy on all parties of record.

/s/ David W. Hodges
David W. Hodges