**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Darlene Scott
Case No.: 2:19-cv-12097

<u>**DECLARATION**</u>

I, David W. Hodges, am the attorney of record for the above-captioned case. Ms. Darlene

Scott passed away on October 3, 2019. I am filing a suggestion of death for my client concurrently

with this Declaration. We will work on filing a motion to substitute within 60 days.

I declare that the foregoing is true and correct to the best of my knowledge.

KENNEDY HODGES, LLP
By: /s/ David W. Hodges
David W. Hodges
State of Texas Bar. No. 00796765
dhodges@hftrialfirm.com
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF