UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Carolyn Young
**Case No.:** 2:18-cv-12641

## STATEMENT OF PLAINTIFF'S COUNSEL

　　　I represent Carolyn Young whose case is on a Notice of Non-Compliance to be heard by the Court on October 16, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: October 15, 2020

　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel P. Markoff
　　　　　　　　　　　　　　　　　　　　　　DANIEL P. MARKOFF, OBA#14886
　　　　　　　　　　　　　　　　　　　　　　BRIA A. HANLON, OBA #32412
　　　　　　　　　　　　　　　　　　　　　　Atkins & Markoff
　　　　　　　　　　　　　　　　　　　　　　9211 Lake Hefner Pkwy Ste. 104
　　　　　　　　　　　　　　　　　　　　　　Oklahoma City OK 73120
　　　　　　　　　　　　　　　　　　　　　　(405) 607-8757
　　　　　　　　　　　　　　　　　　　　　　(405) 607-8749 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　dmarkoff@atkinsandmarkoff.com
　　　　　　　　　　　　　　　　　　　　　　bhanlon@atkinsandmarkoff.com
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*