UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Vera Sue Green</u>
**Case No.:** <u>2:19-cv-13458</u>

## DECLARATION

I, <u>Jennifer S. Domer,</u> have attempted to reach my client, <u>Vera Sue Green,</u> on the following dates: <u>10/13/2020, 10/12/ 2020, 08/31/2020, 08/27/2020, 04/02/2020,</u> by (check all that apply) <u> X </u> telephone, <u> X </u> e-mail, <u> X </u> text message, ____ social media, <u>X</u> U.S. Mail, ____ Certified Mail, <u> X </u> other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Jennifer S. Domer*
_____
Jennifer S. Domer
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
jdomer@cutterlaw.com