UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: <u>Myrtle Barnes</u>**
**Case No.: <u>2:19-cv-13630</u>**

## DECLARATION

　　　I, <u>Jennifer S. Domer,</u> have attempted to reach my client, <u>Myrtle Barnes,</u> on the following dates: <u>10/13/2020, 10/12/ 2020, 08/31/2020, 08/03/2020, 07/29/2020, 06/02/2020, 04/22/2020, 04/20/2020,</u> by (check all that apply)  <u> X </u>  telephone, ____ e-mail,  <u> X </u> text message, ____ social media,  <u>X</u> U.S. Mail, ____ Certified Mail,  <u> X </u> other, and my client has not been responsive to my communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.

*[Signature: Jennifer S. Domer]*

_____
Jennifer S. Domer
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
jdomer@cutterlaw.com