UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name:** _Donna Addison_
**Case No.:** 2:20-cv-00678

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Donna Addison whose case is on a Notice of Non-Compliance to be heard by the Court on October 16, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: October 15, 2020                /s/Rhett A. McSweeney_____
                                        David M. Langevin (# 329563)
                                        Rhett A. McSweeney (# 269542)
                                        Jonathan R. Mencel (# 390056)
                                        McSweeney / Langevin LLC
                                        2116 Second Avenue South
                                        Minneapolis, MN 55404
                                        Phone: (612) 542-4646
                                        Fax: (612) 454-2678
                                        dave@westrikeback.com
                                        ram@westrikeback.com

                                        Counsel for Plaintiff