UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| VERNA SOUTHALL<br><br>    Plaintiff(s),<br><br>vs.<br><br>SANOFI US SERVICES, INC., fka SANOFI-AVENTIS U.S. INC., et al.<br><br>    Defendant(s).<br>------------------------------------------------------------ | : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No.: **2:19-cv-2038** |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff, Verna Southall, by and through her attorneys, with the consent of Defendants, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief that Plaintiff was provided Taxotere/Docetaxel chemotherapy produced by Sanofi US Services Inc., fka Sanofi-Aventis US Inc. and Sanofi-Aventis US LLC. Her original suit was filed on March 5, 2019.

Subsequent to the filing of her original lawsuit, Plaintiff's counsel has obtained product identification that indicates the Sanofi entities and other entities, namely Hospira Worldwide, LLC fka Hospira Worldwide, Inc., Hospira, Inc., and Sandoz, Inc. also manufactured the docetaxel administered to Plaintiff. Plaintiff now requests leave of court to amend her short form complaint to name the manufacturers of the docetaxel administered to her.

1

Pursuant to PTO no. 37A, on June 19, 2020, Plaintiff's counsel notified counsel for Sanofi US Services Inc., fka Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Hospira Worldwide, LLC fka Hospira Worldwide, Inc., Hospira, Inc., and Sandoz, Inc, as well as Defense Liaison Counsel John Olinde and Douglas Moore, of the need to amend the short form complaint and sought consent or opposition to this motion. On June 19, 2020, Plaintiff's counsel received a response from Sanofi US Services Inc., fka Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, paragraph stating that those defendants do not object to the filing of Plaintiff's First Amended Short Form Complaint.  Although more than 14 days have elapsed since notice was given to counsel for Hospira Worldwide, LLC fka Hospira Worldwide, Inc., Hospira, Inc., and Sandoz, Inc, those entities have failed to respond. **Accordingly, Plaintiff now files its motion for leave to amend unopposed as set out in PTO No. 37A**.

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is attempting to name the correct defendants. Plaintiff contends that no party will be prejudiced by this change, as this case is still in an early stage, and the parties to be added have stated that they do not oppose the motion. As a result, Plaintiff hereby requests that its **Unopposed** Motion for Leave to File First Amended Short Form Complaint be granted.

The First Amended Short Form Complaint is attached to Plaintiff's Motion as Exhibit A.

    Respectfully submitted,

<u>/s/ Aaron C. Johnson</u>
Aaron C. Johnson, MO # 38756
David G. Summers, MO # 42290
Summers & Johnson, P.C.
717 Thomas Street
Weston, MO 64098
(816) 640-9940
Fax (816) 386-9927

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                          <u>/s/ Aaron C. Johnson, Attorney for Plaintiff</u>