UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| VERNA SOUTHALL | |
| | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | |
| | Civil Action No.: **2:19-cv-2038** |
| vs. | |
| SANOFI US SERVICES, INC., fka SANOFI-AVENTIS U.S. INC., et al. | |
| Defendant(s). | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint;

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

This _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT

1