# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-CV-15694 |
| VERONICA STURGES v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-15694 | |

## PLAINTIFF'S UNOPPOSED MOTION TO VACATE NOTICE OF VOLUNTARY DISMISSAL WITH RESPECT TO SANOFI U.S. SERVICES INC. AND SANOFI-AVENTIS U.S. LLC

Plaintiff, Veronica Sturges, by and through the undersigned Counsel of Record pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, hereby files this Motion to Vacate the Notice of Partial Dismissal, Document 6436 filed on March 7, 2019, with respect to Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.  Plaintiff's counsel has conferred with Liaison Counsel for the Sanofi Defendants and understands these Defendants do not oppose Plaintiff's request.

Plaintiff is seeking relief from the dismissal of claims with respect to the Sanofi Defendants pursuant to Federal Rule of Civil Procedure 60(b)(6), as there is conflicting information from the treating medical facility regarding the manufacturer or labeler of the docetaxel Plaintiff received.  Prior to the voluntary dismissal, Plaintiff's treating medical oncologist provided a CMO 12A "Statement Regarding Chemotherapy Drug Administered" identifying McKesson Packaging as the manufacturer or labeler of the docetaxel Plaintiff received.  The Statement has been uploaded in Centrality as Document 156437.  Based upon this representation from the treating oncologist Plaintiff voluntarily dismissed all Defendants other

than McKesson Packaging Services and Accord Healthcare, Inc. However, the billing records for four of Plaintiff's six docetaxel infusions list an NDC code associated with the Sanofi Defendants, specifically NDC Code 0075-8001-80. The billing records have been uploaded in Centrality as Document 81103. Therefore, Plaintiff seeks to vacate the Notice of Partial Dismissal with respect to Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.

WHEREFORE, Plaintiff seeks to vacate the Notice of Partial Dismissal with respect to Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.

Dated this 16th day of October 2020.


By: s/Justin E. Dunlap
Justin E. Dunlap
Hotze Runkle, PLLC
1101 S. Capital of Texas Hwy
Bldg. C, Suite 100
West Lake Hills, Texas 78746
Telephone: (512) 476-7771
Facsimile: (512) 476-7781
Email: justin@hotzerunkle.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

By: s/Justin E. Dunlap
Justin E. Dunlap