# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>VERONICA STURGES  v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-15694 | Civil Action No.: 2:17-CV-15694 |

## ORDER

Before the Court is Plaintiff's Motion to Vacate the Notice of Partial Dismissal, Document 6436 filed on March 7, 2019, with respect to Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.  The Court understands that Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC do not oppose Plaintiff's Motion.

The Motion is GRANTED.  Plaintiff may amend her Short Form Complaint consistent with this Order.

New Orleans, Louisiana this \_\_\_\_ day of October, 2020.

                                                    **JANE TRICHE MILAZZO**
                                                    **UNITED STATES DISTRICT JUDGE**