# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT Hospira Inc. and Hospira Worldwide, LLC.** |
| THIS DOCUMENT RELATES TO:<br>*Martha Brown v. Hospira Inc. and Hospira Worldwide, LLC.* | Civil Action No.: 2:17-cv-17430 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Inc. and Hospira Worldwide, LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 16th day of October, 2020

                                                  */s/Rhett A. McSweeney*
                                                  David M. Langevin (#329563)
                                                  Rhett A. McSweeney (#269542)
                                                  McSweeney/Langevin LLC
                                                  2116 Second Avenue South

Minneapolis, MN 55404<br>
Phone: (612) 542-4646<br>
Fax: (612) 454-2678<br>
Dave@westrikeback.com<br>
ram@westrikeback.com<br>
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: October 16, 2020                                         */s/ Rhett A. McSweeney*
                                                                                       Rhett A. McSweeney