UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

# MINUTE ENTRY

On October 16, 2020, the Court held a video status conference with lead and liaison counsel. The following attorneys participated: Dawn Barrios, Palmer Lambert, Karen Menzies, Chris Coffin, Doug Moore, Harley Ratliff, John Olinde, Julie Callsen, and Lori Cohen. The parties updated the Court on the status of the case.

(JS-10:01:15)

