MINUTE ENTRY
MILAZZO, J.
October 16, 2020

JS-10:01:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On October 16, 2020, the Court held a show cause hearing. Certain participants appeared via video: Claire E. Berg, Palmer Lambert, Dawn Barrios, Brenda Sweet, Nicholas Insogna, and Kelly Brilleaux. Other participants appeared via telephone.

    Court Reporter:    Toni Tusa

    Law Clerk:    Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," in addition to the case of Nannie Maldonado, 17-16899, are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," in addition to the cases of Myrtle Barnes, 19-13630, and Vera Sue Green, 19-13458, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," in addition to the cases of Carolyn Young,

18-12641; Donna Addison, 20-678; Dianne Hussey, 19-14545; and Cleola Stanberry, 19-14117 are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 19-14310   Cheryl DiDonato
- 19-13431   Wanda Gibson
- 18-12411   Sally Gowens
- 19-12097   Darlene Scott
- 20-657      Rosalyn Brown
- 19-14766   Amy Ikerd

                                                                                           _____
                                                                                           **HON. JANE TRICHE MILAZZO**
                                                                                           **UNITED STATES DISTRICT JUDGE**