October 16, 2020
Non Compliance Dismissal List

**EXHIBIT A**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Longest | Jauva | 2:19-cv-13868 | PFS Not Substantially Complete; No PTO 71A | 505 | Peterson & Associates, P.C. | 10/8/2020 | 11241 |
| 2 | Smith | Vickie | 2:17-cv-13784 | PFS Not Substantially Complete; No Authorizations | 505 | Reich and Binstock LLP | 10/5/2020 | 11211 |