| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Bowen | Lilita | 2:20-cv-01426 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO-71) | 505 | Roden Law | 10/5/2020 | 11210 |
| 2 | Brantley | Jerry | 2:19-cv-14053 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO-71) | 505 | Fears Nachawati PLLC | 9/30/2020 | 11192 |
| 3 | Callahan | Jessica | 2:19-cv-14549 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 | Fears | Nachawati | 9/30/2020 | 11189 |
| 4 | Gordon | Sherry | 2:20-cv-00682 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 | Fears Nachawati PLLC | 9/30/2020 | 11190 |
| 5 | House | Lot | 2:18-cv-12793 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO-71) | 505 | Fears Nachawati PLLC | 10/9/2020 | 11255 |
| 6 | Jarrow-Wilson | Sherri | 2:20-cv-01136 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | Both sanofi and 505 | TorHoerman Law | 10/9/2020 | 11249 |
| 7 | Lawson | Lachanda | 2:19-cv-13861 | PFS Not Substantially Complete; No HIPAA or Insurance Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Pulaski Law Firm, PLLC | 10/9/2020 | 11253 |
| 8 | MacLean | Judy | 2:17-cv-15566 | PFS Not Substantially Complete; No Authorizations | 505 | Baron & Budd | 10/13/2020 | 11265 |
| 9 | Moreno | Lydia | 2:20-cv-00713 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 | Fears Nachawati PLLC | 9/24/2020 | 11139 |
| 10 | Myers | Mary | 2:20-cv-01083 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Dallas W Hartman PC | 10/9/2020 | 11248 |
| 11 | Navarro | Christine | 2:20-cv-00936 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | Both sanofi and 505 | Barrett Johnston Martin & Garrison | 9/30/2020 | 11194 |
| 12 | Post | Deborah | 2:19-cv-13863 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | sanofi | TorHoerman Law LLC | 10/9/2020 | 11250 |
| 13 | Rubel | Theresa | 2:19-cv-13911 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 | Pulaski Law Firm, PLLC | 10/9/2020 | 11252 |
| 14 | Rubright | Jutta | 2:20-cv-01282 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi | Bernstein Liebhard LLP | 10/13/2020 | 11267 |
| 15 | Witte | Donna | 2:20-cv-00761 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 | Fears Nachawati PLLC | 9/4/2020 | 11047 |