October 16, 2020
Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Belyea | Kathy | 2:19-cv-12686 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi | Morgan and Morgan | 10/14/2020 | 11286 |
| 2 | Conner | Erika | 2:18-cv-13516 | PFS Not Substantially Complete | sanofi | Reyes|Browne|Reilley | 10/9/2020 | 11246 |
| 3 | Cromartie | Joselyn | 2:19-cv-14397 | PFS Not Substantially Complete; No PTO 71A | sanofi | Morgan and Morgan | 10/14/2020 | 11287 |
| 4 | Geist | Cynthia | 2:19-cv-14535 | PFS Not Substantially Complete; No PTO 71A | Both sanofi and 505 | Fears | Nachawati | 10/9/2020 | 11254 |
| 5 | Jakel | Cynthia | 2:20-cv-01134 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | Both sanofi and 505 | TorHoerman Law | 10/9/2020 | 11251 |
| 6 | Jones | Vera | 2:19-cv-14523 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | Both sanofi and 505 | Fears | Nachawati | 10/9/2020 | 11256 |
| 7 | Lowe | Carol | 2:19-cv-14425 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | Both sanofi and 505 | Morgan and Morgan | 10/14/2020 | 11288 |
| 8 | McMillan | Jacqueline | 2:19-cv-14556 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Fears | Nachawati | 10/9/2020 | 11257 |
| 9 | Miller | Martha | 2:18-cv-04893 | PFS Not Substantially Complete | Both sanofi and 505 | Kirkendall Dwyer LLP | 9/2/2020 | 11040 |
| 10 | Obo | Losa | 2:19-cv-09389 | PFS Not Substantially Complete | 505 | Shaw Cowart, LLP | 9/4/2020 | 11050 |
| 11 | Oldham | Denise | 2:20-cv-00603 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 | Fears Nachawati PLLC | 9/8/2020 | 11053 |
| 12 | Patrice | Shirley | 2:17-cv-16532 | PFS Not Substantially Complete; No PTO 71A | sanofi | Shaw Cowart, LLP | 9/8/2020 | 11060 |
| 13 | Reiser | Patricia | 2:20-cv-01377 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi | Fears | Nachawati | 9/9/2020 | 11061 |
| 14 | Tabak | Susan | 2:17-cv-10093 | PFS Not Substantially Complete | sanofi | Johnson Law Group | 10/6/2020 | 11229 |
| 15 | Vasquez | Kori | 2:20-cv-01279 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi | Francolaw, PLLC | 9/7/2020 | 11052 |
| 16 | Vick | Susan | 2:17-cv-11429 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 | Shaw Cowart, LLP | 9/4/2020 | 11051 |
| 17 | Washington | Enza | 2:20-cv-01159 | No PFS Submitted (also No PFS Declaration; No Proof of Use; No Before Photos; No After Photos; No Authorizations; No PTO 71A; No CMO 12A) | sanofi | Hollis, Wright, Clay & Vail | 10/9/2020 | 11260 |