IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| TERESA SISK, | : : | SECTION "H" (5) JUDGE MILAZZO |
| Plaintiffs, | : : | MAG. JUDGE NORTH |
| v. | : : | Civil Action No. 2:17-cv-10121 |
| ACCORD HEALTHCARE, INC., | : : | |
| Defendants. | : : | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 11151);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office shall file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 19th day of October, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT