UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Alice Hughes, Case No. 2:17-cv-11769

# ORDER

　　Considering Plaintiffs' Motion to Continue Deadlines Set by Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds;

　　**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiffs' opposition to Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds is continued to **November 4, 2020**. Defendant Accord's reply will be due **November 11, 2020**.

　　New Orleans, Louisiana, this 19th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES