**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE PRODUCTS** | **: MDL No. 2740** |
| **LIABILITY LITIGATION** | **:** |
| | **: JUDGE JANE TRICHE MILAZZO** |
| | **: MAGISTRATE JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**
*Teresa Rosburg*
*2:17-cv-09491-JTM-MBN*

## ORDER

Before the Court is Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(A)(1) (Doc. 11203);

**IT IS ORDERED** that the Motion is **GRANTED**, and Douglas Ramirez, on behalf of his deceased mother, Teresa Rosburg, may be substituted for Teresa Rosburg as the proper party plaintiff in this action.

New Orleans, Louisiana this 19th day of October, 2020.

_____
United States District Judge