UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. Sanofi-Aventis, et al*, Case No. 2:16-cv-17039

## ORDER

Considering the foregoing Plaintiff's Motion for Leave to File Notice of Supplemental Authority in Support of Her Opposition to Sanofi's Motion for Summary Judgment Based on Preemption;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiff's Notice of Supplemental Authority into the record.

New Orleans, Louisiana, this 19th day of October, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE