**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO:


Brenda Mixon, No. 18-6581.

---

**PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED
FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE
CLAIMS OF PLAINTIFF BRENDA MIXON AND ENTRY OF ORDER TO SHOW
CAUSE; AND PLAINTIFF'S STATEMENT OF ADDITIONAL DISPUTED FACTS IN
SUPPORT OF HER OPPOSITION TO SUMMARY JUDGMENT**

---

Plaintiff Brenda Mixon submits this response to Defendants' Statement of Undisputed

Material Facts in Support of its Motion for Summary Judgment under Local Rule 56.1 and offers

her own Statement of Additional Disputed Facts in Support of Her Opposition to Summary

Judgment:

**Plaintiff Brenda Mixon**

1.      Ms. Mixon directly filed her lawsuit in this Court.

Undisputed.

2.      Ms. Mixon alleges that she suffered injuries after receiving Taxotere, a

chemotherapy drug mainly used to treat breast cancer.

Undisputed.

3.      Ms. Mixon has asserted six claims: (1) strict products liability-failure to warn; (2)

negligence; (3) negligent misrepresentation; (4) fraudulent misrepresentation; (5) fraudulent

concealment; and (6) fraud and deceit.

Undisputed.

4.      Ms. Mixon is a Michigan resident.

Undisputed.

5.      Ms. Mixon was prescribed Taxotere in Michigan.

Undisputed.

6.      Ms. Mixon was administered Taxotere in Michigan in 2008.

Undisputed.

### FDA Approval of Taxotere and Accompanying Labels

7.      In 1996, FDA approved Taxotere for the treatment of cancer patients in the United States.

Undisputed.

8.      Between May 17, 1996 and 2004, FDA approved nine amendments to the Taxotere label.

Undisputed.

9.      On March 17, 2004, Sanofi submitted to FDA a supplemental New Drug Application (sNDA) seeking the Agency's approval to expand the use of Taxotere for the adjuvant treatment of patients with node-positive breast cancer.

Undisputed.

10.      On August 18, 2004, FDA approved Sanofi's sNDA, including a revised Taxotere label.

Undisputed.

11.      From August 18, 2004 to May 29, 2008, FDA approved amendments to the Taxotere label seven times.

Undisputed.

12.     The September 28, 2007 Taxotere label was the operative Taxotere label at the time of Plaintiffs treatment.

Undisputed.

13.     Since 2010, FDA has approved at least six changes to the Taxotere label, each time preserving the alopecia and hair loss information as amended by FDA in 2010.

Undisputed.

14.     At all times relevant to Ms. Mixon's case, Taxotere and its warnings have remained FDA-approved.

Undisputed.

## PLAINTIFF'S STATEMENT OF ADDITIONAL DISPUTED FACTS

Plaintiff Brenda Mixon offers the following disputed facts in support of her opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause:

1.     On January 26, 2007, Emanuel Palatinsky, a global safety officer for Taxotere, approved modifications to an informed consent form for a Sanofi clinical trial that added "permanent hair loss" as one of the "side effects" of Taxotere. (Ex. 1, dated January 26, 2007.)

2.     Dr. Mackey had served as Chairman of Sanofi's TAX 316 clinical trial—which Sanofi used to obtain approval for use Taxotere in the adjuvant setting—and as a Principal Investigator and primary author in other published clinical studies sponsored by Sanofi and involving                          Taxotere.                          *See,*                          *e.g.,* https://www.ncbi.nlm.nih.gov/pubmed?term=(mackey%20john%5BAuthor%5D)%20AND%20d ocetaxel %5BText%20Word%5D.

3.      Among these modifications to the informed consent submitted by Dr. Mackey was the addition of "permanent hair loss" as one of the "side effects" of Taxotere. (Ex. 1.) Dr. Palatinsky stated that the informed consent did not need to warn of "hair loss" and "permanent hair loss" because "permanent [hair loss] is sufficient once." (*Id.*)

4.      The consent form read as follows:

The following are the side effects of each drug used in this study. These side effects may or may not be more severe when the drugs are taken together. These are the side effects we know about at present. However, since this is a study of new treatments there may be other side effects that we do not know about yet.

(*Id.* at p. 6 of 19.)

5.      The informed consent did not list "permanent hair loss" as a side effect for Adriamycin, Cyclophosphamide, trastuzumab, or carboplatin. (*Id.* at pp. 9, 10, 14.)

6.      Before approving the addition of "permanent hair loss" to the informed consent form, Sanofi had steadily received reports from Dr. Mackey, who was the principal investigator in a number of Sanofi's clinical trials.

7.      Specifically, beginning in circa 2003, Sanofi received a steady stream of reports recounting patients suffering permanent hair loss after completing chemotherapy treatment with Taxotere. (*See* Mackey TAX-GMA-301 Reports of Permanent Alopecia; Ex. 2, Sanofi_04353203_2562; Ex. 3, Sanofi_04353202_2279; Ex. 4, Sanofi_04353202_2301; Ex. 5, Sanofi_04353202_2566; Ex. 6, Sanofi_04353203_2283; Ex. 7, Sanofi_04353203_2297; Ex. 8, Sanofi_04353203_2301; Ex. 9, Sanofi_04353203_2316; Ex. 10, Sanofi_04353203_2320; Ex. 11, Sanofi_04353203_2323; Ex. 12, Sanofi_04353203_2327; Ex. 13, Sanofi_04353203_2521; Ex. 14, Sanofi_04353203_2534; Ex. 15, Sanofi_04353203_2539; Ex. 16, Sanofi_04353203_2551; Ex. 17, Sanofi_04353203_2559; Ex. 18, Sanofi_06248358; Ex. 19, Sanofi_06248364; Ex. 20, Sanofi_06248323; Ex. 21, Sanofi_04353202_2539; Ex. 22, Sanofi_04353202_2563 at 1-2.)

8.      These cases were not one-off rarities that Sanofi could dismiss as anomalous but instead closely followed participants in multiyear, company-sponsored clinical trials, those unrelated to its TAX 316 and TAX 301 studies.

9.      By August 2004, these investigators—and Sanofi—found there to be a causal relationship between Taxotere and a patient's persistent and irrevocable hair loss. (Ex 21, Sanofi_04353202_2539.)

10.     Dr. Scot Sedlacek presented his research on the risk of "persistent significant alopecia" following chemotherapy with Taxotere at the 29th Annual San Antonio Breast Cancer Symposium in San Antonio, Texas, in a presentation called "Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophosphamide (AC) chemotherapy in women with breast cancer." (*See* Ex. 23, San Antonio Breast Cancer Symposium Materials, Dec. 14-17, 2006.)

11.     Dr. Sedlacek analyzed data from the women he had treated with adjuvant chemotherapy from January 1994 through December 2004 at his clinical oncology practice in Colorado, and organized the patients into three groups: Group A received doxorubicin with no taxanes; Group B received doxorubicin plus Taxol; and Group C received doxorubicin plus Taxotere. (*Id.*) Dr. Sedlacek included only women who had at least one year of follow-up post therapy and excluded women who had undergone high-dose chemotherapy with stem cell rescue. (*Id.*)

12.     Dr. Sedlacek defined the outcome of "persistent significant alopecia" ("PSA") as "hair regrowth less than 50% of the pre-chemotherapy amount of hair as judged by both the patient and the author." (*Id.*)

13.     Dr. Sedlacek described the number and volume of doses for each patient reporting

PSA, as well as the presentation of the condition (described resembling "male pattern baldness").

(*Id.*)

14.     Dr. Sedlacek's research findings were as follows:

- None (0%) of the 258 women in Group A (the non-Taxane patients) experienced persistent significant alopecia;
- None (0%) of the 126 women in Group B (the Taxol patients) experienced persistent significant alopecia; and
- Seven (6.3%) of the 112 women in Group C (the Taxotere patients) experienced persistent significant alopecia.

(*Id.*)

15.     Dr. Sedlacek concluded:

Significant advances in the prevention of metastases in women with localized breast cancer have been accomplished over the past 15 years. Likewise, advances in the management of side effects and toxicities such as nausea/vomiting and cytopenias, have been just as impressive. Unfortunately, the one side effect possibly most dreaded by the patient is alopecia. Yet, we have always told our female patients don't worry, it will always come back. This last statement may not be true.
[ * * * ]
It appears from this data set, that when docetaxel is administered after 4 doses of AC, there is a small but significant possibility of poor hair regrowth lasting up to 7 years. Such an emotionally devastating long term toxicity from this combination must be taken into account when deciding on adjuvant chemotherapy programs in women who likely will be cured of their breast cancer.

(*Id.*)

16.     Sanofi "had a dialogue" with Dr. Sedlacek around the time of his publication. (Ex.

24, *Earnest* Trial Tr. 1314:18 – 1315:4, Sept. 20, 2019.)

17.     The FDA has stated, "Once a product is marketed, there is generally a large increase

in the number of patients exposed, including those with co-morbid conditions and those being

treated with concomitant medical products. Therefore, postmarketing safety data collection and

risk assessment based on observational data are critical for evaluating and characterizing a

product's risk profile and for making informed decisions on risk minimization." (*See* Ex. 25, Expert Report of David A. Kessler, M.D. ("Kessler Report") at ¶ 57, p. 14 [quoting FDA, Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment (March 2005), available at https://www.fda.gov/media/71546/download].)

18.     Sanofi was required to report unexpected adverse drug experiences, which include adverse events that are "related to an event listed in the labeling, but differ from the event because of greater severity or specificity." 21 CFR 314.80. Permanent hair loss was an unexpected and more severe drug experience, and it was required to be reported.

19.     After the FDA learned that Taxotere caused permanent hair loss, as Sanofi had known since January 2007, the FDA approved new labeling on December 11, 2015. (*See* Ex. 26, Approval Letter dated December 11, 2015 and attached labeling.)

20.     The approval letter noted that "[c]ontent of labeling must be identical to the enclosed labeling text for the package insert and text for the patient package insert." (*Id.*)

21.     Brenda Mixon was diagnosed with breast cancer in March 2008. (*See* Doc. 10978-3 at 12).

22.     She was treated by lumpectomy and removal of lymph nodes, radiation, and chemotherapy. *Id.*

23.     Ms. Mixon received four cycles of Taxotere, one every three weeks, between May 9, 2008 and July 11, 2008—nearly a year and a half after Sanofi knew that its drug caused permanent hair loss but over seven years before the FDA would know and require a label change. (*Id*. at 16; Ex. 27, Medical Records from Van Elslander Cancer Center.)

24.     After using Taxotere, she suffered permanent hair thinning and a large bald area in the hair on her head, as well as the permanent loss of body hair. (Doc. 10978-3 at 18.)

25.     "The medical literature discussing alopecia and irreversible alopecia (including not just scalp hair, but also loss of eyebrows, eyelashes, and hair in other body regions) describes the distressing nature of this injury and its profound impact on mental health, physical, psychosocial and psychological distress, quality of life, patient compliance, and patient willingness to undergo chemotherapy or instead choose a different therapy or treatment." (Ex. 25, Kessler Report at ¶ 93, p. 23 [collecting studies].)

Dated: October 20, 2020                               Respectfully submitted,

                                                      /s/ Jason S. Long

                                                      Jason S. Long
                                                      Texas State Bar No. 24098012
                                                      Darren P. McDowell
                                                      Texas State Bar No. 24025520
                                                      Misty A. Farris
                                                      Texas State Bar No. 00796532
                                                      **FEARS NACHAWATI, PLLC**
                                                      5473 Blair Road
                                                      Dallas, Texas 75231
                                                      Telephone: (214) 890-0711
                                                      Facsimile: (214) 890-0712
                                                      jlong@fnlawfirm.com
                                                      dmcdowell@fnlawfirm.com
                                                      mfarris@fnlawfirm.com

                                                      /s/ Kristie L. Fischer

                                                      SCOTT K. CANEPA, ESQ.
                                                      Nevada Bar No. 4556
                                                      TERRY W. RIEDY, ESQ.
                                                      Nevada Bar No. 3895
                                                      BRYAN T. ABELE, ESQ.
                                                      Nevada Bar No. 7250
                                                      KRISTIE L. FISCHER, ESQ.
                                                      Nevada Bar No. 11693
                                                      CANEPA RIEDY ABELE
                                                      851 S. Rampart Boulevard
                                                      Suite 160
                                                      Las Vegas, Nevada 89145
                                                      Tel: (702) 304-2335

Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Jason S. Long*