# Exhibit 6

# EXHIBIT 12

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| ACC | CANADA | 22 | MAY | 1948 | 55 year(s) | Female | 04 | OCT | 2001 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                 13MAR2002 : Unknown

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); patient ID 10511;
Investigator ID BCA0021.
This clinical report is from a multicenter Phase III randomized trial comparing
docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus
doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of
                                                                          Cont.
```

Check boxes:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) (include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                         Time to Onset: 10.9 week(s)
(DOCETAXEL)
Dose, form, route and frequency                         Therapy Dates
Unknown;Injection, solution;Intravenous (not otherwise specified);Every three weeks
28DEC2001:13MAR2002
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every three weeks | IV NOS |

| 17. INDICATION(S) FOR USE |
|---|
| BREAST CARCINOMA |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 28DEC2001;13MAR2002 | 10.9 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
HYPERTENSION                                                              Unknown
MASTECTOMY                                                                Unknown
BREAST CANCER IN SITU                                                     Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200317924GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 14AUG2003 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200317924GDDC                                    Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**   (Including relevant tests/lab data) (Continued)

operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with Adriamycin and cyclophosphamide treatment arm (TAC) on 03-Oct-01.

This report involves a 55-year-old female patient who last received Taxotere (docetaxel) 197 mg intravenously (cycle 4) on 13-Mar-02 for breast cancer; in addition, the patient received 4 cycles of adriamycin 116 mg and cyclophosphamide 1160 mg from 04-Oct-01 until 01-Dec-01. Relevant medical history includes ongoing hypertension, a left mastectomy on 22-Aug-01 and mixed ductal lobular carcinoma. Concomitant medications were not provided. On 13-Mar-02, the date of the patient's last Taxotere cycle, grade 1 alopecia was noted. No medical treatment was provided for the event. On 23-Jul-03, at the patient's most recent physician visit, it was noted that the patient's alopecia continues over the top part of her head.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received on 20-Aug-03:
The reported event of alopecia became serious as of 23-Jul-03. The serious criteria were changed from a disability to medically important. The event was ongoing at this time.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: the original start date of 13-Mar-02 for the reported event of alopecia was changed to 04-Oct-01.

Additional information received on 10-Dec-2012:
--------------------------------------------------------
The event started on 13-Mar-2002, i.e. the day of the last investigational product administration.


Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) (include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| ADRIAMYCIN (DOXORUBICIN) <br> Dose, form, route and frequency                     Therapy Dates <br> Unknown;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks 04OCT2001:01DEC2001 <br> LOT # UNKNOWN | | ☐ YES <br><br> ☐ UNKNOWN | ☐ NO <br><br> ☐ NA |
| **15. DAILY DOSE** <br> Unknown;Every three weeks | **16. ROUTE(S) OF ADMINISTRATION** <br> IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** | |
| **17. INDICATION(S) FOR USE** <br> BREAST CARCINOMA | | ☐ YES <br><br> ☐ UNKNOWN | ☐ NO <br><br> ☐ NA |
| **18. THERAPY DATES (FROM/TO)** <br> 04OCT2001;01DEC2001 | **19. THERAPY DURATION** <br> 8.4 week(s) | | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) <br> Dose, form, route and frequency                     Therapy Dates <br> Unknown;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks 04OCT2001:01DEC2001 <br> LOT # UNKNOWN | | ☐ YES <br><br> ☐ UNKNOWN | ☐ NO <br><br> ☐ NA |
| **15. DAILY DOSE** <br> Unknown;Every three weeks | **16. ROUTE(S) OF ADMINISTRATION** <br> IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** | |
| **17. INDICATION(S) FOR USE** <br> BREAST CARCINOMA | | ☐ YES <br><br> ☐ UNKNOWN | ☐ NO <br><br> ☐ NA |
| **18. THERAPY DATES (FROM/TO)** <br> 04OCT2001;01DEC2001 | **19. THERAPY DURATION** <br> 8.4 week(s) | | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200317924GDDC       Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum for follow-up received on 24-FEB-2005: New follow-up information received does not change the previous assessment for this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.