# Exhibit 7

# EXHIBIT 13

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| LMF | CANADA | 12 | JUN | 1943 | 59 year(s) | Female | 17 | JAN | 2001 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                    17JAN2001 : 25AUG2008
    thinning of hair, HAIR THINNING (Alopecia)         Unknown

(NOTE: Indented terms are signs/symptoms)


Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 10059;
Investigator ID: BCA0021.
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                         Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency                        Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 17JAN2001:02MAY2001
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square meter;Every three we | IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 17JAN2001;02MAY2001 | 15.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
DRUG HYPERSENSITIVITY                                                   Unknown
MASTECTOMY                                                              Unknown
BREAST DUCTAL CANCER INVASIVE                                           Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200318614GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 05SEP2003 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

Page 1 of 4

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200318614GDDC                    Page 2 of 4

---

**7+13. DESCRIBE REACTION(S)**   (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to docetaxel (Taxotere) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 16-Jan-2001.

This case involves a 59-year-old female patient who received docetaxel (Taxotere) 131 mg intravenously on 17-Jan-01 to 02-May-01 for breast carcinoma; in addition, the patient received doxorubicin 87.5 mg and cyclophosphamide 875 mg. Medical history was significant for hypersensitivity to acetaminophen + codeine (Tylenol), infiltrating ductal carcinoma, and a left mastectomy on 20-Nov-00. Relevant concomitant medication was not provided. The patient was seen for follow-up # 8 on 15-Jul-03. The patient continued to experience alopecia that was first documented as grade 1 at follow-up 2 on 28-Aug-01. At follow-up # 6 on 07-Jan-03, the physician documented grade 1 alopecia. The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to docetaxel (Taxotere).
Investigator's assessment for causal relationship: Related to doxorubicin.
Investigator's assessment for causal relationship: Related to cyclophosphamide.

Addendum for follow-up information received 19-Sep-03:
The start date of the reported event of alopecia was changed to 28-Aug-01. The date the event became serious was given as 15-Jul-03.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 28-Aug-01 for the event of alopecia has been changed to 17-Jan-01.

Additional information received on 17-Dec-2012:
--------------------------------------------------------
The patient recovered on 25-Aug-2008.

-Additional information received on 19-Dec-2012 :
-----
The patient's outcome amended from "recovering" to "recovered".
The date of recovery added.
No change in assessment.


Lab tests unknown

---

**12. OTHER OUTCOME (Continued)**
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| DOXORUBICIN (DOXORUBICIN) | | | |
| Dose, form, route and frequency | Therapy Dates | ☐ YES | ☐ NO |
| 50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 17JAN2001:02MAY2001 | | ☐ UNKNOWN | ☐ NA |
| LOT # UNKNOWN | | | |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
|---|---|---|---|
| 50 milligram(s)/square meter;Every other we| IV NOS | | |
| 17. INDICATION(S) FOR USE | | ☐ YES | ☐ NO |
| BREAST CARCINOMA | | | |
| | | ☐ UNKNOWN | ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | | |
| 17JAN2001;02MAY2001 | 15.1 week(s) | | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200318614GDDC                                   Page 3 of 4

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name)<br>CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                              Therapy Dates<br>500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 17JAN2001:02MAY2001<br>LOT # UNKNOWN ||  20. DID REACTION ABATE AFTER STOPPING DRUG?<br>☐ YES          ☐ NO<br>☐ UNKNOWN   ☐ NA |
|---|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every three w| 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | ☐ YES          ☐ NO<br>☐ UNKNOWN   ☐ NA |
| 18. THERAPY DATES (FROM/TO)<br>17JAN2001;02MAY2001 | 19. THERAPY DURATION<br>15.1 week(s) | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200318614GDDC                                Page 4 of 4

Pharma block (cont...)

Aventis Company Comment: Addendum for follow-up dated 24-FEB-2005:  New follow-up information received does not change the previous assessment for this case. This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.