# Exhibit 8

# EXHIBIT 14

# CIOMS Suspect Adverse Reaction Report

Sanofi-Aventis R&D

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| NSD | CANADA | Day 20 Month MAR Year 1937 | 65 year(s) | Female | Day 12 Month MAR Year 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                         04DEC2002 : Unknown
    alopecia present for 11 months, ALOPECIA (Alopecia)              Unknown

(NOTE: Indented terms are signs/symptoms)


Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 11158;
Investigator ID: BCA0021.
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                                    Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency                     Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 12MAR2002:26JUN2002
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square meter;Every three we| IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 12MAR2002;26JUN2002 | 15.3 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
HYPERTENSION                                                        Unknown
INTERMITTENT HEADACHE                                               Unknown
MASTECTOMY                                                          Unknown
```

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200318617GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 05SEP2003 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200318617GDDC                                                         Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**     (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 08-Mar-02.

This case involves a 60-year-old female patient who received Taxotere (docetaxel) (dosage not given) intravenously on 12-Mar-02 to 26-Jun-02 for breast carcinoma; in addition, the patient received doxorubicin 92 mg and cyclophosphamide 920 mg. Medical history was significant for controlled hypertension, intermittent headaches, left segmental resection (22-Jan-02), and invasive ductal carcinoma. Relevant concomitant medication was not provided. The patient was seen for follow-up # 1 on 16-Jul-02 and grade 1 alopecia was reported.  The patient continued to experience grade 1 alopecia. The reported event was ongoing at the time of this report. On 24-Jun-03, the investigator has reported that this was likely permanent.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received 19-Sep-03:
The start date for the reported event was changed to 04-Dec-02 and the date it became serious was given as 24-Jun-03 in this 65-year-old female patient.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 04-Dec-02 for the event of alopecia has been changed to 12-Mar-02.

Additional information received on 10-Dec-2012:
--------------------------------------------------------
The start date of the event was 04-Dec-2002.

Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) DOXORUBICIN (DOXORUBICIN) Dose, form, route and frequency                            Therapy Dates 50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 12MAR2002:26JUN2002 LOT # UNKNOWN | 20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES    ☐ NO ☐ UNKNOWN   ☐ NA |
|---|---|
| **15. DAILY DOSE** 50 milligram(s)/square meter;Every other we | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** |
| **17. INDICATION(S) FOR USE** BREAST CARCINOMA | | ☐ YES    ☐ NO ☐ UNKNOWN   ☐ NA |
| **18. THERAPY DATES (FROM/TO)** 12MAR2002;26JUN2002 | **19. THERAPY DURATION** 15.3 week(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) Dose, form, route and frequency                            Therapy Dates 500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 17JAN2001:02MAY2001 LOT # UNKNOWN | 20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES    ☐ NO ☐ UNKNOWN   ☐ NA |
|---|---|
| **15. DAILY DOSE** 500 milligram(s)/square meter;Every three w | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** |
| **17. INDICATION(S) FOR USE** BREAST CARCINOMA | | ☐ YES    ☐ NO ☐ UNKNOWN   ☐ NA |
| **18. THERAPY DATES (FROM/TO)** 17JAN2001;02MAY2001 | **19. THERAPY DURATION** 15.1 week(s) | |

| 23. OTHER RELEVANT HISTORY (Continued) |  |
|---|---|
| BREAST DUCTAL CANCER INVASIVE | Unknown |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200318617GDDC                                                   Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum for follow-up dated 24-FEB-2005:  New follow-up information received does not change the previous assessment for this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.