# Exhibit 9

# EXHIBIT 15

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| TLP | CANADA | 15 | JAN | 1954 | 49 year(s) | Female | 17 | MAY | 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA (Alopecia)                                         17MAY2002 : 14SEP2004

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 11293;
Investigator ID: BCA0021.

This clinical report is from a Multicenter Phase III randomized trial comparing
docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus
doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) (include generic name)
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                         Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 05JUL2002:04SEP2002
LOT # UNKNOWN

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   - [ ] NO
- [ ] UNKNOWN   - [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square meter;Every three we | IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   - [ ] NO
- [ ] UNKNOWN   - [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 05JUL2002;04SEP2002 | 8.9 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)  (Con.) Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
MASTECTOMY                                                                Unknown
BREAST DUCTAL CANCER INVASIVE                                             Unknown
BREAST BIOPSY                                                             Unknown

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200319936GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 13OCT2003 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

Page 1 of 4

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200319936GDDC         Page 2 of 4

---

**7+13. DESCRIBE REACTION(S)**   (Including relevant tests/lab data) (Continued)

operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 03-Apr-02.

This case involves a 49-year-old female patient who received Taxotere (docetaxel) 149 mg intravenously on 05-Jul-02 to 04-Sep-02 for breast carcinoma; in addition, the patient received doxorubicin 120 mg and cyclophosphamide 1200 mg on 04-Apr-02 to 19-Jun-02. Medical history was significant for hypersensitivity/allergy to morphine, hot flushes, chronic anemia, dilatation and curettage, left breast segmental 11-Feb-02, infiltrating ductal carcinoma, and a left mastectomy on 21-Feb-02. Relevant concomitant medication was not provided. The patient was seen for follow-up # 8 on 15-Jul-03. The patient developed alopecia on 18-Mar-03.  The patient received a hair transplant prior to follow-up #3 on 17-Jun-03, which showed some hair re-growth.  On 16-Sep-03, the patient continued to have a thinning of hair, particularly further back than the hairline at the forehead. The event was now serious and considered to be grade I alopecia by the investigator.  The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up received 20-Feb-04:
The patient received a hair transplant on 17-Jun-03. The patient's hair had now regrown. Investigator stated on progress note of 16-Dec-03, "She no longer has alopecia". The patient recovered from the reported event on 16-Dec-03.

Addendum for follow-up information received 04-Aug-04: The patient was reported to have hair regrowth from hair transplants on 17-Jun-03. However, at recent clinical visit on 15-Jun-04, the physician observed thinness of hair on top; therefore, grade 1 alopecia continues. The recovery date of this event was amended to ongoing.

Addendum for follow-up information received on 30-Sep-04: At follow-up visit number eight, 14-Sep-04, the patient presented with some thinning over the crown of her head but not sufficient enough to qualify as alopecia grade one. The patient was considered recovered with sequelae on that same day (14-Sep-04).

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 18-Mar-03 for the event of alopecia has been changed to 17-May-02.

Lab tests unknown

---

**12. OTHER OUTCOME (Continued)**
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) (include generic name) DOXORUBICIN (DOXORUBICIN) Dose, form, route and frequency                     Therapy Dates 50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 04APR2002:19JUN2002 LOT # UNKNOWN | 20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES   ☐ NO ☐ UNKNOWN   ☐ NA |
|---|---|
| **15. DAILY DOSE** 50 milligram(s)/square meter;Every other we | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| **17. INDICATION(S) FOR USE** BREAST CARCINOMA | | ☐ YES   ☐ NO ☐ UNKNOWN   ☐ NA |
| **18. THERAPY DATES (FROM/TO)** 04APR2002;19JUN2002 | **19. THERAPY DURATION** 11 week(s) | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200319936GDDC                                      Page 3 of 4

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) (include generic name) <br> CYCLOPHOSPHAMIDE <br> (CYCLOPHOSPHAMIDE) <br> Dose, form, route and frequency                          Therapy Dates <br> 500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 04APR2002:19JUN2002 <br> LOT # UNKNOWN |||| 20. DID REACTION ABATE AFTER STOPPING DRUG? |||
|---|---|---|---|---|---|---|
| | | | | ☐ YES | | ☐ NO |
| | | | | ☐ UNKNOWN | | ☐ NA |
| 15. DAILY DOSE <br> 500 milligram(s)/square meter;Every three w| | 16. ROUTE(S) OF ADMINISTRATION <br> IV NOS || 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |||
| 17. INDICATION(S) FOR USE <br> BREAST CARCINOMA ||||  |||
| | | | | ☐ YES | | ☐ NO |
| 18. THERAPY DATES (FROM/TO) <br> 04APR2002;19JUN2002 || 19. THERAPY DURATION <br> 11 week(s) || ☐ UNKNOWN | | ☐ NA |

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| DRUG ALLERGY | Unknown |
| HOT FLUSHES | Unknown |
| ANEMIA | Unknown |
| D & C | Unknown |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200319936GDDC                                    Page 4 of 4

Pharma block (cont...)

Aventis Company Comment: Addendum for follow-up dated 24-FEB-2005:
New follow-up information changed the onset date for the event. It does not change the previous assessment for this case. This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.