# Exhibit 17

# EXHIBIT 23

| CIOMS Suspect Adverse Reaction Report | | Sanofi-Aventis R&D |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day | Month | Year | | | Day | Month | Year | |
| DLS | CANADA | 24 | JAN | 1970 | 34 year(s) | Female | 27 | NOV | 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                     19AUG2003 : 12DEC2009
    bi-temporal hair thinning, HAIR THINNING (Alopecia)       Unknown
(NOTE: Indented terms are signs/symptoms)


Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 12880;
Investigator ID: BCA0021.
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                                 Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency                  Therapy Dates
Unknown;Injection, solution;Intravenous (not otherwise specified);Every three weeks
27NOV2002:23APR2003
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every three weeks | IV NOS |

| 17. INDICATION(S) FOR USE |
|---|
| BREAST CARCINOMA |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 27NOV2002;23APR2003 | 21.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
NO MENTION OF CONCOMITANT DRUG (NO MENTION OF CONCOMITANT DRUG)   (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
INVASIVE DUCTAL BREAST CANCER                                                Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
Sanofi-Aventis R&D for the Sanofi group of companies
1,avenue Pierre Brossolette
91385 Chilly-Mazarin Cedex
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200416170GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 18JUN2004 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 24MAR2015 | [X] INITIAL | [ ] FOLLOWUP |

Page 1 of 3

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200416170GDDC                                      Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**   (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to the combination with doxorubicin and cyclophosphamide followed by Taxotere (docetaxel) treatment arm (AC-> T) on 26-Nov-02.

This case involves a 34-year-old female patient who received therapy with Taxotere (docetaxel) 198 mg intravenously from 27-Nov-02 to 23-Apr-03 for breast carcinoma; in addition, the patient received doxorubicin 118 mg and cyclophosphamide 1182 mg. Medical history was significant for invasive carcinoma mixed ductal lobular and left mastectomy 11-Oct-02. Concomitant medication was not provided.

The patient developed alopecia Grade I on 19-Aug-2003. On 31-May-04 (follow-up visit #4), the patient continues to experience grade 1 alopecia with bi-temporal hair thinning which was reported as serious with medical importance. The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Possibly related to study medication.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 19-Aug-03 for the event of alopecia has been changed to 27-Nov-02.

Additional information received on 10-Dec-2012:
-------------------------------------------------------
The patient recovered on 12-Dec-2009.

Lab tests unknown

---

**12. OTHER OUTCOME (Continued)**
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| DOXORUBICIN (DOXORUBICIN) | | |
| Dose, form, route and frequency  Therapy Dates 118 milligram(s);Unknown;Intravenous (not otherwise specified);Unknown Unknown:23APR2003 | | ☐ YES    ☐ NO  ☐ UNKNOWN    ☐ NA |
| 15. DAILY DOSE 118 milligram(s);Unknown | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES    ☐ NO  ☐ UNKNOWN    ☐ NA |
| 18. THERAPY DATES (FROM/TO) Unknown;23APR2003 | 19. THERAPY DURATION U | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) | | |
| Dose, form, route and frequency  Therapy Dates 1182 milligram(s);Unknown;Intravenous (not otherwise specified);Unknown Unknown:23APR2003 | | ☐ YES    ☐ NO  ☐ UNKNOWN    ☐ NA |
| 15. DAILY DOSE 1182 milligram(s);Unknown | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES    ☐ NO  ☐ UNKNOWN    ☐ NA |
| 18. THERAPY DATES (FROM/TO) Unknown;23APR2003 | 19. THERAPY DURATION U | |

**SUSPECT ADVERSE REACTION REPORT Continued**

Sanofi-Aventis R&D - Manufacturer Control No: 200416170GDDC                                                  Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.