# Exhibit 24

# EXHIBIT 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION     *    Docket No.: 16-MD-2740
                                  *    Section "H(5)"
                                  *    New Orleans, Louisiana
Relates to:  Barbara Earnest      *    September 17, 2019
Case No.: 16-CV-17144             *
* * * * * * * * * * * * * * * * * *
```

DAY 2 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street<br>Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street<br>Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street<br>Suite 2505<br>New Orleans, Louisiana 70163 |

OFFICIAL TRANSCRIPT

APPEARANCES:

For the Plaintiffs:         Gibbs Law Group, LLP
                            BY:  KAREN BARTH MENZIES, ESQ.
                            6701 Center Drive West
                            Suite 1400
                            Los Angeles, California 90045


For the Plaintiffs:         Bachus & Schanker, LLC
                            BY:  J. KYLE BACHUS, ESQ.
                                 DARIN L. SCHANKER, ESQ.
                            1899 Wynkoop Street
                            Suite 700
                            Denver, Colorado 80202


For the Plaintiffs:         Fleming Nolen & Jez, LLP
                            BY:  RAND P. NOLEN, ESQ.
                            2800 Post Oak Boulevard
                            Suite 4000
                            Houston, Texas 77056


For the Plaintiffs:         DAVID F. MICELI, LLC
                            BY:  DAVID F. MICELI, ESQ.
                            Post Office Box 2519
                            Carrollton, Georgia 30112


For the Plaintiffs:         Morgan & Morgan, P.A.
                            BY:  EMILY C. JEFFCOTT, ESQ.
                            700 S. Palafox Street
                            Suite 95
                            Pensacola, Florida 32502


For the Sanofi              Irwin Fritchie Urquhart
Defendants:                      & Moore, LLC
                            BY:  DOUGLAS J. MOORE, ESQ.
                            400 Poydras Street
                            Suite 2700
                            New Orleans, Louisiana 70130

APPEARANCES:

| | |
|---|---|
| For the Sanofi<br>Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HARLEY V. RATLIFF, ESQ.<br>      JON A. STRONGMAN, ESQ.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108 |
| For the Sanofi<br>Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HILDY M. SASTRE, ESQ.<br>201 Biscayne Boulevard, Suite 3200<br>Miami, Florida 33131 |
| Official Court Reporter: | Jodi Simcox, RMR, FCRR<br>500 Poydras Street<br>Room HB-275<br>New Orleans, Louisiana 70130<br>(504) 589-7780 |

Proceedings recorded by mechanical stenography, transcript produced by computer.

OFFICIAL TRANSCRIPT

Case 2:16-md-02740-JTM-MBN   Document 11324-25   Filed 10/20/20   Page 6 of 9
Case 2:16-md-02740-JTM-MBN   Document 9230-4   Filed 02/07/20   Page 5 of 8

384

DAVID KESSLER - DIRECT

| | | |
|---|---|---|
| 1:06PM | 1 | **Q.** So does that reach this level or this threshold of what |
| 1:06PM | 2 | you described earlier as statistically significant? |
| 1:06PM | 3 | **A.** Yes.  So if you do statistics on this, again, it just -- |
| 1:06PM | 4 | when you compare seven with a number of patients in that arm |
| 1:06PM | 5 | versus the zeros in the other arms, it comes out to be |
| 1:06PM | 6 | statistically significant. |
| 1:06PM | 7 | **Q.** So these two things, Sedlacek and the clinical trial, |
| 1:06PM | 8 | those are statistically significant; is that right? |
| 1:06PM | 9 | **A.** Correct. |
| 1:06PM | 10 | **Q.** All right.  So is that -- is that the total sum of what |
| 1:07PM | 11 | you've looked at in order to formulate your opinion regarding |
| 1:07PM | 12 | the causal association? |
| 1:07PM | 13 | **A.** No.  Well, again, cumulatively. |
| 1:07PM | 14 | **Q.** Okay. |
| 1:07PM | 15 | **A.** So it includes everything that we've talked about this |
| 1:07PM | 16 | morning.  It's not just any one of these. |
| 1:07PM | 17 | Plus I think we need to underscore again what I |
| 1:07PM | 18 | talked about with the jury a little earlier about biological |
| 1:07PM | 19 | plausibility.  Just because you have a statistically |
| 1:07PM | 20 | significant result, I'm not willing to say there's reasonable |
| 1:07PM | 21 | evidence of a causal association, unless there's a possible |
| 1:07PM | 22 | mechanism definitively how the drug causes persistent hair |
| 1:07PM | 23 | loss.  But I have to have a -- by a plausible biological |
| 1:07PM | 24 | rational. |
| 1:07PM | 25 | And I think that everyone would agree, when it comes |

OFFICIAL TRANSCRIPT

```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF LOUISIANA


IN RE:  TAXOTERE (DOCETAXEL)    *
PRODUCTS LIABILITY LITIGATION   *   Docket No.: 16-MD-2740
                                *   Section "H(5)"
                                *   New Orleans, Louisiana
Relates to:  Barbara Earnest    *   September 20, 2019
Case No.: 16-CV-17144           *
* * * * * * * * * * * * * * * * *


                   DAY 5 - AFTERNOON SESSION
                 TRANSCRIPT OF JURY TRIAL BEFORE
                  THE HONORABLE JANE T. MILAZZO
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs:         Barrios Kingsdorf & Casteix, LLP
                            BY:  DAWN M. BARRIOS, ESQ.
                            701 Poydras Street
                            Suite 3650
                            New Orleans, Louisiana 70139



For the Plaintiffs:         Gainsburgh Benjamin David Meunier
                              & Warshauer, LLC
                            BY:  M. PALMER LAMBERT, ESQ.
                            1100 Poydras Street
                            Suite 2800
                            New Orleans, Louisiana 70163



For the Plaintiffs:         Pendley Baudin & Coffin, LLP
                            BY:  CHRISTOPHER L. COFFIN, ESQ.
                            1100 Poydras Street
                            Suite 2505
                            New Orleans, Louisiana 70163



                        OFFICIAL TRANSCRIPT
```

Case 2:16-md-02740-JTM-MBN   Document 11324-25   Filed 10/20/20   Page 8 of 9
Case 2:16-md-02740-JTM-MBN   Document 9230-4   Filed 02/07/20   Page 7 of 8
1314

1  hair loss?
2  **A.**   The article by Calhoun is an article of taxane-induced
3  alopecia:  A review of patients with ovarian or breast cancer
4  treated with paclitaxel, docetaxel, or paclitaxel poliglumex.
5  **Q.**   In 2006, would you agree with me that Exhibit 2 contains
6  32 reports related to docetaxel and alopecia?
7  **A.**   That appears to be the case.
8  **Q.**   And some of those reports that we -- as we've discussed
9  include multiple patients; correct?
10  **A.**   Correct.
11  **Q.**   If you could turn to tab 38 in Exhibit 2.  Let me know
12  when you're there.
13  **A.**   Okay.
14  **Q.**   With respect to a few minutes ago when we talked about the
15  Sedlacek abstract that was provided to one of the reporters, do
16  you remember that?
17  **A.**   Yes.
18  **Q.**   When was the contact with Dr. Sedlacek made after the
19  publication of his abstract in -- in December 15th, 2006?
20  **A.**   The contact and the follow-up with Dr. Sedlacek's site --
21  and I cannot say whether it was in-person or not -- but with
22  his site occurred on these patients before the publication.
23  There's extensive discussion and follow-up.
24          My understanding is that these patients are the
25  patients that you previously went through in -- in the group of

OFFICIAL TRANSCRIPT

Case 2:16-md-02740-JTM-MBN   Document 11324-25   Filed 10/20/20   Page 9 of 9
Case 2:16-md-02740-JTM-MBN   Document 9230-4   Filed 02/07/20   Page 8 of 8
1315

| | | |
|---|---|---|
| 1:30PM | 1 | eight patients starting with -- with your Case 2 of the |
| 1:30PM | 2 | exhibit.  If you look at those -- those eight cases, you'll see |
| 1:30PM | 3 | that there is extensive follow-up and -- and discussions with |
| 1:30PM | 4 | that site. |
| 1:30PM | 5 | Q.   Can you turn to tab 43, please.  Do you see a time -- or, |
| 1:31PM | 6 | I mean, an entry dated 12/19/2006 time-stamped at 14:07? |
| 1:31PM | 7 | "Consumer calling to see if there's any clinical |
| 1:31PM | 8 | research available for Taxotere.  On Taxotere three and a half |
| 1:31PM | 9 | years ago.  Lost hair.  Never grew back.  Info was discussed at |
| 1:31PM | 10 | the 2006 meeting in San Antonio." |
| 1:31PM | 11 | Do you see that? |
| 1:31PM | 12 | A.   Yes, I do. |
| 1:31PM | 13 | Q.   It appears that the company's response was telling the |
| 1:31PM | 14 | patient that they have to have their doctor call? |
| 1:31PM | 15 | A.   Well, I think it says here, "Joyce told patient to have |
| 1:31PM | 16 | doctor call" -- well, it doesn't say they had to have.  I think |
| 1:31PM | 17 | you inserted that word there. |
| 1:31PM | 18 | "Joyce told patient to have doctor call MIS for |
| 1:31PM | 19 | information available." |
| 1:31PM | 20 | Q.   Would you agree with me that Exhibit 2 contains 45 reports |
| 1:32PM | 21 | related to Taxotere and alopecia being received by the company |
| 1:32PM | 22 | between January 1st, 2005, and December 31st, 2008? |
| 1:32PM | 23 | A.   Well, I would agree that from that time period, that in |
| 1:32PM | 24 | your table 1, there are 45 reports. |
| 1:32PM | 25 | Q.   Okay. |