# Exhibit 27



(313) 647-3226



# REQUEST FOR RELEASE OF PATIENT RECORDS

June 8, 2018

Van Elslander Cancer Center
19229 Mack Ave
Grosse Pointe Woods, MI 48236

**PLEASE NOTE**
National Record Retrieval is representing the patient named above in regards to a legal matter

Attention: Records Department

Patient: **Brenda Mixon**
DOB:
Record Dates: 1/1/2008 – 12/31/2008
Requested Records: **Please provide all medical records pertaining to chemotherapy administered to this patient, including complete records for each dose of Taxotere (Docetaxel) received by this patient**

**Please comply with the HITECH ACT and provide the records in electronic format and charge appropriate fees per the requirement of 45 CFR 164.524(c)(2)(ii)**

Please return patient records to the address below or upload them directly to https://nationalrecord.brickftp.com. A signed release form is enclosed. Please notify us before processing if fees exceed $250.00 or do not comply with state statutes for medical record copies.

**National Record Retrieval
101 E. Carmel Drive Ste. 111
Carmel, IN 46032**
877-815-2003 (Fax)
317-810-1691 option 2 (Phone)

Thank You,
Kendra Buckhalter
National Record Retrieval



## MAR/Nurse Note for 7/11/2008

**Ascension St John**
Great Lakes Cancer Management Specialists
Van Elslander Cancer Cancer
19229 Mack Avenue, Suite 24
Grosse Pointe Woods, MI 48236
Phone: (313) 884-5522 Fax: (313) 884-6054

Patient Name: **MIXON, BRENDA JEAN**   DOB:   7/11/2008
Patient Number: **91325**

Signed By: Beth Armstrong RN on 7/11/2008 at 3:55 PM

**Allergies:** Amoxicillin, hay fever, Latex

### Questionnaire (Is the patient experiencing any of the following?):

| | | | |
|---|---|---|---|
| Headache | No | Mouth Sores | No |
| Pain (note location in comments) | No | Urinary Trouble | No |
| Insomnia/Trouble Sleeping | No | Weight Loss/Loss of Appetite | No |
| Fatigue | No | Diarrhea | No |
| Trouble Breathing/Cough | No | Constipation | No |
| Bleeding | No | Dizziness | No |
| Nausea/Vomiting | No | Skin Changes | No |
| Fever | No | Depression/Anxiety/Knowledge Deficit | No |
| | | Other (see comments) | No |

**Questionnaire comments and Explanation of elements answered 'Yes':**

Pt here today for T/C. This is her last scheduled tx at this time. Pt is feeling "great" and is very excited about being done with chemo.

**Time/Initials:** 1320/baa

### Venous Access documentation :

The Peripheral was accessed using a 24g 3/4in Angio needle in the left hand. The site was flushed with 20cc NS. The following was noted at the site: blood return-yes, pain-no, edema-no, redness-no.

### MARs

| Bag or Route | Drug | Planned | Actual | Waste | Fluid | Start | Stop | Duration Plan/Act |
|---|---|---|---|---|---|---|---|---|
| PO | Dexamethasone 4 mg | 8mg | 8mg | | | | 00:00/BA | 1 |
| IV | *Normal Saline .9 % 500 cc | 500ml | 500ml | | 500cc NS | 13:30/BA | 15:55/BA | 120/145 |
| IVP | Aloxi | 0.25mg | 0.25mg | | | | 13:40/BA | 1 |
| IV | Cytoxan | 1150mg | 1150mg | | 250cc NS | 14:55/BA | 15:45/BA | 30/50 |
| IV | Taxotere | 140mg | 140mg | | 250cc | 13:45/BA | 14:45/BA | 60/60 |

### De-Access documentation:
The needle was removed. The site was dressed with a small bandage.

### Comments/Additional Information:
pt verbalized taking PO meds as instructed. Doses and orders double checked by Donna R RN toelrated tx well, had no complaints. left feeling "great". this is her lasst scheduled chemo. Will take neupogen and instructed x's 5 days. has MD apt scheduled. Beth Armstrong R.N.

## MAR/Nurse Note for 6/20/2008

**Ascension St John**
Great Lakes Cancer Management Specialists
Van Elslander Cancer Cancer
19229 Mack Avenue, Suite 24
Grosse Pointe Woods, MI 48236
Phone: (313) 884-5522 Fax: (313) 884-6054

Patient Name: **MIXON, BRENDA JEAN**        DOB:                    6/20/2008
Patient Number: **91325**

Signed By: Donna Rocheleau RN BSN on 6/20/2008 at 4:10 PM

**Allergies:** Amoxicillin, hay fever, Latex

### Questionnaire (Is the patient experiencing any of the following?):

| | | | |
|---|---|---|---|
| Headache | No | Mouth Sores | No |
| Pain (note location in comments) | No | Urinary Trouble | No |
| Insomnia/Trouble Sleeping | No | Weight Loss/Loss of Appetite | No |
| Fatigue | No | Diarrhea | No |
| Trouble Breathing/Cough | No | Constipation | No |
| Bleeding | No | Dizziness | No |
| Nausea/Vomiting | No | Skin Changes | No |
| Fever | No | Depression/Anxiety/Knowledge Deficit | No |
| | | Other (see comments) | No |

**Questionnaire comments and Explanation of elements answered 'Yes':**

Patient here for Cytoxan/Taxotere. She is 'feeling fine', denies complaints. is eating and drinking w/no problem. No N/V. Labs reviewed w/patient. She took Dexamethasone as directed.

Time/Initials:
14:50/dr

### Venous Access documentation :

A peripheral vein was accessed using a 24g 3/4in Angio needle in the left hand. The needle was flushed with the mainline IV. The following was noted at the site: blood return-yes, pain-no, edema-no, redness-no.

### MARs

| Bag or Route | Drug | Planned | Actual | Waste | Fluid | Start | Stop | Duration Plan/Act |
|---|---|---|---|---|---|---|---|---|
| PO | Dexamethasone 4 mg | 8mg | 8mg | | | | 14:50/DR | 1 |
| IV | *Normal Saline .9 % 500 cc | 500ml | 500ml | | 500cc NS | 14:54/DR | 16:09/DR | 120/75 |
| IVP | Aloxi | 0.25mg | 0.25mg | | | | 14:04/DR | 1 |
| IV | Cytoxan | 1150mg | 1150mg | | 250cc NS | 15:15/DR | 16:00/DR | 30/45 |

| IV | Taxotere | 140mg | 140mg | | 250cc NS | 14:10/DR | | |

## De-Access documentation:
The site was flushed with 10cc NS. The needle was removed. The site was dressed with a small bandage.

## Comments/Additional Information:
Cyotxan and Taxotere doses verified by Donna D.RN Patient to give herself Neupogen injections x 5days. Patient left ambulatory feeling and looking fine. Patient sent to desk to schedule future appts. D.Rocheleau RN BSN

## MAR/Nurse Note for 5/30/2008

**Ascension St John**
Great Lakes Cancer Management Specialists
Van Elslander Cancer Cancer
19229 Mack Avenue, Suite 24
Grosse Pointe Woods, MI 48236
Phone: (313) 884-5522 Fax: (313) 884-6054

Patient Name:  **MIXON, BRENDA JEAN**           DOB:                              5/30/2008
Patient Number: **91325**

Signed By: Donna Doetsch RN BSN on 5/30/2008 at 6:32 PM
*This document has been electronically signed.*

**Allergies:** Amoxicillin, hay fever, Latex

### Questionnaire (Is the patient experiencing any of the following?):

| | | | |
|---|---|---|---|
| Headache | No | Mouth Sores | No |
| Pain (note location in comments) | No | Urinary Trouble | No |
| Insomnia/Trouble Sleeping | No | Weight Loss/Loss of Appetite | No |
| Fatigue | No | Diarrhea | No |
| Trouble Breathing/Cough | No | Constipation | No |
| Bleeding | No | Dizziness | No |
| Nausea/Vomiting | No | Skin Changes | No |
| Fever | No | Depression/Anxiety/Knowledge Deficit | No |
| | | Other (see comments) | No |

**Questionnaire comments and Explanation of elements answered 'Yes':**

Brenda here today for #2 cytoxan/taxotere. Arrived ambulatory and accompanied by her son. Looks and says that she is feeling well. Tells me that she has taken her taxotere premeds as directed.

Time/Initials:
__1150dd__

### Venous Access documentation :

A peripheral vein was accessed using a 24g 3/4in Angio needle in the left hand. The following was observed at the site: blood return-yes, pain-no, edema-no, redness-no. Cath secured with an occlusive tegaderm and tape. (Lymph nodes removed R)

### MARs

| Bag or Route | Drug | Planned | Actual | Waste | Fluid | Start | Stop | Duration Plan/Act |
|---|---|---|---|---|---|---|---|---|
| PO | Dexamethasone 4 mg | 8mg | at home | | | | 11:50/DD | 1 |
| IV | *Normal Saline .9 % 500 cc | 500ml | 250ml | | 250cc NS | 12:00/DD | 14:30/DD | 120/150 |
| IVP | Aloxi | 0.25mg | 0.25mg | | | | 12:10/DD | 1 |
| IV | Cytoxan | 1150mg | 1150mg | | 250cc | 13:20/DD | 14:20/DD | 30/60 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | NS | | | |
| IV | Taxotere | 140mg | 140mg | | 250cc NS | 12:15/DD | 13:15/DD | 60/60 |

## De-Access documentation:

The needle was removed. The site was dressed with a small bandage.

## Comments/Additional Information:

Chemo doses verified with Donna R, RN Brenda has apts for next exam and chemo Left infusion center ambulatory and said she felt "fine"

## MAR/Nurse Note for 5/13/2008

**Ascension St John**
Great Lakes Cancer Management Specialists
Van Elslander Cancer Cancer
19229 Mack Avenue, Suite 24
Grosse Pointe Woods, MI 48236
Phone: (313) 884-5522 Fax: (313) 884-6054

Patient Name:  **MIXON, BRENDA JEAN**          DOB                              5/13/2008
Patient Number: **91325**

Signed By: Carol Moscatello RN OCN on 5/13/2008 at 4:46 PM

**Allergies:** Amoxicillin, hay fever, Latex

### Questionnaire (Is the patient experiencing any of the following?):

| | |
|---|---|
| Headache | Mouth Sores |
| Pain (note location in comments) | Urinary Trouble |
| Insomnia/Trouble Sleeping | Weight Loss/Loss of Appetite |
| Fatigue | Diarrhea |
| Trouble Breathing/Cough | Constipation |
| Bleeding | Dizziness |
| Nausea/Vomiting | Skin Changes |
| Fever | Depression/Anxiety/Knowledge Deficit |
| | Other (see comments) |

**Questionnaire comments and Explanation of elements answered 'Yes':**

Pt here for neupogen, pt's only c/o today is that she is tired.

Time/Initials: 1630/cm

### MARs

| Bag or Route | Drug | Planned | Actual | Waste | Fluid | Start | Stop | Duration Plan/Act |
|---|---|---|---|---|---|---|---|---|
| SQ | Neupogen (G-CSF) | 480mcg | 480mcg | | | | 16:30/CM | 15 |

### Comments/Additional Information:

Neupogen given sq LUE. Pt given rx for neupogen. If pt able to get rx she will inject at home so that she doesn't have to drive from Romulus q day.

## MAR/Nurse Note for 5/12/2008

**Ascension St John**
Great Lakes Cancer Management Specialists
Van Elslander Cancer Cancer
19229 Mack Avenue, Suite 24
Grosse Pointe Woods, MI 48236
Phone: (313) 884-5522 Fax: (313) 884-6054

Patient Name: **MIXON, BRENDA JEAN**          DOB: ▇▇▇▇▇▇▇▇          5/12/2008
Patient Number: **91325**

Signed By: Anita Pagliarini RN on 5/12/2008 at 5:10 PM
*This document has been electronically signed.*

**Allergies:** Amoxicillin, hay fever, Latex

### MARs

| Bag or Route | Drug | Planned | Actual | Waste | Fluid | Start | Stop | Duration Plan/Act |
|---|---|---|---|---|---|---|---|---|
| SQ | Neupogen (G-CSF) | 480mcg | 480mcg | | | | 16:20/AP | 15 |

### Comments/Additional Information:

This is the pt's. first Neupogen inj. Side effects were reviewed & print-out given to her. Neupogen given SQ in the LUA. Pt. states she had no N/V on the weekend but is having some heartburn. Advised TUMS. A. Pagliarini, RN

## MAR/Nurse Note for 5/9/2008

**Ascension St John**
Great Lakes Cancer Management Specialists
Van Elslander Cancer Cancer
19229 Mack Avenue, Suite 24
Grosse Pointe Woods, MI 48236
Phone: (313) 884-5522 Fax: (313) 884-6054

Patient Name: **MIXON, BRENDA JEAN**     DOB:     5/9/2008
Patient Number: **91325**

Signed By: Kelli Goulet RN on 5/9/2008 at 4:30 PM

**Allergies:** Amoxicillin, hay fever, Latex

### Questionnaire (Is the patient experiencing any of the following?):

| | | | |
|---|---|---|---|
| Headache | No | Mouth Sores | No |
| Pain (note location in comments) | No | Urinary Trouble | No |
| Insomnia/Trouble Sleeping | No | Weight Loss/Loss of Appetite | No |
| Fatigue | No | Diarrhea | No |
| Trouble Breathing/Cough | No | Constipation | No |
| Bleeding | No | Dizziness | No |
| Nausea/Vomiting | No | Skin Changes | No |
| Fever | No | Depression/Anxiety/Knowledge Deficit | No |
| | | Other (see comments) | No |

**Questionnaire comments and Explanation of elements answered 'Yes':**

Patient here for first time Taxotere/Cytoxan. Patient denies questions or concerns today. Denies complaints. Labs drawn and reviewed with patient.

Time/Initials: _____

### Venous Access documentation :

The Peripheral was accessed using a 24g 3/4in Angio needle in the right arm. The following was noted at the site: blood return-yes, pain-no, edema-no, redness-no. The lab specimen was not collected.

### MARs

| Bag or Route | Drug | Planned | Actual | Waste | Fluid | Start | Stop | Duration Plan/Act |
|---|---|---|---|---|---|---|---|---|
| PO | Dexamethasone 4 mg | 8mg | 8mg | | | | 09:00/KG | 1 |
| IV | *Normal Saline .9 % 500 cc | 500ml | 500ml | | 500cc NS | 13:40/KG | 16:20/KG | 120/160 |
| IVP | Aloxi | 0.25mg | 0.25mg | | | | 13:00/KG | 1 |
| IV | Cytoxan | 1150mg | 1150mg | | 250cc NS | 15:10/KG | 16:10/KG | 30/60 |
| IV | Taxotere | 140mg | 140mg | | 250cc | 14:10/KG | 15:10/KG | 60/60 |

| | | | | | NS | | No. 1049  P. 16/16 |

### De-Access documentation:
The needle was removed. The site was dressed with a small bandage.

### Comments/Additional Information:
Taxotere dose verified by Donna R, RN Cytoxan dose verified by Kim Isler, RN Patient tolerated treatment well. Denied complaints at time of DC. Patient not approved for neulasta. 5 days of neupogen ordered per Dr Dul.