UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Brenda Mixon, Case No. 2:18-cv-06581 | |

### *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF BRENDA MIXON AND ENTRY OF ORDER TO SHOW CAUSE UNDER SEAL

NOW INTO COURT, comes Plaintiff, who respectfully requests leave of Court to file Exhibits 1, 18, 19, and 20 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause under seal. For the reasons set forth in the attached Memorandum in Support, Plaintiff respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Exhibits 1, 18, 19, and 20 to Plaintiff's Opposition should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and Exhibits 1, 18, 19, and 20 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause be filed UNDER SEAL.

Dated: October 20, 2020                     Respectfully submitted,

                                                     */s/ Jason S. Long*

Jason S. Long
Texas State Bar No. 24098012
Darren P. McDowell
Texas State Bar No. 24025520
Misty A. Farris
Texas State Bar No. 00796532
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
jlong@fnlawfirm.com
dmcdowell@fnlawfirm.com
mfarris@fnlawfirm.com

*/s/ Kristie L. Fischer*

SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
**CANEPA RIEDY ABELE**
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                            */s/ Jason S. Long*