UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br> Brenda Mixon, Case No. 2:18-cv-06581 | |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF BRENDA MIXON AND ENTRY OF ORDER TO SHOW CAUSE UNDER SEAL**

MAY IT PLEASE THE COURT:

Plaintiff respectfully requests leave of Court to file Exhibits 1, 18, 19, and 20 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause under seal. Plaintiff respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced exhibits to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause should be filed under seal.

The Protective Order in this case, Pretrial Order No. 50, provides that:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

1

The exhibits to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause have been designated as confidential and/or "protected information," as set forth in PTO No. 50. Out of an abundance of caution, therefore, Plaintiff requests that these exhibits be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Out of an abundance of caution, Plaintiff believes that PTO No. 50 requires the exhibits at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Accordingly, Plaintiff respectfully requests that Exhibits 1, 18, 19, and 20 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause, which will be hand delivered to the Court, pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for the duration of this litigation, or until the Court determines (or the parties agree) that the documents should not be marked confidential.

Accordingly, Plaintiff requests that the Court enter the attached proposed order directing that Exhibits 1, 18, 19, and 20 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause be filed UNDER SEAL.

Dated: October 20, 2020

Respectfully submitted,

*/s/ Jason S. Long*

Jason S. Long
Texas State Bar No. 24098012
Darren P. McDowell
Texas State Bar No. 24025520
Misty A. Farris
Texas State Bar No. 00796532
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
jlong@fnlawfirm.com
dmcdowell@fnlawfirm.com
mfarris@fnlawfirm.com

*/s/ Kristie L. Fischer*

SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
**CANEPA RIEDY ABELE**
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Jason S. Long