UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Brenda Mixon, Case No. 2:18-cv-06581 | |

**NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT**

Plaintiff respectfully hereby provides notice of her request to file under seal and manual attachment of the pleadings listed below, pursuant to Local Rule 5.6:

1. [Rec. Doc. 11324-2] Exhibit 1 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause;

2. [Rec. Doc. 11324-19] Exhibit 18 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause;

3. [Rec. Doc. 11324-20] Exhibit 19 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause; and

4. [Rec. Doc. 11324-21] Exhibit 20 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause.

On Wednesday, October 21, 2020, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

1

Dated: October 20, 2020                    Respectfully submitted,

*/s/ Jason S. Long*

Jason S. Long
Texas State Bar No. 24098012
Darren P. McDowell
Texas State Bar No. 24025520
Misty A. Farris
Texas State Bar No. 00796532
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
jlong@fnlawfirm.com
dmcdowell@fnlawfirm.com
mfarris@fnlawfirm.com

*/s/ Kristie L. Fischer*

SCOTT K. CANEPA, ESQ.
Nevada Bar No. 4556
TERRY W. RIEDY, ESQ.
Nevada Bar No. 3895
BRYAN T. ABELE, ESQ.
Nevada Bar No. 7250
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
**CANEPA RIEDY ABELE**
851 S. Rampart Boulevard
Suite 160
Las Vegas, Nevada 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com
babele@canepariedy.com
kfischer@canepariedy.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            */s/ Jason S. Long*

3