UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Brenda Mixon, Case No. 2:18-cv-06581

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Exhibits 1, 18, 19, and 20 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits 1, 18, 19, and 20 to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause UNDER SEAL.

New Orleans, Louisiana, this ___ of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1