# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | |
| | : | **JUDGE MILAZZO** |
| | : | **MAG. JUDGE NORTH** |
| | : | |
| | : | **NOTICE OF PARTIAL DISMISSAL** |
| | : | **WITH PREJUDICE AS TO ALL** |
| | : | **EXCEPT CERTAIN DEFENDANTS** |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Joanna Ruiz* | : | |
| *v.* | : | |
| *Sanofi-Aventis US LLC, et al* | : | **Civil Action No.: 2:19-cv-00127** |
| | : | |
| | : | |

-------------------------------------------------------------------------------------------------------

### NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES, INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, INDIVIDUALLY AND D/B/A WINTHROP U.S.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., and Sanofi-Aventis U.S. LLC, Individually and d/b/a Winthrop U.S., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: October 21, 2020        **RESPECTFULLY SUBMITTED,**

                                      **Kirkendall Dwyer, LLP**

                                      ***/s/ Andrew F. Kirkendall***

                                      Andrew F. Kirkendall
                                      Texas Bar No. 24050882
                                      Alexander G. Dwyer
                                      Texas Bar No. 24054271
                                      akirkendall@kirkendalldwyer.com
                                      adwyer@kirkendalldwyer.com
                                      Kirkendall Dwyer, LLP
                                      4343 Sigma Rd., STE 200
                                      Dallas, TX  75244
                                      Tel: (214) 271-4027
                                      Fax: (214) 543-0621
                                      Attorneys for Plaintiff

                                      **Attorney For Plaintiff**

## CERTIFICATION OF SERVICE

I hereby certify that on October 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

                                      ***/s/ Andrew F. Kirkendall***