UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: McMartin v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | MAG. JUDGE NORTH |
| | Civil Action No.: 2:18-cv-04880 |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw (Doc. 11290), seeking to withdraw certain documents filed in the record on October 2, 2020 (Doc. 11206);

**IT IS ORDERED** that the Motion is **GRANTED**, and Plaintiff's filing (Doc. 11206) and its attachments are withdrawn from the record.

New Orleans, Louisiana, this 21st day of October, 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge