**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Haeussler v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | Civil Action No.: 2:18-cv-04152 |

---

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw (Doc. 11289), seeking to withdraw certain documents filed in the record on October 13, 2020 (Doc. 11278);

**IT IS ORDERED** that the Motion is **GRANTED**, and Plaintiff's filing (Doc. 11278) and its attachments are withdrawn from the record.

New Orleans, Louisiana, this 21st day of October, 2020.

Honorable Jane Triche Milazzo
United States District Court Judge