UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Carolyn Belin v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: 2:18-cv-8242 | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT |

**NOW COMES** Plaintiff Carolyn Belin, by and through counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff seeks leave of Court to file an Amended Short Form Complaint, as attached hereto as Exhibit A and amend the complaint to correct 1) the location of the state in which plaintiff's alleged injury occurred, and 2) the location of the state in which the Taxotere/Docetaxel was administered, for the reasons set forth in Plaintiff's Memorandum filed in support of this Motion.

Dated this 21st day of October, 2020

Respectfully submitted,

**ROBINS KAPLAN LLP**

By: */s/ Jason L. DePauw*
    Munir R. Meghjee (MN Bar #0301437)
    Jason L. DePauw (MN Bar #0392150)
    Robins Kaplan LLP
    800 LaSalle Avenue, Suite 2800
    Minneapolis, MN 55402
    Telephone: (612) 349-8500
    Facsimile: (612) 339-4181
    mmeghjee@robinskaplan.com
    jdepauw@robinskaplan.com

*Attorneys for Plaintiff*