UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Carolyn Belin v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: 2:18-cv-8242 | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

    Plaintiff Carolyn Belin, by and through undersigned counsel, respectfully show the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

    The Plaintiff filed her initial Short Form Complaint ("SFC") on August 30, 2018. (Dkt. 01.)  Counsel has since discovered two typographical errors in the SFC that she seeks to correct.  First, Paragraph 11 of the Plaintiff's initial SFC incorrectly identifies the location of the state in which she was administered her treatment as South Carolina.  The correct state is North Carolina.  (*See* MDL-Centrality Doc ID 264512).  Second, Paragraph 5 of the Plaintiff's initial SFC incorrectly identifies the Plaintiff's state in which her injury occurred as South Carolina.  The correct state is again North Carolina.  Plaintiff resides in South Carolina, therefore it is likely that the state of South Carolina was inadvertently transposed into Paragraphs 5 and 11 of the SFC when the SFC was filed.

    Plaintiff, therefore, seeks unopposed leave of Court to amend her initial Short Form Complaint to clarify the location of the state where her alleged injury occurred and where she received her treatment.  Plaintiffs' proposed Amended Short Form Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs hereby respectfully request this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated: October 21, 2020

**ROBINS KAPLAN LLP**

By */s/ Jason L. DePauw*
Munir R. Meghjee (MN Bar #0301437)
Jason L. DePauw (MN Bar #0392150)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
mmeghjee@robinskaplan.com
jdepauw@robinskaplan.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

I certify that I obtained the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6 on October 19, 2020. Defendants do not oppose the motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Jason L. DePauw*
Jason L. DePauw (MN Bar #0392150)
Robins Kaplan LLP