# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:**  ) | |
| Juanita Greer, 18-11728  ) | |

## ORDER

**IT IS ORDERED** that oral argument is **SET** for **November 13, 2020**, at **9:30 a.m.** on Defendants' Motion for Judgment on the Pleadings Based on the Statute of Limitations (Doc. 11010). Each party will have seven minutes to argue the Motion.

New Orleans, Louisiana, this 21st day of October, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**