# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Elizabeth Kahn, 16-17039 ) | |

## ORDER

**IT IS ORDERED** that oral argument is **SET** for **December 7, 2020**, at **9:30 a.m.** At a later time, the Court will designate which motions it will hear.

New Orleans, Louisiana, this 21st day of October, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**