## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to:** | ) | |
| Leola Herrin, 17-15457 | ) | |
| Phyllis Barnes, 18-302 | ) | |
| Heather Mushrush, 17-8434 | ) | |
| Oranda Wilkes, 17-2687 | ) | |

## ORDER

Before the Court are several Motions to Amend (Docs. 11038, 11046, 11055, and 11110). The Court has been advised that the Motions are unopposed. Accordingly, **IT IS ORDERED** that Plaintiffs' Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the members cases.

New Orleans, Louisiana, this 21st day of October, 2020.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**