UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This document relates to:** ) <br> Certain cases ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

### ORDER

**IT IS ORDERED** that oral argument is **SET** for **January 11-13, 2021**. The hearings will begin at **9:30 a.m.** each day. At a later time, the Court will designate which motions it will hear.

New Orleans, Louisiana, this 21st day of October, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE