UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                               MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                          SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Brenda Mixon, No. 18-6581.

DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON
MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully request oral argument on Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon. (Rec. Doc. 10978). Pursuant to Local Rule 78.1, this Request is filed within three days after receipt of Plaintiff's opposition memorandum to the Motion. (Rec. Doc. 11325). Sanofi seeks the opportunity to address the specific factual and legal reasons why the Motion for Summary Judgment should be granted and respectfully submits that oral argument will assist the Court.

This Motion is currently noticed for submission before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana on the 28th day of October, 2020, at 9:30 a.m. This Court has set oral argument on another pending motion in this litigation on November 13, 2020, at 9:30 a.m. (Rec. Doc. 11333). Sanofi therefore requests that oral argument on Defendants' Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon be set for the same date and time. Counsel for Plaintiff indicates no objection to Sanofi's Request for Oral Argument but requests the opportunity to participate in oral argument remotely via Zoom.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
kbieri@shb.com

*Counsel for sanofi-aventis U.S. LLC and
Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*