October 23, 2020

Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, Louisiana 70130

**Re:   In re: MDL 2740 Taxotere (Docetaxel) Products Liability Litigation; Sheila Stubbs v. Sanofi U.S. Services Inc., et al. 19-14162**

Dear Judge Milazzo:

Pursuant to this Court's Order, Plaintiff hereby submits some proof of her use of docetaxel. **Ex. 1**. Plaintiff assert the attached, in addition to Plaintiff's testimony if the case goes to trial, is sufficient to some evidence a jury can weigh as to whether docetaxel was administered to her. Plaintiff can also subpoena the records custodian at AFLAC if the case ever goes to trial The document was sent by AFLAC, Plaintiff's insurer, and it clearly states she received docetaxel.

Plaintiff and her counsel attempted to get additional proof of use from the treatment facility, but counsel received a letter from the treatment facility indicating her chemotherapy records were destroyed in accordance with hospital policy. **Ex. 2**.

Based on the foregoing, Plaintiff respectfully requests that the Court accept the attached document as proof of use for the purpose of overcoming the show of cause deficiency.

Respectfully Submitted on October 23, 2020 by:     s/ J. Christopher Elliott, Esq.
J. Christopher Elliott, Esq.
BACHUS SCHANKER, LLC
101 E. Colfax, Ste. 650
Denver, CO 80202
Phone: (303) 893-9800
Facsimile (303) 893-9900
celliott@coloradolaw.net

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on October 23, 2020 the forgoing document was served to call counsel of record via the CM/ECF filing system.

>                             */s/ Allison Brown*
>                             Allison Brown, paralegal