# Aflac.

April 15, 2019

SHEILA L. STUBBS
3247 ELMHILL DR NW
NW
WARREN OH  44485-1337



RE:       Policy No.:          A8392715

Dear Ms. Stubbs:

Thank you for allowing Aflac to be part of managing your insurance needs.  We appreciate your business.

The Chemotherapy Drugs that you received were Carboplatin, Docetaxel, and Trastuzmab and you also received Anti-Nausea Drugs Ondansetron and Dexamethasone.

If you disagree with the company's decision, you have the right to file a complaint by writing the **Ohio Department of Insurance, Attn: Consumer Services Division, 50 West Town Street, Third Floor, Suite 300, Columbus, Ohio 43215**, or by calling (614)-644-2673 or toll-free at 1-800-686-1526.

If you need our help or if you have any questions, please visit aflac.com or call us toll-free at 1-800-99-AFLAC (1-800-992-3522).  Our customer service representatives are here to assist you Monday through Friday from 8 a.m. to 8 p.m. Eastern time.

Sincerely,

Aflac Claims Department

E07672

CL20

American Family Life Assurance Company of Columbus (Aflac)
Worldwide Headquarters • 1932 Wynnton Road • Columbus, Georgia 31999-0001
1-800-99-AFLAC (1-800-992-3522) • aflac.com
1-800-742-3522 en español

04/22/2019   11:29AM (GMT-04:00)