

Stubbs, Jhella

Mercy Health
Customer Service

4605 Duke Dr.
Suite 400
Mason, OH 45040

## Mercy Health HIPAA Compliance Release

To Whom It May Concern:

We have received your request for information regarding one of our patients, however, the release of authorization is missing information needed to comply with HIPAA regulations. Please provide a release, signed by the Guarantor, including the following information:

- \_\_\_\_\_ A description of the information needed, I.E. specific dates of service or range of dates
- \_\_\_\_\_ Who we are to disclose the information to
- \_\_\_\_\_ An expiration date/event that relates to the individual of the purpose of the use or disclosure
- \_\_\_\_\_ Must contain 3 pieces of HIPAA information: last four of the patient's social security number, patient's address, patient's date of birth, account number, MRN number, etc.
- \_\_\_\_\_ If you are a third-party provider, we need authorization from the insurance listed on the account indicating that you are authorized to the requested information. The authorization must be the same as on the request provided
- \_\_\_\_\_ No account within authorization parameter
- \_\_\_\_\_ No account on record
- **X** Past retention period  7 years  2002 to Present.
- \_\_\_\_\_ Other: _____

Please return your completed request and the information will be forwarded to you as soon as possible. If you have any additional questions, please email MercyCustomerServiceParalegal@mercy.com, call 855-732-0138, or fax 877-536-1730.

Sincerely,

Mercy Health Customer Service

A Catholic healthcare ministry serving Ohio and Kentucky