UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC, ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>Michelle Pugsley v. Sanofi-Aventis U.S. LLC, *et al.* | Civil Action No.: 2:18-cv-06716 |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc, Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 23rd day of October 2020

By: */s/* Christine M. Durant
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
Fax: (516) 466-6500
Email: cdurant@yourlawyer.com

CERTIFICATE OF SERVICE

     I hereby certify that on October 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

| | |
|---|---|
| DATED: October 23, 2020 | /s/ Christine M. Durant |
| | Parker Waichman LLP |
| | 6 Harbor Park Drive |
| | Port Washington, NY 11050 |
| | Telephone: (516) 466-6500 |
| | Fax: (516) 466-6665 |
| | Email: cdurant@yourlawyer.com |