
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE JANE TRICHE MILAZZO |
| Deborah Fiske v. Sanofi-Aventis U.S. LLC, | : |
| Civil Action No. 2:17-cv-10305 | : MAG. JUDGE MICHAEL B. NORTH |
| | : |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(1)

COMES NOW counsel for Plaintiff, DEBORAH FISKE, now deceased, pursuant to Fed. R. Civ. P. 41(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Roy W Fiske, as plaintiff, on behalf of his deceased wife, Deborah Fiske, in the above-captioned cause.

1. Deborah Fiske filed a products liability lawsuit against defendants on October 9, 2017.

2. On January 24, 2020, Deborah Fiske passed away.

3. Plaintiff filed a Suggestion of Death on October 23, 2020, attached hereto as **Exhibit A.**

4. Deborah Fiske's product liability action against defendants survived Plaintiff-decedent's death and is not extinguished.

5. The decedent's husband, ROY W FISKE, was issued Letters of Office and appointed Independent Executor for the Estate of Deborah Fiske, is the Proper Plaintiff and wishes to be substituted on behalf of Deborah Fiske, in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: October 23, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/  Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway, Suite 2950
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: September 3, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

# EXHIBIT A