# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER: 2020 0006331
DATE ISSUED: 1/28/2020

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | DEBORAH A FISKE |
| SEX | FEMALE |
| DATE OF DEATH | JANUARY 24, 2020 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 67 YEARS |
| DATE OF BIRTH | |
| CITY OR TOWN | ROLLING MEADOWS |
| HOSPITAL OR OTHER INSTITUTION NAME | 4608 WEST EUCLID AVENUE 2D |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | CHICAGO, IL |
| SOCIAL SECURITY NUMBER | |
| STATUS AT TIME OF DEATH | NEVER MARRIED/NEVER IN CIVIL UNION |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 4608 WEST EUCLID AVENUE |
| APT. NO. | 2D |
| CITY OR TOWN | ROLLING MEADOWS |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60008 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ROY W FISKE SR |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | DOROTHY M MYERS |
| INFORMANT'S NAME | ROY FISKE JR |
| RELATIONSHIP | BROTHER |
| MAILING ADDRESS | 616 GASLIGHT DRIVE, ALGONQUIN, IL, 60102 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | LAKEWOOD CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | LAKE BLUFF, IL |
| DATE OF DISPOSITION | JANUARY 27, 2020 |
| FUNERAL HOME | MEADOWS FUNERAL HOME, 3615 KIRCHOFF ROAD, ROLLING MEADOWS, IL, 60008 |
| FUNERAL DIRECTOR'S NAME | MELISSA ANN NELSON |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034015281 |
| LOCAL REGISTRAR'S NAME | KAREN A YARBROUGH |
| DATE FILED WITH LOCAL REGISTRAR | JANUARY 27, 2020 |

### CAUSE OF DEATH

PART I.
IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. ACUTE MYOCARDIAL INFARCTION — HOURS
Due to (or as a consequence of):
b. HYPERLIPIDEMIA — YEARS
Due to (or as a consequence of):
c. HYPERGLYCEMIA — YEARS
Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
OBSTRUCTIVE SLEEP APNEA

WAS AN AUTOPSY PERFORMED? NO
WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A

FEMALE PREGNANCY STATUS: NOT APPLICABLE
MANNER OF DEATH: NATURAL

DATE OF INJURY:
TIME OF INJURY:
PLACE OF INJURY:
INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:
IF TRANSPORTATION INJURY, SPECIFY:

ATTEND THE DECEASED? YES
DATE LAST SEEN ALIVE: AUGUST 23, 2019
WAS MEDICAL EXAMINER OR CORONER CONTACTED? YES
DATE PRONOUNCED:
TIME OF DEATH: 04:23 PM

CERTIFIER: PHYSICIAN
DATE CERTIFIED: JANUARY 25, 2020

NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:
DR JACQUELINE MC KEIGUE, 1555 BARRINGTON ROAD, BUILDING 3 SUITE 3450, HOFFMAN ESTATES, ILLINOIS, 60169

PHYSICIAN'S LICENSE NUMBER: 036 070609

1187531



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.




Karen A. Yarbrough
Cook County Clerk



**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

*THE WORD VOID APPEARS WHEN PHOTOCOPIED*
*NOTE: EMBOSSED STATE AND COUNTY SEALS AT BOTTOM*