LETTERS OF OFFICE - DECEDENT'S ESTATE (Rev. 12/23/03) CCP 0415

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, PROBATE DIVISION

Estate of

**DEBORAH A FISKE**

No. **2020 P 001208**

Docket

Deceased

Page

**ORIGINAL**

## LETTERS OF OFFICE - DECEDENT'S ESTATE

ROY W FISKE _____ has been appointed

Independent Executor _____ of the estate of

**DEBORAH A FISKE** _____, deceased,

who died **Friday, January 24, 2020** _____, and is authorized to to take possession of and collect the estate of the decedent and to do all acts required by law.

WITNESS, **July 13, 2020**

**Dorothy Brown**
Clerk of the Circuit Court

[SEAL]

## CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

WITNESS, **July 13, 2020**

_Dorothy Brown_
Clerk of Court

DB

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS