UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Brenda Mixon, No. 18-6581.

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of their Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of their Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause, is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE