# EXHIBIT A

# Expert Report
## Azael Freites-Martinez, M.D
### 10/09/2020

My name is Dr. Azael Freites-Martinez, and I am a physician focusing on dermatologic issues facing cancer patients. During my dermatology residency at the University Hospital of Fuenlabrada, Madrid-Spain, I began to receive and treat cancer patients with multiple skin conditions, including alopecia, tumoral and inflammatory skin diseases as well as drug-induced reactions. After completing my residency and becoming Board Certified in Spain in 2016, I completed a 2 years clinical research fellowship at Memorial Sloan Kettering Cancer Center in Oncodermatology, a dermatology subspecialty focused on helping patients to better tolerate cancer therapies and manage transient and persistent dermatologic adverse events of anticancer therapies, including skin rashes, nail disorders, and hair loss or hair alterations attributed to anticancer therapies. Since beginning at Memorial Sloan Kettering in 2016, I have focused my research on hair loss and skin toxicities induced by cancer therapies (*e.g.*, definition and management of clinical patterns of persistent chemotherapy-induced alopecia, endocrine therapy-induced alopecia in breast cancer patients and survivors, and other skin and nail issues).[1-5] I have had the honor of sharing my knowledge and introducing much of the medical dermatologic community to hair disorders in cancer patients and cancer survivors as part of the Continuing Medical Education program of the Journal of the American Academy of Dermatology,[6,7] and am also the first author of two book chapters on hair disorders in cancer patients and dermatologic adverse events of these therapies.[8,9] I have also expanded my research to include the impact on the quality of life of dermatologic adverse events induced by anticancer therapies.[2,10] Currently I have a position at the Oncodermatology Clinic at Hospital Ruber Juan Bravo, Madrid, and a position of associate professor in clinical dermatology at Universidad Europea. My qualifications are further set out in my CV, attached as Exhibit A. I express the opinions in this report to a reasonable degree of medical probability.

After years of research and seeing patients with hair disorders attributed to anticancer therapies in my practice as dermatologist, and as a clinical fellow at Memorial Sloan Kettering Cancer Center (where around 2,000 new breast cancer patients are treated with different anticancer therapies each year), I have a better understanding of this complex clinical diagnosis. Because there are many different anticancer therapies associated with alopecia, hair dystrophy or any other hair changes, there are limits to attributing any hair loss to only one drug, especially when anticancer therapies are given in different combinations. Moreover, schedules or combinations of anticancer therapies, doses, and frequency of cycles may alter in different ways the hair structure and the hair cycling or biology, causing transient or persistent hair follicle damage or alteration. Therefore, it is necessary to understand different chemotherapy agents' interactions, and cancer therapies' use in different clinical encounters. Also, as seen in other types of alopecia, clinical features of hair disorders following cancer treatment are usually nonspecific and a complete medical history is needed, especially in those cases of alopecia attributed to anticancer therapies, to determine the offending therapy, therapy combinations, or any other possible alopecia etiology.

## Hair disorders caused by anticancer therapies: the acute hair follicle dysregulation

The most commonly encountered hair disorder among cancer patients is chemotherapy-induced alopecia (CIA), defined as the total or incomplete hair loss after initial administration of cytotoxic chemotherapy. However, several other anticancer therapies may also be related to alopecia, such as radiation,[11] targeted agents,[12] immunotherapies,[13] stem cell transplants,[14] and hormonal modulators (endocrine therapies).[15] In addition, alterations in hair pigmentation, texture, and growth may also be encountered,[16] although they have not been systematically documented or closely studied in cancer patients.

The widespread use of systemic anticancer agents, their myriad combinations, and underreporting of hair disorders make it difficult to establish the true causes. These events are frequent across all treatment and tumor types (Table I). The estimated incidence of CIA is approximately 65% and tends to vary by chemotherapy agents and regimens.[17] In nearly 100% of patients status post-hematopoietic stem cell transplantation, complete alopecia is attributed to the conditioning cytotoxic agents (*i.e.*, busulfan, melphalan, fludarabine, cyclophosphamide).[18] In the therapeutic setting of patients with metastatic estrogen receptor positive breast cancer, aromatase inhibitors (*i.e.*, anastrozole, letrozole, exemestane) and selective estrogen receptors modulators (*e.g.*, tamoxifen) have also been associated with alopecia in up to 25% of patients.[15]

Whereas alopecia receives the most attention among hair disorders in the oncology realm, changes in hair structure (becoming curly or straight) and color (hyper or hypopigmentation) have been reported in up to 87% of patients receiving targeted and immunotherapies.[19-21]

**Table I**. Anticancer agents (representative) commonly causing hair changes.

| Hair disorders and cancer therapy | Tumor types indicated or under investigation | Rate reported in labels/literature (%) and case reports |
|---|---|---|
| **Alopecia/hair loss** | | |
| **Chemotherapies** | | |
| Cyclophosphamide[22-27] | Breast cancer, leukemia, lymphoma, multiple myeloma, neuroblastoma, retinoblastoma, ovarian cancer | 25 - 70 |
| Daunorubicin [28,29] | AML, ALL | ~ 100 |
| Docetaxel[30-34] | Breast cancer, gastric cancer, head and neck cancer, lung cancer, prostate cancer | 35 - 95 |
| Doxorubicin (Adriamycin)[35-37] | ALL, AML, thyroid cancer, breast cancer, gastric cancer, lung cancer, bladder cancer, lymphomas, neuroblastoma, sarcomas, Wilms tumor | 80 - 100 |
| Etoposide[38-41] | Small cell lung cancer, Testicular cancer | 4 - 66 |
| Idarubicin[42-44] | AML | 31 - 77 |
| Irinotecan[45-49] | Colorectal cancer | 46 - 70 |

| Paclitaxel[50-56] | Breast cancer, lung cancer, gynecologic malignancies, Kaposi's sarcoma | 62-100 |
|---|---|---|
| Teniposide[57-59] | Acute lymphoblastic leukemia | 9-100 |
| Topotecan[60-63] | Small cell lung cancer, ovarian cancer, cervical cancer | 20 (oral) 49 (i.v.) |
| Gemcitabine[64,65] | Breast cancer, ovarian cancer, pancreatic cancer, bladder cancer | 13-50 |
| Capecitabine[66,67] | Breast cancer, colon cancer, gynecologic malignancies | 18-30 |
| **Radiotherapies** | | |
| Photon radiotherapy (traditional radiotherapy)[68] | Primary CNS tumors, brain metastasis, head and neck cancers | ~ 100 |
| Proton radiotherapy[69,70] | Medulloblastoma, ependymoma, other primary CNS, head and neck cancers | 75 - 100 |
| **Targeted therapies[12]** | | |
| Vismodegib | Basal cell carcinoma (locally advanced or unresectable) | 56.9 |
| Sorafenib | Hepatocellular carcinoma, renal cell carcinoma, thyroid cancer | 29 |
| Regorafenib | Colorectal cancer | 23.5 |
| Vemurafenib | Melanoma (stage IV) | 23.7 |
| Dabrafenib | Melanoma (stage IV) | 18.9 |
| Targeted therapies in pediatric population (including imatinib, dasatinib, erlotinib, vandetanib, sorafenib, cabozantinib, pazopanib) | Hematologic and central nervous system malignancies | 3 |
| Bevacizumab[12] | Ovarian cancer, breast cancer, renal cell carcinoma, cervical cancer | 3.3-26.8 |
| **Immunotherapies[13,71]** | | |
| CTLA-4 | Melanoma (stage III-IV) | 1-2 |
| PD-1 and PD-L1 | Melanoma (stage IV), lung, Hodgkin lymphoma, urothelial carcinoma | Case reports |
| **Stem cell transplant[14,22]** | | |
| Conditioning chemotherapy (busulfan, topotecan, thiotepa, tacrolimus, melphalan, methotrexate, etoposide, cyclophosphamide) | Leukemia | ~ 100 |
| Acute graft vs host disease | | 2-20 |
| **Neoadjuvant  endocrine therapies[15]** | | |
| Leuprolide | Breast cancer, hepatocellular carcinoma, neuroendocrine tumors | 1.8 |
| Octreotide | | 6.7 |
| Aromatase inhibitors (anastrozole, letrozole, exemestane) | Metastatic estrogen receptor positive breast cancer | ~ 25 |
| **Pigmentary hair changes** | | |
| MKIs (Cabozantinib, Pazopanib, Sorafenib, Sunitinib) | Renal cell carcinoma, thyroid cancer, hepatocarcinoma, desmoid tumors, gastrointestinal stromal tumor, pancreatic neuroendocrine tumors, | Cabo-33.6 Pazo-31.7 Sora-31.7 |

| | | Suni-31.7 |
|---|---|---|
| PD-1 and PD-L1 [72] | Melanoma (stage IV), lung, Hodgkin lymphoma, urothelial carcinoma, head and neck squamous cell carcinoma | 26.9 |
| **Textural hair changes[73]** | | |
| EGFRI (Erlotinib, Cetuximab, Gefitinib, Lapatinib, Panitumumab), BRAF | Tumors with EGFR mutation, including non-small-cell lung cancer; squamous cell carcinoma of the head and neck | Case reports |

AML (acute myelogenous leukemia); ALL (acute lymphocytic leukemia); BRAF (proto-oncogene B-Raf); CNS (central nervous system); CTLA-4 (cytotoxic T-lymphocyte-associated protein 4); EGFR (epidermal growth factor receptor inhibitor); MKIs (Multikinase inhibitors); PD-1 (programmed cell death protein 1); PD-L1 (programmed death-ligand 1).

Hair disorders in cancer patients occur due to disturbances in hair follicle cycling and functioning, and hair shaft synthesis, which result in effluvium during anagen or telogen phases.[35,74,75] Clinical features of hair disorders induced by anticancer therapies may vary depending on the anticancer therapy given, its half-life, dose, schedule, route and rate of administration, whether it is administered alone or in combination with other anticancer therapies, as well as patient factors, such a previous androgenetic alopecia, or other conditions that may also alter the hair cycle, such as thyroid diseases and nutritional deficiencies.

**Understanding chemotherapy interaction with hair follicle and alopecia in breast cancer patients; the chemotherapy cocktails complexity.**

Although distinct hair-loss patterns are sometimes seen, the overall final clinical presentation of chemotherapy-induced alopecia (CIA) is similar across patients (*i.e.*, diffuse), which makes it difficult to attribute alopecia to a particular drug in breast cancer patients receiving more than one cytotoxic agent (*e.g.*, cyclophosphamide, paclitaxel, docetaxel, doxorubicin). Many chemotherapies share proapoptotic pathways that have crucial roles in CIA, especially P53-mediated signaling. Cytotoxic chemotherapies are frequently associated with acute alopecia and other acute adverse events, however, these therapies have distinct mechanisms of action and differ substantially according to an individual's genetically determined susceptibility to chemotherapy-induced cytotoxic effects.[76,77] To treat CIA as one entity is, therefore, misleading.[35] Variations in hair regrowth including structure, color, coarseness, fineness, and fulsomeness are well known but reflect biologic processes that are still not well understood.

To date, preclinical CIA research models have been developed to study how doxorubicin (adriamycin) and cyclophosphamide damage the human hair follicle, chemotherapies frequently used in patients with breast cancer.[78,79] For example, doxorubicin is a cytotoxic chemotherapy that stabilizes the topoisomerase II complex, stopping the process of cellular replication. Studies using mouse models suggest that doxorubicin inhibits hair-follicle-associated angiogenesis[80] and induces sebaceous gland regression and disappearance.[81]

Chemotherapeutic alkylating agents (e.g., cyclophosphamide, busulfan) induce a range of cytotoxic and mutagenic adducts directly on DNA, triggering the death of rapidly

proliferating cancer cells but also affecting healthy normal cells (e.g., hair follicle stem cells). Especially when used in combination or sequence with other therapies, these agents may cause stem cell apoptotic depletion and loss of regenerative potential, and consequently persistent hair loss.[82] We are lacking of valuable in vivo models of therapy combinations with cyclophosphamide frequently used in breast cancer patients (doxorubicin + cyclophosphamide with or without taxane) for a better understanding of this possible persistent hair follicle damage process.

The persistent or permanent damage of stem cell niches by taxanes have not been elucidated.[83] Unlike the more advanced theories concerning doxorubicin and cyclophosphamide, the field of hair follicle damage attributed to anticancer therapies used in breast cancer currently lack a model of how taxanes could damage permanently the human hair follicle and cause persistent CIA.

**Endocrine therapies; another systemic drug given in around 70% of breast cancer patients may also cause alopecia similar to androgenetic type.**

In addition to chemotherapy, other systemic anticancer therapies are usually given to breast cancer patients. Indeed, endocrine therapies are used in multiple solid tumors, but are key in women with hormone receptor-positive breast cancer (around 70% of breast cancer patients).[84] Endocrine therapy, including selective estrogen receptor modulators (e.g., tamoxifen, toremifene), aromatase inhibitors (e.g., anastrozole, letrozole, exemestane) and gonadotropin-releasing hormone agonist (e.g., leuprolide) are administered for 5-10 years in the adjuvant setting to reduce the risk of recurrence.[85,86] Breast cancer patients and survivors are known to have substantial adverse events attributed to estrogen deprivation from endocrine therapies (including hot flashes and arthralgia).[87]

In a hospital registry-based survey study of 851 female breast cancer survivors, 22.4% of who received aromatase inhibitors reported hair loss, and 31.8% reported hair thinning. This study suggests that the use of aromatase inhibitors is associated with an increased risk of hair thinning independently of chemotherapy and age.[88]

Endocrine therapies in breast cancer modulate endocrine receptor-mediated pathways. Selective estrogen receptor modulators (e.g., tamoxifen, raloxifene, and toremifene)[89] are competitive inhibitors of estrogen binding to endocrine receptors. From this group, tamoxifen has been the historical standard of care for adjuvant (post-surgery or tumor treatment) endocrine therapy and remains the gold standard for pre-menopausal patients at risk of recurrence.[90] By contrast, aromatase inhibitors suppress plasma estrogen levels by inhibition of aromatase, and are now considered the preferred option for adjuvant endocrine therapy in post-menopausal patients, and include anastrozole, letrozole, and exemestane. They all appear to be comparable in efficacy and have similar adverse events profiles that include hot flashes, mood disorders, osteopenia, and arthralgias.[91]

Estrogens and androgens also play a critical role as hair growth modulators.[92] When endocrine receptor activation and pathway signaling are blocked, dihydrotestosterone levels increase,[93] and this action may contribute to the induction of female pattern hair loss in susceptible women receiving endocrine therapies. Therefore, endocrine therapy-induced alopecia (EIA) may be physiologically and clinically similar to androgenetic alopecia that affects more than 45% of women older than 50 years.[94] Additionally, eyebrows and eyelashes alopecia has been described in around 30% of patients with EIA after chemotherapy,[2] and hirsutism is reported as another dermatologic adverse event related to the androgenetic effect of endocrine therapy.[7] At Memorial Sloan Kettering, we have characterized the largest cohort of EIA in breast cancer patients (chemotherapy naïve), including 112 participants. A total of 79 (76%) of our 104 patients (with available clinical images) with EIA presented with recession of frontal and parietal hairline, mimicking an androgenetic pattern of alopecia, that also has anecdotally been described in 15 patients receiving aromatase inhibitors.[95] Additionally, the predominant trichoscopic feature was the increased presence of vellus hairs. This is thought to be the result of unsynchronized miniaturization of hair follicles, also described as one of the trichoscopy hallmark of androgenetic alopecia.[96] Because hormone modulation can affect hair growth generally, and the effects of hormones on androgen-dependent scalp areas also depends on individual genetic factors, endocrine therapy-induced hair loss can also present as pattern alopecia. Therefore, in patients treated with cytotoxic chemotherapy followed by endocrine therapy, a complete medical history must be obtained to define whether alopecia can be attributed to the actual endocrine therapy (EIA), to previous chemotherapy (CIA or persistent CIA), to the combination of both therapies (persistent CIA+ endocrine therapy-induced alopecia), or even to pre-existing hair disorders or susceptibilities unrelated to cancer treatment, such as a previous existing androgenetic alopecia that just progressed during years.

**Persistent chemotherapy-induced alopecia: defining alopecia 6-8 months after the last cycle of chemotherapy**

The most widely accepted definition of persistent chemotherapy-induced alopecia (pCIA) is incomplete hair regrowth (total or partial) 6 months following therapy cessation in patients who received cytotoxic chemotherapy, although some literature uses different timeframes.[97,98] Some literature also refers to such cases as permanent[99-106] or irreversible[107-109] chemotherapy-induced alopecia. Based on my experience and research in this area, I do not believe such cases are appropriately described as "permanent" or "irreversible." In some cases, hair loss resolves spontaneously more than six months after chemotherapy has ended. Further, research indicates that hair loss identified as pCIA may be responsive to topical (minoxidil 5%), and systemic (oral spironolactone) treatment in a majority of cases.[2]

Literature reporting or describing pCIA has done so mostly in breast cancer survivors receiving chemotherapy regimens including cyclophosphamide and doxorubicin in combination with taxanes (paclitaxel and docetaxel),[97,101,105,110,111] cyclophosphamide-containing regimens not including taxanes,[101,112,113] and also in patients who have undergone a conditioning regimen with busulfan-based chemotherapy for bone marrow

transplantation.[14,22,114-118]  In addition,  other anticancer therapies used in children,  such as the combination  of cyclophosphamide,  thiotepa and carboplatin  in the setting of hematopoietic stem cell transplantation  have been implicated  in causing pCIA (Table II).[119]

The predominance  of cases reported  among  breast cancer survivors  may have several explanations.  Breast cancer survivors  may tend to be uniquely  aware of and concerned about hair loss due to chemotherapy,  as compared with survivors  of other cancers mainly  affecting men (*e.g.*, prostate cancer) or with no sex-specificity  (*e.g.*, lung cancer). In addition,  authors studying and publishing  on pCIA may happen to have better connection  or relationships  with breast cancer units. In recent years, publicity  regarding litigation  may encourage disproportionate  reporting and publishing  in the breast cancer sphere, considering  this as a trending  scientific topic with social media impact.

More importantly,  the use of endocrine  therapies almost exclusively  in breast cancer patients likely  increases the number of cases reported as pCIA among breast cancer patients. Many of these cases are likely  not true pCIA. Much of the literature discussing  incomplete  hair regrowth  after chemotherapy  (whether described as persistent, permanent, irreversible,  long-lasting,  etc.) does not account for the possible  role of endocrine  therapy in causing alopecia or suppressing  regrowth. Endocrine  therapy is used in 70% of breast cancer patients,  often beginning  within months of chemotherapy  treatment, and continuing  for 5-10 years. Where endocrine  therapy cannot be ruled out as a possible  cause of persisting  hair loss, it is impossible  to diagnose a patient with pure pCIA.

In addition,  chemotherapy  drugs are administered  as part of different regimens  to treat different cancers. To treat breast cancer, taxanes are one of the most effective drugs almost always administered  in combination  of doxorubicin,  cyclophosphamide,  and/or carboplatin. Based on this, breast cancer chemotherapies  are usually  referred as taxane-based chemotherapy  versus other type of chemotherapy.  Many pCIA cases involve  treatment with cyclophosphamide  alongside  anthracycline  and/or a taxane (109 (42.9%)). A significant number  of pCIA cases have also been reported following  treatment with cyclophosphamide for diseases other than breast cancer, including  bone marrow and hematologic  malignancies (51 (20.1%)). The aggregate literature (not including  our reported cases that will be discussed separately) suggests that cyclophosphamide  is the most frequent chemotherapy  involved  in reported cases of pCIA (Table II).

Multiple  clinical  features have been described for pCIA (Table II). The most common is non-scarring  alopecia, with diffuse hair thinning[14,101,103,111]  (Figure 2). Similar patterns to androgenetic  alopecia  have been also reported in pCIA cases, but this may be due to a failure to exclude pre-existent androgenetic  alopecia,  or account for confounding  use of endocrine therapy, or was just reported the predominant  pattern of alopecia.[102,103] pCIA could also coexist with axillary,  pubic, eyelash and eyebrows alopecia.[104,118] As seen in other alopecias, clinical  features are nonspecific and a complete medical history including;  different therapies received, previous  scalp conditions,  other systemic diseases or mineral deficiencies,  is needed to determine the offending  therapy or any other possible  alopecia etiology.

**Table II.** Case reports and clinical features of alopecia attributed to specific anticancer therapies and anticancer therapy regimens in cancer survivors from 1991-2015.

| Chemotherapy | Predominant cancer type | Reported cases of pCIA with described clinical features n=254 (%) | Clinical Features |
|---|---|---|---|
| Regimens including taxanes and cyclophosphamide (*e.g. AC-T, FEC-T, TAC, TC*) | Breast | 109 (42.9%) | Non-scarring alopecia, with diffuse hair thinning and lightening is reported in majority of cases. A similar pattern to androgenetic alopecia is also described, but could result from endocrine therapy, underlying conditions or other factors often not excluded in literature. Persistent changes in texture could be observed. Scarring features have been reported in 2 cases probably attributed to graft vs host disease. Eyelash, eyebrow, axillary and pubic hair could be involved. |
| Regimens including taxane without cyclophosphamide (*e.g. taxane + carboplatin*) | Breast | 7 (2.8%) | |
| Regimens including cyclophosphamide without taxane (*e.g. AC, CTC, Busulphan therapies*) | Breast, hematologic malignancies, solid tumors | 51 (20.1%) | |
| Other chemotherapies or chemotherapy regimen not clearly attributed (including cisplatin, methotrexate, vincristine, and other combinations) | Solid tumors, hematologic malignancies | 87 (34.2%) | |

AC-T (doxorubicin/cyclophosphamide followed by taxane); FEC-T (fluorouracil/epirubicin/cyclophosphamide followed by taxane); TAC (taxane/doxorubicin/cyclophosphamide); TC (taxane/cyclophosphamide); AC (doxorubicin/cyclophosphamide); CTC (cyclophosphamide/thiotepa/carboplatin)

The reported incidence of pCIA ranges from 0.9% to 43% in adults[98,115] and up to 24% in children.[22,120] The wide variety in reported incidences reflects great differences in definitions and methodologies of identifying pCIA in literature, and has little value in the context of retrospective and observational studies. The exact risk of pCIA is currently very difficult to calculate. The vast majority of reported cases (160 of 254, or 63%) include cyclophosphamide either in combination or sequence regimens.[99,115,116,120,121] Although one questionnaire-based study has reported higher incidence with regimens including anthracycline, cyclophosphamide and taxane than with anthracycline and cyclophosphamide alone (10.5% vs. 2.7%),[122] very few cases have been reported with taxanes in the absence of cyclophosphamide (7 of 254, or 2.8%). While pCIA has been usually identified in hematologic and breast cancer patients, there is a lack of consistent description or specifications in the preliminary case reports and case series on doses, combinations and cycles of chemotherapy given, and if the cases reported also received endocrine therapies in the adjuvant or neoadjuvant setting.

Endocrine-therapy induced alopecia (EIA)[3] and endocrine therapy-induced alopecia after previous chemotherapy (EIAC) have been clearly described.[2] It is important to note that when there is not enough time for hair recovery between the completion of chemotherapy and the beginning of endocrine therapy in breast cancer patients (at least 6-8 months after last chemotherapy cycle), combined attribution of hair loss to cytotoxic chemotherapy and endocrine therapy (pCIA+EIA) may be considered.

I have recently published the largest clinical and dermatology-driven blinded retrospective analysis on persistent alopecia following chemotherapy with or without subsequent endocrine therapy. This study characterized and compared pCIA and EIAC, including variables such as clinical phenotypes, impact on quality of life, and response to available hair growth-promoting agents.[2] This was a retrospective, multicenter cohort study over an 8-year period (January 2009 to July 2017). Patients were included from 2 comprehensive cancer centers (Memorial Sloan Kettering Cancer Center, USA, and Institut Universitaire du Cancer, Toulouse, France) and the dermatology service of the University Federico II, Naples, Italy. Relevant clinical data were reviewed, including alopecia history and hair regrowth after chemotherapy. Patients who received only systemic cytotoxic chemotherapy with a clinical diagnosis of pCIA, and patients who received chemotherapy followed by hair regrowth, then treatment with endocrine therapy, and subsequent alopecia attributed to the endocrine therapy (EIAC) were eligible (Figure 1).[2]

In any analysis of pCIA, hair loss and regrowth should be confirmed by the medical personnel treating the patient (*e.g.*, nurses, physician assistants, doctors), because patient expectations and perceptions may differ from medical understanding. Patients may expect to have long and thick terminal hairs within 6 months of therapy ending, and if the hair is not totally recovered by that date, might misunderstand this as persistent alopecia due to chemotherapy. The hair cycle is slow after cytotoxic chemotherapy and may take 6 to 8 months or even more time to completely recover the previous hair texture and quality.[122]

In addition, a "dual target" hypothesis has been proposed to explain the spectrum of the morphologic findings observed in breast cancer patients with persistent alopecia after both chemotherapy and endocrine therapy. The first target is the hair bulb, in response to the direct effect of chemotherapy; the second target is the residual hair follicle, which would further miniaturize in response to the endocrine adjuvant therapy (given to around 70% of breast cancer patients for 5 to 10 years), and may represent the additional factor sustaining the dystrophic catagen response pathway initiated by chemotherapy.[123] This would lead to a morphologic status of "follicular inertia" in those follicles genetically susceptible to effects of endocrine therapy, with further miniaturization and increased telogen hair follicles, histopathologically and clinically mimicking female pattern hair loss. This biologic theory may explain the presence of pCIA+EIA cases, where the mix of chemotherapies + endocrine therapy given to breast cancer patients may lead to persistent alopecia. Likewise, it may help explain why persistent alopecia after chemotherapy is sometimes described in a predominant androgenetic pattern, even though the clinical presentation and biologic process of CIA do not uniquely involve androgen-dependent areas of the scalp.

To conduct my retrospective analysis, I reviewed standardized photographs of the scalp of the included patients without knowing what anticancer therapy they received. Pattern and severity alopecia scores for each patient were obtained using the basic and specific classification system,[124] and the Common Terminology Criteria for Adverse Events, version 4.0 (CTCAE v4.0).[125] Standardized trichoscopy images were obtained with the Folliscope 2.8 on the mid-scalp. The total hair diameter and hair density per $cm^2$, and trichoscopic characteristics were assessed at diagnosis.

A subset of patients was treated with topical minoxidil 5% or oral spironolactone. Without knowing whether or which treatment was given, I measured the efficacy of dermatologic therapy through standardized photographs of the scalp obtained at baseline and after 3 - 6 months of therapy. Clinical response to therapy was assessed using a 4-point scale: worsening, stabilization, moderate improvement, or significant improvement.[126]

Demographic and baseline characteristics of 98 female cancer patients with pCIA and 94 with EIAC (Table III) revealed that the most common underlying oncological diagnosis was breast cancer in both groups (168 patients [88%]). pCIA was attributed to taxane-based chemotherapy in 80 patients (82%), whereas aromatase inhibitors were the primary culprit in EIAC in 58 patients (62%). Additional findings includes a significantly predominant diffuse alopecia observed in pCIA patients (31 of 75 [41%]), with a greater severity (CTCAE G2) (29 of 75 [39%]), fewer hair shafts per follicular unit (1.3 [0.3]), and thinner hairs (65 [13] μm) when compared with EIAC ($P < .05$). This study suggests that pCIA and EIAC are partially clinically different. Hence, it is important to consider clinical features and chronology of events in order to attribute causality and minimize non-adherence to adjuvant therapies. In addition to the scalp affectation, eyebrow and eyelash alopecia was also present in 37% of pCIA patients (vs 28% in EIAC, not significant difference, p=.25), and may also have contributed to a negative psychosocial impact as demonstrated in QoL analyses.[127]

We found an overall moderate to significant clinical improvement in 36 of 54 pCIA patients (67%) treated with topical minoxidil 5% or oral spironolactone. This outcome is even higher for patients with EIAC (76%), and chemotherapy naive breast cancer patients with EIA, where 80% showed moderate to significant improvement with topical minoxidil 5%.[128] While the combination of minoxidil and spironolactone seems to be a promising therapy, further research is needed. However, we reported that most patients treated with spironolactone did not show increased estrogen levels, and there were no data suggesting increased risk of breast cancer. Based on hormonal and pharmacological activity, spironolactone may be considered for further research on alopecia and hirsutism in breast cancer patients.[129,130]

The major limitations of our study are the retrospective features, that referrals were predominant to women likely due to greater awareness of persistent post-chemotherapy alopecia, and due to our continuing work with the breast cancer oncology service. However, gender was not an exclusion criteria in this study.

**Figure 1. Flow diagram for patient inclusion and case definition.**



There is one prospective study on pCIA in breast cancer patients authored by Kang et al. (2018).[131] The authors reported that as a phenotype (clinical inspection of the scalp), pCIA resembles androgenetic-like alopecia, with thinning hairs and absence of fibrosis leaving a characteristic scalp alopecia predominating over the crown. In this study, the average (SD) hair shaft diameter prior to chemotherapy was 71.1 (12.4) μm, and the average hair thickness at 6 months after chemotherapy was 49.7 μm, corresponding to a ~30% reduction in hair thickness in less than 1 year. Additionally, patients with anthracyline, cyclophosphamide and taxane treatment had about eight times higher odds of pCIA 3 years after completion of chemotherapy (8.01; 95% CI, 1.20–53.26) than with anthracycline and cyclophosphamide alone, adjusting for age, hair density, and thickness at diagnosis. Notably, the study patients

receiving taxane treatment had a statistically significant lower average hair density before chemotherapy. Even so, there was no statistically significant difference in average hair density among patients receiving taxanes or not 3 years after chemotherapy, or at any time 3 months or more after completion of chemotherapy. The only statistically significant difference in hair density after chemotherapy was at 1 month after completion of chemotherapy (CIA), when patients receiving only anthracycline and cyclophosphamide chemotherapy had significantly lower hair density (2.6 hairs/cm2) than patients receiving taxane-based chemotherapy (16.5 hairs/cm2) and fluorouracil, doxorubicin, and cyclophosphamide chemotherapy (29.1 hairs/cm2). This study has several limitations that undermine any strong conclusions on the etiology and definition of pCIA. It appears that no part of the study (including clinical examination, Folliscope use, hair measurement and comparison, and ultimate identification of pCIA) was conducted by dermatologists. It included only 61 Korean patients with breast cancer, and the authors applied a non-dermatological definition of pCIA as hair density or thickness two standard deviations (SDs) or more below the baseline mean (before chemotherapy) at 6 months post-treatment. Given the study findings regarding hair density, it appears that the pCIA findings refer primarily or only to cases of reduced hair thickness measured by hair shaft diameter. The hair thickness was obtained by the measure of a total of only 5 hairs (in real space of 3 mm) taken on the vertex area by using a Folliscope, a device that I also use in my research. However, there is no indication that care was taken to ensure that the same 5 hairs were measured before and after treatment – for example, by tattooing the scalp, which is typically done to assess the effectiveness of dermatologic treatments, or in prospective studies.

Additionally, the authors in this study did not include clinical images for the diagnosis of pCIA, even though alopecia diagnosis is based in phenotype or clinical inspection of the scalp plus the use of extra clinical devices such as trichoscopy. Further, the authors did not even review the Folliscope images blinded, selecting without any specified criteria the 5 measured hairs (which in any case, are not totally representative of the total scalp area, and may not represent the actual clinical features). This may incur an under-inclusivity and measurement bias. In addition, the authors recognize other limitations such as that the study was conducted at a single institution and had a small sample size, measured hair parameters only on the vertex area (noting the results may have differed depending on measurement location), and finally that study participants may have self-selected to participate because they were interested in CIA or had prior hair problems compared with patients who did not participate. To conclude, this paper must be read with caution, due to limitations for generalizability of the results, the small number of participants of just one ethnicity, and the possible biases of selection, measurements, and outcomes.

Another observational and unblinded study was published by Martin et al. in 2018.[132] The authors reported that pCIA grade 2 (>50% of hair loss) was seen in 36 patients receiving regimens including cyclophosphamide and docetaxel with cumulative docetaxel doses (CD) of 400 mg/m2 or greater (36/358, 10.06%, 95% CI 7.36–13.61), but not in 59 patients with regimens including lower cumulative doses of docetaxel (300 mg/m2), or chemotherapy regimens not containing docetaxel (n = 306). Alopecia was predominantly diffuse (all over

the scalp) as seen in images included in the paper (Figure 2). The authors do not support the conclusion that pCIA occurs in patients receiving docetaxel in cumulative doses of less than 400 mg/m2.



Fig. 2. Diffuse alopecia after chemotherapy regimens, reported by Martin. Severity varies widely.

This study also has some limitations. None of the study authors are dermatologists, and identification of pCIA appears to have depended primarily on patient interviews, with subsequent examination by a dermatologist only in 10 cases identified by oncologists as pCIA. Regimen data was provided only for an "initial" study, in which 12 cases of pCIA were reported. Key information, such as the dosage administered and number of patients treated, is missing for several of the listed regimens. No such data for subsequent larger "confirmatory" studies is provided, nor were the selection criteria or assessment settings or methodologies for these later studies specified. Around two-thirds of study patients treated with adjuvant chemotherapy also received endocrine therapy with tamoxifen, aromatase inhibitors, or both afterwards, which may limit the clear-cut definition of pCIA, due to the association of an endocrine therapy. This study also included patients treated only with endocrine therapies, with no previous chemotherapy, and differs in the prevalence of alopecia attributed to tamoxifen (which was reported as 0%) with a meta-analysis describing the highest incidence of all-grade alopecia (25.4%) in patients treated with tamoxifen.[15]

Larger prospective and relevant studies are needed to identify the real incidence, clinical and genetic risk factors, severity of pCIA and the presence of endocrine therapy-induced alopecia after chemotherapy when compared to baseline.

Histopathologic features of permanent alopecia attributed to anticancer therapies are not specific. However, pCIA is consistently described as non-scarring, with an increased number of miniaturized and telogen hair follicles in relation to the normal dominance of terminal anagen hair follicles in healthy scalp.[114,123] Scarring alopecia with concentric fibrosis and a discrete lymphoid cell infiltrate around the follicles has been reported in two cases treated with busulfan and cyclophosphamide chemotherapy, also described as a potential manifestation of graft-versus-host disease.[114] A recent study characterized biopsies of a total of 10 patients with persistent alopecia following different combination regimens including docetaxel and endocrine therapies. The histopathologic study showed features of non-scarring

alopecia with hair follicle unit preservation, reduced hair density, and increased vellus hair follicles. Similar features described in androgenetic alopecia.[123]

A recent retrospective study using genome-wide analysis suggested that a cluster of Single Nucleotide Variations in the ABCB1 gene was associated with the risk of developing persistent docetaxel-induced alopecia. The study also suggested that carriers of the risk variants may have less effective docetaxel elimination as a result of reduced levels of P-glycoprotein in the hair follicle stem cells. Moreover, it was hypothesized that enhanced sensitization to the cytotoxic effects of docetaxel may ultimately lead to the destruction of hair follicle stem cells and thus result in permanent alopecia.[133] In this respect, the findings of Núñez-Torres et al may be regarded as a first step toward genetic risk stratification for pCIA among patients with cancer. However, experience in the field demonstrates that the translation of pharmacogenomic effects – particularly if discovered via retrospective study designs – into clinical practice is not a straightforward task. Rather, the clinical value of risk stratification must first be assessed through the performance of prospective studies.[134] In addition, Single Nucleotide Variations in the ABCB1 gene have been associated with an increased activity and toxicity of other oncologic therapies given in combination with taxanes for breast cancer patients[77] (similar as in Núñez-Torres et al. cohort of patients treated with taxane-based combinations). The study also found that use of anthracyclines was associated with pCIA phenotype (as well as age), independent of docetaxel use. This indicates the hypothesized failure to eliminate toxins associated with ABCB1 is not unique to docetaxel, though the study was limited to patients reporting persisting alopecia after docetaxel. For this same reason, this study sheds no light on prevalence of pCIA with docetaxel or any cancer treatment.

**Table III. Baseline characteristics of female cancer patients with alopecia after cytotoxic chemotherapy**[2,128]

| Baseline characteristics | | pCIA No. (%) (n = 98) | EIAC No. (%) (n = 94) | P |
|---|---|---|---|---|
| Median age | | 56.5 (18-83 years) | 56 (29-84 years) | .90 |
| Race | White | 73 (74) | 70 (74) | > .99 |
| | Other | 25 (26) | 24 (26) | |
| Primary cancer diagnosis | Breast | 79 (81) | 89 (95) | .002 |
| | Hematologic | 6 (6) | | |
| | Ovarian | 2 (2) | 3 (3) | |
| | Other (central nervous system, solid, genitourinary, gastrointestinal, respiratory tract) | 11 (11) | 2 (2) | |
| Attributed therapies* | Taxane-based chemotherapy | 80 (82) Paclitaxel 47 (59) Docetaxel 31 (39) Combination 2 (2) | Aromatase inhibitors 58 (62) Letrozole 32 (55) Anastrozole 21 (36) Exemestane 5 (9) | |

| | | | | |
|---|---|---|---|---|
| | Cyclophosphamide, methotrexate and fluorouracil | 13 (13) | SERM 27 (29) Tamoxifen 28 (97) Toremifene 1 (3) | |
| | Other (busulfan, vincristine, carboplatin, lomustine, doxorubicin) | 5 (5) | 9 (10) Other (leuprolide, fulvestrant) | |
| **Median time with alopecia after chemotherapy completion (pCIA) and after initiation of endocrine therapy (EIAC) (years)** | | 2.0 (0.5-27.3) | 1.0 (0.1-5.3) | |
| **Clinical characteristics** | | **No. (%) (n=75) (77)** | **No. (%) (n=92) (98)** | |
| | Pattern alopecia (Androgenetic alopecia-like pattern) | 44 (59) | 69 (75) | .04 |
| | Diffuse alopecia | 31 (41) | 23 (25) | |
| Alopecia severity by CTCAE v4.0 | Grade 1 | 46 (61) | 80 (87) | <.001 |
| | Grade 2 | 29 (39) | 12 (13) | |
| Eyebrow/eyelashes alopecia | | 28 (37) | 26 (28) | .25 |
| **Trichoscopy characteristics** | | **No. (SD) (n=45) (46)** | **No. (SD) (n=62) (66)** | |
| Hair thickness (microns) | | 62 (13) | 68 (13) | .02 |
| Hair density (per cm$^2$) | | 104 (48) | 116 (35) | .14 |
| Mean hair per follicular unit | | 1.3 (0.3) | 1.5 (0.3) | <.001 |

pCIA (persistent chemotherapy-induced alopecia); EIAC (endocrine therapy-induced alopecia after chemotherapy). CTCAE v4.0 (Common Terminology Criteria for Adverse Events, version 4.0): Grade 1, Hair loss of <50% of normal for that individual that is not obvious from a distance but only on close inspection; it does not require camouflage. Grade 2, Hair loss of ≥50% normal for that individual that is readily apparent to others; camouflage is necessary if the patient desires; associated with psychosocial impact. Data are presented as mean (SD), median (range), or percent of sample. Comparisons of pCIA and EIAC were performed using t test and Fisher's exact test. * Patients with EIAC had full hair regrowth after cytotoxic chemotherapy

**Elizabeth Kahn case analysis**

I have reviewed the clinical chart of the patient Ms. Elizabeth Kahn, as per request of SHB lawyers for case number 2:16-cv-17039 (E.D. La.). I have received documentation regarding relevant clinical data, including clinical images and notes of the dermatologic examinations performed on September 4, 2020 by Dr. Antonella Tosti and September 22, 2020 by Dr. Mamina Turegano, who were able to conduct in-person evaluations of the patient. I have further reviewed the expert reports of Drs. Tosti and Curtis Thompson, and testimony of Drs. Tosti and Thompson, as well as candid photographs of Ms. Kahn and her family members. A copy of all materials I reviewed is attached as Exhibit C. I base my opinions on my review of these materials as well as relevant medical literature and documents and my training, experience and research as a dermatologist specialist in hair disorders in cancer patients.

**Medical History of Ms. Elizabeth Kahn**

Understanding the precise medical history of the different therapies received is crucial to conducting a proper differential diagnosis for patients experiencing persistent alopecia after cancer treatment. Here, I analyzed the notes from the clinical oncology, radiotherapy, and oncologic surgery services to describe a proper clinical scenario, including the timeline of alopecia history and relevant therapies (Figure 10).

*Dermatologic history*

Ms. Elizabeth Kahn is a 62-year-old Caucasian woman. Her clinical dermatologic report from Dr. Turegano does contain information of pre-existing thin hair, reported as "she does admit to always having fine and thin hair, which is why she always kept it short." A picture from 2008, just a week prior to her first chemotherapy cycle, shows that she had a pre-existing androgenetic alopecia that could be graded as C1 F1 using the basic and specific classification system of alopecia (Figure 3).[124] Her eyebrows and eyelashes were not very prominent before chemotherapy, and she had scalp hair thinning at the front, and crown (Figures 3-5). Additional dermatologic scalp hair history was also collected from Dr. Turegano's notes, including that Ms. Kahn "was under the impression that the hair loss was all related to chemotherapy and age. She reported that her dermatologist Dr. Ochsner recommended that she take biotin, but she did not see results after 3-4 months of use. She has not sought further work up or treatment for her hair loss and states that she accepted her hair loss. She does not believe it interferes with her daily life or feels the need to wear a wig."

In addition to scalp hair history, it is also relevant that Dr. Turegano notes Ms. Kahn "also reports having a history of few coarse facial hairs that she would have to pluck (once a month or so) prior to chemotherapy and currently. She also reports having a history of hair around her areolae. After completing chemotherapy, she reports having less hair on her extremities, axillae, and areolae."



Fig. 3 (left). Ms. Kahn in 05/21/2008. A week before chemotherapy. Fig. 4. (middle) Ms. Kahn in 12/31/2006. Fig. 5. (right) Ms. Kahn in 11/08/2006. 2.5 years before chemotherapy.

*Family history of alopecia*

Her brother (Figure 6), father (Figure 7), and mother (Figure 8) each show significant pattern of androgenetic alopecia, with Hamilton grade VII and Type U3 using the basic and specific alopecia grading system[124] (brother and father), and her mother with alopecia grade M1 F1 using the basic and specific system, or grade 1 of Ludwig scale. Ms. Kahn's sister does not seem to have significant androgenetic alopecia features (Figure 9). Notably, her sister has history of chemotherapy use for her past breast cancer but not tamoxifen or any other endocrine therapy. The available family history suggests a strong genetic predisposition for androgenetic alopecia.



Fig. 6. Ms. Kahn's brother   Fig. 7 Ms. Kahn's father.   Fig. 8 Ms. Kahn's mother   Fig. 9 Ms. Kahn's sister

*Other dermatologic history*

Patch testing in 05/08 showing mild erythema to lanolin, cocamide, and neomycin. Dermal nevus excised in 09/07, left arm. Actinic keratosis treated with cryosurgery on her scalp in different dermatology (Dr. Ochsner) visits (since 2012). She suffered an episode of herpes zoster (right first trigeminal nerve branch, 10/14) treated with valacyclovir. Chronic vulvar pruritus with punch biopsy showing psoriasiform dermatitis in 07/15.

*Relevant medical history*

Ms. Kahn works as a school librarian, is married and her relevant past medical history includes: allergy to penicillin and ciprofloxacin, overweight with a BMI over 30 (usually around 32 – 05/08, 11/08, 4/09, 5/09, 6/10, 7/11, 8/12, 10/12, 5/13, 6/13, 11/13, 2/14, 7/14, 11/14, 2/15, 6/15, 6/16, 6/17, 6/18, 5/19, 10/19, 1/20) in her physical examinations during the past 12 years. She has been treated with daily lisinopril 10mg since 04/09 for around a decade to control her high blood pressure, currently taking amlodipine. Hyperlipidemia with triglycerides over 150, HDL cholesterol lower than 50 in different blood tests (5/09, 6/10, 12/10, 5/11, 9/12, 5/13), also suggesting the presence of metabolic syndrome following the International Diabetes Federation criteria (obesity + 3/4 criteria, minimum is obesity + 2/4 criteria).[135] She received multiple prescriptions of oral fluconazole 150mg for genital yeast infection, with 1 dose for several weeks, testosterone gel 1% for genital atrophy and dryness starting 06/11, vitamin D deficiency treated with Vit D2 1.25 mg (50.000 UNIT) supplementation since 05/13. She underwent menarche at 13 years old, was never pregnant, and underwent menopause at 50 years old.

*Oncology history*

Ms. Kahn presented to the breast oncologist at 51 years old with a left breast mass. A core biopsy was taken on 04/11/08, and diagnosis of a lobular breast carcinoma was obtained, estrogen receptor positive, progesterone receptor positive, and HER2 negative (T2N0M0). She was identified as a candidate for the clinical trial NSABP B-40, and she accepted to be randomized in one of the 6 different therapeutic groups. She enrolled on 05/14/08, and was randomized to Group 2B, including treatment with five different oncologic therapies (Figures 10-11).



Fig. 10. Female-pattern hair loss was observed before cancer diagnosis and chemotherapy. Alopecia was reported during initial chemotherapy cycle, but medical records reported that her hair was "growing back" and alopecia was "resolved" after Taxotere. Based on her treatment timeline, no current hair loss experienced by Ms. Kahn can be attributed to any specific initial cytotoxic chemotherapy. However, tamoxifen seems to play a crucial role in her ongoing female-pattern hair loss.



Fig. 11.

Ms. Kahn was scheduled to received 4 cycles of Taxotere/docetaxel 75 mg per square meter (final total cumulative dose of Taxotere/docetaxel 285 mg/m2, due to dose adjustment during last cycle -cycle 4-), capecitabine at 825 mg per square meter (1650 mg BID), and bevacizumab 15mg/kg. After the first cycle (05/29/08), alopecia was reported as an adverse event of the chemotherapies but not graded (Gx) (06/19/08) by the medical personnel. After the second dose of chemotherapy (6/19/08), Ms. Kahn developed hand foot syndrome (HFS)

Grade 2 (6/27/08), diarrhea up to Grade 2, peripheral neuropathy Grade 1, heart burn Grade 1, and nausea Grade 1 using the Common Terminology Criteria for Adverse Events, version 3 available in 2008 (CTCAE v3). A decision was made to hold capecitabine for 2 weeks due to significant adverse events, tapering the dose to 650 mg/m2 due to HFS, beginning with the 3rd cycle of chemotherapy. Additionally, docetaxel dose was tapered from 75 mg/m2 to 60 mg/m2 for her 4th cycle also due to HFS. There is no report by any medical personnel of other body areas than the scalp affected with hair loss during the first 4 cycles of chemotherapy.

Ms. Kahn received 4 more cycles of chemotherapy consisting of cyclophosphamide 600mg/m2, doxorubicin (Adriamycin) at 60mg/m2, and bevacizumab 15mg/kg every 21 days (not including the last 2 cycles of bevacizumab before surgery). The first dose of the second 4 cycles was given on 08/21/08, and the last dose of these 4 cycles was on 10/23/08.

After the 2nd group of different chemotherapies, the patient was submitted to the OR for surgery (lumpectomy), the tumor excision was performed on 12/10/08 and left axillary sentinel lymph nodes (x3) resulted negative for metastases. The histologic study of the tumor described a mildly differentiated infiltrating carcinoma with tumor measuring 7 mm. Final pathologic staging was T1N0MX. The patient started adjuvant therapy (post-surgery) with Avastin (bevacizumab) with a total of 10 more doses (every 21 days from 01/08/09 to 07/16/2009). In the interval, Ms. Kahn also received from 1/13/09 to 2/27/09 a total of 33 radiation treatments to her right breast, with a total dose of 61 Gy at 1.8-2 Gy per fraction.

Regarding alopecia reports on Ms. Kahn's clinical oncology charts, it was stated that her "hair is growing back" on 01/08/09 by Dr. Zoe Larned, 2.5 months after her last cytotoxic chemotherapy cycle. "Alopecia resolved" was reported by her oncology nurse Melanie Zazulak on 1/29/09 and 2/19/09, 3 and 4 months after her last cytotoxic chemotherapy cycle, and still under bevacizumab therapy. Dr. Zoe Larned again reported that Ms. Kahn's hair was "growing back in" on 4/02/09, at the time that she received her first prescription of tamoxifen 20 mg daily (5.3 months after last cytotoxic chemotherapy, and still under bevacizumab therapy). This is important to highlight for a better understanding of the alopecia after chemotherapy reported by the patient. The hair recovery reported and confirmed by 2 different medical personnel in different clinical encounters, between 2.5 and 5.3 months after last cytotoxic chemotherapy cycle, may explain that the hair was not persistently affected after the multiple chemotherapy cycles received with 5 different drugs. Photographs of Ms. Kahn from 8 to 16 months after chemotherapy confirm this recovery (Figures 12-14).



Fig. 12 (left). Ms. Kahn in 6/30/2009. 8 months after chemotherapy. Fig. 13. (middle) Ms. Kahn in 10/10/2009. 1 year after chemotherapy. Fig. 14. (right) Ms. Kahn in 6/21/2010. 1.5 years after chemotherapy.

In the dermatologic history obtained by Dr. Antonella Tosti, it was stated that "she lost her hair during chemotherapy and that she had incomplete hair regrowth after that with severe permanent alopecia involving not only the scalp hair but also eyebrows and eyelashes." However, there are no notes in the patient chart specifying that observation. In Ms. Kahn's photos before chemotherapy (Figures 3-5), it seems that her eyebrows and eyelashes were not very prominent before chemotherapy, especially on the tail area of the eyebrows.

Adjuvant therapy with 20mg daily tamoxifen (an endocrine therapy that may induce alopecia with an androgenetic pattern in around 25% of patients) was started on 4/02/09 (while she still was receiving bevacizumab until 7/16/09), when the patient's hair was still growing back to normal after chemotherapy (5.3 months after last cytotoxic chemotherapy cycle). The patient received tamoxifen for a total of 9 years (ending 5/18). Additionally, alopecia is also reported in patients receiving bevacizumab in around 10% (3.3% to 26.8%) of cases even when used as monotherapy, so this systemic therapy may also have affected the hair regrowth after chemotherapy.[12] Interestingly, Ms. Kahn´s medical records showed on 11/16/09 that her hair was "growing back slowly," and in medical records from 5/27/10, 8/30/10, 11/30/10, and 2/28/11 it is reported that she "still notes thinning hair." In addition to "thinning hair," Ms. Kahn also was suffering from marked symptoms of hot flashes, night sweats, mood swings, irritability, and insomnia, reported by Dr. Charles Ferris (4/25/11) as common symptoms of menopause. However, these symptoms could also be observed as adverse events of tamoxifen in addition to regular menopause symptoms, including also the reported genital dryness and pain that required medication (testosterone gel) as described by Lynette Mauterer, NP on 7/5/11. The reported "thinning hair" a few months after the beginning of tamoxifen, and also the symptoms formerly noted, have been clearly described as common adverse events of tamoxifen therapy. The "hair loss" worsened over time, as well as the hot flashes reported in her clinical records on 6/29/17, by Dr. Margaret Roberie (Gyn). Androgenetic alopecia can also be associated with supplemental testosterone, including gels.[142]

**Clinical Examination:**

From dermatology notes described by Dr. Antonella Tosti and Dr. Mamina Turegano, Ms. Kahn's hair density varied from normal to reduced on different areas of her scalp. It is important to compare the density of the androgen-dependent scalp (crown area, frontoparietal hairlines) vs. the androgen-independent scalp (occipital area).

Dr. Tosti stated in her report that "Ms. Kahn had diffuse hair thinning with prominent involvement of the androgen dependent scalp. The frontal, mid scalp, and the vertex show severe thinning without evidence of scarring," and "Ms. Kahn had thinning, but not patchy alopecia, of eyebrows and eyelashes." Dr. Turegano noted in her clinical examination "fine hair with reduced density throughout the scalp, but most notably on the frontal, vertex, and bitemporal regions of the scalp (pronounced androgenetic distribution) with notable miniaturization of hairs on the frontal scalp." From Ms. Kahn's trichoscopy examination, Dr. Tosti reported "non-scarring alopecia, reduced follicular density and variability in the hair shaft diameter." Similar trichoscopy features were described by Dr. Turegano's examination, including "reduced density; reduction in hair caliber, most notably on the frontal scalp and vertex. Hairs are different lengths with many miniaturized hairs." These findings observed in person by two different dermatologists show the characteristic features of androgenetic alopecia and/or endocrine therapy-induced alopecia, both of which usually present as pattern hair loss, but not as clear for strictly pCIA, which is usually often more diffuse.

As also noted in Dr. Tosti's and Dr. Turegano's clinical examinations, Ms. Kahn had a negative pull test. Dr. Tosti stated that "although Ms. Kahn had low vitamin D levels in the past and was taking lisinopril that can be associated with telogen effluvium, telogen effluvium is excluded by history (she is not shedding more than normal), pull test and clinical presentation."

Dr. Tosti and Dr. Curtis Thomson ruled out cicatricial alopecia per clinical presentation and histology. Overall trichoscopy and histological features of pCIA are inconclusive or not well defined so far. Ms. Kahn's trichoscopy shows yellow dots (that correspond to follicles with advanced miniaturization - Figure 15); peripilar signs (emergent hair shafts surrounded by a brown depressed halo - Figure 16); hair diameter diversity (anisotrichosis - Figure 15); and short vellus hairs and circle hairs (Figure 17). In my opinion, the trichoscopic and clinical findings are compatible with androgenetic alopecia or endocrine therapy-induced alopecia.



Fig. 15. Trichoscopy of Ms. Kahn's scalp showing clear features of androgenetic alopecia: hair diameter miniaturization and hair diversity, yellow dots (orange arrows).



Fig. 16. Trichoscopy of Ms. Kahn's scalp demonstrates peripilar sign (orange arrows); hair diameter diversity (anisotrichosis), features seen in androgenetic alopecia.



Fig. 17. Trichoscopy of Ms. Kahn's scalp demonstrates short vellus hairs and circle hairs (orange arrow), consistent with androgenetic alopecia.

In the examination of the clinical images, the patient has a reduced hair density in a pattern that resembles androgenic alopecia, also knowns as female pattern hair loss (Figures 18-19). Using the CTCAE V5.0 (Common Terminology Criteria for Adverse Events, Version 5), the patient is classified as grade 1 (hair loss of <50% of normal for that individual that is not obvious from a distance but only on close inspection; a different hair style may be required to cover the hair loss but it does not require a wig or hair piece to camouflage).



Fig. 18                              Fig. 18

Ms. Kahn's clinical history and dermatologic examination support the etiology of a noteworthy hormonal influence in her alopecia. Specifically, her features were consistent

with those previously reported in breast cancer patients with alopecia after chemotherapy, treated with adjuvant hormonal therapy (including tamoxifen, as in this case), also known as endocrine therapy-induced alopecia after chemotherapy. I have evaluated hundreds of cases like this, and published those with clear features in the 2019 JAMA dermatology paper.[2] Other authors have also found similar features as described in that paper, and note that the frontal hairline can be preserved or affected in women with EIA, as observed in Figure 20.[136]



Fig. 20. A. Clinical features mimicking male pattern alopecia in a breast cancer patient attributed to tamoxifen; including recession of the anterior hairline (left). B. Breast cancer patient with typical advanced female pattern hair loss with fronto-parietal thinning and preservation of the frontal hairline attributed to anastrazole (right).[136]

Given the pattern and timing of Ms. Kahn's hair loss, one cannot attribute her alopecia specifically to cytotoxic chemotherapy, much less any one cytotoxic chemotherapy agent. A diagnosis of pure pCIA is not possible. At most, combined attribution to chemotherapy and endocrine therapy (pCIA+EIA) may exist when there is not enough time for hair recovery between finishing chemotherapy and the beginning of the endocrine therapy in breast cancer patients. In Ms. Kahn's case, she began taking tamoxifen while still on bevacizumab, which is associated with hair loss, and did not have enough time for hair recovery after her last chemotherapy cycle (5.3 months after last cytotoxic chemotherapy cycle). However, Ms. Kahn's alopecia was followed by her medical providers, and it was stated that her "hair is growing back in" on 1/8/09 by Dr. Zoe Larned, 2.5 months after her last cytotoxic chemotherapy cycle. "Alopecia resolved" was reported by her oncology nurse Melanie Zazulak on 1/29/09, and 2/19/09, 3 and 4 months after her last cytotoxic chemotherapy cycle. Dr. Zoe Larned again reported that Ms. Kahn's hair was "growing back in" on 4/2/09, at the time that she received her first prescription of tamoxifen 20 mg daily (5.3 months after last cytotoxic chemotherapy, and still under bevacizumab therapy). There was no report by any medical personnel if other body areas than the scalp were affected with alopecia during cytotoxic chemotherapy cycles (and in any event, there are no consistent studies to support body hair loss as a definitive clinical finding in persistent alopecia after chemotherapy). However, we have reported similar prevalence of eyebrow or eyelash alopecia (around 30%) in patients with pCIA and EIA after chemotherapy.[2]

Furthermore, as part of her treatment in NSABP B-40 Ms. Kahn received 4 cycles of chemotherapy including doxorubicin (Adriamycin) and cyclophosphamide, chemotherapies that have been associated with chemotherapy-induced alopecia (80-100% and 25-70%, respectively), and with persistent alopecia after chemotherapy, especially cyclophosphamide in patients receiving conditioning therapies for hematologic malignancies as well as in other combinations in breast cancer regimens. In addition to the traditional breast cancer chemotherapies, Ms. Kahn also received a total of 16 cycles (1 every 3 weeks) of Avastin (bevacizumab), which has been reported to exacerbate some chemotherapy adverse events when used in combination with classic chemotherapy agents.[137] Avastin could also play a negative role in Ms. Kahn's hair regrowth by blocking the capillary blood flow stabilization of the scalp after 8 cycles of chemotherapy.

Tamoxifen was introduced in April 2009 (5.3 months after last administration of doxorubicin + cyclophosphamide, and while she still was under therapy with bevacizumab) and was given for 9 years (until May 2018). The clearly predominant androgenetic pattern alopecia in Ms. Kahn's scalp suggests that tamoxifen also had a strong negative impact on her hair regrowth.

In addition, Dr. Turegano's dermatologic examination also reports that Ms. Kahn "had a history of few coarse facial hairs that she would have to pluck (once a month or so) prior to chemotherapy and currently." Facial hirsutism is also observed in her clinical images taken during Ms. Kahn's examination, in right sideburn some terminal and vellus hairs could be seen (patient wearing mask which limits evaluation of the rest of facial hair), that could be Grade 1-2 of facial hirsutism by Ferriman-Gallwey modified grading system (Figure 21).[138] Hirsutism and pattern alopecia are the most common symptoms of hyperandrogenism in postmenopausal women.[139] This is also considered a common adverse event of endocrine therapies such as tamoxifen (Figure 22. Freites-Martintez, JAAD 2018).[7] Moreover, Ms. Kahn also has a relevant history of a BMI over 30, hyperlipidemia with triglycerides over 150, HDL cholesterol lower than 50 in different blood tests (5/09, 6/10, 12/10, 5/11, 9/12, 5/13), also suggesting the presence of metabolic syndrome following the International Diabetes Federation criteria (obesity + 3/4 criteria).[135] Metabolic syndrome is also known as another risk factor for progression and severity of androgenetic alopecia, and hyperandrogenism in female patients.[140] In my opinion, the images prior to her first chemotherapy cycle showing that she had a pre-existing androgenetic alopecia that could be graded as C1 F1 using the basic and specific classification system of alopecia,[124] the relevant history of tamoxifen therapy during 9 years, the trichoscopic and clinical evidence of androgenetic alopecia and hirsutism, observed by Dr. Turegano, and the androgenetic alopecia described by Dr. Tosti, even with histological confirming features, and Ms. Kahn's medical history suggesting metabolic syndrome, are very relevant features that suggest multiple androgen-driven factors that could significantly interact in her ongoing pattern alopecia, and these are factors impossible to be excluded as causes of her hair condition in this case.



Fig. 21. (right) terminal hairs in sideburn, (left) vellus hairs in sideburn.



Fig. 22. Endocrine therapy-induced alopecia (EIA). A. EIA with a pattern similar to androgenetic type, predominantly on the frontoparietal hairline. B. EIA with a pattern similar to androgenetic type, predominantly on the crown area. C. Trichoscopy featuring vellus hairs and intermediate and thick terminal hairs. D. Hirsutism in a patient receiving endocrine therapy.[7]

## Biopsy Report

Histopathologic features of persistent alopecia attributed to anticancer therapies are not specific. A recent study characterized biopsies of a total of 10 patients with persistent alopecia following different combination regimens including docetaxel and endocrine therapies. However, this single study is not conclusive with unique criteria for pCIA. Two

different punch biopsies (4 mm) were obtained from Ms. Kahn, one on the frontal scalp (A) and another described as vertex (B). Dr. Curtis Thompson (dermatopathologist) reported in biopsy A (frontal scalp) solar elastosis in the superficial dermis and a normal follicular density. The follicles were miniaturized, and there were many telogen bodies, resulting in empty follicular tracts on the deeper sections. There was a patchy, sparse superficial perifollicular infiltrate of lymphocytes surrounding follicular ostia with very slight ostial spongiosis. A single foreign body-type giant cell with gray-staining material and surrounding lymphocytes was identified in the reticular dermis. Yeast forms were identified in these ostia on the H&E stain, and anagen: catagen/telogen% was 75%-25%. Dr. Thompson concluded in biopsy A with the following diagnosis: increased telogen bodies, female pattern hair loss (androgenetic alopecia), and seborrheic dermatitis with yeast forms identified. For specimen B, Dr. Thompson reported a very low follicular density with many empty follicular stelae, and many telogen bodies. No gray-staining perifollicular fibrosis was identified. There was a patchy, sparse superficial perifollicular infiltrate of lymphocytes surrounding follicular ostia with very slight ostial spongiosis. Yeast forms were identified in these ostia on the H&E stain. Anagen: catagen/telogen% was 65%-35%. Dr. Thompson concluded in biopsy B with the following diagnosis; permanent chemotherapy-induced alopecia, seborrheic dermatitis with yeast forms identified. This variation between the two biopsy sites is also consistent with androgenetic alopecia and endocrine therapy-induced alopecia.[123]

Dr. Chandra Smart also examined biopsy samples and reported that the histologic features present in both biopsies are similar and consistent with non-scarring alopecia. The marked increase in vellus/miniaturized hairs in both biopsies can be seen in androgenetic alopecia. However, given this patient's history of chemotherapy, alopecia secondary to chemotherapy cannot entirely be excluded. These features are non-specific and like those described in androgenetic alopecia.[123]At best, the pathology findings are nonspecific and inconclusive and do not support a unique diagnosis of pCIA and much less, one specific insulting drug in any case. Prospective or large case series studies are needed for a better understanding of the specific histopathologic features of pCIA, including stains beyond hematoxylin and eosin.

Unfortunately, there is no report of any specific dermatologic therapy given to Ms. Kahn to note if there is any improvement of her alopecia. It seems that Ms. Kahn was taking biotin once, an over the counter vitamin. However, there is no evidence that biotin may be effective to improve any hair disorder.[141] Importantly, we found an overall moderate to significant clinical improvement in 36 of 54 pCIA patients (67%) treated with topical minoxidil 5% or oral spironolactone. This positive outcome is even higher with endocrine therapy-induced alopecia after or without chemotherapy, where 76-80% showed moderate to significant improvement with topical minoxidil 5%.[2,128]

**Conclusions**
- Multiple oncologic therapies (6 different drugs) with recognized negative impact on the hair follicle cycle were administered to Ms. Kahn. The patient received 4 cycles every 21 days of Taxotere/docetaxel, gemcitabine, and bevacizumab. In addition, the patient also received 4 more cycles of chemotherapy every 21 days, with

cyclophosphamide, doxorubicin (Adriamycin), and bevacizumab (bevacizumab was extended to a total of 16 cycles), follow by tamoxifen 20 mg daily for 9 years since 5.3 months after last cytotoxic chemotherapy cycle. Different schedules or combinations of oncologic therapies, doses, and frequency of cycles may alter in different manners the hair structure and the hair cycling or biology, causing transient or persistent hair follicle damage or alteration. As a result, in this case it is not possible to attribute Ms. Kahn's alopecia to any one specific cytotoxic chemotherapy.

- Ms. Kahn has a grade 1 alopecia with a predominant androgenetic pattern, and the cumulative dose received of docetaxel was 285 mg/m2. The clinical features of alopecia (a clearly predominant androgenetic pattern vs. diffuse), the total docetaxel dose received, and the timing of her hair loss and recovery reduces the likelihood of docetaxel as the main chemotherapy causing her alopecia.

- Alopecia similar to androgenetic type have been clearly described in breast cancer patients receiving endocrine therapies (including tamoxifen) with or without previous chemotherapy. When there is not enough time for hair recovery between finishing chemotherapy and beginning endocrine therapy in breast cancer patients, hair loss may not be attributed specifically to chemotherapy but may at most be attributed to both chemotherapy and endocrine therapy. In this case, Ms. Kahn's oncologist and oncology nurse reported since 2.5 months after last chemotherapy cycle that hair continued to grow back, and "alopecia resolved." Tamoxifen was introduced in April 2009 (5.3 months after last cytotoxic chemotherapy cycle) while Ms. Kahn continued to receive bevacizumab, another drug that may cause or exacerbate hair loss when used alone or in combination with other chemotherapies. The clearly predominant androgenetic pattern alopecia in this patient suggests that tamoxifen has a strong negative impact on Ms. Kahn's hair regrowth and alopecia. Ms. Kahn's use of testosterone gel, which can also be associated with androgenetic alopecia and hirsutism, may also have contributed to her alopecia. It is possible that Ms. Kahn's hair would present as it does today even if she had never received chemotherapy, including Taxotere, and it is certainly not possible to isolate Taxotere as the cause of her alopecia, or conclude that her alopecia would be better on a regimen eliminating Taxotere.

- Is important to also consider features of hyperandrogenism and metabolic syndrome in this case. Metabolic syndrome is also known as another risk factor for progression and severity of androgenetic alopecia, and hyperandrogenism in female patients.[140] In my opinion, the images prior to her first chemotherapy cycle showing that she had a pre-existing androgenetic alopecia, the trichoscopic and clinical evidence of androgenetic alopecia and hirsutism described by Dr. Turegano, and the androgenetic alopecia described by Dr. Tosti, even with histological confirming features, are very relevant features that suggest multiple androgen-driven factors that could significantly interact in her alopecia, and these are factors impossible to be excluded in this case.

**Diagnosis**
- Persistent alopecia with a predominant androgenetic pattern after different chemotherapies and endocrine therapy. The attribution to one specific chemotherapy

is not possible based on the clinical features and patient medical history, and no specific percentage of current hair loss can be attributed to cytotoxic chemotherapy. However, the predominant androgenetic pattern and tamoxifen therapy given for 9 years (beginning 5.3 months after last cytotoxic chemotherapy cycle) suggests a strong tamoxifen influence. The degree of persistent alopecia cannot be assessed in the absence of an effective dermatologic therapy.

- Clinical observations are consistent with additional diagnoses such as hyperandrogenism, hirsutism and androgenetic alopecia even before oncologic therapies started. These are relevant findings that also dismissed cytotoxic chemotherapy as the main cause of alopecia in Ms. Kahn.

Signed:

Azael Freites-Martinez, M.D.
October 9, 2020

**References.**

1.  Freites-Martinez A, Belum VR, Geller S, et al. Dermatologic adverse events in breast cancer patients receiving endocrine therapies. *Journal of Clinical Oncology.* 2017;35(15_suppl):e12533-e12533.

2.  Freites-Martinez A, Chan D, Sibaud V, et al. Assessment of Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia. *JAMA dermatology.* 2019.

3.  Freites-Martinez A, Shapiro J, Chan D, et al. Endocrine Therapy-Induced Alopecia in Patients With Breast Cancer. *JAMA dermatology.* 2018;154(6):670-675.

4.  Phillips GS, Freret ME, Friedman DN, et al. Assessment and Treatment Outcomes of Persistent Radiation-Induced Alopecia in Patients With Cancer. *JAMA dermatology.* 2020;156(9):1-10.

5.  Barrios DM, Phillips GS, Freites-Martinez A, et al. Outpatient dermatology consultations for oncology patients with acute dermatologic adverse events impact anticancer therapy interruption: a retrospective study. *Journal of the European Academy of Dermatology and Venereology : JEADV.* 2020;34(6):1340-1347.

6.  Freites-Martinez A, Shapiro J, Goldfarb S, et al. CME Part 1: Hair disorders in cancer patients. *Journal of the American Academy of Dermatology.* 2018.

7.  Freites-Martinez A, Shapiro J, van den Hurk C, et al. Hair disorders in cancer survivors. *Journal of the American Academy of Dermatology.* 2019;80(5):1199-1213.

8.  Freites-Martinez A FG, Lacouture M, Tosti A. . Hair disorders. In: Gabriella Fabbrocini MEL, Antonella Tosti, ed. *Dermatologic Reactions to Cancer Therapies.* First edition ed.: CRC Press; 2019:174.

9.  Freites-Martinez A LM. Dermatologic adverse events. In: Olver I, ed. *The MASCC Textbook of Cancer Supportive Care and Survivorship.* Second edition ed.: Springer; 2018.

10.  Freites-Martinez A, Santana N, Arias-Santiago S, Viera A. Using the Common Terminology Criteria for Adverse Events (CTCAE - Version 5.0) to Evaluate the Severity of Side Effects of Antineoplastic Treatments. *Actas dermo-sifiliograficas.* 2020.

11.  Ali SY, Singh G. Radiation-induced Alopecia. *Int J Trichology.* 2010;2(2):118-119.

12.  Belum VR, Marulanda K, Ensslin C, et al. Alopecia in patients treated with molecularly targeted anticancer therapies. *Annals of oncology : official journal of the European Society for Medical Oncology / ESMO.* 2015;26(12):2496-2502.

13.  Zarbo A, Belum VR, Sibaud V, et al. Immune-related alopecia (areata and universalis) in cancer patients receiving immune checkpoint inhibitors. *The British journal of dermatology.* 2017;176(6):1649-1652.

14.  Bresters D, Wanders DC, Louwerens M, Ball LM, Fiocco M, van Doorn R. Permanent diffuse alopecia after haematopoietic stem cell transplantation in childhood. *Bone marrow transplantation.* 2017.

15.  Saggar V, Wu S, Dickler MN, Lacouture ME. Alopecia with endocrine therapies in patients with cancer. *The oncologist.* 2013;18(10):1126-1134.

16.  Tosti A, Misciali C, Piraccini BM, Peluso AM, Bardazzi F. Drug-induced hair loss and hair growth. *Drug Safety.* 1994;10(4):310-317.

17.  Trueb RM. Chemotherapy-induced alopecia. *Semin Cutan Med Surg.* 2009;28(1):11-14.

18.  Beelen DW, Quabeck K, Graeven U, Sayer HG, Mahmoud HK, Schaefer UW. Acute toxicity and first clinical results of intensive postinduction therapy using a modified busulfan and cyclophosphamide regimen with autologous bone marrow rescue in first remission of acute myeloid leukemia. *Blood.* 1989;74(5):1507-1516.

19.    Dueland S, Sauer T, Lund-Johansen F, Ostenstad B, Tveit KM. Epidermal growth factor receptor inhibition induces trichomegaly. *Acta oncologica (Stockholm, Sweden).* 2003;42(4):345-346.

20.    Bouche O, Brixi-Benmansour H, Bertin A, Perceau G, Lagarde S. Trichomegaly of the eyelashes following treatment with cetuximab. *Annals of oncology : official journal of the European Society for Medical Oncology / ESMO.* 2005;16(10):1711-1712.

21.    Pascual JC, Banuls J, Belinchon I, Blanes M, Massuti B. Trichomegaly following treatment with gefitinib (ZD1839). *The British journal of dermatology.* 2004;151(5):1111-1112.

22.    Baker BW, Wilson CL, Davis AL, et al. Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair regrowth. *Bone marrow transplantation.* 1991;7(1):43-47.

23.    Mendelson D, Block JB, Serpick AA. Effect of large intermittent intravenous doses of cyclophosphamide in lymphoma. *Cancer.* 1970;25(3):715-720.

24.    Coggins PR, Ravdin RG, Eisman SH. Clinical evaluation of a new alkylating agent: cytoxan (cyclophosphamide). *Cancer.* 1960;13:1254-1260.

25.    Sweeney MJ, Tuttle AH, Etteldorf JN, Whittington GL. Cyclophosphamide in the treatment of common neoplastic diseases of childhood. *The Journal of pediatrics.* 1962;61:702-708.

26.    Brincker H, Mouridsen HT, Andersen KW. Adjuvant chemotherapy with cyclophosphamide or CMF in premenopausal women with stage II breast cancer. *Breast cancer research and treatment.* 1983;3(1):91-95.

27.    McLean RD. Cyclophosphamide in the management of advanced bronchial carcinoma. *Thorax.* 1965;20(6):555-561.

28.    Wiernik PH, Serpick AA. A randomized clinical trial of daunorubicin and a combination of prednisone, vincristine, 6-mercaptopurine, and methotrexate in adult acute nonlymphocytic leukemia. *Cancer Res.* 1972;32(10):2023-2026.

29.    Weil M, Glidewell OJ, Jacquillat C, et al. Daunorubicin in the therapy of acute granulocytic leukemia. *Cancer Res.* 1973;33(5):921-928.

30.    Jayde V, Boughton M, Blomfield P. The experience of chemotherapy-induced alopecia for Australian women with ovarian cancer. *European journal of cancer care.* 2013;22(4):503-512.

31.    Cortes JE, Pazdur R. Docetaxel. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology.* 1995;13(10):2643-2655.

32.    Sjostrom J, Blomqvist C, Mouridsen H, et al. Docetaxel compared with sequential methotrexate and 5-fluorouracil in patients with advanced breast cancer after anthracycline failure: a randomised phase III study with crossover on progression by the Scandinavian Breast Group. *European journal of cancer (Oxford, England : 1990).* 1999;35(8):1194-1201.

33.    Bonneterre J, Roche H, Monnier A, et al. Docetaxel vs 5-fluorouracil plus vinorelbine in metastatic breast cancer after anthracycline therapy failure. *British journal of cancer.* 2002;87(11):1210-1215.

34.    Hanna N, Shepherd FA, Fossella FV, et al. Randomized phase III trial of pemetrexed versus docetaxel in patients with non-small-cell lung cancer previously treated with chemotherapy. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology.* 2004;22(9):1589-1597.

35.    Paus R, Haslam IS, Sharov AA, Botchkarev VA. Pathobiology of chemotherapy-induced hair loss. *The Lancet Oncology.* 2013;14(2):e50-59.

36. Henderson IC, Allegra JC, Woodcock T, et al. Randomized clinical trial comparing mitoxantrone with doxorubicin in previously treated patients with metastatic breast cancer. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology.* 1989;7(5):560-571.

37. Lawton PA, Spittle MF, Ostrowski MJ, et al. A comparison of doxorubicin, epirubicin and mitozantrone as single agents in advanced breast carcinoma. *Clin Oncol (R Coll Radiol).* 1993;5(2):80-84.

38. Saxman S, Loehrer PJ, Sr., Logie K, et al. Phase II trial of daily oral etoposide in patients with advanced non-small cell lung cancer. *Investigational new drugs.* 1991;9(3):253-256.

39. Schriock EA, Schriock ED. Treatment of hirsutism. *Clin Obstet Gynecol.* 1991;34(4):852-863.

40. Sahmoud T, Postmus PE, van Pottelsberghe C, et al. Etoposide in malignant pleural mesothelioma: two phase II trials of the EORTC Lung Cancer Cooperative Group. *European journal of cancer (Oxford, England : 1990).* 1997;33(13):2211-2215.

41. Fulton D, Urtasun R, Forsyth P. Phase II study of prolonged oral therapy with etoposide (VP16) for patients with recurrent malignant glioma. *Journal of neuro-oncology.* 1996;27(2):149-155.

42. Agozzino M, Gonzalez S, Ardigo M. Reflectance Confocal Microscopy for Inflammatory Skin Diseases. *Actas dermo-sifiliograficas.* 2016;107(8):631-639.

43. Vogler WR, Velez-Garcia E, Weiner RS, et al. A phase III trial comparing idarubicin and daunorubicin in combination with cytarabine in acute myelogenous leukemia: a Southeastern Cancer Study Group Study. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology.* 1992;10(7):1103-1111.

44. Lopez M, Contegiacomo A, Vici P, et al. A prospective randomized trial of doxorubicin versus idarubicin in the treatment of advanced breast cancer. *Cancer.* 1989;64(12):2431-2436.

45. Armand JP, Ducreux M, Mahjoubi M, et al. CPT-11 (irinotecan) in the treatment of colorectal cancer. *European journal of cancer (Oxford, England : 1990).* 1995;31a(7-8):1283-1287.

46. Pitot HC, Wender DB, O'Connell MJ, et al. Phase II trial of irinotecan in patients with metastatic colorectal carcinoma. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology.* 1997;15(8):2910-2919.

47. Andre T, Louvet C, Maindrault-Goebel F, et al. CPT-11 (irinotecan) addition to bimonthly, high-dose leucovorin and bolus and continuous-infusion 5-fluorouracil (FOLFIRI) for pretreated metastatic colorectal cancer. GERCOR. *European journal of cancer (Oxford, England : 1990).* 1999;35(9):1343-1347.

48. Duffour J, Gourgou S, Desseigne F, et al. Multicentre phase II study using increasing doses of irinotecan combined with a simplified LV5FU2 regimen in metastatic colorectal cancer. *Cancer chemotherapy and pharmacology.* 2007;60(3):383-389.

49. Ychou M, Raoul JL, Douillard JY, et al. A phase III randomised trial of LV5FU2 + irinotecan versus LV5FU2 alone in adjuvant high-risk colon cancer (FNCLCC Accord02/FFCD9802). *Annals of oncology : official journal of the European Society for Medical Oncology / ESMO.* 2009;20(4):674-680.

50. Alkeraye S, Maire C, Desmedt E, Templier C, Mortier L. Persistent alopecia induced by vismodegib. *The British journal of dermatology.* 2015;172(6):1671-1672.

51. Gill PS, Tulpule A, Espina BM, et al. Paclitaxel is safe and effective in the treatment of advanced AIDS-related Kaposi's sarcoma. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology.* 1999;17(6):1876-1883.

52.    Ranson M, Davidson N, Nicolson M, et al. Randomized trial of paclitaxel plus supportive care versus supportive care for patients with advanced non-small-cell lung cancer. *Journal of the National Cancer Institute*. 2000;92(13):1074-1080.

53.    Curtin JP, Blessing JA, Webster KD, et al. Paclitaxel, an active agent in nonsquamous carcinomas of the uterine cervix: a Gynecologic Oncology Group Study. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology*. 2001;19(5):1275-1278.

54.    Lombardi D, Crivellari D, Scuderi C, et al. Long-term, weekly one-hour infusion of paclitaxel in patients with metastatic breast cancer: a phase II monoinstitutional study. *Tumori*. 2004;90(3):285-288.

55.    Gasparini G, Gion M, Mariani L, et al. Randomized Phase II Trial of weekly paclitaxel alone versus trastuzumab plus weekly paclitaxel as first-line therapy of patients with Her-2 positive advanced breast cancer. *Breast cancer research and treatment*. 2007;101(3):355-365.

56.    Di Leo A, Gomez HL, Aziz Z, et al. Phase III, double-blind, randomized study comparing lapatinib plus paclitaxel with placebo plus paclitaxel as first-line treatment for metastatic breast cancer. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology*. 2008;26(34):5544-5552.

57.    Dorrington-Ward P, McCartney AC, Holland S, et al. The effect of spironolactone on hirsutism and female androgen metabolism. *Clin Endocrinol (Oxf)*. 1985;23(2):161-167.

58.    Grozea PN, Crowley JJ, Canfield VA, et al. Teniposide (VM-26) as a single drug treatment for patients with extensive small cell lung carcinoma: a Phase II study of the Southwest Oncology Group. *Cancer*. 1997;80(6):1029-1033.

59.    Nielsen D, Boas J, Engelholm SA, Hansen OP, Dombernowsky P. Teniposide in advanced breast cancer. A phase II trial in patients with no prior chemotherapy. *Annals of oncology : official journal of the European Society for Medical Oncology / ESMO*. 1992;3(5):377-378.

60.    Ober KP, Hennessy JF. Spironolactone therapy for hirsutism in a hyperandrogenic woman. *Annals of internal medicine*. 1978;89(5 Pt 1):643-644.

61.    ten Bokkel Huinink W, Gore M, Carmichael J, et al. Topotecan versus paclitaxel for the treatment of recurrent epithelial ovarian cancer. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology*. 1997;15(6):2183-2193.

62.    Ramlau R, Gervais R, Krzakowski M, et al. Phase III study comparing oral topotecan to intravenous docetaxel in patients with pretreated advanced non-small-cell lung cancer. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology*. 2006;24(18):2800-2807.

63.    Gordon AN, Tonda M, Sun S, Rackoff W. Long-term survival advantage for women treated with pegylated liposomal doxorubicin compared with topotecan in a phase 3 randomized study of recurrent and refractory epithelial ovarian cancer. *Gynecologic oncology*. 2004;95(1):1-8.

64.    Tonato M, Mosconi AM, Martin C. Safety profile of gemcitabine. *Anticancer Drugs*. 1995;6 Suppl 6:27-32.

65.    Sadeghi S, Groshen SG, Tsao-Wei DD, et al. Phase II California Cancer Consortium Trial of Gemcitabine-Eribulin Combination in Cisplatin-Ineligible Patients With Metastatic Urothelial Carcinoma: Final Report (NCI-9653). *Journal of clinical oncology : official journal of the American Society of Clinical Oncology*. 2019;37(29):2682-2688.

66.    Cortes J, Hudgens S, Twelves C, et al. Health-related quality of life in patients with locally advanced or metastatic breast cancer treated with eribulin mesylate or

capecitabine in an open-label randomized phase 3 trial. *Breast cancer research and treatment.* 2015;154(3):509-520.

67. Koukourakis GV, Kouloulias V, Koukourakis MJ, Zacharias GA, Zabatis H, Kouvaris J. Efficacy of the oral fluorouracil pro-drug capecitabine in cancer treatment: a review. *Molecules.* 2008;13(8):1897-1922.

68. Gerrard GE, Prestwich RJ, Edwards A, et al. Investigating the palliative efficacy of whole-brain radiotherapy for patients with multiple-brain metastasis and poor prognostic features. *Clin Oncol (R Coll Radiol).* 2003;15(7):422-428.

69. Suneja G, Poorvu PD, Hill-Kayser C, Lustig RA. Acute toxicity of proton beam radiation for pediatric central nervous system malignancies. *Pediatric blood & cancer.* 2013;60(9):1431-1436.

70. Mizumoto M, Oshiro Y, Takizawa D, et al. Proton beam therapy for pediatric ependymoma. *Pediatrics international : official journal of the Japan Pediatric Society.* 2015;57(4):567-571.

71. Hofmann L, Forschner A, Loquai C, et al. Cutaneous, gastrointestinal, hepatic, endocrine, and renal side-effects of anti-PD-1 therapy. *European journal of cancer (Oxford, England : 1990).* 2016;60:190-209.

72. Rivera N, Boada A, Bielsa MI, et al. Hair Repigmentation During Immunotherapy Treatment With an Anti-Programmed Cell Death 1 and Anti-Programmed Cell Death Ligand 1 Agent for Lung Cancer. *JAMA dermatology.* 2017.

73. Segaert S, Van Cutsem E. Clinical signs, pathophysiology and management of skin toxicity during therapy with epidermal growth factor receptor inhibitors. *Annals of oncology : official journal of the European Society for Medical Oncology / ESMO.* 2005;16(9):1425-1433.

74. Rossi A, Fortuna MC, Caro G, et al. Chemotherapy-induced alopecia management: Clinical experience and practical advice. *Journal of cosmetic dermatology.* 2017.

75. Chon SY, Champion RW, Geddes ER, Rashid RM. Chemotherapy-induced alopecia. *Journal of the American Academy of Dermatology.* 2012;67(1):e37-47.

76. Chung S, Low SK, Zembutsu H, et al. A genome-wide association study of chemotherapy-induced alopecia in breast cancer patients. *Breast Cancer Res.* 2013;15(5):R81.

77. Tulsyan S, Mittal RD, Mittal B. The effect of ABCB1 polymorphisms on the outcome of breast cancer treatment. *Pharmgenomics Pers Med.* 2016;9:47-58.

78. Bodo E, Tobin DJ, Kamenisch Y, et al. Dissecting the impact of chemotherapy on the human hair follicle: a pragmatic in vitro assay for studying the pathogenesis and potential management of hair follicle dystrophy. *The American journal of pathology.* 2007;171(4):1153-1167.

79. Bodo E, van Beek N, Naumann V, et al. Modulation of chemotherapy-induced human hair follicle damage by 17-beta estradiol and prednisolone: potential stimulators of normal hair regrowth by "dystrophic catagen" promotion? *The Journal of investigative dermatology.* 2009;129(2):506-509.

80. Amoh Y, Li L, Katsuoka K, Hoffman RM. Chemotherapy targets the hair-follicle vascular network but not the stem cells. *The Journal of investigative dermatology.* 2007;127(1):11-15.

81. Selleri S, Seltmann H, Gariboldi S, et al. Doxorubicin-induced alopecia is associated with sebaceous gland degeneration. *The Journal of investigative dermatology.* 2006;126(4):711-720.

82. Kim JY, Ohn J, Yoon JS, et al. Priming mobilization of hair follicle stem cells triggers permanent loss of regeneration after alkylating chemotherapy. *Nat Commun.* 2019;10(1):3694.

83.    Purba TS, Ng'andu K, Brunken L, et al. CDK4/6 inhibition mitigates stem cell damage in a novel model for taxane-induced alopecia. *EMBO Mol Med*. 2019;11(10):e11031.

84.    Konecny G, Pauletti G, Pegram M, et al. Quantitative association between HER-2/neu and steroid hormone receptors in hormone receptor-positive primary breast cancer. *Journal of the National Cancer Institute*. 2003;95(2):142-153.

85.    Burstein HJ, Temin S, Anderson H, et al. Adjuvant endocrine therapy for women with hormone receptor-positive breast cancer: american society of clinical oncology clinical practice guideline focused update. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology*. 2014;32(21):2255-2269.

86.    Sousa MS, Peate M, Jarvis S, Hickey M, Friedlander M. A clinical guide to the management of genitourinary symptoms in breast cancer survivors on endocrine therapy. *Therapeutic advances in medical oncology*. 2017;9(4):269-285.

87.    Moscetti L, Agnese Fabbri M, Sperduti I, et al. Adjuvant aromatase inhibitor therapy in early breast cancer: what factors lead patients to discontinue treatment? *Tumori*. 2015;101(5):469-473.

88.    Gallicchio L, Calhoun C, Helzlsouer KJ. Aromatase inhibitor therapy and hair loss among breast cancer survivors. *Breast cancer research and treatment*. 2013;142(2):435-443.

89.    Cosman F, Lindsay R. Selective estrogen receptor modulators: clinical spectrum. *Endocrine reviews*. 1999;20(3):418-434.

90.    Davies C, Godwin J, Gray R, et al. Relevance of breast cancer hormone receptors and other factors to the efficacy of adjuvant tamoxifen: patient-level meta-analysis of randomised trials. *Lancet (London, England)*. 2011;378(9793):771-784.

91.    Burstein HJ, Prestrud AA, Seidenfeld J, et al. American Society of Clinical Oncology clinical practice guideline: update on adjuvant endocrine therapy for women with hormone receptor-positive breast cancer. *Journal of clinical oncology : official journal of the American Society of Clinical Oncology*. 2010;28(23):3784-3796.

92.    Alonso LC, Rosenfield RL. Molecular genetic and endocrine mechanisms of hair growth. *Hormone research*. 2003;60(1):1-13.

93.    Trueb RM. Molecular mechanisms of androgenetic alopecia. *Experimental gerontology*. 2002;37(8-9):981-990.

94.    Gan DC, Sinclair RD. Prevalence of male and female pattern hair loss in Maryborough. *The journal of investigative dermatology Symposium proceedings*. 2005;10(3):184-189.

95.    Rossi A, Iorio A, Scali E, et al. Aromatase inhibitors induce 'male pattern hair loss' in women? *Annals of oncology : official journal of the European Society for Medical Oncology / ESMO*. 2013;24(6):1710-1711.

96.    Rakowska A, Slowinska M, Kowalska-Oledzka E, Olszewska M, Rudnicka L. Dermoscopy in female androgenic alopecia: Method standardization and diagnostic criteria. *International Journal of Trichology*. 2009;1(2):123-130.

97.    Bourgeois H FD, P. Kerbrat, M. Combe, R. Lamy, J. Egreteau, V. Delecroix, P. Deguiral, S. Van Hulst, Y. Hadjarab, H. Simon, D. Berton-Rigaud, F. Priou, A. Hardy-Bessard, M. Porneuf, Y. Raoul, H. Desclos, S. Abadie-Lacourtoisie, C. El Khouri, J. Metges, C. Riche, and F. Grude. Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for an Emerging Side Effect: ALOPERS Observatory. *Cancer Res*. 2009;69(24):Abstractnr 3174.

98.    Bourgeois HP, Kerbrat P, Combe M, et al. Long term persistent alopecia and suboptimal hair regrowth after adjuvant chemotherapy for breast cancer: Alert for an

emerging side effect: French alopers observatory. *Annals of Oncology*. 2010;21:viii83-viii84.

99.     Yang X, Thai KE. Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil. *The Australasian journal of dermatology*. 2015.

100.    Tosti A, Piraccini BM, Vincenzi C, Misciali C. Permanent alopecia after busulfan chemotherapy. *The British journal of dermatology*. 2005;152(5):1056-1058.

101.    Masidonski P, Mahon SM. Permanent alopecia in women being treated for breast cancer. *Clinical journal of oncology nursing*. 2009;13(1):13-14.

102.    Tallon B, Blanchard E, Goldberg LJ. Permanent chemotherapy-induced alopecia: case report and review of the literature. *Journal of the American Academy of Dermatology*. 2010;63(2):333-336.

103.    Miteva M, Misciali C, Fanti PA, Vincenzi C, Romanelli P, Tosti A. Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases. *The American Journal of dermatopathology*. 2011;33(4):345-350.

104.    Palamaras I, Misciali C, Vincenzi C, Robles WS, Tosti A. Permanent chemotherapy-induced alopecia: a review. *Journal of the American Academy of Dermatology*. 2011;64(3):604-606.

105.    Bertrand M, Mailliez A, Vercambre S, Kotecki N, Mortier L, Bonneterre J. Permanent chemotherapy induced alopecia in early breast cancer patients after (neo)adjuvant chemotherapy: Long term follow up. *Cancer Research*. 2013;73(24).

106.    Champagne C, Taylor M, Farrant P. Permanent chemotherapy-induced nonscarring alopecia and premature ovarian failure. *Clinical and experimental dermatology*. 2015;40(5):589-590.

107.    Kim GM, Kim S, Park HS, et al. Chemotherapy-induced irreversible alopecia in early breast cancer patients. *Breast cancer research and treatment*. 2017;163(3):527-533.

108.    Perez-Crespo M, Betlloch I, Ballester I, Lucas A, Mataix J, Niveiro M. Irreversible alopecia due to busulphan in a 7-year-old girl. *European journal of dermatology : EJD*. 2009;19(2):192-193.

109.    Prevezas C, Matard B, Pinquier L, Reygagne P. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. *The British journal of dermatology*. 2009;160(4):883-885.

110.    Fonia A, Cota C, Setterfield JF, Goldberg LJ, Fenton DA, Stefanato CM. Permanent alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal therapy: Clinicopathologic findings in a cohort of 10 patients. *Journal of the American Academy of Dermatology*. 2017;76(5):948-957.

111.    Kim S, Park HS, Kim JY, et al. Irriversible chemotherapy-induced alopecia in breast cancer patient. *Cancer Research*. 2016;76(4).

112.    Kluger N, Jacot W, Frouin E, et al. Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients. *Annals of oncology : official journal of the European Society for Medical Oncology / ESMO*. 2012;23(11):2879-2884.

113.    Thorp NJ, Swift F, Arundell D, Wong H. Long term hair loss in patients with early breast cancer receiving docetaxel chemotherapy. *Cancer Research*. 2015;75(9).

114.    Basilio FM, Brenner FM, Werner B, Rastelli GJ. Clinical and histological study of permanent alopecia after bone marrow transplantation. *Anais brasileiros de dermatologia*. 2015;90(6):814-821.

115.    Ljungman P, Hassan M, Bekassy AN, Ringden O, Oberg G. Busulfan concentration in relation to permanent alopecia in recipients of bone marrow transplants. *Bone marrow transplantation*. 1995;15(6):869-871.

116.    Machado M, Moreb JS, Khan SA. Six cases of permanent alopecia after various
        conditioning  regimens commonly  used in hematopoietic  stem cell transplantation.
        *Bone marrow transplantation.* 2007;40(10):979-982.

117.    Socié G, Clift RA, Biaise D, et al. Busulfan plus cyclophosphamide  compared with
        total-body irradiation  plus cyclophosphamide  before marrow transplantation for
        myeloid leukemia: Long-term follow-up of 4 randomized  studies. *Blood.*
        2001;98(13):3569-3574.

118.    Tran D, Sinclair RD, Schwarer AP, Chow CW. Permanent alopecia following
        chemotherapy and bone marrow transplantation. *The Australasian journal of
        dermatology.* 2000;41(2):106-108.

119.    de Jonge ME, Mathot RA, Dalesio O, Huitema AD, Rodenhuis S, Beijnen JH.
        Relationship  between irreversible alopecia and exposure to cyclophosphamide,
        thiotepa and carboplatin  (CTC) in high-dose chemotherapy. *Bone marrow
        transplantation.* 2002;30(9):593-597.

120.    Vowels M, Chan LL, Giri N, Russell S, Lam-Po-Tang R. Factors affecting hair
        regrowth after bone marrow transplantation.  *Bone marrow transplantation.*
        1993;12(4):347-350.

121.    Haider M, Hamadah I, Almutawa A. Radiation- and chemotherapy-induced
        permanent alopecia: case series. *Journal of cutaneous medicine and surgery.*
        2013;17(1):55-61.

122.    Kim GM, Kim S, Park HS, et al. Chemotherapy-induced  irreversible alopecia in early
        breast cancer patients. *Breast cancer research and treatment.* 2017.

123.    Fonia A, Cota C, Setterfield JF, Goldberg LJ, Fenton DA, Stefanato CM. Permanent
        alopecia in patients with breast cancer after taxane chemotherapy and adjuvant
        hormonal therapy: Clinicopathologic  findings  in a cohort of 10 patients. *Journal of
        the American Academy of Dermatology.* 2017.

124.    Lee WS, Ro BI, Hong SP, et al. A new classification  of pattern hair loss that is
        universal for men and women: basic and specific (BASP) classification. *Journal of
        the American Academy of Dermatology.* 2007;57(1):37-46.

125.    Chen AP, Setser A, Anadkat MJ, et al. Grading dermatologic  adverse events of cancer
        treatments: the Common Terminology  Criteria for Adverse Events Version 4.0.
        *Journal of the American Academy of Dermatology.* 2012;67(5):1025-1039.

126.    Dhurat R, Sukesh M, Avhad G, Dandale A, Pal A, Pund P. A randomized  evaluator
        blinded study of effect of microneedling  in androgenetic  alopecia: a pilot study. *Int J
        Trichology.* 2013;5(1):6-11.

127.    Smith K, Winstanley J, Boyle F, O'Reilly A, White M, Antill YC. Madarosis: a
        qualitative  study to assess perceptions and experience of Australian  patients with
        early breast cancer treated with taxane-based chemotherapy. *Supportive care in
        cancer : official journal of the Multinational Association of Supportive Care in
        Cancer.* 2018;26(2):483-489.

128.    Freites-Martinez A, Shapiro J, Chan D, et al. Endocrine Therapy-Induced Alopecia in
        Patients With Breast Cancer. *JAMA dermatology.* 2018.

129.    Rozner RN, Freites-Martinez A, Shapiro J, Geer EB, Goldfarb S, Lacouture ME.
        Safety of 5alpha-reductase inhibitors  and spironolactone  in breast cancer patients
        receiving endocrine therapies. *Breast cancer research and treatment.* 2019;174(1):15-
        26.

130.    Wei C, Bovonratwet P, Gu A, Moawad G, Silverberg JI, Friedman AJ. Spironolactone
        use does not increase the risk of female breast cancer recurrence: A retrospective
        analysis. *Journal of the American Academy of Dermatology.* 2020;83(4):1021-1027.

131. Kang D, Kim IR, Choi EK, et al. Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study. *The oncologist.* 2019;24(3):414-420.

132. Martin M, de la Torre-Montero JC, Lopez-Tarruella S, et al. Persistent major alopecia following adjuvant docetaxel for breast cancer: incidence, characteristics, and prevention with scalp cooling. *Breast cancer research and treatment.* 2018.

133. Núñez-Torres R, Martín M, García-Sáenz J, et al. Association Between ABCB1 Genetic Variants and Persistent Chemotherapy-Induced Alopecia in Women With Breast Cancer. *JAMA dermatology.* 2020;156(9):1-5.

134. Basmanav FB, Nöthen MM, Betz RC. Insights Into the Biology of Persistent Chemotherapy-Induced Alopecia via Genomic Approaches-An Avenue to Clinical Translation? *JAMA dermatology.* 2020.

135. Alberti KG, Zimmet P, Shaw J. Metabolic syndrome--a new world-wide definition. A Consensus Statement from the International Diabetes Federation. *Diabet Med.* 2006;23(5):469-480.

136. Park J, Kim J-I, Yun S-K, Kim H-U, Ihm C-W. Pattern Alopecia during Hormonal Anticancer Therapy in Patients with Breast Cancer. *Annals of dermatology.* 2014;26(6):743-746.

137. Avastin leaflet. https://www.news-medical.net/drugs/Avastin.aspx. Updated 11/28/2019. Accessed.

138. The evaluation and treatment of androgen excess. *Fertil Steril.* 2006;86(5 Suppl 1):S241-247.

139. Somani N, Harrison S, Bergfeld WF. The clinical evaluation of hirsutism. *Dermatologic therapy.* 2008;21(5):376-391.

140. Yi SM, Son SW, Lee KG, et al. Gender-specific association of androgenetic alopecia with metabolic syndrome in a middle-aged Korean population. *The British journal of dermatology.* 2012;167(2):306-313.

141. Soleymani T, Lo Sicco K, Shapiro J. The Infatuation With Biotin Supplementation: Is There Truth Behind Its Rising Popularity? A Comparative Analysis of Clinical Efficacy versus Social Popularity. *Journal of drugs in dermatology : JDD.* 2017;16(5):496-500.

142. Lattouf C, Miteva M, Tosti A. Connubial Androgenetic Alopecia. Archives of Dermatology. 2011;147(11):1329-1330.