# EXHIBIT B

Dr. Azael Freites-Martinez

1          IN THE UNITED STATES DISTRICT COURT
2        FOR THE EASTERN DISTRICT OF LOUISIANA
3                        -  -  -
4

     IN RE:  TAXOTERE        :  MDL NO. 2740
5    (DOCETAXEL) PRODUCTS    :  SECTION: "H"
     LIABILITY LITIGATION    :
6                            :  JUDGE MILAZZO
     THIS DOCUMENT RELATES    :  MAG. JUDGE NORTH
7    TO:                     :
                             :
8    ALL CASES               :
9                        -  -  -
10                 October 20, 2020
11                       -  -  -
12
13              Videotaped remote deposition
     of DR. AZAEL FREITES-MARTINEZ, taken
14   pursuant to notice, was held via Zoom
     Videoconference at 12:38 p.m., Western
15   European Time, on the above date, before
     Michelle L. Gray, a Registered
16   Professional Reporter, Certified
     Shorthand Reporter, Certified Realtime
17   Reporter, and Notary Public.
18
                         -  -  -
19
20         GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
21              deps@golkow.com
22
23
24

Dr. Azael Freites-Martinez

1    why I'm here too, yeah.

2         Q.    Very good.  Getting back to

3    your report and about what it includes.

4              It includes all -- you set

5    out all of the facts that you relied upon

6    in rendering your opinion?

7         A.    Yes.

8         Q.    Okay.  Now, you are a

9    dermatologist, correct?

10        A.    Yes.  I'm a board-certified

11   dermatologist in Spain.

12        Q.    Okay.  Have you ever held a

13   license to practice medicine in the

14   United States?

15        A.    No.

16        Q.    Okay.  Have you ever applied

17   for certification through the Educational

18   Commission For Foreign Medical Graduates?

19        A.    In the United States?

20        Q.    In the United States, yes?

21        A.    No.

22        Q.    Okay.  So you've never taken

23   a test for certification for ECFMG in

24   order to obtain a license to practice

Dr. Azael Freites-Martinez

1  medicine in America?

2          A.    No, not my intention.

3          Q.    Excuse me?  I didn't hear

4  your last statement, Doctor?

5          A.    It's not my intention to --

6  United States.

7          Q.    Okay.  It's not your

8  intention to practice medicine in the

9  United States, I believe, is what you

10  were saying, correct?

11          A.    Like being licensed?  No.

12          Q.    Okay.  And you went to the

13  University of Zulia in Maracaibo,

14  Venezuela?

15          A.    Yes.

16          Q.    And do you know whether or

17  not the University of Zulia is listed

18  with the ECFMG for -- and allowed to take

19  the test to be licensed in the United

20  States?

21          A.    Yes.  It's included, and I

22  have a lot of colleagues and friends who

23  actually practice in the United States.

24  Now, they are from my own class and from

Dr. Azael Freites-Martinez

1    my university.

2         Q.    Okay.  But so -- and the

3    reason I ask that is I want to make sure

4    that we're clear that it was your

5    decision to never seek licensure to

6    practice dermatology in the United

7    States, right?

8         A.    Yeah, I was not interested

9    in that.

10        Q.    Okay.

11        A.    And I'm not.

12        Q.    And I -- let's see.  Exhibit

13   4.  I'm going to open up the -- your CV,

14   Exhibit 4, and want to walk through a

15   little bit of this with you.

16              Some of these questions have

17   already been answered because of what

18   we've already discussed.  But you had

19   a -- your -- I'm trying to find it.

20   Excuse me.

21              In October to November of

22   2015, you had an observership as part of

23   a residency program at Cornell University

24   Presbyterian Hospital in New York City?

Dr. Azael Freites-Martinez

1    article.

2              Now, are all these

3    publications, the few -- these 13

4    publications that you co-authored with

5    Dr. Lacouture, all products of research

6    that you were involved in while you were

7    a clinical research fellow at Sloan

8    Kettering?

9         A.    Yes.  During that time --

10        Q.    Okay.

11        A.    If you go to the last one,

12   actually from 2020, August, the

13   "Assessment and Treatment Outcome of

14   Persistent Radiation-Induced Alopecia in

15   Patients With Cancer."

16        Q.    Yes.

17        A.    I started that project and

18   then was followed by Gregory Phillips.

19   We -- he was another student, fellow

20   student of Dr. Lacouture.

21        Q.    Okay.  Well, my question

22   simply was that, for these 13 articles

23   that are on your CV, they all began, your

24   involvement in them, as a product of your

Dr. Azael Freites-Martinez

1    being a research fellow for

2    Dr. Lacouture, correct?

3         A.    Yes.

4         Q.    Okay.  And we're going to --

5         A.    But I would like to

6    clarify --

7         Q.    -- get to your grants later.

8         A.    I'm sorry.

9         Q.    Sorry.  Go ahead.

10         A.    I would like to clarify,

11    that I started in every place, at the

12    beginning, from the time that I was up

13    there, with including patients, reviewing

14    patients, and they were followed during

15    the time.

16         Q.    Okay.  We're going to talk

17    about that in a little bit, particularly

18    regarding that quality of life article.

19    But let's -- let's keep going here.

20              So all of these 13

21    involvements in publications involving

22    chemotherapy and dermatology conditions

23    emanated from, or began with your work as

24    a research fellow for Dr. Lacouture,

Dr. Azael Freites-Martinez

1           But I'm going to move to strike.

2   BY MR. MICELI:

3           Q.    Because my only question was

4   all of your publications in the area of

5   permanent chemotherapy-induced alopecia,

6   are a part of or grew out of your work as

7   a research fellow for Dr. Lacouture,

8   correct?

9               MR. SEARS:  Objection.

10          Form.

11              THE WITNESS:  It grew out

12          due to my fellowship at MSK.

13  BY MR. MICELI:

14          Q.    Right.  Okay.  And since

15  you've left the fellowship at Memorial

16  Sloan Kettering, your CV does not reflect

17  that you have received any grants for the

18  studying of chemotherapy-induced alopecia

19  independent of your work with

20  Dr. Lacouture; is that a fair statement?

21          A.    In Spain, things work

22  differently.  So we actually do research

23  based on how our materials or elements

24  that we have on our practice, on our

Dr. Azael Freites-Martinez

1              identification as Exhibit

2              Martinez-6.)

3                    MR. MICELI:  I can't do that

4              yet.  I have to go back to my

5              screen with you.

6    BY MR. MICELI:

7              Q.    I'm going to share my screen

8    with you again.  I'm trying to figure out

9    something, Doctor.  I'm trying to find

10   information about the Vithas clinic.  Do

11   you recognize the website that lists the

12   specialties at Vithas Clinica?

13             A.    Well, could be.  But I

14   haven't checked that website anytime in

15   my life.

16             Q.    All right then.  Have you --

17   let's take that down then.

18                    Does Vithas have a devoted

19   clinic to oncodermatology?  Or the

20   general -- you list on your CV that

21   you're an attending dermatologist.  You

22   don't list -- you don't list the

23   subspecialty in oncodermatology.  Do you

24   have a oncodermatology clinic in the

Dr. Azael Freites-Martinez

1    Canary Islands?

2          A.    I actually have works -- or

3    serve as a referral for patients with

4    this condition.  So they send the

5    patients to me, when there's a patient

6    out there with a problem that they needs

7    attention.

8                But I used to work at that

9    clinic as dermatologist, yes.

10         Q.    Okay.  As a general

11   dermatologist, not just an

12   oncodermatologist, correct?

13         A.    As a dermatologist.  I am a

14   dermatologist.

15         Q.    Right.  I understand.  What

16   I'm trying to get at is when you left --

17   when you left Sloan Kettering, Memorial

18   Sloan Kettering and you moved to the

19   Canary Islands, you did not join a

20   dermatology clinic that specialized

21   specifically in oncodermatology like

22   Dr. Lacouture, or Dr. -- well, like

23   Dr. Lacouture does, and you went and you

24   were an attending dermatologist at a

Dr. Azael Freites-Martinez

1 clinic or medical center, correct?

2          A.     Yes, I was receiving every

3 patients with cancer conditions like

4 that.  But there, you know, I was -- from

5 the states to a new place.  So it's

6 something that you have to build on

7 during the time.

8               Anyone have -- just drop in

9 a oncodermatology clinic.  And actually,

10 for example.  I'm nowadays leading the En

11 Caddo (ph) group, which is the European

12 task force for adverse events on the

13 cancer therapy working together with Dr.

14 Vincent Sibaud just to lead and organize

15 this field in Spain and in Europe.

16               So we are working on that

17 topic right now just to actually build,

18 as it's a lacking point in dermatology,

19 in the dermatology field, and basically

20 the world because just -- field services

21 in the United States also have

22 oncodermatology.  So what we're trying to

23 do here is just to create that.

24               And that's what I have now

Dr. Azael Freites-Martinez

1  based in Madrid, my oncodermatology

2  clinic there.  And we are trying to --

3  and when I say we, we are a group of 20

4  dermatologists of all Europe are working

5  intensely on that topic just to realize

6  and make it happen everywhere.

7          Q.    Okay.

8          A.    So I worked with oncologists

9  here and there for help patients --

10 helping patients, help with breast cancer

11 patients, or any patient with any

12 problem.  But I especially focused on

13 hair problems in cancer patients.

14          MR. MICELI:  Okay.  I'm

15      going to move to strike because

16      it's nonresponsive to my question.

17 BY MR. MICELI:

18          Q.    I asked about whether or not

19 you joined an oncodermatology clinic in

20 the Canary Islands.

21          And what you just described

22 to me, sir, is what you've been doing in

23 Madrid since you moved -- since you

24 listed that part of your practice on your

Dr. Azael Freites-Martinez

1    out in the United States, you don't have

2    that option because there are only few

3    hospitals that specialize in the United

4    States in oncodermatology.  So you have

5    maybe five clinics in all the United

6    States.

7                So what I'm trying to

8    clarify to you is oncodermatology is

9    basically a new field that is growing

10   around the world.

11               And I am part of the leaders

12   trying to promote this in Europe.  And

13   that's what we're trying to do.  I -- you

14   cannot expect that anyone will move from

15   MSK to another oncodermatology clinic in

16   Europe because basically we're lacking of

17   them.  And that's what we're building

18   right now in Europe.

19          Q.    Okay.  And what you're

20   building right now in Europe is something

21   that you started.  Your interest has gone

22   back farther, but you took this new

23   position in Madrid in January of this

24   year, correct?

Dr. Azael Freites-Martinez

1        A.    Yes, I took that position in

2   January.

3        Q.    Okay.  And when you took

4   that position in January, that's when you

5   began building what you're describing in

6   Europe, correct?

7              MR. SEARS:  Objection.

8        Form.

9              THE WITNESS:  No.  I begin

10        it when I was in New York.

11   BY MR. MICELI:

12        Q.    No, I understand.

13        A.    I'm trying to work --

14        Q.    I'm -- Doctor, hold on.

15              I'm focusing on your time

16   after --

17        A.    Okay.

18        Q.    -- you left New York.  Okay.

19   I don't want to go back to New York.

20   We're moving forward in time.  You moved

21   to the Canary Islands.  And what I heard

22   you say -- and I'm going to

23   re-characterize it a little bit -- is

24   that there's not very many

Dr. Azael Freites-Martinez

1  oncodermatology practices in the world,

2  correct?

3          A.     Correct.

4          Q.     Okay.  And so circumstances

5  dictate that you're on the Canary

6  Islands, and it's not really advantageous

7  to try to start from scratch an

8  oncodermatology clinic in Las Palmas,

9  Gran Canary, correct?

10         A.     Anywhere in the world.

11         Q.     Anywhere?

12         A.     Right.

13         Q.     And as a result, the work

14 that you did between 1998 and January of

15 2020 -- or excuse me -- from 2018 until

16 January of 2020 in the Canary Islands,

17 you practiced primarily as a general

18 dermatologist just because of the

19 circumstances of the type of specialty

20 you want to specialize in, correct?

21                MR. SEARS:  Objection.

22         Form.

23                THE WITNESS:  I was working

24         together, as I mentioned before,

Dr. Azael Freites-Martinez

1           with oncologists in the hospitals

2           and dermatologists, they were

3           referring patients to myself,

4           because I'm the only one basically

5           in the islands who knows more

6           about the topic.

7     BY MR. MICELI:

8           Q.   Okay.  For whatever

9     reason -- I hear you, Doctor.  But for

10    whatever reason, and I'm not saying

11    they're bad reasons, you have worked

12    primarily for two years in the Canary

13    Islands as an attending dermatology in a

14    general dermatology practice, correct?

15               MR. SEARS:  Objection.

16          Form.

17               THE WITNESS:  Also seeing

18          patients with cancer conditions.

19          So I work as a general

20          dermatologist, focusing my

21          practice since in the beginning to

22          cancer patients.

23    BY MR. MICELI:

24          Q.   Right.  Okay.  Now, after

Dr. Azael Freites-Martinez

1  showing the correct one, because as I

2  mentioned before, I haven't checked the

3  website.

4       Q.    Okay.  Well, there's -- I

5  only found one tab for the portfolio

6  services for the medical-surgical

7  dermatology and venereology.  But you --

8  you're not familiar with this then, are

9  you?

10       A.    I'm not familiar with the

11  portfolio, because I'm not using it.  And

12  I have never check it.  But if it's not

13  oncodermatology there, thanks -- thank

14  you for letting me know because I will be

15  e-mailing Dr. Calvo for the update again,

16  because it should be done.

17            But, you know, it depends on

18  other people, third parties, it's

19  sometimes hard to follow that.

20       Q.    Sure.  Okay.  Let's take

21  that down then.  Now, we've talked a

22  little bit about your work since January

23  in trying to expand the recognition for

24  oncodermatology and create a -- more of a

Dr. Azael Freites-Martinez

1    clinic for that subspecialty in Madrid,

2    correct?

3         A.    Yes.

4         Q.    Okay.  Is it your -- is it

5    your hope and plan that one day, you will

6    head a department of oncodermatology

7    similar to what Dr. Lacouture does at

8    Memorial Sloan Kettering?

9         A.    That would be great to have,

10   yes.  It's a lot of work.  Do you know

11   how many years I have to spend with

12   Dr. Lacouture to get that.  That's a long

13   time.

14        Q.    I understand.  I understand.

15   That's the goal, though, for you.  I

16   mean, you -- you have been practicing

17   primarily in the Canary Islands for two

18   years after leaving your clinical

19   research fellowship, right?

20        A.    Yeah.  Part of the time,

21   yes.

22        Q.    Well, I mean, until January

23   of this year, all of your time in medical

24   practice has been in the Canary Islands,

Dr. Azael Freites-Martinez

1   but not writing the -- that work that

2   nobody wants, that no doctor wants, that

3   is doing paperwork and doing all this

4   electronic stuff that now I have to do.

5        Q.   Okay.  You were not a

6   licensed practicing dermatologist while

7   you were in the United States.  You and I

8   have already established that.  You never

9   even attempted to get a medical license,

10  right?

11       A.   No.  But I was basically

12  working as, but not prescribing and doing

13  anything like that.  I was --

14       Q.   Okay.  But you --

15       A.   -- an observer, but doing --

16  I was an observer but doing basically

17  everything as another dermatologist.  So

18  that's the reason why I really love my

19  experience there, because I have that

20  close touch with patients, talk to

21  patients, see patients, analyze all the

22  data and information there.

23       Q.   Doctor, you were not a

24  licensed, practicing dermatologist and

Dr. Azael Freites-Martinez

1    you were not legally allowed to operate

2    as a dermatologist in the United States,

3    correct?

4         A.    No, but I was allowed as a

5    fellowship to see patients, talk to

6    patients, make diagnosis, think about

7    treatments and management, just what I

8    didn't used to do is just to give any

9    prescription online or electronical

10   paperwork that I was not interested to do

11   neither.  If I tell you -- nobody wants

12   that part of medicine.

13        Q.    And all of what you just

14   explained was under the watchful eye of

15   Dr. Mario Lacouture, correct?

16        A.    Yes.

17        Q.    Okay.  All right.  And so

18   then after you finished that research,

19   you spent two -- you've now spent two

20   years and some months in the Canary

21   Islands practicing as a dermatologist?

22        A.    You mean after I finish the

23   two years of fellowship?

24        Q.    After the two years of

Dr. Azael Freites-Martinez

1              You didn't only see

2    oncological patients during your

3    residency, correct?

4         A.    Correct.

5         Q.    Right.  The focus of

6    oncological dermatology began -- the

7    training began when you went to Memorial

8    Sloan Kettering, correct, the focus on

9    that topic?

10        A.    Correct.

11        Q.    Okay.  And so that starts in

12   2016.  Or excuse me, you complete that,

13   or you start that in 2016 and complete

14   that training at Memorial Sloan Kettering

15   in 2018, right?

16        A.    Correct.

17        Q.    All right.  And then you

18   leave there, and you do not go to another

19   research institute that specialize -- as

20   a specialization in oncodermatology until

21   you move to Madrid -- or not move, but

22   you accept a position in Madrid in

23   January of 2020, correct?

24        A.    Correct.

Dr. Azael Freites-Martinez

1    Taxotere in the hospitals where your

2    outcome files were retrieved from,

3    correct?

4          A.    We know the most frequent

5    reported cases, but we don't know the

6    overall incident area.  This not a -- for

7    that you have to do a prospective study

8    or a different study.  We analyze

9    basically our cases, positive cases, and

10   based on that we see which chemotherapy

11   regimens were more described or reported

12   in that case.

13         Q.    In the files that were

14   provided that had already suffered the

15   outcome of pCIA or EIAC, correct?

16         A.    Yes.

17         Q.    Okay.  And so to be very

18   clear, and I want to make sure we're very

19   clear on this part.  You do not -- you

20   agree with me that you cannot calculate

21   an incidence rate for pCIA based upon --

22   for either Taxotere or Taxol, based on

23   the data that you reviewed for your JAMA

24   Dermatology quality of life assessment,

Dr. Azael Freites-Martinez

1    correct?

2         A.    We cannot calculate the

3    incidence of any drug or any chemotherapy

4    regimen or any endocrine therapy in this

5    paper.  This was not an incidence paper.

6    It was a retrospective cohort study to

7    describe a disease that was not clearly,

8    let's say, described before.

9         Q.    Okay.  Thank you.

10         And so data -- I'm going to

11   switch gears a little bit because we

12   talked about the blinded review of some

13   photographs.

14         The data acquisition was --

15   was not blinded simply because they had

16   to find the people who had the diagnosis

17   of alopecia who used the drugs that are

18   listed in your study, correct?

19         A.    Yes.  You have to collect

20   the data.  But as soon as you collect the

21   data, you have to de-identify the data.

22   So when you get the information, then

23   before any analysis, you de-identify the

24   data to proceed with the analysis, which

Dr. Azael Freites-Martinez

1    longer, and everything about that, what I

2    mentioned before with my answer.

3           Q.    Okay.  Now, nowhere in your

4    report do you set out that you have tried

5    to determine whether there are any

6    studies that demonstrate a statistically

7    significant increased risk for permanent

8    chemotherapy-induced alopecia related to

9    adriamycin, correct?

10          A.    Correct.

11          Q.    Okay.  And you don't do

12   that.  You don't set out in your report

13   and support with literature that

14   cyclophosphamide has been demonstrated in

15   a statistically significant way to be

16   related to -- seems to be causally

17   related to permanent chemotherapy-induced

18   alopecia correct?

19          A.    Well, I didn't do for any

20   specific drug.  I didn't report with any

21   drug just to, you know, maybe save you

22   time.

23          Q.    Okay.  Let me ask it that

24   way then and let me get a actually clean

Dr. Azael Freites-Martinez

1    question and get a clean answer.

2              I'm going to put -- because

3    I have that question.  Nowhere in your

4    report do you offer an opinion that any

5    drug has been demonstrated in a

6    statistically significant way to be

7    causally related to permanent

8    chemotherapy-induced alopecia, correct?

9         A.    Any chemotherapy, correct.

10        Q.    Right.  And you have not set

11   out in your report a methodology of any

12   type, such as a Bradford Hill analysis or

13   some other recognized causation analysis,

14   to investigate whether any chemotherapy

15   drug demonstrates a statistically

16   significant increased risk of pCIA,

17   correct?

18             MR. SEARS:  Objection.

19        Form.

20             THE WITNESS:  Well, I'm

21        going to tell you something,

22        because you are mentioning

23        something very specific.  You're

24        referring to -- Bradford Hill

Dr. Azael Freites-Martinez

1          analysis, you're saying?

2   BY MR. MICELI:

3          Q.    Yes.   That's what I said.

4          A.    Let me think something about

5   that.  The information that I have based

6   on my, you know, my research experience,

7   and if I am okay with this, basically

8   Bradford Hill criteria, you use them for

9   epidemiological studies out there for

10  hundreds of thousands of patients.

11              And they may show some

12  reports that at the end are not

13  completely clear.  So of course I did not

14  use that for my case -- or for my

15  analysis, because what we doctors use is

16  evidence-based medicine, when you

17  basically analyze every data that is out

18  there published, and you put it together

19  with your expertise.  And the lucky part

20  is that I am a clinical expert on the

21  topic of hair problems specifically.  I

22  condense all of that to make a proper

23  conclusion for management or treatment

24  about patients, or even diagnosis.

Dr. Azael Freites-Martinez

1              So Bradford Hill criteria,

2    out of the clinic, out of the --

3         Q.    Okay.

4         A.    Inside the door, in the

5    examination room, you use evidence-based

6    medicine.

7         Q.    Okay.  I understand what

8    you've explained there.  I'll take out

9    Bradford Hill.  But you have not

10   attempted to set out a methodology in

11   your report to investigate whether or not

12   any drug has been demonstrated in a

13   statistically significant way to be

14   causally associated with permanent

15   chemotherapy-induced alopecia, correct?

16              MR. SEARS:  Objection.

17        Form.

18              THE WITNESS:  You mean in

19        this case, or this specific case?

20   BY MR. MICELI:

21        Q.    For any -- what I'm asking

22   you is do you set that out in your

23   report?

24        A.    Well, you're talking

Dr. Azael Freites-Martinez

1   about -- because my report has two parts,

2   one part general speaking, information,

3   data, and the other part is my clinical

4   report.  So I just want to clarify what

5   we are talking about.

6          Q.    Sure.  I will ask Michelle

7   to read that question back.  But I'm

8   focusing primarily on the general aspect

9   of your report before page -- the bottom

10  of Page 15.

11         A.    Okay.  So if it's before

12  that, I didn't use a Bradford Hill

13  criteria, no.

14         Q.    Okay.  And you didn't set

15  out any other type of a causation

16  analysis to investigate whether or not

17  any drug demonstrates a statistically

18  significant increased risk of a causal

19  association with permanent

20  chemotherapy-induced alopecia, correct?

21              MR. SEARS:  Objection to

22         form.

23              THE WITNESS:  Because there

24         is no specific drug that you can

Dr. Azael Freites-Martinez

1          talk about one cause.  So,

2          basically, you cannot do that.

3          The literature is not available

4          out there.

5     BY MR. MICELI:

6          Q.    Okay.  Let me ask this -- I

7     asked my question a very specific way

8     because I'm looking for to you tell me

9     either it's in your report or it's not.

10    If you say it can't be done, you're

11    saying it can't be done, so therefore,

12    you didn't do it; is that correct?

13              MR. SEARS:  Objection to

14         form.

15              THE WITNESS:  Yes.  I didn't

16         do any Bradford Hill criteria

17         here.  But I tell you, I'm not --

18         because it's something that you

19         do, what I mentioned before.

20              For epidemiology study, you

21         have to have very clear data, like

22         cohort study, prospective studies.

23         We don't have that information

24         very clean for pCIA so far,

Dr. Azael Freites-Martinez

1       unfortunately.

2   BY MR. MICELI:

3       Q.    Okay.  And whether it's

4   Bradford Hill or some other -- let's put

5   Bradford Hill aside.  You did not attempt

6   to conduct any general causation analysis

7   to determine whether or not any drug is

8   causally associated in a statistically

9   significant way with permanent

10  chemotherapy-induced alopecia, right?

11              MR. SEARS:  Objection.

12          Form.

13              THE WITNESS:  Generally

14          speaking, no.

15  BY MR. MICELI:

16      Q.    Okay.  And when I say any

17  drug, that includes, you did not do that

18  for tamoxifen, correct?

19      A.    Well, I'm going to tell you

20  the truth about -- tamoxifen is a

21  different drug.  And -- as you know.  And

22  if you go to my paper, my endocrine

23  therapy-induced alopecia paper, and of

24  you review that paper, we basically have