# EXHIBIT C

# EXHIBIT A

# CURRICULUM VITAE

# Azael David Freites Martinez, M.D

## Contact Information

| | |
|---|---|
| Address: | Calle ingeniero Salinas, 74 |
| | 35006 Las Palmas de Gran Canaria, Spain |
| Phone Number: | +34 673 568 178 |
| Email: | azaelfreites@yahoo.com |
| Languages: | *Spanish*: Native language |
| | *English*: Bilingual |
| | *French*: Intermediate professional proficiency |

## Education and Training

-07/16 – 07/18  **Clinical Research Fellowship in Oncodermatology**
Memorial Sloan Kettering Cancer Center, New York, NY

-05/12 – 05/16  **Dermatology Residency**
University Hospital of Fuenlabrada- Minister of Health, Madrid, Spain

-10/15 – 11/15  **Observership. Dermatology Residency Program**
Cornell University-Presbyterian Hospital. New York, NY
Mentor: J. Jorizzo, MD and K. Minkis, MD, PhD

-01/11 – 06/11  **Post-Graduate Diploma, Tropical and Pediatric Infectious Diseases**
Institute of Health Carlos III, Madrid, Spain

-02/03 – 12/19  **Medical Doctor**
Universidad del Zulia, Maracaibo, Venezuela. (Cum laude)

## Positions

01/20 -  **Dermatology Attending. Oncodermatolgy Unit**
Clinica Ruber Juan Bravo, Madrid Spain

01/20 -  **Associate Professor. Clinical Dermatology**
Universidad Europea, Madrid Spain

06/19 -  **Dermatology Attending**
CEM Fuerteventura, Canaria, Spain

07/18 - 09/19  **Dermatology Attending**
Clinica Vithas Santa Catalina. Las Palmas de Gran Canaria, Spain

07/16 – 07/18  **Clinical Research Fellowship in Oncodermatology**
Memorial Sloan Kettering Cancer Center, New York, NY

-05/12 - 05/16  **Dermatology Residency**

Azael David Freites Martinez, M.D.
University Hospital of Fuenlabrada- Minister of Health, Madrid, Spain

| | | |
|---|---|---|
| -12/09 - 12/10 | **Medical Director** | |
| | Primary health-care center Curazaito. Health Minister. Maracaibo, Venezuela | |
| -03/05 - 12/09 | **Research Fellow** | |
| | Department of Parasitology. Universidad del Zulia. Instituto de Investigaciones Clínicas Dr. Américo Negrette. Maracaibo Venezuela | |

## Teaching Experience

-01/20 -    **Associate Professor. Clinical Dermatology**
            Universidad Europea, Madrid Spain

-01/05 - 01/07    **Teaching Assistant, Histology**
                  1st year medical students - 5 hours/week

## Publications

### Peer-reviewed journal articles

1. Phillips GS, Freret ME, Friedman DN, Trelles S, Kukoyi O, **Freites-Martinez A**, Unger RH, Disa JJ, Wexler LH, Tinkle CL, Mechalakos JG, Dusza SW, Beal K, Wolden SL, Lacouture ME. Assessment and Treatment Outcomes of Persistent Radiation-Induced Alopecia in Patients With Cancer. JAMA Dermatol. 2020 Aug 5;156(9):1-10. doi: 10.1001/jamadermatol.2020.2127.

2. **Freites-Martinez A**, Santana N, Arias-Santiago S, Viera A. Using the Common Terminology Criteria for Adverse Events (CTCAE - Version 5.0) to Evaluate the Severity of Adverse Events of Anticancer Therapies. Actas Dermosifiliogr. 2020 Sep 3:S0001-7310(20)30286-6. doi: 10.1016/j.ad.2019.05.009. Online ahead of print.

3. Barrios DM, Phillips GS, **Freites-Martinez A**, Hsu M, Ciccolini K, Skripnik Lucas A, Marchetti MA, Rossi AM, Lee EH, Deng L, Markova A, Myskowski PL, Lacouture ME. Outpatient dermatology consultations for oncology patients with acute dermatologic adverse events impacts anticancer therapy interruption: a retrospective study. J Eur Acad Dermatol Venereol. 2019 Dec 19. doi: 10.1111/jdv.16159.

4. Phillips GS, Wu J, Hellmann MD, Postow MA, Rizvi NA, **Freites-Martinez A**, Chan D, Dusza S, Motzer RJ, Rosenberg JE, Callahan MK, Chapman PB, Geskin L, Lopez AT, Reed VA, Fabbrocini G, Annunziata MC, Kukoyi O, Pabani A, Yang CH, Chung WH, Markova A, Lacouture ME. Treatment Outcomes of Immune-Related Cutaneous Adverse Events. J Clin Oncol. 2019 Oct 20;37(30):2746-2758. doi: 10.1200/JCO.18.02141. Epub 2019 Jun 19. PubMed PMID: 31216228

5. Thorsness SL, **Freites-Martinez A**, Marchetti MA, Navarrete-Dechent C, Lacouture ME, Tonorezos ES. Nonmelanoma Skin Cancer in Childhood and Young Adult Cancer Survivors Previously Treated With Radiotherapy. J Natl Compr Canc Netw. 2019 Mar 1;17(3):237-243. doi: 10.6004/jnccn.2018.7096. PubMed PMID: 30865918

6. **Freites-Martinez A**, Chan D, Sibaud V, Shapiro J, Fabbrocini G, Tosti A, Cho J, Goldfarb S, Modi S, Gajria D, Norton L, Paus R, Cigler T, Lacouture ME. Assessment of Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia. JAMA Dermatol. 2019 Jun 1;155(6):724-728. doi:10.1001/jamadermatol.2018.5071. Erratum in: JAMA Dermatol. 2019 Apr 10: PubMed  PMID: 30840033; PubMed Central PMCID: PMC6563563

7. Lacouture ME, Kopsky DJ, Lilker R, Damstra F, van der Linden MHM, **Freites-Martinez A**, Nagel MPM. Podiatric Adverse Events and Foot Care in Cancer Patients and Survivors (Awareness, Education, and Literature Review). J Am Podiatr Med Assoc. 2018 Nov;108(6):508-516. doi: 10.7547/17-010. Review. PubMedPMID: 30742505

8. Pasquali P, Gonzalez S, Fortuño A, **Freites-Martinez A**. In-vivo assessment of a case of cutaneous sarcoidosis using reflectance confocal microscopy. An BrasDermatol. 2019 Jan-Feb;94(1):93-95. doi: 10.1590/abd1806-4841.20197315. PubMed  PMID: 30726472; PubMed Central PMCID: PMC6360958

9. Phillips GS, **Freites-Martinez A**, Wu J, Chan D, Fabbrocini G, Hellmann MD, Lacouture ME. Clinical Characterization of mmunotherapy-Related Pruritus Among Patients Seen in 2 Oncodermatology Clinics. JAMA Dermatol. 2019 Feb 1;155(2):249-251. doi: 10.1001/jamadermatol.2018.4560. PubMed PMID: 30540342; PubMed Central PMCID: PMC6439535

10. Rozner RN, **Freites-Martinez A**, Shapiro J, Geer EB, Goldfarb S, Lacouture ME. Safety of 5α-reductase inhibitors and spironolactone in breast cancer patients receiving endocrine therapies. Breast Cancer Res Treat. 2019 Feb;174(1):15-26. doi: 10.1007/s10549-018-4996-3. Epub 2018 Nov 22. Review. PubMed PMID: 30467659; PubMed Central PMCID: PMC6773272

11. Pasquali P, Segurado-Miravalles G, **Freites-Martinez A**, González-Rodriguez S Cryosurgical management of basal cell carcinoma: in vivo follow-up using reflectance confocal microscopy. Int J Dermatol. 2019 Feb;58(2):e30-e32. doi: 10.1111/ijd.14301. Epub 2018 Nov 19. PubMed PMID: 30456878

12. **Freites-Martinez A**, Shapiro J, van den Hurk C, Goldfarb S, Jimenez JJ, Rossi AM, Paus R, Lacouture ME. Hair disorders in cancer survivors. J Am Acad Dermatol. 2019 May;80(5):1199-1213. doi: 10.1016/j.jaad.2018.03.056. Epub 2018 Apr 14. Review. PubMed PMID: 29660423; PubMed Central PMCID: PMC6186205

13. **Freites-Martinez A**, Shapiro J, Goldfarb S, Nangia J, Jimenez JJ, Paus R, Lacouture ME. Hair disorders in patients with cancer. J Am Acad Dermatol. 2019 May;80(5):1179-1196. doi: 10.1016/j.jaad.2018.03.055. Epub 2018 Apr 14. Review. PubMed PMID: 29660422; PubMed Central PMCID: PMC6186204

14. **Freites-Martinez A**, Shapiro J, Chan D, Fornier M, Modi S, Gajria D, Dusza S, Goldfarb S, Lacouture ME. Endocrine Therapy-Induced Alopecia in Patients with Breast Cancer. JAMA Dermatol. 2018 Jun 1;154(6):670-675. doi: 10.1001/jamadermatol.2018.0454. PubMed PMID: 29641806; PubMed Central PMCID: PMC6145643

15. Phillips GS, **Freites-Martinez A**, Hsu M, Skripnik Lucas A, Barrios DM, Ciccolini K, Marchetti MA, Deng L, Myskowski PL, Lee EH, Markova A, Lacouture ME. Inflammatory dermatoses, infections, and drug eruptions are the most common skin conditions in hospitalized cancer patients. J Am Acad Dermatol. 2018 Jun;78(6):1102-1109. doi: 10.1016/j.jaad.2017.12.031. Epub 2017 Dec 19. PubMed PMID: 29273489

16. Pasquali P, **Freites-Martinez A**, Gonzalez S, Spugnini EP, Baldi A. Successful treatment of plantar warts with intralesional bleomycin and electroporation: pilot prospective study. Dermatol Pract Concept. 2017 Jul 31;7(3):21-26. doi: 10.5826/dpc.0703a04. eCollection 2017 Jul. PubMed PMID: 29085716; PubMed Central PMCID: PMC5661162

17. **Freites-Martinez A**, Kwong BY, Rieger KE, Coit DG, Colevas AD, Lacouture ME. Eruptive Keratoacanthomas Associated With Pembrolizumab Therapy. JAMA Dermatol. 2017 Jul 1;153(7):694-697. doi: 10.1001/jamadermatol.2017.0989. PubMed PMID: 28467522; PubMed Central PMCID: PMC5523926

18. Rojas Mora E, **Freites-Martinez A**, Hernández-Núñez A, Borbujo Martínez J. Trichomycosis axillaris: Clinical, Wood lamp, and dermoscopic diagnostic images. Actas Dermosifiliogr. 2017 Apr;108(3):264-266. doi: 10.1016/j.ad.2016.09.018. Epub 2016 Nov 9. English, Spanish. PubMed PMID: 27837904

19. Calderón-Komáromy A, Arias-Palomo D, Tardío JC, **Freites-Martinez A**, Borbujo J. [Atypical leiomyoma in a patient with cutaneous leiomyomatosis and mutation of the enzyme fumarate hydratase]. Invest Clin. 2016 Mar;57(1):59-65. Spanish. PubMed PMID: 27382802

20. Pasquali P, **Freites-Martinez A**, Fortuño A. Nipple Adenoma: New Images and Cryosurgery Treatment. Breast J. 2016 Sep;22(5):584-5. doi: 10.1111/tbj.12636. Epub 2016 Jun 27. PubMed PMID: 27345934

21. Pasquali P, **Freites-Martinez A**, Fortuño-Mar A. Ex vivo high-frequency ultrasound: A novel proposal for management of surgical margins in patients with non-melanoma skin cancer. J Am Acad Dermatol. 2016 Jun;74(6):1278-80. doi: 10.1016/j.jaad.2016.01.006. PubMed PMID: 27185441

Azael David Freites Martinez, M.D.

22. Pasquali P, **Freites-Martinez A**, Camacho E, Fortuño A. A Painful Nipple: A Rare Presentation for an Infiltrating Lobular Carcinoma. Breast J. 2016 Jan-Feb;22(1):117-8. doi: 10.1111/tbj.12533. Epub 2015 Nov 9. PubMed PMID: 26548445

23. Puente-Pablo N, Khedaoui R, **Freites-Martínez A**, Borbujo J. Exanthema, fever and arthralgia in a pregnant woman. Enferm Infecc Microbiol Clin. 2017 Jun -Jul;35(6):384-385. doi: 10.1016/j.eimc.2015.08.007. Epub 2015 Oct 20. English, Spanish. PubMed PMID: 26493355

24. Pasquali P, **Freites-Martinez A**, Fortuño-Mar A. Cryobiopsy: An alternative technique to conventional shave biopsy. J Am Acad Dermatol. 2015 Nov;73(5):867-8. doi: 10.1016/j.jaad.2015.08.005. PubMed PMID: 26475540

25. **Freites-Martinez A**, Moreno-Torres A, Núñez AH, Martinez-Sanchez D, Huerta-Brogeras M, Borbujo J. Angioma serpiginosum: report of an unusual acral case and review of the literature. An Bras Dermatol. 2015 May-Jun;90(3 Suppl 1):26-8. doi: 10.1590/abd1806-4841.20153794. Review. PubMed PMID: 26312666; PubMed Central PMCID: PMC4540500

26. Pasquali P, **Freites-Martinez A**, Fortuño-Mar A. Use of cryobiopsy in dermatological practice. J Am Acad Dermatol. 2015 Feb;72(2):e63-4. doi: 10.1016/j.jaad.2014.10.005. PubMed PMID: 25592366

27. **Freites-Martinez A**, Córdoba S, Bermejo A, Borbujo J. Mucocutaneous leishmaniasis caused by Leishmania infantum var Lombardi in an immunocompetent patient, Spain. Enferm Infecc Microbiol Clin. 2015 Aug-Sep;33(7):499-500. doi: 10.1016/j.eimc.2014.11.012. Epub 2015 Jan 2. PubMed PMID: 25559703

28. **Freites-Martinez A**, Aguado-Lobo M, Calderón-Komaromy A, de Pablo NP, Busquets MU, Borbujo J. Mucocutaneous presentation of systemic lupus erythematosus. J Pediatr. 2014 Sep;165(3):631. doi: 10.1016/j.jpeds.2014.05.048. Epub 2014 Jun 28. PubMed PMID: 24986455

29. **Freites-Martinez A**, Martinez-Sánchez D, de Pablo NP, Calderón-Komaromy A, Córdoba S, Burbujo J. Exudative onycholysis and acute bacterial paronychia related to BIBF-1120 and paclitaxel: response to topical therapy. Invest Clin. 2014 Mar;55(1):55-60. Spanish. PubMed PMID: 24758102

30. Pasquali P, **Freites-Martinez A**, Hernandez C, Valero Lugo J, Fortuño Á. Cutaneous and subcutaneous leiomyosarcoma: report of two cases. Dermatol Online J. 2014 Dec 14;21(3). pii: 13030/qt2qk2r5xd. Spanish. PubMed PMID: 25780967

31. **Freites-Martinez A**, Martinez-Sanchez D, Tardío JC, Huerta-Brogeras M, Borbujo J. Dermoscopy of acral angioma serpiginosum. Dermatol Online J. 2014 Nov 16;21(2). pii: 13030/qt72t147pn. PubMed PMID: 25756486

32. **Freites-Martinez A**. Human T-lymphotropic virus 1 (HTLV-1), strongyloidiasis and scabies. Infections and associations to considerate.  Invest Clin. 2008; 49(4):455-6

33. **Freites-Martinez A**, Colmenares D, Pérez M, García M, Díaz de Suárez O. Cryptosporidium sp infections and other intestinal parasites in food handlers from Zulia state, Venezuela. Invest Clin. 2009 Mar;50(1):13-21

34. **Freites-Martinez A**, Colmenares C, Alarcón-Noya B, García ME, Díaz-Suárez O. Human fasciolosis in Mara municipality, Zulia state. Venezuela: prevalence and associated factors. Invest Clin. 2009 Dec;50(4):497-506

**Book Chapters**

1. **Smartphone Medical Photography. Photography in Clinical Medicine**
   **Freites-Martinez, A**, Hofmann-Wellenhof R., Eber E, Springer. In press

2. **Hair disorders. Dermatologic Reactions to Cancer Therapies**
   **Freites-Martinez A**, Fabbrocini G, Lacouture M, Tosti A. First edition. CRC Press, 2019. ISBN 9781138035539

3. **Dermatologic toxicities. The MASCC Textbook of Cancer Supportive Care and Survivorship**
   **Freites-Martinez A**, Lacouture M. Second Edition, 2018. ISBN 978-3-319-90990-5

Azael David Freites Martinez, M.D.

4. **Monitoring of non-invasive treatment of Basal Cell Carcinoma. Reflectance Confocal Microscopy of Cutaneous Tumors**
   Venturini M, Pasquali P, **Freites-Martinez A**, Zanta A, Calzavara P, Gonzalez S. Second Edition. 2017. ISBN 9781498757607

5. **Contact dermatitis clinical cases**
   **Freites-Martinez A**, Cordoba S. First edition, 2015. Marti Tor, Barcelona, Spain. ISBN 978-84-608-3654-4

**Honors and Awards**

- 06/19        Best original article published in 2018. Spanish Academy of dermatology. Barcelona, Spain

- 03/19        First place. Best poster presented during the AAD 2019 annual meeting. Washington, DC

- 03/19        International Scholarship award. AAD 2019 annual meeting. Washington, DC

- 09/18        European Academy of Dermatology (EADV). Lilly scholarship. 27th EADV Congress. Paris, France

- 06/17        Spanish Academy of dermatology. Scholarship: dermatology excellence. Madrid, Spain

- 09/14        Ibero-American College of Dermatology (CILAD). Resident scholarship. XX CILAD annual meeting, Rio de Janeiro, Brazil

- 09/14        European Academy of Dermatology (EADV). Resident scholarship. 23rd EADV Congress. Amsterdam, Netherlands

- 10/13        First place. Clinical Imaging of Tropical Dermatology Award, Almirall Laboratories. Madrid, Spain

- 11/10        Fundación Carolina. Government of Spain. Scholarship for the Diploma in Pediatric Tropical Medicine. Madrid, Spain

- 12/09        Universidad del Zulia. Medicine School. Graduated with honors

**Research Grants**

-07/16 -       **A prospective, longitudinal study of chemotherapy and hormonal therapy induced hair changes and alopecia, skin aging and nail changes in women with non-metastatic breast cancer**.
               Department of Dermatology, Memorial Sloan Kettering Cancer Center, New York, NY.
               ClinicalTrials.gov Identifier: NCT02530177
               PI. Mario Lacouture, M.D
               Co-Investigator. Azael Freites-Martinez, M.D
               Amount: $1 million

-07/17 - 07/18 **Share decision making in patients with gynecologic malignancies receiving chemotherapies associated with permanent alopecia**.
               Patient and Family-Centered Care Grant-MSKCC. New York, NY.
               PI. Azael Freites-Martinez, M.D
               Co-Investigator. Mario Lacouture, M.D
               Amount: $45000

-01/07 - 01/09 **Antigens production for the antibody detection of Toxocara canis and Toxoplasma gondii. Protocol 9036-2007-0057**
               Minister of Science and Technology, Venezuela.
               PI: Maria Eugenia Garcia
               Co-Investigator: Azael Freites-Martinez
               Amount: $75000

Azael David Freites Martinez, M.D.

**Past Research Protocols**

| | |
|---|---|
| -16 - 18 | Department of Dermatology, Memorial Sloan Kettering Cancer Center, New York, NY. Quality of Life (QoL) assessment in cancer patients and survivors with dermatologic conditions using dermatologic QoL instruments. IRB-14-236. Principal investigator: Mario Lacouture, MD |
| -15 - 16 | Department of Dermatology, Hospital Pius de Valls, Spain. Ingenol mebutate and cryosurgery regimens to treat actinic keratosis in the scalp. Principal investigator: Paola Pasquali, MD |
| -15 - 16 | Department of Dermatology, Hospital Pius de Valls, Spain. Confocal microscopy in the post-cryosurgery management of non-melanoma skin cancer. Principal investigator: Paola Pasquali, MD |
| -14 - 16 | Department of Dermatology, Hospital Pius de Valls, Spain. High Frequency Ultrasound in the surgical and clinical management of non-melanoma skin cancer. Principal investigator: Paola Pasquali, MD |
| -05 - 10 | Instituto de Investigaciones Clínicas Dr. Americo Negrette. Venezuela. Co-investigator in the study "Detection of intestinal and tisular parasites in sub-urban and Amerindian communities from Zulia state, Venezuela. 2005-03767". Principal investigator: Odelis Diaz, MD, PhD |
| -05 - 10 | Instituto de Investigaciones Clínicas Dr. Americo Negrette. Venezuela. Co-investigator in the study "Detection of intestinal parasites in food handlers from western Venezuela. 2005-03807". Principal investigator: Odelis Diaz, MD, PhD |

**Professional Society Membership**

- -19 -    Member of the American Academy of Dermatology
- -16 -    Member of the European Academy of Dermatology and Venereology
- -13 -    Member of the International Dermoscopy Society
- -12 -    Member of the Spanish Academy of Dermatology and Venereology

**Leadership Roles of Responsibility**

- -11/19-    Foundation of ENCADO - European Network for Cutaneous Adverse events to Oncologic drugs
- -05/19    Abstract reviewer of the 28th European Academy of Dermatology and Venereology annual meeting
- -08/17- 07/18    Chief Fellow. Department of Dermatology, Memorial Sloan Kettering Cancer Center, New York, NY

**REFERENCES**

| | |
|---|---|
| **Mario Lacouture, MD** | **Jerry Shapiro, MD** |
| Professor of Dermatology | Professor of Dermatology |
| Memorial Sloan Kettering Cancer Center | Ronald O. Perelman Department of Dermatology |
| Cornell University | New York University |
| lacoutum@mskcc.org | jerry.shapiro@nyulangone.org |