**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                      SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
*Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039

## [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DR. MAMINA TUREGANO UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Motion to Exclude Testimony of Dr. Mamina Turegano (Rec. Doc. 11357) Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the attachments (Exhibits A-B) to the Plaintiff's Motion to Exclude Testimony of Dr. Mamina Turegano UNDER SEAL.

New Orleans, Louisiana, this ___ of October, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1