UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | : MDL No. 2740 :  : JUDGE JANE TRICHE MILAZZO : MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*PATRICIA L. EATON*
*2:18-cv-00629-JTM-MBN*

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A((1)

COMES NOW counsel for Plaintiff, Patricia L. Eaton now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Joseph P. Eaton, on behalf of his deceased sister, Patricia L. Eaton, in the above captioned case.

1. Patricia L. Eaton filed a products liability litigation lawsuit against Defendants on January 22, 2018. *See* Doc. 1.

2. Patricia L. Eaton filed her Amended Short Form Complaint against Defendants on April 30, 2018. *See* Doc. 4.

3. On November 6, 2018 in St. Louis, Missouri, Patricia L. Eaton passed away.

4. Plaintiff filed a Notice and Suggestion of Death on September 23, 2020. *See* attached hereto as **Exhibit 1**.

5. Patricia L. Eaton's product liability action against Defendants survived Plaintiff's death and is not extinguished.

6. Patricia L. Eaton's brother, Joseph P. Eaton, is the proper Plaintiff and was named Personal Representative of Patricia L. Eaton's estate on October 23, 2020 in the St. Louis County Circuit Court, Probate Division.

1

WHEREFORE, counsel for Plaintiff Patricia L. Eaton requests that this Court grant this request for substitution of Plaintiff in this action.

Dated:  October 28, 2020                               Respectfully submitted,

**By: */s/ John J. Foley***
John J. Foley, Esq. (IL #6288152)
**Simmons Hanly Conroy**
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
jfoley@simmonsfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

> By: */s/ John J. Foley*
> John J. Foley, Esq. (IL #6288152)