UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | : MDL No. 2740<br>:<br>: JUDGE JANE TRICHE MILAZZO<br>: MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*PATRICIA L. EATON*
*2:18-cv-00629-JTM-MBN*

## ORDER ON MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(`1)

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(A)(1), and this Court having reviewed such and being otherwise sufficiently advised.

IT IS HEREBY ORDERED THAT **JOSEPH P. EATON**, on behalf of decedent PATRICIA L. EATON, may be substituted for Patricia L. Eaton as the proper party plaintiff in this action.

New Orleans, Louisiana this _____ day of _____ 2020.

_____
United States District Judge

1