**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| *De Anda v. Sanofi US Services Inc. et al* | MAG. JUDGE NORTH |
| Plaintiff Name: Alicia De Anda Civil Action No.: 2:20-cv-00694 | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 28th Day of October 2020    Respectfully submitted,

            /s/ *Jason S. Long*
            **FEARS NACHAWATI, PLLC**
            Jason S. Long #24098012
            Matthew R. McCarley, #24041426
            Tarek A. Abbassi, #24096225
            5473 Blair Road
            Dallas, Texas 75231
            Telephone: (214) 890-0711
            Fax: (214) 890-0712
            mccarley@fnlawfirm.com
            tabbassi@fnlawfirm.com
            jlong@fnlawfirm.com
            Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

            /s/ *Jason S. Long*