UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT CERTAIN DEFENDANTS<br><br>Civil Action No.: 2:18-cv-10077 |
| THIS DOCUMENT RELATES TO:<br><br>*SUSAN MIDKIFF*<br>*v. SANOFI-AVENTIS US*<br>*LLC, et al* | | |

---

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES, INC. F/K/A SANOFI-AVENTIS U.S. INC**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC, Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated:  November 2, 2020                          **RESPECTFULLY SUBMITTED,**

*/s/ Andrew F. Kirkendall*

**Andrew F. Kirkendall**
**Texas Bar No. 24050882**
**Alexander G. Dwyer**
**Texas Bar No. 24054271**
**adwyer@kirkendalldwyer.com**
**akirkendall@kirkendalldwyer.com**
**Kirkendall Dwyer, LLP**
**4343 Sigma Rd., STE 200**
**Dallas, TX  75244**
**Tel: (214) 271-4027**
**Fax: (214) 543-0621**

**Attorneys for Plaintiff**

**CERTIFICATION OF SERVICE**

I hereby certify that on November 2, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

*/s/ Andrew F. Kirkendall*