UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| VERNA SOUTHALL : : Plaintiff(s), : : vs. : : SANOFI US SERVICES, INC., fka : SANOFI-AVENTIS U.S. INC., et al. : : Defendant(s). : ----------------------------------------------------------- : | COMPLAINT & JURY DEMAND<br><br>Civil Action No.: **2:19-cv-2038** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff, VERNA SOUTHALL, by and through her Counsel, **with no opposition from the Defendants**, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter. The copy of the First Amended Short Form Complaint is attached as Exhibit "A" to this Motion, and a Memorandum in Support of this Motion is being filed herewith.

Respectfully submitted,

/s/ Aaron C. Johnson
Aaron C. Johnson, MO # 38756
David G. Summers, MO # 42290
Summers & Johnson, P.C.
717 Thomas Street
Weston, MO 64098
(816) 640-9940
Fax (816) 386-9927

**CERTIFICATE OF SERVICE**

1

I hereby certify that on November 2, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aaron C. Johnson, Attorney for Plaintiff