UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Juanita Greer, Case No. 2:18-cv-11728

## ORDER

Considering the Motion for Leave to File Supplemental Pleading in Opposition to Defendants' Motion for Summary Judgment on the Pleadings Based on the Statute of Limitations, filed by Plaintiff;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Plaintiff's proposed Supplemental Pleading in Opposition to Defendants' Motion for Summary Judgment on the Pleadings Based on the Statute of Limitations is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE