**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL | ) | **MDL No. 2740** |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **SECTION "H"(5)** |
| | ) | **JUDGE MILAZZO** |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| _____ | ) | |

THIS DOCUMENT RELATES TO:
**PAMELA R. PHILLIPS**
Civil Action No. **2:18-cv-11689**

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS ON RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Pamela R. Phillips**,** which occurred on April 16, 2019.  A redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and is incorporated herein by reference.

Dated: November 3, 2020            Respectfully submitted,

**FOX & FARLEY**

By: /s/ *Bruce D. Fox*
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
brucefox@foxandfarleylaw.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Bruce D. Fox*
Bruce D. Fox (TN Bar No. 008965)