# **EXHIBIT A**

## CERTIFICATION OF VITAL RECORD

# COUNTY OF LAKE
### LAKEPORT, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052019081382
LOCAL REGISTRATION NUMBER: 3201917000195

### DECEDENT'S PERSONAL DATA

- **1. NAME OF DECEDENT – FIRST (Given):** PAMELA
- **2. MIDDLE:** RUTH
- **3. LAST (Family):** PHILLIPS
- **4. DATE OF BIRTH:** [redacted]
- **5. AGE Yrs.:** 71
- **6. SEX:** F
- **9. BIRTH STATE/FOREIGN COUNTRY:** NEW JERSEY
- **10. SOCIAL SECURITY NUMBER:** [redacted]
- **11. EVER IN U.S. ARMED FORCES?:** NO
- **12. MARITAL STATUS:** MARRIED
- **7. DATE OF DEATH:** 04/16/2019
- **8. HOUR (24 Hours):** 1917
- **13. EDUCATION:** HS GRADUATE
- **14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?:** NO
- **16. DECEDENT'S RACE:** NATIVE HAWAIIAN, WHITE
- **17. USUAL OCCUPATION:** SUPERVISOR
- **18. KIND OF BUSINESS OR INDUSTRY:** SOCIAL SECURITY ADMINISTRATION
- **19. YEARS IN OCCUPATION:** 50

### USUAL RESIDENCE

- **20. DECEDENT'S RESIDENCE:** [redacted]
- **21. CITY:** NICE
- **22. COUNTY/PROVINCE:** LAKE
- **23. ZIP CODE:** 95464
- **24. YEARS IN COUNTY:** 38
- **25. STATE/FOREIGN COUNTRY:** CA

### INFORMANT

- **26. INFORMANT'S NAME, RELATIONSHIP:** RAYMOND PHILLIPS, HUSBAND
- **27. INFORMANT'S MAILING ADDRESS:** [redacted]

### SPOUSE/SRDP AND PARENT INFORMATION

- **28. NAME OF SURVIVING SPOUSE/SRDP – FIRST:** RAYMOND
- **29. MIDDLE:** GLENN
- **30. LAST (BIRTH NAME):** PHILLIPS JR.
- **31. NAME OF FATHER/PARENT – FIRST:** COMMODORE
- **32. MIDDLE:** LOUIS
- **33. LAST:** MANN
- **34. BIRTH STATE:** INDIANA
- **35. NAME OF MOTHER/PARENT – FIRST:** MAY
- **36. MIDDLE:** IRMA
- **37. LAST (BIRTH NAME):** COSME
- **38. BIRTH STATE:** HAWAII

### FUNERAL DIRECTOR/LOCAL REGISTRAR

- **39. DISPOSITION DATE:** 04/19/2019
- **40. PLACE OF FINAL DISPOSITION:** RESIDENCE OF HUSBAND: RAYMOND PHILLIPS
- **41. TYPE OF DISPOSITION(S):** CR/RES
- **42. SIGNATURE OF EMBALMER:** NOT EMBALMED
- **43. LICENSE NUMBER:** -
- **44. NAME OF FUNERAL ESTABLISHMENT:** CHAPEL OF THE LAKES MORTUARY
- **45. LICENSE NUMBER:** FD1336
- **46. SIGNATURE OF LOCAL REGISTRAR:** ERIN GUSTAFSON, MD, MPH
- **47. DATE:** 04/19/2019

### PLACE OF DEATH

- **101. PLACE OF DEATH:** SUTTER LAKESIDE HOSPITAL
- **102. IF HOSPITAL, SPECIFY ONE:** IP
- **104. COUNTY:** LAKE
- **105. FACILITY ADDRESS OR LOCATION WHERE FOUND:** 5176 HILL ROAD EAST
- **106. CITY:** LAKEPORT

### CAUSE OF DEATH

- **107. CAUSE OF DEATH:**
  - (A) IMMEDIATE CAUSE: ACUTE LIVER FAILURE — 2 WKS
  - (B) LIVER METASTASIS — 2 YRS
  - (C) BREAST CANCER — 19 YRS
- **108. DEATH REPORTED TO CORONER?:** NO
- **109. BIOPSY PERFORMED?:** YES
- **110. AUTOPSY PERFORMED?:** NO
- **112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107:** NONE
- **113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?:** YES, RIGHT-SIDED LUMPECTOMY --/--/2000, BILATERAL MASTECTOMY --/--/2002
- **113A. IF FEMALE, PREGNANT IN LAST YEAR?:** NO

### PHYSICIAN'S CERTIFICATION

- **114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.**
  - Decedent Attended Since (A): 04/12/2018
  - Decedent Last Seen Alive (B): 04/16/2018
- **115. SIGNATURE AND TITLE OF CERTIFIER:** BRANDON LEE FINKBEINER M.D.
- **116. LICENSE NUMBER:** A153957
- **117. DATE:** 04/19/2019
- **118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:** BRANDON LEE FINKBEINER M.D., 5176 HILL ROAD EAST, LAKEPORT, CA 95453

### CORONER'S USE ONLY

- **119. MANNER OF DEATH:** (blank)
- **120. INJURED AT WORK?:** (blank)
- **121. INJURY DATE:** (blank)
- **122. HOUR:** (blank)
- **123. PLACE OF INJURY:** (blank)
- **124. DESCRIBE HOW INJURY OCCURRED:** (blank)
- **125. LOCATION OF INJURY:** (blank)
- **126. SIGNATURE OF CORONER / DEPUTY CORONER:** (blank)
- **127. DATE:** (blank)
- **128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:** (blank)

*010001004184167*

---

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA } ss
COUNTY OF LAKE }

DATE ISSUED: APR 2 3 2019

*000013177*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the COUNTY OF LAKE, HEALTH SERVICES.



ERIN GUSTAFSON M.D.
LAKE COUNTY LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date, seal and signature of the Lake County Health Officer.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE