UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Elizabeth Kahn, Case No. 2:16-cv-17039

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Motion to Exclude Expert Testimony of Dr. Antonella Tosti under seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Motion to Exclude Expert Testimony of Dr. Antonella Tosti, including the Memorandum in Support and Exhibits A-R, **UNDER SEAL**.

New Orleans, Louisiana, this 3rd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE