UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Elizabeth Kahn, Case No. 2:16-cv-17039

### ORDER

　　Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Motion for Summary Judgment on Specific Causation under seal;

　　**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Motion for Summary Judgment on Specific Causation, including the Memorandum in Supprot, Statement of Facts, and Exhibits A-L, **UNDER SEAL**.

　　New Orleans, Louisiana, this 3rd day of November, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE