UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "H"(5) |
| ) | HON. JUDGE JANE T. MILAZZO |
| ) | MAG. JUDGE MICHAEL NORTH |
| ) | |
| _____ ) | |

THIS DOCUMENT RELATES TO:
**PAMELA R. PHILLIPS**
Civil Action No. **2:18-cv-11689**

## *EX PARTE* MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Raymond G. Phillips Jr., by and through the undersigned counsel of record, and moves this Court for an Order substituting Raymond G. Phillips Jr. on behalf of decedent Pamela R. Phillips. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1.  At the request of our client Pamela R. Phillips to act on her behalf, this present action was filed on November 28, 2018.

2.  All active Defendants have been served with process pursuant to Pretrial Order No. 10.

3.  Plaintiff's counsel was notified on or about September 28, 2020, by Raymond G. Phillips Jr., widower of plaintiff-decedent, that Pamela R. Phillips died on April 16, 2019.

4.  Pamela R. Phillips' product liability action against defendant survived her death and was not extinguished.

5.  Plaintiff's Counsel filed a Notice and Suggestion of Death on or about November 3, 2020 [Doc. 11374 and Doc. 11374-1].

6. Raymond G. Phillips Jr., widower of plaintiff-decedent, is a proper party to substitute for plaintiff-decedent Pamela R. Phillips and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Raymond G. Phillips Jr., respectfully requests that he be substituted as Plaintiff in this cause of action.

Dated: November 3, 2020

Respectfully submitted,

**FOX & FARLEY**

By: /s/ *Bruce D. Fox*
Bruce D. Fox
Tennessee Bar No.: 008965
310 N. Main Street
Clinton, Tennessee, 37716
Telephone: (865) 457-6440
Facsimile: (865) 457-6322
brucefox@foxandfarleylaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Bruce D. Fox*
Bruce D. Fox (TN Bar No. 008965)