UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>_____ ) | MDL No. 2740 <br><br> SECTION "H"(5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**PAMELA R. PHILLIPS**
Civil Action No. **2:18-cv-11689**

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS ON RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Pamela R. Phillips**,** which occurred on April 16, 2019.  A redacted copy of the Certificate of Death is attached hereto as Exhibit "A" and is incorporated herein by reference.

Dated: November 3, 2020                     Respectfully submitted,

                                                                             **FOX & FARLEY**

                                                                            By: /s/ *Bruce D. Fox*
                                                                            Bruce D. Fox
                                                                            Tennessee Bar No.: 008965
                                                                            310 N. Main Street
                                                                            Clinton, Tennessee, 37716
                                                                            Telephone: (865) 457-6440
                                                                            Facsimile: (865) 457-6322
                                                                            brucefox@foxandfarleylaw.com
                                                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/ *Bruce D. Fox*
                                              Bruce D. Fox (TN Bar No. 008965)

# **EXHIBIT A**

# CERTIFICATION OF VITAL RECORD

# COUNTY OF LAKE
LAKEPORT, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052019081382
LOCAL REGISTRATION NUMBER: 3201917000195

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | PAMELA |
| 2. MIDDLE | RUTH |
| 3. LAST (Family) | PHILLIPS |
| 4. DATE OF BIRTH | [redacted] |
| 5. AGE Yrs. | 71 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | NEW JERSEY |
| 11. EVER IN U.S. ARMED FORCES? | NO (X) |
| 12. MARITAL STATUS | MARRIED |
| 7. DATE OF DEATH | 04/16/2019 |
| 8. HOUR (24 Hours) | 1917 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC? | NO (X) |
| 16. RACE | NATIVE HAWAIIAN, WHITE |
| 17. USUAL OCCUPATION | SUPERVISOR |
| 18. KIND OF BUSINESS OR INDUSTRY | SOCIAL SECURITY ADMINISTRATION |
| 19. YEARS IN OCCUPATION | 50 |
| 21. CITY | NICE |
| 22. COUNTY/PROVINCE | LAKE |
| 23. ZIP CODE | 95464 |
| 24. YEARS IN COUNTY | 38 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | RAYMOND PHILLIPS, HUSBAND |
| 28. NAME OF SURVIVING SPOUSE – FIRST | RAYMOND |
| 29. MIDDLE | GLENN |
| 30. LAST (BIRTH NAME) | PHILLIPS JR. |
| 31. NAME OF FATHER/PARENT – FIRST | COMMODORE |
| 32. MIDDLE | LOUIS |
| 33. LAST | MANN |
| 34. BIRTH STATE | INDIANA |
| 35. NAME OF MOTHER/PARENT – FIRST | MAY |
| 36. MIDDLE | IRMA |
| 37. LAST (BIRTH NAME) | COSME |
| 38. BIRTH STATE | HAWAII |
| 39. DISPOSITION DATE | 04/19/2019 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF HUSBAND: RAYMOND PHILLIPS |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | CHAPEL OF THE LAKES MORTUARY |
| 45. LICENSE NUMBER | FD1336 |
| 46. SIGNATURE OF LOCAL REGISTRAR | ERIN GUSTAFSON, MD, MPH |
| 47. DATE | 04/19/2019 |
| 101. PLACE OF DEATH | SUTTER LAKESIDE HOSPITAL |
| 102. IF HOSPITAL, SPECIFY ONE | IP (X) |
| 104. COUNTY | LAKE |
| 105. FACILITY ADDRESS | 5176 HILL ROAD EAST |
| 106. CITY | LAKEPORT |

### 107. CAUSE OF DEATH

| | Cause | Time Interval |
|---|---|---|
| (A) IMMEDIATE CAUSE | ACUTE LIVER FAILURE | 2 WKS |
| (B) | LIVER METASTASIS | 2 YRS |
| (C) UNDERLYING CAUSE | BREAST CANCER | 19 YRS |

108. DEATH REPORTED TO CORONER? NO (X)
109. BIOPSY PERFORMED? YES (X)
110. AUTOPSY PERFORMED? NO (X)

112. OTHER SIGNIFICANT CONDITIONS: NONE

113. WAS OPERATION PERFORMED: YES, RIGHT-SIDED LUMPECTOMY --/--/2000, BILATERAL MASTECTOMY --/--/2002

113A. IF FEMALE, PREGNANT IN LAST YEAR? NO (X)

114. I CERTIFY... Decedent Attended Since (A) 04/12/2018 Decedent Last Seen Alive (B) 04/16/2018
115. SIGNATURE AND TITLE OF CERTIFIER: BRANDON LEE FINKBEINER M.D.
116. LICENSE NUMBER: A153957
117. DATE: 04/19/2019
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS: BRANDON LEE FINKBEINER M.D., 5176 HILL ROAD EAST, LAKEPORT, CA 95453

119. MANNER OF DEATH: Natural
120. INJURED AT WORK? (blank)

Barcode: *010001004184167*

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss
COUNTY OF LAKE }
DATE ISSUED: APR 2 3 2019
*000013177*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the COUNTY OF LAKE, HEALTH SERVICES.



ERIN GUSTAFSON M.D.
LAKE COUNTY LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date, seal and signature of the Lake County Health Officer.

