UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 109

**IT IS ORDERED** that the next show cause hearing is **SET** for **December 7, 2020** at **1 p.m.** The hearing will be preceded by a meeting with lead and liaison counsel at **9:00 a.m.** The call-in information for these events will be disseminated at a later time.

**IT IS FURTHER ORDERED** that the Court will hold oral argument on **December 7, 2020**, at **10:00 a.m.** on the following Motions:

- Motion to Exclude Testimony of Dr. Azael Freites-Martinez (Doc. 11355);
- Motion to Exclude Testimony of Dr. Mamina Turegano (Doc. 11357);
- Motion to Exclude Testimony of Dr. Antonella Tosti (Doc. 11377);
- Motion for Summary Judgment on Specific Causation (Doc. 11378); and
- Motion to Exclude Dr. Shapiro's Opinions (Doc. 11361).

New Orleans, Louisiana, this 4th day of November, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE