UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Elizabeth Kahn, Case No. 2:16-cv-17039 | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION

Defendants sanofi-aventis U.S. LLC and sanofi US Services, Inc. ("Sanofi") respectfully request leave to file a brief Notice of Supplemental Authority in Support of Defendants' Motion for Summary Judgment Based on Preemption[1] to alert the Court to a recent recommendation in the Southern District of Florida. In *Silverstein v. Boehringer Ingelheim Pharmaceuticals, Inc.*, No. 19-cv-81188, 2020 WL 6110909 (S.D. Fla. Oct. 7, 2020),[2] the magistrate judge first required the plaintiffs to identify newly acquired information that would have permitted the manufacturer to amend its drug label. *Id.* at *12. Second, the magistrate judge recommended that the district court enter summary judgment against the plaintiffs, in part, because the court held that that an uncorroborated and unverified re-analysis conducted by one of the manufacturer's statisticians was not newly acquired information. *Id.* at *19–20, *35, *40. Sanofi requests that the Court grant this Motion and permit leave to file the attached Notice.

---

[1] Rec. Doc. 11020 (Defs.' Mot. for Summ. J. Based on Preemption).

[2] Attached as **Exhibit A**.

Respectfully submitted,

| | |
|---|---|
| /s/ *Douglas J. Moore* | |
| Douglas J. Moore (Bar No. 27706) | Harley V. Ratliff |
| **IRWIN FRITCHIE URQUHART & MOORE LLC** | Jon Strongman |
| 400 Poydras Street, Suite 2700 | Adrienne L. Byard |
| New Orleans, LA  70130 | **SHOOK, HARDY & BACON L.L.P.** |
| Telephone: 504-310-2100 | 2555 Grand Boulevard |
| dmoore@irwinllc.com | Kansas City, Missouri 64108 |
| | Telephone: 816-474-6550 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*