UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

　　　　Considering the Motion for Leave to File Defendants' Notice of Supplemental Authority in Support of Their Motion for Summary Judgment Based on Preemption, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc;

　　　　**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' Notice of Supplemental Authority is hereby entered into the Court's docket.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE