UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Joann McMillon
**Case No.:** 2:17-cv-12670

# DECLARATION

I, Rhett A. McSweeney, have attempted to reach my client, Joann McMillon on the following dates:

12/12/2018, 12/18/18, 1/10/2019, 3/22/19, 3/25/19, 3/27/19, 3/29/19, 4/1/19, 4/12/19, 4/15/19, 4/19/19, 4/24/19, 4/26/19, 4/29/19, 5/1/19, 5/3/19, 5/13/19, 5/20/19, 5/22/19, 5/28/19, 6/20/19, 7/1/19, 7/2/19, 7/3/19, 7/9/19, 7/12/19, 7/15/19, 7/17/19, 7/18/19, 7/31/19, 8/6/19, 8/8/19, 8/14/19, 9/30/19, 1/10/20, 1/13/20, 1/14/20, 1/15/20, 1/17/20, 1/21/20, 1/22/20, 1/24/20, 1/28/20, 2/12/20, 2/14/20, 2/24/20, 3/25/20, 10/7/20, 10/16/20, 10/19/20, 10/22/20, 10/23/20, 10/28/20

by (check all that apply) X telephone, X e-mail, X text message, ____ social media, X U.S. Mail, X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Rhett A. McSweeney*
David M. Langevin (# 329563)
Rhett A. McSweeney (# 269542)
Jonathan R. Mencel (# 390056)
McSweeney / Langevin LLC

1

2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com

**Counsel for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

*/s/ Rhett A. McSweeney*_____
Rhett A. McSweeney