UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE T. MILAZZO |
| | : | |
| Debra Payton, | : | |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| Sanofi-Aventis U.S. LLC, separately, and d/b/a | : | |
| Winthrop US, Hospira Worldwide, LLC f/k/a | : | |
| Hospira Worldwide, Inc. and Hospira Inc., | : | |
|     Defendants. | : | |
| | : | |
| Civil Case No.: 2:17-cv-9725 | : | |
| | : | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Debra Payton, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in this action.[1]

Plaintiff's original Complaint was filed in this Court on September 27, 2017, (*Debra Payton v. Sanofi-Aventis U.S. LLC, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., (Case No.* 2:17-cv-9725) and, Plaintiff has served Defendants pursuant to PTOs. Plaintiff needs to properly name the defendant Sanofi-Aventis U.S. LLC as Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S. Thus, Plaintiff's proposed amendment would reflect this change by properly naming the defendant.

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel opposes this motion.

Further, Plaintiff needs to amend to allege particularized facts individual and specific to Plaintiff's medical care, treatment and Plaintiff's communications with medical professionals.

Plaintiff's counsel conferred with defense counsel and they oppose this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[2] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

This the 6th day of November, 2020.

WHITFIELD BRYSON LLP

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@whitfieldbryson.com
Email: hunter@whitfieldbryson.com

*Attorneys for Plaintiff*

---

[2] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

**CERTIFICATION**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and defense counsel opposed this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 6, 2020.

/s/ Daniel K. Bryson
Daniel K. Bryson