UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE T. MILAZZO |
| Debra Payton,<br>　　Plaintiff,<br><br>vs.<br><br>Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop US, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira Inc.,<br>　　Defendants.<br><br>Civil Case No.: 2:17-cv-9725 | : : : : : : : : : : : | |

## AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff further allege as follows:

1. Plaintiff Debra Payton.

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium): n/a

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Mississippi.

5. State in which Plaintiff alleges injury: Mississippi.

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☐ A.  Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ✓ B.  Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☐ A.  Sandoz, Inc.

   ☐ B.  Accord Healthcare, Inc.

   ☐ C.  McKesson Corporation d/b/a McKesson Packaging

   ✓ D.  Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ✓ E.  Hospira Inc.

   ☐ F.  Sun Pharma Global FZE

   ☐ G.  Sun Pharmaceutical industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐ H.  Pfizer Inc.

   ☐ I.  Actavis LLC f/k/a Actavis Inc.

   ☐ J.  Actavis Pharma Inc.

   ☐ K.  Sagent Parmaceuticals, Inc.

   ✓ L.  Other: Sanofi Aventis US LLC d/b/a Winthrop US

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure): _____

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court: The United States District Court for the Southern District of Mississippi.

9. Brand Product(s) used by Plaintiff (check applicable):

   ☑ A.  Taxotere

   ☐ B.  Docefrez

   ☑ C.  Docetaxel Injection

   ☐ D.  Docetaxel Injection Concentrate

   ☐ E.  Unknown

   ☐ F.  Other: _____

10. First date and last date of use (or approximate date range, if specific dates are unknown for Products identified in question 9: February 16, 2011 through June 1, 2011.

11. State in which Product(s) identified in question 9 was/were administered: Mississippi.

12. Nature and extent of alleged injury (included duration, approximate date of onset (if known), and description of alleged injury: Plaintiff was made aware of the risk of hair loss during consultation and discussions regarding chemotherapy. Plaintiff's doctor adamantly expressed the loss would be temporary and that her hair would return up to a year after completion of treatments, with most of the hair growth within 3-6 months after treatment. Plaintiff first asked her oncologist about her hair loss in November of 2011 and was told that every person is different and that hair growth takes time. Plaintiff asked again in 2013 and her doctor suggested that she continue to wear wigs to cover up her hair loss. After trying multiple over the counter products (i.e. shampoos, conditioners, vitamins, oils, including Rogaine), Plaintiff went to see a dermatologist on June 5, 2017 for her hair loss. There, she was told that she has decreased hair density predominately on the frontotemporal scalp and some on the central scalp and her hair loss was most likely multifactorial with possible residual anagen effluvium due to chemotherapy with suspected Traction Alopecia with central CCCA vs possible FFA and seborrheic dermatitis of scalp. There, during her discussions with her dermatologist, Plaintiff, for the first time, learned that her hair loss was in fact permanent.

    Plaintiff suffers from permanent and persistent hair loss on the scalp. Diffuse thinning of hair on the scalp. Plaintiff also suffers from a change of texture to her hair. Loss of body hair, eyebrows and eyelashes.

13. Counts in Master Complaint brought by Plaintiff:

☑ Count I – Strict Products Liability – Failure to Warn
☑ Count III – Negligence
☑ Count IV – Negligent Misrepresentation
☑ Count V – Fraudulent Misrepresentation
☑ Count VI – Fraudulent Concealment
☑ Count VII – Fraud and Deceit
☐ Other: _____

This the ___ day of November, 2020.

        WHITFIELD BRYSON LLP

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. State Bar No.: 15781
        J. Hunter Bryson
        N.C. State Bar No.: 50602
        PO Box 12638
        Raleigh, NC 27605
        Phone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dan@whitfieldbryson.com
        Email: hunter@whitfieldbryson.com

        *Attorneys for Plaintiff*