UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE T. MILAZZO |
| Debra Payton,<br>    Plaintiff, | : : : | |
| vs. | : : | |
| Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop US, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira Inc.,<br>    Defendants. | : : : : | |
| Civil Case No.: 2:17-cv-9725 | : : | |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Judge Milazzo on December 9, 2020, at 9:30 a.m. or as soon thereafter as the matter may be heard.

This the 6th day of November, 2020.

                                                WHITFIELD BRYSON LLP

                                                */s/ Daniel K. Bryson*
                                                Daniel K. Bryson
                                                N.C. State Bar No.: 15781
                                                J. Hunter Bryson
                                                N.C. State Bar No.: 50602
                                                PO Box 12638
                                                Raleigh, NC 27605
                                                Phone: 919-600-5000
                                                Facsimile: 919-600-5035

      Email: dan@whitfieldbryson.com
      Email: hunter@whitfieldbryson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 6, 2020.

      */s/ Daniel K. Bryson*
      Daniel K. Bryson