UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) | |

CASE MANAGEMENT ORDER NO. 14H
(AMENDED TRIAL SCHEDULE – TRIALS 3-5)

In light of delays primarily related to the COVID-19 pandemic, the parties have agreed to amend the pretrial deadlines for Trials 3, 4 and 5 as set forth in the attached chart. The Court enters this Case Management Order adopting the amended deadlines proposed by the parties.

New Orleans, Louisiana, this 6th day of November, 2020.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

**Taxotere MDL**
**Revised Trial Schedule (Trials 3-5)**

|  | Trial #3 (505(b)(2)) Amended | Trial #4 (Sanofi MS) Amended | Trial #5 (505(b)(2)) Amended |
|---|---|---|---|
| Trial Pool Nomination ¶ 7(a) | Completed | Completed | Completed |
| Phase I Discovery in Trial Pool Cases ¶ 7(d) | Completed | Wednesday, November 18, 2020 | Wednesday, November 18, 2020 |
| Final Plaintiff Selection - Parties' Nomination ¶ 7(b) | Completed | Wednesday, November 25, 2020 | Wednesday, November 25, 2020 |
| Final Plaintiff Selection - Court's Selection ¶ 7(b) | Completed | Tuesday, December 8, 2020 | Tuesday, December 8, 2020 |
| Preliminary Witness List (new) | Completed | Tuesday, December 22, 2020 | Tuesday, December 22, 2020 |
| Amendments to Pleadings (new) | Completed | Completed | Completed |
| Initial Motions and Briefs* | Completed | Wednesday, January 13, 2021 | Friday, January 15, 2021 |
| Initial Opposition Briefs* | Completed | Wednesday, January 27, 2021 | Friday, January 29, 2021 |
| Initial Reply Briefs* | Completed | Friday, February 5, 2021 | Friday, February 12, 2021 |
| Hearing and Argument (week of:)* | Completed | Monday, February 22, 2021 | Monday, February 22, 2021 |
| Phase II Discovery in Selected Trial Pool Cases | Completed | Friday, March 5, 2021 | Friday, March 19, 2021 |
| Plaintiff Expert Reports ¶ 4(a) | Completed | Friday, March 12, 2021 | Friday, March 26, 2021 |
| Plaintiff Expert depositions ¶ 4(a) | Completed | Friday, April 2, 2021 | Friday, April 30, 2021 |
| Defendant Expert Reports ¶ 4(b) | Completed | Monday, April 12, 2021 | Wednesday, May 5, 2021 |
| Defendant Expert Depositions ¶ 4(b) | Completed | Friday, April 30, 2021 | Wednesday, June 9, 2021 |
| Motions and Briefs ¶ 5(a) | Tuesday, November 17, 2020 | Wednesday, May 5, 2021 | Wednesday, June 16, 2021 |
| Opposition Briefs ¶ 5(b) | Friday, December 11, 2020 | Wednesday, May 26, 2021 | Friday, July 9, 2021 |
| Reply Briefs | Tuesday, December 22, 2020 | Tuesday, June 8, 2021 | Wednesday, July 28, 2021 |
| Hearing and Argument ¶ 5(d) | Mon.-Wed. January 11, 12, and 13, 2021 | Week of June 14, 2021 | Week of 8/2/2021 or 8/9/2021 |
| Final Witness List ¶ 6(b) | Tuesday, March 23, 2021 | Tuesday, June 22, 2021 | Tuesday, August 24, 2021 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Tuesday, March 23, 2021 | Tuesday, June 22, 2021 | Tuesday, August 24, 2021 |
| Jury Questionnaire ¶ 6(a) | Thursday, March 25, 2021 | Friday, June 25, 2021 | Friday, August 27, 2021 |
| Motions in Limine ¶ 6(d) | Tuesday, March 30, 2021 | Tuesday, June 29, 2021 | Tuesday, August 31, 2021 |
| Oppositions to Motions in Limine ¶ 6(h) | Tuesday, April 13, 2021 | Tuesday, July 13, 2021 | Tuesday, September 14, 2021 |
| Counter Designations ¶ 6(e) | Wednesday, April 21, 2021 | Wednesday, July 14, 2021 | Wednesday, September 15, 2021 |
| Objections to Designations ¶ 6(f) | Monday, April 26, 2021 | Monday, July 19, 2021 | Monday, September 20, 2021 |
| Responses to Objections to Designations (new) | Thursday, April 29, 2021 | Thursday, July 22, 2021 | Thursday, September 23, 2021 |
| Submit Designations to Court (new) | Monday, May 3, 2021 | Monday, July 26, 2021 | Monday, September 27, 2021 |
| Final Pretrial Order (new) | Thursday, May 6, 2021 | Thursday, July 29, 2021 | Thursday, September 30, 2021 |
| Final Pretrial Conference ¶ 6(j) | Tuesday, May 11, 2021 | Wednesday, August 4, 2021 | Wednesday, October 6, 2021 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Friday, May 14, 2021 | Friday, August 6, 2021 | Friday, October 8, 2021 |
| Jury Selection | Friday, May 21, 2021 | Friday, August 13, 2021 | Monday, October 18, 2021 |
| Trial | Monday, May 24, 2021 | Monday, August 16, 2021 | Monday, October 18, 2021 |

**\* This initial motion deadline does not require the filing of any motion, and the parties agree that they will not argue that any later-filed motion should have been filed by this deadline.**
**Paragraph (¶) references are to the descriptions in Case Management Order No. 14 (Doc. 3064).**