# United States Court of Appeals for the Fifth Circuit

---

No. 20-30405

---

In re: Taxotere (Docetaxel) Products Liability Litigation

_____

June Phillips,

        *Plaintiff—Appellant*,

*versus*

Sanofi U.S. Services, Incorporated, *formerly known as* Sanofi-Aventis U.S., Incorporated; Sanofi-Aventis, U.S., L.L.C.,

        *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:16-CV-15397

_____

ORDER:

    IT IS ORDERED that the joint motion of Appellant and Appellees to view and obtain sealed documents is GRANTED.

/s/ Patrick E. Higginbotham
Patrick E. Higginbotham
*United States Circuit Judge*