# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-30405    In re: Taxotere Prod Liability
                USDC No. 2:16-MD-2740
                USDC No. 2:16-CV-15397

The court has considered the motion of Sanofi-Aventis, U.S., L.L.C., Sanofi U.S. Services, Incorporated, June Phillips to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Sanofi-Aventis, U.S., L.L.C., Sanofi U.S. Services, Incorporated, June Phillips may obtain all ex parte documents *filed on behalf of* Sanofi-Aventis, U.S., L.L.C., Sanofi U.S. Services, Incorporated, June Phillips, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-416-1475

Ms. Betsy J. Barnes
Ms. Dawn M. Barrios
Ms. Ilana H. Eisenstein
Ms. Rachel Horton
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel
Mr. Douglas John Moore
Mr. Harley Ratliff