UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. Sanofi S.A., et al.*, 2:16-cv-17039

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to the Plaintiff's Motion to Exclude Testimony of Dr. Mamina Turegano (Rec. Doc. 11357) Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the attachments (Exhibits A-B) to the Plaintiff's Motion to Exclude Testimony of Dr. Mamina Turegano under seal.

New Orleans, Louisiana, this 9th day of November, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE