## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:
**Elizabeth Kahn, Case No. 2:16-cv-17039**

## ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits A-E to Plaintiff's Motion to Exclude Dr. Shapiro's Opinions (Rec. Doc. 11361) Under Seal;

**IT IS ORDERED** that said Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibits A-E to Plaintiff's Motion to Exclude Dr. Shapiro's Opinions (Rec. Doc. 11361) under seal.

New Orleans, Louisiana, this 9th day of November, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE