UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Antoinette Durden, Case No. 2:16-cv-16635

## ORDER

Considering the Motion for Leave to File Response to Plaintiff's Opposition to Bill of Costs Against Plaintiff Antoinette Durden, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Response to Plaintiff's Opposition to their Bill of Costs Against Plaintiff Antoinette Durden is hereby entered into the Court's docket.

New Orleans, Louisiana, this 9th day of November, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE