UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE T. MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>VERONICA STURGES v. SANOFI US SERVICES INC., ET AL., EDLA No. 2:17-cv-15694 | Civil Action No.: 2:17-CV-15694 |

**ORDER**

Before the Court is Plaintiff's Motion to Vacate the Notice of Partial Dismissal, seeking to vacate Document 6436 filed on March 7, 2019, with respect to Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC. Plaintiff also seeks to amend her complaint. The Court understands that Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC do not oppose Plaintiff's Motion.

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 9th day of November, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE