# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Deborah Fiske v. Sanofi-Aventis U.S. LLC, | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-10305 | : | |

## ORDER

Before the Court is Plaintiff's counsel's Motion for Substitution of Party (Doc. 11348);

**IT IS ORDERED** that the Motion is **GRANTED** and that **ROY W FISKE,** on behalf of his deceased wife, Deborah Fiske, may be substituted for Deborah Fiske as the proper party plaintiff in this action.

New Orleans, Louisiana, this 9th day of November, 2020.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge