UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Brenda Mixon, No. 18-6581 | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum (Doc. 11352);

**IT IS ORDERED** that the Motion is **GRANTED** and that Defendants' proposed Reply Memorandum in Support of their Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon and Entry of Order to Show Cause, is hereby entered into the Court's docket.

New Orleans, Louisiana, this 9th day of November, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE