UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | : MDL No. 2740 :  : JUDGE JANE TRICHE MILAZZO : MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*PATRICIA L. EATON*
*2:18-cv-00629-JTM-MBN*

## ORDER

Before the Court is Plaintiff's counsel's Motion for Substitution of Party (Doc. 11363);

**IT IS ORDERED** that the Motion is **GRANTED** and that **JOSEPH P. EATON**, on behalf of decedent Patricia L. Eaton, may be substituted for Patricia L. Eaton as the proper party plaintiff in this action.

New Orleans, Louisiana, this 9th day of November, 2020.

United States District Judge