## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | | JUDGE MILAZZO |
| | | MAG. JUDGE NORTH |
| Civil Action No.: 2:18-cv-11919 | | |
| Plaintiff MICHELLE PAWLGIERAK | | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Defendants HOSPIRA, INC. |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 10th day of November, 2020

Counsel for Michelle Pawlgierak

/s/ *D. Todd Mathews*

/s/ *Sara Salger*

/s/ *Samira Khazaeli*

The Gori Law Firm, P.C.
156 N. Main Street
Edwardsville, IL 62025
618-659-9833
todd@gorilaw.com
sara@gorilaw.com
skhazaeli@gorilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10th 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 10, 2020

/s/ *D. Todd Mathews*
*/s/ Sara Salger*
*/s/ Samira Khazaeli*