**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 <br> : <br> : SECTION "H" (5) <br> : |
| THIS DOCUMENT RELATES TO: <br> *Felicia Thorpe v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc.* <br> *Civil Action No. 2:17-cv-14550 JTM-MBN* | : JUDGE JANE TRICHE MILAZZO <br> : MAG. JUDGE MICHAEL NORTH <br> : <br> : <br> : |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL**
**WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

Plaintiff, Felicia Thorpe, departed this life on March 27, 2018.  After diligent search, Plaintiff's next of kin has been located and does not wish to pursue the litigation filed on behalf of Plaintiff.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated:  November 10, 2020

                                                  RESPECTFULLY SUBMITTED,

                                                  Felicia Thorpe, Deceased, Plaintiff

                      BY:    */s/ R. Scott Pietrowski, Esquire*
                                R. SCOTT PIETROWSKI, ESQUIRE
                                MS Bar No. 99387
                                Reeves & Mestayer, PLLC
                                160 Main Street
                                Biloxi, MS   39530
                                (228) 374-5151 (telephone)
                                (228) 374-6630 (facsimile)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on this 10th day of November, 2020.

BY:  /s/ R. Scott Pietrowski
R. Scott Pietrowski, Esquire
MS Bar No. 99387
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS  39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)