UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Juanita Greer, 18-11728<br>Brenda Mixon, 18-6581 | | |

## ORDER

**IT IS ORDERED** that oral argument on the Motion for Judgment on the Pleadings Based on the Statute of Limitations (Doc. 11010) is **CONTINUED** and **RESET** for **November 17, 2020**, at **9:30 a.m.**

**IT IS FURTHER ORDERED** that oral argument on the Motion for Summary Judgment on the Claims of Plaintiff Brenda Mixon (Doc. 10978) is **SET** for **November 17, 2020**, at **9:30 a.m.**

Each party will have seven minutes to argue each Motion.

New Orleans, Louisiana, this 10th day of November, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE