UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

# PRETRIAL ORDER NO. 110

Pretrial Order No. 93 (Doc. 6018) appointed Plaintiffs' counsel to various positions for a term expiring January 1, 2020. The Court has received a request from Plaintiffs' counsel regarding re-appointment. Considering the request, the Court hereby **AMENDS** all Pretrial Orders that relate to the appointment or re-appointment of counsel to various positions in this MDL. Counsel will no longer be required to request re-appointment each year. Instead, counsel will be automatically re-appointed to their positions unless the Court finds cause to remove counsel or counsel requests to be removed. This includes members of the Settlement Committee.

Consistent with this, all counsel holding positions in this MDL, both for Plaintiffs and Defendants, are **RE-APPOINTED**, with the exception of Genevieve Zimmerman, who has asked to be removed from the Plaintiffs' Steering Committee ("PSC"). She is hereby **REMOVED** from the PSC.

**IT IS FURTHER ORDERED** that John Gomez, Andre Mura, Jessica Perez Reynolds, Darin Schanker, and Zachary Wool are **APPOINTED** to the PSC.

New Orleans, Louisiana, this 10th day of November, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE