# EXHIBIT 4

### Linda Bosserman, MD
### Materials Reviewed

- All references listed in the content and footnotes my report.

- Deposition Transcripts and Exhibits:

  Elizabeth Kahn

  Shevonda Thomas, RN

  Carl Kardinal, MD

  Zoe Larned, MD

  Nanae Hangai, MD

  Leslie Fierro

  Amy Freedman, MD

  Ruth Avila

  Suzanne Vercher

  Michael Amoroso

  John Hamm

  Katherine Melancon

  John Glaspy, MD

- Rule 26 Reports:

  Antonella Tosti, MD, 10/21/2019

  David Kessler, MD, 11/6/2018 and 10/21/2019 supplement

  David Madigan, PhD., 10/21/2019

  Laura Plunkett, PhD., 10/21/2019 Ellen

  Feigal, MD, 10/21/2019

  Ellen Feigal, MD, 3/23/2020

  John Glaspy, MD, 12/14/2018

  John Glaspy, MD, trial testimony from Earnest trial

  John Glaspy, MD, 12/9/2019

- Sanofi_02681765

- Sanofi_04876332

- Sanofi_05891812

- Sanofi_05072543

- Sanofi_01268144

- Sanofi_02645200

- Sanofi_01376525

- Clinical Study NSABP, Study B-40 – Elizabeth Kahn

- Protocol of Clinical Trial NSABP, Study B-40

- Photos of Elizabeth Kahn

- 2008 NCCN Guidelines

- 2008 NCCN Patient Guidelines

- 2016 NCCN Patient Guidelines

- Taxotere Labels
  - 5/2004
  - 9/2007
  - 5/2010
  - 8/2011
  - 12/2011
  - 12/2015
  - 10/2018
  - 6/2019

- Ms. Kahn's Medical Records obtained by defendant:
  - ➢ CVS Pharmacy
  - ➢ Ochsner Health System

2

- ➢ Ochsner Health System, Ochsner Baptist Medical Center

- ➢ Ochsner Baptist Health System

- ➢ Ochsner Center for Primary Care and Wellness

- ➢ Ochsner Health System, Ochsner Medical Center

- ➢ Ochsner Health Center, Elmwood

- ➢ Metairie Road Dermatology

- ➢ Robert Balkin, MD

- ➢ Margaret Pelitere, MD

- ➢ Lieselotte Tansey Breast Center at Ochsner

- ➢ MD Claiborne & Associates

- ➢ Jefferson Parish Public Schools (Employment Records)

- Ms. Kahn's Medical Records from Ochsner Main Campus

- M. Bertrand et al., *Permanent Chemotherapy Induced Alopecia in Early Breast Cancer Patients After (Neo)adjuvant Chemotherapy: Long Term Follow Up*, Abstract P3-09-15 at 36th Annual San Antonio Breast Cancer Symposium (2013).

- H. Bourgeois et al., *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer*: *Alert for Emerging Side Effect: French ALOPERS Observatory*

- 69 CANCER RES. 3174 (2009); H.P. Bourgeois et al., *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory*, 21(8) ANNALS OF ONCOL. Viii83-84 (2010).

- John P. Crown et al., *Incidence of Permanent Alopecia Following Adjuvant Chemotherapy in Women with Early Stage Breast Cancer*, 35(15) J. CLIN. ONCOL. supplement e21576 (2017).

- Athina Fonia et al., *Permanent Alopecia in Patients with Breast Cancer After Taxane Chemotherapy and Adjuvant Hormonal Therapy: Clinicopathologic Findings in a Cohort of 10 Patients,* 76(5) J. AM. ACAD. DERMATOL. 948-57 (2017).

- Azael Freites-Martinez, MD et al., *Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia*, JAMA DERMATOL. (published online March 6, 2019).

3

- Danbee Kang et al., *Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study*, 23 THE ONCOLOGIST 1-7 (2018).

- Gun Min Kim et al., *Chemotherapy-Induced Irreversible Alopecia in Early Breast Cancer Patients*, 163 BREAST CANCER RES. TREAT. 527-33 (2017).

- Nicolas Kluger et al., *Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients*, 23 ANNALS OF ONCOL. 2879 (2012).

- Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) BREAST CANCER RES. TREAT. 627-34 (2018).

- Miguel Martín et al., *Correction to: Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) BREAST CANCER RES. TREAT. 635-36 (2018).

- Pat Masidonski, RN & Suzanne M. Mahon, RN, *Permanent Alopecia in Women Being Treated for Breast Cancer*, 13(1) CLIN. J. ONCOL. NURS. 13-14 (2009).

- Mariya Miteva, MD et al., *Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases*, 33(4) AM. J. DERMATOPATHOL. 345 (2011).

- J.M. Nabholtz et al., *Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First- Line Chemotherapy for Metastatic Breast Cancer*, 19(2) J. CLIN. ONCOL. 314-21 (2001).

- Ioulios Palamaras, MD et al., *Permanent Chemotherapy-Induced Alopecia: A Review*, 64(3) J. AM. ACAD. DERMATOL. 604 (2011).

- Christos Prevezas et al., *Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer*, 169 BRIT. J. DERMATOL. 881-98 (2009).

- S.M. Sedlacek, *Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel After Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer*, 100 BREAST CANCER RES. TREAT. s116 (2006).

- Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333-36 (2010).

4

- Nicola J. Thorp et al.*,* Abstract P5-17-04, *Long Term Hair Loss in Patients with Early Breast Cancer Receiving Docetaxel Chemotherapy,* 75(9) CANCER RES. (2015).

- Antonella Tosti, MD et al., *Docetaxel and Permanent Alopecia*, 68(5) J. AM. ACAD. DERMATOL. e151 (2013).

- Tyler Werbel & Philip R. Cohen, *Persistent Alopecia in a Breast Cancer Patient Following Taxane Chemotherapy and Adjuvant Endocrine Therapy: Case Report and Review of Post-treatment Hair Loss in Oncology Patients with Breast Cancer*, 10(7) CUREUS e3056 (2018).

- https://breast.predict.nhs.uk/tool