# EXHIBIT 5

# EXHIBIT A

# REFERENCES

1. Jennifer V. Nguyen et al., *The HoVert Technique: A Novel Method for the Sectioning of Alopecia Biopsies*, 38(5) J CUTAN PATHOL 401-06 (2011).

2. Leonard C. Sperling, MD, *Hair Density in African Americans*, 135(6) ARCH. DERMATOL. 656-68 (1999).

3. Basilio FMA, Mulinari-Brenner F, Werner B, Rastelli GJC, *Clinical and Histological Study of Permanent Alopecia After Bone Marrow Transplantation*, 90(6) AN BRAS DERMATOL. 814 (2015).

4. Mariya Miteva, MD et al., *Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases*, 33(4) AM. J. DERMATOPATHOL. 345 (2011).

5. Christos Prevezas et al., *Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer*, 160 BRIT. J. DERMATOL. 881 (2009).

6. Rubio-Gonzalez, MD et al., *Pathogenesis and Treatment Options for Chemotherapy-Induced Alopecia: A Systematic Review*, INTERNATIONAL J. DERMATOL. (2018).

7. Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010).

8. Antonella Tosti, MD et al., *Docetaxel and Permanent Alopecia*, 68(5) J. AM. ACAD. DERMATOL. e151 (2013).

9. Antonella Tosti, MD et al., *Permanent Alopecia After Busulfan Chemotherapy*, 152 BRIT. J. DERMATOL. 1056 (2005).

10. Diana Tran, MB, BS et al., *Permanent Alopecia Following Chemotherapy and Bone Marrow Transplantation,* 41 AUSTRALAS. J. DERMATOL. 106 (2000).

11. Ralph M. Trueb, MD, *Chemotherapy-Induced Alopecia*, 4(4) CURRENT OPINION IN SUPPORTIVE & PALLIATIVE CARE 281 (2010).

12. Alexandra Villasante, MD et al., *Chemotherapy-Induced Alopecia*, 2(2) J. CLIN. INVESTIGAT. DERMATOL. 8 (2014).

13. Tyler Werbel, et al., *Persistent Alopecia in a Breast Cancer Patient Following Taxane Chemotherapy and Adjuvant Endocrine Therapy: Case Report and Review of Post-Treatment Hair Loss in Oncology Patients with Breast Cancer,* (10)7 CUREUS e3056 (2018).

14. Freites-Martinez et al., CME part 1: *Hair Disorders in Cancer Patients*, J. AM. ACAD. DERMATOL. (2018).
15. Freites-Martinez et al., CME part 2: *Hair Disorders In Cancer Survivors Persistent Chemotherapy-Induced Alopecia, Persistent Radiotherapy-Induced Alopecia, and Hair Growth Related to Endocrine Therapy of Cancer Surgery*, J. AM. ACAD. DERMATOL. (2018).
16. Choi M, et al., *Clinical Characteristics Of Chemotherapy-Induced Alopecia In Childhood*. 70(3) J. AM. ACAD. DERMATOL. 499 (2014).
17. Leonard C. Sperling et al., *An Atlas of Hair Pathology with Clinical Correlations* (2nd ed.) (2012).