# EXHIBIT 7

Page 1

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2
                      MDL No. 2740
3                     SECTION:  H
4    IN RE: TAXOTERE (DOCETAXEL)
5    PRODUCTS LIABILITY LITIGATION
6    This Document Relates To:
7    Sheila Crayton, Case No. 2:17-cv-05923;
     Cynthia Thibodeaux, Case No. 2:16-cv-15859;
8    _____/
9                              1633 North Bayshore Drive
                               Miami, Florida
10                             December 12, 2019
                               9:08 a.m. - 6:13 p.m.
11
12          VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
13       Taken before SUZANNE VITALE, R.P.R., F.P.R.
14   and Notary Public for the State of Florida at Large,
15   pursuant to Notice of Taking Deposition filed in the
16   above cause.
17
18
19
20
21
22
23
24
25

Page 10

1  Q. Is this your copy of the book?
2  A. Yes. I have many copies, so I can give
3  you this copy.
4  Q. Thank you.
5     MR. SEARS: Well, I'll go ahead and mark
6  this as Exhibit 2.
7     (Thereupon, the referred-to document was
8  marked by the court reporter for Identification as
9  Defendants' Exhibit 2.)
10 BY MR. SEARS:
11 Q. And I'll look over it a little bit during
12 a break, but is there anything in this book in
13 particular about persistent alopecia in chemotherapy
14 regimens?
15    MR. SCHANKER: Objection, form.
16    THE WITNESS: Yes. There is a chapter on
17    hair disorders due to cancer medications, and
18    there is a -- permanent alopecia is discussed.
19 BY MR. SEARS:
20 Q. Who wrote that chapter?
21 A. I wrote that chapter with Freites
22 Martinez.
23 Q. He's the doctor that appeared on a couple
24 of CME articles, I believe?
25    MR. SCHANKER: Objection, form.

Page 11

1     THE WITNESS: Yes, CEs.
2  BY MR. SEARS:
3  Q. Did he primarily write that chapter or did
4  you?
5     MR. SCHANKER: Objection, form.
6     THE WITNESS: He did the draft, and then I
7     corrected the chapter.
8  BY MR. SEARS:
9  Q. Do you think that he's an expert with
10 regard to chemotherapy regimens and persistent
11 alopecia?
12    MR. SCHANKER: Objection, form.
13    THE WITNESS: I think somehow, he is
14    because he wrote a lot on status, this topic.
15    He's a young doctor, and this is more a review
16    because it's a book.
17 BY MR. SEARS:
18 Q. Do you think he's one of the leading
19 authorities in the world about chemotherapy regimens
20 and alopecia?
21    MR. SCHANKER: Objection, form.
22    THE WITNESS: No, I don't think so.
23 BY MR. SEARS:
24 Q. Can you think of anyone that is a greater
25 authority than he is regarding chemotherapy regimens

Page 12

1  and alopecia?
2     MR. SCHANKER: Objection, form.
3     THE WITNESS: Dermatologically, because
4     chemotherapy regimen, alopecia -- sorry, I
5     understand the question now.
6     I believe I am definitely more than him,
7     or Dr. Lacouture is more than the Freites
8     Martinez, more than him.
9  BY MR. SEARS:
10 Q. So back to Exhibit A. Number 14 asks for
11 a list of expert reports and depositions reviewed by
12 you in connection with your report or in preparation
13 for your deposition in this matter.
14    And in the objections that were filed, it
15 stated that you reviewed Dr. Thompson and
16 Dr. Madigan's expert reports.
17 A. I did.
18 Q. Why did you review Dr. Madigan's expert
19 report?
20    MR. SCHANKER: Objection, form.
21    THE WITNESS: I just reviewed the report
22    because of the statistical part, but I'm not a
23    statistician. And to be honest, I didn't
24    understand a lot from the report, but I rely on
25    the conclusion.

Page 13

1  BY MR. SEARS:
2  Q. Did you ask to review that report?
3  A. No, I did not.
4  Q. I think it was in your answer, but you're
5  not a statistician, are you?
6  A. I'm not a statistician.
7  Q. Based upon your review of that report,
8  what do you think the conclusion was?
9     MR. SCHANKER: Objection, form.
10    THE WITNESS: The conclusion was that
11    permanent alopecia due to chemotherapy was
12    statistically more common with docetaxel than
13    with other drugs.
14 BY MR. SEARS:
15 Q. What did Dr. Madigan review to reach that
16 conclusion?
17    MR. SCHANKER: Objection, form.
18    THE WITNESS: As far as I know, he
19    reviewed the clinical trials and he review
20    the -- I believe he reviewed the side effects
21    that were reported to the company after the
22    drug was in the market -- the side effects
23    reported.
24 BY MR. SEARS:
25 Q. Have you had any conversations with

|  | Page 150 |
|---|---|
| 1 | Q. So it's not important to your opinions |
| 2 | when Taxotere was introduced or when |
| 3 | cyclophosphamide was introduced or when adriamycin |
| 4 | was introduced on the market? |
| 5 | MR. SCHANKER: Objection, form. |
| 6 | THE WITNESS: This is just a small piece |
| 7 | of a puzzle, okay? And that's diagnosis in |
| 8 | medicine. |
| 9 | You take different pieces and put |
| 10 | everything together. |
| 11 | BY MR. SEARS: |
| 12 | Q. So does the introduction date of various |
| 13 | drugs used to treat chemotherapy play any role in |
| 14 | your conclusions in this litigation? |
| 15 | MR. SCHANKER: Objection, form. |
| 16 | THE WITNESS: Yes, it does. It's a piece |
| 17 | of the puzzle. |
| 18 | BY MR. SEARS: |
| 19 | Q. If I understand what you're saying is |
| 20 | there are more reports of PCIA after Taxotere was |
| 21 | introduced; is that right? |
| 22 | MR. SCHANKER: Objection form. |
| 23 | THE WITNESS: I would say that except for |
| 24 | the busulfan, so problem, yes, the only report |
| 25 | came after Taxotere was introduced. |

|  | Page 151 |
|---|---|
| 1 | BY MR. SEARS: |
| 2 | Q. So why I'm asking you about survival |
| 3 | statistics is, do you know if women were living long |
| 4 | enough to be able to report PCIA when treated for |
| 5 | breast cancer before the advent of taxanes? |
| 6 | MR. SCHANKER: Objection, form. |
| 7 | THE WITNESS: I think they live at least |
| 8 | six months. |
| 9 | BY MR. SEARS: |
| 10 | Q. Have you looked at that at all? |
| 11 | A. I didn't look, but I'm sure they live at |
| 12 | least six months. |
| 13 | Q. So in the Taxol regimens included in the |
| 14 | quality of life paper, what drug in the Taxol |
| 15 | regimen was causing the PCIA? |
| 16 | MR. SCHANKER: Objection, form. |
| 17 | THE WITNESS: I think Taxol. |
| 18 | BY MR. SEARS: |
| 19 | Q. The study also said there was moderate to |
| 20 | significant clinical improvement in 36 of 54 |
| 21 | patients who were treated with minoxidil and/or |
| 22 | spironolactone, right? |
| 23 | A. Yes, it says. |
| 24 | Q. The study said that you can see grade 2 |
| 25 | alopecia from aromatase inhibitors and Tamoxifen, |

|  | Page 152 |
|---|---|
| 1 | right? |
| 2 | MR. SCHANKER: Objection, form. |
| 3 | THE WITNESS: Yes. |
| 4 | BY MR. SEARS: |
| 5 | Q. The study said that you can see eyebrow |
| 6 | and eyelash loss with -- let me start over again. |
| 7 | The study said that you can see eyebrow |
| 8 | and eyelash loss with aromatase inhibitors and |
| 9 | Tamoxifen, right? |
| 10 | A. Yes. Less frequently than with taxane, |
| 11 | but, yes. |
| 12 | Q. Do you know what the USMLE is? |
| 13 | MR. SCHANKER: Objection, form. |
| 14 | THE WITNESS: What, what? |
| 15 | BY MR. SEARS: |
| 16 | Q. The US -- United States -- MLE, medical |
| 17 | licensing exam. Do you know what that is? |
| 18 | A. Yes. |
| 19 | Q. Did you ever have to take that? |
| 20 | A. No, because I was given my license for |
| 21 | extraordinary ability. My license, medical license, |
| 22 | was given me because of my extraordinary abilities. |
| 23 | Q. Do you know whether doctors who graduate |
| 24 | from medical schools in the United States have to |
| 25 | take that exam before becoming licensed? |

|  | Page 153 |
|---|---|
| 1 | MR. SCHANKER: Objection. |
| 2 | THE WITNESS: Yes. We do the same, |
| 3 | something exactly the same in Europe. |
| 4 | BY MR. SEARS: |
| 5 | Q. So I think we talked about this a little |
| 6 | bit last time, but there's various hair cycles, |
| 7 | right? |
| 8 | A. Various? |
| 9 | Q. Hair cycles. The hair goes through |
| 10 | cycles? |
| 11 | A. The hair cycle, yes. There is one hair |
| 12 | cycle, various phases. |
| 13 | Q. That's a better way of saying it, thank |
| 14 | you. |
| 15 | And so one of the phases is the telogen |
| 16 | phase, right? |
| 17 | A. Yes. |
| 18 | Q. Another phase is the anagen phase? |
| 19 | A. Yes. |
| 20 | Q. And if hair comes out during the telogen |
| 21 | phase, that can unveil underlying androgenetic |
| 22 | alopecia, can't it? |
| 23 | MR. SCHANKER: Objection, form. |
| 24 | THE WITNESS: I didn't understand. I need |
| 25 | you to reformulate the question. The question |