# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

| | | |
|---|---|---|
| IN RE: TAXOTERE | : | MDL NO. 2740 |
| (DOCETAXEL) PRODUCTS | : | SECTION: "H" |
| LIABILITY LITIGATION | : | |
| | : | JUDGE MILAZZO |
| THIS DOCUMENT RELATES | : | MAG. JUDGE NORTH |
| TO: | : | |
| | : | |
| ALL CASES | : | |

- - -

October 20, 2020

- - -

Videotaped remote deposition of DR. AZAEL FREITES-MARTINEZ, taken pursuant to notice, was held via Zoom Videoconference at 12:38 p.m., Western European Time, on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Dr. Azael Freites-Martinez

Page 30

1   curriculum vitae.
2           (Document marked for
3   identification as Exhibit
4   Martinez-4.)
5           MR. MICELI: I do have to
6   change something. I apologize.
7   Keeps going back and forth here,
8   Doctor.
9           As Exhibit Number 4, I'm
10  going to put your CV.
11  BY MR. MICELI:
12      Q.  And I need to pull your CV
13  up, go back and share my screen with you.
14  Very cumbersome. I apologize.
15          All right. Can you see your
16  CV on your screen, Doctor?
17      A.  Yes.
18      Q.  Okay. And this is a
19  seven-page document that we received
20  along with your most recent report.
21          And I'm just going to flip
22  through it. I'll enlarge it a little bit
23  so my poor eyes can see it.
24          But does this include all of

Page 31

1   your education and training?
2       A.  Yeah.
3       Q.  Okay. The positions you've
4   held are included here at the bottom, and
5   then we can go to the next page if you
6   confirm that at least for these dates,
7   these positions are correct.
8       A.  Correct.
9       Q.  Okay. Then you have two
10  additional positions, correct?
11      A.  Yes. I'm not co-physician,
12  just an associate -- associate professor
13  in clinical dermatology at Universidad
14  Europea in Madrid.
15      Q.  I'm sorry. I think you're a
16  going to have to repeat that last one for
17  me. I didn't quite get that. Is it the
18  University Europea?
19      A.  Yeah. Universidad Europea.
20  It's basically, European University in
21  Madrid, Spain.
22      Q.  Right. That's what this is
23  right here, correct?
24      A.  Correct.

Page 32

1       Q.  Now, we'll talk about that
2   in a little bit. But currently, are
3   you -- as an associate professor, do you
4   teach didactic classroom courses, or are
5   you a clinical professor -- associate
6   professor?
7       A.  It's both of them. I teach
8   in classrooms at the hospital, and also
9   receive the students of last year of
10  medicine in my clinic, for them to see --
11      Q.  Okay.
12      A.  -- routine scenario, real
13  clinical dermatology.
14      Q.  Okay. Now -- and is that in
15  the -- I have to go back to the last
16  page. Is your clinic in the Ruber Juan
17  Bravo hospital complex?
18      A.  Yes. That's one of my --
19      Q.  Okay. That's one of your
20  clinics?
21      A.  Yes.
22      Q.  Okay. Where is the other --
23      A.  That clinic is -- I'm
24  responsible in that of the dermatology

Page 33

1   unit at the Hospital Ruber Juan Bravo, or
2   Juan Bravo Hospital, in Madrid, where I
3   take care of cancer patients about their
4   adverse events on the cancer therapy,
5   especially on hair problems in cancer
6   patients.
7           And I also --
8       Q.  And --
9       A.  -- work -- sometimes I
10  work in the Canary Islands too as a
11  dermatologist, and I also receive
12  referrals from different doctors about
13  the same topic, from dermatologists.
14      Q.  Okay. That's very good.
15          How much time do you
16  spend -- on an average month, do you
17  spend in the Canary Islands versus
18  Madrid?
19      A.  It would be easier if we go
20  through percentages. But it might be 60
21  and 40 percent.
22      Q.  60 in the Canary Islands, 40
23  in --
24      A.  In Madrid, yes.

Page 46

1  not included as a part of the
2  board-certified dermatology, American
3  board-certified dermatology because the
4  fellowship in the United States are
5  usually few, very few for dermatology.
6          There's only a fellowship
7  for MOHS surgery.  There is a fellowship
8  for pediatric dermatology.  But there's
9  not actually an official oncodermatology
10 fellowship in the United States.
11      Q.  Okay.  And so how many other
12 individuals were participating in the
13 research -- clinical research fellowship
14 that you were participating in at the
15 time that you were there?  Was it just
16 you?
17      A.  No.  In total, we were seven
18 doctors from all over, including -- most
19 of us work from overseas, all -- certain
20 dermatologists from other parts.  And
21 also -- but in oncodermatology, just in
22 my field, was me, only me for two years.
23 And there was another doctor from Taiwan,
24 and he spent one year doing only

Page 47

1  immunotherapy-related adverse events.
2      Q.  Okay.  So --
3      A.  I spent my two years only on
4  hair problems in cancer patients and
5  cancer survivors.
6      Q.  Right.  And I think I
7  understood that.  And then you -- but you
8  said that there was this Taiwanese doctor
9  who did a one-year clinical research
10 fellowship, but you did a two-year
11 research fellowship, but you were the
12 only one doing oncodermatology, correct,
13 during that two years?
14      A.  During two years, I was the
15 only dermatologist involved.  But there
16 was people coming in and living.  They
17 spent not the official two years as I
18 did.
19      Q.  Okay.
20      A.  There was another doctor,
21 that he left, like, six months after I
22 arrived.  There was this other Taiwanese
23 doctor, that she spends a year there, and
24 then she left.  There was another

Page 48

1  student, medical student coming, and they
2  used to work with us.
3          So but the only, let's say,
4  official fellow -- which also, I was
5  coordinating every fellow at that time
6  during those two years, was me, in
7  oncodermatology, working under the cover
8  of Dr. Mario Lacouture.
9      Q.  Right.  That's where I --
10 that was my next question.  You were
11 directly under Dr. Mario Lacouture,
12 correct?
13      A.  Correct.
14      Q.  Okay.  During that two
15 years, because you did not seek licensure
16 in the United States, your clinical
17 research fellowship focused on research,
18 and you were not treating patients in the
19 United States, correct?
20      A.  I was looking at patients,
21 diagnosing patients with images and also
22 with real patients.  What I was not
23 allowed was just to prescribe
24 medications.  But, for example, the

Page 49

1  general practice was that I --
2  Dr. Lacouture gave me the information of
3  the patient.  I see the patients go, and
4  I make the diagnosis.  I discuss with
5  him.  In the meantime, was doing other
6  stuff.  But at the end, who was
7  prescribed was Dr. Lacouture, yes.
8      Q.  Did you --
9      A.  But we make the decision
10 together.
11     Q.  Right.  And -- but you
12 were -- in the work that you did
13 clinically, you did with Dr. Lacouture
14 and under his supervision, correct?
15     A.  Correct.
16     Q.  Okay.  And who billed for
17 the services that you provided was
18 Dr. Lacouture, correct?
19     A.  Correct.
20     Q.  Okay.  And yourself not
21 being a licensed physician, could not
22 bill for services, correct?
23     A.  Correct.  But I was
24 experienced fellow.

13 (Pages 46 to 49)

Page 78

1    Q.  Right. But
2  Dr. Freites-Martinez, it is appropriate
3  to disclose where your funding comes
4  from, right?
5    A.  Yes.
6    Q.  Okay. That's proper and
7  that's the way things are supposed to be
8  done in research, correct?
9    A.  Yes.
10   Q.  And this is what partially
11 funded or some of this money went toward
12 the work that was done and resulted in
13 the JAMA Dermatology article, correct?
14   A.  Which JAMA Dermatology
15 article you are referring to?
16   Q.  The 2000 --
17   A.  Because I have --
18   Q.  The 2019 quality of life
19 survey -- or quality of life
20 retrospective cohort analysis.
21   A.  Yes. As you can see there,
22 you have two funding support. And you
23 have my scholarship, let's say, of this
24 Fundación Piel Sana from Spain, and also

Page 79

1  the RJR grant. So, yes, those are
2  there -- were part of the funding.
3         But also as you can see,
4  there's a CA008748 grant, which is an MSK
5  grant, and every paper that published MSK
6  under -- where any medical student that
7  was part of a research program that MSK
8  have, have to be cited that funding
9  support.
10   Q.  Okay. The only reason that
11 I was asking that is because
12 Dr. Lacouture is listed as the primary
13 investigator, and the amount listed is
14 $1 million. That $1 million was granted
15 to Dr. Lacouture for this work, correct?
16   A.  Yes. But he's not the
17 senior author of this paper because of
18 that. It's just because every time, when
19 you publish a paper at MSK, you have to
20 do it as the last or senior author, just
21 to -- they're responsible for that
22 research -- of that research. Even if
23 it's just a case report, you need to
24 include as a last author the doctor or

Page 80

1  the responsible doctor of the research at
2  that time.
3    Q.  I understand -- I understand
4  that. Let's keep moving down through
5  your research grants. It says from
6  July '17 to July '18 you were a primary
7  investigator and granted $45,000 for a
8  grant that studied shared decisionmaking
9  in patients with gynecologic malignancies
10 receiving chemotherapies with permanent
11 alopecia, correct?
12   A.  Correct.
13   Q.  Okay. And that is the only
14 grant that is listed on your CV where you
15 are a primary investigator for an issue
16 involving permanent alopecia, correct?
17   A.  Correct. But I also have
18 this other one that I didn't include in
19 my CV, that if you want, you can add it
20 there, which is the grant from Fundación
21 Piel Sana from Spain for doing cancer
22 research.
23   Q.  Okay. I thought just a
24 moment ago, you told me that grants are

Page 81

1  handled differently in Spain and you just
2  do research as a part of your practice.
3  Is that true or untrue?
4    A.  Yes.
5    Q.  Thank you. Now, when you
6  finished your -- when you finished your
7  clinical research fellowship with Dr.
8  Lacouture at Memorial Sloan Kettering,
9  you took a position as an attending
10 physician at Vithas clinic in Santa
11 Catalina -- or Catalina in Las Palmas in
12 Gran Canaria, correct?
13   A.  Correct.
14   Q.  Okay. I want to see if we
15 can -- I need to stop sharing this for
16 one moment. I need to get two other
17 exhibits prepared.
18        MR. MICELI:  That's not the
19    one I need.
20        We are up to -- is it --
21        THE COURT REPORTER:  Six.
22        MR. MICELI:  -- six.
23    Exhibit 6.
24        (Document marked for

Dr. Azael Freites-Martinez

Page 82

1  identification as Exhibit
2  Martinez-6.)
3       MR. MICELI: I can't do that
4       yet. I have to go back to my
5       screen with you.
6  BY MR. MICELI:
7       Q. I'm going to share my screen
8  with you again. I'm trying to figure out
9  something, Doctor. I'm trying to find
10 information about the Vithas clinic. Do
11 you recognize the website that lists the
12 specialties at Vithas Clinica?
13      A. Well, could be. But I
14 haven't checked that website anytime in
15 my life.
16      Q. All right then. Have you --
17 let's take that down then.
18          Does Vithas have a devoted
19 clinic to oncodermatology? Or the
20 general -- you list on your CV that
21 you're an attending dermatologist. You
22 don't list -- you don't list the
23 subspecialty in oncodermatology. Do you
24 have a oncodermatology clinic in the

Page 83

1  Canary Islands?
2       A. I actually have works -- or
3  serve as a referral for patients with
4  this condition. So they send the
5  patients to me, when there's a patient
6  out there with a problem that they needs
7  attention.
8           But I used to work at that
9  clinic as dermatologist, yes.
10      Q. Okay. As a general
11 dermatologist, not just an
12 oncodermatologist, correct?
13      A. As a dermatologist. I am a
14 dermatologist.
15      Q. Right. I understand. What
16 I'm trying to get at is when you left --
17 when you left Sloan Kettering, Memorial
18 Sloan Kettering and you moved to the
19 Canary Islands, you did not join a
20 dermatology clinic that specialized
21 specifically in oncodermatology like
22 Dr. Lacouture, or Dr. -- well, like
23 Dr. Lacouture does, and you went and you
24 were an attending dermatologist at a

Page 84

1  clinic or medical center, correct?
2       A. Yes, I was receiving every
3  patients with cancer conditions like
4  that. But there, you know, I was -- from
5  the states to a new place. So it's
6  something that you have to build on
7  during the time.
8           Anyone have -- just drop in
9  a oncodermatology clinic. And actually,
10 for example. I'm nowadays leading the En
11 Caddo (ph) group, which is the European
12 task force for adverse events on the
13 cancer therapy working together with Dr.
14 Vincent Sibaud just to lead and organize
15 this field in Spain and in Europe.
16          So we are working on that
17 topic right now just to actually build,
18 as it's a lacking point in dermatology,
19 in the dermatology field, and basically
20 the world because just -- field services
21 in the United States also have
22 oncodermatology. So what we're trying to
23 do here is just to create that.
24          And that's what I have now

Page 85

1  based in Madrid, my oncodermatology
2  clinic there. And we are trying to --
3  and when I say we, we are a group of 20
4  dermatologists of all Europe are working
5  intensely on that topic just to realize
6  and make it happen everywhere.
7       Q. Okay.
8       A. So I worked with oncologists
9  here and there for help patients --
10 helping patients, help with breast cancer
11 patients, or any patient with any
12 problem. But I especially focused on
13 hair problems in cancer patients.
14      MR. MICELI: Okay. I'm
15      going to move to strike because
16      it's nonresponsive to my question.
17 BY MR. MICELI:
18      Q. I asked about whether or not
19 you joined an oncodermatology clinic in
20 the Canary Islands.
21          And what you just described
22 to me, sir, is what you've been doing in
23 Madrid since you moved -- since you
24 listed that part of your practice on your

22 (Pages 82 to 85)

Dr. Azael Freites-Martinez

Page 86

1    CV in January of 2020, correct?
2            MR. SEARS:  Objection.
3        Form.
4            THE WITNESS:  Yes.
5    BY MR. MICELI:
6        Q.  Okay.
7        A.  And I've been working as a
8    dermatologist here also receiving any
9    patient with any hair problems and cancer
10   patient problems -- and cancer problems,
11   sorry.
12       Q.  Okay.  Right.  Now the --
13   the Vithas clinic that you worked in or
14   medical center that you worked in, is not
15   the only hospital in the Canary Islands
16   that treats patients for dermatology
17   conditions, correct?
18       A.  Correct.
19       Q.  Okay.  And you said before
20   at the beginning of the longer answer you
21   gave a moment ago, that you receive all
22   patients that receive cancer treatments.
23           Now, it's not your statement
24   that you receive, as referrals, every

Page 87

1    patient who has received cancer therapy
2    and may or may not have lost some hair,
3    correct?  That's not what you're saying,
4    is it?  On the --
5        A.  Nobody --
6        Q.  You don't receive every
7    patient on Canary Islands?
8        A.  Nobody can do that anywhere.
9        Q.  Understood.  I just want to
10   make sure we're not -- we're not
11   overstating what you do in the Canary
12   Islands.  You worked as a dermatologist,
13   and you have a special interest that you
14   have trained for in oncodermatology,
15   correct?
16       A.  Correct.
17       Q.  Okay.  But since receiving
18   your training at Memorial Sloan
19   Kettering, you did not immediately go and
20   join a subspecialized group in
21   oncodermatology.  You worked primarily as
22   an attending dermatologist, correct?
23       A.  Basically if you move from
24   New York, from MSK, to any other hospital

Page 88

1    out in the United States, you don't have
2    that option because there are only few
3    hospitals that specialize in the United
4    States in oncodermatology.  So you have
5    maybe five clinics in all the United
6    States.
7            So what I'm trying to
8    clarify to you is oncodermatology is
9    basically a new field that is growing
10   around the world.
11           And I am part of the leaders
12   trying to promote this in Europe.  And
13   that's what we're trying to do.  I -- you
14   cannot expect that anyone will move from
15   MSK to another oncodermatology clinic in
16   Europe because basically we're lacking of
17   them.  And that's what we're building
18   right now in Europe.
19       Q.  Okay.  And what you're
20   building right now in Europe is something
21   that you started.  Your interest has gone
22   back farther, but you took this new
23   position in Madrid in January of this
24   year, correct?

Page 89

1        A.  Yes, I took that position in
2    January.
3        Q.  Okay.  And when you took
4    that position in January, that's when you
5    began building what you're describing in
6    Europe, correct?
7            MR. SEARS:  Objection.
8        Form.
9            THE WITNESS:  No.  I begin
10   it when I was in New York.
11   BY MR. MICELI:
12       Q.  No, I understand.
13       A.  I'm trying to work --
14       Q.  I'm -- Doctor, hold on.
15           I'm focusing on your time
16   after --
17       A.  Okay.
18       Q.  -- you left New York.  Okay.
19   I don't want to go back to New York.
20   We're moving forward in time.  You moved
21   to the Canary Islands.  And what I heard
22   you say -- and I'm going to
23   re-characterize it a little bit -- is
24   that there's not very many

23 (Pages 86 to 89)

Page 130

1  A. Correct.
2  Q. Okay. Now, for that time
3  period, that eight-year time period your
4  involvement, or your ability to even be
5  involved in that multi-center cohort
6  analysis was from June of 2006 to July of
7  2017, because you weren't -- you were not
8  at Sloan Kettering and involved in your
9  research fellowship from 2009 to June of
10 2016, right?
11 A. Right.
12 Q. Okay. And then when you
13 say -- up top there, when you say you
14 have recently published the largest
15 dermatology-driven blinded retrospective
16 analysis, you don't mean that you did
17 everything. You had a number of
18 individuals, including Dr. Lacouture and
19 Dr. Shapiro, who were involved in both of
20 the CMEs that preceded this out of that
21 cohort, and were involved in the
22 publication and writing of this article,
23 right?
24 A. Yes. When I say I, because

Page 131

1  I am the first author of these papers.
2  So usually when you talk about your own
3  paper, you refer as an "I have recently,"
4  because of you are the main author of the
5  paper.
6  Q. Okay. In January of 2019 --
7  or 2009 you were finishing your last year
8  of medical school, right?
9  A. Yes.
10 Q. Okay. And then you did some
11 training in Venezuela before you moved to
12 Madrid to spend four years that ended in
13 June of 2016, correct?
14 A. No, I just work a year as a
15 doctor there. And then I moved on to
16 Spain, yes.
17 Q. Right.
18 A. I worked as a doctor there,
19 as a general practitioner for a year.
20 And then --
21 Q. Okay.
22 A. -- I moved to Spain for
23 doing my residency for four year of
24 training as a dermatologist.

Page 132

1  Q. Okay. And then you
2  concluded that in 2016. And then you
3  moved to your position as a research
4  fellow for Dr. Lacouture, correct?
5  A. Yes. Clinical research
6  fellow.
7  Q. So the creation of the
8  cohort population from which this study,
9  or this analysis was done, was compiled
10 before you ever were even accepted as a
11 research fellow at Memorial Sloan
12 Kettering, right?
13 A. No. Basically, we create a
14 cohort at the time, because this is a
15 retrospective study. We did it at the
16 time that we were there, or when I was
17 there.
18 Q. Ah, okay.
19 A. So there were patients from
20 that point to 2009.
21 Q. Okay. So what you're saying
22 is when you say that this was a
23 retrospective multi-center cohort study
24 over an eight-year period, you're not

Page 133

1  saying that the study lasted for eight
2  years, right?
3  A. No. This is a retrospective
4  study, when you analyze every patient
5  that was there at the clinic with the
6  diagnosis of.
7  Q. Okay. Well, there and the
8  other two that were in Italy and --
9  Naples, Italy and Toulouse, France,
10 right?
11 A. Were -- those were the other
12 people that responded our e-mail for any
13 patients who would participate in this
14 cohort, because as you know, there are
15 other authors, but they did not meet any
16 patients at any point, probably because
17 they didn't have so many patients about
18 this topic.
19 Q. Okay. I'll stop sharing the
20 screen for just a moment.
21    I apologize. We've talked
22 about so many things, I'm scratching out
23 some things on my outline.
24 A. No worries.