# EXHIBIT 9

Jerry Shapiro, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- - -

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | |
| PRODUCTS LIABILITY | MDL No. 2740 |
| LITIGATION | SECTION: "H" |
| | JUDGE MILAZZO MAG. |
| | JUDGE NORTH |

This document relates to:

All cases

- - -

May 19, 2019

- - -

Videotaped deposition of JERRY SHAPIRO, M.D., held at Dechert, 1095 Avenue of the Americas, New York, New York, commencing at 9:30 a.m., on the above date, before Marie Foley, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public.

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

Deps@golkow.com

Page 74

1 the CME article, you weren't particularly
2 interested in what type of chemotherapy
3 your patients had received. You were only
4 interested in the alopecia that they came
5 to you with?
6     A.   Yes. I was more interested in
7 treating them; how do I get the hair back;
8 how do I restore the treatment.
9         I didn't really get into what
10 they were on, okay. I knew they lost
11 hair, and my job was to make as much of it
12 to come back as possible.
13    Q.   I fully understand that medicine
14 is such a broad field, that no physician,
15 regardless of how accomplished, can be
16 master of every practice, and certainly
17 you are not an oncologist, and oncology, I
18 understand, is not even an area of special
19 interest to you.
20         Is that right?
21    A.   If you're talking about skin
22 cancers, okay, oncology in general, all
23 oncology? What are we talking oncology
24 here?

Page 75

1     Q.   Okay. Bad question.
2         MR. THORNTON: Withdrawn.
3         Once again, good critique of the
4 question.
5     Q.   Naturally, a dermatologist,
6 you're interested in skin cancers.
7     A.   Yes.
8     Q.   Let's say that certainly breast
9 cancer and breast cancer treatment would
10 not have been an area that you'd have
11 necessarily followed the medical
12 literature in.
13         Is that fair to say?
14    A.   That is fair to say.
15    Q.   All right.
16        And, so, reactions to
17 chemotherapy drugs that caused alopecia
18 would have been something, as you say,
19 that you may have started to focus on
20 somewhere 2007 or so, and certainly by
21 2010 when Sloan-Kettering --
22    A.   Yes.
23    Q.   -- started discussing it with
24 you?

Page 76

1     A.   Mm-hm.
2     Q.   Who at Sloan-Kettering, other
3 than Dr. Lacouture, talked to you about?
4     A.   I was involved with the fellow
5 who did the first author, who wrote most
6 of this article, Azael Freites-Martinez.
7     Q.   Is he a statistician?
8     A.   No. He is a dermatologist who
9 was a fellow for two years at
10 Sloan-Kettering. He is now a
11 dermatologist practicing in the Canary
12 Islands.
13    Q.   And did Dr. Azael
14 Freites-Martinez, as least as how he's
15 listed --
16    A.   Yes.
17    Q.   Why is the Azael
18 Freites-Martinez, do you know?
19    A.   Why does he have a double name?
20    Q.   Yes.
21    A.   I don't know.
22    Q.   Okay.
23         MR. THORNTON: Can we take a
24 brief break?

Page 77

1         MR. SEARS: Sure.
2         THE VIDEOGRAPHER: The time now
3 is 11:01 a.m., and we're off the
4 record.
5        (Recess taken.)
6         THE VIDEOGRAPHER: The marks the
7 beginning of tape number 2.
8         The time now is 11:29 a.m., and
9 we're back on the record.
10        MR. THORNTON: Palmer, are you
11 there?
12        The phone line's open.
13        MR. LAMBERT: Yeah, I'm still
14 here.
15        MR. THORNTON: Okay. Very good.
16 BY MR. THORNTON:
17    Q.   Okay. Back on, doctor.
18        I have a copy of your initial
19 Rule 26 report here, and I put it under
20 this Elmo device so you can also see it on
21 screen. And I've turned to -- if you
22 could turn to page 3 and you have a
23 discussion of the types of alopecia. And
24 your first sentence there is: As I

20 (Pages 74 to 77)

Jerry Shapiro, M.D.

Page 178

1   you'll acknowledge that you are; are you
2   not?
3       A.   I acknowledge that.
4       Q.   All right.  If you had occasion
5   to receive various honoraria from a
6   pharmaceutical company to give
7   presentations about -- about a medication,
8   you would give a fair and balanced
9   presentation about that to your
10  dermatology peers so that they would
11  understand both the potential benefit and
12  the potential risk of the drug?
13      A.   Absolutely.  And every talk I
14  give I always give transparency as to the
15  funding of any talk, whether I'm getting
16  any honorarium.  All of this has to be
17  disclosed according to the American
18  Academy of Dermatology guidelines.
19      Q.   Very good.
20           And, in fact, you disclosed your
21  work in this case in the CME article?
22      A.   Correct.
23      Q.   Yes.
24           All right.  But that's not an

Page 179

1   unreasonable expectation for physicians
2   who are prescribing drugs that when --
3   when opinion leaders such as yourself give
4   presentations about the drug product that
5   they include the entire range of both
6   positive and negative --
7       A.   Yes.
8       Q.   -- effects?
9       A.   I agree.  You need to say
10  everything.
11           MR. SEARS:  Objection to form.
12  BY MR. THORNTON:
13      Q.   Is it fair to say that because
14  you were not the object of this particular
15  drug, since it's a -- a cancer drug, which
16  would be in the field of oncology, that
17  you don't have any information about what
18  kind of information was communicated by
19  Sanofi or the makers of Taxotere to the
20  oncology community?
21      A.   You are correct in that
22  statement.
23      Q.   And when it comes time in your
24  practice to make a decision about a

Page 180

1   pharmaceutical product to utilize that has
2   benefits but also has potential negative
3   side effects, is it your practice to
4   disclose those effects to your patients so
5   that they may make a decision along with
6   you in what is an appropriate product for
7   them to use?
8            MR. SEARS:  Object to form.
9       A.   Yes.
10      Q.   Is that an important concept
11  in -- in the practice of medicine in
12  America that --
13      A.   Yes.
14           MR. SEARS:  Objection; form.
15  BY MR. THORNTON:
16      Q.   And in this -- have you had a
17  chance to review this article in
18  preparation for your deposition?
19      A.   You mean my article?
20      Q.   The CME article.
21      A.   The CME, yeah, that my name is
22  on.
23      Q.   Right.
24      A.   Yes, I've reviewed it, yes.

Page 181

1       Q.   I'm calling it your article.  I
2   assume that it was an article written by a
3   number of --
4       A.   Yes.
5       Q.   Written and reviewed by a number
6   of distinguished physicians.
7       A.   It's an article that was
8   primarily written by the first author and
9   the last author.
10           Whenever we do something like
11  this, it's the most important people are
12  the first and the last.  The middle ones
13  just peruse, they make sure everything's
14  okay.
15      Q.   Right.
16      A.   You know, we don't make major
17  changes so much.  We give our little
18  opinions.  But the chief people who wrote
19  this article is the first one and the last
20  one.
21      Q.   I've even heard that the first
22  one tends to be the worker bee and the
23  last one tends to be the senior author.
24      A.   This is correct.

46 (Pages 178 to 181)