# EXHIBIT 10

Jerry Shapiro, M.D.

Page 226

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------§
IN RE: TAXOTERE (DOCETAXEL)        § MDL No. 2740
PRODUCTS LIABILITY LITIGATION      §
                                   § SECTION: "H" (5)
This Document Relates To:          §
ALL CASES                          § JUDGE MILAZZO
                                   §
                                   § MAG. JUDGE NORTH
-----------------------------------§
```

- - -

Friday, August 16, 2019

- - -

VOLUME 2

Pages 226 through 328

- - -

Videotaped deposition of JERRY SHAPIRO, M.D., held at the Ritz-Carlton, 1111 Ritz-Carlton Drive, Sarasota, Florida, commencing at 1:36 p.m., on the above date, before Susan D. Wasilewski, Registered Professional Reporter, Certified Realtime Reporter, Certified Realtime Captioner, Certified Manager of Reporting Services, Florida Professional Reporter

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Jerry Shapiro, M.D.

Page 283

1  have -- they are peeing more with spironolactone.
2  They can have kidney issues, but it's a -- all
3  those -- the kidney issues are very rare but it
4  needs to be monitored.
5     Q.  What are -- when a person urinates a lot,
6  they can lose potassium, right?
7     A.  I'm not a nephrologist.
8     Q.  Okay.
9     A.  All I know is the potassium can go up, and
10 when the potassium -- that's why they are being
11 monitored.
12    Q.  Okay.  What about dilutional hyponatremia?
13    A.  Okay.  I have seen hyponatremia, but we
14 weren't really sure it was that.  It turned out to
15 be she was on diuretics -- not diuretics, laxatives,
16 which gave her the hyponatremia, so it was a false
17 alarm.
18       I've never seen pure hyponatremia from
19 spironolactone.  I prescribe a lot of it, but it is
20 possible.  It has been reported.  It's far less
21 common than a hyperkalemia.
22    Q.  Okay.  And hyperkalemia, the risk of that is
23 what?
24    A.  I don't know what the percentage is but we
25 need to always monitor the patient.

Page 284

1     Q.  Okay.  Cardiac arrhythmias?
2     A.  Well, that's one of the side effects of
3  having hyperkalemia.  I've never seen it.
4     Q.  Okay.  All right.  Now, when you evaluate
5  somebody for hair loss, do you find it important to
6  take a thorough history?
7     A.  Definitely.
8     Q.  Do a physical examination?
9     A.  Not necessarily of the whole body.
10    Q.  Right, but their head?
11    A.  Of the -- yeah, of anything that's relevant.
12    Q.  Right.
13    A.  The hair, the -- that kind of thing.
14    Q.  Okay.  And before we go on to that, I said I
15 was going to get back to something and then I got
16 myself sidetracked and I want to go there now.
17       (Shapiro Exhibit 3 was previously marked for
18 identification.)
19 BY MR. MICELI:
20    Q.  Exhibit Number 3 to your deposition, your
21 prior deposition, was a copy of your Lacouture CME
22 Part 2.  Do you recall that?
23    A.  Yeah.
24    Q.  Okay.
25    A.  It's in -- it's in print now.

Page 285

1     Q.  It is?  Okay.
2     A.  Yeah.
3     Q.  This is the one that we had.
4     A.  Okay.  Yes.
5     Q.  And so this is the one we used, and if you
6  flip to page 6, I believe it is -- yes, page 6.
7     A.  I see it.
8     Q.  That's the section where you talk about
9  persistent chemotherapy-induced alopecia, correct?
10    A.  Yes.
11    Q.  Okay.  Well, the group, not you.  I mean,
12 were you the lead author on this, or Dr. Lacouture?
13    A.  No.  Well, Lacouture was the senior author
14 and the first author was Azael Martinez type of --
15 Freites.
16    Q.  Okay.
17    A.  He was the lead.
18    Q.  And if you look with me at that section that
19 goes from page 6 to the top of -- to about
20 two-thirds down in page 7 --
21    A.  Wait a second.  This is page --
22    Q.  Right.
23    A.  Page -- yes.  Okay.  Yes.
24    Q.  Right.  If you look at lines 167 through
25 170 -- are you with me there?

Page 286

1     A.  Yeah.
2     Q.  It says.  Commonly used chemotherapy
3  regimens including taxanes and -- with
4  anthracyclines --
5     A.  Yes.
6     Q.  -- the risk of severe PCI was significantly
7  higher than the combination of doxorubicin and
8  cyclophosphamide alone.
9        And then it has those 10.5 vs. 2.7, right?
10    A.  Uh-huh.
11    Q.  So that's -- that's about a fourfold
12 increase of people who add taxanes to anthracyclines
13 and cyclophosphamide; is that right?
14       MR. SEARS:  Objection.  Can we go off the
15 record?
16       MR. MICELI:  Sure.
17         (Discussion off the record.)
18 BY MR. MICELI:
19    Q.  How do you differentiate in Ms. Earnest --
20       MR. SEARS:  Are we back on the video?  I'm
21 sorry.
22       THE COURT REPORTER:  We never went off.
23       MR. MICELI:  Oh, okay.
24 BY MR. MICELI:
25    Q.  How do you differentiate the diagnostic