# EXHIBIT 12

# EXHIBIT A

**DATE: August  2020**

**I. PERSONAL**

**Antonella Tosti**  Home Phone: ██████████ - Office Phone: 3055730308 - Home Address: ███████████████████

Current Academic Rank  Fredric Brandt Endowed Professor of Dermatology and Cutaneous Surgery

Primary Department: Dr. Phillip Frost Department of Dermatology & Cutaneous Surgery

University of Miami Miller School of Medicine

Citizenship: USA

**II. HIGHER EDUCATION**

Medical Doctor  University of Bologna Medical School July1978

Residency in Dermatology University of Bologna November 1978 to July 1981

Medical Licence Issued by Florida Board of Medicine on 10/14/2014

**III. EXPERIENCE**

September 1981 - December 1983 Research Fellow University of Bologna

January 1984 – March 1988:   University  technical executive, Department of Dermatology University of Bologna

March 1988 – November 2001:  Associate Professor of Dermatology, University of Bologna

November1999 – November 2005: Director Residency School of Dermatology of the University of Bologna

November 2001 – November 2010: Full Professor of Dermatology, University of Bologna

2007 – March 2010 Voluntary Instructor of Dermatology  at  the Leonard Miller School of Medicine University di Miami, Fl

March 2010- present Professor Clinical Dermatology, Department of Dermatology, Leonard Miller School of Medicine University di Miami, Fl

January 2017-present Fredric Brandt endowed Professor of Dermatology &Cutaneous Surgery

## IV. PUBLICATIONS

1) Montagnani A., Baratta L., Tosti A.
"Morphological aspects of proteoglycans in Systemic Scleroderma".
Annali Italiani di Dermatologia Clinica e Sperimentale, vol.33,fasc.3, 1979.

2) Montagnani A., Cevenini R., Donati M., Gatti M., Landini M.P., Negosanti M.,Tosti A.,Varotti C.
"Tavola rotonda sulle uretriti non gonococciche".
Giornale Italiano di Dermatologia Minerva Dermatologica, 114,715-734,1979.

3) Donati M., Montagnani A.,Negosanti M.,Rumpianesi F.,Tosti A., Varotti C.
"Importanza della Clamydia Trachomatis  nella eziologia delle uretriti non gonococciche".
La Clinica Terapeutica,1-6,1980.

4) Negosanti M., Fanti P.A., Tosti A.,Ricci G.P.,Specchia F., Masi M.
"Un caso di candidiasi mucocutanea cronica trattato con immunostimolanti".
Annali Italiani di Dermatologia Clinica e Sperimentale, 34,414-419,1980.

5) Negosanti M., Cevenini R.,Rumpianesi F.,Donati M.,Falcieri E.,Fanti P.A.,Tosti A.,Varotti C.
"Sulla etiologia della Pitiriasi rosea di Gibert,studio virologico".
Giornale Italiano di Dermatologia e Venereologia, 115,1-2,1980.

6) Varotti C.,Tosti A.,Negosanti M.,Preda P.,Biagini G.
"Poichilodermia di Civatte e lichen planus".
Annali Italiani di Dermatologia Clinica e Sperimentale, 34,287-294,1980.

7) Cevenini R.,Varotti C.,Rumpianesi F.,Donati M.,Tosti A., Negosanti M.
"Non-gonococcal urethritis:epidemiological and etiological study in Italy".
Bollettino dell'Istituto Sieroterapico Milanese, 59,599-603,1980.

8) Varotti C.,Tosti A.,Passarini B.,Negosanti M.
"Dermatosi assiali:un caso di lichen striatus ed un caso di NEVIL".
Annali Italiani di Dermatologia Clinica e Sperimentale,35, 495-499,1981.

9) Negosanti M.,Fanti P.A.,Gasponi A.,Orlandi C.,Liverani L., Tosti A.
"Ig.E serum levels in psoriasis".
Dermatologica 163, 474-475,1981.

10) Varotti C.,Cevenini R.,Negosanti M.,Rumpianesi F.,Donati M.,Tosti A.
"Uretriti non gonococciche:ulteriori indagini sul ruolo eziologico di C. trachomatis e di U. urealyticum".
Giornale Italiano di Dermatologia e Venereologia,116,557-559, 1981.

11) Varotti C.,Baratta L.,Patrizi A,Tosti A.
"Lo pseudoxantoma elastico:studio di due casi".
Giornale Italiano di Dermatologia e Venereologia,116,99-103,1981.

3

12) Varotti C.,Tosti A.
"Valutazione terapeutica di un nuovo corticosteroide per uso topico:l'amcinonide crema".
Giornale Italiano di Dermatologia e Venereologia, 116, LXXI-LXXII,1981.

13) Passarini B.,Tosti A.,Fanti P.A.,Varotti C.
"Effetto dell'acido ialuronico sul processo riparativo delle ulcere trofiche".
Giornale Italiano di Dermatologia e Venereologia, 117,1-4,1982.

14) Varotti C.,Tosti A.,Gobbi M.,Martinelli G.,Patrizi A.
"Eosinophilic cellulitis:a new case".
Dermatologica,164,404- 406,1982.

15) Tosti A.,Negosanti M.,Ricci G.P.,Patrizi A.
"Eritema elevatum diutinum e diabete".
Giornale Italiano di Dermatologia e Venereologia,117,155-156,1982.

16) Tosti A.,Varotti C.
"L'amcinonide pomata:valutazione clinica nella pratica dermatologica".
Annali Italiani di Dermatologia Clinica e Sperimentale,36,61-67,1982.

17) Veronesi S.,Negosanti M.,Palmerio B.,Tosti A.
"Urticaria and Giardiasis".Dermatologica,116,42-43,1983.

18) Ghetti P.L.,Tosti A."Valutazione clinica d'ell'attivit'à di un nuovo topico antimicotico".
Dermatologia Clinica,3,1, 1983.

19) Tosti A., Varotti C., Ballardini G., Faccani A., Veronesi S.
"Terapia della Sclerodermia con Penicillina G".
Giornale Italiano di Dermatologia e Venereologia,118,183-186,1983.

20) Cevenini R., Donati M., Rumpianesi F., Moroni A.,Tosti A., Patrizi A.,Varotti C.,Negosanti M.
"Virological course of herpes zosterin otherwise normal hosts".
Journal Medical Microbiology,16,303-308,1983.

21) Tosti A.
"Idradenomi eruttivi: descrizione di un caso e revisione della letteratura".
Annali Italiani di Dermatologia Clinica e Sperimentale,37,167-173,1983.

22) Tosti A.,Veronesi S.,Zauli D.,Palmerio B.
"Epatite luetica".
Archivio Casa di Sollevio della Sofferenza,17, 265-266,1983.

23) Tosti A.,Zauli D.,Negosanti M.,Veronesi S.
"Epatite in corso di lue secondaria:revisione della letteratura".
Giornale Italiano di Dermatologia e Venereologia,118,231-234, 1983.

24) Varotti C.,Negosanti M,Tosti A.
"Uretriti non gonococciche 5 anni di esperienze cliniche".
Archivio Casa di Sollevio della Sofferenza,17,325-327, 1983.

4

25) Veronesi S.,Reggiani M.,Ricci G.P.,Tosti A.
"Epidermodiplasia verruciforme in due fratelli siriani"
Giornale Italiano di Dermatologia e Venereologia,118,297-300 , 1983.

26) Tosti A.,Veronesi S.
"Ruolo del collagene nel processo di riparazione delle ferite".
Giornale Italiano di Dermatologia e Venereologia,118,289-292,1983.

27) Patrone P.,Negosanti M.,Ghetti P.L.,Amato S.,Cevenini R., Donato M.,Tosti A.
"A combined treatment in prevention of post-gonococcal urethritis".
Dermatologica,168,300-302,1983.

28) Negosanti M.,Cevenini R.,Ghetti P.L.,Fanti P.A.,Gasponi A.,Tosti A.
"Severe herpetic gingivostomatitis associated with pemphigus vulgaris".
Archives of Dermatology,120,540-542,1984.

29) Tosti A.,Veronesi S.,Caponeri G.M.
"Il dinitroclorobenzene nella terapia dell'alopecia areata".
Giornale Italiano di Dermatologia e Venereologia,119,131-134,1984.

30) Tosti A.,Patrizi A.,Veronesi S.
"Audiologic involvement in Systemic Sclerosis".
Dermatologica,168,206,1984.

31) Abbati A. Andrieri D, Ballardini G, Bassi F, Bersani G, Bianchi FB, Bortolotti M, Bragaglia
RB, Brusori S, De vito M, Faccani A, Foschi S, Gozzetti G, Labò G, Mattioli S, Montagnani A,
Pastore Trossello M, Pilotti V, Pisi E, Tosti A, Turba E, Varotti C, Veronesi S.
 "Sclerodermia e alterazioni esofagee".
Giornale Italiano di Dermatologia e Venereologia, 119,233-261,1984.

32) Varotti C.,Aureli E.,Cutillo P.,Tosti A.
"Proposta di tre questionari"
Giornale Italiano di Dermatologia e Venereologia 119,211-224,1984.

33) Zauli D.,Veronesi S.,Fusconi M.,Lama L.,Melino M.,Tosti A.,Bianchi F.B.
"Autoantibodies in alopecia areata".
British Journal of Dermatology, vol.III, n.2, 247,1984.

34) Montagnani A.,Tosti A.,Patrizi A.,Salardi S.,Cacciari E.
"Diabetes mellitus and skin diseases in chilhood".
Dermatologica,169,65-68,1984.

35) Tosti A.,Salardi S.,Caponeri G.,Partesotti S.,Patrizi A.
"Necrobiosis lipoidica diabeticorum nel diabete di tipo 1 in età pediatrica".
Giornale Italiano di Dermatologia e Venereologia,119,391-394,1984.

36) Tosti A.,Gasparri F.,Piana L.,Bianchini M.,Caponeri G., Andrisano V.,Veronesi S.
"Propoli:incidenza di sensibilizzazione in popolazione a rischio".
Giornale Italiano di Dermatologia e Venereologia,119,1-4,1984.

37) Tosti A.,Colombati S.,Caponeri G.M.,Ciliberti C.,Tosti G.,Bosi M.,Veronesi S.
"Ocular abnormalities occurring with alopecia areata".
Dermatologica,170, 69-73,1984.

38) Montagnani A.,Tosti A.,Veronesi S.
"Omosessualità e malattie veneree".
Dermatologia Clinica,4,317-320,1984.

39) Zauli D.,Veronesi S.,Lama L.,Miserocchi F.,Bianchi F.B., De Padova M.P.,Tosti A.
"Alopecia areata:a heterogeneous disease".
The Lancet 17,1154,1984.

40) Lazzaroni F.,Tosti A.,Colombati S.,Tosti G.,Alagna G.
"Papillite in corso di lue secondaria".
Giornale Italiano di Dermatologia e Venereologia,119,1-3,1984.

41) Zauli D.,Tosti A.,Bianchi F.B.,Varotti C.,Veronesi S., Fusconi M.
"Acute hepatitis following cyclofenil for progressive systemic sclerosis:report of a case".
The Italian Journal of Gastroenterology,17,98-99,1985.

42) Tosti A.,De Padova M.P.,Caponeri G.M.,Liverani L.,Gargano N.,Veronesi S.
"Alterazioni ungueali ed alopecia areata".
Giornale Italiano di Dermatologia e Venereologia 120,169-171 1985.

43) Tosti A.,Palmerio B.,Veronesi S.
"Distrofia delle 20 unghie, alopecia areata, lichen planus: presentazione di un caso".
Giornale Italiano di Dermatologia e Venereologia,121, 131-132,1985.

44) Zauli D.,Fusconi M.,Tosti A.,Lama L.,Melino M.
"Letter to the Editor".
Archives of Dermatology,121,169,1985.

45) Varotti C.,Tosti A.,Colombati S.,Tosti G.,Veronesi S.
"Pigmentazione da Cordarone".
Giornale Italiano di Dermatologia e Venereologia,120,183-186,1985.

46) Tosti A.,Querzola M.,Caponeri G.M.,Minghetti G.,De Padova M.P.,Veronesi S.
"Il Minoxidil per uso locale nel trattamento delle alopecie".
Giornale Italiano di Dermatologia e Venereologia,120,223-225,1985.

47) Zauli D.,Veronesi S.,Fusconi M.,Lama L.,Melino M.,Tosti A.,Bianchi F.B.
"Non organospecific autoimmunity in alopecia"
Dermatologica,171,12-15,1985.

48) Maccolini E.,Tosti A.,De Padova M.P.,Colombati S.,Ciliberti C.,Zotti C.A.,Tosti G.,Schiavi C.
"La elettro-oculografia e la elettro-retinografia nello studio della vitiligine e della alopecia areata".
Bollettino di Oculistica 64,1445-1449,1985.

49) Tosti A.,Caponeri G.M.,Primativo R.,Melino M.,Veronesi S.
"Dibutilestere dell'acido squarico e difenciprone nella terapia dell'alopecia areata".
Giornale Italiano di Dermatologia e Venereologia,120,371-373,1985.

50) Tosti A.,Patrizi A.,Colombati S.,Varotti C.
"Alopecia triangolare congenita:presentazione di 5 casi".
Giornale Italiano di Dermatologia e Venereologia,120,343-345,1985.

51) Tosti A.,Caponeri G.M.,Bardazzi F.,Melino M.,Veronesi S.
"Propolis contact dermatitis".
Contact Dermatitis,12,227-228,1985.

52) Zauli D.,Tosti A.,Biasco G.,Miserocchi F.,Azzaroni D., Bianchi F.B.,Crespi C.,Veronesi S.
"Multifocal carcinoids of stomach".
The Lancet,June 1,1272,1985.

53) Tosti A.,De Padova M.P.,Minghetti G.,Veronesi S.
"Unusual reaction to subcutaneous heparin".
Contact Dermatitis,13,190, 1985.

54) Tosti A.,BardazziF.,De Padova M.P.,Caponeri G.M.,Melino M,Veronesi S.
"Contact dermatitis to Minoxidil".
Contact Dermatitis,13,275-276,1985.

55) Volta U.,Villecco A.S.,Bianchi F.B.,Varotti C.,Cassani F.,Lenzi M.,Veronesi S.,Tosti A.,Pisi E.
"Antibodies to cardiac conducting tissue in progressive systemic sclerosis".
Clinical and Experimental Rheumatology,3,131-135,1985.

56) Tosti A.,Melino M.,Veronesi S.,La Banca M.
"Three cases of contact dermatitis due to tromantadine hydrochloride".
Contact Dermatitis,13,339,1985.

57) Zauli D.,Tosti A.,Miserochi F.,Melino M.,Bianchi F.B,Lama L.,Veronesi S.
"Spectrum of autoimmunity in alopecia".
Ital. Gen.Rev.Derm.,XXII,105-111,1985.

58) Gibson J.R.,Klaber M.R.,Harvey S.G.,Tosti A.,Jones D.,Yeo J.M.
"Prophylaxis against herpes labialis with acyclovir cream-a placebo controlled study".
Dermatologica,172,104-108, 1986.

59) Patrizi A.,Barone M.,Antonelli C.,Bianchini S.,Tosti A.
"La sindrome delle unghie gialle".
Giornale Italiano di Dermatologia e Venereologia,121,195-197,1986.

60) Zauli D.,Tosti A.,Biasco G.,Miserocchi F.,Patrizi A., Azzaroni D.,Andriani G.,Di Febo G.,Callegari C.
"Prevalence of autoimmune atrophic gastritis in vitiligo".
Digestion,34,169-172,1986.

61) Tosti A.,Varotti C.,Minghetti G.,Bardazzi F.,Pileri S., Rivani M.T.,Veronesi S.
"Immunological characterization of infiltrating cells in flare-up reactions".
Contact Dermatitis,14,62,1986.

62) Tosti A.,Bardazzi F.,De Padova M.P.,Veronesi S., Bergonzoni C.
"Deafness and vitiligo in an italian family".
Dermatologica,172,178-179,1986.

63) Zauli D.,Crespi C.,Barzagli M.,Bianchi F.B.,Tosti A.,Lama L.,Veronesi S.
"Vitiligo and biliary cirrhosis".
The American Journal of Gastroenterology,81,1986.

64) Minghetti G.,Tosti A.,Veronesi S.,Rizzoli D.,Ferri S.
"Dermatiti da sali d'oro".
Giornale Italiano di Dermatologia e Venereologia,121,425-426,1986.

65) Tosti A.,Bardazzi F.,Salardi S.,Zauli D.
"Alopecia areata:studio clinico,immunologico e terapeutico su una popolazione pediatrica".
Giornale Italiano di Dermatologia e Venereologia,121,261-262,1986.

66) Ghetti P.,Patrone P.,Tosti A.
"Ketoconazole in the therapy of acne in women".
Archives of Dermatology,122,1986.

67) Tosti A.,Colombati S.,De Padova M.P.,Guidelli S.,Tosti G.,Maccolini E.
"Retinal pigment epithelium function in alopecia areata".
The Journal of Investigative Dermatology, 86,553-555,1986.

68) Tosti A.,Melino M.,Ricci G.P.,Benfanati L.,Masi M.
"Dosaggio dello zinco nell'alopecia areata".
Giornale Italiano di Dermatologia e Venereologia,121,263-264,1986.

69) Tosti A.,De Padova M.P.,Fanti P.A.,Ricci G.P.,Veronesi S.
"Ittiosi lineare circonflessa:descrizione di due casi clinici".
Giornale Italiano di Dermatologia e Venereologia, 122,115-117,1986.

70) Zauli D.,Crespi C.,Miserocchi F.,Bianchi F.B.,Tosti A., Lama L.,Veronesi S.
"Primary biliary cirrhosis and vitiligo".
Journal of the American Academy of Dermatology,15,105-106, 1986.

71) Tosti A.,Manuzzi P.,De Padova M.P.
"Contact dermatitis due to kathon CG".
Contact Dermatitis,14,326-327,1986.

72) Tosti A.
"Topical minoxidil usefull in 18% of patients with androgenetic alopecia:a study of 430 cases".
Dermatologica,173,136-138,1986.

8

73) Tosti A., De Padova M.P.,Minghetti G.,Veronesi S.
"Therapies versus placebo in treatment of patchy alopecia areata".
Journal of the American Academy of Dermatology,15, 209-210,1986.

74) Tosti A., Zauli D.,Miserocchi F.,Andriani G.C.,Biasco G.,Di Febo G.,Callegari C.,Melino M.
"Gastrite cronica atrofica e vitiligine".
Chronica Dermatologica,5,709-712,1986.

75) Zauli D.,Crespi C.,Tosti A.,Melino M.,Veronesi S.,Biasco G.,Azzaroni D.
"Alopecia areata".
Archives of Dermatology,122, 975-976,1986.

76) Tosti A.,Bettoli V.,Iannini G.,Forlani L.
"Contact urticaria  from polypropylene"
Contact Dermatitis,15,51,1986.

77) Tosti A.,Melino M.,Bardazzi F.
"Systemic reactions due to thimerosal".
Contact Dermatitis,15,187-188,1986.

78) De Padova M.P.,Tosti A.,Veronesi S.
"Gelatin-cystine in seborrheic alopecia".
Journal of Applied Cosmetology,4,55-60, 1986.

79) Bettoli V.,Tosti A.
"Leukonychia totalis and partialis:a single family presenting a peculiar course of disease".
Journal of the American Academy of Dermatology,15,535,1986.

80) Tosti A.,Lama L.,Patrizi A.,Annicchiarico F.L.,Ciavarella A.,Galuppi V.,Salardi S.
"Le dermatosi associate al diabete di tipo 1".
Giornale Italiano di Dermatologia e Venereologia, 122,15-17,1987.

81) Manuzzi P.,Reggiani M.,Tosti A.
"Dermatitte del volto indotta dall'Etretinato".
Giornale Italiano di Dermatologia e Venereologia,122,129-130,1987.

82) Minghetti G.,Varotti C.,Ferrara Ruiz M.,Tosti A.
"Lichen aureo:presentazione di un caso a disposizione zonale".
Giornale Italiano di Dermatologia e Venereologia, 122, 243- 245,1987.

83) Tosti A.,De Padova M.P.,Taffurelli M.,Passarini B., Varotti C.
"Lichen planus limited to the nails".
Cutis,40, 25-26,1987.

84) Tosti A.,Tosti G.,Bardazzi F.,Cassani F.,Bianchi F.B., Monti L.,Colombati S.
"Sclerodermia ed alterazioni oculari".
Giornale Italiano di Dermatologia e Venereologia,122,97-99, 1987.

85) Bettoli V.,Tosti A.,Varotti C.
"Nummular eczema during isotretinoin treatment".
Journal of the American Academy of Dermatology,16,617,1987.

86)Tosti A.
"Congenital triangular alopecia:report of fourteen cases".
Journal of the American Academy of Dermatology,16,991-993,1987.

87) Tosti A.,De Padova M.P.,Veronesi S.
"Reply to:therapy versus placebo for alopecia areata".
Journal of the American Academy of Dermatology,17,516,1987.

88) Tosti A.,Bardazzi F.,Tosti G., Monti L..
"Audiologic abnormalities in cases of vitiligo".
Journal of the American Academy of Dermatology,17,230-233,1987.

89) Tosti A.,Tosti G.,Giovannini A.
"Discoid lupus erythematosus solely involving the eyelids:report of three cases".
Journal of the American Academy of Dermatology,16, 1259-1260,1987.

90) Tosti A.,Bardazzi F.,Tosti G.,Colombati S.
"Contact dermatitis to phenylephrine".
Contact Dermatitis,17,110-111, 1987.

91) Tosti A.,Melino M.,Veronesi S.
"Hand dermatitis and contact sensitivity in twins".
Contact Dermatitis,17,113-114 1987.

92) Tosti A.,Melino M.,Veronesi S.
"Contact urticaria to tobacco".
Contact Dermatitis,16,225-226,1987.

93) Bonelli U.,Tosti A.,Taffurelli M.,Fanti P.A.,De Padova M.P.,Bardazzi F.
"Ruolo della biopsia nella diagnosi delle affezioni ungueali".
Giornale Italiano di Chirurgia Dermatologica ed Oncologica,2,85-89,1987.

94) Tosti A.,De Padova M.P.,Fanti P.A.,Bonelli U.,Taffurelli M.
"Unusual severe nail involvement in dermatomyositis".
Cutis 40,261-262,1987.

95) Cassani F.,Tosti A.,Bianchi F.B.,Fusconi M., Selleri L., Baffoni L.,Veronesi S.,Volta U.,Lenzi M.,Pisi E.
"Clinical subsets of sclerodermia:relevance of fluorescent and precipitaling antinuclear antibodies".
Clin.and Exp.Rheumatol 5,23-28,1987.

96)Tosti A.,Melino M.,Veronesi S.
"The clinical relevance of patch test positivity to some preservatives".
Bollettino di Dermatologia Allergologica e Professionale, 2,185-192,1987.7

97) Tosti A.,Maccolini E.,De Padova M.P.,Bardazzi F.,Bravetti G.O.,Tosti G., Colombati S.
"Anomalie funzionali dell'epitelio retinico (E.P.R.) nella vitiligine".
Chronica Dermatologica,3,375-378,1987.

98) Tosti A.,Lama L.,Bardazzi F.,Barone M.,Veronesi S.
"Il minoxidil nella terapia dell' alopecia androgenica".
Chronica Dermatologica,3,387-389,1987.

99) Manuzzi P.,Tosti A., Andrisano V., Scapini G.,Tumiatti V.
"Bioflavinoids-A new oligomeric derivative of rutin in the treatment of facial telangiectases".
J.Appl.Cosmetol.5,125-130,1987.

100) Colombati S.,Borri P.,Tosti G., Tosti A.
"Two cases of papillitis in patients with early syphilis".
Bull.Soc. belge Ophtalmol.220,69-73,1987.

101) Zauli D.,Tosti A.,Crespi C.,Lama L.,Dall'Amore P.L.,Veronesi S.
"Occurrence of anti-intermediate filaments antibodies in alopecia areata".
Immunodermatology 151-152,1987.

102) Tosti A., De Padova M.P., Manuzzi P., Bardazzi F.
"Cheilite da contatto nel bambino".
Bollettino di Dermatologia Pediatrica 6, 212-215,1987.

103) Melino M., Veronesi S., Lama L., Tosti A.
"Dermatite da contatto da resine fenolformaldeidiche nel bambino".
Bollettino di Dermatologia Pediatrica 6, 224-227, 1987.

104) Tosti A.,Bardazzi F.,Valeri F.,Toni F.
"Erythema multiforme with contact dermatitis to hair dyes".
Contact Dermatitis,17,321-322,1987

105) Tosti A.,Melino M.,Bardazzi F.,Bonelli U.
"Thiomersal: una frequente causa di sensibilizzazione".
Giornale Italiano di Dermatologia e Venereologia,122,543-545,1987.

106) Tosti A.,Albisinni U.,Bettoli V.,Merlini L.,Lama L.
"Ossification of the posterior longitudinal ligament associated with Etretinate therapy".
Dermatologica, 175, 257, 1987.

107) Pauluzzi P.,Manneschi V.,Tosti A.
"Dimensioni della lunula ed emisfero dominante".
Giornale Italiano di Dermatologia e Venereologia,122,619-620,1987.

108) Tosti A.,Melino M.,Stomeo M.A.,Tosti G.
"Displasia ectodermica idrotica associata a pliche endoteliali della cornea".
Giornale Italiano di Dermatologia e Venereologia, 122,367-370,1987.

11

109) Tosti A.,Bardazzi F.,Valeri F.,Russo R.
"Contact dermatitis due to butylated hydroxyanisole (BHA)".
Contact Dermatitis,17,257-258,1987.

110) Tosti A.,Guerra L.,Manuzzi P.,Lama L.
"Contact dermatitis due to Clobetasol propionate (Clobesol)".
Contact Dermatitis, 17,256-257,1987.

111) Colombati S.,Tosti A.,Tosti G.,Maccolini E., Schiavi L.
"The retinal pigment epithelium in alopecia areata".
Acta XXV Concilium Ophthlmologicum.Kugler e Ghedini-Milano-1987

112) Colombati S.,Tosti G.,Tosti A.
"Il thiomersal: una causa frequente di congiuntivite allergica da contatto"
Atti del 67' Congresso della Società Oftalmologica italiana.Nuova Casa Editrice L. Cappelli
S.p.A. Bologna,427-431,1987.

113) Tosti A.,Guerra L.,Bettoli V.,Bonelli U.
"Solid facial oedema as a complication of acne vulgaris in twins".
Journal of the American Academy of Dermatology 17, 843-844,1987.

114) Tosti A.,Manuzzi P.,Bardazzi F.,Costa A.
"Is Etretinate dangerous in Papillon-Lefevre Syndrome?".
Dermatologica,176,148-150,1988.

115) Tosti A.,Varotti C.,Tosti G.,Giovannini A.
"Bilateral extensive xanthelasma palpebrarum".
Cutis,41,113-114,1988.

116) Tosti A.,Tosti G.
"Thimerosal: a hidden allergen in ophthalmology".
Contact Dermatitis 18,268-273,1988.

117) Tosti A.
"Prevalence and sources of Kathon CG sensitization in Italy".
Contact Dermatitis 18,173-174,1988.

118) Tosti A.,Tosti G.
"In Reply".
Dermatologica, 176,309,1988

119) Tosti A.,Peluso A.M.,Spedicato S.
"Urticaria-angioedema syndrome caused by argas reflexus sting".
Contact Dermatitis, 19, 315-316, 1988.

120) Lama L.,Barone M.,Tosti A.
"Pili anulati:un caso familiare".
Giornale Italiano di Dermatologia e Venereologia, 123, 27-28, 1988.

121) Tosti A.,Manuzzi P.,Bardazzi F.
"Isomorphic Phenomenon in Morphea".
Dermatologica, 177, 192, 1988.

122) Tosti A.,Manuzzi P.,Gasponi A.
"Thymopentin in the treatment of Severe Alopecia Areata".
Dermatologica 177, 170-174, 1988.

123) Tosti A.,Melino M.,Bardazzi F.
"Contact dermatitis due to glyceryl monothioglycolate".
Contact Dermatitis, 19, 71-72, 1988.

124) Tosti A.,Bardazzi F.,Guerra L.
"Alopecia areata and thyroid function in children".
J Am Acad Dermatol, 19, 1118-1119, 1988.

125) Tosti A.,Bardazzi F.,Ghetti P.
"Unusual complication of sensitizing therapy for alopecia areata".
Contact Dermatitis, 18, 322, 1988.

126) Tosti A.,Guerra L.,Toni F.
"Occupational airborne contact dermatitis due to epoxy resin".
Contact Dermatitis, 19, 220-222,1988.

127) Gasponi A.,Negosanti M.,Tosti A.,Abate L.
"Valutazione di un nuovo metodo immunoenzimatico per la dimostrazione delle IgM-
Treponema specifiche nella sifilide umana".
Giornale Italiano di Dermatologia e Venereologia, 123,113-116,1988.

128) Tosti A.,Guerra L.
"Protein contact dermatitis in food handlers".
Contact Dermatitis, 19, 149-150, 1988.

129) Tosti A.,De Padova M.P.,Fanti P.
"Nail Involvement in Lichen planus pilaris".
Cutis, 42, 213-214, 1988.

130) Varotti C.,Guerra L.,Negosanti M.,Tosti A.,Alessi E.,Alinovi A.,Coppini M., D'Onofrio P.
"La minociclina nel trattamento delle uretriti gonococciche, non gonococciche e miste".
Dermatologia Clinica 2,113-119,1988

131) Bettoli V.,Bonelli U.,Tosti A., Guerra L.
"Aspetti immunologici dell'orticaria".
Chronica Dermatologica 3,337-342,1988

132) Fanti P.A.,Varotti C.,Tosti A.
"Shadow cells as clues to follicolar differentiation"
Am J Dermopath 10,372-375,1988

133) Tosti A.,Guerra L., Bardazzi F.
"Hyposensitizing therapies with standardized antigenic extracts: an important source of thiomersal sensitization".
Contact Dermatitis 20,173-176,1988

134) Tosti A.,Guerra L.,Capobianco C.,Brasile G.P.
"Terapia sensibilizzante nell'alopecia areata grave".
Giornale Italiano di Dermatologia e Venereologia,11,571-573,1988

135) Guerra L.,De Padova M.P.,Tosti A.,Negosanti M.
"Distrofia ungueale mediana traumatica".
Giornale Italiano di Dermatologia e Venereologia,11,555-556,1988.

136) Fanti P.A., Tosti A.
"Aspetti istologici della distrofia delle venti unghie associata ad alopecia areata".
Giornale Italiano di Dermatologia e Venereologia,11,533-534, 1988.

137) Bardazzi F.,Guerra L.,Fanti P.A.,Tosti A.
"L'associazione della vitamina A ed E nella terapia della moniletrix".
Giornale Italiano di Dermatologia e Venereologia, 11,591-592,1988.

138) Tosti A.,Bettoli V.,Guerra L.,Bonelli U.
"Orticarie fisiche".
Gli Ospedali della Vita,4,22-25-1988

139) Gaddoni G.,Zauli T.,Gaiardi S.,Tosti A.
"Sadbe sensitization in the evaluation of cell mediated immunity in patients with HIV infections".
Contact Dermatitis,21,119-120, 1988.

140) Tosti A., Fanti P.A.
"Lichen Planus ad esclusiva localizzazione ungueale".
Giorn It Derm Vener 123, 529-531, 1988.

141) Tosti A.,Tosti G.
"Allergic contact conjuntivitis due to ophthalmic solutions".
In: Frosch P.J., Dooms-Goosens A., Lachapelle J.-M., Rycroft R.J.G., Scheper R.J. (eds) "Current Topics in Contact Dermatitis",  Springer-Verlag, Berlin, 269-272,1989.

142) Tosti A.,Melino M.,Veronesi S.
"Contact dermatitis of the face".
In: Frosch P.J., Dooms-Goosens A., Lachapelle J.-M., Rycroft R.J.G., Scheper R.J. (eds) "Current Topics in Contact Dermatitis", Springer-Verlag, Berlin, 314-317, 1989.

143) Tosti A.
"Alopecia areata:more on pathogenesis and therapy".
Dermatologica, 178,61-62,1989

144) Tosti A.,Fanti P.A.,Pileri S.
"Dermal contact dermatitis to benzylparaben".
Contact Dermatitis,21,49-63,1989

145) Tosti A.,Peluso A.M.,Varotti C.
"Skin burns due to transit mixed portland cement".
Contact Dermatitis,21,58,1989

146) Fanti P.A.,Tosti A.
"Subungual epidermoid inclusions: report of eight cases".
Dermatologica,178,209-212,1989.

147) Tosti A.,Guerra L.,Fanti P.A.,Bardazzi F.
"Dermatite da contatto immediata da alimenti".
Bollett.Dermatol.Allergol.Profess. 4, 87-93, 1989.

148) Tosti A.,Melino M.,Bardazzi F.
"Hemorrhagic bullous lesions in morphea".
Cutis, 44,118-119, 1989.

149) Montagnani A.,Bardazzi F.,Tosti A.
"Minoxidil:obiettività e critiche".
Giornale Italiano di Dermatologia e Venereologia 124, 407-409,1989.

150) Tosti A., Lanzarini M., Vincenzi C., Bardazzi F.
"Contact dermatitis due to toluene sulfonamide-formaldeide resin".
Bollettino di Dermatologia Allergologica e Professionale 4, 165-169, 1989.

151) Manuzzi P.,Bettoli V.,Bardazzi F.,Tosti A.
"Leuconichia parziale e totale e leuconichia associata a koilonichia: descrizione di 4 casi".
Chronica Dermatologica, 56, 697-701,1989.

152) Tosti A.,Guerra L.,Bardazzi F.
"Contact urticaria during topical immunotherapy"
Contact Dermatitis 21, 196-197, 1989.

153) Fanti P.A.,Tosti A.,Peluso A.M., Bonelli U.
"Multiple Keratoacanthoma on discoid lupus erithematosus".
J Am Acad Dermatol, 21, 809-810, 1989.

154) Colombati S.,Tosti G.,Zotti C.A.,Tosti A.,Maccolini E.
"The retinal pigment epihelium in vitiligo".
In: Zingirian M. and Cardillo Piccolino F. (eds) "Retinal Pigment Epithelium" Kugler & Ghedini
Publications, Amsterdam, 303-305, 1989.

155) Bettoli V., Tosti A., Capobianco C., Varotti C.
"Creatine Kinase values during Isotretinoin treatment.
Dermatologica 180, 54-56,1990.

156) Tosti A.,Fanti P.A.,Guerra L.,Piancastelli E.,Ponci S.,Pileri S.
"Morphological and immunohistochemical study of immediate contact dermatitis of the hands due to foods"
Contact Dermatitis 22:81-85, 1990.

157) Tosti A.,Guerra L.,Bardazzi F.,Lanzarini M.
"Topical cyclosporin in nail psoriasis".
Dermatologica 180, 110, 1990.

158) Tosti A.,Bardazzi F.,Piancastelli E.,Brasile G.P.
"Contact stomatitis due to N,N-dimethyl-para-toluidina".
Contact Dermatitis 22,113,1990.

159) De Groot A.C., Doom-Gossens A., Frosch P.J., Hnziker N., Menné T., Tosti A., Wilkinson J. et al.
"Labelling cosmetics with their ingredients".
Br Med J 300, 1636-1638,1990.

160) Tosti A.,Piraccini B.M.,Bardazzi F.
"Occupational contact dermatitis due to Quaternium 15".
Contact Dermatitis 23, 41-42, 1990.

161) Tosti A.,Gaddoni G.,Fanti P.A.,D'Antuono A.,Albertini F.
"Longitudinal melanonychia induced by 3'-azidodeoxy- thymidine : report of 9 cases".
Dermatologica 180, 217-220, 1990.

162) Tosti A.,Guerra L.,Morelli R.,Bardazzi F.
"Prevalence and sources of sensitization to emulsifiers:a clinical study".
Contact Dermatitis 23, 68-72,1990.

163) Tosti A.,Bassi R.,Peluso A.M.
"Contact dermatitis due to a natural plasticine".
Contact Dermatitis 22, 301-302, 1990.

164) Tosti A.,Restani S.,Lanzarini M.
"Contact sensitization to diazolidinyl urea:report of 3 cases".
Contact Dermatitis 22, 127-128, 1990.

165) Tosti A.,Peluso A.M.,Morelli R.
"Allergic contact dermatitis from Fluocortin butylester".
Contact Dermatitis 22, 123-124, 1990.

166) Tosti A.,Piraccini B.M.,Brasile G.P.
"Occupational contact dermatitis due to sodium pyrithione".
Contact Dermatitis 22, 118, 1990.

167) Tosti A.,Bardazzi F.,Piancastelli E.
"Contact dermatitis due to chlorpheniraminemaleate in eyedrops".
Contact Dermatitis 22, 55,1990.

168) Tosti A.,Vincenzi C.,Peluso A.M.
"Accidental diagnosis of aluminium sensitivity with Finn Chambers".
Contact Dermatitis 23, 48-49, 1990.

169) Tosti A., Gaddoni G., Valeri F., Bardazzi F.
"Contact allergy to ketoprofen: report of 7 cases".
Contact Dermatitis 23,112-113,1990.

170) Patrizi A., Lanzarini M., Tosti A.
"Persistent patch test reactions to textile dyes".
Contact Dermatitis 23, 60-61,1990.

171) Tosti A., Fanti P.A., Varotti C.
"Massive lymphomatous nail involvement in Sézary Syndrome".
Dermatologica 181, 162-164,1990.

172) Morelli R., Tosti A., Patrizi A., Bardazzi  F., Albisinni U.
"Sindrome di Iso e Kikuchi, descrizione di un caso".
Giorn It Derm Vener 125, 195-196, 1990.

173) Lanzarini M., Restani S., Morelli R., Tosti A.
"Manifestazioni cliniche atipiche dell'alopecia areata".
Boll Soc Med Chir Modena 90, 219-220, 1990.

174) Morelli R., Piraccini B.M., Tosti A.
"Indicazioni e risultati sull'utilizzazione topica dell'Acido Retinoico"
La Medicina Estetica, 14,31-36,1990.

175) Guerra L.,Bardazzi F.,Piancastelli E.,Tosti A.
"Dermatite allergica da contatto nel personale sanitario".
Bollettino di Dermatologia Allergologica e Professionale 5,  83-89,1990.

176) Caputo R., Monti M., Motta S., Barbareschi M., Tosti A., Serri R., Rigoni C.
"The treatment of visible signs of senescence: The Italian experience".
Br J Dermatol, 122 Suppl 35, 97-103, 1990.

177) Cameli N., Bardazzi F., Morelli R., Tosti A.
"Contact dermatitis to rubidium iodide in eye drops".
Contact Dermatitis 23, 377-378, 1990.

178) Tosti A., Vincenzi C., Bardazzi F., Mariani R.
"Allergic contact dermatitis due to povidone-iodine".
Contact Dermatitis 23, 197-198, 1990.

179) Mancuso G., Tosti A., Fanti P.A., Berdondini R.M., Mongiorgi R., Morandi A.
"Cutaneous necrosis and calcinosis following electroencephalography".
Dermatologica, 181, 324-326, 1990.

180) Vincenzi C., Cameli N., Vassilopoulou A., Tosti A.
"Allergic contact dermatitis due to benzoyl peroxide in an arm prosthesis".
Contact Dermatitis 24, 66-67, 1991.

181) Piraccini B.M., Bardazzi F., Morelli R., Tosti A.
"Contact dermatitis due to Budesonide"
Contact Dermatitis 24, 54-55, 1991.

182) Tosti A., Bardazzi F., Guerra L.
"Alopecia totalis: is treating non-responder patients useful?".
J Am Acad Dermatol, 24, 455-456, 1991.

183) Tosti A., Rapacchiale S., Piraccini B.M., Peluso A.M.
"Occupational airborn contact dermatitis due to ethylenglycole dimethacrylate"
Contact dermatitis, 24, 152-153, 1991.

184) Tosti A., Guerra L., Bardazzi F.
"Contact dermatitis caused by topical minoxidil: case reports and review of the literature".
Am J Cont Dermat, 2, 56-59, 1991.

185) Tosti A., Fanti 'P.A., Morelli R., Bardazzi F.
"Spongiotic trachyonychia".
Arch Dermatol, 127, 584-585, 1991.

186) Tosti A., Misciali C., Borrello P., Fanti P.A., Bardazzi F., Patrizi A.
"Loose anagen hair in a child with Noonan's syndrome".
Dermatologica, 182, 247-249, 1991.

187) Fanti P.A., Tosti A., Guerra L., Bardazzi F.
"Istologia dell'onicomicosi subungueale distale"
Giorn It Derm Venereol, 126, 45-47, 1991.

188) Fanti P.A., Tosti A., Guerra L, Piraccini B.M.
"Cisti mucose digitali: trattamento chirurgico mediante doppi lembi di scivolamento contrapposti".
Giorn It Derm Venereol, 126, 57-59, 1991.

189) Tosti A., Fanti P.A., Peluso A.M., Bardazzi F.
"Alfa-tocoferolo nel trattamento della Sindrome delle unghie gialle".
Giorn It Derm Venereol, 126, 65-66, 1991.

190) Fanti P.A., Tosti A., Morelli R., Galbiati G.
"Nail changes as the first sign of systemic amyloidosis".
Dermatologica, 183, 44-46, 1991.

191) Tosti A.
"The nail apparatus in collagen disorders".
Seminars in Dermatology, 10, 71-76, 1991.

192) Tosti A., Fanti P.A., Morelli R., Bardazzi F.
"Trachyonychia associated with alopecia areata: a clinical and pathological study".
Journal of the American Academy of Dermatology, 25, 266-270, 1991.

193) Tosti A., Guerra L., Bardazzi F., Gasparri F.
"Euxyl K 400: a new sensitizer in cosmetics".
Contact Dermatitis, 25, 89-93, 1991.

194) Tosti A., Bardazzi F., Morelli R.
 "Onicodistrofie".
La Rivista del Medico Pratico, 371, 7-22, 1991.

195) Tosti A., Fanti P.A., Bardazzi F.
"Cicatricial alopecia".
In: Panconesi E. (ed.) Dermatology in Europe", Blackwell Scientific Publications, Oxford, 1st edition, 246-248, 1991.

196) Tosti A., Varotti C., Pileri S.
"The hystopatology of androgenetic alopecia".
In: Panconesi E. (ed) "Dermatology in Europe", Blackwell Scientific Publications, Oxford, 1 st edition, 830-832, 1991.

197) Peluso A.M., Bardazzi F., Tosti A.
"Photocontact dermatitis due to Eusolex 4360".
Contact Dermatitis, 25, 65-66, 1991.

198) Piraccini B.M., Peluso A.M., DeMaria P., Tosti A.
"Occupational contact dermatitis due to the disinfectant Tego Diocto S".
Contact Dermatitis, 24, 228-229, 1991.

199) Tosti A., Gaddoni G., Piraccini B.M., De Maria P.
"Occupational leukoderma due to phenolic compounds in the ceramics industry?".
Contact Dermatitis 25, 67-68, 1991.

200) Cameli N., Vincenzi C., Tosti A.
"Allergic contact conjunctivitis due to timolol in eyedrops".
Contact Dermatitis 25, 129-130, 1991.

201) Fanti P.A., Tosti A., Morelli R., Bardazzi F.
"Glomangioma del letto ungueale".
Giornale Italiano di Dermatologia e Venereologia, 126, 53-55, 1991.

202) Gruppo Italiano Studi Epidemiologici in Dermatologia ( GISED)
"Sorveglianza caso-controllo della sindrome di Stevens-Johnson e della sindrome di Lyell".
Giorn It Derm Venereol 124, 435-440, 1989.

203) Tosti A., Mattioli D., Misciali C.
"Green hair caused by copper present in cosmetic plant extracts".
Dermatologica, 182, 204-205, 1991.

204) Cameli N., Tosti G., Venturo N., Tosti A.
"Eyelid dermatitis due to cocaimidopropyl betaine in a hard contact lens solution"
Contact Dermatitis 25, 261-262, 1991.

205) Tosti A., Bardazzi F., Morelli R.
"Dos problemas frecuentes en onicologia perionixis y unas quebradizas".
Monografias de Dermatologia 4, 294-302, 1991.

206) Tosti A., Morelli R., Bardazzi F., Alessandrini F.
"La terapia dell'alopecia areata".
Prospettive in pediatria 21, 263-266, 1991.

207) Fanti P.A., Tosti A., Morelli R., Bardazzi F.
"Nail lichen planus with giant cells: lichen nitidus"
Br J Dermatol 125, 194-195, 1991.

208) Guerra L., Venturo N., Tardio M., Tosti A.
"Airborne contact dermatitis from animal feed antibiotics".
Contact Dermatitis 25, 333-334, 1991.

209) Tosti A., Peluso A.M., Rapacchiale S., Urbini D., Bignami A., Giovanelli P., Cassani F., Bianchi F.B.
 "Thyroid function in systemic sclerosis".
J Endocrinol Invest 14, 783-784, 1991.

210) Gruppo Italiano Studi Epidemiologici in Dermatologia (GISED)
 "Spontaneous monitoring of adverse reactions to drugs by Italian Dermatologists: a pilot study".
Dermatologica, 182, 12-17, 1991.

211) Menné T., Frosch P., Veien N., Hannuksela M., Bjorkner B., Lachapelle J-M., White I., Vejlsgaard G., Schubert H.J., Andersen K.E., Dooms-Goossens A., Shaw S., Wjlkinson J., Camarasa J., Wahlberg J., Brandrup F., Brandao M.,  Van der Walle H.B., Angelini G., Thestrup-Pedersen K., Burrows D., Ducombs G., Tosti A.
"Contact sensitization to 5-chloro-2-methyl-4-isothiazolin-3-one and 2-methyl-4-isothiazolin-3-one (MCI/MI):an european multicentric study."
Contact Dermatitis 24, 334-341, 1991.

212) Gruppo Cooperativo Italiano per lo Studio della Alopecia Androgenetica.
"Studio clinico multicentrico sull'impiego del minoxidil in soluzione topica al 2% nel trattamento di pazienti con alopecia androgenetica".
G Ital Dermatol Venereol 126, XXXIII-XL, 1991.

213) Bortolotti M., Turba E., Tosti A., Sarti P., Brunelli F., Del Campo L., Barbara L.
" Gastric emptyng and interdigestive antroduodenal motility in patients with esophageal scleroderma".
The American Journal of Gastroenterology 86, 6, 743-747, 1991.

20

214) Fanti P.A., Tosti A., Pileri S.
"Changes in Kaposi's sarcoma induced by dapsone".
Clinical and Experimental Dermatology 16, 441-443,1991.

215) Peluso A.M., Fanti P.A., Cameli N., Morelli R., Tosti A.
"Un caso di lichen planus ad esclusivo interessamento ungueale"
4° Simposio Internazionale Dermatologia Pediatrica, Selinunte (Trapani), 25-28 Settembre
1991.

216) Guerra L., Bardazzi F., Tosti A.
"Contact dermatitis in hairdressers' clients".
Contact Dermatitis 26, 108-111, 1992.

217) Guerra L., Tosti A., Bardazzi F., Pigatto P., Lisi P., Santucci B., Valsecchi R., Schena D.,
Angelini G., Sertoli A., Ayala F., Kokely F.
"Contact dermatitis in hairdressers: the italian experience".
Contact Dermatitis 26, 101-107, 1992.

218) Guerra L., Bardazzi F., Rapacchiale S., Tosti A.
"Eruzioni bollose in corso di danno cerebrale acuto".
Chronica Dermatologica n°1 Suppl., 75-76,1992.

219) Vincenzi C., Bardazzi F., Tosti A., Varotti C., Morganti L.
"Fish tank granuloma: report of a case".
Cutis, vol. 49 n°4, 275-276, 1992.

220) Tosti A., Paoluzzi P., Baran R.
"Doubled nail of the thumb: a rare form of polydactyly".
Dermatology 184, 216-218, 1992.

221) Tosti A., Fanti P.A., Peserico A., Varotti C.
"Linear alopecia mucinosa along Blaschko lines".
Acta Derm Venereol (Stockh) 72, 155-156, 1992.

222) Tosti A., Fanti P.A., Morelli R., Bardazzi F.
"Psoriasiform acral dermatitis: report of three cases".
Acta Derm Venereol (Stockh) 72, 206-207, 1992.

223) Peluso A.M., Fanti P.A., Monti M., Bardazzi F., Tosti A.
"Cutaneous complications of artificial hair implantation: a pathological study".
Dermatology 184, 129-132, 1992.

224) Tosti A., Misciali C., Venturo N., Fanti P.A., Varotti C.
"Telogen effluvium due to recombinant Interferon -2b".
Dermatology 184, 124-125, 1992.

225) Rongioletti F., Guarrera M., Tosti A., Guerra L., Pigatto P.
"Topical cyclosporin A fails to improve alopecia areata- a double blind study".
Journal of Dermatological Treatment 3, 13-14, 1992.

226) Vincenzi C., Peluso A.M., Cameli N., Tosti A.
"Allergic contact dermatitis caused by acyclovir".
American Journal of Contact Dermatitis vol.3 n°2, 105-107, 1992.

227) Tosti A., Guerra L., Morelli R., Piraccini B.M.
"Contact dermatitis due to topical retinoic acid"
Contact dermatitis, 26, 276-277, 1992.

228) Guerra L., Vincenzi C., Bardazzi F., Tosti A.
"Contact sensitization due to isophoronediamine".
Contact Dermatitis, 27, 52-53, 1992.

229) Brunelli D., Vincenzi C., Morelli R., Tosti A.
"Contact dermatitis from tioconazole".
Contact Dermatitis, 27, 120, 1992.

230) Misciali C., Tosti A., Fanti P.A., Borrello P., Piraccini B.M.
"Atrichia and papular lesions: report of a case".
Dermatology,185, 284-288, 1992.

231) Gaddoni G., Tosti A., Albertini F., Bardazzi F.
"Porphyria cutanea tarda and HIV infection: report of a case".
It. Gen. Rev Dermatol, 29, 57-60, 1992.

232) R. Golfieri, E. Giampalma, A. Tosti, L. Calculli, R. Berardi, G. Gavelli.
"L'artropatia psoriasica".
Radiol Med 84, 228-235, 1992.

233) Tosti A., Guerra L., Morelli R., Bardazzi F., Fanti P.A.
"Role of foods in the pathogenesis of chronic paronychia".
J Am Acad Dermatol, 27, 706-710, 1992.

234) L. Guerra, F. Bardazzi, R. Morelli, A. Tosti
"Occurence of alopecia areata in association with common variable hypogammaglobulinemia"
European Journal of Dermatology 2, 534-535, 1992,

235) A. Tosti, L. Guerra, F. Bardazzi
"Euxyl K400: a new allergen in cosmetic products".
In " The environmental threat to the skin" ed. R. Marks & G. Plewig, ediz. Martin Dunitz,
Londra, 231-232, 1992.

236) A. Tosti, N. Cameli, B.M. Piraccini, R. Morelli, F. Bassi
"Necrose digitale aigue, premier signe de la maldie de Buerger".
Les Nouvelles Dermatologiques 11, 875, 1992.

237) Tosti A., Guerra L, Bardazzi F.
"Occupational contact dermatitis from exposure to epoxyresins and acrylates".
Clinics in Dermatology, 10, 133-140, 1992.

238) P.G. Morselli, C.Cavina, A.Tosti.
"Ruolo dello scheletro facciale nel determinismo della facies senile".
Riv Ital Chir Plastica 24, 285-288, 1992 Suppl.

239) F.Ayala, N.Balato, G.Lembo, C.Patruno, A.Tosti, D.Schena, P.Pigatto, G.Angelini, P.Lisi, A.Rafanelli.
"A multicentre study of contact sensitization in children".
Contact Dermatitis 26, 307-310, 1992.

240) P.A. Fanti, A. Tosti, R. Morelli, N. Cameli, E. Sabattini, S. Pileri
"Follicular mucinosis in alopecia areata".
Am J Dermopath, 14 (6): 542-545, 1992.

241) L. Guerra, C. Vincenzi, A.M. Peluso, A. Tosti
"Prevalence and sources of occupational contact sensitization to acrylates in Italy".
Contact dermatitis, 28, 101-103, 1993.

242) R. Baran, A Tosti
"Occupational acroosteolysis in a guitar player".
Acta Derm Venereol (Stockh), 73, 64-65, 1993

243) A. Tosti, R. Morelli, P.A. Fanti, N. Cameli
"Nail changes of punctate keratodermia: a clinical and pathological study of  2 patients".
Acta Derm Venereol (Stockh), 73, 66-68, 1993.

244) A.Tosti, R.Morelli, A.M.Peluso, F.Bardazzi.
"Treatment of idiopathic nail fragility: efficacy and tolerability of a new cosmetic preparation".
Les Nouvelles Dermatol, 12, 76-80, 1993.

245) A. Tosti, R.Morelli, P.A. Fanti, P.G. Morselli, S. Catrani G. Landi
"Carcinoma cuniculatum of the nail apparatus: report of three cases".
Dermatology, 73, 66-68, 1993.

246) A.Tosti, A.M.Peluso, P.A.Fanti, B.M.Piraccini.
"Nail lichen planus: clinical and pathologic study of 24 patients".
J Am Acad Dermatol , 28: 724-730, 1993.

247) A.M. Peluso, B.M. Piraccini, N. Cameli, A. Tosti
"Lichen planus limited to the nails in childhood:report of a case and review of the literature".
Pediatric Dermatology, 10: 36-39, 1993.

248) P.D. Pigatto, N.Mozzanica, A.S.Bigardi, A.Legori, R.Valsecchi, F.Cusano, A.Tosti, M.Guarrera, N.Balato, A.Sertoli.
"Topical NSAID allergic contact dermatitis: Italian experience".
Contact Dermatitis 29: 39-41, 1993.

249) A.Tosti, L.Guerra, C.Vincenzi, A.M.Peluso.
"Occupational skin hazards from synthetic plastics".
Toxicology and Industrial Health, Princeton Scientific Publishing Co, Inc: 9: 3: 493-502, 1993.

23

250) C.Vincenzi, A.Tosti, M.Cirone, M.Guarrera, F.Cusano.
"Allergic contact dermatitis from transdermal nicotine systems".
Contact Dermatitis: 29: 104-105, 1993.

251) A.Tosti, L.Guerra, C.Vincenzi, B.M.Piraccini, A.M.Peluso.
"Contact sensitization caused by toluene sulfonamide-formaldehyde resin in women who use
nail cosmetics".
Am J Contact Dermatitis 4: 150-153, 1993.

252) L.Guerra, C.Vincenzi, A.M.Peluso, A.Tosti.
"Role of contact sensitizers in the burning mouth syndrome".
Am J Contact Dermatitis: 4: 154-157, 1993.

253) A.Tosti, R.Morelli, R.D'Alessandro, F.Bassi.
"Carpal tunnel syndrome presenting with ischemic skin lesions, acroosteolysis and nail
changes".
J Am Acad Dermatol: 29: 287-90, 1993.

254) Italian Multicenter Study Group on Cyclosporin in Psoriasis.
"Cyclosporin versus Etretinate: Italian Multicenter Comparative trial in severe plaque-form
psoriasis".
Dermatology: 187 (Suppl. 1): 8-18, 1993.

255) Studio Italiano Multicentrico nella Psoriasi (SIMPSO).
"Short- and long-term considerations concerning the management of plaque psoriasis with
low-dose cyclosporin" Dermatology: 187 (Suppl. 1): 19-29, 1993.

256) Studio Italiano Multicentrico nella Psoriasi (SIMPSO).
"Management of erythrodermic psoriasis with low-dose cyclosporin".
Dermatology: 187 (Suppl. 1): 30-37, 1993.

257) P. Morselli, A Tosti, L. Guerra, P.A. Fanti, F. Fedeli, T. Pistorale, C. Cavina, C. Varotti
"Recurrent basal cell carcinoma of the back infiltrating the spine".
J Derm Surgery and Oncology, 19: 917-922, 1993.

258) A. Tosti, M. Picardo, C. Zompetta, C. Marchese, P. Fanti, N. Cameli, A Faggioni and M. R.
Torrisi "Characterization of cultured nail matrix cells".
Dermatology: Progress & Perspectives. The Proceedings of the 18th World Congress of
Dermatology, New York, June 12-18, 373-374, 1992.

259) A.Tosti, C.Vincenzi, L.Guerra, C.Stinchi.
"Dermatiti eczematose: aspetti clinici".
 Il Dermatologo, 10, 1-4, 1993.

260) C.Varotti, A.Tosti, M.S.Guidetti.
"Dermatosi pustolosa erosiva del capillizio: descrizione di un caso".
Giorn It Derm Venereol, 128: 533-535, 1993.

261) C.Vincenzi, P.Trevisi, P.Farina, C.Stinchi, A.Tosti.
"Facial contact dermatitis due to spironolactone in an anti-acne cream".
Contact Dermatitis, 29, 277, 1993.

262) B.M.Piraccini, C.Misciali, P.A.Fanti, A.Tosti.
"Hereditary hypotrichosis simplex (Guess what?)".
European Journal of Dermatology, 3: 597-8, 1993.

263) A.Tosti, R.Baran, A.M.Peluso, P.A.Fanti, R.Liguori.
"Reflex sympathetic dystrophy with prominent involvement of the nail apparatus".
J Am Acad Dermatol, 29: 865-8, 1993.

264) A. Tosti.
"Onicopatias".
Monografias de Dermatologia, vol.VI, N°Extraordinario, 115-123, 1993.

265) A.Tosti, R.Morelli, B.M.Piraccini, F.Bardazzi, C.Stinchi, M.La Placa.
"Le onicomicosi"
Dermo Time 9, 15-18, 1993.

266) Bardazzi F., Morelli R., Stinchi C., Tosti A.
"Trattamento con biotina della fragilità ungueale idiopatica".
G Ital Dermatol Venereol, 128, 699-702, 1993.

267) B.M.Piraccini, P.A.Fanti, R.Morelli, A.Tosti.
"Hallopeau's acrodermatitis continua of the nail apparatus: clinical and pathological study of
20 patients".
Acta Dermato-Venereologica (Stockh) 74: 65-67, 1994

268) Trevisi P., Vincenzi C., Chieregato C., Guerra L., Tosti A.
"Sunscreen sensitization: a three-year study".
Dermatology, 189, 55-57, 1994

269) A.M.Peluso, A.Tosti, F.Torresan, R.Morelli, B.M.Piraccini.
"Skin necrosis unrelated to injection sites after heparin administration".
European J Dermatol, 4: 127-129, 1994.

270) L.Guerra, C.Vincenzi, E.Marchesi, A.Tosti et al.
"Loratadine and cetirizine in the treatment of the chronic urticaria".
JEADV, 3, 148-152, 1994.

271) A.Tosti, A.M.Peluso, P.A.Fanti, F.Torresan, L.Solmi, F.Bassi.
"Hystiocytoid hemangioma with prominent fingernail involvement".
Dermatology, 189, 87-89, 1994.

272) A.Tosti, C.Misciali, B.M. Piraccini, A.M. Peluso, F.Bardazzi.
"Drug-induced hair-loss and hair growth".
Drug Safety 10 (4), 310-317, 1994.

273) Y.M. Clayton, RJ Hay, A.Tosti et al
"Epidemiology of fungal skin and nail disease: roundtable discussion held at Dermatology 2000. Vienna, 17 May 1993".
Br J Dermatol 130 (Supll 43), 9-11, 1994.

274) C.Misciali, G.Ciattaglia, A.Tosti, C.Varotti.
"Guess what? Alopecia areata"
 Eur J Dermatol 4, 405-406, 1994

275) Peluso A.M., Bardazzi F., Tosti A., Varotti C.
"Intermittent Cyclosporin A treatment of severe plaque psoriasis".
Acta Derm Venereol (Stockh) Suppl 186, 90-91, 1994.

276) C.Vincenzi, C.Stinchi, L.Guerra, B.M. Piraccini,F.Bardazzi, A.Tosti
"Erythema multiforme-like contact dermatitis: report of four cases"
Am J Contact Dermatitis, 5, 90-93, 1994.

277) Vincenzi C., Ricci C., Peluso A.M., Tosti A.
"Allergic contact dermatitis due to beta-blockers in eyedrops".
Am J Contact Dermatitis, 5, 102-3, 1994.

278) A.Tosti, N.Cameli, B.M.Piraccini, Fanti P.A., J.P.Ortonne
"Characterization of nail matrix melanocytes using anti-PEP 1, anti-PEP 8, TMH-1 and HMB-45 antibodies".
J Am Acad Dermatol, 31, 193-6, 1994.

279) Peluso A.M., Piraccini B.M., Bardazzi F., Tosti A.
"La bleomicina per scarificazione nel trattamento delle verruche periungueali".
G Ital Dermatol Venereol, 129, 61-4, 1994.

280) A.Tosti, A.M.Peluso, F.Bardazzi, R.Morelli, F.Bassi.
"Phalangeal osteomyelitis due to nail biting"
Acta Derm Venereol (Stockh), 74, 206-207, 1994.

281) Tosti A., Morelli R., Bardazzi F., Peluso A.M.
"Prevalence of nail abnormalities in children with alopecia areata".
Pediatric Dermatology, 11, 112-115, 1994.

282) A.Tosti, A.M.Peluso, R.Morelli, R.D'Alessandro, L.Favero.
"Cutaneous amputation of the terminal phalanges in syringomyelia".
Dermatology,189, 185-187, 1994.

283) Cameli N., Picardo M., Tosti A., Perrin C., Pisani A., Ortonne J.P.
"Expression of integrins in human nail matrix".
Br J Dermatol, 130, 583-588, 1994.

284) M.S. Guidetti, C.Vincenzi, M.Papi, A.Tosti
"Sclerodermatous skin reaction after Vitamin K1 injections".
Contact Dermatitis, 31, 45-6, 1994.

26

285) M. Picardo, A.Tosti, C.Marchese, C.Zompetta, Torrisi M.R., Faggioni A., Cameli N.
"Characterization of cultured nail matrix cells".
J Am Acad Dermatol, 30, 434-40, 1994.

286) F.Bardazzi, C.Vincenzi, C.Stinchi, A.Tosti.
"Post-erythema nodosum localized acquired hypertrichosis".
JEADV, 3, 397-399, 1994.

287) A.Tosti, R.Morelli, A.D'Antuono, M.La Placa, C.Stinchi, A.Frassetto
"Toenail onychomycosis due to Trichophyton Soudanense in two white italian patients".
Eur J Dermatol, 4, 450-2, 1994.

288) Misciali C., Gnucci E., Borrello P., Tosti A.
"Studio di un prodotto contenente estratti della ghiandola del timo nella alopecia androgenetica femminile".
Ann Ital Dermatol Clin Sperimentale 48, 139-141, 1994.

289) La Placa M. Jr, Stinchi C., Venturo N., Morelli R., Tosti A.
"Terbinafina vs griseofulvina nella terapia delle onicomicosi da dermatofiti"
G Ital Dermatol 129, XIX-XXII, 1994.

290) M.S.Guidetti, C.Vincenzi, L.Guerra, A.Tosti.
"Contact dermatitis due to oleyl alcohol".
Contact Dermatitis, 31, 260-261, 1994.

291) Vincenzi C., Trevisi P., Guerra L., Lorenzi S., Tosti A.
"Patch testing with whole dust mite bodies in atopic dermatitis"
Am J Contact Dermatitis, 5: 213-215, 1994

292) Betts C.M., Bardazzi F., Fanti P.A., Tosti A., C.Varotti
"Progressive hyperpigmentation: case report with a clinical, histological, and ultrastructural investigation"
Dermatology, 189: 384-391, 1994

293) M.S. Guidetti, A.M. Peluso, B.M. Piraccini, A. Tosti.
"Acute palmo-plantar pustolosis: a case report".
Annali Ital Derm Clin Sperim, 48: 175-177, 1994.

294) Kokelj F., Lavaroni G., Piraccini B.M., Tosti A.
"Nail psoriasis treated with calcipotriol (MC 903): an open study".
J Dermatol Treat, 5: 149-150, 1994

295) Tosti A., Bardazzi F., Piraccini B.M., Fanti P.A.
"Idiopathic trachyonychia (twenty-nail dystrophy): a pathological study of 23 patients"
Br J Dermatol,131, 866-872, 1994

296) A.Tosti, M.La Placa Jr., P.A.Fanti, G.Gentilomi, S.Venturoli, M.Zerbini, M.Musiani.
"Human Papillomavirus type 16 associated periungual squamous cell carcinoma in a patient with acquired immunodeficency syndrome"
Acta Derm Venereol (Stockh), 74: 478-479, 1994

297) A.Tosti, R.Baran, R.Morelli, P.A.Fanti, A.Peserico.
"Progressive fading of longitudinal melanonychia due to a nail matrix melanocytic nevus in a child".
Arch Dermatol,130: 1076-77, 1994

298) A.Tosti, C.Cosimo, B.M.Piraccini, P.A.Fanti, M.Barbareschi, R.M.Ferretti.
"Woolly hair, palmoplantar keratoderma and cardiac abnormalities: report of a family."
Arch Dermatol, 130: 522-524, 1994

299) P.A. Fanti, A. Tosti, N. Cameli, C. Varotti.
"Nail matrix hypergranulosis".
Am J Dermatopathol,16: 607-610, 1994.

300) F.Ayala, N.Balato, G.Lembo, C.Patruno, G.Angelini, R.Valsecchi, A.Tosti et al.
"Italian multicenter study on Epiquick, Rapid Patch Test and True Test"
J Europ Acad Derm Venereol, 3: 511-517, 1994.

301) P.A.Fanti, A.Tosti, F.Bardazzi, L.Guerra, R.Morelli, N.Cameli.
"Alopecia areata: a pathological study of non-responder patients".
Am J Dermatopath, 16(2): 167-170, 1994.

302) R.Baran, A.Tosti.
"Metastatic carcinoma to the terminal phalanx of the big toe".
J Am Acad Dermatol, 31, 251-263, 1994

303) Bardazzi F., Stinchi C., Fanti P.A., Tosti A.
"Sister Mary Joseph nodule: descrizione di un caso"
Ann Ital Dermatol Clinica e Sperimentale, 48, Suppl. 1, 15-16, 1994

304) A. Tosti, A.M. Peluso.
"Diseases of the nails"
Conn's Current Therapy 1995, W.B. Saunders Company, Robert E. Rakel (Ed), Philadelphia, 721-725, 1995

305) C.Vincenzi, C.Stinchi, C.Ricci, A.Tosti.
"Contact dermatitis due to an emulsifying agent in a baker".
Contact Dermatitis, 32, 57, 1995

306) R. Caputo, S. Veraldi, R. Grimalt, R. Gianotti, A. Tosti, C. Varotti, A.R. de Kaminsky
"The various clinical patterns of xanthoma disseminatum"
Dermatology, 190: 19-24, 1995

307) Tosti A., Piraccini B.M., Fanti P.A., Bardazzi F., Di Landro A.
"Idiopathic atrophy of the nails: clinical and pathological study of 2 cases"
Dermatology, 190: 116-118, 1995

308) Bardazzi F., Stinchi C., Vincenzi C., Tosti A.
"A travelling bather's dermatosis: Cutaneous Larva Migrans".
JEADV, 4, 82-85, 1995.

309) M.S.Guidetti, Fanti P.A., Piraccini B.M., Barbareschi M., Tosti A.
"Diffuse partial woolly hair".
Acta Derm Venereol (Stockh), 75: 141-142, 1995.

310) Vincenzi C., Tosti A., Guerra L., Kokelj F., Nobile C., Rivara G., Zangrando E.
"Contact dermatitis to palladium: a study of 2300 patients".
Am J Contact Dermatitis, 6, 110-112, 1995

311) A. Tosti, Piraccini B.M., Ghedini G., Peluso A.M.
"Guess what! : Pytiriasis rosea of Gibert".
Eur J Dermatol, 5, 263-4, 1995

312) C. Stinchi, C. Vezzani, B.M. Piraccini, A. Tosti
"Sindrome del tunnel carpale:descrizione di un caso".
Ann Ital Derm Clin Sperim, 49: 2: 68-69, 1995

313) Tosti A., Vincenzi C., Trevisi P., Guerra L.
"Euxyl K 400: incidence of sensitization, patch test concentration and vehicle".
Contact Dermatitis, 33: 193-195, 1995

314) Zucchelli V., Silvani S., Vezzani C., Lorenzi S., Tosti A.
"Contact dermatitis from levubunolol and befunolol"
Contact Dermatitis 33: 66: 1995

315) A. Tosti, F. Bardazzi, B.M. Piraccini, P.A. Fanti, N. Cameli, S. Pileri
"Is trachyonichia a variety of alopecia areata limited to the nails"
J Invest Derm: 104, Suppl., 27-28, 1995

316) Tosti A., Bardazzi F., Morelli R., Piraccini B.M.
 "Twenty-nail dystrophy"
Pediatric Dermatology, the world' reality in the children's skin, Elsevier Science, 147-149, 1995

317) Vincenzi C., Pazzaglia M., Guerra L., Tosti A.
"Guess what! : allergic contact dermatitis to cosmetic preservatives".
Eur J Derm, 5, 631-632, 1995

318) Tosti A., Fanti P.A., Piraccini B.M., Bardazzi F., Misciali C.
"Epidermolytic hyperkeratosis of the neil in keratosis palmoplantaris nummularis".
Acta Derm Venereol (Stockh), 75, 405-406, 1995

319) Pazzaglia M., Venturo N., Borda G., Tosti A.
"Contact dermatitis due to a massage liniment containing extract of Inula Helenium".
Contact Dermatitis,33, 267, 1995

320) Pazzaglia M., Vincenzi C., Spiller M., Tosti A.
"Contact sensitivity to Atlas G 1441".
Contact Dermatitis, 33, 208, 1995

321) Lorenzi S., Vezzani C., Vincenzi C., Tosti A.
"Sensibilizzazione all'alcool oleilico da cosmetici e medicamenti topici"
Bollettino di Dermatologia Allergologica e Professionale, 9, 185-189, 1994

322) Lorenzi S., Placucci F., Vincenzi C., Bardazzi F., Tosti A.
"A case of allergic contact dermatitis due to thymol"
Contact Dermatitis, 33, 439-440, 1995

323) M.S. Guidetti, C. Vincenzi, L.Guerra, A.Tosti
"Contact dermatitis due to imidazole antimycotics"
Contact Dermatitis, 33, 282, 1995

324) La Placa M. Jr, Stinchi C., Morelli R., Colombo M.D., Tosti A.
"Terbinafine in the treatment of onychomycoses in patients with epatic disease or in organ transplant recipients"
J Dermatol Treatm, 6, 51-52, 1995

325) Andreone P., Cursaro C., Gramenzi A., Guidetti M.S., Bardazzi F., Tosti A., Miniero R.
"Detection of hepatitis C virus by PCR and RIBA 3.0 in porphyria cutanea tarda"
Hepatology, 21: 1754-55,1995

326) La Placa M. jr., Vincenzi C., Placucci F., Tosti A.
"Dermatite da contatto professionale aerotrasmessa  da glutaraldeide"
Bollettino di Dermatologia Allergologica e Professionale, 10: 29-31, 1995

327) Placucci F., Vincenzi C., Ghedini G., Piana G., Tosti A.
"Coexistence of type 1 and type 4 allergy to rubber latex: a case report"
Contact Dermatitis, 34, 439-440, 1996

328) Pazzaglia M., Vincenzi C., Gasparri F., Tosti A.
"Occupational hypersensitivity in a radiology technician due to isothiazolinones derivatives"
Contact Dermatitis, 34, 143-144, 1996

329) Lorenzi S., Placucci F., Vincenzi C., Tosti A.
"Contact sensitization to cocamidopropyl PG-dimonium chloride phosphate in a cosmetic cream"
Contact Dermatitis, 34, 149-150, 1996

330) Eckart Haneke, A. Tosti, B.M. Piraccini
 "Sea-urchin granuloma of the nail apparatus: report of two cases"
Dermatology, 192: 140-142, 1996

331) Piraccini B.M., Morelli R., Stinchi C., Tosti A.
"Proximal subungual onychomycosis due to microsporum canis"
Br J Dermatol, 134: 175-177, 1996

332) A.Tosti, P.A.Fanti, B.M.Piraccini, P.Paganini, V.Bettoli, G.Ghedini
"Oral manifestations of Darier's disease: a clinical and pathological study"
Eur J Dermatol, 6: 23-25, 1996

333) A.Tosti, B.M.Piraccini, C.Stinchi, N.Venturo, F. Bardazzi, D.Colombo
" Treatment of dermatophyte nail infections: an open randomized study comparing
intermittent terbinafine therapy with continuos terbinafine treatment and intermittent
itraconazole therapy"
J Am Acad Dermatol, 34: 595-600, 1996

334) M.S. Guidetti, B.M. Piraccini, C. MIsciali, A. Tosti, F. Bassi
"Congenital insensitivity to pain with anhidrosis"
Eur J Dermatol 6: 278-9, 1996

335) N. Zaias, A. Tosti, G. Rebell, R. Morelli, F. Bardazzi, H. Bieley, M. Zaiae, B. Gliek, B. Paley, M.
Allevato, R. Baran
"Autosomal dominant pattern of distal subungual onychomycosis caused by Trichophyton
rubrum"
J Am Acad Dermatol 34: 302-4, 1996

336) Pazzaglia M., Vincenzi C., Placucci F., D'Antuono L.F., Tosti A.
"Sensibilizzazione al sesquiterpene lattone mix"
Giorn Ital Dermatol Venereol, 131: 221-3, 1996

337) La Placa M. jr., Vincenzi C., Fanti P.A., Tosti A.
"Generalized atrophic benign epidermolysis bullosa"
J Eur Acad Dermatol Venereol, 7: 167-170, 1996

338) A. Tosti, C. Stinchi, F. Bardazzi, F. Placucci
"Distrofia ungueale canaliforme di Heller e di Leclerq"
G Ital Dermatol Venereol, 131: 265-7, 1996

339) A. Tosti, M. La Placa jr., F. Placucci, G. Gentilomi, S. Venturoli, M. Zerbini, M. Musiani
"No correlation between Cytomegalovirus and alopecia areata"
J Invest Dermatol, 107: 443, 1996

340) P. H. Rief, Patrizi A., Piraccini B.M., Venturo N., Tosti A.
"Autosomal dominant pili torti"
Eur J Dermatol, 6: 385-6, 1996

341) Tosti A., Baran R., Piraccini B.M., Cameli N., Fanti P.A.
"Nail matrix nevi: a clinical and pathological study of 22 patients"
J Am Acad Dermatol, 34: 765-71, 1996

342) Cameli N., Picardo M., Pisani A., Ortonne J.P., Tosti A.
"Characterization of the nail matrix basement membrane zone: an immunoistochemical study of normal and Herlitz's junctional epidermolysis bullosa nails".
Br J Dermatol, 134: 182-4, 1996

343) M. La Placa Jr, S.Venturoli, G. Gentilomi, M. Zerbini, M. Musiani, A. Tosti
"Absence of Human Papillomavirus in Verrucous Carcinoma".
Dermatology 193: 271-272, 1996

344) A.Tosti, C.Vincenzi, L.Guerra, E.Andrisano
"Contact dermatitis from fatty alcohols"
Contact Dermatitis 35: 287-9, 1996

345) Guidetti M.S., Stinchi C., Vezzani C., Tosti A.
"Subungual exostosis of a finger resembling pterygium inversum unguis"
193: 354-5, 1996

346) A.Tosti, B.M.Piraccini, C.Stinchi, S.Lorenzi
"Onychomycosis due to Scopulariopsis brevicaulis: clinical features and response to systemic antifungals"
Br J Dermatol 135: 799-802, 1996

347) C.Misciali, A.M.Peluso, N.Cameli, A.Tosti
"Occurence of alopecia areata in a patient receiving systemic cyclosporin A (CyA)"
Arch Dermatol 132: 843-4, 1996

348) A.Tosti, B.M.Piraccini, M.Pazzaglia, G.Ghedini, F.Papadia
"Severe facial edema following endodontic treatment"
Arch Dermatol 132: 231-233, 1996

349) R. Corazza, M.L.Andreani, N.Venturo, M.Berardi, A.Tosti, G.Gasbarrini
"Celiac disease and alopecia areata: report of a new association"
Gastroenterology: 109: 1333-37, 1995

350) A.Tosti, M.S.Guidetti, F.Bardazzi, C.Misciali
"Long-term results of topical immunotherapy in children with alopecia totalis or alopecia universalis"
 J Am Acad Dermatol 35: 199-201, 1996

351) F.Ayala, N.Balato, G.Lembo, C.Patruno, G.Fabbrocini, I.Nefroni, N.Magliocchetti, D.Schena, A.Rafanelli, S.Seidenari, A.Motolese, G.Angelini, A.Tosti, S.Saccabusi, P.Pigatto, P.Lisi
"Statistical evaluation of the persistence of acquired hypersensitivity by standardized patch tests"
Contact Dermatitis 34: 354-8, 1996

352) F.Placucci, A.Benini, L.Guerra, A.Tosti
 "Occupational allergic contact dermatitis from disinfectan wipes used in dentistry"
Contact Dermatitis 35: 306, 1996

353) P.D.Pigatto, A.Legor, A.S.Bigardi, M.Guarrera, A.Tosti et al
"Gruppo Italiano Ricerca Dermatiti da Contatto ed Ambientali Italian Multicenter Study of
Allergic Contact Photodermatitis: Epidemiological aspects"
American Journal of Contact Dermatits 7: 158-163, 1996

354) S.Lorenzi, A.M.Costa, C.Varotti, A.Tosti
 "Nasal perforation due to cocaine abuse"
Eur J Dermatol 7: 531-2, 1997

355) A.Tosti, M.S.Guidetti, S.Lorenzi, C.Stinchi
"La sindrome delle unghie gialle: esperienza di nove casi"
Giorn Ital Dermatol Venereol, 132: 255-8, 1997

356) P.Lisi, L.Stingeni, C.Benvenuti, F.Rantuccio, G.A.Vena, A.Tosti et al
"Quaviderm: un questionario per la valutazione della qualità di vita italiana in dermatologia"
Annali italiani di Dermatologia Clinica e Sperimentale 51: 39-44, 1997

357) C.Varotti, E.Ghetti, B.M.Piraccini, A.Tosti
"Subungual haematomas in a patient treated with oral anticoagulant (warfarin sodium)"
Eur J Dermatol 7: 395-6, 1997

358) F.Bardazzi, A.Tosti
 "Onicomicosi"
in "Dermatologia di importazione" ed. Poletto, Milano: 118-126, 1997

359) A.Tosti, S.Pretolani et al
"Helicobacter pylori and skin diseases"
Gastroenterology International 10 Suppl. 1: 37-39, 1997

360) A.Tosti, B.M.Piraccini, C.Vincenzi, N.Cameli
"Itraconazole in the treatment of 2 young brothers with chronic mucocutaneous candidiasis"
Pediatric Dermatol 14: 146-8, 1997

361) A.Tosti, B.M.Piraccini
"Treatment of onychomycosis: a European experience"
Dermatologic Therapy 3: 66-72, 1997

362) A.Tosti, A.M.Peluso, C.Misciali, N.Venturo, A.Patrizi, P.A.Fanti
"Loose anagen hair"
Arch Dermatol 133: 1089-1093, 1997

363) A.Tosti, B.M.Piraccini A.M.Peluso
"Contact and irritant stomatitis"
Seminars in Cutaneous Medicine and Surgery 16: 314-19, 1997

364) C.Vincenzi, P.Lucente, C.Ricci, A.Tosti
"Facial contact dermatitis due to metronidazole"
Contact Dermatitis 36: 116-17, 1997

33

365) C.Stinchi, V.Guerrini, E.Ghetti, A.Tosti
"Contact dermatitis from lichens"
Contact Dermatitis 36: 309-10, 1997

366) A.Tosti, B.M.Piraccini
"Paronychia"
in Contact Urticaria Syndrome, ed. S.Amin, A.Lahti, H.I.Maibach, CRC Press LLC: 267-278, 1997

367) A.Tosti, A.M.Peluso, C.Misciali, N.Cameli
"Nail lichen striatus: clinical features and long-term follow-up of five patients"
J Am Acad Dermatol 36: 908-13, 1997

368) P.G.Morselli, A.Tosti
"Tissue expansion for the surgical correction of complications caused by hair replacement
fiber implants"
Eur J Plast Surg 20: 45-7, 1997

369) R.Baran, A.Tosti, B.M.Piraccini
 "Uncommon clinical patterns of Fusarium nail infection: report of three cases"
Br J Dermatol 136: 424-7, 1997

370) A.M.Peluso, C.Misciali, C.Vincenzi, A.Tosti
"Diffuse hypertrichosis during treatment with 5% topical minoxidil"
Br J Dermatol 136: 118-120, 1997

371) A.Tosti, A.M.Peluso, C.Misciali, L.Guerra
"Systemic sarcoidosis presenting with nail dystrophy" Guess What.
Eur J Dermatol 7: 69-70, 1997

372) S.Silvani, E.Spettoli, F.Stacul, A.Tosti
"Contact dermatitis in psoriasis due to propolis"
Contact Dermatitis 37: 48-49, 1997

373) A.Tosti, E.Ghetti, B.M.Piraccini, E.Talarico
"Guess what? Lichen nitidus of the skin, mucous membranes and nails"
Eur J Dermatol 7: 599-600, 1997

374) Volta U., Bardazzi F., Zauli D., De Franceschi L., Tosti A. et Al
"Serological screening for coelic disease in vitiligo and alopecia areata"
Br J Dermatol 136: 801-802, 1997

375) A. Tosti, B.M.Piraccini
"Twenty nail dystrophy"
Current Opinion in Dermatology 3, 83-86, 1996

376) Biasco G., Renga M., Brandi G., Paganelli G.M., Calabrese C., Papa S., Tosti A, Tomassetti P.,
Miglioli M. "Rectal cell proliferation and colon cancer risk in patients with hypergastrinemia"
GUT 41: 330-32, 1997

34

377) A.Tosti, G. Gaddoni, A.M. Peluso, C. Misciali, B.M.Piraccini, B. Menni
"Acquired hairy pinnae in a patient with HIV infection"
J Am Acad Dermatol 28; 513, 1993

378) A.Tosti, B.M.Piraccini, R.Mariani, C.Stinchi, C.Buttasi
"Are local and systemic conditions important for the development of onychomycosis"
Eur J Dermatol 1: 41-4,998

379) A.Tosti, A.M.Peluso, B.M.Piraccini
"Nail diseases in Children"
Advances in Dermatology 13:353-374, 1998.

380) R.Baran, P.Guillot, A.Tosti
"Metastasis from carcinoma of the bronchis to the distal aspect of two digits"
Br J Dermatol 138: 708, 1998

381) A.Tosti, B.M.Piraccini, R.Baran
"The melanocyte system of the nail and its disorders"
in "The pigmentary system physiology and pathophysiology" J.J. Nordlund, R.E. Boissy, VJ
Hearing, R.A.King, J-P Ortonne (eds) Oxford University Press, Oxford, 1998, Cap. 61: 937-943.

382) R.Baran, E.Haneke, A.Tosti
"Trichophyton rubrum demonstrating three different entry sites in adolescent's toenails"
Mikologia Lekarska 5, 1: 47, 1998

383) Ricci C., Pazzaglia M., Tosti A.
"Photocontact dermatitis from UV filters"
Contact Dermatitis 38: 6: 343-344, 1998

384) Pazzaglia M., Vincenzi C., Montanari A., Tosti A.
"Sensitization to nichel from an umbelical ring"
Contact Dermatitis 38: 6: 345, 1998

385) Stinchi C., Piraccini B.M., Pileri S., Lorenzi S., Casavecchia P., Fanti P.A., Tosti A.
"Multiple nodular lesions of the chin and oral mucosa in a patient with Sjogren's syndrome"
Eur J Dermatol 8: 350-2, 1998

386) S.Lorenzi, C.Vincenzi, B.M.Piraccini, A.Tosti
"Pseudomonas aeruginosa folliculitis, Guess What"
Eur J Dermatol 8: 365-6, 1998

387) A.Tosti, B.M.Piraccini, N.Cameli, F.Kokelj, C.Pozzler, G.E.Cannata, C.Benelli
"Calcipotriol ointment in nail psoriasis: a controlled double-blind comparison with
bethamethasone dipropionate and salicylic acid"
Br J Dermatol 139:655-59, 1998

388) A.Tosti, B.M.Piraccini
"Proximal subungual onychomycosis due to Aspergillus niger: report of two cases"
Br J Dermatol 139: 156-157, 1998

389) N.Cameli, J.P.Ortonne, M.Picardo, A.M.Peluso, A.Tosti
"Distribution of Merkel cells in adult human nail"
Br J Dermatol 139: 541, 1998

390) A.Tosti, S.Marzaduri, A.Benini, C.Varotti
"Dermatomiosite paraneoplastica"
G Ital Dermatol Venereol 133: 345-7, 1998

391) A.Tosti, B.M.Piraccini, C.Stinchi, M.D.Colombo
"Relapses of onychomycosis after successful treatment with systemic anti-fungals: a three-year follow-up"
Dermatology 197: 162-6, 1998

392) A.Tosti, E.Ghetti, B.M.Piraccini, P.A.Fanti
"Guess What? Lichen planus of the nails and fingertips"
Eur J Dermatol 8: 447-8, 1998

393) J.E.Gray, A.Tosti
"Antiperspirants: quality of life benefits and medical aspects"
International Congress and Symposium series N°235, Royal Society of Medicine Press Limited, 1998

394) A.Tosti, B.M. Piraccini, Lorenzi S., D'Antuono A.
"Candida onychomycosis in HIV infection"
Eur J Dermatol 8: 173-4, 1998

395) R.Baran, R.J. Hay, E. Haneke, A.Tosti
"A new classification of onychomycosis"
Br J Dermatol 139: 567-571, 1998

396) A.Tosti, A.M.Peluso, V.Zucchelli
"Clinical features and long-term follow-up of 20 cases of parakeratosis pustolosa"
Pediatric Dermatol 15: 259-63, 1998

397) M.La Placa, A.Tosti
"Traumatic nail abnormalities"
J Appl Cosmetol 16: 81-88, 1998

398) Lorenzi S., Montanari A., Ghetti E. Tosti A.
"Erythema multiforme-like eruption due to bufexamac"
Bollettino di Dermatologia Allergologica e Professionale, 13, 77-79, 1998

399) A.Tosti, R.Baran, B.M.Piraccini, P.A.Fanti
"Endonix onychomycosis: a new modality of nail invasion by Dermatophytes"
Acta Derm Venereol (Stockh) 79: 52-53, 1999

400) E.Paulsen, K.E.Andersen, F.M.Brandao, D.P.Bruynzeel, G.Ducombs, P.J.Frosch, A.Goossens, A.Lahti, T.menne, S.Shaw, A.Tosti, J.E.Wahlberg, J.D.Wilkinson, K.Wrangsjo
"Routine patch testing with the sesquiterpene lactone mix in Europe: a 2-year experience"
Contact Dermatitis, 44: 72-76, 1999

401) Patrizi A., Rizzoli L., Vincenzi C., Trevisi P., Tosti A.
"Sensitization to thimerosal in atopic children"
Contact Dermatitis, 40: 94-7, 1999

402) A.Tosti, B.M.Piraccini, A.D'Antuono, S.Marzaduri, V.Bettoli
"Paronychia associated with antiretroviral therapy"
Br J Dermatol 140: 1165-1168, 1999

403) G.Parente, M.Pazzaglia, C.Vincenzi, A.Tosti
"Contact dermatitis from pheniramine maleate in eyedrops"
Contact Dermatitis, 40: 338, 1999

404) A.Tosti, B.M.Piraccini
"Androgenetic alopecia"
Int J Dermatol 38: 1-7, 1999

405) A.Tosti, B.M.Piraccini
 "Biology of Nails"
in Fitzpatrick's "Dermatology in general medicine" I.M.Freedberg, A.Z.Eisen, K.Wolff, K.F.Austen, L.A.Goldsmith, S.I.Katz, T.B. Fitzpatrick (Eds) Fifth edition 1999, The Mc Graw-Hill, New York, Capitolo 18, Vol I: 239-244.

406) R.Baran, A.Tosti
"Nails"
in Fitzpatrick's "Dermatology in general medicine" I.M.Freedberg, A.Z.Eisen, K.Wolff, K.F.Austen, L.A.Goldsmith, S.I.Katz, T.B. Fitzpatrick (Eds) Fifth edition 1999, The Mc Graw-Hill, New York, Capitolo 72, Vol I: 752-768.

407) A.Tosti, B.M.Piraccini
"La psoriasi del cuoio capelluto e delle unghie"
in T.M.Lotti "La psoriasi" P.Carli, B.Bianchi (Eds) UTET Periodici Scientifici s.r.l., pag. 81-84.

408) A.Tosti, B.M.Piraccini "Cicatricial alopecia"
in "European handbook of Dermatological treatments", A.D.Katsambas, T.M.Lotti (Eds), Springer-Verlag, Berlin, Heidelberg, 1999 pag. 111-116

409) A.Tosti, B.M.Piraccini
"Dermatophyte infections" in "European handbook of Dermatological treatments", A.D.Katsambas, T.M.Lotti (Eds), Springer-Verlag, Berlin, Heidelberg, 1999 pag. 144-148

410) V.Bettoli, A.Tosti "Antifungals"
 in "European handbook of Dermatological treatments", A.D.Katsambas, T.M.Lotti (Eds), Springer-Verlag, Berlin, Heidelberg, 1999 pag. 748-755.

411) B.M.Piraccini, A.Tosti
"Drug-induced nail disorders, incidence, management and prognosis"
Drug Safety 1999, 21 (3): 187-201

412) A.Tosti, F.Camacho, R.P.R.Dawber
"Management of androgenetic alopecia"
JEADV 1999, 12: 205-214

413) LA Drake, DL Patrick, P Fleckman, J André, R Baran, E Haneke, C Sapède, A Tosti
"The impact of onychomycosis on quality of life: development of an international
onychomycosis-specific questionnaire to measure patient quality of life"
J Am Acad Dermatol 1999, 41: 189-96

414) R. Baran, A. Tosti
"Topical treatment of nail psoriasis with a new corticoid-containing nail lacquer formulation"
J Dermatological Treatment , 1999, 10:201-204

415) A. Tosti, N. Cameli, A.M. Peluso, P.A. Fanti, A. Peserico
"Storiform Collagenoma of the nail"
Cutis 1999, 64: 203-204

416) C.Misciali,B.M. Piraccini, A. Tosti
"Psoriasis of the nails and scalp"
Acta Derm Venereol.1999, 8: 85-88

417) A.Tosti, E.Ghetti, B.M.Piraccini, P.A.Fanti
 "Pachionichia congenita (descrizione di 4 casi clinici)"
G Ital Dermatol Venereol 1999, 134: 477-80

418) A. Tosti, B.M.Piraccini, M.Pazzaglia, C.Misciali
"Acquired progressive kinking of the hair"
Arch Dermatol 1999, 135: 1223-6

419) A.Tosti, B.M.Piraccini, G.Alagna
"Temporary hair loss simulating alopecia areata after endovascular surgery of cerebral
arteriovenous malformations: report of three cases"
Arch Dermatol 1999, 135: 1555-6

420) Tosti A., Montanari A., Vincenzi C., Pazzaglia M.
"Reazioni allergiche da contatto provocate da farmaci oftalmici"
G Ital Dermatol Venereol 1999, 134: 435-40

421) Pazzaglia  M., Tosti A.
"Allergic contact dermatitis from 3-iodo-2-propynyl-butylcarbamate in a cosmetic cream"
Contact Dermatitis 1999, 41: 290

422) Albanese G.C., Aste N., Biggio P., Difonzo E.M., Di Silverio A., Lasagni A., Pau M., Terragni
L., Tosti A. "Epidemiologia, eziologia, patogenesi della tinea capitis"
G Ital Dermatol Venereol 1999, 134: 451-60

423) Tosti A, Piraccini BM.
"Congenital hypertrichosis".
In Camacho FM, Randall VA, Price VH. Hair and its disorders. Biology, pathology and management. Martin Dunitz, London, 2000, 14: 267-273.

424) M.Isaksson, K.E.Andersen, F.M.Brandao, D.P.Bruynzeel, M.Bruze, T.Diepgen, G.Ducombs, P.J.Frosch, A.Goossens, A.Lahti, T.Menné, S.Seidenari, A.Tosti, J.Wahlberg, J.D.Wilkinson
"Patch testing with corticosteroid mixes in Europe. A multicentre study of the EECDRG"
Contact Dermatitis 2000, 42: 27-35

425) A. Tosti, C.Vincenzi, K.Smith
"Provocative use testing of methyldibromoglatoronitrile in a cosmetic shampoo"
Contact Dermatitis 2000, 42: 64-67

426) C.Orlandi, M.Dastoli, A.Tosti
"Dermatite periorale da "abuso" di una crema a base di furalglucitolo, descrizione di 7 casi"
G Ital Dermatol Venereol 2000, 135: 97-100

427) A.Tosti, B.M.Piraccini
"Treatment of common nail disorders"
Dermatologic Clinics 2000, 18: 339-348

428) C.Vincenzi, G.Parente, A.Tosti
"Perioral granulomatous dermatits: two cases treated with clarithromycin"
Journal of Dermatological Treatment 2000, 11: 57-61

429) A.Tosti, B.M.Piraccini, S.Lorenzi
"Onychomycosis due to non-dermatophytic moulds:clinical features and response to treatment of 59 cases"
J Am Acad Dermatol 2000, 42: 217-24

430) Tosti A., Piraccini B.M., Cameli N.
"Nail changes in lichen planus may resemble those of yellow nail syndrome"
Br J Dermatol 2000, 142: 849-9

431) Tosti A., Piraccini B.M.
"Finasteride and the hair cycle"
J Am Acad Dermatol 2000, 42: 848-849

432) Moghetti P., Tosi F., Tosti A., Negri C., Misciali C., Perrone F., Caputo M., Muggeo M., Castello R.
"Comparison of spironolactone, flutamide, and finasteride efficacy in the treatment of hirsutism: a randomized, double-blind, placebo-controlled trial"
J Clin Endocrinal Metab  2000, 85:89-94

433) M.Isaksson, K.E.Andersen, F.M.Brandao, D.P.Bruynzeel, M.Bruze, T.Diepgen, G.Ducomb, P.J.Frosch, A.Goossens, A.Lahti, T.Menné, S.Seidenari, A.Tosti, J. Wahlberg, J.D.Wilkinson
"Patch testing with budesonide in serial dilutions. A multicentre study of the EECDRG"
Contact Dermatitis 2000, 42: 352-354

434) A.Tosti, M.Pazzaglia, M.Corazza, A.Virgili
"Allergic contact dermatitis caused by mehindi"
Contact Dermatitis 2000: 42:356

435) M.Pazzaglia, M.Jorizzo, G.Parente, A.Tosti
"Allergic contact dermatitis due to avena extract"
Contact Dermatitis 2000: 42: 364

436) M.Pazzaglia, P.Lucente, C.Vincenzi, A.Tosti
"Contact dermatitis from nickel in mobile phones"
Contact Dermatitis 2000: 42: 362-363

437) Sertoli A., Francalanci S., Angelini G., Bacchilega R., Berardesca E., Corazza M., Cusano F., Gaddoni G., Guarrera M., Lodi A., Pigatto P., Schena D., Tosti A., Valsecchi R.
"Gruppo Italiano Ricerca Dermatiti da Contatto e Ambientali (GIRDCA) policentric study about oleyl alcohol and Amerchol L-101 sensitivity"
Bollettino di Dermatologia Allergologica e professionale, 14, 3-8, 1999

438) G.C.Albanese, N.Aste, P.Biggio, E.M.Difonzo, A. Di Silverio, A. Lasagni, M.Pau, L.Terragni, A.Tosti
"Tinea capitis: manifestazioni cliniche e diagnosi differenziale"
G Ital Dermatol Venereol 2000; 135: 71-7

439) A.Tosti, M.Iorizzo, B.M.Piraccini, S.Lorenzi, C.Vincenzi
"Sclerodermia lineare a colpo di sciabola: presentazione di un caso e revisione della letteratura"
G Ital Dermatol Venereol  2000; 135: 487-489

440) M.Pazzaglia, E.Ghetti, F.Stacul, A.Tosti
"Trattamento della dermatite seborroica del cuoio capelluto con uno shampoo contenente ciclopiroxolamina 1%"
G Ital Dermatol Venereol 2000; 135: 247-51

441) F.M.Camacho, R.Happle, A.Tosti, D.Whiting
"The different faces of pili bifurcati. A review"
Eur J Dermatol 2000; 10: 337-40

442) L.Naldi et Al
"Pigmentary traits, modalities of sun reaction, history of sunburns and melanocytic nevi as risk factors for cutaneous malignant melanoma in the Italian population. Results of a collaborative case-control study"
Cancer 88: 2703-2710, 2000

443) A.Tosti, M.Pazzaglia, M.Bertazzoni
"Contact allergy from temporary tattoos"
Arch Dermatol 2000 136: 1061

444) D.Van Neste, V.Fuh, P.Sanchez-Pedreno, E.Lopez-Brau, H.Wolff, D.Whiting, J.Roberts, D.Kopera, J-J. Stene, S.Calvieri, A.Tosti et Al
"Finasteride increases anagen hairs in men with androgenetic alopecia"
Br J Dermatol 2000; 143: 804-810

445) B.M.Piraccini, G.L.Parente, E.Varotti, A.Tosti
"Congenital hypertrophy of the lateral nail folds of the hallux: clinical features and follow-up of seven cases"
Pediatric Dermatol 17: 348-351, 2000

446) B.M.Piraccini, C.Vincenzi, S.Lorenzi, M.Jorizzo, A.Tosti
"Oral calcitriol in the treatment of scleroderma 'en coupe de sabre' "
J Dermatol Treatment 2000; 11: 207-8

447) A.Tosti, F. Camacho-Martinez, R.Dawber
"Il trattamento dell'alopecia androgenetica"
JEADV 1999; 12: 205-214

448) M.Jorizzo, B.M.Piraccini, A.Tosti
"Il calcipotriolo nella psoriasi pustolosa ungueale"
DermoTime 2000; 8/9: 23-24

449) A.Tosti, B.M.Piraccini, O.Calderoni, N.Cameli, P.A.Fanti, E.Varotti
"Onichomatrixoma: report of three cases, including the first recognized in a colored man"
Eur J Dermatol 2000; 10: 604-606

450) M.La Placa, M.Pazzaglia, A.Tosti
"Lycopenaemia"
JEADV 2000; 14: 311-312

451) A.Tosti, M.Pazzaglia, M.Bertazzoni, A.Vassilopoulou
"Dermatite allergica da contatto, nuove tendenze: il mehindi"
G Ital Dermatol Venereol 2000; 135: 687-690

452) P.Lisi, L.Stingeni, G.Angelini, C.Foti, P.Pigatto, A.Sertoli, S.Francalanci, R.H.Valsecchi, F.Cusano, A.Tosti, S.Seidenari, D.Schena
"A new mix for screening contact allergy to corticosteroids"
 Annali Italiani di dermatologia Allergologica, Clinica e Sperimentale 2000: 54: 77-82

453) A.Tosti, B.M.Piraccini
"Nail disorders"
in Textbook of Pediatric Dermatology. J.Harper, A.Oranje, N.Prose (Eds). Blackwell Science Ltd (Oxford) 2000, pag.1491-99

454) S.Lorenzi, M.Iorizzo, B.M.Piraccini, A.Tosti
"Trattamento dell'onicodistrofia traumatica con xerial 50".
Dermotime, Luglio-Agosto 2000: 23-25

41

455) V.Andrisano, R.Ballardini, P.Hrelia, N.Cameli, A.Tosti, R.Gotti, V.Cavrini
"Studies on the photostability and in vitro phototoxicity of labetalol"
Eur J  Pharm Sci 2001; 12 (4): 495-504

456) A.Tosti, B.M.Piraccini
"Warts of the nail unit: surgical and nonsurgical approaches"
Dermatol Surg 2001; 27: 235-9

457) A.Tosti, B.M.Piraccini, F.Camacho-Martinez
"Onichomadesis and pyogenic granuloma following cast immobilization"
Arch Dermatol 2001; 137: 231-2

458) A.Tosti, B.M.Piraccini, D.J. Van Neste
"Telogen effluvium after allergic contact dermatitis of the scalp"
Arch Dermatol 2001; 137: 187-90

459) A.Tosti, M.Pazzaglia
"Gli esperti rispondono: come dimostarre il ruolo degli additivi alimentari?
In T.M.Lotti "L'Orticaria" B.Bianchi, I.Ghersetich (Eds) 2001 UTET S.p.A. Divisione Periodici
Scientifici, pag.141-143

460) A.Tosti, E.Bettoli "Orticarie fisiche"
In T.M.Lotti "L'Orticaria" B.Bianchi, I.Ghersetich (Eds) 2001 UTET  S.p.A. Divisione Periodici
Scientifici, pag.63-68

461) F.M.Brandao, A.Goossens, A.Tosti
"Topical drugs"
in Textbook of Contact Dermatitis. R.J.G. Rycroft, T.Menné, P.J.Frosch, J-P.Lepoittevin (Eds)
Third Edition, Springer-Verlag (Berlin) 2001; pag. 687-723

462) R.Baran, G.Mikhail, B.Costini, A.Tosti, S.Goettmann-Bonvallot
"Distal digital keratoacanthoma:two cases with a review of the literature"
Dermatol Surg 27: 575-579, 2001-11-12

463) M.Iorizzo, S.Vaccari, B.Passarini, M.Pazzaglia, A.Tosti
"Dermatite allergica da contatto a metilene 4, 4' - difenilisocianato in una studentessa di
chimica"
Annali Italiani di Dermatologia Allergologica Clinica e Sperimentale 55: 37-39, 2001

464) O. de Lacharriere, C. Deloche, C. Misciali, B.M.Piraccini, C.Vincenzi, P.Bastien, I.Tardy,
B.Bernard, A.Tosti "Hair diameter diversity: a clinicl sign reflecting the follicle
miniaturization"
Arch Dermatol 137: 641-646, 2001

465) B.M.Piraccini, A.Tosti, M.Jorizzo, C.Misciali
"Pustular psoriasis of the nails: treatment and long-term follow-up of 46 patients"
Br J Dermatol 144: 1000-1005, 2001

466) A.Tosti, B.M.Piraccini, S.Cambiaghi, M.Jorizzo
 "Nail lichen planus in children: clinical features, rsponse to treatment and long-term follow-up"
Arch Dermatol 137: 1027-1032, 2001

467) Tosti A., Misciali C., Cameli N., Vincenzi C.
"Guess what! Psoriasis of the lips"
Eur J Dermatol 11 (6): 589-90, 2001

468) Tosti A., Piraccini B.M., Soli M.
"Evaluation of sexual function in subjects taking finasteride for the treatment of androgenetic alopecia"
J Eur Acad Dermatol Venereol 15: 418-21, 2001

469) Iorizzo M., Parente G, Vincenzi C., Pazzaglia M., Tosti A.
"Allergic contact dermatitis in hairdressers: frequency and source of sensitization"
Eur J Dermatol 12: 179-82, 2002

470) Tosti A., Piraccini B.M.
"Loose anagen hair syndrome and loose anagen hair"
Arch Dermatol 138: 521-2, 2002

471) Tosti A, Piraccini BM, Iorizzo M.
"Systemyc itraconazole in the yellow nail syndrome"
Br J Dermatol 146: 1064-7, 2002.

472) Tosti A, Piraccini BM, Ghetti E, Colombo MD.
"Topical steroids versus systemic antifungals in the treatment of chronic paronychia: an open, randomized double-blind and double dummy study"
J Am Acad Dermatol 47: 73-6, 2002.

473) Wilkinson JD, Shaw S, Andersen KE, Brandao FM, Bruynzeel DP, Bruze M, Camarasa JM, Diepgen TL, Ducombs G, Frosch PJ, Goossens A, Lachappelle JM, Lahti A, Menne T, Seidenari S, Tosti A, Wahlberg JE. "Monitoring levels of preservative sensitivity in Europe. A 10-year overview (1991-2000)".
Contact Dermatitis 46:207-10, 2002.

474) Tosti A, Piraccini BM, Bergfeld WF, Camacho F, Dawber RP, Happle R, Olsen EA, Price VH, Rebora A, Shapiro J, Sinclair R, Vanneste D, Whiting DA.
"Occupational alopecia or alopecia areata?"
J Am Acad Dermatol 47:636-7, 2002.

475) Tosti A, Argenziano G.
"Dermoscopy allows better management of nail pigmentation".
Arch Dermatol138:1369-70, 2002.

476) Piraccini BM, Lorenzi S, Tosti A.
"'Deep' white superficial onychomycosis due to molds".
 J Eur Acad Dermatol Venereol16:532-3, 2002.

43

477) Tosti A, Piraccini BM, Iorizzo M.
"Trachyonychia and related disorders: evaluation and treatment plans".
Dermatologic Therapy 15:121-5, 2002.

478) Tosti A, Pazzaglia M.
"La fragilità ungueale".
Dermocosmetologia 1:13-5, 2002.

479) Tosti A, Iorizzo M.
"Dalla lucidità alla patologia. E' solo colpa del sebo?"
La Pelle 7:45-7, 2002.

480) Piraccini BM, Iorizzo M, Tosti A.
"Drug-induced nail abnormalities".
Am J Clin Dermatol 4:31-7, 2003.

481) Minisini AM, Tosti A, Sobrero AF, Mansutti M, Piraccini BM, Sacco C, Puglisi F.
"Taxane-induced nail changes: incidence, clinical presentation and outcome".
Ann Oncol 14:333-7, 2003.

482) Pazzaglia M, Tullo S, Tosti A.
"Estrogeni e capelli"
La Pelle 1:51-3, 2003.

483) Tullo S, Pazzaglia M, Iorizzo M, Tosti A.
"Cosmetici e caduta dei capelli"
DermoCosmetologia 1:6-8, 2003.

484) Ghetti E, Piraccini B, Tosti A.
"Onycholysis and subungual haemorrhages secondary to systemic chemotherapy (paclitaxel)"
J Eur Acad Dermatol Venereol. 2003;17:459-460.

485) Tosti A, Piraccini BM, Pazzaglia M, Vincenzi C.
"Clobetasol propionate 0.05% under occlusion in the treatment of alopecia
totalis/universalis".
J Am Acad Dermatol. 2003 l;49:96-8.

486) Baran R, Tosti A, De Berker D.
"Periungual keratoacanthoma  preceded  by a wart and followed by a verrucous carcinoma  at
the same site".
Acta Derm Venereol. 2003;83:232-3.

487) Pazzaglia M, Tullo S, Tosti A.
"Occupational protein contact dermatitis due to Calliphora vomitoria larvae (maggots) bred as
fishing bait".
Contact Dermatitis. 2003;48:176.

488) Ducombs G, Lepoittevin JP, Berl V, Andersen KE, Brandao FM, Bruynzeel DP, Bruze M, Camarasa JG, Frosch PJ, Goossens A, Lachapelle JM, Lahti A, Le Coz CJ, Maibach HI, Menne T, Seidenari S, Shaw S, Tosti A, Wilkinson JD; European Environmental and Contact Dermatitis Research Group multicentre Study.
"Routine patch testing with frullanolide mix: an European Environmental and Contact Dermatitis Research Group multicentre study".
Contact Dermatitis. 2003;48:158-61.

489) Tosti A, Piraccini BM, Misciali C, Vincenzi C.
"Lentiginous eruption due to topical immunotherapy".
Arch Dermatol. 2003;139:544-5.

490) Tosti A, Piraccini BM, Iorizzo M.
"Management of onychomycosis in children".
Dermatol Clin. 2003; 21:507-9.

491)Tosti A, Piraccini BM, Lorenzi S, Iorizzo M.
"Treatment of non dermatophyte mold and Candida onychomycosis"
Dermatol Clin. 2003; 21:491-7.

492) Sinclair R, Jolley D, Mallari R, Magee J, Tosti A, Piracinni BM, Vincenzi C, Happle R, Ferrando J, Grimalt R, Therese L, Van Neste D, Zlotogorski A, Christiano AM, Whiting D.
"Morphological approach to hair disorders"
J Investig Dermatol Symp Proc. 2003 ;8:56-64.

493) Piraccini BM, Fanti PA, Iorizzo M, Tosti A.
"Juvenile xanthogranuloma of the proximal nail fold"
Pediatr Dermatol. 2003; 20:307-8.

494) Tosti A, Iorizzo M, Vincenzi C.
"Finasteride treatment may not prevent telogen effluvium after minoxidil withdrawal".
Arch Dermatol. 2003 ;139:1221-2.

495) Lorenzi S, D'Antuono A, Iorizzo M, Tosti A.
"Skin rash and sprinter hemorrhages from ganciclovir"
J Dermatol Treat 2003; 14:177-8.

496) Tosti A, Piraccini BM, Scher RK.
"Isolated nail dystrophy suggestive of dominant dystrophic epidermolysis bullosa".
Pediatr Dermatol 2003; 20:456-7.

497) Pazzaglia M, Tullo S, Voudouris S, Tosti A.
"Contact dermatitis due to cyclohexanone: a further case"
Contact Dermatitis. 2003 Dec;49(6):313..

498)Tosti A, Voudouris S, Pazzaglia M.
"Contact sensitization to 5-chloro-2-methyl-4-isothiazolin-3-one and 2-methyl-4-isothiazolin-3-one in children".
Contact Dermatitis. 2003 Oct;49(4):215-6

499) Piraccini BM, Iorizzo M, Antonucci A, Tosti A.
"Drug-induced nail abnormalities"
Expert Opin Drug Saf. 2004; 3:57-65.

500) Daniel CR, Piraccini BM, Tosti A.
"The nail and hair in forensic sciente"
J Am Acad Dermatol 2004; 50: 258-261.

501) Deloche C, De Lacharriere O, Misciali C, Piraccini BM, Vincenzi C, Bastien P, Tardy I,
Bernard BA, Tosti A. "Histological features of peripilar signs associated with androgenetic
alopecia"
Arch Dermatol Res. 2004;295:422-8..

502) Piraccini BM, Antonucci A, Iorizzo M, Pazzaglia M, Tosti A.
"Occupational nail fragility in a professional violist"
Contact Dermatitis. 2004;51:35-6.

503) Tosti A, Pazzaglia M, Silvani S, Delorenzi F.
"The spectrum of allergic contact dermatitis in the elderly"
Contact Dermatitis. 2004;50:379-81.

504) Tosti A, Pazzaglia  M, Soli M, Rossi A, Rebora A, Atzori L, Barbareschi M, Benci M,
Voudouris S, Vena GA. "Evaluation of sexual function with an international index of erectile
function in subjects taking finasteride for androgenetic alopecia"
Arch Dermatol 2004;140:857-8.

505) La Placa M, Vitone F, Bianchi T, Vincenzi C, Gibellini D, Re MC, Tosti A.
"Serum antibodies against human intracisternal A-type particle (HIAP) endogenous retrovirus
in Alopecia areata  patients: a hallmark of autoimmune disease?"
J Invest Dermatol. 2004;123:407-9.

506) Piraccini BM, Tosti A.
"White superficial onychomycosis: epidemiological, clinical, and pathological study of 79
patients"
Arch Dermatol. 2004;140:696-701.

507) Giehl KA, Ferguson DJ, Dean D, Chuang YH, Allen J, Berker DA, Tosti A, Dawber RP,
Wojnarowska F. "Alterations in the basement membrane zone in pili annulati hair follicles as
demonstrated by electron microscopy and immunohistochemistry"
Br J Dermatol. 2004;150:722-7.

508) Tosti A, Pazzaglia M, Voudouris S, Tosti G.
"Hypertrichosis of the eyelashes caused by bimatoprost".
J Am Acad Dermatol. 2004;51:S149-50.

509) Giehl KA, Eckstein GN, Benet-Pages A, Tosti A, de Berker DA, Meitinger T, Muller-Myhsok B, Strom TM.
"A gene locus responsible for the familial hair shaft abnormality pili annulati maps to chromosome 12q24.32-24.33".
J Invest Dermatol. 2004 Dec;123(6):1073-7.

510) Tosti A, Piraccini BM, Iorizzo M, Misciali C.
"Frontal fibrosing alopecia in postmenopausal women".
J Am Acad Dermatol. 2005 Jan;52(1):55-60.

511) Veneziano L, Silvani S, Voudouris S, Tosti A.
"Contact dermatitis due to topical cosmetic use of vitamin K".
Contact Dermatitis. 2005 Feb;52(2):113-4.

512) Tosti A, Iorizzo M, Piraccini BM.
"Androgenetic  alopecia in children: report of 20 cases".
Br J Dermatol. 2005 Mar;152(3):556-9.

513) Piraccini BM, Rech G, Pazzaglia M, Tullo S, Iorizzo M, Tosti A.
"Peri- and subungual burns caused by hydrofluoric acid".
Contact Dermatitis. 2005 Apr;52(4):230-2.

514) Tosti A, Piraccini BM, Vincenzi C, Misciali C.
"Permanent alopecia after busulfan chemotherapy".
Br J Dermatol. 2005 May;152(5):1056-8.

515) Misciali C, Iorizzo M, Fanti PA, Piraccini BM, Ceccarelli C, Santini D, Tosti A.
"Onychoblastoma (hamartoma of the nail unit): a new entity?"
Br J Dermatol. 2005 May;152(5):1077-8.

516) Tosti A, Bellavista S, Longo S, Pazzaglia M.
Tendency to underestimate the severity of androgenetic alopecia.
Br J Dermatol. 2005 Jun;152(6):1362-3

517) Piraccini BM, Antonucci A, Rech G, Iorizzo M, Neri I, Patrizi A, Tosti A.
"Congenital pseudoclubbing of a fingernail caused by subungual hemangioma".
J Am Acad Dermatol. 2005 Aug;53(2 Suppl 1):S123-6.

518) Tosti A, Hay R, Arenas-Guzman R.
"Patients at risk of onychomycosis--risk factor identification and active prevention".
J Eur Acad Dermatol Venereol. 2005 Sep;19 Suppl 1:13-6.

519) Arenas-Guzman R, Tosti A, Hay R, Haneke E; National Institue for Clinical Excellence.
"Pharmacoeconomics--an aid to better decision-making".
J Eur Acad Dermatol Venereol. 2005 Sep;19 Suppl 1:34-9.

520) Iorizzo M, Piraccini BM, Rech G, Tosti A.
"Treatment of onychomycosis with oral antifungal agents".
Expert Opin Drug Deliv. 2005 May;2(3):435-40. Review.

521) Alfonso M, Richter-Appelt H, Tosti A, Viera MS, Garcia M.
"The psychosocial impact of hair loss among men: a multinational European study".
Curr Med Res Opin. 2005 Nov;21(11):1829-36.

522) Tosti A, Piraccini BM, Pazzaglia M.
"Contact Stomatitis".
Emedicine 2002

523) Daniel CR 3rd, Tosti A, Iorizzo M, Piraccini BM.
"The disappearing nail bed: a possible outcome of onycholysis".
Cutis. 2005 Nov;76(5):325-7. Review.

524) Iorizzo M, Pazzaglia M, M Piraccini B, Tullo S, Tosti A.
"Brittle nails".
J Cosmet Dermatol. 2004 Jul;3(3):138-44.

525) Tosti A, Piraccini BM, Iorizzo M, Voudouris S.
"The natural history of androgenetic alopecia".
J Cosmet Dermatol. 2005 Jan;4(1):41-3.

526) Daniel CR 3rd, Iorizzo M, Tosti A, Piraccini BM.
"Ingrown toenails"
Cutis. 2006 Dec;78(6):407-8.

527) Daniel CR 3rd, Iorizzo M, Piraccini BM, Tosti A.
"Grading simple chronic paronychia and onycholysis".
Int J Dermatol. 2006 Dec;45(12):1447-8.

528) Tosti A, Pazzaglia M, Starace M, Bellavista S, Vincenzi C, Tonelli G.
"Alopecia areata during treatment with biologic agents".
Arch Dermatol. 2006 Dec;142(12):1653-4.

529) Daniel CR 3rd, Tosti A, Iorizzo M, Piraccini BM.
"The nail and Koebner-like phenomenon".
Int J Dermatol. 2006 Nov;45(11):1372-3.

530) Tosti A, Iorizzo M, Botta GL, Milani M.
"Efficacy and safety of a new clobetasol propionate 0.05% foam in alopecia areata: a
randomized, double-blind placebo-controlled trial".
J Eur Acad Dermatol Venereol. 2006 Nov;20(10):1243-7.

531) Ross EK, Vincenzi C, Tosti A.
"Videodermoscopy in the evaluation of hair and scalp disorders".
J Am Acad Dermatol. 2006 Nov;55(5):799-806.

532) Dika E, Tosti A, Goldovsky M, Wester R, Maibach HI.
"Percutaneous absorption of crotamiton in man following single and multiple dosing".
Cutan Ocul Toxicol. 2006;25(3):211-6.

533) Zoli V, Tosti A, Silvani S, Vincenzi C.
"Moist toilet papers as possible sensitizers: review of the literature and evaluation of commercial products in Italy".
Contact Dermatitis. 2006 Oct;55(4):252-4. Review.

534) Tosti A, Bellavista S, Iorizzo M.
"Alopecia areata: a long term follow-up study of 191 patients".
J Am Acad Dermatol. 2006 Sep;55(3):438-41.

535) Sakata S, Howard A, Tosti A, Sinclair R.
"Follow up of 12 patients with trachyonychia".
Australas J Dermatol. 2006 Aug;47(3):166-8.

536) Piraccini BM, Iorizzo M, Starace M, Tosti A.
"Drug-induced  nail diseases".
Dermatol Clin. 2006 Jul;24(3):387-91. Review.

537) Tosti A, Iorizzo M, Piraccini BM, Starace M.
"The nail in systemic diseases".
Dermatol Clin. 2006 Jul;24(3):341-7. Review.

538) Piraccini BM, Rech G, Pazeaglia M, Tosti A.
"Mechanical onycholysis of 2 fingernails in a 7-year-old girl".
Contact Dermatitis. 2006 May;54(5):301-2.

539) Zoli V, Silvani S, Vincenzi C, Tosti A.
"Allergic contact cheilitis".
Contact Dermatitis. 2006 May;54(5):296-7.

540) Piraccini BM, Voudouris S, Pazzaglia M, Rech G, Vincenzi C, Tosti A.
"Lipedematous alopecia  of the scalp".
Dermatol Online J. 2006 Feb 28;12(2):6.

541) Iorizzo M, Vincenzi C, Voudouris S, Piraccini BM, Tosti A.
"Finasteride treatment of female pattern hair loss".
Arch Dermatol. 2006 Mar;142(3):298-302.

542) Tosti A, Bellavista S, Iorizzo M, Vincenzi C.
"Occupational trachyonychia due to psoriasis: report of a case successfully treated with oral acitretin".
Contact Dermatitis. 2006 Feb;54(2):123-4.

543) Feletti F, Vincenzi C, Pazzaglia M, Tosti A.
"Periocular pigmentation associated with use of travoprost for the treatment of alopecia areata of the eyelashes".
J Eur Acad Dermatol Venereol. 2007 Mar;21(3):421-3.

49

544) Scher RK, Tavakkol A, Sigurgeirsson B, Hay RJ, Joseph WS, Tosti A, Fleckman P, Ghannoum M, Armstrong DG, Markinson BC, Elewski BE.
"Onychomycosis: Diagnosis and definition of cure".
J Am Acad Dermatol. 2007 Jun;56(6):939-44

545) Iorizzo M, Piraccini BM, Tosti A.
"Heterochromia  of the scalp hair following blaschko lines".
Pediatr Dermatol. 2007 Jan-Feb;24(1):69-70.

546) Piraccini BM, Antonucci A, Rech G, Starace M, Misciali C, Tosti A.
"Onychomatricoma: first description in a child".
Pediatr Dermatol. 2007 Jan-Feb;24(1):46-8.

547) Iorizzo M, Piraccini BM, Tosti A.
"New fungal nail infections".
Curr Opin Infect Dis. 2007 Apr;20(2):142-5. Review.

548) Starace M, Militello G, Pazzaglia M, Vincenzi C, Tosti A.
"Allergic contact dermatitis to nickel in a hair clasp".
Contact Dermatitis. 2007 May;56(5):290.

549) Tosti A, Pazzaglia M.
"Drug reactions affecting hair: diagnosis".
Dermatol Clin. 2007 Apr;25(2):223-31.

550) Richert B, Iorizzo M, Tosti A, Andre J.
"Nail bed lichen planus associated with onychopapilloma".
Br J Dermatol. 2007 May;156(5):1071-2.

551) Iorizzo M, Piraccini BM, Tosti A.
"Nail cosmetics in nail disorders".
J Cosmet Dermatol. 2007 Mar;6(1):53-8. Review.

552) Tosti A, Gray J.
"Assessment of Hair and Scalp Disorders"
J Investig Dermatol Symp Proc. 2007 Dec;12(2):23-27.

553) Dominguez-Cherit J, Toussaint-Caire S, Kamino H, Iorizzo M, Tosti A.
"Subungual spitz nevus in a Hispanic infant"
Dermatol Surg. 2008 Nov;34(11):1571-3.

554) Donati A, Vincenzi C, Tosti A.
"Acute hair loss in phenylketonuria"
J Eur Acad Dermatol Venereol. 2009 May;23(5):613-5

555) Iorizzo M, De Padova MP, Tosti A.
"Biorejuvenation: theory and practice"
Clin Dermatol. 2008 Mar-Apr;26(2):177-81.

556) Tosti A, Whiting D, Iorizzo M, Pazzaglia M, Misciali C, Vincenzi C, Micali G.
"The role of scalp dermoscopy in the diagnosis of alopecia areata incognita"
J Am Acad Dermatol. 2008 Jul;59(1):64-7.

557) Iorizzo M, Tosti A, Di Chiacchio N, Hirata SH, Misciali C, Michalany N, Domiguez J, Toussaint S.
"Nail melanoma in children: differential diagnosis and management"
Dermatol Surg. 2008 Jul;34(7):974-8.

558) Iorizzo M, Dahdah M, Vincenzi C, Tosti A.
"Videodermoscopy of the hyponychium in nail bed psoriasis"
J Am Acad Dermatol. 2008 Apr;58(4):714-5.

559) Iorizzo M, Oranje AP, Tosti A.
"Periungual hyperpigmentation in newborns"
Pediatr Dermatol. 2008 Jan-Feb;25(1):25-7.

560) Betto P, Gennari E, Germi L, Bonoldi E, Scalco G, Tosti A.
"Tamoxifen and purpuric vasculitis: a case report"
J Eur Acad Dermatol Venereol. 2008 Jun;22(6):762-3.

561) Piraccini BM, Rech G, Tosti A.
"Photodynamic therapy of onychomycosis caused by Trichophyton rubrum"
J Am Acad Dermatol. 2008 Nov;59(5 Suppl):S75-6.

562) La Placa M, Vincenzi C, Misciali C, Tosti A.
"Scalp sarcoidosis with systemic involvement"
J Am Acad Dermatol. 2008 Nov;59(5 Suppl):S126-7.

563) Iorizzo M, Pazzaglia M, Starace M, Militello G, Tosti A.
"Videodermoscopy: a useful tool for diagnosing congenital triangular alopecia"
Pediatr Dermatol. 2008 Nov-Dec;25(6):652-4.

564) Tosti A, Piraccini BM, de Farias DC
"Dealing with melanonychia"
Semin Cutan Med Surg. 2009 Mar;28(1):49-54.

565) Tosti A.
"Hair and nail disorders. Introduction."
Semin Cutan Med Surg. 2009 Mar;28(1):1-2.

566) Tosti A, Ricotti C, Romanelli P, Cameli N, Piraccini BM.
"Evaluation of the efficacy of acitretin therapy for nail psoriasis"
Arch Dermatol. 2009 Mar;145(3):269-71.

567) Harries MJ, Trueb RM, Tosti A, Messenger AG, Chaudhry I, Whiting DA, Sinclair R, Griffiths CE, Paus R.
"How not to get scar(r)ed: pointers to the correct diagnosis in patients with suspected primary cicatricial alopecia"
Br J Dermatol. 2009 Mar;160(3):482-501

568) Giehl KA, Rogers MA, Radivojkov M, Tosti A, de Berker DA, Weinlich G, Schmuth M, Ruzicka T, Eckstein GN.
"Pili annulati: refinement of the locus on chromosome 12q24.33 to a 2.9-Mb interval and candidate gene analysis"
Br J Dermatol. 2009 Mar;160(3):527-33

569) Yang A, Iorizzo M, Vincenzi C, Tosti A.
"Hair extensions: a concerning cause of hair disorders"
Br J Dermatol. 2009 Jan;160(1):207-9.

570) Fu JM, Starace M, Tosti A.
"A new dermoscopic finding in healthy children"
Arch Dermatol. 2009;145(5):596-7.

571) Tosti A, Duque-Estrada B.
"Treatment strategies for alopecia"
Expert Opin Pharmacother. 2009 Apr;10(6):1017-26.

572) El Shabrawi-Caelen L, La Placa M, Vincenzi C, Haidn T, Muellegger R, Tosti A.
"Adalimumab-induced psoriasis of the scalp with diffuse alopecia: A severe potentially irreversible cutaneous side effect of TNF-alpha blockers"
Inflamm Bowel Dis. 2009 May 21, in press

573) Baran R, Tosti A, Hartmane I, Altmeyer P, Hercogova J, Koudelkova V, Ruzicka T, Combemale P, Mikazans I.
"An innovative water-soluble biopolymer improves efficacy of ciclopirox nail lacquer in the management of onychomycosis"
J Eur Acad Dermatol Venereol. 2009: 23(7):773-81.

574) Tosti A, Torres F, Misciali C, Vincenzi C, Duque-Estrada B.
"The role of dermoscopy in the diagnosis of cicatricial marginal alopecia"
Br J Dermatol. 2009 161(1):213-5

575) Duque-Estrada B, Vincenzi C, Misciali C, Tosti A.
"Alopecia secondary to mesotherapy"
J Am Acad Dermatol. 2009;61(4):707-9

576) Tangjaturonrusamee C, Piraccini BM, Vincenzi C, Starace M, Tosti A.
"Tinea capitis mimicking folliculitis decalvans"
Mycoses. 2009 Jul 21, in press

577) Iorizzo M, Vincenzi C, Smith FJ, Wilson NJ, Tosti A.
"Pachyonychia congenita type I presenting with subtle nail changes"
Pediatr Dermatol. 2009 Jul-Aug;26(4):492-3.

578) Horev L, Tosti A, Rosen I, Hershko K, Vincenzi C, Nanova K, Mali A, Potikha T, Zlotogorski A.
"Mutations in lipase H cause autosomal recessive hypotrichosis simplex with woolly hair"
J Am Acad Dermatol. 2009 Nov;61(5):813-8.

579) Tosti A, Piraccini BM, Sisti A, Duque-Estrada B.
"Hair loss in women"
Minerva Ginecol. 2009 Oct;61(5):445-52.

580) Tosti A, Torres F.
Dermoscopy in the diagnosis of hair and scalp disorders.
Actas Dermosifiliogr. 2009 Nov;100 Suppl 1:114-9.

581) Magnano M, Silvani S, Vincenzi C, Nino M, Tosti A.
Contact allergens and irritants in household washing and cleaning products.Contact Dermatitis. 2009 Dec;61(6):337-41.

582) Tosti A, Torres F, Misciali C, Vincenzi C, Starace M, Miteva M, Romanelli P.
Follicular red dots: a novel dermoscopic pattern observed in scalp discoid lupus erythematosus.Arch Dermatol. 2009 Dec;145(12):1406-9.

583) Fabbrocini G, De Padova MP, Tosti A.
Chemical peels: what's new and what isn't new but still works well.
Facial Plast Surg. 2009 Dec;25(5):329-36.

584) Magnano M, Silvani S, Vincenzi C, Nino M, Tosti A.
Contact allergens and irritants in household washing and cleaning products.Contact Dermatitis. 2009 Dec;61(6):337-41.

585) Tosti A, Torres F, Misciali C, Vincenzi C, Starace M, Miteva M, Romanelli P.
Follicular red dots: a novel dermoscopic pattern observed in scalp discoid lupus erythematosus.
Arch Dermatol. 2009 Dec;145(12):1406-9.
.
586)Giacomini F, Starace M, Tosti A.
Short Anagen Syndrome.
Pediatr Dermatol. 2010 Jun 9.

587) Avashia N, Woolery-Lloyd H, Tosti A, Romanelli P.
Short anagen syndrome in an African American woman.J Am Acad Dermatol. 2010

588)Piraccini BM, Bellavista S, Misciali C, Tosti A, de Berker D, Richert B.
PERIUNGUAL AND SUBUNGUAL PYOGENIC GRANULOMA.
Br J Dermatol. 2010 Jun 10.

589)Farias DC, Tosti A, Chiacchio ND, Hirata SH.
[Dermoscopy in nail psoriasis]
An Bras Dermatol. 2010 Feb;85(1):101-3

590)Di Chiacchio N, Hirata SH, Enokihara MY, Michalany NS, Fabbrocini G, Tosti
A.Dermatologists' accuracy in early diagnosis of melanoma of the nail matrix. Arch Dermatol.
2010 Apr;146(4):382-7.

591)Piraccini BM, Saccani E, Starace M, Balestri R, Tosti A.
Nail lichen planus: response to treatment and long term follow-up.
Eur J Dermatol. 2010 Jul-Aug;20(4):489-96.

592) Miteva M, Camacho I, Romanelli P, Tosti A.
Acute hair loss on the limbs in frontal fibrosing alopecia: a clinicopathological study of two
cases.
Br J Dermatol. 2010 Aug;163(2):426-8.

593)Ayala F, Nino M, Fabbrocini G, Panariello L, Balato N, Foti C, Tosti A, Corazza M, Valsecchi
RH, Gola M, Gallo R, Guarneri F, Pigatto PD, Cristaudo A, Schena D, Musumeci ML, Stingeni L,
Lisi P.
Quality of life and contact dermatitis: a disease-specific questionnaire.
Dermatitis. 2010 Apr;21(2):84-90.

594)Piraccini BM, Sisti A, Tosti A.
Long-term follow-up of toenail onychomycosis caused by dermatophytes after successful
treatment with systemic antifungal agents.J Am Acad Dermatol. 2010 Mar;62(3):411-4.

595) Junqueira Ribeiro Pereira AF, Vincenzi C, Tosti A.
Frontal fibrosing alopecia in two sisters.
Br J Dermatol. 2010 May;162(5):1154-5

596)Tosti A, Duque-Estrada B, Murrell DF.
Alopecia in epidermolysis bullosa.
Dermatol Clin. 2010 Jan;28(1):165-9. Review.

597)Tosti A, de Farias DC, Murrell DF.
Nail involvement in epidermolysis bullosa.Dermatol Clin. 2010 Jan;28(1):153-7. Review.
Erratum in: Dermatol Clin. 2010 Apr;28(2):443.

598) Tosti A Onychomychosis Emedicine 2010

599) Iorizzo M, El Shabrawi Caelen L, Vincenzi C, Misciali C, Tosti A.
Folliculotropic mycosis fungoides masquerading as alopecia areataJ Am Acad Dermatol. 2010
Aug;63(2):e50-2.

600) Tosti A, Miteva M, Torres F, Vincenzi C, Romanelli P. Hair casts are a dermoscopic clue
for the diagnosis of traction alopecia Br J Dermatol. 2010 Dec;163(6):1353-5.

601) Iorizzo M, Piraccini BM, Tosti A. Today's treatments options for onychomycosisJ Dtsch Dermatol Ges. 2010 Nov;8(11):875-9.

602) Blume-Peytavi U, Blumeyer A, Tosti A, Finner A, Marmol V, Trakatelli M, Reygagne P, Messenger A; European Consensus Group. S1 guideline for diagnostic evaluation in androgenetic alopecia in men, women and adolescentsBr J Dermatol. 2011 Jan;164(1):5-15.

603) Ardigò M, Tosti A, Cameli N, Vincenzi C, Misciali C, Berardesca E. Reflectance confocal microscopy of the yellow dot pattern in alopecia areata. Arch Dermatol. 2011 Jan;147(1):61-4.

604) Ardigò M, Torres F, Abraham LS, Piñeiro-Maceira J, Cameli N, Berardesca E, Tosti A. Reflectance confocal microscopy can differentiate dermoscopic white dots of the scalp between sweat gland ducts or follicular infundibulum. Br J Dermatol. 2011 May;164(5):1122-4.

605) Palamaras I, Misciali C, Vincenzi C, Robles WS, Tosti A. Permanent chemotherapy-induced alopecia: a review J Am Acad Dermatol. 2011 Mar;64(3):604-6.

606) Torres F, Tosti A, Misciali C, Lorenzi S. Trichoscopy as a clue to the diagnosis of scalp sarcoidosis Int J Dermatol. 2011 Mar;50(3):358-61.

607) Tosti A. Practice gaps--trichoscopy in clinical care: comment on "corkscrew hair".Arch Dermatol. 2011 Mar;147(3):356

608) Miteva M, Misciali C, Fanti PA, Vincenzi C, Romanelli P, Tosti A. Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases.Am J Dermatopathol. 2011 Jun;33(4):345-50.

609) Miteva M, Aber C, Torres F, Tosti A. Frontal fibrosing alopecia occurring on scalp vitiligo: report of four cases. Br J Dermatol. 2011 Aug;165(2):445-7

610) Hirata SH, Yamada S, Enokihara MY, Di Chiacchio N, de Almeida FA, Enokihara MM, Michalany NS, Zaiac M, Tosti A. Patterns of nail matrix and bed of longitudinal melanonychia by intraoperative dermatoscopy J Am Acad Dermatol. 2011 Aug;65(2):297-303.

611) Giehl KA, Schmuth M, Tosti A, De Berker DA, Crispin A, Wolff H, Frank J. Concomitant manifestation of pili annulati and alopecia areata: coincidental rather than true association.Acta Derm Venereol. 2011 Jun;91(4):459-62

612) Tosti A, Piraccini BM, Cagalli A, Haneke E. In Situ Melanoma of the Nail Unit in Children: Report of Two Cases
in Fair-Skinned Caucasian Children Pediatr Dermatol. 2011 May 16.

613) Agozzino M, Tosti A, Barbieri L, Moscarella E, Cota C, Berardesca E, Ardigò M. Confocal microscopic features of scarring alopecia: preliminary report.Br J Dermatol. 2011 Sep;165(3):534-40.

614) Miteva M, Murrell DF, Tosti A. Hair loss in autoimmune cutaneous bullous disordersDermatol Clin. 2011 Jul;29(3):503-9, xi. Review

615) Tosti A, André M, Murrell DF. Nail involvement in autoimmune bullous disorders.Dermatol Clin. 2011 Jul;29(3):511-3,

616) Daniel CR 3rd, Iorizzo M, Piraccini BM, Tosti A. Simple onycholysis Cutis. 2011 May;87(5):226-8

617) Miteva M, Tosti A. The Follicular triad: a pathologic clue to the diagnosis of early Frontal Fibrosing Alopecia.Br J Dermatol. 2011 Jul 23.

618) Fabbrocini G, De Vita V, Pastore F, Annunziata MC, Cacciapuoti S, Monfrecola A, Cameli N, Tosti A. Collagen induction therapy for the treatment of upper lip wrinkles.J Dermatolog Treat. 2011 Aug 2

619) Gupta AK, Drummond-Main C, Cooper EA, Brintnell W, Piraccini BM, Tosti A. Systematic review of nondermatophyte mold onychomycosis: Diagnosis, clinical types, epidemiology, and treatment.J Am Acad Dermatol. 2011 Aug 3. [Epub ahead of print]

620) Gordon KA, Tosti A. Alopecia: evaluation and treatment.Clin Cosmet Investig Dermatol. 2011;4:101-6

621) Miteva M, Torres F, Tosti A. The "eyes" or "goggles" as a clue to the histopathologic diagnosis of primary lymphocytic cicatricial alopecia. Br J Dermatol. 2011 Aug 17

622) Miteva M, Cadore de Farias D, Zaiac M, Romanelli P, Tosti A. Nail clipping diagnosis of onychomatricoma. Arch Dermatol. 2011 Sep;147(9):1117-8

623) Zabielinski M, Aber C, Miteva M, Tosti A. Frontal Fibrosing Alopecia in a Patient with Common Variable Immunodeficiency. Br J Dermatol. 2011 Sep 21.

624) 1: Blumeyer A, Tosti A, Messenger A, Reygagne P, Del Marmol V, Spuls PI, Trakatelli M, Finner A, Kiesewetter F, Trüeb R, Rzany B, Blume-Peytavi U; European Dermatology Forum (EDF). Evidence-based (S3) guideline for the treatment of androgenetic alopecia in women and in men. J Dtsch Dermatol Ges. 2011 Oct;9 Suppl 6:S1-57.

625) Carney C, Tosti A, Daniel R, Scher R, Rich P, DeCoster J, Elewski B. A new classification system for grading the severity of onychomycosis: Onychomycosis Severity Index. Arch Dermatol. 2011 Nov;147(11):1277-82.

626)  Chiang YZ, Tosti A, Chaudhry IH, Lyne L, Farjo B, Farjo N, Cadore de Farias D, Griffiths CE, Paus R, Harries MJ. Lichen planopilaris following hair transplantation and face-lift surgery. Br J Dermatol. 2011 Oct 10.

627) Gordon KA, Vega JM, Tosti A. Trachyonychia: a comprehensive review. Indian J Dermatol Venereol Leprol. 2011 Nov-Dec;77(6):640-5.

628) Iorizzo M, Daniel CR, Tosti A. Half and half nails: a past and present snapshot. Cutis. 2011 Sep;88(3):138-9.

56

629) Lattouf C, Miteva M, Tosti A. Connubial androgenetic alopecia. Arch Dermatol. 2011 Nov;147(11):1329-30.

630) Lattouf C, Tosti A, Schachner L. Picture of the month--quiz case. Juvenile dermatomyositis. Arch Pediatr Adolesc Med. 2011 Nov;165(11):1041-2

631) Rodrigues-Barata AR, Tosti A, Rodríguez-Pichardo A, Camacho-Martínez F. N-acetylcysteine in the Treatment of Trichotillomania. Int J Trichology. 2012 Jul;4(3):176-8. doi: 10.4103/0974-7753.100090. PubMed PMID: 23180931; PubMed Central PMCID: PMC3500061.

632) Tosti A. Lonely hair sign: not specific for frontal fibrosing alopecia-reply. Arch Dermatol. 2012 Oct 1;148(10):1208-9. doi: 10.1001/archdermatol.2012.1873. PubMed PMID: 23069970.

633) Svedman C, Andersen KE, Brandão FM, Bruynzeel DP, Diepgen TL, Frosch PJ, Rustemeyer T, Giménez-Arnau A, Gonçalo M, Goossens A, Johansen JD, Lahti A, Menné T, Seidenari S, Tosti A, Wahlberg JE, White IR, Wilkinson JD, Mowitz M, Bruze M. Follow-up of the monitored levels of preservative sensitivity in Europe. Overview of the years 2001-2008. Contact Dermatitis. 2012 Nov;67(5):312-314. doi: 10.1111/j.1600-0536.2012.02140.x. PubMed PMID: 23039007.

634) Osório F, Tosti A. Pili annulati--what about racial distribution? Dermatol Online J. 2012 Aug 15;18(8):10. PubMed PMID: 22948060.

635) Miteva M, Tosti A. Dermatoscopy of hair shaft disorders. J Am Acad Dermatol. 2012 Aug 30. [Epub ahead of print] PubMed PMID: 22940404.

636) de Lencastre A, Tosti A. Monilethrix. J Pediatr. 2012 Dec;161(6):1176. doi: 10.1016/j.jpeds.2012.06.033. Epub 2012 Aug 9. PubMed PMID: 22884362.

637) Schwartz JR, Messenger AG, Tosti A, Todd G, Hordinsky M, Hay RJ, Wang X, Zachariae C, Kerr KM, Henry JP, Rust RC, Robinson MK. A Comprehensive Pathophysiology of Dandruff and Seborrheic Dermatitis - Towards a More Precise Definition of Scalp Health. Acta Derm Venereol. 2012 Aug 6. doi: 10.2340/00015555-1382. [Epub ahead of print] PubMed PMID: 22875203.

638) Tosti A, Torres F, Miteva M. Dermoscopy of Early Dissecting Cellulitis of the Scalp Simulates Alopecia Areata. Actas Dermosifiliogr. 2012 Jul 30. [Epub ahead of print] English, Spanish. PubMed PMID: 22853959.

639) Fabbrocini G, Panariello L, De Vita V, Vincenzi C, Lauro C, Nappo D, Ayala F, Tosti A. Quality of life in alopecia areata: a disease-specific questionnaire. J Eur Acad Dermatol Venereol. 2012 Jul 3. doi: 10.1111/j.1468-3083.2012.04629.x. [Epub ahead of print] PubMed PMID: 22759244.

640) Dlova N, Goh CL, Tosti A. Familial frontal fibrosing alopecia. Br J Dermatol. 2012 Jun 20. doi: 10.1111/j.1365-2133.2012.11101.x. [Epub ahead of print] PubMed PMID: 22716508.

641) Lanuti E, Miteva M, Romanelli P, Tosti A. Trichoscopy and histopathology of follicular keratotic plugs in scalp discoid lupus erythematosus. Int J Trichology. 2012 Jan;4(1):36-8. PubMed PMID: 22628989; PubMed Central PMCID: PMC3358938.

642): Miteva M, Misciali C, Fanti PA, Tosti A. Histopathologic features of alopecia areata incognito: a review of 46 cases. J Cutan Pathol. 2012 Jun;39(6):596-602. doi: 10.1111/j.1600-0560.2012.01896.x. PubMed PMID: 22616601.

643) Miteva M, Tosti A. Treatment options for alopecia: an update, looking to the future. Expert Opin Pharmacother. 2012 Jun;13(9):1271-81. Epub 2012 May 17. Review. PubMed PMID: 22594679.

644) Miteva M, Fanti PA, Romanelli P, Zaiac M, Tosti A. Onychopapilloma presenting as longitudinal melanonychia. J Am Acad Dermatol. 2012 Jun;66(6):e242-3. PubMed PMID: 22583727.

645) Miteva M, Tosti A. Dermoscopy guided scalp biopsy in cicatricial alopecia. J Eur Acad Dermatol Venereol. 2012 Mar 26. doi: 10.1111/j.1468-3083.2012.04530.x. [Epub ahead of print] PubMed PMID: 22449222.

646) Dosal J, Handler MZ, Ricotti CA, Vega J, Tosti A, Kerdel FA. Ulceration of abdominal striae distensae (stretch marks) in a cancer patient. Arch Dermatol. 2012 Mar;148(3):385-90. PubMed PMID: 22431783.

647) Miteva M, Tosti A. Hair and scalp dermatoscopy. J Am Acad Dermatol. 2012 Nov;67(5):1040-8. doi: 10.1016/j.jaad.2012.02.013. Epub 2012 Mar 8. PubMed PMID: 22405573.

648) Chen AF, Chimento SM, Hu S, Sanchez M, Zaiac M, Tosti A. Nail damage from gel polish manicure. J Cosmet Dermatol. 2012 Mar;11(1):27-9. doi: 10.1111/j.1473-2165.2011.00595.x. PubMed PMID: 22360331.

649) Miteva M, Tosti A. 'A detective look' at hair biopsies from African-American patients. Br J Dermatol. 2012 Jun;166(6):1289-94. doi: 10.1111/j.1365-2133.2012.10892.x. PubMed PMID: 22348354.

650) Miteva M, Tosti A. Polarized microscopy as a helpful tool to distinguish chronic nonscarring alopecia from scarring alopecia. Arch Dermatol. 2012 Jan;148(1):91-4. PubMed PMID: 22250238.

651) Lahfa M, Bulai-Livideanu C, Baran R, Ortonne JP, Richert B, Tosti A, PiracciniBM, Szepietowski JC, Sibaud V, Coubetergues H, Voisard JJ, Paul C. Efficacy,Safety and Tolerability of an Optimized Avulsion Technique with Onyster® (40%Urea Ointment with Plastic Dressing) Ointment Compared to Bifonazole-UreaOintment for Removal of the Clinically Infected Nail in Toenail Onychomycosis: a Randomized Evaluator-Blinded Controlled Study. Dermatology. 2013 Mar 1. [Epubahead of print] PubMed PMID: 23467055.

652) Vitiello M, Tosti A, Abuchar A, Zaiac M, Kerdel FA. Ustekinumab for thetreatment of nail psoriasis in heavily treated psoriatic patients. Int JDermatol. 2013 Mar;52(3):358-62.

653) Dehesa L, Tosti A. Treatment of inflammatory nail disorders. Dermatol Ther.2012 Nov-Dec;25(6):525-34.

654) Miteva M, Lanuti E, Tosti A. Ex vivo dermatoscopy of scalp specimens and slides. J Eur Acad Dermatol Venereol. 2013 Sep 13. doi: 10.1111/jdv.12266. [Epub ahead of print] PubMed PMID: 24028636.

655) Pazzaglia M, Venturi M, Tosti A. Photo-Onycholysis Caused by an Unusual Beach Game Activity: A Pediatric Case of a Side Effect Caused by Doxycycline. PediatrDermatol. 2013 Sep 9. doi: 10.1111/pde.12223. [Epub ahead of print] PubMed PMID: 24015834.

656): Herskovitz I, de Sousa IC, Simon J, Tosti A. Short anagen hair syndrome. Int JTrichology. 2013 Jan;5(1):45-6. doi: 10.4103/0974-7753.114711. PubMed PMID:23960400; PubMed Central PMCID: PMC3746230.

657) McElwee KJ, Gilhar A, Tobin DJ, Ramot Y, Sundberg JP, Nakamura M, Bertolini M,Inui S, Tokura Y, King LE, Duque-Estrada B, Tosti A, Keren A, Itami S, Shoenfeld Y, Zlotogorski A, Paus R, Duque-Estrada B, Tosti A, McElwee KJ, Gilhar A, KerenA, Bertolini M, Shoenfeld Y, Nakamura M, Tokura Y, Sundberg JP, King LE, Ramot Y,Zlotogorski A, Tobin DJ, Paus R, Inui S, Itami S. What causes alopecia areata?:Section Editors: Ralf Paus, Manchester/Lübeck and Raymond Cho, San Francisco. ExpDermatol. 2013 Sep;22(9):609-26. doi: 10.1111/exd.12209. PubMed PMID: 23947678.

658) Lencastre A, Tosti A. Role of Trichoscopy in Children's Scalp and HairDisorders. Pediatr Dermatol. 2013 Aug 13. doi: 10.1111/pde.12173. [Epub ahead of print] PubMed PMID: 23937326.

659) Elewski BE, Rich P, Tosti A, Pariser DM, Scher R, Daniel RC, Gupta AK.Onchomycosis: an overview. J Drugs Dermatol. 2013 Jul 1;12(7):s96-103. PubMed PMID: 23884508.

660) Lencastre A, Tosti A. Images in clinical medicine. A receding hairline. N EnglJ Med. 2013 Jul 11;369(2):e2. doi: 10.1056/NEJMicm1206227. PubMed PMID: 23841744.

661) Miteva M, Romanelli P, Tosti A. Pigmented Casts. Am J Dermatopathol. 2013 Jul 2. [Epub ahead of print] PubMed PMID: 23823025.

662) Di Chiacchio ND, de Farias DC, Piraccini BM, Hirata SH, Richert B, Zaiac M,Daniel R, Fanti PA, Andre J, Ruben BS, Fleckman P, Rich P, Haneke E, Chang P,Cherit JD, Scher R, Tosti A. Consensus on melanonychia nail plate dermoscopy. An Bras Dermatol. 2013 Mar-Apr;88(2):309-13. doi: 10.1590/S0365-05962013000200029.PubMed PMID: 23739699; PubMed Central PMCID: PMC3750907.

663)Tosti A. Practice gaps. Alopecia areata and comorbid conditions. JAMADermatol. 2013 Jul;149(7):794. doi: 10.1001/jamadermatol.2013.360. PubMed PMID:23699633.

664) Dlova NC, Jordaan HF, Skenjane A, Khoza N, Tosti A. Frontal Fibrosingalopecia: A clinical review of 20 black patients from South Africa. Br Dermatol. 2013 May 7. doi: 10.1111/bjd.12424. [Epub ahead of print] PubMed PMID: 23647261.

665) Schwartz JR, Bacon RA, Shah R, Mizoguchi H, Tosti A. Therapeutic efficacy of anti-dandruff shampoos: a randomized clinical trial comparing products based onpotentiated zinc pyrithione and zinc pyrithione/climbazole. Int J Cosmet Sci.2013 Aug;35(4):381-7. doi: 10.1111/ics.12055. Epub 2013 May 24. PubMed PMID:23614401.

666) Tosti A, Palamaras I, Miteva M, Misciali C. Docetaxel and permanent alopecia.J Am Acad Dermatol. 2013 May;68(5):e151. doi: 10.1016/j.jaad.2010.06.064. PubMed  MID: 23602186.

667) Valente Duarte de Sousa IC, Tosti A. New investigational drugs forandrogenetic alopecia. Expert Opin Investig Drugs. 2013 May;22(5):573-89. doi:10.1517/13543784.2013.784743. Epub 2013 Apr 4. PubMed PMID: 23550739.

668) Lacarrubba F, Micali G, Tosti A. Absence of vellus hair in the hairline: a videodermatoscopic feature of frontal fibrosing alopecia. Br J Dermatol. 2013Aug;169(2):473-4. doi: 10.1111/bjd.12316. PubMed PMID: 23496000.

669)  McElwee KJ, Gilhar A, Tobin DJ, Ramot Y, Sundberg JP, Nakamura M, BertoliniM, Inui S, Tokura Y, King LE Jr, Duque-Estrada B, Tosti A, Keren A, Itami S,Shoenfeld Y, Zlotogorski A, Paus R. What causes alopecia areata? Exp Dermatol.2013 Sep;22(9):609-26. doi: 10.1111/exd.12209. PubMed PMID: 23947678

670) Gupta AK, Tosti A. Nails and the clinician. Clin Dermatol. 2013Sep-Oct;31(5):507-8. doi: 10.1016/j.clindermatol.2013.06.020. PubMed PMID:24079578.

671) Wulkan AJ, Tosti A. Pediatric nail conditions. Clin Dermatol. 2013Sep-Oct;31(5):564-72. doi: 10.1016/j.clindermatol.2013.06.017. PubMed PMID: 24079585.

672) Lencastre A, Lamas A, Sá D, Tosti A. Onychoscopy. Clin Dermatol. 2013Sep-Oct;31(5):587-93. doi: 10.1016/j.clindermatol.2013.06.016. PubMed PMID: 24079588.

673) Sanchez M, Hu S, Miteva M, Tosti A. Onychomatricoma has channel-likestructures on in vivo reflectance confocal microscopy. J Eur Acad DermatolVenereol. 2013 Sep 24. doi: 10.1111/jdv.12269. [Epub ahead of print] PubMed PMID: 24112758.

674) Dlova NC, Tosti A. Idiopathic acquired true total and subtotal leukonychia:report of two cases. Int J Dermatol. 2013 Oct 14. doi: 10.1111/ijd.12295. [Epubahead of print] PubMed PMID: 24116394.

675) Pirmez R, Donati A, Valente NS, Sodré CT, Tosti A. Glabellar red dots infrontal fibrosing alopecia: a further clinical sign of vellus follicleinvolvement. Br J Dermatol. 2013 Oct 11. doi: 10.1111/bjd.12683. [Epub ahead ofprint] PubMed PMID: 24116835.

676) Piraccini BM, Urciuoli B, Starace M, Tosti A, Balestri R. Yellow nailsyndrome: Clinical experience in a series of 21 patients. J Dtsch Dermatol Ges.2013 Oct 18. doi: 10.1111/ddg.12216. [Epub ahead of print] PubMed PMID: 24134631.

677)  Abramovici G, Keoprasom N, Winslow C, Tosti A. Onycholysis and SubungualHemorrhages in a Patient with Hand, Foot and Mouth Disease. Br J Dermatol.2013Oct 19. doi: 10.1111/bjd.12689. [Epub ahead of print] PubMed PMID: 24138462.

678) Tosti A. Efinaconazole solution 10%: topical antifungal therapy for toenailonychomycosis. Cutis. 2013 Oct;92(4):203-8. PubMed PMID: 24195094.

679) de Sá DC, Lamas AP, Tosti A. Oral Therapy for Onychomycosis: An Evidence-Based Review. Am J Clin Dermatol. 2013 Dec 19. [Epub ahead of print] PubMed PMID:24352873.

680) Elewski BE, Tosti A. Tavaborole for the treatment of onychomycosis. ExpertOpin Pharmacother. 2014 May 26:1-10. [Epub ahead of print] PubMed PMID: 24856836.

681)Zaiac MN, Norton ES, Tosti A. The "submarine hatch" nail bed biopsy. J Am AcadDermatol. 2014 Jun;70(6):e127-8. doi: 10.1016/j.jaad.2013.10.047. PubMed PMID:24831330.

682)Miteva M, El Shabrawi-Caelen L, Fink-Puches R, Beham-Schmid C, Romanelli P,Kerdel F, Tosti A. Alopecia Universalis Associated with Cutaneous T CellLymphoma. Dermatology. 2014 May 6. [Epub ahead of print] PubMed PMID: 24821490.

683)Ardigò M, El Shabrawi-Caelen L, Tosti A. In vivo reflectance confocalmicroscopy assessment of the therapeutic follow-up of cutaneous T-cell lymphomas ausing scalp alopecia. Dermatol Ther. 2014 Apr 22. doi: 10.1111/dth.12129. [Epubahead of print] PubMed PMID: 24754326.

684) Herskovitz I, Tosti A. Female Pattern Hair Loss. Int J Endocrinol Metab. 2013 Oct 21;11(4):e9860. eCollection 2013 Oct. Review. PubMed PMID: 24719635; PubMedCentral PMCID: PMC3968982.

685) Yin NC, Tosti A. A systematic approach to Afro-textured hair disorders:dermatoscopy and when to biopsy. Dermatol Clin. 2014 Apr;32(2):145-51. doi:10.1016/j.det.2013.11.005. Epub 2014 Jan 11. PubMed PMID: 24680001.

686) Herskovitz I, de Sousa IC, Tosti A. Vellus hairs in the frontal scalp in early female pattern hair loss. Int J Trichology. 2013 Jul;5(3):118-20. doi:10.4103/0974-7753.125601. PubMed PMID: 24574688; PubMed Central PMCID:PMC3927167.

687) Torres F, Tosti A. Trichoscopy: an update. G Ital Dermatol Venereol. 2014Feb;149(1):83-91. Review. PubMed PMID: 24566568.

688) Herskovitz I, Freedman J, Tosti A. Minoxidil induced hypertrichosis in a 2year-old child. F1000Res. 2013 Oct 28;2:226. doi:10.12688/f1000research.2-226.v1. eCollection 2013. PubMed PMID: 24555107; PubMed Central PMCID: PMC3886784.

689): Herskovitz I, Nolan BV, Tosti A. Orange chromonychia due to dihydroxyacetone. Dermatitis. 2014 Jan-Feb;25(1):43-4. doi: 10.1097/DER.0b013e3182a0a1b6. PubMedPMID: 24407066.

690) Tosti A, Pazzaglia M, Venturi M, Chiacchio NC Jr. Severe onycholysis in a cardillusionist with alopecia areata universalis. Int J Trichology. 2013Apr;5(2):81-2. doi: 10.4103/0974-7753.122966. PubMed PMID: 24403770; PubMedCentral PMCID: PMC3877478.

691)Wu TP, Morrison BW, Tosti A. Worn down nails after acrylic nail removal.Dermatol Online J. 2015 Jan 15;21(1). pii: 13030/qt5781m7vc. PubMed PMID:25612131.

692) Lattouf C, Jimenez JJ, Tosti A, Miteva M, Wikramanayake TC, Kittles C,Herskovitz I, Handler MZ, Fabbrocini G, Schachner LA. Treatment of alopecia areata with simvastatin/ezetimibe. J Am Acad Dermatol. 2015 Feb;72(2):359-61.doi: 10.1016/j.jaad.2014.11.006. PubMed PMID: 25592347.

693) Le Floc'h C, Cheniti A, Connétable S, Piccardi N, Vincenzi C, Tosti A. Effect of a nutritional supplement on hair loss in women. J Cosmet Dermatol. 2015 Jan 8.doi: 10.1111/jocd.12127. [Epub ahead of print] PubMed PMID: 25573272.

694) Quaresma MV, Martinez Velasco MA, Tosti A. Dermoscopic diagnosis of hairbreakage caused by styling procedures in patients of African descent. J Am AcadDermatol. 2015 Jan;72(1 Suppl):S39-40. doi: 10.1016/j.jaad.2014.05.062. PubMedPMID: 25500036.

695) LaSenna CE, Miteva M, Tosti A. Pitfalls in the diagnosis of kerion. J Eur AcadDermatol Venereol. 2014 Dec 10. doi: 10.1111/jdv.12912. [Epub ahead of print]PubMed PMID: 25490930.

696) Tosti A, Elewski BE. Treatment of onychomycosis with efinaconazole 10% topical solution and quality of life. J Clin Aesthet Dermatol. 2014 Nov;7(11):25-30.PubMed PMID: 25489379; PubMed Central PMCID: PMC4255695.

697) Zaiac MN, Bloom R, Morrison BW, Tosti A. The figure 8: a new hair biopsy technique. J Am Acad Dermatol. 2014 Nov;71(5):e201. doi:10.1016/j.jaad.2014.04.047. Epub 2014 Oct 15. PubMed PMID: 25437990.

698) Falto-Aizpurua L, Choudhary S, Tosti A. Emerging treatments in alopecia.Expert Opin Emerg Drugs. 2014 Dec;19(4):545-56. doi:10.1517/14728214.2014.974550. Epub 2014 Oct 21. PubMed PMID: 25330928.

699:)Yim E, Nole KL, Tosti A. 5 $\alpha$ -Reductase inhibitors in androgenetic alopecia.Curr Opin Endocrinol Diabetes Obes. 2014 Dec;21(6):493-8. doi:10.1097/MED.0000000000000112. PubMed PMID: 25268732.

700) Miteva M, Tosti A. Pathologic diagnosis of central centrifugal cicatricial alopecia on horizontal sections. Am J Dermatopathol. 2014 Nov;36(11):859-64; quiz865-7. doi: 10.1097/DAD.0000000000000174. PubMed PMID: 25222198.

701: Yim E, Baquerizo Nole KL, Tosti A. Contact dermatitis caused bypreservatives. Dermatitis. 2014 Sep-Oct;25(5):215-31. doi:10.1097/DER.0000000000000061. PubMed PMID: 25207684.

702:)Del Rei M, Pirmez R, Sodré CT, Tosti A. Coexistence of frontal fibrosing alopecia and discoid lupus erythematosus of the scalp in 7 patients: just acoincidence? J Eur Acad Dermatol Venereol. 2014 Jul 30. doi: 10.1111/jdv.12642.[Epub ahead of print] PubMed PMID: 25074431.

703): Miteva M, Tosti A. Dermatoscopic features of central centrifugal cicatricial alopecia. J Am Acad Dermatol. 2014 Sep;71(3):443-9. doi:10.1016/j.jaad.2014.04.069. Epub 2014 Jun 11. PubMed PMID: 24929886.

704) Torres F, Tosti A. Female pattern alopecia and telogen effluvium: figuring out diffuse alopecia. Semin Cutan Med Surg. 2015 Jun;34(2):67-71. doi:10.12788/j.sder.2015.0142. PubMed PMID: 26176282.

705) Panchaprateep R, Tanus A, Tosti A. Clinical, dermoscopic, and histopathologic features of body hair disorders. J Am Acad Dermatol. 2015 May;72(5):890-900. doi:10.1016/j.jaad.2015.01.024. Epub 2015 Mar 5. Review. PubMed PMID: 25748313.

706)AlGaadi S, Miteva M, Tosti A. Frontal Fibrosing Alopecia in a Male Presenting with Sideburn Loss. Int J Trichology. 2015 Apr-Jun;7(2):72-3. doi:10.4103/0974-7753.160115. PubMed PMID: 26180452; PubMed Central PMCID:PMC4502478.

707) Tosti A. Nail disorders: practical tips for diagnosis and treatment. Preface. Dermatol Clin. 2015 Apr;33(2):ix. doi: 10.1016/j.det.2015.01.001. PubMed PMID:25828722.

708) Stephen S, Tosti A, Rubin AI. Diagnostic applications of nail clippings.Dermatol Clin. 2015 Apr;33(2):289-301. doi: 10.1016/j.det.2014.12.011. Epub 2015 Feb 24. Review. PubMed PMID: 25828720.

710) Schneider SL, Tosti A. Tips to diagnose uncommon nail disorders. DermatolClin. 2015 Apr;33(2):197-205. doi: 10.1016/j.det.2014.12.003. Epub 2015 Feb 14.Review. PubMed PMID: 25828712.

711) Angra K, LaSenna CE, Nichols AJ, Tosti A. Hair dye: a trichoscopy pitfall. JAm Acad Dermatol. 2015 Apr;72(4):e101-2. doi: 10.1016/j.jaad.2014.10.009. PubMed PMID: 25773426.

712) Anzai A, Vázquez Herrera NE, Tosti A. Airborne allergic contact dermatitiscaused by chamomile tea. Contact Dermatitis. 2015 Apr;72(4):254-5. doi:10.1111/cod.12353. Epub 2015 Jan 27. PubMed PMID: 25622757.

713) Massa AF, Chiang YZ, Tosti A, Harries M. Primary cicatricial alopecia andinflammatory bowel disease - is there a link? J Eur Acad Dermatol Venereol. 2015 Mar 19. doi: 10.1111/jdv.13119. [Epub ahead of print] PubMed PMID: 25787678.

714) Le Floc'h C, Cheniti A, Connétable S, Piccardi N, Vincenzi C, Tosti A. Effectof a nutritional supplement on hair loss in women. J Cosmet Dermatol. 2015Mar;14(1):76-82. doi: 10.1111/jocd.12127. Epub 2015 Jan 8. PubMed PMID: 25573272.

715) Tosti A, Schneider SL, Ramirez-Quizon MN, Zaiac M, Miteva M. Clinical,dermoscopic, and pathologic features of onychopapilloma: A review of 47 cases. J Am Acad Dermatol. 2016 Mar;74(3):521-6. doi: 10.1016/j.jaad.2015.08.053. Epub2015 Oct 27. PubMed PMID: 26518173.

716): LaSenna CE, Miteva M, Tosti A. Pitfalls in the diagnosis of kerion. J Eur AcadDermatol Venereol. 2016 Mar;30(3):515-7. doi: 10.1111/jdv.12912. Epub 2014 Dec10. PubMed PMID: 25490930.

717) Del Rei M, Pirmez R, Sodré CT, Tosti A. Coexistence of frontal fibrosingalopecia and discoid lupus erythematosus of the scalp in 7 patients: just acoincidence? J Eur Acad Dermatol Venereol. 2016 Jan;30(1):151-3. doi:10.1111/jdv.12642. Epub 2014 Jul 30. PubMed PMID: 25074431.

718) Miteva M, Lima M, Tosti A. Dirty Dots as a Normal Trichoscopic Finding in the Elderly Scalp. JAMA Dermatol. 2016 Jan 20. doi: 10.1001/jamadermatol.2015.5545.[Epub ahead of print] PubMed PMID: 26791823.

719) Harries M, Tosti A, Bergfeld W, Blume-Peytavi U, Shapiro J, Lutz G, Messenger A, Sinclair R, Paus R. Towards a consensus on how to diagnose and quantify femalepattern hair loss - The 'Female Pattern Hair Loss Severity Index (FPHL-SI)'. JEur Acad Dermatol Venereol. 2015 Dec 17. doi: 10.1111/jdv.13455. [Epub ahead ofprint] PubMed PMID: 26676524.

720)Elewski BE, Tosti A. Risk Factors and Comorbidities for Onychomycosis:Implications for Treatment with Topical Therapy. J Clin Aesthet Dermatol. 2015Nov;8(11):38-42. Review. PubMed PMID: 26705439; PubMed Central PMCID: PMC4689496.

721) Dlova NC, Fabbrocini G, Lauro C, Spano M, Tosti A, Hift RH. Quality of life inSouth African Black women with alopecia: a pilot study. Int J Dermatol. 2015 Nov 6. doi: 10.1111/ijd.13042. [Epub ahead of print] PubMed PMID: 26547604.

722) Di Chiaccio N, Tavares GT, Tosti A, Di Chiaccio NG, Di Santis E, AlvarengaL, Stuhr P, De Farias D. Onychomatricoma: epidemiological and clinical findingsin a large series of 30 cases. Br J Dermatol. 2015 Nov;173(5):1305-7. doi:10.1111/bjd.13900. Epub 2015 Aug 27. PubMed PMID: 25970230.

723) Miteva M, Wei E, Milikowski C, Tosti A. Alopecia in Systemic Amyloidosis:Trichoscopic-Pathologic Correlation. Int J Trichology. 2015 Oct-Dec;7(4):176-8.doi: 10.4103/0974-7753.171585. PubMed PMID: 26903748; PubMed Central PMCID:PMC4738486.

724) Markinson BC, Vlahovic TC, Joseph WS, Scher RK, Tosti A, Plasencia J, PariserDM. Diagnosis and Management of Onychomycosis: Perspectives from a JointPodiatry-Dermatology Roundtable. J Am Podiatr Med Assoc. 2015 Sep 25. [Epub aheadf print] PubMed PMID: 26406281.

725) Scher RK, Tosti A, Joseph WS, Vlahovic TC, Plasencia J, Markinson BC, PariserDM. Onychomycosis Diagnosis and Management: Perspectives from a JointDermatology-Podiatry Roundtable. J Drugs Dermatol. 2015 Sep;14(9):1016-21. PubMedPMID: 26355622.

726) Scarampella F, Zanna G, Peano A, Fabbri E, Tosti A. Dermoscopic features in12 cats with dermatophytosis and in 12 cats with self-induced alopecia due toother causes: an observational descriptive study. Vet Dermatol. 2015Aug;26(4):282

727) Gavazzoni-Dias MF, Rochael M, Vilar E, Tanus A, Tosti A. Eczema-Like Psoriasiform Skin Reaction due to Brazilian Keratin Treatment. Skin Appendage Disord. 2016 Feb;1(3):156-62. doi: 10.1159/000442529. PubMed PMID: 27172059; PubMed Central PMCID: PMC4857850.

728)Fox JD, Baker JA, Tosti A. Chromonychia in an Asymptomatic Vitamin Consumer. Skin Appendage Disord. 2016 Feb;1(3):131-3. doi: 10.1159/000441699. Review. PubMed PMID: 27171506; PubMed Central PMCID: PMC4857817.

729) Elewski BE, Gupta AK, Rosen T, Caldwell BD, Pariser DM, Kircik LH, Bhatia N, Tosti A. Onychomycosis: Does Cure Equate to Treatment Success? J Drugs Dermatol.  2016 May 1;15(5):626-32. PubMed PMID: 27168271.   4

730)Simmons BJ, Baker JA, Zaiac M, Cho-Vega JH, Tosti A. Subungual Keratoacanthoma in a Patient With Yellow Nail Syndrome. Dermatol Surg. 2016 Jul;42(7):900-2. doi: 10.1097/DSS.0000000000000734. PubMed PMID: 27158885.

731) Tosti A, Zaiac MN, Canazza A, Sanchis-Gomar F, Pareja-Galeano H, Alis R, Lucia A, Emanuele E. Topical application of the Wnt/β-catenin activator methyl vanillate increases hair count and hair mass index in women with androgenetic alopecia. J Cosmet Dermatol. 2016 Apr 27. doi: 10.1111/jocd.12225. [Epub ahead of print] PubMed PMID: 27121450.

732) Lattouf C, Schachner LA, Wikramanayake TC, Kittles C, Tosti A, Miteva M, Jimenez JJ, Herskovitz I, Handler MZ, Fabbrocini G. Reply: Alopecia areata treatment with simvastatin/ezetimibe. J Am Acad Dermatol. 2016 May;74(5):e101. doi: 10.1016/j.jaad.2015.10.024. PubMed PMID: 27085241.

733) Nusbaum AG, Tosti A. Commentary on a Randomized Placebo-Controlled, Double-Blind, Half-Head Study to Assess the Efficacy of Platelet-Rich Plasma on the Treatment of Androgenetic Alopecia. Dermatol Surg. 2016 Apr;42(4):498-9. doi: 10.1097/DSS.0000000000000656. PubMed PMID: 26967461.

734) Gupta AK, Elewski BE, Rosen T, Caldwell B, Pariser DM, Kircik LH, Bhatia N, Tosti A. Onychomycosis: Strategies to Minimize Recurrence. J Drugs Dermatol. 2016 Mar;15(3):279-82. PubMed PMID: 26954312.

735) Miteva M, Lima M, Tosti A. Dirty Dots as a Normal Trichoscopic Finding in the  Elderly Scalp. JAMA Dermatol. 2016 Apr;152(4):474-6. doi: 10.1001/jamadermatol.2015.5545. PubMed PMID: 26791823.

736) Harries M, Tosti A, Bergfeld W, Blume-Peytavi U, Shapiro J, Lutz G, Messenger A, Sinclair R, Paus R. Towards a consensus on how to diagnose and quantify female pattern hair loss - The 'Female Pattern Hair Loss Severity Index (FPHL-SI)'. J Eur Acad Dermatol Venereol. 2016 Apr;30(4):667-76. doi: 10.1111/jdv.13455. PubMed PMID: 26676524.

737) Rosen A, Ngshanyi S, Tosti A, Schachner L. Allergic contact cheilitis in children and improvement with patch testing. JAAD Case Rep. 2016 Dec 26;3(1):25-28. doi: 10.1016/j.jdcr.2016.10.002. PubMed PMID: 28050593; PubMed Central PMCID: PMC5192345.

738)Fertig R, Tosti A. Frontal fibrosing alopecia treatment options. Intractable Rare Dis Res. 2016 Nov;5(4):314-315. PubMed PMID: 27904832; PubMed Central PMCID: PMC5116872.

739) Oranges T, Aleid N, Faleri S, Tosti A. Patch test nails. Contact Dermatitis. 2016 Dec;75(6):394-395. doi: 10.1111/cod.12640. PubMed PMID: 27870094.

740) Tosti A, Elewski BE. Onychomycosis: Practical Approaches to Minimize Relapse and Recurrence. Skin Appendage Disord. 2016 Sep;2(1-2):83-87. Review. PubMed PMID: 27843933; PubMed Central PMCID: PMC5096127.

741) Jacobsen AA, Tosti A. Trachyonychia and Twenty-Nail Dystrophy: A Comprehensive Review and Discussion of Diagnostic Accuracy. Skin Appendage Disord. 2016 Sep;2(1-2):7-13. Review. PubMed PMID: 27843915; PubMed Central PMCID: PMC5096243.

742) Anzai A, Donati A, Valente NY, Romiti R, Tosti A. Isolated eyebrow loss in frontal fibrosing alopecia: relevance of early diagnosis and treatment. Br J Dermatol. 2016 Nov;175(5):1099-1101. doi: 10.1111/bjd.14750. PubMed PMID: 27177247.

743) Asz-Sigall D, Tosti A, Arenas R. Tinea Unguium: Diagnosis and Treatment in Practice. Mycopathologia. 2016 Oct 27. [Epub ahead of print] PubMed PMID: 27787643.

744) Pirmez R, Duque-Estrada B, Donati A, Campos-do-Carmo G, Valente NS, Romiti R,  Sodré CT, Tosti A. Clinical and dermoscopic features of lichen planus pigmentosus in 37 patients with frontal fibrosing alopecia. Br J Dermatol. 2016 Dec;175(6):1387-1390. doi: 10.1111/bjd.14722. PubMed PMID: 27233640.

745) Oberlin KE, Wei EX, Cho-Vega JH, Tosti A. Nail Changes of Systemic Amyloidosis After Bone-Marrow Transplantation in a Patient With Multiple Myeloma. JAMA Dermatol. 2016 Dec 1;152(12):1395-1396. doi: 10.1001/jamadermatol.2016.3178. PubMed PMID: 27681274.

746) Goldenberg A, Mousdicas N, Silverberg N, Powell D, Pelletier JL, Silverberg JI, Zippin J, Fonacier L, Tosti A, Lawley L, Wu Chang M, Scheman A, Kleiner G, Williams J, Watsky K, Dunnick CA, Frederickson R, Matiz C, Chaney K, Estes TS, Botto N, Draper M, Kircik L, Lugo-Somolinos A, Machler B, Jacob SE. Pediatric Contact Dermatitis Registry Inaugural Case Data. Dermatitis. 2016 Sep-Oct;27(5):293-302. doi: 10.1097/DER.0000000000000214. PubMed PMID: 27649353.

747) Doche I, Vincenzi C, Tosti A. Casts and pseudocasts. J Am Acad Dermatol. 2016 Oct;75(4):e147-8. doi: 10.1016/j.jaad.2016.04.038. PubMed PMID: 27646758.

748) Maddy AJ, Tosti A. Predatory Journals in Dermatology. Br J Dermatol. 2016 Sep 17. doi: 10.1111/bjd.15072. [Epub ahead of print] PubMed PMID: 27639036.

749) Martins SS, Abraham LS, Doche I, Piraccini BM, Vincenzi C, Tosti A. Acute hair matting: case report and trichoscopy findings. J Eur Acad Dermatol Venereol. 2016 Aug 31. doi: 10.1111/jdv.13951. [Epub ahead of print] PubMed PMID: 27580311.

750)Kelly Y, Blanco A, Tosti A. Androgenetic Alopecia: An Update of Treatment Options. Drugs. 2016 Sep;76(14):1349-64. doi: 10.1007/s40265-016-0629-5. Review.  PubMed PMID: 27554257.

751) Rieder EA, Tosti A. Onychotillomania: An underrecognized disorder. J Am Acad Dermatol. 2016 Dec;75(6):1245-1250. doi: 10.1016/j.jaad.2016.05.036. Review. PubMed PMID: 27473457.

752) Rieder EA, Tosti A. Cosmetically Induced Disorders of the Nail with Update on Contemporary Nail Manicures. J Clin Aesthet Dermatol. 2016 Apr;9(4):39-44. Review. PubMed PMID: 27462387; PubMed Central PMCID: PMC4898583.

753) Zanna G, Roccabianca P, Zini E, Legnani S, Scarampella F, Arrighi S, Tosti A. The usefulness of dermoscopy in canine pattern alopecia: a descriptive study. Vet Dermatol. 2016 Jul 18. doi: 10.1111/vde.12359. [Epub ahead of print] PubMed PMID: 27427177.

754) Kallis P, Tosti A. Onychomycosis and Onychomatricoma. Skin Appendage Disord.  2016 May;1(4):209-12. doi: 10.1159/000445908. PubMed PMID: 27386468; PubMed Central PMCID: PMC4908445.

755) Fertig R, Farias D, Tosti A. Postcast hypertrichosis in a patient with frontal fibrosing alopecia. J Eur Acad Dermatol Venereol. 2017 Jan;31(1):e53-e54. doi: 10.1111/jdv.13717. PubMed PMID: 27306714.

756)  Fertig R, Maddy A, Cadore de Farias D, Simão Corrêa Filho S, Rigatti M, Tosti A. Erosive pustular dermatosis of the scalp after aplasia cutis congenita in a 9-year-old patient: A 5-year follow-up. Pediatr Dermatol. 2017 Sep 19. doi:10.1111/pde.13252. [Epub ahead of print] PubMed PMID: 28925015.

757) Hughes OB, Maderal AD, Tosti A. An Unusual Case of Contact Dermatitis. Skin Appendage Disord. 2017 Aug;3(3):163-165. doi: 10.1159/000466703. Epub 2017 Apr27. PubMed PMID: 28879194; PubMed Central PMCID: PMC5582474.

758) Jasso-Olivares JC, Tosti A, Miteva M, Domínguez-Cherit J, Díaz-González JM.Clinical and Dermoscopic Features of the Scalp in 31 Patients with Dermatomyositis. Skin Appendage Disord. 2017 Aug;3(3):119-124. doi:10.1159/000464469. Epub 2017 Mar 29. PubMed PMID: 28879187; PubMed Central PMCID:PMC5582479.

759) Eber AE, Sanchez M, Lee N, Perper M, Cervantes J, Tosti A. Confocal microscopyin the diagnosis of fibreglass dermatitis. Contact Dermatitis. 2017Oct;77(4):266-267. doi: 10.1111/cod.12818. PubMed PMID: 28872201.

760) Vazquez-Herrera NE, Eber AE, Martinez-Velasco MA, Perper M, Cervantes J, VerneSH, Magno RJ, Nouri K, Tosti A. Optical coherence tomography for theinvestigation of frontal fibrosing alopecia. J Eur Acad Dermatol Venereol. 2017Aug 31. doi: 10.1111/jdv.14571. [Epub ahead of print] PubMed PMID: 28859221.

761) Maddy AJ, Tosti A. Spontaneous Regression of a Nail Matrix Melanocytic Nevus in a Child. Pediatr Dermatol. 2017 Sep;34(5):e254-e256. doi: 10.1111/pde.13231.Epub 2017 Aug 14. PubMed PMID: 28804956.

762) Bergfeld WF, Christiano AM, Hordinsky MK; Faculty of the Ninth World Congress of Hair Research. Proceedings of the Ninth World Congress for Hair Research(2015). J Investig Dermatol Symp Proc. 2017;18(1):S1-S28. doi:10.1016/j.jisp.2017.03.001. Review. PubMed PMID: 28735619.

763) Perper M, Cervantes J, Eber AE, Tosti A. Airborne contact dermatitis caused byfragrance diffusers in Uber cars. Contact Dermatitis. 2017 Aug;77(2):116-117.doi: 10.1111/cod.12804. PubMed PMID: 28703349.

764) Aleid NM, Fertig R, Maddy A, Tosti A. Common Allergens Identified Based onPatch Test Results in Patients with Suspected Contact Dermatitis of the Scalp.Skin Appendage Disord. 2017 Mar;3(1):7-14. doi: 10.1159/000453530. Epub 2016 Dec 17. PubMed PMID: 28611994; PubMed Central PMCID: PMC5465660.

765) Rigopoulos D, Tosti A. Comment on Robert Baran's Zakon Lecture, 2016. Skin Appendage Disord. 2017 Mar;3(1):1. doi: 10.1159/000452881. Epub 2016 Dec 15.PubMed PMID: 28611992; PubMed Central PMCID: PMC5465662.

766)Tosti A, Maddy AJ. Ranking predatory journals in dermatology: distinguishing the bad from the ugly. Int J Dermatol. 2017 Jul;56(7):718-720. doi:10.1111/ijd.13644. PubMed PMID: 28594129.

767) Cervantes J, Fertig RM, Maddy A, Tosti A. Alopecia Areata of the Beard: AReview of the Literature. Am J Clin Dermatol. 2017 May 29. doi:10.1007/s40257-017-0297-6. [Epub ahead of print] Review. PubMed PMID: 28555441.

768) Barrón-Hernández YL, Tosti A. Bimatoprost for the treatment of eyelash,eyebrow and scalp alopecia. Expert Opin Investig Drugs. 2017 Apr;26(4):515-522.doi: 10.1080/13543784.2017.1303480. Epub 2017 Mar 16. Review. PubMed PMID:28264599.

769) Fertig R, Shapiro J, Bergfeld W, Tosti A. Investigation of the Plausibility of 5-Alpha-Reductase Inhibitor Syndrome. Skin Appendage Disord. 2017Jan;2(3-4):120-129. doi: 10.1159/000450617. Epub 2016 Sep 23. Review. PubMedPMID: 28232919; PubMed Central PMCID: PMC5264352.

770) Aldahan AS, Chen LL, Fertig RM, Holmes J, Shah VV, Mlacker S, Hsu VM, Nouri K, Tosti A. Vascular Features of Nail Psoriasis Using Dynamic Optical CoherenceTomography. Skin Appendage Disord. 2017 Jan;2(3-4):102-108. doi:10.1159/000449230. Epub 2016 Sep 21. PubMed PMID: 28232916; PubMed Central PMCID:PMC5264355.

771) Martínez-Velasco MA, Vázquez-Herrera NE, Maddy AJ, Asz-Sigall D, Tosti A. TheHair Shedding Visual Scale: A Quick Tool to Assess Hair Loss in Women. DermatolTher (Heidelb). 2017 Mar;7(1):155-165. doi: 10.1007/s13555-017-0171-8. Epub 2017 Feb 20. PubMed PMID: 28220468; PubMed Central PMCID: PMC5336434.

772) Oberlin KE, Rieder E, Tosti A. Nailing the shared etiology in the formationof curved hair and nail growth. J Eur Acad Dermatol Venereol. 2017 Aug;31(8):e353-e354. doi: 10.1111/jdv.14142. Epub 2017 Feb 21. PubMed PMID:28129463.

773) Tsatalis JP, Rajabi-Estarabadi A, Tosti A. Speaking With Your Hands-The History of the Manicure. JAMA Dermatol. 2018 May 1;154(5):595. doi:10.1001/jamadermatol.2018.0303. PubMed PMID: 29801072.

774) Gupta AK, Mays RR, Versteeg SG, Piraccini BM, Shear NH, Piguet V, Tosti A, Friedlander SF. Tinea capitis in children: a systematic review of management. JEur Acad Dermatol Venereol. 2018 May 24. doi: 10.1111/jdv.15088. [Epub ahead of print] PubMed PMID: 29797669.

775) Cervantes J, Johr RJ, Tosti A. Dermoscopy of Yellow Concretions on AxillaryHair. Skin Appendage Disord. 2018 Apr;4(2):86-89. doi: 10.1159/000477941. Epub2017 Aug 22. PubMed PMID: 29765965; PubMed Central PMCID: PMC5939682.

776) Elewski BE, Tosti A, Lin T. Efinaconazole 10% Topical Solution: Case Review ofOnychomycosis Patients Who Were Completely Cured at Week 24. Skin AppendageDisord. 2018 Apr;4(2):67-70. doi: 10.1159/000478664. Epub 2017 Aug 10. PubMedPMID: 29765961; PubMed Central PMCID: PMC5939717.

777) Ocampo-Garza J, Bretas JM, Matana D, Sobral PJ, Thompson CT, Zaiac M, Tosti A.Longitudinal Melanonychia Biopsy: What Not to Do. J Drugs Dermatol. 2018 May1;17(5):587-588. PubMed PMID: 29742195.

778) Fertig RM, Hu S, Maddy AJ, Balaban A, Aleid N, Aldahan A, Tosti A. Medicalcomorbidities in patients with lichen planopilaris, a retrospective case-control study. Int J Dermatol. 2018 Jul;57(7):804-809. doi: 10.1111/ijd.13996. Epub 2018 Apr 16. PubMed PMID: 29682736.

779) Maddy AJ, Tosti A. Dermoscopic features of onychotillomania: A study of 36cases. J Am Acad Dermatol. 2018 Apr 13. pii: S0190-9622(18)30528-0. doi:10.1016/j.jaad.2018.04.015. [Epub ahead of print] PubMed PMID: 29660424.

780) Oberlin KE, Maddy AJ, Martínez-Velasco MA, Vázquez-Herrera NE, Schachner LA,Tosti A. Short anagen syndrome: Case series and literature review. PediatrDermatol. 2018 May;35(3):388-391. doi: 10.1111/pde.13478. Epub 2018 Mar 26.PubMed PMID: 29582461.

781) Ancer-Arellano J, Tosti A, Villarreal-Villarreal CD, Chavez-Alvarez S,Ocampo-Candiani J. Positive Jacquet's sign in traction alopecia. J Eur AcadDermatol Venereol. 2018 Mar 25. doi: 10.1111/jdv.14974. [Epub ahead of print]PubMed PMID: 29577451.

782) Maddy AJ, Lee EE, Maderal AD, Wang RC, Tosti A, Cho-Vega JH. A case ofdisseminated follicular spicules in HIV-associated follicular syndrome in theabsence of the seven known human polyomaviruses, suggesting that this disorder isdistinct from trichodysplasia spinulosa. Br J Dermatol. 2018 Mar 24. doi:10.1111/bjd.16562. [Epub ahead of print] PubMed PMID: 29573272.

783) Maddy AJ, Tosti A. Hair and nail diseases in the mature patient. ClinDermatol. 2018 Mar - Apr;36(2):159-166. doi: 10.1016/j.clindermatol.2017.10.007. Epub 2017 Oct 3. PubMed PMID: 29566920.

784) Iorizzo M, Tosti A. Emerging drugs for alopecia areata: JAK inhibitors.Expert Opin Emerg Drugs. 2018 Mar;23(1):77-81. doi:10.1080/14728214.2018.1444750. Epub 2018 Feb 26. PubMed PMID: 29466675.

785) Tosti A, Rigopoulos D. Platelet-Rich Plasma in the Treatment of HairDisorders. Skin Appendage Disord. 2018 Jan;4(1):I. doi: 10.1159/000477862. Epub2017 Jul 5. PubMed PMID: 29457019; PubMed Central PMCID: PMC5806184.

786) Saceda-Corralo D, Tosti A. Trichoscopic Features of Linear Morphea on theScalp. Skin Appendage Disord. 2018 Jan;4(1):31-33. doi: 10.1159/000478022. Epub2017 Jul 12. PubMed PMID: 29457011; PubMed Central PMCID: PMC5806185.

787) Fabbrocini G, Annunziata MC, Donnarumma M, Cacciapuoti S, Marasca C, Tosti A.Photodynamic therapy for periungual pyogenic granuloma-like during chemotherapy: our preliminary results. Support Care Cancer. 2018 May;26(5):1353-1355. doi:10.1007/s00520-018-4056-x. Epub 2018 Feb 10. PubMed PMID: 29429004.

788) Lacarrubba F, Tosti A. Polarized transilluminating dermoscopy. PediatrDermatol. 2018 Jan;35(1):150-151. doi: 10.1111/pde.13346. PubMed PMID: 29356108.

789) Cervantes J, Jimenez JJ, DelCanto GM, Tosti A. Treatment of Alopecia Areatawith Simvastatin/Ezetimibe. J Investig Dermatol Symp Proc. 2018Jan;19(1):S25-S31. doi: 10.1016/j.jisp.2017.10.013. Review. PubMed PMID:29273101.

790) Verne SH, Chen L, Shah V, Nouri K, Tosti A. Optical Coherence TomographyFeatures of Dermatophytoma. JAMA Dermatol. 2018 Feb 1;154(2):225-227. doi:10.1001/jamadermatol.2017.4590. PubMed PMID: 29214287.

791)Fertig RM, Gamret AC, Cervantes J, Tosti A. Microneedling for the treatmentof hair loss? J Eur Acad Dermatol Venereol. 2018 Apr;32(4):564-569. doi:10.1111/jdv.14722. Epub 2017 Dec 21. Review. PubMed PMID: 29194786.

792) Kanti V, Messenger A, Dobos G, Reygagne P, Finner A, Blumeyer A, TrakatelliM, Tosti A, Del Marmol V, Piraccini BM, Nast A, Blume-Peytavi U. Evidence-based(S3) guideline for the treatment of androgenetic alopecia in women and in men -short version. J Eur Acad Dermatol Venereol. 2018 Jan;32(1):11-22. doi:10.1111/jdv.14624. Epub 2017 Nov 27. PubMed PMID: 29178529.

793) Doche I, Hordinsky MK, Valente NYS, Romiti R, Tosti A. Syphilitic Alopecia:Case Reports and Trichoscopic Findings. Skin Appendage Disord. 2017Oct;3(4):222-224. doi: 10.1159/000477415. Epub 2017 Jun 17. PubMed PMID:29177154; PubMed Central PMCID: PMC5697519.

794) Martinez-Velasco MA, Perper M, Maddy AJ, Cervantes J, Eber AE, Verne SH,Vazquez-Herrera NE, Nouri K, Tosti A. In vitro determination of Mexican Mestizohair shaft diameter using optical coherence tomography. Skin Res Technol. 2018May;24(2):274-277. doi: 10.1111/srt.12425. Epub 2017 Nov 23. PubMed PMID: 29171081.

795) Olsen EA, Roberts J, Sperling L, Tosti A, Shapiro J, McMichael A, Bergfeld W,Callender V, Mirmirani P, Washenik K, Whiting D, Cotsarelis G, Hordinsky M.Objective Outcome Measures: Collecting Meaningful Data on Alopecia Areata. J AmAcad Dermatol. 2017 Nov 8. pii: S0190-9622(17)32614-2. doi:10.1016/j.jaad.2017.10.048. [Epub ahead of print] PubMed PMID: 29128463.

796) Ledon JA, Tosti A. CrossFit-Associated Allergic Contact Dermatitis.Dermatitis. 2017 Nov/Dec;28(6):368. doi: 10.1097/DER.0000000000000321. PubMed PMID: 29064882.

797) Ocampo-Garza J, Jacomini Sobral P, Mendes Bretas J, Matana D, Tosti A.Dermoscopic technique for the evaluation of the nail unit. J Am Acad Dermatol.2017 Oct 20. pii: S0190-9622(17)32575-6. doi: 10.1016/j.jaad.2017.10.019. [Epubahead of print] PubMed PMID: 29061368.

798) Cervantes J, Sanchez M, Eber AE, Perper M, Tosti A. Pterygium inversum unguissecondary to gel polish. J Eur Acad Dermatol Venereol. 2018 Jan;32(

799) Asz-Sigall D, Ortega-Springall MF, Smith-Pliego M, Rodríguez-Lobato E,Martinez-Velasco MA, Arenas R, Vincenzi C, Tosti A. White hair in alopeciaareata: Clinical forms and proposed physiopathological mechanisms. J Am AcadDermatol. 2019 Jan 7.

800) Doche I, Tosti A, Neto CF, Trindade MÂB, Rivitti-Machado MCM, Avancini J.Trichoscopic findings of eyebrow alopecia in patients with multibacillaryleprosy. Int J Dermatol. 2019 May;58(5):e105-e107.

801) Thompson CT, Tosti A. A method for more precise sampling of the scalp andeyebrows in frontal fibrosing alopecia. J Am Acad Dermatol. 2019Jun;80(6):e155-e156.

802) Gupta AK, Mays RR, Versteeg SG, Piraccini BM, Takwale A, Shemer A, Babaev M,Grover C, Di Chiacchio NG, Taborda PRO, Taborda VBA, Shear NH, Piguet V, Tosti A.Global perspectives for the management of onychomycosis. Int J Dermatol. 2018 Dec25.

803) Rajabi-Estarabadi A, Williams NM, Tosti A. Comment on "Skin strippingtechnique: A diagnostic clue for fiberglass dermatitis". J Am Acad Dermatol. 2019 Jun;80(6):e157.

804)Griggs J, Almohanna H, Ahmed A, Ren S, Tosti A. "Fresh Breath" on Toothpaste: Peppermint as Cause of Cheilitis. Dermatitis. 2019 Jan/Feb;30(1):74-75.

805): Almohanna HM, Ahmed AA, Tsatalis JP, Tosti A. The Role of Vitamins andMinerals in Hair Loss: A Review. Dermatol Ther (Heidelb). 2019 Mar;9(1):51-70.

806): Gupta AK, Versteeg SG, Shear NH, Piguet V, Tosti A, Piraccini BM. A Practical Guide to Curing Onychomycosis: How to Maximize Cure at the Patient, Organism,Treatment, and Environmental Level. Am J Clin Dermatol. 2019 Feb;20(1):123-133.

807) Horne MI, Utzig JB, Rieder EA, Vincenzi C, Tosti A. Alopecia Areata and Habit tic Deformities. Skin Appendage Disord. 2018 Oct;4(4):323-325.

808) Martínez-Velasco MA, Vázquez-Herrera NE, Misciali C, Vincenzi C, Maddy AJ,Asz-Sigall D, Tosti A. Frontal Fibrosing Alopecia Severity Index: A Trichoscopic Visual Scale That Correlates Thickness of Peripilar Casts with Severity ofInflammatory Changes at Pathology. Skin Appendage Disord. 2018 Oct;4(4):277-280.

809) Rigopoulos D, Elewski B, Tosti A. Is Biotin Safe for Dermatology Patients?Skin Appendage Disord. 2018 Oct;4(4):201.

810) Almohanna HM, Perper M, Tosti A. Safety concerns when using novel medicationsto treat alopecia. Expert Opin Drug Saf. 2018 Nov;17(11):1115-1128.

811)Freedman J, Griggs J, De Padova MP, Tosti A. What's the "buzz" aboutpropolis? Propolis-induced systemic contact dermatitis. Contact Dermatitis. 2019 Jan;80(1):65-67.

812) Pirmez R, Tosti A. Trichoscopy Tips. Dermatol Clin. 2018 Oct;36(4):413-420.

813)Vázquez-Herrera NE, Sharma D, Aleid NM, Tosti A. Scalp Itch: A SystematicReview. Skin Appendage Disord. 2018 Aug;4(3):187-199.

814) Kamath P, Wu T, Villada G, Zaiac M, Elgart G, Tosti A. Onychomatricoma: ARare Nail Tumor with an Unusual Clinical Presentation. Skin Appendage Disord.2018 Aug;4(3):171-173.

815) Griggs J, Almohanna H, Ahmed A, Tosti A. Painting a Picture of Paint-RelatedMethylisothiazolinone Allergy in the United States. Dermatitis. 2019 May 23.

816)Nagrani N, Castillo DE, Al-Mohanna H, Tosti A. Occupational Retronychia: AReport of a Case in a UPS Employee. Skin Appendage Disord. 2019 Apr;5(3):169-171.

817)Vincenzi C, Marisaldi B, Tosti A, Patel B. Effects of a New Topical Treatment Containing Several Hair Growth Promoters in Women with Early Female Pattern Hair Loss. Skin Appendage Disord. 2019 Apr;5(3):146-151.

818) Rajabi-Estarabadi A, Eber AE, Tsatalis J, Vazquez T, Perper M, Nouri K, Tosti A. Optical coherence tomography in evaluation of glomus tumours: a report ofthree cases. J Eur Acad Dermatol Venereol. 2019 Apr 13]

819)Lencastre A, Iorizzo M, Caucanas M, Cunha N, Trakatelli MG, Zaraa I, Henry M, Daniel R, Gregoriou S, Haneke E, Prevezas C, Salphale P, Piraccini BM, Starace M,Tosti A, Richert B. Topical steroids for the treatment of retronychia. J Eur Acad Dermatol Venereol. 2019 Apr 1.

820) Rajabi-Estarabadi A, Tsang DC, Nouri K, Tosti A. Evaluation of positive patch test reactions using optical coherence tomography: A pilot study. Skin ResTechnol. 2019 Mar 19.

821) Maddy AJ, Tosti A. What's New in Nail Disorders. Dermatol Clin. 2019Apr;37(2):143-147.

822) Freites-Martinez A, Chan D, Sibaud V, Shapiro J, Fabbrocini G, Tosti A, Cho J,Goldfarb S, Modi S, Gajria D, Norton L, Paus R, Cigler T, Lacouture ME.Assessment of Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia. JAMA Dermatol. 2019 Mar 6.

823) Camacho I, Rajabi-Estarabadi A, Eber AE, Griggs JW, Margaret SI, Nouri K,Tosti A. Fiberglass dermatitis: clinical presentations, prevention, and treatment- a review of literatures. Int J Dermatol. 2019 Feb 28.

824) Gonzalez AM, Borda LJ, Tosti A. Pili Annulati with Severe TrichorrhexisNodosa: A Case Report and Review of the Literature. Skin Appendage Disord. 2019Feb;5(2):114-116.

825) Fowler E, Tosti A. A Case of Friction Alopecia in a Healthy 15-Year-Old Girl.Skin Appendage Disord. 2019 Feb;5(2):97-99.

826) Mirmirani P, Tosti A, Goldberg L, Whiting D, Sotoodian B. Frontal FibrosingAlopecia: An Emerging Epidemic. Skin Appendage Disord. 2019 Feb;5(2):90-93.

827)Griggs J, Almohanna H, Ahmed A, Tosti A. New-Onset Androgenic Alopeciafollowing Human Chorionic Gonadotropic Diet and Testosterone Pellet Implantation.Int J Trichology. 2018 Nov-Dec;10(6):284-285.

828) Rigopoulos D, Baran R, Chiheb S, Daniel CR 3rd, Di Chiacchio N, Gregoriou S, Grover C, Haneke E, Iorizzo M, Pasch M, Piraccini BM, Rich P, Richert B, Rompoti N, Rubin AI, Singal A, Starace M, Tosti A, Triantafyllopoulou I, Zaiac M.Recommendations for the definition, evaluation, and treatment of nail psoriasisin adult patients with no or mild skin psoriasis: A dermatologist and nail expertgroup consensus. J Am Acad Dermatol. 2019 Jul;81(1):228-240.

829)Borda LJ, Wong LL, Tosti A. Bioidentical hormone therapy in menopause:relevance in dermatology. Dermatol Online J. 2019 Jan 15;25(1).

830) Iorizzo M, Tosti A. Frontal Fibrosing Alopecia: An Update on Pathogenesis,Diagnosis, and Treatment. Am J Clin Dermatol. 2019 Jun;20(3):379-390.

831) Thompson CT, Chen ZQ, Kolivras A, Tosti A. Identification of titanium dioxideon the hair shaft of patients with and without frontal fibrosing alopecia: apilot study of 20 patients. Br J Dermatol. 2019 Jul;181(1):216-217.

832) Piraccini BM, Tosti A. Ciclopirox Hydroxypropyl Chitosan: Efficacy inMild-to-Moderate Onychomycosis. Skin Appendage Disord. 2018 Nov;5(1):13-19.

833) Ocampo-Garza J, Tosti A. Trichoscopy of Dark Scalp. Skin Appendage Disord.2018 Nov;5(1):1-8.

834) Ocampo-Garza J, Griggs J, Tosti A. New drugs under investigation for the

treatment of alopecias. Expert Opin Investig Drugs. 2019 Mar;28(3):275-284.

835) Ahmed A, Almohanna H, Griggs J, **Tosti A**. Genetic Hair Disorders: A Review.Dermatol Ther (Heidelb). 2019 Sep;9(3):421-448.

836) Kasprzak M, Sicińska J, **Tosti A.** Follicular Map: A Novel Approach toQuantitative Trichoscopy. Skin Appendage Disord. 2019 Jun;5(4):216-220

837) Stojadinovic O, Morrison B, **Tosti A**. Side effects of Platelet Rich Plasma andMicroneedeling. J Am Acad Dermatol. 2019 Aug 10.

838**)** Griggs J, Burroway B, **Tosti A**. Pediatric Androgenetic Alopecia: a Review. JAm Acad Dermatol. 2019 Aug 12.

839) Vañó-Galván S, Saceda-Corralo D, Blume-Peytavi U, Cucchía J, Dlova NC,Gavazzoni Dias MFR, Grimalt R, Guzmán-Sánchez D, Harries M, Ho A, Holmes S,Larrondo J, Mosam A, Oliveira-Soares R, Pinto GM, Piraccini BM, Pirmez R, De laRosa Carrillo D, Rudnicka L, Shapiro J, Sinclair R, **Tosti A**, Trüeb RM, Vogt A,Miteva M. Frequency of the Types of Alopecia at Twenty-Two Specialist HairClinics: A Multicenter Study. Skin Appendage Disord. 2019 Aug;5(5):309-315

840) Burroway B, Griggs J, **Tosti A**. Alopecia totalis and universalis long-termoutcomes: a review. J Eur Acad Dermatol Venereol. 2019 Oct 8.

841) Piraccini BM, Berardesca E, Fabbrocini G, Micali G, **Tosti A**. Biotin: overview of the treatment of diseases of cutaneous appendages and of hyperseborrhea. GItal Dermatol Venereol. 2019 Oct;154(5):557-566.

842) **Tosti A**, Bergfeld WF, Christiano AM, Elston DM, Gavazzoni Dias MF, Goldberg L,Hordinsky MK, Seykora J, Ceh V. Response from the American Hair Research Society to "Sunscreen and Frontal Fibrosing Alopecia: A Review". J Am Acad Dermatol. 2019Oct 22.

843)  Chessa MA, Iorizzo M, Richert B, López-Esterbaranz JL, Rigopoulos D, **Tosti A,**Gupta AK, Di Chiacchio N, Di Chiacchio NG, Rubin AI, Baran R, Lipner SR, DanielR, Chiheb S, Grover C, Starace M, Piraccini BM. Pathogenesis, Clinical Signs and Treatment Recommendations in Brittle Nails: A Review. Dermatol Ther (Heidelb).2019 Nov 20.

844) Gupta AK, Carviel JL, Foley KA, Shear NH, Piraccini BM, Piguet V, **Tosti A.**Monotherapy for Alopecia Areata: A Systematic Review and Network Meta-Analysis.Skin Appendage Disord. 2019 Nov;5(6):331-337.

845) Ahmed AA, Almohanna H, Griggs J, **Tosti A.** Unusual Clinical Presentation of aPrimary Cutaneous Follicle Center Lymphoma on the Scalp of a Middle-Aged Female: Case Report and Review of the Literature. Skin Appendage Disord. 2019Nov;5(6):379-385.

846)  Ferrari B, Vincenzi C, **Tosti A.** Pili Torti as a Sign of Eyebrow Involvement inFrontal Fibrosing Alopecia. Skin Appendage Disord. 2019 Nov;5(6):393-395.

847) Asz-Sigall D, Iñigo-Gomez K, Ortega-Springall MF, Vega-Memije ME, Arenas R,**Tosti A.** Alopecia Secondary to Hyaluronic Acid Embolization: TrichoscopicFindings. Skin Appendage Disord. 2019 Nov;5(6):396-400.

848) Weigelt MA, Herbst AT, Tosti A, Lev-Tov H. Thymol-Induced Chemical LeukodermaSuccessfully Treated with 308-Nanometer Excimer Laser. Skin Appendage Disord.2020 Jul;6(4):244-246.

849) Kłosowicz A, Alsalhi W, Tosti A. How to Optimize Trichoscopy for Evaluationof Scalp Vessels. Skin Appendage Disord. 2020 Jul;6(4):216-219.

850) Williams NM, Randolph M, Rajabi-Estarabadi A, Keri J, Tosti A. HormonalContraceptives and Dermatology. Am J Clin Dermatol. 2020 Sep 7.

851)Perper M, Herskovitz I, Tosti A. Aromatase inhibitor-induced hair loss in twoadolescents. Pediatr Dermatol. 2020 Sep 1.

852)Thompson CT, Martínez-Velasco MA, Tosti A. Yellow dots in frontal fibrosingalopecia. J Eur Acad Dermatol Venereol. 2020 Jul 19.

853) Kłosowicz A, Thompson C, Tosti A. Erythematous Papules Involving the Eyebrowsin a Patient with a History of Rosacea and Hair Loss. Skin Appendage Disord.2020 Jun;6(3):190-193.

854) García-García SC, Herz-Ruelas ME, Gomez-Flores M, Vázquez-Herrera NE,Misciali C, Tosti A, Chavez-Alvarez S, Ocampo-Candiani J, Villarreal-Martinez A.Association of Trichorhinophalangeal Syndrome and Loose Anagen Syndrome: A CaseReport. Skin Appendage Disord. 2020 Jun;6(3):162-167..

855) Randolph M, Tosti A. Oral minoxidil treatment for hair loss: A review of efficacy and safety. J Am Acad Dermatol. 2020 Jul 1:S0190-9622(20)32109-5.

856) Doche I, Miotto I, Rivitti-Machado MC, Melo DF, Larrondo J, Cabrera R, Rajabi-Estarabadi A, Tosti A. Trichoscopic and imaging study of lipedematousalopecia: report of five cases. J Eur Acad Dermatol Venereol. 2020 Apr 16.

857)Therianou A, Vincenzi C, Tosti A. How safe is prescribing oral minoxidil inpatients allergic to topical minoxidil? J Am Acad Dermatol. 2020 Apr11:S0190-9622(20)30567-3.

858) Pham CT, Romero K, Almohanna HM, Griggs J, Ahmed A, Tosti A. The Role ofDiet as an Adjuvant Treatment in Scarring and Nonscarring Alopecia. Skin Appendage Disord. 2020 Mar;6(2):88-96.

859)Gupta AK, Stec N, Summerbell RC, Shear NH, Piguet V, Tosti A, Piraccini BM.Onychomycosis: a review. J Eur Acad Dermatol Venereol. 2020 Apr 1.

860) Egger A, Tosti A. Carpal tunnel syndrome and associated nail changes: Review and examples from the author's practice. J Am Acad Dermatol. 2020 Mar19:S0190-9622(20)30436-9.

861)Meah N, Wall D, York K, Bhoyrul B, Bokhari L, Sigall DA, Bergfeld WF, BetzRC, Blume-Peytavi U, Callender V, Chitreddy V, Combalia A, Cotsarelis G,Craiglow B, Donovan J, Eisman S, Farrant P, Green J, Grimalt R, Harries M,Hordinsky M, Irvine AD, Itami S, Jolliffe V, King B, Lee WS, McMichael A,Messenger A, Mirmirani P, Olsen E, Orlow SJ, Piraccini BM, Rakowska A, ReygagneP, Roberts JL, Rudnicka L, Shapiro J, Sharma P, **Tosti A,** Vogt A, Wade M, Yip L,Zlotogorski A, Sinclair R. The Alopecia Areata Consensus of Experts (ACE) study:

Results of an international expert opinion on treatments for alopecia areata. JAm Acad Dermatol. 2020 Jul;83(1):123-130.

862) Iorizzo M, **Tosti A,** Starace M, Baran R, Daniel CR 3rd, Di Chiacchio N,Goettmann S, Grover C, Haneke E, Lipner SR, Rich P, Richert B, Rigopoulos D,Rubin AI, Zaiac M, Piraccini BM. Isolated nail lichen planus: An expert consensus on treatment of the classical form. J Am Acad Dermatol. 2020 Feb 26:S0190-9622(20)30300-5.

863) McElwee KJ, Tosti A. New developments in hair research. Exp Dermatol. 2020Mar;29(3):204-207..

864): Rajabi-Estarabadi A, Vasquez-Herrera NE, Martinez-Velasco MA, Tsatalis J,Verne SH, Nouri K, Tosti A. Optical coherence tomography in diagnosis ofinflammatory scalp disorders. J Eur Acad Dermatol Venereol. 2020 Feb 20.

865) Randolph MJ, Salhi WA, Tosti A. Lichen Planopilaris and Low-Level LightTherapy: Four Case Reports and Review of the Literature About Low-Level Light Therapy and Lichenoid Dermatosis. Dermatol Ther (Heidelb). 2020 Apr;10(2):311-319.

866) Alsalhi W, Alalola A, Randolph M, Gwillim E, Tosti A. Novel drug deliveryapproaches for the management of hair loss. Expert Opin Drug Deliv. 2020Mar;17(3):287-295.

867) Griggs J, Trüeb RM, Gavazzoni Dias MFR, Hordinsky M, Tosti A. Fibrosing alopecia in a pattern distribution. J Am Acad Dermatol. 2020 Jan 8:S0190-9622(20)30030-X.

868) Anzai A, Pirmez R, Vincenzi C, Fabbrocini G, Romiti R, Tosti A. Trichoscopyfindings of frontal fibrosing alopecia on the eyebrows: A study of 151 cases. JAm Acad Dermatol. 2019 Dec 17:S0190-9622(19)33298-0.

**Book Chapters**

A.Tosti, B.M.Piraccini "Biology of Nails" in Fitzpatrick's "Dermatology in general medicine" I.M.Freedberg, A.Z.Eisen, K.Wolff, K.F.Austen, L.A.Goldsmith, S.I.Katz, T.B. Fitzpatrick (Eds) Fifth edition 1999, The Mc Graw-Hill, New York, Capitolo 18, Vol I: 239-244.

R.Baran, A.Tosti "Nails" in Fitzpatrick's "Dermatology in general medicine" I.M.Freedberg, A.Z.Eisen, K.Wolff, K.F.Austen, L.A.Goldsmith, S.I.Katz, T.B. Fitzpatrick (Eds) Fifth edition 1999, The Mc Graw-Hill, New York, Capitolo 72, Vol I: 752-768.

Tosti A., Piraccini B.M. Eye medicaments. In Topical drugs, 3rd Edition of Textbook of Contact Dermatitis, 2001, pag. 189-196.

F.M.Brandao, A.Goossens, A.Tosti "Topical drugs" in Textbook of Contact Dermatitis. R.J.G. Rycroft, T.Menné, P.J.Frosch, J-P.Lepoittevin (Eds) Third Edition, Springer-Verlag (Berlin) 2001; pag. 687-723

Tosti A, Cerroni L, Piraccini BM, Iorizzo M, Misciali C. Follicular mycosis fungoides mimiking alopecia areata. In: Van Neste D. Hair Science and technology. Skinterface 2003: 471-474.

Tosti A, Piraccini BM. Nail disorders. In: Dermatology. Bolognia Jl, Rapini RP, Jorizzo JL (eds), Mosby 2003. Section 11, cap. 71: 1061-1078

A.Tosti, B.M.Piraccini "Cicatricial alopecia" in "European handbook of Dermatological treatments", A.D.Katsambas, T.M.Lotti (Eds), Springer-Verlag, Berlin, Heidelberg, 1999 pag. 111-116

A.Tosti, B.M.Piraccini "Dermatophyte infections" in "European handbook of Dermatological treatments", A.D.Katsambas, T.M.Lotti (Eds), Springer-Verlag, Berlin, Heidelberg, 1999 pag. 144-148

V.Bettoli, A.Tosti "Antifungals"in "European handbook of Dermatological treatments", A.D.Katsambas, T.M.Lotti (Eds), Springer-Verlag, Berlin, Heidelberg, 1999 pag. 748-755.

A.Tosti, B.M.Piraccini "Nail disorders" in Textbook of Pediatric Dermatology. J.Harper, A.Oranje, N.Prose (Eds). Blackwell Science Ltd (Oxford) 2000, pag.1491-99

Tosti A., Baran R., Dawber R.P.R. The nail in systemic diseases and drug-induced changes In: R. Baran, RPR Dawber, de Berker DAR, Haneke E, A Tosti "Diseases of the nails and their management" 3rd edition , Oxford 2001, Blackwell Sciente

A.Tosti, B.M.Piraccini "Biology of Nails" in Fitzpatrick's "Dermatology in general medicine" I.M.Freedberg, A.Z.Eisen, K.Wolff, K.F.Austen, L.A.Goldsmith, S.I.Katz, T.B. Fitzpatrick (Eds) Sixth edition 2004, The Mc Graw-Hill, New York.

R.Baran, A.Tosti "Nails" in Fitzpatrick's "Dermatology in general medicine" M.Freedberg, A.Z.Eisen, K.Wolff, K.F.Austen, L.A.Goldsmith, S.I.Katz, T.B. Fitzpatrick (Eds) Sixth edition 2004, The Mc Graw-Hill.

Tosti A., Pazzaglia M. Diseases of the nails. In: Rackel RE (ed): Chon's Current Therapy. WB Saunders Company, Philadelphia 2004.

Tosti A, Piraccini BM, Iorizzo M, Tosti G. Ocular and audiological disorders in vitiligo. In: Lotti TM, Hercogova J. Vitiligo - Problems and solutions. Marcel Dekker, New York, 2004

Tosti A., Piraccini B.M. Dermatological Diseases. In: R.K.Scher, C.Ralph Daniel III, A.Tosti, B.E.Elewski, P.Fleckman, P.Rich (Eds) "Nails, Diagnosis, Therapy, Surgery" 3rd Edition, 2005, Elsevier Saunders

Tosti A., Richert B. Pazzaglia M. Tumors of the nail apparatus. In: R.K.Scher, C.Ralph Daniel III, A.Tosti, B.E.Elewski, P.Fleckman, P.Rich (Eds) "Nails, Diagnosis, Therapy, Surgery" 3rd Edition, 2005, Elsevier Saunders

Tosti A., Pazzaglia M. Occupational nail disorders. In: R.K.Scher, C.Ralph Daniel III, A.Tosti, B.E.Elewski, P.Fleckman, P.Rich (Eds) "Nails, Diagnosis, Therapy, Surgery" 3rd Edition, 2005, Elsevier Saunders

Tosti A., Piraccini B.M. Pediatric diseases. In: R.K.Scher, C.Ralph Daniel III, A.Tosti, B.E.Elewski, P.Fleckman, P.Rich (Eds) "Nails, Diagnosis, Therapy, Surgery" 3rd Edition, 2005, Elsevier Saunders

Tosti A, Piraccini BM  Biology of Nails and Nail Disorders in Fitzpatrick's Dermatology in General Medicine, 7ed Lowell A. Goldsmith, Stephen I. Katz, Barbara A. Gilchrest, Amy S. Paller, David J. Leffell, Klaus Wolff 2007 cap 89 Mc Graw Hill

Tosti A, Piraccini BM. "Nail disorders" In: Dermatology. Bolognia Jl, Jorizzo JL, Schaffer JV , (eds), Mosby Elsevier 2012. cap. 70: 1019-1036.

Tosti A, Piraccini BM  Biology of Nails and Nail Disorders in Fitzpatrick's Dermatology in General Medicine, 8ed Lowell A. Goldsmith, Stephen I. Katz, Barbara A. Gilchrest, Amy S. Paller, David J. Leffell, Klaus Wolff 2012 cap 89 Mc Graw Hill

**Books**

1) R.Baran, R.Dawber, E.Haneke, A.Tosti
   "A text Atlas of Nail Disorders, diagnosis and treatment"
   Martin Dunitz, London, 1996

2) Baran R. Hay R. Haneke H. Tosti A
   "Onychomycosis, the current approach to diagnosis and therapy"
   Martin Dunitz Ltd Publishers, London UK 1999

3) R. Baran, RPR Dawber, de Berker DAR, Haneke E, A Tosti "Diseases of the nails and
   their management" 3rd edition
   Blackwell Science, Oxford 2001

4) R.Baran, R.Dawber, E.Haneke, A.Tosti
   "A text Atlas of Nail Disorders, diagnosis and treatment" 2nd edition
   Martin Dunitz, London, 2003

5) R.K.Scher, C.Ralph Daniel III, A.Tosti, B.E.Elewski, P.Fleckman, P.Rich
   "Nails, Diagnosis, Therapy, Surgery" 3rd Edition, Elsevier Saunders, 2005

6) A.Tosti, P.E.Grimes, M.P. De Padova
   "Color Atlas of Chemical Peels"
   Springer-Verlag, Berlin Heidelberg, 2006

7) A.Tosti, B.M.Piraccini
   "Diagnosis and treatment of Hair Disorders"
   Taylor & Francis, 2006

8) R.Baran, R.Hay, E.Haneke, A.Tosti
   "Onychomycosis: the current approach to diagnosis and therapy"
   Second Edition, Taylor & Francis, 2006

9) R.Baran, R. PR Dawber, E.Haneke, A.Tosti, I. Bristow
   "A text Atlas of Nail Disorders, Techniques in investigation and diagnosis" third edition
   Martin Dunitz, Taylor and Francis Group, London and New York, 2005

10) A. Tosti "Dermoscopy of Hair and Scalp Disorders with clinical and pathological
    correlation" Informa Healthcare UK Ltd, 2007

11) A. Tosti, M.P. De Padova "Atlas of Mesotherapy" Informa Healthcare UK Ltd, 2007

12) U. Blume-Peytavi, A. Tosti, D.A. Whiting, R. Trueb "Hair growth and disorders"
    Springer-Verlag Berlin Heidelberg, 2008

13) A. Tosti, M.P. De Padova, K. Beer "Acne scars" Informa Healthcare UK Ltd, 2009

14) A. Tosti, R. Daniel, B.M. Piraccini "Color atlas of nails" Springer-Verlag Berlin Heidelberg, 2009

15) Antonella Tosti, Kenneth Beer and Maria Pia De Padova Management of Complications of Cosmetic Procedures: Handling Common and More Uncommon Problems Springer-Verlag Berlin Heidelberg, 2012

16) Antonella Tosti, Pearl E. Grimes and Maria Pia De Padova Color Atlas of Chemical Peels 2nd edition by Springer-Verlag Berlin Heidelberg, 2012

17) Antonella Tosti, Doris Hexsel Update in Cosmetic Dermatology by Springer-Verlag Berlin Heidelberg, 2013

18) Antonella Tosti, Bianca Maria Piraccini Tricologia Ambulatoriale Springer-Verlag Berlin Heidelberg, 2013

19) Dimitris Rigoupolous , Antonella Tosti Nail Psoriasis from A to Z Springer-Verlag Berlin Heidelberg, 2014

20) Antonella Tosti Hair and Nail Dermoscopy 2nd edition, Taylor&Francis 2015

21) Marsh, Jennifer, Gray, John, Tosti, Antonella Healthy Hair Springer-Verlag Berlin Heidelberg, 2016

22) Antonella Tosti, Tracey C Vlahovic, Roberto Arenas Onychomycosis Springer-Verlag Berlin Heidelberg, 2017

23) Francisco M Camacho, Antonella Tosti Montagna's trichology 3rd edition Biblioteca Aula Medica, Toledo 1917

24) Antonella Tosti Nail Disorders 1st edition Elsevier 2018`

25) Gabriella Fabbrocini, Mario E. Lacouture, Antonella Tosti

26) Dermatologic Reactions to Cancer Therapies

27) 1st Edition CRC Press 2019

28) Tosti, Antonella, Asz-Sigall, Daniel, Pirmez, Rodrigo (Eds.) Hair and Scalp Treatments

29) Springer Verlag 2019

30) Nilton Di Chiacchio, Antonella Tosti Therapies for Nail Disorders 1st Edition CRC Press 2020

**V. PROFESSIONAL**

**Editorial Board and Committee Membership:**

American Hair Reasearch Society  (President)

International Society of Dermatology (Maria  Duran Committee)

International Society of Dermatology (Board of Directors)

NAAF's Clinical Research Advisory Council

International Society of Trichoscopy ( Founder/President)

Skin Appendage Disorders ( editor in chief)

European Journal of Dermatology

Journal of Dermatological Treatment

JAMA Dermatology

International Journal of Dermatology

International Journal of Women 's Dermatology

Orphanet Reviews

Faculty of 1000 Medicine (Editor of Pigmentary Disorders Section)

British Medical Journal  (Specialty Advisory Panel)

Brazilian Journal of Dermatologic and Cosmetic Surgery

Journal "Przeglàd Dermatologiczny"

Dermatología Cosmética, Médica y Quirúrgica

**Awards**

- 2007 "Maria Duran Medal" from the International Society of Dermatology. Medal to women leaders in dermatology and to dermatologists who have made significant contributions to dermatologic conditions affecting women and children

Best Doctor of America 2013

Best Doctor of America 2014

Best Doctor of America 2015

Best Doctor of America 2016/2017

Best Doctor of America 2017/2018

Best Doctor of America 2018/2019

st Doctor of America 2019/2020

Best Clinical Teacher award 2016

Best Clinical Teacher award 2017

FSDDS Excellence in Hair and Nail Disease, 2017

Certificate of appreciation ILDS 2015

John Ebling Lecture Award 2018

Publons Peer Review Awards 2018

Publons Peer Review Awards 2019

Best Teaching Clinic Award

2020 EADV Clinical Care Award

**VI. TEACHING**

November1999 – November 2005: Director Residency School of Dermatology of the University of Bologna, Italy

March 1988 – November 2010 Professor of Dermatology, University of Bologna, Italy

2007 – March 2010 Voluntary Instructor of Dermatology  at  the Leonard Miller School of Medicine University di Miami, Fl

March 2010- present Professor Clinical Dermatology, Department of Dermatology, Leonard Miller School of Medicine University di Miami, Fl


Dr Tosti is internationally recognized as an expert on hair and nail disorders and contact dermatitis. She is regularly invited worldwide as a speaker in these fields and she has been directing sessions and symposia at the AAD, EADV and World Congress of Dermatology  for 15 years. She organized several meetings on diagnosis and treatment of hair and nail disorders in Italy including a very successful annual Course on hair, nail and cosmetics in Capri. She is the president of the American Hair  Reaserch Society and of  the  International Society  of Trichoscopy. She was president and founding member of the European Hair Research Society and the European Women Dermatological Society. She was  president of the European Nail Society and of the Italian Society of Contact Dermatitis. She was also president of the Council of Nail Disorders.  She is honorary member of the American Dermatological Association, Canadian Dermatological Association , Pacific Dermatologic Association, Colombian Society of Dermatology, Russian Hair Research  Society and Sociedade Brasileira de Dermatologia.