**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                   **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039**

                                   **ORDER**

     Considering the *Ex Parte* Motion For Leave To File Exhibits 1, 2, 3, and 6 to Opposition to Plaintiff's Motion to Exclude Testimony of Dr. Azael Freites-Martinez Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

     **IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits 1 (Rec. Doc. 11415-1), 2 (Rec. Doc. 11415-2), 3 (Rec. Doc. 11415-3), and 6 (Rec. Doc. 11415-6) UNDER SEAL.

                                    _____
                                    HON. JANE TRICHE MILAZZO
                                    UNITED STATES DISTRICT COURT JUDGE