# EXHIBIT A

| | |
|---|---|
| **From:** | Peterson, Torrey M. (SHB) |
| **Sent:** | Wednesday, September 9, 2020 7:58 PM |
| **To:** | 'Alexandra W. Robertson' |
| **Cc:** | Ratliff, Harley (SHB); Ryan-Meredith, Kristen (SHB); Quinones, Hilda (SHB); Baehr, Jordan (SHB) |
| **Subject:** | RE: Taxotere - Greer Deposition |

Alex,

In follow-up to our call yesterday, we agree to stay discovery in Ms. Greer's case pending the Motion to Dismiss. If the Court denies our Motion, we will work with you on a schedule to get Ms. Greer's case up to speed with the rest of the trial pool.

Thanks so much,
Torrey

**Torrey M. Peterson**
*Associate*
dd. 816.559.0317 | c. 785.313.1771 | tpeterson@shb.com | x19014

---

**From:** Alexandra W. Robertson <arobertson@johnsonbecker.com>
**Sent:** Friday, September 4, 2020 9:30 AM
**To:** Peterson, Torrey M. (SHB) <tpeterson@shb.com>
**Cc:** Ratliff, Harley (SHB) <hratliff@shb.com>; Ryan-Meredith, Kristen (SHB) <kmryan@shb.com>; Quinones, Hilda (SHB) <hquinones@shb.com>; Baehr, Jordan (SHB) <jbaehr@shb.com>
**Subject:** RE: Taxotere - Greer Deposition

**EXTERNAL**

Good Morning Torrey –

Thank you for the email. I hope you are all staying safe and well during these strange times. Given the pending motion for summary judgement on the pleadings, I think it logically only makes sense to postpone the deposition until we have a ruling on the motion. Please let me know if you'd like to discuss this further on the phone. If you would like to file a stip to stay discovery with the Court until we have a ruling on the pending motion, given the discovery cutoff date, we would be agreeable.

I look forward to hearing from you. Regards,

ALEXANDRA W. ROBERTSON | ASSOCIATE ATTORNEY

JOHNSON // BECKER PLLC

Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-6386, ext. 886
Direct: 612-436-1886
Facsimile: 612-436-1801
ARobertson@JohnsonBecker.com

1

www.JohnsonBecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1886 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.

**From:** Peterson, Torrey M. (SHB) <TPETERSON@shb.com>
**Sent:** Wednesday, September 2, 2020 4:15 PM
**To:** Alexandra W. Robertson <arobertson@johnsonbecker.com>
**Cc:** Ratliff, Harley (SHB) <HRATLIFF@shb.com>; Ryan-Meredith, Kristen (SHB) <KMRYAN@shb.com>; Quinones, Hilda (SHB) <HQUINONES@shb.com>; Baehr, Jordan (SHB) <JBAEHR@shb.com>
**Subject:** Taxotere - Greer Deposition

Alex,

Hope you are doing well.  Given the current discovery deadline of October 4th, we need to schedule Ms. Greer's deposition.  Under the current circumstances, we plan to depose her remotely, and given the timeline would aim for dates in the third or fourth week of September – between 9/17 and 9/25.  Can you please provide dates that work for Ms. Greer?

Thanks for your help and look forward to hearing from you soon.

Torrey

**Torrey M. Peterson**
*Associate*
Shook, Hardy & Bacon L.L.P.

dd. 816.559.0317 | c. 785.313.1771 | tpeterson@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.