# EXHIBIT B

Mamina M. Turegano, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

------------------------------X

IN RE: TAXOTERE (DOCETAXEL)   MDL No. 2740

PRODUCTS LIABILITY LITIGATION   SECTION: "H"

                                           JUDGE MILAZZO

This Document Relates To:   MAG. JUDGE NORTH
ALL CASES

------------------------------X

— — —

Friday, October 23, 2020

— — —

     Remote Videotaped Oral Deposition of
MAMINA M. TUREGANO, M.D., held at the
location of the witness, commencing at
9:33 a.m. CDT, on the above date, before
Michael E. Miller, Fellow of the Academy of
Professional Reporters, Certified Court
Reporter, Registered Diplomate Reporter,
Certified Realtime Reporter and Notary
Public.

— — —

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Golkow Litigation Services - 877.370.DEPS

Page 38

1  A.  When I do that, I -- I send the
2  biopsies out.
3  Q.  Okay.  Where do you send them?
4  A.  I send them to Sagis
5  Laboratory.  That's the laboratory that
6  processes our specimens, like the ones that I
7  read.  But I have another dermatopathologist
8  at Sagis Laboratory review the case.
9  Q.  So you never do your own
10 dermatopathology review when you're --
11 A.  No, not for alopecia.
12 Q.  And the dermatopathologist at
13 Sagis, who is that?
14 A.  Dr. Keagan Lee.  K-E-A-G-A-N,
15 L-E-E.
16 Q.  And what is Sagis?  Is Sagis
17 related to Sanova or is it a separate group?
18 A.  It's a separate group, but
19 Sanova uses the lab to process the biopsies
20 and specimens, and I also will consult them
21 for second opinions.
22 Q.  Okay.  So you -- I guess, let
23 me ask you this.
24     In your time at Sanova, have
25 you physically cut and stained any slides in

Page 39

1  your dermatopathology practice?
2  A.  I have not.  We've always used
3  a separate lab.
4  Q.  So you will cut the biopsies
5  and then send them off to the lab for
6  processing?
7  A.  That is correct.
8  Q.  Do you create your own
9  photomicrographs of those slides?
10 A.  Not usually.
11 Q.  And in your time at Sanova, how
12 many biopsies do you believe you've done --
13 or how many patients do you believe you've
14 biopsied to evaluate for alopecia?
15 A.  At Sanova?  Not that many.
16 Probably -- let me think.  Ones that I can
17 distinctly remember, maybe like four.
18 Q.  In all the patients that you've
19 followed for alopecia disorders, what are the
20 common ones that you've treated?
21 A.  Telogen effluvium and
22 androgenetic alopecia.
23 Q.  Any others?
24 A.  Those are the common ones.
25 I've treated discoid lupus, systemic lupus,

Page 40

1  lichen planopilaris, fibrosing alopecia,
2  central centrifugal cicatricial alopecia or
3  CCCA.  By far, the majority is androgenetic
4  and telogen effluvium.  Androgenetic alopecia
5  and telogen effluvium.  Oh, and alopecia
6  areata, that's probably the third most common
7  alopecia I see is alopecia areata.
8  Q.  Okay.  And you've seen all of
9  those in your dermatology practice or your
10 dermatopathology practice or both?
11 A.  I've seen them in both.
12 Q.  And when I say practice, I'm
13 talking about in your private practice.
14 A.  Oh, I'm sorry.  Just -- sorry,
15 I've just seen it in my clinical process.
16 Q.  Okay.  Not in pathology?
17 A.  Right, because I don't -- I
18 haven't reviewed alopecia biopsies at Sanova.
19 Q.  Okay.
20 A.  But I have seen those during my
21 fellowship.
22 Q.  Okay.  Fair enough.
23     I noticed on Sanova's website
24 that your business performs clinical trials
25 at two locations; is that right?

Page 41

1  A.  I think -- I know -- I can
2  think of two.  I can -- yeah, I think that's
3  right, yeah.
4  Q.  Are you personally involved
5  with any of those clinical trials?
6  A.  I'm not.
7  Q.  Do you recommend that patients
8  participate in clinical trials?
9  A.  I've maybe had one or two
10 patients where we -- yeah, I think where we
11 exhausted treatment options and recommended
12 having them participate in a clinical trial.
13 Q.  Okay.  And would you agree with
14 me that clinical trials are an important part
15 of medical research and development?
16 A.  Yes, I agree with that.
17 Q.  And any of the clinical
18 trials -- I mean, as far as you know, any of
19 the clinical trials performed by Sanova, are
20 they related to PCIA or hair loss disorders?
21 A.  Not that I know of.
22 Q.  Do you agree with me that
23 patients who are in clinical trials deserve
24 appropriate warnings with regard to the
25 medications they receive?

Mamina M. Turegano, M.D.

Page 94

1  I say it right?
2      A.   Lichen planopilaris, yep.
3      Q.   We talked about that for a
4  minute as one of the topics -- or the topic
5  on which you've written a journal article
6  before, correct?
7      A.   That's correct.
8      Q.   Okay.  And in that section, we
9  don't have any citations to medical
10 authority, do we?
11     A.   We do not.
12     Q.   It's not your position that she
13 has lichen planopilaris, correct?
14     A.   It is not.
15     Q.   Okay.  You've ruled that out of
16 your differential?
17     A.   I did.
18     Q.   Frontal fibrosing alopecia,
19 FFA, no citations to medical authority in
20 this section, correct?
21     A.   Correct.
22     Q.   Are the histopathologic
23 features of FFA different or the same as
24 androgenetic alopecia and PCIA?
25     A.   It's different.

Page 95

1      Q.   And it's not your opinion that
2  she has, Ms. Kahn has frontal fibrosing
3  alopecia, is it?
4      A.   That's correct, it's not my
5  opinion.
6      Q.   Okay.  You've ruled that out of
7  your differential?
8      A.   I did rule that out.
9      Q.   Okay.  Your next section is on
10 persistent alopecia after chemotherapy,
11 correct?
12     A.   Yes.
13     Q.   All right.  And you agree with
14 me that reports in the medical literature is
15 not the equivalent of causation, right?
16     A.   Reports is not equivalent, yes.
17     Q.   Okay.  It doesn't -- a single
18 report doesn't establish causation, right?
19     A.   Correct.
20     Q.   Okay.  And would you also agree
21 with me that many of the articles in these
22 tables -- or this table that lasts for, I
23 think, about three pages, many of those
24 articles have to do with cancers other than
25 early-stage breast cancer; is that right?

Page 96

1      A.   Yes, they're -- yes.
2      Q.   Okay.  And some of the articles
3  are from a time period before
4  Taxotere/docetaxel was approved for use in
5  the United States, correct?
6      A.   Yes.
7      Q.   And we've sort of covered this
8  already, but you're not going to testify in
9  this case as to whether there's a
10 statistically significant increased risk of
11 PCIA with the use of any other chemotherapy
12 agent?
13     A.   Yes.
14     Q.   Any -- any drug other than
15 docetaxel.
16     A.   Well, are you -- you're
17 referring to toxic chemotherapy, not
18 endocrine or hormone therapy?
19     Q.   I'm asking in connection with
20 permanent or persistent chemotherapy-induced
21 alopecia.
22     A.   Correct.  Yes.
23     Q.   Okay.  I'm sorry, I've got
24 notes on two pages, and I'm trying to go back
25 and forth.

Page 97

1           On page 10 of your report,
2  you -- in the second paragraph here, you say:
3  Chemotherapy regimens used to treat breast
4  cancer in the adjuvant setting contain
5  multiple chemotherapy drugs.  In addition,
6  many of the women treated for breast cancer
7  in the adjuvant setting also receive
8  tamoxifen or an aromatase inhibitor.
9  Further, many women treated for breast cancer
10 are at a stage in their life when they are
11 likely to have alopecia.
12          That entire paragraph has no
13 medical literature cited in support of it,
14 correct?
15     A.   Correct.
16     Q.   And you're not an oncologist,
17 are you?
18     A.   No.
19     Q.   You don't use chemotherapy
20 drugs in the adjuvant setting to treat breast
21 cancer, right?
22     A.   I don't prescribe chemotherapy
23 drugs.
24     Q.   Okay.  What is the authority
25 for that paragraph?

Page 102

1  after 12:00 now. I don't know if --
2  we've been going for quite some time.
3  Everybody want to take lunch now?
4       THE WITNESS: Yeah, that's
5  fine.
6       MR. LAMBERT: Okay. 30,
7  45 minutes? What do y'all want to do?
8       THE STENOGRAPHER: Want to go
9  off the record?
10      MR. LAMBERT: Yes.
11      THE VIDEOGRAPHER: The time is
12 12:05 p.m. We're off the record.
13      (Recess taken, 12:05 p.m. to
14 12:45 p.m. CDT)
15      THE VIDEOGRAPHER: The time now
16 is 12:45 p.m. We are back on the
17 record.
18 BY MR. LAMBERT:
19     Q.   All right, Doctor. We're back
20 from a lunch break, and we are on -- sort of
21 finishing up page 10 of your report. And I'd
22 like to ask a question about this sentence
23 again right here, and I've highlighted it for
24 you.
25          If this is your conclusion,

Page 103

1  would you agree with me that a layperson --
2  if you can't conclude, then a layperson
3  certainly can't conclude that Taxotere caused
4  persistent alopecia if a woman has ongoing
5  alopecia after completion of chemotherapy?
6      A.   Sorry, I can't see your screen.
7  Mine is different.
8      Q.   I'm sorry. I need to push a
9  button first. All right. Is that better?
10     A.   Yes, okay.
11          And then do you mind repeating
12 the question?
13      MR. LAMBERT: Yeah. Mike, do
14 you mind reading that back for me.
15      (The following portion of the
16 record was read.)
17      "QUESTION: All right, Doctor.
18 We're back from a lunch break, and we
19 are on -- sort of finishing up page 10
20 of your report. And I'd like to ask a
21 question about this sentence again
22 right here, and I've highlighted it
23 for you.
24          If this is your conclusion,
25 would you agree with me that a

Page 104

1  layperson -- if you can't conclude,
2  then a layperson certainly can't
3  conclude that Taxotere caused
4  persistent alopecia if a woman has
5  ongoing alopecia after completion of
6  chemotherapy?"
7      (End of readback.)
8      A.   I agree.
9      Q.   Okay.
10 BY MR. LAMBERT:
11     Q.   All right. On page 11, you
12 indicate that the medical literature does not
13 establish that Taxotere as monotherapy can
14 cause PCIA. Likewise, there is not an
15 established mechanism of action for why
16 Taxotere would cause PCIA.
17          And those statements don't have
18 attribution to any scientific article,
19 correct?
20     A.   Because, yes, that's correct,
21 there's not a scientific article that
22 establishes monotherapy treatment of Taxotere
23 as a cause of PCIA.
24     Q.   Okay.
25     A.   Nor does -- nor is there a

Page 105

1  paper that shows an established mechanism of
2  action for why Taxotere would cause PCIA.
3      Q.   There are some theories as to
4  why --
5      A.   There are -- sorry.
6      Q.   There are some theories set
7  forth in the medical literature along those
8  lines?
9      A.   Sorry, was that a question?
10     Q.   Sure. I'll do it again.
11     A.   Okay.
12     Q.   There are some scientific
13 theories set forth in the medical literature
14 as to the mechanism of action for docetaxel
15 causing PCIA, correct?
16     A.   I haven't come across any just
17 top of mind, but if they exist, yeah, they're
18 theories.
19     Q.   Okay. And in the second
20 paragraph you talk about how alopecia may
21 respond to treatment; is that fair?
22     A.   Yes.
23     Q.   If follicles or ostia
24 disappear, hair cannot regrow from that
25 particular location, correct?

Page 110

1  be established as a cause of PCIA, do you?
2      A.   No, I don't -- I don't think
3  that that can be established as a cause.
4      Q.   Why not?
5      A.   Because other chemotherapy
6  drugs that are used in multidrug regimens
7  with Taxotere have also been implicated in
8  PCIA.
9      Q.   Okay.  I think we're maybe
10 crossing wires here a little bit.  Let me try
11 asking you a different way.
12          You don't have an opinion in
13 this particular report that it's impossible
14 to say that the chemotherapy regimen as a
15 whole did not cause PCIA?
16          MR. SEARS:  Objection, form.
17     A.   Are you talking about for the
18 patient, for the plaintiff?
19 BY MR. LAMBERT:
20     Q.   I'm talking about in general,
21 because I think this -- this paragraph is in
22 general.
23     A.   I mean, I do believe that PCIA
24 as an entity exists, and part of that
25 definition is that it's induced by

Page 111

1  chemotherapy.
2      Q.   Okay.  Fair enough.
3          So it's not impossible to say
4  that the Taxotere-containing regimen of
5  chemotherapies may have caused Ms. Kahn's
6  PCIA?
7          MR. SEARS:  Objection, form.
8      A.   Nor is it possible to say that
9  it does.
10 BY MR. LAMBERT:
11     Q.   Okay.  But I thought that you
12 just testified that you can say that the
13 regimen as a whole can be concluded to be the
14 cause of PCIA, right?
15     A.   Yeah, I said it's possible, but
16 it's also impossible to say that it's because
17 of Taxotere.  Sorry, maybe I didn't say that
18 clearly or correctly.
19     Q.   Okay.  I think I understand
20 what you're trying to say.
21          The next section of your report
22 is Endocrine Therapy-Induced Alopecia.  And
23 you believe that in Ms. Kahn's case,
24 endocrine therapy-induced alopecia is a part
25 of her diagnosis; is that right?

Page 112

1      A.   Yes.
2      Q.   Okay.  And why is that?
3      A.   She received tamoxifen for nine
4  years, and tamoxifen has been shown in
5  various studies to cause hair loss, and it
6  can certainly cause androgenetic alopecia
7  pattern of hair loss.
8          And with her case specifically,
9  her hair was -- her -- based on photographic
10 evidence, her hair, she -- her hair did grow
11 back after chemotherapy, and there was
12 progressive hair loss that was noted after
13 she started tamoxifen, which is well after
14 she stopped chemotherapy.
15     Q.   Okay.  Is that -- are those all
16 of the reasons?
17     A.   With -- I mean, she has
18 other -- she has other reasons to have hair
19 loss.  I can't say that it was all due to
20 tamoxifen, but given that -- given just the
21 way tamoxifen works, the mechanism of action
22 and the fact that she was on it for nine
23 years, it's difficult to ignore that it
24 played a role in her hair loss.
25     Q.   Okay.  Is it typical for

Page 113

1  tamoxifen to continue to cause hair loss once
2  it's stopped?
3      A.   I'm not aware of that.  I do
4  know with Ms. Kahn the bulk of her hair loss
5  was during her tamoxifen treatment.
6      Q.   Okay.  And that's based on
7  what, your review of photographs?
8      A.   Yes.
9      Q.   Okay.  You agree with me that
10 many of the photographs, including some of
11 the ones that you have appended to your
12 report, are not great quality of the scalp?
13     A.   Yeah, it depends on who you're
14 asking.
15     Q.   Okay.  You wouldn't use the
16 photographs that are cited in your report to
17 make a diagnosis alone, would you?
18     A.   I wouldn't use those alone.
19     Q.   Okay.  And with endocrine
20 therapy-induced alopecia, I've also heard of
21 it called EIA, endocrine-induced alopecia.
22 That's the same thing?
23     A.   I'm not sure that's the same
24 thing just because there are endocrine
25 disorders that can also cause alopecia.  So I