# EXHIBIT C

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
                  MDL No. 2740
 3                SECTION:  H
 4    IN RE: TAXOTERE (DOCETAXEL)
 5    PRODUCTS LIABILITY LITIGATION
 6    This Document Relates To:
 7    Sheila Crayton, Case No. 2:17-cv-05923;
      Cynthia Thibodeaux, Case No. 2:16-cv-15859;
 8    _____/
 9                             1633 North Bayshore Drive
                               Miami, Florida
10                             December 12, 2019
                               9:08 a.m. - 6:13 p.m.
11
12           VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
13       Taken before SUZANNE VITALE, R.P.R., F.P.R.
14    and Notary Public for the State of Florida at Large,
15    pursuant to Notice of Taking Deposition filed in the
16    above cause.
17
18
19
20
21
22
23
24
25
```

|  | Page 178 |  | Page 180 |
|---|---|---|---|
| 1 | BY MR. SEARS: | 1 | (Lunch recess taken.) |
| 2 | Q. Wouldn't it be helpful to know the rates | 2 | THE VIDEOGRAPHER: We're back on the |
| 3 | of survival associated with any chemotherapy drugs | 3 | record. The time is 2:09 p.m. |
| 4 | over time in evaluating whether that drug or other | 4 | BY MR. SEARS: |
| 5 | drugs can cause PCIA? | 5 | Q. Are you ready to keep going? |
| 6 | MR. SCHANKER: Objection, form. | 6 | A. Yes. |
| 7 | THE WITNESS: I write, for instance, quite | 7 | Q. You don't sound sure. |
| 8 | frequently the literature about busulfan. Now | 8 | So there's been reports of PCIA from an |
| 9 | that they survive, they found that up to | 9 | adriamycin/cyclophosphamide regimen, correct? |
| 10 | 40 percent of patients had PCIA. | 10 | MR. SCHANKER: Objection, form. |
| 11 | BY MR. SEARS: | 11 | THE WITNESS: Yes, very few cases. |
| 12 | Q. Do you know how many people lived back in | 12 | BY MR. SEARS: |
| 13 | the 1950s and 1960s for over six months after | 13 | Q. So in the adriamycin/cyclophosphamide |
| 14 | receiving busulfan? | 14 | regimen, which drug is causing the PCIA? |
| 15 | MR. SCHANKER: Objection, form. | 15 | MR. SCHANKER: Objection, form. |
| 16 | THE WITNESS: I believe that at that time, | 16 | THE WITNESS: I don't know. |
| 17 | you had the bone marrow transplantation. Most | 17 | BY MR. SEARS: |
| 18 | people didn't survive the transplantation. | 18 | Q. So when we were talking about hair loss |
| 19 | BY MR. SEARS: | 19 | after chemotherapy regimens and endocrine therapy, |
| 20 | Q. Really what I'm asking you is for a | 20 | you were making a point of saying if the hair did |
| 21 | percentage. | 21 | not regrow after six months, that would be an |
| 22 | Do you have any idea what percentage of | 22 | indication whether it's the chemo or the endocrine |
| 23 | people survived in the 1950s, 1960s and 1970s after | 23 | therapy. |
| 24 | being treated with busulfan? | 24 | Do you remember that? |
| 25 | MR. SCHANKER: Objection, form. | 25 | MR. SCHANKER: Objection, form. |

|  | Page 179 |  | Page 181 |
|---|---|---|---|
| 1 | THE WITNESS: This is not my field of | 1 | THE WITNESS: What I said is different, is |
| 2 | expertise. | 2 | that to make a diagnosis of alopecia from |
| 3 | BY MR. SEARS: | 3 | endocrine therapy, you have to have the patient |
| 4 | Q. We can agree that busulfan is an example | 4 | with hair, so the patient should start with |
| 5 | of a chemotherapy drug that was on the market for | 5 | hair. |
| 6 | nearly 30 years before there was a published case | 6 | BY MR. SEARS: |
| 7 | report of PCIA? | 7 | Q. Would a patient know, after receiving |
| 8 | MR. SCHANKER: Objection, form. | 8 | chemotherapy, that their hair did not regrow after |
| 9 | THE WITNESS: I believe this is due to the | 9 | six months? |
| 10 | fact that patients did not survive six months, | 10 | MR. SCHANKER: Objection, form. |
| 11 | which is the minimum to see PCIA. | 11 | THE WITNESS: What's the question? |
| 12 | BY MR. SEARS: | 12 | BY MR. SEARS: |
| 13 | Q. Do you know when the first case reports | 13 | Q. So if a patient took chemotherapy and the |
| 14 | were of adriamycin and cyclophosphamide causing PCIA | 14 | hair did not regrow after six months, would the |
| 15 | in a breast cancer setting? | 15 | patient know that there's some sort of issue going |
| 16 | A. I can check. But I believe, you know, | 16 | on? |
| 17 | cannot be before 2000, so 2000. | 17 | MR. SCHANKER: Objection, form. |
| 18 | Q. You're aware that adriamycin and | 18 | THE WITNESS: I think so. |
| 19 | cyclophosphamide were both used to treat breast | 19 | BY MR. SEARS: |
| 20 | cancer for 20 to 30 years before those reports? | 20 | Q. So if I were to give you 100 photographs |
| 21 | A. Yes. | 21 | of patients who had PCIA, would you be able to look |
| 22 | Q. Yes. | 22 | at the photographs and tell me which of those |
| 23 | MR. SEARS: We'll take a break. | 23 | patients received Taxotere? |
| 24 | THE VIDEOGRAPHER: We're off the record. | 24 | MR. SCHANKER: Objection, form. |
| 25 | The time is 1:04 p.m. | 25 | THE WITNESS: I cannot make a diagnosis on |

Page 310

1    that without that factor, the problem doesn't
2    happen.  Something necessary for a problem to
3    happen.
4  BY MR. SEARS:
5    Q.  Have you ever used that term outside of
6  litigation?
7        MR. SCHANKER:  Objection, form.
8        THE WITNESS:  No.  I would say a necessary
9    factor in my language.
10 BY MR. SEARS:
11   Q.  Where did you find the term "substantial
12 contributing factor"?
13       MR. SCHANKER:  Objection, form.
14       THE WITNESS:  To be honest, I don't
15   remember.
16 BY MR. SEARS:
17   Q.  Do you know if the term "substantial
18 contributing factor" is a legal term?
19       MR. SCHANKER:  Objection, form.
20       THE WITNESS:  I don't think so, because
21   substantially can be a normal word.
22 BY MR. SEARS:
23   Q.  So if Ms. Thibodeaux received a
24 chemotherapy regimen that did not include Taxotere
25 but still included adriamycin and cyclophosphamide,

Page 311

1  she could still have developed PCIA, right?
2        MR. SCHANKER:  Objection, form.
3        THE WITNESS:  Very unlikely.  There are
4    only few cases reported.
5  BY MR. SEARS:
6    Q.  It's possible, isn't it?
7        MR. SCHANKER:  Objection, form.
8        THE WITNESS:  Possible but very unlikely.
9  BY MR. SEARS:
10   Q.  You've mentioned a few times today that a
11 clinical history is important in assessing the cause
12 of hair loss?
13   A.  Yes, clinical history is very, very
14 important.
15   Q.  And you referred to a clinical history in
16 assessing PCIA as well, haven't you?
17   A.  In assessing any hair disorders,
18 generally.
19   Q.  So what do you need to know in a clinical
20 history for you to reach any sort of conclusion
21 about whether a specific drug in the chemotherapy
22 regimen is causing PCIA?
23       MR. SCHANKER:  Objection, form.
24       THE WITNESS:  The clinical history, it's
25   not just about drugs.  It's about when the

Page 312

1    problem happened, how it develop, any
2    concomitant factor that may be relevant.  So
3    drugs are only a part of the clinical history.
4  BY MR. SEARS:
5    Q.  So when you're assessing a patient and one
6  of your differential diagnoses is PCIA, what would
7  you need in the clinical history for you to assess
8  if any specific drug was what was causing the PCIA?
9    A.  First, I need to have a history of
10 incomplete hair regrow after chemotherapy.
11       And then I ask for which drugs were used.
12 And then the specific drug may be possible to
13 determine or maybe not, but in case of Taxotere, I
14 think that's the specific drug because there are
15 reports, there are data.
16   Q.  So if a woman comes to you and tells you,
17 I took chemotherapy, my hair did not regrow and I
18 took a Taxotere-containing regimen, would you
19 automatically conclude the Taxotere was the cause of
20 the ongoing hair loss?
21   A.  Honestly, yes.
22   Q.  So for Ms. Thibodeaux, beyond knowing that
23 she received Taxotere, is there anything in her
24 history that allows you to conclude that Taxotere
25 was the cause of her PCIA as opposed to the other

Page 313

1  chemotherapy drugs that she received?
2        MR. SCHANKER:  Objection, form.
3        THE WITNESS:  Not in the history.  History
4    of incomplete hair regrowth after chemotherapy
5    regimen that included Taxotere, for me, is a
6    very good indication that Taxotere was causing
7    the problem, was the main factor for the
8    problem.
9  BY MR. SEARS:
10   Q.  So, in other words, besides the fact that
11 she received Taxotere, there's nothing in her
12 clinical history that would cause you to conclude
13 that Taxotere was the cause as opposed to adriamycin
14 or cyclophosphamide?
15       MR. SCHANKER:  Objection, form.
16       THE WITNESS:  Yes.
17 BY MR. SEARS:
18   Q.  Is it your opinion that Ms. Thibodeaux's
19 alopecia is 100 percent caused by Taxotere?
20       MR. SCHANKER:  Objection, form.
21       THE WITNESS:  I cannot give percentage,
22   you know.  I don't know.
23 BY MR. SEARS:
24   Q.  Do you think that the adriamycin and
25 cyclophosphamide played a role in her PCIA?

Page 314

1    MR. SCHANKER: Objection, form.
2    THE WITNESS: Possibly some role.
3    BY MR. SEARS:
4    Q. What percentage role do you think the
5    adriamycin caused?
6    MR. SCHANKER: Objection, form.
7    THE WITNESS: I don't know. I cannot
8    guess a number on that.
9    BY MR. SEARS:
10   Q. What percentage role do you think the
11   cyclophosphamide caused?
12   MR. SCHANKER: Objection, form.
13   THE WITNESS: Again, I don't know.
14   BY MR. SEARS:
15   Q. What percentage role do you think the
16   Gemzar played?
17   A. I don't know.
18   Q. What percentage role do you think the
19   Avastin played?
20   MR. SCHANKER: Objection, form.
21   THE WITNESS: Zero.
22   BY MR. SEARS:
23   Q. Do you think if Ms. Thibodeaux received
24   Taxotere as a monotherapy, she would have gone on to
25   develop PCIA?

Page 315

1    MR. SCHANKER: Objection, form.
2    THE WITNESS: Again, it's unlikely, you
3    know.
4    MR. SEARS: Let's go off the record. I
5    think I might be finished. I just want to make
6    sure I didn't mess anything up too bad.
7    THE VIDEOGRAPHER: We're off the record.
8    The time is 5:34 p.m.
9    (Short recess taken.)
10   THE VIDEOGRAPHER: We're back on the
11   record. The time is 5:36 p.m.
12   MR. SEARS: I think I'm finished absent
13   any questions you might get from plaintiffs'
14   counsel. Thank you for your time.
15   MR. SCHANKER: We'll go off the record.
16   Just let us step outside for one second.
17   THE VIDEOGRAPHER: We're off the record.
18   The time is 5:37 p.m.
19   (Short recess taken.)
20   THE VIDEOGRAPHER: Back on the record.
21   The time is 5:39 p.m.
22   CROSS EXAMINATION
23   BY MR. SCHANKER:
24   Q. Good evening, Dr. Tosti.
25   A. Good evening.

Page 316

1    Q. You were asked questions on the record for
2    over six hours by defense attorney in this case.
3    Does that sound about right?
4    A. Yes, could be worse, because I expected
5    seven, so I feel --
6    Q. Lucky you.
7    A. -- thankful.
8    (Thereupon, the referred-to document was
9    marked by the court reporter for Identification as
10   Plaintiffs' Exhibit 22.)
11   MR. SCHANKER: Just for the record, we
12   we'll mark, as Exhibit 22 Plaintiffs'
13   Objections and Responses to Defendants' Notice
14   of Videotaped Deposition of Antonella Tosti,
15   M.D.
16   BY MR. SCHANKER:
17   Q. And for the record, also, Dr. Tosti, I'll
18   make an Exhibit 23 what I believe is a copy of your
19   most recent CV.
20   Can you take a look at this and just
21   confirm that that, indeed, is?
22   A. Yes, December 2019.
23   (Thereupon, the referred-to document was
24   marked by the court reporter for Identification as
25   Plaintiffs' Exhibit 23.)

Page 317

1    BY MR. SCHANKER:
2    Q. Okay. Thank you.
3    Do you remember a few hours ago, you were
4    asked some questions about dosage of chemotherapy
5    drugs, in particular Taxotere?
6    You recall questions on that, right?
7    A. Yes.
8    (Thereupon, the referred-to document was
9    marked by the court reporter for Identification as
10   Plaintiffs' Exhibit 24.)
11   BY MR. SCHANKER:
12   Q. I've marked an article as Exhibit 24.
13   I'll place that before you.
14   And this is the Kluger article.
15   Are you familiar with this?
16   A. Yes.
17   Q. And the title is "Permanent Scalp Alopecia
18   Related to Breast Cancer Chemotherapy by sequential
19   fluoroucil/epirubicin/cyclophosphamide (FEC)and
20   docetaxel: A Prospective Study of 20 Patients."
21   Was this is an article -- this study
22   discusses -- first of all, did you rely upon this
23   study?
24   A. Yes. This is a good article. They also
25   have pathology.