# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)     *
PRODUCTS LIABILITY LITIGATION    *    Docket No.: 16-MD-2740
                                 *    Section "H(5)"
                                 *    New Orleans, Louisiana
Relates to:  Barbara Earnest     *    September 17, 2019
Case No.: 16-CV-17144            *
* * * * * * * * * * * * * * * * *
```

DAY 2 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

```
For the Plaintiffs:        Barrios Kingsdorf & Casteix, LLP
                           BY:  DAWN M. BARRIOS, ESQ.
                           701 Poydras Street
                           Suite 3650
                           New Orleans, Louisiana 70139


For the Plaintiffs:        Gainsburgh Benjamin David Meunier
                             & Warshauer, LLC
                           BY:  M. PALMER LAMBERT, ESQ.
                           1100 Poydras Street
                           Suite 2800
                           New Orleans, Louisiana 70163


For the Plaintiffs:        Pendley Baudin & Coffin, LLP
                           BY:  CHRISTOPHER L. COFFIN, ESQ.
                           1100 Poydras Street
                           Suite 2505
                           New Orleans, Louisiana 70163
```

OFFICIAL TRANSCRIPT

## Page 101

477

DAVID KESSLER - CROSS

3:28PM 1  literature?
3:28PM 2  A.  I have.
3:28PM 3  Q.  Do you believe that there are reports in the medical
3:28PM 4  literature of ongoing or persistent hair loss with Adriamycin?
3:28PM 5  A.  There was zero cases with Adriamycin and Cytoxan -- with
3:28PM 6  Adriamycin, there were zero cases up to 2000 in the
3:28PM 7  pharmacovigilance database.  I think I see one or two patients
3:28PM 8  alone with Adriamycin, but it's exceptionally rare.
3:28PM 9  Q.  Doctor, I want you to focus on my question.
3:28PM10  A.  Sure.
3:28PM11  Q.  You searched the literature?
3:28PM12  A.  I did.
3:28PM13  Q.  Okay.  Did you see in your literature -- looking for
3:28PM14  information from 2011 and before, did you see any reports of
3:29PM15  persist or permanent or irreversible hair loss with Adriamycin?
3:29PM16  Yes or no?
3:29PM17  A.  I think I saw one case with Adriamycin alone, but I'd want
3:29PM18  to check that.  It's -- I mean, I searched specifically for
3:29PM19  that, and that was the best I could do.
3:29PM20  Q.  Now, what about Cytoxan?  In your research, did you do
3:29PM21  research to try to determine whether or not there were cases in
3:29PM22  2011 and before of Cytoxan causing permanent hair loss?
3:29PM23  A.  There are zero cases of Cytoxan.  If you look at the FDA
3:29PM24  database of Cytoxan causing permanent alopecia, certainly,
3:29PM25  through --

OFFICIAL TRANSCRIPT

## Page 102

478

DAVID KESSLER - CROSS

3:29PM 1  Q.  Doctor, I didn't ask about the FDA database.  I asked
3:29PM 2  about the literature.  If you could answer my question.
3:29PM 3          And if the answer is you didn't find any, that's
3:30PM 4  fine.  I'm asking you, did you find any?
3:30PM 5  A.  I saw no case of monotherapy Cytoxan where Cytoxan caused
3:30PM 6  irreversible or permanent hair loss.  I did not see it any in
3:30PM 7  the medical literature, and I searched.
3:30PM 8  Q.  How about this?  Did you see any reports -- you slipped in
3:30PM 9  the word "monotherapy" there.
3:30PM10         Did you see any reports in the medical literature
3:30PM11  where the regimen included Cytoxan and there was a report of
3:30PM12  permanent hair loss?
3:30PM13  A.  Sure, of course.  Because in the FAC arm, that includes
3:30PM14  Cytoxan.  So, of course, it included Cytoxan --
3:30PM15  Q.  Okay.
3:30PM16  A.  -- in that arm.
3:30PM17  Q.  And the same thing for Adriamycin; correct?
3:30PM18  A.  Correct.  But they were controlled.
3:30PM19  Q.  So you can't say that there is no risk of any kind of
3:30PM20  persistent hair loss with the FAC arm; correct?
3:30PM21  A.  I certainly can, in a controlled trial.  You're missing
3:30PM22  the point.  When you compare TAC versus FAC, the only
3:31PM23  difference is the T; it's not the A and C.
3:31PM24         You're explaining away the risk.  It's the biggest
3:31PM25  mistake in drug safety.  You're explaining away the risk and

OFFICIAL TRANSCRIPT

## Page 103

479

DAVID KESSLER - CROSS

3:31PM 1  pointing to something else.
3:31PM 2  Q.  Let's go back to this real quick.  We talked about this
3:31PM 3  definition, "six months" was -- most of the time, was your most
3:31PM 4  common definition; correct?
3:31PM 5  A.  That was certainly one of the definitions.
3:31PM 6  Q.  Okay.  And you would have to agree with me that, in order
3:31PM 7  to know whether or not somebody actually had hair loss more
3:31PM 8  than six months after treatment, that patient would have to be
3:31PM 9  evaluated more than six months after treatment; correct?
3:31PM10  A.  Exactly.
3:31PM11  Q.  That's just logic; right?
3:31PM12  A.  That's what 316 did.
3:32PM13  Q.  Doctor, do you know -- in the work that you did reviewing
3:32PM14  materials, looking at information in this case, do you know how
3:32PM15  many of the 29 patients were actually evaluated more than six
3:32PM16  months?
3:32PM17  A.  That data is available.  It's not front of mind.  But it
3:32PM18  is in the clinical study report, and I think you can -- at one
3:32PM19  point, I did know the average follow-up period for that.
3:32PM20  Q.  And I'm not talking about the average follow-up.
3:32PM21         I'm talking about -- can you tell me how many people
3:32PM22  of the 29 were actually followed up more than six months?
3:32PM23  A.  It was a ten-year study.  We could pull that table.  It's
3:33PM24  in your clinical study report.  You have it.
3:33PM25         And I'm almost certain that -- certainly, in 316 --

OFFICIAL TRANSCRIPT

## Page 104

480

DAVID KESSLER - CROSS

3:33PM 1  it was a ten-year study.  It went well beyond six months, the
3:33PM 2  follow-up.
3:33PM 3  Q.  So, Doctor, if you've looked at the data, you would know
3:33PM 4  that only 21 -- no.  Let me ask that again.
3:33PM 5          You would know if you looked at the data that 21 of
3:33PM 6  these patients were followed for six months or less; correct?
3:33PM 7  A.  After the initial period?
3:33PM 8  Q.  After the treatment.
3:33PM 9  A.  So the treatment was X number of weeks, and the six
3:33PM10  months -- the clinical study report, if you pull the table, it
3:33PM11  will tell you it was a ten-year study.
3:33PM12  Q.  Let me just ask it this way:  Are you aware that 21 of
3:34PM13  these 29 patients were never seen to determine whether or not
3:34PM14  they have hair loss after six months after they finished their
3:34PM15  treatment?  Do you know that?
3:34PM16  A.  I don't know that.  I looked at the table.  If that's the
3:34PM17  case, then there's a big problem with the study because it was
3:34PM18  represented as a ten-year study.
3:34PM19  Q.  Well, Doctor, if that's the case, setting aside whether
3:34PM20  you think there's a big problem with the study, it would be a
3:34PM21  big problem for you concluding that there were 29 cases of
3:34PM22  permanent alopecia; correct?
3:34PM23  A.  Not at all.  Because you have Sedlacek that found seven
3:34PM24  cases in that arm and zero in the other arm.  So it's
3:34PM25  replicable.  You don't even have to rely on 316.  There is

OFFICIAL TRANSCRIPT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)        *
PRODUCTS LIABILITY LITIGATION       *   Docket No.: 16-MD-2740
                                    *   Section "H(5)"
                                    *   New Orleans, Louisiana
Relates to: Barbara Earnest         *   September 18, 2019
Case No.: 16-CV-17144               *
* * * * * * * * * * * * * * * * * *
```

DAY 3 – AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        Barrios Kingsdorf & Casteix, LLP
                           BY:  DAWN M. BARRIOS, ESQ.
                           701 Poydras Street
                           Suite 3650
                           New Orleans, Louisiana 70139


For the Plaintiffs:        Gainsburgh Benjamin David Meunier
                             & Warshauer, LLC
                           BY:  M. PALMER LAMBERT, ESQ.
                           1100 Poydras Street
                           Suite 2800
                           New Orleans, Louisiana 70163


For the Plaintiffs:        Pendley Baudin & Coffin, LLP
                           BY:  CHRISTOPHER L. COFFIN, ESQ.
                           1100 Poydras Street
                           Suite 2505
                           New Orleans, Louisiana 70163

OFFICIAL TRANSCRIPT

## Page 193

858

LAURA MASSEY PLUNKETT - CROSS

5:22PM 1  A.  You did.
5:22PM 2  Q.  All right.  Now --
5:22PM 3        THE COURT:  The jury can make a determination whether
5:22PM 4  that was --
5:22PM 5        MS. SASTRE:  I'm sorry, Your Honor?
5:22PM 6        THE COURT:  Mr. Nolen was standing up to object, and
5:22PM 7  I overruled him before he got to say it.
5:22PM 8        MS. SASTRE:  I thought you were telling me something.
5:22PM 9  Okay.  All right.  No problem.  Thank you, Judge.
5:22PM10  BY MS. SASTRE:
5:22PM11  Q.  Okay.  Let's do this, Dr. Plunkett.  So let's talk about
5:22PM12  that a little further.  Okay.
5:22PM13        When you say that there's a group of chemotherapy
5:22PM14  drugs and they're associated with hair loss, I'd like to make a
5:22PM15  list with you.  Can we do that?
5:22PM16  A.  Sure.
5:22PM17  Q.  Okay.  Great.  So first let's start with Taxol.  Okay.  Is
5:22PM18  Taxol associated with hair loss as a chemotherapy drug?
5:22PM19  A.  Yes.  It is if you're -- and I assume -- but I want to
5:22PM20  make sure we understand when I'm talking here, I'm talking
5:23PM21  about drug-induced hair loss, which is the -- not the same as
5:23PM22  permanent alopecia.  It's two different things.
5:23PM23  Q.  We're going make a list.  The next thing we'll talk about
5:23PM24  is whether those drugs with associated with persistent or
5:23PM25  permanent alopecia.  Okay?

OFFICIAL TRANSCRIPT

## Page 194

859

LAURA MASSEY PLUNKETT - CROSS

5:23PM 1  A.  Okay.  So we're not doing just drug-induced alopecia, or
5:23PM 2  you are -- are you going to do both?
5:23PM 3  Q.  We're going to do both.  We're going to take it one step
5:23PM 4  at a time.  Okay?
5:23PM 5  A.  Okay.  That's fine.
5:23PM 6  Q.  Okay.  Very good.  So, Doctor, first, with regard to
5:23PM 7  Taxol, you would agree with me that Taxol has been associated
5:23PM 8  with alopecia; correct?
5:23PM 9  A.  Drug-induced reversible alopecia, yes, it has.
5:23PM10  Q.  Okay.  So I'm going to write "Taxol" here.
5:23PM11        You would agree with me that Adriamycin has also been
5:24PM12  associated with alopecia or hair loss; correct?
5:24PM13  A.  Yes.  It's the same drug as doxorubicin, but that's right.
5:24PM14  Q.  Okay.  Did you know that Ms. Earnest took Adriamycin?  You
5:24PM15  didn't; right?
5:24PM16  A.  I didn't know her therapy.  But I assumed, if she was
5:24PM17  taking Taxol, she was on the combination regimen, which would
5:24PM18  include that.
5:24PM19  Q.  Okay.  So Adriamycin is on our list.  All right.
5:24PM20        You would agree with me that Cytoxan has been
5:24PM21  associated with alopecia; correct?
5:24PM22  A.  Yes, it has.  This drug-induced alopecia, yes.
5:24PM23  Q.  And you'd also agree with me that a drug by the name of
5:24PM24  5-FU or 5-fluorouracil has also been associated with alopecia;
5:24PM25  correct?

OFFICIAL TRANSCRIPT

## Page 195

860

LAURA MASSEY PLUNKETT - CROSS

5:24PM 1  A.  Yes, with the reversible drug-induced, it has.
5:24PM 2  Q.  Okay.  And that's a drug that's frequently used in
5:25PM 3  combination with place and Cytoxan; correct?
5:25PM 4  A.  Yes.  It was part of the clinical trials.  The FAC was
5:25PM 5  5-FU, Adriamycin, Cytoxan.  And then the other, TAC, was,
5:25PM 6  instead of 5-FU, Taxol.
5:25PM 7  Q.  Okay.  So I'll write "5-FU" here.  Okay.
5:25PM 8        And that was the as you said the first drug if one of
5:25PM 9  the arms of the TAX 316 clinical trial; correct?
5:25PM10  A.  It was an interchangeable drug.  You took Taxol or you
5:25PM11  took 5-FU, and the other drugs were the same.
5:25PM12  Q.  And because it's almost 5:30 and I'm sure everyone's
5:25PM13  tired, you would agree with me there's other drugs we could put
5:25PM14  on that list; right?
5:25PM15  A.  Yes.  Many drugs used to kill cancer cells will cause
5:25PM16  drug-induced alopecia, hair loss.  It's common as a reversible
5:25PM17  side effect.
5:26PM18  Q.  Okay.  Now, let's move on to the next step in the chart
5:26PM19  that we're making.  Okay?
5:26PM20  A.  Okay.
5:26PM21  Q.  So you would agree with me that you identified permanent
5:26PM22  hair loss as a hazard, a hazard of the Taxol; correct?
5:26PM23  A.  There are some case reports, yes.  That's true.
5:26PM24  Q.  Okay.  So I wrote "persistent" here.  I'm going to change
5:26PM25  it.  I'm going to write "permanent."  Okay?

OFFICIAL TRANSCRIPT

## Page 196

861

LAURA MASSEY PLUNKETT - CROSS

5:26PM 1  A.  I think the reports would fit either definition.
5:26PM 2  Sometimes it's called one and sometimes it's called the other.
5:26PM 3  Q.  Okay.  But let me just be clear.  When it came to Taxol
5:26PM 4  and the research and the work you did, you specifically
5:26PM 5  identified permanent hair loss as a hazard of Taxol; true?
5:26PM 6  A.  Within case reports, yes.  There were some case reports.
5:27PM 7  Q.  Let's talk about Adriamycin.  You identified permanent
5:27PM 8  hair loss as a hazard of Adriamycin; correct?
5:27PM 9  A.  Same answer.  There are some case reports for that as
5:27PM10  well.  Not as many, but there are some.
5:27PM11  Q.  But it's something you saw in the literature; correct?
5:27PM12  A.  Yes, there are some case reports.
5:27PM13  Q.  Okay.  And if we move to Cytoxan -- well, let me actually
5:27PM14  stop for a moment.
5:27PM15        Did you review the Adriamycin label?
5:27PM16  A.  I believe that was on my reliance materials, yes.
5:27PM17  Q.  Okay.
5:27PM18  A.  I think I tell you that in my report, that I looked at the
5:27PM19  labeling for the drugs that were used in combination with
5:27PM20  Taxotere.
5:27PM21  Q.  Okay.  And did you see that it says "reverse complete
5:27PM22  alopecia occurs in most cases"?
5:27PM23  A.  I don't recall the words.  I would have to pull it back
5:27PM24  out.  But let me look at my report.  I might have it in here,
5:27PM25  if you want me to -- I just don't recall the specific wording

OFFICIAL TRANSCRIPT

Page 205

870

LAURA MASSEY PLUNKETT - CROSS

5:49PM  1   intended to confuse the jury.  It's intended to confuse the
5:50PM  2   jury.  It's the May 8th, 2003.  I don't know that this is the
5:50PM  3   label that would have been in existence at the time this drug
5:50PM  4   was prescribed.
5:50PM  5           THE COURT:  I don't think that's the issue.  I think
5:50PM  6   the issue is -- is that -- I believe the argument is Adriamycin
5:50PM  7   causes permanent alopecia.  So that is -- I think it's for that
5:50PM  8   limited purpose.
5:50PM  9           MR. NOLEN:  Your Honor, I would just add for the
5:50PM 10   record that this is another one of those deals where you throw
5:50PM 11   everything up against the wall and see what sticks.  Because
5:50PM 12   the reality is -- the reality is is that there is no
5:50PM 13   statistically significant -- you can't prove statistically
5:50PM 14   significant association between Adriamycin and permanent hair
5:50PM 15   loss.  We have done that research, Your Honor.
5:50PM 16           THE COURT:  Okay.  I'm not telling you --
5:50PM 17           MS. SASTRE:  I don't know about it.  I don't even
5:50PM 18   know what that is.
5:50PM 19           THE COURT:  That's way past what I'm talking about
5:51PM 20   here.
5:51PM 21           MR. NOLEN:  So you put it in, it's misleading.
5:51PM 22           THE COURT:  The question is whether or not this
5:51PM 23   should come in.  I think you questioned her about it, the
5:51PM 24   document -- did she review this document?
5:51PM 25           MS. SASTRE:  She has three Adriamycin labels on her

OFFICIAL TRANSCRIPT

Page 206

871

LAURA MASSEY PLUNKETT - CROSS

5:51PM  1   reliance list, yes, Your Honor.  She just said she reviewed
5:51PM  2   them.  She reviewed them also in particular --
5:51PM  3           THE COURT:  He can't help it.
5:51PM  4           MS. SASTRE:  She reviewed them in particular, Your
5:51PM  5   Honor, because she also read them carefully because there's
5:51PM  6   clinical information contained within them.  And a lot of her
5:51PM  7   opinions are based upon clinical information within the labels.
5:51PM  8   I mean, Judge, this case is -- Adriamycin is an issue that's
5:51PM  9   alive and well in this case in numerous respects.
5:51PM 10           MR. NOLEN:  Your Honor, that clinical information
5:51PM 11   that all of her opinions are based on --
5:51PM 12           THE COURT:  Listen, I'm not going to do an assessment
5:51PM 13   of whether or not -- and I think that gives you just whether or
5:51PM 14   not it's relevant.
5:51PM 15           MR. NOLEN:  I did not elicit that testimony.  And,
5:51PM 16   therefore, again, it's 611.  It exceeds the scope.  So that's
5:52PM 17   another objection.
5:52PM 18           MS. SASTRE:  It's a label for a drug she took, Judge.
5:52PM 19   I'm just a little bit beside myself.  It's a label for a drug
5:52PM 20   she took.
5:52PM 21           THE COURT:  I don't think you need to be beside
5:52PM 22   yourself.
5:52PM 23           MS. SASTRE:  Okay.  I'm sorry.  I'm tired, Judge.  I
5:52PM 24   apologize.
5:52PM 25           THE COURT:  We all are.

OFFICIAL TRANSCRIPT

Page 207

872

LAURA MASSEY PLUNKETT - CROSS

5:52PM  1           MS. SASTRE:  Okay.
5:52PM  2           THE COURT:  I'm going to allow it.  The jury can make
5:52PM  3   a determination as to what it means.
5:52PM  4           (WHEREUPON, the following proceedings were held in
5:52PM  5   open court.)
5:53PM  6           MS. SASTRE:  Your Honor, the defendant would move in
5:53PM  7   Exhibit D-388-D, then, Adriamycin labeling into evidence.
5:53PM  8           THE COURT:  Over plaintiff's objection, let it be
5:53PM  9   admitted.
5:53PM 10   BY MS. SASTRE:
5:53PM 11   Q.  Okay.  Very good.
5:53PM 12           I'll just go ahead and put it up on the ELMO just
5:53PM 13   because we have it right here.  And so what we were talking
5:53PM 14   about Dr. Plunkett is underneath the adverse reaction section,
5:53PM 15   Adriamycin states "reversible complete alopecia occurs in most
5:53PM 16   cases."  Correct?
5:53PM 17   A.  That's what is stated, which means most women will lose
5:53PM 18   their hair as a result of drug, which I believe is true, that
5:53PM 19   drug-induced alopecia.
5:53PM 20   Q.  Okay.  All right.  Thank you.
5:53PM 21           Now, if we go back to the chart that we're making,
5:53PM 22   let's talk about Cytoxan for a moment.  Okay?
5:54PM 23   A.  Okay.
5:54PM 24   Q.  You said that you knew or you found out recently that
5:54PM 25   Mrs. Earnest took Adriamycin; correct?

OFFICIAL TRANSCRIPT

Page 208

873

LAURA MASSEY PLUNKETT - CROSS

5:54PM  1   A.  I assume.  I said I assume she did based on the fact that
5:54PM  2   she was -- she was taking it for breast cancer -- well, I say
5:54PM  3   taking it, Taxotere, as an adjuvant treatment.  So I assume
5:54PM  4   that she was taking Adriamycin and cyclophosphamide, but I
5:54PM  5   don't know for sure.  I'm not a case-specific expert.
5:54PM  6   Q.  Okay.  Well, your assumptions were right.  So Cytoxan, you
5:54PM  7   just used the word "cyclophosphamide"?
5:54PM  8   A.  Yes.
5:54PM  9   Q.  And just to be clear, Cytoxan is cyclophosphamide;
5:54PM 10   correct?
5:54PM 11   A.  Yes.  And I'm using that word because that's what's in the
5:54PM 12   literature most of the time.
5:54PM 13   Q.  Okay.  Is it okay if we use the term "Cytoxan"?
5:54PM 14   A.  That's fine.
5:54PM 15   Q.  Okay.  Very good.
5:54PM 16           So you now know that Mrs. Earnest was also taking
5:54PM 17   Cytoxan; correct?
5:54PM 18   A.  If you're going to tell me that's true, I will believe
5:54PM 19   that's true.
5:54PM 20   Q.  Okay.  All right.  So with regard to, again, your work in
5:55PM 21   this case, your search, your review, your analysis of the
5:55PM 22   literature, you would agree with me that you identified
5:55PM 23   permanent hair loss as a hazard of Cytoxan; correct?
5:55PM 24   A.  In terms of case reports, yes, there are some case
5:55PM 25   reports.

OFFICIAL TRANSCRIPT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION     *    Docket No.: 16-MD-2740
                                  *    Section "H(5)"
                                  *    New Orleans, Louisiana
Relates to:  Barbara Earnest      *    September 19, 2019
Case No.: 16-CV-17144             *
* * * * * * * * * * * * * * * * * *
```

DAY 4 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street<br>Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street<br>Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street<br>Suite 2505<br>New Orleans, Louisiana 70163 |

OFFICIAL TRANSCRIPT

## Page 5

1028

```
12:54PM  1                AFTERNOON SESSION
12:54PM  2              (September 19, 2019)
12:54PM  3                      *****
 1:15PM  4         THE DEPUTY CLERK:  All rise.
 1:15PM  5         MR. COFFIN:  Your Honor, before we bring the jury, we
 1:15PM  6  have these Kopreski designations ready to talk to you about on
 1:16PM  7  the video.
 1:16PM  8         THE COURT:  Are you all playing that this afternoon?
 1:16PM  9         MR. COFFIN:  Well, that's a good point.  We might be;
 1:16PM 10  it just depends on the timing of things.  We can switch some
 1:16PM 11  things around so we don't have to jam you up.
 1:16PM 12         THE COURT:  Well, the problem is you're jamming the
 1:16PM 13  jury up.  Okay.  Let me see.
 1:16PM 14         MR. COFFIN:  These are what are -- this is --
 1:16PM 15              (OFF THE RECORD)
 1:17PM 16         THE COURT:  Let's bring in the jury.
 1:17PM 17         THE DEPUTY CLERK:  All rise.
 1:17PM 18         (WHEREUPON, the jury entered the courtroom.)
 1:17PM 19         THE COURT:  All jurors are present.  Court's back in
 1:17PM 20  session.  You may be seated.
 1:17PM 21         Dr. Tosti, I remind you you're under oath.
 1:17PM 22         MS. SASTRE:  Thank you, Your Honor.
 1:18PM 23         THE COURT:  Ms. Sastre.
 1:18PM 24         MS. SASTRE:  Good afternoon, everybody.
 1:18PM 25         (WHEREUPON, ANTONELLA TOSTI, having been previously
```

OFFICIAL TRANSCRIPT

## Page 6

1029

ANTONELLA TOSTI - CROSS

```
 1:18PM  1  duly sworn, testified as follows.)
 1:18PM  2              CROSS-EXAMINATION
 1:18PM  3  BY MS. SASTRE:
 1:18PM  4  Q.  Dr. Tosti, hello.
 1:18PM  5  A.  Hello.
 1:18PM  6  Q.  I don't believe we've ever had the pleasure of meeting
 1:18PM  7  before.  My name is Hildy Sastre.  I have some questions for
 1:18PM  8  you, just like Mr. Schanker had.  All right?
 1:18PM  9  A.  Yes, ma'am.
 1:18PM 10         MS. SASTRE:  Before we start, Your Honor, I would
 1:18PM 11  just like to give the witness a copy of her depositions in this
 1:18PM 12  matter, if I may.
 1:18PM 13         THE COURT:  Sure.
 1:18PM 14         MS. SASTRE:  Okay.  Very good.
 1:18PM 15         THE WITNESS:  Thank you.
 1:18PM 16         MS. SASTRE:  You're welcome.
 1:18PM 17  BY MS. SASTRE:
 1:18PM 18  Q.  So, Dr. Tosti, you know that Mrs. Earnest had chemotherapy
 1:18PM 19  in 2011; correct?
 1:18PM 20  A.  Yes.
 1:18PM 21  Q.  And that was to treat breast cancer; right?
 1:18PM 22  A.  Yes.
 1:18PM 23  Q.  And you understand that she was treated specifically with
 1:18PM 24  a drug by the name of Adriamycin?
 1:18PM 25  A.  Yes.
```

OFFICIAL TRANSCRIPT

## Page 7

1030

ANTONELLA TOSTI - CROSS

```
 1:18PM  1  Q.  And you'd agree with me that Adriamycin causes hair loss;
 1:19PM  2  correct?
 1:19PM  3  A.  Adriamycin can cause anagen effluvium, yes.
 1:19PM  4  Q.  Okay.  When you say that, though, I'm asking you a very
 1:19PM  5  specific question.
 1:19PM  6         When a patient takes Adriamycin for chemotherapy,
 1:19PM  7  Adriamycin can cause hair loss?
 1:19PM  8  A.  Yes, hair loss, but not prevent regrowth.
 1:19PM  9  Q.  I'm sorry.  Say that again.  Not what?
 1:19PM 10  A.  Can cause hair loss.  But what she has is different.  She
 1:19PM 11  has no regrowth.
 1:19PM 12  Q.  Okay.  Well, my question is just simply it can cause hair
 1:19PM 13  loss; right?
 1:19PM 14  A.  Yes, it can cause hair loss.
 1:19PM 15  Q.  Very good.  And you'd also agree with me that there are
 1:19PM 16  reports in the literature of what you call -- what you talked
 1:19PM 17  about this morning, persistent chemotherapy-induced alopecia
 1:19PM 18  with Adriamycin; true?
 1:19PM 19  A.  With Adriamycin alone, just a very, very high dosage, not
 1:20PM 20  for breast cancer.
 1:20PM 21  Q.  All right.  Let me see if I can ask you a different
 1:20PM 22  question.
 1:20PM 23         Is Adriamycin considered an anthracycline drug?
 1:20PM 24  A.  Yes.
 1:20PM 25  Q.  And there's case reports of persistent
```

OFFICIAL TRANSCRIPT

## Page 8

1031

ANTONELLA TOSTI - CROSS

```
 1:20PM  1  chemotherapy-induced alopecia with anthracycline regimens;
 1:20PM  2  true?
 1:20PM  3  A.  Yes.
 1:20PM  4  Q.  Okay.  Now, we can agree that Mrs. Earnest was also
 1:20PM  5  treated with Cytoxan?
 1:20PM  6  A.  Yes.
 1:20PM  7  Q.  And another name for that is cyclophosphamide?
 1:20PM  8  A.  Yes.
 1:20PM  9  Q.  And you'd agree that Cytoxan causes hair loss; true?
 1:20PM 10  A.  Yes.
 1:20PM 11  Q.  And you'd also agree with me, Doctor, that there are
 1:20PM 12  reports in the literature which you have seen personally of
 1:20PM 13  persistent chemotherapy-induced alopecia with Cytoxan?
 1:20PM 14  A.  Very rare.
 1:20PM 15  Q.  But they exist was my question.
 1:20PM 16  A.  Yes, but they are very rare.
 1:20PM 17  Q.  Okay.  Now, there's also a group of chemotherapies used to
 1:21PM 18  treat breast cancer known as taxanes; right?
 1:21PM 19  A.  Yes.
 1:21PM 20  Q.  And Taxotere is a taxane; true?
 1:21PM 21  A.  Yes.
 1:21PM 22  Q.  Taxol is a taxane?
 1:21PM 23  A.  Yes.
 1:21PM 24  Q.  And let's talk about Taxol for a moment.  I know you spoke
 1:21PM 25  with Mr. Schanker about it on your direct exam.
```

OFFICIAL TRANSCRIPT

## Page 33

1056

ANTONELLA TOSTI - CROSS

1:54PM 1  Q.  Okay.  And let me try to pull those up.
1:54PM 2       You looked at cyclophosphamide; correct?
1:54PM 3  A.  Yes.  I don't know the data about these drugs exactly.  I
1:55PM 4  see here, but I don't know if they -- patients took these,
1:55PM 5  association.  Not just cyclophosphamide alone.  I don't know.
1:55PM 6  Q.  Okay.  Cyclophosphamide is listed; right?
1:55PM 7  A.  But it's listed maybe in association with methotrexate and
1:55PM 8  fluorouracil.
1:55PM 9  Q.  Well, Doctor, there may be a lot of things going on here.
1:55PM 10 I don't know.  I'm just asking you is cyclophosphamide listed?
1:55PM 11 A.  It's listed.
1:55PM 12 Q.  Okay.  And what it says next to cyclophosphamide, which is
1:55PM 13 Cytoxan, and then two other drugs that are listed, it has a
1:55PM 14 number of 13; correct?
1:55PM 15 A.  But you don't know which one as the number.  It's a mix to
1:55PM 16 it.
1:55PM 17 Q.  I didn't ask that, ma'am.  I'm just asking you is the
1:55PM 18 number 13 there.
1:55PM 19 A.  I see number 13, but it's for three drugs, not for one.
1:55PM 20 Q.  I understand.  And all I'm asking you is that some number
1:55PM 21 of those 13 patients, I know you don't know how many today, but
1:55PM 22 some number within those 13 patients took cyclophosphamide --
1:56PM 23 A.  I am very aware of this, yes.
1:56PM 24 Q.  -- and had persistent chemotherapy-induced alopecia?
1:56PM 25 A.  Yes.

OFFICIAL TRANSCRIPT

## Page 34

1057

ANTONELLA TOSTI - CROSS

1:56PM 1  Q.  As you sit here today, you don't know if the number is
1:56PM 2  one, you don't know if the number is 10 for cyclophosphamide;
1:56PM 3  right?
1:56PM 4  A.  Absolutely, I don't know.
1:56PM 5  Q.  Okay.  And then if we look a little further down, it says
1:56PM 6  "doxorubicin."  Do you see that?
1:56PM 7  A.  Yes, I do.
1:56PM 8  Q.  And if lists other drugs as well?
1:56PM 9  A.  Yes.
1:56PM 10 Q.  Doxorubicin is Adriamycin; right?
1:56PM 11 A.  Yes.
1:56PM 12 Q.  And in your paper published in 2109, you recorded five
1:56PM 13 cases for a group of drugs, including Adriamycin, where you saw
1:56PM 14 five patients with persistent chemotherapy-induced alopecia;
1:56PM 15 correct?
1:56PM 16 A.  They were also taking Adriamycin.
1:56PM 17 Q.  Right.  And that's what I'm saying.  You don't know of
1:56PM 18 that five patients who had persistent chemotherapy-induced
1:56PM 19 alopecia, if it was two or three or four or even just one of
1:57PM 20 them that had that drug, but you know some of them did;
1:57PM 21 correct?
1:57PM 22 A.  Yes, but what I really think is that those drugs are, you
1:57PM 23 know, sometimes occasionally causing the problem.  I never said
1:57PM 24 they never cause.  It's just a question of, likely, frequency.
1:57PM 25 Q.  One of the other drugs that the jury has heard a little

OFFICIAL TRANSCRIPT

## Page 35

1058

ANTONELLA TOSTI - CROSS

1:57PM 1  bit about, and I think you discussed on your direct exam, is
1:57PM 2  fluorouracil; correct?
1:57PM 3  A.  No, I have no experience with that.  I discussed busulfan.
1:57PM 4  I have experience with busulfan.
1:57PM 5  Q.  All right.  But you've heard of fluorouracil; correct?
1:58PM 6  A.  Sorry?
1:58PM 7  Q.  Fluorouracil.  I just highlighted it on the page.
1:58PM 8  A.  Yes, I have no experience with that drug.
1:58PM 9  Q.  Okay.  But it's included within your group where some
1:58PM 10 number of patients within that 13 had persistent
1:58PM 11 chemotherapy-induced alopecia after taking fluorouracil; right?
1:58PM 12 A.  Yes.
1:58PM 13 Q.  Okay.  Now, the jury's heard a little bit about a drug
1:58PM 14 regimen.  They heard about FAC, F-A-C.  And they've also heard
1:58PM 15 about a regimen called FEC, F-E-C.  All right.  And do you
1:58PM 16 understand the E in FEC to be epirubicin?
1:58PM 17 A.  I'm not an oncologist, and to be honest, I don't feel I
1:58PM 18 can give an expert opinion, but I'm here and I will do what I
1:59PM 19 can do.
1:59PM 20 Q.  Well, let me ask you this, Doctor:  There's case reports
1:59PM 21 of persistent chemotherapy-induced alopecia with the F-E-C, or
1:59PM 22 FEC, regimen; true?
1:59PM 23 A.  I think so.
1:59PM 24 Q.  And the E in the FEC is also included within your study?
1:59PM 25 Right?  Epirubicin?

OFFICIAL TRANSCRIPT

## Page 36

1059

ANTONELLA TOSTI - CROSS

1:59PM 1  A.  Yes.
1:59PM 2  Q.  Okay.  Let me find that.
1:59PM 3       I may have misspoke, and I apologize.  I couldn't
1:59PM 4  find it because you actually don't comment on epirubicin in the
2:00PM 5  study.
2:00PM 6       All right.  So let's -- let's go back to
2:00PM 7  Mrs. Earnest.  Okay?
2:00PM 8  A.  Yes.
2:00PM 9  Q.  All right.  Now, we talked about Mrs. Earnest taking
2:00PM 10 hormone therapy or Arimidex; true?
2:00PM 11 A.  Yes.
2:00PM 12 Q.  And I believe what these drugs are called -- and we
2:00PM 13 haven't spent as much time on them as we have the chemotherapy
2:00PM 14 drugs, so I'd like to just spend a moment here.
2:00PM 15      But I think what they're called is aromatase
2:00PM 16 inhibitors; true?
2:00PM 17 A.  Yes.
2:00PM 18 Q.  And doctors use Arimidex for women who have been diagnosed
2:00PM 19 with cancer, particularly if they're past menopause; right?
2:00PM 20 A.  Yes.
2:01PM 21 Q.  Like Mrs. Earnest; correct?
2:01PM 22 A.  Yes.  And I explained today that they're used for
2:01PM 23 estrogen-positive breast cancer, not always.
2:01PM 24 Q.  And you would agree with me that aromatase inhibitors,
2:01PM 25 like Arimidex, cause hormonal changes in the body?

OFFICIAL TRANSCRIPT

1064

ANTONELLA TOSTI - CROSS

2:07PM 1  well -- if you have hair loss with endocrine therapy, you said,
2:07PM 2  well, it's not that bad; right?
2:07PM 3  A.  It most commonly is Grade 1.
2:07PM 4  Q.  Well, let's take a look at that.
2:08PM 5      So right here you see where it says Grade 2; right?
2:08PM 6      Do you see that, Grade 2?  Doctor, Grade 2?
2:08PM 7  A.  I see.  I also see that it's a significant difference
2:08PM 8  between the two.
2:08PM 9  Q.  Hold on.  I got to ask a question.  Hold on.
2:08PM10     And if we go over to the column to the right, it says
2:08PM11  that of those patients who took endocrine therapy and had
2:08PM12  alopecia from the endocrine therapy, 12 out of 92, or
2:08PM13  13 percent, had Grade 2; right?
2:08PM14  A.  Yes.
2:08PM15  Q.  And you showed the jury a picture of what you said was
2:08PM16  Grade 2 alopecia.  And I'd like to find that.  Just give me one
2:08PM17  second.
2:09PM18     MS. SASTRE:  Do you have the Grade 2 photo?
2:09PM19     I'm sorry.  Give me one second.
2:09PM20     Okay.  I have it.
2:09PM21  BY MS. SASTRE:
2:09PM22  Q.  So...
2:09PM23  A.  I got that from another context, and I explained this
2:09PM24  morning very well that the problem with this situation --
2:09PM25     THE COURT:  Hold on.

OFFICIAL TRANSCRIPT

1065

ANTONELLA TOSTI - CROSS

2:09PM 1     THE WITNESS:  I want to explain.
2:09PM 2     THE COURT:  I think you need to ask a question.
2:09PM 3     THE WITNESS:  Okay.  Sorry.
2:09PM 4  BY MS. SASTRE:
2:09PM 5  Q.  All I'm asking you, when you showed this picture to the
2:09PM 6  jury, you said this is Grade 2 alopecia; true?
2:09PM 7  A.  Yes.
2:09PM 8  Q.  All right.  Thank you.
2:09PM 9     And if we go back --
2:09PM10  A.  Can I explain now?
2:09PM11     THE COURT:  Well, I think -- the question was just is
2:09PM12  this Grade 2 alopecia.
2:09PM13  BY MS. SASTRE:
2:10PM14  Q.  And, Doctor, if we want to know what Grade 2 is, beyond
2:10PM15  the picture of what you showed the jury, we can read your
2:10PM16  definition from your study.  And you state, "Grade 2 is hair
2:10PM17  loss of 50 percent or more of normal for that individual and is
2:10PM18  readily apparent to others.  Camouflage is necessary if the
2:10PM19  patient desires."  Correct?
2:10PM20  A.  Yes.  That's right, 50 percent or more.  So 50 percent can
2:10PM21  go to 90 percent.  And so that's the -- the problem of that
2:10PM22  grading.
2:10PM23  Q.  The grades in your paper?
2:10PM24  A.  The grading in general.  This is the grading of
2:10PM25  dermatological side effects.  And I explained this this

OFFICIAL TRANSCRIPT

1066

ANTONELLA TOSTI - CROSS

2:10PM 1  morning, that depending on the two grades, it doesn't really
2:10PM 2  give you the possibility to select it completely this way.
2:10PM 3  Q.  Just to be clear, when you say that it may be necessary
2:11PM 4  that the patients camouflage, you're talking about alopecia
2:11PM 5  Grade 2 in patients who've received endocrine therapy that it's
2:11PM 6  so severe that they do need to use things like wigs; correct?
2:11PM 7  That's what "camouflage" means.
2:11PM 8  A.  Yes.  But the definition of alopecia with endocrine
2:11PM 9  therapy required that the patient starts with hair.
2:11PM10  Q.  Okay.
2:11PM11  A.  That's the problem.
2:11PM12  Q.  And when it comes to endocrine therapy, you'd agree with
2:11PM13  me that up to 25 percent of patients with breast cancer
2:11PM14  receiving endocrine therapy may develop endocrine
2:11PM15  therapy-induced alopecia; true?
2:11PM16  A.  Yes.
2:11PM17  Q.  And that's exactly what you state in your paper, up to
2:11PM18  25 percent; right?
2:11PM19  A.  Yes.
2:11PM20  Q.  Now, you talked about a couple times if a patient -- you
2:11PM21  had your 192 patients, and you divided them up into two groups;
2:12PM22  right?  And there's the chemotherapy group; right?  PCIA.  And
2:12PM23  then there's the endocrine therapy group, EIAC; correct?
2:12PM24  A.  Yes.
2:12PM25  Q.  And in order to be within the endocrine therapy group, the

OFFICIAL TRANSCRIPT

1067

ANTONELLA TOSTI - CROSS

2:12PM 1  patient would have already had chemotherapy; true?
2:12PM 2  A.  Yes.
2:12PM 3  Q.  They would have lost their hair; true?
2:12PM 4  A.  Yes.
2:12PM 5  Q.  Their hair would have come back.  They would have had
2:12PM 6  complete regrowth; correct?
2:12PM 7  A.  Yes.
2:12PM 8  Q.  And then they would have started endocrine therapy and
2:12PM 9  then had the hair loss that you specifically identified and
2:12PM10  counted in your paper.
2:12PM11  A.  That's precise.  That's exactly what happens.
2:12PM12  Q.  All right.  And you'd agree with me, ma'am, that in
2:12PM13  between the time that Barbara Earnest concluded her
2:12PM14  chemotherapy and the time just a couple months later when she
2:12PM15  started her endocrine therapy, you don't have any evidence and
2:12PM16  you've seen nothing in this record to indicate that she had
2:13PM17  hair regrowth during that time; correct?
2:13PM18  A.  She did not.  She did not grow in three months, which is
2:13PM19  normally the time you should have almost complete regrowth.  So
2:13PM20  she didn't regrow before starting the aromatase inhibitor.
2:13PM21  Q.  But to be clear, I just want to make sure that we're
2:13PM22  drawing the distinction, the patients in your study included in
2:13PM23  the endocrine group, their hair completely regrew after chemo;
2:13PM24  right?
2:13PM25  A.  Yes.

OFFICIAL TRANSCRIPT

```
08:48:06   1                    UNITED STATES DISTRICT COURT

           2                    EASTERN DISTRICT OF LOUISIANA

           3

           4

           5   IN RE:  TAXOTERE (DOCETAXEL)
                       PRODUCTS LIABILITY         Docket No.: 16-MD-2740
           6           LITIGATION                 Section "H(5)"
                                                  September 20, 2019
           7                                      New Orleans, Louisiana

           8   Relates To:  Barbara Earnest,
               Case No.: 16-CV-17144
           9

          10    * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

          11
                                     DAY 5, MORNING SESSION
          12                 TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                       HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
          13                     UNITED STATES DISTRICT JUDGE

          14

          15   APPEARANCES:

          16   For the Plaintiffs:         Barrios, Kingsdorf & Casteix, LLP
                                           BY:  DAWN BARRIOS, ESQ.
          17                               701 Poydras Street
                                           Suite 3650
          18                               New Orleans, Louisiana 70139

          19

          20   For the Plaintiffs:         Gainsburgh, Benjamin, David,
                                             Meunier & Warshauer, LLC
          21                               BY:  PALMER LAMBERT, ESQ.
                                           2800 Energy Centre
          22                               1100 Poydras Street
                                           New Orleans, Louisiana 70163-2800
          23

          24

          25

                                    OFFICIAL TRANSCRIPT
```

Page 1218

1    MR. MICELI: Same objection, Your Honor.
2    THE COURT: I think we're now really going far afield
3 of what her direct testimony was and her qualifications.
4 EXAMINATION BY MR. STRONGMAN:
5 Q. Now, Doctor, with regard to the opinions that you offered
6 today regarding causation, you would agree with me, Doctor,
7 that there have been cases of permanent hair loss reported with
8 Taxol, correct?
9 A. Correct.
10 Q. You would agree with me that there have been cases of
11 permanent hair loss reported with cyclophosphamide, correct?
12 A. I actually don't have isolated cyclophosphamide in here,
13 unless it's pooled with Freites-Martinez's article. But it's
14 captured in my table.
15 Q. Well, Doctor, let me just ask the question again. You
16 would agree that there have been cases of permanent hair loss
17 reported with cyclophosphamide, correct?
18 A. I can't tell from the Freites-Martinez paper, to tell you
19 the truth, but if it was, it was in that paper.
20    MR. STRONGMAN: May I approach the witness, Your Honor?
21    THE COURT: Yes, you may.
22    THE WITNESS: Oh, I'm sorry. It is in the AC regimen,
23 so yes.
24 EXAMINATION BY MR. STRONGMAN:
25 Q. So let me just ask the question again, so we have a clear

Page 1219

1 reference.
2 A. I'm sorry, I thought you were talking about monotherapy.
3 So my apologies.
4 Q. Would you agree with me that there have been cases of
5 permanent hair loss reported with cyclophosphamide?
6 A. Yes. Yes.
7 Q. Would you agree with me that there have been cases of
8 permanent hair loss reported with Adriamycin?
9 A. Correct.
10 Q. Would you agree with me that there have been cases of
11 permanent hair loss reported with the AC regimen?
12 A. Well, now I am a little confused. I was including the
13 cyclophosphamide in the anthracycline answer, with combo.
14 Q. But you would agree with me that in the AC regimen combo,
15 there have been cases of permanent hair loss?
16 A. Yes, I do agree.
17 Q. You would agree with me that there have been cases
18 reported of permanent hair loss with the AC Taxol regimen,
19 correct?
20 A. I believe that's captured in some of the cases I have on
21 the --
22 Q. So the answer is yes?
23 A. Yes. I'd have to look at the specifics of the article,
24 but I believe those were in combo.
25 Q. Now, you talked through a chart of literature that you

Page 1220

1 reviewed; is that correct?
2 A. That's correct.
3 Q. Okay. One of the things that you did was you searched the
4 literature, and you came up with these articles, and then you
5 counted the reports; is that correct?
6 A. Well, I reviewed the articles.
7 Q. Fair enough.
8    But then you counted the reports, correct?
9 A. Yes. I looked at the number of events that were reported
10 in those papers, so I accurately described what was in the
11 papers.
12 Q. I think you explained that your search was -- I think you
13 called it comprehensive, but not exhaustive; is that correct?
14 A. That's a correct description.
15 Q. You certainly remember during your deposition you were
16 shown some articles that had reports with other drugs that you
17 had not found during your original search, correct?
18 A. They handed me articles that I had not found on my
19 original search, but I read them in realtime and, after reading
20 them, decided one would have gone in, the others would have
21 not. Two were actually incorrect and were corrected in the
22 literature.
23 Q. I think you testified several times that the topic under
24 consideration was Taxotere, right? That's what you've said
25 today multiple times, correct?

Page 1221

1 A. Yes, that's my impression of why we're all here today.
2 Q. You were laser focused on Taxotere, correct?
3 A. Well, I was focused on issues relevant to Taxotere in the
4 setting of the treatments that breast cancer patients received.
5 So I looked at the regimens, if that's what you're asking.
6    MR. STRONGMAN: May I approach, Your Honor?
7    THE COURT: Yes, you may.
8 EXAMINATION BY MR. STRONGMAN:
9 Q. Now, Dr. Feigal, one more question. During your direct
10 examination with Mr. Miceli, you did not offer any opinions
11 about the overall exposure in the entire patient population for
12 each individual drug, correct?
13 A. Well, I did talk about -- I thought I talked about the
14 cumulative dose for those papers.
15 Q. Let me just ask it a different way. You didn't offer any
16 opinions about how many patients worldwide were exposed to one
17 drug or another drug or another drug, correct?
18 A. Worldwide?
19 Q. Yes.
20 A. No.
21 Q. You didn't offer any opinions about that, correct?
22 A. I didn't offer opinion on worldwide exposure.
23 Q. Now, what I've handed you is the Crown poster, correct?
24 A. Correct.
25 Q. Crown is included in your list; is it not?