# EXHIBIT F

Page 315

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3    _____
                                     )
 4    IN RE:  TAXOTERE (DOCETAXEL)   )MDL No. 2740
      PRODUCTS LIABILITY LITIGATION  )
 5                                   )Section:  H
      This Document Relates to:      )
 6                                   )
      Antoinette Durden,             )
 7    Case No. 2:16-cv-16635;        )
      Tanya Francis,                 )
 8    Case No. 2:16-cv-17410;        )
      Barbara Earnest,               )
 9    Case No. 2:16-cv-17144         )
      _____)
10
11
12
13
14     VIDEOTAPED DEPOSITION OF LINDA D. BOSSERMAN, M.D.
15                  Costa Mesa, California
16                Monday, December 10, 2018
17                        Volume II
18
19
20
21    Reported by:
      DENISE BARDSLEY
22    CSR No. 11241
23    Job No. 3154285
24
25    PAGES 315 - 557
```

Page 416

1  Predict UK because it's from -- that's what we tend
2  to call it.  Predict is the tool, but we tend to
3  call it Predict UK.
4      Q  Very good.  So Exhibit H is a Predict UK
5  report that you had run based on characteristics
6  consistent with Ms. Durden, correct?
7      A  Yes.
8      Q  And when you look at the chemotherapy
9  regimen that you selected, you chose second,
10 correct?
11     A  Yes.
12     Q  And, again, the Predict UK analysis that
13 was done in Exhibit H was not done on the CMF
14 regimen, correct?
15     A  Correct.
16     Q  And, similarly, there is no ability to
17 select a first-generation regimen in the Predict UK
18 tool, correct?
19     A  Correct.
20     Q  So the ONCOassist report and the Predict UK
21 report that you did for Ms. Durden are not measuring
22 survival as it relates to the regimen of CMF that
23 you have recommended for Ms. Durden, correct?
24        MR. THORNTON:  Objection; form.
25        THE WITNESS:  I didn't make a

Page 417

1  recommendation for her.  I discussed options.  So
2  this is run against the regimen that she got.
3  BY MR. STRONGMAN:
4      Q  And so just so I am clear, the ONCOassist
5  report and the Predict UK report that you did for
6  Ms. Durden do not analyze her survival as it relates
7  to CMF, correct?
8      A  Correct.
9      Q  And you know there are cases of permanent
10 hair loss with CMF, correct?
11        MR. THORNTON:  Objection to form.
12        THE WITNESS:  I'm actually not aware of
13 that.  I wouldn't be surprised if there are, but, in
14 fact, only 70 percent of people lose their hair with
15 CMF.  30 percent don't even lose it, so I would
16 think that would be exceptionally rare, but anything
17 can happen on any regimen.
18 BY MR. STRONGMAN:
19     Q  And your opinions today are about informed
20 consent, correct?
21     A  Correct.
22     Q  And if there was a risk of permanent hair
23 loss with CMF, that's something that a prescribing
24 doctor should discuss with their patient, correct?
25        MR. THORNTON:  Objection --

Page 418

1         THE WITNESS:  Depends on the level.  So
2  when you're doing an informed consent, you could
3  bludgeon them with every possibility of the rare,
4  rare, rare, rare.  But, certainly things -- if you
5  look at books and guidelines, it is those things
6  relevant to patients and those things which are
7  common, which is 1 percent and above.
8         So, in general, informed consent is what we
9  really expect to happen.  What might happen and what
10 rarely happens, it might be a great concern to the
11 patients.  And the other things are listed on a
12 piece of paper that are generally reviewed but not
13 emphasized.  That's, in general, how informed
14 consent is done.
15 BY MR. STRONGMAN:
16     Q  All right.
17        In terms of your methodology in this case,
18 you identify CMF as an option for Ms. Durden,
19 correct?
20     A  Correct.
21     Q  You did not go do any search of the medical
22 literature to see what existed regarding permanent
23 hair loss and CMF, correct?
24     A  Correct.
25     Q  And you mentioned risks that are less than

Page 419

1  1 percent just a second ago; is that correct?
2      A  Yes.
3      Q  Did you see anything about that in
4  Dr. Jancich's deposition about things happening less
5  than 1 percent?
6      A  I don't recall.  I would have to go line by
7  line if you want to know that specifically.  I don't
8  have a specific recollection.
9         It's common in leukemias, which are
10 generally 1 percent or less, but we do bring that up
11 because it is so serious.  It depends on what line
12 you are referring to.
13     Q  Are you familiar with UpToDate?
14     A  Yes.
15     Q  What is UpToDate?
16     A  UpToDate is an online education system for
17 physicians, and there is a patient component.  And
18 they do reviews by experts.  I'm actually a lay
19 reviewer for them.
20     Q  Go ahead.
21     A  So you can put in a topic -- you have to
22 have a subscription, and you put in a topic and get
23 information.  And I have frequently printed them and
24 shared them with patients.
25     Q  And UpToDate is a reliable resource?

27 (Pages 416 - 419)