# EXHIBIT G

Page 1

1       UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF LOUISIANA
2
3                               MDL NO.: 2740
                                SECTION: H
4
5    IN RE:  TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
6
7    This Document Relates To:
8    Antoinette Durden, Case No. 2:16-cv-16635;
9    Tanya Francis, Case No. 2:16-cv-17410;
10   Barbara Earnest, Case No. 2:16-cv-17144.
11   _____/
12
13           Thursday, December 13, 2018
14
15           Videotape Deposition of DAVID A.
16   KESSLER, MD, taken at the Whitfield Bryson &
17   Mason LLP, 5101 Wisconsin Avenue NW, Suite 305,
18   Washington, D.C., beginning at 8:55 a.m.,
19   before Ryan K. Black, a Registered Professional
20   Reporter, Certified Livenote Reporter and Notary
21   Public in and for the District of Columbia.
22
23
24
25   Job No. NJ3173488

Page 14

1  THE VIDEOGRAPHER: Good morning.
2  We are going on the record at 8:55 a.m. on
3  December 20th, 2018. Please note that the
4  microphones are sensitive and may pick up
5  whispering, private conversations, and cellular
6  interference. Please turn off all cell phones,
7  or place them away from the microphones, as they
8  can interfere with the deposition audio. Audio
9  and video recording will continue to take place
10 unless all parties agree to go off -- to go off
11 the record.
12     This is Media Unit 1 of the
13 video-recorded deposition of Dr. David Kessler,
14 taken in the matter of In Re: Taxotere
15 Docetaxel Products Liability Litigation,
16 filed in the United States District Court for
17 the Eastern District of Louisiana, MDL Number
18 2740.
19     This deposition is being held at the
20 Law Offices of Whitfield Bryson and Mason LLP,
21 located at 5101 Wisconsin Avenue Northwest,
22 Washington, D.C.
23     My name is Solomon Francis, from
24 the firm of Veritext Legal Solutions, here is
25 my colleague, Glenn Fortner, and we're from

Page 15

1  Veritext Legal Solutions. The court reporter is
2  Ryan Black, of Veritext Legal Solutions.
3      At this time will counsel present
4  please state their appearances and affiliations
5  for the record.
6      MS. JEFFCOTT: Emily Jeffcott, on
7  behalf of the Plaintiff Steering Committee.
8      MR. ABRAMSOM: Brian Abramson, on
9  behalf of Plaintiff.
10     MR. MICELI: David Miceli, Plaintiff
11 Steering Committee.
12     MR. TAM: Jonathan Tam, from Dechert,
13 for the 505(b)(2) Defendants Hospira and Pfizer.
14     MR. DEPAZ: Matt Depaz, Shook Hardy &
15 Bacon, on behalf of Sanofi.
16     MR. KEENAN: Matthew Keenan, Shook,
17 Hardy & Bacon, on behalf Sanofi.
18     THE VIDEOGRAPHER: At this time will
19 the court reporter please swear in the witness
20 and we can proceed.
21          * * *
22 Whereupon --
23     DAVID A. KESSLER, MD.,
24 called to testify, having bee first duly sworn
25 or affirmed, was examined and testified as

Page 16

1  follows:
2           EXAMINATION
3  BY MR. KEENAN:
4      Q.  State your name, please.
5      A.  David Kessler.
6      Q.  Dr. Kessler, we met briefly before
7  the deposition. My name is Matthew Keenan.
8  I represent Sanofi, and we're here today for
9  your deposition. Are you ready to proceed?
10     A.  I am.
11     Q.  Very good. I'm going to try very hard
12 to be respectful of your time. I think I'm
13 organized. I'm going to move quickly. We'll
14 take a break every hour, and, hopefully, we can
15 move things along relatively quickly so you can
16 you can make your flight tonight. I know it's
17 a -- it's a late flight, so I don't think
18 there's any -- that's not at jeopardy. But you
19 are prepared today to defend your opinions in
20 the Taxotere litigation, correct?
21     A.  To discuss the opinions, yes.
22         (Kessler Deposition Exhibit No. 1, the
23 Notice of Deposition of Dr. Kessler, was
24 marked.)
25 ///

Page 17

1          (Kessler Deposition Exhibit No. 2, Dr.
2  Kessler's Expert Report, was marked.)
3  BY MR. KEENAN:
4      Q.  Okay. Very good.
5          I've marked as Exhibit Number 1 the
6  Notice of Deposition, and I'm going to mark
7  -- I've marked as Exhibit 2 the Expert Report of
8  David Kessler.
9          Do you see this in front of me?
10     A.  Yes.
11     Q.  And you have -- you have your report
12 here, as well?
13     A.  I have -- I have my copies here.
14     Q.  Very good.
15         Your -- your report had attached to it
16 an extensive reliance list of documents, and I
17 want to be sure there aren't any additions to
18 the reliance list since you filed your report?
19     A.  I don't believe -- I don't believe
20 there's any additional reliance --
21     Q.  Okay.
22     A.  -- materials.
23         There was an objection filed on some
24 of the -- on -- on the Notice.
25     Q.  Right.

|  | Page 238 |  | Page 240 |
|---|---|---|---|
| 1 | Q. It's an abstract? | 1 | And there is an elevated percent when |
| 2 | A. Yes. That is. I just didn't see a | 2 | you have Docetaxel plus A. You see that, right? |
| 3 | date. I just wanted to double-check that. | 3 | A. For D and A? |
| 4 | Q. All right. All right. So if you're | 4 | Q. Yes. |
| 5 | -- you're familiar with this, I don't need to go | 5 | A. Yes. I have 24 percent. |
| 6 | through it. | 6 | Q. Yes. |
| 7 | A. No. That's correct. | 7 | A. Yes. |
| 8 | Q. Now, this is a -- it's a telephone | 8 | Q. That's D -- that's -- what -- and what |
| 9 | interview survey of patients who have completed | 9 | is that, D and A -- D plus A? |
| 10 | adjuvant or neoadjuvant A or T chemotherapy on | 10 | A. It's Docetaxel plus an Anthracycline. |
| 11 | clinical trials more than one year or before. | 11 | Q. Okay. All right. |
| 12 | Do you see where I've read that? | 12 | A. I mean, again, we've gotta be careful, |
| 13 | A. Yes. | 13 | A is an anthracycline, right? |
| 14 | Q. All right. I just want to ask if, | 14 | Q. Okay. That could be -- that could be |
| 15 | based on this abstract, it does inform us that | 15 | Doxorubicin? |
| 16 | Adriamycin only, Doxorubicin, there were 8 | 16 | A. Yeah. I mean, we can look. |
| 17 | percent of those women that had Adriamycin | 17 | Q. It can be Doxorubicin or Epirubicin. |
| 18 | only that had persisting alopecia, right? | 18 | A. I -- I -- I think I'd have to pull up |
| 19 | A. Let me just see, -- | 19 | the whole class to be exact. |
| 20 | Q. Yeah. Yeah. | 20 | Q. All right. All right. But, in any |
| 21 | A. -- because I've cited this. That | 21 | event, when I go back to your Paragraph 157 of |
| 22 | was -- for D non-A -- for A non-T, 8 percent, -- | 22 | your report, are you with me? |
| 23 | Q. Yes. | 23 | A. Yes. |
| 24 | A. -- that's correct. | 24 | Q. Just based on Crown, and whatever |
| 25 | Q. Okay. And the title is Incidence | 25 | limitations we have with Crown, we have a |
|  | Page 239 |  | Page 241 |
| 1 | of Permanent Alopecia Following Adjuvant | 1 | clinician reporting an incidence of permanent |
| 2 | Chemotherapy. So this tells us, A only, | 2 | alopecia with Paclitaxel, right? |
| 3 | 8 percent, D only, 15 percent, right? | 3 | A. Right. He has -- he has numbers here. |
| 4 | A. Umm -- | 4 | Let's see. Again, for P alone, let me just |
| 5 | Q. Docetaxel only? | 5 | -- who had completed adjuvant -- so help -- help |
| 6 | A. Well, I have -- I have -- let me | 6 | me interpret this. I -- I'm not sure he's |
| 7 | see, Docetaxel -- let me just get the -- | 7 | saying P alone. |
| 8 | Q. Yeah. | 8 | Are you interpreting P alone? |
| 9 | A. -- the drug exposure, because that was | 9 | Q. I mean, you're the doctor, but that's |
| 10 | of interest to me, as well. I mean, you can | 10 | how I interpreted it. |
| 11 | talk about A, but it was -- Docetaxel 300 was | 11 | A. Yeah. But it doesn't say that, does |
| 12 | 7 percent, I believe, if I'm correct. | 12 | he? |
| 13 | Yes. Docetaxel 300 was 7 percent. | 13 | See, when I -- when I read |
| 14 | Q. Yes. And then also -- | 14 | this I -- he -- he says, patients who were |
| 15 | A. And Docetaxel 450 -- 450 was 19 | 15 | enrolled in clinical trials involving TAX or |
| 16 | percent. | 16 | Anthracyclines. So he -- he doesn't -- it does |
| 17 | Q. Yeah. | 17 | not say, we conducted a telephone interview of |
| 18 | A. Right. So that -- it was dose | 18 | survey of patients who had completed adjuvant |
| 19 | response for Docetaxel. That's -- that's what I | 19 | or neoadjuvant A, right, that's an |
| 20 | took away, but you are correct that A -- A has 8 | 20 | Anthracycline, or T, chemotherapy, right, |
| 21 | percent. | 21 | on clinical trials more than one year. |
| 22 | Q. Yes. And there's Paclitaxel at 13 | 22 | I -- I -- the -- the only thing I can |
| 23 | percent, right? | 23 | make from this is -- the only thing that I took |
| 24 | A. Yes. | 24 | from Crown when I -- the thing that I took that |
| 25 | Q. All right. Okay. | 25 | stood out that I -- that was comparing apples to |

61 (Pages 238 - 241)

|  | Page 246 |  | Page 248 |
|---|---|---|---|
| 1 | Cyclophosphamide, right? | 1 | We have identified Fluorouracil as a |
| 2 | A.  Yes. | 2 | drug in the FAC regimen as part of the TAX 316. |
| 3 | Q.  And that's one of the drugs that's | 3 | A.  Tell -- tell me how you identified |
| 4 | listed in Paragraph 157, right? | 4 | 5-FU as part of that regimen -- that you know |
| 5 | A.  Yes. | 5 | it's 5-FU. |
| 6 | Q.  It lists, second, Doxorubicin, | 6 | Q.  What was the FAC? |
| 7 | which is listed just -- as the -- another drug | 7 | A.  It was -- it was Cytoxin and |
| 8 | on your -- in Paragraph 157, right? | 8 | Doxorubicin and 5-Fluorouracil.  How do you know |
| 9 | A.  Well, these are the ones where there | 9 | it was the 5-FU? |
| 10 | was a look to see whether there was a signal | 10 | Q.  Well, the 5-FU was one of the three |
| 11 | that had jumped out more than other drugs. | 11 | drugs, right? |
| 12 | Q.  That's not my question.  My question | 12 | A.  So if you want to say FAC -- I |
| 13 | is, these drugs have been demonstrated in | 13 | Would just correct you.  I would ask you to -- I |
| 14 | clinical papers to cause permanent alopecia, | 14 | wouldn't agree 5-FU causes irreversible. |
| 15 | right?  Can we agree on that? | 15 | I think you can say FAC, -- |
| 16 | A.  We -- we -- we can agree that it's | 16 | Q.  Okay.  All right.  All right. |
| 17 | listed in this paper, correct. | 17 | A.  -- there are cases with FAC.  I think |
| 18 | Q.  Okay.  And so any reason to | 18 | that would be accurate. |
| 19 | doubt the findings of this -- of these | 19 | Q.  Okay.  All right.  Okay. |
| 20 | physicians, that they found permanent -- | 20 | Cyclophosphamide and Doxorubicin |
| 21 | chemotherapy-induced permanent alopecia in | 21 | we just identified were identified by the |
| 22 | patients that had taken Cyclophosphamide and | 22 | researchers in the Young paper, right? |
| 23 | Doxorubicin? | 23 | MS. JEFFCOTT:  Object to form. |
| 24 | MS. JEFFCOTT:  Object to form. | 24 | THE WITNESS:  Where -- where -- |
| 25 | THE WITNESS:  That's what this | 25 | identified what?  Identified that there are |

|  | Page 247 |  | Page 249 |
|---|---|---|---|
| 1 | paper -- | 1 | cases -- |
| 2 | BY MR. KEENAN: | 2 | BY MR. KEENAN: |
| 3 | Q.  Okay. | 3 | Q.  Correct. |
| 4 | A.  That's what this paper says. | 4 | A.  -- that are reported in the |
| 5 | Q.  Okay.  All right. | 5 | literature? |
| 6 | Let me see if I can't wrap up this | 6 | That's correct.  There are cases -- |
| 7 | -- this topic, then. | 7 | Q.  That's right. |
| 8 | In Paragraph 157 of your report, where | 8 | A.  -- in the literature. |
| 9 | you analyzed whether irreversible alopecia is | 9 | Q.  Right. |
| 10 | known to be caused by related drugs, you and I | 10 | And have you seen cases in |
| 11 | today have discussed whether case reports, or, | 11 | the literature for Cisplatin and |
| 12 | in some cases, telephone surveys; in some cases | 12 | chemotherapy-induced permanent alopecia? |
| 13 | studies, that have identified irreversible | 13 | A.  We'd have to go back and look.  But |
| 14 | alopecia in their patients that have taken | 14 | that's not the issue.  I mean, I'm willing to |
| 15 | paclitaxel, yes? | 15 | yield -- you're asking the question. |
| 16 | MS. JEFFCOTT:  Object to form. | 16 | Q.  That's right.  I'm asking the |
| 17 | THE WITNESS:  Sorry.  Say that again. | 17 | question. |
| 18 | Paclitaxel? | 18 | A.  You're -- you have -- but that's |
| 19 | BY MR. KEENAN: | 19 | not what -- you're citing my paragraph.  The |
| 20 | Q.  Paclitaxel is -- is a drug that we | 20 | question is whether there's a signal, right, and |
| 21 | have identified in at least the Prevezas case | 21 | whether there's a PRR that jumps out, whether |
| 22 | report of a clinician who reported permanent | 22 | there's increased risk of -- of irreversible |
| 23 | irreversible alopecia. | 23 | compared to other drugs.  And the one that jumps |
| 24 | A.  In an individual patient. | 24 | out, according to Dr. Madigan's analysis, is |
| 25 | Q.  Right. | 25 | Taxotere.  That has an increased risk over the |