# EXHIBIT I

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4                                      MDL NO.: 2740
                                       SECTION: H
5
6      IN RE: TAXOTERE (DOCETAXEL)
       PRODUCTS LIABILITY LITIGATION
7
8      This Document Relates To:
       Antoinette Durden, Case No. 2:16-cv-16635;
9      Tanya Francis, Case No. 2:16-cv-17410;
       Barbara Earnest, Case No. 2:16-cv-17144.
10     _____/
11
12                     December 7, 2018
                       8:13 a.m.
13
14
15         VIDEOTAPED DEPOSITION of DAVID MADIGAN, PHD,
16     held at the offices of Napoli Shkolnik PLLC, located
17     at 360 Lexington Avenue, New York, New York 10017,
18     before Anthony Giarro, a Registered Professional
19     Reporter, a Certified Realtime Reporter and a Notary
20     Public of the State of New York.
21
22
23
24
25     Job No. NJ3151484

Veritext Legal Solutions
800-227-8440                                       973-410-4040

Page 206

1 Carboplatin.
2     And that wasn't one you
3 searched for.
4   A   Correct. Sorry. Was that a
5 question?
6   Q   That's fine. Thank you.
7     You also didn't search for
8 Busulfan?
9   A   No.
10  Q   Not on the list?
11  A   No.
12  Q   Same with Epirubicin?
13  A   I don't believe so. Not on
14 the list.
15  Q   Did you consider in your
16 analysis the time to market for any of
17 the drugs versus docetaxel?
18  A   No.
19  Q   Why not?
20  A   As I understand it, most of
21 these drugs, if not all of these drugs,
22 have been on the market a long time. So
23 I don't think it's a germane issue here.
24  Q   What kind of situation would
25 it be germane?

Page 207

1   A   So in a context -- I'm not
2 sure -- I'm not totally convinced that
3 it's ever all that germane. But in a
4 context where a drug is new on the
5 market, new as in two or three years on
6 the market, we just got the kind of
7 initial post-market experience and you
8 want to compare it with a drug that's
9 been on the market for 50 years, you
10 might want to look at the early years of
11 that other drug, maybe. I've seen
12 analysis like that.
13  Q   Of all the drugs you
14 compared, taxotere was the last drug to
15 market; correct?
16  A   I have no idea.
17  Q   I don't want to spend a lot
18 of time on this. But let me just
19 clarify.
20     We talked earlier on your
21 FAERS analysis that your program didn't
22 provide to you any FAERS ID numbers or
23 manufacturer control numbers; is that
24 right?
25  A   A funny way to phrase it.

Page 208

1 They're in the database. When I run the
2 statistical analysis that I'm doing, I
3 output statistics. I don't output
4 manufacturer control numbers and IDs. I
5 can. But I don't. They're of no
6 interest to me in this context.
7   Q   As it relates to what may or
8 may not be in any specific narrative for
9 any of the reports for the non-taxotere
10 drugs, other than what's in Exhibit 14,
11 you have no knowledge of that; right?
12  A   I don't have the narratives.
13 Therefore, I didn't look at them. I
14 don't have them. They're not relevant to
15 this analysis. This analysis is a
16 standard quantitative, disproportionality
17 analysis.
18  Q   Five reports for Taxol over
19 the time period?
20  A   That's correct. For the
21 endpoint, yeah.
22  Q   How would I find those five
23 reports?
24  A   Well, you do one of two
25 things. You could get my program, get

Page 209

1 the DrugLogic data, modify my program to
2 put out the corresponding case IDs. And
3 bingo, you'd have them. Or you could
4 just directly search the database if you
5 had access to the FAERS database.
6   Q   Do you have direct access to
7 the FAERS database?
8   A   I have direct access to the
9 DrugLogic version of it because
10 there's -- it might be worth taking --
11 I'll be very brief. The FDA releases
12 AERS publicly. It's on the web site.
13 You could download it. But there are a
14 number -- the drug names are kind of as
15 written on the form. And there's some
16 other issues.
17     So there are several vendors
18 out there that take the data and clean
19 it, normalize the drug names. It's the
20 principal thing they do and then make --
21 you know, provide their customers access
22 to these data, typically via web
23 interface. Sorry. Maybe you know all
24 that.
25  Q   No.