# EXHIBIT K

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
     IN RE: TAXOTERE               )
 3   (DOCETAXEL) PRODUCTS          )
     LIABILITY LITIGATION          )
 4                                 )    MDL No. 2740
     This Document Relates To:     )
 5                                 )    SECTION: H
     Antoinette Durden, Case       )
 6   No. 2:16-cv-16635             )
                                   )
 7   Tanya Francis, Case           )
     No. 2:16-cv-17410;            )
 8                                 )
     Barbara Earnest, Case         )
 9   No. 2:16-cv-17144             )
10
11   *******************************************************
12             ORAL VIDEOTAPED DEPOSITION OF
13                LAURA PLUNKETT, PH.D.
14                  DECEMBER 10, 2018
15   *******************************************************
16
17
         ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18   PH.D., produced as a witness at the instance of the
     Defendants and duly sworn, was taken in the
19   above-styled and numbered cause on the 10th day of
     December, 2018, from 9:21 a.m. to 5:22 p.m., before
20   Stephanie Barringer, Certified Realtime Reporter
     (CRR), Registered Professional Reporter (RPR), and
21   Certified Shorthand Reporter (CSR) in and for the
     State of Texas, reported by stenographic means at the
22   offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
     Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23   the Federal Rules of Civil Procedure and the
     provisions stated on the record or attached hereto.
24
25   Job No. NJ3152742
```

|  | Page 114 |  | Page 116 |
|---|---|---|---|
| 1 | me just ask you another question. | 1 | treatment, that I'm aware of. |
| 2 | As you sit here today, you don't | 2 | Q. But the combination therapy FAC, what are |
| 3 | have an opinion one way or other as to whether | 3 | the agents, please? |
| 4 | hormone therapy drugs like Arimidex or tamoxifen | 4 | A. 5-fluorouracil, cyclophosphamide and |
| 5 | can contribute to delayed hair regrowth following | 5 | Adriamycin. |
| 6 | the completion of chemotherapy? | 6 | Q. Okay. All right. So I'm going to read |
| 7 | A. I have not formed that opinion. That is | 7 | the list back because I want to make sure I have a |
| 8 | true. | 8 | complete answer to this question. And then you |
| 9 | Q. And you'd agree with me that age can | 9 | tell me if there's any other medications that go on |
| 10 | contribute to delayed hair regrowth after | 10 | Dr. Plunkett's list of chemotherapy drugs that have |
| 11 | chemotherapy? | 11 | been associated with permanent alopecia. Okay? |
| 12 | MR. MICELI: Object to the form. | 12 | MR. MICELI: Object to the form. |
| 13 | A. I have not done that assessment either, | 13 | Go ahead. |
| 14 | so I don't have an opinion on that at this point in | 14 | Q. (BY MS. SASTRE) Okay. |
| 15 | time. | 15 | A. Go ahead and ask your question. I may |
| 16 | Q. (BY MS. SASTRE) You agree that a woman's | 16 | not be able to answer it, but go ahead. |
| 17 | menopausal status can contribute to delayed hair | 17 | Q. I think you will. But okay, Doctor, let |
| 18 | regrowth after the completion of chemotherapy, | 18 | me ask. |
| 19 | true? | 19 | So you told us about |
| 20 | MR. MICELI: Object to the form. | 20 | cyclophosphamide, busulfan, the combination therapy |
| 21 | A. I have not done that assessment either. | 21 | FAC, which is 5-FU, Adriamycin and cyclophosphamide |
| 22 | But -- and I may have answered a question earlier | 22 | as all being chemotherapy that have all cases of |
| 23 | about that. But you're asking it in the context of | 23 | permanent alopecia associated with them, correct? |
| 24 | assessment after chemotherapy, and I haven't done | 24 | A. Those are ones that I've identified, but |
| 25 | that assessment. | 25 | it's not my list. It's -- it's the list that is |

|  | Page 115 |  | Page 117 |
|---|---|---|---|
| 1 | Q. (BY MS. SASTRE) And you agree that there | 1 | with -- it's the list I have -- I can tell you |
| 2 | are cases of permanent alopecia that are associated | 2 | based upon the research I have done. |
| 3 | with chemotherapy agents besides Taxotere, true? | 3 | Q. Are there any others besides that list |
| 4 | MR. MICELI: Object to the form. | 4 | which you have seen cases of permanent alopecia |
| 5 | A. Yes. I have seen that. | 5 | associated with chemotherapy medications? |
| 6 | Q. (BY MS. SASTRE) For what medications? | 6 | A. It's possible that there's others. But |
| 7 | A. I mentioned in my report there are some | 7 | I'd have to go back and look at all of the |
| 8 | reports for cyclophosphamide. I don't think I | 8 | literature in -- within my reference list. Those |
| 9 | mentioned it, but there are some reports for a drug | 9 | are the ones that I focused on based upon the |
| 10 | used outside cancer, busulfan. | 10 | treatment of breast cancer. |
| 11 | And there are some reports -- | 11 | Q. Well, you -- Taxol's on that list, too, |
| 12 | there is some discussion in the clinical studies | 12 | right? |
| 13 | that were performed by Sanofi of -- some reports of | 13 | A. Oh, I'm sorry. Yeah. I thought I |
| 14 | permanent alopecia in patients that were receiving | 14 | mentioned Taxol earlier. I apologize. Yeah, |
| 15 | the combination called FAC, which is the | 15 | absolutely. I discuss that in my report. Taxol |
| 16 | combination of 5-fluorouracil with the other | 16 | has been associated with it as well. |
| 17 | agents. | 17 | Q. So we'll add that to your list, right? |
| 18 | Q. So it's 5-FU, the combination. And what | 18 | A. It's certainly supported by the science, |
| 19 | are the other agents? | 19 | yes. There are some of those. |
| 20 | A. I said -- in my report, I tell you about | 20 | Q. All right. I am going to try to work |
| 21 | the ones identified for -- for cyclophosphamide. | 21 | through your report with you. And probably -- I'll |
| 22 | And I am also aware also of reports that -- or | 22 | probably go in order, but we'll see. There may be |
| 23 | these may be ones in my reference list I -- that I | 23 | some jumping around. I know we've been jumping |
| 24 | didn't list. There are reports with busulfan as | 24 | around a bit so far. So let's just kind of work |
| 25 | well. But it's not used as a breast cancer | 25 | our way through your report. Okay? |

Veritext Legal Solutions
800-227-8440                                                                                          973-410-4040