# EXHIBIT N

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

                     CASE No.  2:16-cv-17039
 3

       ELIZABETH KAHN,
 4                    Plaintiffs,

 5     v.

 6     SANOFI-AVENTIS U.S. L.L.C. and
       SANOFI US SERVICE, INC.
 7

 8                     Defendant
 9     _____/
10                                Remote Proceedings
                                  September 29, 2020
11                                10:03 a.m. - 4:39 p.m.
12
13            VIDEO DEPOSITION OF ANTONELLA TOSTI, M.D.
14                    (Via Teleconference)
15        Taken before SUZANNE VITALE, R.P.R., F.P.R.
16     and Notary Public for the State of Florida at Large,
17     pursuant to Notice of Taking Deposition filed in the
18     above cause.
19
20
21
22
23
24
25
```

Page 194

1  reported cases with taxane regimens in your report,
2  you're not saying that just because there's 568
3  taxane regimens -- strike that.
4  　　　　When you say in your report that you found
5  424 cases with Taxotere regimens, you're not saying
6  that Taxotere has a greater risk of PCIA simply
7  because there are more reports in the literature?
8  　　　　MR. LAMBERT:  Object to form.
9  　　　　THE WITNESS:  I'm not saying that.
10 　　　　I'm saying that because I have the
11 experience with the drug, because I read the
12 deposition -- the expert report of the
13 statistician.  I read the expert report of the
14 oncologist -- sorry about the names, sometimes
15 they are difficult for me.
16 　　　　I read Hangai report where Sanofi found a
17 substantial number of cases.  And I read
18 everything and I read the studies because there
19 are three big studies, maybe four.
20 　　　　And then, you know, there are the case
21 reports, but I'm not relying on the case
22 reports.
23 BY MR. STRONGMAN:
24 　　Q.  And you said in your report that, "None of
25 the other chemotherapies used in the treatment of

Page 195

1  breast cancer carry such a high risk of causing PCIA
2  as Taxotere/docetaxel."
3  　　　　Do you remember that?
4  　　A.  Yes.
5  　　Q.  So it's your opinion that Taxotere has a
6  higher risk of causing PCIA, correct?
7  　　A.  Yes, but it's not only my opinion.  If you
8  read the UpToDate paper that I brought today, that's
9  the opinion of the most important dermatologists
10 working with cancer patients.
11 　　Q.  But you would agree that adriamycin does
12 carry some risk of causing PCIA, correct?
13 　　A.  Uncommon.  Any drug can cause a side
14 effect, but there are drugs that cause a side effect
15 very consistently.  There are other drugs that cause
16 the side effects uncommonly.
17 　　　　You cannot ever exclude a drug to cause a
18 side effect.
19 　　Q.  And I know you think Taxotere has a higher
20 risk, but the point is that adriamycin does carry
21 some risk of causing PCIA, even if you think it's
22 small, correct?
23 　　　　MR. LAMBERT:  Object to form.
24 　　　　THE WITNESS:  Yes, very small.
25 BY MR. STRONGMAN:

Page 196

1  　　Q.  You would also agree that cyclophosphamide
2  does carry at least some risk of causing PCIA,
3  correct?
4  　　A.  Yes.
5  　　　　MR. LAMBERT:  Object to form.
6  　　　　THE WITNESS:  Yes, small.
7  BY MR. STRONGMAN:
8  　　Q.  And you would agree with me that you'd at
9  least need to consider the risks of PCIA with the
10 other chemotherapies that Ms. Kahn received in
11 addition to Taxotere when you formed your opinions
12 in this case, correct?
13 　　A.  Yes, I did consider.  I also considered my
14 experience and what has been published and
15 everything to form my opinion.
16 　　　　So I believe that, you know, all of them
17 had possible role, but Taxotere had the key role in
18 causing the problem.
19 　　Q.  You would also agree that taxol carries a
20 risk of causing PCIA, correct?
21 　　A.  Yes, I do.  Less commonly than Taxotere,
22 but more commonly probably than the other drugs.
23 　　Q.  And you would agree with me that there are
24 patients who took Taxotere and don't have PCIA,
25 correct?

Page 197

1  　　A.  Yes.  Thank God.
2  　　Q.  And you would also agree there are
3  patients with PCIA who never took Taxotere, correct?
4  　　A.  Yes.
5  　　Q.  Would you agree with me that you cannot
6  rule out the other chemotherapies that Ms. Kahn took
7  in causing her alopecia by looking at pictures of
8  Ms. Kahn?
9  　　A.  Yes.
10 　　　　MR. LAMBERT:  Object to form.
11 BY MR. STRONGMAN:
12 　　Q.  Would you also agree that you cannot rule
13 out the other chemotherapies that Ms. Kahn took in
14 terms of causing alopecia by looking at the
15 pathology for Ms. Kahn?
16 　　A.  Yes, I agree.
17 　　Q.  Would you also agree that you can't rule
18 out the other chemotherapies that Ms. Kahn took in
19 terms of causing alopecia by doing a physical
20 examination of her?
21 　　　　MR. LAMBERT:  Object to form.
22 　　　　THE WITNESS:  I agree.
23 BY MR. STRONGMAN:
24 　　Q.  And would you also agree that there's
25 nothing specific to Ms. Kahn that you can rely on to

50 (Pages 194 - 197)

|  |  |
|---|---|
| Page 198<br>1  rule out the other chemotherapies that she took in<br>2  addition to Taxotere?<br>3      MR. LAMBERT: Object to form.<br>4      THE WITNESS: I believe that -- I don't<br>5   want to rule out the other ones, because I<br>6   believe it's the combination. So it's this<br>7   combination and that the Taxotere is the key<br>8   factor.<br>9  BY MR. STRONGMAN:<br>10    Q. So the other -- strike that.<br>11       So you do believe that the other<br>12  chemotherapies outside of Taxotere that Ms. Kahn<br>13  took played a role. You just think the Taxotere<br>14  role is bigger?<br>15      MR. LAMBERT: Object to form.<br>16      THE WITNESS: I think the Taxotere role is<br>17   substantial, is the key factor, but I believe<br>18   the others probably also play a role because of<br>19   patients taking only Taxotere don't have the<br>20   problem, so -- it's more complicated. I don't<br>21   know.<br>22  BY MR. STRONGMAN:<br>23    Q. Would you agree that you can't entirely<br>24  rule out the role that Tamoxifen plays with regard<br>25  to Ms. Kahn's current hair? | Page 200<br>1    A. Yes.<br>2    Q. And you have a citation there to TAX 316.<br>3       Do you see that?<br>4    A. Yes.<br>5    Q. Now, you did read Dr. Madigan's expert<br>6  report, correct?<br>7    A. Yes.<br>8    Q. And do you know that, at the end of the<br>9  study, there was not a statistically significant<br>10  difference between the FAC arm and the TAC arm with<br>11  regard to ongoing alopecia?<br>12      MR. LAMBERT: Object to form.<br>13      THE WITNESS: Maybe not, but there was a<br>14   big difference, and I also know that they lost<br>15   cases because at the end of the study, alopecia<br>16   was not always controlled.<br>17  BY MR. STRONGMAN:<br>18    Q. Statistical significance means something<br>19  to you as a researcher, correct?<br>20    A. Yes, but you have to think that that<br>21  study -- the end point of that study was not<br>22  alopecia. And so the way they probably checked<br>23  alopecia is not the same as the study -- as the end<br>24  point. So I believe many cases of alopecia are not<br>25  recorded. |
| Page 199<br>1    A. I disagree with that. I think Tamoxifen<br>2  had no role. For me, no role.<br>3    Q. Doctor, if you could just bring up your<br>4  report. I'm just going to ask some questions, kind<br>5  of straight questions because I've gone through and<br>6  made some notes to myself in it.<br>7    A. Okay. I'm here.<br>8    Q. Exhibit 3, if you don't have it on paper<br>9  there.<br>10    A. No, I already have the report here.<br>11    Q. You're ahead of me.<br>12       Can you turn to page 15 with me?<br>13    A. Yes.<br>14    Q. So the last full paragraph on that page,<br>15  do you see that?<br>16    A. Yes.<br>17    Q. It says, "As a result of my analysis in<br>18  the case, and my review of the conclusions of other<br>19  expert reports in this matter, I learned that the<br>20  randomized studies with Taxotere regimens for breast<br>21  cancer, sponsored by the manufacturer, Sanofi,<br>22  revealed that Taxotere regimens had a statistically<br>23  increased rate of PCIA when controlled for<br>24  adriamycin, doxorubicin and cyclophosphamide."<br>25       Did I read that correctly? | Page 201<br>1       If we look at the nurse, the nurse in<br>2  Ms. Kahn's case. She didn't see the alopecia. If<br>3  the end point is not the alopecia, the value of the<br>4  study for secondary end points is not really very<br>5  strong.<br>6    Q. So you would agree that the validity of<br>7  TAX 316, as it relates to alopecia, is not very<br>8  strong because alopecia was not one of the primary<br>9  end points the study was looking at, correct?<br>10    A. I believe that study found a double --<br>11  double incidence of ongoing -- ongoing alopecia in<br>12  the Taxotere group.<br>13       But, of course, they didn't find that all<br>14  cases, because the end point was not that. There<br>15  are data around that show that 50 percent of<br>16  patients show some degree of alopecia, and there may<br>17  be more than 10 percent severe alopecia.<br>18       So I believe that end point are very<br>19  important if you want to find something,<br>20  particularly alopecia, which is something that<br>21  people in the medical -- general medical community,<br>22  they think it's not such an important side effect.<br>23    Q. And you would certainly agree with me that<br>24  permanent alopecia was not an end point of the TAX<br>25  316 study? |