# EXHIBIT O

```
                                                              Page 1

 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4    ELIZABETH KAHN,

 5            Plaintiff,

 6       v.                            No. 2:16-cv-17039

 7    SANOFI-AVENTIS U.S. L.L.C.

 8    and SANOFI US SERVICE,

 9    INC.,

10            Defendants.

11

12

13

14

15               ZOOM VIDEOTAPED DEPOSITION OF

16                   CURTIS THOMPSON, M.D.

17               Taken in behalf of Defendants

18                    September 23, 2020

19

20

21

22

23

24

25
```

|  |  |
|---|---|
| Page 150 | Page 152 |
| 1  A.  No. | 1  Q.  What if the photograph that was labeled "end |
| 2  Q.  I believe you prepared some photographs of the | 2      stage alopecia" show the entire four-millimeter |
| 3      pathology and sent them to Plaintiff's counsel | 3      punch biopsy? |
| 4      and they sent them to me.  Do you recall putting | 4  A.  Well, that's speculating.  But it didn't, so... |
| 5      those photographs together? | 5  Q.  Are you sure? |
| 6  A.  Yes. | 6  A.  But if it did?  It was a low power, but it still |
| 7  Q.  And a lot of those photographs had headings at | 7      has, I mean, there's other features in this |
| 8      the top of them describing what you were seeing; | 8      biopsy.  And there's nine sections on these |
| 9      right? | 9      biopsies.  There's nine cross-sections and there |
| 10 A.  Yeah.  I was trying to describe, yes, what I | 10     wasn't any single photograph that showed all |
| 11     was, what I was trying to photograph. | 11     nine of those. |
| 12 Q.  And the descriptions on those photographs were | 12 Q.  So in Dr. Tosti's report she cites to a article |
| 13     something that you included; correct? | 13     that discusses senescent alopecia.  It says that |
| 14 A.  Yes.  They were the labels, the title of each | 14     you can see a reduction in follicle number with |
| 15     file. | 15     that.  Do you agree with that? |
| 16 Q.  What does end stage alopecia mean to you? | 16         MS. DAVIS:  Objection; form. |
| 17 A.  Where there's no follicles left or very few, and | 17         THE WITNESS:  I'd have to read her report to |
| 18     no active, you know, no active cause apparent in | 18     see in what context she's using that. |
| 19     that area. | 19 Q.  BY MR. SEARS:  Have you read her report? |
| 20 Q.  When you say "no active cause apparent," what do | 20 A.  I -- No.  I don't believe so. |
| 21     you mean by that? | 21 Q.  The last time I deposed you we talked a little |
| 22 A.  That, you know, we talked by this biphasic where | 22     bit about Tamoxifen.  Do you recall that |
| 23     they all end up at the same place where there's | 23     discussion at all? |
| 24     no hair, no follicles left.  That's when I use | 24 A.  No. |
| 25     that term, end stage alopecia. | 25 Q.  You told me in your last deposition that you |
| Page 151 | Page 153 |
| 1  Q.  You use "end stage alopecia" to define a | 1      didn't know if Tamoxifen is capable of causing |
| 2      biphasic process once it has moved into the | 2      alopecia.  Is that still your view? |
| 3      follicular dropout stage? | 3          MS. DAVIS:  Objection; form. |
| 4  A.  Any -- | 4          THE WITNESS:  I don't remember what I, |
| 5          MS. DAVIS:  Objection; form. | 5      exactly what I said. |
| 6          THE WITNESS:  -- hair loss is, yeah.  Sorry. | 6  Q.  BY MR. SEARS:  Okay.  Let me ask you this then: |
| 7      I use it for any hair loss where there's no | 7      Do you think that Tamoxifen is capable of |
| 8      follicles, very few or no follicles left. | 8      causing alopecia? |
| 9  Q.  BY MR. SEARS:  Would analyzing alopecia | 9          MS. DAVIS:  Objection; form. |
| 10     pathologically, would you prefer to have the | 10         THE WITNESS:  Yes, I do. |
| 11     pathology sample taken from the place that is | 11 Q.  BY MR. SEARS:  Did you do anything to rule out |
| 12     not end stage alopecia? | 12     Tamoxifen as a potential cause of Ms. Kahn's |
| 13 A.  In general, yes.  One thing you're missing here | 13     alopecia? |
| 14     though is this one single photo.  When I usually | 14         MS. DAVIS:  Objection; form. |
| 15     use the term "end stage alopecia," I'm referring | 15         THE WITNESS:  Well, when I read the biopsy, |
| 16     to the entire biopsy, all 12.54 square | 16     I'm not able to say anything about specific |
| 17     millimeters of the biopsy not having anything. | 17     drugs.  If we talk about androgen-driven or |
| 18     That's when it's not helpful.  When we're | 18     endocrine-driven miniaturization that occurs |
| 19     talking about a, you know, a few micron across | 19     from a endogenous or exogenous source, then you |
| 20     photo micrographed, that's very different. | 20     can see, you know, miniaturization through that |
| 21     That's a very different. | 21     over time.  It still doesn't, I don't believe it |
| 22         So we're -- That title, that file, giving | 22     causes these telogen body increase at all. |
| 23     the file that name was just describing that | 23     That's not a feature of it. |
| 24     couple square microns of area, not the entire | 24 Q.  BY MR. SEARS:  We've talked a little bit about |
| 25     12-plus square millimeters of biopsy. | 25     how there could be multiple forms of alopecia or |