UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

# ORDER

Considering the *Ex Parte* Motion For Leave To File Exhibits A and M to Opposition to Plaintiff's Motion to Exclude Expert Testimony of Mamina Turegano, M.D. Under Seal, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibits A (Rec. Doc. 11418-1) and M (Rec. Doc. 11418-13) UNDER SEAL.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE