**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                         **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039**

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE**
**TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S**
**MOTION TO EXCLUDE DR. SHAPIRO'S OPINIONS UNDER SEAL**

Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively "Sanofi"),

respectfully request leave of Court to file under seal their Opposition to Plaintiff's Motion to

Exclude Dr. Shapiro's Opinions, including Exhibits A-P.

Sanofi respectfully submits that this Court previously entered a Protective Order ("Pretrial

Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO
> PROTECTIVE ORDER" by the producing party that falls within one or more of
> the following categories: (a) information prohibited from disclosure by law; (b)
> information that reveals trade secrets; (c) research, technical, commercial or
> financial information that the party has maintained as confidential; (d) medical and
> protected health information ("PHI") concerning any individual; (e) personal
> identifying information ("PII"); (f) income tax returns (including attached
> schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or
> employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  Sanofi's Opposition contains several

references to documents which have been designated as confidential and/or "protected

information," as set forth in PTO 50.  The same is true of the source documents themselves, which

are attached as Exhibits A-P to the Opposition.  For these reasons, this Opposition, including

Exhibits A-P, must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)).  In this matter, the entry of PTO 50 mandates that the pleading and exhibits at issue be sealed.  *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Therefore, under PTO 50 and the applicable case law, Sanofi's Opposition to Plaintiff's Motion to Exclude Dr. Shapiro's Opinions, including Exhibits A-P, must be sealed.

Respectfully submitted,

/s/ *Douglas J. Moore*

Douglas J. Moore (Bar No. 27706)           Harley V. Ratliff
**IRWIN FRITCHIE  URQUHART & MOORE LLC**    Jon Strongman
400 Poydras Street, Suite 2700              Adrienne L. Byard
New Orleans, LA  70130                      **SHOOK, HARDY & BACON L.L.P.**
Telephone: 504-310-2100                     2555 Grand Boulevard
Facsimile:  504-310-2120                    Kansas City, Missouri 64108
dmoore@irwinllc.com                         Telephone: 816-474-6550
                                            Facsimile:  816-421-5547
                                            hratliff@shb.com
                                            jstrongman@shb.com
                                            abyard@shb.com

                                            *Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*