UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

**Elizabeth Kahn, Case No. 2:16-cv-17039**

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Opposition to Plaintiff's Motion to Exclude Dr. Shapiro's Opinions UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Opposition, including Exhibits A-P, UNDER SEAL.

_____
UNITED STATES DISTRICT JUDGE