UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Kahn v. Sanofi-Aventis, et al,*<br>*Case No. 2:16-cv-17039* | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. ANTONELLA TOSTI UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Memorandum in Opposition to Defendants' Motion to Exclude Expert Testimony of Dr. Antonella Tosti Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Memorandum in Opposition to Defendants' Motion to Exclude Expert Testimony of Dr. Antonella Tosti and exhibits 1 through 9 to her Opposition UNDER SEAL.

New Orleans, Louisiana, this ___ of November, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE