# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: H |
| This Document Relates To: | JUDGE MILAZZO |
| *Kahn v. Sanofi-Aventis, et al,* *Case No. 2:16-cv-17039* | MAG. JUDGE NORTH |

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON SPECIFIC CAUSATION UNDER SEAL

NOW INTO COURT comes Plaintiff, Elizabeth Kahn, through the Plaintiffs' Steering Committee ("PSC"), who respectfully requests leave of Court to file Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Specific Causation, including the Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and the Exhibits A-K, under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Specific Causation, including the Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and the Exhibits A-K, should be filed under seal.

WHEREFORE, Plaintiff prays that this Motion be granted, and the aforementioned Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Specific Causation, including the Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and the Exhibits A-K, be filed UNDER SEAL.

Dated: November 11, 2020                                  Respectfully submitted,

*/s/ Christopher L. Coffin*                               */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                            Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                          GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                           6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                              Los Angeles, California 90045
Phone: (504) 355-0086                                     Telephone: 510-350-9700
Fax: (504) 355-0089                                       Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                    kbm@classlawgroup.com

*Counsel for Elizabeth Kahn and*                          *Plaintiffs' Co-Lead Counsel*
*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                    */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                                Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                 BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                  701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                   New Orleans, LA 70139
New Orleans, LA 70163-2800                                Phone: 504-524-3300
Phone: 504-522-2304                                       Fax: 504-524-3313
Fax: 504-528-9973                                         barrios@bkc-law.com
plambert@gainsben.com

                                                          *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                              Abby E. McClellan
Andrews & Thornton                                        Stueve Siegel Hanson LLP
4701 Von Karman Ave., Suite 300                           460 Nichols Road, Suite 200
Newport Beach, CA 92660                                   Kansas City, MO 64112
Phone: (800) 664-1734                                     Phone: (816) 714-7100
aa@andrewsthornton.com                                    Fax: (816) 714-7101
                                                          mcclellan@stuevesiegel.com


J. Kyle Bachus                                            Karen Barth Menzies
Bachus & Schanker, LLC                                    Gibbs Law Group LLP
101 W Colfax Ave, Suite 650                               6701 Center Drive West, Suite 1400
Denver, CO 80202                                          Los Angeles, CA 90045 Phone:
Phone: (303) 222-2222                                     510-350-9700
Fax: (303) 893-9900                                       Fax: 510-350-9701
kyle.bachus@coloradolaw.net                               kbm@classlawgroup.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017

| | |
|---|---|
| Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@atkinsandmarkoff.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>/s/ M. Palmer Lambert
>M. PALMER LAMBERT