UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*Kahn v. Sanofi-Aventis, et al,*<br>*Case No. 2:16-cv-17039* | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

### MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON SPECIFIC CAUSATION UNDER SEAL

MAY IT PLEASE THE COURT:

Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), respectfully requests leave of Court to file the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Specific Causation, including the Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and the Exhibits A-K, under seal. The PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, the referenced Memorandum in Opposition to Defendants' Motion for Summary Judgment on Specific Causation, including the Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and the Exhibits A-K, should be filed under seal.

The Protective Order in this case, Pretrial Order No. 50, provides that:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f)

1

>income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Specific Causation, including the Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and the Exhibits A-K, have been designated as confidential and/or "protected information," as set forth in PTO No. 50. Out of an abundance of caution, therefore, the PSC requests that these pleadings be filed under seal.

"[T]he right [of public access to judicial records and proceedings] is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (citing *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Out of an abundance of caution, the PSC believes that PTO No. 50 requires the pleadings at issue be sealed. *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Accordingly, the PSC respectfully requests that the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Specific Causation, including the Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and the Exhibits A-K, which will be hand delivered to the Court pursuant to the Court's Local Rule 5.6, be filed UNDER SEAL for the duration of this litigation, or until the Court determines (or the parties agree) that the documents should not be marked confidential.

Accordingly, the PSC requests that the Court enter the attached proposed order directing that the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Specific Causation, including the Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and the Exhibits A-K, be filed UNDER SEAL.

Dated: November 11, 2020                                        Respectfully submitted,

| | |
|---|---|
| */s/ Christopher L. Coffin*<br>Christopher L. Coffin (#27902)<br>PENDLEY, BAUDIN & COFFIN, L.L.P.<br>1100 Poydras Street, Suite 2505<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com<br><br>*Counsel for Elizabeth Kahn and Plaintiffs' Co-Lead Counsel* | */s/ Karen B. Menzies*<br>Karen Barth Menzies (CA Bar #180234)<br>GIBBS LAW GROUP LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Telephone: 510-350-9700<br>Facsimile: 510-350-9701<br>kbm@classlawgroup.com<br><br>*Plaintiffs' Co-Lead Counsel* |
| */s/M. Palmer Lambert*<br>M. Palmer Lambert (#33228)<br>GAINSBURGH BENJAMIN DAVID<br>MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: 504-522-2304<br>Fax: 504-528-9973<br>plambert@gainsben.com<br><br>*Plaintiffs' Co-Liaison Counsel* | */s/Dawn M. Barrios*<br>Dawn M. Barrios (#2821)<br>BARRIOS, KINGSDORF & CASTEIX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: 504-524-3300<br>Fax: 504-524-3313<br>barrios@bkc-law.com<br><br>*Plaintiffs' Co-Liaison Counsel* |

## **PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Anne Andrews<br>Andrews & Thornton<br>4701 Von Karman Ave., Suite 300<br>Newport Beach, CA 92660<br>Phone: (800) 664-1734<br>aa@andrewsthornton.com | Abby E. McClellan<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Phone: (816) 714-7100<br>Fax: (816) 714-7101<br>mcclellan@stuevesiegel.com |
| J. Kyle Bachus<br>Bachus & Schanker, LLC<br>101 W Colfax Ave, Suite 650<br>Denver, CO 80202<br>Phone: (303) 222-2222<br>Fax: (303) 893-9900<br>kyle.bachus@coloradolaw.net | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, CA 90045 Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola | David F. Miceli<br>David F. Miceli, LLC |

338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333

P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

andrew@lemmonlawfirm.com

| | |
|---|---|
| Daniel P. Markoff | Zachary Wool |
| Atkins & Markoff Law Firm | Barrios Kingsdorf & Casteix, LLP |
| 9211 Lake Hefner Parkway, Suite 104 | 701 Poydras Street, Suite 3650 |
| Oklahoma City, OK 73120 | New Orleans, LA 70139 |
| Phone: (405) 607-8757 | Phone: (504) 524-3300 |
| Fax: (405) 607-8749 | Fax: (504) 524-3313 |
| dmarkoff@atkinsandmarkoff.com | zwool@bkc-law.com |

### CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>  /s/ M. Palmer Lambert
>  M. Palmer Lambert