UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*Kahn v. Sanofi-Aventis, et al,*<br>*Case No. 2:16-cv-17039* | MDL No. 2740<br><br>SECTION: H<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON SPECIFIC CAUSATION UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Specific Causation, including the Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and the Exhibits A-K, Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment on Specific Causation, including the Plaintiff's Response to Defendants' Statement of Facts and Plaintiff's Counterstatement of Facts, and the Exhibits A-K, UNDER SEAL.

New Orleans, Louisiana, this ___ of November, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE