# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Gordon et al v. Sanofi US Services Inc. et al*<br><br>Plaintiff Name: Patricia Gordon and Williams Gordon<br>Civil Action No.: 2:20-cv-02913 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc., and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 13th Day of November 2020	Respectfully submitted,

/s/ *Jason S. Long*  
**FEARS NACHAWATI, PLLC**  
Jason S. Long #24098012  
Matthew R. McCarley, #24041426  
Tarek A. Abbassi, #24096225  
5473 Blair Road  
Dallas, Texas 75231  
Telephone: (214) 890-0711  
Fax: (214) 890-0712  
mccarley@fnlawfirm.com  
tabbassi@fnlawfirm.com  
jlong@fnlawfirm.com  
Counsel for plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Jason S. Long*