**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : :: | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S REQUEST**
**FOR ORAL ARGUMENT ON**
**MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS**

Defendant Accord Healthcare, Inc. ("Accord") respectfully requests oral argument on Accord's Motion for Summary Judgment on Preemption Grounds (Rec. Doc. 11226). Pursuant to Local Rule 78.1, this Request is filed within three days after receipt of Plaintiff's opposition memorandum to the Motion, which was served on November 12, 2020. Accord seeks the opportunity to address the specific factual and legal reasons why the Motion for Summary Judgment should be granted and respectfully submits that oral argument will assist the Court.

This Motion had initially been noticed for submission before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana on October 14, 2020, with extensions sought and granted. Accord requests that oral argument on Accord's Motion

for Summary Judgment on Preemption Grounds be set for December 9, 2020 at 9:30 AM or a date to be chosen and agreed upon by the parties and the Court.

Date: November 13, 2020                        Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5009
Email:      julie.callsen@tuckerellis.com
            michael.ruttinger@tuckerellis.com
            brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020, a true and correct copy of the foregoing *Defendant Accord Healthcare, Inc.'s Request for Oral Argument on Motion for Summary Judgment on Preemption Grounds* was filed via the ECF system that will send notification of such filing to all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen
