MINUTE ENTRY
MILAZZO, J.
November 13, 2020

JS-10:00:25

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

### MINUTE ENTRY

On November 13, 2020, the Court held a video status conference with liaison counsel. The parties updated the Court on the status of the case.

