# SECTION H ORAL ARGUMENT PROTOCOL DURING COVID-19

**Before arriving at the courthouse each day,**

All visitors must answer the following questions.

1) In the past 24 hours, have you had any signs or symptoms of fever, such as chills, sweats, feeling "feverish" or having a temperature that is elevated for you or 99.5F or greater?

2) Have you experienced any of the following symptoms in the last 48 hours:
   - Cough, shortness of breath, or chest tightness
   - Sore throat or unexplained loss of smell/taste
   - Diarrhea, nausea or vomiting

3) In the last 14 days have you:
   - Traveled outside of the United States?
   - Been in contact with anyone who has a confirmed COVID 19 diagnosis?
   - Been notified that you may have been exposed to COVID 19?
   - Been exposed to anyone that has an open COVID 19 test?

The case manager will email counsel instructions on how to access the survey. Counsel must answer these questions between 7:00 and 8:00 a.m. on the morning of their scheduled in-person appearance.  They will answer the survey on their mobile device which will then send either a Pass or Fail notification via text. Counsel should be prepared to show their "Pass" screen on their mobile device to court security officers upon arrival at the courthouse. In the event any participant is not permitted to enter the courthouse, they should contact chambers to discuss how to proceed.

**In the courthouse,**

1. Face masks must be worn at all times.  A minimum social distance of six feet should be maintained.

2. Temperatures will be taken via a touchless kiosk set up at the front entrance of the courthouse.  Should your temperature exceed a normal reading, you will not be allowed to proceed through security.  Contact chambers to discuss how to proceed.

3. After passing security, counsel should proceed directly to the courtroom and should not congregate or meet in hallways.

**In the courtroom,**

1. Each side arguing will only be permitted two (2) counsel to be present in the courtroom. Anyone else wishing to participate may appear by Zoom.

2. Counsel must remain at their designated counsel tables at all times, except when speaking at the podium.

3. <u>Face masks must be worn at all times</u> with the following exception:
    Counsel may remove their masks after approaching the podium.

4. At the podium, counsel are instructed to follow the below protocol:

    - When approaching podium, apply hand sanitizer and replace microphone covers.
    - When leaving podium, remove microphone covers and dispense in trash can.
    - Lysol wipes should be used to wipe down any equipment or surface area that was touched.

5. Plexiglass shields have been installed along the Judge's upper and lower bench as well as the witness stand. Counsel must remain behind the plexiglass partitions.

6. Counsel are strongly encouraged to avoid unnecessary handling of items in the courtroom. Hand sanitizer, gloves and Kleenex will be placed at various points throughout the courtroom. Counsel should apply hand sanitizer prior to adjusting any microphone or using the evidence presentation equipment.

7. All water pitchers have been removed from the courtroom. Counsel are required to provide their own bottled water (or container). At the end of the day, counsel shall remove all bottles or containers from counsel table.

8. All high-touch surfaces, including but not limited to, chairs, tables, podiums, door handles, etc., will be wiped down and disinfected at the end of each day.

9. The Court advises that should counsel become unavailable to appear in person due to COVID-19, a link will be provided to allow participation by Zoom.