UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | : MDL No. 2740 :  : JUDGE JANE TRICHE MILAZZO : MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*VICKI B. AUTRY*
2:17-cv-02361-JTM-MBN

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A(1)

COMES NOW counsel for Plaintiff, Vicki B. Autry now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Brandon Todd Autry, on behalf of his deceased mother, Vicki B. Autry, in the above captioned case.

1. Vicki B. Autry filed a products liability litigation lawsuit against Defendants on March 22, 2017. *See* Doc. 1.

2. Vicki B. Autry filed her Amended Short Form Complaint against Defendants on May 25, 2017. *See* Doc. 5.

3. On September 12, 2020 in Seneca, South Carolina, Vicki B. Autry passed away.

4. Plaintiff filed a Notice and Suggestion of Death on November 13, 2020. *See* attached hereto as ***Exhibit 1***.

5. Vicki B. Autry's product liability action against Defendants survived Plaintiff's death and is not extinguished.

6. Vicki B. Autry's son, Brandon Todd Autry, is the proper Plaintiff and was named Personal Representative of Vicki B. Autry's estate on October 28, 2020 in the Greenville County Probate Court in South Carolina.

2

WHEREFORE, counsel for Plaintiff Vicki B. Autry requests that this Court grant this request for substitution of Plaintiff in this action.

Dated: November 16, 2020

Respectfully submitted,

**By: */s/ John J. Foley***
John J. Foley, Esq. (IL #6288152)
**Simmons Hanly Conroy**
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
jfoley@simmonsfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ John J. Foley*
John J. Foley, Esq. (IL #6288152)