## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | **: MDL No. 2740** |
| | **:** |
| | **: JUDGE JANE TRICHE MILAZZO** |
| | **: MAGISTRATE JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**
*VICKI B. AUTRY*
*2:17-CV-02361-JTM-MBN*

### ORDER ON MOTION FOR SUBSTITUTION OF
### PARTY PURSUANT TO RULE 25(A)(1)

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for

Substitution of Party Pursuant to Rule 25(A)(1), and this Court having reviewed such and being

otherwise sufficiently advised.

IT IS HEREBY ORDERED THAT **BRANDON TODD AUTRY**, on behalf of

decedent VICKI B. AUTRY, may be substituted for Vicki B. Autry as the proper party plaintiff

in this action.

New Orleans, Louisiana this _____ day of _____ 2020.


_____
United States District Judge

1