UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "N" (5)

THIS DOCUMENT RELATES TO:
Carol Woodson
Case No.: 17-cv-12674
************************************************************************

### MOTION TO WITHDRAW ASSOCIATE/CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes, Plaintiff, who hereby requests that Frances Lacy Radcliff, Esq. be removed as co-counsel of record as Ms. Radcliff is no longer an associate affiliated with the Law Firm of Liska, Exnicios & Nungesser, no longer represents Plaintiff and thus should no longer receive notifications of filings in this matter.

         Respectfully submitted:

Dated: 11/16/2020          /s/ Val P. Exnicios
         **VAL PATRICK EXNICIOS, T.A.  (LA Bar #19563)**
         Liska, Exnicios & Nungesser
         Attorneys & Counselors-at-Law
         1515 Poydras Street, Suite 1400
         New Orleans, LA 70112
         (504) 410-9611
         Fax: (504) 410-9937
         Vpexnicios@exnicioslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the all known counsel of record who are participants

         /s/ Val P. Exnicios
         Val P. Exnicios #19563