UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                           SECTION "N" (5)

THIS DOCUMENT RELATES TO:
Carol Woodson
Case No.: 17-cv-12674
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

      IT IS HEREBY ORDERED THAT the name of Frances Lacy Radcliff, Esq. be removed as co-counsel of record as Ms. Radcliff is no longer an associate affiliated with the Law Firm of Liska, Exnicios & Nungesser, no longer represents Plaintiff, and thus should no longer receive notifications of filings in this matter.

      Signed this _____ day of _____, 2020.

                                        _____
                                        JUDGE