UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO: 2740 |
| | SECTION: "H" (5) |
| THERESA RISOTTI | |
| Plaintiff, | JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ACTIVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC. and SAGENT PHARMACEUTICALS** |
| SANOFI US SERVICES INC., ET AL Defendants. | Civil Case No: 2:20-cv-02963 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses with prejudice Activis LLC f/k/a Actavis Inc., Activis Pharma, Inc. and Sagent Pharmaceuticals from this action. Each party to bear its own costs and attorney fees. The aforementioned Defendants have not filed an answer in this action or filed a motion for summary judgment. Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Voluntary Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 16th day of November 2020

RAY HODGE & ASSOCIATES, L.L.C.

  s/ Ryan E. Hodge
Ryan E. Hodge, #16180
8558 W. 21st St. N., Ste. 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 16, 2020                           /s/ Ryan E. Hodge
                                                       Ryan E. Hodge, #16180