**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v.* | : | |
| *Accord Healthcare, Inc.* | : | |
| *Case No. 2:17-cv-11769* | : | |
| | : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO STRIKE SUPPLEMENTAL EXPERT REPORT OF DAVID ROSS, M.D., PH.D., M.B.I.

Defendant Accord Healthcare, Inc. ("Accord") moves to strike the "Declaration" of Plaintiff's expert Dr. David Ross, which Plaintiff served as an exhibit to her Brief in Opposition to Accord's Motion for Summary Judgment on Preemption Grounds.

As set forth in the accompanying Memorandum in Support, Dr. Ross's supplemental report is untimely, reflects an improper attempt to offer new opinions to defeat summary judgment, and violates Fed. R. Civ. P 6, 16, 26 and 37. Therefore his Declaration submitting additional opinions should be stricken from the record.

Date: November 16, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
Email:    julie.callsen@tuckerellis.com
michael.ruttinger@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I.* was filed with the Court via the established process for filing under seal and will be placed on the docket, and also via email on all counsel of record.

/s/ *Julie A. Callsen*
Julie A. Callsen

4924838