# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc. Case No. 2:17-cv-11769* | : : : : | **PROPOSED ORDER** |

Considering Defendant Accord Healthcare, Inc.'s Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I., and the papers submitted in support and against said Motion, and oral argument, if any;

IT IS THIS DAY _____ HEREBY ORDERED that Defendant's Motion is GRANTED, such that the supplemental report of Dr. Ross is stricken from the record and Plaintiff may not use the report to oppose Accord's Motion for Summary Judgment Based on Preemption Grounds or for any purposes at trial.

_____
Hon. Jane Triche Milazzo

4924866