# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Alice D. Hughes v. Accord Healthcare, Inc. Case No. 2:17-cv-11769* | : : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF MOTION TO STRIKE SUPPLEMENTAL EXPERT REPORT OF DAVID ROSS, M.D., PH.D., M.B.I.

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I.* before the Honorable Jane Triche Milazzo, United States District Judge for the Eastern District of Louisiana, on the 9th day of December, 2020.

Date: November 16, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: julie.callsen@tuckerellis.com
michael.ruttinger@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 16, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Notice of Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I.* was filed with the Court via the established process for filing under seal and will be placed on the docket, and also via email on all counsel of record.

    /s/ *Julie A. Callsen*
    Julie A. Callsen

4924870