UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff Name: Brenda Rakestraw<br>Case No.: 2:17-cv-17317 | | |

**UNOPPOSED MOTION FOR LEAVE**
**TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff Brenda Rakestraw, by and through counsel, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter. A copy of the Amended Short Form Complaint is attached as Exhibit "A' to this Motion.

Dated this 16th day of November, 2020.

Respectfully submitted,

**HISSEY, MULDERIG & FRIEND PLLC**

/s/_David L. Friend_
David L. Friend. Esq.
State Bar No. 00796583
HISSEY, MULDERIG & FRIEND PLLC
Arboretum Plaza One
9442 Capital of Texas Highway N., Suite 400
Austin, TX 7859
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

**STATEMENT REGARDING OBJECTION OR
NO OBJECTION BY OPPOSING PARTY**

I hereby certify that on November 13, 2020 I communicated with counsel for Sandoz, Inc. and was informed that they have no opposition to Plaintiff's request for leave to amend the Complaint to add the Sandoz Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ David L. Friend
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N
Suite 400 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS