UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> ORDER GRANTING <br> LEAVE TO FILE <br> AMENDED COMPLAINT |
| THIS DOCUMENT RELATES TO: | | |
| Plaintiff Name: Brenda Rakestraw <br> Case No.: 2:17-cv-17317 | | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File an Amended Short Form Complaint (Doc. _____);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the First Amended Short Form Complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT