UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiff Name: Brenda Rakestraw <br> Case No.: 2:17-cv-17317 | | |

**PLAINTTIF'S MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Brenda Rakestraw, by and through her attorneys, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Brenda Rakestraw, that she was provided Taxotere/Docetaxel chemotherapy that was manufactured by Sanofi U.S. Services, Inc. and/or Sanofi-Aventis U.S. LLC which caused her to permanently lose her hair. Her original suit was filed on December 15, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Sandoz, Inc. should also be named as Defendants in Plaintiff's case as manufacturer of the chemotherapy drug which caused her permanent hair loss.

Plaintiff, therefore, seeks to amend her Complaint to name Sandoz, Inc. as a defendant.

Respectfully submitted,

**HISSEY, MULDERIG & FRIEND PLLC**


*/s/ David L. Friend*
David L. Friend. Esq.
State Bar No. 00796583
HISSEY, MULDERIG & FRIEND PLLC
Arboretum Plaza One
9442 Capital of Texas Highway N., Suite 400
Austin, TX 7859
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ David L. Friend
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND PLLC
One Arboretum Plaza
9442 Capital of Texas Highway N
Suite 400 400
Austin, TX 78759
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS