UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name:** HIMATIE SATRAM
**Case No.:** 2:19-cv-00483

---

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Himatie Satram whose case is on a Notice of Non-Compliance to be heard by the Court on 12/7/2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

| | |
|---|---|
| Dated: November 16, 2020 | /s/ J. Vance Montgomery_____ |
| | Vance Montgomery (TN #35646) |
| | Bailey & Greer, PLLC |
| | 6256 Poplar Ave. |
| | Memphis, TN 38119 |
| | 901-680-9777 |
| | vmontgomery@baileygreer.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                        /s/ J. Vance Montgomery