UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 111

**IT IS ORDERED** that the show cause hearing, lead and liaison meeting, and oral argument currently set for December 7, 2020, are **CONTINUED**.

These events are **RESET** for **December 14, 2020**. The Court will hold the lead and liaison meeting at **9:00 a.m.**, oral argument at **10:00 a.m.**, and the show cause hearing at **1:00 p.m**. The call-in information for these events will be disseminated at a later time.

New Orleans, Louisiana, this 16th day of November, 2020.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**