UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |
| ) | |

## ORDER

On October 16, 2020, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frames set by the Court.

- Gwendolyn Grady, 2:18-cv-12246
- Karen McKnight, 2:19-cv-12387
- Louvenia Barfield, 2:19-cv-13730
- Amber Flores, 2:19-cv-16220
- Lisa Gibbs, 2:19-cv-13670
- Jasmine Hall, 2:18-cv-12416

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of November, 2019.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE