# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc. Case No. 2:17-cv-11769* | : : : : | **PROPOSED ORDER** |

Considering the foregoing *Ex Parte* Motion filed by Defendant Accord Healthcare, Inc. for Leave to File Motion to Exclude Expert Testimony of Linda Bosserman, M.D. and Related Exhibits UNDER SEAL;

IT IS ORDERED that Defendant's Motion is GRANTED, and that the Clerk of Court shall file the Motion to Exclude Expert Testimony of Linda Bosserman, M.D., Memorandum in Support, and related exhibits UNDER SEAL.

_____
Hon. Jane Triche Milazzo

4866862