UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v.* *Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE MOTION TO EXCLUDE EXPERT TESTIMONY OF DAVID ROSS, M.D., PH.D., M.B.I. AND RELATED EXHIBITS UNDER SEAL**

Defendant Accord Healthcare, Inc. ("Accord") respectfully requests leave of Court to file under seal its Motion to Exclude Expert Testimony of David Ross, M.D., Ph.D., M.B.I. and related exhibits.

Accord respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). The exhibits attached to Accord's Motion have been designated as confidential and/or "protected information" as set forth in PTO 50. These

4912158

exhibits are discussed in Accord's Motion.  For these reasons, the Motion, Memorandum in Support, and Exhibits A - C must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)).  In this matter, the entry of PTO 50 mandates that the exhibits at issue be sealed.  *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  Therefore, under PTO 50 and the applicable case law, Accord's Motion, Memorandum in Support, and A - C should be filed under seal.

| | |
|---|---|
| Date:  November 17, 2020 | Respectfully submitted, |
| | /s/ *Julie A. Callsen* |
| | Julie A. Callsen |
| | Michael J. Ruttinger |
| | Brenda A. Sweet |
| | TUCKER ELLIS LLP |
| | 950 Main Avenue, Suite 1100 |
| | Cleveland, OH  44113-7213 |
| | Telephone:    216.592.5000 |
| | Facsimile:    216.592.5009 |
| | Email:    julie.callsen@tuckerellis.com |
| | michael.ruttinger@tuckerellis.com |
| | brenda.sweet@tuckerellis.com |
| | *Attorneys for Defendant Accord Healthcare, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, a true and correct copy of the *Memorandum in Support of Defendant Accord Healthcare, Inc.'s Motion for Leave to File Motion to Exclude Expert Testimony of David Ross, M.D., Ph.D., M.B.I. and Related Exhibits Under Seal* was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen
