UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Juanita Greer, Case No. 2:18-cv-11728

# ORDER

Considering the Motion for Leave to File Supplemental Pleading in Opposition to Defendants' Motion for Summary Judgment on the Pleadings Based on the Statute of Limitations, filed by Plaintiff;

**IT IS ORDERED** that the Motion is **GRANTED**, and that Plaintiff's proposed Supplemental Pleading in Opposition to Defendants' Motion for Summary Judgment on the Pleadings Based on the Statute of Limitations is hereby entered into the Court's docket.

New Orleans, Louisiana, this 16th day of November, 2020.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE