# EXHIBIT A

Mamina M. Turegano, M.D.

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3       ------------------------------X
 4       IN RE: TAXOTERE (DOCETAXEL)    MDL No. 2740
 5       PRODUCTS LIABILITY LITIGATION  SECTION: "H"
 6                                      JUDGE MILAZZO
         This Document Relates To:      MAG. JUDGE NORTH
 7       ALL CASES
 8       ------------------------------X
 9
10
11                         — — —
12              Friday, October 23, 2020
                           — — —
13
14
15
16
17          Remote Videotaped Oral Deposition of
         MAMINA M. TUREGANO, M.D., held at the
18       location of the witness, commencing at
         9:33 a.m. CDT, on the above date, before
19       Michael E. Miller, Fellow of the Academy of
         Professional Reporters, Certified Court
20       Reporter, Registered Diplomate Reporter,
         Certified Realtime Reporter and Notary
21       Public.
22
23                         — — —
24              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

```
 1    hair the person has to begin with, but I
 2    think that's a general definition.
 3         Q.    Okay.  What's your definition
 4    of PCIA?
 5         A.    Gosh, I mean, based on the
 6    literature review, I'm -- I'm under the
 7    understanding that it is persistent hair
 8    loss, so hair that hasn't regrown for at
 9    least six months after starting
10    chemotherapy -- after finishing chemotherapy
11    and -- yeah.
12         Q.    And based on the opinions that
13    you've set forth in this report, it's your
14    position that tamoxifen can make that
15    determination difficult, right, PCIA versus
16    something else?
17         A.    It can.
18         Q.    Okay.  So until the person
19    comes off the endocrine therapy, it's your
20    belief that you really can't tell, right?
21              MR. SEARS:  Objection, form.
22         A.    I mean, unless their hair
23    regrew after chemotherapy and before starting
24    endocrine therapy, but in general, yes.
25              Like if they still had
```

1  persistent hair loss after completing
2  chemotherapy and then they continued on to
3  some type of endocrine therapy, it's hard to
4  say what the culprit is.
5  BY MR. LAMBERT:
6      Q.   So it could be a latent injury
7  or a latent diagnosis, right?
8          MR. SEARS:  Objection, form.
9  BY MR. LAMBERT:
10     Q.   Do you know what the term
11 "latent" means?
12     A.   I do, but, I mean -- I think
13 I'm just trying to remember when endocrine
14 therapy is typically introduced once
15 chemotherapy is completed.  Like I'm trying
16 to remember if it can be introduced like
17 before six months is over, because that can
18 kind of muddy the waters of the definition of
19 PCIA, if it's like less than six months after
20 completing treatment, you start the -- you
21 start the -- the medicine, the endocrine
22 medicine.
23          But -- can you repeat the
24 question one more time?
25          MR. LAMBERT:  I like the way I

```
 1          asked it, so, Mike, I hate to make you
 2          do that.  It's probably a couple of
 3          pages before.
 4                  (The following portion of the
 5          record was read.)
 6                  "QUESTION:  So it could be a
 7          latent injury or a latent diagnosis,
 8          right?"
 9                  (End of readback.)
10                  MR. SEARS:  Objection, form.
11                  THE WITNESS:  Oh, right.  That
12          wasn't my answer.  That was me saying
13          that was the question.
14          A.    It -- just from my reading, the
15    diagnosis -- the general consensus that I'm
16    gathering from the definition of PCIA is that
17    the diagnosis is hair loss that remains six
18    months or longer.
19                  So if the hair -- so I don't
20    see it being like a late -- a latent type of
21    process because it would just be like
22    persistent hair loss that doesn't go away
23    after six months, not like -- not like hair
24    regrows and then later on hair gets lost.
25                  So no, I guess, would be my
```

```
 1    answer.
 2    BY MR. LAMBERT:
 3         Q.    Okay.  I guess that answers
 4    part of the question, but it could be a
 5    latent diagnosis though, correct?
 6         A.    Oh, latent diagnosis?  Okay.
 7    Yeah.  It could be a latent diagnosis if
 8    the -- if the patient wasn't concerned about
 9    it and didn't bring it up until, you know,
10    like more than six months later.
11         Q.    Or if the tamoxifen or
12    aromatase therapy began around six months, it
13    might result in a latent diagnosis?
14               MR. SEARS:  Objection, form.
15         A.    If the tamoxifen -- (audio
16    malfunction) --
17               (Clarification requested by the
18         stenographer.)
19               THE WITNESS:  Thanks.
20         A.    I think if -- I guess it's -- I
21    mean, if there was persistent hair loss after
22    alopecia -- I mean, sorry, after
23    chemotherapy, let's say, like, at month four
24    and then tamoxifen or some type of endocrine
25    therapy was introduced at month four, and
```

```
 1    then the hair loss still -- you know, there
 2    was still persistent hair loss, it's hard to
 3    say -- it would be hard to say whether you
 4    attribute it to PCIA versus tamoxifen.
 5               So I don't think -- I don't --
 6    it -- it wouldn't be like that it would
 7    make -- give it a latent diagnosis.  It would
 8    be that you just couldn't make the diagnosis.
 9    BY MR. LAMBERT:
10         Q.    Okay.  So it's fair to say in
11    that situation, that hypothetical that you
12    just made, that a dermatologist that doesn't
13    have a background in hair loss might not be
14    able to make that diagnosis at that time,
15    right?
16         A.    At which time?
17         Q.    At six months, for example.
18         A.    If -- yes, if a dermatologist
19    wasn't aware of PCIA or the definition of it,
20    uh-huh.
21         Q.    Okay.  Even harder for a
22    layperson, right?
23               MR. SEARS:  Objection, form.
24         A.    Yeah, I would say that the
25    layperson, they wouldn't know -- I mean,
```

1   yeah.  They -- unless they had a discussion

2   with their oncologist on like when to expect

3   hair regrowth, they wouldn't potentially have

4   a good idea as to when their hair was

5   supposed to regrow.

6   BY MR. LAMBERT:

7        Q.    So the tamoxifen or aromatase

8   inhibitor might hide the underlying

9   diagnosis, right?

10             MR. SEARS:  Objection, form.

11  BY MR. LAMBERT:

12       Q.    Or the underlying condition.

13  Sorry.

14             MR. SEARS:  Objection, form.

15       A.    If the tamoxifen or endocrine

16  therapy was introduced before six months and

17  the patient still has the same exact hair as

18  it was like -- the same exact level of hair

19  loss as they did, you know, when they

20  finished -- right when they finished chemo,

21  then it -- it could.

22  BY MR. LAMBERT:

23       Q.    Okay.  Is there a certain

24  amount of regrowth between months -- between

25  finishing chemotherapy and six months that

Mamina M. Turegano, M.D.

 1    you believe rules out PCIA, a certain
 2    percentage of regrowth?
 3         A.    I feel like that's hard to
 4    quantify.  Yeah, I can't give you a number on
 5    that.
 6         Q.    And then I guess another
 7    question is when a patient is started on
 8    tamoxifen or aromatase inhibitors, I think
 9    your report -- your opinion is that those
10    cause hair loss, right?
11         A.    They can.
12         Q.    Okay.  So a patient wouldn't
13    necessarily expect or suspect a permanent
14    injury if they're taking tamoxifen or an
15    aromatase inhibitor, right?
16               MR. SEARS:  Objection, form.
17         A.    I think that the side effects
18    of, you know, tamoxifen -- tamoxifen -- I
19    mean, I think the side effects of hair loss
20    with tamoxifen is significant enough that
21    that's something that should be discussed
22    with the patient before the oncologist
23    prescribes it.
24    BY MR. LAMBERT:
25         Q.    Okay.  Now, your definition of

```
 1    PCIA that you described earlier related to
 2    six months.
 3              Six months is not some magic
 4    number where at day 182? follicle just, poof,
 5    goes way, right?
 6       A.    Right.
 7       Q.    Okay.  So for some people, the
 8    time may be six months.  Some people might be
 9    a year or two years before you could diagnose
10    PCIA, correct?
11              MR. SEARS:  Objection, form.
12       A.    My understanding is that the
13    hair loss -- it's not that the follicle goes
14    away.  It's that the follicle -- it's like
15    the hair hasn't regrown.
16              So at six -- I'm not sure how
17    the consensus came about with six months,
18    but -- but there are cases of PCIA that,
19    yeah, that last longer than six months, but
20    it's -- from my understanding, it's -- it's
21    the same level of hair loss since they ended
22    chemo.  It's just persistent.
23              So I'm not sure if I answered
24    your question, but I -- I just -- yeah.  I
25    don't think that...
```

```
 1    BY MR. LAMBERT:
 2         Q.    I guess let me ask it this way:
 3    One of the pathological features that
 4    dermatopathologists and -- who have studied
 5    PCIA have found is a reduction in hair
 6    follicles; is that true?
 7               MR. SEARS:  Objection, form.
 8         A.    You can get reduction in hair
 9    follicles --
10    BY MR. LAMBERT:
11         Q.    Okay.
12         A.    -- in PCIA.
13         Q.    Okay.  But that reduction in
14    hair follicles doesn't just magically appear
15    at day 182?, right?
16               MR. SEARS:  Objection, form.
17         A.    I'm not sure when it starts.  I
18    mean, it's possible that it could have -- it
19    could be that the follicles were destroyed or
20    that the follicles, you know, were affected
21    during chemo and just lost their ability
22    to -- I mean, they were affected and then
23    could have just not gained the ability to
24    regrow hair.
25                    ///
```

```
 1        Q.    Okay.  All right.  And I'm
 2   going to rephrase the question and see if I
 3   can make it make sense this time.
 4               Before you went to medical
 5   school, did you know the difference between
 6   temporary alopecia after chemotherapy, anagen
 7   effluvium versus PCIA?
 8        A.    No.
 9        Q.    Okay.  I didn't either.
10               MR. LAMBERT:  That's all the
11         questions I have.  Thank you for your
12         time today.
13               THE WITNESS:  All right.
14               MR. SEARS:  I just have one
15         topic to follow up on.  It will just
16         take probably a minute.
17                    EXAMINATION
18   BY MR. SEARS:
19        Q.    Are you okay to keep going for
20   just two or three minutes, Dr. Turegano?
21        A.    Yep.
22        Q.    Okay.  So here's what I wanted
23   to talk about.
24               You've got quite a few
25   questions today about tamoxifen, and if
```