UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Elizabeth Kahn, Case No. 2:16-cv-17039

## ORDER

Considering the Motion for Leave to File Defendants' Notice of Supplemental Authority in Support of Their Motion for Summary Judgment Based on Preemption, filed by Defendants, sanofi-aventis U.S. LLC and Sanofi US Services, Inc;

**IT IS ORDERED** that said Motion is **GRANTED**, and that Defendants' Notice of Supplemental Authority is hereby entered into the Court's docket.

New Orleans, Louisiana, this 16th day of November, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE