UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC. AND DISMISSING WITH PREJUDICE DEFENDANTS SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.** |
| THIS DOCUMENT RELATES TO:<br><br>KATHLEEN HALL v. SANOFI-AVENTIS U.S. LLC, et al. | Civil Action No.: 2:17-cv-15649 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Kathleen Hall respectfully requests leave to file her Amended Complaint adding Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc (collectively, "Hospira")., as the defendants in this case and dismissing with prejudice Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi").

Since filing her Complaint, Plaintiff has received the National Drug Code documents and learned that Hospira should be named as the only defendant in this case. Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel and there is no opposition to this Motion.

Dated this 17th day of November, 2020.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
4717 Grand Ave., Suite 130
Kansas City, MO 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for the Hospira Defendants and Sanofi Defendants regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
4717 Grand Ave., Suite 130
Kansas City, MO 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on 17th of November, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
Missouri Bar No. 53933
4717 Grand Ave., Suite 130
Kansas City, MO 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*