# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ADDING HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC. AND DISMISSING WITH PREJUDICE DEFENDANTS SANOFI- AVENTIS U.S. LLC and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.** |
| KATHLEEN HALL<br>Plaintiff | |
| vs. | |
| SANOFI-AVENTIS, et al. | |
| Defendants | |
| Civil Case No.: 2:17-cv-15649 | |

## <u>ORDER</u>

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Short Form Complaint adding Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. and dismissing Defendants Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC with prejudice is GRANTED.

Signed, this_____day of_____, 2020.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge