UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "H"(5) |
| ) | JUDGE MILAZZO |
| KATHLEEN HALL ) | MAG. JUDGE NORTH |
|    Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:17-cv-15649 |
| ) | |
| SANOFI- AVENTIS U.S. LLC, ET AL, ) | |
| ) | |
|    Defendants. ) | |

**NOTICE OF SUBMMISSION**

    PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File an Amended Short Form Complaint is hereby set for submission before District Judge Milazzo or Magistrate Judge North on November 25, 2020 at 9:30am.

    Respectfully submitted on November 17, 2020.

                                         **WENDT LAW FIRM, P.C.**

                                         By:/s/ *Samuel M. Wendt*
                                         Samuel M Wendt, Esq.
                                         Missouri Bar No. 53933
                                         4717 Grand Ave, Suite 130
                                         Kansas City, MO 64112
                                         Tel: (816) 531-4415
                                         Fax: (816) 531-2507
                                         Email: sam@wendtlaw.com

                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, I electronically Filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 17, 2020                **WENDT LAW FIRM, P.C.**

By:/s/ *Samuel M. Wendt*
Samuel M Wendt, Esq.
Missouri Bar No. 53933
4717 Grand Ave, Suite 130
Kansas City, MO 64112
Tel: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*