MINUTE ENTRY
MILAZZO, J.
NOVEMBER 17, 2020

JS-10: 01:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: **All cases** | | |

## ORAL ARGUMENT
U.S. District Judge Jane Triche Milazzo presiding

COURT REPORTER: CATHY PEPPER
LAW CLERK: SAM SCHOTT
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:  PALMER LAMBERT AND CHRIS COFFIN, appear in person on behalf of plaintiffs
WALTER MORRISON AND MISTY FARRIS, appear by video on behalf of plaintiffs
DOUG MOORE AND HARLEY RATLIFF, appear in person on behalf of defendants

Court begins at 9:30 a.m.
Counsel make their appearances for the record.
The following motions are argued by counsel and taken under submission by the Court:
  MOTION for Summary Judgment on the Claims of Plaintiff Brenda Mixon **(Doc. 10978)**
  MOTION for Judgment on the Pleadings Based on the Statute of Limitations regarding the claims of Plaintiff Juanita Greer **(Doc. 11010)**

Court adjourned at 10:45 a.m.

