UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section:  N(5) |
| This Document Relates to: *Wanda Stewart v. Sandoz Inc.* Civil Case No. 2:17-cv-10817 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

### DEFENDANT SANDOZ INC.'S MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. ELLEN G. FEIGAL

Pursuant to Federal Rules of Evidence 702, 403, and 104, Defendant, Sandoz Inc. ("Sandoz"), hereby moves to exclude certain testimony of Plaintiff's expert, Dr. Ellen G. Feigal.  For the reasons more fully set forth in the corresponding Memorandum in Support, the Court should exclude:

1. Dr. Feigal's general causation opinions, including (i) her opinions about what "any manufacturer" would have concluded about a supposed risk of permanent hair loss and (ii) her opinion that docetaxel causes persistent alopecia, because Dr. Feigal has failed adequately to consider and/or characterize the available scientific data and because of significant limitations to her methodology that undermine her conclusions;

2. Dr. Feigal's opinions concerning Sandoz' warning, labeling and/or knowledge of risks with respect to Taxotere/docetaxel, including any opinions about how patients interpret the docetaxel labeling, because Dr. Feigal has not reviewed any documents or information that would allow her to express such opinions;

1

3. Dr. Feigal's opinions regarding risk/benefit discussions and informed consent to chemotherapy, including how those discussions might have changed if Sandoz' docetaxel label was different, because (i) Dr. Feigal lacks the qualifications and/or experience to testify on that subject, (ii) her testimony on these subjects has already been excluded by this Court in previous trials as irrelevant and unnecessary, and (iii) Plaintiff's prescribing oncologist is available to testify;

4. Dr. Feigal's case-specific opinions regarding Plaintiff Wanda Stewart's medical care, including the adequacy of the risk/benefit discussions or informed consent process between Plaintiff and her prescribing oncologist, because Dr. Feigal has expressly disclaimed such opinions and has not reviewed any documents or information that would allow her to express such opinions; and

5. Any opinions in subject areas as to which Dr. Feigal has expressly disclaimed having any opinions to offer.

For these reasons, as more fully set forth in the corresponding Memorandum in Support, Dr. Feigal's opinions should be excluded entirely or, at a minimum, significantly limited.

Dated: November 17, 2020               Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Lori G. Cohen
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com
*Attorneys for Sandoz Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, a copy of the foregoing Motion to Exclude or Limit Opinions of Dr. Ellen G. Feigal was served on all counsel of record via email.

*/s/ Lori G. Cohen*
Lori G. Cohen