**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **Section:  N(5)** |
| **This Document Relates to:** *Wanda Stewart v. Sandoz Inc.* **Civil Case No. 2:17-cv-10817** | **JUDGE JANE TRICHE MILAZZO** **MAG. JUDGE NORTH** |

**SANDOZ INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. ELLEN G. FEIGAL**

For the reasons set forth in the accompanying Memorandum in Support, Defendant Sandoz

Inc. respectfully requests leave of Court to file under seal its Motion to Exclude or Limit Opinions

of Dr. Ellen G. Feigal, including the Memorandum in Support and Exhibits A-D.


Dated:  November 17, 2020                    Respectfully submitted,

                                             **GREENBERG TRAURIG, LLP**

                                             */s/ Lori G. Cohen*
                                             Lori G. Cohen
                                             R. Clifton Merrell
                                             Evan C. Holden
                                             Terminus 200
                                             3333 Piedmont Road, N.E., Suite 2500
                                             Atlanta, Georgia 30305
                                             (678) 553-2100
                                             (678) 553-2386 (facsimile)
                                             CohenL@gtlaw.com
                                             MerrellC@gtlaw.com
                                             HoldenE@gtlaw.com
                                             *Attorneys for Sandoz Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 17, 2020, a copy of the foregoing Sandoz Inc.'s *Ex Parte* Motion for Leave to File Under Seal its Motion to Exclude or Limit Opinions of Dr. Ellen G. Feigal was served on all counsel of record via email.

*/s/ Lori G. Cohen*
Lori G. Cohen