UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Wanda Stewart v. Sandoz Inc.*<br>Civil Case No. 2:17-cv-10817 | MDL No. 2740<br><br>Section:  N(5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

### SANDOZ INC.'S MEMORANDUM IN SUPPORT OF ITS *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. ELLEN G. FEIGAL

Defendant Sandoz Inc. ("Sandoz") respectfully requests leave of Court to file under seal its Motion to Exclude or Limit Testimony of Dr. Ellen G. Feigal (Rec. Doc. 11456), including the Memorandum in Support and Exhibits A-D.  Sandoz respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

See Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). The Motion, Memorandum in Support and Exhibits A-D all contain confidential and/or "protected information," as set forth in PTO 50. For these reasons, each must be sealed.

1

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the documents at issue be sealed. See Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Therefore, under PTO 50 and the applicable case law, the Motion, Memorandum in Support and Exhibits A-D (Rec. Docs. 11456) should be filed under seal.

Dated:  November 17, 2020

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, a copy of the foregoing Memorandum in Support of *Ex Parte* Motion for Leave to File Under Seal Motion to Exclude or Limit Opinions of Dr. Ellen G. Feigal was served on all counsel of record via email.

*/s/ Lori G. Cohen*
Lori G. Cohen
