UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Wanda Stewart v. Sandoz Inc.* Civil Case No. 2:17-cv-10817 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

## ORDER

Considering the Motion for Leave to File Under Seal Motion to Exclude or Limit Testimony of Dr. Ellen G. Feigal (Rec. Doc. 11456), including the Memorandum in Support and Exhibits A-D, filed by Defendant, Sandoz Inc.,

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Motion, Memorandum in Support and Exhibits A-D (Rec. Docs. 11456) UNDER SEAL.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE