UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>*Wanda Stewart v. Sandoz Inc.*<br>Civil Case No. 2:17-cv-10817 | MDL No. 2740<br><br>Section:  N(5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the Motion for Leave to File Under Seal its Motion to Exclude Expert Testimony of Dr. Linda D. Bosserman (Rec. Doc. 11458), including the Memorandum in Support and Exhibits A-E, filed by Defendant, Sandoz Inc.,

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Motion, Memorandum in Support and all exhibits (Rec. Docs. 11458) UNDER SEAL.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE