UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Alice Hughes*, Case No. 2:17-11769;
*Wanda Stewart*, Case No. 2:17-10817

### PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRD PARTY FAULT

Plaintiffs Alice Hughes and Wanda Stewart, through undersigned counsel, hereby submit this statement of undisputed material facts in support of their Motion for Partial Summary Judgment on Third Party Fault:

1. Sandoz and Accord alleged affirmative defenses of third-party and "other" fault, including possibly other parties in this MDL and Plaintiffs' individual medical providers.[1]

2. The PSC propounded interrogatories and request for production to obtain information regarding the defenses.

3. Defendants objected to producing such information other than through expert testimony.

4. During meet and confers and motion practice over Defendants' responses to those requests (particularly interrogatories no. 1 and 2 and request for production no. 1), the PSC argued that an affirmative defense must be supported by facts and evidence at trial, and not based on naked statements or conjecture, and that the PSC is entitled to those

---

[1] *See* Rec. Doc. 955, Accord Healthcare, Inc.'s Affirmative Defenses, and Rec. Doc. 960, Sandoz Inc.'s Affirmative Defenses.

facts and the identity of witnesses or evidence that ostensibly support such allegations of third-party fault.[2]

5. Magistrate Judge North Ordered Defendants to provide discovery responses regarding their comparative fault defenses and to identify the parties against whom they attempt to cast fault and produce the support for such allegation.[3]

6. Defendants failed to identify any party or evidence for a third-party or "other" fault affirmative defense against whom they would allege or imply fault at trial and acknowledged they did not intend to pursue third-party or "other" fault affirmative defenses.[4]

7. Defendants have provided no factual testimony or documentation to support a claim of third-party or non-party fault.

8. Accord Healthcare, Inc.'s expert in the field of oncology, Dr. Maurie Markman, opined that none of Ms. Hughes' healthcare providers acted outside the standard of care.[5]

9. Sandoz Inc.'s expert in the field of oncology, Dr. Lawrence Foote opined that Ms. Stewart's healthcare providers provided care that was "exceptional."[6]

10. Sandoz Inc.'s additional expert in the field of oncology, Dr. Sreekanth Reddy, opined that Ms. Stewart's healthcare provider acted "within the community standard of care"[7]

---

[2] *See* Ex. 1, the PSC's written submissions to Magistrate Judge North; *see also* Ex. 2, Defendants' Joint submission which includes the requests and responses.
[3] *See* Ex. 3, Transcript of Discovery Conference, Feb. 13, 2020, pp. 7-8; *see also* Rec. Doc. 9284.
[4] *See* Ex. 4, Letter from Counsel for Accord Healthcare, Inc., February 20, 2020; *see also* Ex. 5, Defendant Sandoz Inc.'s Second Supplemental Answers and Objections to Trial Pool Plaintiff Wanda Stewart's Interrogatories and Requests for Production, February 20, 2020.
[5] *See* Ex. 6, Deposition of Dr. Maurie Markman, Nov. 6, 2020, at pp. 217:22-24, 218:1-5, 233:5-16.
[6] *See* Ex. 7, Deposition of Dr. Lawrence Foote, Oct. 28, 2020, at p. 264:10-23.
[7] *See* Ex. 8, Deposition of Dr. Sreekanth C. Reddy, Sept. 29, 2020, at pp. 253:19-22, 254:3-15.

and supported the decision to recommend the chemotherapy regimen administered to Ms. Stewart.[8]

11. Defendants' experts agree that Plaintiffs' doctors acted appropriately in prescribing decisions and do not criticize those decisions.

12. Discovery is closed.

Dated: December 4, 2020

Respectfully submitted,

<u>/s/ Christopher L. Coffin</u>
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

<u>/s/M. Palmer Lambert</u>
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

<u>/s/ Karen B. Menzies</u>
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

<u>/s/Dawn M. Barrios</u>
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

---

[8] *Id.*

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, FL 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Darin L. Schanker<br>Bachus Schanker<br>101 W Colfax Ave, Suite 650<br>Denver, CO 80202<br>Phone: (303) 222-2222<br>Fax: (303) 893-9900<br>dls@coloradolaw.net |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@atkinsandmarkoff.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT