# EXHIBIT 4



February 20, 2020                               DIRECT DIAL 216.696.2286 | julie.callsen@tuckerellis.com

**VIA EMAIL ONLY**

Andrew A. Lemmon
andrew@lemmonlawfirm.com

Lindsay Stevens
lstevens@the gomezfirm.com

Re:  In re: Taxotere (Docetaxel) Products Liability Litigation, MDL No. 2740 Accord—Judge North's February 13, 2020 Minute Entry

Dear Andrew and Lindsay:

In accordance with the Court's February 13, 2019 Minute Entry ordering the 505(b)(2) Defendants to identify "any party or third party that it reasonably expects to suggest to the jury is at fault for failing to update the applicable label(s)", Accord responds as follows:

At present, Accord is unable to identify any party or third party that it reasonably expects to suggest to the jury is at fault for failing to update the applicable label. Accord's response is based on its understanding of any parties at "fault," defined as "a breach of duty as an element of the tort of negligence." Black's Law Dictionary (11th ed. 2019). Further responding, Accord continues to engage in general and expert discovery until March 27, 2020 and, therefore, reserves the right to amend or supplement this Answer. Notwithstanding, Accord reserves the right to introduce argument and evidence concerning its compliance with applicable FDA regulations, guidance, and practice, including labeling requirements.

Please advise with any questions regarding the response provided above.

Sincerely,

TUCKER ELLIS LLP

Julie A. Callsen

JAC:esk

cc:  John Gomez (john@thegomezfirm.com)
     John Olinde (olinde@chaffe.com)
     Douglas Moore (dmoore@irwinllc.com)

**Tucker Ellis** LLP

Andrew Lemmon
February 20, 2020
Page 2

Palmer Lambert (plambert@gainsben.com)
Dawn Barrios (barrios@bkc-law.com)
Mara Cusker Gonzalez (maracusker.gonzalez@dechert.com)
Evan Holden (holdene@gtlaw.com)

4576719.1