UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| This Document Relates to: *Wanda Stewart v. Sandoz Inc.* Civil Case No. 2:17-cv-10817 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. David Madigan will come before the Court for submission on the 11th day of January, 2021 at 9:30 a.m.

Dated: November 17, 2020            Respectfully submitted,

                                                           **GREENBERG TRAURIG, LLP**

                                                           /s/ Lori G. Cohen
                                                         Lori G. Cohen
                                                         R. Clifton Merrell
                                                         Evan C. Holden
                                                         Terminus 200
                                                         3333 Piedmont Road, N.E., Suite 2500
                                                         Atlanta, Georgia 30305
                                                         (678) 553-2100
                                                         (678) 553-2386 (facsimile)
                                                         CohenL@gtlaw.com
                                                         MerrellC@gtlaw.com
                                                         HoldenE@gtlaw.com

                                                         *Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Lori G. Cohen*
Lori G. Cohen

*Error! Unknown document property name.*