UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** *Alice D. Hughes v. Accord Healthcare, Inc., Case No. 2:17-cv-11769* | |

**PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS OF KORD HONDA, M.D. AND FAITH DURDEN, M.D.**

**UNDER SEAL**