UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Alice D. Hughes v. Accord Healthcare, Inc.,
Case No. 2:17-cv-11769*

# MEMORANDUM IN SUPPORT OF
# PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS OF
# KORD HONDA, M.D. AND FAITH DURDEN, M.D.

# UNDER SEAL