**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                           **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                          **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*Alice D. Hughes v. Accord Healthcare, Inc.,*
*Case No. 2:17-cv-11769*

<u>**NOTICE OF SUBMISSION**</u>

# UNDER SEAL