UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>*Wanda Stewart v. Sandoz Inc.*<br>Civil Case No. 2:17-cv-10817 | MDL No. 2740<br><br>Section:  N(5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

### SANDOZ INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. LAURA PLUNKETT

For the reasons set forth in the accompanying Memorandum in Support, Defendant Sandoz Inc. respectfully requests leave of Court to file under seal its Motion to Exclude or Limit Opinions of Dr. Laura Plunkett, including the Memorandum in Support and Exhibits A-G.

Dated:  November 17, 2020         Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, a copy of the foregoing Sandoz Inc.'s *Ex Parte* Motion for Leave to File Under Seal its Motion to Exclude or Limit Opinions of Dr. Laura Plunkett was served on all counsel of record via email.

*/s/ Lori G. Cohen*
Lori G. Cohen

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, a copy of the foregoing Sandoz Inc.'s *Ex Parte* Motion for Leave to File Under Seal its Motion to Exclude or Limit Opinions of Dr. Laura Plunkett was served on all counsel of record via email.

*/s/ Lori G. Cohen*
Lori G. Cohen