UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section:  N(5) |
| **This Document Relates to:** *Wanda Stewart v. Sandoz Inc.* Civil Case No. 2:17-cv-10817 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

## ORDER

Considering the Motion for Leave to File Under Seal Motion to Exclude or Limit Opinions of Dr. Laura Plunkett (Rec. Doc. 11465), including the Memorandum in Support and Exhibits A-G, filed by Defendant, Sandoz Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Motion, Memorandum in Support and Exhibits A-G (Rec. Doc. 11465) UNDER SEAL.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

1