**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **Section:  N(5)** |
| **This Document Relates to:** | **JUDGE JANE TRICHE MILAZZO** |
| *Wanda Stewart v. Sandoz Inc.* | |
| **Civil Case No. 2:17-cv-10817** | **MAG. JUDGE NORTH** |

**SANDOZ INC.'S *EX PARTE* MEMORANDUM IN SUPPORT OF MOTION FOR
LEAVE TO FILE UNDER SEAL ITS
<u>MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. VESNA PETRONIC-ROSIC</u>**

Defendant Sandoz Inc. ("Sandoz") respectfully requests leave of Court to file under seal its Motion to Exclude or Limit Testimony of Dr. Vesna Petronic-Rosic. (Rec. Doc. 11470), including the Memorandum in Support and Exhibits A-Q (Rec. Doc. 11470).  Sandoz's counsel have conferred with counsel for Plaintiff who support the filing under seal of the Motion, supporting Memorandum and exhibits. Sandoz respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

See Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). The Motion, Memorandum in Support and

Exhibits A-Q all contain confidential and/or "protected information," as set forth in PTO 50. For

these reasons, each must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the

right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D.

La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL

1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the

documents at issue be sealed. See Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Therefore,

under PTO 50 and the applicable case law, the Motion, Memorandum and Exhibits A-Q should be

filed under seal.


Dated:  November 17, 2020              Respectfully submitted,

                                       **GREENBERG TRAURIG, LLP**

                                       */s/ Lori G. Cohen*
                                       Lori G. Cohen
                                       R. Clifton Merrell
                                       Evan C. Holden
                                       Terminus 200
                                       3333 Piedmont Road, N.E., Suite 2500
                                       Atlanta, Georgia 30305
                                       (678) 553-2100
                                       (678) 553-2386 (facsimile)
                                       CohenL@gtlaw.com
                                       MerrellC@gtlaw.com
                                       HoldenE@gtlaw.com

                                       *Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, a copy of the foregoing Memorandum In Support of *Ex Parte* Motion for Leave to File Under Seal Its Motion to Exclude or Limit Opinions of Dr. Vesna Petronic-Rosic was served on all counsel of record via email.


*/s/ Lori G. Cohen*
Lori G. Cohen