UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Stewart v. Sandoz Inc.*, 2:17-cv-10817

### NOTICE OF REQUEST TO FILE UNDER SEAL AND MANUAL ATTACHMENT

Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully hereby provide notice of their request to file under seal and manual attachment of the pleading listed below, pursuant to Local Rule 5.6:

1. Plaintiff's Motion to Exclude Select Opinions of Defense Expert Elgida Volpicelli, M.D.;

2. Memorandum in Support of Plaintiff's Motion to Exclude Select Opinions of Defense Expert Elgida Volpicelli, M.D.;

3. Exhibits A-C to Plaintiff's Motion to Exclude Select Opinions of Defense Expert Elgida Volpicelli, M.D.;

4. Notice of Submission

On Wednesday, November 18, 2020, undersigned counsel will hand deliver the above-referenced pleadings to the Court.

| | |
|---|---|
| Dated: November 17, 2020 | Respectfully submitted, |

| | |
|---|---|
| */s/ Christopher L. Coffin* | */s/ Karen B. Menzies* |
| Christopher L. Coffin (#27902) | Karen Barth Menzies (CA Bar #180234) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | GIBBS LAW GROUP LLP |
| 1100 Poydras Street, Suite 2505 | 6701 Center Drive West, Suite 1400 |
| New Orleans, Louisiana 70163 | Los Angeles, California 90045 |
| Phone: (504) 355-0086 | Telephone: 510-350-9700 |
| Fax: (504) 355-0089 | Facsimile: 510-350-9701 |
| ccoffin@pbclawfirm.com | kbm@classlawgroup.com |
| | |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |
| | |
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC | BARRIOS, KINGSDORF & CASTEIX, LLP |
| 2800 Energy Centre, 1100 Poydras Street | 701 Poydras Street, Suite 3650 |
| New Orleans, LA 70163-2800 | New Orleans, LA 70139 |
| Phone: 504-522-2304 | Phone: 504-524-3300 |
| Fax: 504-528-9973 | Fax: 504-524-3313 |
| plambert@gainsben.com | barrios@bkc-law.com |
| | |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews | Abby E. McClellan |
| Andrews & Thornton | Stueve Siegel Hanson LLP |
| 4701 Von Karman Ave., Suite 300 | 460 Nichols Road, Suite 200 |
| Newport Beach, CA 92660 | Kansas City, MO 64112 |
| Phone: (800) 664-1734 | Phone: (816) 714-7100 |
| aa@andrewsthornton.com | Fax: (816) 714-7101 |
| | mcclellan@stuevesiegel.com |
| | |
| J. Kyle Bachus | Karen Barth Menzies |
| Bachus & Schanker, LLC | Gibbs Law Group LLP |
| 101 W Colfax Ave, Suite 650 | 6701 Center Drive West, Suite 1400 |
| Denver, CO 80202 | Los Angeles, CA 90045 Phone: 510-350-9700 |
| Phone: (303) 222-2222 | Fax: 510-350-9701 |
| Fax: (303) 893-9900 | kbm@classlawgroup.com |
| kyle.bachus@coloradolaw.net | |

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

| | |
|---|---|
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@atkinsandmarkoff.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS