**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                           **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                          **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*Stewart v. Sandoz Inc.,* **2:17-cv-10817**

### [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Motion to

Exclude Select Opinions of Defense Expert Elgida Volpicelli, M.D. Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Motion to

Exclude Select Opinions of Defense Expert Elgida Volpicelli, M.D. UNDER SEAL in its

entirety.

New Orleans, Louisiana, this ___ of _____, 2020.


_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1