UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section:  N(5) |
| This Document Relates to: *Wanda Stewart v. Sandoz Inc.* Civil Case No. 2:17-cv-10817 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

## DEFENDANT SANDOZ INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56 and Local rule 56.1, Defendant, Sandoz Inc. ("Sandoz"), hereby moves for summary judgment on all Plaintiff Wanda Stewart's claims against it.  First, Plaintiff's claims not arising under the Louisiana Product Liability Act (Counts II through VIII of the Short Form Complaint) fail as a matter of law.  Second, all of Plaintiff's claims, including her inadequate warning claim under the LPLA, fail for lack of causation evidence.  Plaintiff failed to produce an expert to offer proof of specific medical causation supported by reliable scientific methodology.  As such, her claims all fail for want of specific causation.  Plaintiff also has not adduced proof (nor could she) that a proper warning would have changed the decision of her treating physician. To the contrary, all the admissible record evidence is that a different Sandoz warning regarding hair loss *would not and could not* have changed the prescriber's decision *or his counseling* of Plaintiff. As such, Plaintiffs inadequate warning claim under the LPLA also lacks causation under the learned intermediary doctrine.

For all these reasons, as set forth more fully in the accompanying Memorandum in Support, this Court should grant summary judgment against each of Plaintiff's claims.

1

Dated:  November 17, 2020		Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Lori G. Cohen
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2020, a copy of the foregoing Motion for Summary Judgment was served on all counsel of record via email.

                                         /s/ Lori G. Cohen
                                       Lori G. Cohen