UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Wanda Stewart v. Sandoz Inc.*<br>Civil Case No. 2:17-cv-10817 | MDL No. 2740<br><br>Section:  N(5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the Motion for Leave to File Under Seal the Motion for Summary Judgment filed by Defendant, Sandoz Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Statement of Undisputed Material Facts, Exhibits A-N, and the Memorandum in Support (Rec. Doc. 11473) UNDER SEAL.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

1