UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| This Document Relates to:<br>*Wanda Stewart v. Sandoz Inc.*<br>Civil Case No. 2:17-cv-10817 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

### DEFENDANT SANDOZ INC.'S MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS

Pursuant to Federal Rules of Civil Procedure 56 and *PLIVA, Inc. v. Mensing*, 564 U.S. 604, 620 (2011) and its progeny, Defendant, Sandoz Inc. ("Sandoz"), hereby moves for summary judgment on Plaintiff Wanda Stewart's failure-to-warn claims arising against it, based on preemption. In short, the FDA approved Sandoz' version of docetaxel through its §505(b)(2) pathway in June 2011, without requiring Sandoz to conduct new safety and efficacy studies and approved Sandoz' use of Sanofi's Taxotere warnings language in its labelling, without revision. Plaintiff cannot identify any "newly-acquired information" sufficient to show that Sandoz subsequently could have invoked FDA's changes being effected (CBE) label-change process before Plaintiff's treatment in 2014. For those reasons, as set forth more fully in the accompanying Memorandum in Support, this Court should grant Sandoz' Motion for Summary Judgment on Preemption Grounds.

Dated: November 17, 2020            Respectfully submitted,

                                                                **GREENBERG TRAURIG, LLP**

                                                                */s/ Lori G. Cohen*
                                                                Lori G. Cohen
                                                                R. Clifton Merrell
                                                                Evan C. Holden
                                                                Terminus 200

1

...

2

3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2020, a copy of the foregoing Motion for Summary Judgment on Preemption Grounds. was served on all counsel of record via email.

                                         */s/ Lori G. Cohen*
                                         Lori G. Cohen