**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **Section:  N(5)** |
| **This Document Relates to:** *Wanda Stewart v. Sandoz Inc.* **Civil Case No. 2:17-cv-10817** | **JUDGE JANE TRICHE MILAZZO** **MAG. JUDGE NORTH** |

<u>**NOTICE OF SUBMISSION**</u>

TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Defendant Sandoz Inc.'s Motion for Summary Judgment on Preemption Grounds will come before the Court for submission on the 11th day of January, 2021, at 9:30 a.m.

Dated:  November 17, 2020                    Respectfully submitted,

                                                                **GREENBERG TRAURIG, LLP**

                                                                /s/ Lori G. Cohen
                                                                Lori G. Cohen
                                                                R. Clifton Merrell
                                                                Evan C. Holden
                                                                Terminus 200
                                                                3333 Piedmont Road, N.E., Suite 2500
                                                                Atlanta, Georgia 30305
                                                                (678) 553-2100
                                                                (678) 553-2386 (facsimile)
                                                                CohenL@gtlaw.com
                                                                MerrellC@gtlaw.com
                                                                HoldenE@gtlaw.com

                                                                *Attorneys for Sandoz Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Lori G. Cohen
Lori G. Cohen