UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Stewart v. Sandoz Inc., 2:17-cv-10817*

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MOTION TO EXCLUDE SELECT OPINIONS OF DEFENSE EXPERTS EDWARD HEILMAN, M.D., NICOLE ROGERS, M.D., AND ELGIDA VOLPICELLI, M.D. UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to file Plaintiff's Motion to Exclude Select Opinions of Defense Experts Edward Heilman, M.D., Nicole Rogers, M.D., and Elgida Volpicelli, M.D. Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Plaintiff's Motion to Exclude Select Opinions of Defense Experts Edward Heilman, M.D., Nicole Rogers, M.D., and Elgida Volpicelli, M.D., the Memorandum in Support, Exhibits A-G, and the Notice of Submission UNDER SEAL.

New Orleans, Louisiana, this ___ of November, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE