UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Stewart v. Sandoz Inc.*, 2:17-cv-10817

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MOTION TO EXCLUDE SELECT OPINIONS OF DEFENSE EXPERT NICOLE ROGERS, M.D. UNDER SEAL

NOW INTO COURT, comes Plaintiff, through the Plaintiffs' Steering Committee ("PSC"), who respectfully requests leave of Court to file Plaintiff's Motion to Exclude Select Opinions of Defense Expert Nicole Rogers, M.D. under seal. For the reasons set forth in the attached Memorandum in Support, the PSC respectfully submits that, pursuant to the Stipulated Protective Order (Pretrial Order No. 50) entered in this matter, Plaintiff's Motion should be filed under seal in its entirety.

WHEREFORE, Plaintiff prays that this Motion be granted, and Plaintiff's Motion to Exclude Select Opinions of Defense Expert Nicole Rogers, M.D. be filed UNDER SEAL.

Dated: November 17, 2020                             Respectfully submitted,

/s/ Christopher L. Coffin                            /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                       Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                     GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                      6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                         Los Angeles, California 90045
Phone: (504) 355-0086                                Telephone: 510-350-9700
Fax: (504) 355-0089                                  Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                               kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                        *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                                 /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                           Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                            BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                             701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street              New Orleans, LA 70139
New Orleans, LA 70163-2800                           Phone: 504-524-3300
Phone: 504-522-2304                                  Fax: 504-524-3313
Fax: 504-528-9973                                    barrios@bkc-law.com
plambert@gainsben.com

                                                     *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews                                         Abby E. McClellan
Andrews & Thornton                                   Stueve Siegel Hanson LLP
4701 Von Karman Ave., Suite 300                      460 Nichols Road, Suite 200
Newport Beach, CA 92660                              Kansas City, MO 64112
Phone: (800) 664-1734                                Phone: (816) 714-7100
aa@andrewsthornton.com                               Fax: (816) 714-7101
                                                     mcclellan@stuevesiegel.com

J. Kyle Bachus                                       Karen Barth Menzies
Bachus & Schanker, LLC                               Gibbs Law Group LLP
101 W Colfax Ave, Suite 650                          6701 Center Drive West, Suite 1400
Denver, CO 80202                                     Los Angeles, CA 90045 Phone:
Phone: (303) 222-2222                                510-350-9700
Fax: (303) 893-9900                                  Fax: 510-350-9701
kyle.bachus@coloradolaw.net                          kbm@classlawgroup.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Dawn M. Barrios*
DAWN M. BARRIOS