UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section:  N(5) |
| This Document Relates to: *Wanda Stewart v. Sandoz Inc.* Civil Case No. 2:17-cv-10817 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

**DEFENDANT SANDOZ INC.'S REQUEST FOR ORAL ARGUMENT
ON DAUBERT AND DISPOSITIVE MOTIONS**

Defendant Sandoz Inc. ("Sandoz") respectfully requests oral argument on each of the following motions which it filed with the Court on November 17, 2020:

1. Defendant Sandoz Inc.'s Motion for Summary Judgment;

2. Defendant Sandoz Inc.'s Motion for Summary Judgment on Preemption Grounds;

3. Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. Linda Bosserman;

4. Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. Ellen Feigal;

5. Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. David Madigan;

6. Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. Vesna Petronic-Rosic;

7. Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. Laura Plunkett; and

8. Defendant Sandoz Inc.'s Motion to Exclude or Limit Opinions of Dr. David B. Ross.

Pursuant to Local Rule 78.1, this Request is filed concurrently with the filing and service of each Motion. Sandoz seeks the opportunity to address the specific factual and legal reasons why

1

each of the above motions should be granted and respectfully submits that oral argument will assist the Court.

The Motions at issue have been noticed for submission before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana. Sandoz requests that oral argument on its motions be scheduled for the hearing dates on **January 11, 12, and 13, 2021**, beginning at **9:30 AM** (CST) each day, which have previously been set by the Court for the Trial 3 oral arguments. *See* Doc. No. 11337.

Dated:  November 17, 2020              Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2020, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          */s/ Lori G. Cohen*
                                          Lori G. Cohen