UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |️
| THIS DOCUMENT RELATES TO *Hughes v. Accord Healthcare, Inc.,* No. 2:17-cv-11769 | |

**[PROPOSED] ORDER**

***EX PARTE* MOTION OF PSC FOR LEAVE TO FILE PLAINTIFF'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF DR. MAURIE MARKMAN UNDER SEAL**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to file Plaintiff's Motion to Exclude Certain Testimony of Dr. Maurie Markman Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Plaintiff's Motion to Exclude Certain Testimony of Dr. Maurie Markman, the Memorandum in Support, Exhibits A-B and the Notice of Submission UNDER SEAL.

New Orleans, Louisiana, this ___ of November, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1