# EXHIBIT A

# STATE OF NEW MEXICO
## CERTIFICATE OF DEATH

New Mexico Vital Records and Health Statistics
State of New Mexico
United States of America

No. 4352934

REV (8/13)

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | <<<Bobbi A Adams>>> |
| IF FEMALE, MAIDEN NAME | <<<Menapace>>> |
| DATE OF DEATH | April 21, 2019 |
| TIME OF DEATH | 12:50 AM ☒ PM ☐ |
| SEX | Female |
| SOCIAL SECURITY NUMBER | |
| MARITAL STATUS | Divorced |
| SURVIVING SPOUSE - If wife, maiden name | <<<>>> |
| DATE OF BIRTH | |
| BIRTH PLACE | Gallup, New Mexico |
| SERVED IN U.S. ARMED FORCES | Yes ☐ No ☒ |
| DECEDENT'S RACE | White |
| TRIBE | <<<>>> |
| HISPANIC | Yes ☐ No ☒ |
| DECEDENT'S RESIDENCE COUNTY | Bernalillo |
| DECEDENT'S RESIDENCE STATE | New Mexico |
| MOTHER'S FULL MAIDEN NAME | <<<Geraldine Lois Stewart>>> |
| FATHER'S FULL NAME | <<<Robert Enrico Menapace>>> |
| METHOD OF DISPOSITION | ☒ Cremation |
| DISPOSITION LOCATION | Sunset Memorial Park Crematory |
| FUNERAL SERVICE FACILITY | Cremation Society of NM |
| COUNTY OF DEATH | Bernalillo |
| PLACE OF DEATH | |
| TYPE OF PLACE | Decedent's Residence |
| NAME OF PERSON CERTIFYING CAUSE OF DEATH | <<</S/ Kenneth Smith MD>>> |
| MANNER OF DEATH | ☒ Natural |

CAUSE OF DEATH

PART I. Events such as diseases, injuries, or complications that directly caused the death.

a. Cardiac Arrest

b. Unclassifiable Myeloproliferative Disorder

c. <<<>>>

d. <<<>>>

PART II. Other significant conditions contributing to death.

<<<>>>

File Number: 2019-005972
File Date: May 03, 2019
Order Number: 20190501104

*Renee Valencia*, State Registrar

CERTIFIED COPY OF VITAL RECORD
This is a true and exact reproduction of all or part of the document officially registered and filed with the New Mexico Bureau of Vital Records and Health Statistics, Department of Health.

DATE ISSUED May 06, 2019



WARNING: IT IS ILLEGAL TO ALTER, COPY OR COUNTERFEIT THIS CERTIFICATE.
ADVERTENCIA: ES ILEGAL ATERAR, COPIAR O FALSIFICAR ESTE CERTIFICADO.