UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" |
| | : | JUDGE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| Bobbi Adams, 2:18-cv-10720 | : | |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, counsel for the Plaintiff and moves this Honorable Court for an order substituting Lisa Rich and Jeremy Rich on behalf of their deceased aunt, Bobbi Adams, for the following reasons:

1. On November 9, 2018, Bobbi Adams filed a complaint in the above referenced matter.

2. On April 21, 2019, Bobbi Adams passed away.

3. Plaintiff filed a Suggestion of Death on November 18, 2020. *See* Doc. No. 11482

4. Plaintiff's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Lisa Rich and Jeremy Rich were appointed as Representative of the Estate of Bobbi Adams on May 10, 2019. *See* Exhibit A, attached.

6. The decedent's niece and nephew-in-law, Lisa Rich and Jeremy Rich, are the Proper Party Plaintiffs and wish to be substituted on behalf of Bobbi Adams in this case.

Wherefore, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated this 18th Day of November 2020               Respectfully submitted,

/s/ *Jason S. Long*_____
**FEARS NACHAWATI, PLLC**
Jason S. Long, #24098012
Matthew R. McCarley, #24041426
Tarek A. Abbassi, #24096225
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
jlong@fnlawfirm.com
tabbassi@fnlawfirm.com
mccarley@fnlawfirm.com
Counsel for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Jason S. Long*