# EXHIBIT A

ENDORSED
FILED IN MY OFFICE THIS

MAY 1 0 2019
LINDA STOVER
**COUNTY CLERK**

STATE OF NEW MEXICO
IN THE PROBATE COURT
BERNALILLO COUNTY

IN THE MATTER OF THE ESTATE OF     No. **2019-0511**
**BOBBI A. ADAMS**, deceased

## LETTERS TESTAMENTARY

TO WHOM IT MAY CONCERN:

   Notice is now given that **LISA RICH AND JEREMY RICH** has been appointed to serve as the personal representatives of the estate of **BOBBI A. ADAMS** and has qualified as the decedent's personal representative by filing with the court a statement of acceptance of the duties of that office.

   The personal representative has all of the powers and authorities provided by law and specifically, by Section 45-3-715 NMSA 1978.

   Issued this 10th day of May, 2019.

**LINDA STOVER**
Clerk of the Probate Court

By: _____
Deputy Clerk

(Seal)