# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Alice D. Hughes v. Accord Healthcare, Inc.* Case No. 2:17-cv-11769 | : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

### DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS, OPPOSITION AND RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS, AND RELATED EXHIBITS UNDER SEAL

For the reasons set forth in the accompanying Memorandum in Support, Defendant Accord Healthcare, Inc. respectfully requests leave of Court to file under seal its Reply Memorandum in Support of Its Motion for Summary Judgment on Preemption Grounds, Opposition and Response to Plaintiff's Statement of Undisputed Facts, and Related Exhibits.

In support of this motion, Accord incorporates by reference its supporting memorandum of law filed in conjunction herewith.

Date: November 18, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5009
Email:          julie.callsen@tuckerellis.com
                   michael.ruttinger@tuckerellis.com
                   brenda.sweet@tuckerellis.com
*Attorneys for Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 18, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion for Leave to File Reply Memorandum in Support of Its Motion for Summary Judgment on Preemption Grounds, Opposition and Response to Plaintiff's Statement of Undisputed Facts, and Related Exhibits Under Seal* was filed with the Court via ECF and is deemed served on all counsel of record.

                                          */s/ Julie A. Callsen*
                                          Julie A. Callsen

4931271