# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Alice D. Hughes v.*<br>*Accord Healthcare, Inc.*<br>*Case No. 2:17-cv-11769* | : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH<br><br>**PROPOSED ORDER** |

Considering the foregoing *Ex Parte* Motion filed by Defendant Accord Healthcare, Inc. for Leave to File its Reply Memorandum in Support of Its Motion for Summary Judgment on Preemption Grounds, Opposition and Response to Plaintiff's Statement of Undisputed Facts, and Related Exhibits under UNDER SEAL;

IT IS ORDERED that Defendant's Motion is GRANTED, and that the Clerk of Court shall file Accord's Reply Memorandum in Support of Its Motion for Summary Judgment on Preemption Grounds, Opposition and Response to Plaintiff's Statement of Undisputed Facts, related exhibits UNDER SEAL.

_____
Hon. Jane Triche Milazzo

4931281