UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
**PAMELA R. PHILLIPS**
Civil Action No. **2:18-cv-11689**

## ORDER

Before the Court is Plaintiff's *Ex Parte* Motion to Substitute Party Plaintiff (Doc. 11379);

**IT IS ORDERED** that the Motion is **GRANTED** and that Plaintiff, Raymond G. Phillips Jr., as widower of Pamela R. Phillips, deceased, may be substituted as Plaintiff in this action.

New Orleans, Louisiana, this 16th day of November, 2020.

_____
**HON. JANE T. MILAZZO,**
**UNITED STATES DISTRICT JUDGE**