## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
*Valerie Pieper v. Sanofi US Services, Inc.*
*f/k/a Sanofi-Aventis U.S. Inc., et al*

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

**NOTICE OF PARTIAL DISMISSAL**
**WITH PREJUDICE AS TO ACTAVIS**
**LLC f/k/a ACTAVIS INC. AND**
**ACTAVIS PHARMA, INC.**

**Civil Action No.: 2:20-cv-03119**

---

Pursuant to Pretrial Order No. 15, Plaintiff dismisses with prejudice previously named defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph J of Pretrial Order No. 15 (Rec. Doc. 230). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 19th day of November, 2020

/s/Rhett A. McSweeney
David M. Langevin (#329563)
Rhett A. McSweeney (#269542)
McSweeney/Langevin LLC
2116 Second Avenue South

1

Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
Dave@westrikeback.com
ram@westrikeback.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 19, 2020                    */s/ Rhett A. McSweeney*
                                            Rhett A. McSweeney