UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>*Carter v. Accord Healthcare, Inc.* 20-567<br>*Craft v. Accord Healthcare, Inc.* 20-1053<br>*Lawton v. Hospira, Inc.* 19-12709<br>*McGinhia v. Hospira, Inc. Accord Healthcare, Inc.*, 20-562<br>*Smith v. Hospira, Inc.*, 20-1252 | HON. JANE T. MILAZZO |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully move the Court for leave to file an amended complaint in the above-listed cases. The above-listed cases all contain minor amendments to paragraphs 12 and, in some cases, 13 of the short form complaint.

In each case, consent was sought from Defendants and given in writing pursuant to Local Rule 7.6. Therefore, Plaintiffs respectfully request the Court grant their respective motions and docket the proposed amended short form complaints.

DATED this 19th day of November, 2020.

/s/ Jeffrey C. Metler_____
Jeffrey C. Metler
Utah Bar No.: 10137
MACARTHUR HEDER & METLER
4844 N 300 W, Suite 300
Provo, UT 84604
Telephone: (801) 377-1900
Facsimile: (801) 377-1901
Email: jfilings@mhmlawoffices.com

1

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

I certify that a copy of the above pleading has been sent to counsel of record for all parties via electronic filing through the CM/ECF system.

DATED this 19th day of November, 2020.

/s/Brent H. Johnson
Brent H. Johnson