**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "H" (5) JUDGE MILAZZO |
| BARBARA LAWTON | : : | MAG. JUDGE NORTH |
| _____, | : : | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | : : | Civil Action No.: ___19-12709 |
| vs. | : : | |
| HOSPIRA, INC. | : : | |
| _____, | : : | |
| Defendant(s). | : | |
| ------------------------------------------------------ | : | |

**SHORT FORM COMPLAINT (Effective as of January 4, 2019)[1]**

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.    Plaintiff:

   Barbara Lawton _____

---

[1]    This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss

of consortium):

        NA

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

        NA

4.      Current State of Residence:   Florida

5.      State in which Plaintiff(s) allege(s) injury:   Florida

6.      Defendants (check all Defendants against whom a Complaint is made):

        a.      Taxotere Brand Name Defendants

                ☐       A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

                ☐       B.      Sanofi-Aventis U.S. LLC

        b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

                ☐       A.      Sandoz Inc.

                ☐       B.      Accord Healthcare, Inc.

                ☐       C.      McKesson Corporation d/b/a McKesson Packaging

                ☐       D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

                ☒       E.      Hospira, Inc.

                ☐       F.      Sun Pharma Global FZE

                ☐       G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical
                                Laboratories Ltd.
                ☐       H.      Pfizer Inc.

                ☐       I.      Actavis LLC f/k/a Actavis Inc.

                ☐       J.      Actavis Pharma, Inc.

☐   K.   Other:

7.   Basis for Jurisdiction:

☒   Diversity of Citizenship

☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.   Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court – Middle District of Florida, Tampa Division

9.   Brand Product(s) used by Plaintiff (check applicable):

☐   A.   Taxotere

☐   B.   Docefrez

☒   C.   Docetaxel Injection

☐   D.   Docetaxel Injection Concentrate

☐   E.   Unknown

☐   F.   Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> September 26, 2013 – December 10, 2013

11.     State in which Product(s) identified in question 9 was/were administered:

> Florida

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent/Persistent Hair loss on the scalp, thinning on total scalp, change in thickness and color of hair, permanent loss of eyebrows, eyelashes, body hair, genital hair, nasal hair and arms, legs and underarms. Plaintiff was advised to see a dermatologist by her physician Dr. Christopher George. Plaintiff did see Dr. David Allyn, a dermatologist, who diagnosed and began treating her permanent hair loss in 2018.

13.     Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability - Failure to Warn
☒ Count III – Negligence
☒ Count IV – Negligent Misrepresentation
☒ Count V – Fraudulent Misrepresentation
☒ Count VI – Fraudulent Concealment
☒ Count VII – Fraud and Deceit

☐   Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

In Florida, An action for products liability under s. 95.11(3) must be begun within the period prescribed in this chapter, with the period running from the date that the facts giving rise to the cause of action were discovered, or should have been discovered with the exercise of due diligence

14.   Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

/s/ Jeffrey C. Metler_____
Jeffrey C. Metler
Utah Bar No.:  10137
MACARTHUR HEDER & METLER
4844 N 300 W, Suite 300
Provo, UT 84604
Telephone: (801) 377-1900
Facsimile: (801) 377-1901
Email: jfilings@mhmlawoffices.com