## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | MDL No. 16-2740 |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| **This document relates to:** | ) | |
| Elizabeth Kahn, Case No. 2:16-cv-17039 | ) | |
| Alice Hughes, Case No. 2:17-cv-11769 | ) | |

## ORDER

Before the Court are several Motions to Seal (Docs. 11416, 11419, 11420, 11421, 11422, 11423, and 11425). The Motions cite Pretrial Order No. 50 and aver that the documents at issue contain confidential and/or protected information. Accordingly;

**IT IS ORDERED** that the Motions are **GRANTED**, and the Clerk's office is instructed to file the documents at issue under seal.


New Orleans, Louisiana, this 16th day of November, 2020.


_____

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**