# EXHIBIT A

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE EASTERN DISTRICT OF LOUISIANA
 3                      - - -
 4
         IN RE:  TAXOTERE          :   MDL NO. 2740
 5       (DOCETAXEL) PRODUCTS      :   SECTION: "H"
         LIABILITY LITIGATION      :
 6                                 :   JUDGE MILAZZO
         THIS DOCUMENT RELATES     :   MAG. JUDGE NORTH
 7       TO:                       :
                                   :
 8       ALL CASES                 :
 9                      - - -
10                October 20, 2020
11                      - - -
12
13              Videotaped remote deposition
         of DR. AZAEL FREITES-MARTINEZ, taken
14       pursuant to notice, was held via Zoom
         Videoconference at 12:38 p.m., Western
15       European Time, on the above date, before
         Michelle L. Gray, a Registered
16       Professional Reporter, Certified
         Shorthand Reporter, Certified Realtime
17       Reporter, and Notary Public.
18
                        - - -
19
20           GOLKOW LITIGATION SERVICES
          877.370.3377 ph │ 917.591.5672 fax
21                deps@golkow.com
22
23
24
```

Dr. Azael Freites-Martinez

1   unit at the Hospital Ruber Juan Bravo, or
2   Juan Bravo Hospital, in Madrid, where I
3   take care of cancer patients about their
4   adverse events on the cancer therapy,
5   especially on hair problems in cancer
6   patients.
7               And I also --
8         Q.    And --
9         A.    -- work -- sometimes I
10  work in the Canary Islands too as a
11  dermatologist, and I also receive
12  referrals from different doctors about
13  the same topic, from dermatologists.
14        Q.    Okay.  That's very good.
15              How much time do you
16  spend -- on an average month, do you
17  spend in the Canary Islands versus
18  Madrid?
19        A.    It would be easier if we go
20  through percentages.  But it might be 60
21  and 40 percent.
22        Q.    60 in the Canary Islands, 40
23  in --
24        A.    In Madrid, yes.

```
 1   correct?
 2         A.    Correct.
 3         Q.    And particularly, the two
 4   CMEs that were done through the -- was it
 5   the American Association of Dermatology?
 6         A.    American Academy of
 7   Dermatology.
 8         Q.    Okay.  American Academy of
 9   Dermatology, and the JAMA Dermatology
10   publication that you co-authored with
11   Dr. Lacouture -- and coincidentally also
12   Dr. Shapiro, correct?
13         A.    Yes.
14         Q.    Okay.  Now, the CMEs, the
15   two CMEs through the AAD and the JAMA
16   Dermatology publication that you
17   co-authored with Dr. Lacouture and
18   Dr. Shapiro were funded by research
19   grants that were -- that were awarded to
20   Dr. Lacouture and his group at Sloan
21   Kettering, correct?
22         A.    Correct.
23         Q.    And that's why he is listed
24   as the last author, because he is the
```

Dr. Azael Freites-Martinez

1  at that, and I was paid for that as a
2  medical student teaching older students
3  about the specific field, which was
4  histology, which helped me to understand
5  better dermatology also nowadays.
6           And then I did it for, I
7  don't remember, one to two years.  And
8  then I started to be -- this new position
9  as a professor here in Madrid.
10       Q.    Okay.  But is this -- is
11 this position at the University of Europe
12 the first time that you have actually
13 held the position of associate professor
14 of medicine at a university where people
15 would take courses where you are listed
16 as the teaching professor?
17       A.    Yes.
18       Q.    Okay.  Now, are you employed
19 full-time by the Juan Bravo clinic?
20       A.    I'm sorry.  I didn't hear
21 that.  It was cut.
22       Q.    Yeah.  Your position at the
23 Juan Bravo clinic, is that a paid
24 position?

 1    A.    Yes.
 2    Q.    Is it a full-time position?
 3    A.    No.
 4    Q.    Okay.  How much time do you
 5  devote a month to clinic at the Juan
 6  Bravo clinic?
 7    A.    Again, I go there, and I do
 8  intensive base -- like, intensive
 9  journeys.  And I go to Spain let's say
10  maybe three -- two to three full days,
11  from 8:30 to 8:00 p.m. every -- for
12  15 days, so twice a month.
13          So I condense everything
14  twice a month into two parts.  Yes.
15    Q.    Okay.  So about five days a
16  month, you said?
17    A.    Yeah, I run that.  It's 8:30
18  to 8:00 p.m.
19    Q.    Okay.  Are you employed
20  there in the dermatology department?
21    A.    Yes.
22    Q.    Okay.  Do you have a
23  business card that lists your position at
24  the Ruber Juan Bravo clinic?

```
 1          A.    -- not most of them.  Few of
 2   them.  Let's say --
 3          Q.    Let me --
 4          A.    -- less than ten.
 5          Q.    I'm sorry.  Sorry about
 6   that.  No, go ahead.  I interrupted you.
 7   And I'm sorry, Doctor.  I wanted to let
 8   you finish.  I apologize.
 9          A.    I'm sorry.  I'm finished.
10          Q.    Okay.  What is the division
11   of your time, in the 40 percent of your
12   time that you spend in Madrid, what
13   amount of your time is spent at Ruber
14   Juan Bravo in the clinical practice
15   versus your teaching responsibilities at
16   University of Europe?
17          A.    The teaching responsibility
18   would be around 10 percent and 90 percent
19   as a clinician.
20          Q.    Okay.  And that's --
21          A.    Well --
22          Q.    -- for all the time that you
23   spend in Madrid?
24          A.    I'm not including the part
```

1             Okay.  Now let me share my
2    screen with you.  Okay.
3             This is your LinkedIn --
4    Exhibit 9 is your LinkedIn page, correct?
5        A.   Yes, it looks like it is.
6        Q.   Okay.  And, Doctor, I have
7    to say that the longer I practice law,
8    the experts and the doctors I get to
9    depose seem to get younger and younger.
10            Can you tell me how old you
11   are?
12       A.   I'm 34.
13       Q.   Okay.  And you finished
14   medical school and your residency
15   training at age 30, correct?
16       A.   Yes.
17       Q.   Okay.  And so at age 30 was
18   when you could first step out on your
19   own, and if you decided to, create the
20   Freites-Martinez clinic for
21   oncodermatology, if you so desired,
22   right?
23       A.   Well, after I moved to New
24   York and I had my experience there, my

1    fellowship for two years just focusing,
2    this recent, and after seeing
3    basically -- you know, when you work in
4    that center, at MSK, when you see more
5    than 2,000 new breast cancer patients per
6    year, and you have so many cases, you
7    have a very rich experience on the topic.
8              So then, you know, you grew
9    up with this, and you have a new seed
10   coming up that wasn't there but was
11   growing and growing during time.  So yes.
12             MR. MICELI:  Okay.  Michelle
13        can you please re-read that last
14        question.
15             (Whereupon, the court
16        reporter read back the requested
17        portion of testimony.)
18             THE WITNESS:  Well, I --
19   BY MR. MICELI:
20        Q.    Hold on -- I didn't --
21   Doctor, there's no question --
22        A.    I'm sorry.
23        Q.    -- on the table.  There's no
24   question on the table.

1       A.    Okay.  I'm sorry.

2       Q.    My question to you was, that
3   question that Michelle just re-read for
4   us didn't ask for anything about how many
5   cancer patients or breast cancer patients
6   are treated at Memorial Sloan Kettering,
7   did it?

8             MR. SEARS:  Objection.
9       Form.

10            THE WITNESS:  I'm telling
11      you -- I'm telling you what
12      happened.  It's why I am thinking
13      about having my oncodermatology
14      clinic after this.

15  BY MR. MICELI:

16      Q.    Right.

17      A.    And especially because of
18  that experience.  So I think that's why I
19  answered that, just basically to tell you
20  about my experience there after so many
21  years -- after two years with so many
22  patients, with different -- dealing
23  especially with breast cancer patients,
24  take me to think about this, about

Dr. Azael Freites-Martinez

1    opening an oncodermatology clinic too.
2              Not following in my name.
3    Though I don't want to put my name in the
4    oncodermatology clinic.
5         Q.   Okay.  Well, my question is,
6    that's why I started out this session
7    with the question about wanting to have a
8    practice, a subspecialty practice like
9    Dr. Lacouture.
10             I think it's very clear from
11   your testimony, that you desire to have a
12   subspecialty clinic where you treat only
13   oncodermatology patients.  Is that a fair
14   statement?
15        A.   I'm following that, yes.
16   But I also want to keep doing dermatology
17   too.
18        Q.   Okay.  All right.  But my
19   question simply was, that at the age of
20   30 was the first time, if you so desired,
21   that you could have started your own
22   practice of any type, correct, because
23   that's when you were licensed?
24        A.   Oh, I get it.  I'm sorry,

1   no.  I mean any type of -- any -- I'm
2   thinking of having my practice since I
3   was -- since I was in medical school.
4   Yeah, I do have to --
5          Q.   I understand that.  My
6   question is, you couldn't -- you couldn't
7   have -- and I asked you this earlier.
8   After two years of residency, you could
9   not have gone out and started your own
10  dermatology practice, could you?
11         A.   What do you mean with two
12  year of residency?  We're talking about
13  four years of dermatological residency.
14         Q.   Well, that's what I'm
15  saying.  You could not have said to the
16  people who were training you in your
17  four-year residency program that you just
18  wanted to stop after two and go open up a
19  clinic.  You could not have done that,
20  correct?
21         A.   Because the law would not
22  allow you to do that.
23         Q.   Exactly.
24         A.   The law.

1    Q.   The laws would only allow
2  you to do that after you completed your
3  four years of residency, correct?
4    A.   Yes.
5    Q.   Okay.  So that meant that at
6  the age of 30 was the first time the laws
7  would have allowed you to go out and
8  start your own dermatology clinic,
9  correct?
10    A.   As a dermatologist, yes.
11    Q.   Okay.  And then you spent,
12  since then, it's been four years, since
13  you've -- four years plus some, that you
14  have turned -- since you turned 30,
15  correct?
16    A.   Yes.
17    Q.   Okay.  Two of those years
18  you spent in a research fellowship in
19  America with -- at Memorial Sloan
20  Kettering learning what you did, and I'm
21  not trying to go there again.  You spent
22  two years in New York City at Memorial
23  Sloan Kettering receiving some training
24  as a research fellow and not practicing

1  fellowship, you moved to the Canary
2  Islands and you've been there -- you said
3  in your CV you started there, when, 2018,
4  correct?
5         A.   Correct.
6         Q.   Okay.  And now we are in
7  2020.  So you spent two years and some
8  months in the practice of dermatology in
9  the Canary Islands.  And since January
10  you've added a portion of your time
11  practicing in Madrid, Spain, correct?
12         A.   Correct.
13         Q.   Okay.  So as far as being a
14  licensed practicing dermatologist,
15  legally allowed to practice in a private
16  practice setting on your own, you have
17  been a practicing dermatologist since
18  June of 2018, right?
19         A.   Yes.  In oncodermatology
20  too.
21         Q.   Okay.  And you have a
22  subspecialty and interest in
23  oncodermatology, right?
24         A.   Because I did my fellowship

```
 1    in that.
 2         Q.   Right.  Your clinical
 3    research fellowship with Dr. Mario
 4    Lacouture?
 5         A.   Correct.
 6         Q.   Okay.  Now -- all right.
 7    Now, we're going to go to -- let's see --
 8    Exhibit 3, your report.
 9              If you would like to, go
10    with me to Page 9.  Are you there with
11    me, Doctor?
12         A.   Yes.
13         Q.   Okay.  Do you have your
14    report in hard copy in front of you?
15         A.   Yes.  But I would like to
16    see it on the screen too, just to follow
17    you faster maybe.
18         Q.   Okay.  All right.  We can do
19    that.  All righty.  Page 9.  I want to
20    talk about this sentence right here.
21         A.   Yes.
22         Q.   You see that, Doctor?
23         A.   Yes.
24         Q.   Okay.  You say that you have
```

Dr. Azael Freites-Martinez

1        A.    Correct.
2        Q.    Okay.  Now, for that time
3  period, that eight-year time period your
4  involvement, or your ability to even be
5  involved in that multi-center cohort
6  analysis was from June of 2006 to July of
7  2017, because you weren't -- you were not
8  at Sloan Kettering and involved in your
9  research fellowship from 2009 to June of
10 2016, right?
11       A.    Right.
12       Q.    Okay.  And then when you
13 say -- up top there, when you say you
14 have recently published the largest
15 dermatology-driven blinded retrospective
16 analysis, you don't mean that you did
17 everything.  You had a number of
18 individuals, including Dr. Lacouture and
19 Dr. Shapiro, who were involved in both of
20 the CMEs that preceded this out of that
21 cohort, and were involved in the
22 publication and writing of this article,
23 right?
24       A.    Yes.  When I say I, because

1  specifications in the preliminary case
2  reports and case series on doses,
3  combinations, cycles of chemotherapy
4  given, and if the cases reported also
5  received endocrine therapies in the
6  adjuvant and neoadjuvant setting."
7           And again, all I want to do
8  here is just confirm with you, you don't
9  point out which literature you're
10 referring to, or what creates the lack of
11 a consistent description, correct?
12      A.   Correct.
13      Q.   Right.  I'm going to keep
14 flipping through because there's a
15 number -- you're going to see a theme
16 here, I think, Doctor with some of where
17 I'm going.
18           But in the first full
19 paragraph on Page 9, which is this one
20 here.  We talked about it a little bit
21 already.  This is referring to your JAMA
22 quality of life publication, correct?
23      A.   Yes.  2019.
24      Q.   Okay.  Right.  Now, you

1   mentioned in this paragraph that you were
2   -- that this was a blinded retrospective
3   analysis on persistent alopecia following
4   chemotherapy with or without endocrine
5   therapy, correct?
6           A.   Where are you reading that?
7   I'm sorry.  I'm lost.
8           Q.   Blinded retrospective
9   analysis --
10          A.   Okay.
11          Q.   There you go.  That's where
12  I was referring to.
13          A.   Yes.
14          Q.   And the blinded portion of
15  this was the fact that you were the one
16  person that looked at photographs of the
17  alopecia and characterized the severity,
18  and you looked at the photographs blinded
19  to assess response to treatment with
20  topical minoxidil and oral
21  spironolactone, correct?
22          A.   Correct.
23          Q.   Right.  And now, did you
24  collect all of the information and the

```
 1    data, or was that done by staff with
 2    Dr. Lacouture's office or with other
 3    members of your authorship of this
 4    article?
 5         A.   It was done from one of the
 6    medical students.
 7         Q.   So medical students gathered
 8    these -- the data from the medical files
 9    upon which the retrospective analysis was
10    conducted, correct?
11         A.   No, the pictures.  I thought
12    you were asking about the pictures.
13         Q.   Okay.  The pictures.
14         A.   Yes.
15         Q.   Who compiled the medical
16    charts from which the retrospective
17    analysis was performed?
18         A.   I did.  Also with the help
19    of --
20         Q.   You did?
21         A.   Yes.  Also with the help of
22    the medical students.  Yes.
23         Q.   Okay.  So you and a team of
24    medical students pulled files to populate
```

1   the cohort that was used to conduct this
2   retrospective analysis, correct?
3           A.    Correct.
4           Q.    Okay.  And when you did
5   that, you were pulling files on
6   individuals who had received cytotoxic
7   chemotherapies or endocrine therapies --
8   and/or endocrine therapies, and who were
9   diagnosed with the condition of pCIA or
10  EIAC, correct?
11          A.    No.  We were pulling out
12  patients with the diagnosis of alopecia.
13  And then you have to clear every data.
14          Q.    You have to what every data?
15          A.    You have to clear up --
16          Q.    Okay.
17          A.    -- because you have
18  patients, for example, with androgenetic
19  alopecia before these drugs, and they
20  have to be excluded.  We wanted to be
21  clear as much as possible.
22          Q.    Okay.  What you did not pull
23  in your review of files was, for any of
24  the -- let me back up.