# EXHIBIT B

Case 2:16-md-02740-JTM-MBN Document 11497-2 Filed 11/20/20 Page 2 of 6

JAMA Dermatology | Brief Report

# Assessment of Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia

Azael Freites-Martinez, MD; Donald Chan, EdM; Vincent Sibaud, MD; Jerry Shapiro, MD; Gabriella Fabbrocini, MD; Antonella Tosti, MD; Juhee Cho, PhD; Shari Goldfarb, MD; Shanu Modi, MD; Devika Gajria, MD; Larry Norton, MD; Ralf Paus, MD, FRSB; Tessa Cigler, MD; Mario E. Lacouture, MD

**IMPORTANCE** Persistent alopecia occurs in a subset of patients undergoing chemotherapy, yet the quality of life (QOL) of these patients and their response to therapy have not been described in a large patient cohort.

**OBJECTIVE** To characterize the clinical presentation of patients with persistent chemotherapy-induced alopecia (pCIA) or endocrine therapy–induced alopecia after chemotherapy (EIAC) and their QOL and treatment outcomes.

**DESIGN, SETTING, AND PARTICIPANTS** A retrospective multicenter cohort of 192 women with cancer treated with cytotoxic agents who received a clinical diagnosis of persistent alopecia (98 with pCIA and 94 with EIAC) between January 1, 2009, and July 31, 2017, was analyzed. All patients were from the dermatology service in 2 comprehensive cancer centers and 1 tertiary-care hospital. Data on demographics, chemotherapy regimens, severity, clinical patterns, and response to hair-growth promoting agents were assessed. Data from the Hairdex questionnaire were used to assess the QOL of patients with alopecia.

**MAIN OUTCOMES AND MEASURES** The clinical presentation, response to dermatologic therapy, and QOL of patients with pCIA were assessed and compared with those of patients with EIAC.

**RESULTS** A total of 98 women with pCIA (median age, 56.5 years [range, 18-83 years]) and 94 women with EIAC (median age, 56 years [range, 29-84 years]) were included. The most common agents associated with pCIA were taxanes for 80 patients (82%); the most common agents associated with EIAC were aromatase inhibitors for 58 patients (62%). Diffuse alopecia was predominant in patients with pCIA compared with patients with EIAC (31 of 75 [41%] vs 23 of 92 [25%]; $P$ = .04), with greater severity (Common Terminology Criteria for Adverse Events, version 4.0, grade 2) among patients with pCIA (29 of 75 [39%] vs 12 of 92 [13%]; $P$ < .001). A negative emotional effect was reported by both groups. After treatment with topical minoxidil or spironolactone, moderate to significant improvement was observed for 36 of 54 patients with pCIA (67%) and for 32 of 42 patients with EIAC (76%).

**CONCLUSIONS AND RELEVANCE** Persistent chemotherapy-induced alopecia is frequently more severe and diffuse when compared with EIAC, and both groups of patients experienced a negative effect. A modest benefit was observed with dermatologic therapy. Additional studies are warranted to develop effective strategies for prevention and effective therapy for pCIA and EIAC.

+ Supplemental content

*JAMA Dermatol*. 2019;155(6):724-728. doi:10.1001/jamadermatol.2018.5071
Published online March 6, 2019. Corrected on April 10, 2019.

**Author Affiliations:** Author affiliations are listed at the end of this article.

**Corresponding Author:** Mario E. Lacouture, MD, Dermatology Service, Department of Medicine, Memorial Sloan Kettering Cancer Center, 16 E 60th St, 60th Street Outpatient Center, Ste 407, Room 4312, New York, NY 10022 (lacoutum@mskcc.org).

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of California - Davis User on 03/25/2020

Incomplete hair regrowth 6 months after completion of chemotherapy has been described as persistent chemotherapy-induced alopecia (pCIA)[1] and has been reported for 30% of patients with breast cancer treated with taxane-based chemotherapy[2] and for 14% of patients with childhood cancer treated with busulfan and thiotepa-containing regimens.[3] Furthermore, up to 25% of patients with breast cancer receiving adjuvant endocrine therapy may develop endocrine therapy-induced alopecia.[4]

Data on pCIA have been limited, hindering the identification of risk factors and preventive and therapeutic strategies.[5,6] This study assesses and compares the quality of life and treatment outcomes of patients with pCIA and patients with endocrine therapy-induced alopecia after chemotherapy (EIAC).

## Methods

This was an 8-year retrospective, multicenter cohort study conducted between January 1, 2009, and July 31, 2017. Patients were included from 2 comprehensive cancer centers (Memorial Sloan Kettering Cancer Center, New York, New York, and Institut Universitaire du Cancer, Toulouse, France) and the dermatology service of the University Federico II, Naples, Italy. Relevant clinical data were reviewed, including history of alopecia and hair regrowth after chemotherapy. Patients were eligible if they received only systemic cytotoxic chemotherapy with a clinical diagnosis of pCIA or received chemotherapy followed by endocrine therapies but the alopecia was associated with the endocrine therapy (EIAC) (**Figure**). This study was approved by the institutional review board of Memorial Sloan Kettering Cancer Center, Institut Universitaire du Cancer, and University Federico II. Written informed consent was obtained from each participant who answered the Hairdex questionnaire.

### Alopecia Grading and Pattern
Standardized photographs of the scalp were reviewed in a blinded fashion by one of us (A.F.-M.). The pattern and the severity score of the alopecia were obtained using the basic and specific classification system[7] and the Common Terminology Criteria for Adverse Events, version 4.0 (CTCAE v4.0).[8]

### Trichoscopy
Standardized trichoscopy images were obtained with the Folliscope 2.8 (LeadM Corp) on the midscalp. The total hair diameter and hair density per square centimeter were assessed.

### Quality of Life
An alopecia-specific quality of life (QOL) tool (Hairdex questionnaire) was used to assess the QOL of the patients with alopecia, adapted and translated to English from the original German.[9] Scores ranged from 0 to 100, with higher scores indicating a lower QOL.

### Response to Therapy
Effectiveness of dermatologic therapy was measured by a single-blinded investigator (A.F.-M.), through standardized

**Key Points**

**Question** What is the quality of life of patients with persistent alopecia after chemotherapy, and what is their response to dermatologic therapy?

**Findings** In this cohort study, patients with persistent chemotherapy-induced alopecia showed a predominantly diffuse and more severe alopecia than did patients with endocrine therapy-induced alopecia that developed after completion of chemotherapy, although a negative emotional effect was found in both groups. After treatment with topical minoxidil as a single agent or in combination with oral spironolactone, mild to moderate improvement was observed in both groups.

**Meaning** It is important to consider the clinical features and the time to development of alopecia to minimize nonadherence to adjuvant therapies.



Figure. Flow Diagram for Patient Inclusion and Case Definition

385 Potential patients with alopecia after cytotoxic chemotherapy treated in the United States, Italy, and France (January 1, 2009, to July 31, 2017)

193 Excluded
  82 Chemotherapy-induced alopecia
  40 Other potential causes of alopecia (androgenetic, thyroid-related, telogen effluvium, targeted therapy, immunotherapy, and graft-versus-host disease)
  35 Missing data
  19 Previous scalp radiotherapy
  17 Combined association of cytotoxic chemotherapy and endocrine therapy (pCIA+EIA)

192 Included

98 With pCIA; patients treated with only cytotoxic chemotherapy regimens; incomplete hair regrowth 6 mo after last chemotherapy cycle
94 With EIAC; patients previously treated with cytotoxic chemotherapy, with complete hair regrowth after chemotherapy confirmed by physician; association with endocrine therapy: chronology of events and clinical confirmation of alopecia by physician

EIA indicates endocrine therapy-induced alopecia; EIAC, endocrine therapy-induced alopecia after chemotherapy, and pCIA, persistent chemotherapy-induced alopecia.

photographs of the scalp obtained at baseline and at 3 to 6 months of therapy. Response to therapy was assessed using the following 4-point scale: worsening, stabilization, moderate improvement, or significant improvement.[10]

### Statistical Analysis
Descriptive statistics were used for the clinical features and QOL. Univariate regression tests were performed for all variables, and multivariate logistic regression was performed for statistically significant variables, for patients with pCIA or EIAC. All $P$ values were from 2-sided tests and results were deemed statistically significant at $P < .05$.

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of California - Davis User  on 03/25/2020

Case 2:16-md-02740-JTM-MBN   Document 11497-2   Filed 11/20/20   Page 4 of 6

Table. Baseline Characteristics of Female Patients With Cancer With Alopecia After Cytotoxic Chemotherapy

| Baseline Characteristic | pCIA (n = 98) | EIAC (n = 94) | P Value[a] |
|---|---|---|---|
| Age, median (range), y | 56.5 (18-83) | 56 (29-84) | .90 |
| Race/ethnicity, No. (%) | | | |
| White | 73 (75) | 70 (75) | >.99 |
| Other | 25 (26) | 24 (26) | |
| Primary cancer diagnosis, No. (%) | | | |
| Breast | 79 (81) | 89 (95) | |
| Hematologic | 6 (6) | | |
| Ovarian | 2 (2) | 3 (3) | .002 |
| Other (central nervous system, solid, genitourinary, gastrointestinal, or respiratory tract) | 11 (11) | 2 (2) | |
| Therapies, No. (%)[b] | | | |
| Taxane-based chemotherapy | Taxanes, 80 (82) Paclitaxel, 47/80 (59) Docetaxel, 31/80 (39) Combination, 2/80 (2) | Aromatase inhibitors, 58 (62) Letrozole, 32/58 (55) Anastrozole, 21/58 (36) Exemestane, 5/58 (9) | NA |
| Cyclophosphamide, methotrexate, and fluorouracil | 13 (13) | SERM, 27 (29) Tamoxifen, 26/27 (96) Toremifene, 1/27 (4) | NA |
| Other (busulfan, vincristine, carboplatin, lomustine, and doxorubicin) | 5 (5) | Other (leuprolide, fulvestrant), 9 (10) | NA |
| Time with alopecia after chemotherapy completion (pCIA) and after initiation of endocrine therapy (EIAC), median (range), y | 2.0 (0.5-27.3) | 1.0 (0.1-5.3) | |
| Clinical characteristics, No. (%) | | | |
| Patients | 75 (77) | 92 (98) | |
| Pattern alopecia (androgenetic alopecia-like pattern) | 44/75 (59) | 69/92 (75) | .04 |
| Diffuse alopecia | 31/75 (41) | 23/92 (25) | |
| Alopecia severity by CTCAE v4.0, No. (%)[c] | | | |
| Grade 1 | 46/75 (61) | 80/92 (87) | <.001 |
| Grade 2 | 29/75 (39) | 12/92 (13) | |
| Eyebrow or eyelashes alopecia, No. (%) | 28/75 (37) | 26/92 (28) | .25 |
| Trichoscopy characteristics | | | |
| Patients, No. (%) | 45 (46) | 62 (66) | |
| Hair thickness, mean (SD), μm | 62 (13) | 68 (13) | .02 |
| Hair density, mean (SD), per cm² | 104 (48) | 116 (35) | .14 |
| Hair shafts per follicular unit, mean (SD), No. | 1.3 (0.3) | 1.5 (0.3) | <.001 |

Abbreviations: CTCAE v4.0, Common Terminology Criteria for Adverse Events, version 4.0; EIAC, endocrine therapy–induced alopecia after chemotherapy; NA, not applicable; pCIA, persistent chemotherapy-induced alopecia; SERM, selective estrogen receptor modulators.

[a] Comparisons of pCIA and EIAC were performed using $t$ test and Fisher exact test.

[b] Patients with EIAC had full hair regrowth after cytotoxic chemotherapy.

[c] Grade 1 is hair loss of less than 50% of normal for that individual and is not obvious from a distance but only on close inspection; it does not require camouflage. Grade 2 is hair loss of 50% or more of normal for that individual and is readily apparent to others; camouflage is necessary if the patient desires, and it is associated with negative psychosocial effects.

## Results

The demographic and baseline characteristics of 98 female patients with pCIA and 94 female patients with EIAC (**Table**) revealed that the most common underlying oncologic diagnosis in both groups was breast cancer (79 patients with pCIA [81%]; 89 patients with EIAC [95%]). The most common agent associated with pCIA was taxane-based chemotherapy (80 patients [82%]), whereas aromatase inhibitors were the most common agents associated with EIAC (58 patients [62%]).

Diffuse alopecia was more frequent among patients with pCIA than among patients with EIAC (31 of 75 [41%] vs 23 of 92 [25%]; $P$ = .04), with greater severity (CTCAE v4.0 grade 2) among patients with pCIA than among patients with EIAC (29 of 75 [39%] vs 12 of 92 [13%]; $P$ < .001). Trichoscopy revealed that patients with pCIA had fewer hair shafts per follicular unit than those with EIAC (mean [SD] number, 1.3 [0.3] vs 1.5 [0.3]; $P$ < .001), thinner hairs when compared with those with EIAC (mean [SD], 62 [13 μm] vs 68 [13 μm]; $P$ = .02), and a lower hair density per centimeters squared than 22 healthy female patients with androgenetic alopecia (104 vs 127; $P$ = .04).[11]

Data on QOL were available for 41 of 98 patients with pCIA (42%) and for 58 of 92 patients with EIAC (63%). Multivariate analysis showed a negative emotional effect in both groups (Hairdex score: patients with pCIA, 48; and patients with EIAC, 45; $P$ = .008), and for patients with pCIA with greater severity of alopecia (57 with grade 2 vs 40 with grade 1; $P$ < .001) (eFigure in the Supplement).

A total of 54 patients with pCIA (55%) were treated with topical minoxidil, 5% (45 patients received only minoxidil and 9 patients received minoxidil and oral spironolactone). In the pCIA group, 36 patients (67%) showed a moderate to significant improvement, and for 18 patients (33%), the alopecia was stable or progressed. A total of 42 patients with EIAC (45%) were treated with topical minoxidil, 5% (37 patients received only

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of California - Davis User  on 03/25/2020

minoxidil and 5 patients received minoxidil and oral spironolactone), with an overall moderate to significant improvement for 32 patients (76%). No statistically significant differences were found between the pCIA and EIAC groups for dermatologic therapy outcomes (P = .50). No differences in outcomes were found between treatment with minoxidil and treatment with spironolactone in the pCIA group or the EIAC group.

## Discussion

Cytotoxic chemotherapies may induce persistent damage or even depletion of the epithelial hair follicle stem cells required for regeneration of the hair follicle.[12] This damage may explain the significantly predominantly diffuse alopecia observed among patients with pCIA (31 of 75 [41%]), with a greater severity (CTCAE G2) (29 of 75 [39%]), fewer mean (SD) hair shafts per follicular unit (1.3 [0.3]), and thinner hair (65 [13] μm) compared with patients with EIAC. This study suggests that both pCIA and EIAC are clinically different. Hence, it is important to consider the clinical features and the chronology of events to minimize nonadherence to adjuvant therapies. In addition to the scalp, eyebrow and eyelash alopecia were also present among 37% of patients with pCIA, which may also have contributed to a negative psychosocial effect, as demonstrated in QOL analyses.[13]

Scalp cooling has been shown to prevent severe alopecia among 51% of patients with breast cancer undergoing adjuvant chemotherapy regimens[14]; however, robust data on prevention of pCIA have not been reported, to our knowledge. We found an overall moderate to significant clinical improvement in 36 of 54 patients with pCIA (67%) who were treated with topical minoxidil, 5%, and/or oral spironolactone. This outcome is lower than that seen among patients with EIAC who were treated with topical minoxidil, 5%, and/or oral spironolactone (76%) and lower than the improvement seen in chemotherapy-naive patients with breast cancer with endocrine therapy–induced alopecia who were treated with topical minoxidil, 5% (80%).[4] Although the combination of minoxidil and spironolactone seems to be a promising therapy, further research is needed. However, spironolactone should be used with caution because of the hypothetical risk of hormonal stimulation of endocrine receptor-positive tumors, a concern that has not been substantiated.[15]

Multivariate analysis showed a negative emotional effect in both groups compared with other domains such as symptoms and functioning. Our results are consistent with a previous report of endocrine therapy–induced alopecia, in which patients were also more emotionally affected (42 of 100).[4] The emotional distress found in this cohort study suggests that even patients with a clinically low severity grade of alopecia may experience negative emotional effects owing to their persistent alopecia.

### Limitations

Larger prospective studies are needed to identify the incidence, risk factors, and severity of pCIA and EIAC compared with baseline, all of which are part of an ongoing study (NCT02530177). Referrals were predominantly for women likely because of their greater awareness of persistent postchemotherapy alopecia. However, sex was not an exclusion criterion. Controlled studies are also needed to identify more effective therapies for pCIA and EIAC.

## Conclusions

The predominantly diffuse alopecia found among patients with pCIA was associated with a lower QOL. In addition, although patients with pCIA and EIAC may benefit from therapies for androgenetic alopecia, a better understanding of the pathobiology of pCIA and EIAC is critical to the development of rational therapies. These findings may contribute to effective pretherapy counseling and the development of studies to identify preventive and therapeutic methods for persistent alopecia after chemotherapy and in the adjuvant setting.

ARTICLE INFORMATION

**Accepted for Publication:** November 12, 2018.

**Published Online:** March 6, 2019.
doi:10.1001/jamadermatol.2018.5071

**Correction:** This article was corrected on April 10, 2019, to add a conflict of interest disclosure that had been reported by Dr Tosti prior to publication but was inadvertently omitted from the published article.

**Author Affiliations:** Dermatology Service, Department of Medicine, Memorial Sloan Kettering Cancer Center, New York, New York (Freites-Martinez, Chan, Lacouture); Dermatology Service, Hospital Vithas Santa Catalina, Gran Canaria, Canary Islands, Spain (Freites-Martinez); Departments of Oncodermatology and Clinical Research, Institut Claudius Regaud, Institut Universitaire du Cancer, Toulouse Oncopole, France (Sibaud); The Ronald O. Perelman Department of Dermatology, New York University School of Medicine, New York (Shapiro); Section of Dermatology, Department of Clinical Medicine and Surgery, University of Naples Federico II, Naples, Italy (Fabbrocini); Department of Dermatology and Cutaneous Surgery, University of Miami Miller School of Medicine Miami, Florida (Tosti, Paus); Center for Clinical Epidemiology, Samsung Medical Center, Sungkyunkwan University School of Medicine, Seoul, South Korea (Cho); Welch Center for Epidemiology, Prevention, and Clinical Research, Department of Epidemiology, Johns Hopkins Bloomberg School of Public Health, Baltimore, Maryland (Cho); Department of Medicine, Memorial Sloan Kettering Cancer Center, New York, New York (Goldfarb, Modi, Gajria, Norton); Department of Medicine, Weill Cornell Medical College, New York, New York (Goldfarb, Modi, Gajria, Cigler); Dermatology Research Centre, University of Manchester, National Institute for Health Research Manchester Biomedical Research Centre, Manchester, United Kingdom (Paus).

**Author Contributions:** Drs Freites-Martinez and Lacouture had full access to all the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design:* Freites-Martinez, Chan, Fabbrocini, Tosti, Cho, Goldfarb, Norton, Paus, Lacouture.
*Acquisition, analysis, or interpretation of data:* Freites-Martinez, Chan, Sibaud, Shapiro, Cho, Goldfarb, Modi, Gajria, Cigler, Lacouture.
*Drafting of the manuscript:* Freites-Martinez, Cho, Lacouture.
*Critical revision of the manuscript for important intellectual content:* All authors.
*Statistical analysis:* Freites-Martinez, Chan, Cho.
*Obtained funding:* Freites-Martinez, Cho, Lacouture.
*Administrative, technical, or material support:* Freites-Martinez, Sibaud, Cho, Goldfarb, Modi, Gajria, Norton, Lacouture.
*Supervision:* Freites-Martinez, Sibaud, Fabbrocini, Cho, Goldfarb, Paus, Lacouture.

**Conflict of Interest Disclosures:** Dr Sibaud reported serving as a consultant to Novartis, Bristol-Myers Squibb, Roche, and Pierre Fabre. Dr Shapiro reported serving as a consultant to Aclaris, Samumed, Incyte, Replicel Life Sciences, Shook, Hardy, and Bacon LLP who represent Sanofi Aventis US LLC. Dr Tosti reported serving as a consultant to Procter & Gamble, DS Laboratories, Monat, Almirall, Andrews & Thornton (representing plaintiffs in the taxotere litigation), and Pfizer; and serving as a principal

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of California - Davis User on 03/25/2020

Research   Brief Report                                                                 Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia

investigator for Incyte and Nutrifol. Dr Goldfarb reported serving as a consultant to Adgero Biopharmaceuticals, AMAG Pharmaceuticals, Procter & Gamble, and Valeant Women's Health Pharmaceuticals. Dr Paus reported serving as a consultant and receiving research funding from Giuliani/Italy and Unilever/UK; and being founder/owner of Monasterium Laboratory/Germany. Dr Lacouture reported serving as a consultant or speaking for Legacy Healthcare Services, Adgero Bio Pharmaceuticals, Amryt Pharmaceuticals, Celldex Therapeutics, Debiopharm, Galderma Research and Development, Johnson and Johnson, Novocure Inc, Lindi, Merck, Sharp and Dohme Corp, Helsinn Healthcare SA, Janssen Research & Development LLC, Menlo Therapeutics, Novartis Pharmaceuticals Corporation, F. Hoffmann–La Roche AG, AbbVie Inc, Boehringer Ingelheim Pharma Gmbh & Co KG, Allergan Inc, Amgen Inc, E. R. Squibb & Sons, LLC, EMD Serono Inc, AstraZeneca Pharmaceuticals LP, Genentech Inc, Leo Pharma Inc, Seattle Genetics, Bayer, Manner, SAS, Lutris, Pierre Fabre, Paxman Coolers, Adjucare, Dignitana, Biotechspert, Teva Mexico, Parexel, OnQuality Pharmaceuticals Ltd, Novartis, Our Brain Bank, and Takeda Millenium; and receiving research funding from Veloce, US Biotest, Berg, Bristol-Myers Squibb, Lutris, Paxman, and Novocure. No other disclosures were reported.

**Funding/Support:** This study was supported in part by the National Institutes of Health/National Cancer Institute Cancer Center Support grant P30 CA008748 and grant R25CA020449. This research was additionally funded in part by Beca Excelencia Fundación Piel Sana (Dr Freites-Martinez) and the RJR grant.

**Role of the Funder/Sponsor:** The funding sources had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Additional Contributions:** Cynthia Chu, MBA, Memorial Sloan Kettering Cancer Center, assisted with patient data collection. She was not compensated for her contribution.

**REFERENCES**

1. Freites-Martinez A, Shapiro J, van den Hurk C, et al. CME part 2: hair disorders in cancer survivors: persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery [published online April 13, 2018]. *J Am Acad Dermatol*. doi:10.1016/j.jaad.2018.03.056

2. Kang D, Kim I-R, Lee D-Y, et al. Incidence of permanent chemotherapy-induced alopecia among breast cancer patients: a five-year prospective cohort study. *Ann Oncol*. 2017;28(suppl_10): mdx655.022. doi:10.1093/annonc/mdx655.022

3. Kinahan KE, Sharp LK, Seidel K, et al. Scarring, disfigurement, and quality of life in long-term survivors of childhood cancer: a report from the Childhood Cancer Survivor Study. *J Clin Oncol*. 2012; 30(20):2466-2474. doi:10.1200/JCO.2011.39.3611

4. Freites-Martinez A, Shapiro J, Chan D, et al. Endocrine therapy–induced alopecia in patients with breast cancer. *JAMA Dermatol*. 2018;154(6): 670-675. doi:10.1001/jamadermatol.2018.0454

5. Fonia A, Cota C, Setterfield JF, Goldberg LJ, Fenton DA, Stefanato CM. Permanent alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal therapy: clinicopathologic findings in a cohort of 10 patients. *J Am Acad Dermatol*. 2017;76(5):948-957. doi:10.1016/j.jaad.2016.12.027

6. Tosti A, Palamaras I, Miteva M, Misciali C. Docetaxel and permanent alopecia. *J Am Acad Dermatol*. 2013;68(5):e151. doi:10.1016/j.jaad.2010.06.064

7. Lee WS, Ro BI, Hong SP, et al. A new classification of pattern hair loss that is universal for men and women: basic and specific (BASP) classification. *J Am Acad Dermatol*. 2007;57(1):37-46. doi:10.1016/j.jaad.2006.12.029

8. Chen AP, Setser A, Anadkat MJ, et al. Grading dermatologic adverse events of cancer treatments: the Common Terminology Criteria for Adverse Events Version 4.0. *J Am Acad Dermatol*. 2012;67 (5):1025-1039. doi:10.1016/j.jaad.2012.02.010

9. Fischer TW, Schmidt S, Strauss B, Elsner P. Hairdex: a tool for evaluation of disease-specific quality of life in patients with hair diseases [in German]. *Hautarzt*. 2001;52(3):219-227. doi:10.1007/s001050051293

10. Dhurat R, Sukesh M, Avhad G, Dandale A, Pal A, Pund P. A randomized evaluator blinded study of effect of microneedling in androgenetic alopecia: a pilot study. *Int J Trichology*. 2013;5(1):6-11. doi:10.4103/0974-7753.114700

11. Lee BS, Chan JY, Monselise A, McElwee K, Shapiro J. Assessment of hair density and caliber in Caucasian and Asian female subjects with female pattern hair loss by using the Folliscope. *J Am Acad Dermatol*. 2012;66(1):166-167. doi:10.1016/j.jaad.2011.04.023

12. Paus R, Haslam IS, Sharov AA, Botchkarev VA. Pathobiology of chemotherapy-induced hair loss. *Lancet Oncol*. 2013;14(2):e50-e59. doi:10.1016/S1470-2045(12)70553-3

13. Smith K, Winstanley J, Boyle F, O'Reilly A, White M, Antill YC. Madarosis: a qualitative study to assess perceptions and experience of Australian patients with early breast cancer treated with taxane-based chemotherapy. *Support Care Cancer*. 2018;26(2):483-489. doi:10.1007/s00520-017-3852-z

14. Nangia J, Wang T, Osborne C, et al. Effect of a scalp cooling device on alopecia in women undergoing chemotherapy for breast cancer: the SCALP randomized clinical trial. *JAMA*. 2017;317(6): 596-605. doi:10.1001/jama.2016.20939

15. Rozner RN, Freites-Martinez A, Shapiro J, Geer EB, Goldfarb S, Lacouture ME. Safety of 5α-reductase inhibitors and spironolactone in breast cancer patients receiving endocrine therapies [published online November 22, 2018]. *Breast Cancer Res Treat*. doi:10.1007/s10549-018-4996-3

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of California - Davis User on 03/25/2020