# EXHIBIT C

# Hair disorders in cancer survivors



Azael Freites-Martinez, MD,[a] Jerry Shapiro, MD,[b] Corina van den Hurk, PhD,[c] Shari Goldfarb, MD,[d]
Joaquin J. Jimenez, MD,[e] Anthony M. Rossi, MD,[a] Ralf Paus, MD, FRSB,[f,g] and Mario E. Lacouture, MD[a]
*New York, New York; Utrecht, the Netherlands; Miami, Florida; and Manchester, United Kingdom*

**Learning objectives**
After completing this learning activity, participants should be able to identify the incidence and clinical presentation of hair disorders including alopecia (transient/ persistent) in cancer survivors; discuss the current pathogenic mechanisms underlying various treatment-related hair disorders in cancer survivors; describe the topical, systemic, cosmetic, and experimental management strategies for the management of hair disorders in cancer survivors; recognize the long-term sequelae and the impact on patients' quality of life, and develop a fundamental understanding of hair disorders in cancer survivors.

**Disclosures**
**Editors**
The editors involved with this CME activity and all content validation/peer reviewers of the journal-based CME activity have reported no relevant financial relationships with commercial interest(s).
**Authors**
The authors involved with this journal-based CME activity have reported no relevant financial relationships with commercial interest(s).
**Planners**
The planners involved with this journal-based CME activity have reported no relevant financial relationships with commercial interest(s). The editorial and education staff involved with this journal-based CME activity have reported no relevant financial relationships with commercial interest(s).

With increasing survival rates across all cancers, survivors represent a growing population that is frequently affected by persistent or permanent hair growth disorders as a result of systemic therapies, radiotherapy, surgical procedures, and therapeutic transplants. These hair disorders include persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, endocrine therapy—induced alopecia and hirsutism, postsurgery alopecia and localized hypertrichosis, and persistent stem cell transplantation and targeted therapy-induced alopecia. The information contained in this continuing medical education series should facilitate a better understanding on hair disorders in cancer survivors so that adequate support and therapies may be provided. ( J Am Acad Dermatol 2019;80:1199-213.)

From the Dermatology Service,[a] Department of Medicine, and the Breast Cancer Medicine Service,[d] Department of Medicine, Division of Solid Tumor Oncology, Memorial Sloan Kettering Cancer Center, and The Ronald O. Perelman Department of Dermatology,[b] New York University School of Medicine, New York; Department of Research,[c] Netherlands Comprehensive Cancer Organization, Utrecht, the Netherlands; Department of Dermatology and Cutaneous Surgery,[e] Miller School of Medicine, University of Miami; and the Dermatology Research Centre,[f] University of Manchester, and the National Institute of Health Research Manchester Biomedical Research Centre, Manchester; National Institute of Health Research Manchester Biomedical Research Centre,[g] Manchester.

Supported in part by National Institutes of Health/National Cancer Institute Cancer Center support grant P30 CA008748. Dr Lacouture is supported by the RJR Oncodermatology Fund. Dr Freites-Martinez is partially supported by Beca Excelencia, Academia Española de Dermatología y Venereología—Fundación Piel Sana. Dr Paus is supported by the National Institute of Health Research Manchester Biomedical Research Centre.

Dr Shapiro has been a consultant for Aclaris, Samumed, Incyte, Replicel Life Sciences, and Shook, Hardy, and Bacon LLP, who represent Sanofi Aventis US LLC. Dr Goldfarb has a speaking, consultant, or advisory role with Adgero Biopharmaceuticals, AMAG Pharmaceuticals, Procter and Gamble, and Valeant women's health pharmaceuticals. Dr Rossi is a consultant for Cutera and Vivscal. Dr Paus has a speaking, consultant, or advisory role with Giuliani/Italy, Unilever/UK, Reckitt Benkiser/UK, and Shiseido/Japan. Dr Lacouture has a speaking, consultant, or advisory role with Abbvie, Quintiles, Boehringer Ingelheim, Legacy, AstraZeneca Pharmaceuticals, Legacy Healthcare, Foamix, Adgero Bio Pharmaceuticals, Janssen R&D,

Novartis, Paxman, and Novocure, and also receives research grants from Berg Veloce, US Biotest, and Bristol-Myers Squibb. Drs Freites-Martinez, van den Hurk, and Jimenez have no conflicts of interest to disclose.

Accepted for publication March 11, 2018.

Reprints not available from the authors.

Correspondence to: Mario E. Lacouture, MD, Dermatology Service, Memorial Sloan Kettering Cancer Center, 60th Outpatient Center, Ste 407, Rm 4312, 16 E 60th St, New York, NY 10022. E-mail: lacoutum@mskcc.org.

0190-9622/$36.00

© 2018 by the American Academy of Dermatology, Inc.

https://doi.org/10.1016/j.jaad.2018.03.056

**Date of release:** May 2019

**Expiration date:** May 2022



Scanning this QR code will direct you to the CME quiz in the American Academy of Dermatology's (AAD) online learning center where after taking the quiz and successfully passing it, you may claim 1 AMA PRA Category 1 credit. NOTE: You must have an AAD account and be signed in on your device in order to be directed to the CME quiz. If you do not have an AAD account, you will need to create one. To create an AAD account: go to the AAD's website: www.aad.org.

1200   *Freites-Martinez et al*

J AM ACAD DERMATOL
MAY 2019

***Key words:*** alopecia; cancer survivors; cancer therapy; endocrine therapy; hirsutism; hypertrichosis; persistent alopecia; persistent chemotherapy-induced alopecia; persistent radiotherapy-induced alopecia; quality of life; therapeutic transplants.

The National Cancer Institute defines survivorship as the focus on "the health and life of a person with cancer post-treatment until the end of life."[1] It covers the physical, psychosocial, and economic issues of cancer beyond the diagnosis and treatment phases. Survivorship also includes late effects of treatment, and quality of life (QoL).[1] Cancer survivors represent a growing population with a prevalence projected to approach 18 million by 2022 in the United States[2] and >32 million people worldwide.[3] Over the past decades, advances in cancer treatment have increased the overall 5-year survival rate to approximately 70% for childhood and adult cancers.[4] Currently, around 1 in 530 young adults is a survivor of childhood cancer,[5,6] and approximately 1 in 30 adults have been diagnosed with cancer.[7] Moreover, these improvements in survival rates have resulted in increased attention to treatment sequelae, in areas including cardiac, endocrine, neurologic, cutaneous, and psychosocial domains.[8] Approximately 1 in 4 cancer survivors reports a decreased QoL related to physical conditions.[7]

Whereas the acute dermatologic adverse events (AEs) of anticancer therapies have received considerable attention, long-term dermatologic AEs, such as hair growth disorders, dyspigmentation, and scarring, remain relatively unknown in the dermatologic community, limiting care and potential therapeutic efforts in this patient population. Indeed, the incidence of persistent or permanent alopecia after cancer was reported in 14% of 14,358 childhood cancer survivors[9] and in 30% of adult breast cancer survivors.[10] The occurrence of alopecia and scarring in cancer survivors is notably associated with psychological disorders, such as depression, anxiety, and low self-esteem, eventually leading to decreased health-related QoL.[11]

The information herein will allow clinicians to better understand hair disorders in cancer survivors so that adequate support and potential therapies could be offered, thus improving their QoL and hair health.

## ALOPECIA IN CANCER SURVIVORS: OVERVIEW AND CLINICAL FEATURES

### Key points

- **There are an estimated 15.5 million cancer survivors in the United States, equivalent to 4.8% of the population. The majority have undergone a surgical procedure as part of their diagnosis or treatment, approximately 50% have been treated with radiotherapy, and >60% have received systemic anticancer therapies, all of which may result in persistent or permanent hair disorders**
- **Thirty percent (30%) of breast cancer survivors treated with taxanes (paclitaxel or docetaxel) will develop persistent alopecia**
- **Endocrine therapies are associated with pattern alopecia similar to androgenetic type in 15% to 25% of survivors**
- **Head and neck radiotherapy leads to persistent alopecia in 60% of survivors**
- **In survivors of childhood cancer, alopecia has been associated with anxiety and depression, and adult survivors with persistent alopecia report a negative impact on their emotions**

### Persistent chemotherapy-induced alopecia

The total or incomplete hair regrowth 6 months after completion of therapy in patients who received cytotoxic chemotherapy is defined as persistent chemotherapy-induced alopecia (pCIA)[12,13] and is also described as permanent chemotherapy-induced alopecia[14-21] or chemotherapy irreversible alopecia.[22-24] Whether most cancer survivors have been evaluated and treated for this type of alopecia or if pCIA is in fact permanent or irreversible has yet to be determined. pCIA has been mostly reported in breast cancer survivors treated with taxane-based chemotherapy[12,16,20,25,26] (paclitaxel and docetaxel) and cyclophosphamide-based chemotherapy,[16,27,28] with an incidence of 30% 36 months after completion of chemotherapy.[29] In addition, pCIA has been reported in children who have undergone conditioning regimens with busulfan,[30-36] (with a cumulative incidence of 19%),[37] and with other chemotherapies used for stem cell transplantation,[38] such as thiotepa and carboplatin (Table I).

With the commonly used chemotherapy regimens combining taxanes with anthracyclines in breast cancer, the risk of severe pCIA was significantly higher than the combination of doxorubicin and cyclophosphamide alone (10.5 vs 2.7%). In a questionnaire-based cross-sectional study of 265 breast cancer survivors, 7.2% reported severe pCIA (hair loss >50%).[22] A 10.1% prevalence of grade 2

J Am Acad Dermatol
Volume 80, Number 5

| Abbreviations used: | |
|---|---|
| AE: | adverse event |
| CTCAE v5.0: | Common Terminology Criteria for Adverse Events Version 5.0 |
| eHFSC: | epithelial hair follicle stem cell |
| EIA: | endocrine therapy−induced alopecia |
| ET: | endocrine therapy |
| pCIA: | persistent chemotherapy-induced alopecia |
| pRIA: | persistent radiotherapy-induced alopecia |
| QoL: | quality of life |

pCIA was reported in breast cancer patients treated with docetaxel regimens with cumulative dose ≥ 400 mmg/m², a significantly higher prevalence than with lower docetaxel dose (0%).[39]

Multiple clinical features have been described in pCIA (Table I). The most common is a nonscarring, diffuse alopecia (53% of pCIA reported cases)[16,18,26,32] (Fig 1), and a pattern similar to androgenetic alopecia has been reported in 46.2% of cases.[17,18] pCIA may also be associated with madarosis and axillary and pubic alopecia,[19,36] although the incidence of persistent alopecia in body sites other than the scalp is unknown.

## Persistent radiotherapy-induced alopecia

Hair regrowth generally occurs within 2 to 4 months after radiation to the head and neck.[40,41] Persistent radiotherapy-induced alopecia (pRIA) is the total or incomplete hair regrowth 6 months after the completion of radiotherapy and is commonly related to high-dose radiotherapy to the scalp.[42] In 26 patients with primary brain tumors, the doses reported to cause pRIA were correlated with radiotherapy dose to the hair follicles in a particular radiotherapy field, with a 50% risk of pRIA with a fractionated follicular dose of ≥43 Gy.[43] In 12 children with medulloblastoma treated with proton beam radiation in combination with high-dose vincristine-based chemotherapy, pRIA was observed in 75% and was correlated with a craniospinal radiotherapy dose ≥21 Gy.[44]

Clinical presentation of pRIA includes well defined alopecic and atrophic skin confined to the area of radiotherapy and is usually asymptomatic (Table I). Occipital, parietal, and temporal scalp are commonly focal sites of radiotherapy for brain metastases and central nervous system tumors, such as glioblastoma and astrocytoma[45] (Fig 2). Diffuse pRIA is also described with whole-brain radiotherapy for brain metastases,[45] especially when combined with chemotherapy.[46] In addition,

pRIA could be also observed in any other hair-bearing area where radiotherapy is received, such as the face, neck,[47] or extremities in patients with other solid tumors.[48]

## Endocrine therapy−induced alopecia and hirsutism

Endocrine therapies (ETs) are standard of care in survivors of hormone receptor−positive breast cancer (around 70% of all breast cancers).[49] ETs, including selective estrogen receptor (ER) modulators (eg, tamoxifen and toremifene), ER antagonists (fulvestrant), aromatase inhibitors (eg, anastrozole, letrozole, and exemestane), and gonadotropin-releasing hormone agonists (leuprolide) are usually administered for 5 to 10 years in the adjuvant setting to reduce the risk of recurrence.[50,51] Breast cancer survivors are known to have substantial AEs attributed to estrogen deprivation from ET,[52] and ≤8% of survivors will discontinue therapy because of alopecia related to adjuvant therapy with aromatase inhibitors.[52]

In a hospital registry−based survey study of 851 female breast cancer survivors, 22% of those who received aromatase inhibitors reported hair loss, and 32% reported hair thinning.[53] In addition, a metaanalysis of 13,415 patients in 35 clinical trials including different ETs reported an overall incidence of all-grade alopecia of 4.4%, with the highest incidence (25%) in patients who were treated with aromatase inhibitors.[54]

In a retrospective study of 112 breast cancer patients with ET-induced alopecia (EIA), causal agents included aromatase inhibitors in 67% and tamoxifen in 33% of patients. The mean time to alopecia development was 16.8 months (range 1-91 months).[55] These patients usually present with frontoparietal hairline recession (Table I), mimicking the pattern of androgenetic alopecia (Fig 3).[56] Trichoscopic features observed in patients with EIA include the concomitant presence of vellus and terminal hairs, also a hallmark of androgenetic alopecia.[55,57] Iatrogenic hirsutism has been reported in <10% of survivors receiving ET for breast cancer[58] (Fig 3).

In patients treated with cytotoxic chemotherapy followed by ET (the majority of hormone receptor−positive breast cancers), a complete medical history must be obtained to define whether alopecia is attributed to the actual ET (EIA) or to the previous chemotherapy (pCIA), or a combination of both (pCIA + EIA).

## Postsurgery-induced alopecia and localized hypertrichosis

Alopecia and scarring in cancer survivors usually appears in sites from which biopsy specimens were

**1202** *Freites-Martinez et al*

J AM ACAD DERMATOL
MAY 2019

**Table I.** Incidence, case reports, and clinical features of alopecia attributed to anticancer therapies in cancer survivors

| Anticancer therapies | Predominant cancer type | Reported cases and incidence | Clinical features |
|---|---|---|---|
| **Cytotoxic chemotherapy (pCIA)** | | | |
| Taxane-based chemotherapy | Breast | 259 (30) | Nonscarring diffuse alopecia and lightening in 53% of cases; a pattern similar to androgenetic alopecia in 46.2%; persistent changes in texture are common; scarring has been reported in 2 cases; eyelash, eyebrow, axillary, and pubic hair frequently associated |
| Cyclophosphamide-based chemotherapy | Leukemias, lymphomas, and solid tumors | 67 (17.5) | |
| Busulphan-based chemotherapy | Hematologic malignancies | 35 (9.2) | |
| Other chemotherapies (including cisplatin, methotrexate, and vincristine) | Solid tumors and hematologic malignancies | 21 (5.5) | |
| **Radiotherapy (pRIA)** | | | |
| Photon radiation | Primary CNS tumors and metastasis | 227 (in ~70) | Scarring and nonscarring features depending on dose; geometric alopecia and atrophic skin; diffuse alopecia in total cranial irradiation and when combined with cytotoxic chemotherapy; commonly affects the occipital, parietal, and temporal areas |
| Proton radiation | Medulloblastoma and ependymoma | 13 (75) | |
| **Endocrine therapies (EIA)** | | | |
| Selective estrogen receptor modulators (tamoxifen, toremifene, and raloxifene) | Breast and ovarian cancers | 625 (in ~15) | Nonscarring features; predominantly women with a pattern similar to androgenetic alopecia; diffuse hair thinning and lightening over the entire scalp is also reported |
| Aromatase inhibitors (anastrozole, letrozole, and exemestane) | Breast and ovarian cancers | 223 (in ~25) | |
| Estrogen receptor downregulator (fulvestrant) | Breast and ovarian cancers | 17 (in ~5) | |
| Luteinizing hormone—releasing hormone agonist (leuprolide) | Breast and prostate | 28 (in ~10) | |
| Somatostatin analog (octreotide) | Growth hormone—producing tumor (pituitary) | 3 (in ~7) | |
| **Surgery** | | | |
| Neurosurgical and scalp procedures (CNS and scalp tumor biopsy and excisions, catheter placements) | Primary CNS tumors and tumors in hair-bearing areas | Scarring/disfigurement 1143 (in ~100) | Linear scar on the scalp; hypertrophic scars may be observed; could be associated with persistent radiotherapy-induced alopecia |
| Flaps (eg, radial forearm flap) | Head and neck tumors | | Terminal hairs in undesirable areas, such as the oral cavity or face |

J AM ACAD DERMATOL
VOLUME 80, NUMBER 5

*Freites-Martinez et al* **1203**

| | | | |
|---|---|---|---|
| Immunotherapies: CTLA-4 inhibitors (eg, ipilimumab), PD-1 receptor inhibitors (eg, nivolumab and pembrolizumab), and PD-L1 inhibitors (eg, atezolizumab and avelumab) | Melanoma, lung, bladder, prostate cancer, and head and neck squamous cell carcinoma | 4 (N/A) | Noncscarring alopecia with diffuse hair thinning and alopecia areata, evident 3-6 months after therapy completion; skin involvement may be present, including vitiligo or lichenoid reaction |
| Vismodegib | Basal cell carcinoma | 4 (N/A) | Persistent diffuse severe alopecia (CTCAE v5.0 grade 2) |
| SCT (acute or chronic GvHD, conditioning therapy for SCT with busulfan, and total body irradiation) | Hematologic malignancies | 18 (in ~20) of chronic GvHD | More likely to develop alopecia areata; skin involvement may be present (vitiligo, scleroderma, eczema, and lichenoid reaction); diffuse alopecia with scarring features could be observed |
| | | 93 (56) in conditioning therapy with busulfan | Diffuse hair loss and hair thinning |

*CTC, Cyclophosphamide/thiotepa/carboplatin; CNS, central nervous system; CTLA-4, cytotoxic T-lymphocyte-associated protein 4; CTCAE v5.0, Common Terminology Criteria for Adverse Events Version 5.0; EGFR, epidemal growth factor receptor; FEC-100, fluorouracil/epirubicin/cyclophosphamide; GvHD, graft versus host disease; N/A, not available; pCIA, persistent chemotherapy-induced alopecia; PD-1, programmed cell death protein 1; PDGF, platelet-derived growth factor; PD-L1, programmed cell death protein ligand 1; SCT, stem cell transplantation; TCH, docetaxel/carboplatin/trastuzumab.*

obtained, placement of catheters, and surgeries to resect scalp and brain primary or metastatic tumors.[59-63] Frequently, combination therapy (eg, radiotherapy and cytotoxic chemotherapy) is usually required[64]; these therapies combined with surgery enhance the risk of permanent alopecia and scarring. The clinical presentation of surgery-induced alopecia includes the linear shape of the scar on the scalp. When additional radiotherapy is combined with surgery, a geometric alopecic patch confined to the area of radiotherapy is also observed (Fig 4). Hypertrophic scars may also be associated with disfigurement, pain, or pruritus.[65] Conversely, undesirable hair growth in recipient areas after reconstruction of cancer defects may be observed[66-68] (Fig 5).

### Persistent hair changes induced by other anticancer therapies

Anticancer therapies, such as vismodegib,[69] and immunotherapies[70] have reportedly caused persistent alopecia after drug interruption or discontinuation. Chronic graft versus host disease after stem cell transplantation may induce both diffuse alopecia (15.6%)[31] and alopecia areata (20%)[71] (Table I).

## HISTOPATHOLOGY AND PATHOBIOLOGY

### Key point

- **Destruction of epithelial hair follicle stem cells by anticancer therapies prevents hair follicle cycling**

Histopathologic features of permanent or persistent alopecia attributed to anticancer therapies are not specific. However, a nonscarring pattern is usually described in pCIA, with an increased number of miniaturized and telogen hair follicles.[31] Other reported histopathologic features of pCIA include scarring alopecia with concentric fibrosis and a discrete perifollicular lymphoid cell infiltrate[25,31] (Fig 2). In pRIA the predominant features are compatible with a scarring alopecia[72] and it is likely that similar histopathologic features are present in permanent surgery-induced alopecia (including fibrosis along with decreased numbers or absence of hair follicles). In EIA, histopathologic features similar to androgenetic alopecia have been reported.[25]

Although the cause of permanent or persistent alopecia in cancer survivors has not been identified, irreversible damage to epithelial hair follicle stem cells (eHFSCs) in the bulge region of the hair follicle are thought to play a crucial role.[73] Compared with their differentiated progeny in the hair matrix, eHFSCs in the bulge have a low proliferation rate and are generally less sensitive to chemotherapy[74] but are



**Fig 1.** Persistent chemotherapy-induced alopecia (pCIA). **A**, Diffuse alopecia in a breast cancer survivor 2 years after the completion of taxane-based chemotherapy. **B**, pCIA in a breast cancer survivor, 1.6 years after the completion of taxane-based chemotherapy with a pattern similar to that of androgenetic alopecia (predominant hair thinning on the crown area). **C**, Trichoscopy of patient in (**B**), featuring hair thinning, miniaturized hairs, and yellow dots. **D**, Histology section featuring mild perifollicular inflammation and fibrosis (hematoxylin–eosin stain).

highly sensitive to ionizing radiation.[75,76] In addition, anticancer therapies associated with pCIA overcome the relative chemoresistance of eHFSC (for as yet not understood mechanism), and thus deplete the eHFSC pool that is vitally required for hair follicle regeneration during the next hair cycle.[73,77]

A 50% reduction in mitotic indices of hair matrix cells was found in experimentally irradiated mice, suggesting that there is a persistent or permanent decrease in the number or growth fraction of eHFSCs.[78] The effects of chemotherapy and radiotherapy on hair regrowth are related to the interval between chemotherapy sessions, dose administered, and radiotherapy exposure.[78,79] This enhancing effect may also depend on the phase of hair follicle cycle in which the activity was arrested.[46]

Estrogens and androgens act as potent hair growth modulators.[80,81] ETs modify the function and signaling of endocrine receptors, and estrogens are unable to modify the androgen metabolism in the hair follicle, increasing the amount of 5-dihydrotestosterone.[82]

Indeed, androgenetic alopecia in women likely results not only from the undesired effects of androgen stimulation of androgen-sensitive hair follicles but also from a relative lack of hair follicle stimulation by estrogens,[83] which may explain the clinical similarities between EIA and androgenetic alopecia.[25] Surgery alopecia results from a hair follicle ablation during the inflammatory, proliferative, and remodeling phases of scarring, which may extend beyond the field of surgical intervention, partially by pressure atrophy of the surrounding skin appendages, and by infiltration of the fibrotic-associated tissue into neighboring skin appendages.[84,85]

## QUALITY OF LIFE IN CANCER SURVIVORS WITH HAIR DISORDERS

### Key point
- **Persistent or permanent alopecia after cancer therapies has been associated with depression, anxiety, and increased somatization**

J Am Acad Dermatol
Volume 80, Number 5

*Freites-Martinez et al* **1205**



**Fig 2.** Persistent radiotherapy-induced alopecia (pRIA). **A**, Localized alopecia in a childhood cancer survivor with medulloblastoma treated with surgery and traditional (photon) radiotherapy. **B**, Diffuse hair loss with hair thinning on the crown area with a central scar after traditional radiotherapy and cytotoxic chemotherapy for a central nervous system tumor. **C**, Phototrichogram of patient in (**A**), featuring hair thinning, miniaturized hairs, and white dots. **D**, Histology section featuring hair follicles replaced by fibrous tracts. There is no significant inflammation (hematoxylin–eosin stain).

Alopecia is often considered by health care professionals as a "temporary" and "cosmetic" condition in cancer survivors, even though the actual distress associated with hair loss is complex and can be overwhelming.[86] Moreover, permanent or persistent alopecia is rarely included as an AE during clinical trials and usually underrecognized by health care providers.[87] Some patients also accept alopecia as a trade-off for a cure and therefore do not present with hair-related QoL issues.[88] However, permanent alopecia related to anticancer therapies has been associated with depression, anxiety, and increased somatization.[9] In addition, head and neck scarring and permanent or persistent alopecia (after chemotherapy, surgery, or cranial radiotherapy) has been reported as the strongest predictors of distress, suggesting that outward physical appearance played a prominent role in emotional adjustment of survivors.[9,89]

Distressing psychological consequences were common and severe among breast cancer survivors with pCIA, as reflected by wearing hairpieces or scarves in 14 of 20 patients.[27] In addition, in 18 breast cancer survivors with pCIA, 33% were worried about their alopecia, and it interfered with functioning in 28%.[90] The satisfaction score regarding the state of their hair in breast cancer survivors with pCIA was significantly lower when compared to breast cancer patients without pCIA.[22]

The clinical severity of alopecia may not correlate with the negative impact on a patient's QoL.[27,91] In 112 patients diagnosed with EIA, 93% had mild alopecia (grade 1, <50% of hair loss) based on the Common Terminology Criteria for Adverse Events Version 5.0 (CTCAE v5.0). However, these patients reported a negative emotional impact when compared to the other psychological domains.[55] Therefore, it is important to consider the distress that any grade of alopecia may have on cancer survivors' QoL. Focus group interviews including 25 breast cancer patients treated with taxane-based chemotherapy revealed that madarosis has a

1206  *Freites-Martinez et al*

J AM ACAD DERMATOL
MAY 2019



**Fig 3.** Endocrine therapy-induced alopecia (EIA). **A**, EIA with a pattern similar to androgenetic type, predominantly on the frontoparietal hairline. **B**, EIA with a pattern similar to androgenetic type, predominantly on the crown area. **C**, Trichoscopy featuring vellus hairs and intermediate and thick terminal hairs. **D**, Hirsutism in a patient receiving endocrine therapy.

significant emotional impact.[92] Conversely, the impact of hirsutism attributed to anticancer therapies on QoL has not been defined.

## MANAGEMENT
### Key point
- **Management of hair disorders in cancer survivors is supported by anecdotal reports and case series that fail to meet strict evidence-based medicine standards**

Management of permanent or persistent alopecia in cancer survivors is mostly based on case series, case reports, and expert opinion (level of evidence IV). Despite these limitations, we have reviewed the available information (Table II). Therefore, the prevention of persistent or permanent hair growth disorders is key to mitigate this untoward consequence in cancer survivors. Scalp cooling has become the most widely used standard for the prevention of chemotherapy-induced alopecia, showing prevention of grade 2 (>50% alopecia) in

51% to 67% of patients.[93,94] Additionally, in a prospective study of 120 patients undergoing docetaxel therapy and scalp cooling, all-grade pCIA was reported in 1 patient (<1%). These findings suggest that scalp cooling may be an effective method to prevent pCIA in the docetaxel-treated population. Randomized studies to confirm these findings with docetaxel and other agents are needed.[39]

The main objectives of reactive alopecia therapy in cancer survivors are to stop or reduce the hair loss and stimulate growth. Duration of therapy should be guided by clinical response, and a laboratory analysis may help to exclude other causes of alopecia, such as thyroid disease and vitamin or mineral deficiency.

Topical therapy with minoxidil 2% or 5% has been shown to stabilize or improve alopecia in case reports and in a retrospective multicenter cohort study of pCIA.[25,27,95] However, in 14 of 20 breast cancer survivors it was unsuccessful after >3 months of therapy.[28] On the other hand, treatment with



**Fig 4. A**, Linear scar on the scalp after surgery of a skull base tumor. **B**, Postsurgery and persistent radiotherapy-induced alopecia.



**Fig 5.** Postsurgery hair disorders. Terminal hairs on the tongue after reconstruction using a hairy donor site.

topical minoxidil 5% daily in 46 breast cancer survivors with EIA, moderate or significant improvement was observed in 80%.[55] A case report showed that oral minoxidil improved pCIA in a breast cancer survivor.[14] In contrast, pCIA treated with spironolactone (150 mg/day for 3 months) in 1

breast cancer survivor showed no efficacy.[27] However, in our experience with breast cancer survivors using spironolactone alone or in combination with minoxidil 5% for pCIA and EIA, 60% of patients had a moderate or significant clinical improvement as confirmed with baseline clinical and trichoscopy standardized photographs (Fig 6). These positive clinical outcomes have been mostly observed in patients with alopecia grade 1 (CTCAE v5.0). Other options should be discussed in patients with alopecia grade 2 (CTCAE v5.0), so that the expectations of alopecia improvement are realistic. There is a putative risk of hormonal stimulation of endocrine receptor—positive tumors with the use of systemic therapies for androgenetic alopecia (eg, spironolactone and finasteride), so these agents must be used with caution.[96] Support groups may be helpful, and patients with pCIA can be directed to http://aheadofourtime.org/.

For hypertrichosis and hirsutism in cancer survivors, ruling out common causes of hyperandrogenism is important.[97] In our experience, hirsutism attributed to anticancer therapies is predominantly mild (grade 1, CTCAE v5.0) in cancer survivors, especially in postmenopausal women once they

**1208** *Freites-Martinez et al*

J Am Acad Dermatol
May 2019

**Table II.** Hair disorders in cancer survivors: Management and recommendations

| Hair disorder | Intervention | Level of evidence |
|---|---|---|
| pCIA | CTCAEv5.0 grade 0: Alopecia prevention with scalp cooling | IV |
| | CTCAEv5.0 grade 1: Topical minoxidil foam 5% twice daily | |
| | CTCAE v5.0 grade 2: Spironolactone (escalating dose ≤200 mg/d) in addition to therapy recommended in alopecia grade 1 (caution because of the theoretical risk of hormonal stimulation of ER-positive tumors) | |
| | Oral minoxidil (potential adverse events should be considered) | |
| pRIA | CTCAE v5.0 grade 1: Topical minoxidil foam 5% twice daily, botulinum toxin type A: 5 U per 0.1 mL every 3 months for 12 months | |
| | CTCAE v5.0 grade 2: Scalp reconstruction (eg, simple excision or flaps, tissue expansion) | |
| | Hair transplant (if no fibrosis) | |
| EIA | CTCAE v5.0 grade 1: Topical minoxidil foam 5% twice daily | III |
| | CTCAE v5.0 grade 2: Spironolactone (escalating dose ≤200 mg daily) in addition to therapy recommended in alopecia grade 1 (caution because of the theoretical risk of hormonal stimulation of ER-positive tumors) | |
| Hirsutism and hypertrichosis | CTCAE v5.0 grade 1 (mild hair growth): Local therapy, such as threading, electrolysis, lasers | III |
| | CTCAE v5.0 grade 2 (prominent thick hairs, associated with psychosocial impact): Laser or intense pulsed light | |
| | Spironolactone appeared to be as effective as flutamide and finasteride (avoid in hormonal-sensitive tumors) | |
| | Other physiologic causes of hirsutism may be ruled out; laser (Nd:YAG) for hair in unwanted areas (eg, oral cavity) | |
| Postsurgery alopecia | First line: Management of scar symptoms if present (topical or intralesional steroid, laser and light-based treatment) | IV |
| | Second line: Hair transplants | |
| | Scalp reconstruction (eg, simple excision or flaps, tissue expansion) | IB |
| Eyebrow and eyelash alopecia | Topical bimatoprost solution 0.03%, hair transplants, microblading (medical tattoo) | |
| SCT (chronic GvHD, conditioning therapy for SCT with chemotherapy, or total body irradiation) | In GvHD depends upon the organs involved and severity of symptoms; topical and intralesional steroid for alopecia areata (level II-III), and in steroid-resistant JAK inhibitors (level IV) | II-IV |
| | Conditioning chemotherapy or total body irradiation; follow the interventions of pCIA and pRIA, respectively | IV |
| Immunotherapies: CTLA-4 inhibitors (eg, ipilimumab), PD-1 receptor inhibitors (eg, nivolumab and pembrolizumab), PD-L1 inhibitors (eg, atezolizumab and avelumab) | Potent topical steroids | IV |
| Vismodegib | Not reported | No evidence |

Continued

J AM ACAD DERMATOL
VOLUME 80, NUMBER 5

**Table II.** Cont'd

| Hair disorder | Intervention | Level of evidence |
|---|---|---|
| General recommendations | Therapy should be discussed to have realistic expectations of therapy outcome; follow-up at least 3 months after alopecia therapy started; laboratory analysis including, ferritin, vitamin D, zinc levels, and thyroid function may be requested if other causes of alopecia (eg, androgenetic, telogen effluvium, or thyroid-related) are suspected; camouflage techniques should be provided (eg, crayons, powder, volumizers, hair weaves/hair extension, scalp micropigmentation/tattoo, and hairpieces); if emotionally affected, psychological counseling is recommended; involve nurses and other health care providers in the cancer survivor's care | IV |

*CTCAE v5.0 grade 1 for alopecia: hair loss of <50% of normal for that individual that is not obvious from a distance but only on close inspection; a different hairstyle may be required to cover the hair loss but it does not require a wig or hair piece to camouflage. CTCAE v5.0 grade 2 for alopecia: hair loss of ≥50% of normal for that individual that is readily apparent to others; a wig or hairpiece is necessary if the patient desires to completely camouflage the hair loss; associated with psychosocial impact.*

*CTCAE v5.0, Common Terminology Criteria for Adverse Events Version 5.0; CTLA-4, cytotoxic T lymphocyte—associated protein 4; ER, endocrine receptor; GvHD, graft versus host disease; JAK, Janus kinase; EIA, endocrine therapy—induced alopecia; Nd:YAG, neodymium-doped yttrium aluminium garnet; pCIA, persistent chemotherapy-induced alopecia; PD-1, programmed cell death protein 1; PD-L1, programmed cell death protein ligand 1; pRIA, persistent radiotherapy-induced alopecia; SCT, stem cell transplantation.*



**Fig 6.** Endocrine therapy-induced alopecia (EIA), (**A**) baseline and (**B**) 6 months after therapy with topical minoxidil foam 5% twice a day.

have completed cytotoxic chemotherapy or in those receiving ET, and requires only reassurance and local therapies, such as epilation, laser therapies, or bleaching if needed (Table II). Neodymium-doped yttrium aluminium garnet laser therapy appears to have a hair clearance of >90% after 1 to 4 sessions in 5 of 9 patients suffering from growth of terminal hair in the oral cavity after reconstruction using a hairy donor site.[98]

Multiple scalp reconstructive options have been described to improve the appearance of the localized pRIA, including tissue expansion and hair transplant.[42] However, the success of these techniques relies on the skin viability and severity of hair follicle damaged.[99] There is no reported experience using platelet-rich plasma to treat alopecia in cancer survivors, and costs may be elevated. Hair follicle neogenesis with autologous cell populations may become a future therapeutic option for pCIA and pRIA.[100,101]

A randomized controlled trial including 20 patients treated with bimatoprost 0.03% gel for chemotherapy-induced eyelash alopecia, improvement in length (1.50 vs 0.46 mm), and thickness (3 vs 2, in a scale of 1-5) of treated eyelashes was observed, with an increase of patient satisfaction (16 vs 26) after 3 months of therapy[102] (Fig 7).

Interventions with skin camouflage (including powders, scalp micropigmentation/tattoo, and hair color and hairstyle changes) can modify the concerning body image to mask skin discoloration



**Fig 7.** Topical bimatoprost 0.03% solution for persistent chemotherapy-induced alopecia (pCIA) of the eyelashes (**A**) baseline and (**B**) 6 months after therapy.

and alopecia. This effect acts to improve the visible impact of deformity.[103,104] When camouflage may be indicated, patients should be informed. Initially, most patients are reluctant to use any camouflage, but they can enhance self-confidence and QoL.[105] The market for home use cosmetic devices is rapidly expanding; however, there are no reports measuring their efficacy for hair growth disorders in cancer survivors.

## CHALLENGES AND FUTURE PERSPECTIVES

The ongoing Chemotherapy-Induced Hair Changes and Alopecia, Skin Aging and Nail Changes in Women With Non-Metastatic Breast Cancer trial (NCT02530177) examining the incidence, risk factors, psychosocial impact, and clinical features of pCIA and EIA in 500 breast cancer patients will yield additional information that will be critical to identifying preventive and treatment strategies. Similar studies in other patient populations are needed.

Additional efforts should be made to understand the mechanism of hair follicle alteration and to identify effective strategies for the prevention and treatment of permanent or persistent alopecia in cancer survivors. Patient counseling regarding the possibility of developing persistent or permanent hair disorders with anticancer therapies will also be important so that anticipatory coping can take place. Prospective studies evaluating patients during and after their treatments are needed to identify the real incidence and severity of these conditions. Therapeutic options remain limited in number and efficacy, and additional research is needed to determine optimal preventive and therapeutic approaches for the various hair disorders observed in the growing population of cancer survivors.

## REFERENCES

1. National Cancer Institute website. NCI dictionary of cancer terms. Available at: https://www.cancer.gov/publications/dictionaries/cancer-terms?cdrid=445089. Accessed January 4, 2017.
2. de Moor JS, Mariotto AB, Parry C, et al. Cancer survivors in the United States: prevalence across the survivorship trajectory and implications for care. *Cancer Epidemiol Biomark Prev*. 2013;22:561-570.
3. Ferlay J, Soerjomataram I, Dikshit R, et al. Cancer incidence and mortality worldwide: sources, methods and major patterns in GLOBOCAN 2012. *Int J Cancer*. 2015;136:E359-E386.
4. Siegel RL, Miller KD, Jemal A. Cancer statistics, 2016. *CA Cancer J Clin*. 2016;66:7-30.
5. Ward E, DeSantis C, Robbins A, Kohler B, Jemal A. Childhood and adolescent cancer statistics, 2014. *CA Cancer J Clin*. 2014;64:83-103.
6. Phillips SM, Padgett LS, Leisenring WM, et al. Survivors of childhood cancer in the United States: prevalence and burden of morbidity. *Cancer Epidemiol Biomark Prev*. 2015;24:653-663.
7. Weaver KE, Forsythe LP, Reeve BB, et al. Mental and physical health-related quality of life among U.S. cancer survivors: population estimates from the 2010 National Health Interview Survey. *Cancer Epidemiol Biomark Prev*. 2012;21:2108-2117.
8. Oeffinger KC, Mertens AC, Sklar CA, et al. Chronic health conditions in adult survivors of childhood cancer. *N Engl J Med*. 2006;355:1572-1582.
9. Kinahan KE, Sharp LK, Seidel K, et al. Scarring, disfigurement, and quality of life in long-term survivors of childhood cancer: a report from the Childhood Cancer Survivor study. *J Clin Oncol*. 2012;30:2466-2474.
10. Kang D, Kim IR, Lee DY, et al. Incidence of permanent chemotherapy-induced alopecia among breast cancer patients: a five-year prospective cohort study [abstract]. *Ann Oncol*. 2017;28:mdx655.022.
11. Gandhi M, Oishi K, Zubal B, Lacouture ME. Unanticipated toxicities from anticancer therapies: survivors' perspectives. *Support Care Cancer*. 2010;18:1461-1468.
12. Bourgeois H, Denis F, Kerbrat P, et al. Long term persistent alopecia and suboptimal hair regrowth after adjuvant chemotherapy for breast cancer: alert for an emerging side effect: ALOPERS observatory [abstract] *Cancer Res*. 2009;69:3174.
13. Bourgeois HP, Kerbrat P, Combe M, et al. Long term persistent alopecia and suboptimal hair regrowth after adjuvant chemotherapy for breast cancer: alert for an

emerging side effect: French alopers observatory. *Ann Oncol.* 2010;21:viii83-viii84.

14. Yang X, Thai KE. Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil. *Australas J Dermatol.* 2016;57:e130-e132.

15. Tosti A, Piraccini BM, Vincenzi C, Misciali C. Permanent alopecia after busulfan chemotherapy. *Br J Dermatol.* 2005; 152:1056-1058.

16. Masidonski P, Mahon SM. Permanent alopecia in women being treated for breast cancer. *Clin J Oncol Nurs.* 2009;13: 13-14.

17. Tallon B, Blanchard E, Goldberg LJ. Permanent chemotherapy-induced alopecia: case report and review of the literature. *J Am Acad Dermatol.* 2010;63:333-336.

18. Miteva M, Misciali C, Fanti PA, Vincenzi C, Romanelli P, Tosti A. Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases. *Am J Dermatopathol.* 2011;33:345-350.

19. Palamaras I, Misciali C, Vincenzi C, Robles WS, Tosti A. Permanent chemotherapy-induced alopecia: a review. *J Am Acad Dermatol.* 2011;64:604-606.

20. Bertrand M, Mailliez A, Vercambre S, Kotecki N, Mortier L, Bonneterre J. Permanent chemotherapy induced alopecia in early breast cancer patients after (neo)adjuvant chemotherapy: long term follow up [abstract] *Cancer Res.* 2013;73(24 suppl). P3-09-15.

21. Champagne C, Taylor M, Farrant P. Permanent chemotherapy-induced nonscarring alopecia and premature ovarian failure. *Clin Exp Dermatol.* 2015;40:589-590.

22. Kim GM, Kim S, Park HS, et al. Chemotherapy-induced irreversible alopecia in early breast cancer patients. *Breast Cancer Res Treat.* 2017;163:527-533.

23. Perez-Crespo M, Betlloch I, Ballester I, Lucas A, Mataix J, Niveiro M. Irreversible alopecia due to busulphan in a 7-year-old girl. *Eur J Dermatol.* 2009;19:192-193.

24. Prevezas C, Matard B, Pinquier L, Reygagne P. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. *Br J Dermatol.* 2009;160:883-885.

25. Fonia A, Cota C, Setterfield JF, Goldberg LJ, Fenton DA, Stefanato CM. Permanent alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal therapy: clinicopathologic findings in a cohort of 10 patients. *J Am Acad Dermatol.* 2017;76:948-957.

26. Kim S, Park HS, Kim JY, et al. Irrinversible chemotherapy-induced alopecia in breast cancer patient [abstract] *Cancer Res.* 2016;76(suppl 4). P1-15-04.

27. Kluger N, Jacot W, Frouin E, et al. Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorour-acil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients. *Ann Oncol.* 2012;23:2879-2884.

28. Thorp NJ, Swift F, Arundell D, Wong H. Long term hair loss in patients with early breast cancer receiving docetaxel chemotherapy [abstract] *Cancer Res.* 2015;75(suppl). P5-17-04.

29. Kang D, Kim IR, Choi EK, et al. Permanent chemotherapy-induced alopecia in patients with breast cancer: a 3-year prospective cohort study. *Oncologist.* 2019;24:414-420.

30. Baker BW, Wilson CL, Davis AL, et al. Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair regrowth. *Bone Marrow Transplant.* 1991;7:43-47.

31. Basilio FM, Brenner FM, Werner B, Rastelli GJ. Clinical and histological study of permanent alopecia after bone marrow transplantation. *An Bras Dermatol.* 2015;90:814-821.

32. Bresters D, Wanders DC, Louwerens M, Ball LM, Fiocco M, van Doorn R. Permanent diffuse alopecia after haematopoietic stem cell transplantation in childhood. *Bone Marrow Transplant.* 2017;52:984-988.

33. Ljungman P, Hassan M, Bekassy AN, Ringden O, Oberg G. Busulfan concentration in relation to permanent alopecia in recipients of bone marrow transplants. *Bone Marrow Transplant.* 1995;15:869-871.

34. Machado M, Moreb JS, Khan SA. Six cases of permanent alopecia after various conditioning regimens commonly used in hematopoietic stem cell transplantation. *Bone Marrow Transplant.* 2007;40:979-982.

35. Socié G, Clift RA, Biaise D, et al. Busulfan plus cyclophosphamide compared with total-body irradiation plus cyclophosphamide before marrow transplantation for myeloid leukemia: long-term follow-up of 4 randomized studies. *Blood.* 2001;98:3569-3574.

36. Tran D, Sinclair RD, Schwarer AP, Chow CW. Permanent alopecia following chemotherapy and bone marrow transplantation. *Australas J Dermatol.* 2000;41:106-108.

37. Bresters D, Wanders D, Louwerens M, Van Doorn R, Ball L. Permanent alopecia is a common late effect of hematopoietic stem cell transplantation, especially in younger children and after busulfan conditioning. *Bone Marrow Transplant.* 2016;51:S219.

38. de Jonge ME, Mathot RA, Dalesio O, Huitema AD, Rodenhuis S, Beijnen JH. Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy. *Bone Marrow Transplant.* 2002;30:593-597.

39. Martin M, de la Torre-Montero JC, Lopez-Tarruella S, et al. Persistent major alopecia following adjuvant docetaxel for breast cancer: incidence, characteristics, and prevention with scalp cooling. *Breast Cancer Res Treat.* 2018;171:627-634.

40. Cox MC, Kusters JM, Gidding CE, et al. Acute toxicity profile of craniospinal irradiation with intensity-modulated radiation therapy in children with medulloblastoma: a prospective analysis. *Radiat Oncol.* 2015;10:241.

41. Suneja G, Poorvu PD, Hill-Kayser C, Lustig RA. Acute toxicity of proton beam radiation for pediatric central nervous system malignancies. *Pediatr Blood Cancer.* 2013;60:1431-1436.

42. Rannan-Eliya YF, Rannan-Eliya S, Graham K, Pizer B, McDowell HP. Surgical interventions for the treatment of radiation-induced alopecia in pediatric practice. *Pediatr Blood Cancer.* 2007;49:731-736.

43. Lawenda BD, Gagne HM, Gierga DP, et al. Permanent alopecia after cranial irradiation: dose-response relationship. *Int J Radiat Oncol Biol Phys.* 2004;60:879-887.

44. Min CH, Paganetti H, Winey BA, et al. Evaluation of permanent alopecia in pediatric medulloblastoma patients treated with proton radiation. *Radiat Oncol.* 2014;9:220.

45. Steinmann D, Paelecke-Habermann Y, Geinitz H, et al. Prospective evaluation of quality of life effects in patients undergoing palliative radiotherapy for brain metastases. *BMC Cancer.* 2012;12:283.

46. Haider M, Hamadah I, Almutawa A. Radiation- and chemotherapy-induced permanent alopecia: case series. *J Cutan Med Surg.* 2013;17:55-61.

47. Sanada T, Nakayama H, Irisawa R, Okubo M, Tsuboi R, Tokuuye K. Clinical outcome and dose volume evaluation in patients who undergo brachytherapy for angiosarcoma of the scalp and face. *Mol Clin Oncol.* 2017;6:334-340.

48. Bolek TW, Marcus RB Jr, Mendenhall NP, Scarborough MT, Graham-Pole J. Local control and functional results after

**1212**  *Freites-Martinez et al*

J AM ACAD DERMATOL
MAY 2019

twice-daily radiotherapy for Ewing's sarcoma of the extremities. *Int J Radiat Oncol Biol Phys*. 1996;35:687-692.

49. Konecny G, Pauletti G, Pegram M, et al. Quantitative association between HER-2/neu and steroid hormone receptors in hormone receptor-positive primary breast cancer. *J Natl Cancer Inst*. 2003;95:142-153.

50. Burstein HJ, Temin S, Anderson H, et al. Adjuvant endocrine therapy for women with hormone receptor-positive breast cancer: American Society of Clinical Oncology clinical practice guideline focused update. *J Clin Oncol*. 2014;32:2255-2269.

51. Sousa MS, Peate M, Jarvis S, Hickey M, Friedlander M. A clinical guide to the management of genitourinary symptoms in breast cancer survivors on endocrine therapy. *Ther Adv Med Oncol*. 2017;9:269-285.

52. Moscetti L, Agnese Fabbri M, Sperduti I, et al. Adjuvant aromatase inhibitor therapy in early breast cancer: what factors lead patients to discontinue treatment? *Tumori*. 2015; 101:469-473.

53. Gallicchio L, Calhoun C, Helzlsouer KJ. Aromatase inhibitor therapy and hair loss among breast cancer survivors. *Breast Cancer Res Treat*. 2013;142:435-443.

54. Saggar V, Wu S, Dickler MN, Lacouture ME. Alopecia with endocrine therapies in patients with cancer. *Oncologist*. 2013; 18:1126-1134.

55. Freites-Martinez A, Shapiro J, Chan D, et al. Endocrine therapy-induced alopecia in patients with breast cancer. *JAMA Dermatol*. 2018;154:670-675.

56. Rossi A, Iorio A, Scali E, et al. Aromatase inhibitors induce 'male pattern hair loss' in women? *Ann Oncol*. 2013;24:1710-1711.

57. Rakowska A, Slowinska M, Kowalska-Oledzka E, Olszewska M, Rudnicka L. Dermoscopy in female androgenic alopecia: method standardization and diagnostic criteria. *Int J Trichol*. 2009;1:123-130.

58. Al-Niaimi F, Lyon C. Tamoxifen-induced hirsutism. *J Drugs Dermatol*. 2011;10:799-801.

59. Gosain AK, Zochowski CG, Cortes W. Refinements of tissue expansion for pediatric forehead reconstruction: a 13-year experience. *Plast Reconstr Surg*. 2009;124:1559-1570.

60. Liu Z, Lei B, Zheng M, Li Z, Huang S, Deng Y. Prognostic factors in patients treated with surgery for brain metastases: a single-center retrospective analysis of 125 patients. *Int J Surg*. 2017;44:204-209.

61. Yoo TK, Chae BJ, Kim SJ, et al. Identifying long-term survivors among metastatic breast cancer patients undergoing primary tumor surgery. *Breast Cancer Res Treat*. 2017;165:109-118.

62. Antuña AR, Vega MA, Sanchez CR, Fernandez VM. Brain metastases of non-small cell lung cancer: prognostic factors in patients with surgical resection. *J Neurol Surg A Cent Eur Neurosurg*. 2018;79:101-107.

63. Albright AL, Sposto R, Holmes E, et al. Correlation of neurosurgical subspecialization with outcomes in children with malignant brain tumors. *Neurosurgery*. 2000;47:879-885.

64. Thompson EM, Hielscher T, Bouffet E, et al. Prognostic value of medulloblastoma extent of resection after accounting for molecular subgroup: a retrospective integrated clinical and molecular analysis. *Lancet Oncol*. 2016;17:484-495.

65. English RS, Shenefelt PD. Keloids and hypertrophic scars. *Dermatol Surg*. 1999;25:631-638.

66. Endo T, Nakayama Y, Kikuchi M. Oral-cavity hair growth after free-flap transfer: case report. *J Reconstr Microsurg*. 2001;17: 37-38.

67. Liang J, Yu T, Wang X, et al. Free tissue flaps in head and neck reconstruction: clinical application and analysis of 93 patients of a single institution. *Braz J Otorhinolaryngol*. 2018;84: 416-425.

68. Yan BY, Hibler BP, Connolly KL, Rossi AM. Intraoral laser hair removal of a palate free flap: tips and technique. *Dermatol Surg*. 2018;44:122-124.

69. Alkeraye S, Maire C, Desmedt E, Templier C, Mortier L. Persistent alopecia induced by vismodegib. *Br J Dermatol*. 2015;172:1671-1672.

70. Zarbo A, Belum VR, Sibaud V, et al. Immune-related alopecia (areata and universalis) in cancer patients receiving immune checkpoint inhibitors. *Br J Dermatol*. 2017;176:1649-1652.

71. Ceovic R, Desnica L, Pulanic D, et al. High frequency of cutaneous manifestations including vitiligo and alopecia areata in a prospective cohort of patients with chronic graft-vs-host disease. *Croat Med J*. 2016;57:229-238.

72. Severs GA, Griffin T, Werner-Wasik M. Cicatricial alopecia secondary to radiation therapy: case report and review of the literature. *Cutis*. 2008;81:147-153.

73. Paus R, Haslam IS, Sharov AA, Botchkarev VA. Pathobiology of chemotherapy-induced hair loss. *Lancet Oncol*. 2013;14: e50-e59.

74. Purba TS, Haslam IS, Poblet E, et al. Human epithelial hair follicle stem cells and their progeny: current state of knowledge, the widening gap in translational research and future challenges. *Bioessays*. 2014;36:513-525.

75. Aoki H, Hara A, Motohashi T, Kunisada T. Keratinocyte stem cells but not melanocyte stem cells are the primary target for radiation-induced hair graying. *J Invest Dermatol*. 2013;133: 2143-2151.

76. Nanashima N, Ito K, Ishikawa T, Nakano M, Nakamura T. Damage of hair follicle stem cells and alteration of keratin expression in external radiation-induced acute alopecia. *Int J Mol Med*. 2012;30:579-584.

77. Haslam IS, Pitre A, Schuetz JD, Paus R. Protection against chemotherapy-induced alopecia: targeting ATP-binding cassette transporters in the hair follicle? *Trends Pharmacol Sci*. 2013;34:599-604.

78. Malkinson FD, Keane JT. Radiobiology of the skin: review of some effects on epidermis and hair. *J Invest Dermatol*. 1981; 77:133-138.

79. Malkinson FD, Griem ML, Marianovic R. Persistent impairment of hair growth after single large doses of x-rays. *Radiat Res*. 1970;43:83-91.

80. Alonso LC, Rosenfield RL. Molecular genetic and endocrine mechanisms of hair growth. *Horm Res*. 2003;60:1-13.

81. Ohnemus U, Uenalan M, Inzunza J, Gustafsson JA, Paus R. The hair follicle as an estrogen target and source. *Endocr Rev*. 2006;27:677-706.

82. Niiyama S, Happle R, Hoffmann R. Influence of estrogens on the androgen metabolism in different subunits of human hair follicles. *Eur J Dermatol*. 2001;11:195-198.

83. Langan EA, Paus R. Female pattern hair loss: beyond an androgenic aetiology? *Br J Dermatol*. 2010;163:1140-1141.

84. Stenn KS, Sundberg JP, Sperling LC. Hair follicle biology, the sebaceous gland, and scarring alopecias. *Arch Dermatol*. 1999;135:973-974.

85. Harries MJ, Paus R. Scarring alopecia and the PPAR-gamma connection. *J Invest Dermatol*. 2009;129:1066-1070.

86. Hadshiew IM, Foitzik K, Arck PC, Paus R. Burden of hair loss: stress and the underestimated psychosocial impact of telogen effluvium and androgenetic alopecia. *J Invest Dermatol*. 2004;123:455-457.

87. van den Hurk CJ, Winstanley J, Young A, Boyle F. Measurement of chemotherapy-induced alopecia-time to change. *Support Care Cancer*. 2015;23:1197-1199.

88. Peerbooms M, van den Hurk CJ, Breed WP. Familiarity, opinions, experiences and knowledge about scalp cooling:

J Am Acad Dermatol
Volume 80, Number 5

a Dutch survey among breast cancer patients and oncological professionals. *Asia Pac J Oncol Nurs*. 2015;2:35-41.

89. Harrison S, Sinclair R. Optimal management of hair loss (alopecia) in children. *Am J Clin Dermatol*. 2003;4:757-770.

90. Beisecker A, Cook MR, Ashworth J, et al. Side effects of adjuvant chemotherapy: perceptions of node-negative breast cancer patients. *Psychooncology*. 1997;6:85-93.

91. Reid EE, Haley AC, Borovicka JH, et al. Clinical severity does not reliably predict quality of life in women with alopecia areata, telogen effluvium, or androgenic alopecia. *J Am Acad Dermatol*. 2012;66:e97-e102.

92. Smith K, Winstanley J, Boyle F, O'Reilly A, White M, Antill Y. Madarosis: a qualitative study to assess perceptions and experience of Australian patients with early breast cancer treated with taxane-based chemotherapy. *Support Care Cancer*. 2018;26:483-489.

93. Nangia J, Wang T, Osborne C, et al. Effect of a scalp cooling device on alopecia in women undergoing chemotherapy for breast cancer: the SCALP randomized clinical trial. *JAMA*. 2017;317:596-605.

94. Rugo HS, Melin SA, Voigt J. Scalp cooling with adjuvant/neoadjuvant chemotherapy for breast cancer and the risk of scalp metastases: systematic review and meta-analysis. *Breast Cancer Res Treat*. 2017;163:199-205.

95. Freites-Martinez A, Chan D, Sibaud V, et al. Assessment of quality of life and treatment outcomes of patients with persistent postchemotherapy alopecia. *JAMA Dermatology*. https://doi.org/10.1001/jamadermatol.2018.5071. Published online March 6, 2019.

96. Rozner RN, Freites-Martinez A, Shapiro J, et al. Safety of 5alpha-reductase inhibitors and spironolactone in breast cancer patients receiving endocrine therapies. *Breast Cancer Res Treat*. 2019;174:15-26.

97. Heidelbaugh JJ. Endocrinology update: hirsutism. *FP Essent*. 2016;451:17-24.

98. Kaune KM, Haas E, Jantke M, et al. Successful Nd:YAG laser therapy for hair removal in the oral cavity after plastic reconstruction using hairy donor sites. *Dermatology*. 2013;226:324-328.

99. Balter S, Hopewell JW, Miller DL, Wagner LK, Zelefsky MJ. Fluoroscopically guided interventional procedures: a review of radiation effects on patients' skin and hair. *Radiology*. 2010;254:326-341.

100. Balana ME, Charreau HE, Leiros GJ. Epidermal stem cells and skin tissue engineering in hair follicle regeneration. *World J Stem Cells*. 2015;7:711-727.

101. Chueh SC, Lin SJ, Chen CC, et al. Therapeutic strategy for hair regeneration: hair cycle activation, niche environment modulation, wound-induced follicle neogenesis, and stem cell engineering. *Exp Opin Biol Ther*. 2013;13:377-391.

102. Morris CL, Stinnett S, Woodward J. The role of bimatoprost eyelash gel in chemotherapy-induced madarosis: an analysis of efficacy and safety. *Int J Trichology*. 2011;3:84-91.

103. Chen SC, Huang BS, Lin CY, et al. Psychosocial effects of a skin camouflage program in female survivors with head and neck cancer: a randomized controlled trial. *Psychooncology*. 2017;26:1376-1383.

104. Huang S, Liu HE. Effectiveness of cosmetic rehabilitation on the body image of oral cancer patients in Taiwan. *Support Care Cancer*. 2008;16:981-986.

105. Bolduc C, Sperling LC, Shapiro J. Primary cicatricial alopecia: Lymphocytic primary cicatricial alopecias, including chronic cutaneous lupus erythematosus, lichen planopilaris, frontal fibrosing alopecia, and Graham-Little syndrome. *J Am Acad Dermatol*. 2016;75:1081-1099.

---

■

## Answers to CME examination

Identification No. JB0519

May 2019 issue of the Journal of the American Academy of Dermatology.

Freites-Martinez A, Shapiro J, van den Hurk C, Goldfarb S, Jimenez JJ, Rossi AM, Paus R, Lacouture ME.
J Am Acad Dermatol 2019;80:1199-213.

1. e

2. a

3. c

4. a