# EXHIBIT D

## CONTINUING MEDICAL EDUCATION

# Hair disorders in patients with cancer



Azael Freites-Martinez, MD,[a] Jerry Shapiro, MD,[b] Shari Goldfarb, MD,[c] Julie Nangia, MD,[d] Joaquin J. Jimenez, MD,[e,f] Ralf Paus, MD, FRSB,[g,h,i] and Mario E. Lacouture, MD[a]

*New York, New York; Houston, Texas; Miami, Florida; Manchester, United Kingdom; and Munster, Germany*

**Learning objectives**
After completing this learning activity, participants should be able to identify the incidence and clinical presentation of hair disorders including alopecia (transient/persistent) in cancer patients; discuss the current pathogenic mechanisms underlying various hair disorders in the oncology setting; describe the preventive, reactive, and experimental management strategies, as applicable; recognize the impact of hair disorders on patients' quality of life, and develop a fundamental understanding of hair disorders in cancer patients.

**Disclosures**

**Editors**
The editors involved with this CME activity and all content validation/peer reviewers of the journal-based CME activity have reported no relevant financial relationships with commercial interest(s).

**Authors**
The authors involved with this journal-based CME activity have reported no relevant financial relationships with commercial interest(s).

**Planners**
The planners involved with this journal-based CME activity have reported no relevant financial relationships with commercial interest(s). The editorial and education staff involved with this journal-based CME activity have reported no relevant financial relationships with commercial interest(s).

Cytotoxic chemotherapies, molecularly targeted therapies, immunotherapies, radiotherapy, stem cell transplants, and endocrine therapies may lead to hair disorders, including alopecia, hirsutism, hypertrichosis, and pigmentary and textural hair changes. The mechanisms underlying these changes are varied and remain incompletely understood, hampering the development of preventive or therapeutic guidelines. The psychosocial impact of chemotherapy induced alopecia has been well documented primarily in the oncology literature; however, the effect of other alterations, such as radiation induced alopecia, hirsutism, and changes in hair color or texture on quality of life have not been described. This article reviews clinically significant therapy related hair disorders in oncology patients, including the underlying pathophysiological mechanisms, severity grading scales, patient reported quality of life questionnaires, management strategies, and future translational research opportunities. ( J Am Acad Dermatol 2019;80:1179 96.)

From the Dermatology Service,[a] Department of Medicine, and the Breast Cancer Medicine Service,[c] Department of Medicine, Division of Solid Tumor Oncology, Memorial Sloan Kettering Cancer Center, and The Ronald O. Perelman Department of Dermatology,[b] New York University School of Medicine, New York; Lester and Sue Smith Breast Center,[d] Dan L. Duncan Comprehensive Cancer Center, Baylor College of Medicine, Houston; Departments of Dermatology and Cutaneous Surgery[e] and Biochemistry and Molecular Biology,[f] Miller School of Medicine, University of Miami; Dermatology Research Centre,[g] University of Manchester, and National Institute of Health Research Manchester Biomedical Research Centre,[h] Manchester; and the Department of Dermatology,[i] University of Munster.

Supported in part by National Institutes of Health/National Cancer Institute Cancer Center support grant P30 CA008748. Dr Lacouture is supported by the RJR Oncodermatology Fund. Dr Freites Martinez is partially supported by Beca Excelencia, Academia Espanola de Dermatología y Venereología—Fundación Piel Sana. Dr Paus is supported by the National Institute of Health Research Manchester Biomedical Research Centre.

Dr Shapiro has been a consultant for Aclaris, Samumed, Incyte, Replicel Life Sciences, and Shook, Hardy, and Bacon LLP, who represent Sanofi Aventis US LLC. Dr Goldfarb has a speaking, consultant, or advisory role with Adgero Biopharmaceuticals, AMAG Pharmaceuticals, Procter and Gamble, and Valeant women's health pharmaceuticals. Dr Nangia received clinical trial funding from Paxman to the Baylor College of Medicine for conduct of the SCALP trial. Dr Paus has a consultant role with or receives research funding from Giuliani/Italy and Unilever/UK, and is founder/owner of Monasterium Laboratory/Germany. Dr Lacouture has a speaking, consultant, or advisory role with Abbvie, Quintiles, Boehringer Ingelheim, AstraZeneca Pharmaceuticals, Legacy Healthcare, Foamix, Adgero Bio Pharmaceuticals, Janssen R&D, Novartis, Paxman, and Novocure, and also receives research grants from Berg and Bristol Myers Squibb. Drs Freites Martinez and Jimenez have no conflicts of interest to disclose.

Accepted for publication March 18, 2018.

Correspondence to: Mario E. Lacouture, MD, Dermatology Service, Memorial Sloan Kettering Cancer Center, 60th St Outpatient Center, Ste 407, Rm 4312, 16 E 60th St, New York, NY 10022. E mail: lacoutum@mskcc.org.

0190 9622/$36.00

© 2018 by the American Academy of Dermatology, Inc.

https://doi.org/10.1016/j.jaad.2018.03.055

**Date of release:** May 2019
**Expiration date:** May 2022



Scanning this QR code will direct you to the CME quiz in the American Academy of Dermatology's (AAD) online learning center where after taking the quiz and successfully passing it, you may claim 1 AMA PRA Category 1 credit. NOTE: You must have an AAD account and be signed in on your device in order to be directed to the CME quiz. If you do not have an AAD account, you will need to create one. To create an AAD account: go to the AAD's website: www.aad.org.

***Key words:*** anagen effluvium; brittleness; cancer patients; catagen effluvium; chemotherapy induced alopecia; curling; depigmentation; eyebrow alopecia; eyelash alopecia; hair repigmentation; hirsutism; hyperpigmentation; hypertrichosis; hypopigmentation; straightening; trichomegaly.

Cancer is a major public health problem worldwide. In 2016, >1.6 million new cancer cases were projected in the United States and 32 million worldwide; of these, approximately 60% received systemic therapies and 50% underwent radiotherapy.[1] The most commonly encountered hair disorder is chemotherapy-induced alopecia (CIA).[2-4] However, several other anticancer therapies may also be related to alopecia, such as radiation,[5] targeted therapies,[6] immunotherapies,[7] stem cell transplants,[8] and endocrine agents.[9] In addition, alterations in hair pigmentation, texture, and growth may also be encountered,[10] although they have not been systematically documented in this patient population. The impact of these disorders, namely alopecia, on cancer patients' quality of life (QoL) cannot be disregarded.[11] Indeed, 17% of patients with gynecologic cancers reported that alopecia was the most traumatic adverse event (AE) during their treatment, 30% were severely limited, and ≤14% would consider rejecting curative cancer therapies if they were associated with alopecia.[12-14]

The information contained in this continuing medical education series intends to contribute to greater knowledge of these untoward events to optimize the assessment and management of hair disorders in patients with cancer.

## EPIDEMIOLOGY
**Key point**
- Hair changes attributed to anticancer therapies are expected to occur in ≥65% of patients receiving cytotoxic therapies, 15% with targeted therapies, <2% on immunotherapies, and up to 100% in areas treated with radiotherapy

The widespread use of systemic anticancer therapies, their numerous combinations, and underreporting of hair disorders yield mixed incidence reports (Table I), but these events in varying degrees of severity are frequent across almost all types of interventions. The estimated incidence of CIA is approximately 65% and tends to vary by the specific drugs and different regimens.[72] Alopecia is typically observed in almost every patient undergoing radiotherapy for central nervous system malignancies treated with photon radiotherapy (traditional radiotherapy) or proton radiotherapy, and intensity and rate both increase as the dose exceeds the threshold.[52,73] With targeted therapies, the calculated incidence of all-grade alopecia was reported to be 15%.[6,55] An overall incidence of all grades of alopecia were reported at 1% to 2% with immune checkpoint inhibitors, including anticytotoxic T-lymphocyte associated protein-4, programmed cell death protein-1 receptors, and programmed cell death protein-1 ligand.[7,59] Complete alopecia is attributed to the conditioning cytotoxic chemotherapies (ie, busulfan, melphalan, and fludarabine) developing in nearly 100% of patients who have undergone hematopoietic stem cell transplantation.[74] Endocrine therapies (ie, tamoxifen, anastrozole, letrozole, fulvestrant, and exemestane) have been related to alopecia in ≤25% of patients.[9] Whereas alopecia receives the most attention among hair disorders in the oncology realm, changes in hair structure (becoming curly or straight) and color (hyper- or hypopigmentation) have been reported in approximately 65% of patients during and after cytotoxic chemotherapies,[67] in 30% of those receiving targeted therapies,[57] and in 2% with immunotherapies[59] (Table I).

## CLINICAL FEATURES
**Key point**
- The spectrum of hair disorders in cancer patients encompasses all hair changes, including alopecia, pigmentary changes, textural changes, and cycle alterations

Hair disorders in cancer patients occur because of disturbances in hair follicle cycling and functioning and hair shaft synthesis, which results in effluvium during anagen or catagen.[3,4,75] Clinical features of hair disorders induced by anticancer therapies vary depending on the anticancer therapy given, its half-life, dose, schedule, route and rate of administration, whether it is administered alone or in combination with other anticancer therapies, and patient factors[76] (Table II).

### Alopecia
CIA usually begins within weeks after the first dose of cytotoxic chemotherapy as a patchy or diffuse anagen effluvium with predominance on areas of increased friction, such as the crown and temporo-occipital areas, that may progress to

| Abbreviations used: | |
|---|---|
| AE: | adverse event |
| CIA: | chemotherapy induced alopecia |
| CTCAE v5.0: | Common Terminology Criteria for Adverse Events Version 5.0 |
| EGFR: | epidermal growth factor receptor |
| MKI: | multikinase inhibitor |
| QoL: | quality of life |
| RIA: | radiotherapy induced alopecia |

complete alopecia in 2 to 3 months.[77] In addition, eyelash and eyebrow alopecia and alopecia of other body areas can be observed in association with scalp alopecia in ≤33% of patients who are receiving taxanes.[78] Although usually asymptomatic, CIA could also be related with trichodynia and pruritus (11%).[77] CIA is typically reversible within 2 to 6 months after chemotherapy is discontinued.[60,79] Trichoscopic findings in CIA include black dots, yellow dots, exclamation mark hairs, and color and thickness changes along the hair shaft[80,81] (Fig 1).

Radiotherapy-induced alopecia (RIA) is characterized by an anagen effluvium caused by acute damage of the hair follicle.[82] An alopecia patch confined to the area of radiotherapy is usually observed 1 to 3 weeks after the first irradiation,[83] and hair regrowth usually occurs 2 to 6 months after radiotherapy.[53,84] Radiation dermatitis and cutaneous injury may also accompany the alopecia[85] (Fig 2). Yellow and black dots have been described as the predominant trichoscopic findings in 60% of RIA, followed by short vellus hair (50%), the peripilar sign (20%), and broken hairs (10%); trichoscopic findings are also described in patients with alopecia areata and androgenetic alopecia.[86,87]

Whereas mild diffuse alopecia is frequent with epidermal growth factor receptor (EGFR) inhibitors (eg, erlotinib, afatinib, cetuximab, and panitumumab), scarring alopecia has been reported in 5% of patients treated with cetuximab, which may be a consequence of a secondary scalp bacterial infection (Fig 3) manifested as erosive pustular dermatosis[65,88-90] or tufted hair folliculitis.[91] Alopecia areata and universalis are considered immune-related AEs occurring in 2% of patients receiving ipilimumab.[92]

Among patients undergoing stem cell transplantation, diffuse alopecia is reported in association with conditioning chemotherapy in nearly 100% of patients.[60] Hair changes may occur with acute graft-versus-host disease, including features of nonscarring alopecia with diffuse hair thinning, patchy hair loss, and premature graying. Alopecia areata and other autoimmune skin conditions such as vitiligo have been reported in the graft-versus-host disease setting.[93,94] Endocrine therapies have been associated with alopecia, usually mild in severity with a pattern similar to androgenetic type.[95] Despite most cases of alopecia in cancer patients being transitory, 14% of childhood cancer survivors[96] and 30% of breast cancer survivors[97] will develop persistent or even permanent alopecia.

### Pigmentary and textural hair changes

Textural and pigmentary hair changes are frequent with anticancer therapies; however, these are reversible upon drug discontinuation. Pigmentary hair changes include depigmentation (Fig 4) and hyperpigmentation and are most apparent on the scalp, although the eyebrows, eyelashes, and body hair may be affected. Hair hypopigmentation has been reported with the multikinase inhibitors pazopanib, sunitinib, and regorafenib,[98-104] whereas EGFR inhibitors result in hyperpigmentation of scalp and facial hair (~50%).[105-107] Hair repigmentation has been described as a possible marker of tumor response in 14 patients receiving anti programmed cell death protein-1 receptor and anti programmed cell death protein-1 receptor ligand therapy for lung cancer.[64]

In addition, straight hair may become curly or wavy in 65% of patients with cancer after treatment with cytotoxic chemotherapy.[67] With targeted therapies, hair growth on the scalp can slow down and become finer, curlier, and more brittle.[65,108]

### Hirsutism, hypertrichosis, and trichomegaly

Excessive hair growth around the periocular area,[109,110] hirsutism,[65] and trichomegaly (Fig 5) have been reported as an AE of EGFR inhibitors.[69-71] Eyelash trichomegaly also has been reported after fibroblast growth factor receptor inhibitor therapy.[111] These alterations typically resolve after discontinuation of treatment, although in some cases they can persist for several months.[112] Hirsutism can be seen in patients with cancer who receive endocrine therapies (antiestrogen agents), and the low incidence is likely related to underreporting.

### ETIOLOGY AND PATHOGENIC MECHANISMS
### Key points
- The pathogenic mechanisms of anticancer therapy induced alopecia and other hair disorders varies depending on causal therapy
- The hair matrix keratinocytes of anagen hair follicles have a high mitotic activity,

Table I. Selected anticancer therapies (representative) commonly causing hair changes

| Hair disorders and cancer therapy | Tumor types indicated or under investigation | Incidence (%) or case reports |
|---|---|---|
| Alopecia/hair loss | | |
| Chemotherapies | | |
|   Cyclophosphamide[15-19] | Breast cancer, leukemia, lymphoma, multiple myeloma, neuroblastoma, retinoblastoma, and ovarian cancer | 25 (low dose), ~100 (high dose) |
|   Daunorubicin[20,21] | AML and ALL | ~100 |
|   Docetaxel[22-26] | Breast cancer, gastric cancer, head and neck cancer, lung cancer, and prostate cancer | ~100 |
|   Doxorubicin[27-29] | ALL, AML, thyroid cancer, breast cancer, gastric cancer, lung cancer, bladder cancer, lymphomas, neuroblastoma, sarcomas, and Wilms tumor | 80-100 |
|   Etoposide[30-32] | Small cell lung cancer and testicular cancer | ~55 |
|   Idarubicin[33-35] | AML | ~50 |
|   Irinotecan[36-40] | Colorectal cancer | ~58 |
|   Paclitaxel[41-47] | Breast cancer, lung cancer, gynecologic malignancies, and Kaposi sarcoma | ~100 |
|   Topotecan[48-51] | Small cell lung cancer, ovarian cancer, and cervical cancer | 20 (oral), 49 (intravenous) |
| Radiotherapies | | |
|   Photon radiotherapy (traditional radiotherapy)[52] | Primary CNS tumors, brain metastasis, and head and neck cancer | ~100 |
|   Proton radiotherapy[53,54] | Medulloblastoma, ependymoma, other primary CNS tumors, and head and neck cancer | 75-100 |
| Targeted therapies[6,55] | | |
|   Vismodegib[56] | Basal cell carcinoma (locally advanced or unresectable) | 62 |
|   Sorafenib[57] | Hepatocellular carcinoma, renal cell carcinoma, and thyroid cancer | 26 |
|   Sunitinib[57] | Metastatic renal cell carcinoma and gastrointestinal stromal tumor | 6 |
|   Regorafenib | Colorectal cancer | 4 |
|   Vemurafenib | Melanoma (stage IV) | 24 |
|   Dabrafenib | Melanoma (stage IV) | 19 |
|   Targeted therapies in pediatric population (including imatinib, dasatinib, erlotinib, vandetanib, sorafenib, cabozantinib, and pazopanib)[58] | Hematologic and CNS tumors | 3 |
| Immunotherapies[7,59] | | |
|   CTLA-4 inhibitor | Melanoma (stage III-IV) | 1-2 |
|   PD-1 and PD-L1 inhibitors | Melanoma (stage IV), lung, non-Hodgkin lymphoma, urothelial carcinoma, and advanced squamous cell carcinoma, Merkel cell cancer | 2 |
| Stem cell transplants[8,60] | | |
|   Conditioning chemotherapy (busulfan, fludarabine, melphalan) | Hematologic cancers | ~100 |
| | | 20 |
| Endocrine therapies[9] | | |
|   Tamoxifen | Breast cancer, neuroendocrine tumors | 2 |
|   Octreotide | | 6.7 |
|   Aromatase inhibitors (anastrozole, letrozole, exemestane) | | ~25 |

Continued

Table I. Cont'd

| Hair disorders and cancer therapy | Tumor types indicated or under investigation | Incidence (%) or case reports |
|---|---|---|
| Pigmentary hair changes | | |
|   Targeted therapies (cabozantinib, pazopanib, sorafenib, sunitinib, imatinib)[61-63] | Renal cell carcinoma, thyroid cancer, hepatocellular carcinoma, desmoid tumors, gastrointestinal stromal tumor, and pancreatic neuroendocrine tumors | ~30 |
|   PD-1 and PD-L1 inhibitors[64] | Melanoma (stage IV), lung, non-Hodgkin lymphoma | 27 |
| Textural hair changes | | |
|   Targeted therapies (erlotinib, cetuximab, gefitinib, lapatinib, and panitumumab) and BRAF inhibitors[65,66] | Tumors with EGFR or BRAF mutations | ~30 |
|   Cytotoxic chemotherapies (cyclophosphamide and taxanes)[67] | Breast cancer, AML, ALL, lymphoma, multiple myeloma, neuroblastoma, and ovarian cancer | 65 |
| Hirsutism and hypertrichosis | | |
|   EGFR/MEK inhibitors (erlotinib, cetuximab, gefitinib, afatinib, lapatinib, and panitumumab)[66,68] | Tumors with EGFR mutations | ~50 |
|   Targeted therapies in pediatric population (EGFR/MEK inhibitors, and MKIs)[58] | CNS tumors, squamous cell carcinoma, and sarcomas | 7 |
| Eyelash trichomegaly | | |
|   Targeted therapies: EGFR inhibitors[69-71] | Tumors with EGFR mutations | 8 (EGFR inhibitors) and case reports for BRAF and MKIs |
|   Targeted therapies in the pediatric population (imatinib, dasatinib, erlotinib, vandetanib, sorafenib, cabozantinib, and pazopanib)[58] | Hematologic and CNS tumors | 17 |

*AML*, Acute myelogenous leukemia; *ALL*, acute lymphocytic leukemia; *BRAF*, proto oncogene B Raf; *CNS*, central nervous system; *CTLA 4*, cytotoxic T lymphocyte—associated protein 4; *EGFR*, epidermal growth factor receptor; *MKI*, multikinase inhibitors; *PD 1*, programmed cell death protein 1; *PD L1*, programmed cell death protein ligand 1.

which makes them especially vulnerable to anticancer therapies
- Paradoxically, some anticancer therapies can promote hair growth and textural and hair color changes

Although the clinical manifestation of CIA from different therapies may be similar (albeit with subtle variations), accumulating evidence suggests that the molecular underpinnings are varied and share several molecular damage response pathways.[75,113] In particular, massive p53-dependent apoptotic cell death of hair follicle matrix keratinocytes and of hair follicle melanocytes plays a pivotal role.[114-116] In rodent and human CIA models, rapidly proliferating anagen hair follicles and their pigmentary system, which are both sensitive to toxins, are the primary targets of cytotoxic chemotherapy induced hair follicle damage, reducing the proliferation rate and promoting the apoptosis of matrix keratinocytes and melanogenesis in the hair bulb.[75,116] Telogen hair follicles are less sensitive than anagen hair follicles to chemotherapy, presumably because of low level proliferation and arrested pigmentary activity.[75]

RIA is a dose-dependent acute damage to actively dividing matrix cells of anagen follicles, followed by telogen shedding because of premature catagen entry of follicles in late anagen.[82] Doses as low as 2 Gy in a single fraction have been shown to cause temporary alopecia.[117]

Targeted therapies work by blocking oncogenic pathways needed for cell growth and survival. In mice, dysregulation of the EGFR-Ras-Raf pathway can result in abnormal hair follicle morphogenesis. However, it is not known why, paradoxically,

**Table II.** Clinical features of hair disorders attributed to anticancer therapies

| Cancer therapy | Clinical features by predominant hair disorders |
|---|---|
| Cytotoxic chemotherapies<br>    Alkylating agents (busulfan, cyclophosphamide, and etoposide)<br>    Topoisomerase-interacting agents (teniposide, daunorubicin, doxorubicin, idarubicin, irinotecan, and topotecan)<br>    Antimicrotubule agents (paclitaxel, docetaxel, vincristine, and vinblastine) | 1. Alopecia: nonscarring, patchy, or diffuse dystrophic anagen or catagen effluvium with predominance on areas of increased friction (crown and temporo-occipital areas). Usually recover in 2-6 months after chemotherapy completion. Eyelash, eyebrow, axillary, and pubic hair could be involved (recovery is generally more rapid than scalp alopecia). Trichoscopy: black dots, yellow dots, exclamation mark hairs, and color and thickness changes along the hair may exist<br>2. Pigmentary and textural hair changes: slight changes from dark to graying, and from graying to dark. Upon regrowth, straight hair may become curly or wavy, and finer<br>3. Hirsutism |
| Radiotherapy | 1. Alopecia: nonscarring, geometric shapes, or diffuse anagen effluvium is usually seen, in the irradiated area. May coexist with different grades of radiation dermatitis. Trichoscopy: yellow and black dots, short vellus hair, peripilar sign, and broken hair shafts<br>2. Pigmentary and textural hair changes: hair hypopigmentation and decreased shaft diameter |
| Targeted therapies<br>    EGFR inhibitor (cetuximab, panitumumab, gefitinib, erlotinib, afatinib, and lapatinib)<br>    VEGFR/PDGFR/KIT inhibitor (sorafenib, regorafenib, imatinib, dasatinib, sunitinib, nilotinib, ponatinib, axitinib, and pazopanib)<br>    BRAF inhibitor (vemurafenib and dabrafenib) | 1. Hirsutism, hypertrichosis, and trichomegaly: hirsutism and periocular hypertrichosis could be marked. Eyelashes and eyebrows hypertrichosis are frequent, with long and curly eyelashes that may affect vision (with EGFR inhibitors)<br>2. Pigmentary and textural hair changes: hair discoloration, including hypopigmentation (VEGFR/PDGFR) and hyperpigmentation (EGFR inhibitors)<br>3. Alopecia: diffuse alopecia with nonscarring (EGFR inhibitors and VEGFR/PDGFR) and scarring features (EGFR inhibitors) after severe inflammatory follicular reactions (eg, erosive pustular dermatosis of the scalp and tufted hair folliculitis) |
| Immunotherapies<br>    Ipilimumab (CTLA-4)<br>    Programmed cell death protein (PD-1) receptors and its ligand (PD-L1) (eg, pembrolizumab, nivolumab, avelumab, and atezolizumab) | 1. Alopecia: nonscarring with diffuse hair thinning and alopecia areata. Skin involvement may coexist, including vitiligo and lichenoid reactions<br>2. Pigmentary hair changes: diffuse hyperpigmentation and hypopigmentation |
| Stem cell transplantation | 1. Alopecia: nonscarring, patchy, or diffuse anagen effluvium (similar as described for CIA—related to conditioning chemotherapies). Scarring alopecia and alopecia areata with acute or chronic graft versus host disease<br>2. Pigmentary and textural hair changes: hypopigmentation and decreased diameter of hair shafts |
| Vismodegib | 1. Alopecia: nonscarring, patchy, or diffuse anagen effluvium (similar as described for CIA) |
| Endocrine therapies (leuprolide, tamoxifen, raloxifene, anastrozole, exemestane, letrozole, and octreotide) | 1. Alopecia: pattern alopecia, similar to androgenetic type<br>2. Pigmentary and textural hair changes: finer hairs<br>3. Hirsutism: hirsutism may be observed |

*CIA*, Chemotherapy induced alopecia; *CTLA 4*, cytotoxic T lymphocyte–associated protein 4; *EGFR*, epidermal growth factor receptor; *PDGFR*, platelet derived growth factor receptors; *PD 1*, programmed cell death protein 1; *PD L1*, programmed cell death protein ligand 1; *VEGF*, vascular endothelial growth factor.

EGFR inhibitors result in scalp alopecia but also cause hirsutism and eyebrow and eyelash trichomegaly.

Immunotherapies (anti cytotoxic T-lymphocyte associated protein-4 and programmed cell death protein-1 receptor and its ligand) and stem cell transplants may also result in alopecia, with a clinical and histologic pattern consistent with alopecia areata, likely caused by the activation of inflammatory responses against hair follicle antigens and an



**Fig 1.** Chemotherapy induced alopecia. **A**, Clinical image of scalp alopecia 1 month after the first taxane based chemotherapy cycle. **B**, Pohl−Pinkus constrictions observed in monilethrix like hairs after weekly cyclophosphamide based chemotherapy. **C**, Trichoscopy of chemotherapy induced alopecia reveals black dots, fractured hair shafts, and vellus hairs.



**Fig 2.** Radiotherapy induced alopecia. Alopecia, erythema, and ulceration related to photon radiotherapy used for treating scalp metastasis. Ulceration resulted in permanent/cicatricial alopecia.

imbalance of the immune tolerance in the hair follicle environment.[7] These findings are concordant with other immune-related AEs reported in patients who are treated with immunotherapy, in which autoimmune T and B cell driven mechanisms underlie toxicities.[7,94]

The mechanisms by which endocrine therapies result in alopecia is via counteracting the anagen-prolonging effects of 17β-estradiol[118-120] and result in increased hair growth inhibitory actions of androgens, which is probably reflected by the development of hair thinning with a predominant androgenetic pattern.[121,122]

The pigmentary changes in regrowing hairs could be explained by an impaired transfer of melanin from hair follicle keratinocytes to the hair shaft and the generation of oxidative damage[123] with the induction of apoptosis of hair follicle melanocytes and melanocyte stem cells.[116]

Changes in hair structure depend on multiple interacting parameters, including hair shaft keratins and hair follicle asymmetric cell proliferation.[124,125]

## HAIR DISORDER SEVERITY GRADING
**Key point**
- **Adverse events in oncology clinical trials are graded using the Common Terminology Criteria for Adverse Events**

The documentation of AEs is critical for patient safety and for the development of a toxicity profile for each anticancer drug/regimen. In the oncology literature, alopecia is graded by the following AE grading instruments; the World Health Organization,[126] Dean scale,[127] the Eastern Cooperative Oncology Group,[128] Sredni et al,[129] the National Cancer Institute,[130] the EGFR Inhibitors Skin Toxicity Tool,[131] and the Common Terminology Criteria for Adverse Events Version 5.0 (CTCAE v5.0 Table III).[132] Of these grading



**Fig 3.** Scalp folliculitis (skin infection grade 3 [CTCAE v5.0]) in a patient receiving cetuximab. **A**, Before therapy with oral doxycycline and topical high potency corticosteroids. **B**, Two weeks after dermatologic therapy.

instruments, the CTCAE v5.0[132] is the standard for the description and exchange of drug safety information in cancer treatments. Its use is mandatory in oncology trials; therefore, data on alopecia incidence and severity are reported according to the CTCAE. There are some limitations in alopecia grading (CTCAE grades 1 and 2) that may not capture subtle changes in severity or pattern, and therefore more granular severity grading tools are recommended for studies investigating anticancer therapy induced alopecia.

For eyelash and eyebrow alopecia, there are no validated grading scales, whereas hypertrichosis and trichomegaly are graded with the CTCAE v5.0.[132] The modified Ferryman Gallwey scoring system may also be used to grade hyperthrichosis.[133]

### QUALITY OF LIFE IN PATIENTS WITH CANCER WITH HAIR DISORDERS
**Key points**
- Chemotherapy-induced scalp, eyelash, and eyebrow alopecia lead to a negative psychosocial impact
- The impact of other hair disorders in oncology has not been reported, but is likely significant

Hair-related AEs have a profound impact on cancer patient QoL. CIA is one of the most clinically visible and distressing AEs,[2] and has been cited as the most disturbing anticipated AE by 58% of breast cancer patients before chemotherapy.[134] In a multicenter study, 55% of 168 breast cancer patients reported high psychological distress from CIA.[135] The impact can be so immense that coping with hair loss was felt to be more difficult than the loss of a breast,[134,136] and can even lead patients to refuse treatment (8%).[134,137] In addition, eyelash and eyebrow alopecia resulted in psychological distress in breast cancer patients who were treated with taxane-based chemotherapy.[138]

The impact on QoL of changes of hair color and texture, hirsutism, and hypertrichosis in cancer patients has not been reported. Treatment-related growth of unwanted facial hair can also affect QoL, as shown in a previous survey-based study of several thousand women, where 62% had concerns regarding unwanted hair on the upper lip.[139,140] Therefore, it is important to query and measure the impact on QoL of hair disorders attributed to anticancer therapies, given the longer survival times and the increasing number of medications leading to these events.

### Specific quality of life instruments
Assessing the patient's own perception of their symptoms using patient-reported outcome measures, such as PRO-CTCAE, may complement our understanding of drug-induced hair disorders.[141] Specific instruments to assess the impact of hair disorders on cancer patients' QoL include the Chemotherapy-induced Alopecia Distress Scale[142] (validated in Korean patients and translated into

J Am Acad Dermatol
Volume 80, Number 5

Freites Martinez et al   **1187**



**Fig 4.** Depigmentation and hair thinning in a patient receiving tremelimumab. **A**, Before therapy. **B**, Three months after the first dose.



**Fig 5.** Trichomegaly in a patient taking erlotinib for 1 year.

English), which comprises 17 questions in 4 domains. In addition, the Eyelash Satisfaction Questionnaire was validated in a cohort of 595 patients with cancer; it includes 23 questions in 3 domains.[143,144]

### MANAGEMENT
**Key point**
- Most preventive or reactive strategies are based on uncontrolled studies; however, the US Food and Drug Administration has cleared 2 dynamic scalp cooling devices for the prevention of CIA in patients treated with cytotoxic chemotherapies for solid tumors

### Anticancer therapy induced alopecia
Given the varied alopecia-inducing pathogenic mechanisms and an individual's inherent susceptibility, no single strategy may be effective for alopecia induced by different therapies.[75] Management for anticancer therapy induced alopecia can be divided into preventive and reactive strategies (Table IV).

**Preventive strategies.** There are no preventive pharmacologic strategies that have demonstrated satisfactory efficacy to justify their general use. For example, topical minoxidil 2% twice daily showed no benefit to prevent CIA in a prospective trial of 10 patients.[145] However, in a randomized trial including 22 patients with breast cancer who were treated with cytotoxic chemotherapy, topical minoxidil 2% solution reduced the duration of complete alopecia by 50 days when compared to placebo (87 vs 137 days).[146] Trials evaluating this potential preventative strategy are needed. The topical calcitriol (BPM31543) showed benefit in a phase I trial of 31 patients and is currently under development.[147]

Scalp cooling has become the most widely used method for the prevention of CIA.[148] Scalp cooling systems include static devices (eg, glycerin-based, Chemocoldcaps [Chemotherapy Cold Caps, Inc, Dallas, TX], and Penguin [Penguin Cold Caps, London, United Kingdom])[149,150] and dynamic scalp cooling systems that were recently cleared by the US Food and Drug Administration (DigniCap [Dignitana, Lund, Sweden], in 2015, and Orbis [Paxman Coolers Ltd, Huddersfield, United Kingdom], in 2017).[151,152] The plausible mechanisms for conferring protection to the hair follicle include the reduced availability of cytotoxic drug to the hair follicle (vasoconstriction induces a decrease of 20% of scalp blood flow),[127,153,154] the relative reduced follicular uptake of cytotoxic therapies,[155] and decreased follicular metabolic activity.[156]

The success of scalp cooling appears to depend on the type of the chemotherapy regimen. In a prospective study in 124 women with breast cancer who were receiving taxane-based chemotherapy, Dignicap scalp cooling conferred protection against hair loss (Dean scale score of 0-2) in 66% compared to 0% in the uncooled group.[151] In a multicenter, randomized study using the Paxman Orbis scalp cooling system,[152] hair preservation was observed in 50% (cooling group) versus 0% (controls) after the

Table III. Grading scales used for anticancer therapy–induced hair changes

| | Alopecia grading | | |
|---|---|---|---|
| | CTCAE v5.0 | | |
| Grade 1 | Grade 2 | Grade 3 | Grade 4 |
| Hair loss of <50% of normal for that individual that is not obvious from a distance but only on close inspection; a different hairstyle may be required to cover the hair loss but it does not require a wig or hairpiece to camouflage | Hair loss of >=50% normal for that individual that is readily apparent to others; a wig or hair piece is necessary if the patient desires to completely camouflage the hair loss; associated with psychosocial impact | — | — |
| | **Dean's grading scale of hair loss protection from anticancer therapies** | | |
| >0 to 25% hair loss | 25 to 50% hair loss | 50-75% hair loss | 75-100% hair loss |
| | **WHO handbook for reporting results of cancer treatment** | | |
| Minimal hair loss | Moderate, patchy hair loss | Complete alopecia, but reversible | Nonreversible alopecia |
| | **EGFR Inhibitor Skin Toxicity Tool (MESTT)** | | |
| Hair loss <50% of normal for that individual that may or may not be noticeable to others but is associated with increased shedding and overall feeling of less volume. May require different hairstyle to cover but does not require hairpiece to camouflage | 2A. Hair loss associated with marked increase shedding and 50-74% loss compared to normal for that individual Hair loss is apparent to others, may be difficult to camouflage with change in hairstyle and may require a hairpiece<br>2B. Marked loss of at least 75% hair compared to normal for that individual with inability to camouflage except with a full wig OR new cicatricial hair loss documented by biopsy that covers at least 5% scalp surface area. May impact on functioning in social, personal or professional situations | — | — |
| | **Hypertrichosis grading**<br>**CTCAE v5.0** | | |
| Increase in length, thickness or density of hair that the patient is either able to camouflage by periodic shaving or removal of hairs or is not concerned enough about the overgrowth to use any form of hair removal | Increase in length, thickness or density of hair at least on the usual exposed areas of the body [face (not limited to beard/moustache area) plus/minus arms] that requires frequent shaving or use of destructive means of hair removal to camouflage; associated with psychosocial impact | — | — |
| | **Hirsutism grading**<br>**CTCAE v5.0** | | |
| In women, increase in length, thickness or density of hair in a male distribution that the patient is able to camouflage by periodic shaving, bleaching, or removal of hair | In women, increase in length, thickness or density of hair in a male distribution that requires daily shaving or consistent destructive means of hair removal to camouflage; associated with psychosocial impact | — | — |

**Table IV.** Management of hair disorders in patients receiving anticancer therapies

| Hair disorder | Interventions | Level of evidence |
|---|---|---|
| Chemotherapy-induced alopecia (CIA) | Preventive strategies:<br>Scalp cooling: caps or cooling systems, only for cancer patients with solid tumors<br>Contraindications to scalp cooling include hematological malignancies, and the following: cold sensitivity and cold trigged diseases, central nervous system malignancies, small cell carcinoma of the lung, cancers of the head and neck, skin cancer, and in pediatric patients | IB |
|  | Topical minoxidil 2% daily, over the entire scalp throughout chemotherapy and up to 4 months post-chemotherapy | IB |
| Radiotherapy-induced alopecia (RIA) | Reactive strategies:<br>Topical minoxidil 5% daily (radiation dermatitis should be managed first with topical corticosteroid, if present) | IV |
| Alopecia attributed to targeted therapies (EGFR inhibitors, VEGFR/PDGFR/BRAF inhibitors) | Reactive strategies:<br>Non-inflammatory alopecia (VEGFR/PDGFR): topical minoxidil 5% daily continued until 6 months after therapy ends | IV |
|  | If scalp inflammation (EGFR inhibitors): topical corticosteroids; if secondary infection present treat with culture/sensitivity-driven oral antibiotics | IV |
| Alopecia attributed to Immunotherapies (CTCLA-4, PD1, PDL-1) | High potency topical corticosteroid if alopecia areata; rule out thyroid dysfunction (immune related adverse event) | IV |
| Alopecia attributed to stem cell transplant | If alopecia areata, topical corticosteroids or Janus kinase inhibitors<br>If diffuse or pattern alopecia (similar pattern to CIA); topical minoxidil 5% daily | IV |
| Alopecia attributed to vismodegib | CTCAE v5.0 grades 1 and 2: topical minoxidil 5% daily continued until 6 months post-therapy | IV |
| Endocrine therapy-induced alopecia (EIA) | CTCAE v5.0 grades 1 and 2: topical minoxidil 5% daily | III |
| Eyebrow and eyelashes alopecia | Chemotherapy-induced alopecia: topical bimatoprost solution 0.03% | IB |
| Pigmentary and textural hair changes | If needed, options such as hair coloring and changes in hairstyle should be recommended (eg, hair straightener, hair permanent) | IB |
| Hirsutism and hypertrichosis | Reactive strategies:<br>CTCAE v5.0 grade 1 (mild hair growth)—local therapy, such as epilation, depilation, shaving, eflornithine, or laser treatment; CTCAE v5.0 grade 2 (prominent thick hairs, associated with psychosocial impact)—laser or intense pulsed light<br>Trimming for eyelash trichomegaly, referral to an ophthalmologist when irritation or discomfort is present<br>Patients can be reassured that these hair changes are temporary; normal growth should begin within 1 month after cessation of medication | III |
| General recommendations | As a prevention of patient distress, we recommend patient education and support<br>Most of the hair changes are temporary. However, if therapy is requested, this should be discussed to have realistic expectations of therapy outcome<br>Camouflaging techniques (eg, crayons, powder, volumizers, hair weaves/hair extension, scalp micropigmentation/tattoo and hairpieces) could be recommended<br>If the patient is emotionally affected, psychological counseling is recommended<br>Involve nurses and other health care providers in the cancer patients hair care |  |

*CTCAE v5.0*, Common Terminology Criteria for Adverse Events Version 5.0; *CTLA 4*, cytotoxic T lymphocyte associated protein 4; *EGFRI*, epidermal growth factor inhibitor; *PDGF R*, Platelet derived growth factor receptors; *PD 1*, programmed cell death protein 1; *PD L1*, programmed death ligand 1; *VEGF*, vascular endothelial growth factor.

fourth chemotherapy cycle (taxane/anthracycline or both). Another prospective randomized study of 79 patients (41 receiving Dignicap scalp cooling) reported lower hair preservation rates (39%) among patients undergoing scalp cooling versus 0% in the no scalp cooling arm.[157,158] Differences between devices are likely related to operator experience and types of chemotherapy regimens of patients enrolled, with patients undergoing taxane-based regimens showing a higher benefit from scalp cooling. Regarding safety, the most common AEs include headache (11%), nausea (4%), and dizziness (3%).[152] A metaanalysis of 10 trials that included 1959 patients demonstrated no differences in the incidence of scalp metastases between cooled (0.61%) versus noncooled patients (0.41%).[159] Scalp cooling has been reported to be effective in 3 patients with breast cancer who were treated with taxane-based chemotherapy and with CIA grade 2 (CTCAE) in order to prevent alopecia in future chemotherapy sessions, and consequently allow earlier reestablishment of scalp hair density; however, the risk of frostbite should be considered.[160] In general, precooled caps remain popular because of their widespread availability; however, 4 cases of thermal injury have been reported because of improper cap applications.[161]

Despite the relative success of the scalp cooling system in preventing CIA, this system has been reported as not effective to prevent RIA.[162] In addition, scalp cooling system use is not reimbursable by insurance companies, and costs may be elevated. Financial assistance may be obtained through hairtostay.org and coldcapitalfund.org.

There are no data on preventive strategies for noncytotoxic agent induced alopecia. Therefore, we recommend pretherapy counseling and on-therapy evaluations by the oncology team for atypical patterns or severity of alopecia, so that any comorbidities or exacerbating factors may be addressed and the patient can be referred to a dermatologist if indicated.

**Reactive strategies.** Reactive strategies are primarily based on case series, case reports, and expert opinion. Immunotherapies and stem cell transplants have been related to alopecia areata.[7,93] Therefore, topical and intralesional therapy with corticosteroids have shown efficacy in anecdotal reports of 2 patients.[7] Cancer patients may have hormone-sensitive tumors that could react with systemic therapies used for androgenetic alopecia (eg, spironolactone, finasteride, or cyproterone acetate); we have therefore held with caution these strategies for cases of persistent alopecia in cancer survivors.[163] Camouflage and supportive care should be provided to patients with CIA (Table IV).

### Eyelash and eyebrow alopecia

Relatively inexpensive cosmetics and camouflage products can be used as long as eyelashes are still present. The effect of bimatoprost solution 0.03% on chemotherapy-induced eyelash hypotrichosis was examined in a controlled study of 130 patients with breast cancer who were receiving cytotoxic chemotherapy showing that treatment with bimatoprost resulted in increased length and thickness compared to the vehicle control group (eyelash length 38% vs 16%; eyelash thickness 245% vs 33%).[164]

### Pigmentary and textural hair changes

Hair repigmentation and textural hair shaft changes have been reported with targeted and immunotherapies.[64] Initially, most patients are satisfied with their new hair characteristics. Nevertheless, if management is requested, options such as hair dyeing and changes in hairstyle (ie, straightening or curling) should be recommended because they pose no additional risk in patients with cancer. The use of hair dyes and their association with cancer development is conflicting with non-Hodgkin lymphoma, none to insignificant for leukemias, and nonexistent for breast cancer.[165]

### Hirsutism, hypertrichosis, and trichomegaly

Topical or cosmetic interventions are recommended (eg, waxing or bleaching).[166] Laser and photoepilation treatments are the most effective, especially in patients with lighter skin and dark-colored hairs.[167] For eyelash and eyebrow trichomegaly related to targeted therapies, eyelash clipping and referral to an ophthalmologist is indicated for patients with ocular symptoms.[168]

### Experimental therapies

Several preclinical approaches have been tried for CIA and RIA, although only a few have shown some clinical benefit. Moreover, there are no public trials for the prevention or management of other anticancer therapy induced hair disorders.

AS101 (ammonium trichloro [dioxoethylene-o,o′] tellurate) is an immunomodulatory tellurium compound based on a derivative of cisplatin. The drug has been shown to protect against CIA by reducing the severity, but it does not prevent hair

loss.[129] A topical botanical blend solution for the treatment of androgenetic alopecia[169] is currently being investigated for the prevention of permanent CIA in a double-blind, randomized controlled trial in breast cancer survivors.[170] It is hypothesized that this herbal medication may normalize apoptotic processes in hair follicle cells and reduce chemotherapy-induced inflammation in the scalp.

Tempol is a nitric oxide radioprotector, and its topical formulation has been found to be protective against RIA in both animal models and humans.[171] In a phase Ib study, the application of tempol gel 15 minutes before radiotherapy followed by wash-off led to full scalp retention in 3 of 5 evaluable patients.[172]

## CHALLENGES AND FUTURE PERSPECTIVES

Despite the prevalence and psychosocial impact of anticancer therapy induced hair disorders, research into their clinical presentation, pathophysiology, and management strategies has not received the attention it justifies. A comprehensive knowledge of the impact of hair disorders on QoL would be critical to optimize the shared decision-making process between doctors and patients regarding cancer therapies. As patients live longer on cancer therapies, there is a need to identify risk factors of clinically significant events and to develop improved and widely available preventive strategies, all of which would contribute to the optimal and comprehensive care of patients with cancer.

**REFERENCES**

1. Siegel RL, Miller KD, Jemal A. Cancer statistics, 2016. *CA Cancer J Clin*. 2016;66:7 30.
2. Lemieux J, Maunsell E, Provencher L. Chemotherapy induced alopecia and effects on quality of life among women with breast cancer: a literature review. *Psychooncology*. 2008;17: 317 328.
3. Chon SY, Champion RW, Geddes ER, Rashid RM. Chemotherapy induced alopecia. *J Am Acad Dermatol*. 2012;67:e37 e47.
4. Rossi A, Fortuna MC, Caro G, et al. Chemotherapy induced alopecia management: clinical experience and practical advice. *J Cosmet Dermatol*. 2017;16:537 541.
5. Ali SY, Singh G. Radiation induced alopecia. *Int J Trichology*. 2010;2:118 119.
6. Belum VR, Marulanda K, Ensslin C, et al. Alopecia in patients treated with molecularly targeted anticancer therapies. *Ann Oncol*. 2015;26:2496 2502.
7. Zarbo A, Belum VR, Sibaud V, et al. Immune related alopecia (areata and universalis) in cancer patients receiving immune checkpoint inhibitors. *Br J Dermatol*. 2017;176: 1649 1652.
8. Bresters D, Wanders DC, Louwerens M, Ball LM, Fiocco M, van Doorn R. Permanent diffuse alopecia after haematopoietic stem cell transplantation in childhood. *Bone Marrow Transplant*. 2017;52:984 988.
9. Saggar V, Wu S, Dickler MN, Lacouture ME. Alopecia with endocrine therapies in patients with cancer. *Oncologist*. 2013; 18:1126 1134.
10. Tosti A, Misciali C, Piraccini BM, Peluso AM, Bardazzi F. Drug induced hair loss and hair growth. *Drug Saf*. 1994;10: 310 317.
11. Munstedt K, Manthey N, Sachsse S, Vahrson H. Changes in self concept and body image during alopecia induced cancer chemotherapy. *Support Care Cancer*. 1997;5:139 143.
12. Gandhi M, Oishi K, Zubal B, Lacouture ME. Unanticipated toxicities from anticancer therapies: survivors' perspectives. *Support Care Cancer*. 2010;18:1461 1468.
13. Bezjak A, Tu D, Bacon M, et al. Quality of life in ovarian cancer patients: comparison of paclitaxel plus cisplatin, with cyclophosphamide plus cisplatin in a randomized study. *J Clin Oncol*. 2004;22:4595 4603.
14. Hackbarth M, Haas N, Fotopoulou C, Lichtenegger W, Sehouli J. Chemotherapy induced dermatological toxicity: frequencies and impact on quality of life in women's cancers. Results of a prospective study. *Support Care Cancer*. 2008;16:267 273.
15. Mendelson D, Block JB, Serpick AA. Effect of large intermittent intravenous doses of cyclophosphamide in lymphoma. *Cancer*. 1970;25:715 720.
16. Coggins PR, Ravdin RG, Eisman SH. Clinical evaluation of a new alkylating agent: cytoxan (cyclophosphamide). *Cancer*. 1960;13:1254 1260.
17. Sweeney MJ, Tuttle AH, Etteldorf JN, Whittington GL. Cyclophosphamide in the treatment of common neoplastic diseases of childhood. *J Pediatr*. 1962;61:702 708.
18. Brincker H, Mouridsen HT, Andersen KW. Adjuvant chemotherapy with cyclophosphamide or CMF in premenopausal women with stage II breast cancer. *Breast Cancer Res Treat*. 1983;3:91 95.
19. McLean RD. Cyclophosphamide in the management of advanced bronchial carcinoma. *Thorax*. 1965;20:555 561.
20. Wiernik PH, Serpick AA. A randomized clinical trial of daunorubicin and a combination of prednisone, vincristine, 6 mercaptopurine, and methotrexate in adult acute nonlymphocytic leukemia. *Cancer Res*. 1972;32:2023 2026.
21. Weil M, Glidewell OJ, Jacquillat C, et al. Daunorubicin in the therapy of acute granulocytic leukemia. *Cancer Res*. 1973;33: 921 928.
22. *Taxotere [package insert]*. Bridgewater, NJ: Sanofi Aventis; 2010. Available at: https://www.accessdata.fda.gov/drugsatfda docs/label/2010/020449s059lbl.pdf. Accessed June 26, 2017.
23. Cortes JE, Pazdur R. Docetaxel. *J Clin Oncol*. 1995;13: 2643 2655.
24. Sjostrom J, Blomqvist C, Mouridsen H, et al. Docetaxel compared with sequential methotrexate and 5 fluorouracil in patients with advanced breast cancer after anthracycline failure: a randomised phase III study with crossover on progression by the Scandinavian Breast Group. *Eur J Cancer*. 1999;35:1194 1201.
25. Bonneterre J, Roche H, Monnier A, et al. Docetaxel vs 5 fluorouracil plus vinorelbine in metastatic breast cancer after anthracycline therapy failure. *Br J Cancer*. 2002;87:1210 1215.
26. Hanna N, Shepherd FA, Fossella FV, et al. Randomized phase III trial of pemetrexed versus docetaxel in patients with non small cell lung cancer previously treated with chemotherapy. *J Clin Oncol*. 2004;22:1589 1597.
27. Masidonski P, Mahon SM. Permanent alopecia in women being treated for breast cancer. *Clin J Oncol Nurs*. 2009;13: 13 14.

28. Henderson IC, Allegra JC, Woodcock T, et al. Randomized clinical trial comparing mitoxantrone with doxorubicin in previously treated patients with metastatic breast cancer. *J Clin Oncol*. 1989;7:560-571.
29. Lawton PA, Spittle MF, Ostrowski MJ, et al. A comparison of doxorubicin, epirubicin and mitozantrone as single agents in advanced breast carcinoma. *Clin Oncol (R Coll Radiol)*. 1993;5:80-84.
30. Saxman S, Loehrer PJ Sr, Logie K, et al. Phase II trial of daily oral etoposide in patients with advanced non-small cell lung cancer. *Invest New Drugs*. 1991;9:253-256.
31. Sahmoud T, Postmus PE, van Pottelsberghe C, et al. Etoposide in malignant pleural mesothelioma: two phase II trials of the EORTC Lung Cancer Cooperative Group. *Eur J Cancer*. 1997;33:2211-2215.
32. Fulton D, Urtasun R, Forsyth P. Phase II study of prolonged oral therapy with etoposide (VP16) for patients with recurrent malignant glioma. *J Neurooncol*. 1996;27:149-155.
33. *Idarubicin [package insert]*. New York, NY: Pharmacia & Upjohn Co, Division of Pfizer Inc.; 2006. Available at: https://www.pfizer.com/files/products/uspi_idamycin.pdf. Accessed June 29, 2017.
34. Vogler WR, Velez-Garcia E, Weiner RS, et al. A phase III trial comparing idarubicin and daunorubicin in combination with cytarabine in acute myelogenous leukemia: a Southeastern Cancer Study Group Study. *J Clin Oncol*. 1992;10:1103-1111.
35. Lopez M, Contegiacomo A, Vici P, et al. A prospective randomized trial of doxorubicin versus idarubicin in the treatment of advanced breast cancer. *Cancer*. 1989;64:2431-2436.
36. Armand JP, Ducreux M, Mahjoubi M, et al. CPT-11 (irinotecan) in the treatment of colorectal cancer. *Eur J Cancer*. 1995;31a:1283-1287.
37. Pitot HC, Wender DB, O'Connell MJ, et al. Phase II trial of irinotecan in patients with metastatic colorectal carcinoma. *J Clin Oncol*. 1997;15:2910-2919.
38. Andre T, Louvet C, Maindrault-Goebel F, et al. CPT-11 (irinotecan) addition to bimonthly, high-dose leucovorin and bolus and continuous-infusion 5-fluorouracil (FOLFIRI) for pretreated metastatic colorectal cancer. GERCOR *Eur J Cancer*. 1999;35:1343-1347.
39. Duffour J, Gourgou S, Desseigne F, et al. Multicentre phase II study using increasing doses of irinotecan combined with a simplified LV5FU2 regimen in metastatic colorectal cancer. *Cancer Chemother Pharmacol*. 2007;60:383-389.
40. Ychou M, Raoul JL, Douillard JY, et al. A phase III randomised trial of LV5FU2 + irinotecan versus LV5FU2 alone in adjuvant high-risk colon cancer (FNCLCC Accord02/FFCD9802). *Ann Oncol*. 2009;20:674-680.
41. Shin H, Jo SJ, Kim do H, Kwon O, Myung SK. Efficacy of interventions for prevention of chemotherapy-induced alopecia: a systematic review and meta-analysis. *Int J Cancer*. 2015;136:E442-E454.
42. Gill PS, Tulpule A, Espina BM, et al. Paclitaxel is safe and effective in the treatment of advanced AIDS-related Kaposi's sarcoma. *J Clin Oncol*. 1999;17:1876-1883.
43. Ranson M, Davidson N, Nicolson M, et al. Randomized trial of paclitaxel plus supportive care versus supportive care for patients with advanced non-small-cell lung cancer. *J Natl Cancer Inst*. 2000;92:1074-1080.
44. Curtin JP, Blessing JA, Webster KD, et al. Paclitaxel, an active agent in nonsquamous carcinomas of the uterine cervix: a Gynecologic Oncology Group Study. *J Clin Oncol*. 2001;19:1275-1278.
45. Lombardi D, Crivellari D, Scuderi C, et al. Long-term, weekly one-hour infusion of paclitaxel in patients with metastatic breast cancer: a phase II monoinstitutional study. *Tumori*. 2004;90:285-288.
46. Gasparini G, Gion M, Mariani L, et al. Randomized phase II trial of weekly paclitaxel alone versus trastuzumab plus weekly paclitaxel as first-line therapy of patients with Her-2 positive advanced breast cancer. *Breast Cancer Res Treat*. 2007;101:355-365.
47. Di Leo A, Gomez HL, Aziz Z, et al. Phase III, double-blind, randomized study comparing lapatinib plus paclitaxel with placebo plus paclitaxel as first-line treatment for metastatic breast cancer. *J Clin Oncol*. 2008;26:5544-5552.
48. *Hycamtin [package insert]*. Research Triangle Park, NC: GlaxoSmithKline; 2014. Available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/020981s006lbl.pdf. Accessed June 29, 2017.
49. ten Bokkel Huinink W, Gore M, Carmichael J, et al. Topotecan versus paclitaxel for the treatment of recurrent epithelial ovarian cancer. *J Clin Oncol*. 1997;15:2183-2193.
50. Ramlau R, Gervais R, Krzakowski M, et al. Phase III study comparing oral topotecan to intravenous docetaxel in patients with pretreated advanced non-small-cell lung cancer. *J Clin Oncol*. 2006;24:2800-2807.
51. Gordon AN, Tonda M, Sun S, Rackoff W. Long-term survival advantage for women treated with pegylated liposomal doxorubicin compared with topotecan in a phase 3 randomized study of recurrent and refractory epithelial ovarian cancer. *Gynecol Oncol*. 2004;95:1-8.
52. Gerrard GE, Prestwich RJ, Edwards A, et al. Investigating the palliative efficacy of whole-brain radiotherapy for patients with multiple brain metastases and poor prognostic features. *Clin Oncol (R Coll Radiol)*. 2003;15:422-428.
53. Suneja G, Poorvu PD, Hill-Kayser C, Lustig RA. Acute toxicity of proton beam radiation for pediatric central nervous system malignancies. *Pediatr Blood Cancer*. 2013;60:1431-1436.
54. Mizumoto M, Oshiro Y, Takizawa D, et al. Proton beam therapy for pediatric ependymoma. *Pediatr Int*. 2015;57:567-571.
55. Reyes-Habito CM, Roh EK. Cutaneous reactions to chemotherapeutic drugs and targeted therapy for cancer: part II. Targeted therapy. *J Am Acad Dermatol*. 2014;71:217.e1-11.
56. Basset-Seguin N, Hauschild A, Kunstfeld R, et al. Vismodegib in patients with advanced basal cell carcinoma: primary analysis of STEVIE, an international, open-label trial. *Eur J Cancer*. 2017;86:334-348.
57. Lee WJ, Lee JL, Chang SE, et al. Cutaneous adverse effects in patients treated with the multitargeted kinase inhibitors sorafenib and sunitinib. *Br J Dermatol*. 2009;161:1045-1051.
58. Belum VR, Washington C, Pratilas CA, Sibaud V, Boralevi F, Lacouture ME. Dermatologic adverse events in pediatric patients receiving targeted anticancer therapies: a pooled analysis. *Pediatr Blood Cancer*. 2015;62:798-806.
59. Hofmann L, Forschner A, Loquai C, et al. Cutaneous, gastrointestinal, hepatic, endocrine, and renal side-effects of anti-PD-1 therapy. *Eur J Cancer*. 2016;60:190-209.
60. Baker BW, Wilson CL, Davis AL, et al. Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair regrowth. *Bone Marrow Transpl*. 1991;7:43-47.

J Am Acad Dermatol
Volume 80, Number 5

Freites Martinez et al   1193

61. Valeyrie L, Bastuji Garin S, Revuz J, et al. Adverse cutaneous reactions to imatinib (STI571) in Philadelphia chromosome positive leukemias: a prospective study of 54 patients. *J Am Acad Dermatol*. 2003;48: 201 206.
62. Arora B, Kumar L, Sharma A, Wadhwa J, Kochupillai V. Pigmentary changes in chronic myeloid leukemia patients treated with imatinib mesylate. *Ann Oncol*. 2004;15: 358 359.
63. Aleem A. Hypopigmentation of the skin due to imatinib mesylate in patients with chronic myeloid leukemia. *Hematol Oncol Stem Cell Ther*. 2009;2:358 361.
64. Rivera N, Boada A, Bielsa MI, et al. Hair repigmentation during immunotherapy treatment with an anti programmed cell death 1 and anti programmed cell death ligand 1 agent for lung cancer. *JAMA Dermatol*. 2017;153:1162 1165.
65. Segaert S, Van Cutsem E. Clinical signs, pathophysiology and management of skin toxicity during therapy with epidermal growth factor receptor inhibitors. *Ann Oncol*. 2005;16: 1425 1433.
66. Lacouture ME, Basti S, Patel J, Benson A 3rd. The SERIES clinic: an interdisciplinary approach to the management of toxicities of EGFR inhibitors. *J Support Oncol*. 2006;4: 236 238.
67. Fairlamb DJ. Hair changes following cytotoxic drug induced alopecia. *Postgrad Med J*. 1988;64:907.
68. Vergou T, Stratigos AJ, Karapanagiotou EM, et al. Facial hypertrichosis and trichomegaly developing in patients treated with the epidermal growth factor receptor inhibitor erlotinib. *J Am Acad Dermatol*. 2010;63:e56 e58.
69. Dueland S, Sauer T, Lund Johansen F, Ostenstad B, Tveit KM. Epidermal growth factor receptor inhibition induces trichomegaly. *Acta Oncol*. 2003;42:345 346.
70. Bouche O, Brixi Benmansour H, Bertin A, Perceau G, Lagarde S. Trichomegaly of the eyelashes following treatment with cetuximab. *Ann Oncol*. 2005;16: 1711 1712.
71. Pascual JC, Banuls J, Belinchon I, Blanes M, Massuti B. Trichomegaly following treatment with gefitinib (ZD1839). *Br J Dermatol*. 2004;151:1111 1112.
72. Trueb RM. Chemotherapy induced alopecia. *Semin Cutan Med Surg*. 2009;28:11 14.
73. Mooney RB, McKinstry CS, Kamel HA. Absorbed dose and deterministic effects to patients from interventional neuroradiology. *Br J Radiol*. 2000;73:745 751.
74. Beelen DW, Quabeck K, Graeven U, Sayer HG, Mahmoud HK, Schaefer UW. Acute toxicity and first clinical results of intensive postinduction therapy using a modified busulfan and cyclophosphamide regimen with autologous bone marrow rescue in first remission of acute myeloid leukemia. *Blood*. 1989;74:1507 1516.
75. Paus R, Haslam IS, Sharov AA, Botchkarev VA. Pathobiology of chemotherapy induced hair loss. *Lancet Oncol*. 2013;14: e50 e59.
76. Hesketh PJ, Batchelor D, Golant M, Lyman GH, Rhodes N, Yardley D. Chemotherapy induced alopecia: psychosocial impact and therapeutic approaches. *Support Care Cancer*. 2004;12:543 549.
77. Yun SJ, Kim SJ. Hair loss pattern due to chemotherapy induced anagen effluvium: a cross sectional observation. *Dermatology*. 2007;215:36 40.
78. Tsalic M, Gilboa M, Visel B, Miller B, Haim N. Epiphora (excessive tearing) and other ocular manifestations related to weekly docetaxel: underestimated dose limiting toxicity. *Med Oncol*. 2006;23:57 61.
79. Vowels M, Chan LL, Giri N, Russell S, Lam Po Tang R. Factors affecting hair regrowth after bone marrow transplantation. *Bone Marrow Transpl*. 1993;12:347 350.
80. Pirmez R, Pineiro Maceira J, Sodre CT. Exclamation marks and other trichoscopic signs of chemotherapy induced alopecia. *Australas J Dermatol*. 2013;54:129 132.
81. Miteva M, Tosti A. Dermoscopy guided scalp biopsy in cicatricial alopecia. *J Eur Acad Dermatol Venereol*. 2013;27: 1299 1303.
82. Wen CS, Lin SM, Chen Y, Chen JC, Wang YH, Tseng SH. Radiation induced temporary alopecia after embolization of cerebral arteriovenous malformations. *Clin Neurol Neurosurg*. 2003;105:215 217.
83. Ounsakul V, Lamsumang W, Suchonwanit P. Radiation induced alopecia after endovascular embolization under fluoroscopy. *Case Rep Dermatol Med*. 2016;2016:8202469.
84. Cox MC, Kusters JM, Gidding CE, et al. Acute toxicity profile of craniospinal irradiation with intensity modulated radiation therapy in children with medulloblastoma: a prospective analysis. *Radiat Oncol*. 2015;10:241.
85. Haruna F, Lipsett A, Marignol L. Topical management of acute radiation dermatitis in breast cancer patients: a systematic review and meta analysis. *Anticancer Res*. 2017; 37:5343 5353.
86. Mubki T, Rudnicka L, Olszewska M, Shapiro J. Evaluation and diagnosis of the hair loss patient: part I. History and clinical examination. *J Am Acad Dermatol*. 2014;71:415.e1 15.
87. Miteva M, Tosti A. Dermatoscopy of hair shaft disorders. *J Am Acad Dermatol*. 2013;68:473 481.
88. Pongpudpunth M, Demierre MF, Goldberg LJ. A case report of inflammatory nonscarring alopecia associated with the epidermal growth factor receptor inhibitor erlotinib. *J Cutan Pathol*. 2009;36:1303 1307.
89. Piraccini BM, Patrizi A, Fanti PA, et al. RASopathic alopecia: hair changes associated with vemurafenib therapy. *J Am Acad Dermatol*. 2015;72:738 741.
90. Fukui T, Kitamura H, Harada K, Nakano H, Sawamura D. Trichoscopic findings of erosive pustular dermatosis of the scalp associated with gefitinib. *Case Rep Dermatol*. 2017;9:44 49.
91. Ena P, Fadda GM, Ena L, Farris A, Santeufemia DA. Tufted hair folliculitis in a woman treated with lapatinib for breast cancer. *Clin Exp Dermatol*. 2008;33:790 791.
92. Yamazaki N, Kiyohara Y, Uhara H, et al. Phase II study of ipilimumab monotherapy in Japanese patients with advanced melanoma. *Cancer Chemother Pharmacol*. 2015; 76:997 1004.
93. Ceovic R, Desnica L, Pulanic D, et al. High frequency of cutaneous manifestations including vitiligo and alopecia areata in a prospective cohort of patients with chronic graft vs host disease. *Croat Med J*. 2016;57:229 238.
94. Zuo RC, Naik HB, Steinberg SM, et al. Risk factors and characterization of vitiligo and alopecia areata in patients with chronic graft vs host disease. *JAMA Dermatol*. 2015;151: 23 32.
95. Freites Martinez A, Shapiro J, Chan D, et al. Endocrine therapy induced alopecia in patients with breast cancer. *JAMA Dermatol*. 2018;154:670 675.
96. Kinahan KE, Sharp LK, Seidel K, et al. Scarring, disfigurement, and quality of life in long term survivors of childhood cancer: a report from the Childhood Cancer Survivor study. *J Clin Oncol*. 2012;30:2466 2474.

97. Kang D, Kim IR, Lee DY, et al. Incidence of permanent chemotherapy induced alopecia among breast cancer patients: a five year prospective cohort study. *Ann Oncol*. 2017; 28:mdx655.022.
98. Sideras K, Menefee ME, Burton JK, Erlichman C, Bible KC, Ivy SP. Profound hair and skin hypopigmentation in an African American woman treated with the multi targeted tyrosine kinase inhibitor pazopanib. *J Clin Oncol*. 2010;28: e312 e313.
99. van der Graaf WT, Blay JY, Chawla SP, et al. Pazopanib for metastatic soft tissue sarcoma (PALETTE): a randomised, double blind, placebo controlled phase 3 trial. *Lancet*. 2012; 379:1879 1886.
100. Kobayashi E, Koyama T, Kobayashi K, Setsu N, Kawashima M, Kawai A. Reversible hair depigmentation in a Japanese female treated with pazopanib. *J Dermatol*. 2014;41: 1021 1022.
101. Hartmann JT, Kanz L. Sunitinib and periodic hair depigmentation due to temporary c KIT inhibition. *Arch Dermatol*. 2008;144:1525 1526.
102. Brzezniak C, Szabo E. Images in clinical medicine. Sunitinib associated hair depigmentation. *N Engl J Med*. 2014;370:e27.
103. Hutterer M, Nowosielski M, Haybaeck J, et al. A single arm phase II Austrian/German multicenter trial on continuous daily sunitinib in primary glioblastoma at first recurrence (SURGE 01 07). *Neurooncology*. 2014;16:92 102.
104. Sibaud V, Munsch C, Lamant L. Eruptive nevi and hair depigmentation related to regorafenib. *Eur J Dermatol*. 2015;25:85 86.
105. Rodriguez NA, Ascaso FJ. Trichomegaly and poliosis of the eyelashes during cetuximab treatment of metastatic colorectal cancer. *J Clin Oncol*. 2011;29:e532 e533.
106. Alexandrescu DT, Kauffman CL, Dasanu CA. Persistent hair growth during treatment with the EGFR inhibitor erlotinib. *Dermatol Online J*. 2009;15:4.
107. Carser JE, Summers YJ. Trichomegaly of the eyelashes after treatment with erlotinib in non small cell lung cancer. *J Thorac Oncol*. 2006;1:1040 1041.
108. Gerber PA, Homey B. Images in clinical medicine. Erlotinib induced hair alterations. *N Engl J Med*. 2008;358: 1175.
109. Kerob D, Dupuy A, Reygagne P, et al. Facial hypertrichosis induced by Cetuximab, an anti EGFR monoclonal antibody. *Arch Dermatol*. 2006;142:1656 1657.
110. Montagut C, Grau JJ, Grimalt R, Codony J, Ferrando J, Albanell J. Abnormal hair growth in a patient with head and neck cancer treated with the anti epidermal growth factor receptor monoclonal antibody cetuximab. *J Clin Oncol*. 2005;23:5273 5275.
111. Betrian S, Gomez Roca C, Vigarios E, Delord JP, Sibaud V. Severe onycholysis and eyelash trichomegaly following use of new selective pan FGFR inhibitors. *JAMA Dermatol*. 2017; 153:723 725.
112. Kudo K, Fujiwara K, Tsushima M, et al. Toxicity manifesting as cosmetic hair alterations during erlotinib treatment. *Acta Oncol*. 2011;50:146 148.
113. Botchkarev VA, Sharov AA. Modeling chemotherapy induced hair loss: from experimental propositions toward clinical reality. *J Invest Dermatol*. 2016;136:557 559.
114. Botchkarev VA, Komarova EA, Siebenhaar F, et al. p53 is essential for chemotherapy induced hair loss. *Cancer Res*. 2000;60:5002 5006.
115. Yoon JS, Choi M, Shin CY, Paik SH, Kim KH, Kwon O. Development of a model for chemotherapy induced alopecia: profiling of histological changes in human hair follicles after chemotherapy. *J Invest Dermatol*. 2016;136: 584 592.
116. Tobin DJ, Hagen E, Botchkarev VA, Paus R. Do hair bulb melanocytes undergo apoptosis during hair follicle regression (catagen)? *J Invest Dermatol*. 1998;111: 941 947.
117. Hamilton CS, Potten CS, Denham JW, et al. Response of human hair cortical cells to fractionated radiotherapy. *Radiother Oncol*. 1997;43:289 292.
118. Conrad F, Ohnemus U, Bodo E, Bettermann A, Paus R. Estrogens and human scalp hair growth still more questions than answers. *J Invest Dermatol*. 2004;122:840 842.
119. Conrad F, Ohnemus U, Bodo E, et al. Substantial sex dependent differences in the response of human scalp hair follicles to estrogen stimulation in vitro advocate gender tailored management of female versus male pattern balding. *J Investig Dermatol Symp Proc*. 2005;10:243 246.
120. Ohnemus U, Uenalan M, Inzunza J, Gustafsson JA, Paus R. The hair follicle as an estrogen target and source. *Endocr Rev*. 2006;27:677 706.
121. Gateley CA, Bundred NJ. Alopecia and breast disease. *BMJ Clin Res Ed*. 1997;314:481.
122. Park J, Kim J I, Yun S K, Kim H U, Ihm C W. Pattern alopecia during hormonal anticancer therapy in patients with breast cancer. *Ann Dermatol*. 2014;26:743 746.
123. Conklin KA. Chemotherapy associated oxidative stress: impact on chemotherapeutic effectiveness. *Integr Cancer Ther*. 2004;3:294 300.
124. Westgate GE, Ginger RS, Green MR. The biology and genetics of curly hair. *Exp Dermatol*. 2017;26:483 490.
125. Bernard BA. The hair follicle enigma. *Exp Dermatol*. 2017;26: 472 477.
126. World Health Organization. *World Health Organization Handbook for Reporting Results of Cancer Treatment*. Geneva, Switzerland: World Health Organization; 1979:48.
127. Dean JC, Salmon SE, Griffith KS. Prevention of doxorubicin induced hair loss with scalp hypothermia. *N Engl J Med*. 1979;301:1427 1429.
128. Comis R. ECOG ACRIN Cancer Research Group. Available at: http://www.ecog.org/general/ctc.pdf. Accessed July 7, 2018.
129. Sredni B, Xu RH, Albeck M, et al. The protective role of the immunomodulator AS101 against chemotherapy induced alopecia studies on human and animal models. *Int J Cancer*. 1996;65:97 103.
130. National Cancer Institute website. Cancer therapy evaluation program: protocol development. Available at: http://ctep.cancer.gov/protocolDevelopment/electronic applications/ctc.htm. Accessed July 7, 2018.
131. Lacouture ME, Maitland ML, Segaert S, et al. A proposed EGFR inhibitor dermatologic adverse event specific grading scale from the MASCC skin toxicity study group. *Support Care Cancer*. 2010;18:509 522.
132. US Department of Health and Human Services. Common Terminology Criteria for Adverse Events (CTCAE). Version 5.0. https://ctep.cancer.gov/protocoldevelopment/electronic applications/docs/CTCAE v5 Quick Reference 8.5x11.pdf. Accessed July 29, 2018.
133. Hatch R, Rosenfield RL, Kim MH, Tredway D. Hirsutism: implications, etiology, and management. *Am J Obstet Gynecol*. 1981;140:815 830.

134. McGarvey EL, Baum LD, Pinkerton RC, Rogers LM. Psychological sequelae and alopecia among women with cancer. *Cancer Pract*. 2001;9:283 289.
135. Choi EK, Kim IR, Chang O, et al. Impact of chemotherapy induced alopecia distress on body image, psychosocial well being, and depression in breast cancer patients. *Psychooncology*. 2014;23:1103 1110.
136. Freedman TG. Social and cultural dimensions of hair loss in women treated for breast cancer. *Cancer Nurs*. 1994;17: 334 341.
137. Tierney AJ, Taylor J, Closs SJ. Knowledge, expectations and experiences of patients receiving chemotherapy for breast cancer. *Scand J Caring Sci*. 1992;6:75 80.
138. Smith K, Winstanley J, Boyle F, O'Reilly A, White M, Antill YC. Madarosis: a qualitative study to assess perceptions and experience of Australian patients with early breast cancer treated with taxane based chemotherapy. *Support Care Cancer*. 2018;26:483 489.
139. Blume Peytavi U. An overview of unwanted female hair. *Br J Dermatol*. 2011;165(suppl 3):19 23.
140. Rosenfield RL. Clinical practice. *Hirsutism N Engl J Med*. 2005; 353:2578 2588.
141. Kim J, Singh H, Ayalew K, et al. Use of PRO measures to inform tolerability in oncology trials: implications for clinical review, IND safety reporting and clinical site inspections. *Clin Cancer Res*. 2018;24:1780 1784.
142. Cho J, Choi EK, Kim IR, et al. Development and validation of Chemotherapy induced Alopecia Distress Scale (CADS) for breast cancer patients. *Ann Oncol*. 2014;25:346 351.
143. Dang J, Hansen JE, Burgess SM. Validation and assessment of measurement invariance of the eyelash satisfaction questionnaire (ESQ) in US cancer patients [abstract]. *Value Health*. 2009;12:A458.
144. Dang J, Cole JC, Burgess SM, Yang M, Daniels SR, Walt JG. Development and validation of the Eyelash Satisfaction Questionnaire. *Aesthet Surg J*. 2016;36:221 228.
145. Granai CO, Frederickson H, Gajewski W, Goodman A, Goldstein A, Baden H. The use of minoxidil to attempt to prevent alopecia during chemotherapy for gynecologic malignancies. *Eur J Gynaecol Oncol*. 1991;12:129 132.
146. Duvic M, Lemak NA, Valero V, et al. A randomized trial of minoxidil in chemotherapy induced alopecia. *J Am Acad Dermatol*. 1996;35:74 78.
147. Lacouture ME, Konner JA, Belum VR, et al. A phase I safety study of topical calcitriol (BPM 31543) for the prevention of chemotherapy induced alopecia (CIA). *J Clin Oncol*. 2017;35: e14064.
148. Shah VV, Wikramanayake TC, DelCanto GM, et al. Scalp hypothermia as a preventative measure for chemotherapy induced alopecia: a review of controlled clinical trials. *J Eur Acad Dermatol Venereol*. 2018;32:720 734.
149. Peck HJ, Mitchell H, Stewart AL. Evaluating the efficacy of scalp cooling using the Penguin cold cap system to reduce alopecia in patients undergoing chemotherapy for breast cancer. *Eur J Oncol Nurs*. 2000;4:246 248.
150. Katsimbri P, Bamias A, Pavlidis N. Prevention of chemotherapy induced alopecia using an effective scalp cooling system. *Eur J Cancer*. 2000;36:766 771.
151. Rugo HS, Klein P, Melin SA, et al. Association between use of a scalp cooling device and alopecia after chemotherapy for breast cancer. *JAMA*. 2017;317:606 614.
152. Nangia J, Wang T, Osborne C, et al. Effect of a scalp cooling device on alopecia in women undergoing chemotherapy for breast cancer: the SCALP randomized clinical trial. *JAMA*. 2017;317:596 605.
153. Luce J, Raffetto T, Crisp I, Grief G. Prevention of alopecia by scalp cooling of patients receiving adriamycin. *Cancer Chemother Rep*. 1973;57:108 109.
154. Janssen FP, Rajan V, Steenbergen W, van Leeuwen GM, van Steenhoven AA. The relationship between local scalp skin temperature and cutaneous perfusion during scalp cooling. *Physiol Meas*. 2007;28:829 839.
155. Decorti G, Peloso I, Favarin D, et al. Handling of doxorubicin by the LLC PK1 kidney epithelial cell line. *J Pharmacol Exp Ther*. 1998;286:525 530.
156. Bulow J, Friberg L, Gaardsting O, Hansen M. Frontal subcutaneous blood flow, and epi and subcutaneous temperatures during scalp cooling in normal man. *Scand J Clin Lab Invest*. 1985;45:505 508.
157. Smetanay K, Junio P, Feißt M, et al. COOLHAIR: a prospective randomized trial to investigate the efficacy and tolerability of scalp cooling in patients undergoing neoadjuvant chemotherapy for early breast cancer [abstract]. *J Clin Oncol*. 2017;35:525.
158. Forsberg SA. Scalp cooling therapy and cytotoxic treatment. *Lancet*. 2001;357:1134.
159. Rugo HS, Melin SA, Voigt J. Scalp cooling with adjuvant/ neoadjuvant chemotherapy for breast cancer and the risk of scalp metastases: systematic review and meta analysis. *Breast Cancer Res Treat*. 2017;163:199 205.
160. de Barros Silva G, Donati A, van den Hurk CJ. Comments regarding "Hair regrowth during chemotherapy after scalp cooling technique". *Int J Dermatol*. 2017;56: e57 e59.
161. Belum VR, de Barros Silva G, Laloni MT, et al. Cold thermal injury from cold caps used for the prevention of chemotherapy induced alopecia. *Breast Cancer Res Treat*. 2016;157:395 400.
162. van den Hurk C, de Beer F, Dries W, et al. No prevention of radiotherapy induced alopecia by scalp cooling. *Radiother Oncol*. 2015;117:193 194.
163. Rozner RN, Freites Martinez A, Shapiro J, et al. Safety of 5alpha reductase inhibitors and spironolactone in breast cancer patients receiving endocrine therapies. *Breast Cancer Res Treat*. 2019;174:15 26.
164. Ahluwalia GS. Safety and efficacy of bimatoprost solution 0.03% topical application in patients with chemotherapy induced eyelash loss. *J Invest Dermatol Symp Proc*. 2013;16:S73 S76.
165. Takkouche B, Etminan M, Montes Martinez A. Personal use of hair dyes and risk of cancer: a meta analysis. *JAMA*. 2005;293: 2516 2525.
166. van Zuuren EJ, Fedorowicz Z, Carter B, Pandis N. Interventions for hirsutism (excluding laser and photo epilation therapy alone). *Cochrane Database Syst Rev*. 2015; 4:CD010334.
167. Haedersdal M, Gotzsche PC. Laser and photoepilation for unwanted hair growth. *Cochrane Database Syst Rev*. 2006;4: CD004684.
168. Lacouture ME, Anadkat MJ, Bensadoun RJ, et al. Clinical practice guidelines for the prevention and treatment of EGFR inhibitor associated dermatologic toxicities. *Support Care Cancer*. 2011;19:1079 1095.
169. Cucé LC, Rodrigues CJ, Patriota RCR. Cellium® GC: evaluation of a new natural active ingredient in 210 mg/ml topical solution, through scalp biopsy. *Surg Cosmet Dermatol*. 2011; 3:123 128.

170. ClinicalTrials.gov website. EValuation of the Impact of a TOpical Lotion on Permanent Chemotherapy Induced Hair Disorders in Cancer Survivors (VOLUME). Available at: https://clinicaltrials.gov/ct2/show/NCT02605629. Accessed July 7, 2018.
171. Cuscela D, Coffin D, Lupton GP, et al. Protection from radiation induced alopecia with topical application of nitroxides: fractionated studies. *Cancer J Sci Am*. 1996;2: 273 278.
172. Metz JM, Smith D, Mick R, et al. A phase I study of topical Tempol for the prevention of alopecia induced by whole brain radiotherapy. *Clin Cancer Res*. 2004;10: 6411 6417.