# EXHIBIT A

```
 0   01


 2              UNITED STATES DISTRICT COURT

 3              EASTERN DISTRICT OF LOUISIANA

 4                        - - -

 5    In Re: Taxotere (DOCETAXEL)        MDL No. 2740

 6    Products Liability Litigation      SECTION: "H"

 7    This Document Relates To:          JUDGE MILAZZO

 8    ALL CASES                          MAG. JUDGE NORTH

 9

10                        - - -

11                  October 18, 2020

12                        - - -

13

14              Remote videotaped deposition

15    of JERRY SHAPIRO, M.D., conducted at the

16    location of the witness in New York, New

17    York, commencing at 8:01 a.m., on the

18    above date, before Marie Foley, a

19    Registered Merit Reporter, Certified

20    Realtime Reporter and Notary Public.

21                        - - -

22              GOLKOW LITIGATION SERVICES

23          877.370.3377 ph | 917.591.5672 fax

24                  deps@golkow.com
```

Jerry Shapiro, M.D.

```
 1         Q.    Okay.
 2         A.    And that was in -- that was in
 3    the '80 -- like in the '80s or something,
 4    or '90s.  In the '90s.
 5         Q.    We're going to talk about the
 6    case that was published in '98, but cases
 7    that were earlier concerning Kaposi's
 8    sarcoma, and those -- that particular
 9    article, if you remember, is about AIDS
10    patients, correct?
11         A.    Correct.
12         Q.    And it has nothing to do with
13    early stage breast cancer and the
14    treatment regimens --
15         A.    No, I agree.
16         Q.    Okay.  We can't talk over each
17    other because Marie has to get everything
18    down.  But we'll get that -- there in a
19    second.
20              But, you have not gone through a
21    complete causation analysis for any one
22    drug or any particular regimen of drugs to
23    demonstrate causation in your report,
24    correct?
```

Jerry Shapiro, M.D.

```
 1                MR. BAEHR:  Object to form.
 2       A.    I have not done a causation
 3   analysis of one particular drug.
 4       Q.    Have you done a causation
 5   analysis for any regimen?
 6       A.    I can simply comment that when
 7   three drugs are given to people and they
 8   lose their hair for a long time, that
 9   that's -- there's causation there.
10       Q.    Okay.  That's not my question.
11             My question was have you done a
12   causation analysis on any particular
13   regimen of chemotherapy agents, period?
14       A.    No.
15       Q.    Or question mark.
16       A.    No.
17       Q.    Okay.  You haven't done that,
18   okay.
19             What you said is you can just
20   simply comment based on what you reviewed,
21   right?
22       A.    Yeah.
23             MR. BAEHR:  Object to form.
24
```

```
 1      right?
 2          A.   All I've done is a review of
 3      the -- when Taxotere was being used 'cause
 4      that's what we were focusing on.  We
 5      weren't focusing on every single regimen
 6      in oncology.  I mean, I would be nuts to
 7      do that.  That would take weeks, okay.
 8              All I did was focus on Taxotere,
 9      which is what that case is all about, and
10      all the regimens, that, you know, that
11      have been done with that one.  So I have
12      done an analysis of those, okay, and --
13      but I can't do a causation analysis on
14      every single regimen in oncology.
15              Is that what you're asking me to
16      do?
17              MR. MICELI:  Well, Marie, I'm
18          going to move to strike because that
19          was non-responsive.  Can you please
20          read my last question again?
21              (The requested portion of the
22          record was read by the Court Reporter.)
23          A.   Okay.
24              And my answer to that is I have
```

1    not done a causation analysis of all

2    chemotherapeutic agents.  I have done an

3    analysis of those involved with Taxotere,

4    as much as that I could do.

5         Q.   Okay.

6              And I want -- I think we went

7    through this already, and I thought we

8    already agreed nowhere in your report do

9    you set out your causation analysis for

10   Taxotere or Taxotere-containing regimens,

11   correct?

12             MR. BAEHR:  Object to form.

13        A.   We have analyzed -- well, I have

14   analyzed the Taxotere regimens and -- for

15   breast cancer as well as some other things

16   as well.  So we -- I have looked at that.

17        Q.   Well, you've looked at -- you've

18   looked at studies involving Taxotere and

19   Taxotere-containing regimens, correct?

20        A.   Yes.

21        Q.   You reviewed some articles,

22   right?

23        A.   Quite a few articles, yes.

24        Q.   Sure.  I'm not shortchanging you

Jerry Shapiro, M.D.

```
 1      there.  Just you reviewed some articles.
 2           A.    Yes.
 3           Q.    And, but you do not set out a
 4      causation analysis, by way of a Bradford
 5      Hill analysis or anything else, to
 6      establish a causation opinion concerning
 7      Taxotere or any Taxotere-containing
 8      regimen, right?
 9           A.    I have not done what you've
10      said, Bradford Hill or anything like that.
11           Q.    Okay.
12                 And you -- and you just said a
13      few moments ago you certainly didn't do
14      that for any other chemotherapy drugs or
15      regimens that include non-Taxotere --
16           A.    No.
17           Q.    -- chemotherapy drugs, right?
18           A.    I have not done that.
19           Q.    Right.
20                 And you have not done a
21      causation analysis, a full causation
22      analysis by way of a Bradford Hill
23      analysis or any other recognized causation
24      analysis for tamoxifen and permanent
```

1       alopecia or permanent, persistent or

2       ongoing alopecia, correct?

3               MR. BAEHR:  Object to form.

4          A.   I have not done what you've just

5       said, this Bradford analysis.

6          Q.   Okay.

7               Or any other analysis, correct?

8       Any other recognized analysis to attempt

9       to establish a causal link between

10      tamoxifen and persistent, ongoing,

11      permanent alopecia, right?

12              MR. BAEHR:  Object to form.

13         A.   One would require special

14      expertise to do that.

15         Q.   And you don't have that

16      specialized expertise --

17         A.   No.

18         Q.   -- correct?

19         A.   No, I don't.

20              MR. BAEHR:  Object to form.

21      BY MR. MICELI:

22         Q.   All right.

23              Now, I'm jumping around just a

24      little bit, but if you want to look at the

```
 1      androgenetic alopecia.
 2           Q.    Okay.
 3           A.    They look very similar -- they
 4      look very similar on trichoscopy.
 5           Q.    Okay.
 6                 Are there different -- are you
 7      familiar with the different pathological
 8      diagnostic criteria for pCIA?
 9           MR. BAEHR:  Object to form.
10           A.    I'm not a pathologist, but I can
11      tell you that they also are very similar
12      as well, and that's why it's very hard to
13      determine one diagnosis from the other.
14           Q.    Okay.
15                 Would you defer to the
16      dermatopathologist in this case to address
17      what the pathologic diagnostic criteria
18      are?
19           A.    Yes.
20           Q.    Okay.
21                 So that would be you defer to
22      Dr. Smart and Dr. Thompson, right?
23           A.    Correct.
24           Q.    Okay.
```