UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Annette Godfrey v. Sanofi-Aventis U.S. LLC, | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-8787 | : | |

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(A)(1)

COMES NOW counsel for Plaintiff, ANNETTE GODFREY, now deceased, pursuant to Fed. R. Civ. P. 41(a)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order substituting Janice Owens, as plaintiff, on behalf of her deceased mother, Annette Godfrey, in the above-captioned cause.

1. Annette Godfrey filed a products liability lawsuit against defendants on September 9, 2017.

2. On March 31, 2020, Annette Godfrey passed away.

3. Plaintiff filed a Suggestion of Death on November 20, 2020, attached hereto as **Exhibit A.**

4. Annette Godfrey's product liability action against defendants survived Plaintiff-decedent's death and is not extinguished.

5. The decedent's daughter, JANICE OWENS, was issued Letters of Administration and appointed Administrator for the Estate of Annette Godfrey, is the Proper Plaintiff and wishes to be substituted on behalf of Annette Godfrey, in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: November 20, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/  Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway, Suite 2950
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: November 20, 2020

                                                Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "N"(5) |
| | : |
| THIS DOCUMENT RELATES TO: | : JUDGE JANE TRICHE MILAZZO |
| Annette Godfrey v. Sanofi-Aventis U.S. LLC, et. al. | : |
| | : MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-8787 | : |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Annette Godfrey, on or about March 31, 2020. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Godfrey's estate.

Dated: November 20, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway, Suite 2950
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: November 20, 2020

Respectfully Submitted,

**NIEMEYER GREBEL & KRUSE, LLC**

*/s/  Mark R. Niemeyer*
Mark R. Niemeyer #42437
Michael S. Kruse #57818
211 N. Broadway,
Suite 2950
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

Attorneys for Plaintiff