UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "N"(5) |
| : | |
| THIS DOCUMENT RELATES TO: : | JUDGE JANE TRICHE MILAZZO |
| Annette Godfrey v. Sanofi-Aventis U.S. LLC, : | |
| : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-8787 : | |

**ORDER ON MOTION FOR SUBSTITUTION OF PARTY
PURSUANT TO RULE 25(A)(1)**

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that **JANICE OWENS,** on behalf of her deceased mother, Annette Godfrey, may be substituted for Annette Godfrey as the proper party plaintiff in this action.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
**HONORABLE JANE T. MILAZZO**
United States District Court Judge