# GEORGIA DEATH CERTIFICATE

State File Number: **2020GA000022163**

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL FULL NAME | ANNETTE GODFREY |
| 1a | IF FEMALE, LAST NAME AT BIRTH | HARRIS |
| 2 | SEX | FEMALE |
| 2a | ACTUAL DATE OF DEATH | 03/31/2020 |
| 3 | SOCIAL SECURITY NUMBER | |
| 4a | AGE (Years) | 56 |
| 5 | DATE OF BIRTH | |
| 6 | BIRTHPLACE | GEORGIA |
| 7a | RESIDENCE - STATE | GEORGIA |
| 7b | COUNTY | MERIWETHER |
| 7c | CITY, TOWN | GAY |
| 7d | STREET AND NUMBER | 20165 85 HIGHWAY |
| 7e | ZIP CODE | 30218 |
| 7f | INSIDE CITY LIMITS? | YES |
| 8 | ARMED FORCES? | NO |
| 8a | USUAL OCCUPATION | DISABLE |
| 8b | KIND OF INDUSTRY OR BUSINESS | DISABILITY |
| 9 | MARITAL STATUS | DIVORCED |
| 10 | SPOUSE NAME | |
| 11 | FATHER'S FULL NAME | ARTHUR HARRIS |
| 12 | MOTHER'S MAIDEN NAME | ANNIE DORIS GASTON |
| 13a | INFORMANT'S NAME | JANICE OWENS |
| 13b | RELATIONSHIP TO DECEDENT | SISTER |
| 13c | MAILING ADDRESS | |
| 14 | DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15 | ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16 | DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a | IF DEATH OCCURRED IN HOSPITAL | |
| 17b | IF DEATH OCCURRED OTHER THAN HOSPITAL | HOSPICE FACILITY |
| 18 | HOSPITAL OR OTHER INSTITUTION NAME | BRIGHTMOOR HOSPICE |
| 19 | CITY, TOWN or LOCATION OF DEATH | GRIFFIN |
| 20 | COUNTY OF DEATH | SPALDING |
| 21 | METHOD OF DISPOSITION | BURIAL |
| 22 | PLACE OF DISPOSITION | |
| 23 | DISPOSITION DATE | |
| 24a | EMBALMER'S NAME | J W BENTLEY |
| 24b | EMBALMER LICENSE NO. | 4134 |
| 25 | FUNERAL HOME NAME | BENTLEY AND SONS FUNERAL HOME WB |
| 25a | FUNERAL HOME ADDRESS | 10151 HWY 85 SOUTH WOODBURY GEORGIA 30293 |
| 26a | SIGNATURE OF FUNERAL DIRECTOR | J W BENTLEY |
| 26b | FUN. DIR. LICENSE NO | 4542 |
| 27 | DATE PRONOUNCED DEAD | 03/31/2020 |
| 28 | HOUR PRONOUNCED DEAD | 23:34 MILITARY |
| 29a | PRONOUNCER'S NAME | SURAAYAH R. HUNTER |
| 29b | LICENSE NUMBER | RN186658 |
| 29c | DATE SIGNED | 03/31/2020 |
| 30 | TIME OF DEATH | 23:34 MILITARY |
| 31 | WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

**32. Part I.** Chain of events — diseases, injuries, or complications that directly caused the death.

| | Cause | Approximate Interval |
|---|---|---|
| A. IMMEDIATE CAUSE | BREAST CANCER | UNKNOWN |
| B. | | |
| C. | | |
| D. | | |

Part II. Significant conditions contributing to death but not related to cause given in Part 1A:

| # | Field | Value |
|---|---|---|
| 33 | WAS AUTOPSY PERFORMED? | NO |
| 34 | WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35 | TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36 | IF FEMALE (range 10-54) PREGNANT | NOT PREGNANT WITHIN THE PAST YEAR |
| 37 | ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 38 | DATE OF INJURY | |
| 39 | TIME OF INJURY | |
| 40 | PLACE OF INJURY | |
| 41 | INJURY AT WORK? | |
| 42 | LOCATION OF INJURY | |
| 43 | DESCRIBE HOW INJURY OCCURRED | |
| 44 | IF TRANSPORTATION INJURY | |
| 45 | Medical Certifier | KEVIN TAWN NAPIER, MD, 40749 |
| 45a | DATE SIGNED | 04/06/2020 |
| 45b | HOUR OF DEATH | 23:34 MILITARY |
| 46 | Medical Examiner/Coroner | |
| 46a | DATE SIGNED | |
| 46b | HOUR OF DEATH | |
| 47 | NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | KEVIN TAWN NAPIER 231 GRAEFE STREET GRIFFIN GEORGIA 30224 |
| 48 | REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49 | DATE FILED - REGISTRAR | 04/14/2020 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH