IN THE PROBATE COURT OF ___MERIWETHER___ COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
ANNETTE HARRIS GODFREY , )   ESTATE NO. 9912
DECEASED )

## LETTERS OF ADMINISTRATION
*[Bond Waived and/or Certain Powers Granted at Time of Appointment]*

At a regular term of Probate Court, this Court granted an order allowing JANICE OWENS to qualify as Administrator(s) of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, and that upon so doing, Letters of Administration be issued to such Personal Representative(s).

THEREFORE, the said Administrator(s), having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Personal Representative(s), according to Georgia law. In addition this Court:

*[Initial all that apply]*

   JR   (a) **POWERS GRANTED**: Grants to the Administrator(s) all of the powers contained in O.C.G.A. § 53-12-261.

   JR   (b) **REPORTS WAIVED**: Grants to the Administrator(s) the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary(ies) shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

   JR   (c) **BOND WAIVED**: Waives the specific requirement to post bond.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this ___ day of _____, 20___.

_____
Judge of the Probate Court

FILED IN OFFICE
*[Seal]* 10.23.2020
PROBATE COURT
MERIWETHER COUNTY
GREENVILLE, GEORGIA

NOTE: *The following must be signed if the Judge does not sign the original of this document:*

Issued by:

_____
Clerk of the Probate Court

GPCSF 3      [12]      Eff. July 2017