UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
*Elizabeth Kahn*, Case No. 2:16-17039

## [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBITS TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. MAMINA TUREGANO UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibits to Plaintiff's Reply Memorandum in Support of Motion to Exclude Testimony of Dr. Mamina Turegano, Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file exhibit 1 to Plaintiff's Reply Memorandum in Support of Motion to Exclude Testimony of Dr. Mamina Turegano (Rec. Doc. 11502) UNDER SEAL.

New Orleans, Louisiana, this ___ of November, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE