UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**In Re: TAXOTERE (DOCETAXEL)**                                     **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**


                                                                    **SECTION "H" (5)**


**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039**


### MOTION FOR LEAVE TO FILE DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON SPECIFIC CAUSATION UNDER SEAL

For the reasons set forth in the accompanying Memorandum in Support, Defendants sanofi-

aventis U.S. LLC and Sanofi US Services Inc. respectfully request leave of Court to file under seal

their Reply Memorandum in Support of Motion for Summary Judgment on Specific Causation,

including Exhibits M-P.


Respectfully submitted,

  /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)                 Harley V. Ratliff
**IRWIN FRITCHIE  URQUHART & MOORE LLC**          Jon Strongman
400 Poydras Street, Suite 2700                   Adrienne L. Byard
New Orleans, LA  70130                           **SHOOK, HARDY& BACON L.L.P.**
Telephone: 504-310-2100                          2555 Grand Boulevard
Facsimile:  504-310-2120                         Kansas City, Missouri 64108
dmoore@irwinllc.com                              Telephone: 816-474-6550
                                                 Facsimile:  816-421-5547
                                                 hratliff@shb.com
                                                 jstrongman@shb.com
                                                 abyard@shb.com

                                                 *Counsel for sanofi-aventis U.S. LLC and*
                                                 *Sanofi U.S. Services Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*