UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS, LLC F/K/A ACTAVIS INC. AND ACTAVIS PHARMA, INC. |
| Laura Schippa v. Sanofi US Services Inc., et al. | Civil Action No.: __2:19-cv-14675__ |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff against Actavis LLC f/k/a Actavis Inc. and Actavis Pharma Inc. in the above-captioned case be dismissed with prejudice, each party to bear its own costs. Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Stipulation of Partial Dismissal with Prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 21st day of November, 2020.

Respectfully submitted,

 */s/ Kristie L. Fischer*_____
Kristie L. Fischer
CANEPA RIEDY ABELE
851 S. Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
kfischer@canepariedy.com
*Counsel for Plaintiff*


 */s/ Thomas G. McIntosh*_____
Thomas G. McIntosh
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Telephone: (513) 698-5000
Facsimile: (513) 693-5137
kbeck@ulmer.com
*Counsel for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 21, 2020

                                              /s/ Kristie L. Fischer
                                              Kristie L. Fischer (NV Bar No. 11693)
                                              CANEPA RIEDY ABELE
                                              851 S. Rampart Boulevard
                                              Suite 160
                                              Las Vegas, Nevada 89145
                                              Tel: (702) 304-2335
                                              Fax: (702) 304-2336
                                              kfischer@canepariedy.com