**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| _____ : | MAG. JUDGE NORTH |
| VERNA SOUTHALL | : | |
| | : | COMPLAINT & JURY DEMAND |
| Plaintiff(s), | : | |
| | : | Civil Action No.: <u>2:19-cv-2038</u> |
| vs. | : | |
| | : | |
| SANOFI US SERVICES, INC., fka | : | |
| SANOFI-AVENTIS U.S. INC., et al. | : | |
| | : | |
| Defendant(s). | : | |
| -------------------------------------------------------- : | |

## <u>ORDER</u>

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 113030);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 23rd day of November, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT