UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | : MDL No. 2740<br>:<br>: JUDGE JANE TRICHE MILAZZO<br>: MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*VICKI B. AUTRY*
*2:17-CV-02361-JTM-MBN*

## ORDER

Before the Court is Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(A)(1) (Doc. 11433);

**IT IS ORDERED** that the Motion is **GRANTED**, and Brandon Todd Autry, on behalf of decedent Vicki B. Autry, may be substituted for Vicki B. Autry as the proper party plaintiff in this action.

New Orleans, Louisiana, this 23rd day of November, 2020.

_____
United States District Judge