UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Carol Woodson
Case No.: 17-cv-12674
*************************************************************************

## ORDER

Before the Court is a Motion to Withdraw (Doc. 11434);

**IT IS ORDERED** that the Motion is **GRANTED**, and Frances Lacy Radcliff is removed as co-counsel of record as Ms. Radcliff is no longer an associate affiliated with the Law Firm of Liska, Exnicios & Nungesser and no longer represents Plaintiff. Attorneys Alexandra Robertson and Val Patrick Exnicios will remain counsel for Plaintiff.

New Orleans, Louisiana, this 23rd day of November, 2020.

_____
JUDGE