UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |
| THIS DOCUMENT RELATES TO: Plaintiff Name: Brenda Rakestraw Case No.: 2:17-cv-17317 | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Short Form Complaint (Doc. 11437);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana this 23rd day of November, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT