UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H"<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Bobbi Adams, 2:18-cv-10720 | : : | |

### ORDER

Before the Court is Plaintiff's Motion to Substitute Party Plaintiff (Doc. 11483);

**IT IS ORDERED** that the Plaintiff's Motion to Substitute Party is hereby **GRANTED**, and that Lisa Rich and Jeremy Rich, on behalf of Bobbi Adams, deceased, and the Estate of Bobbi Adams, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana, this 23rd day of November, 2020.

_____
Honorable Jane Triche Milazzo
United States District Court Judge