UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Hughes v. Accord Healthcare, Inc.,* No. 2:17-cv-11769

### PLAINTIFF'S RESPONSE TO DEFENDANT ACCORD HEALTHCARE, INC.'S REQUEST FOR ORAL ARGUMENT (DOC. 11430)

NOW INTO COURT, comes Plaintiff, Alice Hughes, through the Plaintiffs' Steering Committee, who does not object to oral presentation of arguments on Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds (Doc. 11226), but who respectfully asks that the Court set the hearing on the same date as Defendant Sandoz Inc.'s Motion for Summary Judgment on Preemption Grounds,[1] as well as the parties' *Daubert* motions involving the experts the parties relied upon in the briefing on Accord's motion (i.e., Plaintiff's regulatory expert, David Ross, M.D., and Defendant Accord's regulatory expert Mukul Agrawal, M.D.).[2] Hearing these motions together will result in greater efficiency and avoid a piecemeal presentation of the same preemption issues that multiple 505(b)(2) defendants have raised.

Not only are the regulatory framework and regulatory expert issues inextricably intertwined, but all parties also now anticipate that there will be an additional continuation of the current trial date due to the circumstances of the Covid-19 pandemic. Accordingly, Plaintiff respectfully requests that these interrelated motions be heard on the present schedule for Trial 3 motions on January 11-13, 2021.[3]

---

[1] Doc. 11475 (Sandoz's preemption MSJ).
[2] Docs. 11436 (Accord's motion to strike declaration of Dr. Ross), 11446 (Accord's motion to exclude Dr. Ross), 11468 (Sandoz's motion to exclude Dr. Ross), 11504 (Plaintiff's motion to exclude Dr. Agrawal).
[3] CMO 14H (Doc. 11392).

Dated: November 24, 2020                                   Respectfully submitted,

/s/ Christopher L. Coffin                                  /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                             Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                           GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2505                            6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                               Los Angeles, California 90045
Phone: (504) 355-0086                                      Telephone: 510-350-9700
Fax: (504) 355-0089                                        Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                     kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                              *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                                       /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                                 Dawn M. Barrios (#2821)
GAINSBURGH   BENJAMIN   DAVID                              BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                   701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                    New Orleans, LA 70139
New Orleans, LA 70163-2800                                 Phone: 504-524-3300
Phone: 504-522-2304                                        Fax: 504-524-3313
Fax: 504-528-9973                                          barrios@bkc-law.com
plambert@gainsben.com

                                                           *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                               Abby E. McClellan
Andrews & Thornton                                         Stueve Siegel Hanson LLP
4701 Von Karman Ave., Suite 300                            460 Nichols Road, Suite 200
Newport Beach, CA 92660                                    Kansas City, MO 64112
Phone: (800) 664-1734                                      Phone: (816) 714-7100
aa@andrewsthornton.com                                     Fax: (816) 714-7101
                                                           mcclellan@stuevesiegel.com

2

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045  Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202

Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT