# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| Civil Action No.: 2:20-cv-01939 | |
| *Perlita Rabago v. Hospira, Inc.* | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this 24th day of November, 2020

By /s/Madeleine Brumley
   Madeleine Brumley, LA Bar Roll #: 37432
   David C. Laborde, LA Bar Roll #: 20907
   Derrick G. Earles, LA Bar Roll #: 29570
   Laborde Earles Law Firm LLC
   1901 Kaliste Saloom Rd.
   Lafayette, LA 70508
   P: (337) 261-2617
   F: (337) 261-1934
   madeleine@onmyside.com
   david@onmyside.com
   digger@onmyside.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 24, 2020            /s/_Madeleine Brumley