UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:  Contina Franklin
Case No.:   2:20-cv-01974-JTM-MBN

## DECLARATION

I, Madeleine Brumley, along with other legal professionals at Laborde Earles Law Firm, have attempted to reach my client, Contina Franklin on the following dates: 3/17/20; 8/21/20; 8/26/20; 9/14/20; 9/15/20; 10/1/20; 10/7/20; 11/23/20; by (check all that apply)  X  telephone,  X  e-mail, ___ text message, ___ ~~social~~ media,  X  U.S. Mail,  X  Certified Mail,  X  (UPS) other, and our client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Madeleine Brumley
MADELEINE BRUMLEY
Laborde Earles Law Firm LLC
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 261-2617
Madeleine@onmyside.com