UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Pamela Dumford__
Case No.: __2:20-cv-01865-JTM-MBN__

## DECLARATION

I, Madeleine Brumley, along with other legal professionals at Laborde Earles Law Firm, have attempted to reach my client, Pamela Dumford on the following dates: 9/8/20; 9/10/20; 9/14/20; 9/15/20; 9/30/20; 10/1/20; 10/21/20; 10/23/20; 10/30/20; 11/5/20; 11/23/20; by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, ___ social media, _X_ U.S. Mail, _X_ Certified Mail, __ other, and our client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Madeleine Brumley
MADELEINE BRUMLEY
Laborde Earles Law Firm LLC
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 261-2617
Madeleine@onmyside.com