# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Adams | Julia | 2:18-cv-11201 | 11/19/2018 | No PTO 71A | sanofi |
| 2 | Aiken | Ruth | 2:17-cv-11861 | 11/6/2017 | No HIPAA Authorization (not dated) | sanofi |
| 3 | Allain | Carol | 2:18-cv-01308 | 2/8/2018 | PFS Not Substantially Complete; No HIPAA Authorization (not dated) | sanofi |
| 4 | Allen | Deborah | 2:19-cv-14597 | 12/12/2019 | PFS Not Substantially Complete | sanofi |
| 5 | Allen | Margaree | 2:18-cv-06445 | 7/3/2018 | No Insurance Authorization; No PTO 71A | sanofi |
| 6 | Alston | Lynette | 2:20-cv-00516 | 2/13/2020 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 7 | Ammari | Lisa | 2:18-cv-07737 | 8/15/2018 | No Psychiatric or Insurance authorizations (forms submitted are photographs of authorizations); No PTO 71A | sanofi |
| 8 | Anderson | Peggy Ann | 2:18-cv-11572 | 11/26/2018 | Shell PFS; PFS Not Substantially Complete; No PTO 71A | 505 |
| 9 | Askew | Dorothy | 2:17-cv-08341 | 8/28/2017 | No HIPAA Authorization (not signed or dated) | sanofi |
| 10 | Avery | Christine | 2:20-cv-00967 | 3/20/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 11 | Barker | Nancy | 2:18-cv-13341 | 12/11/2018 | No PTO 71A | sanofi |
| 12 | Bates | Patsy | 2:19-cv-13225 | 10/23/2019 | PFS Not Substantially Complete | sanofi |
| 13 | Benigno | Ann | 2:18-cv-10566 | 11/6/2018 | HIPAA Authorization expired when produced to Defendants | sanofi |
| 14 | Birton | Darcel | 2:20-cv-01972 | 7/10/2020 | PFS Not Substantially Complete | sanofi |
| 15 | Blair | Sonja | 2:17-cv-17977 | 12/29/2017 | Shell PFS; No Psychiatric Records Authorization; Insurance, Disability and Workers' Compensation Authorization are not witnessed | sanofi |
| 16 | Booth | Carolyn | 2:17-cv-17662 | 12/20/2017 | Insurance and psychiatric records authorizations are not signed/dated | sanofi |
| 17 | Breed | Shauna | 2:18-cv-08482 | 9/10/2018 | PFS Not Substantially Complete (No before Photos); No PTO 71A | sanofi |
| 18 | Brengle | Norma | 2:20-cv-01966 | 7/9/2020 | PFS Not Substantially Complete; No HIPAA, Insurance or psychiatric records authorizations | sanofi |
| 19 | Brennan | Ernestine | 2:18-cv-10600 | 11/7/2018 | HIPAA and Psychiatric authorizations were expired when produced to Defendants | sanofi |
| 20 | Brewster | Catherine | 2:17-cv-17028 | 12/11/2017 | HIPAA Authorization is not dated; Authorization form(s) of such poor quality/blurry renders document illegible | sanofi |
| 21 | Broady | Sharon | 2:18-cv-04327 | 4/26/2018 | No insurance authorization; Disability authorization is not witnessed | sanofi |
| 22 | Brown | Shirley | 2:20-cv-02008 | 7/14/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 23 | Buck | Teresa | 2:17-cv-17981 | 12/29/2017 | Authorization form(s) of such poor quality/blurry renders document illegible | sanofi |
| 24 | Bullock | Diane | 2:18-cv-12661 | 12/6/2018 | Insurance Authorization not witnessed | sanofi |
| 25 | Butler | Sykeethia | 2:17-cv-08911 | 9/12/2017 | PFS Not Substantially Complete | sanofi |
| 26 | Cabaniss | Lorrie | 2:17-cv-10294 | 10/8/2017 | HIPAA Authorization is not dated | sanofi |
| 27 | Callaway | Carol | 2:20-cv-00557 | 2/17/2020 | PFS Not Substantially Complete; Insurance authorization not witnessed; No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 28 | Cantrell | Donna | 2:19-cv-00046 | 1/4/2019 | HIPAA authorization was expired when produced to Defendants | sanofi |
| 29 | Carbone | Carmelina | 2:20-cv-01584 | 6/1/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 30 | Carter | Montez | 2:19-cv-00007 | 1/2/2019 | HIPAA authorization was expired when produced to Defendants | sanofi |
| 31 | Casillas | Mary | 2:17-cv-15772 | 12/8/2017 | HIPAA Authorization is not dated; Insurance authorization is not witnessed | sanofi |
| 32 | Chavis | Derena | 2:18-cv-13158 | 12/10/2018 | No PTO 71A | sanofi |
| 33 | Cheshire | Carla | 2:18-cv-01324 | 2/8/2018 | Insurance, disability, workers compensation authorizations – Not witnessed; Plaintiff also failed to leave addressee lines of authorizations blank and improperly inserted Plaintiff's information in the addressee line | sanofi |
| 34 | Church | Georgia | 2:18-cv-11886 | 11/29/2018 | Insurance authorization not witnessed | sanofi |
| 35 | Clay | Marian | 2:20-cv-01764 | 6/19/2020 | No PTO 71A | sanofi |
| 36 | Colvin | Sandra | 2:19-cv-14451 | 12/10/2019 | No CMO 12A; No PTO 71A | sanofi |
| 37 | Cotton | Betty | 2:17-cv-07795 | 8/13/2017 | No Psychiatric authorization; Insurance authorization not signed/dated/witnessed | sanofi |
| 38 | Crawford | Peggy | 2:18-cv-12397 | 12/4/2018 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 39 | Crosswright | Tranetta | 2:19-cv-14187 | 12/6/2019 | PFS Not Substantially Complete; HIPAA Authorization is not dated | sanofi |
| 40 | Cunningham | Kathy | 2:19-cv-02680 | 3/21/2019 | PFS Not Substantially Complete | sanofi |
| 41 | Curlin | Susie | 2:17-cv-13743 | 11/30/2017 | No PTO 71A | sanofi |
| 42 | Danzeisen | Lorraine | 2:18-cv-11892 | 11/29/2018 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 43 | Darby | Charlotte | 2:17-cv-08332 | 8/27/2017 | No HIPAA Authorization (not signed or dated) | sanofi |
| 44 | De Vera | Vanessa | 2:17-cv-12650 | 11/17/2017 | HIPAA Authorization is not dated; Insurance authorization is not witnessed | sanofi |
| 45 | Derossett | Charlene | 2:20-cv-01969 | 7/9/2020 | No CMO 12A | Both sanofi and 505 |
| 46 | Dilorenzo | Renee | 2:18-cv-13655 | 12/13/2018 | HIPAA authorization was expired when produced to Defendants | sanofi |
| 47 | Doss | Pamela | 2:17-cv-07839 | 8/14/2017 | Shell PFS; No Authorizations (forms submitted are poor-quality photographs of authorizations) | sanofi |
| 48 | Dumford | Pamela | 2:20-cv-01865 | 7/1/2020 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 49 | Elledge | Jan | 2:18-cv-01446 | 2/12/2018 | No Authorizations (authorizations provided are for a different Plaintiff with the same firm) | sanofi |
| 50 | Federer | Angele | 2:18-cv-13117 | 12/10/2018 | No PTO 71A | sanofi |
| 51 | Floyd Motter | Elizabeth | 2:18-cv-02109 | 2/28/2018 | Shell PFS | sanofi |
| 52 | Foley | Bertha | 2:18-cv-08389 | 9/5/2018 | No Insurance, Disability or Workers' Compensation Authorizations | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 53 | Foust | Lilia | 2:20-cv-01631 | 6/5/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 54 | Frank | Deanna | 2:17-cv-12722 | 11/17/2017 | HIPAA authorization was expired when produced to Defendants | sanofi |
| 55 | Franklin | Contina | 2:20-cv-01974 | 7/10/2020 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 56 | Gipson | Charline | 2:17-cv-14872 | 12/5/2017 | HIPAA authorization is not dated; Insurance authorization not signed/witnessed | sanofi |
| 57 | Golden | Cynthia | 2:20-cv-01869 | 7/1/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both sanofi and 505 |
| 58 | Granados | Maria | 2:20-cv-01867 | 7/1/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 59 | Grant | Angie | 2:18-cv-12546 | 12/6/2018 | Shell PFS | sanofi |
| 60 | Gray | Alice | 2:17-cv-13938 | 12/1/2017 | Insurance authorization not witnessed | sanofi |
| 61 | Gray | Jana | 2:17-cv-10655 | 10/15/2017 | HIPAA Authorization is not dated; No PTO 71A | sanofi |
| 62 | Green | Richard | 2:18-cv-13191 | 12/10/2018 | No PTO 71A | sanofi |
| 63 | Grier | Teresa | 2:18-cv-08810 | 9/20/2018 | HIPAA authorization was expired when produced to Defendants | sanofi |
| 64 | Gucwa | Barbara | 2:18-cv-11092 | 11/16/2018 | HIPAA and Psychiatric authorizations were expired when produced to Defendants | sanofi |
| 65 | Harper | Janice | 2:17-cv-16043 | 12/8/2017 | Authorization form(s) of such poor quality/blurry renders document illegible | sanofi |
| 66 | Harrell | Annice | 2:20-cv-01874 | 7/1/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 67 | Henderson | Joe May | 2:18-cv-00641 | 1/22/2018 | Authorization form(s) of such poor quality/blurry renders document illegible | sanofi |
| 68 | Henderson | Pat | 2:17-cv-06257 | 6/28/2017 | PFS Not Substantially Complete | sanofi |
| 69 | Hernandez | Marla | 2:17-cv-16373 | 12/9/2017 | Shell PFS | sanofi |
| 70 | Hitchcock | Patricia | 2:20-cv-00719 | 3/2/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 71 | Horn | Pamela | 2:18-cv-06046 | 6/18/2018 | HIPAA authorization was expired when produced to Defendants; No PTO 71A | sanofi |
| 72 | Hudgon | Marleen | 2:18-cv-01335 | 2/8/2018 | Shell PFS; PFS Not Substantially Complete | sanofi |
| 73 | Hull-Massey | Carol | 2:20-cv-01577 | 05/30/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 74 | Inabinett | April | 2:18-cv-11096 | 11/16/2018 | No PTO 71A | sanofi |
| 75 | Isenhour | Chasity | 2:17-cv-10136 | 10/04/2017 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 76 | Jackson | Mary | 2:18-cv-13735 | 12/13/2018 | No PTO 71A | sanofi |
| 77 | James | Darnisha | 2:18-cv-12454 | 12/5/2018 | PFS Not Substantially Complete | sanofi |
| 78 | James | Myrtielee | 2:18-cv-02933 | 3/19/2018 | PFS Not Substantially Complete | sanofi |
| 79 | Jenkins | Lemon | 2:18-cv-01336 | 2/8/2018 | Shell PFS | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 80 | Johnson | Beatrice | 2:18-cv-11517 | 11/26/2018 | HIPAA Authorization is not dated; Insurance Authorization is not witnessed | sanofi |
| 81 | Johnson | Carolyn | 2:17-cv-13796 | 11/30/2017 | PFS Not Substantially Complete | 505 |
| 82 | Johnson | Tomekya | 2:18-cv-13202 | 12/10/2018 | No PTO 71A | sanofi |
| 83 | Johnston | Judy | 2:20-cv-00889 | 3/13/2020 | PFS Not Substantially Complete (photos are black and white copies) | sanofi |
| 84 | Jones | Deborah | 2:18-cv-11678 | 11/28/2018 | PFS Not Substantially Complete (photos are black and white copies); No PTO 71A | sanofi |
| 85 | Jones | Delois | 2:16-cv-17575 | 12/1/2016 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 86 | Jones | Jennifer | 2:19-cv-13290 | 10/25/2019 | PFS Not Substantially Complete | sanofi |
| 87 | Jose | Rachel | 2:17-cv-10297 | 10/8/2017 | No HIPAA Authorization (not signed or dated) | sanofi |
| 88 | Kenworthy | Lynda | 2:17-cv-14890 | 12/5/2017 | Psychiatric records authorization not signed/dated | sanofi |
| 89 | Kimbrell | Shelia | 2:18-cv-12329 | 12/4/2018 | No PTO 71A | sanofi |
| 90 | King | Bennie | 2:18-cv-03193 | 3/26/2018 | Insurance authorization not witnessed; No PTO 71A | sanofi |
| 91 | Kirksey | Tonya | 2:19-cv-02425 | 3/18/2019 | HIPAA and Psychiatric records authorizations expired when produced to Defendants | sanofi |
| 92 | Klahn | Anne | 2:20-cv-00329 | 1/29/2020 | PFS Not Substantially Complete | sanofi |
| 93 | Knight | Mary | 2:18-cv-12479 | 12/5/2018 | Insurance, disability, workers compensation authorizations - Plaintiff has failed to leave addressee lines of authorizations blank and improperly inserted plaintiff's information in the addressee/to line; No PTO 71A | sanofi |
| 94 | Krook | Rebecca | 2:19-cv-14009 | 12/3/2019 | PFS Not Substantially Complete; No CMO 12A; No PTO 71A | sanofi |
| 95 | Ladd | Lisa | 2:17-cv-09165 | 9/17/2017 | PFS Not Substantially Complete | sanofi |
| 96 | Landers | Kimberley | 2:17-cv-15742 | 12/8/2017 | HIPAA and psychiatric authorizations are not dated; No Insurance authorization | sanofi |
| 97 | Lencrerot | Pam | 2:19-cv-00365 | 1/17/2019 | Insurance authorization not witnessed; No PTO 71A | sanofi |
| 98 | Leroy | Lucienne | 2:19-cv-11174 | 6/12/2019 | No Psychiatric authorization | sanofi |
| 99 | Levine | Cassandra | 2:18-cv-13283 | 12/10/2018 | No PTO 71A | sanofi |
| 100 | Lindsay | Lillie | 2:19-cv-14542 | 11/12/2019 | PFS Not Substantially Complete | 505 |
| 101 | Lopez | Ruth | 2:17-cv-01197 | 2/10/2017 | Authorization form(s) of such poor quality/blurry renders document illegible | sanofi |
| 102 | Lopez | Wanda | 2:18-cv-12663 | 12/6/2018 | No PTO 71A | sanofi |
| 103 | Lowe | Anita | 2:17-cv-14580 | 12/5/2017 | Insurance authorization not witnessed; No disability or workers' compensation authorizations | sanofi |
| 104 | Loye | Dedra | 2:18-cv-13607 | 12/12/2018 | No PTO 71A | sanofi |
| 105 | Loza | Sandra | 2:18-cv-09022 | 9/27/2018 | HIPAA Authorization is not dated; Insurance and disability authorizations are not witnessed | sanofi |
| 106 | Luckett | Karla | 2:18-cv-08475 | 9/10/2018 | PFS Not Substantially Complete; HIPAA authorization not dated; Insurance authorization not dated/witnessed | sanofi |
| 107 | Lyle | Nancy | 2:18-cv-12499 | 12/5/2018 | Insurance authorization not witnessed | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 108 | Lynch | Joyce | 2:18-cv-07903 | 8/18/2018 | Insurance authorization not witnessed; Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 109 | Mack | Brenda | 2:19-cv-00370 | 1/17/2019 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 110 | Magsby | Dorothy | 2:18-cv-08778 | 9/20/2018 | Insurance authorization not witnessed; Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted "Lowe's Home Center" in the addressee line | sanofi |
| 111 | Mahlstadt | Maxine | 2:18-cv-10031 | 10/26/2018 | No CMO 12A | sanofi |
| 112 | Marquez | Teresa | 2:17-cv-11440 | 10/29/2017 | No HIPAA Authorization (not dated) | sanofi |
| 113 | Mccall | Beulah | 2:17-cv-09536 | 9/23/2017 | Shell PFS | sanofi |
| 114 | Mccall | Gina | 2:17-cv-09610 | 9/25/2017 | PFS Not Substantially Complete (photo doesn't show scalp) | sanofi |
| 115 | Mccamish | Nancy | 2:18-cv-06443 | 7/2/2018 | No PTO 71A | sanofi |
| 116 | Mcghee | Dedra | 2:18-cv-10614 | 11/7/2018 | No PTO 71A | sanofi |
| 117 | McGregor | Patricia | 2:20-cv-01478 | 5/19/2020 | PFS Not Substantially Complete (photos are black and white copies); Insurance authorization is not witnessed | sanofi |
| 118 | McMillian | Ellen | 2:20-cv-01736 | 06/16/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 119 | Mcmillon | Joann | 2:17-cv-12670 | 11/17/2017 | No Authorizations | sanofi |
| 120 | Mcneal | Lillie | 2:18-cv-12763 | 12/7/2018 | No Insurance authorization | sanofi |
| 121 | Mead | Margaret | 2:18-cv-13695 | 12/13/2018 | Shell PFS | sanofi |
| 122 | Meade | Lenora | 2:17-cv-14702 | 12/5/2017 | No Authorizations | sanofi |
| 123 | Meredith | Mary | 2:18-cv-11611 | 11/27/2018 | HIPAA Authorization is not dated; No Insurance authorization; No CMO 12A | sanofi |
| 124 | Mikeal | Mikyung | 2:20-cv-01872 | 7/1/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 125 | Miller | Cynthia | 2:19-cv-13662 | 11/15/2019 | PFS Not Substantially Complete; No PTO 71A; No Authorizations | 505 |
| 126 | Minor | Sindy | 2:18-cv-09641 | 10/17/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 127 | Mogan | Victoria | 2:18-cv-13254 | 12/10/2018 | Insurance authorization not witnessed; No PTO 71A | sanofi |
| 128 | Moore | Sheryl | 2:17-cv-10331 | 10/9/2017 | Shell PFS; Authorizations are not dated | sanofi |
| 129 | Morgan | Clydell | 2:20-cv-01346 | 5/4/2020 | No PTO 71A | sanofi |
| 130 | Morrissette Hughes | Virgian | 2:17-cv-16782 | 12/11/2017 | Insurance, Disability and Workers' Compensation Authorization are not witnessed | sanofi |
| 131 | Musa Gadjgo | Betty | 2:17-cv-08130 | 8/22/2017 | No HIPAA Authorization (not dated) | sanofi |
| 132 | Nard | Leslie | 2:17-cv-15822 | 12/8/2017 | Insurance, Disability and Workers' Compensation Authorizations - Plaintiff has failed to leave addressee lines of authorizations blank and improperly inserted plaintiff's information in the addressee/to lines | sanofi |
| 133 | Neel | Doris | 2:20-cv-01848 | 6/30/2020 | PFS Not Substantially Complete (photos are black and white copies); No PTO 71A | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 134 | Norwood | Kimberlee | 2:18-cv-12610 | 12/6/2018 | No HIPAA Authorization | sanofi |
| 135 | Olson | Frances | 2:20-cv-01937 | 7/8/2020 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 |
| 136 | Oneill | Suzanne | 2:18-cv-13634 | 12/12/2018 | No HIPPA and No Psychiatric Authorizations (HIPAA and Psychiatric Authorizations expired by time produced to defendants) | sanofi |
| 137 | Ordiway | Melissa | 2:17-cv-15294 | 12/01/2017 | Shell PFS; PFS Not Substantially Complete; No Authorizations | 505 |
| 138 | Pant | Sharlene | 2:18-cv-10475 | 11/5/2018 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 139 | Parker | Angela | 2:18-cv-06183 | 6/22/2018 | No Psychiatric Authorization (Psychiatric Authorization expired by time produced to defendants) | sanofi |
| 140 | Paschal | Barbara | 2:18-cv-12766 | 12/7/2018 | No Psychiatric records authorization | sanofi |
| 141 | Pederson | Rhonda | 2:18-cv-08925 | 9/26/2018 | No Psychiatric records authorization | sanofi |
| 142 | Pennell | Mary | 2:18-cv-12615 | 12/6/2018 | No PTO 71A | sanofi |
| 143 | Person | Shiray | 2:18-cv-11326 | 11/21/2018 | No PTO 71A | sanofi |
| 144 | Peterson | Kathy | 2:20-cv-00291 | 1/28/2020 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 145 | Pfleiderer | Karen | 2:19-cv-10905 | 6/5/2019 | No HIPPA Authorization (HIPAA Authorization expired by time produced to defendants) | sanofi |
| 146 | Pharr | Maureen | 2:20-cv-01873 | 7/1/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 147 | Phillips | Denise | 2:20-cv-01959 | 7/9/2020 | PFS Not Substantially Complete; No CMO 12A | sanofi |
| 148 | Priebe | Maxine | 2:18-cv-14035 | 12/19/2018 | No Insurance authorization; No PTO 71A | sanofi |
| 149 | Pringle | Cindy | 2:17-cv-12238 | 11/11/2017 | No Disability/workers' compensation authorizations (not signed/dated); No PTO 71A | sanofi |
| 150 | Pritchett | Dieadre | 2:18-cv-13326 | 12/11/2018 | Insurance authorization is not dated or witnessed and Plaintiff improperly inserted her own name/address in the addressee/to lines | sanofi |
| 151 | Purser | Shirley | 2:17-cv-13981 | 12/1/2017 | No Psychiatric records authorization | sanofi |
| 152 | Qualls | Peggy | 2:20-cv-02004 | 7/14/2020 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi |
| 153 | Quick | Frankie | 2:18-cv-09645 | 10/17/2018 | PFS Not Substantially Complete; No PTO 71A | 505 |
| 154 | Ramirez | Mary | 2:20-cv-01918 | 7/6/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 155 | Reaves | Priscilla | 2:17-cv-13479 | 11/28/2017 | Shell PFS | sanofi |
| 156 | Reed | Elizabeth | 2:18-cv-13650 | 12/13/2018 | No Insurance Authorization | sanofi |
| 157 | Reed | Shelitha | 2:19-cv-13615 | 11/13/2019 | No Insurance Authorization; Disability and workers compensation authorizations are not witnessed; No PTO 71A | sanofi |
| 158 | Reininger | Vanessa | 2:17-cv-14151 | 12/2/2017 | Insurance, Disability authorizations - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 159 | Rhone | Corzal | 2:20-cv-00282 | 1/28/2020 | PFS Not Substantially Complete | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 160 | Richardson | Jennifer | 2:18-cv-13570 | 12/12/2018 | Shell PFS | sanofi |
| 161 | Robinson | Patricia | 2:20-cv-01887 | 7/2/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 162 | Rodriguez | Waleska | 2:19-cv-02654 | 3/20/2019 | Insurance authorization - Plaintiff has failed to leave representative lines of authorization blank and improperly inserted Plaintiff's Counsel's information in the representative line | sanofi |
| 163 | Roe | Nita | 2:18-cv-12771 | 12/7/2018 | No CMO 12A; No PTO 71A | sanofi |
| 164 | Roland | Rita | 2:20-cv-01579 | 6/1/2020 | No PTO 71A | Both sanofi and 505 |
| 165 | Rolle | Tiffanie | 2:18-cv-12914 | 12/8/2018 | Authorizations are not dated; No PTO 71A | sanofi |
| 166 | Rose | Sandra | 2:19-cv-02395 | 3/15/2019 | No CMO 12A; No PTO 71A | sanofi |
| 167 | Rote | Charlene | 2:19-cv-13535 | 11/08/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71) | 505 |
| 168 | Rowenhorst | Nikki | 2:18-cv-12274 | 12/4/2018 | No Authorizations | sanofi |
| 169 | Salinetro | Anna | 2:19-cv-00529 | 1/25/2019 | No PTO 71A | sanofi |
| 170 | Sanchez | Lisa | 2:18-cv-09274 | 10/5/2018 | No PTO 71A | sanofi |
| 171 | Sanchez | Maria | 2:18-cv-10717 | 11/9/2018 | No PTO 71A | sanofi |
| 172 | Sanchez | Maria | 2:20-cv-01632 | 6/5/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 173 | Santeramo | Anthoula | 2:18-cv-08004 | 8/21/2018 | No Psychiatric records authorization | sanofi |
| 174 | Santiago | Diane | 2:17-cv-09131 | 9/15/2017 | PFS Not Substantially Complete | sanofi |
| 175 | Satram | Himatie | 2:19-cv-00483 | 01/23/2019 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No PTO 71A | 505 |
| 176 | Schaap | Barbara | 2:18-cv-06908 | 7/23/2018 | No HIPAA Authorization (not court-approved); No Psychiatric Records Authorization; No PTO 71A | sanofi |
| 177 | Scholl | Rachel | 2:18-cv-13329 | 12/11/2018 | PFS Not Substantially Complete; No PTO 71A | sanofi |
| 178 | Servatius | Mary | 2:19-cv-10311 | 5/9/2019 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted Plaintiff's oncologist's information in the addressee line; No PTO 71A | sanofi |
| 179 | Shane | Patricia | 2:20-cv-01948 | 7/9/2020 | No CMO 12A | sanofi |
| 180 | Shaw | Sonia | 2:18-cv-05780 | 6/9/2018 | PFS Not Substantially Complete; Insurance authorization - Not witnessed; Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 181 | Sheahon | Bonnie | 2:18-cv-03942 | 4/13/2018 | Shell PFS; No PTO 71A | sanofi |
| 182 | Simmons | Maria | 2:18-cv-05321 | 5/25/2018 | Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted Plaintiff's information in the addressee line | sanofi |
| 183 | Simms | Zina | 2:17-cv-11368 | 10/27/2017 | No HIPPA Authorization (HIPAA Authorization expired by time produced to defendants) | sanofi |
| 184 | Smith | Linda Jean | 2:17-cv-13029 | 11/21/2017 | Insurance authorization not witnessed | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 185 | Smith | Marian D | 2:19-cv-03290 | 3/25/2019 | No CMO 12A | sanofi |
| 186 | Spaulding | Betty | 2:18-cv-09012 | 9/27/2018 | Insurance authorization not witnessed, Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 187 | Spradley Dawson | Mercedes | 2:17-cv-11396 | 10/27/2017 | PFS Not Substantially Complete | sanofi |
| 188 | Stewart | Anneliese | 2:17-cv-08909 | 9/11/2017 | No HIPAA Authorization (not dated) | sanofi |
| 189 | Stubenhofer | Margaret | 2:17-cv-17991 | 12/30/2017 | PFS Not Substantially Complete | sanofi |
| 190 | Sullivan | Teresa | 2:20-cv-01832 | 6/29/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both sanofi and 505 |
| 191 | Sunderland | Carol | 2:18-cv-10768 | 11/9/2018 | No PTO 71A | sanofi |
| 192 | Swan White | Karmen | 2:18-cv-13071 | 12/10/2018 | HIPAA Authorization expired when produced to Defendants; Insurance authorization - Not witnessed, Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 193 | Tapper | Alyse | 2:20-cv-01678 | 6/11/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A) | Both sanofi and 505 |
| 194 | Taylor | Paula | 2:18-cv-08771 | 9/19/2018 | Insurance authorization not witnessed; No disability or workers' compensation authorizations | sanofi |
| 195 | Thomas | Patricia | 2:20-cv-01936 | 7/8/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 196 | Thorson | Nancy | 2:20-cv-01629 | 6/5/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | sanofi |
| 197 | Threet | Terri | 2:20-cv-01871 | 7/1/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both sanofi and 505 |
| 198 | Tillman Tousaint | Elizabeth | 2:18-cv-02426 | 3/7/2018 | No HIPAA Authorization (not dated) | sanofi |
| 199 | Toland | Lois | 2:18-cv-10531 | 11/6/2018 | HIPAA authorization was expired when produced to Defendants | sanofi |
| 200 | Torres | Lisa | 2:18-cv-00649 | 1/22/2018 | PFS Not Substantially Complete | sanofi |
| 201 | Tucker | Laticia | 2:17-cv-07741 | 8/11/2017 | No HIPAA Authorization (not signed or dated) | sanofi |
| 202 | Turner | Sharon | 2:17-cv-09163 | 9/17/2017 | Shell PFS | sanofi |
| 203 | Usher | Doris | 2:18-cv-12185 | 12/3/2018 | No PTO 71A | sanofi |
| 204 | Warren | Alma | 2:18-cv-07905 | 8/18/2018 | Shell PFS | sanofi |
| 205 | Watkins | Mary | 2:18-cv-06462 | 7/3/2018 | Insurance authorization not witnessed | sanofi |
| 206 | Weldon | Sheryl | 2:18-cv-13145 | 12/10/2018 | Insurance Authorization is not witnessed | sanofi |
| 207 | Wells | Sharon | 2:17-cv-15390 | 12/7/2017 | PFS Not Substantially Complete - No Before Photos | sanofi |
| 208 | White | Sharon | 2:18-cv-06047 | 6/18/2018 | No HIPAA Authorization (not dated); Insurance authorization not witnessed | sanofi |
| 209 | White | Shavonne | 2:18-cv-11228 | 11/20/2018 | No Insurance authorization; No CMO 12A; No PTO 71A | sanofi |
| 210 | Willett | Katherine | 2:18-cv-13376 | 12/11/2018 | No HIPAA Authorization | sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 211 | Williams | Candance | 2:18-cv-13851 | 12/14/2018 | No PTO 71A | sanofi |
| 212 | Williams | Doris | 2:17-cv-11448 | 10/29/2017 | Psychiatric records authorization not signed/dated; Insurance, Disability and Workers' Compensation Authorization are not signed, dated or witnessed | sanofi |
| 213 | Williams | Linda | 2:17-cv-09008 | 9/13/2017 | PFS Not Substantially Complete; No Authorizations | 505 |
| 214 | Wilson | Deborah | 2:18-cv-12331 | 12/4/2018 | Psychiatric authorization not signed/dated; Insurance authorization - Plaintiff has failed to leave addressee lines of authorization blank and improperly inserted plaintiff's information in the addressee/to line | sanofi |
| 215 | Wolfe | Jody | 2:17-cv-15844 | 12/8/2017 | HIPAA Authorization is not dated; No Psychiatric records authorization; No Insurance authorization | sanofi |
| 216 | Wooten | Kimelia | 2:17-cv-14439 | 12/4/2017 | Insurance authorization not witnessed; No CMO 12A | sanofi |
| 217 | Yelton | Claudia | 2:18-cv-00520 | 1/16/2018 | No Authorizations | sanofi |
| 218 | Yount | Glenda | 2:18-cv-11045 | 11/15/2018 | No PTO 71A | sanofi |