# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Ames | Annie | 2:18-cv-11769 | 11/29/2018 | PFS Not Substantially Complete - Before Photos are not dated | sanofi |
| 2 | Burkhardt | Carol | 2:19-cv-06277 | 4/1/2019 | PFS Not Substantially Complete - No Before Photos; No After Photos; No Authorizations (HIPAA not dated, no other authorizations provided); No PTO 71A | sanofi |
| 3 | Driggins | Evelyn | 2:19-cv-13229 | 10/23/2019 | PFS Not Substantially Complete - No Proof of Use; No CMO 12A | Both sanofi and 505 |
| 4 | Estell | Cathy | 2:19-cv-13003 | 10/7/2019 | PFS Not Substantially Complete - No Proof of Use | sanofi |
| 5 | Franklin | Maxine | 2:19-cv-01947 | 3/1/2019 | PFS Not Substantially Complete - Before Photos are PFS Not dated | sanofi |
| 6 | Jenkins | Karolyn | 2:18-cv-00893 | 1/29/2018 | PFS Not Substantially Complete - No After/Current Photos | sanofi |
| 7 | Mitchell | Julia | 2:20-cv-01144 | 4/8/2020 | No Authorizations (submitted photographs of authorizations); No PTO 71A (not signed by Counsel); No CMO 12A | Both sanofi and 505 |
| 8 | Price | Sheila | 2:19-cv-13363 | 10/31/2019 | PFS Not Substantially Complete - No Before Photos | Both sanofi and 505 |
| 9 | Sandy | Cheryl | 2:20-cv-00294 | 1/28/2020 | PFS Not Substantially Complete - No Before Photos | sanofi |
| 10 | Tate | Ruby | 2:18-cv-13497 | 12/11/2018 | PFS Not Substantially Complete - No After photos (photo doesn't show scalp) | sanofi |