UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| **VERNA SOUTHALL** | |
| | **COMPLAINT & JURY DEMAND** |
| Plaintiff(s), | |
| | Civil Action No.: **2:19-cv-2038** |
| vs. | |
| **SANOFI US SERVICES, INC.,** fka **SANOFI-AVENTIS U.S. INC.,** et al. | |
| Defendant(s). | |

### ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 11371);

**IT IS ORDERED** that the Motion is DENIED as moot as a duplicate of the Motion to Amend filed at Rec. Doc. 11303, which has previously been granted and whose proposed pleading has been filed into member case 19-2038 at Rec. Doc. 5.

**IT IS FURTHER ORDERED** that the Court's November 23, 2020 Order, Rec. Doc. 11510, be marked as STRICKEN.

New Orleans, Louisiana, this 25th day of November, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT