# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Curtice Bryant v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al* | EDLA No. 2:20-cv-2108 |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;

PLEASE TAKE NOTICE that Plaintiff hereby withdraws her Motion for Leave to File Amended Short Form Complaint. Pursuant to the Stipulation regarding PTO 105 and Defendants' request and agreement, Plaintiff withdraws her Motion for Leave to File an Amended Short Form Complaint and will refile when the process contemplated by the aforementioned Stipulation has been put in place.

Dated: November 25, 2020                                  Respectfully Submitted By:

/s/Steven D. Davis
IL Bar Number: 6281263
**TorHoerman Law LLC**
210 S. Main Street
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                  */s/ Steven D. Davis*
                                  Steven D. Davis