UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE T. MILAZZO |
| Debra Payton,<br>    Plaintiff, | : : : | |
| vs. | : : : | |
| Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop US, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira Inc.,<br>    Defendants. | : : : : : | |
| Civil Case No.: 2:17-cv-9725 | : : | |

**PLAINTIFF'S NOTICE TO WITHDRAW MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff, by and through undersigned counsel, gives notice of her intent to withdraw Plaintiff's Motion for Leave to File Amended Short Form Complaint filed on November 6, 2020 [D.E. 11391]. Plaintiff's counsel now withdraws the Motion as of today's date.

This the 30th day of November, 2020.

                                                         WHITFIELD BRYSON LLP

                                                         */s/ Daniel K. Bryson*
                                                         Daniel K. Bryson
                                                         N.C. State Bar No.: 15781
                                                         J. Hunter Bryson
                                                         N.C. State Bar No.: 50602
                                                         PO Box 12638
                                                         Raleigh, NC 27605

Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@whitfieldbryson.com
Email: hunter@whitfieldbryson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 30, 2020.

/s/ Daniel K. Bryson
Daniel K. Bryson