UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| | EDLA No. 2:20-cv-2118 |
| *Jennifer Sylvester v. Accord Healthcare, Inc.* | |

## ORDER

Before the Court is Plaintiff's Motion to Amend (Doc. 11135). The Court has been advised that the Motion is unopposed. Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 30th day of November, 2020.

_____
United States District Judge