# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 |
| | | SECTION: "H" 5 COMPLAINT |
| | | & JURY DEMAND |
| This Document Relates To: *Brienne Coates* | * * * | CIVIL ACTION NO. 2:18-cv-04427 |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 11481). The Court has been advised that the Motion is unopposed. Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 30th day of November, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT