UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S
MOTION FOR LEAVE TO FILE ITS BRIEF IN OPPOSITION TO
PLAINTIFF'S MOTION TO EXCLUDE MUKUL AGRAWAL, PH.D. UNDER SEAL**

For the reasons set forth in the accompanying Memorandum in Support, Defendant Accord Healthcare, Inc. respectfully requests leave of Court to file under seal its Brief in Opposition to Plaintiff's Motion to Exclude Mukul Agrawal, Ph.D. and related exhibits.

In support of this motion, Accord incorporates by reference its supporting memorandum of law filed in conjunction herewith.

Date: December 1, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:     216.592.5009
Email:          julie.callsen@tuckerellis.com
                    michael.ruttinger@tuckerellis.com
                    brenda.sweet@tuckerellis.com
*Attorneys for Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion for Leave to File Its Brief in Opposition to Plaintiff's Motion to Exclude Mukul Agrawal, Ph.D. Under Seal* was filed with the Court via ECF and is deemed served on all counsel of record.

                                                        */s/ Julie A. Callsen*
                                                        Julie A. Callsen

4941713