UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:

Plaintiff Name: <u>Maria L. Granados</u>
Case No.: <u> 2:20-cv-01867-JTM-MBN</u>

NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

　　Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Maria L. Granados.

　　Dated this 1st day of December, 2020.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Madeleine Brumley*
　　　　　　　　　　　　　　　　　　　Madeleine Brumley
　　　　　　　　　　　　　　　　　　　LABORDE EARLES LAW FIRM, LLC
　　　　　　　　　　　　　　　　　　　1901 Kaliste Saloom Rd.
　　　　　　　　　　　　　　　　　　　Lafayette, LA 70508
　　　　　　　　　　　　　　　　　　　(337) 261-2617 Phone
　　　　　　　　　　　　　　　　　　　(337) 261-1934 Fax
　　　　　　　　　　　　　　　　　　　Madeleine@onmyside.com

CERTIFICATE OF SERVICE

 I hereby certify that on the 1st day of December, 2020, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

　　　　　　　　　　　　　　　　　　　*/s/ Madeleine Brumley*
　　　　　　　　　　　　　　　　　　　Madeleine Brumley