UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiffs' Names: Anthoula Santeramo and Joe Santeramo
Case No.: 2:18-cv-08004

## DECLARATION

I, Nathan Buttars (Attorney's Name), or a member of the law firm for which I work, have attempted to reach my/our clients, Anthoula Santeramo and/or Joe Santeramo on the following dates: 11/07/2019, 05/03/2020, 07/27/2020, 07/28/2020, 07/30/2020, 08/04/2020, and 08/05/2020 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, __X__ social media, _X___ U.S. Mail, ____ Certified Mail, ____ other, and my/our clients have not been responsive to my/our communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: December 1, 2020

_/s/ *Nathan Buttars*_____
Nathan Buttars
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Tel: 801-917-8500
E: nate@lowelawgroup.com