# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Rita Gann v. SANOFI-AVENTIS U.S. LLC, et al. | Civil Action No.: 2:18-cv-13008 |

## ORDER

Before the Court is Plaintiff's Motion to Vacate Voluntary Dismissal (Doc. 11259). The Court has been advised that the Motion is unopposed. Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED** and that Plaintiff's claims against Sandoz Inc. are hereby reinstated;

**IT IS FURTHER ORDERED** that Plaintiff's duplicate Motion to Vacate Voluntary Dismissal (Doc. 10860) is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 30th day of November, 2020.

_____
Honorable Jane T. Milazzo
U.S. District Judge