# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* Case No. 2:17-cv-11769 | : : :: | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S REPLY
IN SUPPORT OF REQUEST FOR ORAL ARGUMENT ON
MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS**

Defendant Accord Healthcare, Inc. ("Accord") opposes PSC's request that oral argument on Accord's Motion for Summary Judgment on Preemption Grounds be heard in conjunction with the other pretrial motions scheduled for January 11-13, 2021.  As set forth in detail in the preemption motion itself, as well as submissions to the Court responding to the frequent requests for an extension, Accord's preemption motion is not dependent on a trial setting and the PSC should not be allowed to continue to avoid it.  Further, as set forth in Accord's opposition to Plaintiff's Motion to Exclude Dr. Agrawal (filed under seal today), nor does decision on the preemption motion depend on this Court's ruling on the admissibility of Dr. Agrawal's opinions.

If this Court is able to accommodate oral argument on this Motion before the January date, Accord respectfully requests that it be so scheduled. Counsel for Accord will be prepared to discuss at the upcoming lead and liaison counsel conference on December 14, 2020.

Date: December 1, 2020                                 Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:   216.592.5009
Email:       julie.callsen@tuckerellis.com
             michael.ruttinger@tuckerellis.com
             brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2020, a true and correct copy of the foregoing *Defendant Accord Healthcare, Inc.'s Reply in Support of Request for Oral Argument on Motion for Summary Judgment on Preemption Grounds* was filed via the ECF system that will send notification of such filing to all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen
