UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Alice D. Hughes, Case No. 2:17-cv-11769* | |

**[PROPOSED] ORDER**

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Plaintiff's Response in Opposition to Accord's Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I. Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file Plaintiff's Response in Opposition to Accord's Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I. UNDER SEAL.

New Orleans, Louisiana, this ___ of _____, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE