**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE<br>NORTH<br><br>Civil Action No.: 2:20-cv-00937 |
| THIS DOCUMENT RELATES TO:<br><br>***Debora Watkins v.  Sanofi US Services Inc.***<br>***f/k/a Sanofi-Aventis U.S. Inc. et al.*** | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL**
**EXCEPT SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

DATED this 2nd day of December, 2020.

Respectfully Submitted,

/s/ Jerry E. Martin
Jerry E. Martin (TN Bar No. 20193)
Seth M. Hyatt (TN Bar No. 31171)
**BARRETT JOHNSTON MARTIN &**
**GARRISON, LLC**
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219

1

T: (615) 244-2202
F: (615) 252-3798
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: December 2, 2020                    */s/ Jerry E. Martin*
                                           Jerry E. Martin