UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| *Binder v. Sanofi, S.A., et al.* Civil Action No.: 2:18-cv-3252 | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |

-----------------------------------------------------------

Plaintiff, Beverley Binder hereby moves for leave to file her First Amended Short Form Complaint, attached hereto as Exhibit "A".

Plaintiff contacted counsel for Defendant Sanofi, Madison Hatten from Shook, Hardy & Bacon L.L.P., who confirmed on November 28, 2020 that Defendant is not opposed.

/s/ Cory Fein
Cory Fein
Texas Bar No. 06879450
Cory Fein Law Firm
(281) 254-7717
cory@coryfeinlaw.com
712 Main St., #800
Houston, TX 77002

Attorney for Plaintiff, Beverley L. Binder

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Madison Hatten, counsel for Sanofi, and she confirmed on November 28, 2020 that Sanofi was not opposed to this motion.

/s/ Cory Fein
Cory Fein

## CERTIFICATE OF SERVICE

I hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on December 2, 2020.

/s/ Cory Fein
Cory Fein