**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                         SECTION "H" (5)
THIS DOCUMENT RELATES TO:                JUDGE MILAZZO
                                         MAG. JUDGE NORTH
_Binder v. Sanofi, S.A., et al._
Civil Action No.: 2:18-cv-3252          PLAINTIFF'S MEMORANDUM
                                         IN SUPPORT OF UNOPPOSED
                                         MOTION FOR LEAVE TO FILE
                                         AN AMENDED COMPLAINT

---------------------------------------------------------------

        Plaintiff Beverley Binder hereby files her Memorandum in Support of Unopposed

Motion for leave to file her First Amended Short Form Complaint and states as follows:

## BACKGROUND

        The Court has provided the parties to this litigation guidance and instructions to follow

concerning Plaintiffs in MDL No. 2470 who intend to amend their Short Form Complaints.

Specifically, this Court has ruled that "Plaintiffs may amend their complaints to add factual

allegations regarding particularized facts individual and specific to each Plaintiff's medical care

and treatment and/or that Plaintiff's communications with medical professionals." Pretrial Order

No. 105, Paragraph 2 [Doc. No. 10338].

## ANALYSIS

        Plaintiff Beverley Binder seeks to amend her Short Form Complaint's Statement of Facts

to include the following particularized allegations:

        1.      During the course of chemotherapy, Plaintiff suffered hair loss and thinning of the

hair..

        2.      Plaintiff's last chemotherapy treatment occurred on or about January 2008.

3.     After Binder completed her chemotherapy treatments in January 2008, she had regular appointments with her oncologist and her endocrinologist.

4.     Initially these appointments were every 3 months, then every six months, then once per year.

5.     These visits were at the MD Anderson clinic, Nellie B. Connolly Breast Center, in Houston, Texas.

6.     She spent a significant amount of time before each of these visits in the waiting room talking to other cancer patients who had gone through chemotherapy and experienced hair loss.

7.     During these conversations, these other cancer patients told Plaintiff that they had experienced hair loss like hers during their chemotherapy treatments, but that their hair had grown back thicker and curlier than it was before.

8.     Ms. Binder does not know the names of these people she spoke to in the waiting room, but in these multiple conversations, from 2008 through 2018, she was told that her hair loss was temporary and that it would grow back thicker and curlier than before.

9.     These conversations occurred on:  2-19-2009, 6-18-2009, 9-4-2009, 12-1-2009, 4-13-2010, 6-15-2010, 7-5-2010, 9-2-2010 and 12-21-2010.

10.     Ms. Binder also spoke to her friend, Janey Evans, on the telephone in 2008 or 2009 about chemotherapy and hair loss. During these conversations, Ms. Evans told Ms. Binder that she had completed her chemotherapy for breast cancer several months ahead of Ms. Binder, and that her hair grew back thicker and curlier than before chemotherapy.

11.     Ms. Binder's brother, Allan Lusky, was diagnosed with GBM brain cancer in June or July of 1996, which recurred in May of 2003. Ms. Binder cared for her brother during his

battle with cancer and personally witnessed him lose his hair during chemotherapy, and then have his hair grow back afterwards.

12.     Also, for many years after 2003, Mr. Lusky volunteered at MD Anderson, consulting with cancer patients until he could no long do volunteer work due to eventual complications of his two brain surgeries.

13.     Ms. Binder regularly drove Mr. Lusky to MD Anderson for his volunteering, including at times between 2008 and 2010. On those occasions, Ms. Binder would visit with patients in the hospitality room and discuss their cancer treatments with them, including the subject of hair loss and hair regrowth after chemotherapy.  These patients also told Ms. Binder that their hair loss caused by chemotherapy was temporary, and that their hair eventually grew back thicker and curlier than before.

## CONCLUSION

Plaintiff believes that she has complied with this Court's stated requirements contained within Pretrial Order 105 concerning her request to amend her Short Form Complaint. Thus, for all the reasons stated herein, she respectfully requests that this Court grant her Motion to Amend her Short Form Complaint.


/s/ Cory Fein
Cory Fein
Texas Bar No. 06879450
Cory Fein Law Firm
(281) 254-7717
cory@coryfeinlaw.com
712 Main St., #800
Houston, TX 77002

Attorney for Plaintiff, Beverley L. Binder

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Madison Hatten, counsel for Sanofi, and she confirmed on November 28, 2020 that Sanofi was not opposed to this motion.

/s/ Cory Fein
Cory Fein

## CERTIFICATE OF SERVICE

I hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on December 2, 2020.

/s/ Cory Fein
Cory Fein