UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| *Binder v. Sanofi, S.A., et al.* Civil Action No.: 2:18-cv-3252 | ORDER |

-------------------------------------------------------------

Came of for ruling Plaintiff Beverley Binder's unopposed Motion for Leave to File her First Amended Short Form Complaint. The motion is hereby GRANTED.

_____
**UNITED STATES DISTRICT COURT JUDGE**

1