UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Frankie Quick
Case No.: 2:18-cv-09645

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Frankie Quick whose case is on a Notice of Non-Compliance to be heard by the Court on December 14, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  Thursday, December 3, 2020      /s/ *Jason S. Long*
    **FEARS NACHAWATI, PLLC**
    Jason S. Long #24098012
    5473 Blair Road
    Dallas, Texas 75231
    Telephone: (214) 890-0711
    Fax: (214) 890-0712
    jlong@fnlawfirm.com
    Counsel for plaintiff