UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:  Frances Olson
Case No.:   2:20-cv-01937-JTM-MBN

**DECLARATION**

I, Madeleine Brumley, along with other legal professionals at Laborde Earles Law Firm, have attempted to reach my client, Frances Olson on the following dates: 8/26/20; 9/10/20; 9/14/20; 10/1/20; 10/7/20; 11/12/20; 11/18/20; 11/23/20 by (check all that apply)   X   telephone,   X   e-mail, _____ text message, _____ social media,   X   U.S. Mail,   X   Certified Mail,   X   (UPS) other, and my client has not been responsive to my communications to date. I declare that the foregoing is true and correct to the best of my knowledge.

_____
MADELEINE BRUMLEY
Laborde Earles Law Firm LLC
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 261-2617
Madeleine@onmyside.com