UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Frances Olson__
Case No.: __2:20-cv-01937-JTM-MBN__

# DECLARATION

I, Madeleine Brumley, along with other legal professionals at Laborde Earles Law Firm, have attempted to reach my client, Frances Olson on the following dates: 8/26/20; 9/10/20; 9/14/20; 10/1/20; 10/7/20; 11/12/20; 11/18/20; 11/23/20 by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, __X__ (UPS) other, and my client has not been responsive to my communications to date. I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ Madeleine Brumley_
MADELEINE BRUMLEY
Laborde Earles Law Firm LLC
1901 Kaliste Saloom Rd.
Lafayette, LA 70508
(337) 261-2617
Madeleine@onmyside.com