MINUTE ENTRY
NORTH, M.J.
DECEMBER 2, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                  MDL NUMBER: 2740
      PRODUCTS LIABILITY
      LITIGATION                                   SECTION: "H"(5)

                                                             THIS DOCUMENT RELATES TO
                                                             ALL CASES

A status conference via telephone was held on this date in the presence of a Court Reporter (Jodi Simcox).

PARTICIPATING:    Chris Coffin       Geoff Coan
                              Karen Menzies     Kathleen Kelly
                              Palmer Lambert    Michael Suffern
                              Jennifer Heis       Douglas Moore
                              John Olinde

The Court advised the parties that the scope of discovery permissible at this time against the defendants is that scope outlined in Exhibits C and D to the PSC's July 13, 2020 and that CMO 7 otherwise remains in effect. The Court also advised the parties that, to the extent any of these defendants files a dispositive motion, the PSC will be allowed to conduct the discovery necessary to meet the arguments set forth in such motion.

                                                                   MICHAEL B. NORTH
                                                         UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:12)