UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Peggy Crawford
Case No.: 2:18-12397

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Peggy Crawford whose case is on a Notice of Non-Compliance to be heard by the Court on December 14, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: December 4, 2020                    BACHUS & SCHANKER, LLC

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*