# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-30495
_____

In re: Taxotere (Docetaxel) Products Liability
Litigation

_____

Antoinette Durden,

*Plaintiff—Appellant*,

*versus*

Sanofi U.S. Services, Incorporated, *formerly known as* Sanofi-Aventis, U.S., L.L.C.; Sanofi-Aventis, U.S., L.L.C.,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:16-CV-16635

_____

ORDER:

    IT IS ORDERED that the joint motion of Appellant and Appellees to view and obtain sealed documents is GRANTED.

_____
ANDREW S. OLDHAM
*United States Circuit Judge*