# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 04, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30495    In re: Taxotere Prod Liability
                        USDC No. 2:16-MD-2740
                        USDC No. 2:16-CV-16635

The court has considered the motion of Sanofi-Aventis, U.S., L.L.C., Antoinette Durden, Sanofi U.S. Services, Incorporated to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Sanofi-Aventis, U.S., L.L.C., Antoinette Durden, Sanofi U.S. Services, Incorporated may obtain all ex parte documents *filed on behalf of* Sanofi-Aventis, U.S., L.L.C., Antoinette Durden, Sanofi U.S. Services, Incorporated, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      */s/ Rebecca L. Leto*
                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

Ms. Dawn M. Barrios
Mr. Christopher L. Coffin
Ms. Ilana H. Eisenstein
Ms. Rachel Horton
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel