UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2740 ) ) SECTION: "H" (5) ) ) JUDGE MILAZZO ) ) MAG. JUDGE NORTH ) ) ) |
| THIS DOCUMENT RELATES TO: CAROLYN JONES V. SANOFI-AVENTIS U.S. LLC, et al. Civil Action No.: 2:20-cv-850 | ) NOTICE OF PARTIAL DISMISSAL ) WITH PREJUDICE AS TO ALL ) EXCEPT ACCORD HEALTHCARE, ) INC. ) ) ) |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claim against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 4th day of December, 2020.

Respectfully submitted,

*/s/ Thomas J. Smith*
Thomas J. Smith, TN BPR #35331
Law Offices of Tony Seaton & Associates, PLLC
118 E Watauga Ave
Johnson City, TN 37601
Telephone: (423) 282-1041
Facsimile: (423) 282-0967
tom@tonyseaton.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2020, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service.

*/s/ Thomas J. Smith*
Thomas J. Smith