UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Alice Hughes*, Case No. 2:17-11769; *Wanda Stewart*, Case No. 2:17-10817 | |

**[PROPOSED] ORDER**

Considering the foregoing Consent Motion to Substitute the Memorandum in Support of PSC's Motion for Partial Summary Judgment on Third Party Fault, Plaintiffs' Statement of Material Facts and Exhibit 6 (Rec. Doc. 11460),

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall remove Record Documents 11460-1, 11460-2, and sealed 11460-8 from the docket and substitute the documents attached to Plaintiffs' Consent Motion to Substitute the Memorandum in Support of PSC's Motion for Partial Summary Judgment on Third Party Fault, Plaintiffs' Statement of Material Facts and Exhibit 6 (Rec. Doc. 11460) in its place.

New Orleans, Louisiana this____ day of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE