UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
*Alice Hughes*, Case No. 2:17-11769;
*Wanda Stewart*, Case No. 2:17-10817

### [PROPOSED] ORDER

### *EX PARTE* MOTION OF PSC FOR LEAVE TO FILE EXHIBIT TO PLAINTIFFS' CONSENT MOTION TO SUBSTITUTE THE MEMORANDUM IN SUPPORT OF PSC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRD PARTY FAULT, PLAINTIFFS' STATEMENT OF FACTS AND EXHIBIT 6 UNDER SEAL

Considering the foregoing *Ex Parte* Motion of PSC for Leave to File Exhibit to Plaintiffs' Consent Motion to Substitute the Memorandum in Support of PSC's Motion for Partial Summary Judgment on Third Party Fault, Plaintiffs' Statement of Facts and Exhibit 6, Under Seal,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file exhibit 6 to Plaintiffs' Consent Motion to Substitute the Memorandum in Support of PSC's Motion for Partial Summary Judgment on Third Party Fault, Plaintiffs' Statement of Facts and Exhibit 6 (Rec. Doc. 11585) UNDER SEAL.

New Orleans, Louisiana, this ___ of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE