UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT Hospira Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.** |
| THIS DOCUMENT RELATES TO:<br>*Deborah Fulton v. Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., et al.* | Civil Action No.: 2:20-cv-01028 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of December, 2020

                                              */s/ Rhett A. McSweeney*
                                              David M. Langevin (#329563)
                                              Rhett A. McSweeney (#269542)

                                              McSweeney/Langevin LLC
                                              2116 Second Avenue South
                                              Minneapolis, MN 55404
                                              Phone: (612) 542-4646
                                              Fax: (612) 454-2678
                                              Dave@westrikeback.com
                                              ram@westrikeback.com
                                              Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: December 7, 2020                                     */s/ Rhett A. McSweeney*
                                                                                     Rhett A. McSweeney