UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE PRODUCTS LIABILITY LITIGATION | : MDL No. 2740 :  :  JUDGE JANE TRICHE MILAZZO : MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*LINDA M. MOATES*
*2:17-cv-05653-JTM-MBN*

### SUGGESTION OF DEATH OF PLAINTIFF LINDA M. MOATES

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, the Court is notified of the death of Linda M. Moates, plaintiff in this matter.

.

Dated: December 7, 2020              Respectfully submitted,

                                                                 **By: */s/ John J. Foley*** 
John J. Foley, Esq. (IL #6288152)
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
jfoley@simmonsfirm.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>                            **By: */s/ John J. Foley***
>                            John J. Foley, Esq. (IL #6288152)