UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Julie Yost | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT ADDING SAGENT PHARMACEUTICALS, INC. AND DISMISSING WITH PREJUDICE DEFENDANTS SANOFI US SERVICES, INC., f/k/a SANOFI-AVENTIS U.S., INC., and SANOFI-AVENTIS U.S. LLC |
| | Civil Action No.: 2:20-cv-00068 |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Julie Yost respectfully requests leave to file her Amended Complaint adding Sagent Pharmaceuticals, Inc. as a defendant in this case and dismissing with prejudice all claims against Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S., Inc., and Sanofi-Aventis U.S. LLC.

Since filing her Complaint, Plaintiff has received the National Drug Code documents and learned that Sagent Pharmaceuticals, Inc. should be named as a defendant in this case. Pursuant to Local Rule 7.6, Plaintiff's Counsel conferred with counsel for Defendants Sagent Pharmaceuticals, Inc. and Accord Healthcare, Inc. and in the interest of judicial economy there is no opposition to this Motion, with the understanding and agreement that Defendants reserve their rights to assert all defenses, including jurisdictional defenses and defenses based on statute of limitations, at another stage in this lawsuit.

1

Dated this 7th day of December, 2020

By: Sean C. Domnick, Esq.
FL Bar No. 843679
Domnick Cunningham & Whalen
2401 PGA Blvd., Ste 140
Palm Beach Gardens, FL 33410
(561) 625-6260
scd@dcwlaw.com
eservice@dcwlaw.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have contacted Defendants' Lead and Liaison Counsel as well as Counsel for Sagent and Sanofi Defendants regarding this Motion in writing, and counsel has consented to and does not oppose the relief sought.

By: Sean C. Domnick, Esq.
FL Bar No. 843679
Domnick Cunningham & Whalen
2401 PGA Blvd., Ste 140
Palm Beach Gardens, FL 33410
(561) 625-6260
scd@dcwlaw.com
eservice@dcwlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: December 7, 2020.                                          */s/ Sean C. Domnick*