UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Julie Yost | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT ADDING SAGENT PHARMACEUTICALS, INC. AND DISMISSING WITH PREJUDICE DEFENDANTS SANOFI US SERVICES, INC., F/K/A SANOFI-AVENTIS U.S., INC., AND SANOFI-AVENTIS U.S. LLC |
| | Civil Action No.: 2:20-cv-00068 |

**ORDER**

  IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File Second Amended Short Form Complaint adding Defendant Sagent Pharmaceuticals, Inc. and dismissing all claims against Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S., Inc., and Sanofi-Aventis U.S. LLC with prejudice is GRANTED.

Signed, this _____ day of _____, 2020.

                     _____
                     Honorable Jane T. Milazzo
                     U.S. District Court Judge