UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Mary Casillas**
**Case No.: 2:17-cv-15772**

## DECLARATION

I, Jennifer Nolte, have attempted to reach my client, Mary Casillas, on the following dates: June 19, 2019 and October 16, 2020

by (check all that apply) ____ telephone, ____ e-mail, ____ text message, ____ social media, X U.S. Mail, ____ Certified Mail, ____ other (FedEx Delivery), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　**ALLEN & NOLTE, PLLC**

　　　　　　　　　　　　　　　　　　/s/ Jennifer Nolte
　　　　　　　　　　　　　　　　　　John H. "Trey" Allen, III
　　　　　　　　　　　　　　　　　　trey@allennolte.com
　　　　　　　　　　　　　　　　　　Jennifer Nolte
　　　　　　　　　　　　　　　　　　jnolte@allennolte.com
　　　　　　　　　　　　　　　　　　5445 La Sierra Drive, Suite 350
　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　Tel: (214) 521-2300
　　　　　　　　　　　　　　　　　　Fax: (214) 452-5637
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*