UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO STRIKE SUPPLEMENTAL EXPERT REPORT OF DAVID ROSS, M.D., PH.D., M.B.I.**

Defendant Accord Healthcare, Inc. respectfully requests leave to file the attached Reply Brief in Support of Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I. (Motion to Strike, Rec. Doc. 11436). This Reply will further assist the Court in evaluating Accord's motion by providing additional facts and law that address the issues raised in Plaintiff's opposition.

Date: December 7, 2020

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5009
Email:          julie.callsen@tuckerellis.com
                    michael.ruttinger@tuckerellis.com
                    brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

4949493.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2020, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion for Leave to File Reply Brief in Support of Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I.* was filed via the ECF system that will send notification of such filing to all counsel of record.

                                                       /s/ *Julie A. Callsen*
                                                       Julie A. Callsen

4949493.1