# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : | **PROPOSED ORDER** |

Considering the foregoing Motion filed by Defendant Accord Healthcare, Inc. for Leave to File Reply Brief in Support of Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I. (Rec. Doc. ____);

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendant's proposed Reply Brief in Support of Motion to Strike Supplemental Expert Report of David Ross, M.D., Ph.D., M.B.I. is hereby entered into the Court's docket.

_____
Hon. Jane Triche Milazzo

4949495.1