UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )   SECTION: "H" (5)
                              )
This document relates to all cases )
                              )

## ORDER

On October 16, 2020, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frames set by the Court.

- Helen Keiser, 2:19-cv-13490
- Melanie Lee, 2:19-cv-14385
- Mary Martin, 2:19-cv-13084
- Mary McGonigal, 2:19-cv-14390

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of December, 2020.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**