UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>*Carter v. Accord Healthcare, Inc.* 20-567<br>*Craft v. Accord Healthcare, Inc.* 20-1053<br>*Lawton v. Hospira, Inc.* 19-12709<br>*McGinhia v. Hospira, Inc. Accord Healthcare, Inc.,* 20-562<br>*Smith v. Hospira, Inc.,* 20-1252 | HON. JANE T. MILAZZO |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Amended Complaint (Doc. 11491);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiffs' Motion in the member cases.

New Orleans, Louisiana, this 7th day of December, 2020.

_____
Judge Jane T. Milazzo
United State District Court Judge