UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Cynthia Brown, Case No. 2:18-cv-06428*
*Sandra Burks, Case No. 2:18-cv-00686*
*Angela Durden, Case No. 2:18-cv-01544*
*Juanita Greer, Case No. 2:18-cv-11728*
*Hattie Grines, Case No. 2:16-cv-15319*
*Alice Hughes, Case No. 2:17-cv-11769*
*Elizabeth Kahn, Case No. 2:16-cv-17039*
*Mildred Kumar, Case No. 2:17-cv-15311*
*Minnie Moore, Case No. 2:18-cv-12295*
*Shirlon Pigott, Case No. 2:18-cv-08673*
*Melissa Roach, Case No. 2:17-cv-07918*
*Cindy Smith, Case No. 2:18-cv-07702*
*Wanda Stewart, Case No. 2:17-cv-10817*
*Emma Willie, Case No. 2:18-cv-03857*

## ORDER

　　　　Considering the foregoing *Ex Parte* Motion for Leave to File Amended Short Form Complaints of Bellwether Pool Plaintiffs,

　　　　IT IS ORDERED that said Motion is GRANTED;

　　　　IT IS FURTHER ORDERED that the Clerk of Court shall file the Amended Short Form Complaints in each Plaintiff's member case.

　　　　New Orleans, Louisiana, this ___ of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. JANE TRICHE MILAZZO
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE