UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Annette Godfrey v. Sanofi-Aventis U.S. LLC, | : | |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| Civil Action No. 2:17-cv-8787 | : | |

## ORDER

Before the Court is Plaintiff's counsel's Motion to Substitute Party (Doc. 11501);

**IT IS ORDERED** that the Motion is **GRANTED**, and Janice Owens, on behalf of her deceased mother, Annette Godfrey, may be substituted for Annette Godfrey as the proper party plaintiff in this action.

New Orleans, Louisiana, this 7th day of December 2020.

**HONORABLE JANE T. MILAZZO**
United States District Court Judge