UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Elizabeth Kahn*, Case No. 2:16-17039

## ORDER

Considering the foregoing Motion to Seal (Doc. 11503);

**IT IS ORDERED** that said Motion is **GRANTED**, and the Clerk of Court shall file Exhibit 1 to Plaintiff's Reply Memorandum in Support of Motion to Exclude Testimony of Dr. Mamina Turegano (Rec. Doc. 11502) under seal.

New Orleans, Louisiana, this 7th day of December, 2020.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE