UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

**Elizabeth Kahn, Case No. 2:16-cv-17039**

## ORDER

Before the Court is a Motion to Seal (Doc. 11505);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Defendant's Reply, including Exhibits M and N, under seal.

New Orleans, Louisiana, this 7th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE