UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| **Georgia Clark V. Hospira, Inc.** | |
| Civil Action No.: 2:19-cv-14751 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;
☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
☒ Other

If warranted under the circumstances, Plaintiff may seek relief from dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

1

Dated this 7th day of December, 2020

                                                      Respectfully submitted,

                                                      **MARTINEZ & MCGUIRE, PLLC**

                                                      */s/ Clint E. McGuire*
                                                      Clint E. McGuire
                                                      Federal ID #25560
                                                      State Bar No. 24013139
                                                      clint@mmtriallawyers.com
                                                      Martinez & McGuire, PLLC
                                                      17227 Mercury Drive, Suite B
                                                      Houston, Texas 77058
                                                      Telephone: (281) 286-9100
                                                      Facsimile: (281) 286-9105

                                                      Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 7, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                      */s/ Clint E. McGuire*
                                                      Clint E. McGuire