# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE NORTH |
| Shirley Jean Brown v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis US LLC; Sagent Pharmaceuticals, Inc.; Actavis LLC f/k/a Actavis, Inc.; and Actavis Pharma, Inc.<br><br>Plaintiff Name: Shirley Jean Brown<br>Civil Action No.: 2:20-cv-2008 | : : : : : : : | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DIMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rules of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

\_\_\_\_  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

\_\_\_\_  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

 X    Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rules of Civil Procedure 60(b).

Dated this 8th day of December, 2020.

                                        Respectfully submitted,

                                        /s/ *Tyler Love*
                                        Tyler Love
                                        GA Bar No.: 940419
                                        Roden Law
                                        333 Commercial Drive
                                        Savannah, GA 31406
                                        912-303-5850
                                        tlove@rodenlaw.com
                                        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        /s/  Tyler Love