UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Nita Roe**
**Case No.: 2:18-cv-12771**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Nita Roe whose case is on a Notice of Non-Compliance to be heard by the Court on December 14, 2020. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

| | |
|---|---|
| Dated:  Tuesday, December 8, 2020 | /s/ *Jason S. Long* <br> **FEARS NACHAWATI, PLLC** <br> Jason S. Long #24098012 <br> 5473 Blair Road <br> Dallas, Texas 75231 <br> Telephone: (214) 890-0711 <br> Fax: (214) 890-0712 <br> jlong@fnlawfirm.com <br> Counsel for plaintiff |