# CERTIFICATION OF DEATH

**DATE FILED:** JUNE 26, 2020

**STATE FILE NUMBER:** 124-20-202265

**DECEDENT NAME:** OLA MAE LOVE

**SEX:** FEMALE

**DATE OF DEATH:** JUNE 17, 2020

**COUNTY OF DEATH:** ST LOUIS CITY

**DATE OF BIRTH:** [REDACTED]

**MARITAL STATUS:** WIDOWED

**EVER IN ARMED FORCES:** NO

**SOCIAL SECURITY NUMBER:** [REDACTED]

**RESIDENCE ADDRESS:** 3625 MAGNOLIA AVE, ST LOUIS CITY, MISSOURI

**SURVIVING SPOUSE (IF WIFE, MAIDEN NAME):**

**FUNERAL HOME:** ST LOUIS CREMATION SERVICE

**UNDERLYING CAUSE (ICD CODE):** (G319) DEGENERATIVE NERVOUS SYSTEM

**MANNER:** NATURAL

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: ST LOUIS CITY

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

**DATE ISSUED:** JULY 16, 2020

*Kenneth J. Palermo*
Kenneth J. Palermo
State Registrar

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.