BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO: 2740 |
| | SECTION: N (5) |
| THIS DOCUMENT RELATES TO: Deborah Payne vs. Accord Healthcare, Inc. Case No. 2:19-cv-12619-JTM-MBN | JUDGE: JANE TRICHE MILAZZO |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Samuel L. Payne, by and through the undersigned counsel of record, and moves this Court for an Order substituting Samuel L. Payne on behalf of decedent Deborah Payne. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. At the request of our client Deborah Payne to act on her behalf, this present action was filed on September 16, 2019.

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10.

3. Plaintiff's counsel was notified on or about June 17, 2020, by Samuel L. Payne, widower of plaintiff-decedent, that Deborah Payne died on May 2, 2020.

4. Deborah Payne's product liability action against defendant survived her death and was not extinguished.

5. Plaintiff's Counsel filed a Notice and Suggestion of Death on or about September 21, 2020 [Doc. 11123].

6. Samuel L. Payne, widower of plaintiff-decedent, is a proper party to substitute for plaintiff decedent Deborah Payne and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

1

WHEREFORE, Samuel L. Payne, respectfully requests that he be substituted as Plaintiff in this cause of action.

Dated: December 8, 2020

                                        Respectfully submitted,

                                        RAY HODGE & ASSOCIATES, L.L.C.

                                        */s/ Ryan E. Hodge*
                                        Ryan E. Hodge, #16180
                                        8558 W. 21st St. N., Ste. 300
                                        Wichita, KS 67205
                                        (316) 269-1414
                                        (316) 263-6019 (fax)
                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 8, 2020, I electronically filed the foregoing Suggestion of Death with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Ryan E. Hodge*
Ryan E. Hodge, #16180
*Attorney for Plaintiff*
