UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Angie Grant**
**Case No.: 2:18-cv-12546**

## DECLARATION

I, Daniel P. Markoff, have attempted to reach my client, Angie Grant on the following dates: 11/5/2020, 11/6/2020, 11/9/2020, 11/12/20, 11/16/2020, 11/18/2020, 11/30/2020, 12/4/2020, 12/7/2020 by (check all that apply) X telephone, X e-mail, ____ text message, X social media, ____ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Daniel P, Markoff*
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com