UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

*Grines v. Sanofi-Aventis*, et al, Case No. 2:16-cv-15319

---

### TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO 14(c) Section 2(b), all parties who have appeared stipulate to the dismissal of the claims of bellwether Plaintiff Hattie Grines against all Defendants with prejudice, with each party to bear its own costs.

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
*Counsel for sanofi-ventis U.S., LLC and Sanofi U.S. Services, Inc.*

          -and-

          */s/ Christopher L. Coffin*
          Christopher L. Coffin (#27902)
          **PENDLEY, BAUDIN & COFFIN, L.L.P.**
          1100 Poydras Street, Suite 2505
          New Orleans, LA 70163
          Telephone: 504-355-0086
          Facsimile: 504-523-0699
          Email: ccoffin@pbclawfirm.com
          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

          /s/ *Douglas J. Moore*