## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**                              **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                             **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

**Elizabeth Kahn, Case No. 2:16-cv-17039**

---

### SANOFI'S MOTION FOR LEAVE TO FILE AND MOTION FOR LEAVE TO FILE UNDER SEAL SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON SPECIFIC CAUSATION

---

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to file a Supplemental Memorandum in Support of their Motion for Summary Judgment on Specific Causation.  Sanofi requests leave to file this Supplemental Memorandum to address recent expert depositions, which further illustrate that summary judgment is proper.  Further, for the reasons set forth in the accompanying Memorandum in Support, Sanofi requests leave of Court to file its Supplemental Memorandum in Support of its Motion for Summary Judgment on Specific Causation, including Exhibits A-D, under seal.

WHEREFORE, Sanofi respectfully requests that this Court grant leave to file its Supplemental Memorandum in Support of Motion for Summary Judgment on Specific Causation, and that this Court grant leave for Sanofi to file its Supplemental Memorandum, including Exhibits A-D, under seal.

Respectfully submitted,

 /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**Irwin Fritchie  Urquhart & Moore LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**Shook, Hardy& Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*