# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : : : | **PROPOSED ORDER** |

Considering the foregoing *Ex Parte* Motion filed by Defendant Accord Healthcare, Inc. for Leave to File its Brief in Opposition to Plaintiff's Motion to Exclude Certain Opinions of Kord Honda, M.D. and Faith Durden, M.D. UNDER SEAL;

IT IS ORDERED that Defendant's Motion is GRANTED, and that the Clerk of Court shall file Accord's Brief in Opposition to Plaintiff's Motion to Exclude Certain Opinions of Kord Honda, M.D. and Faith Durden, M.D. and related exhibits UNDER SEAL.

_____
Hon. Jane Triche Milazzo

4951289