# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* Case No. 2:17-cv-11769 | |

### MEMORANDUM IN SUPPORT OF DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE ITS BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS OF MAURIE MARKMAN, M.D. UNDER SEAL

Defendant Accord Healthcare, Inc. ("Accord") respectfully requests leave of Court to file under seal its *Brief in Opposition to Plaintiff's Motion to Exclude Certain Opinions of Maurie Markman, M.D.* and related exhibits.

Accord respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). The Motion to which Accord is responding has been filed under seal, and the exhibits attached to Accord's Brief have been designated as

4951303

confidential and/or "protected information" as set forth in PTO 50.  For these reasons the Brief in Opposition and related exhibits must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)).  In this matter, the entry of PTO 50 mandates that the exhibits at issue be sealed.  *See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).  Therefore, under PTO 50 and the applicable case law, Accord's Brief in Opposition to Plaintiff's Motion to Exclude Certain Opinions of Maurie Markman, M.D. and Exhibits A and B should be filed under seal.

Date:  December 11, 2020    Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:   216.592.5000
Facsimile:   216.592.5009
Email:   julie.callsen@tuckerellis.com
    michael.ruttinger@tuckerellis.com
    brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

2

4951303

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020, a true and correct copy of the *Memorandum in Support of Defendant Accord Healthcare, Inc.'s Motion for Leave to File Its Brief in Opposition to Plaintiff's Motion to Exclude Certain Opinions of Maurie Markman, M.D. Under Seal* was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen
