UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Carolyn Johnson**
**Case No.: 2:17-cv-13796**

## DECLARATION

I, Robert Binstock, have attempted to reach my client, Carolyn Johnson on the following dates:  March 20, 2020, October 21, 2020 October 26, 2020, October 30, 2020, November 13, 2020, December 1, 2020, December 7, 2020 December 9, 2020, December 10, 2020.

by (check all that apply)  _X_  telephone,  _X_  e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　　　　　**REICH & BINSTOCK**
　　　　　　　　　　　　　　　　　　　　　　/s/ Robert J. Binstock
　　　　　　　　　　　　　　　　　　　　　　Robert J. Binstock (TX: 02328350)
　　　　　　　　　　　　　　　　　　　　　　Dennis C. Reich (TX: 16739600)
　　　　　　　　　　　　　　　　　　　　　　4265 San Felipe, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77027
　　　　　　　　　　　　　　　　　　　　　　Phone: 713-622-7271
　　　　　　　　　　　　　　　　　　　　　　dreich@reichandbinstock.com
　　　　　　　　　　　　　　　　　　　　　　bbinstock@reichandbinstock.com

　　　　　　　　　　　　　　　　　　　　　　*ATTORNEYS FOR PLAINTIFF*