UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)
THIS DOCUMENT RELATES TO:　　　　　　　JUDGE MILAZZO
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE NORTH

*Binder v. Sanofi, S.A., et al.*
Civil Action No.: 2:18-cv-3252

------------------------------------------------------------

## ORDER

Before the Court is Plaintiff Beverley Binder's Unopposed Motion for Leave to File First Amended Short Form Complaint (Doc. 11571);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 11th day of December, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE