# **EXHIBIT A**

Page 1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3
                                        MDL No. 2740
4    IN RE:  TAXOTERE (DOCETAXEL)
     PRODUCTS LIABILITY LITIGATION
5                                       Section:  N(5)
     This Document Relates to:
6    Wanda Stewart v. Sandoz, Inc.
     Civil Case No. 17-cv-10817
7                              JUDGE JANE TRICHE MILAZZO
     ---------------------------------------
8

9

10

11

12

13               DEPOSITION OF WANDA STEWART
14                  New Orleans, Louisiana
15                 Friday, March 15, 2019
16

17

18

19   Reported by:  DEBRA AMOS ISBELL, CCR,RDR,CRR
20   Job No: 156424
21

22
                          March 15, 2019
23
                          9:28 a.m.
24

25

Page 2

```
 1
 2
 3
 4        Deposition of WANDA STEWART,
 5    held at the law offices of
 6    Allan Berger & Associates,
 7    4173 Canal Street, New Orleans,
 8    Louisiana, on March 15, 2019, commencing
 9    at 9:28 a.m., before Debra Amos Isbell,
10    a Registered Professional Reporter,
11    Registered Diplomate Reporter,
12    Certified Realtime Reporter, and
13    Louisiana Certified Court Reporter.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                A P P E A R A N C E S
 2
 3
 4    ALLAN BERGER & ASSOCIATES
 5    Attorneys for Plaintiff Wanda Stewart
 6    4173 Canal Street
 7    New Orleans, Louisiana
 8
 9    BY:   ANDREW GEIGER, ESQ.
10
11
12
13
14    GREENBERG TRAURIG
15    Attorneys for Defendant Sandoz, Inc.
16    333 S.E. 2nd Avenue
17    Miami, FL  33131
18
19    BY:  SABRINA GALLO, ESQ.
20
21
22
23
24
25
```

Page 4

```
 1    APPEARANCES (Continued)
 2
 3    GREENBERG TRAURIG
 4    Attorneys for Defendant Sandoz, Inc.
 5    3333 Piedmont Road Northeast
 6    Terminus 200
 7    Atlanta, GA  30305
 8
 9    BY:  TARYN HARPER, ESQ.
10
11
12
13
14    VIDEOGRAPHER:
15    GEORGE KELLEY
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                  I N D E X
 2    DEPOSITION OF WANDA STEWART, 3/15/2019
 3
 4            EXAMINATION INDEX
 5    BY MS. GALLO . . . . . . . . . . . . . . . . . 11
 6    BY MS. HARPER . . . . . . . . . . . . . . . 170
 7
 8            EXHIBIT INDEX
 9    EXHIBIT
10    EXHIBIT 1  Handout - Hematology/Oncology Clinic -    22
11        "Coping with Cancer Video"
12    EXHIBIT 2  Handout - chemocare.com - Taxotere      22
13    EXHIBIT 3  Handout - chemocare.com - Cytoxan      22
14    EXHIBIT 4  Handout - chemocare.com - Adriamycin    22
15    EXHIBIT 5  Handout - chemocare.com - Infection      22
16    EXHIBIT 6  Handout - chemocare.com - Low Blood Counts   22
17    EXHIBIT 7  June 2014 calendar            24
18    EXHIBIT 8  Baton Rouge General Completion Summary,    24
19        3/26/2015
20    EXHIBIT 9  BC/BS Claims Summary Report,          24
21        1/1/2010-12/31/2012
22    EXHIBIT 10 Notice of Videotaped Deposition of      24
23        Plaintiff Wanda Stewart
24    EXHIBIT 11 Photograph of family - Angela, Wanda,      66
25        Tina, Tamika, and Mom
```

## Page 6

1    EXHIBIT 12 Photograph of Tina and Wanda    67
2    EXHIBIT 13 Photograph of Angela and Wanda and friend 68
3    Anita
4    EXHIBIT 14 Photograph of Rhonda and Wanda and Angela    69
5    EXHIBIT 15 Photograph of family with brother and    70
6    stepsister
7    EXHIBIT 16 Photograph of Wanda and Mom    71
8    EXHIBIT 17 Photographs, prechemotherapy and some    94
9    after
10    EXHIBIT 18 Photographs, 2010-2014    100
11    EXHIBIT 19 Medical record of Dr. Tasha Shamlin,    118
12    office encounter on 5/19/2014 - STEWART
13    W-SHAMLIN-MED-00014-00017
14    EXHIBIT 20 Hematology/Oncology Clinic Intake/Referral    120
15    Form, 6/2/2014 - STEWART,W-McCANLESS-MED-
16    00011-00014
17    EXHIBIT 21 Plaintiff Fact Sheet - Plaintiff ID 3238    122
18    EXHIBIT 22 First Amended Plaintiff Fact Sheet -    122
19    Plaintiff ID 3238
20    EXHIBIT 23 Signed Declaration, 10/28/2017    123
21    EXHIBIT 24 Amended Short Form Complaint    135
22    EXHIBIT 25 Statement Required by PTO 71, No    140
23    Electronically Stored Information (ESI)
24    Found, signed 1/30/2018
25

## Page 7

1    EXHIBIT 26 Medical record of Dr. Taylar    143
2    Childress-McKeithen, Office Encounter on
3    1/17/2017 - STEWART,W-CHILDRESS-MED-
4    00002-00005
5    EXHIBIT 27 Clinical Records of Dr. Christopher    174
6    McCanless, 6/2/2014 -
7    STEWART,W-McCANLESS-MED-00156
8    EXHIBIT 28 Pennington Cancer Center, Radiation    200
9    Oncology Consultation Note, 11/21/2014 -
10    STEWART,W-RUSSELL-MED-00001-00002
11    EXHIBIT 29 Medical record of Hematology/Oncology    219
12    Clinic, Follow-up Visit, 12/30/2015 -
13    STEWART,W-McCANLESS-MED-00126-00128
14    EXHIBIT 30 Medical record of Dr. Lisa    224
15    Robertson-Poitier, Office Encounter on
16    4/29/2015 - STEWART,W-SHAMLIN-MED-
17    00009-00014
18    EXHIBIT 31 Photographs - after chemotherapy    260
19    EXHIBIT 32 Photographs - proof of injury    264
20    EXHIBIT 33 Photographs - 2017    268
21    EXHIBIT 34 Photographs - Facebook Profile    268
22    EXHIBIT 35 Photographs - Instagram    268
23    EXHIBIT 36 Clinical records of Dr. Christopher    274
24    McCanless, 10/15/2014 -
25    STEWART,W-McCANLESS-MED-00147-00148

## Page 8

1    EXHIBIT 37 Medical record of Dr. Tasha Shamlin,    275
2    Office Encounter on 4/14/2015 -
3    STEWART,W-SHAMLIN-MED-00005-00008
4    EXHIBIT 38 Plaintiff's Responses to Defendant Sandoz,    286
5    Inc.'s, First Set of Interrogatories
6    EXHIBIT 39 Plaintiff's Responses to Defendant Sandoz,    286
7    Inc.'s, First Set of Requests for
8    Production of Documents
9    EXHIBIT 40 Plaintiff's First Set of Responses to    286
10    Defendant Sandoz, Inc.'s, Requests for
11    Admissions
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 9

1    S T I P U L A T I O N
2
3    It is stipulated and agreed by and between
4 counsel for the parties that the deposition of WANDA
5 STEWART is hereby taken under the Federal Rules of
6 Civil Procedure, in accordance with law, pursuant to
7 notice;
8
9    That reading and signing by the witness is
10 waived.
11
12    That all objections, save those as to the
13 form of the questions, are hereby reserved until such
14 time as this deposition, or any part thereof, may be
15 used or sought to be used in evidence.
16
17    The court reporter was DEBRA AMOS ISBELL,
18 Certified Court Reporter in and for the State of
19 Louisiana.
20
21
22
23
24
25

Page 10

1    THE VIDEOGRAPHER:  Good morning.  This is
2  George Kelley.  I'm the videographer.  We are in the
3  United States District Court, Eastern Division of
4  Louisiana, for case number 10156424 (sic).  This
5  deposition is being recorded at Allan Berger &
6  Associates at 4173 Canal Street, New Orleans,
7  Louisiana, 70119.  The date is March 15th, 2019.  It
8  is 9:28 and 32 seconds.  Again, I'm George Kelley from
9  TSG Reporting, Incorporated.  The court reporter today
10  is Debra Amos Isbell.
11    And will counsel please introduce
12  yourselves.
13    MR. GEIGER:  Andrew Geiger with Allan Berger
14  & Associates for the plaintiff, Wanda Stewart.
15    MS. GALLO:  Sabrina Gallo from Greenberg
16  Traurig on behalf of the defendant, Sandoz, Inc.
17    MS. HARPER:  Taryn Harper from Greenberg
18  Traurig also on behalf of Sandoz.
19    THE VIDEOGRAPHER:  Okay.  Will the court
20  reporter swear in the witness, please.
21    THE REPORTER:  Would you raise your right
22  hand, please, ma'am.
23    WANDA STEWART
24  was sworn and testified as follows:
25  THE WITNESS:  Yes.

Page 11

1    EXAMINATION
2  BY MS. GALLO:
3    Q.  Good morning, Ms. Stewart.
4    A.  Good morning.
5    Q.  My name is Sabrina Gallo.  I just introduced
6  myself on the record and also right before this
7  deposition.
8    A.  Yes.
9    MS. GALLO:  I just want to put a preliminary
10  statement on the record that this is the deposition of
11  Wanda Stewart.  The deposition will be taken for
12  purposes of discovery and all other purposes allowed
13  under the Federal Rules of Civil Procedure.  And with
14  your attorney, we've agreed that all objections except
15  as to form are reserved until the time of trial.
16    Q.  Are you aware that you've sued Sandoz, which
17  is my client, alleging that you were personally
18  injured by your use of Sandoz's docetaxel?
19    A.  Yes.
20    Q.  And is it correct that you're alleging that
21  you suffered permanent or persistent hair loss as a
22  result of you taking Sandoz docetaxel?
23    A.  Yes.
24    Q.  Are you aware of any other claims you are
25  asserting against Sandoz that arise out of your

Page 12

1  treatment with docetaxel?
2    A.  Not to my knowledge.
3    Q.  You're familiar with the term "docetaxel."
4  Correct?
5    A.  Docetaxel?  That's one of the drugs that
6  was -- sort of kind of, yeah.
7    Q.  Also the brand name, if you will, is
8  Taxotere.
9    A.  Okay.  Yes, yes.
10    Q.  All right.  So Taxotere is more familiar.
11  So if I use the word "Taxotere" or "docetaxel,"
12  they're referring to the same thing.
13    A.  Okay.  Yes.
14    Q.  But my client makes the generic version of
15  that, which is the name docetaxel.
16    A.  Okay.
17    Q.  So if there's something I say -- because
18  there's a lot of names and medications.  So if there's
19  something that you don't understand, please let me
20  know --
21    A.  Okay.
22    Q.  -- and I'll make sure to rephrase or
23  explain.  And you understand who I am and who I
24  represent?
25    A.  Yes, ma'am.

Page 13

1    Q.  Okay.  Have you ever given a deposition
2  before?
3    A.  No.
4    Q.  Okay.  I know it's a little -- you're a
5  little nervous.
6    A.  Yeah.  It's intimidating.
7    Q.  I know you have the camera, too, so it's a
8  lot.
9    A.  Yes.
10    Q.  So as you can see, we have the setup in
11  here, and we have a court reporter that's taking down
12  everything you and I are saying.  And so it's
13  important that we speak verbally and not use hand
14  gestures or nodding of the head in order to answer the
15  questions.  Do you understand?
16    A.  Yes.
17    Q.  Okay.  And the court reporter will have a
18  hard time if we're speaking over each other, so I will
19  do my best to not cut you off when you're answering
20  something, and I ask that you do the same with me so
21  that we can make it easier for her and that the record
22  is clear and clean.
23    A.  I understand.
24    Q.  And also if you don't understand one of my
25  questions, like I just told you before, please let me

## Page 14

1  know so that I can phrase it differently or at least
2  explain it better.  Okay?
3      A.  Okay.
4      Q.  And if you do answer my question, I'm going
5  to assume that you understood the question.  Is that
6  fair?
7      A.  Yes, that's fair.
8      Q.  Okay.  And also this is not a marathon.  I'm
9  sure your attorney has told you that.  So if you want
10 to take a break at any point in time, just let us
11 know.
12     A.  Okay.
13     Q.  But if there's a question pending, I'd ask
14 that you answer that before we take a break.  But I'll
15 try to be good about taking breaks on a regular basis,
16 too, for everyone's comfort.  Okay?
17     A.  I understand.
18     Q.  Okay.  Do you have any questions about these
19 instructions?
20     A.  No.
21     Q.  Are you taking any medications or drugs that
22 could affect your ability to give truthful opinions --
23 or statements today?  I'm sorry.
24     A.  No.
25     Q.  Or anything that could affect your memory or

## Page 15

1  be able to comprehend what I'm asking you?
2      A.  No.
3      Q.  Okay.  Are you taking any medications today?
4      A.  I usually take my medication at night.  So I
5  haven't this morning.
6      Q.  Okay.  And what medications or
7  prescriptions?
8      A.  It's letrozole, which the brand name is
9  Femara, which is an anticancer drug used for treating
10 post-menopausal women that have breast cancer.  So
11 yes.
12     Q.  Anything else?
13     A.  One A Day vitamins.  That's it.
14     Q.  And how long have you been on the Femara?
15     A.  For about four years.  I have to take it up
16 to five years.
17     Q.  So you would have started that --
18     A.  September 2014 right after my treatment.
19     Q.  Okay.  So September 2014?
20     A.  That is correct.
21     Q.  Would you please give us your full name?
22     A.  Wanda Jean Stewart.
23     Q.  Have you been known by any other names?
24     A.  No.
25     Q.  And what is your date of birth?

## Page 16

1      A.  September 25th, 1968.
2      Q.  And where were you born?
3      A.  Baton Rouge, Louisiana.
4      Q.  And where do you currently live?
5      A.  Baton Rouge, Louisiana.
6      Q.  Where you currently live now, is that where
7  you've lived for a certain amount of years or a long
8  time?
9      A.  Since 2012.
10     Q.  And what's the address there?
11     A.  9124 Old Hammond Highway, unit 32, Baton
12 Rouge, Louisiana, 70809.
13     Q.  And does anyone live with you?
14     A.  No, not at this moment, no.
15     Q.  Prior to living at the Old Hammond Highway
16 address in Baton Rouge, where did you live?
17     A.  Zachary, Louisiana.
18     Q.  Where is that?
19     A.  Zachary, Louisiana.
20     Q.  Are you currently married?
21     A.  No.
22     Q.  Anyone you're currently dating?
23     A.  Not really dating.  Just communicating.
24     Q.  I hear you.  Have you previously been
25 married?

## Page 17

1      A.  No.
2      Q.  Do you have any children?
3      A.  No.
4      Q.  Have you ever been pregnant?
5      A.  Yes.
6      Q.  And what happened with --
7      A.  It was an abortion.  I was in college.
8      Q.  Do you know how long it was after you were
9  pregnant that you had the abortion?
10     A.  I think it was about a month, month and a
11 half.  I can't recall exactly.
12     Q.  Do you recall any -- going to see a doctor
13 for the abortion?
14     A.  Yes.
15     Q.  Did you have any complications from that
16 procedure?
17     A.  Not to my knowledge, no.
18     Q.  Has any OB-GYN or doctor told you that there
19 might be some type of aftereffect from that abortion;
20 for example, like scarring or something?
21     A.  I can't recall, it was so long ago.  But I
22 haven't had any issues, to my knowledge, no.
23     Q.  Okay.  Do you remember how old you were?
24     A.  It was in the early '90s.  I'm 50 now, so it
25 was like in '92.

Page 18

1      Q.   And I'm going to start now, just to let you
2   know -- I'm going to be asking a lot of questions of
3   you today.  And I know some of them are sensitive or
4   they might be uncomfortable in some ways.  I'm not
5   trying to embarrass you at all.  I'm just trying to
6   get information.  So please try to understand I'm not
7   trying to make you uncomfortable in any way.
8      A.   That's fine.
9      Q.   Did you do anything to prepare for the
10  deposition today?
11     A.   What do you mean did I do anything to
12  prepare for it?
13     Q.   Did you meet with your attorneys?  I don't
14  want to know what you discussed with them, but did you
15  meet with your attorneys?
16     A.   Yes.
17     Q.   Did you speak with anybody other than your
18  attorneys to prepare for the deposition today?
19     A.   No.
20     Q.   Okay.  So you said you hadn't spoken with
21  anybody about the deposition today?
22     A.   No.
23     Q.   Did you review any documents to prepare for
24  your deposition today like medical records?
25     A.   Yes.

Page 19

1      Q.   Okay.  Did you do that on your own or did
2   you do that with your attorney?
3      A.   On my own.
4      Q.   Okay.  What did you review?
5      A.   I just went over the handouts that were
6   given to me by my oncologist when I was first
7   diagnosed with cancer.
8      Q.   Okay.  When you talk about handouts, can you
9   describe what those are?
10         MR. GEIGER:  Ms. Stewart brought them today.
11  She produced them this morning.  So I'll give them to
12  you.  And feel free to ask any questions about them.
13         MS. GALLO:  Okay.  Perfect.
14     Q.   So your attorney has just handed me some
15  documents.  You said that you received these handouts?
16     A.   Yes.
17     Q.   And there's also a calendar here.  And can
18  you explain what this calendar is?
19     A.   That's just my treatment plan, my calendar
20  days when I was going to be out receiving treatment
21  for chemotherapy, and the nurse -- my oncologist nurse
22  gave me that calendar.
23     Q.   Okay.  We'll mark these.  We'll mark them
24  individually, I guess.
25         As we're marking these, is there anything

Page 20

1   else that you brought today other than these handouts
2   and the treatment of care?
3          MR. GEIGER:  Ms. Stewart brought a folder in
4   addition to the handouts that I've handed you.  It
5   seems to contain some additional medical records I
6   believe you already have and it looks like some
7   billing from Blue Cross/Blue Shield related to her
8   chemotherapy treatment that she had in the folder.
9   And again, I'm happy to turn this over to you as well
10  if you want to take a look.
11         MS. GALLO:  Sure.  We'll mark those.  I'd
12  like to mark those.
13         MR. GEIGER:  Sure.
14         MS. GALLO:  If you need to make a copy
15  during a break -- if you want to do that.
16         MR. GEIGER:  During a break, yeah,
17  absolutely.  So there are records from Baton Rouge
18  General and then records from Blue Cross/Blue Shield.
19         MS. GALLO:  And there's a note at the top
20  there?
21         MR. GEIGER:  This is the letter that we sent
22  regarding her Plaintiff Fact Sheet.
23         MS. GALLO:  Okay.
24     Q.   So there's a folder here that your attorney
25  is going through now.  Is that a folder that you

Page 21

1   maintained pertaining to your medical records?
2      A.   Yes.
3      Q.   And what normally would you keep in that
4   folder?
5      A.   Just any claims that I received from Blue
6   Cross/Blue Shield.
7      Q.   Did you request medical records from any of
8   your medical providers, doctors?
9      A.   I have not actually requested them, no.
10     Q.   And then the handouts that we were handed
11  earlier, is there a reason you didn't produce these
12  before?
13     A.   I mentioned it, and I was told just to hold
14  onto it.
15     Q.   Okay.  So we marked -- I'm going to just
16  note it for the record, and we'll come back to them.
17  I want to have a chance to go through them.  But
18  Exhibit 1 is -- these are the documents that you
19  produced.  And Exhibit 1 is Hematology/Oncology
20  Clinic, a handout that's entitled Coping with Cancer
21  Video.  Did you see a video at that time?
22     A.   No.
23     Q.   And Exhibit Number 2 is from chemocare.com,
24  and it relates to Taxotere.
25         Exhibit Number 3 is from chemocare.com, and

## Page 22

1   it's in reference to cytoxan.
2       Exhibit Number 4 is from chemocare.com, and
3   it's in reference to Adriamycin.
4       Exhibit 5 is from chemocare.com, and it's
5   entitled Infection.
6       Exhibit Number 6 is from chemocare.com, and
7   it's entitled Low Blood Counts.
8       (EXHIBIT 1, HANDOUT - HEMATOLOGY/ONCOLOGY
9       CLINIC - "COPING WITH CANCER VIDEO," WAS
10      MARKED FOR IDENTIFICATION.)
11      (EXHIBIT 2, HANDOUT - CHEMOCARE.COM -
12      TAXOTERE, WAS MARKED FOR IDENTIFICATION.)
13      (EXHIBIT 3, HANDOUT - CHEMOCARE.COM -
14      CYTOXAN, WAS MARKED FOR IDENTIFICATION.)
15      (EXHIBIT 4, HANDOUT - CHEMOCARE.COM -
16      ADRIAMYCIN, WAS MARKED FOR IDENTIFICATION.)
17      (EXHIBIT 5, HANDOUT - CHEMOCARE.COM -
18      INFECTION, WAS MARKED FOR IDENTIFICATION.)
19      (EXHIBIT 6, HANDOUT - CHEMOCARE.COM -
20      LOW BLOOD COUNTS WAS MARKED FOR
21      IDENTIFICATION.)
22      THE VIDEOGRAPHER:  May I interrupt, please?
23  We have an audio problem.  I'm sorry.
24      MS. GALLO:  Okay.  We can go off the record.
25      THE VIDEOGRAPHER:  So I need to go off

## Page 23

1   record here at 9:42.
2       (A RECESS WAS TAKEN.)
3       THE VIDEOGRAPHER:  We are going back on
4   record -- back on video at 9:52.  And this is for
5   civil case 17-cv-10817.  That's 17-cv-10817.
6       MS. GALLO:  Great.
7   Q.   Okay.  So right before the break we were
8   going through the documents you have brought to the
9   deposition today.  I think I left off on Exhibit 6,
10  which was the chemocare.com on the Low Blood Counts.
11      Exhibit 7 you indicated was -- it's a
12  calendar, three pages, from June 2014 to August 2014.
13  And this was your -- when you knew what the cycles
14  were that were happening for your chemo?
15  A.   Yes, yes.
16  Q.   And then we've marked as Exhibit 8 medical
17  records that you had maintained in a folder?
18  A.   Yes.
19  Q.   And these medical records are just from
20  various providers?
21  A.   Yes.
22  Q.   All from Baton Rouge General and other
23  providers?
24  A.   Yes; that's correct.
25      And we marked as Exhibit 9 the Blue

## Page 24

1   Cross/Blue Shield Explanation of Benefits or Claims
2   Summary that was also contained in your folder?
3   A.   Yes.
4   Q.   We're just going to put those aside for now,
5   and we'll get back to those in a little bit.
6       I'm going to mark as Exhibit 10 the Notice
7   of Deposition and hand that to you.
8   A.   Okay.
9       (EXHIBIT 7, JUNE 2014 CALENDAR, WAS
10      MARKED FOR IDENTIFICATION.)
11      (EXHIBIT 8, BATON ROUGE GENERAL COMPLETION
12      SUMMARY, 3/26/2015, WAS MARKED FOR
13      IDENTIFICATION.)
14      (EXHIBIT 9, BC/BS CLAIMS SUMMARY REPORT,
15      1/1/2010-12/31/2012, WAS MARKED FOR
16      IDENTIFICATION.)
17      (EXHIBIT 10, NOTICE OF VIDEOTAPED DEPOSITION
18      OF PLAINTIFF WANDA STEWART, WAS MARKED FOR
19      IDENTIFICATION.)
20  Q.   I'm handing what's marked as Exhibit 10.
21  And just take a moment to look at that.
22  A.   Okay.  (Document review.)
23  Q.   Okay.  Have you had a chance to review
24  Exhibit 10?
25  A.   Yes.

## Page 25

1   Q.   Have you seen this document before?
2   A.   Yes.
3   Q.   Okay.  And as you can see, it's titled
4   Notice of Videotaped Deposition of Plaintiff Wanda
5   Stewart, and it directs you to be here today, this
6   morning, for your deposition.  And it also requests
7   that you bring documents to the deposition.  Do you
8   see that?  I think it starts on page 5 -- or the fifth
9   page in, which indicated it was Exhibit A, items to be
10  produced.
11  A.   Okay.
12  Q.   And you've seen this list before; correct?
13  A.   Yes.
14  Q.   And did you go through this list to see if
15  you had any of the documents that were responsive?
16  A.   Yes.  I provided everything to my attorneys,
17  yes.
18  Q.   Okay.  So anything here that you see that
19  you had not previously provided?
20  A.   No.  Everything that I had was provided to
21  my attorneys as it relates to -- that's on here.
22  Q.   Okay.  And so you said in preparation you
23  reviewed the handouts you received.  Did you review
24  any of the medical records as well?
25  A.   I don't actually have medical records.  I

1  just reviewed my statements from Blue Cross/Blue
2  Shield and any summaries of when I went to the doctor.
3  He just sent me a summary of my results, something
4  like that. But not actual medical records.
5      Q.  Okay. And the summaries, those would all be
6  contained in these documents you produced?
7      A.  Yes. Everything I produced, that's what I
8  had in my possession.
9      Q.  Okay. And other than this calendar that's
10  been marked as Exhibit 7, did you maintain any other
11  diary or documents reflecting notes from your
12  procedure?
13     A.  No, I didn't do that. Although I was given
14  diaries from my family to record my journey, I didn't
15  do that, no.
16     Q.  And were you looking for anything in
17  particular as you were reviewing these documents in
18  preparation for your deposition?
19     A.  No. I just wanted to review everything
20  over.
21     Q.  And did you speak with anyone -- family,
22  friends, acquaintances -- to get information for you
23  to be prepared for today?
24     A.  No.
25     Q.  At any point in time have you done any

1  internet research about the issues in this lawsuit?
2      A.  What do you mean "issues in this lawsuit"?
3      Q.  Any research on Taxotere/docetaxel or
4  research on any of the defendants, Sandoz, Inc., or
5  anybody like that?
6      A.  I had no idea who the defendant was. But
7  yeah, I've done research after the fact when I
8  realized what's going on with me, not prior to. Just
9  looking about various cases. That was after the fact.
10     Q.  Okay. When did you do that research?
11     A.  That was in mid November of 2016 when I seen
12  a commercial about Taxotere relating to breast cancer
13  and permanent hair loss. That's when I Googled and
14  their name came up. And so from there I contacted
15  them, and then I started just doing research and just
16  looking at different cases. But it was after I
17  realized -- I realized I wasn't crazy, there was a
18  reason for my permanent hair loss. And that's when I
19  realized that, mid November. And that's when I
20  reached out to Allan Berger at that time. And then
21  after that, that's when I just started looking at
22  doing research.
23     Q.  Okay. And what kind of research were you
24  particularly looking at?
25     A.  Just the effects of Taxotere basically.

1  That's it. Not anything else. I had no idea who was
2  the manufacturer of the drug.
3      Q.  Okay. So my understanding is this was in
4  November of 2016?
5      A.  Yes. Mid November, yes.
6      Q.  Okay. And so mid November of 2016 you saw a
7  commercial that was a plaintiffs' advertisement --
8      A.  Yes.
9      Q.  -- of hair loss?
10     A.  That is correct.
11     Q.  And so that prompted you to call the law
12  firm that was in the TV commercial or did that cause
13  you to go on the internet and start researching that?
14     A.  It caused me to go on the internet to start
15  researching it. And Allan Berger's company's name
16  came up, and so that's when I reached out to them.
17  How soon after did I contact them? I can't recall,
18  but it was very soon after. It had to be probably
19  within a day or two.
20     Q.  Okay. And when you contacted them, is that
21  when you retained them to represent you, on the first
22  contact?
23     A.  Not the first contact. I think I officially
24  signed, I think, November of 2017, the fall of 2017.
25  But I made the initial contact in November of 2016.

1      Q.  Okay. Was there a reason why you waited?
2  Were you looking at other law firms?
3      A.  No. I just remember signing, actually
4  officially signing. But we were communicating. I was
5  providing information from 2016 through 2017.
6      Q.  Okay. So from that first contact you
7  already were comfortable that you were going to let
8  them --
9      A.  That is correct, yes.
10     Q.  Just let me finish so it's clear on the
11  record.
12     A.  Okay.
13     Q.  So let me ask again. So from that first
14  phone conversation that you had with Berger's office
15  is when you wanted them to represent you?
16     A.  That is correct.
17     Q.  And so when you were researching, were you
18  only researching Taxotere?
19     A.  Yes. Because that's what was mentioned in
20  the commercial.
21     Q.  Did you research any of the other
22  chemotherapy medication that you received during that
23  time?
24     A.  No.
25     Q.  Why not?

Page 30

1    A.    Well, I pulled out that at that time, and I
2    read some of that.  And it did mention that the hair
3    would grow back for the other two drugs.  But for the
4    Taxotere it just mentioned hair loss.  It didn't say
5    permanent or temporary.  It just said hair loss.  But
6    the other two drugs mentioned the hair would grow
7    back, so --
8    Q.    Okay.  So when you saw that those other two
9    said that the hair would grow back, you said that the
10   one for Taxotere/docetaxel specifically did not
11   mention that hair would grow back; correct?
12   A.    That is correct.
13   Q.    Did you notice that prior to getting your
14   treatments, that there was a difference?
15   A.    I noticed that my hair wasn't growing back
16   at the top of my head.
17   Q.    Well, no.  As to the side effects.  Were you
18   able to notice that at the time, that the other
19   chemotherapy medications indicated side effects of
20   hair loss but they also said that hair would grow
21   back, but for docetaxel it didn't say that?
22   A.    Not that I can recall, no.
23   Q.    Okay.  And so you saw the commercial about
24   Taxotere and it being associated with permanent hair
25   loss on that plaintiffs' commercial.  That prompted

Page 31

1    you to not only do the research but also look back at
2    your side effect handouts; correct?
3    A.    That is correct.
4    Q.    Did you do any other -- did you have any
5    other communications with anybody about that
6    commercial prior to contacting the law firm?
7    A.    No.
8    Q.    And when you did that research, what did you
9    find?
10   A.    I can't recall exactly.  It wasn't really
11   research.  It was just research of Taxotere and the
12   side effects.  It just listed the side effects, and
13   that's basically it.
14   Q.    So prior to seeing that commercial from the
15   plaintiffs' law firm, you were not associating
16   Taxotere with hair loss?
17   A.    No, I was not.
18   Q.    Have you ever gone on Sandoz's website?
19   A.    No.
20   Q.    Have you ever heard of Sandoz before today?
21   A.    No.
22   Q.    Have you ever gone to Sanofi's website?
23   That's another manufacturer.
24   A.    No.
25   Q.    And have you heard of them before today?

Page 32

1    A.    No, ma'am.
2    Q.    Okay.  When you were doing these Google
3    searches on Taxotere, did you print or save any
4    documents?
5    A.    No.
6    Q.    Do you have any documents or materials that
7    reference Sandoz or Sanofi?
8    A.    No.
9    Q.    Do you have any documents that you looked at
10   in filling out your Plaintiff Fact Sheets?
11   A.    What do you mean "documents"?
12   Q.    That you might have referenced as you were
13   filling -- do you remember the Plaintiff Fact Sheets?
14   A.    Yes.
15   Q.    So when you were filling those out, did you
16   refer to documents in order to help you?
17   A.    Yes.
18   Q.    And what documents were those?
19   A.    The claims, the statements from Blue
20   Cross/Blue Shield.
21   Q.    Okay.  Those that we were already provided
22   today?
23   A.    Yes, yes.
24   Q.    Do you have any other medical records
25   relating to docetaxel or Taxotere?

Page 33

1    A.    No.
2    Q.    Do you have any other medical records
3    relating to any type of treatments other than these
4    that you've provided?
5    A.    No.
6    Q.    Do you have any laboratory or pathology
7    reports or results?
8    A.    Whatever --
9    Q.    Is in here?
10   A.    Yes.
11   Q.    Okay.
12   A.    That I had in my possession, yes.
13   Q.    Do you have any labeling or packaging
14   materials related to Taxotere or docetaxel?
15   A.    No.
16   Q.    Do you have any advertising or promotional
17   materials related to Taxotere or docetaxel?
18   A.    No.
19   Q.    Any warnings related to Taxotere or
20   docetaxel?
21   A.    No.  Everything I've provided to you.
22   Q.    All right.  And you have provided the
23   documents relating to side effects?
24   A.    Yes.
25   Q.    And you've already indicated that you don't

Page 34

1   have a journal or diary regarding this?
2       A.   No.  Correct, yes.
3       Q.   And you're on social media; correct?
4       A.   Yes.
5       Q.   And you are on Facebook?
6       A.   Yes.
7       Q.   And Instagram?
8       A.   Yes.
9       Q.   And is it Google Plus?
10      A.   Yes.  Well, I never use Google Plus.  It's
11  just a part of the whole package with the emails and
12  all that stuff.  So I don't actually use Google Plus.
13      Q.   Okay.  Any other social media sites that you
14  use?
15      A.   I signed up for Twitter years ago, but I
16  never really use Twitter.
17      Q.   Have you made any postings on any social
18  media or the internet regarding Taxotere or docetaxel
19  or hair loss?
20      A.   No.
21      Q.   Have you made any postings relating to your
22  cancer treatment?
23      A.   No.
24      Q.   And you've already said that you've not made
25  any postings relating to your hair loss?

Page 35

1       A.   No.
2       Q.   Have you made any postings relating to this
3   lawsuit?
4       A.   No.
5       Q.   Other than the research you did looking into
6   Taxotere, did you do any additional research related
7   to chemotherapy generally?
8       A.   No.  Basically just whatever was provided to
9   me, Coping with Chemo.  That's basically it.  I didn't
10  really do any research on chemo.  Just what they gave
11  me, I just looked at that.
12      Q.   Okay.  What you're talking about now is when
13  you were diagnosed with breast cancer, the only
14  research you did was the handouts?
15      A.   That is correct.
16      Q.   Is there a reason why you didn't do any
17  additional research?
18      A.   Well, during that time I wasn't -- my
19  body -- I wasn't up to doing any research.  I didn't
20  care to do anything regarding -- I just read what was
21  given to me.  (Crying.)
22      Q.   And I know it's a very hard time.  The
23  diagnosis of cancer is difficult.  I know it's going
24  to be tough on the questions, and I apologize for
25  that.  If you want to take a break, let me know.  If

Page 36

1   you want some tissues, let me know.
2       A.   Okay.  I think I'm fine.
3       Q.   Okay.  And I understand.  I'm sure no one
4   wants to hear that diagnosis.  To you was that a scary
5   diagnosis?
6       A.   Yes.  Because I wasn't expecting it.  First
7   one in my family.  (Crying.)
8       Q.   First one in your family to have breast
9   cancer?
10      A.   Yes.
11      Q.   So that came as a complete shock?
12      A.   Yes.
13      Q.   Do you remember what the -- who was it that
14  told you that you had the breast cancer the first time
15  you heard it?
16      A.   My medical doctor's nurse because my medical
17  doctor was actually on vacation.  And what happened,
18  the Woman's Hospital called me and said:  No one
19  called you about your results yet?
20           And I said:  No.
21           So I called the doctor's office, and she was
22  out of the office.  So she had a nurse to call me the
23  following day for me to come in.  So the nurse told me
24  at that time.
25      Q.   Okay.  We'll go through the details more

Page 37

1   about the timeline of that.  I want to get a better
2   understanding of that.
3       A.   Okay.
4       Q.   So at that point in time when you were told
5   by the nurse, did you receive any documents at that
6   time about what your treatment would be or it was more
7   you have to come back and see the doctor?
8       A.   Actually they're housed in Baton Rouge
9   General as well as the Hematology/Oncology office.
10  She asked me if I had an oncologist.
11           I was like:  No.  I've never had to do
12  anything like that.
13           So she said:  I can walk you upstairs to
14  Hemocology/Oncology and you can probably see one of
15  the doctors.
16           And that is when Dr. McCanless said:  I will
17  be happy to be available today.
18           And I just stuck with him.
19      Q.   And did you like Dr. McCanless?
20      A.   Yes.
21      Q.   Did you find him to be competent?
22      A.   Yes.
23      Q.   And you trusted him?
24      A.   Yes, ma'am.
25           THE REPORTER:  The name of the doctor,

Page 38

1  please.
2      THE WITNESS:  Dr. McCanless, Christopher
3  McCanless.
4      Q.   And so at that time when you had the
5  diagnosis and prior to you starting or during your
6  chemotherapy treatment, you didn't do any additional
7  research?
8      A.   No.
9      Q.   Has anyone in your family or friends ever
10  researched chemotherapy or Taxotere/docetaxel hair
11  loss?
12      A.   Not to my knowledge.
13      Q.   Have you ever emailed with any of your
14  physicians?
15      A.   Emailed, no.
16      Q.   Do they have like an online -- like a
17  database or something, a portal I think they call it?
18      A.   Yes, yes.  I just started using that.
19      Q.   And then on that portal you can communicate
20  with your physicians?
21      A.   I've never done that.
22      Q.   But it allows you to see your medical
23  records?
24      A.   Yes.
25      Q.   Which medical providers do you have access

Page 39

1  to a portal?
2      A.   Kenyatta Shamlin, which is my medical
3  doctor, and Christopher McCanless.  I just started
4  that a few months ago.
5      Q.   And when was the last time you saw
6  Dr. McCanless?
7      A.   That was February.
8      Q.   And that was for purposes of followup?
9      A.   No.  Actually my followup was in January.
10  And when I went there, I had a swollen lymph node in
11  my neck.  And he prescribed some antibiotics, and he
12  told me to come back two weeks later, which happened
13  to fall into February.  And so that was it, and I was
14  fine.
15      Q.   I bet it was scary to hear that.
16      A.   Yes.  Oh, gosh, it was swollen up.
17      Q.   Did he indicate that you are cancer free
18  today?
19      A.   Yes, still.
20      Q.   How long have you been cancer free?
21      A.   Cancer free since, I think, September 2014.
22      Q.   So you're approaching the five-year mark?
23      A.   Yes.  So waiting.
24      Q.   Fingers crossed?
25      A.   Yes.

Page 40

1      Q.   And that is a milestone that you've heard,
2  five years?
3      A.   Yes, yes.
4      Q.   And what do you understand by the five
5  years?
6      A.   Well, that's when I stop taking letrozole.
7  So that's what I heard:  After the five years we'll
8  take you off the anticancer drug letrozole and we'll
9  re-evaluate you or something like that.
10      But I do go in for my annual CAT scan every
11  year, which I go this year in August.
12      Q.   Okay.  And the CAT scan is of your chest
13  area?
14      A.   Chest, yes.
15      Q.   And then those are looking to see if there's
16  any abnormalities or tumors; right?
17      A.   That is correct.
18      Q.   And to this date they've come back clean?
19      A.   Yes, clean.
20      Q.   Who is it that prescribes those or orders
21  those?
22      A.   Dr. McCanless.
23      Q.   And where do you get those CAT scans?
24      A.   Baton Rouge Radiology.
25      Q.   Have you done any mammograms since your

Page 41

1  cancer diagnosis?
2      A.   No.
3      Q.   So right now your treatment is to follow up
4  with, I guess, blood work and also those CAT scans?
5      A.   Yes.
6      Q.   Any other type of followup that he asks that
7  you do on a regular basis?
8      A.   I see my radiologist once a year and also
9  my -- the doctor who did my mastectomy, Dr. Bonner.  I
10  see him every eight months or something like that.
11  And that's about it.
12      Q.   And the radiologist that you see is who?
13      A.   Dr. William Russell.
14      Q.   And what's the purpose for seeing the
15  radiologist every year?
16      A.   I guess just to review my skin, just to
17  check my skin on my body where he treated me with the
18  radiation, just to check my skin.
19      Q.   And he's looking to see if there's any type
20  of scarring or discoloration?
21      A.   Yes, looking for all of that.
22      Q.   And did you have --
23      A.   Change in color.
24      Q.   I'm sorry.  Go ahead.
25      A.   Change in color, anything on the skin.  So I

Page 42

1  didn't have anything the last -- I think I went -- I
2  can't recall.  I think it was within the last six
3  months or so I've seen him.
4      Q.   Okay.  So when you -- and you haven't had
5  the radiation since the time in -- was it 2015?
6      A.   '15, yes.
7      Q.   Since that point in time you've not had
8  additional radiation; correct?
9      A.   Correct, I have not.
10     Q.   And how many rounds of radiation did you
11  have?
12     A.   Oh, gosh, I can't remember.  I started in
13  January 2015 and ended in March 2015.
14     Q.   And at that point in time did you have the
15  discoloration?
16     A.   Yes.
17     Q.   And how long did that skin discoloration
18  last?
19     A.   About a year and a half.
20     Q.   And that was a side effect from the
21  radiation?
22     A.   That is correct.
23     Q.   And your radiologist is continuing to look
24  to see if there's been improvement with that skin
25  discoloration?

Page 43

1      A.   Yes.
2      Q.   Were you aware that was a potential side
3  effect of the radiation?
4      A.   Yes.
5      Q.   And you still wanted to do the radiation?
6      A.   Yes.
7      Q.   And that's because the benefit of the
8  radiation outweighed that side effect?
9      A.   Yes.
10     Q.   You said when you received the handouts from
11  Dr. McCanless' office, you said you didn't see any
12  videos; correct?
13     A.   No.
14     Q.   Did he provide any additional brochures
15  other than the ones -- these handouts?
16     A.   I can't recall.  I can't recall.
17     Q.   In the Plaintiff Fact Sheet you indicated a
18  Coping with Cancer handout of some kind.  Do you
19  remember -- it's usually from like a cancer.org type
20  of organization or something.
21     A.   I think that's one of the ones -- Coping
22  with Cancer.
23     Q.   So it would be something in here; right?
24  (Indicating.)
25     A.   Yes.

Page 44

1      Q.   Okay.  Coping with Cancer.  And do you
2  remember what Dr. McCanless said about the risks of
3  docetaxel?
4      A.   He didn't really talk about the risks.  He
5  just asked me did I have any questions, and my first
6  question was:  Will my hair grow back?
7          He said:  Yes, it will grow back.
8          And that was it.  And he gave me -- the
9  nurse actually gave me those handouts in reference to
10  the drugs.  He didn't go into detail about side
11  effects for each one.  I was just given the handouts
12  for me to review at my leisure.
13     Q.   And so you focused on hair loss as one of
14  the side effects at that time?
15     A.   Yes.
16     Q.   And had you known that chemotherapy was
17  associated with hair loss prior to undergoing it?
18     A.   Yes, yes.
19     Q.   And so did you see hair loss in the handouts
20  that prompted you to ask that question, or that's
21  something you just generally knew before?
22     A.   I generally knew before.
23     Q.   And did you review these handouts at the
24  time he handed them to you?
25     A.   No, not at that time, no.

Page 45

1      Q.   At what point in time?
2      A.   It was later, sometime during my treatment,
3  soon after, but not at that time.
4      Q.   Okay.  So after you already started
5  treatment?
6      A.   Yes.
7      Q.   Okay.  Do you think it was like after the
8  first cycle or second cycle?
9      A.   Probably after the first cycle, and I was
10  just wondering when it's going to happen.  And it
11  happened like after my second cycle.
12     Q.   Did you look at any other -- or ask him
13  about any other side effects of chemotherapy?
14     A.   No, I didn't ask him any other -- no.  He
15  just basically -- he would ask me how I'm doing when
16  I'd go back to see him each visit, and he would just
17  tell me what's going on with me, and that's basically
18  it.
19     Q.   After that first visit when you asked about
20  hair loss, did you speak to Dr. McCanless about any of
21  the side effects related to your chemotherapy?
22     A.   Yeah.  Because I had a few side effects, and
23  I told him what was going on with me.  And that's when
24  he would talk about whatever the issue is that I
25  mentioned.

Page 46

1    Q.   Okay.  And what were those side effects that
2  you were having?
3    A.   Bone -- pain in my bones, nausea, and he
4  prescribed medicine based on that.  Weakness, can't
5  sleep, dry mouth, black stool.  I'm trying to
6  remember.  That's all I can recall right now.
7    Q.   Okay.  It's a very grueling process to go
8  through.  I imagine it's difficult for you to recall
9  that time period.
10    A.   Yes.
11    Q.   And you spoke with Dr. McCanless about all
12  those side effects?
13    A.   Yes.
14    Q.   Did you speak to him about -- did he tell
15  you you might experience those particular side effects
16  prior to undergoing chemotherapy?
17    A.   I can't recall him actually -- I can't
18  recall.  Because everything went so fast after I was
19  diagnosed.  I just can't recall.
20    Q.   You say everything went so fast.  You
21  remember that you went from -- and you already
22  indicated you went from getting the diagnosis right
23  away --
24    A.   Yes.
25    Q.   -- to the oncologist?

Page 47

1    A.   Yes.
2    Q.   And how soon after that first visit with the
3  oncologist did you start your chemotherapy treatment?
4    A.   Oh, gosh.  What is the date on the calendar?
5  I can't -- there's a date on there.
6    Q.   It's right here.  (Indicating.)  Cycle 1 is
7  June 11th.
8    A.   Yes.
9         MR. GEIGER:  She can refer to the calendar?
10         MS. GALLO:  Of course.  It's marked as
11  Exhibit 7.
12    Q.   And so do you remember Dr. McCanless talking
13  to you about what the regimen would be for your
14  chemotherapy?
15    A.   Just come to the office, go into the
16  chemo room, and I had to sit there for some hours
17  while the drug is being administered into my body.
18  And I would do that every three weeks.  And he
19  mentioned the first week is usually fine.  You start
20  feeling the side effects the second and third week.
21  That's when it gets really painful.  And it did happen
22  that way.
23    Q.   And so those side effects were, I guess,
24  risks that you were willing to take in order to have
25  the lifesaving cancer treatment?

Page 48

1    A.   Yes.
2    Q.   And he also discussed with you the benefits
3  of undergoing chemotherapy?
4    A.   Yes.
5    Q.   And what were those benefits?
6    A.   Basically prolong your life, save your life
7  basically.
8    Q.   And that was important to you?
9    A.   Yes.
10    Q.   Would you say that was the most important
11  thing to you, to save your life?
12    A.   Yes.
13    Q.   Would you have taken any recommended
14  treatment by Dr. McCanless if he said it would save
15  your life or prolong your life?
16    A.   Yes.
17    Q.   On that calendar, Exhibit 7, at the top it
18  says "three weeks, one cycle, plan for six cycles."
19  Do you see that?
20    A.   Yes.
21    Q.   So every three weeks you're to have a cycle?
22    A.   Yes.
23    Q.   And did he explain to you this particular
24  regimen, this Taxotere, Cytoxan, and Adriamycin?
25    A.   No.

Page 49

1    Q.   What do you remember him saying he was
2  giving you?
3    A.   I was just told to show up on the 11th for
4  my treatment and these are the drugs that will be
5  used.  And actually the nurse gave me this
6  information.
7    Q.   Okay.  Who was the nurse?
8    A.   I can't recall at that time.
9    Q.   So you don't remember whether Dr. McCanless
10  went through --
11    A.   Oh, I'm sorry.  Go ahead.
12    Q.   -- went through the Taxotere, Cytoxan,
13  Adriamycin as going to be the chemotherapy he
14  recommends to treat your cancer?
15    A.   I do recall him stating something along the
16  line that:  You're young and I think your body can
17  handle these drugs.  He did state that, yes.
18    Q.   And when you say it can handle these drugs,
19  did he indicate these were a little more severe or a
20  little stronger?
21    A.   That's what I would take from it, yes.
22  Because my history was good, my medical history, and
23  my age, he felt like my body should be able to handle
24  these type drugs.
25    Q.   Did he indicate why he wanted to go with the

## Page 50

1  stronger chemotherapy treatment for you?
2      A.   Well, I know he mentioned at the time
3  because of the growth, how big it was.  That's all he
4  mentioned to me.
5      Q.   Okay.  Did he indicate whether it was an
6  aggressive form of cancer?
7      A.   He didn't actually -- I don't recall him
8  saying the word "aggressive."  But he did say the
9  tumor, whatever it was, was large.  And based on that,
10 he wanted to administer those drugs to me.  And he
11 said the treatment plan he wanted me to have was
12 chemo, radiation, mastectomy.
13     Q.   He indicated to you that he wanted that
14 process to be -- let's start with the chemotherapy
15 first?
16     A.   And the mastectomy and then the radiation.
17     Q.   Did he indicate why he wanted to do it in
18 that order?
19     A.   Because of the size.  He felt the need to
20 shrink it first and then remove it, and then he'd do
21 the radiation to make sure it's not broken out
22 anywhere else in my body, to make sure it's out,
23 something like that.
24     Q.   And when you received the diagnosis, did he
25 indicate that it had spread in any way?

## Page 51

1      A.   Yes.  To my lymph nodes.  And that's
2  probably another reason why he wanted to do those
3  drugs, because it spread to my lymph nodes.
4      Q.   I'll come back to that, but I want to just
5  go back to a little bit about your background, if
6  that's okay.
7      A.   Okay.
8      Q.   Do you currently work?
9      A.   I work for the State of Louisiana, the
10 Department of Public Safety.
11     Q.   And how long have you had that position?
12     A.   I've been in my current position since 2011.
13     Q.   And what's your title?
14     A.   Human resources specialist.
15     Q.   And what are your duties for that?
16     A.   Basically I just handle retirement and
17 insurance benefits for employees.  When someone is
18 ready to retire, they come see me.  And if they're
19 ready to enroll in health insurance or dental
20 benefits, they would come see me.
21     Q.   What did you do prior to 2011 and getting
22 that position?
23     A.   I worked for the Governor's Office of
24 Homeland Security in human resources as well.  What
25 happened at the time, I ended up in Public Safety

## Page 52

1  because there was a consolidation of agencies with the
2  State.  And they just consolidated Homeland Security
3  with Public Safety.  And that's how I ended up at
4  Public Safety.
5      Q.   So it wasn't really a change of job, it was
6  just a --
7      A.   Correct.  A move and consolidation of State
8  offices, yes.
9      Q.   So you're doing the same thing today that
10 you were doing before at the Governor's Office?
11     A.   Homeland Security, yes.
12     Q.   And how long were you in the position when
13 it was under the Governor's Office of Homeland
14 Security?
15     A.   A year and a half.
16     Q.   All in the same position, doing the same
17 thing?
18     A.   It actually was payroll, not benefits.  It
19 was mostly just payroll.
20     Q.   Okay.
21     A.   But it was still human resources.  It was
22 just a different section of HR.
23     Q.   At the Governor's Office --
24     A.   Yes.
25     Q.   -- of Homeland Security.  Okay.  And what

## Page 53

1  did you do before that position?
2      A.   I worked for FEMA.  And I worked there from
3  2006 to 2009, human resources as well.
4      Q.   Have you always worked in human resources?
5      A.   No.  I started -- that was my first job in
6  human resources, in 2006.
7      Q.   What did you do before that?
8      A.   Before that I worked for Southern University
9  Admissions Office as a records manager.
10     Q.   And what about before that?
11     A.   Before that I worked for the Department of
12 Labor as an office manager.  I started, I think, in
13 2000 all the way up to 2005.  That's when I went to
14 Southern University.
15     Q.   As far as your educational background, do
16 you hold any degrees?
17     A.   Yes.  I have a degree in communications from
18 Southern University.  I got that in 1995.  And also I
19 have a degree in human resources from Troy State
20 University.  But that was online, an online degree.
21     Q.   Any additional training or education?
22     A.   No.  Just a master's in human resources and
23 a bachelor's degree in communications.
24     Q.   Okay.  Do you hold any certifications?
25     A.   No.

Page 54

1    Q.   Do you have any medical training?
2    A.   No.
3    Q.   Any legal training?  (Indicating.)
4    A.   No.
5    Q.   Exactly.  I feel the same.  And after this
6  experience, you don't want any legal training.
7    A.   Not at all.
8    Q.   And then do you hold any professional
9  licenses or certifications in your role in human
10  resources?  Do they require that?
11    A.   Not for the State of Louisiana.  Not to be
12  working for the State, no.
13    Q.   Okay.  And is it accurate that you're not
14  making any claim in this case for lost wages or lost
15  earning capacity?
16    A.   That's accurate.
17    Q.   Have you ever been on disability?
18    A.   No.
19    Q.   Have you ever applied for private disability
20  insurance benefits?
21    A.   No.
22    Q.   Does anybody in your family have any medical
23  training?
24    A.   Medical training?  My oldest sister worked
25  at a medical -- medical records, something dealing

Page 55

1  with medical records, claims, doing the claims.
2  That's about it.
3    Q.   And what's your sister's name?
4    A.   Angela Meredith.
5    Q.   How do you spell her last name?
6    A.   M-E-R-E-D-I-T-H.
7    Q.   Is she your older sister?
8    A.   Yes.
9    Q.   How old is she?
10    A.   She's 53.
11    Q.   And does she still work in that position?
12    A.   Oh, no.
13    Q.   That was a long time ago?
14    A.   Yes.  It was a long time ago, yes.
15    Q.   Have you ever spoken to her, given that
16  background, regarding the injuries you're alleging in
17  this lawsuit?
18    A.   No.
19    Q.   Does anyone in your family have any legal
20  training?
21    A.   No.
22    Q.   And so we talked about your oldest sister.
23  Do you have any other siblings?
24    A.   Yes.
25    Q.   And who are they?

Page 56

1    A.   Tina Stewart, Rhonda Bennett, Tamika
2  Stewart.
3    Q.   So three sisters?  Did I get that right?
4    A.   Yes.
5    Q.   And who's the oldest?
6    A.   Angela.
7    Q.   Angela?  Okay.  And then next?
8    A.   Tina.  And then next is Rhonda and Tamika.
9  There's four.  Sorry.
10    Q.   And where do you fall in that group?
11    A.   I'm after Angela.
12    Q.   And how old is Tina?
13    A.   Tina is 49.
14    Q.   Rhonda?
15    A.   Rhonda, 47.
16    Q.   And Tamika?
17    A.   Tamika is 40.
18    Q.   And you said -- have they had any cancer
19  diagnoses?
20    A.   No.
21    Q.   And are your parents still living?
22    A.   Yes.
23    Q.   And what are their names?
24    A.   Dorothy Stewart and Joseph Bennett.
25       MS. GALLO:  Let's take a break if that's all

Page 57

1  right.
2       THE VIDEOGRAPHER:  We are going on break at
3  10:34.  Going off record.
4       (A RECESS WAS TAKEN.)
5       THE VIDEOGRAPHER:  We are going back on
6  record.  It is 9:45 -- excuse me -- 10:46 right now,
7  back on record.
8  BY MS. GALLO:
9    Q.   Right before the break we were talking about
10  your family.  Do you have any brothers?
11    A.   Frank Stewart.  He passed away.
12    Q.   I'm sorry to hear that.  When did he pass
13  away?
14    A.   It's been about 20 years ago.
15    Q.   How old was he when he passed away?
16    A.   He was one year older than me.  It's been
17  about 20 years.
18    Q.   So approximately 30 years old?
19    A.   Yes.
20    Q.   And what were the circumstances?
21    A.   I believe brain aneurysm.
22    Q.   Do you know any other details about the
23  brain aneurysm?
24    A.   I just know prior to his death he was
25  complaining about headaches.  And I know he went to

Page 58

1  the hospital one time before, and they gave him some
2  medicine.  And then like a few months after my mom
3  found him in the bathtub.
4      Q.   I'm sure that was extremely hard.
5      A.   Yeah, that was hard.
6      Q.   And did anyone indicate that he had any
7  other type of medical conditions at any point in time?
8      A.   Not to my knowledge, no.
9      Q.   Has any doctor wanted to check the rest of
10  the family for any type of clotting issues in light of
11  the fact that your brother passed away from an
12  aneurysm?
13      A.   Not to my knowledge, no.
14      Q.   You indicated that your sisters have not
15  ever been diagnosed with cancer; is that correct?
16      A.   That's correct.
17      Q.   Do they have any other health issues that
18  you know of?
19      A.   Prediabetic, Tina Stewart and Tamika
20  Stewart.  And high blood pressure, Tamika Stewart --
21  I'm sorry -- Tina Stewart, yes.
22      Q.   And what about your mother?
23      A.   High blood pressure, diabetic.  That's it.
24      Q.   Has she ever had cancer?
25      A.   She had -- what do you call it?  Oh, gosh,

Page 59

1  what kind of cancer?
2      Q.   Ovarian cancer?
3      A.   Yes, that's it.
4      Q.   Do you know how old she was when she had
5  ovarian cancer?
6      A.   It had to be -- I was in college.  So it had
7  to be in the late '80s or early '90s.
8      Q.   And what do you remember regarding her
9  ovarian cancer, diagnosis or treatment?
10      A.   I don't remember because I was away at
11  college in Grambling State University at that time.
12  So I wasn't around while she was going through
13  treatment.  But I just recall her telling stories
14  about the treatment that she went through.  I think
15  she was at stage 4, and they told us there was like a
16  50 percent chance they could save her -- in which
17  everything worked out.  She's still here today.
18      Q.   Thank goodness.
19      A.   Yeah.
20      Q.   Do you know what treatment she received?
21      A.   I just know radiation and chemotherapy.
22      Q.   Do you know what chemotherapy she received?
23      A.   No.
24      Q.   I know you said you weren't here to be with
25  her during the treatment.  What were the stories that

Page 60

1  she relayed to you about her treatment?
2      A.   She did mention that she didn't lose all of
3  her hair.  It was very thin, but she did not lose --
4  she didn't become completely bald like I did.  So it
5  kind of gave me hope when she talked about that.  I
6  was like: Okay, there's a possibility -- so that's
7  why I asked Dr. McCanless at that time about the hair
8  loss, because she didn't have it.  But he said the
9  breast cancer patients usually -- 100 percent of the
10  time usually lose their hair.
11      Q.   And did he relate it to any particular drug?
12      A.   No, he didn't say.
13      Q.   Did Dr. McCanless say anything other than
14  with the breast cancer treatment, hair loss is an
15  expected side effect?
16      A.   Because I asked that, yeah.
17      Q.   But nothing else beyond the hair loss?
18      A.   No.  Only when I would come in for my weekly
19  visits, he would ask me how I'm doing, the side
20  effects.  And we would talk about it at that time
21  based on what I said.
22      Q.   And you said your mother had hair loss from
23  her chemotherapy treatments.  Do you know how long
24  that hair loss lasted?
25      A.   She didn't have complete hair loss.  It was

Page 61

1  just thinning.  She didn't go completely bald.
2      Q.   Did her hair or the texture of her hair
3  change after chemotherapy?
4      A.   I can't recall because I wasn't around.  I
5  just don't know.  She didn't talk about that.  She
6  just said she didn't lose all of her hair.  So yeah.
7      Q.   Did she recall any complaints of her hair
8  not being the same as she's gotten older?
9      A.   Yeah.  I don't know if she's relating that
10  to her age or what have you.  I'm not really sure.  I
11  can't say.
12      Q.   And what has she complained about?
13      A.   You know, it's not the same.  Thinning.
14  Just the usual stuff that comes with age.
15      Q.   In addition to the thinning, did she
16  complain about thinning -- any particular pattern on
17  her head like at the temples?
18      A.   Not to my knowledge in terms of -- I don't
19  know.  She didn't tell me that.
20      Q.   Have you noticed that with her hair, that
21  it's like some thinning around the temples?
22      A.   I just noticed it's thin.  It's just thin
23  all over basically; just not as thick as it used to
24  be.
25      Q.   Any other changes you noticed with her?

Page 62

1     A.   No.  That's just about it.
2     Q.   What about her eyebrows?  Have they thinned
3 out as she's aged?
4     A.   She's always had thin eyebrows.  I can't
5 recall.
6     Q.   Any other hair complaints as far as your
7 mother is concerned, you know, through aging or any
8 other reason?
9     A.   No.
10     Q.   In one of your records you indicated that an
11 aunt has had breast cancer.  Do you remember which
12 side of the family that was?
13     A.   An aunt that had breast cancer?  I don't
14 recall an aunt having breast cancer.
15     Q.   Okay.  So you don't have a recollection of
16 anybody in your immediate family or extended family
17 having breast cancer?
18     A.   Not to my knowledge that I can recall.  No,
19 not any aunts that I know of.
20     Q.   Okay.  What about friends?  Have any of your
21 girlfriends or friends you've known had breast cancer,
22 to your knowledge?
23     A.   Not any friends.  I've heard of people, you
24 know, that I knew back in college or something like
25 that.  But not friends that I actually know, no.

Page 63

1     Q.   So at the time you were diagnosed, you were
2 one of the first --
3     A.   Yes, yes.
4     Q.   -- to know that and to understand that?
5 Okay.
6     A.   Yes.
7     Q.   And your father, are you close with your
8 father?
9     A.   Yes.
10     Q.   What about -- if you could tell me what his
11 hair is like.
12     A.   He still has hair.
13     Q.   Is he balding?
14     A.   Yeah, the usual -- he always wears a hat, so
15 I don't know.  I actually can't say.
16     Q.   So you've not seen him without a hat?
17     A.   Right.  That's true.
18     Q.   Does he ever complain or say anything about
19 the fact that he's losing hair, anything like that, to
20 you?
21     A.   No, not to me.
22     Q.   But your understanding is that he has -- I
23 guess what they would call male pattern baldness?
24     A.   I guess, yes.
25     Q.   Would it be like balding at the crown and

Page 64

1 the top of the head?
2     A.   I guess.  I just can't recall.  He rarely
3 wears -- without a hat.  I'm just trying to recall a
4 time with him not wearing a hat and it looked
5 different.  It's been years.  I can't really say.
6     Q.   Any family dinners or anything where you've
7 seen him without a hat?
8     A.   (Shaking head negatively.)  He always wears
9 a hat.
10     Q.   And with your brother before he passed away,
11 did he have any hair loss or balding or any male
12 pattern --
13     A.   No, not that I know of.
14     Q.   And he was young at the time?
15     A.   Yes, he was young.
16     Q.   What about your sisters?  Do they have any
17 thinning of their hair in any way?
18     A.   No, not to my knowledge.  No.
19     Q.   Do you have any pictures with your sisters
20 or mother that you've maintained?
21     A.   Yes.
22     Q.   Do you have any of those pictures on you
23 now, like on your phone or something?
24     A.   The whole family?  Let's see.  I don't know
25 if I have the whole family pictures.  Let's see.

Page 65

1 (Searching through cell phone.)
2     I'm going to have to go to my Facebook to
3 see if I have any under the family album.  Let's see.
4     This is one -- this was some years ago.
5 (Indicating.)
6     Q.   When was this time period?
7     A.   When I was 40.
8     Q.   What did you say?
9     A.   When I was 40.
10     Q.   Oh, okay.  Maybe we can zoom in with the
11 camera so he can see it, and then you can describe it.
12     A.   Okay.
13     THE VIDEOGRAPHER:  (Complying.)
14     Q.   Okay.  I'm going to hand your phone back to
15 you.  And then if you can just describe who each
16 individual is in that picture.
17     A.   All righty.  Rhonda is to the far left and
18 then Angela and then myself, Tina, Tamika, and then my
19 mom is at the bottom.
20     THE REPORTER:  Would you like me to take a
21 picture of that for an exhibit?
22     MS. GALLO:  Sure.  We'll mark that as --
23 I think it's Exhibit 11.
24     THE REPORTER:  Can you kind of hold it up?
25 Because the light is showing on it.

## Page 66

1    THE WITNESS: (Complying.)
2    MS. GALLO: And that will be 11. We'll mark
3  that as 11.
4        (EXHIBIT 11, PHOTOGRAPH OF FAMILY -
5        ANGELA, WANDA, TINA, TAMIKA, AND MOM,
6        WAS IDENTIFIED.)
7    Q.   Okay. Do you have any other -- you said
8  that was when you were 40, so that would have been
9  like ten years ago?
10   A.   Yeah. All of us together. I mean I have
11 separate pictures of me and my mom and me and my
12 sisters, but not all together like that.
13   Q.   Okay. And do you have a more recent one of
14 you and your sisters?
15   A.   Yes. Let me see. Probably not all of us
16 together. It might have two, something like that.
17 (Searching through cell phone.)
18   Q.   I know. I get that. When I get with my
19 family, we forget to take pictures.
20   A.   Okay. This is the one we took last week, a
21 '70s party, me and my sister Tina.
22   Q.   That's a good picture.
23   A.   Thank you.
24       THE VIDEOGRAPHER: We have an exhibit at
25 10:58.

## Page 67

1        MS. GALLO: We'll mark that as Exhibit 12.
2        (EXHIBIT 12, PHOTOGRAPH OF TINA AND WANDA,
3        WAS IDENTIFIED.)
4    Q.   Who's that with?
5    A.   Tina Stewart.
6    Q.   Okay. And you said that was at a '70s
7  party?
8    A.   Yes.
9    Q.   And you're on the right?
10   A.   Yes.
11   Q.   And you were dressed up?
12   A.   In '70s-type attire, yes.
13   Q.   Are you wearing anything in your hair in
14 that picture?
15   A.   Yeah. It's a big afro, a wig.
16   Q.   Can you describe how that wig worked, if it
17 was just put on --
18   A.   Just put on, yeah.
19   Q.   Is that one that you just bought as a
20 costume?
21   A.   Yes, yes.
22   Q.   And then you said you had some other
23 pictures?
24   A.   Let's see. With my other sisters? Let's
25 see. (Searching through cell phone.)

## Page 68

1        That's the same party with my sister Angela
2  and my friend Anita.
3        THE VIDEOGRAPHER: Exhibit at 11 o'clock.
4    Q.   And that's you in the middle?
5    A.   Me in the middle and my sister Angela is on
6  the right.
7    Q.   And that's also where you're wearing that
8  costume wig?
9    A.   Yes.
10   Q.   Have you ever worn that costume wig at any
11 other point in time?
12   A.   Yeah. I participated in the Zulu parade
13 last year, so I used that same wig.
14       MR. GEIGER: Zulu is one of the Mardi Gras
15 parades.
16       THE WITNESS: Oh, I'm just talking like she
17 probably knew.
18       THE REPORTER: Are we marking that?
19       MS. GALLO: Yes. We'll mark that as 13.
20       (EXHIBIT 13, PHOTOGRAPH OF ANGELA AND WANDA
21       AND FRIEND ANITA, WAS IDENTIFIED.)
22   A.   (Searching through cell phone.) I have
23 another one with my sister Rhonda and Angela together.
24       THE VIDEOGRAPHER: We have another exhibit
25 at 11:02.

## Page 69

1        MS. GALLO: This will be Exhibit 14.
2        (EXHIBIT 14, PHOTOGRAPH OF RHONDA AND WANDA
3        AND ANGELA, WAS IDENTIFIED.)
4    Q.   And who is in that picture? You said it was
5  Rhonda and Angela. Who is who?
6    A.   Angela is on the left, I'm in the middle,
7  and Rhonda is on the right.
8        I'm trying to find one with Tamika. Tamika
9  don't really take pictures. (Searching through cell
10 phone.)
11   Q.   And that photo that we just marked with
12 Rhonda, do you remember when that time period was, the
13 date?
14   A.   Yes. Let's see here. That was November
15 10th, 2018.
16   Q.   And the other ones from the '70s party, when
17 was that?
18   A.   That was March 3rd. Let me make sure.
19 Yeah, March 3rd.
20   Q.   Of 2019?
21   A.   Yes. (Searching through cell phone.) And
22 this is all of us with my brother that passed away and
23 my stepsister.
24       THE VIDEOGRAPHER: Exhibit at 11:04.
25       MS. GALLO: And we'll mark that as

## Page 70

Exhibit 15.

(EXHIBIT 15, PHOTOGRAPH OF FAMILY WITH
BROTHER AND STEPSISTER, WAS IDENTIFIED.)

Q.   And so that picture, you said -- if you can just show that -- your stepsister is who?

A.   The top right, Pamela Bennett.  Well, half-sister.

Q.   Okay.  And then who else is in that picture?

A.   The top right, Angela Meredith.  And then in the middle to the left is Tina Stewart, I'm in the direct middle, and my brother, Frank Stewart, is in the right middle.  And then at the bottom is Rhonda, and the bottom right is Tamika.

Q.   What was the date of that picture?

A.   That was April 10th, 2018.

Q.   It looks like a combination.

A.   Yeah, yeah.

Q.   I see the photo of your brother.  Do you know when the other pictures -- the date of the other pictures?

A.   No, I don't.  Because it's different pictures from their profile, so I don't know when they actually took those pictures.

Q.   Okay.  And what about the picture of you?  Do you know the date of when you took that picture?

## Page 71

A.   It had to be about a year ago.  I can't recall the exact date, no.

Q.   Around the time of April 10th, 2018, you think?

A.   Sometime around that time it had to be, yes.  And that's it.

Q.   What about any pictures with your mother?

A.   Let's see.  (Indicating.)

THE VIDEOGRAPHER:  Exhibit at 11:06.

MS. GALLO:  And we'll mark that as 16.

(EXHIBIT 16, PHOTOGRAPH OF WANDA AND MOM, WAS IDENTIFIED.)

Q.   In that picture -- what was the date of that picture with your mother?

A.   That was May 13, 2018.

Q.   We may have to go back when we refer to these.  Is your mother wearing any wig?

A.   Yes, she was wearing a wig in this picture.  Yes.

Q.   And does she always wear a wig?

A.   Yes, she always -- when she's out in public, she does.

Q.   What about your sisters in any of the pictures that you showed us?  Are they wearing either wigs or extensions of any kind?

## Page 72

A.   Let's see.  I believe they're -- they're not wearing wigs.  Extensions more than likely.  We're into the hair thing, so usually we add something to it or something like that.

Q.   What do you mean by that?

A.   Extensions.  In this picture Tina is wearing her natural hair right there.  Tamika is wearing a wig there.  Rhonda is wearing extensions.  I think that's Angela's real hair.

Q.   And that's the one that we've marked as Exhibit 15 with the whole family?

A.   Yeah.  And, you know, of course I'm wearing a wig.  And Angela, that's her hair.  She probably added a few at the back, extensions at the back to make it fuller.  And Rhonda is wearing extensions on there.

Q.   Okay.  And that, I think, was Exhibit 14, the one with Rhonda and Angela.  Okay.

A.   And I'm wearing a wig as well.

Q.   And in that picture, the one that you have -- I think it's with Tina where you're wearing a wig, is she wearing --

A.   Yes.  That's the long look from the '70s, that long wig, hippie look.

Q.   She's wearing a wig as well?

## Page 73

A.   Yes, yes.

Q.   I want to talk a little bit about your hair care treatment over the years.  Did you start treating your hair at any point in time?  Do you remember when that started?

A.   What do you mean "start treating"?

Q.   Like either wearing extensions or coloring your hair or perming your hair or straightening your hair?

A.   Prior to --

Q.   Uh-huh (positive response).

A.   Oh, yes.  I've been relaxing my hair since I was a child.  My mom started it.

Q.   Okay.  Do you remember how old you were?

A.   No, I don't remember.  I had to be probably around, I guess, going into middle school.  So I had to be, what, 11, 12.

Q.   Okay.  And how often would she relax your hair?

A.   Every six months or so.

Q.   And did you continue with your mom relaxing your hair for a certain period of time?

A.   Yes.  Up until college.

Q.   And then did you do any other types of treatments other than relaxing your hair prior to

1   college?
2      A.  Coloring, yes.
3      Q.  And when did you start coloring your hair?
4      A.  It was probably my high school graduation.
5   That was 1986.  That was my first time getting it
6   colored.
7      Q.  Was it bleaching or was it more of --
8      A.  Darkening.
9      Q.  Darkening?
10     A.  Yes.
11     Q.  Have you colored your hair since that time
12   in high school?
13     A.  Oh, yes.
14     Q.  How often do you do that?
15     A.  Probably every six months, around the
16   relaxer time.  Probably every six months, yes.
17     Q.  And then you still continue to do that
18   today?
19     A.  Oh, no, no.
20     Q.  No coloring?
21     A.  I have once since my -- about a year ago I
22   did.
23     Q.  And what did you do today for your hair
24   today?  Did you wash your hair?
25     A.  I just washed it this morning and just put a

1   little gel in just to lay it down, and that's it.
2      Q.  Okay.  And you have it pulled back in a
3   ponytail?
4      A.  Yes.
5      Q.  So how long is your hair without the
6   ponytail?
7      A.  (Indicating.)
8      Q.  So it's about a little longer than shoulder
9   length?
10     A.  Yes.
11     Q.  Do you normally wear your hair in a ponytail
12   like that?
13     A.  I have before, but I had a ponytail
14   extension because it's too thin.  This is not going to
15   work.  And I would buy that stuff to color in my spots
16   up here -- I forgot what it's called -- whenever I do.
17   And that's not too often that I wear a ponytail.  When
18   I want to do my natural hair, that's what I would do,
19   put an extended ponytail on my hair, and I would put
20   that coloring called Toppik to fill in the bald spots.
21     Q.  How often do you go out with your natural
22   hair?
23     A.  That's rare.  Probably -- every few months I
24   would do it probably for one day.  It's not like all
25   the time.  It would be like for a day.  If I just want

1   to give my hair a break from wigs, stuff like that, so
2   I do that.
3      Q.  So let's go back.  So you were relaxing your
4   hair as a child, then coloring it, too.  What about
5   any blow drying or flat iron, things like that?
6      A.  Yeah, I would blow dry it as well and flat
7   iron.
8      Q.  And how often would you do that?
9      A.  Flat iron is usually every day if I'm not --
10   only if I'm going to curl it and I want to have some
11   body, I would flat iron it.  But just in the ponytail
12   before the treatment, I didn't have to flat iron it
13   because it was relaxed, so I didn't have to straighten
14   it out.  So that was like every other day or every day
15   with the flat iron.  And blow drying, probably once or
16   twice a week or something like that.
17     Q.  And could you describe what the relaxing
18   treatment entails?
19     A.  It straightens your hair.  Like this is what
20   it would be prior to a relaxer, just natural.
21   (Indicating.)  And when you relax it, it straightens
22   it out, my length straightens.  But otherwise the
23   relaxer straightens your hair.
24     Q.  Is it like a liquid that's put in your hair,
25   or what is it?

1      A.  It's like a cream.  It's cream based.
2      Q.  And then you like leave it in your hair?
3      A.  Yeah.  For about 15 minutes or so like that,
4   and it just straightens it out.  That's it.
5      Q.  Do you have to do any straightening
6   yourself afterwards or it relaxes itself?
7      A.  It relaxes itself.  And I would use a
8   flat iron if I want to have a certain type hairstyle
9   based on that.  All of this, of course, prior to the
10   chemo, yes.
11     Q.  Have you used any extensions prior to the
12   treatment?
13     A.  Yes.
14     Q.  And how often would you use extensions?
15     A.  Oh, that's probably -- probably once a week
16   like on the weekend if I'm going out somewhere and I
17   want a little extra, I'll do that, yes.
18     Q.  And how were those extensions made?  Were
19   they put in by like a clip or were they glued in?
20     A.  It was clip, glued in, sewed.  Mostly sewn
21   in or a clip rather than the glue.
22     Q.  Okay.  Was there a reason why you didn't
23   like the glue?
24     A.  Because I heard it really takes your hair
25   out.  I've heard that.  But when I did use it, it

Page 78

1  didn't. Because I used it mostly in one or two tracks
2  at the back to make it fuller, so it really didn't
3  have an effect on my hair. I didn't really use it
4  that often.
5      Q.   And then the braiding, can you explain how
6  that works?
7      A.   You would braid your hair and lay the track
8  on top of the braid, and you would sew it in so it can
9  hold in. It's like if you're not using the glue,
10  you're using the sewing to hold your track in your
11  hair.
12     Q.   So it wouldn't easily fall out or something?
13     A.   Correct, yes.
14     Q.   So how often would you do the sewing of the
15  extensions?
16     A.   That was probably once every six weeks or
17  something like that.
18     Q.   And how long would it last?
19     A.   It can last about one to two months. It's
20  according to how tight I do it. It's just according.
21     Q.   And these extensions, were you doing them
22  yourself or was somebody doing them for you?
23     A.   Myself.
24     Q.   Okay. Did you go to a regular hairdresser
25  to do any of the hair --

Page 79

1      A.   No. I haven't been to a hairdresser since
2  high school because it was a bad experience. So ever
3  since then I started to learn how to do my own hair.
4  So I haven't been back since high school graduation.
5      Q.   What was the bad experience?
6      A.   It was ugly. It was ugly. The haircut was
7  ugly. Everything was just ugly about it.
8      Q.   So when you do the extensions, you don't
9  really have a visual? You're using a mirror behind
10  you or something to be able to know where to put it?
11  Is that how it works?
12     A.   No. I just kind of feel -- I don't use a
13  mirror.
14     Q.   And when you're doing it, do you have to
15  like braid -- do you have to like pull on it in any
16  way? How does it work so it doesn't bulge out in the
17  wrong places?
18     A.   You just bring it -- go across like that,
19  and you just lay the track on top, and you would just
20  sew it in like that. (Indicating.)
21     Q.   But first you braid it?
22     A.   Right, correct.
23     Q.   Have you worn tight hairstyles; for example,
24  like ponytails, your hair in a ponytail pulled back?
25     A.   I have, yes.

Page 80

1      Q.   How often would you do that?
2      A.   That's not that often, like I said before, a
3  ponytail. Because my baldness, I don't really do it
4  that much. But I do wear it every now and then. Once
5  every couple of months or so I would do the ponytail.
6      Q.   Okay. And that was before your chemotherapy
7  treatment?
8      A.   Yeah. Before and after. I didn't do it
9  that much, but I did used to wear a ponytail on my
10  lazy days or whatever.
11     Q.   Have you ever worn or used a weave?
12     A.   That's the same thing, extensions. That's
13  the same thing.
14     Q.   So there's not really a difference between
15  those two?
16     A.   Right, there's no difference really.
17     Q.   And these weaves and extensions, how do they
18  look? Can you describe it?
19     A.   Just like a track. I can't explain it.
20     Q.   A track with like hair at the bottom?
21     A.   Right, yeah, that's it.
22     Q.   So you said you were doing those on a
23  regular basis like every six weeks?
24     A.   Or something like that, yes.
25     Q.   And you've not had anyone else do your hair?

Page 81

1      A.   No. Only myself.
2      Q.   Do you know those extensions, how long they
3  were, if they were --
4      A.   The longest I've ever had was 14 inches.
5  That's it. Because it was really mostly to make it
6  fuller, not really for the length.
7      Q.   Okay. And so you said the longest you ever
8  had was 14 inches. Was that the regular length that
9  you would use?
10     A.   Yes, yes.
11     Q.   And how have your hair care habits changed
12  since your cancer diagnosis?
13     A.   It's changed drastically because I have
14  to -- if I do want to wear my natural hair, I have to
15  use that Toppik stuff to cover it, which is really
16  embarrassing. Because when I do that, I make sure
17  it's at nighttime and nobody can really see the back
18  of my hair. Because if you're sitting behind me, you
19  can tell my head -- (crying.)
20     Q.   Do you want to take a break? Are you okay?
21     A.   I'm okay.
22         THE VIDEOGRAPHER: We're about ready for a
23  media break.
24         MS. GALLO: Okay. We'll take a media break
25  then.

Page 82

1    THE VIDEOGRAPHER:  Okay.  We're taking a
2  media break at 11:20.  Going off record.
3    (A RECESS WAS TAKEN.)
4    THE VIDEOGRAPHER:  Okay.  We are going back
5  on record.  We are on tape 2 at 11:28 a.m.
6  BY MS. GALLO:
7    Q.   Ms. Stewart, I wanted to go back to your
8  prechemotherapy hair routine.  Did you ever wear
9  braids?
10    A.   A couple of times.  Not that often.  That
11  was rare, yes.  But that was back in my college years,
12  yes.
13    Q.   Was it like a French braid typically?
14    A.   No.  The little micro long braids.
15    Q.   With extensions on there as well?
16    A.   Yes, yes.
17    Q.   And do you remember how long those
18  extensions were?
19    A.   Probably about -- probably 14 or 16 inches
20  or something like that.
21    Q.   And have you worn them since college?
22    A.   No.
23    Q.   What about a curling iron?  Did you use a
24  curling iron at all?
25    A.   Yes.

Page 83

1    Q.   And how often would you do that?
2    A.   Probably every other day or probably -- it's
3  according to how I'm going to wear my hair that week.
4  It varies, so I can't really say.
5    Q.   What about making use of any hair products
6  while either blow drying or styling your hair?
7    A.   I would use heat protectant.
8    Q.   Do you remember the name of that?
9    A.   Oh, gosh.  It's a bottle with a red -- I
10  can't remember.
11    Q.   Okay.  But it was a heat protector?
12    A.   Yes, yes.
13    Q.   Anything else that you would use for styling
14  or blow drying?
15    A.   I would use gel just to lay my edges down a
16  little bit.  That's about it.  So it was mostly just
17  that.  And argan oil just to have a little shine.
18  A-R-G-A-N, something like that.
19    Q.   Any other hair care products that you would
20  use regularly?
21    A.   I would use hair spray.
22    Q.   How often would you use hair spray?
23    A.   Whenever I would curl my hair.  And that's
24  every other day or -- it just varies.
25    Q.   Any other products?

Page 84

1    A.   No.  Mostly just hair spray, gel, and heat
2  protectant, oil.
3    Q.   Did you ever have keratin done to your hair?
4    A.   No.
5    Q.   Brazilian Blowout?
6    A.   No.
7    Q.   A Japanese straightening?
8    A.   No.
9    Q.   Do you remember what brand of relaxer you
10  used when you were doing your own relaxing?
11    A.   Dark and Lovely, and I've used -- there's
12  another one -- Revlon, I think.  Those two main ones I
13  can recall, yes.
14    Q.   Is there a reason what made you pick one
15  over the other?
16    A.   Not really.
17    Q.   Okay.  What about when your mom was doing
18  it?  Do you remember what brand of relaxer she used?
19    A.   I was a child.  I'm not sure.  No, I can't
20  recall.
21    Q.   Did she teach you how to relax your hair?
22    A.   Actually my oldest sister did.
23    Q.   Is she a hairdresser?
24    A.   No.
25    Q.   What does she do, by the way?

Page 85

1    A.   She just showed me, you know, what to do.
2  Just showed me what to do.  That's it basically.
3    Q.   Okay.  Have you ever put the relaxer in and
4  you didn't leave it in long enough where it didn't
5  come as straight as you would want it?
6    A.   Oh, I'd never do it twice, never.  I've
7  never done it twice, no.
8    Q.   Were there instances where you didn't leave
9  it --
10    A.   In long enough?  No.  I'd just deal with it
11  and that's it.
12    Q.   And when you say you never did it twice, did
13  you have a practice of waiting a certain amount of
14  time before you would relax your hair again?
15    A.   Yes.
16    Q.   How long?
17    A.   This could be every six months, like I said.
18    Q.   Okay.  And how long would you leave it in
19  typically?
20    A.   About 15 to 20 minutes.
21    Q.   Okay.  Have you ever -- when you were first
22  getting started doing it yourself, did you ever leave
23  it in too long?
24    A.   No, never.
25    Q.   Okay.  Why is that?

Page 86

1    A.  I read the instructions.
2    Q.  And what did it say?
3    A.  Just when you start feeling a little
4  tingling -- or to do a test strand.  I would test my
5  hair.  You would test your hair.  You do that first.
6  And based on the texture of your hair and how straight
7  you want it determines the time, how much time you
8  keep the straightener in your hair.  So I knew the
9  normal was 15 to 20 minutes, and I would just stick
10  with that, not longer or nothing like that.
11    Q.  Okay.  Did it say what would happen if you
12  left it in too long?  Do you remember reading that?
13    A.  I can't remember.  No, I don't recall.
14    Q.  Did you ever wear a wig prior to your chemo
15  treatments?
16    A.  Never wore a wig before, prior to chemo, no.
17  I've worn extensions but not a wig.
18    Q.  Have you worn extensions since the chemo?
19    A.  No.  A wig, only wigs.
20    Q.  And you said you started wearing a wig only
21  after -- when did you start wearing a wig?
22    A.  Probably after my second round of treatment.
23  So it had to be, I guess, July, June.  Either June or
24  July, something like that, of 2014.
25    Q.  How many -- well, did you own any wigs

Page 87

1  before your chemotherapy treatment, even for a
2  costume?
3    A.  Oh, yeah.  For a costume, yes.  Just the
4  afro wigs.
5    Q.  And that was before the chemotherapy?
6    A.  Yes.
7    Q.  How many wigs do you own now?  Not, I guess,
8  the ones that you use for a costume.
9    A.  Oh, I probably own about 20 plus.
10    Q.  And when did you purchase all these wigs?
11    A.  Anytime starting in 2014 up to now.
12    Q.  And you mentioned before that you don't wear
13  it every day; is that right?  Or do you wear it every
14  day?
15    A.  I wear it every day.  But when I wear my
16  natural hair, I would do an extended ponytail by
17  adding a fake ponytail to my hair.
18    Q.  Is that an extension of some type?
19    A.  Yes, an extension.  It's like a comb, and
20  you just wrap the -- I can't explain it.  But it's
21  just an extended ponytail that you would add to your
22  hair to make it longer.
23    Q.  And that's what you will do when you wear
24  your hair in a ponytail today?
25    A.  That is correct.

Page 88

1    Q.  And when you use a wig, do you pull your
2  hair tight back in a way so the wig stays on top?  Is
3  that how it works?
4    A.  No.  I would just put it in four plats, and
5  the wig comes with combs, and the comb attaches to
6  your hair.  And that's it.
7    Q.  What did you do before?  You said you put it
8  in like four parts or something?
9    A.  Four parts, yeah.  Like a part down the
10  middle, a plat right here, here, a plat here.
11  (Indicating.)  It's just four plats, and just wear it
12  like that under the wig.
13    Q.  You don't have to like set your hair back in
14  any way with gel or something?
15    A.  I just use a hair pin just so the plats
16  won't come from under the wig just to pin it to my
17  hair.  That's it.
18    Q.  And do you put gel on first or something to
19  keep it smooth?
20    A.  No, I don't put any gel on it at all.
21    Q.  At any point in time since you began wearing
22  the wigs, have you had your wigs sewn into your hair
23  in any way?
24    A.  No, never had it sewn in.
25    Q.  And it's just affixed to your head with the

Page 89

1  clips?
2    A.  Yes.  With the comb that comes with the wig.
3  Or either if I purchased some that didn't have the
4  combs, I would use a bobby pin just to make sure it
5  attaches to my head securely.
6    Q.  So it looks like a little, tiny comb that
7  goes in your hair?
8    A.  Yes.
9    Q.  Nothing with like a clip of some kind?
10    A.  No, nothing like that.
11    Q.  Have you ever used WEN Cleansing
12  Conditioner, W-E-N?
13    A.  No.
14    Q.  Have you ever used Suave Professional
15  Keratin Infusion?
16    A.  No.
17    Q.  Have you ever used the Loreal Chemical
18  Relaxer?
19    A.  No.
20    Q.  Any dry shampoos?
21    A.  No.
22    Q.  Have you ever tried using biotin for your
23  hair?
24    A.  What is that?
25    Q.  Like a vitamin.

Page 90

1   A.   No, no.
2   Q.   Sometimes it comes in a jar, just like
3   biotin, and people put it on their hair.
4   A.   I might have.  I can't recall.  I remember
5   reading something about it.  I'm not sure if I
6   purchased it.  I just stick with my One A Day vitamin.
7   Q.   So it's just the One A Day vitamins is what
8   you do?
9   A.   Yes.
10   Q.   And how long have you been taking the One A
11   Day vitamins?
12   A.   Since I started treatment in 2014.
13   Q.   Have you ever purchased or used any of the
14   vitamins that are for hair and nails that you see?
15   A.   I have before, yes.
16   Q.   When did you start using those?
17   A.   I used like -- I used them prior to the
18   treatment, and I probably used them once or twice
19   after the treatment probably in 2015.
20   Q.   Why did you stop using them?
21   A.   Because I just wanted to see my natural hair
22   growth just naturally with no kind of enhancements or
23   anything like that.
24   Q.   Was it working or have any results when you
25   were taking it?

Page 91

1   A.   I couldn't tell, so that was another reason
2   why -- what's the point?
3   Q.   And how long were you using it prior to
4   treatment?
5   A.   Oh, probably -- not long at all.  Probably
6   about six months or so.
7   Q.   Okay.  And then after treatment in 2015 --
8   A.   Yes.
9   Q.    -- do you remember how long you were using
10   it then?
11   A.   I just finished one bottle.  And I think
12   that lasted about -- it was only 60 capsules, and you
13   take it twice a day.  So one month.
14   Q.   One month?  Do you know if you're supposed
15   to see any effects after just one month of use?
16   A.   Yeah.  Based on what I read, yes.
17   Q.   And what did it say that you would see?
18   A.   You would see thickness or length or
19   something like that.
20   Q.   Do you know how long it takes for hair to
21   grow normally?
22   A.   I think the norm, isn't it, a half an inch
23   or something a month.  That's usually the norm.
24   Q.   Where did you learn that?
25   A.   Online, read it online somewhere.

Page 92

1   Q.   Okay.  Did you read anything about hair
2   growth changing at all during -- like it goes through
3   cycles?
4   A.   I can't recall.
5   Q.   So all you remember reading was that it
6   grows about a half inch a month?
7   A.   You're referencing in relation to the pills
8   that I was taking or just in general?
9   Q.   That's a good question because I don't know.
10   So as to the pills, you read that it was half an inch
11   of growth, hair growth per month?
12   A.   No.  That's just in general.
13   Q.   Okay.  That's what I thought.  So you read
14   somewhere that the hair grows approximately a half
15   inch --
16   A.   To an inch.
17   Q.    -- to an inch per month?
18   A.   Yes.
19   Q.   Okay.  And then with the vitamins, the hair
20   and nail vitamins, what do you recall the hair growth
21   claim was?
22   A.   I believe three months, three to six months
23   or something like that, you should see a change.  But
24   I didn't --
25   Q.   You didn't take it that long?

Page 93

1   A.   Yeah.  I didn't reorder, no.
2   Q.   And why not?
3   A.   Because I wanted to see my --
4   Q.   Your own growth?
5   A.   Yes.
6   Q.   Did you ever think about going back to using
7   those pills?
8   A.   No.
9   Q.   Why not?
10   A.   I just want everything done naturally.
11   Q.   Is that because you've had cancer and you
12   just want to be careful of what you put in your body?
13   A.   Yes.
14   Q.   Does that include any other treatments --
15   have you ever gotten any treatment for your hair loss?
16   A.   No.
17   Q.   Have you ever spoken to any doctors about
18   your hair loss?
19   A.   No.
20   Q.   Have you ever seen a dermatologist about
21   your hair loss?
22   A.   No.
23   Q.   Have you ever tried any over-the-counter
24   medications for hair loss?
25   A.   No.

Page 94

1  Q.  Why not?
2  A.  Just haven't.
3  Q.  I want to get some photos.  You've produced
4  to us different types of photos.  I know we've gone
5  through some already.  And these were marked as before
6  photos.  So I'd like to walk through -- I'm marking
7  them as Exhibit 17.
8  (EXHIBIT 17, PHOTOGRAPHS, PRECHEMOTHERAPY
9  AND SOME AFTER, WAS MARKED FOR
10  IDENTIFICATION.)
11  A.  Okay.
12  Q.  They kind of show up all different ways
13  because we get them from -- they're produced, and then
14  you have to get them online.
15  So I've handed you what we've marked as
16  Exhibit 17.  And these have been designated as
17  prechemotherapy.
18  A.  Okay.
19  Q.  The first photo here in this picture, do you
20  know when it was taken?
21  A.  2012, something like that.
22  Q.  Yeah, it kind of looks like 2012.  And are
23  you wearing extensions in this?
24  A.  No.  That's just my natural hair here.  This
25  is a family vacation picture, I remember.  Was it a

Page 95

1  family -- I can't recall, but I think so.
2  Q.  And if you look here, it looks like your
3  eyebrows are thinner.  Were you plucking them?
4  A.  Yes.
5  Q.  Okay.  So at that point in time it was like
6  a thinner style?
7  A.  Right; that is correct.
8  Q.  Did you wax them at any point?
9  A.  Never waxed before.
10  Q.  Or laser or anything?
11  A.  Just plucked.  No.
12  Q.  And at this time, too, with your eyebrows,
13  were you also, in addition to plucking, like making
14  thin lines with makeup or anything?
15  A.  Yes.
16  Q.  So then, let's see, the second page, do you
17  know when that picture was taken?
18  A.  2010.  And I think I have some extensions at
19  the back.  You can see it's a little fuller in the
20  back.
21  Q.  Okay.  And so you said you have extensions
22  here in the back, it looks like?
23  A.  Uh-huh (positive response).
24  Q.  And does this accurately represent the way
25  you styled your hair around this time in 2010?

Page 96

1  A.  Around that time if I wore a part in the
2  middle, yes.
3  Q.  And if you look at the top, it looks like a
4  bigger part in the middle there.  Do you see that?
5  (Indicating.)  It looks a little bald there at the
6  top.
7  A.  Oh, no.  That's probably the lighting.  I
8  wasn't bald nowhere.
9  Q.  All right.  And also during this point in
10  time were you doing the relaxing of the hair?
11  A.  Yes.  As you can tell, it's not that
12  straight.  I never had it to where it was so straight;
13  just a little bit.
14  Q.  Okay.  And is there like gel or mousse or
15  hair spray in this?
16  A.  Hair spray.
17  Q.  And also your eyebrows look thinner at the
18  end there, too.  That was from plucking them?
19  A.  That's correct.
20  Q.  And the next picture is from 2014?
21  A.  Uh-huh (positive response).
22  Q.  Tell me about your hair here.
23  A.  It's a wig.
24  Q.  Okay.  Any other treatment of your hair
25  other than just the wig that you're wearing?

Page 97

1  A.  No.  Because I was bald under.  After my
2  second or third treatment, I was completely bald by
3  this time.
4  Q.  Okay.  So this one right here, this one was
5  during your treatment?
6  A.  Yes.
7  Q.  Okay.  I thought it was a before photo.
8  Okay.  So this was after your second or third
9  treatment?
10  A.  It had to have been somewhere around there.
11  Q.  How do you know this was a wig?
12  A.  You can tell.  I can tell.
13  Q.  I mean these are pictures of you, so you
14  know.
15  A.  Right, yes, yes.
16  Q.  So if you could describe it for me.  So just
17  the way the style is --
18  A.  Yes.
19  Q.  Okay.  And it's not from a relaxer?
20  A.  Right.  You can see it's shinier compared to
21  my natural hair of the pictures that look rough.  You
22  can see the difference, the texture.
23  Q.  Okay.  It looks like there's a part in the
24  middle.
25  A.  Yes.  It comes with the wig.  It comes with

Page 98

1    a part in the middle.
2       Q.   Okay.  And where would you be putting this
3    -- affixing this wig?  With combs or anything on the
4    side?
5       A.   Yeah.  The combs come on the side.
6       Q.   Is that when you started to wear wigs, after
7    your second treatment?
8       A.   Yeah.
9       Q.   Okay.  So then the next picture, do you know
10   when this was taken?
11      A.   It had to be somewhere in 2015, 2016,
12   somewhere up in there.  I can't recall.
13      Q.   Could it have been before?  Because these
14   were produced as before photos, before chemotherapy.
15   You're looking at this, and it looks like you have --
16   is this with extensions?
17      A.   Yeah, it looks like extensions with the
18   front of my hair pulled out to cover it.  I don't
19   know.  It might be --
20           MR. GEIGER:  Were they uploaded like this?
21   Because it looks like there's a year.
22           MS. GALLO:  Yeah.  It looks like --
23           THE WITNESS:  Yeah.  I put years on the
24   ones --
25           MS. GALLO:  Yeah, I think it was uploaded,

Page 99

1    but we can look.  It does look like 2010 when you look
2    at it, but I just can't -- maybe it was the way it was
3    printed when it was uploaded.  Sometimes it does skew
4    it.
5       Q.   So from this picture, what can you tell?
6    Can you tell that these are extensions?
7       A.   Yeah, it could be extensions mixed with my
8    hair, yeah.  Because my hairline --
9       Q.   What were you saying?  The hairline -- you
10   could tell --
11      A.   You can tell.  It looks like my natural
12   hairline.  Or it could be --
13      Q.   Do you remember wearing your hair like this
14   prior to treatment or after?
15      A.   Yes.  I think this was after.
16      Q.   2013.  Okay.  There you go.  So it was 2013.
17      A.   Okay.  So it was before.  So it must be
18   extensions.
19           MR. GEIGER:  Okay.  So this picture is 2013?
20           MS. GALLO:  Yeah.  Why don't we use these
21   copies because you can actually see the dates.
22           THE WITNESS:  Okay.  Okay.  Gotcha.
23           MS. GALLO:  It's a little easier.
24           THE REPORTER:  Are we going to substitute
25   this for 17?

Page 100

1            MS. GALLO:  No.  We'll just leave that for
2    now since we already walked through them, and we'll
3    mark it as something else.
4            We'll try to put these in order.  I'm
5    putting these in date order for us.
6            All right.  There's some 2014s in here, so I
7    just want you to let me know if they're before June of
8    2014.
9            THE WITNESS:  Okay.
10           MS. GALLO:  And we'll mark this set as
11   Exhibit 18.
12           (EXHIBIT 18, PHOTOGRAPHS, 2010-2014,
13           WAS MARKED FOR IDENTIFICATION.)
14           MS. GALLO:  And just for the record, these
15   are photos that have a date on them of 2010 through
16   2014.  I'm going to hand those to you.
17           THE WITNESS:  Okay.
18           MS. GALLO:  I don't have an extra set.
19           MR. GEIGER:  That's fine.
20           MS. GALLO:  But they're similar.
21      Q.   Okay.  So in that first picture from 2010 of
22   Exhibit 18, that was one, I think, we saw already.
23      A.   Yes.
24      Q.   Okay.  And this one is also -- the next one
25   is from 2010, too.

Page 101

1       A.   Uh-huh (positive response).
2       Q.   Do you remember what you have in your hair
3    there?
4       A.   Extensions.
5       Q.   Any other products in your hair at that
6    time?
7       A.   Hair spray.  Would you have curled your hair or
8       Q.   Okay.  Would you have curled your hair or
9    colored your hair then, too?
10      A.   Probably both.  I mean probably not together
11   at the same time, but I would have had it -- it would
12   have been relaxed.
13      Q.   Okay.  Did you have any extensions at the
14   top?
15      A.   No.  Just the back.
16      Q.   The back.  Okay.  The next one, that's from
17   2011.
18      A.   Uh-huh (positive response).
19      Q.   I don't know, did we see that one already?
20      A.   No.
21      Q.   Do you have anything in your hair there?
22      A.   Probably at the back, more than likely at
23   the back.
24           MR. GEIGER:  It's the second to last photo
25   in that packet.

Page 102

1  BY MS. GALLO:
2      Q.   Okay.  And your hair here is also --
3      A.   Relaxed.
4      Q.    -- relaxed?
5      A.   Yes, uh-huh.
6      Q.   Are you wearing a wig here?
7      A.   No.  That's extensions at the back.  I never
8  wore extensions all over my head.  It was always at
9  the back to make it fuller.
10     Q.   Okay.  And the next one?
11     A.   That's 2011.
12     Q.   Okay.  And what do you have in your hair
13 there?
14     A.   That's my natural hair pinned up.
15     Q.   Okay.  The next one is from also 2011.
16     A.   That's probably all my hair.  It looks more
17 like a bob.
18     Q.   So you think that's just your hair relaxed?
19     A.   Yeah, relaxed.  It's relaxed, yeah.
20     Q.   Okay.  But no extensions?
21     A.   No extensions.  When it's a bob, there's no
22 extensions.  When it's longer than six inches, yeah.
23     Q.   I think that's a similar photo.
24     A.   Yeah, it's the same.
25     Q.   Okay.  And you have one -- what year is

Page 103

1  that?
2      A.   2012.
3      Q.   Okay.  And what do you have in your hair?
4      A.   Extensions.  I can see how it's laying on my
5  shoulder.
6      Q.   Okay.  And also you have the hair --
7      A.   Relaxed.
8      Q.   -- relaxer.  Do you have anything else in
9  your hair in this picture?
10     A.   Hair spray.
11     Q.   And your eyebrows have also been thinned
12 out?
13     A.   Uh-huh (positive response).
14     Q.   And the next picture, 2013.  And do you
15 recognize what's in your hair there?
16     A.   It's probably extensions.  Either it's a
17 half wig or something because I can see my natural
18 hairline.
19     Q.   Okay.  And the next picture, what year is
20 that?
21     A.   This is 2013.
22     Q.   Okay.  And what do you have in your hair
23 there?
24     A.   It's a relaxer.  I might have extensions in
25 it.  I think I do at the back.

Page 104

1      Q.   These extensions, when we see them, these
2  are the ones that you would braid into your hair;
3  right?
4      A.   Yes.
5      Q.   Okay.  And then that one is from --
6      A.   2014.
7      Q.   Okay.  What can you tell me about that one?
8      A.   That's a wig.
9      Q.   A wig?
10     A.   Uh-huh (positive response).
11     Q.   Okay.  How can you tell?
12     A.   Because of the curls, and you don't see my
13 natural hairline.  It's just sitting right there at
14 the front.  That's how I can tell.
15     Q.   All right.
16     A.   And my face is fuller.  I was going through
17 treatment.  That's when I gained a lot of weight.
18     Q.   So do you have any pictures of you from 2014
19 prior to your treatment, right before your treatment?
20     A.   I had a couple that I sent.
21     Q.   Okay.  Those are the only 2014s that we
22 received.
23     A.   I probably had one or two.  I didn't really
24 take pictures that much back then.  But, yeah, I had a
25 few.

Page 105

1      Q.   Okay.  Those pictures from 2014 were
2  uploaded as before treatment.
3      A.   Okay.
4      Q.   So we understood those to be prior to June
5  of 2014.  But are you saying that those are not prior
6  to your treatment?
7      A.   Not the two -- you can see this is a wig.
8  No, huh-uh (negative response).
9      Q.   Okay.
10     A.   Not the 2014 ones, no.
11     Q.   Okay.  So if there are any pictures from
12 earlier in 2014 that you may have produced or that you
13 have, if we could have copies of those.
14     A.   Okay.
15     Q.   But your hair regimen would be generally the
16 same as it was in 2013 and 2014, which is to either
17 have extensions in your hair at that time --
18     A.   Yes.
19     Q.   And the same relaxing --
20     A.   That's correct.
21     Q.   Are any of these pretreatment photos without
22 makeup?
23     A.   Without makeup?  What do you mean?
24     Q.   I guess with your eyebrows or if you didn't
25 like color them in or something like that.

1    A.   No.  Nobody really takes pictures without --
2  unless it's for a reason, you know.
3    Q.   Right, right.  It's usually when you go
4  hiding when everyone is trying to take a picture.
5    A.   Right.
6    Q.   I hear you.  All right.  We can go into some
7  of the after -- we'll do the after ones.
8         I know we talked about no one in your family
9  having a medical background.  Anybody in your family
10 have a legal background?
11   A.   No.
12   Q.   So you're 50 years old today; right?
13   A.   Yes.
14   Q.   And how tall are you?
15   A.   Five seven and a half.
16   Q.   What's your current weight?
17   A.   185.
18   Q.   And we talked about when you had the one
19 pregnancy.  Do you remember anything with your hair at
20 that time, like your hair reacted differently or
21 looked differently during that time?
22   A.   No.
23   Q.   Do you remember any hair loss after
24 terminating the pregnancy?
25   A.   No, I don't recall.  No.

1    Q.   Are you post menopausal today?
2    A.   Yes.
3    Q.   When was that?
4    A.   I had a hysterectomy 2012.  I think it was
5  2012, January.
6    Q.   Okay.  And why did you have a hysterectomy
7  in 2012?
8    A.   I had fibroids.
9    Q.   And how long did you have those fibroids?
10   A.   About a year, I think.
11   Q.   And what were the symptoms you were feeling
12 with those fibroids?
13   A.   Heavy bleeding and pain.
14   Q.   And when you had the hysterectomy, did you
15 talk to your doctor about other treatment options for
16 the fibroids?
17   A.   No.  I was told it was so bad to where I
18 needed a hysterectomy.
19   Q.   What do you mean by "so bad"?
20   A.   They said -- they called it uterus -- it's
21 something that covered something in my body.  They
22 said I needed to have it, so I just did it.  I didn't
23 really ask any questions.
24   Q.   Okay.  But the doctor -- who was the doctor
25 that performed the hysterectomy?

1    A.   Dr. Randall Brown.
2    Q.   So when Dr. Brown indicated to you that he
3  could see that you had a pretty significant fibroid
4  appearance, I guess, and that combined with the heavy
5  bleeding, he recommended this course?
6    A.   Yes.
7    Q.   And he also recommended removing both
8  ovaries?
9    A.   Yes.  Well, actually -- yeah, he sure did,
10 yeah, based on how it looked and how big it was.  Yes.
11   Q.   So based on the fact of the fibroids, he
12 recommended also removing the ovaries?
13   A.   That was included in the surgery.
14   Q.   Okay.  Did he talk to you about what you
15 would experience after having a hysterectomy?
16   A.   No.  The sex drive, all of that, a change in
17 that.  That's basically it that I can recall.
18   Q.   Okay.  Did he talk to you about needing
19 hormone replacement therapy at the time?
20   A.   Yes.
21   Q.   What did he explain to you then?
22   A.   He described some kind of hormone therapy
23 and you're going to get hot flashes.  And that was the
24 main thing, the hot flashes.
25   Q.   Hot flashes?

1    A.   Yes.
2    Q.   Did you experience hot flashes?
3    A.   Yes.
4    Q.   Do you still experience hot flashes?
5    A.   I do, but not as bad as it used to be, no.
6    Q.   And your understanding is you went right
7  into menopause right after the hysterectomy?
8    A.   Right, yes.
9    Q.   Did you start experiencing any menopausal
10 symptoms prior to the hysterectomy?
11   A.   Not that I can recall.
12   Q.   Do you know how long you were on hormone
13 replacement therapy?
14   A.   For about six months or so, if I can recall.
15   Q.   Okay.  And you were only on one hormone
16 replacement therapy, to your recollection?
17   A.   Yes.
18   Q.   And you don't remember the name of that?
19   A.   No, I don't remember.
20   Q.   Okay.  Have you taken any hormone
21 replacement therapy since this six-month period after
22 your hysterectomy?
23   A.   After the hysterectomy?  Yes.  That's when
24 he prescribed --
25   Q.   But any time -- so you had the hysterectomy

sm

## Page 110

1  in January of 2012, and you were on hormone
2  replacement for six months.  Have you taken any
3  hormone replacement since that time period?
4  A.  No, no.
5  Q.  So only in that six-month period?
6  A.  Right.  I just stopped.
7  Q.  Do you remember taking any -- it's called
8  estradiol, E-S-T-R-A-D-I-O-L, estradiol?
9  A.  That sounds like the name of the product I
10  took.
11  Q.  So you don't remember taking it up to the
12  point of your diagnosis?
13  A.  No.  I stopped taking it soon after, like
14  six months or so after.  I just stopped taking it
15  because the hot flashes were so bad.  So I just
16  stopped taking it.
17  Q.  So you thought that the hormone replacement
18  therapy was giving you the hot flashes?
19  A.  Yes.  Because based on what he said, that
20  was one of the side effects.
21  Q.  Oh, okay.  So he didn't tell you that the
22  menopause would be causing the hot flashes?
23  A.  Well, I kind of heard about -- well, he
24  probably did.  But I just thought it was all tied in
25  together.  It was just really bad, really bad at

## Page 111

1  night.  So I just stopped taking it.
2  Q.  Did you discuss that with Dr. Brown, about
3  stopping the hormone --
4  A.  No, I didn't.  Actually I stopped going to
5  him, I think.
6  Q.  When do you remember you stopped going to
7  him?
8  A.  About a year or so later after my one-year
9  followup after my hysterectomy.
10  Q.  So around 2013?
11  A.  Yeah, sometime in 2013.  Yes.
12  Q.  Did you see another OB-GYN after that?
13  A.  Not that year.
14  Q.  Okay.  And why did you stop going to him?
15  A.  It was just the wait time to see him was
16  very long.  You would spend half your workday in
17  there.  And some of the questions he would ask and
18  some of his statements were not appropriate to me.
19  Q.  And what were those things?
20  A.  Like your boyfriend can't see you in a
21  swimsuit and comments about -- you know.
22  Q.  You don't really want to hear that from you
23  gynecologist.
24  A.  Yeah.  It was kind of inappropriate.
25  Q.  And so have you since seen another OB-GYN?

## Page 112

1  A.  Yes.  April -- what is April's last name?
2  It should be in my records.
3  Q.  Okay.  And when did you start seeing her?
4  A.  That was after the treatment.  I started
5  seeing her after the treatment.
6  Q.  So after the chemotherapy?
7  A.  Yes.
8  Q.  Is it April Childress?
9  A.  Yes, that's it.
10  Q.  And then do you know how long after the
11  chemotherapy treatment you started seeing her?
12  A.  It was in April, I think -- wait.  Was it
13  last year?  I think.  And she just wanted me to come
14  see her once a year.  I haven't seen her this year.  I
15  haven't been scheduled yet.
16  Q.  And you were also -- do you remember
17  Dr. Brown prescribing any pain medication for you?
18  A.  I think so, after that hysterectomy, yes.
19  Q.  And do you remember how long you took that
20  pain medication?
21  A.  No, I don't remember how long.  I just took
22  the whole -- the bottle, he told me, as directed.
23  Q.  And it was painful after the hysterectomy?
24  A.  Yes.
25  Q.  Do you remember what the pain medication

## Page 113

1  was?
2  A.  No.
3  Q.  It's printed the generic form of oxycodone
4  and acetaminophen.  So maybe it was Tylenol with
5  codeine or something like that?
6  A.  Probably so, more than likely.  I don't
7  know.  I can't recall exactly.
8  Q.  Okay.  Have you ever smoked cigarettes?
9  A.  No.
10  Q.  Prior to your being treated with docetaxel,
11  some of the other medications that show up on your
12  medical records are a medication for fungal
13  infections?  Do you remember that?
14  A.  I don't remember.
15  Q.  Okay.  It was around December of 2011 right
16  before your hysterectomy.
17  A.  Okay.
18  Q.  Do you remember what that was for?
19  A.  I don't remember.
20  Q.  What about an antibiotic in 2012?  Would it
21  be related to your surgery, you think, or was it
22  related to some kind of a cold?
23  A.  It could be related to my surgery.  It could
24  be that.  I don't remember.
25  Q.  Did you take Mobic and Robaxin for joint and

Page 114

1  muscle pain and swelling in 2012?
2      A.   I know I went to see a doctor, a specialist,
3  about shoulder pain.
4      Q.   When did you start seeing somebody about
5  shoulder pain?
6      A.   It had to be -- oh, God, let's see -- either
7  2012 or 2013.  I can't remember exactly.
8      Q.   Did you have any joint or muscle pain or
9  swelling in any other part of your body other than
10  your shoulder?
11     A.   My finger.  I had something called a trigger
12  finger.  It was popping.  I had that.  And I got a
13  shot in my thumb or something like that.
14     Q.   Do you know what the shot was?
15     A.   No, I can't recall.
16     Q.   Was it like a cortisone of some type?
17     A.   It's possible.  I remember I had the
18  cortisone for my shoulder.  For sure I remember that.
19  But I'm not really sure what the shot was for my
20  thumb.
21     Q.   Okay.  And you used topical creams or gels
22  for acne?  This is all before your cancer diagnosis.
23     A.   Probably some from over the counter.
24  Nothing prescribed that I can recall.
25     Q.   Okay.  Do you remember seeing anybody prior

Page 115

1  to your cancer diagnosis regarding acne or skin
2  issues?
3      A.   Well, I had moles removed from my face.  I
4  believe that was in 2010 or 2011.  I saw a
5  dermatologist for that.
6      Q.   Do you remember who you saw?
7      A.   Dr. Tara Rheubottom.
8      Q.   Okay.  And was it like a laser removal?
9      A.   Yes.
10     Q.   So how many did you have removed?
11     A.   I can't recall.  There was a lot of them on
12  both sides.
13     Q.   Did you see her prior to your cancer
14  diagnosis for any other -- other than the mole
15  removal?
16     A.   No, not -- no.  It was just for that.  And
17  then she prescribed some cream to use on my face.
18     Q.   You've also produced records or wrote in
19  your Plaintiff Fact Sheet that you were prescribed
20  hydrocodone and amoxicillin in 2012.
21     A.   Uh-huh (positive response).
22     Q.   Do you remember what that was for?
23     A.   It was probably due to the surgery.
24     Q.   You also indicate in the records that you
25  took vitamins prior to chemotherapy treatment, in the

Page 116

1  years prior.  Do you remember what vitamins you were
2  taking then?
3      A.   Just women's vitamins, I guess.
4      Q.   And sinus medications you were also taking
5  at that time?
6      A.   Yeah.  I have sinus issues.
7      Q.   Do you still have sinus issues?
8      A.   Every now and then, yes.
9      Q.   Do you only take over-the-counter for
10  that -- medications?
11     A.   That, and recently, a few months ago,
12  something was prescribed.  I can't recall what the
13  medicine was.  I can't recall what it was.  What's the
14  name?  Oh, God.  I can't recall, but yes.
15     Q.   Okay.  And then you also had taken something
16  prior to your chemotherapy?
17     A.   Yes.
18     Q.   And you don't remember what the name of that
19  one was?
20     A.   That was probably something over the counter
21  or something, whatever you normally would take.
22     Q.   And you would have taken that more than
23  three times given your sinus issues?
24     A.   I'm not sure of more than three times.  You
25  mean in a row or --

Page 117

1      Q.   Just over the time period.
2      A.   I don't know about three times but probably
3  -- I know once or twice.
4      Q.   Okay.  So when you would have the sinus
5  issues, would you do any other type of treatment other
6  than the sinus medication?
7      A.   No.
8      Q.   Just that?
9      A.   It was that or just ride it out.
10     Q.   And you also indicate that you took
11  magnesium?
12     A.   Uh-huh (positive response).
13     Q.   Do you remember when you started taking
14  magnesium?
15     A.   That was after my treatment.  I did my labs
16  with my primary doctor, and she said my magnesium was
17  low, I needed to take magnesium vitamins or something
18  like that.
19     Q.   And this was in 2012 around the
20  hysterectomy?
21     A.   No.  This had to be after the treatment.
22     Q.   Oh, after the chemotherapy?
23     A.   Yes.
24     Q.   You don't remember taking magnesium before
25  the chemotherapy?

Page 118

1    A.  I can't recall.  I can't recall taking it
2  before.  There's a possibility.  I don't know.
3    Q.  Do you remember having any discussions with
4  any of your doctors of why your magnesium could be
5  low?
6    A.  Well, I know because -- I was told because
7  of the treatment, the side effects with the
8  chemotherapy drug.  That could be a possibility.
9  That's what I was told.
10    Q.  Who told you that?
11    A.  Dr. Kenyatta Shamlin.
12    Q.  And you don't remember taking magnesium
13  before?
14    A.  I can't recall taking it before.
15    MS. GALLO:  I'm going to mark a couple of
16  records.  I'm going to mark a medical record from May
17  of 2014 as Exhibit 19.
18    (EXHIBIT 19, MEDICAL RECORD OF DR. TASHA
19    SHAMLIN, OFFICE ENCOUNTER ON 5/19/2014 -
20    STEWART,W-SHAMLIN-MED-00014-00017, WAS
21    MARKED FOR IDENTIFICATION.)
22    MS. GALLO:  I'll hand that to you and I'll
23  hand one to your counsel.  And so just to make the
24  record clear, this is an office encounter on May 19th,
25  2014, with Dr. Shamlin.

Page 119

1    Q.  Have you seen this medical record before?
2    A.  No.
3    Q.  If we look on the last page under Plan, it
4  says to stop estradiol.  Do you see that, estradiol?
5  The very last thing on the plan.
6    MR. GEIGER:  The page before that.
7    THE WITNESS:  Oh, the page before it?
8    MS. GALLO:  Yeah.  Sorry.
9    MR. GEIGER:  It's the last thing in bold.
10    A.  Okay.  Yeah.
11    Q.  And do you see that?
12    A.  Yes.
13    Q.  And also on the first page under Med List,
14  it indicates that you're taking that estradiol,
15  two-milligram tablet by mouth daily.
16    A.  Okay.
17    Q.  Would this help refresh your recollection
18  that maybe you were still taking it up to this point
19  in time?
20    A.  They probably asked had I taken it but not
21  up until -- I can't recall taking it up until 2014.
22    Q.  Okay.  If you look here, she's also marked
23  out other things that you've discontinued, and that's
24  not one that she's marked out as discontinued.
25    A.  Yeah.  I haven't taken -- you can pull my

Page 120

1  pharmacy records, and it will probably show when I
2  last took that. I can't recall.  It's a possibility,
3  but I can't recall.  I thought I stopped before 2014,
4  but I don't know.
5    Q.  I'm going to hand you what we're marking as
6  Exhibit 20, which is a Hematology/Oncology Clinic
7  intake form, date 6/2/2014.
8    I don't have an extra copy, so I'll hand it
9  to your counsel first.
10    (EXHIBIT 20, HEMATOLOGY/ONCOLOGY CLINIC
11    INTAKE/REFERRAL FORM, 6/2/2014 -
12    STEWART,W-McCANLESS-MED-00011-00014,
13    WAS MARKED FOR IDENTIFICATION.)
14    Q.  And if you look at this exhibit, it looks
15  like it's the day that you went to your doctor, and
16  you went right upstairs to see the oncologist.
17    A.  Uh-huh (positive response).
18    Q.  And if you go -- I think it's on the third
19  page.  And it says near the bottom that you're taking
20  hormone replacement for the last two years.  Do you
21  see that?
22    A.  Okay.
23    Q.  Would that be your handwriting there?
24    A.  I guess so.  I guess so.
25    Q.  I mean it was a while ago.

Page 121

1    A.  Right.  So I can't recall everything I've
2  taken, the exact year and time frame.
3    Q.  Right.  No.  Of course.  And I'm not trying
4  to confront you in any way.  I just want to make
5  sure -- there was a lot going on in 2014.
6    A.  You're right.
7    Q.  So I just want to make sure that that
8  refreshes your recollection that you were taking it
9  for two years?
10    A.  It's a possibility.  It's a possibility.
11    Q.  Okay.  And if you look at the last page, I
12  think it's signed there.  Is that your signature?
13    A.  Yes, ma'am.
14    Q.  Okay.  And you said that was your
15  handwriting in the document?
16    A.  Yes, yes.
17    Q.  Okay.  And at least when you go to the
18  doctor and you're filling out these forms, you
19  definitely want to be honest and truthful.
20    A.  Right, yes.
21    Q.  Because obviously you know that the more
22  forthcoming you are with your doctors, they're going
23  to be able to better help you?
24    A.  Right; that's correct.
25    Q.  And better treat you?

Page 122

1    A.   That's correct.
2    Q.   So you wouldn't want to withhold anything of
3  importance from them?
4    A.   Right; that's correct.
5    Q.   I'm going to go back to the Plaintiff Fact
6  Sheets for a moment here so that way we have those
7  marked.  Because it also goes through some of your
8  history.
9    A.   Okay.
10   Q.   So you did two Plaintiff Fact Sheets.  You
11 did one Plaintiff Fact Sheet and then you did an
12 amended one.
13   A.   Okay.
14   Q.   So I marked as Exhibit 21 the Plaintiff Fact
15 Sheet, which looks like the initial fact sheet.  And
16 we'll get the declaration page as a separate exhibit.
17 And then Exhibit 22 is the First Amended Plaintiff
18 Fact Sheet, so that's the second one you did.
19        (EXHIBIT 21, PLAINTIFF FACT SHEET -
20        PLAINTIFF ID 3238, WAS MARKED FOR
21        IDENTIFICATION.)
22        (EXHIBIT 22, FIRST AMENDED PLAINTIFF FACT
23        SHEET - PLAINTIFF ID 3238, WAS MARKED
24        FOR IDENTIFICATION.)
25   Q.   And then I marked as Exhibit 23 the

Page 123

1  declaration which accompanied your initial Plaintiff
2  Fact Sheet, which is dated October 28th, 2017.
3        (EXHIBIT 23, SIGNED DECLARATION, 10/28/2017,
4        WAS MARKED FOR IDENTIFICATION.)
5    Q.   And if you look at that Exhibit 23, is that
6  your signature there?
7    A.   Yes.
8    Q.   Okay.  And at the time in October of 2017,
9  this Exhibit 21, which is the Plaintiff Fact Sheet,
10 you're stating that it's true and correct to the best
11 of your knowledge and belief at that time; right?
12   A.   Yes.
13   Q.   And you've since updated it because of
14 additional information you've learned?  Would that be
15 accurate, you updated that?
16   A.   Yes.
17   Q.   And so you would agree that at the point in
18 time in which you filled out this Plaintiff Fact
19 Sheet, it was true and correct to the best of your
20 knowledge?
21   A.   That's correct.
22   Q.   And then the First Amended Fact Sheet -- I
23 don't remember the date.  Do you remember the date?
24        MS. HARPER:  December 2018.
25 BY MS. GALLO:

Page 124

1    Q.   So in December of 2018.  This would be
2  signed by your counsel on your behalf.
3    A.   Okay.
4    Q.   So that was from December of 2018.  Do you
5  remember going through this Plaintiff Fact Sheet and
6  filling it out?
7    A.   The amended one?
8    Q.   Either/or.
9    A.   Yes.
10   Q.   Okay.  And what prompted you to amend the
11 fact sheet from 2017 to 2018?
12   A.   I don't know why it was amended.
13   Q.   So you remember working on a Plaintiff Fact
14 Sheet like Exhibit 21 where it was sent to you and you
15 just kind of handwrote it?
16   A.   Right.  I remember doing that.
17   Q.   Okay.  And did you reference any documents
18 in filling this out and completing that, go through
19 documents to help you answer the questions?
20   A.   Yes.
21   Q.   Do you remember what you went through?
22   A.   I can't recall.
23   Q.   Do you remember consulting anybody regarding
24 what you completed to help you answer the questions?
25   A.   No.  I just pulled all my documents that I

Page 125

1  have to answer the questions.
2    Q.   Okay.  And so this Exhibit 22, that one is
3  true and correct to the best of your knowledge?
4        MR. GEIGER:  Sorry.  Is 22 the amended?
5        MS. GALLO:  Amended, 22 is the amended.
6    A.   (Document review.)  It looks fine to me.
7    Q.   Okay.  Good.  And so that verification that
8  you signed that's Exhibit 23, you understood that
9  applied to each fact sheet you submitted; right?
10   A.   Yes.
11   Q.   Did you confirm that each of these fact
12 sheets was accurate at the time that they were
13 completed?
14   A.   I believe so.
15   Q.   Okay.  As you sit here today, are there any
16 changes to your answers that you think are needed in
17 your most recent First Amended -- or the most recent
18 one that we have, which is the First Amended Plaintiff
19 Fact Sheet?
20   A.   I'm 50 now.  It says 49.  And my weight is
21 now 185, it's not 178 anymore.  I mean simple stuff
22 like that.
23   Q.   Right.  Anything else you see in there that
24 might be incomplete or inaccurate?
25   A.   Okay.  (Document review.)  What does it mean

Page 126

1  the last date of treatment 10/15/2007?
2      Q.  What page are you on?
3      A.  Page 13.  First treatment, 6/11/2014; the
4  last treatment, 10/15/2007.
5      Q.  So that should be 2014?
6      A.  Yes, that's the last -- for Taxotere it
7  should be September.
8      Q.  September?
9      A.  2014.
10     Q.  Okay.  There was no treatment of Taxotere
11 past September of 2014?
12     A.  That's correct.
13     Q.  Yeah.  I think that's one of the
14 clarifications on here.  Because we show that the last
15 one was September 24th, 2014.  Is that accurate?
16     A.  Yeah, that's correct.
17     Q.  And there was like confusion as to whether
18 or not the records showed an additional cycle.
19     A.  Okay.
20     Q.  So you didn't have seven cycles?
21     A.  No, I didn't.
22     Q.  And the way Dr. McCanless' records read is a
23 little confusing.  I don't know if you've seen -- have
24 you seen his records?
25     A.  No.

Page 127

1      Q.  So it looks like what he's done -- and we'll
2  have to get clarification from him -- is that he kind
3  of added each visit as a new thing, so all the past
4  stuff is on there, so it's a little confusing.
5      A.  Okay.
6      Q.  So we just want to be clear.
7      A.  Okay.
8      Q.  So you know you've received only six cycles?
9      A.  Yes, ma'am.
10     Q.  So that changed.  Anything else you see?
11     A.  Let's see.
12         MR. GEIGER:  The date and time doesn't look
13 right to me at the bottom of page 19 for Dr. Brown.
14         THE WITNESS:  Dr. Brown.  Let's see here.
15         MR. GEIGER:  Dates of treatment, it goes
16 back in time.
17         THE WITNESS:  Yeah, back to 2004.  That's
18 not right.
19 BY MS. GALLO:
20     Q.  That's page 19?
21     A.  Yes.
22     Q.  And you think it should be 2014?
23     A.  Yes -- no, it wasn't -- it was 2013 when I
24 last saw him.
25     Q.  Okay.  2013.  Okay.  Yeah, you already

Page 128

1  indicated that.
2      A.  Right.  (Document review.)  All right.
3      Q.  Other than those two changes, do you see any
4  other answers that are inaccurate?
5      A.  Nothing else stood out to me that was
6  inaccurate.
7      Q.  Okay.  Have you seen any additional medical
8  providers since December of 2018 that you've listed on
9  here?
10     A.  Let's see.
11     Q.  So I guess it would be -- this was done in
12 2018.  So since December of 2018 have you seen anybody
13 in addition that's not listed?
14     A.  That's not listed?  A new dentist.  Bruce
15 Kestler passed away, so a new dentist.  I forgot her
16 name.  I just signed on with her.
17     Q.  That's okay.
18     A.  But that's the only difference since
19 December 2018.
20     Q.  Okay.  Any new medications since 2018?
21     A.  No, ma'am.
22     Q.  Any medical conditions not identified in
23 your fact sheet since 2018?
24     A.  The flu.  I just recovered last week.
25     Q.  Were you taking any medications for that?

Page 129

1      A.  Tamiflu.
2      Q.  And if you look at page -- I think it's 16
3  of Exhibit 22.  It talks about the handouts.  And it
4  lists here the Coping with Cancer printout, which you
5  provided to us, and the other one is Care During
6  Chemotherapy and Beyond.  Do you remember what that
7  document looked like?
8      A.  Is that not one of the ones I provided?
9      Q.  Yes.  Okay.  So that's the Chemocare one.
10 So it's these two -- well, it's Exhibit 1, which is
11 the Coping with Cancer Video, and then Exhibits 2
12 through 7 are from chemocare.com, which talk about
13 Care During Chemotherapy and Beyond.
14     A.  Yes.
15     Q.  Okay.  I understand.  Thank you.
16         MS. GALLO:  I think we can take a break now.
17 I think it's been an hour.
18         THE VIDEOGRAPHER:  We are going off record
19 at 12:34.
20         (LUNCH RECESS.)
21         THE VIDEOGRAPHER:  Okay.  We are recording.
22 We're back on record at 1:14 p.m.
23 BY MS. GALLO:
24     Q.  Ms. Stewart, I wanted to go back a little
25 bit because I asked a couple of questions.  I wanted

1  to jump around a little bit.
2      So earlier you said you wear your hair in a
3  ponytail about once a month to give it a break from
4  the wigs.  What did you mean by that?
5      A.   Just to air out basically.  Sometimes you
6  just want to feel your scalp.  Nothing really big.
7  Just sometimes I just want to --
8      Q.   When you put the wig on, is it clipped
9  really tight?
10     A.   No.  I can control that.  There's an
11 adjustment in the back where you can make it loose or
12 tighter, which I never make it tighter.  I just use
13 the bobby pins to really secure it better instead of
14 using the adjustment in the back.
15     Q.   Have you ever gotten headaches from it being
16 pulled too tight or wearing it too long?
17     A.   No.  Because I have the control over how
18 tight it should be.
19     Q.   What about with the extensions?  Did you
20 ever feel like it was painful or too tight when you
21 put those in?
22     A.   No.  Because I did my own, so I knew.
23     Q.   Had your sister ever done your extensions?
24     A.   No.  I've always done my own.
25     Q.   And she's never done your relaxing

1  treatments either?
2      A.   No.  Well, you know, as a kid, you know,
3  back then, my mom and my older sister who taught me
4  how to relax.  I had a friend named Tonya who braided
5  my hair years ago.  But outside of that, I've always
6  done my own hair.
7      Q.   How often -- you mentioned about the
8  braiding before.  But how often did Tonya do that?
9      A.   She braided my hair probably twice, probably
10 about twice.
11     Q.   Do you remember what year that was?
12     A.   It was college years.
13     Q.   College?
14     A.   Yes.
15     Q.   Before you were talking about Toppik.  You
16 said that you fill in the top of your head with that
17 when your hair is in a ponytail?
18     A.   Yeah.
19     Q.   Do you fill in anywhere else other than the
20 top of your head?
21     A.   The temples.
22     Q.   Okay.  Other than your temples and the top
23 of your head, anywhere else?
24     A.   No.
25     Q.   Would you say that the top of your head is

1  the main concern that you have about the hair loss?
2      A.   Yes.
3      Q.   And you said you haven't relaxed or
4  highlighted your hair since a year ago.  Do you
5  remember that testimony?
6      A.   I haven't relaxed my hair -- I haven't
7  relaxed my hair since the treatment, before the
8  treatment.  I colored my hair probably about a year
9  ago since -- you know, after the treatment.  But I
10 have not relaxed my hair at all.
11     Q.   So you haven't relaxed your hair at all
12 since before the chemotherapy?
13     A.   That is correct.
14     Q.   And highlighting, the last time you did it
15 was a year ago?
16     A.   Not highlighting.  Just coloring it to make
17 it look darker.  It was getting very brownish.
18     Q.   And you haven't done it since that year?
19     A.   That is correct.
20     Q.   And did you do it within the time period of
21 the end of 2014 and a year ago, color your hair?
22     A.   No.
23     Q.   Just that one time?
24     A.   Yes, yes.
25     Q.   Okay.  Is there any reason why you're not

1  relaxing your hair now?
2      A.   I just want to be natural.
3      Q.   We talked about your decision to file suit.
4  You said that you saw the advertisement on TV.
5      A.   Yes.
6      Q.   Was anyone else involved in your decision to
7  file the lawsuit?
8      A.   No.
9      Q.   Did you discuss with anyone your
10 consideration for filing a lawsuit or getting an
11 attorney?
12     A.   That was discussed -- I've done it, not
13 prior to.  My family asks:  Where are you going?
14 You're going to New Orleans?
15     So I had to tell them a little something
16 about that after the fact, not prior to filing.
17     Q.   Do you remember your discussions you had
18 with your family about why you retained counsel?
19     A.   Basically I told them I seen a commercial
20 and I realized that I wasn't crazy, that there was a
21 reason for my permanent hair loss on the top of my
22 head.  So I told them I was going to see an attorney
23 based on a commercial that I've seen?
24     They was like:  Really?  Now we know because
25 you never wear your hair out.  You rarely do.

Page 134

1          They really didn't know that I had a bald
2 spot on the top of my head because I always wore wigs.
3     Q.   So they weren't even expecting that you had
4 an issue?
5     A.   Right, yes.
6     Q.   And then once you explained that to them,
7 were they supportive?
8     A.   Very supportive.
9     Q.   Did you discuss your decision to file a
10 lawsuit with any of your doctors?
11     A.   No.
12     Q.   We talked a little bit about family members
13 with medical training.  Are there any family members
14 who -- friends or family members that are in the legal
15 industry, lawyers?
16     A.   No.
17     Q.   Do you know anyone who works at a
18 pharmaceutical company?
19     A.   No.
20     Q.   Do you know anyone that works at a pharmacy?
21     A.   No.
22     Q.   Have you ever been on the FDAs website?
23     A.   FDA?  Food and drug?
24     Q.   Right.
25     A.   No, not that I can recall.

Page 135

1     Q.   And have you ever been on Sandoz's website?
2     A.   No.
3     Q.   Do you ever remember seeing the complaint
4 that was filed in this case?
5     A.   What do you mean?
6     Q.   It's a legal document.  It sets forth the
7 allegations that are brought on your behalf by your
8 attorney that sets forth what the claims are.
9     A.   I think my attorney went over it with me.
10     Q.   And do you remember if it was a master long
11 form complaint or a short form complaint, any of those
12 things?
13     A.   I can't recall.
14     Q.   Okay.  It's okay.
15     A.   Okay.
16     Q.   Do you know if you helped -- well, let me
17 mark it, that short form.  We're marking as Exhibit 24
18 the short form complaint that was filed in this case.
19 I'll hand one to you and one to your counsel so you
20 can follow along.
21     (EXHIBIT 24, AMENDED SHORT FORM COMPLAINT,
22     WAS MARKED FOR IDENTIFICATION.)
23     Q.   It looks like it was filed on October 18th,
24 2017.
25     A.   Okay.

Page 136

1     Q.   Have you seen this document before?
2     A.   Yes, I think I have.
3     Q.   Okay.  It's actually the Amended Short Form
4 Complaint.  Did you play any role in providing
5 information used in filling out this complaint?
6     A.   Let's see.  I'm not sure.
7     Q.   As you take a look at it now, do you see
8 anything that you believe is inaccurate?
9     A.   Let's see. (Document review.)  Number 10 is
10 through September 2014, not October 2014.  That's it.
11     Q.   Okay.  And do you believe any statement here
12 or allegation is not applicable to you?
13     A.   Let's see. (Document review.)  So for
14 number 6, these are all the defendants?
15     Q.   Or the manufacturers; right.
16     A.   Oh, okay.
17     Q.   So it could be.  So it says -- number 6b are
18 the generic manufacturers.
19     A.   Okay.
20     Q.   Have you heard those names before?
21     A.   No.
22     Q.   Anything you want to change?
23     A.   No.
24     Q.   Let's see.  I'll put that aside.
25     Have you communicated by email with anyone

Page 137

1 in your family about your chemotherapy treatments or
2 your injuries?
3     A.   No.
4     Q.   Have you communicated with anyone in your
5 family by text message regarding your treatments or
6 your chemotherapy -- well, chemotherapy treatment or
7 the injuries you allege in this lawsuit?
8     A.   Well, yes, about the side effects that I'm
9 currently having.  My coworkers would text me and say:
10 How are you feeling?
11     I might say:  My bones are aching, stuff
12 like that.  Nothing really detailed.
13     Just:  How are you doing?
14     And I would actually tell them how I'm doing
15 at that moment.  So it's according to how I'm feeling
16 at that moment.  So yes, I have.
17     Q.   Do you remember talking about hair loss
18 during -- the side effect of hair loss during your
19 treatment?
20     A.   They'd ask me:  Has your hair fell out yet?
21 Or is it growing back?  Stuff like that.
22     And I would say yes or no based on what they
23 asked me.  So yeah.  But not about the treatment or
24 I'm totally bald up top, nothing like that.  I would
25 say:  Yes, my hair is growing back or, no, I'm still

Page 138

1   bald at the moment.
2       Q.   Those are your friends, your coworkers?
3       A.   Yes, friends, family.
4       Q.   Do still have access to those text messages?
5       A.   I'm pretty sure I do.  I think so.  I got a
6   new phone -- 2017 September a new phone.
7       Q.   So you probably wouldn't have it then;
8   right?
9       A.   Probably wouldn't.
10      Q.   We talked before about Facebook and
11  Instagram.  Under what name do you use Facebook?
12      A.   Wanda Stewart.
13      Q.   And since when have you had that account?
14      A.   I guess it's been about eight years.  I
15  think about eight years.
16      Q.   Does anyone else have access to your
17  account?
18      A.   No, ma'am.
19      Q.   And you're the only one that posts on your
20  account?
21      A.   Yes.  Every now and then people will tag
22  you.
23      Q.   And you untag?
24      A.   Yes, I sure do.
25      Q.   Those unflattering photos.

Page 139

1       A.   Yeah.  It's like ah, no.
2       Q.   Girlfriends, we always have to have a
3   screening first to see who's going to post and what it
4   looks like.
5       A.   Right, yeah.
6       Q.   You said before you've not posted anything
7   regarding your cancer treatment on Facebook; right?
8       A.   Never.
9       Q.   And you've never posted anything about your
10  hair loss?
11      A.   Correct.  Never.
12      Q.   And the same is true for Instagram?  What
13  name is that under?
14      A.   I'm going to have to look because you can
15  just click on an app and just go right to it.  I think
16  it's WandaJS.  Let's see here.  It's WandaJS225, and
17  it shows my name.
18      Q.   And do you post on that regularly?
19      A.   Probably once a month.
20      Q.   Does anyone else have access to your
21  account?
22      A.   No.
23      Q.   Do you ever do that where you can post on
24  Instagram and it also shows up on Facebook?
25      A.   I have, yes.

Page 140

1       Q.   Have you ever posted anything on Instagram
2   regarding your cancer care?
3       A.   No.
4       Q.   How long have you had Instagram?
5       A.   Oh, Lord.  Not as long as Facebook.
6   Probably about -- I wonder if it will show how long
7   I've had it.  Let me just go back to the first post.
8   April 8, 2015.
9       Q.   April 8, 2015 you said?
10      A.   Uh-huh, yes.  Well, that was my first
11  posting.  So I'm not sure when I actually created the
12  account.
13      Q.   Okay.  Have you ever been on a blog?
14      A.   To blog about -- no.
15      Q.   So I assume you've never posted any blogs
16  about your chemo treatment?
17      A.   No.
18          (EXHIBIT 25, STATEMENT REQUIRED BY PTO 71,
19       NO ELECTRONICALLY STORED INFORMATION (ESI)
20       FOUND, SIGNED 1/30/2018, WAS MARKED FOR
21       IDENTIFICATION.)
22      Q.   I'm going to hand you what is marked as
23  Exhibit 25, which is a statement that's required by
24  the court.  It says:  "No electronically stored
25  information found."  Do you see that?

Page 141

1       A.   Yes.
2       Q.   That's your signature there?
3       A.   Yes.
4       Q.   And it's dated January 30th, 2018?
5       A.   Yes.
6       Q.   Just take a moment to read that just to
7   refresh your recollection.
8       A.   Okay.  (Document review.)
9       Q.   And so this statement, you understood, was
10  regarding electronically stored information, or ESI;
11  right?
12      A.   Yes.
13      Q.   What steps did you take to locate ESI?
14      A.   What do you mean what steps did I take?
15      Q.   Well, do you have a personal computer or a
16  laptop?
17      A.   Yes, I have a laptop.
18      Q.   Okay.  And is that a personal one or do you
19  have a work one?
20      A.   I have both.
21      Q.   And do you have personal email addresses?
22      A.   Yes, I do.
23      Q.   What are those?
24      A.   The one that I always use is
25  wjs2525@gmail.com.  And I think I have one

Page 142

1  wjs2509@gmail.com.  And my work email address is
2  wanda.stewart@le.gov.
3      Q.   Are you able to email on your smartphone?
4      A.   Yes.
5      Q.   And did you do a search of those emails to
6  see if there's anything that would be responsive to
7  the requests that we made that relate to your injuries
8  in this lawsuit or to your treatment?
9      A.   Not that I can recall.
10     Q.   Or anything relating to your decision to
11 file a lawsuit or anything like that, communications?
12     A.   No.  Just the communication I've had with
13 Allan Berger.  That's about it.
14     Q.   And that would be privileged, and we're not
15 asking you that.
16     A.   Yes, yes.
17     Q.   And did you do a search of those emails to
18 see if there was anything responsive?
19     A.   I don't recall.
20     Q.   Are you aware of any other type of
21 electronically stored information that you may have
22 used other than emails and Facebook and Instagram,
23 those kinds of things?
24     A.   No, not that I'm aware of.
25     Q.   So a family history of cancer, you said your

Page 143

1  mom had ovarian cancer?
2      A.   Yes.  Was it ovarian?
3      Q.   Cervical cancer?
4      A.   That's it.  That's it.  Not ovarian.
5  Cervical cancer.
6      Q.   And then you identified that a paternal
7  uncle had pancreatic cancer?
8      A.   According to my father, that's what he said
9  that he passed away from.
10     Q.   Okay.  And then an uncle on your mom's side
11 had colon and lung cancer?
12     A.   That's what I was told.
13     Q.   And also I guess it's your maternal
14 grandmother had head and neck cancer?
15     A.   That's what I was told.
16         (EXHIBIT 26, MEDICAL RECORD OF DR. TAYLAR
17         CHILDRESS-MCKEITHEN, OFFICE ENCOUNTER ON
18         1/17/2017 - STEWART,W-CHILDRESS-MED-00002-
19         00005, WAS MARKED FOR IDENTIFICATION.)
20     Q.   I'm going to hand you what is marked as
21 Exhibit 26.  And it is an office encounter of January
22 17, 2017, with Dr. Childress.
23     A.   Okay.
24     Q.   And that would be your OB-GYN?
25     A.   Yes.

Page 144

1      Q.   So if you look on the first page under
2  Gynecologic History, that section there, it goes down
3  to family history.  And it says:  "No family history
4  of coronary artery disease, but then below that it
5  says:  "Family history of breast cancer."
6      A.   That's incorrect.  That's incorrect.
7      Q.   So that would not be a true statement there?
8      A.   That's not a true statement.
9      Q.   Okay.  I'm trying to find the other one.
10 There's another reference in your medical records that
11 indicates that your aunt had breast cancer.
12     A.   That was incorrect.
13     Q.   Okay.  So you're not aware of any aunt on
14 either side of your parents that has had breast
15 cancer?
16     A.   That is correct.
17     Q.   Not since your -- this is before your breast
18 cancer but even after your breast cancer.
19     A.   Before or after.
20     Q.   All right.  I'll find that later.
21         If you'll go back to the fact sheet, which I
22 think 22 is the more recent one.
23     A.   Okay.
24     Q.   So prior to your cancer diagnosis, it talks
25 about your regular visits.  You would regularly see a

Page 145

1  primary care doctor?
2      A.   Yes.
3      Q.   That would be annually and as needed, I
4  guess, for followups, et cetera?
5      A.   Correct.  I mean I didn't always see them
6  every year, I could say that, because I was never
7  sick.  So I didn't go to the doctor regularly.
8      Q.   And you didn't have any medical conditions
9  that required you to go on a regular basis?
10     A.   Correct, right.
11     Q.   So if we go to -- I guess it starts on page
12 7.
13     A.   Okay.
14     Q.   It starts with your annual gynecological
15 exams.
16     A.   Right.
17     Q.   You started -- did you have them when you
18 were younger?
19     A.   Yes, I did, for a while.
20     Q.   Do you remember when you stopped going
21 annually?
22     A.   I can't recall.
23     Q.   Do you know what prompted you to go again in
24 2011?
25     A.   Because of the pain I was having.

Page 146

1    Q.   Did the pain that you were having -- which
2  was probably related to your either menstrual period
3  or your fibroids?
4    A.   I thought it was because it was very painful
5  and heavy.  So that prompted me to make an
6  appointment.
7    Q.   And how long were you experiencing that
8  pain?
9    A.   For a long time.  But I just thought it was
10 all a part of just me getting older.  Because I hear
11 stories all the time, so I just thought I was one of
12 those people.  But it persisted very heavy, so I just
13 made an appointment.
14   Q.   Had your mother been diagnosed with cervical
15 cancer prior to 2011?
16   A.   Yes.
17   Q.   You didn't talk to your primary care doctor
18 about whether or not that would be something that you
19 wanted to be checked each year in a Pap smear?
20   A.   I'm pretty sure I had to -- they probably
21 asked me about the history, and I'm pretty sure that
22 we discussed something along that line.  But I can't
23 recall.
24   Q.   Did you understand that a Pap smear checks
25 for cervical cancer?

Page 147

1    A.   Yes, it does.
2    Q.   And then you went again in 2012, again with
3  Dr. Brown.  And then you skipped, it looks like, your
4  exams from 2013 to 2016?
5    A.   Right; that's correct.
6    Q.   And why did you stop going and getting an
7  annual exam?
8    A.   Like I said, I was going through the chemo.
9  Just a lot of other stuff.  I was trying to recover
10 from the side effects I was dealing with.
11   Q.   It wasn't a top priority?
12   A.   It was not.
13   Q.   And then if we go to the next question 12,
14 it starts at the bottom of page 7, and it talks about
15 your mammograms.
16   A.   Okay.
17   Q.   And do you remember when you had your first
18 mammogram?
19   A.   I think I had it in -- it had to be -- I
20 can't recall, but it was before going to Dr. Randall
21 Brown.  I can't recall.  I had one prior to that.  I
22 can't exactly recall when.
23   Q.   Maybe when you turned 40?  Would it be like
24 an age thing?
25   A.   Probably, more than likely.  I'm pretty sure

Page 148

1  that's a part of preventive care with my insurance
2  policy.
3    Q.   Okay.  And so what prompted you to go and
4  have a mammogram in 2011?
5    A.   Well, I just made an appointment to see the
6  gynecologist, and that was a part of the routine.
7    Q.   And then it indicates that you were
8  taking -- I don't know if it's on here -- but
9  medications.  Do you remember taking weight-loss
10 medication for some time before your cancer diagnosis?
11   A.   Yes.
12   Q.   Do you remember what that medication was?
13   A.   What's the name of the one that was kind of
14 popular?  Oh, God.  Adipex, if I'm not mistaken.
15   Q.   Do you remember how long you were taking
16 that medication?
17   A.   I didn't take it long because it would keep
18 me up at nights, just the side effects.  Just staying
19 weak, no sleep.  The caffeine, it was a little bit too
20 much for me, so I stopped taking it.
21   Q.   Did she explain to you -- who was it that
22 prescribed that to you?
23   A.   Oh, gosh, I think it was the Baton Rouge
24 Weight Loss Clinic.  I think that was the place that I
25 went to.

Page 149

1    Q.   And did they explain to you side effects of
2  the Adipex?
3    A.   Yes.
4    Q.   And that was that it was a stimulant, that
5  it might keep you up?
6    A.   Yes.
7    Q.   Anything else that they told you?
8    A.   That was like the main thing that I recall.
9  And drink a lot of water because your breath might be
10 hot.  All kinds of stuff like that.  Nothing about
11 hair or anything like that.
12   Q.   Have you taken any other weight-loss
13 medications other than the Adipex?
14   A.   Not actually weight-loss medication.
15 Probably -- not a detox.  What do you call it?  The
16 bloating, to relieve that.  What is it called?
17   Q.   Probiotics?
18   A.   The water weight.
19   Q.   Oh, the water weight?
20   A.   Yes, yes.  That's about it.
21   Q.   That's like pills that help you relieve the
22 water weight?
23   A.   Yes.
24   Q.   Is that like a diuretic?
25   A.   Yes, yes.

1    Q.   Are you still taking those?
2    A.   Oh, no, no.
3    Q.   Do you remember what time period you were
4  taking diuretics?
5    A.   That was prior to my diagnosis.
6    Q.   And you have not taken anything for weight
7  loss?
8    A.   No, no.
9    Q.   And then also you saw Ms. Rheubottom, who's
10  a physician's assistant at the dermatologist's office?
11    A.   Yes, ma'am.
12    Q.   Have you ever seen a dermatologist?
13    A.   That was my first time seeing her regarding
14  my moles.
15    Q.   Okay.  Did you also complain to her about
16  discoloration on your face prior?
17    A.   Yes.
18    Q.   And do you remember what she said that
19  discoloration was due to?
20    A.   I think she gave it some kind of scientific
21  name.  I don't know.
22    Q.   Do you remember any other skin issues or
23  treatments before your cancer diagnosis other than the
24  moles and the discoloration?
25    A.   No.  That's about it.

1    Q.   Did she diagnose you with any
2  hyperpigmentation?  Does that sound --
3    A.   That, but it was another name.
4    Q.   More scientific than that?
5    A.   Yes.
6    Q.   Did she give you anything to treat that?
7    A.   Yes.  It was a special cream that she
8  created.  She called it Tara's Cream.  I'm not really
9  sure what it consists of, but that's what she
10  prescribed for me.  And a special face wash cream as
11  well.
12    Q.   And her first name is Tara?
13    A.   Tara, yes.
14    Q.   And she called it Tara's Cream?
15    A.   Yes.
16    Q.   Was it something that you bought there at
17  the dermatologist's office?
18    A.   Yes.
19    Q.   Do you still use that?
20    A.   Yes.
21    Q.   How were you referred to Ms. Rheubottom?
22    A.   Actually through my coworker, because she
23  had moles removed and she said she went to Tara.  So
24  yes.
25    Q.   We talked about your hysterectomy.  Do you

1  remember discussing with Dr. Brown the risks of that
2  surgery?
3    A.   No, I can't recall.
4    Q.   Did any physician discuss with you or anyone
5  on their staff discuss with you what the side effects
6  would be when you removed your ovaries?
7    A.   I think they mentioned something about
8  bladder -- something along the line that you might use
9  the restroom more often because your bladder is weak,
10  something along that line.  I can't recall anything
11  else.
12    Q.   Did Dr. Brown discuss any alternatives to
13  the hysterectomy?
14    A.   No.
15    Q.   And you said you started with the hormone
16  replacement therapy afterwards?
17    A.   Yes.
18    Q.   And do you recall being told about any
19  potential side effects of hormone replacement therapy?
20    A.   Just the hot flashes that I can recall.
21  That's about it.
22    Q.   Do you remember if you were told that the
23  side effects of the hormone replacement therapy could
24  be a risk of hair loss?
25    A.   No, I don't recall that.

1    Q.   Did you have any hair loss or hair thinning
2  after this procedure for the hysterectomy?
3    A.   Not that I noticed, no.
4    Q.   Any menopause symptoms after the procedure?
5    A.   The hot flashes.
6    Q.   Anything else?
7    A.   Sex drive.
8    Q.   Anything else?
9    A.   That's all I can remember.
10    Q.   So I want to turn to your cancer diagnosis
11  and treatment.  I know we've touched upon it before.
12    A.   Okay.
13    Q.   It was in May of 2014 that you noticed a
14  lump in your breast?
15    A.   It either had to be -- it had to be in May,
16  yes.  Well, not in my breast.  Under my arm.
17    Q.   Okay.  So can you tell me about that, how
18  that happened?
19    A.   I was just, you know, washing under my arm.
20  And I noticed when I raised my arm real high, a
21  knot protruded under.  And I'm like: Oh, God, what is
22  that?
23         So that's when I called the doctor.  And
24  that's when I went to Ms. Shamlin.  And she referred
25  me to the Woman's Hospital, I think.  And that's when

1 they did the biopsy.  And then they took forever to
2 call me about the results.  And so that's when, I
3 think, the Woman's Hospital reached out to my doctor.
4 And come to find out, she was on vacation.  So she had
5 a nurse to -- that was the reason for the delay in
6 contacting me.
7     Q.   Contacting you?
8     A.   Yes.
9     Q.   So when you found the lump in your lymph
10 nodes under your arm, you called Dr. Shamlin?
11     A.   Yes, ma'am.
12     Q.   And you saw her soon thereafter?
13     A.   Immediately.
14     Q.   Immediately?
15     A.   Yes.
16     Q.   And did any family members or friends go
17 with you to that appointment?
18     A.   No.
19     Q.   And she ordered a mammogram and biopsy?
20     A.   Yes.
21     Q.   And did she advise you to stop taking your
22 hormone therapy medication?
23     A.   I can't recall.
24     Q.   I think we went through one record where I
25 think you were still on it.

1     A.   Okay.  I can't recall.
2     Q.   Did she at any point in time relate the
3 hormone replacement -- hormone replacement therapy to
4 anything in relation to potential increased risk for
5 breast cancer?
6     A.   Well, she basically -- she didn't think it
7 was cancer.  She probably thought it was --
8     Q.   Benign or something?
9     A.   Yeah.  Something not cancer.  She was like:
10 No, it can't be cancer.  She didn't think so.
11     Q.   Why do you --
12     A.   I don't know.
13     Q.   Okay.  Did you discuss with her why -- what
14 her thought process was of why she didn't -- did you
15 ask her if it was cancer?
16     A.   No, I don't think I asked her if it was
17 cancer.  Her suggestion did not -- breast cancer did
18 not come up.  I think I probably did, because I did my
19 own Google search thing, you know.  Lump under your
20 arm, what do you have?  And, you know, WebMD, you have
21 everything basically.  So, yeah, I told her about
22 that, what was listed.
23          And she said:  I don't think it's cancer
24 because you're young and you have no family history.
25     Q.   So when you found the lump, you did a Google

1 search?
2     A.   Yes.
3     Q.   And of course, it takes you to WebMD?
4     A.   Right.
5     Q.   Which says all horrible things.
6     A.   I'm dying basically.
7     Q.   I've been there.  It's horrible.  They
8 always tell you not to do that.
9     A.   Right.
10     Q.   So Dr. Shamlin -- so you raised could it
11 potentially be breast cancer based on your search?
12     A.   Yes.
13     Q.   During your visit you also complained about
14 a stinging sensation in your lower legs and feet?
15     A.   Yes.
16     Q.   Do you remember that?
17     A.   Uh-huh (positive response).
18     Q.   Had it just happened as well?
19     A.   Yes.
20     Q.   Do you remember if she referred you to any
21 other doctor?
22     A.   She did the bone density -- something she
23 did, some kind of test she ordered.
24     Q.   Probably a bone density?
25     A.   Yeah, I think so.

1     Q.   And a nerve conduction?
2     A.   Yeah.  That's it, yeah.
3     Q.   Okay.  Do you remember who you saw for the
4 nerve conduction study?
5     A.   I believe it was in her office.  Someone
6 came in.  I can't really -- I don't remember.  I can't
7 recall exactly.
8     Q.   Dr. Linda LeBourgeois?
9     A.   Okay.  Probably so.
10     Q.   I'll spell it for you.  The last name is
11 spelled L-E capital B-O-U-R-G-E-O-I-S.  You probably
12 saw her only that one time?
13     A.   Yes.
14     Q.   Okay.  And do you remember what the results
15 were of that nerve study?
16     A.   It came back fine, if I recall.
17     Q.   And did Dr. Shamlin refer you to another
18 physician for the mammogram?
19     A.   To the Woman's Hospital for the mammogram
20 and the biopsy, if I'm not mistaken, yes.
21     Q.   Do you remember who did the mammogram or
22 performed the biopsy?
23     A.   No.  It was at the Woman's Hospital.  I'm
24 not sure exactly who it was.
25     Q.   Somebody in that group?

Page 158

1    A.    Yes, uh-huh.
2    Q.    So then you had the biopsy performed.  Did
3  they tell you how long it would take?
4    A.    About two weeks, about two weeks or so.
5    Q.    When you went to get your biopsy, did any of
6  the physicians or assistants that were -- the
7  healthcare professionals that were there, did they
8  have any concerns about the lump?
9    A.    No.  The biopsy -- I think one of the
10  doctors said:  We do see something, but it can be
11  taken care of.
12        That's all he said to me.
13    Q.    Okay.  So they did the mammogram first to
14  see if there were any other, I guess, lumps or
15  abnormalities?
16    A.    Yes.
17    Q.    And then they did a biopsy, not just of that
18  under your arm, they did it also of the breast?
19    A.    Breast, yes.
20    Q.    So then that was done, the biopsy was done,
21  I guess, in --
22    A.    May.
23    Q.    -- May of 2014.  And then you had to wait;
24  right?
25    A.    Yes.

Page 159

1    Q.    Okay.  Do you remember how long you had to
2  wait?
3    A.    It was very long.  And that's why the
4  hospital called me, because they were wondering why I
5  hadn't -- so I think about three weeks, if I'm not
6  mistaken.  I think about three or two weeks.  I can't
7  recall.  But it was a long time.
8    Q.    Okay.  And so you were saying that you had
9  not gotten your biopsy results, and then someone asked
10  you about it?
11    A.    Yeah.  Someone from the Woman's Hospital
12  called me and said:  We're just calling to see how
13  you're doing.  Have you gotten your results back yet?
14        I said:  No.  I'm still waiting for the
15  doctor.
16        They said:  Oh, you should have received
17  them by now.
18        So that's when I called, and they called as
19  well.  And that's when my doctor's office called me
20  for me to come in.  And at that time that's when I was
21  told Dr. Shamlin was out on vacation, they were really
22  sorry for not getting back with me, and the nurse told
23  me the news at that time.
24    Q.    So you came in?
25    A.    Yes, I came in.

Page 160

1    Q.    It wasn't over the phone?
2    A.    They just called and told me to come in.
3    Q.    That wasn't a good thing?
4    A.    Yeah, right.  I figured that much.  And I'm
5  like:  It can't be breast cancer because nobody in my
6  family had it.  So that's what I was thinking.  It
7  must be something else.
8    Q.    And do you remember who it was that told
9  you?
10    A.    Whoever was the nurse at that time.  I can't
11  recall.
12    Q.    And then you followed up with -- well,
13  actually, let me see who called.  I think Christine
14  Crane was the nurse practitioner that told you.
15    A.    Okay.  Probably so.
16    Q.    And that was the only time you had seen this
17  nurse practitioner as far as visits?
18    A.    Right.  Initially, yes.
19    Q.    And when you went in to see her, the nurse
20  practitioner, were any friends or family members with
21  you?
22    A.    No.
23    Q.    And what do you remember her telling you
24  about your results?
25    A.    Wow, we have to go through this?

Page 161

1    Q.    I know.  I'm sorry.
2    A.    She walked in with her head down, and I knew
3  then.  She just said:  You have cancer, breast cancer.
4  She couldn't really look me in the eye.  She asked me
5  if I had an oncologist, and I said no.  And she said
6  wait here a second.  And that's when, I guess, she
7  must have reached out to the oncology office, and she
8  walked me upstairs.
9    Q.    So she didn't discuss with you anything more
10  than just that it's breast cancer?
11    A.    No.
12    Q.    Did you ask her any questions?
13    A.    No.  When she left out of the room for a
14  minute, I called my mom.  She was freaking out.  And
15  she was like:  Make sure they take care of you right
16  now.  I'm coming up there now.
17        So they just walked me upstairs.
18    Q.    And when you spoke with your mom, did she
19  come there with you to meet you there?
20    A.    Yes.  Her and everybody else:  sisters,
21  friends.  Everybody came.
22    Q.    So who was in the appointment with you?
23    A.    It was Dr. McCanless.
24    Q.    Dr. McCanless.  Who was there?
25    A.    My mom, my dad, my friend Tiffany, my

Page 162

1   sister, my friend Dan at that time, my friend Tiffany
2   and her husband, Carlos, and their two kids.  All my
3   sisters.
4       Q.   All your sisters were there?
5       A.   Yes.  Well, except the one that lives in
6   Monroe, which is Tina.  She was not there.
7       Q.   Okay.  So they obviously were close enough
8   to get to you right away?
9       A.   Yes, yes.
10      Q.   At the moment you were told by the nurse
11  practitioner, how did you feel about that diagnosis?
12      A.   I couldn't believe it.  I couldn't believe
13  it.  It was like:  It can't be true.
14      Q.   Were you scared?
15      A.   Very scared.
16      Q.   Were you afraid you could die?
17      A.   Yes.
18      Q.   And when you spoke with your mom, did she
19  ask you kind of those questions, too, or was she more
20  reassuring?  How was she?
21      A.   She was freaking out, you know.  She didn't
22  make it no better.  We didn't talk that long.  She was
23  just trying to get over to the hospital.
24      Q.   It sounds like you had a good support group,
25  though, that came there right away?

Page 163

1       A.   Yes, ma'am, yes.
2       Q.   And they've still been your support group?
3       A.   Yes.
4       Q.   Did you discuss with them your feelings of
5   how getting that diagnosis felt to you at any point in
6   time?
7       A.   Yes, I did.  Scared, basically scared.
8   What's going to happen to me?  Am I going to live or
9   die?  That was all my fears basically.
10      Q.   I think we talked about -- you mentioned
11  this before -- but the cancer treatment to be a time
12  period of significant stress for you?
13      A.   Yes.
14      Q.   Did you seek any kind of treatment or
15  counseling for that stress for the cancer treatment?
16      A.   No.  They mentioned, I think, that was a
17  part of having cancer; you're going to go through your
18  ups and downs, you're going to have your good days and
19  your bad days.  I just thought it was all part of the
20  treatment.
21      Q.   And did you lean on your family to help you
22  through those times?
23      A.   Yes.
24      Q.   And your friends?
25      A.   Yes.

Page 164

1       Q.   Did you discuss your treatment options with
2   Nurse Crane or she just brought you upstairs to the --
3       A.   She just brought me upstairs.
4       Q.   Did she explain any steps at all that would
5   be needed or just that you need to see an oncologist?
6       A.   Yeah.  She asked me did I have one, and I
7   said no.  And she said:  Well, I can walk you
8   upstairs.  And she just went into the back and, I
9   guess, talked to Dr. McCanless or whoever back there.
10  And she came back out and said:  Dr. McCanless is
11  going to make time to see you today.  Even though he
12  had a booked schedule, he made time for me.  And that
13  was it, and she walked out the door.
14      Q.   Did she give you any handouts or anything?
15      A.   I think she did.  She gave me something.  I
16  can't recall what it was, but she did give me
17  something.
18      Q.   Would it have been the ones that you showed
19  me earlier, those handouts?  Or something else?
20      A.   No, not that Coping.  I had to be just a
21  brochure or something.  I can't recall what it was.
22  But she did give me something.  I'm not sure if it was
23  just a paper showing -- that confirmed I had cancer.
24  It could have been that.  I had something in my hand.
25      Q.   Okay.  And so when you went to -- you went

Page 165

1   upstairs, how soon thereafter did you see
2   Dr. McCanless?
3       A.   I think I had to wait about an hour and a
4   half before I walked to the back.
5       Q.   I'm sure the most difficult hour and a half
6   of your life.
7       A.   Yes.
8       Q.   And in that hour and a half your family had
9   arrived?
10      A.   Yes.  We were out in the waiting area
11  talking.
12      Q.   And do you remember any of the discussions
13  you had with your family then?
14      A.   Just like they can't believe it.  You may
15  need a second opinion because nobody else has breast
16  cancer in the family.  It was a lot of that.
17      Q.   And did you think about getting a second
18  opinion?
19      A.   I thought about it, but I didn't do it.
20      Q.   Was it something -- when you said you didn't
21  do it, was there a reason why you didn't do it?
22      A.   I guess because after the doctor confirmed
23  that I had cancer and I think after Dr. McCanless had
24  referred me to get a scan, they confirmed that I had
25  cancer as well.  So I just -- it must be cancer,

Page 166

1  breast cancer.
2      Q.  So before that scan -- so on that date,
3  which would be June 2nd, 2014, and you met with
4  Dr. McCanless, did he tell you anything about the
5  presentation of breast cancer, what kind of cancer it
6  was?
7      A.  I think he said grade 2, I think, at that
8  time.  That's all he basically mentioned, grade 2.  It
9  moved to my lymph nodes basically.  And he told me
10  about the drugs that were going to be administered to
11  me and that I'm healthy enough to handle those drugs.
12  And that's all I can really recall.
13      Q.  Did he mention anything about HER2, H-E-R-2?
14      A.  I think he did.  I think he did mention
15  something about that.
16      Q.  Do you remember what he said about that?
17      A.  No, I don't.
18      Q.  It's okay.  Do you remember anything about
19  him saying -- with respect to an estrogen receptor?
20      A.  Yeah, I remember some of that.  I don't
21  remember exactly in particular what he said, but I do
22  just recall hearing something about a receptor or
23  something like that and something about the BRCA genes
24  or whatever.  You can get tested for that.  But that
25  came back negative or something like that.  But it did

Page 167

1  come back for the ATM gene or something.
2      Q.  So you also were tested as to any genetic
3  predisposition?
4      A.  Yes.
5      Q.  And the genetic predisposition was an ATM
6  gene?
7      A.  Yes.
8      Q.  Do you remember when that testing was done?
9      A.  That was sometime later, I think.
10      Q.  So let's go back to the first visit.
11      A.  Okay.
12      Q.  You remember him saying at that time it was
13  a stage 2?
14      A.  Yes.
15      Q.  But --
16      A.  He said grade 2.  He didn't say stage 2.
17      Q.  Grade 2.  My apologies.  So the grade 2.
18  You don't remember specifics as to HER2, but you
19  remember something he said?
20      A.  Yes.
21      Q.  The estrogen receptor, you remember that
22  coming up, but you don't remember what that was?
23      A.  Right.  Because I was just kind of taking it
24  all in.  There was a lot being said, so I couldn't --
25      Q.  A lot?

Page 168

1      A.  Yeah.
2      Q.  Did he say anything about metastasis?
3  Because he did say it spread --
4      A.  Right, correct.
5      Q.  Did he mention anything about the tumor
6  size?
7      A.  I think so.  And that's the reason why they
8  wanted to do the chemo, to shrink it.
9      Q.  Did you have any discussion about the
10  seriousness of the diagnosis during this first visit?
11      A.  During the first visit?  I can't recall.  I
12  can't recall about the seriousness.  It had to be
13  serious, but I can't recall.
14      Q.  And when you say it had to be serious,
15  because it just happened so fast?
16      A.  It happened so fast, and then it's cancer,
17  period.  And then he said grade 2.
18          I'm like:  Okay.  What does that mean?  In
19  my mind I'm saying what is grade 2, but I didn't
20  actually ask him what is grade 2.  I figured it was
21  bad once he said it spread to my lymph nodes.
22      Q.  Did you talk to him about like long-term
23  prognosis?
24      A.  I think he talked about that.  He talked
25  about that.

Page 169

1      Q.  What do you remember him saying?
2      A.  He said something about if you go through
3  the chemo treatment and the radiation, you have a
4  longer life.  I don't know.  Something about that.  I
5  can't remember exactly.
6      Q.  That if you did that treatment, you would
7  have an increased life expectancy or survival rate?
8      A.  Yes, yes.
9      Q.  And that was important to you?
10      A.  Yes, ma'am.
11      Q.  Did he indicate to you what you could expect
12  in terms of the treatment other than the life
13  expectancy and how it would benefit you?
14      A.  That it's a possibility that it can, you
15  know, I guess, cure the cancer.  That's basically it.
16      Q.  So he was forthcoming with you about the
17  fact that this is what his best treatment option is
18  for you?
19      A.  Yes.
20      Q.  Based on the presentation of your cancer?
21      A.  Yes.
22      Q.  And he recommended this treatment to you
23  because he believed that was the most effective in
24  giving you the greatest life expectancy?
25      A.  Yes.

Page 170

1    Q.   And that was good news to you?
2    A.   Yes, ma'am.
3    Q.   And so for you --
4         THE VIDEOGRAPHER:  I need to take a media
5    break.
6         MS. GALLO:  Okay.  We'll take a media break.
7         THE VIDEOGRAPHER:  We are going off record
8    at 2:04.
9         (A RECESS WAS TAKEN.)
10        (MS. GALLO LEFT THE DEPOSITION DUE TO
11        A FAMILY EMERGENCY.)
12        THE VIDEOGRAPHER:  Okay.  We are going on
13   record at 2:53 p.m.
14             EXAMINATION
15   BY MS. HARPER:
16   Q.   Hi, Ms. Stewart.  I'm Terry Harper.  We met
17   earlier.  I'm going to be taking over from here on
18   like we just discussed.
19   A.   Okay.
20   Q.   I think before the break my co-counsel -- we
21   were talking with you about your first appointment
22   with Dr. McCanless.
23   A.   Yes.
24   Q.   And he discussed with you that you would be
25   starting a chemotherapy regimen with Taxotere and with

Page 171

1    Adriamycin and cyclophosphamide?
2    A.   Yes.
3    Q.   And do you recall whether Dr. McCanless
4    discussed with you any data about your specific
5    chemotherapy regimen?
6    A.   No.
7    Q.   Do you recall whether Dr. McCanless
8    discussed different chemotherapy agents with you?
9    A.   No.
10   Q.   I'm sorry.  That was not a very good
11   question.  Did Dr. McCanless discuss different
12   chemotherapy agents with you or you don't recall
13   whether he did?
14   A.   I don't recall.  He just mentioned that my
15   body is healthy enough for those three drugs.
16   Q.   And did he explain to you that he had
17   selected the regimen that he believed to be the best
18   fit for your presentation of breast cancer?
19   A.   Yes.
20   Q.   What specifically do you recall him saying
21   about the regimen he had selected?
22   A.   Basically what I just said; that based on my
23   grade level and by the cancer spread to my lymph
24   nodes, that he thinks this would be the best regimen,
25   the chemotherapy and mastectomy, radiation, using

Page 172

1    those three drugs.  And that's basically it in terms
2    of my treatment.
3    Q.   Was any of Dr. McCanless' staff there for
4    that appointment?
5    A.   Not at that moment.  Later on, that's when
6    the nurse came back and gave me my calendar with the
7    different types of drugs and when do I have to show up
8    and all of that and those brochures.
9    Q.   Okay.  So was that on that --
10   A.   That same day.
11   Q.   -- that same visit, June 2nd I think it
12   was?
13   A.   I'm not sure if it was the same visit or a
14   few days later.  I can't recall.  But it was within --
15   I'm not sure.  But it was very soon after.  It had to
16   be a few days following once he got confirmation that
17   it was cancer.  I think he sent me to the testing to
18   confirm that it was really cancer.  So I think that
19   was all within the same week.  I can't recall.
20   Everything happened to fast, I can't say for sure.
21   Q.   Right.  So it all would have happened before
22   you had your first administration of chemotherapy?
23   A.   Yes, yes.
24   Q.   Did you have any discussion about treatment
25   without chemotherapy?

Page 173

1    A.   He didn't give me an option.  I didn't know
2    there was any other option.  All of this was new to
3    me.
4    Q.   And you didn't discuss any other
5    chemotherapy medications?
6    A.   No.  I didn't know to discuss that.  I
7    didn't know.
8    Q.   Right.  Do you recall whether Dr. McCanless
9    mentioned to you Taxol?  Does that sound familiar?
10   A.   I just remember the word "Taxol."  I'm not
11   sure, Taxotere or Taxol.  That might be all.  I can't
12   really say for sure if he did or not.
13   Q.   Right.  You don't recall him mentioning
14   paclitaxel?  Does that sound familiar at all?
15   A.   I don't recall him giving me an option
16   outside of that formula, those drugs.
17   Q.   And following this discussion, you
18   understood that you would receive six cycles of that
19   regimen?
20   A.   Yes.
21   Q.   Did Dr. McCanless discuss with you certain
22   risks and side effects associated with the regimen at
23   that appointment, that first appointment?
24   A.   I can't recall.  I'm not sure at the first
25   appointment or not or a couple of days later.  I can't

1 recall if it was at that time or not. I can't say for
2 sure exactly.
3    Q.   And you said -- I think you said earlier
4 that you felt comfortable with Dr. McCanless?
5    A.   Yes.
6    Q.   You trusted him?
7    A.   Yes.  And that's probably because the nurse
8 took me up to his office.
9    Q.   The nurse from Dr. Shamlin's office?
10    A.   Yes, correct.  Yes.
11    Q.   You didn't think he would steer you wrong?
12    A.   Right.
13    Q.   And were you able to communicate well with
14 him when you met with him?
15    A.   Yes.
16    Q.   You were able to ask any questions you had
17 during your meetings?
18    A.   Yes.
19        MS. HARPER:  All right.  I'm going to mark
20 as Exhibit 27 -- and this is the record of your first
21 appointment with Dr. McCanless on June 2nd.
22        (EXHIBIT 27, CLINICAL RECORDS OF
23        DR. CHRISTOPHER MCCANLESS, 6/2/2014 -
24        STEWART,W-McCANLESS-MED-00156, WAS
25        MARKED FOR IDENTIFICATION.)

1    Q.   And I think you said some of your family
2 members were with you on this day?
3    A.   Yes, uh-huh.
4    Q.   And do you see under -- I guess if you flip
5 to the second page there under Assessment and Plan, it
6 says -- pretty far down it says:  "Schedule NP for
7 chemo teaching for TAC (Taxotere, Cytoxan, Adria) q 3
8 weeks times 6 cycles."  Do you see that?
9    A.   Yes.
10    Q.   So did Dr. McCanless then schedule you to
11 meet with the NP to discuss --
12    A.   Yeah.  I think that's when this was provided
13 to me, the schedule, this three-week schedule, and
14 those brochures.  I can't recall.  I think it was at
15 that time, I think.  I'm not sure.
16    Q.   Okay.  Was there anything else you recall
17 discussing from that initial appointment with
18 Dr. McCanless that we haven't discussed yet?
19    A.   No.  That I can recall, no.
20    Q.   All right.  So then you said you met with a
21 nurse sometime -- it might have been that day or a few
22 days later?
23    A.   Right.
24    Q.   But in any event, sometime before your first
25 administration of the chemotherapy?

1    A.   Yes.
2    Q.   And we marked earlier the materials you said
3 that the nurse gave you.  And I wanted to look at the
4 brochure that says Cytoxan at the top.  I believe it's
5 Exhibit 3.
6    A.   Okay.
7    Q.   When you met with the nurse, did she discuss
8 these with you once she gave them to you?
9    A.   No.
10    Q.   Did she give you like kind of a packet that
11 had a bunch of things in it?
12    A.   It was a folder with this in it and the
13 calendar, and she explained the calendar.  But just
14 for me to read this on my own time, not go over it
15 with her.  She didn't do that.
16    Q.   Okay.  So she instructed you to read it
17 after leaving?
18    A.   Correct, yes.
19    Q.   So did you after that appointment then go
20 back and look through everything in the folder?
21    A.   Yes, just kind of skimmed through it.  I
22 didn't really like in detail -- because I was still
23 dealing with the fact that I had cancer, so I didn't
24 really read it word for word.  I didn't do that.
25    Q.   Right.  Would it be fair to say, though,

1 that you looked through each of the documents?
2    A.   Yes, yes.
3    Q.   Okay.  And then you returned to them during
4 your chemo, you said?
5    A.   Yes, yes.
6    Q.   I wanted to look at this brochure, this
7 Cytoxan brochure.
8    A.   Okay.
9    Q.   On page 2, sort of halfway down the page, do
10 you see where it says:  "Hair loss, temporary"?
11    A.   Yes.
12    Q.   "Usually begins three to six weeks after the
13 start of therapy.  Hair will grow back after treatment
14 is completed, although the color and/or texture may be
15 different."
16        Do you see that?
17    A.   Yes.
18    Q.   And this would have been one of the
19 brochures that you looked through after she gave it to
20 you before your chemo?
21        I'm sorry.  That was not a good question.
22 This would have been one of the brochures that you
23 looked through in the packet that she gave you before
24 you started your chemotherapy?
25    A.   Yes, yes.

Page 178

1    Q.   And then let's look at the one that says
2  Adriamycin at the top.  This is Exhibit 4.  So that
3  one also on page 2, toward of the bottom of the page
4  it says:  "Hair loss on the scalp or elsewhere on the
5  body (called alopecia).  And I guess -- well, if you
6  look up a little bit, it says:  "The following side
7  effects are common (occurring in greater than 30
8  percent) for patients taking Adriamycin."
9    A.   Okay.
10    Q.   So then at the bottom of the page:  "Hair
11  loss on the scalp or elsewhere on the body (called
12  alopecia).  Most patients do lose some or all of their
13  hair during their treatment.  But your hair will grow
14  back after treatment is completed."
15        Do you see that?
16    A.   Yes, yes.
17    Q.   So this would have been, again, another
18  material that you looked through --
19    A.   Yes.
20    Q.   -- after you were given it that day?
21    A.   Yes.
22    Q.   And then you also received the handout on
23  Taxotere?  We marked it as Exhibit 2.
24    A.   Yes.
25    Q.   So on page 2 of that handout it says:  "The

Page 179

1  following Taxotere side effects are common (occurring
2  in greater than 30 percent) for patients taking
3  Taxotere."
4        And it has a list.  And in that list it says
5  hair loss; is that right?
6    A.   Yes, yes.
7    Q.   And there's nothing on here about it saying
8  temporary hair loss or hair will grow back; is that
9  correct?
10    A.   Right.
11    Q.   And then on page 5 -- and this is towards
12  the bottom of the page in that second to last
13  paragraph.
14    A.   Okay.
15    Q.   It says:  "The 'normal' cells most commonly
16  affected by chemotherapy are the blood cells, the
17  cells in the mouth, stomach and bowel, and the hair
18  follicles, resulting in low blood counts, mouth sores,
19  nausea, diarrhea, and/or hair loss."
20        Do you see that?
21    A.   Yes.
22    Q.   And then the nurse also gave you a couple of
23  handouts on infection and low blood counts; is that
24  right?
25    A.   That is correct.

Page 180

1    Q.   And those you would have read through as
2  well before starting chemotherapy?
3    A.   Yes.
4    Q.   And then the document that we marked
5  Exhibit 1, I think this was a hematology/oncology
6  brochure or handout that they gave you.
7    A.   Okay.
8    Q.   It says Coping with Cancer Video.
9    A.   Yes.
10    Q.   You said earlier that there wasn't actually
11  a video associated with this?
12    A.   I can't recall looking at a video.
13    Q.   Okay.  But it discussed hair loss -- it
14  discusses hair loss as one of the side effects, among
15  others?
16    A.   Yes.
17    Q.   When you met with the nurse that day, did
18  you talk through any of these things, maybe not the
19  brochure specifically?  But did you talk through with
20  her side effects and things you could expect during
21  your treatment?
22    A.   Basically she mentioned, you know -- she
23  didn't say anything about hair loss.  It was mostly
24  the side effects, the low blood count, you know,
25  swelling of the feet and hands, bone aches.  You know,

Page 181

1  the general side effects of chemotherapy.  Not in
2  particular to each drug, the side effects for each
3  drug, no.  Just the vomiting and mouth sores.  What
4  you see listed here, that's basically what she stated.
5  But she didn't say anything about the hair loss.
6    Q.   Right.  Did Dr. McCanless mention anything
7  about that?
8    A.   When I asked about it.  And that was in my
9  first visit.  And he was like:  Do you have any
10  questions?
11        I said:  Am I going to lose my hair?
12        He said:  You're going to lose it, but it's
13  going to grow back.
14        So that was basically just in general like
15  that, nothing in detail about hair loss or anything
16  like that.
17    Q.   And that was on your first visit on June
18  2nd?
19    A.   Yes.
20    Q.   And he didn't give you any written materials
21  or anything --
22    A.   I'm not sure -- I don't think I got this
23  until the next visit.  I can't recall if it was the
24  first visit or the next visit.  I think when I
25  initially went in and he told me -- I think he went to

Page 182

1  lunch and came back after lunch. I'm not sure if I
2  got it then or the following day or a few days after.
3  I'm not really sure when I got this material. But I
4  did have it before starting my treatment.
5      Q.   Do you remember whether you signed any
6  informed consent or anything?
7      A.   I can't recall if I signed anything. I
8  can't recall.
9      Q.   Do you recall whether you signed any type of
10  informed consent before your radiation therapy?
11     A.   Probably so. I'm not sure. I can't
12  remember -- you know, when it's your first time seeing
13  a doctor, you're going to sign papers anyway. So I'm
14  not sure if that was a part of the stuff I signed or
15  not. I'm not sure.
16     Q.   Right.
17         MS. HARPER: We just want to put on the
18  record we haven't received all of the records from the
19  oncology clinic or Dr. Russell, the radiation
20  oncologist. So we just wanted to reserve the right
21  for further questioning on just the informed consent.
22         MR. GEIGER: No objection.
23     Q.   So following the discussion of treatment
24  options with Dr. McCanless and his nurse, did you
25  independently research your treatment options for

Page 183

1  chemotherapy?
2      A.   Not that I can recall. I can't recall.
3      Q.   Do you recall whether you did any research
4  about Taxotere or docetaxel after that first meeting?
5      A.   Not after the first meeting, I can't recall.
6      Q.   Do you recall whether you did at any point
7  during your chemotherapy?
8      A.   Not during the chemotherapy. I just read
9  what was given to me during that time.
10     Q.   And I think you mentioned earlier that you
11  started looking things up when you heard about the
12  lawsuit?
13     A.   That is correct.
14     Q.   Would that have been the time --
15     A.   Yes.
16     Q.   The only time that you looked at --
17     A.   That's what I recall, yes.
18     Q.    -- the different drugs?
19     A.   Yes, ma'am.
20     Q.   Okay. And when you were looking things up
21  at that time after you had seen the TV ad after your
22  chemotherapy, did you take any notes or write anything
23  down?
24     A.   No, I didn't write anything down.
25     Q.   I think you said earlier you didn't print

Page 184

1  anything off?
2      A.   No, I didn't print anything off, no.
3      Q.   All right. And after your first appointment
4  with Dr. McCanless, did you discuss with any of your
5  other physicians the treatments or the medications
6  that Dr. McCanless had recommended?
7      A.   Yes. I think I did with Dr. Bonner because
8  they asked -- the radiation. And Dr. Russell, yes.
9  They just asked me in general -- they knew about it
10  already because they received the report from
11  Dr. McCanless. So when I came in, they just said:
12  This is what you're going to have, chemo, mastectomy,
13  and radiation, you know, just reiterating stuff that
14  Dr. McCanless had already mentioned to me. But
15  nothing -- each doctor just explained what's going to
16  happen like with the mastectomy. Dr. Bonner talked
17  about what they're going to do and how long it might
18  take and all of that, the recovery time. And
19  Dr. William Russell explained about the burning of the
20  skin, what's going to take place, stuff relating to
21  what they were doing, but not, you know, in detail
22  about the whole treatment thing, the Taxotere thing,
23  no.
24     Q.   And when did you meet with Dr. Bonner and
25  Dr. Russell? Let's take him first, Dr. Bonner, for

Page 185

1  the first time?
2      A.   That was soon after meeting with
3  Dr. McCanless. I can't remember how soon after, but
4  it was very soon.
5      Q.   And when did you first meet with
6  Dr. Russell?
7      A.   All very soon. I'm not sure how soon after,
8  but it was very soon. Because they had to schedule
9  everything in advance. So I can't recall -- remember
10  when exactly.
11     Q.   Right. Did you -- after the first
12  appointment with Dr. McCanless, did you discuss the
13  treatment plan with any of your family or friends or
14  coworkers?
15     A.   Yeah. They asked me, and I told them what
16  type of treatment I was getting, yes.
17     Q.   Were any of them, based on what they said to
18  you, were any of them familiar with any of the
19  chemotherapy medications you were going to be using?
20     A.   I didn't mention the medications.
21     Q.   And you elected to proceed with the
22  chemotherapy regimen as Dr. McCanless had recommended?
23     A.   Yes.
24     Q.   Did you ever voice to Dr. McCanless that you
25  were concerned about any of the side effects of your

Page 186

1 chemotherapy?
2    A.   Yes.  When I went to go in for my three-week
3 visit, he just asked me how I was doing.  And I told
4 him the side effects I was having during that cycle.
5 And that's about it.  And he would explain that's
6 common, you know, the nausea, the vomiting, the dry
7 mouth and, you know, not sleeping well, all of that.
8 So that's about it.  But not the drugs itself at all.
9    Q.   And all of the side effects you just
10 mentioned, were those things that you had seen in the
11 handouts?
12    A.   Yes.
13    Q.   And so you knew that you were going to
14 have --
15    A.   Yes, yes.
16    Q.   Okay.  You knew that those things were going
17 to happen?
18    A.   Yes.
19    Q.   And right before starting your chemotherapy,
20 you had a surgical procedure to have a Mediport
21 placed; is that right?
22    A.   Yes.
23    Q.   And who performed that procedure?
24    A.   Who was that?  I can't remember who it was.
25 It was Dr. Bonner, yeah.  Yeah, Dr. Bonner.

Page 187

1    Q.   It's in the medical records.  I think it was
2 Dr. Bonner.
3    A.   Dr. Bonner, yes.
4    Q.   And did Dr. Bonner discuss with you the
5 risks of the surgical procedure beforehand, go over --
6    A.   I'm pretty sure, but I can't recall.
7    Q.   And were there any complications with that
8 surgery?
9    A.   No.
10    Q.   Were you prescribed pain medication after,
11 sort of --
12    A.   Probably so, but I don't recall taking any
13 because I didn't have any issues.
14    Q.   And then we discussed this a little bit
15 earlier, but you then had your six cycles of
16 treatment.  And I think -- well, let me ask you about
17 this calendar.
18    A.   Okay.
19    Q.   So you said that the nurse gave you this
20 calendar with your treatment plan?
21    A.   Yes.
22    Q.   Do you have a copy of it?
23    A.   Yes, I sure do.
24    Q.   Did you write down these things or did she
25 have them written down?

Page 188

1    A.   No.  She did.  She had them written down.
2    Q.   And so we see that on June 11, 2014, it has
3 cycle 1?
4    A.   Yes.
5    Q.   And then cycle 2 on July 2nd?
6    A.   Uh-huh (positive response).
7    Q.   And then it says cycle 3 on July 23rd; is
8 that correct?
9    A.   That's correct.
10    Q.   And then on August 13th, 2014, it says cycle
11 3 again.  Would that have been cycle 4, I guess?
12 Because she has cycle 3 on --
13    A.   Oh, yeah.  1, 2, 3.  Yes, that should have
14 been 4.
15    Q.   So cycle 4 on August 13?
16    A.   And that one should be 5.
17    Q.   So then cycle 5 would have been the one
18 that's on September 3rd?
19    A.   That's correct.
20    Q.   And this doesn't include a September page?
21    A.   No.  Because at that time that's when he
22 realized he wanted to give me another round because he
23 thought it'd probably shrink a little bit more before
24 the six cycles.  So that's when he added another
25 round.

Page 189

1    Q.   Okay.  And he added that round for September
2 24th, I think we said earlier?
3    A.   Yes.
4    Q.   So that was the sixth cycle, and that was
5 the last one?
6    A.   That is correct.
7    Q.   Did you wear a cool cap at any time during
8 chemotherapy?
9    A.   No.
10    MR. GEIGER:  I'm sorry.  Is there an October
11 15th cycle?  Is that something that I'm just looking
12 at incorrectly?
13    THE WITNESS:  That's incorrect.  I didn't
14 have to go into October.
15    MR. GEIGER:  Okay.
16    Q.   And during your chemotherapy treatment, were
17 you prescribed anything to treat your low white blood
18 cell count?
19    A.   I can't recall my white cell count.  I can't
20 recall if I had been given anything for that.
21    Q.   Do you recall whether you were ever given
22 Neulasta?
23    A.   Oh, yes.  That's the shot you get the day
24 following your treatment.  Yes, I got that the day
25 following each treatment.  I got the shot, yes.

Page 190

1    Q.   And were you prescribed Ativan or Lorazepam
2 at any point during your chemotherapy sessions?
3    A.   What is that?  I can't recall what that is.
4    Q.   Did you ever report to your -- did you ever
5 complain to Dr. McCanless that you were experiencing
6 any anxiety during your treatment?
7    A.   I think when I had to do a scan or
8 something, it was the closed kind.  And I think that
9 was the reason why -- I can't recall.  But I think I
10 remember talking about having anxiety going
11 through the scan, some type of scan.  And it was
12 closed.
13    Q.   And when was that?
14    A.   I can't recall.  I can't recall.  But that's
15 the only thing I kind of remember about the anxiety
16 thing.
17    Q.   Would it have been during the chemotherapy?
18    A.   It's a possibility.  I had so many scans and
19 testing done during and after.
20    Q.   Do you recall whether he ever prescribed you
21 any medication for that?
22    A.   Yeah, probably so.  But I didn't take it.  I
23 just went through it.  I didn't take it.
24    Q.   Did you ever complain to him about having
25 anxiety about anything else?

Page 191

1    A.   Not that I can recall.
2    Q.   And did you ever get prescribed anxiety
3 medication for anything else?
4    A.   No.  That was the only thing, about the
5 scan, the closed scan thing, that I can recall in
6 terms of anxiety issues.
7    Q.   And you never took any anxiety medication or
8 anything?
9    A.   No, I didn't take it.  No, I didn't take it.
10    Q.   Did you take dexamethasone during
11 chemotherapy?  Does that sound familiar?
12    A.   I don't recall what that is.
13    Q.   Did you take anything to treat inflammation
14 during your chemotherapy?
15    A.   It's possible.  It's possible.
16    Q.   Did you ever have any side effects of
17 inflammation that you complained about to your
18 physicians?
19    A.   I had swelling of my ankles and feet.  I had
20 that issue.
21    Q.   And were you given any prescriptions for
22 that?
23    A.   I can't recall.  I just remember them doing
24 a testing for blood clots because of that.  They
25 wanted to make sure there wasn't a blood clot in my

Page 192

1 legs, bottom of my legs, or my feet.
2    Q.   And they found no blood clots?
3    A.   No, they didn't find anything.  No.
4    Q.   And the swelling went away?
5    A.   Yes, it eventually went away.  Yes.
6    Q.   Did you take any nausea medications during
7 that chemotherapy treatment?
8    A.   Yes.
9    Q.   Do you recall what you took?
10    A.   No.
11    Q.   Did you have any appointments with -- we
12 discussed earlier Tara Rheubottom who was at the
13 dermatology office.  Did you have any appointments
14 with her at any point during your chemotherapy
15 treatment?
16    A.   Not during.  After.
17    Q.   When did you see her after?
18    A.   I can't recall exactly when I seen her
19 after, but I did see her.  It was after, but I know I
20 did see her.
21    Q.   When did you see her after?
22    A.   I believe it was afterwards.  I believe so.
23    Q.   I might have just asked you that.  I'm
24 sorry.
25    A.   Yeah.

Page 193

1    Q.   And do you remember what you saw her about
2 after?
3    A.   The darkness of my skin around my face.
4    Q.   And this would have been -- I know you don't
5 recall exactly, but you're talking about like around
6 the time -- maybe sometime during or right after your
7 chemo, sometime in there?
8    A.   Yes, yes.
9    Q.   And so it was just about the discoloration
10 of your face?
11    A.   Yes, discoloration.
12    Q.   And you didn't mention to her anything about
13 your hair or hair loss?
14    A.   No.
15    Q.   Were you given any treatment for the
16 discoloration at that point?
17    A.   Yes.  I was prescribed something.  I can't
18 remember what it was.  But it should be in my pharmacy
19 transcript.
20    Q.   Was it like --
21    A.   Some kind of cream, yes, some type of
22 topical cream.
23    Q.   And I know you listed some of the side
24 effects earlier that you had during chemotherapy.  Did
25 you have any other side effects beyond the ones that

1 we've just discussed?
2     A.   The yellowing of the nails.  Let's see.
3 Gained a lot of weight.  Increased appetite.  That's
4 all in addition to what I mentioned already before
5 that I can recall.  There were so many of them, just
6 so many side effects.
7     Q.   You mentioned increased appetite.  Did your
8 diet change while you were going through chemotherapy?
9     A.   A little bit.  Not that much.  Yes.  Because
10 I was told to eat a lot of protein because you're
11 taking chemo treatment, you want to have some meats.
12 I can't recall what else.  But he did mention that I
13 would gain weight because of the treatment.  The fluid
14 in my body would be a reason for the weight gain as
15 well because it happened to fast.  Within three weeks
16 or so I was like ten pounds bigger.
17     Q.   That swelling that you mentioned earlier?
18     A.   Yeah, uh-huh.
19     Q.   And you spoke with your oncologist about
20 those side effects?
21     A.   Yeah.  While I was doing the treatment, yes.
22     Q.   And you said earlier that they resolved,
23 things like swelling?
24     A.   Yes.  It took a while, a few years actually,
25 to get back to normal.  About a year ago.

1     Q.   Okay.  So which of those side effects -- so
2 the swelling, did that last a couple of years?
3     A.   That didn't last that long, no.  It was
4 mostly the stinging sensation of my hands and feet,
5 the coloring of my nails finally coming back.  Those
6 were two that lasted the longest, yes.  And bone ache,
7 stuff like that.  And sharp pains going through my
8 body.  It's weird stuff that you can't explain.
9     Q.   Right.  So the stinging sensation, you had
10 reported that when you were first diagnosed?
11     A.   Uh-huh (positive response).  But it was a
12 different kind of stinging.  It was weird.  I don't
13 know.  I think the stinging after the treatment came
14 from the -- I'm not sure if it was the radiation or
15 the surgery sensation.  This weird stuff, it's just
16 hard to explain what was happening to my body.
17     Q.   So it wasn't necessarily during the
18 chemotherapy part of it?
19     A.   Right, right.
20     Q.   Was it later?
21     A.   I did have some during chemotherapy, the
22 stinging of the legs and the feet.  And I think they
23 mentioned to me neuropathy or something like that
24 would be the cause of that.  But after the surgery,
25 that's when the stinging sensation happened in my

1 chest area and all of that.
2     Q.   And the aches, when did those start?
3     A.   That started immediately, I think like the
4 second week of the treatment.  And they mentioned to
5 me the first week you really won't feel anything,
6 you're just going to be falling asleep off and on
7 throughout the day.  And the second week, that's when
8 you're going to start feeling the aches and the pains
9 in your body.  And that did happen.
10     Q.   And did you discuss that with Dr. McCanless
11 at that time?
12     A.   Yes.
13     Q.   And you might have mentioned this, but did
14 you discuss with him when you had the stinging
15 sensation?
16     A.   Yes, yes.
17     Q.   How would you say overall that you handled
18 the chemotherapy?
19     A.   I think I handled it pretty well.
20     Q.   Did any doctors ever comment on how you were
21 responding to the chemotherapy?
22     A.   Yes.  They said I was responding well, yes.
23     Q.   Would that have been Dr. McCanless?
24     A.   McCanless, Bonner, and Dr. Russell.
25     Q.   And then after your chemotherapy, your

1 cancer treatment proceeded according to the plan --
2     A.   Yes.
3     Q.    -- with the double mastectomy; is that
4 correct?
5     A.   Yes.
6     Q.   And that was in November 2014?
7     A.   That's correct.
8     Q.   And who performed that procedure?
9     A.   Dr. Bonner.
10     Q.   Did he discuss the risks of that procedure
11 with you beforehand?
12     A.   Yes.
13     Q.   What did Dr. Bonner tell you about the
14 outcome of the surgery after it was completed?
15     A.   He mentioned -- well, he did give me an
16 option of, I think, keeping one breast or just doing
17 the double.  But when you keep one, there's a greater
18 risk for it to go into the other breast.  So I just
19 decided to do the double.  He did mention that.
20 That's the only thing that really stood out.  And of
21 course, you can possibly die from the surgery, you
22 know, stuff like that.
23     Q.   Did he tell you that your tumor had
24 decreased in size from its original size?
25     A.   I think Dr. McCanless mentioned that.  That

Page 198

1  was the reason why they went ahead and moved forward
2  with the surgery because it did shrink to where they
3  could do that.
4      Q.   And the mastectomy procedure, you had no
5  complications?
6      A.   No.
7      Q.   What was the recovery like for that
8  procedure?
9      A.   It was kind of difficult. I was bandaged up
10  for a long time, I think about -- I'm not sure --
11  about three or four weeks. I had drains, I think
12  three drains, if I'm not mistaken. Two or three. I
13  had like a home care nurse that would come and visit
14  me every day for about a week, if I'm not mistaken, to
15  drain the tubes.
16      Q.   Were you on pain medications during that
17  time?
18      A.   Yes.
19      Q.   Do you remember what you were taking?
20      A.   I'm not sure what I was taking, but it had
21  to be one of the most popular ones, I guess. I don't
22  know. It was just pain medication.
23      Q.   How long did you take the pain medication?
24      A.   I didn't take it for that long because it
25  wasn't that bad. So I don't recall taking it for a

Page 199

1  long time.
2      Q.   And I understand you had some physical
3  therapy after?
4      A.   Yes, I sure did.
5      Q.   How long was the physical therapy?
6      A.   It wasn't that long. I can't recall. Three
7  weeks, a month. I can't recall. But it was good.
8      Q.   And was that to regain movement, I guess, in
9  one of your arms?
10      A.   Yes. And to make sure I don't develop --
11  what do you call it? Lymph something where your arm
12  gets really fat. I forgot what it's called. Yeah,
13  that.
14      Q.   And you had a good outcome from the physical
15  therapy?
16      A.   Yes, ma'am.
17      Q.   So then you underwent radiation with
18  Dr. Russell, you said?
19      A.   That is correct.
20      Q.   And I think you had mentioned earlier that
21  that was from January to March of 2015?
22      A.   Yes.
23      Q.   And did Dr. Russell review with you in
24  advance the side effects of radiation?
25      A.   Yes.

Page 200

1      Q.   Did he discuss with you possible skin
2  effects?
3      A.   Yes.
4      Q.   Did those include hair loss?
5      A.   No. Well, the area I was getting radiation,
6  no hair is there. So I can't recall if he did or not.
7           MS. HARPER: I'm going to mark as
8  Exhibit 28 -- this is one of the records from
9  Dr. Russell.
10           (EXHIBIT 28, PENNINGTON CANCER CENTER,
11           RADIATION ONCOLOGY CONSULTATION NOTE,
12           11/21/2014 - STEWART,W-RUSSELL-MED-00001-
13           00002, WAS MARKED FOR IDENTIFICATION.)
14           MS. HARPER: Did I hand you two copies?
15           THE WITNESS: Yes. (Document review.)
16           MR. GEIGER: You received a nice compliment
17  at the beginning.
18           THE WITNESS: Uh-huh (positive response).
19  BY MS. HARPER:
20      Q.   And so this is from your appointment with
21  him on November 21st, 2014. Do you recall that?
22      A.   Yes.
23      Q.   Okay. And if you'll look on the second page
24  under Impression, it talks about the treatment that
25  you had discussed with him. And it says in the last

Page 201

1  sentence: "I have also discussed short-term side
2  effects and long-term complications of radiation, and
3  she is willing to proceed."
4      A.   Yes.
5      Q.   And so I think you were saying you don't
6  recall -- does this refresh your recollection at all
7  of maybe the risks that you discussed in the
8  conversation that's described in that paragraph?
9      A.   Yes. Basically what I said about the skin,
10  the changing of the skin and the burning of the skin.
11  I do recall, you know, those two. In terms of the
12  hair, I don't recall him saying: Oh, you're going to
13  lose hair, because I don't have hair on my breasts.
14  But I don't know if he said it or not. But I know he
15  mentioned the burning of the skin and radiation can
16  cause you to be tired and weak.
17      Q.   And you discussed with Dr. Russell at that
18  appointment that you'd watch your skin reaction to the
19  radiation?
20      A.   At this appointment -- I didn't have
21  radiation until 2015.
22      Q.   So if you look a little bit earlier in that
23  paragraph that we just looked at, he says: "She does
24  have a positive ATM gene finding, and there is a
25  well-described sensitivity to ionizing radiation and

1 ataxia-telangiectasia homozygotes with some concerns
2 regarding heterozygotes. I will research this
3 further. My intent is to proceed with full-dose
4 irradiation and carefully watch her skin reaction to
5 consider truncating the course if necessary."
6     A.   Yes.
7     Q.   Do you see that?
8     A.   Yes.
9     Q.   Did you discuss with Dr. Russell at that
10 appointment -- do you remember discussing with him at
11 all that he'd be watching your skin reaction to the
12 radiation?
13     A.   Yes, he did mention that.
14     Q.   And did you have any reactions to the
15 radiation?
16     A.   Yeah. I did have skin peeling and the
17 burning. I did have that.
18     Q.   And did you have any -- did you complete the
19 course of radiation still?
20     A.   Yes.
21     Q.   Was there any treatment that you needed to
22 undergo for that skin burning?
23     A.   Just the cream he gave me just to put on
24 daily basically.
25     Q.   Dr. Russell gave you that cream?

1     A.   Yes.
2     Q.   And did that resolve the skin burning?
3     A.   Yes, it sure did.
4     Q.   How long did you have to use the cream?
5     A.   I can't recall how long I used it, but it
6 did help. So I'm not sure how long I used it.
7     Q.   Did the burning continue after the radiation
8 treatments ended?
9     A.   Not really the burning itself. It was
10 just -- you know, it rubs up against your clothing.
11 So just the sensation, not the burning itself. The
12 burning usually happened soon after the treatment.
13 But after I completed the treatment, I still had the
14 irritation of the skin because of the clothing. And
15 the cream helped with that.
16     Q.   How often did you have your radiation
17 treatments?
18     A.   I think it was every day for about a month
19 and a half, every day except the weekends, I believe.
20     Q.   And after the radiation ended in March 2015,
21 did you have any burning sensation there?
22     A.   Not burning sensation, no. It was just, you
23 know, the uneasiness of the skin, you know, touching
24 my clothing. No burning, no.
25     Q.   In connection with any of your cancer

1 treatments, whether it was the chemotherapy, the
2 mastectomy, or the radiation therapy, did you miss any
3 time from work?
4     A.   Yes. But I was on paid leave, so yeah.
5     Q.   How long were you on paid leave?
6     A.   All the way through my chemo treatment. So
7 that was from June to September. I was out during
8 that time. And I think I was out for about a month
9 for my surgery. And I went to work every day during
10 radiation because that was scheduled at the end of the
11 day.
12     Q.   So when you said you were on paid leave from
13 June to September, was that June 2014 to September
14 2014?
15     A.   Yes, ma'am. Yes.
16     Q.   So that was during the chemotherapy portion
17 of your cancer treatment?
18     A.   Yes.
19     Q.   Did you request the paid leave?
20     A.   Yes. I was on family medical leave, yes.
21     Q.   Did Dr. McCanless order that you try and
22 take leave or was that a voluntary --
23     A.   It was voluntary. He did mention that some
24 people can still go to work a half day, at least, and
25 some people need the whole time off throughout the

1 whole treatment.
2     Q.   Why did you decide to take the time off?
3     A.   Because my job is kind of stressful dealing
4 with the public, and it's very demanding. I didn't
5 want to have to deal with, you know, not feeling good
6 one day. I didn't want to deal with that possibility.
7     Q.   So did you -- when did you decide to take
8 the time off? Was it before you started the
9 treatment?
10     A.   Yes. As soon as I found out I was
11 diagnosed, I submitted my paperwork for family medical
12 leave.
13     Q.   And when you took the month or so off after
14 your mastectomy surgery, was that because of the
15 recovery process?
16     A.   Yes, ma'am.
17     Q.   Do you allege in this lawsuit that you were
18 ever unable to work because of hair loss?
19     A.   No.
20     Q.   Are you making any claim for lost wages in
21 this lawsuit?
22     A.   No.
23     Q.   Do you believe that you received inadequate
24 medical care from any of your cancer providers?
25     A.   I'm not sure about inadequate. I guess if I

Page 206

1   had another option, if I was told I had another option
2   in terms of the drug that I was given.  So I'm not
3   sure if the doctor got inadequate information.
4       Q.   And by "the doctor," do you mean
5   Dr. McCanless?
6       A.   McCanless, yes.
7       Q.   You said you don't recall him talking to you
8   about alternative options?
9       A.   No, I don't recall.  No.
10      Q.   Did you ask him any questions about
11  potential alternatives to chemotherapy?
12      A.   No.  I didn't know to ask.  I just went on
13  his professional advice.
14      Q.   You had said earlier that you trusted him as
15  a provider?
16      A.   Yes.
17      Q.   So were you relying on his recommendation
18  then as to what he thought would be the best course of
19  treatment?
20      A.   That is correct.  So there wasn't -- if he
21  would have offered another option without the hair
22  loss and it did the same thing and it helped me live
23  longer, I probably would have went with the other
24  option.  But I wasn't given an option.  I didn't know
25  there was another option.

Page 207

1       Q.   Are you aware today of whether there are any
2   options, chemotherapy options, that would not have
3   caused you to lose your hair?
4       A.   I just hear about all the time the natural
5   way of just eating right.  I'm not sure.  I don't know
6   about any other drugs per se.  I've heard of people
7   just not doing chemotherapy at all.
8       Q.   Do you believe that any of your doctors
9   didn't describe to you well enough the risks
10  associated with your mastectomy procedure?
11      A.   I think so in terms of the mastectomy, yes.
12  I think Dr. Bonner did a great job explaining the side
13  effects in terms of -- which really, you know,
14  anything can happen during surgery.  I think he did a
15  good job, Dr. Bonner, yes.
16      Q.   Do you think Dr. Russell adequately
17  described the risks of the radiation treatment with
18  you?
19      A.   Yes.
20      Q.   I don't think I asked this yet, but did you
21  ever ask Dr. McCanless about alternative chemotherapy
22  medications?
23      A.   No, I didn't.
24      Q.   Or alternative options for medications?
25      A.   No, I didn't.  I never asked, no.

Page 208

1       Q.   Did you ask Dr. McCanless why he concluded
2   that the chemotherapy regimen that you were prescribed
3   was the best option?
4       A.   Basically he mentioned because he felt like
5   the size of my tumor and my age, like I said before,
6   that that was the best option for me.  And I didn't
7   know -- I didn't have any reason to say no, that's not
8   the best option, because I didn't know there were any
9   other options.  Because all of this was new to me.  So
10  I just took his professional advice.
11      Q.   Is there any source that you would have
12  considered to reject his advice?
13      A.   Not to my knowledge, no.
14      Q.   So you said earlier that you were relying on
15  him then to decide what the best course of treatment
16  was going to be?
17      A.   Right.  And if he would have offered another
18  option without the permanent hair loss and with the
19  same result, I probably would have went with the other
20  option.  But that was not given to me, and I didn't
21  know to ask about any other drugs.
22      Q.   I think you said you don't know whether
23  there are any other drugs --
24      A.   Right.
25      Q.   -- that would offer the same benefits

Page 209

1   without any hair loss?
2       A.   Right; that's correct.
3       Q.   All right.  So we're going to -- I want to
4   talk a little bit about your medical conditions and
5   care after your chemotherapy treatment.
6       A.   Okay.
7       Q.   So you said earlier that you're now cancer
8   free?
9       A.   Yes, ma'am.
10      Q.   And you've had no recurrence since your
11  treatment?
12      A.   None.
13      Q.   So from your position and Dr. McCanless'
14  position, the chemotherapy regimen worked, served its
15  purpose?
16      A.   Yes.
17      Q.   And you recognize that the chemotherapy
18  regimen that he prescribed, that that was part of the
19  treatment plan that ultimately saved your life and
20  cured your breast cancer?
21      A.   That is correct.
22      Q.   And was it your understanding that if your
23  breast cancer had gone untreated, that it would have
24  ultimately been fatal?
25      A.   That's correct.

Page 210

1    Q.   Following your chemotherapy treatment, did
2  you have any complaints related to your -- related to
3  the chemotherapy aside from the side effects that we
4  sort of went through earlier?
5    A.   No.  Just the side effects we mentioned
6  earlier.  No, nothing outside of what I've mentioned
7  before that I can recall.
8    Q.   You didn't have any complaints to
9  Dr. McCanless about hair loss or hair thinning?
10    A.   No, we didn't talk about hair loss anymore.
11    Q.   And that's true up until this day; right?
12    A.   That's correct.
13    Q.   You still have not spoken with him about
14  hair loss?
15    A.   Right.
16    Q.   Have you ever made any complaint about hair
17  loss to any physician?
18    A.   No.
19    Q.   Okay.  So after your chemotherapy ended, did
20  you ever take a medication called Lasix?
21    A.   No, I don't recall.
22    Q.   Or furosemide?
23    A.   I can't recall.
24    Q.   Did you ever take medication for swelling
25  shortly after your chemotherapy ended?

Page 211

1    A.   I can't recall.  I can't say for sure.
2    Q.   You may have discussed this earlier, but did
3  Dr. McCanless start you on Arimidex at some point?
4    A.   Yes.
5    Q.   When was that?
6    A.   That was soon after the chemotherapy
7  treatment.  It might be the week following, either --
8  the followup visit after my last chemo treatment.
9    Q.   Okay.  And that would have been --
10    A.   It could have been the week following or
11  three weeks -- I can't recall how soon -- my first
12  visit after my last treatment.
13    Q.   And what was the reason for that
14  prescription?
15    A.   That is an anticancer drug given to women
16  dealing with post-menstrual issues that had breast
17  cancer.  This is an anticancer-fighting drug.  And I
18  was told to take it for five years every day.
19    Q.   And did Dr. McCanless or his staff review
20  the side effects of that drug with you?
21    A.   I believe so.  I believe so, yes.
22    Q.   What do you recall being told about the side
23  effects?
24    A.   Weight gain, aches and pains.  Same stuff
25  that's like the chemotherapy actually, almost like the

Page 212

1  same side effects.
2    Q.   Do you recall whether the side effects
3  included a risk of hair loss?
4    A.   I don't recall them actually saying the hair
5  loss.  That's a possibility, but I don't recall
6  Dr. McCanless telling me that's one of the side
7  effects of Arimidex.
8    Q.   Did you discuss any alternative forms of
9  treatment with Dr. McCanless?
10    A.   Yes.  He started me on that.  But that used
11  to make me so nauseated.  So he switched me over to
12  letrozole, I think, because of that.
13    Q.   And did you discuss the side effects of
14  letrozole?
15    A.   Yeah.  He did mention the same things, but
16  it doesn't affect me the way that Arimidex did.
17    Q.   And you're still taking letrozole today?
18    A.   Yes.
19    Q.   And have you been taking Lipitor at any
20  point since your chemotherapy?
21    A.   Yes.  I took that for about a year, I think
22  about a year.
23    Q.   And when did you start on that?
24    A.   That was after the chemotherapy treatment.
25  It was after the chemotherapy or during the chemo.  I

Page 213

1  can't recall.  It was possibly after.  I know my
2  cholesterol started reading high after the
3  chemo treatment or during the chemo treatment.
4  I can't remember.  But I never had issues before with
5  my cholesterol until after that.
6    Q.   So during the chemo treatment, not the
7  cancer treatment generally, but the chemo
8  specifically?
9    A.   I believe so.  It was during or after.  I
10  can't recall when.  But I was on Lipitor.
11    Q.   And that was for high cholesterol?
12    A.   That is correct.
13    Q.   Did it serve any purpose related to hair
14  loss?
15    A.   I don't recall.
16    Q.   Did you discuss with your physician -- who
17  prescribed you Lipitor?
18    A.   Dr. Shamlin.
19    Q.   Did you discuss with Dr. Shamlin anything
20  about hair loss?
21    A.   No.
22    Q.   Did Dr. Shamlin review the side effects of
23  Lipitor with you?
24    A.   No, not that I can recall.  No.
25    Q.   And how long did you say you were taking it?

Page 214

1    A.   I can't remember.  It can be six months to a
2  year.  Yeah, I can't recall exactly how long, but it
3  wasn't a long, long time.  Not for two years or three
4  years or nothing like that.  It could be a year.  I
5  just don't remember.
6    Q.   And I think you said earlier that you
7  started taking vitamins for your hair at some time
8  after your chemotherapy?
9    A.   I did take them.  Yeah, for about a month I
10 did.
11   Q.   Did you ever discuss with a physician or
12 healthcare professional what type of vitamins might be
13 appropriate for you?
14   A.   No, well, not for hair loss.  Not for
15 growing hair back, no.  But Dr. McCanless said just
16 make sure I take my regular One A Day vitamins, and
17 that's about it.
18   Q.   And you took those for about six months, you
19 said?
20   A.   The One A Day vitamins I'm still taking.
21   Q.   Oh, I'm sorry.  That hair loss vitamin.
22   A.   About one month.
23   Q.   One month?
24   A.   Yes.  I just used the one bottle that I did
25 purchase, and I think it was 60 capsules that I took

Page 215

1  twice a day, something like that.
2    Q.   And you said you didn't see any changes in
3  your hair?
4    A.   No.  And I just wanted to go all natural.
5    Q.   Have you taken Lexapro at any point?
6    A.   Lexapro?  What is that for?  I can't recall.
7  Lexapro.
8    Q.   It looked like in your medical records that
9  you were prescribed Lexapro for hot flashes in
10 December 2015.
11   A.   Possibly, yes, yeah.  I think that was one
12 of the -- I remember it had side effects too, I think,
13 if I'm not mistaken.
14   Q.   The hot flashes --
15   A.   Yeah, I think so.
16   Q.   -- were a side effect of Arimidex?
17   A.   Yes.
18   Q.   And you discussed the hot flashes with
19 Dr. McCanless?
20   A.   Yes.  He asked me when I went back for
21 followup what kind of issues I was having.  And that
22 was the nausea and hot flashes that I can recall and
23 the bone aches.
24   Q.   And was that around December 2015?  Does
25 that sound right to you?

Page 216

1    A.   That's possible, yes, that's possible.
2    Q.   And your hot flashes started after you
3  started on Arimidex?
4    A.   It started actually when I was initially
5  taking the hormone therapy thing for my hysterectomy.
6  But it got worse, too.  It started back up, so I
7  stopped taking those.  But I didn't really have a
8  choice with the Arimidex or letrozole.  I mean I want
9  to live, so I just deal with it now.  But it's not as
10 bad with the letrozole like it was with the Arimidex.
11 It was very bad with the Arimidex.
12   Q.   So Dr. McCanless in December 2015 gave you a
13 prescription, something to treat your hot flashes?
14   A.   Yes, yes.
15   Q.   Did you complain to Dr. McCanless at that
16 time of any anxiety or depression that you were
17 suffering?
18   A.   Possibly.  Just dealing with the overall,
19 you know, issue with cancer itself.  And it's a
20 possibility I did bring it up.  It was just a lot to
21 deal with.
22   Q.   Sure.  And I think we had gone through this
23 a little bit earlier.  So the cancer was obviously a
24 very stressful time for you?
25   A.   Yes.

Page 217

1    Q.   And did you ever -- did Dr. McCanless ever
2  prescribe you any medication after your cancer
3  treatment ended for any anxiety or depression that you
4  were experiencing?
5    A.   It's possible.  I can't recall for sure.  A
6  lot of prescriptions.  It's possible.
7    Q.   Do you know whether you've ever been on
8  medication for depression or anxiety?
9    A.   I think he probably gave me something for
10 that.  And if so, I didn't take it for a long time.  I
11 was just trying to get over coping with cancer.  It
12 was just a lot.  So it's a possibility he did
13 prescribe that.  But if he did, I didn't take it for a
14 long time or I didn't refill.
15   Q.   And I think you said any anxiety or
16 depression you were having after the cancer treatment
17 would have been related to just the experience of
18 having cancer?
19   A.   Yes.
20   Q.   So anything you would have reported to
21 Dr. McCanless, that would not have been anxiety or
22 depression related to your hair loss; is that correct?
23   A.   That could be it, too, yeah, dealing with
24 that.
25   Q.   Go ahead.

Page 218

1      A.   It's a possibility all of that played a
2  part, just being depressed with the overall situation.
3      Q.   Did you ever talk to Dr. McCanless about
4  hair loss?
5      A.   Only initially.
6      Q.   So you didn't talk to him about hair loss
7  after --
8      A.   No.  Just the overall -- he just asked me
9  how I was doing with the overall experience, and I
10  told him how I was dealing with it at that moment.  I
11  was depressed for a while, you know, but I got through
12  it.
13      Q.   So would you have ever complained to
14  Dr. McCanless that you were anxious or depressed
15  because of your hair loss?
16      A.   No, I wouldn't have ever said I was anxious
17  or depressed because of my hair loss.  Just the
18  overall experience, and that was part of it.  But I
19  didn't say I was depressed because I'm bald or my hair
20  loss.  I've never actually said that, no.
21      Q.   Do you remember when it was that you would
22  have discussed with him that you were feeling anxious
23  or depressed over your cancer?
24      A.   I can't remember exactly when.
25      Q.   Do you remember whether you ever discussed

Page 219

1  with him feeling anxious or depressed after your
2  cancer treatment had ended?
3      A.   It's a possibility.  I probably did.  I'm
4  not sure if it was during or after, but it's possible
5  I did.
6          MS. HARPER:  I'm going to mark as Exhibit 29
7  a record of one of your followup visits with
8  Dr. McCanless.
9          THE WITNESS:  Okay.
10          (EXHIBIT 29, MEDICAL RECORD OF HEMATOLOGY
11          ONCOLOGY CLINIC, FOLLOW-UP VISIT,
12          12/30/2015 - STEWART,W-McCANLESS-MED-00126-
13          00128, WAS MARKED FOR IDENTIFICATION.)
14          MS. HARPER:  I'll paper clip that.  This is
15  the only copy I have.
16      Q.   And this is your followup visit on December
17  30th, 2015.
18      A.   Okay.
19      Q.   You can look over that for a second.
20      A.   (Document review.)
21      Q.   Have you had enough time to look over it?
22      A.   Yes, ma'am.
23      Q.   Okay.  Just want to make sure you're
24  finished.
25      A.   Okay.

Page 220

1      Q.   So at that appointment on December 30th,
2  2015, that's when you had complained to Dr. McCanless
3  that you were having hot flashes?
4      A.   Okay.
5      Q.   Do you see that noted on there?
6      A.   Yes, right up here.  Let's see.  History --
7  that's the history, ongoing treatments.  Which page
8  are you referring to?
9      Q.   I think it was on the first page, I don't
10  have the copy in front of me.
11      A.   Okay.
12      Q.   And at that appointment the record states
13  that you discussed a prescription for Lexapro to treat
14  your hot flashes.
15      A.   Okay.
16      Q.   Do you see that noted on there?
17      A.   Yes.
18      Q.   Do you recall him prescribing you Lexapro or
19  a medication to treat your hot flashes on that day?
20      A.   It's possible.  There were a lot of
21  medications I took, so I can't recall for sure about
22  Lexapro.  But I did mention the hot flashes that I was
23  having because of the Arimidex.  So I don't know.  He
24  probably did.  If so, I didn't take it for long.
25      Q.   And you don't -- you didn't complain of

Page 221

1  any -- there's nothing reflecting you complained of
2  any symptoms, anxiety or depression, on that day?
3      A.   On that day in particular, probably not.  I
4  just would go by how I'm feeling on that day when I go
5  in.  It changes daily.  So at that moment, however I
6  was feeling or how I felt the day before, that's
7  basically what I talked about.
8      Q.   Do you have any specific memory of having a
9  discussion with Dr. McCanless at any time about
10  anxiety or depression other than, I guess, what we
11  discussed earlier while you were going through
12  chemotherapy and the testing that you said you were
13  nervous about?
14      A.   It's possible.  We had so many discussions,
15  because I see him all the time.  So it's possible we
16  probably did discuss it.  I just don't know for sure.
17      Q.   Did you end up taking the Lexapro that he
18  prescribed at that appointment?
19      A.   I think so.  I'm not sure.  I don't recall
20  because I was taking so many -- I don't know.  I would
21  have to look at, I guess, my pharmacy records to see.
22  I'm not really sure.
23      Q.   So you would defer to your pharmacy records,
24  I guess, then as to when you got it refilled?
25      A.   Right, right.

Page 222

1    Q.   So you would have only gotten it refilled if
2  you were taking it then?
3    A.   Right.  And I also still have all my
4  medicines in my cabinet.  I could see if I still have
5  the bottle with pills in it to show that I didn't
6  complete it, didn't finish it out.
7    Q.   Okay.  Do you have any specific memory of
8  ever being prescribed a medication for depression or
9  anxiety?
10    A.   I can't recall.
11    Q.   Were you prescribed gabapentin at some
12  point?
13    A.   I think that was one of the ones for the
14  testing, if I'm not mistaken.  Because it was closed,
15  I think.  But I didn't take it.  I did pick it up.  I
16  didn't take it.  I still have it in my cabinet.
17    Q.   Okay.  Would that have been something since
18  your cancer treatment?
19    A.   Yes.
20    Q.   Were you prescribed a nerve pain medication
21  at any point?
22    A.   Was I?  I can't recall, but I did have an
23  issue with the nerve thing.  I'm not sure if I was
24  prescribed anything or not.
25    Q.   What was the issue with your nerves?

Page 223

1    A.   It's just, like I said, the shooting pain in
2  my chest, I guess, from after the surgery.  And he did
3  say you might have sharp pains with nerves, moving
4  around, jumping and all of that.  So I did have that.
5  So it's a possibility that I did take -- I'm not sure.
6  I can't recall.
7    Q.   So from the time when your cancer treatment
8  ended until now, have you had any significant health
9  concerns?
10    A.   Nothing significant.  I did see a
11  cardiologist for about a year.
12    Q.   And what was that for?
13    A.   That was for -- I had an abnormal EKG, I
14  think, or something like that.  And they said it can
15  be a result of the chemotherapy.  But after a year it
16  came back normal, and he released me.  I think after a
17  year and a half he released me from under his care.
18    Q.   Was there any diagnosis?
19    A.   Probably so.  I mean he just said it was
20  abnormal and he said something about the left
21  ventricular something that was something they couldn't
22  really understand what was going on.
23        MR. GEIGER:  Ventricle?
24        THE WITNESS:  It might be.  I don't know.
25  It was a scientific name.

Page 224

1    A.   So he just watched me for about a year, and
2  I think I only seen him like twice.  And I think last
3  year, 2018, he released me in January out of his care
4  because everything came back normal, good.
5  BY MS. HARPER:
6    Q.   Have you at any point since your cancer
7  treatment been advised to monitor your blood pressure?
8    A.   Yes.  Oh, yes.
9    Q.   Have you been given any prescriptions for
10  blood pressure medication?
11    A.   No.
12    Q.   Have you been diagnosed with -- or told you
13  have elevated protein levels?
14    A.   I believe so.  Was it protein?  I think I
15  did at one time before.  I believe so.  I'm not sure.
16  I had something that was elevated once before.  I'm
17  not sure if it was protein or I had blood in the urine
18  or something like that.  I'm not sure.
19        MS. HARPER:  Let me just grab one more
20  thing, and then maybe we can take a break after I get
21  through with this section and then wrap up.
22        MR. GEIGER:  Okay.
23        MS. HARPER:  It won't be the cleanest copy.
24        (EXHIBIT 30, MEDICAL RECORD OF DR. LISA
25        ROBERTSON-POITIER, OFFICE ENCOUNTER ON

Page 225

1        4/29/2015 - STEWART,W-SHAMLIN-MED-00009-
2        00014, WAS MARKED FOR IDENTIFICATION.)
3    Q.   Okay.  I'm going to mark as Exhibit 30 --
4  this is a record from your encounter with Dr. Shamlin
5  on April 29th, 2015.
6    A.   (Document review.)  That's wrong.
7        MR. GEIGER:  (Indicating.)
8        THE WITNESS:  That's wrong.  That's
9  incorrect.
10  BY MS. HARPER:
11    Q.   So you were just noting that something was
12  wrong or incorrect?
13    A.   Yeah.  It says my aunt had breast cancer.
14  I'm not sure where they get that from.  I only had two
15  aunts that passed away.  One just passed away last
16  week, and her funeral is tomorrow.  And my Aunt Hazel
17  passed from a heart attack.  And the other aunt
18  diabetes.  And the other aunt is still living, and my
19  mom.
20    Q.   So the notation that your aunt passed with
21  breast cancer is incorrect?
22    A.   Yeah.  I'm not sure -- because I had breast
23  cancer, I'm not sure how they got that mixed up.
24  Because my aunts -- never anyone in my family.
25    Q.   On the first page where it was talking about

Page 226

1  why you presented that day on April 29th, 2015.  Does
2  that refresh your recollection at all about the
3  question I asked as to whether you had ever had
4  elevated protein levels?  Do you recall having
5  elevated protein levels at that time?
6      A.   I mean that's possible.  I mean she probably
7  told me that.  I just don't remember everything that
8  was said to me in each visit because I had so many
9  visits.  I know it's a possibility, and if she said
10  it --
11      Q.   Do you recall whether you had a low white
12  blood cell count?
13      A.   Dr. McCanless would have told me that if I
14  did.  I think it was always up enough to where I was
15  able to take my treatments.  I've never had it to
16  where it was so low to where they couldn't do
17  treatments.
18      Q.   This appointment with Dr. Shamlin, this
19  would have been after your chemo ended?
20      A.   Yeah, if it was 2015.  Yes.
21      Q.   Did you meet with Dr. Shamlin then to go
22  over some of your lab results from the tests that you
23  had done?
24      A.   I mean she didn't print this out and we went
25  over it one by one.  We didn't do that.  She handed me

Page 227

1  a little summary or something.  So she didn't go into
2  detail about what was on my results.  And at that time
3  I didn't do the log-in to see my results.  So yeah,
4  she just kind of gave me a summary of what happened.
5  But not explain to me word for word what she saw.
6      Q.   Okay.  So you don't recall her mentioning
7  specifically that you had a low white blood cell count
8  or an elevated --
9      A.   It's possible about the protein, yeah.
10      Q.   Okay.  And you had mentioned that you had
11  some blood in your urine?
12      A.   Yes, blood cells.  Not actually blood where
13  you could see it.  Just a few cells, yeah.  And that's
14  when she referred me to the guy that was the urologist
15  to see if it was cancerous, something dealing with
16  that.  And that came back clean.
17      Q.   Who was the urologist?
18      A.   He should be somewhere in my --
19      Q.   Was it Paul Walker?
20      A.   That's possible, yeah.  I think so.  I think
21  so.
22      Q.   And when did you go to a urologist?
23      A.   I can't remember the exact date, but it
24  should be on my fact sheet or somewhere.
25         MR. GEIGER:  In some of the records that she

Page 228

1  brought today.
2         THE WITNESS:  Yeah.
3         MS. HARPER:  I think it's closer toward the
4  front of that.
5         MR. GEIGER:  You can look.
6         MS. HARPER:  So in the set you brought today
7  that's marked as Exhibit 8 --
8         MR. GEIGER:  I thought I saw some urology
9  records in there.
10         MS. HARPER:  Yeah, I did see one.  I'm
11  looking for it.
12      Q.   So it says -- and I can hand this to you --
13  but it says appointment -- your next appointment is
14  scheduled -- this is a Louisiana Urology, LLC, record.
15  It says:  "Your next appointment is scheduled November
16  29th, 2016.  Resource, Paul Walker, M.D."
17         Does that sound right?
18      A.   Yes.
19      Q.   Would it have been in November of 2016 that
20  you saw Dr. Walker?
21      A.   That sounds about right.
22      Q.   Did you have continued issues since this
23  appointment with Dr. Shamlin in 2015 with blood in
24  your urine, those results?
25      A.   Yeah, I still have that.  But it's not as

Page 229

1  high as it was before.  I just had my lab results
2  again.  Was it January or December?  And I still had a
3  few blood cells in my urine, but not like it was
4  before.
5      Q.   Has any physician told you what the cause of
6  that is?
7      A.   They can't tell me.  That's why she sent me
8  to him.  And nothing came back.
9      Q.   Have you received any treatment or
10  medications for that?
11      A.   Not to my knowledge, no.
12      Q.   So at that appointment with Dr. Shamlin -- I
13  think it's on the last page where she talks about your
14  plan -- it references the AHA diet.  Do you know what
15  that is?
16      A.   No.  What is that?  I don't know what that
17  is.  What is the AHA diet?
18      Q.   Does that sound familiar?
19      A.   I don't know what that is.  I think she
20  mentioned something, I guess, in terms of lowering my
21  cholesterol, what I should be eating.  I think she did
22  mention that.
23      Q.   And did you go on a diet to lower your
24  cholesterol?
25      A.   I think I did.  I think I did.  Because I

Page 230

1     ended up doing well because my cholesterol went down,
2     and she took me off of Lipitor.
3       Q.   When did you go off Lipitor?
4       A.   I can't recall when I went off, but it's
5     been a while. It's been about a year, if I'm not
6     mistaken.
7       Q.   Have you ever been diagnosed or told that
8     you have a vitamin D deficiency since your cancer
9     treatment?
10      A.   Yeah. I think Dr. McCanless told me I have
11    to take vitamin D during the treatment, if I'm not
12    mistaken. Yeah.
13      Q.   And how long did you take the vitamin D
14    medication?
15      A.   Throughout the treatment.
16      Q.   Did you take it after the treatment?
17      A.   Possibly for a little while but not that
18    much longer.
19      Q.   Do you know whether you have had any
20    abnormal levels of other vitamins like vitamin B?
21      A.   I've only been told about the D and then the
22    magnesium. I can't recall any other vitamin
23    deficiencies that was mentioned.
24      Q.   When did you have the magnesium deficiency?
25      A.   That was after the treatment, if I'm not

Page 231

1     mistaken.
2       Q.   After your cancer treatment?
3       A.   Yes.
4       Q.   And did you get medication for that?
5       A.   Yes. I just took my magnesium pills, yeah.
6       Q.   And how long did you take those?
7       A.   For a couple of years. I took that for a
8     while.
9       Q.   Did you ever discuss with any physician
10    whether any of these conditions that we just
11    discussed -- elevated protein, low white blood cell
12    count, blood in your urine, the vitamin deficiencies,
13    magnesium deficiency -- did you ever discuss with any
14    physician whether any of those could cause or
15    contribute to any hair loss?
16      A.   No. They basically all said, oh, it could
17    be a side effect of the chemotherapy treatment. They
18    never said that this was the hair loss, in relation to
19    hair loss. It was always your side effects are due to
20    your treatment.
21      Q.   And what do you mean? What side effects are
22    you referring to?
23      A.   The ones that I mentioned earlier, you know,
24    the aches and the pains, the dry mouth, the nausea.
25    Everything relating to chemo. Basically everything I

Page 232

1     talked about: It must be due to your chemotherapy
2     treatment, you know. It affects everybody
3     differently. Some things might happen to others.
4       Q.   Did anyone ever tell you that your hair loss
5     was due to the chemotherapy treatment?
6      A.   Well, you know, up front that was one of the
7    side effects that was mentioned.
8      Q.   That you were told before?
9      A.   Correct, correct. But I never talked to
10    anybody, Doctor, about, okay, my hair loss after that.
11      Q.   So just to clarify, no physician or
12    healthcare professional ever told you that your hair
13    loss was due to your chemotherapy treatment?
14      A.   Up front, yes, they did tell me that would
15    be one of the side effects. But other than that, no.
16      Q.   No one told you that after your treatment
17    ended?
18      A.   Right. I just knew that was one of the side
19    effects of chemotherapy.
20      Q.   Did any physician ever tell you that any of
21    the vitamin deficiencies or magnesium deficiency or
22    protein levels, that any of those conditions were
23    related to your hair loss?
24      A.   No.
25      Q.   And you saw -- did you see a neurologist

Page 233

1     since your cancer treatment?
2       A.   Yes.
3       Q.   And what was that for?
4       A.   Because of that stinging sensation.
5       Q.   And when did you see him?
6       A.   It should be listed somewhere. I can't
7    recall exactly, but it should be noted somewhere,
8    probably in my Blue Cross/Blue Shield information.
9    But I did see him.
10      Q.   Does October 2015 sound right?
11      A.   Yeah, that sounds about right.
12      Q.   Do you recall reporting to -- who was your
13    neurologist?
14      A.   Waski? I can't recall the name. It was a
15    strange name.
16      Q.   Gawrenski?
17      A.   Yeah, that's it. I knew there was a "ski"
18    on the end.
19      Q.   Do you recall whether you reported to him
20    having headaches, blurred vision, nausea, other
21    symptoms other than your stinging?
22      A.   Yeah. More than likely. There was just so
23    much. There's a possibility I did. Stuff was just
24    coming out of the blue. So yes, it's a possibility I
25    did.

Page 234

1    Q.   And what kinds of -- what sort of treatment
2  did he provide you?  Did he do any testing?
3    A.   He did testing.  It should be on -- there
4  should be a report in there.
5    Q.   Did you have any type of diagnosis from that
6  testing?
7    A.   It should be listed.  He said it could be a
8  possible autoimmune disease or liver issues, and that
9  could be because of the chemotherapy treatment.  And I
10  think he mentioned about protein as well, if I'm not
11  mistaken.
12    Q.   Were you diagnosed with any autoimmune
13  disease?
14    A.   No, I never -- I just seen a doctor, and she
15  said my report was good.  So it just seems like things
16  started fading away as time went by.
17    Q.   Did Dr. Gawrenski diagnose you with
18  neuralgia or neuropathy?
19    A.   I can't recall if he actually diagnosed me
20  with that.  I'm not sure he actually did.  But I don't
21  recall taking anything.
22    Q.   You didn't have any medication or any
23  treatment for that?
24    A.   Not treatments.  I only saw him like once or
25  twice, and that was it.

Page 235

1    Q.   Did he give you any like nerve pain
2  medication?
3    A.   He possibly did.  Because I explained to him
4  the sensation I was having in my legs.  And he said
5  it's a possibility it might go away within a month or
6  a year.  And it just went away like a few months
7  after.  It just went away.  I woke up and no sensation
8  anymore.  So like he said, it actually did happen.  It
9  varies with different people, the treatment.
10    Q.   Have you continued seeing your -- going to
11  the dermatology office?
12    A.   Yes.  Just to get the cream.  That's it.  I
13  haven't actually seen her.  I'm just not able to get
14  the cream, I think, for about a year without seeing
15  her.  And I have to go back in September to actually
16  see her.
17    Q.   And is that related to the pigmentation?
18    A.   Yes.
19    Q.   Have you seen the dermatology office,
20  Ms. Rheubottom, for any other skin conditions?
21    A.   No.
22    Q.   Have you experienced any weight loss or
23  weight gain since your chemotherapy -- since your
24  cancer treatment ended?
25    A.   Yes.  Both up and down, gain weight, lose

Page 236

1  it.
2    Q.   Have they been significant weight gains and
3  losses?
4    A.   Well, the significant weight loss after
5  treatment, that was significant.  I went from 224 to
6  193.  And that was soon after treatment.  And then
7  I've just kind of been losing a little bit here and
8  there since then.
9    Q.   Did you ever discuss your weight with any
10  physician?
11    A.   I did with Dr. McCanless, I think.  Yeah, I
12  did with him.
13    Q.   And what was the context of that discussion?
14    A.   It was, I think, you'll probably gain weight
15  because of the treatment, I think steroids or
16  something.  I'm not sure.  I think steroids came up,
17  and that's the reason why the weight gain, the
18  treatment.  And when I stopped the treatment, I lost
19  it.  And so whether it was the fluid, I'm not sure.
20    Q.   Just going back a little bit, did you ever
21  complain to your neurologist, Dr. Gawrenski, about any
22  hair loss?
23    A.   I can't -- no, I don't recall talking to him
24  about hair loss.
25    Q.   Did you notice any changes in your hair that

Page 237

1  were associated with the weight gain or weight loss
2  that you were just discussing?
3    A.   No, I don't recall associating the two
4  together.
5    Q.   Did you ever have any periods where you
6  gained weight and then you noticed any hair loss?
7    A.   No.
8    Q.   Did you ever have any periods where you lost
9  weight and noticed that your hair was falling out or
10  thinning at all?
11    A.   No.  It just fell out from the treatment,
12  and it's grown back, you know, all around except for
13  the top where it's thin.  So I just thought it was all
14  related to the drug, the chemo drug.  I didn't relate
15  that to weight loss or weight gain.
16    Q.   And we'll get back to that and just wrap
17  that up in one second.  But just to finish up with
18  sort of the conditions, medical conditions and
19  procedures you had since your chemotherapy ended, so
20  you had breast reconstruction surgery with the fat
21  grafting, I understand, in May of 2017?  Does that
22  sound right?
23    A.   In May and September of 2017.
24    Q.   Was May the initial procedure?
25    A.   Yes, ma'am.

Page 238

1    Q.   And then what was September?
2    A.   Just to correct any issues in terms of once
3  the breasts settle in, there can be a little
4  unevenness, one bigger than the other.  So they did
5  some correcting there.
6    Q.   Who was your physician for that?
7    A.   Dr. Taylor Theunissen.
8    Q.   Were there any complications with those
9  procedures?
10   A.   No.
11   Q.   Did you experience any changes to your hair
12  after you had those surgeries?
13   A.   I didn't notice any difference in what it
14  was before.
15   Q.   Were you prescribed pain medications --
16   A.   Yes.
17   Q.   -- with those?  What were you taking?
18   A.   I'm not sure because I didn't take anything.
19  I was prescribed it, but I didn't take it.
20   Q.   Did you have to take any time off of work
21  for those procedures?
22   A.   Yes.
23   Q.   How much time did you take off?
24   A.   Let me see.  The first surgery, possibly
25  about six weeks, if I'm not mistaken.  And the second

Page 239

1  one I think just two weeks.
2    Q.   Did you have any trouble with your recovery
3  period, any complications during recovery?
4    A.   No, ma'am.  No.
5    Q.   Have you ever been treated by a facility
6  called Catapult Health?
7    A.   Yes.  That's something that's offered to
8  State employees to where if you just get your labs
9  done every year through them, you get a discount on
10  your health insurance premium rate.  So it's something
11  that is offered, and they just do the regular blood
12  work, you know, testing that my doctor would normally
13  do.  And I just get a discount on my premium rate
14  yearly.
15   Q.   Is that a facility you go to?  It's not at
16  your work, is it?
17   A.   They're housed -- they're set up at our job
18  yearly for about a two-week time frame.  And that's
19  offered to all State employees so you can get the
20  discount.  You can do that or either have your doctor
21  send in the lab results of your most recent visit.
22   Q.   Okay.  So they just do the blood work?
23   A.   The blood work, yes.
24   Q.   Okay.  And have you had any treatment at a
25  facility called Omada Health?

Page 240

1    A.   That's a part of the program.  If you want
2  to lose weight -- and it's offered to State employees.
3  They'll put you on a program to kind of track what you
4  eat, what you do, and you weigh in daily.  That's
5  offered to State employees as a special program if you
6  want to lose weight.  And that was offered because at
7  that time I was big based on my height.  They felt
8  that the program would be a good fit for me.
9    Q.   Okay.  And it's an optional thing you chose
10  to do?
11   A.   Yes, it's optional.  Yes.
12   Q.   Did you do any diets with that or any new
13  exercise regimen?
14   A.   Yes.  Treadmill in the morning for about an
15  hour, and I would do a few HIIT exercises in the
16  evening for about 30 minutes.  And I would just try to
17  cut back on my carbs.  And I did pretty well on that
18  program for about -- not too long, because that was in
19  the midst of me just having reconstruction surgery
20  when I started that program.  So I didn't really go
21  all the way through with the program.
22   Q.   Okay.  So we talked about the heart AHA diet
23  that was referenced for your heart and your
24  cholesterol, that diet, and then this through your
25  work program that you did.  Have you ever gone on any

Page 241

1  other diets since your cancer treatment ended.
2    A.   Not an actual diet.  Just kind of watching
3  what I eat and get a little bit of exercise in daily,
4  at least five days a week.  That's about it.
5    Q.   Were those things that you were doing before
6  your cancer diagnosis?
7    A.   Not really.  Just that I did a little more
8  research in terms of, you know, what I should be
9  eating and what works for my body.  And I just
10  realized that less carbs and working out daily and
11  just increasing my water intake helps.
12   Q.   So just to summarize here a little bit,
13  since your cancer treatment ended, you've had followup
14  visits with your primary care and your oncologist?
15   A.   Yes.
16   Q.   Your dermatologist?
17   A.   Yes.
18   Q.   Cardiologist?
19   A.   Yes.
20   Q.   Neurologist?
21   A.   Yes.  All the ologists.
22   Q.   Yes.  And I may even be missing some.  And
23  during any of those visits, you did not make any --
24  from when your cancer treatment ended, chemotherapy
25  treatment ended until present day, you did not make

Page 242

1  any complaints about any hair loss?
2      A.  That's correct.
3      Q.  You did not make any complaints about your
4  hair thinning at all?
5      A.  That's correct.
6      Q.  Did you make any complaints about changes in
7  the color or texture of your hair?
8      A.  No.
9      Q.  And you may have mentioned this, but what
10 medications are you currently taking?
11     A.  Letrozole and One A Day vitamins.
12     Q.  All right.  So you're not taking the other
13 medications we discussed earlier like the vitamins for
14 your hair?  You're not taking those anymore?
15     A.  No, no.  And I just finished, I think, my
16 last bottle of magnesium.
17     Q.  Okay.  Just recently --
18     A.  Right.  And I've got to report back.  That
19 wasn't an issue anymore with my labs.
20     Q.  Okay.  Other than what we spoke about with
21 Dr. McCanless, have you spoken with any physicians
22 since your chemotherapy ended about any symptoms of
23 depression or anxiety that you were feeling?
24     A.  No.
25     Q.  And you don't recall being on any

Page 243

1  medications for depression or anxiety?
2      A.  I know I talked with Dr. McCanless, and I'm
3  not sure if he prescribed something or not.  And if he
4  did, I didn't take it for a long period of time.
5      Q.  Do you have any idea when that would have
6  been?
7      A.  I would have to look at the pharmacy thing.
8  I can't recall.
9      Q.  Could it have been during your chemotherapy?
10     A.  It could have been during or soon after.
11 But if so, I didn't take it for a long time because I
12 really wouldn't remember.  But I do remember talking to
13 him about that.
14     Q.  When you say "soon after," would it have
15 been within like the few months following the end of
16 your chemotherapy?
17     A.  Yeah.
18         MS. HARPER:  If we want to take a short
19 break, and then I can look at what I can do to --
20         THE WITNESS:  Okay.
21         MS. HARPER:  We can go off the record.
22         THE VIDEOGRAPHER:  We are going off record
23 at 4:35 p.m.
24         (A RECESS WAS TAKEN.)
25         THE VIDEOGRAPHER:  Okay.  We are going back

Page 244

1  on record at 4:46, 4:47 p.m.
2  BY MS. HARPER:
3      Q.  I wanted to ask you a little bit now
4  specifically about your hair loss that you're
5  alleging.
6      A.  Okay.
7      Q.  So when was the first time that you've ever
8  experienced hair loss for any reason?
9      A.  Chemo treatment was the first time I
10 experienced hair loss for any reason.
11     Q.  You never had any hair loss or hair thinning
12 prior to going through chemotherapy?
13     A.  No.
14     Q.  And when exactly did you first notice your
15 hair -- you started to lose hair when you were going
16 through chemotherapy?
17     A.  After the second round.
18     Q.  If you have your Plaintiff Fact Sheet in
19 front of you -- I'll have to dig it out.
20         MR. GEIGER:  First Amended?
21         MS. HARPER:  Yes.
22         THE REPORTER:  22 I think it was.
23         MS. HARPER:  Sorry.  I'm trying to find what
24 I'm looking for here.
25     Q.  So you said your hair loss started after the

Page 245

1  second cycle?
2      A.  Yes, after the second cycle.
3      Q.  So when would that have been?
4      A.  Where's the calendar?  It had to have been
5  around, I guess, July, first of July.
6      Q.  July?  Okay.  So in your Plaintiff Fact
7  Sheet on pages 14 through 15, the section where it
8  talks about your alleged injuries -- do you see that?
9      A.  Yes.
10     Q.  And you've identified here August 2014 as
11 the start date for your --
12         MR. GEIGER:  Flip to the next page.
13         THE WITNESS:  Oh, okay.
14 BY MS. HARPER:
15     Q.  -- when you started losing your hair?
16     A.  Okay.
17     Q.  So would you say that the correct response
18 here would be July 2014?
19     A.  Well, I guess that might be total in August,
20 maybe total bald in August.  This is probably when it
21 started -- on my pillow, wake up with hair on your
22 pillow type situation or in the shower.  So yeah, that
23 might be it.
24     Q.  So could you explain that to me a little
25 bit?  When your hair started falling out, was it

Page 246

1    falling out in chunks or was it like a few strands at
2    a time?
3        A.   Strands, it started out as strands, and then
4    chunks.  It started out when I would comb it, more
5    strands on the comb.  Or wake up in the morning and
6    see strands of hair on the pillow, stuff like that.
7    And then it started getting worse and worse, chunks.
8    Then after that I just cut it off before -- it was
9    looking weird.
10       Q.   So at some point did you shave your head?
11       A.   Actually I cut it short, and then I just
12   went ahead and shaved it.
13       Q.   When did you shave it?
14       A.   It had to be somewhere -- I guess near
15   August.  Because I couldn't go around looking like
16   that.  And I got the wigs.  So I'm not really sure
17   exactly when, but it gradually started happening, I
18   guess, in July.  And then I cut it short because it
19   was too drastic for me to see.  So I just cut it short
20   so it wouldn't look so bad.
21       Q.   Sure.  And then if you could flip to page 20
22   where it says, question 11 -- it says:  "Were you
23   taking any medications when your hair loss began?"
24       And you said:  "Yes.  Anastrozole and
25   Lipitor."

Page 247

1        Do you see that?
2        A.   Where is that?
3        Q.   On page 20, question 11.
4        A.   Question 11.  Oh, okay.  (Document review.)
5    That must be wrong, because this was given to me after
6    the treatment.
7        Q.   The anastrozole and Lipitor?
8        A.   Yes.
9        Q.   Okay.  I was just trying to get an idea
10   because I know you had said you took those after.
11       A.   Yes.
12       Q.   So when your hair loss began, you were not
13   taking those medications?
14       A.   Correct.
15       Q.   I think we looked through some pictures
16   earlier, but the length of your hair prior to your
17   treatment, what length did you typically keep it?
18       A.   Shoulder length basically -- a little bit
19   past my shoulders.  So to my shoulders was basically
20   the normal, and it would grow past my shoulders a
21   little bit.  So I always would trim it to where --
22   trim the ends.  So it always kind of stayed healthy,
23   shoulder length.
24       Q.   And what was the texture like?
25       A.   It was relaxed, so it was just straight

Page 248

1    because it was relaxed.  So yeah.
2        Q.   So it was naturally curly, but you got it
3    relaxed?
4        A.   Right.  As a child.  So yeah.
5        Q.   Did you have thicker hair, thinner hair?
6        A.   Thicker hair, yes.
7        Q.   Thicker?
8        A.   Yes.
9        Q.   Thicker?  And we talked about how you styled
10   it before chemotherapy?
11       A.   Yes.
12       Q.   When your hair began changing, you said it
13   was falling out?
14       A.   Yes.
15       Q.   And you ended up shaving it off completely
16   sometime around maybe August 2014?
17       A.   Yes.
18       Q.   When it was falling out at first, were there
19   any areas that were affected first, any areas of your
20   head that were affected first?
21       A.   I can't recall.  I know my edges around the
22   front and perimeter was last.  It was mostly just up
23   top and the back.
24       Q.   Did you lose your eyebrows?
25       A.   Yes.

Page 249

1        Q.   Completely?
2        A.   Yes.
3        Q.   And would that have been around the same
4    time as your hair on your head?
5        A.   Yes.
6        Q.   After you shaved your head, did you
7    experience any regrowth of hair in any area?
8        A.   No, not while I was doing treatment, no.
9        Q.   And once your treatment ended in September,
10   did you experience any regrowth in the subsequent
11   months?
12       A.   Yes.  It started actually with the hair
13   growth in January of 2015.  It took that long.
14       Q.   So a couple of months after?
15       A.   Yes.
16       Q.   And you had had your mastectomy procedure in
17   there?
18       A.   That is correct, yes.
19       Q.   When it started to regrow, where was it
20   growing back?
21       A.   On my head.
22       Q.   Was it sort of all over your head or were
23   there certain spots?
24       A.   All over.  It looked like a little fade or
25   something, like a shadow.  It looked shadowy, like

Page 250

1  it's a shadow for January.  And then in February I
2  could start seeing actual hair coming out of my scalp.
3  But for January it was like a shadow, a dark shadow.
4      Q.   Like a 5 o'clock shadow?
5      A.   Yeah, that's it.
6      Q.   Okay.  And so when it was growing back, what
7  was the texture like?
8      A.   It was very -- like it is now, soft, very
9  wavy and soft.
10     Q.   When did you notice your eyebrows start to
11  -- or did your eyebrows start to grow back?
12     A.   Yeah.  That took a while.  I can't remember
13  how soon.  That took a long time.  And still it's very
14  light now.  I've just got makeup on now.
15     Q.   So it would have been later than the January
16  2015?
17     A.   Oh, yes, yes.
18     Q.   When did your hair finally grow back to the
19  point that it reached your shoulders?
20     A.   Oh, I'd say about -- about two years ago.
21     Q.   So that would have been like 2017?
22     A.   Yes, yes.
23     Q.   Did you notice any change in the texture of
24  your hair once it grew back?
25     A.   Yes, I guess so.  Because I don't remember

Page 251

1  my hair before the relaxer because I was a child.  So
2  I'm assuming it was the texture before I got a
3  relaxer.  I don't remember.
4      Q.   Did you notice any change in the color of
5  your hair once it grew back?
6      A.   No.  It grew back dark.  Then it started
7  fading -- it started getting light brown.
8      Q.   Was it any thicker or thinner when it grew
9  back?
10     A.   No.
11     Q.   The same?
12     A.   Thin, thin.  It didn't grow back thick at
13  all.
14     Q.   Okay.  So it grew back thinner?
15     A.   Yes.
16     Q.   How much thinner would you say, if you could
17  estimate?
18     A.   Let's see.  I'd say probably 50 percent
19  thinner.  Look at this.  This is slick, thin.
20  (Indicating.)
21     Q.   When your hair started growing back, you
22  said, in January 2015, you had the shadow?
23     A.   Yes.
24     Q.   From that point forward was it growing kind
25  of consistently?

Page 252

1      A.   Yes, yes.
2      Q.   Was there any point where you experienced a
3  worsening of hair loss or you had additional hair
4  loss?
5      A.   No.  I just realized months later that the
6  top was not growing back.  Everything was growing
7  together.  Just the top, nothing was happening there.
8      Q.   Did you ever have any hair come in at all up
9  on the top?
10     A.   Yeah, a little bit, yeah.  You could see the
11  scalp through it, but yeah.
12     Q.   Did you ever have any -- did you ever have
13  any itching on your scalp or burning or tenderness?
14     A.   Probably itching, but not burning or
15  tenderness that I can recall.
16     Q.   When was the itching?
17     A.   All the while it was growing back.  I
18  thought that was a part of my hair growing back,
19  that's why my scalp was itching.  It wasn't so bad
20  where it was like I had to get some cream or some
21  medicine for it, my scalp was itching so bad.  It
22  wasn't like that.
23     Q.   And was it consistent throughout the time
24  that it was growing back?
25     A.   Yes.

Page 253

1      Q.   Up until when would you say?
2      A.   Up until it got kind of long.  It happened
3  until I started seeing length.  When it was a short,
4  little fade, it was always itching.  But as soon as I
5  started getting length, it quit itching.  I mean just
6  use the normal, if it was dirty or dandruff or
7  something like that.  But other than that --
8      Q.   If you could just point to me what areas
9  you're alleging to have hair loss and hair thinning
10  today.
11     A.   Right here.  It's mostly off-center to the
12  left, right here.  (Indicating.)
13     Q.   And is that the only area?
14     A.   Well, it's a little thin on the side, you
15  know.  (Indicating.)
16     Q.   So mainly the top of your head and then a
17  little bit on the temples there?
18     A.   Yes, yes.
19     Q.   Anywhere else?
20     A.   You mean on my body?
21     Q.   Yes.
22     A.   Oh, yes.  Well, under my arm.  I mean I only
23  shaved like twice this year -- I mean last year.  And
24  I did that because I felt a little peach fuzz.  So I
25  take it there's major loss there as well because it

Page 254

1    doesn't grow back. Very little, very little.
2        Q.   Are you alleging any injuries in this
3    lawsuit associated with the loss of your armpit hair?
4        A.   Well, I'm not sure because it's really just
5    the major thing is my head. I don't really care about
6    the underarm thing because I don't want hair there
7    anyway.
8        Q.   I would imagine it would be a benefit to not
9    need to shave.
10       A.   Right.
11       Q.   So under your arms doesn't really bother
12   you?
13       A.   No.
14       Q.   Are you alleging to have any thinning of
15   your eyebrows?
16       A.   Well, they were always -- I always shaved
17   them thin anyway. But they are so light to where you
18   don't see them. If I take this makeup off, it's like
19   my face looks so weird. You have to get up close to
20   see the little hairs that I do have. So it's very
21   light.
22       Q.   How much loss would you estimate you had on
23   your eyebrows from before the cancer?
24       A.   About half, 50 percent.
25       Q.   And before your cancer diagnosis, you said

Page 255

1    you would use makeup to fill in your eyebrows?
2        A.   Yes. And I always would have them thin
3    anyway. But you could see the hair on my eyebrow.
4    Now you can't really see the hair at all.
5        Q.   And do you use any treatments on your
6    eyebrows now? Do you fill them in?
7        A.   Yes, I fill them in. Yes.
8        Q.   Have you ever gotten any tattooing done?
9        A.   No.
10       Q.   Any microblading?
11       A.   No.
12       Q.   Do you fill them in just like with a pencil?
13       A.   Yes.
14       Q.   And is your hair on your head still growing?
15       A.   Yes. My hair, yes. Not the top, but yes.
16       Q.   So you haven't seen any growth at all on the
17   top?
18       A.   It's still like it was a couple of years ago
19   on the top.
20       Q.   When is the last time you saw growth on the
21   top of your head?
22       A.   Probably, I guess, a couple of years ago.
23   What the difference, I don't really -- and it's
24   probably a little different, but I can't really see
25   it. So there has to be a little improvement because I

Page 256

1    can feel a little wave. Before it was just -- but now
2    it's still bald. I guess it's filled in in little
3    spots, but you can see straight through my scalp.
4        Q.   So there's some improvement since your
5    chemotherapy ended?
6        A.   Since 2014, yes.
7        Q.   And did you say it stopped growing up there
8    a couple of years ago?
9        A.   Well, I haven't noticed a big difference.
10   Let me say that.
11       Q.   Okay. So you noticed a difference in the
12   top of your head up until a couple of years ago?
13       A.   Correct.
14       Q.   And then it's just kind of stagnant?
15       A.   Yeah. There's very little -- not a big
16   difference anyway. Just a little peach fuzz.
17       Q.   So that would have been -- and I know you're
18   just estimating, it's hard to remember -- but like a
19   couple of years, like 2017 time period?
20       A.   Yes.
21       Q.   That's when you noticed it stopped growing
22   back on top of your head?
23       A.   Yes.
24       Q.   And are your eyebrows still growing in?
25       A.   No. It still looks the same like it did,

Page 257

1    you know, a couple of years ago. It's light, very
2    light.
3        Q.   Okay. So they stopped growing around the
4    same time, 2017 or so?
5        A.   Yes, yes.
6        Q.   Okay. Is there any change to the way you --
7    we already discussed it some -- style your hair since
8    before your cancer diagnosis?
9        A.   Yes. I don't use a relaxer. I just use
10   water and gel when I wear it naturally, yes. So I
11   don't do the stuff that I did before.
12       Q.   You're not using any heat treatment?
13       A.   Every now and then I might flat iron it just
14   to see the length, because the natural hair is
15   straight, so you can't really see the growth. You
16   have to kind of flat iron it to see the length, to see
17   how it's growing. So I do that usually once a year.
18   And I will straighten sometimes the front area, the
19   perimeter of my hair. I would flat iron that a little
20   bit so it can look well with my wigs when I do wear my
21   wigs. It blends in well when I just pull out the
22   front part and flat iron it a little bit so it can
23   blend in well with the wigs.
24       Q.   So you can't see where the wig -- there's
25   not a big change?

Page 258

1    A.   Correct, yes.
2    Q.   So how often would you say you need to flat
3  iron it?
4    A.   Probably once a week.  It will last a whole
5  week.  If I don't wet my hair in the front, it will
6  last a whole week.
7    Q.   And have you been doing that sort of since
8  the time that your chemo ended?
9    A.   Yes.  Since my hair has grown enough to
10  where I can do that.
11    Q.   And when would that have been?
12    A.   That would have been about a year after -- I
13  guess about 2016 when I was able to kind of flat iron
14  the front of my hair to make it blend well with the
15  wigs.  I didn't have any length before.  It was
16  growing, you know, like a male cut or something like
17  that to where it didn't look well blended in because
18  it was very short.  So about 2016 was when I actually
19  started doing it to make it look really well.
20    Q.   And do you use a blow dryer or a curling
21  iron on your hair at all?
22    A.   No, no, no.
23    Q.   Have you since your chemotherapy?
24    A.   I probably used a curling iron a few times.
25  But mostly just a flat iron when I do do it, and it's

Page 259

1  just once a week.
2    Q.   And what kind of hair products have you used
3  since your chemotherapy ended?
4    A.   Hair spray, coconut oil, and edge control to
5  lay my edges down.  And just shampoo and conditioner,
6  the usual.
7    Q.   And what kind of hair spray is it?
8    A.   I think I have Aussie.
9    Q.   What about the coconut oil?
10    A.   I think it's the natural kind.  I forgot the
11  name of it.  It's the natural kind, not the one -- I
12  forgot what it's called, but it's natural.
13    Q.   Where do you buy it?
14    A.   I think I bought it from Walmart.  They have
15  an area for those type products.
16    Q.   And you mentioned one other thing before you
17  said shampoo?
18    A.   Edge control just to lay my edges down.
19    Q.   And what brand is that?
20    A.   Let's see.  I think it's, if I'm not
21  mistaken, ORS.  That is the brand.
22    Q.   And what kind of shampoo and conditioner do
23  you use now?
24    A.   I use Pantene.
25    Q.   And all of those products, have you used

Page 260

1  those consistently since your chemotherapy ended?
2    A.   Yes, yes.
3    Q.   And do you still wear -- you mentioned
4  before you wore tight hairstyles, some before your
5  cancer diagnosis.  Do you still wear any type
6  hairstyles where your hair is pulled back or pulled
7  tightly?
8    A.   It would be like this --
9    Q.   With a ponytail?
10    A.   -- with a ponytail or either have a wig on.
11  So no other styles.
12    Q.   I think we discussed earlier some of the
13  wigs that you've used --
14    A.   Right.
15    Q.   -- and your hairstyles.
16    MS. HARPER:  So I'm going to mark as
17  Exhibit 31 -- this is the photos that you produced
18  from after your chemotherapy treatment ended.
19    THE WITNESS:  Okay.
20    (EXHIBIT 31, PHOTOGRAPHS - AFTER
21    CHEMOTHERAPY, WAS MARKED FOR
22    IDENTIFICATION.)
23    Q.   I'll give you a chance to flip through
24  those.
25    MR. GEIGER:  Do you have Exhibits 8 and 9

Page 261

1  with the blue stickers on them?
2    MS. HARPER:  I have it here.
3    MR. GEIGER:  Can I give you the copies since
4  those are the originals?  And her 8 as well.
5    MS. HARPER:  Too many papers here.
6    Q.   Are those photos representative of your hair
7  composition and styling on the dates that you've
8  marked on the photos?
9    A.   Yes, ma'am.
10    Q.   And in all of these photos, do you have your
11  eyebrows filled in in these photos?
12    A.   Yes.
13    Q.   Let me ask you this:  Are you claiming the
14  loss of any eyelashes?
15    A.   My eyelashes grew back.
16    Q.   They grew back?
17    A.   Uh-huh (positive response).
18    Q.   And did they grow back like the same
19  timeline as your hair?
20    A.   Yes, yes.
21    Q.   And the photos here -- let's say, for
22  example, this photo from 2017.
23    Q.   2017?  Okay.
24    Q.   So it looks like your hair is curly here.
25  Would this have been a wig that you have on?

Page 262

1    A.   Yes, it's a wig.
2    Q.   So in all of these photos here, are you
3  wearing a wig in all of these?
4    A.   Every last one of them.  Some of them I
5  probably straightened out the front, like I said
6  before, so I could blend in well with a wig.
7       This is what I was talking about that
8  I actually had with the ponytail on the end basically.
9    Q.   Okay.  So that's your natural hair on the
10  top --
11    A.   Right, yes.
12    Q.   -- with the ponytail?
13    A.   Yes.
14    Q.   And that was in 2017?
15    A.   Yes.
16    Q.   And this photo from 2015, do you have this?
17    A.   Let's see.
18       THE VIDEOGRAPHER:  Do you want to show the
19  camera?
20       MS. HARPER:  Yeah.  If you could just hold
21  it up.
22       THE WITNESS:  Which one?  This?
23  (Indicating.)
24       MR. GEIGER:  Whatever you're referring to.
25  BY MS. HARPER:

Page 263

1    Q.   Yeah, the 2015 one right there.
2    A.   Okay.  (Complying.)
3    Q.   So did you have a wig on in that photo?
4    A.   Yes.
5    Q.   You did have a wig on?
6    A.   Yes.
7    Q.   So you had like a shorter wig?
8    A.   Yes.
9    Q.   So that was taken in 2015.  Do you know when
10  in 2015?
11    A.   No, I'm not sure when.  I would have to go
12  on Facebook and see when I posted this.  I think I
13  posted it on Facebook.
14    Q.   So did you style your hair short for a while
15  in 2015 or with that a shorter wig?
16    A.   It was a shorter wig, yes.
17    Q.   And so in all of these you have wigs on?
18    A.   Yes.  Except the one with the ponytail.
19    Q.   Do you put any -- do you put any products on
20  your hair before you put a wig on to keep it flat or
21  anything?
22    A.   No.  Well, gel, you know, a little bit of
23  gel.  But I just use water, and I tie it with a satin
24  scarf.  And that lays it down the night before so in
25  the morning when I put the wig on, it's flat already.

Page 264

1    Q.   And what kind of gel do you use?
2    A.   I think it's -- God, what is it?  It's for
3  natural hair.  I forgot what it's called.  I might
4  have to Google it to get the name.
5    Q.   Where do you buy it?
6    A.   From Sally's and Walmart.  Let's see.
7  (Searching through cell phone.)  Eco, Eco Styling Gel.
8  That's it.
9    Q.   Is that E-C-O?
10    A.   Yes.
11    Q.   And have you used that since you started
12  wearing wigs?
13    A.   Yes.
14    Q.   And how often do you put that on?
15    A.   That can be probably once or twice a week,
16  because it lasts a long time if I continue to tie my
17  hair up at night with a zip scarf.  So yeah.
18       MS. HARPER:  Okay.  I'm going to mark as
19  Exhibit 32 the proof-of-injury photos that you
20  produced.
21       (EXHIBIT 32, PHOTOGRAPHS - PROOF OF INJURY,
22       WAS MARKED FOR IDENTIFICATION.)
23    Q.   Are these accurate representations of your
24  hair composition and styling on the dates that are
25  noted?

Page 265

1    A.   Yes.
2    Q.   And so the top photos, those are in 2013?
3    A.   Right.
4    Q.   And you weren't wearing wigs in those
5  photos; correct?
6    A.   No.  No, ma'am.
7       THE VIDEOGRAPHER:  Shot?
8       THE WITNESS:  Oh, sure.  (Indicating.)
9  BY MS. HARPER:
10    Q.   And in the 2017 photos, I assume you took
11  these photos?
12    A.   Yes.
13    Q.   On your phone?
14    A.   Yes.
15    Q.   Did you have any kind of gel or product in
16  your hair?
17    A.   The Eco style, yes.
18    Q.   You had the Eco gel in?
19    A.   Uh-huh (positive response).
20    Q.   And why were you taking the photos?
21    A.   So I can just see the -- you know, I just
22  wanted to see what my hair looks like on the top and
23  the bottom.
24    Q.   And then the next page has your eyebrows?
25    A.   Yes.

Page 266

1   Q.   And when was this photo taken?
2   A.   It had to be around the same time.
3        MR. GEIGER:  Hold that up for him as well.
4        THE WITNESS:  Oh, I'm sorry.  (Indicating.)
5   Q.   And when would that have been?
6        THE WITNESS:  Have you got it?
7        THE VIDEOGRAPHER:  That's fine.
8   A.   It had to be around the same time I took --
9   I don't know the exact date, but it should be on the
10  email that I sent to them with these pictures.
11  Q.   So these would have been sometime since the
12  lawsuit was filed?
13  A.   Yes, ma'am.
14  Q.   Okay.  And the next two photos -- which you
15  can hold up quickly if you want.
16  A.   Okay.  (Indicating.)
17  Q.   And I assume those were taken around the
18  same time in 2017?
19  A.   Yes.
20  Q.   And that was about the time that you noticed
21  your hair was not growing anymore?
22  A.   Oh, I've been noticing it wasn't growing
23  anymore.  Well, the lengthwise in terms of like it was
24  before --
25  Q.   Right.

Page 267

1   A.   -- at the top part, yes.
2   Q.   You had said it stopped growing on the top
3   sometime around 2017?
4   A.   Yes.
5   Q.   Okay.  For your eyebrows, have you waxed or
6   plucked your eyebrows at all since your chemotherapy
7   treatment?
8   A.   I pluck them, yes.  I pluck them.
9   Q.   You pluck them?
10  A.   Yes.
11  Q.   And how often do you pluck them?
12  A.   Probably once a month.
13  Q.   All right.  And do you have any photos from
14  before your cancer diagnosis that show -- close up or
15  in the background -- that show the back of your head
16  or the top of your head?
17  A.   No.
18  Q.   Do you know whether any family members or
19  friends might have any of those?
20  A.   No.  I wouldn't take any pictures of the
21  back of my head or anything like that.  So no.
22       MS. HARPER:  I'm going to mark as Exhibit
23  33 --
24       MR. GEIGER:  What's Exhibit 32?  What we
25  were just looking at?

Page 268

1        MS. HARPER:  Yes.  And then I'm going to
2   mark as Exhibit 33 -- I'll just go ahead and do all
3   these at once to make it easier.  And you don't need
4   to hold up each of these because they're smaller.
5        (EXHIBIT 33, PHOTOGRAPHS - 2017, WAS MARKED
6            FOR IDENTIFICATION.)
7        MS. HARPER:  So as Exhibit 33 I'm going to
8   mark Facebook profile page, 34 Instagram, and 35
9   Google Plus.
10       (EXHIBIT 34, PHOTOGRAPHS - FACEBOOK PROFILE,
11           WAS MARKED FOR IDENTIFICATION.)
12       (EXHIBIT 35, PHOTOGRAPHS - INSTAGRAM, WAS
13           MARKED FOR IDENTIFICATION.)
14  Q.   Is this your Facebook profile page?
15  A.   Yes.
16  Q.   And is that your Instagram profile?
17  A.   Yes.
18  Q.   And I think we discussed earlier, but is
19  that the Google Plus account that you have?
20  A.   Yes.
21  Q.   And you said earlier no one else has access
22  to these accounts?
23  A.   No.
24  Q.   Any photos were posted by you on here?
25  A.   Yes, every one.

Page 269

1   Q.   In the pictures -- let's look at the
2   Facebook one.
3   A.   Okay.
4   Q.   In the pictures that were posted in 2015,
5   2016 -- let's see, do we have any from 2018 on here?
6   2017, yeah, and 2018.  All of these, were those taken
7   around the time that you would have posted them?
8   A.   Yes.
9   Q.   And were you wearing wigs in these photos?
10  A.   Yeah, every last one of them except the
11  ponytail thing.  But yes.
12  Q.   Which one is the ponytail thing?
13  A.   The black one.  (Indicating.)  Yes.
14  Q.   And do these photos, going back before your
15  cancer diagnosis to present day, the photos on here,
16  do they accurately represent how you styled your hair
17  and wore your hair at that time?
18  A.   Yes, ma'am.
19  Q.   So if you'd flip to the fourth page on the
20  Facebook photos.
21  A.   Okay.
22  Q.   I guess you have a picture from 2017, and
23  then someone commented -- the comment appears on
24  page 4.  Okay.
25  A.   Okay.

Page 270

1    Q.   And they say: "I like that bob."  Would
2  that have been a wig that you were wearing or was that
3  your natural hair?
4    A.   Yes, it would have been a wig.
5    Q.   And then looking at your Instagram, when was
6  this picture taken?
7    A.   This was taken recently, very recent.  I can
8  look on my phone and see the exact --
9    Q.   That's okay.  So it's a recent photo?
10   A.   Yes.
11   Q.   What about the Google Plus photo?
12   A.   That's a couple of years -- that's old.
13   Q.   Okay.  Would that have been a wig in that
14  picture?
15   A.   Yes.
16   Q.   And in the Instagram picture, was that a
17  wig?
18   A.   Yes.
19   Q.   And I don't think we've received any
20  Instagram or Facebook photos from you.  Would you be
21  able to provide --
22   A.   The majority of the ones that I've provided
23  so far have been from Facebook.  A lot of these are
24  Facebook and Instagram pictures, yes.
25   Q.   Okay.  If there are any that you didn't

Page 271

1  provide, would you be able to provide those?
2    A.   I guess so, yeah.  I just didn't know if you
3  wanted -- I mean I got a whole bunch from each year
4  that I did post.
5    Q.   Right.  And are you on any other social
6  media platforms?
7    A.   Not that I recall.  I had a Twitter account,
8  but I never used it.  I don't think I've used it.
9  YouTube.  I mean I just use it just to look at videos
10  basically and upload some family reunion videos.  But
11  nothing really of me.
12   Q.   Okay.  Are you on My Space?
13   A.   No.
14   Q.   Have you ever visited any social media pages
15  about Taxotere or docetaxel?
16   A.   No, ma'am.
17   Q.   Have you ever heard of an app called Beyond
18  the Shock?
19   A.   No.
20   Q.   During or since your chemotherapy treatment,
21  have you made friends with anyone or found out that
22  people you were already friends with were going
23  through chemotherapy as well?
24   A.   Let's see.  I probably follow a few people
25  on Instagram that have been through -- that had breast

Page 272

1  cancer on Instagram, yes.
2    Q.   And have they -- do you know what kind of
3  treatment they've had?
4    A.   I can't recall any particular, no.
5    Q.   Do you know -- have they experienced hair
6  loss that you've seen?
7    A.   Yes.
8    Q.   And have they experienced hair regrowth?
9    A.   Yes.
10   Q.   Have you ever communicated with them about
11  your hair loss?
12   A.   No.  I've never actually commented on either
13  one.  I just like whatever they post, but I've never
14  actually commented on anything they've posted.
15   Q.   Have you ever discussed with any physician
16  or anyone else whether your hair loss might have been
17  caused by the other chemotherapy medications you were
18  taking?
19   A.   No.
20   Q.   At what point did you start to think that
21  your hair might not grow back all the way?
22   A.   I can't recall in particular at what point
23  that I thought it would -- I can't recall actually --
24   Q.   And you allege that your hair loss has
25  caused you emotional distress?

Page 273

1    A.   It has affected my life greatly.  I would
2  say that.
3    Q.   And not to pry or anything, but could you
4  just give me an example of what you mean by how it's
5  affected your life?
6    A.   I guess insecurities about my hair, wearing
7  wigs, all of that -- which was by choice.  Before if I
8  wore extensions or anything like that, it was by
9  choice.  It was like: Oh, I'm just wearing an
10  extension or whatever.  Now it's like I have to wear a
11  wig.  And so it has affected me socially.  Mentally
12  because I'm always thinking about it.  So it has
13  affected me.
14   Q.   And when did that begin?
15   A.   That began soon after I lost all my hair.
16   Q.   Has it continued since that time?
17   A.   Yes, still.
18   Q.   Did you experience any periods of
19  improvement?
20   A.   Only when -- yes, since I've been able to
21  flat down the front of my hair to make it blend well
22  with the wig.  That's the only improvement I have seen
23  in terms of that.  Other than that, just wear my
24  natural hair without using Toppik, no.
25   Q.   And have you discussed that with anyone?

Page 274

1    A.  No.  Because it's embarrassing.
2    Q.  I'm just going to go very quickly through
3    some of -- just through a couple of the notes in some
4    of your medical records.
5    A.  Okay.
6        MS. HARPER:  I'm going to mark as
7    Exhibit 36 -- this is your appointment with
8    Dr. McCanless on October 15th, 2014.
9        (EXHIBIT 36, CLINICAL RECORDS OF
10       DR. CHRISTOPHER MCCANLESS, 10/15/2014 -
11       STEWART,W-McCANLESS-MED-00147-00148, WAS
12       MARKED FOR IDENTIFICATION.)
13   Q.  So this would have been about a month after
14   your chemo ended?
15   A.  Yes.
16   Q.  And you reported that you had no complaints
17   at that time?
18   A.  Let's see.  I'm not sure what they meant by
19   "no complaints."  Really in terms of no complaints,
20   complaints to me like are really major things.  I was
21   probably still dealing with the side effects, but it
22   wasn't like, oh, let me complain about it.  So I don't
23   consider my side effects I was going through as
24   complaints.
25   Q.  Sure.  Do you recall whether you complained

Page 275

1    of hair loss on that date?
2    A.  No.
3    Q.  On the next page under -- oh, I'm sorry.
4    Yeah, it is on the next page.  Do you see at the top
5    it says -- for the Review of Symptoms, it says:
6    "Psychological, no depression, no anxiety, no
7    insomnia."
8    A.  Okay.
9    Q.  Do you see that?
10   A.  Yes.
11   Q.  Is that consistent with your recollection?
12   A.  It could have been at that moment.
13   Q.  And further down where it says Physical, it
14   says: "Psychiatric mood is appropriate."  Do you see
15   that?
16   A.  Yes.
17   Q.  Is that consistent with what you recall on
18   that visit?
19   A.  Yes.
20       MS. HARPER:  And I'm going to mark as
21   Exhibit 37 the record of your appointment with
22   Dr. Shamlin on April 14th, 2015.
23       (EXHIBIT 37, MEDICAL RECORD OF DR. TASHA
24       SHAMLIN, OFFICE ENCOUNTER ON 4/14/2015 -
25       STEWART,W-SHAMLIN-MED-00005-00008, WAS

Page 276

1        MARKED FOR IDENTIFICATION.)
2    Q.  Do you recall that visit with Dr. Shamlin?
3    A.  It's possible.  I mean I had so many visits,
4    I can't recall visits in particular, what happened at
5    that moment.
6    Q.  Sure.  I wanted to draw your attention to --
7    on the second page.
8    A.  Okay.
9    Q.  Under the Psychiatric Notes, it states:
10   "Psychiatric, no difficulty sleeping, no mood swings,
11   not feeling anxious, not feeling depressed, no
12   confusion, no memory loss, no hallucinations."  Do you
13   see that?
14   A.  Yes.
15   Q.  Is that consistent with your recollection
16   of how you were feeling --
17   A.  It's possible, yes.  It's possible.
18   Q.  -- April 2015?
19   A.  It's possible.  It's been three years ago.
20   Q.  I know.  It's hard to remember.  It's not a
21   memory test.
22   A.  However I was feeling at the moment, if they
23   asked me, that's what I said.  But it could be the
24   next day you wake up with something strange.  It's
25   just weird, you know.  But yeah.  And what I consider

Page 277

1    complaints is not -- I don't like the word
2    "complaints."
3    Q.  No one likes to complain.
4    A.  Yeah.
5    Q.  Do you recall making any complaints about --
6    reporting to Dr. Shamlin that you had any hair loss or
7    hair thinning?
8    A.  No.
9    Q.  And you had said your hair had already begun
10   growing back at that point a few months prior?
11   A.  Yes.
12   Q.  And on the next page you see it says Skin,
13   and it states: "Scalp normal, fingernails normal,
14   toenails normal, skin color normal, skin turgor
15   normal, no skin rash, no skin lesion, no skin ulcer."
16   A.  Okay.  So how could they say my scalp was
17   normal when they never asked me to take off my wig to
18   look at my scalp?
19   Q.  They didn't examine your scalp that day?
20   A.  No, no one.
21   Q.  And did you make any complaints about your
22   scalp to her that day?
23   A.  No.
24       MS. HARPER:  I'm going to mark as
25   Exhibit 38 -- I'm sorry.  I'm losing my exhibits here.

Page 278

1    Okay.  This is why I'm getting confused.
2    It's actually already marked as an exhibit,
3    Exhibit 26.  It was your appointment with
4    Dr. Childress in 2017.
5    A.   Do I have that?  Okay.  Yes.
6    Q.   And I may have kept the copy with the
7    sticker on it, so I apologize if I did.
8         And did you have any complaints about hair
9    loss when you met with Dr. Gawrenski?
10   A.   Not to my knowledge, no.
11   Q.   Did you have any complaints about your hair
12   loss on that visit?
13        MR. GEIGER:  Are you talking about
14   Childress?
15        MS. HARPER:  I'm sorry.  Childress.
16   Q.   Did you have any complaints about hair loss
17   to Dr. Childress?
18   A.   No.
19   Q.   And this is on the page that's ending with 4
20   at the bottom.
21   A.   Okay.
22   Q.   And it looks like Dr. Childress noted at
23   this appointment in 2017:  "Skin:  Pattern of hair
24   growth normal, no skin rash, no skin lesion, no acne."
25   Do you see that?

Page 279

1    A.   Yes.
2    Q.   And did you discuss that observation at all
3    with Dr. Childress?
4    A.   No.  She must have looked at my hair and my
5    wig, the way it was blended well, I'm assuming.  I
6    don't know.  She did not talk to me about my hair.
7    Q.   And you didn't discuss hair with her at all
8    that day?
9    A.   No.
10   Q.   Okay.  And then on the page that's ending in
11   02 at the end --
12   A.   Okay.
13   Q.   -- there's a note that says --
14   A.   02?
15        MR. GEIGER:  First page.
16        THE WITNESS:  Oh, the first page.  Okay.
17   Q.   It says:  "Over the past two weeks has not
18   felt down, depressed, or hopeless.  Over the past two
19   weeks has not felt lack of interest or pleasure doing
20   things."
21   A.   Okay.
22   Q.   Is that --
23   A.   That could be right.
24   Q.   And on the page ending in 4 -- sorry to keep
25   flipping around -- it notes under the Psychiatric

Page 280

1    Review of Symptoms, it notes that you reported:  "No
2    difficulty sleeping, no mood swings, not feeling
3    anxious, not feeling depressed, no confusion, no
4    memory loss."  Is that correct?
5    A.   That's about right, yes.
6    Q.   Is that pretty consistent with your visits
7    with your physician throughout?
8    A.   Yes.  Especially -- this is 2017, yeah.  I'm
9    pretty sure I was mostly okay at that time.
10   Q.   And again, you said you never discussed with
11   any dermatologist your hair loss or anything?
12   A.   No.
13   Q.   Why didn't you discuss ever with your
14   dermatologist anything about your hair?
15   A.   It's embarrassing to say I'm bald on the top
16   of my head.
17   Q.   Okay.  So just to confirm, you've not had a
18   scalp biopsy done before?
19   A.   Never.
20   Q.   Not even since filing this lawsuit?
21   A.   Right.  Never; right.
22   Q.   Have you ever had any blood tests done with
23   regard to trying to determine the cause of your hair
24   loss?
25   A.   No.

Page 281

1    Q.   Have you ever had your hormone levels
2    checked to determine the cause of your hair loss?
3    A.   Not that I can recall.  I just do my annual
4    labs with my doctor, and she just tells me what she's
5    going to run.  I never say run this for my hair loss
6    to see the reason why I'm losing my hair.  She'll just
7    basically tell me what labs she's going to run.
8    Q.   But there's never any discussion related to
9    hair loss?
10   A.   No.
11   Q.   Have you ever seen an endocrinologist for
12   any reason?
13   A.   No.
14   Q.   Have you ever been examined for a thyroid
15   condition?
16   A.   Not to my knowledge, no.
17   Q.   Have you ever been diagnosed with an
18   autoimmune disease?
19   A.   I know Gawrenski was mentioning something in
20   one of his reports about that, but not actually
21   diagnosed.
22   Q.   And you've never had lupus?
23   A.   No, I was never told I had lupus.  No.
24   Q.   How about rheumatoid arthritis?
25   A.   No, no one has ever told me that.  No.

Page 282

1    Q.   Let me ask you this:  Does anyone in your
2  family have an autoimmune disease?
3    A.   No, no one that I know has arthritis or
4  lupus.  No.
5    Q.   Have you ever had your iron levels checked?
6    A.   I think so.  That's a part of one of my
7  labs, I think, she runs.
8    Q.   Have you ever asked any of your physicians
9  or healthcare providers whether you should consult
10  with a hair loss specialist or hair loss doctor?
11    A.   No.
12    Q.   Has anyone ever recommended that you see a
13  dermatologist or hair loss professional for your hair
14  loss?
15    A.   I've never spoken to any professional about
16  my hair loss.
17    Q.   Have any of your physicians or a friend or
18  anyone recommended that you go see someone about your
19  hair loss?
20    A.   No.
21    Q.   Have you ever sought treatment for any
22  mental or emotional distress that you claim to have
23  suffered as a result of your hair loss?
24    A.   No.
25    Q.   And you said earlier that no physician has

Page 283

1  ever told you that Taxotere or docetaxel caused your
2  hair loss; is that correct?
3    A.   That Taxotere caused hair loss?  Repeat the
4  statement -- the question.  I'm sorry.
5    Q.   I'm sorry.  You said earlier that no
6  physician has ever told you that Taxotere or docetaxel
7  caused you to have permanent hair loss?
8    A.   Right.  No physician has.
9    Q.   Has any physician ever told you that
10  Taxotere or docetaxel caused the thinning of your
11  eyebrows that you're now complaining about?
12    A.   No.
13    Q.   Have you ever consulted with a psychologist
14  or psychiatrist, therapist or counselor at any time?
15    A.   No.
16    Q.   Either before or after chemotherapy?
17    A.   No.
18    Q.   And are you a member of any alopecia support
19  groups?
20    A.   No.
21    Q.   Are you a member of the Taxotere's Google
22  group?
23    A.   No.
24    Q.   Have you ever been contacted by a member of
25  that group, to your knowledge?

Page 284

1    A.   No.
2    Q.   Had you heard of it before today?
3    A.   No.
4    Q.   Have you ever been a member of any internet
5  group that discusses Taxotere or any other issue in
6  this lawsuit?
7    A.   No.
8    Q.   And you're not making a claim for any
9  medical expenses in this lawsuit; is that right?
10    A.   No.
11    Q.   Are you making a claim for any out-of-pocket
12  expenses?
13    A.   What do you mean?  Like medical costs?  What
14  do you mean?
15    Q.   Or any costs that you've had to pay aside
16  from your medical treatment that's associated with any
17  of your injuries.
18    A.   Mostly my medical insurance covered mostly
19  everything except the initial -- the first treatment I
20  had.  I didn't meet my deductible, so I had to come up
21  front with a payment.  So other than that, everything
22  was basically covered.  I usually just pay copays and
23  that's about it and hospital deductible visits and all
24  of that.  But nothing else.
25    Q.   So are you seeking in this lawsuit, are you

Page 285

1  seeking payment of those expenses that you had?
2    A.   I'm not sure.  I don't understand.  So are
3  you asking me am I seeking payments for the copays
4  that I paid?  That's what you're asking?  Or the
5  deductibles?
6    Q.   Yeah.  Any cost that you had.  I'm just
7  wondering in terms of the claim you're bringing in
8  this lawsuit for the injuries you're alleging, what
9  types of things are you seeking?
10    A.   I'm not clear on -- I'm not able to answer
11  that.
12    Q.   Okay.  So in your Plaintiff Fact Sheet I
13  noticed -- and we can pull it out if you'd like -- but
14  you had indicated in the First Amended Plaintiff Fact
15  Sheet, the most recent one, that you're not seeking
16  medical or out-of-pocket expenses in response to those
17  questions.  So would you say that that's an accurate
18  representation of your claims?
19    A.   I guess if the fact sheet states that, yes.
20    Q.   And you're not making any claim for lost
21  wages you said earlier?
22    A.   No, ma'am.
23    Q.   And then I wanted to ask you quickly about
24  the discovery responses you served in this case.  I
25  promise those are the last of the exhibits.  We can be

Page 286

1    done after that.
2         MS. HARPER:  So I'm going to just mark all
3    of these at once.  So 38 will be your responses to
4    interrogatories.
5         THE REPORTER:  I think there was a 38.
6    There's already a 38.
7         MS. HARPER:  Oh, there is?  I think I said
8    38, and then I didn't mark it.
9         THE REPORTER:  I'm sorry.  You're right.
10        MS. HARPER:  And then 39 will be the request
11   for production responses.  And then 40, the requests
12   for admissions responses.
13        (EXHIBIT 38, PLAINTIFF'S RESPONSES TO
14        DEFENDANT SANDOZ, INC.'S, FIRST SET OF
15        INTERROGATORIES, WAS MARKED FOR
16        IDENTIFICATION.)
17        (EXHIBIT 39, PLAINTIFF'S RESPONSES TO
18        DEFENDANT SANDOZ, INC.'S, FIRST SET OF
19        REQUESTS FOR PRODUCTION OF DOCUMENTS, WAS
20        MARKED FOR IDENTIFICATION.)
21        (EXHIBIT 40, PLAINTIFF'S FIRST SET OF
22        RESPONSES TO DEFENDANT SANDOZ, INC.'S,
23        REQUESTS FOR ADMISSIONS, WAS MARKED FOR
24        IDENTIFICATION.)
25   Q.   Have you seen these before?

Page 287

1    A.   Yes.
2    Q.   Did you provide information for preparing
3    these responses?
4    A.   Yes.  If it wasn't already provided before,
5    yes.  Let's see.  Go ahead.
6    Q.   Did you speak with anyone to gather
7    information for these responses?
8    A.   No, I didn't speak to anyone to gather --
9    no.
10   Q.   Did you review any documents to gather
11   information to prepare any of these responses?
12   A.   Only what I've had and what I provided to
13   you guys, but nothing outside of what you don't have.
14   Q.   Was there anything else you did to gather
15   information to answer any of these?
16   A.   No, ma'am.  No.
17   Q.   Do you see anything in your responses to the
18   interrogatories --
19   A.   Let me see.
20   Q.   Why don't we look through those first.
21   A.   Okay.  (Document review.)
22   Q.   If you could flip to interrogatory 7.
23   A.   Okay.
24   Q.   So it refers to -- in your answer it refers
25   to physician.  It says that you don't recall the full

Page 288

1    extent of warnings discussed by any healthcare
2    provider other than you were told that you may
3    experience nausea or that your hair loss following
4    chemotherapy would be temporary and your hair would
5    eventually grow back fully?
6    A.   Yes.
7    Q.   So what physician told you that?
8    A.   McCanless initially, yes.
9    Q.   Did any other physician ever tell you that?
10   A.   I didn't talk to anybody else about the hair
11   loss or anything like that.
12   Q.   And when would McCanless have told you that?
13   A.   When I was first diagnosed and I asked him
14   the question.  He asked me did I have any questions.
15   And I asked about the hair loss.  And that's when he
16   went into some of the side effects relating to the
17   treatment.
18   Q.   In your response to interrogatory number
19   3 -- sorry to flip back a little bit -- you state
20   that -- in the second to last sentence you state that
21   you would have relied on the doctor as to what would
22   have been appropriate in the absence of a docetaxel
23   chemotherapy regimen?
24   A.   Yes.
25   Q.   But you stated earlier you aren't aware of

Page 289

1    any alternatives?
2    A.   Right.
3    Q.   Dr. McCanless didn't present any
4    alternatives to you in the absence of a docetaxel
5    regimen?
6    A.   That is correct, yes.
7    Q.   And that's what he felt was the best regimen
8    for you?
9    A.   That is correct.
10   Q.   That was his recommendation?
11   A.   That was his recommendation.  He didn't give
12   me any other option, so I didn't know about any other
13   options.
14   Q.   Did you rely on him to give you what would
15   be the most effective form of treatment?
16   A.   Yes, yes.
17   Q.   Okay.  And then looking at the request for
18   production -- sorry.  In looking over the
19   interrogatories, were there any answers that you would
20   change today?
21   A.   Let me go back.  (Document review.)  No.
22   Q.   And then looking at the request for
23   production, I don't have any specific questions about
24   those.  But I assume you provided information to
25   assist in responding to those?

Page 290

1    A.   Let's see.  (Document review.)
2    Q.   Did you assist in providing --
3    A.   Yes.
4    Q.    -- information to prepare those responses?
5    A.   Yes.
6    Q.   And are there any documents that are
7  responsive to those requests that you have not
8  provided in this communication?
9    A.   No.  I provided everything except the
10 additional Facebook pictures that you wanted.
11   Q.   Oh, correct.  Aside from the additional
12 Facebook and Instagram pictures?
13   A.   Yes, yes.
14   Q.   All right.  And then the requests for
15 admissions, the next one.
16   A.   Okay.
17   Q.   Did you assist in providing information for
18 this?
19   A.   Yes.
20   Q.   And I had a question about your answer to
21 number 17.
22   A.   Okay.  17?
23   Q.   And it states -- your answer states:
24 "Plaintiff admits in part that she does not seek to
25 hold Sandoz liable for future medical expenses related

Page 291

1  to her continued cancer monitoring.  However,
2  Plaintiff denies to the extent this question calls
3  into question any potential treatments that may be
4  available to her regarding her permanent hair loss."
5        And so my question that I was going to ask
6  you is just are there any potential treatments for
7  your hair loss that you're considering at this time?
8    A.   No.
9    Q.   Are you aware of any treatments that are
10 available to you?
11   A.   No.
12   Q.   And you may not even be familiar with this,
13 but sometimes there are outside organizations that
14 fund litigation.  So I was wondering are you aware of
15 any outside entity or organization or individual who
16 has invested in your lawsuit in any way?
17   A.   No, I'm not aware.
18   Q.   Do you have any prior arrests or
19 convictions?
20   A.   No.
21   Q.   Have you ever filed bankruptcy?
22   A.   Yes.
23   Q.   And when was that?
24   A.   That was around the time I started my
25 treatment, 2014, around the summertime, I think, July.

Page 292

1  I think July 2014.
2    Q.   And where was that proceeding filed?
3    A.   Baton Rouge.
4    Q.   And has that been resolved?
5    A.   Yeah.  In September 2014.
6    Q.   Did you have an attorney during your
7  bankruptcy?
8    A.   Yes.
9    Q.   Who represented you for that?
10   A.   I can't remember her name.  Elizabeth --
11 Google.  Let's see.  (Searching through cell phone.)
12 Elizabeth Hall.
13   Q.   Elizabeth Hall?
14   A.   Yes.
15   Q.   And if you could -- not to go into it too
16 much, but what were the circumstances of your
17 bankruptcy?
18   A.   Just basically -- I thought it was going to
19 really cost me a lot to go through treatment because
20 I've heard stories of people not able to afford, you
21 know, treatment.  So I just filed bankruptcy.
22   Q.   And that resolved in September 2014?
23   A.   Yes.
24   Q.   Have you had reason to obtain an attorney --
25 or retain an attorney on any other occasion in the

Page 293

1  past?
2    A.   No.
3    Q.   Has anyone in your family filed a lawsuit
4  that you're aware of?
5    A.   Not that I'm aware of.
6    Q.   Do you know anyone else who has filed a
7  lawsuit involving pharmaceuticals?
8    A.   Accidents but not pharmaceuticals, no.
9    Q.   Do you know anyone who has ever filed a
10 product liability lawsuit?
11   A.   No.
12   Q.   And the bankruptcy in 2014, was that the
13 only bankruptcy you've ever had?
14   A.   Yes.
15   Q.   I'm just making sure I didn't miss anything.
16       If you could just tell me as a few final
17 things, if you could tell me in your own words what
18 prompted you to file this lawsuit?
19   A.   Actually I seen the commercial, and I
20 realized then that nothing was wrong with me and there
21 was a reason for my hair loss.  And it was due to the
22 drug Taxotere.
23   Q.   And you didn't consult with any physicians
24 at that time?
25   A.   No.

Page 294

1    Q.   No one ever told you that was due to
2  Taxotere as opposed to maybe one of the other
3  chemotherapy drugs or any other cause?
4    A.   Not permanent hair loss, no.
5    Q.   Has anyone ever told you personally that my
6  client, Sandoz, did anything wrong?
7    A.   No.
8    Q.   Has anyone ever told you that Sandoz's
9  docetaxel medication was defective in any way?
10    A.   No.  Because I didn't know until I saw the
11  commercial.  So I wasn't sure at that time who was the
12  manufacturer.  I didn't know it was Sandoz until
13  today.
14    Q.   Right.  And to your understanding, the
15  docetaxel functioned as it was supposed to in the
16  chemotherapy?
17    A.   Yes.
18    Q.   And has anyone ever told you that Sandoz did
19  not adequately warn of any of the side effects or the
20  instructions associated with its docetaxel?
21    A.   The information that I got from the
22  commercial was basically that the manufacturer failed
23  to warn.
24    Q.   And you don't have any criticisms of any of
25  the doctors who prescribed you docetaxel; correct?

Page 295

1    A.   No.  I just wish I would have been given an
2  option outside of the Taxotere if there was one that
3  would have the same effect of me living longer and
4  getting rid of the cancer without the permanent hair
5  loss.
6    Q.   If there had been that option?
7    A.   Yes, ma'am.
8    Q.   If that existed?
9    A.   Yes.
10    Q.   And to your recollection, you didn't ask any
11  questions about whether there were any other options?
12    A.   No.
13    Q.   And you didn't research to see if there were
14  other options?
15    A.   No.  Because I just went with the doctor,
16  what the oncologist stated.
17    Q.   And I know we've said this earlier, but you
18  relied on Dr. McCanless' expertise to figure out what
19  would be the most effective chemotherapy regimen for
20  treating your cancer --
21    A.   Yes.
22    Q.   -- and saving your life?
23    A.   That is correct.  He didn't give me any
24  other options, and I didn't know that there were any
25  options.  So yeah.

Page 296

1    Q.   Were you trusting him to figure out what
2  would be the best regimen for you?
3    A.   Yes.
4    Q.   And you went with the regimen based on his
5  recommendation?
6    A.   That is correct.
7    Q.   Is there anything else that you remembered
8  through the course of today about your chemotherapy
9  or the claims in this lawsuit that we haven't
10  discussed?
11    A.   No.  I believe you've covered everything.
12    Q.   Is there anything you expected me to ask
13  that I haven't asked you about?
14    A.   No.
15    Q.   And do you generally have an understanding
16  that medications have risks and side effects?
17    A.   Yes.
18    Q.   And that physicians weigh the risks and
19  benefits when they prescribe medications?
20    A.   I didn't know they do all that.
21    Q.   It's not in your expertise?
22    A.   Right.
23    Q.   And you're familiar with having discussions
24  with your physicians about risks and benefits of
25  medications and treatment?

Page 297

1    A.   Yes.
2    Q.   And you have participated in those
3  discussions with your physicians?
4    A.   Yes.
5    Q.   You had the opportunity to ask questions to
6  your physicians about your cancer treatment?
7    A.   Yes.
8    Q.   And you have not -- following your
9  treatment, you've not sought any diagnosis for the
10  hair loss you're claiming in this lawsuit?
11    A.   That's correct.
12    Q.   And you've not sought any treatment for any
13  mental health issues or emotional distress that you
14  claim to have suffered in this lawsuit?
15    A.   That's right, yes.
16    Q.   And you are currently cancer free;
17  correct?
18    A.   That is correct.
19       MS. HARPER:  I believe those are all the
20  questions I have.
21       MR. GEIGER:  I don't have any questions.
22  Thank you so much for your time.
23       MS. HARPER:  Thank you so much.
24       THE WITNESS:  Thank you.  Thank you.
25       THE VIDEOGRAPHER:  Okay.  So this is the end

Page 298

```
 1      of the deposition, case number 17-CV-10817, ending at
 2      6:09, March 15th, 2019.
 3              (THE DEPOSITION OF WANDA STEWART
 4              WAS CONCLUDED AT 6:09 P.M.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 299

```
 1                    C E R T I F I C A T E
 2
 3         This certification is valid only for a
        transcript accompanied by my original signature and
 4      original required seal on this page.
            I, Debra Amos Isbell, CCR,RDR,CRR, Certified
 5      Court Reporter in and for the State of Louisiana, as
        the officer before whom this testimony was taken, do
 6      hereby certify that WANDA STEWART, after having been
        duly sworn by me upon authority of R.S. 37:2554, did
 7      testify as hereinbefore set forth in the foregoing 298
        pages;
 8         That this testimony was reported by me in the
        stenotype reporting method, was prepared and
 9      transcribed by me or under my personal direction and
        supervision, and is a true and correct transcript to
10      the best of my ability and understanding;
           That the foregoing transcript has been
11      prepared in compliance with transcript format
        guidelines required by statute or by rules of the
12      board, and that I am informed about the complete
        arrangement, financial or otherwise, with the person
13      or entity making arrangements for deposition services;
        that I have acted in compliance with the prohibition
14      on contractual relationships, as defined by Louisiana
        Code of Civil Procedure Article 1434 and in rules and
15      advisory opinions of the board;
           That I have no actual knowledge of my
16      prohibited employment or contractual relationship,
        direct or indirect, between a court reporting firm and
17      any party litigant in this matter nor is there any
        such relationship between myself and a party litigant
18      in this matter.  I am not related to counsel or to the
        parties herein, nor am I otherwise interested in the
19      outcome of this matter.
20      DATED: 3-27-2019
21
                _____
22      DEBRA AMOS ISBELL, CCR,RDR,CRR
        LOUISIANA - CCR #2014003
23      ALABAMA - CCR #21
        ILLINOIS - CSR #084.004798
24      MISSISSIPPI - CSR 1809
25      My Louisiana CCR certification expires:  12/31/2019
```

Page 300

```
 1            ERRATA SHEET
 2      Case Name:
 3      Deposition Date:
 4      Deponent:
 5      Pg. No. Now Reads   Should Read  Reason
 6      ___ ___ _____   _____  _____
 7      ___ ___ _____   _____  _____
 8      ___ ___ _____   _____  _____
 9      ___ ___ _____   _____  _____
10      ___ ___ _____   _____  _____
11      ___ ___ _____   _____  _____
12      ___ ___ _____   _____  _____
13      ___ ___ _____   _____  _____
14      ___ ___ _____   _____  _____
15      ___ ___ _____   _____  _____
16      ___ ___ _____   _____  _____
17      ___ ___ _____   _____  _____
18      ___ ___ _____   _____  _____
19      ___ ___ _____   _____  _____
20
                    _____
21
                    Signature of Deponent
22
        SUBSCRIBED AND SWORN BEFORE ME
23      THIS ____ DAY OF _____, 2019.
24      _____
25      (Notary Public)  MY COMMISSION EXPIRES:_____
```

**A**

**A-R-G-A-N (1)**
83:18
**a.m (3)**
1:23 2:9 82:5
**ability (2)**
14:22 299:10
**able (16)**
15:1 30:18 49:23
   79:10 121:23 142:3
   174:13,16 226:15
   235:13 258:13
   270:21 271:1
   273:20 285:10
   292:20
**abnormal (3)**
223:13,20 230:20
**abnormalities (2)**
40:16 158:15
**abortion (4)**
17:7,9,13,19
**absence (2)**
288:22 289:4
**absolutely (1)**
20:17
**access (5)**
38:25 138:4,16
   139:20 268:21
**Accidents (1)**
293:8
**accompanied (2)**
123:1 299:3
**account (7)**
138:13,17,20 139:21
   140:12 268:19
   271:7
**accounts (1)**
268:22
**accurate (7)**
54:13,16 123:15
   125:12 126:15
   264:23 285:17
**accurately (2)**
95:24 269:16
**acetaminophen (1)**
113:4
**ache (1)**
195:6
**aches (5)**
180:25 196:2,8
   211:24 215:23
   231:24
**aching (1)**
137:11
**acne (3)**
114:22 115:1 278:24

**acquaintances (1)**
26:22
**acted (1)**
299:13
**actual (4)**
26:4 241:2 250:2
   299:15
**ad (1)**
183:21
**add (2)**
72:3 87:21
**added (4)**
72:14 127:3 188:24
   189:1
**adding (1)**
87:17
**addition (5)**
20:4 61:15 95:13
   128:13 194:4
**additional (13)**
20:5 35:6,17 38:6
   42:8 43:14 53:21
   123:14 126:18
   128:7 252:3 290:10
   290:11
**address (3)**
16:10,16 142:1
**addresses (1)**
141:21
**adequately (2)**
207:16 294:19
**Adipex (3)**
148:14 149:2,13
**adjustment (2)**
130:11,14
**administer (1)**
50:10
**administered (2)**
47:17 166:10
**administration (2)**
172:22 175:25
**admissions (5)**
8:11 53:9 286:12,23
   290:15
**admits (1)**
290:24
**Adria (1)**
175:7
**Adriamycin (8)**
5:14 22:3,16 48:24
   49:13 171:1 178:2,8
**advance (2)**
185:9 199:24
**advertisement (2)**
28:7 133:4
**advertising (1)**

33:16
**advice (3)**
206:13 208:10,12
**advise (1)**
154:21
**advised (1)**
224:7
**advisory (1)**
299:15
**affect (3)**
14:22,25 212:16
**affixed (1)**
88:25
**affixing (1)**
98:3
**afford (1)**
292:20
**afraid (1)**
162:16
**afro (2)**
67:15 87:4
**aftereffect (1)**
17:19
**age (5)**
49:23 61:10,14
   147:24 208:5
**aged (1)**
62:3
**agencies (1)**
52:1
**agents (2)**
171:8,12
**aggressive (2)**
50:6,8
**aging (1)**
62:7
**ago (25)**
17:21 34:15 39:4
   55:13,14 57:14 65:4
   66:9 71:1 74:21
   116:11 120:25
   131:5 132:4,9,15,21
   194:25 250:20
   255:18,22 256:8,12
   257:1 276:19
**agree (1)**
123:17
**agreed (2)**
9:3 11:14
**ah (1)**
139:1
**AHA (3)**
229:14,17 240:22
**ahead (7)**
41:24 49:11 198:1
   217:25 246:12

268:2 287:5
**air (1)**
130:5
**ALABAMA (1)**
299:23
**album (1)**
65:3
**Allan (7)**
2:6 3:4 10:5,13 27:20
   28:15 142:13
**allegation (1)**
136:12
**allegations (1)**
135:7
**allege (3)**
137:7 205:17 272:24
**alleged (1)**
245:8
**alleging (8)**
11:17,20 55:16 244:5
   253:9 254:2,14
   285:8
**allowed (1)**
11:12
**allows (1)**
38:22
**alopecia (3)**
178:5,12 283:18
**alternative (4)**
206:8 207:21,24
   212:8
**alternatives (4)**
152:12 206:11 289:1
   289:4
**amend (1)**
124:10
**amended (17)**
6:18,21 122:12,17,22
   123:22 124:7,12
   125:4,5,5,17,18
   135:21 136:3
   244:20 285:14
**Amos (6)**
1:19 2:9 9:17 10:10
   299:4,22
**amount (2)**
16:7 85:13
**amoxicillin (1)**
115:20
**anastrozole (2)**
246:24 247:7
**and/or (2)**
177:14 179:19
**Andrew (2)**
3:9 10:13
**aneurysm (3)**

57:21,23 58:12
**Angela (19)**
5:24 6:2,4 55:4 56:6,7
   56:11 65:18 66:5
   68:1,5,20,23 69:3,5
   69:6 70:9 72:13,18
**Angela's (1)**
72:9
**Anita (3)**
6:3 68:2,21
**ankles (1)**
191:19
**annual (4)**
40:10 145:14 147:7
   281:3
**annually (2)**
145:3,21
**answer (11)**
13:14 14:4,14 124:19
   124:24 125:1
   285:10 287:15,24
   290:20,23
**answering (1)**
13:19
**answers (3)**
125:16 128:4 289:19
**antibiotic (1)**
113:20
**antibiotics (1)**
39:11
**anticancer (3)**
15:9 40:8 211:15
**anticancer-fighting ...**
211:17
**anxiety (18)**
190:6,10,15,25 191:2
   191:6,7 216:16
   217:3,8,15,21 221:2
   221:10 222:9
   242:23 243:1 275:6
**anxious (6)**
218:14,16,22 219:1
   276:11 280:3
**anybody (12)**
18:17,21 27:5 31:5
   54:22 62:16 106:9
   114:25 124:23
   128:12 232:10
   288:10
**anymore (7)**
125:21 210:10 235:8
   242:14,19 266:21
   266:23
**Anytime (1)**
87:11
**anyway (5)**

182:13 254:7,17
255:3 256:16
**apologies (1)**
167:17
**apologize (2)**
35:24 278:7
**app (2)**
139:15 271:17
**appearance (1)**
108:4
**APPEARANCES (1)**
4:1
**appears (1)**
269:23
**appetite (2)**
194:3,7
**applicable (1)**
136:12
**applied (2)**
54:19 125:9
**appointment (32)**
146:6,13 148:5
154:17 161:22
170:21 172:4
173:23,23,25
174:21 175:17
176:19 184:3
185:12 200:20
201:18,20 202:10
220:1,12 221:18
226:18 228:13,13
228:15,23 229:12
274:7 275:21 278:3
278:23
**appointments (2)**
192:11,13
**approaching (1)**
39:22
**appropriate (4)**
111:18 214:13 275:14
288:22
**approximately (2)**
57:18 92:14
**April (11)**
70:15 71:3 112:1,8,12
140:8,9 225:5 226:1
275:22 276:18
**April's (1)**
112:1
**area (8)**
40:13 165:10 196:1
200:5 249:7 253:13
257:18 259:15
**areas (3)**
248:19,19 253:8
**argan (1)**

83:17
**Arimidex (9)**
211:3 212:7,16
215:16 216:3,8,10
216:11 220:23
**arm (8)**
153:16,19,20 154:10
155:20 158:18
199:11 253:22
**armpit (1)**
254:3
**arms (2)**
199:9 254:11
**arrangement (1)**
299:12
**arrangements (1)**
299:13
**arrests (1)**
291:18
**arrived (1)**
165:9
**artery (1)**
144:4
**arthritis (2)**
281:24 282:3
**Article (1)**
299:14
**aside (5)**
24:4 136:24 210:3
284:15 290:11
**asked (3)**
37:10 44:5 45:19 60:7
60:16 119:20
129:25 137:23
146:21 155:16
159:9 161:4 164:6
181:8 184:8,9
185:15 186:3
192:23 207:20,25
215:20 218:8 226:3
276:23 277:17
282:8 288:13,14,15
296:13
**asking (5)**
15:1 18:2 142:15
285:3,4
**asks (2)**
41:6 133:13
**asleep (1)**
196:6
**asserting (1)**
11:25
**Assessment (1)**
175:5
**assist (3)**
289:25 290:2,17

**assistant (1)**
150:10
**assistants (1)**
158:6
**associated (9)**
30:24 44:17 173:22
180:11 207:10
237:1 254:3 284:16
294:20
**Associates (4)**
2:6 3:4 10:6,14
**associating (2)**
31:15 237:3
**assume (5)**
14:5 140:15 265:10
266:17 289:24
**assuming (2)**
251:2 279:5
**ataxia-telangiectasi...**
202:1
**Ativan (1)**
190:1
**Atlanta (1)**
4:7
**ATM (3)**
167:1,5 201:24
**attaches (2)**
88:5 89:5
**attack (1)**
225:17
**attention (1)**
276:6
**attire (1)**
67:12
**attorney (12)**
11:14 14:9 19:2,14
20:24 133:11,22
135:8,9 292:6,24,25
**attorneys (8)**
3:5,15 4:4 18:13,15
18:18 25:16,21
**audio (1)**
22:23
**August (9)**
23:12 40:11 188:10
188:15 245:10,19
245:20 246:15
248:16
**aunt (10)**
62:11,13,14 144:11
144:13 225:13,16
225:17,18,20
**aunts (3)**
62:19 225:15,24
**Aussie (1)**
259:8

**authority (1)**
299:6
**autoimmune (4)**
234:8,12 281:18
282:2
**available (3)**
37:17 291:4,10
**Avenue (1)**
3:16
**aware (13)**
11:16,24 43:2 142:20
142:24 144:13
207:1 288:25 291:9
291:14,17 293:4,5

-----

**B**

**B (1)**
230:20
**B-O-U-R-G-E-O-I-...**
157:11
**bachelor's (1)**
53:23
**back (124)**
21:16 23:3,4 24:5
30:3,7,9,11,15,21
31:1 37:7 39:12
40:18 44:6,7 45:16
51:4,5 57:5,7 62:24
65:14 71:16 72:14
72:14 75:2 76:3
78:2 79:4,24 81:17
82:4,7,11 88:2,13
93:6 95:19,20,22
101:15,16,22,23
102:7,9 103:25
104:24 122:5
127:16,17 129:22
129:24 130:11,14
131:3 137:21,25
140:7 144:21
157:16 159:13,22
164:8,9,10 165:4
166:25 167:1,10
172:6 176:20
177:13 178:14
179:8 181:13 182:1
194:25 195:5
214:15 215:20
216:6 223:16 224:4
227:16 229:8
235:15 236:20
237:12,16 240:17
242:18 243:25
248:23 249:20
250:6,11,18,24
251:5,6,9,12,14,21

252:6,17,18,24
254:1 256:22 260:6
261:15,16,18
267:15,21 269:14
272:21 277:10
288:5,19 289:21
**background (6)**
51:5 53:15 55:16
106:9,10 267:15
**bad (16)**
79:2,5 107:17,19
109:5 110:15,25,25
163:19 168:21
198:25 216:10,11
246:20 252:19,21
**bald (14)**
60:4 61:1 75:20 96:5
96:8 97:1,2 134:1
137:24 138:1
218:19 245:20
256:2 280:15
**balding (3)**
63:13,25 64:11
**baldness (2)**
63:23 80:3
**bandaged (1)**
198:9
**bankruptcy (6)**
291:21 292:7,17,21
293:12,13
**based (18)**
46:4 50:9 60:21 77:1
77:9 86:6 91:16
108:10,11 110:19
133:23 137:22
156:11 169:20
171:22 185:17
240:7 296:4
**basically (41)**
27:25 31:13 35:8,9
45:15,17 48:6,7
51:6 61:23 85:2
108:17 130:5
133:19 155:6,21
156:6 163:7,9 166:8
166:9 169:15
171:22 172:1
180:22 181:4,14
201:9 202:24 208:4
221:7 231:16,25
247:18,19 262:8
271:10 281:7
284:22 292:18
294:22
**basis (4)**
14:15 41:7 80:23

145:9
**bathtub (1)**
58:3
**Baton (12)**
5:18 16:3,5,11,16
  20:17 23:22 24:11
  37:8 40:24 148:23
  292:3
**BC/BS (2)**
5:20 24:14
**began (5)**
88:21 246:23 247:12
  248:12 273:15
**beginning (1)**
200:17
**begins (1)**
177:12
**begun (1)**
277:9
**behalf (4)**
10:16,18 124:2 135:7
**belief (1)**
123:11
**believe (25)**
20:6 57:21 72:1 92:22
  115:4 125:14 136:8
  136:11 157:5
  162:12,12 165:14
  176:4 192:22,22
  203:19 205:23
  207:8 211:21,21
  213:9 224:14,15
  296:11 297:19
**believed (2)**
169:23 171:17
**benefit (3)**
43:7 169:13 254:8
**benefits (10)**
24:1 48:2,5 51:17,20
  52:18 54:20 208:25
  296:19,24
**Benign (1)**
155:8
**Bennett (3)**
56:1,24 70:6
**Berger (6)**
2:6 3:4 10:5,13 27:20
  142:13
**Berger's (2)**
28:15 29:14
**best (15)**
13:19 123:10,19
  125:3 169:17
  171:17,24 206:18
  208:3,6,8,15 289:7
  296:2 299:10

**bet (1)**
39:15
**better (6)**
14:2 37:1 121:23,25
  130:13 162:22
**beyond (5)**
60:17 129:6,13
  193:25 271:17
**big (8)**
50:3 67:15 108:10
  130:6 240:7 256:9
  256:15 257:25
**bigger (3)**
96:4 194:16 238:4
**billing (1)**
20:7
**biopsy (11)**
154:1,19 157:20,22
  158:2,5,9,17,20
  159:9 280:18
**biotin (2)**
89:22 90:3
**birth (1)**
15:25
**bit (30)**
24:5 51:5 73:2 83:16
  96:13 129:25 130:1
  134:12 148:19
  178:6 187:14
  188:23 194:9
  201:22 209:4
  216:23 236:7,20
  241:3,12 244:3
  245:25 247:18,21
  252:10 253:17
  257:20,22 263:22
  288:19
**black (2)**
46:5 269:13
**bladder (2)**
152:8,9
**bleaching (1)**
74:7
**bleeding (2)**
107:13 108:5
**blend (4)**
257:23 258:14 262:6
  273:21
**blended (2)**
258:17 279:5
**blends (1)**
257:21
**bloating (1)**
149:16
**blog (2)**
140:13,14

**blogs (1)**
140:15
**blood (31)**
5:16 22:7,20 23:10
  41:4 58:20,23
  179:16,18,23
  180:24 189:17
  191:24,25 192:2
  224:7,10,17 226:12
  227:7,11,12,12
  228:23 229:3
  231:11,12 239:11
  239:22,23 280:22
**blow (6)**
76:5,6,15 83:6,14
  258:20
**Blowout (1)**
84:5
**blue (9)**
20:7,18 21:5 23:25
  26:1 32:19 233:8,24
  261:1
**blurred (1)**
233:20
**board (2)**
299:12,15
**bob (3)**
102:17,21 270:1
**bobby (2)**
89:4 130:13
**body (19)**
35:19 41:17 47:17
  49:16,23 50:22
  76:11 93:12 107:21
  114:9 171:15 178:5
  178:11 194:14
  195:8,16 196:9
  241:9 253:20
**bold (1)**
119:9
**bone (6)**
46:3 156:22,24
  180:25 195:6
  215:23
**bones (2)**
46:3 137:11
**Bonner (15)**
41:9 184:7,16,24,25
  186:25,25 187:2,3,4
  196:24 197:9,13
  207:12,15
**booked (1)**
164:12
**born (1)**
16:2
**bother (1)**

254:11
**bottle (6)**
83:9 91:11 112:22
  214:24 222:5
  242:16
**bottom (13)**
65:19 70:12,13 80:20
  120:19 127:13
  147:14 178:3,10
  179:12 192:1
  265:23 278:20
**bought (3)**
67:19 151:16 259:14
**bowel (1)**
179:17
**boyfriend (1)**
111:20
**braid (6)**
78:7,8 79:15,21 82:13
  104:2
**braided (2)**
131:4,9
**braiding (2)**
78:5 131:8
**braids (2)**
82:9,14
**brain (2)**
57:21,23
**brand (6)**
12:7 15:8 84:9,18
  259:19,21
**Brazilian (1)**
84:5
**BRCA (1)**
166:23
**break (21)**
14:10,14 20:15,16
  23:7 35:25 56:25
  57:2,9 76:1 81:20
  81:23,24 82:2
  129:16 130:3 170:5
  170:6,20 224:20
  243:19
**breaks (1)**
14:15
**breast (41)**
15:10 27:12 35:13
  36:8,14 60:9,14
  62:11,13,14,17,21
  144:5,11,14,17,18
  153:14,16 155:5,17
  156:11 158:18,19
  160:5 161:3,10
  165:15 166:1,5
  171:18 197:16,18
  209:20,23 211:16

225:13,21,22
  237:20 271:25
**breasts (2)**
201:13 238:3
**breath (1)**
149:9
**bring (3)**
25:7 79:18 216:20
**bringing (1)**
285:7
**brochure (6)**
164:21 176:4 177:6,7
  180:6,19
**brochures (5)**
43:14 172:8 175:14
  177:19,22
**broken (1)**
50:21
**brother (7)**
6:5 58:11 64:10 69:22
  70:3,11,18
**brothers (1)**
57:10
**brought (9)**
19:10 20:1,3 23:8
  135:7 164:2,3 228:1
  228:6
**brown (11)**
108:1,2 111:2 112:17
  127:13,14 147:3,21
  152:1,12 251:7
**brownish (1)**
132:17
**Bruce (1)**
128:14
**bulge (1)**
79:16
**bunch (2)**
176:11 271:3
**burning (15)**
184:19 201:10,15
  202:17,22 203:2,7,9
  203:11,12,21,22,24
  252:13,14
**buy (3)**
75:15 259:13 264:5

---

**C**

**C (3)**
3:1 299:1,1
**cabinet (2)**
222:4,16
**caffeine (1)**
148:19
**calendar (17)**
5:17 19:17,18,19,22

23:12 24:9 26:9
47:4,9 48:17 172:6
176:13,13 187:17
187:20 245:4
**call (8)**
28:11 36:22 38:17
58:25 63:23 149:15
154:2 199:11
**called (30)**
36:18,19,21 75:16,20
107:20 110:7
114:11 149:16
151:8,14 153:23
154:10 159:4,12,18
159:18,19 160:2,13
161:14 178:5,11
199:12 210:20
239:6,25 259:12
264:3 271:17
**calling (1)**
159:12
**calls (1)**
291:2
**camera (3)**
13:7 65:11 262:19
**Canal (3)**
2:7 3:6 10:6
**cancer (140)**
5:11 7:8 15:10 19:7
21:20 22:9 27:12
34:22 35:13,23 36:9
36:14 39:17,20,21
41:1 43:18,22 44:1
47:25 49:14 50:6
56:18 58:15,24 59:1
59:2,5,9 60:9,14
62:11,13,14,17,21
81:12 93:11 114:22
115:1,13 129:4,11
139:7 140:2 142:25
143:1,3,5,7,11,14
144:5,11,15,18,18
144:24 146:15,25
148:10 150:23
153:10 155:5,7,9,10
155:15,17,17,23
156:11 160:5 161:3
161:3,10 163:11,15
163:17 164:23
165:16,23,25,25
166:1,5,5 168:16
169:15,20 171:18
171:23 172:17,18
176:23 180:8 197:1
200:10 203:25
204:17 205:24

209:7,20,23 211:17
213:7 216:19,23
217:2,11,16,18
218:23 219:2
222:18 223:7 224:6
225:13,21,23 230:8
231:2 233:1 235:24
241:1,6,13,24
254:23,25 257:8
260:5 267:14
269:15 272:1 291:1
295:4,20 297:6,16
**cancer.org (1)**
43:19
**cancerous (1)**
227:15
**cap (1)**
189:7
**capacity (1)**
54:15
**capital (1)**
157:11
**capsules (2)**
91:12 214:25
**carbs (2)**
240:17 241:10
**cardiologist (2)**
223:11 241:18
**care (20)**
20:2 35:20 73:3 81:11
83:19 129:5,13
140:2 145:1 146:17
148:1 158:11
161:15 198:13
205:24 209:5
223:17 224:3
241:14 254:5
**careful (1)**
93:12
**carefully (1)**
202:4
**Carlos (1)**
162:2
**case (9)**
1:6 10:4 23:5 54:14
135:4,18 285:24
298:1 300:2
**cases (2)**
27:9,16
**CAT (4)**
40:10,12,23 41:4
**Catapult (1)**
239:6
**cause (8)**
28:12 195:24 201:16
229:5 231:14

280:23 281:2 294:3
**caused (8)**
28:14 207:3 272:17
272:25 283:1,3,7,10
**causing (1)**
110:22
**CCR (3)**
299:22,23,25
**CCR,RDR,CRR (3)**
1:19 299:4,22
**cell (13)**
65:1 66:17 67:25
68:22 69:9,21
189:18,19 226:12
227:7 231:11 264:7
292:11
**cells (6)**
179:15,16,17 227:12
227:13 229:3
**Center (2)**
7:8 200:10
**certain (6)**
16:7 73:22 77:8 85:13
173:21 249:23
**certification (2)**
299:3,25
**certifications (2)**
53:24 54:9
**Certified (4)**
2:12,13 9:18 299:4
**certify (1)**
299:6
**cervical (4)**
143:3,5 146:14,25
**cetera (1)**
145:4
**chance (4)**
21:17 24:23 59:16
260:23
**change (13)**
41:23,25 52:5 61:3
92:23 108:16
136:22 194:8
250:23 251:4 257:6
257:25 289:20
**changed (3)**
81:11,13 127:10
**changes (8)**
61:25 125:16 128:3
215:2 221:5 236:25
238:11 242:6
**changing (3)**
92:2 201:10 248:12
**check (3)**
41:17,18 58:9
**checked (3)**

146:19 281:2 282:5
**checks (1)**
146:24
**Chemical (1)**
89:17
**chemo (32)**
23:14 35:9,10 47:16
50:12 77:10 86:14
86:16,18 140:16
147:8 168:8 169:3
175:7 177:4,20
184:12 193:7
194:11 204:6 211:8
212:25 213:3,3,6,7
226:19 231:25
237:14 244:9 258:8
274:14
**Chemocare (1)**
129:9
**chemocare.com (17)**
5:12,13,14,15,16
21:23,25 22:2,4,6
22:11,13,15,17,19
23:10 129:12
**chemotherapy (129)**
7:18 19:21 20:8 29:22
30:19 35:7 38:6,10
44:16 45:13,21
46:16 47:3,14 48:3
49:13 50:1,14 59:21
59:22 60:23 61:3
80:6 87:1,5 98:14
112:6,11 115:25
116:16 117:22,25
118:8 129:6,13
132:12 137:1,6,6
170:25 171:5,8,12
171:25 172:22,25
173:5 175:25
177:24 179:16
180:2 181:1 183:1,7
183:8,22 185:19,22
186:1,19 189:8,16
190:2,17 191:11,14
192:7,14 193:24
194:8 195:18,21
196:18,21,25 204:1
204:16 206:11
207:2,7,21 208:2
209:5,14,17 210:1,3
210:19,25 211:6,25
212:20,24,25 214:8
221:12 223:15
231:17 232:1,5,13
232:19 234:9
235:23 237:19

241:24 242:22
243:9,16 244:12,16
248:10 256:5
258:23 259:3 260:1
260:18,21 267:6
271:20,23 272:17
283:16 288:4,23
294:3,16 295:19
296:8
**chest (4)**
40:12,14 196:1 223:2
**child (5)**
73:13 76:4 84:19
248:4 251:1
**children (1)**
17:2
**Childress (8)**
112:8 143:22 278:4
278:14,15,17,22
279:3
**Childress-McKeith...**
7:2 143:17
**choice (3)**
216:8 273:7,9
**cholesterol (7)**
213:2,5,11 229:21,24
230:1 240:24
**chose (1)**
240:9
**Christine (1)**
160:13
**Christopher (6)**
7:5,23 38:2 39:3
174:23 274:10
**chunks (3)**
246:1,4,7
**cigarettes (1)**
113:8
**circumstances (2)**
57:20 292:16
**civil (5)**
1:6 9:6 11:13 23:5
299:14
**claim (9)**
54:14 92:21 205:20
282:22 284:8,11
285:7,20 297:14
**claiming (2)**
261:13 297:10
**claims (11)**
5:20 11:24 21:5 24:1
24:14 32:19 55:1,1
135:8 285:18 296:9
**clarification (1)**
127:2
**clarifications (1)**

126:14
**clarify (1)**
232:11
**clean (4)**
13:22 40:18,19
227:16
**cleanest (1)**
224:23
**Cleansing (1)**
89:11
**clear (5)**
13:22 29:10 118:24
127:6 285:10
**click (1)**
139:15
**client (3)**
11:17 12:14 294:6
**clinic (10)**
5:10 6:14 7:12 21:20
22:9 120:6,10
148:24 182:19
219:11
**Clinical (4)**
7:5,23 174:22 274:9
**clip (5)**
77:19,20,21 89:9
219:14
**clipped (1)**
130:8
**clips (1)**
89:1
**close (4)**
63:7 162:7 254:19
267:14
**closed (4)**
190:8,12 191:5
222:14
**closer (1)**
228:3
**clot (1)**
191:25
**clothing (3)**
203:10,14,24
**clots (2)**
191:24 192:2
**clotting (1)**
58:10
**co-counsel (1)**
170:20
**coconut (2)**
259:4,9
**Code (1)**
299:14
**codeine (1)**
113:5
**cold (1)**

113:22
**college (10)**
17:7 59:6,11 62:24
73:23 74:1 82:11,21
131:12,13
**colon (1)**
143:11
**color (9)**
41:23,25 75:15
105:25 132:21
177:14 242:7 251:4
277:14
**colored (4)**
74:6,11 101:9 132:8
**coloring (8)**
73:7 74:2,3,20 75:20
76:4 132:16 195:5
**comb (6)**
87:19 88:5 89:2,6
246:4,5
**combination (1)**
70:16
**combined (1)**
108:4
**combs (4)**
88:5 89:4 98:3,5
**come (23)**
21:16 36:23 37:7
39:12 40:18 47:15
51:4,18,20 60:18
85:5 88:16 98:5
112:13 154:4
155:18 159:20
160:2 161:19 167:1
198:13 252:8
284:20
**comes (6)**
61:14 88:5 89:2 90:2
97:25,25
**comfort (1)**
14:16
**comfortable (2)**
29:7 174:4
**coming (5)**
161:16 167:22 195:5
233:24 250:2
**commencing (1)**
2:8
**comment (2)**
196:20 269:23
**commented (3)**
269:23 272:12,14
**comments (1)**
111:21
**commercial (13)**
27:12 28:7,12 29:20

30:23,25 31:6,14
133:19,23 293:19
294:11,22
**COMMISSION (1)**
300:25
**common (3)**
178:7 179:1 186:6
**commonly (1)**
179:15
**communicate (2)**
38:19 174:13
**communicated (3)**
136:25 137:4 272:10
**communicating (2)**
16:23 29:4
**communication (2)**
142:12 290:8
**communications (4)**
31:5 53:17,23 142:11
**company (1)**
134:18
**company's (1)**
28:15
**compared (1)**
97:20
**competent (1)**
37:21
**complain (10)**
61:16 63:18 150:15
190:5,24 216:15
220:25 236:21
274:22 277:3
**complained (7)**
61:12 156:13 191:17
218:13 220:2 221:1
274:25
**complaining (2)**
57:25 283:11
**complaint (9)**
6:21 135:3,11,11,18
135:21 136:4,5
210:16
**complaints (19)**
61:7 62:6 210:2,8
242:1,3,6 274:16,19
274:19,20,24 277:1
277:2,5,21 278:8,11
278:16
**complete (5)**
36:11 60:25 202:18
222:6 299:12
**completed (6)**
124:24 125:13 177:14
178:14 197:14
203:13
**completely (5)**

60:4 61:1 97:2 248:15
249:1
**completing (1)**
124:18
**Completion (2)**
5:18 24:11
**compliance (2)**
299:11,13
**complications (6)**
17:15 187:7 198:5
201:2 238:8 239:3
**compliment (1)**
200:16
**Complying (3)**
65:13 66:1 263:2
**composition (2)**
261:7 264:24
**comprehend (1)**
15:1
**computer (1)**
141:15
**concern (1)**
132:1
**concerned (2)**
62:7 185:25
**concerns (3)**
158:8 202:1 223:9
**concluded (2)**
208:1 298:4
**condition (1)**
281:15
**conditioner (3)**
89:12 259:5,22
**conditions (9)**
58:7 128:22 145:8
209:4 231:10
232:22 235:20
237:18,18
**conduction (2)**
157:1,4
**confirm (3)**
125:11 172:18 280:17
**confirmation (1)**
172:16
**confirmed (3)**
164:23 165:22,24
**confront (1)**
121:4
**confused (1)**
278:1
**confusing (2)**
126:23 127:4
**confusion (3)**
126:17 276:12 280:3
**connection (1)**
203:25

**consent (3)**
182:6,10,21
**consider (3)**
202:5 274:23 276:25
**consideration (1)**
133:10
**considered (1)**
208:12
**considering (1)**
291:7
**consistent (5)**
252:23 275:11,17
276:15 280:6
**consistently (2)**
251:25 260:1
**consists (2)**
151:9
**consolidated (1)**
52:2
**consolidation (2)**
52:1,7
**consult (2)**
282:9 293:23
**Consultation (2)**
7:9 200:11
**consulted (1)**
283:13
**consulting (1)**
124:23
**contact (5)**
28:17,22,23,25 29:6
**contacted (3)**
27:14 28:20 283:24
**contacting (3)**
31:6 154:6,7
**contain (1)**
20:5
**contained (2)**
24:2 26:6
**context (1)**
236:13
**continue (4)**
73:21 74:17 203:7
264:16
**continued (5)**
4:1 228:22 235:10
273:16 291:1
**continuing (1)**
42:23
**contractual (2)**
299:14,16
**contribute (1)**
231:15
**control (4)**
130:10,17 259:4,18
**conversation (2)**

29:14 201:8
**convictions (1)**
291:19
**cool (1)**
189:7
**copays (2)**
284:22 285:3
**copies (4)**
99:21 105:13 200:14
261:3
**coping (12)**
5:11 21:20 22:9 35:9
43:18,21 44:1 129:4
129:11 164:20
180:8 217:11
**copy (7)**
20:14 120:8 187:22
219:15 220:10
224:23 278:6
**coronary (1)**
144:4
**correct (88)**
11:20 12:4 15:20
23:24 25:12 28:10
29:9,16 30:11,12
31:2,3 34:2,3 35:15
40:17 42:8,9,22
43:12 52:7 58:15,16
78:13 79:22 87:25
95:7 96:19 105:20
121:24 122:1,4
123:10,19,21 125:3
126:12,16 132:13
132:19 139:11
144:16 145:5,10
147:5 168:4 174:10
176:18 179:9,25
183:13 188:8,9,19
189:6 197:4,7
199:19 206:20
209:2,21,25 210:12
213:12 217:22
232:9,9 238:2 242:2
242:5 245:17
247:14 249:18
256:13 258:1 265:5
280:4 283:2 289:6,9
290:11 294:25
295:23 296:6
297:11,17,18 299:9
**correcting (1)**
238:5
**cortisone (2)**
114:16,18
**cost (2)**
285:6 292:19

**costs (2)**
284:13,15
**costume (6)**
67:20 68:8,10 87:2,3
87:8
**counsel (8)**
9:4 10:11 118:23
120:9 124:2 133:18
135:19 299:18
**counseling (1)**
163:15
**counselor (1)**
283:14
**count (6)**
180:24 189:18,19
226:12 227:7
231:12
**counter (2)**
114:23 116:20
**counts (6)**
5:16 22:7,20 23:10
179:18,23
**couple (18)**
80:5 82:10 104:20
118:15 129:25
173:25 179:22
195:2 231:7 249:14
255:18,22 256:8,12
256:19 257:1
270:12 274:3
**course (12)**
47:10 72:12 77:9
108:5 121:3 156:3
197:21 202:5,19
206:18 208:15
296:8
**court (12)**
1:1 2:13 9:17,18 10:3
10:9,19 13:11,17
140:24 299:5,16
**cover (2)**
81:15 98:18
**covered (4)**
107:21 284:18,22
296:11
**coworker (1)**
151:22
**coworkers (3)**
137:9 138:2 185:14
**Crane (2)**
160:14 164:2
**crazy (2)**
27:17 133:20
**cream (16)**
77:1,1 115:17 151:7,8
151:10,14 193:21

193:22 202:23,25
203:4,15 235:12,14
252:20
**creams (1)**
114:21
**created (2)**
140:11 151:8
**criticisms (1)**
294:24
**Cross/Blue (7)**
20:7,18 21:6 24:1
26:1 32:20 233:8
**crossed (1)**
39:24
**crown (1)**
63:25
**crying (3)**
35:21 36:7 81:19
**CSR (2)**
299:23,24
**cure (1)**
169:15
**cured (1)**
209:20
**curl (2)**
76:10 83:23
**curled (1)**
101:8
**curling (4)**
82:23,24 258:20,24
**curls (1)**
104:12
**curly (2)**
248:2 261:24
**current (2)**
51:12 106:16
**currently (8)**
16:4,6,20,22 51:8
137:9 242:10
297:16
**cut (7)**
13:19 240:17 246:8
246:11,18,19
258:16
**cycle (21)**
45:8,8,9,11 47:6
48:18,21 126:18
186:4 188:3,5,7,10
188:11,12,15,17
189:4,11 245:1,2
**cycles (9)**
23:13 48:18 92:3
126:20 127:8
173:18 175:8
187:15 188:24
**cyclophosphamide ...**

171:1
**cytoxan (8)**
5:13 22:1,14 48:24
49:12 175:7 176:4
177:7

———————————

**D**

**D (5)**
5:1 230:8,11,13,21
**dad (1)**
161:25
**daily (6)**
119:15 202:24 221:5
240:4 241:3,10
**Dan (1)**
162:1
**dandruff (1)**
253:6
**dark (3)**
84:11 250:3 251:6
**Darkening (2)**
74:8,9
**darker (1)**
132:17
**darkness (1)**
193:3
**data (1)**
171:4
**database (1)**
38:17
**date (24)**
10:7 15:25 40:18 47:4
47:5 69:13 70:14,19
70:25 71:2,13 100:5
100:15 120:7
123:23,23 126:1
127:12 166:2
227:23 245:11
266:9 275:1 300:3
**dated (3)**
123:2 141:4 299:20
**dates (4)**
99:21 127:15 261:7
264:24
**dating (2)**
16:22,23
**day (53)**
15:13 28:19 36:23
75:24,25 76:9,14,14
83:2,24 87:13,14,15
90:6,7,11 91:13
120:15 172:10
175:2,21 178:20
180:17 182:2
189:23,24 196:7
198:14 203:18,19

204:9,11,24 205:6
210:11 211:18
214:16,20 215:1
220:19 221:2,3,4,6
226:1 241:25
242:11 269:15
276:24 277:19,22
279:8 300:23
**days (10)**
19:20 80:10 163:18
163:19 172:14,16
173:25 175:22
182:2 241:4
**deal (5)**
85:10 205:5,6 216:9
216:21
**dealing (10)**
54:25 147:10 176:23
205:3 211:16
216:18 217:23
218:10 227:15
274:21
**death (1)**
57:24
**Debra (6)**
1:19 2:9 9:17 10:10
299:4,22
**December (13)**
113:15 123:24 124:1
124:4 128:8,12,19
215:10,24 216:12
219:16 220:1 229:2
**decide (3)**
205:2,7 208:15
**decided (1)**
197:19
**decision (4)**
133:3,6 134:9 142:10
**declaration (4)**
6:20 122:16 123:1,3
**decreased (1)**
197:24
**deductible (2)**
284:20,23
**deductibles (1)**
285:5
**defective (1)**
294:9
**defendant (10)**
3:15 4:4 8:4,6,10
10:16 27:6 286:14
286:18,22
**defendants (2)**
27:4 136:14
**defer (1)**
221:23

**deficiencies (3)**
230:23 231:12 232:21
**deficiency (4)**
230:8,24 231:13
232:21
**defined (1)**
299:14
**definitely (1)**
121:19
**degree (4)**
53:17,19,20,23
**degrees (1)**
53:16
**delay (1)**
154:5
**demanding (1)**
205:4
**denies (1)**
291:2
**density (2)**
156:22,24
**dental (1)**
51:19
**dentist (2)**
128:14,15
**Department (2)**
51:10 53:11
**Deponent (2)**
300:4,21
**deposition (27)**
1:13 2:4 5:2,22 9:4,14
10:5 11:7,10,11
13:1 18:10,18,21,24
23:9 24:7,17 25:4,6
25:7 26:18 170:10
298:1,3 299:13
300:3
**depressed (10)**
218:2,11,14,17,19,23
219:1 276:11
279:18 280:3
**depression (11)**
216:16 217:3,8,16,22
221:2,10 222:8
242:23 243:1 275:6
**dermatologist (7)**
93:20 115:5 150:12
241:16 280:11,14
282:13
**dermatologist's (2)**
150:10 151:17
**dermatology (3)**
192:13 235:11,19
**describe (8)**
19:9 65:11,15 67:16
76:17 80:18 97:16

207:9
**described (3)**
108:22 201:8 207:17
**designated (1)**
94:16
**detail (5)**
44:10 176:22 181:15
184:21 227:2
**detailed (1)**
137:12
**details (2)**
36:25 57:22
**determine (2)**
280:23 281:2
**determines (1)**
86:7
**detox (1)**
149:15
**develop (1)**
199:10
**dexamethasone (1)**
191:10
**diabetes (1)**
225:18
**diabetic (1)**
58:23
**diagnose (2)**
151:1 234:17
**diagnosed (15)**
19:7 35:13 46:19
58:15 63:11 146:14
195:10 205:11
224:12 230:7
234:12,19 281:17
281:21 288:13
**diagnoses (1)**
56:19
**diagnosis (30)**
35:23 36:4,5 38:5
41:1 46:22 50:24
59:9 81:12 110:12
114:22 115:1,14
144:24 148:10
150:5,23 153:10
162:11 163:5
168:10 223:18
234:5 241:6 254:25
257:8 260:5 267:14
269:15 297:9
**diaries (1)**
26:14
**diarrhea (1)**
179:19
**diary (2)**
26:11 34:1
**die (3)**

162:16 163:9 197:21
**diet (7)**
194:8 229:14,17,23
240:22,24 241:2
**diets (2)**
240:12 241:1
**difference (10)**
30:14 80:14,16 97:22
128:18 238:13
255:23 256:9,11,16
**different (14)**
27:16 52:22 64:5
70:21 94:4,12 171:8
171:11 172:7
177:15 183:18
195:12 235:9
255:24
**differently (4)**
14:1 106:20,21 232:3
**difficult (4)**
35:23 46:8 165:5
198:9
**difficulty (2)**
276:10 280:2
**dig (1)**
244:19
**dinners (1)**
64:6
**Diplomate (1)**
2:11
**direct (2)**
70:11 299:16
**directed (1)**
112:22
**direction (1)**
299:9
**directs (1)**
25:5
**dirty (1)**
253:6
**disability (2)**
54:17,19
**discoloration (10)**
41:20 42:15,17,25
150:16,19,24 193:9
193:11,16
**discontinued (2)**
119:23,24
**discount (3)**
239:9,13,20
**discovery (2)**
11:12 285:24
**discuss (36)**
111:2 133:9 134:9
152:4,5,12 155:13
161:9 163:4 164:1

171:11 173:4,6,21
175:11 176:7 184:4
185:12 187:4
196:10,14 197:10
200:1 202:9 212:8
212:13 213:16,19
214:11 221:16
231:9,13 236:9
279:2,7 280:13
**discussed (33)**
18:14 48:2 133:12
146:22 170:18,24
171:4,8 175:18
180:13 187:14
192:12 194:1
200:25 201:1,7,17
211:2 215:18
218:22,25 220:13
221:11 231:11
242:13 257:7
260:12 268:18
272:15 273:25
280:10 288:1
296:10
**discusses (2)**
180:14 284:5
**discussing (4)**
152:1 175:17 202:10
237:2
**discussion (7)**
168:9 172:24 173:17
182:23 221:9
236:13 281:8
**discussions (6)**
118:3 133:17 165:12
221:14 296:23
297:3
**disease (5)**
144:4 234:8,13
281:18 282:2
**distress (3)**
272:25 282:22 297:13
**District (3)**
1:1,1 10:3
**diuretic (1)**
149:24
**diuretics (1)**
150:4
**Division (1)**
10:3
**docetaxel (27)**
1:4 11:18,22 12:1,3,5
12:11,15 30:21
32:25 33:14,17,20
34:18 44:3 113:10
183:4 271:15 283:1

283:6,10 288:22
289:4 294:9,15,20
294:25
**doctor (36)**
17:12,18 26:2 36:17
37:7,25 39:3 41:9
58:9 107:15,24,24
114:2 117:16
120:15 121:18
145:1,7 146:17
153:23 154:3
156:21 159:15
165:22 182:13
184:15 206:3,4
232:10 234:14
239:12,20 281:4
282:10 288:21
295:15
**doctor's (3)**
36:16,21 159:19
**doctors (10)**
21:8 37:15 93:17
118:4 121:22
134:10 158:10
196:20 207:8
294:25
**document (21)**
1:5 24:22 25:1 121:15
125:6,25 128:2
129:7 135:6 136:1,9
136:13 141:8 180:4
200:15 219:20
225:6 247:4 287:21
289:21 290:1
**documents (25)**
8:8 18:23 19:15 21:18
23:8 25:7,15 26:6
26:11,17 32:4,6,9
32:11,16,18 33:23
37:5 124:17,19,25
177:1 286:19
287:10 290:6
**doing (35)**
27:15,22 32:2 35:19
45:15 52:9,10,16
55:1 60:19 78:21,22
79:14 80:22 84:10
84:17 85:22 96:10
124:16 137:13,14
159:13 184:21
186:3 191:23
194:21 197:16
207:7 218:9 230:1
241:5 249:8 258:7
258:19 279:19
**door (1)**

164:13
**Dorothy (1)**
56:24
**double (3)**
197:3,17,19
**downs (1)**
163:18
**Dr (156)**
6:11 7:1,5,14,23 8:1
37:16,19 38:2 39:6
40:22 41:9,13 43:11
44:2 45:20 46:11
47:12 48:14 49:9
60:7,13 108:1,2
111:2 112:17 115:7
118:11,18,25
126:22 127:13,14
143:16,22 147:3,20
152:1,12 154:10
156:10 157:8,17
159:21 161:23,24
164:9,10 165:2,23
166:4 170:22 171:3
171:7,11 172:3
173:8,21 174:4,9,21
174:23 175:10,18
181:6 182:19,24
184:4,6,7,8,11,14
184:16,19,24,25,25
185:3,6,12,22,24
186:25,25 187:2,3,4
190:5 196:10,23,24
197:9,13,25 199:18
199:23 200:9
201:17 202:9,25
204:21 206:5
207:12,15,16,21
208:1 209:13 210:9
211:3,19 212:6,9
213:18,19,22
214:15 215:19
216:12,15 217:1,21
218:3,14 219:8
220:2 221:9 224:24
225:4 226:13,18,21
228:20,23 229:12
230:10 234:17
236:11,21 238:7
242:21 243:2 274:8
274:10 275:22,23
276:2 277:6 278:4,9
278:17,22 279:3
289:3 295:18
**drain (1)**
198:15
**drains (2)**

198:11,12
**drastic (1)**
246:19
**drastically (1)**
81:13
**draw (1)**
276:6
**dressed (1)**
67:11
**drink (1)**
149:9
**drive (2)**
108:16 153:7
**drug (16)**
15:9 28:2 40:8 47:17
60:11 118:8 134:23
181:2,3 206:2
211:15,17,20
237:14,14 293:22
**drugs (23)**
12:5 14:21 30:3,6
44:10 49:4,17,18,24
50:10 51:3 166:10
166:11 171:15
172:1,7 173:16
183:18 186:8 207:6
208:21,23 294:3
**dry (5)**
46:5 76:6 89:20 186:6
231:24
**dryer (1)**
258:20
**drying (4)**
76:5,15 83:6,14
**due (9)**
115:23 150:19 170:10
231:19 232:1,5,13
293:21 294:1
**duly (1)**
299:6
**duties (1)**
51:15
**dying (1)**
156:6

_____
E
_____

**E (5)**
3:1,1 5:1 299:1,1
**E-C-O (1)**
264:9
**E-S-T-R-A-D-I-O-...**
110:8
**earlier (38)**
21:11 105:12 130:2
164:19 170:17
174:3 176:2 180:10

183:10,25 187:15
189:2 192:12
193:24 194:17,22
199:20 201:22
206:14 208:14
209:7 210:4,6 211:2
214:6 216:23
221:11 231:23
242:13 247:16
260:12 268:18,21
282:25 283:5
285:21 288:25
295:17
**early (2)**
17:24 59:7
**earning (1)**
54:15
**easier (3)**
13:21 99:23 268:3
**easily (1)**
78:12
**Eastern (2)**
1:1 10:3
**eat (3)**
194:10 240:4 241:3
**eating (3)**
207:5 229:21 241:9
**Eco (3)**
264:7,7 265:17,18
**edge (2)**
259:4,18
**edges (4)**
83:15 248:21 259:5
259:18
**education (1)**
53:21
**educational (1)**
53:15
**effect (10)**
31:2 42:20 43:3,8
60:15 78:3 137:18
215:16 231:17
295:3
**effective (3)**
169:23 289:15 295:19
**effects (68)**
27:25 30:17,19 31:12
31:12 33:23 44:11
44:14 45:13,21,22
46:1,12,15 47:20,23
60:20 91:15 110:20
118:7 137:8 147:10
148:18 149:1 152:5
152:19,23 173:22
178:7 179:1 180:14
180:20,24 181:1,2

185:25 186:4,9
191:16 193:24,25
194:6,20 195:1
199:24 200:2 201:2
207:13 210:3,5
211:20,23 212:1,2,7
212:13 213:22
215:12 231:19,21
232:7,15,19 274:21
274:23 288:16
294:19 296:16
**eight (3)**
41:10 138:14,15
**either (17)**
71:24 73:7 83:6 86:23
89:3 103:16 105:16
114:6 131:1 144:14
146:2 153:15 211:7
239:20 260:10
272:12 283:16
**Either/or (1)**
124:8
**EKG (1)**
223:13
**elected (1)**
185:21
**electronically (5)**
6:23 140:19,24
141:10 142:21
**elevated (6)**
224:13,16 226:4,5
227:8 231:11
**Elizabeth (3)**
292:10,12,13
**email (5)**
136:25 141:21 142:1
142:3 266:10
**emailed (2)**
38:13,15
**emails (4)**
34:11 142:5,17,22
**embarrass (1)**
18:5
**embarrassing (3)**
81:16 274:1 280:15
**EMERGENCY (1)**
170:11
**emotional (3)**
272:25 282:22 297:13
**employees (5)**
51:17 239:8,19 240:2
240:5
**employment (1)**
299:16
**encounter (11)**
6:12 7:2,15 8:2

118:19,24 143:17
143:21 224:25
225:4 275:24
**ended (28)**
42:13 51:25 52:3
203:8,20 210:19,25
217:3 219:2 223:8
226:19 230:1
232:17 235:24
237:19 241:1,13,24
241:25 242:22
248:15 249:9 256:5
258:8 259:3 260:1
260:18 274:14
**endocrinologist (1)**
281:11
**ends (1)**
247:22
**enhancements (1)**
90:22
**enroll (1)**
51:19
**entails (1)**
76:18
**entitled (3)**
21:20 22:5,7
**entity (2)**
291:15 299:13
**ERRATA (1)**
300:1
**ESI (3)**
6:23 140:19 141:10
141:13
**Especially (1)**
280:8
**ESQ (3)**
3:9,19 4:9
**estimate (2)**
251:17 254:22
**estimating (1)**
256:18
**estradiol (5)**
110:8,8 119:4,4,14
**estrogen (2)**
166:19 167:21
**et (1)**
145:4
**evening (1)**
240:16
**event (1)**
175:24
**eventually (2)**
192:5 288:5
**everybody (3)**
161:20,21 232:2
**everyone's (1)**

14:16
**evidence (1)**
    9:15
**exact (5)**
    71:2 121:2 227:23
    266:9 270:8
**exactly (19)**
    17:11 31:10 54:5
    113:7 114:7 147:22
    157:7,24 166:21
    169:5 174:2 185:10
    192:18 193:5 214:2
    218:24 233:7
    244:14 246:17
**exam (1)**
    147:7
**EXAMINATION (3)**
    5:4 11:1 170:14
**examine (1)**
    277:19
**examined (1)**
    281:14
**example (4)**
    17:20 79:23 261:22
    273:4
**exams (2)**
    145:15 147:4
**excuse (1)**
    57:6
**exercise (2)**
    240:13 241:3
**exercises (1)**
    240:15
**exhibit (153)**
    5:8,9,10,12,13,14,15
    5:16,17,18,20,22,24
    6:1,2,4,5,7,8,10,11
    6:14,17,18,20,21,22
    7:1,5,8,11,14,18,19
    7:20,21,22,23 8:1,4
    8:6,9 21:18,19,23
    21:25 22:2,4,6,8,11
    22:13,15,17,19 23:9
    23:11,16,25 24:6,9
    24:11,14,17,20,24
    25:9 26:10 47:11
    48:17 65:21,23 66:4
    66:24 67:1,2 68:3
    68:20,24 69:1,2,24
    70:1,2 71:9,11
    72:11,17 94:7,8,16
    100:11,12,22
    118:17,18 120:6,10
    120:14 122:14,16
    122:17,19,22,25
    123:3,5,9 124:14

125:2,8 129:3,10
    135:17,21 140:18
    140:23 143:16,21
    174:20,22 176:5
    178:2,23 180:5
    200:8,10 219:6,10
    224:24 225:3 228:7
    260:17,20 264:19
    264:21 267:22,24
    268:2,5,7,10,12
    274:7,9 275:21,23
    277:25 278:2,3
    286:13,17,21
**exhibits (4)**
    129:11 260:25 277:25
    285:25
**existed (1)**
    295:8
**expect (2)**
    169:11 180:20
**expectancy (3)**
    169:7,13,24
**expected (2)**
    60:15 296:12
**expecting (2)**
    36:6 134:3
**expenses (5)**
    284:9,12 285:1,16
    290:25
**experience (15)**
    46:15 54:6 79:2,5
    108:15 109:2,4
    217:17 218:9,18
    238:11 249:7,10
    273:18 288:3
**experienced (6)**
    235:22 244:8,10
    252:2 272:5,8
**experiencing (4)**
    109:9 146:7 190:5
    217:4
**expertise (2)**
    295:18 296:21
**expires (2)**
    299:25 300:25
**explain (17)**
    12:23 14:2 19:18
    48:23 78:5 80:19
    87:20 108:21
    148:21 149:1 164:4
    171:16 186:5 195:8
    195:16 227:5
    245:24
**explained (5)**
    134:6 176:13 184:15
    184:19 235:3

**explaining (1)**
    207:12
**Explanation (1)**
    24:1
**extended (4)**
    62:16 75:19 87:16,21
**extension (4)**
    75:14 87:18,19
    273:10
**extensions (43)**
    71:25 72:2,6,8,14,15
    73:7 77:11,14,18
    78:15,21 79:8 80:12
    80:17 81:2 82:15,18
    86:17,18 94:23
    95:18,21 98:16,17
    99:6,7,18 101:4,13
    102:7,8,20,21,22
    103:4,16,24 104:1
    105:17 130:19,23
    273:8
**extent (2)**
    288:1 291:2
**extra (3)**
    77:17 100:18 120:8
**extremely (1)**
    58:4
**eye (1)**
    161:4
**eyebrow (1)**
    255:3
**eyebrows (20)**
    62:2,4 95:3,12 96:17
    103:11 105:24
    248:24 250:10,11
    254:15,23 255:1,6
    256:24 261:11
    265:24 267:5,6
    283:11
**eyelashes (2)**
    261:14,15

_____

**F**

**F (1)**
    299:1
**face (8)**
    104:16 115:3,17
    150:16 151:10
    193:3,10 254:19
**Facebook (21)**
    7:21 34:5 65:2 138:10
    138:11 139:7,24
    140:5 142:22
    263:12,13 268:8,10
    268:14 269:2,20
    270:20,23,24

290:10,12
**facility (3)**
    239:5,15,25
**fact (41)**
    6:17,18 20:22 27:7,9
    32:10,13 43:17
    58:11 63:19 108:11
    115:19 122:5,10,11
    122:14,15,18,19,22
    123:2,9,18,22 124:5
    124:11,13 125:9,11
    125:19 128:23
    133:16 144:21
    169:17 176:23
    227:24 244:18
    245:6 285:12,14,19
**fade (2)**
    249:24 253:4
**fading (2)**
    234:16 251:7
**failed (1)**
    294:22
**fair (3)**
    14:6,7 176:25
**fake (1)**
    87:17
**fall (4)**
    28:24 39:13 56:10
    78:12
**falling (6)**
    196:6 237:9 245:25
    246:1 248:13,18
**familiar (9)**
    12:3,10 173:9,14
    185:18 191:11
    229:18 291:12
    296:23
**family (56)**
    5:24 6:5 26:14,21
    36:7,8 38:9 54:22
    55:19 57:10 58:10
    62:12,16,16 64:6,24
    64:25 65:3 66:4,19
    70:2 72:11 94:25
    95:1 106:8,9 133:13
    133:18 134:12,13
    134:14 137:1,5
    138:3 142:25 144:3
    144:3,5 154:16
    155:24 160:6,20
    163:21 165:8,13,16
    170:11 175:1
    185:13 204:20
    205:11 225:24
    267:18 271:10
    282:2 293:3

**far (6)**
    53:15 62:6 65:17
    160:17 175:6
    270:23
**fast (6)**
    46:18,20 168:15,16
    172:20 194:15
**fat (2)**
    199:12 237:20
**fatal (1)**
    209:24
**father (3)**
    63:7,8 143:8
**FDA (1)**
    134:23
**FDAs (1)**
    134:22
**fears (1)**
    163:9
**February (3)**
    39:7,13 250:1
**Federal (2)**
    9:5 11:13
**feel (8)**
    19:12 54:5 79:12
    130:6,20 162:11
    196:5 256:1
**feeling (18)**
    47:20 86:3 107:11
    137:10,15 196:8
    205:5 218:22 219:1
    221:4,6 242:23
    276:11,11,16,22
    280:2,3
**feelings (1)**
    163:4
**feet (6)**
    156:14 180:25 191:19
    192:1 195:4,22
**fell (2)**
    137:20 237:11
**felt (11)**
    49:23 50:19 163:5
    174:4 208:4 221:6
    240:7 253:24
    279:18,19 289:7
**FEMA (1)**
    53:2
**Femara (2)**
    15:9,14
**fibroid (1)**
    108:3
**fibroids (6)**
    107:8,9,12,16 108:11
    146:3
**fifth (1)**

25:8
**figure (2)**
  295:18 296:1
**figured (2)**
  160:4 168:20
**file (5)**
  133:3,7 134:9 142:11
  293:18
**filed (10)**
  135:4,18,23 266:12
  291:21 292:2,21
  293:3,6,9
**filing (3)**
  133:10,16 280:20
**fill (7)**
  75:20 131:16,19
  255:1,6,7,12
**filled (3)**
  123:18 256:2 261:11
**filling (7)**
  32:10,13,15 121:18
  124:6,18 136:5
**final (1)**
  293:16
**finally (2)**
  195:5 250:18
**financial (1)**
  299:12
**find (8)**
  31:9 37:21 69:8 144:9
  144:20 154:4 192:3
  244:23
**finding (1)**
  201:24
**fine (8)**
  18:8 36:2 39:14 47:19
  100:19 125:6
  157:16 266:7
**finger (2)**
  114:11,12
**fingernails (1)**
  277:13
**Fingers (1)**
  39:24
**finish (3)**
  29:10 222:6 237:17
**finished (3)**
  91:11 219:24 242:15
**firm (4)**
  28:12 31:6,15 299:16
**firms (1)**
  29:2
**first (88)**
  6:18 8:5,7,9 19:6
  28:21,23 29:6,13
  36:6,8,14 44:5 45:8

45:9,19 47:2,19
  50:15,20 53:5 63:2
  74:5 79:21 85:21
  86:5 88:18 94:19
  100:21 119:13
  120:9 122:17,22
  123:22 125:17,18
  126:3 139:3 140:7
  140:10 144:1
  147:17 150:13
  151:12 158:13
  167:10 168:10,11
  170:21 172:22
  173:23,24 174:20
  175:24 181:9,17,24
  182:12 183:4,5
  184:3,25 185:1,5,11
  195:10 196:5
  211:11 220:9
  225:25 238:24
  244:7,9,14,20 245:5
  248:18,19,20
  279:15,16 284:19
  285:14 286:14,18
  286:21 287:20
  288:13
**fit (2)**
  171:18 240:8
**five (7)**
  15:16 40:2,4,7 106:15
  211:18 241:4
**five-year (1)**
  39:22
**FL (1)**
  3:17
**flashes (20)**
  108:23,24,25 109:2,4
  110:15,18,22
  152:20 153:5 215:9
  215:14,18,22 216:2
  216:13 220:3,14,19
  220:22
**flat (17)**
  76:5,6,9,11,12,15
  77:8 257:13,16,19
  257:22 258:2,13,25
  263:20,25 273:21
**flip (7)**
  175:4 245:12 246:21
  260:23 269:19
  287:22 288:19
**flipping (1)**
  279:25
**flu (1)**
  128:24
**fluid (2)**

194:13 236:19
**focused (1)**
  44:13
**folder (9)**
  20:3,8,24,25 21:4
  23:17 24:2 176:12
  176:20
**follicles (1)**
  179:18
**follow (3)**
  41:3 135:20 271:24
**Follow-up (2)**
  7:12 219:11
**followed (1)**
  160:12
**following (15)**
  36:23 172:16 173:17
  178:6 179:1 182:2
  182:23 189:24,25
  210:1 211:7,10
  243:15 288:3 297:8
**follows (1)**
  10:24
**followup (9)**
  39:8,9 41:6 111:9
  211:8 215:21 219:7
  219:16 241:13
**followups (1)**
  145:4
**Food (1)**
  134:23
**foregoing (2)**
  299:7,10
**forever (1)**
  154:1
**forget (1)**
  66:19
**forgot (6)**
  75:16 128:15 199:12
  259:10,12 264:3
**form (15)**
  6:15,21 9:13 11:15
  50:6 113:3 120:7,11
  135:11,11,17,18,21
  136:3 289:15
**format (1)**
  299:11
**forms (2)**
  121:18 212:8
**formula (1)**
  173:16
**forth (3)**
  135:6,8 299:7
**forthcoming (2)**
  121:22 169:16
**forward (2)**

198:1 251:24
**found (9)**
  6:24 58:3 140:20,25
  154:9 155:25 192:2
  205:10 271:21
**four (7)**
  15:15 56:9 88:4,8,9
  88:11 198:11
**fourth (1)**
  269:19
**frame (2)**
  121:2 239:18
**Frank (2)**
  57:11 70:11
**freaking (2)**
  161:14 162:21
**free (6)**
  19:12 39:17,20,21
  209:8 297:16
**French (1)**
  82:13
**Friday (1)**
  1:15
**friend (8)**
  6:2 68:2,21 131:4
  161:25 162:1,1
  282:17
**friends (17)**
  26:22 38:9 62:20,21
  62:23,25 134:14
  138:2,3 154:16
  160:20 161:21
  163:24 185:13
  267:19 271:21,22
**front (15)**
  98:18 104:14 220:10
  228:4 232:6,14
  244:19 248:22
  257:18,22 258:5,14
  262:5 273:21
  284:21
**full (2)**
  15:21 287:25
**full-dose (1)**
  202:3
**fuller (6)**
  72:15 78:2 81:6 95:19
  102:9 104:16
**fully (1)**
  288:5
**functioned (1)**
  294:15
**fund (1)**
  291:14
**funeral (1)**
  225:16

**fungal (1)**
  113:12
**furosemide (1)**
  210:22
**further (3)**
  182:21 202:3 275:13
**future (1)**
  290:25
**fuzz (2)**
  253:24 256:16

———————————————
                  **G**
**GA (1)**
  4:7
**gabapentin (1)**
  222:11
**gain (9)**
  194:13,14 211:24
  235:23,25 236:14
  236:17 237:1,15
**gained (3)**
  104:17 194:3 237:6
**gains (1)**
  236:2
**Gallo (46)**
  3:19 5:5 10:15,15
  11:2,5,9 19:13
  20:11,14,19,23
  22:24 23:6 47:10
  56:25 57:8 65:22
  66:2 67:1 68:19
  69:1,25 71:10 81:24
  82:6 98:22,25 99:20
  99:23 100:1,10,14
  100:18,20 102:1
  118:15,22 119:8
  123:25 125:5
  127:19 129:16,23
  170:6,10
**gather (4)**
  287:6,8,10,14
**Gawrenski (5)**
  233:16 234:17 236:21
  278:9 281:19
**Geiger (39)**
  3:9 10:13,13 19:10
  20:3,13,16,21 47:9
  68:14 98:20 99:19
  100:19 101:24
  119:6,9 125:4
  127:12,15 182:22
  189:10,15 200:16
  223:23 224:22
  225:7 227:25 228:5
  228:8 244:20
  245:12 260:25

261:3 262:24 266:3
267:24 278:13
279:15 297:21
**gel (14)**
75:1 83:15 84:1 88:14
88:18,20 96:14
257:10 263:22,23
264:1,7 265:15,18
**gels (1)**
114:21
**gene (3)**
167:1,6 201:24
**general (10)**
5:18 20:18 23:22
24:11 37:9 92:8,12
181:1,14 184:9
**generally (6)**
35:7 44:21,22 105:15
213:7 296:15
**generic (3)**
12:14 113:3 136:18
**genes (1)**
166:23
**genetic (2)**
167:2,5
**George (3)**
4:15 10:2,8
**gestures (1)**
13:14
**getting (19)**
30:13 46:22 51:21
74:5 85:22 132:17
133:10 146:10
147:6 159:22 163:5
165:17 185:16
200:5 246:7 251:7
253:5 278:1 295:4
**girlfriends (2)**
62:21 139:2
**give (21)**
14:22 15:21 19:11
76:1 130:3 151:6
164:14,16,22 173:1
176:10 181:20
188:22 197:15
235:1 260:23 261:3
273:4 289:11,14
295:23
**given (20)**
13:1 19:6 26:13 35:21
44:11 55:15 116:23
178:20 183:9
189:20,21 191:21
193:15 206:2,24
208:20 211:15
224:9 247:5 295:1

**giving (4)**
49:2 110:18 169:24
173:15
**glue (3)**
77:21,23 78:9
**glued (2)**
77:19,20
**go (77)**
21:17 22:24,25 25:14
28:13,14 36:25
40:10,11 41:24
44:10 45:16 46:7
47:15 49:11,25 51:5
61:1 65:2 71:16
75:21 76:3 78:24
79:18 82:7 99:16
106:3,6 120:18
121:17 122:5
124:18 129:24
139:15 140:7
144:21 145:7,9,11
145:23 147:13
148:3 154:16
160:25 163:17
167:10 169:2
176:14,19 186:2
187:5 189:14
197:18 204:24
215:4 217:25 221:4
221:4 226:21 227:1
227:22 229:23
230:3 235:5,15
239:15 240:20
243:21 246:15
263:11 268:2 274:2
282:18 287:5
289:21 292:15,19
**God (5)**
114:6 116:14 148:14
153:21 264:2
**goes (5)**
89:7 92:2 122:7
127:15 144:2
**going (115)**
14:4 17:12 18:1,2
19:20 20:25 21:15
23:3,8 24:4,6 27:8
29:7 35:23 45:10,17
45:23 49:13 57:2,3
57:5 59:12 65:2,14
73:16 75:14 76:10
77:16 82:2,4 83:3
93:6 99:24 100:16
104:16 108:23
111:4,6,14 118:15
118:16 120:5 121:5

121:22 122:5 124:5
129:18 133:13,14
133:22 139:3,14
140:22 143:20
145:20 147:6,8,20
163:8,8,17,18
164:11 166:10
170:7,12,17 174:19
181:11,12,13
182:13 184:12,15
184:17,20 185:19
186:13,16 190:10
194:8 195:7 196:6,8
200:7 201:12
208:16 209:3 219:6
221:11 223:22
225:3 235:10
236:20 243:22,25
244:12,15 260:16
264:18 267:22
268:1,7 269:14
271:22 274:2,6,23
275:20 277:24
281:5,7 286:2 291:5
292:18
**good (21)**
10:1 11:3,4 14:15
49:22 66:22 92:9
125:7 160:3 162:24
163:18 170:1
171:10 177:21
199:7,14 205:5
207:15 224:4
234:15 240:8
**goodness (1)**
59:18
**Google (12)**
32:2 34:9,10,12
155:19,25 264:4
268:9,19 270:11
283:21 292:11
**Googled (1)**
27:13
**gosh (6)**
39:16 42:12 47:4
58:25 83:9 148:23
**Gotcha (1)**
99:22
**gotten (7)**
61:8 93:15 130:15
159:9,13 222:1
255:8
**Governor's (4)**
51:23 52:10,13,23
**grab (1)**
224:19

**grade (9)**
166:7,8 167:16,17,17
168:17,19,20
171:23
**gradually (1)**
246:17
**graduation (2)**
74:4 79:4
**grafting (1)**
237:21
**Grambling (1)**
59:11
**grandmother (1)**
143:14
**Gras (1)**
68:14
**great (2)**
23:6 207:12
**greater (3)**
178:7 179:2 197:17
**greatest (1)**
169:24
**greatly (1)**
273:1
**Greenberg (4)**
3:14 4:3 10:15,17
**grew (7)**
250:24 251:5,6,8,14
261:15,16
**group (7)**
56:10 157:25 162:24
163:2 283:22,25
284:5
**groups (1)**
283:19
**grow (20)**
30:3,6,9,11,20 44:6,7
91:21 177:13
178:13 179:8
181:13 247:20
250:11,18 251:12
254:1 261:18
272:21 288:5
**growing (24)**
30:15 137:21,25
214:15 249:20
250:6 251:21,24
252:6,6,17,18,24
255:14 256:7,21,24
257:3,17 258:16
266:21,22 267:2
277:10
**grown (2)**
237:12 258:9
**grows (2)**
92:6,14

**growth (12)**
50:3 90:22 92:2,11,11
92:20 93:4 249:13
255:16,20 257:15
278:24
**grueling (1)**
46:7
**guess (49)**
19:24 41:4,16 47:23
63:23,24 64:2 73:16
86:23 87:7 105:24
108:4 116:3 120:24
120:24 128:11
138:14 143:13
145:4,11 158:14,21
161:6 164:9 165:22
169:15 175:4 178:5
188:11 198:21
199:8 205:25
221:10,21,24 223:2
229:20 245:5,19
246:14,18 250:25
255:22 256:2
258:13 269:22
271:2 273:6 285:19
**guidelines (1)**
299:11
**guy (1)**
227:14
**guys (1)**
287:13
**Gynecologic (1)**
144:2
**gynecological (1)**
145:14
**gynecologist (2)**
111:23 148:6

---

**H**
**H-E-R-2 (1)**
166:13
**habits (1)**
81:11
**hair (363)**
11:21 27:13,18 28:9
30:2,4,5,6,9,11,15
30:20,20,24 31:16
34:19,25 38:10 44:6
44:13,17,19 45:20
60:3,7,10,14,17,22
60:24,25 61:2,2,6,7
61:20 62:6 63:11,12
63:19 64:11,17
67:13 72:3,7,9,13
73:2,4,8,8,9,12,19
73:22,25 74:3,11,23

74:24 75:5,11,18,19
75:22 76:1,4,19,23
76:24 77:2,24 78:3
78:7,11,25 79:3,24
80:20,25 81:11,14
81:18 82:8 83:3,5,6
83:19,21,22,23 84:1
84:3,21 85:14 86:5
86:5,6,8 87:16,17
87:22,24 88:2,6,13
88:15,17,22 89:7,23
90:3,14,21 91:20
92:1,11,14,19,20
93:15,18,21,24
94:24 95:25 96:10
96:15,16,22,24
97:21 98:18 99:8,13
101:2,5,7,8,9,21
102:2,12,14,16,18
103:3,6,9,10,15,22
104:2 105:15,17
106:19,20,23 130:2
131:5,6,9,17 132:1
132:4,6,7,8,10,11
132:21 133:1,21,25
137:17,18,20,25
139:10 149:11
152:24 153:1,1
177:10,13 178:4,10
178:13,13 179:5,8,8
179:17,19 180:13
180:14,23 181:5,11
181:15 193:13,13
200:4,6 201:12,13
201:13 205:18
206:21 207:3
208:18 209:1 210:9
210:9,10,14,16
212:3,4 213:13,20
214:7,14,15,21
215:3 217:22 218:4
218:6,15,17,19
231:15,18,19 232:4
232:10,12,23
236:22,24,25 237:6
237:9 238:11 242:1
242:4,7,14 244:4,8
244:10,11,11,15,15
244:25 245:15,21
245:25 246:6,23
247:12,16 248:5,5,6
248:12 249:4,7,12
250:2,18,24 251:1,5
251:21 252:3,3,8,18
253:9,9 254:3,6
255:3,4,14,15 257:7

257:14,19 258:5,9
258:14,21 259:2,4,7
260:6 261:6,19,24
262:9 263:14,20
264:3,17,24 265:16
265:22 266:21
269:16,17 270:3
272:5,8,11,16,21,24
273:6,15,21,24
275:1 277:6,7,9
278:8,11,16,23
279:4,6,7 280:11,14
280:23 281:2,5,6,9
282:10,10,13,13,16
282:19,23 283:2,3,7
288:3,4,10,15 291:4
291:7 293:21 294:4
295:4 297:10
**haircut (1)**
79:6
**hairdresser (3)**
78:24 79:1 84:23
**hairline (5)**
99:8,9,12 103:18
104:13
**hairs (1)**
254:20
**hairstyle (1)**
77:8
**hairstyles (4)**
79:23 260:4,6,15
**half (17)**
17:11 42:19 52:15
91:22 92:6,10,14
103:17 106:15
111:16 165:4,5,8
203:19 204:24
223:17 254:24
**half-sister (1)**
70:7
**halfway (1)**
177:9
**Hall (2)**
292:12,13
**hallucinations (1)**
276:12
**Hammond (2)**
16:11,15
**hand (15)**
10:22 13:13 24:7
65:14 100:16
118:22,23 120:5,8
135:19 140:22
143:20 164:24
200:14 228:12
**handed (6)**

19:14 20:4 21:10
44:24 94:15 226:25
**handing (1)**
24:20
**handle (5)**
49:17,18,23 51:16
166:11
**handled (2)**
196:17,19
**handout (17)**
5:10,12,13,14,15,16
21:20 22:8,11,13,15
22:17,19 43:18
178:22,25 180:6
**handouts (20)**
19:5,8,15 20:1,4
21:10 25:23 31:2
35:14 43:10,15 44:9
44:11,19,23 129:3
164:14,19 179:23
186:11
**hands (2)**
180:25 195:4
**handwriting (2)**
120:23 121:15
**handwrote (1)**
124:15
**happen (2)**
45:10 47:21 86:11
163:8 184:16
186:17 196:9
207:14 232:3 235:8
**happened (17)**
17:6 36:17 39:12
45:11 51:25 153:18
156:18 168:15,16
172:20,21 194:15
195:25 203:12
227:4 253:2 276:4
**happening (4)**
23:14 195:16 246:17
252:7
**happy (2)**
20:9 37:17
**hard (7)**
13:18 35:22 58:4,5
195:16 256:18
276:20
**Harper (46)**
4:9 5:6 10:17,17
123:24 170:15,16
174:19 182:17
200:7,14,19 219:6
219:14 224:5,19,23
225:10 228:3,6,10
243:18,21 244:2,21

244:23 245:14
260:16 261:2,5
262:20,25 264:18
265:9 267:22 268:1
268:7 274:6 275:20
277:24 278:15
286:2,7,10 297:19
297:23
**hat (6)**
63:14,16 64:3,4,7,9
**Hazel (1)**
225:16
**head (33)**
13:14 30:16 61:17
64:1,8 81:19 88:25
89:5 102:8 131:16
131:20,23,25
133:22 134:2
143:14 161:2
246:10 248:20
249:4,6,21,22
253:16 254:5
255:14,21 256:12
256:22 267:15,16
267:21 280:16
**headaches (3)**
57:25 130:15 233:20
**health (7)**
51:19 58:17 223:8
239:6,10,25 297:13
**healthcare (5)**
158:7 214:12 232:12
282:9 288:1
**healthy (3)**
166:11 171:15 247:22
**hear (8)**
16:24 36:4 39:15
57:12 106:6 111:22
146:10 207:4
**heard (15)**
31:20,25 36:15 40:1,7
62:23 77:24,25
110:23 136:20
183:11 207:6
271:17 284:2
292:20
**hearing (1)**
166:22
**heart (3)**
225:17 240:22,23
**heat (4)**
83:7,11 84:1 257:12
**heavy (4)**
107:13 108:4 146:5
146:12
**height (1)**

240:7
**held (1)**
2:5
**help (8)**
32:16 119:17 121:23
124:19,24 149:21
163:21 203:6
**helped (3)**
135:16 203:15 206:22
**helps (1)**
241:11
**HEMATOLOGY (1)**
219:10
**hematology/oncolo...**
5:10 6:14 7:11 21:19
22:8 37:9 120:6,10
180:5
**Hemocology/Oncol...**
37:14
**HER2 (2)**
166:13 167:18
**hereinbefore (1)**
299:7
**heterozygotes (1)**
202:2
**Hi (1)**
170:16
**hiding (1)**
106:4
**high (10)**
58:20,23 74:4,12 79:2
79:4 153:20 213:2
213:11 229:1
**highlighted (1)**
132:4
**highlighting (2)**
132:14,16
**Highway (2)**
16:11,15
**HIIT (1)**
240:15
**hippie (1)**
72:24
**history (12)**
49:22,22 122:8
142:25 144:2,3,3,5
146:21 155:24
220:6,7
**hold (12)**
21:13 53:16,24 54:8
65:24 78:9,10
262:20 266:3,15
268:4 290:25
**home (1)**
198:13
**Homeland (5)**

51:24 52:2,11,13,25
**homozygotes (1)**
202:1
**honest (1)**
121:19
**hope (1)**
60:5
**hopeless (1)**
279:18
**hormone (18)**
108:19,22 109:12,15
109:20 110:1,3,17
111:3 120:20
152:15,19,23
154:22 155:3,3
216:5 281:1
**horrible (2)**
156:5,7
**hospital (10)**
36:18 58:1 153:25
154:3 157:19,23
159:4,11 162:23
284:23
**hot (21)**
108:23,24,25 109:2,4
110:15,18,22
149:10 152:20
153:5 215:9,14,18
215:22 216:2,13
220:3,14,19,22
**hour (5)**
129:17 165:3,5,8
240:15
**hours (1)**
47:16
**housed (2)**
37:8 239:17
**HR (1)**
52:22
**huh-uh (1)**
105:8
**human (9)**
51:14,24 52:21 53:3,4
53:6,19,22 54:9
**husband (1)**
162:2
**hydrocodone (1)**
115:20
**hyperpigmentation ...**
151:2
**hysterectomy (20)**
107:4,6,14,18,25
108:15 109:7,10,22
109:23,25 111:9
112:18,23 113:16
117:20 151:25

---

**I**

**ID (4)**
6:17,19 122:20,23
**idea (4)**
27:6 28:1 243:5 247:9
**IDENTIFICATIO...**
22:10,12,14,16,18,21
24:10,13,16,19
94:10 100:13
118:21 120:13
122:21,24 123:4
135:22 140:21
143:19 174:25
200:13 219:13
225:2 260:22
264:22 268:6,11,13
274:12 276:1
286:16,20,24
**identified (9)**
66:6 67:3 68:21 69:3
70:3 71:12 128:22
143:6 245:10
**ILLINOIS (1)**
299:23
**imagine (2)**
46:8 254:8
**immediate (1)**
62:16
**immediately (3)**
154:13,14 196:3
**importance (1)**
122:3
**important (4)**
13:13 48:8,10 169:9
**Impression (1)**
200:24
**improvement (5)**
42:24 255:25 256:4
273:19,22
**inaccurate (4)**
125:24 128:4,6 136:8
**inadequate (3)**
205:23,25 206:3
**inappropriate (1)**
111:24
**Inc.'s (6)**
8:5,7,10 286:14,18,22
**inch (6)**
91:22 92:6,10,15,16
92:17
**inches (4)**
81:4,8 82:19 102:22
**include (3)**
93:14 188:20 200:4

---

**included (2)**
108:13 212:3
**incomplete (1)**
125:24
**Incorporated (1)**
10:9
**incorrect (7)**
144:6,6,12 189:13
225:9,12,21
**incorrectly (1)**
189:12
**increased (4)**
155:4 169:7 194:3,7
**increasing (1)**
241:11
**independently (1)**
182:25
**INDEX (2)**
5:4,8
**indicate (10)**
39:17 49:19,25 50:5
50:17,25 58:6
115:24 117:10
169:11
**indicated (12)**
23:11 25:9 30:19
33:25 43:17 46:22
50:13 58:14 62:10
108:2 128:1 285:14
**indicates (3)**
119:14 144:11 148:7
**Indicating (19)**
43:24 47:6 54:3 65:5
71:8 75:7 76:21
79:20 88:11 96:5
225:7 251:20
253:12,15 262:23
265:8 266:4,16
269:13
**indirect (1)**
299:16
**individual (2)**
65:16 291:15
**individually (1)**
19:24
**industry (1)**
134:15
**infection (4)**
5:15 22:5,18 179:23
**infections (1)**
113:13
**inflammation (2)**
191:13,17
**information (21)**
6:23 18:6 26:22 29:5
49:6 123:14 136:5

---

140:19,25 141:10
142:21 206:3 233:8
287:2,7,11,15
289:24 290:4,17
294:21
**informed (4)**
182:6,10,21 299:12
**Infusion (1)**
89:15
**initial (6)**
28:25 122:15 123:1
175:17 237:24
284:19
**initially (5)**
160:18 181:25 216:4
218:5 288:8
**injured (1)**
11:18
**injuries (8)**
55:16 137:2,7 142:7
245:8 254:2 284:17
285:8
**injury (2)**
7:19 264:21
**insecurities (1)**
273:6
**insomnia (1)**
275:7
**Instagram (18)**
7:22 34:7 138:11
139:12,24 140:1,4
142:22 268:8,12,16
270:5,16,20,24
271:25 272:1
290:12
**instances (1)**
85:8
**instructed (1)**
176:16
**instructions (3)**
14:19 86:1 294:20
**insurance (6)**
51:17,19 54:20 148:1
239:10 284:18
**intake (2)**
120:7 241:11
**Intake/Referral (2)**
6:14 120:11
**intent (1)**
202:3
**interest (1)**
279:19
**interested (1)**
299:18
**internet (5)**
27:1 28:13,14 34:18

---

284:4
**interrogatories (5)**
8:5 286:4,15 287:18
289:19
**interrogatory (2)**
287:22 288:18
**interrupt (1)**
22:22
**intimidating (1)**
13:6
**introduce (1)**
10:11
**introduced (1)**
11:5
**invested (1)**
291:16
**involved (1)**
133:6
**involving (1)**
293:7
**ionizing (1)**
201:25
**iron (19)**
76:5,7,9,11,12,15
77:8 82:23,24
257:13,16,19,22
258:3,13,21,24,25
282:5
**irradiation (1)**
202:4
**irritation (1)**
203:14
**Isbell (6)**
1:19 2:9 9:17 10:10
299:4,22
**issue (8)**
45:24 134:4 191:20
216:19 222:23,25
242:19 284:5
**issues (20)**
17:22 27:1,2 58:10,17
115:2 116:6,7,23
117:5 150:22
187:13 191:6
211:16 213:4
215:21 228:22
234:8 238:2 297:13
**it'd (1)**
188:23
**itching (7)**
252:13,14,16,19,21
253:4,5
**items (1)**
25:9

---

**J**

**JANE (1)**
1:7
**January (14)**
39:9 42:13 107:5
110:1 141:4 143:21
199:21 224:3 229:2
249:13 250:1,3,15
251:22
**Japanese (1)**
84:7
**jar (1)**
90:2
**Jean (1)**
15:22
**job (7)**
1:20 52:5 53:5 205:3
207:12,15 239:17
**joint (2)**
113:25 114:8
**Joseph (1)**
56:24
**journal (1)**
34:1
**journey (1)**
26:14
**JUDGE (1)**
1:7
**July (11)**
86:23,24 188:5,7
245:5,5,6,18 246:18
291:25 292:1
**jump (1)**
130:1
**jumping (1)**
223:4
**June (16)**
5:17 23:12 24:9 47:7
86:23,23 100:7
105:4 166:3 172:11
174:21 181:17
188:2 204:7,13,13

**K**

**keep (9)**
21:3 86:8 88:19
148:17 149:5
197:17 247:17
263:20 279:24
**keeping (1)**
197:16
**Kelley (3)**
4:15 10:2,8
**Kenyatta (2)**
39:2 118:11
**kept (1)**
278:6

**keratin (2)**
84:3 89:15
**Kestler (1)**
128:15
**kid (1)**
131:2
**kids (1)**
162:2
**kind (52)**
12:6 27:23 43:18 59:1
60:5 65:24 71:25
79:12 89:9 90:22
94:12,22 108:22
110:23 111:24
113:22 124:15
127:2 148:13
150:20 156:23
162:19 163:14
166:5 167:23
176:10,21 190:8,15
193:21 195:12
198:9 205:3 215:21
227:4 236:7 240:3
241:2 247:22
251:24 253:2
256:14 257:16
258:13 259:2,7,10
259:11,22 264:1
265:15 272:2
**kinds (3)**
142:23 149:10 234:1
**knew (13)**
23:13 44:21,22 62:24
68:17 86:8 130:22
161:2 184:9 186:13
186:16 232:18
233:17
**knot (1)**
153:21
**know (173)**
12:20 13:4,7 14:1,11
17:8 18:2,3,14
35:22,23,25 36:1
50:2 57:22,24,25
58:18 59:4,20,21,22
59:24 60:23 61:5,9
61:13,19 62:7,19,24
62:25 63:4,15 64:13
64:24 66:18 70:19
70:22,25 72:12
79:10 81:2 85:1
91:14,20 92:9 94:4
94:20 95:17 97:11
97:14 98:9,19 100:7
101:19 106:2,8
109:12 111:21

112:10 113:7 114:2
114:14 117:2,3
118:2,6 120:4
121:21 124:12
126:23 127:8 131:2
131:2 132:9 133:24
134:1,17,20 135:16
145:23 148:8
150:21 153:11,19
155:12,19,20 161:1
162:21 169:4,15
173:1,6,7 180:22,24
180:25 182:12
184:13,21 186:6,7
192:19 193:4,23
195:13 197:22
198:22 201:11,14
201:14 203:10,23
203:23 205:5
206:12,24 207:5,13
208:7,8,21,22 213:1
216:19 217:7
218:11 220:23
221:16,20 223:24
226:9 229:14,16,19
230:19 231:23
232:2,6 237:12
239:12 241:8 243:2
247:10 248:21
253:15 256:17
257:1 258:16 263:9
263:22 265:21
266:9 267:18 271:2
272:2,5 276:20,25
279:6 281:19 282:3
289:12 292:21
293:6,9 294:10,12
295:17,24 296:20
**knowledge (19)**
12:2 17:17,22 38:12
58:8,13 61:18 62:18
62:22 64:18 123:11
123:20 125:3
208:13 229:11
278:10 281:16
283:25 299:15
**known (3)**
15:23 44:16 62:21

**L**

**L (1)**
9:1
**L-E (1)**
157:11
**lab (3)**
226:22 229:1 239:21

**labeling (1)**
33:13
**Labor (1)**
53:12
**laboratory (1)**
33:6
**labs (6)**
117:15 239:8 242:19
281:4,7 282:7
**lack (1)**
279:19
**laptop (2)**
141:16,17
**large (1)**
50:9
**laser (2)**
95:10 115:8
**Lasix (1)**
210:20
**lasted (3)**
60:24 91:12 195:6
**lasts (1)**
264:16
**late (1)**
59:7
**law (6)**
2:5 9:6 28:11 29:2
31:6,15
**lawsuit (28)**
27:1,2 35:3 55:17
133:7,10 134:10
137:7 142:8,11
183:12 205:17,21
254:3 266:12
280:20 284:6,9,25
285:8 291:16 293:3
293:7,10,18 296:9
297:10,14
**lawyers (1)**
134:15
**lay (6)**
75:1 78:7 79:19 83:15
259:5,18
**laying (1)**
103:4
**lays (1)**
263:24
**lazy (1)**
80:10
**lean (1)**
163:21
**learn (2)**
79:3 91:24
**learned (1)**
123:14
**leave (13)**

77:2 85:4,8,18,22
100:1 204:4,5,12,19
204:20,22 205:12
**leaving (1)**
176:17
**LeBourgeois (1)**
157:8
**left (9)**
23:9 65:17 69:6 70:10
86:12 161:13
170:10 223:20
253:12
**legal (6)**
54:3,6 55:19 106:10
134:14 135:6
**legs (5)**
156:14 192:1,1
195:22 235:4
**leisure (1)**
44:12
**length (14)**
75:9 76:22 81:6,8
91:18 247:16,17,18
247:23 253:3,5
257:14,16 258:15
**lengthwise (1)**
266:23
**lesion (2)**
277:15 278:24
**let's (38)**
50:14 56:25 64:24,25
65:3 67:24,24 69:14
71:8 72:1 76:3
95:16 114:6 127:11
127:14 128:10
136:6,9,13,24
139:16 167:10
178:1 184:25 194:2
220:6 251:18
259:20 261:21
262:17 264:6 269:1
269:5 271:24
274:18 287:5 290:1
292:11
**letrozole (9)**
15:8 40:6,8 212:12,14
212:17 216:8,10
242:11
**letter (1)**
20:21
**level (1)**
171:23
**levels (7)**
224:13 226:4,5
230:20 232:22
281:1 282:5

**Lexapro (8)**
215:5,6,7,9 220:13,18
    220:22 221:17
**liability (2)**
1:4 293:10
**liable (1)**
290:25
**licenses (1)**
54:9
**life (14)**
48:6,6,11,15,15 165:6
    169:4,7,12,24
    209:19 273:1,5
    295:22
**lifesaving (1)**
47:25
**light (8)**
58:10 65:25 250:14
    251:7 254:17,21
    257:1,2
**lighting (1)**
96:7
**likes (1)**
277:3
**Linda (1)**
157:8
**line (4)**
49:16 146:22 152:8
    152:10
**lines (1)**
95:14
**Lipitor (8)**
212:19 213:10,17,23
    230:2,3 246:25
    247:7
**liquid (1)**
76:24
**Lisa (2)**
7:14 224:24
**list (5)**
25:12,14 119:13
    179:4,4
**listed (9)**
31:12 128:8,13,14
    155:22 181:4
    193:23 233:6 234:7
**lists (1)**
129:4
**litigant (2)**
299:17,17
**litigation (2)**
1:4 291:14
**little (64)**
13:4,5 24:5 49:19,20
    51:5 73:2 75:1,8
    77:17 82:14 83:16

83:17 86:3 89:6
95:19 96:5,13 99:23
126:23 127:4
129:24 130:1
133:15 134:12
148:19 178:6
187:14 188:23
194:9 201:22 209:4
216:23 227:1
230:17 236:7,20
238:3 241:3,7,12
244:3 245:24
247:18,21 249:24
252:10 253:4,14,17
253:24 254:1,1,20
255:24,25 256:1,2
256:15,16 257:19
257:22 263:22
288:19
**live (7)**
16:4,6,13,16 163:8
    206:22 216:9
**lived (1)**
16:7
**liver (1)**
234:8
**lives (1)**
162:5
**living (4)**
16:15 56:21 225:18
    295:3
**LLC (1)**
228:14
**locate (1)**
141:13
**log-in (1)**
227:3
**long (78)**
15:14 16:7 17:8,21
    39:20 42:17 51:11
    52:12 55:13,14
    60:23 72:23,24 75:5
    78:18 81:2 82:14,17
    85:4,10,16,18,23
    86:12 90:10 91:3,5
    91:9,20 92:25 107:9
    109:12 111:16
    112:10,19,21
    130:16 135:10
    140:4,5,6 146:7,9
    148:15,17 158:3
    159:1,3,7 162:22
    184:17 195:3
    198:10,23,24 199:1
    199:5,6 203:4,5,6
    204:5 213:25 214:2

214:3,3 217:10,14
220:24 230:13
231:6 240:18 243:4
243:11 249:13
250:13 253:2
264:16
**long-term (2)**
168:22 201:2
**longer (8)**
75:8 86:10 87:22
    102:22 169:4
    206:23 230:18
    295:3
**longest (3)**
81:4,7 195:6
**look (50)**
20:10 24:21 31:1
    42:23 45:12 72:23
    72:24 80:18 95:2
    96:3,17 97:21 99:1
    99:1,1 119:3,22
    120:14 121:11
    123:5 127:12 129:2
    132:17 136:7
    139:14 144:1 161:4
    176:3,20 177:6
    178:1,6 200:23
    201:22 219:19,21
    221:21 228:5 243:7
    243:19 246:20
    251:19 257:20
    258:17,19 269:1
    270:8 271:9 277:18
    287:20
**looked (17)**
32:9 35:11 64:4
    106:21 108:10
    129:7 177:1,19,23
    178:18 183:16
    201:23 215:8
    247:15 249:24,25
    279:4
**looking (24)**
26:16 27:9,16,21,24
    29:2 35:5 40:15
    41:19,21 98:15
    180:12 183:11,20
    189:11 228:11
    244:24 246:9,15
    267:25 270:5
    289:17,18,22
**looks (27)**
20:6 70:16 89:6 94:22
    95:2,22 96:3,5
    97:23 98:15,17,21
    98:22 99:11 102:16

120:14 122:15
125:6 127:1 135:23
139:4 147:3 254:19
256:25 261:24
265:22 278:22
**loose (1)**
130:11
**Lorazepam (1)**
190:1
**Lord (1)**
140:5
**Loreal (1)**
89:17
**lose (14)**
60:2,3,10 61:6 178:12
    181:11,12 201:13
    207:3 235:25 240:2
    240:6 244:15
    248:24
**losing (5)**
63:19 236:7 245:15
    277:25 281:6
**loss (134)**
11:21 27:13,18 28:9
    30:4,5,20,25 31:16
    34:19,25 38:11
    44:13,17,19 45:20
    60:8,14,17,22,24,25
    64:11 93:15,18,21
    93:24 106:23 132:1
    133:21 137:17,18
    139:10 148:24
    150:7 152:24 153:1
    177:10 178:4,11
    179:5,8,19 180:13
    180:14,23 181:5,15
    193:13 200:4
    205:18 206:22
    208:18 209:1 210:9
    210:10,14,17 212:3
    212:5 213:14,20
    214:14,21 217:22
    218:4,6,15,17,20
    231:15,18,19 232:4
    232:10,13,23
    235:22 236:4,22,24
    237:1,6,15 242:1
    244:4,8,10,11,25
    246:23 247:12
    252:3,4 253:9,25
    254:3,22 261:14
    272:6,11,16,24
    275:1 276:12 277:6
    278:9,12,16 280:4
    280:11,24 281:2,5,9
    282:10,10,13,14,16

282:19,23 283:2,3,7
288:3,11,15 291:4,7
293:21 294:4 295:5
297:10
**losses (1)**
236:3
**lost (7)**
54:14,14 205:20
    236:18 237:8
    273:15 285:20
**lot (19)**
12:18 13:8 18:2
    104:17 115:11
    121:5 147:9 149:9
    165:16 167:24,25
    194:3,10 216:20
    217:6,12 220:20
    270:23 292:19
**Louisiana (20)**
1:1,14 2:8,13 3:7 9:19
    10:4,7 16:3,5,12,17
    16:19 51:9 54:11
    228:14 299:5,14,22
    299:25
**Lovely (1)**
84:11
**low (14)**
5:16 22:7,20 23:10
    117:17 118:5
    179:18,23 180:24
    189:17 226:11,16
    227:7 231:11
**lower (2)**
156:14 229:23
**lowering (1)**
229:20
**lump (5)**
153:14 154:9 155:19
    155:25 158:8
**lumps (1)**
158:14
**lunch (3)**
129:20 182:1,1
**lung (1)**
143:11
**lupus (3)**
281:22,23 282:4
**lymph (8)**
39:10 51:1,3 154:9
    166:9 168:21
    171:23 199:11

————————
**M**
————————
**M-E-R-E-D-I-T-H ...**
55:6
**M.D (1)**

228:16
**ma'am (29)**
10:22 12:25 32:1
37:24 121:13 127:9
128:21 138:18
150:11 154:11
163:1 169:10 170:2
183:19 199:16
204:15 205:16
209:9 219:22
237:25 239:4 261:9
265:6 266:13
269:18 271:16
285:22 287:16
295:7
**magnesium (13)**
117:11,14,16,17,24
118:4,12 230:22,24
231:5,13 232:21
242:16
**main (4)**
84:12 108:24 132:1
149:8
**maintain (1)**
26:10
**maintained (3)**
21:1 23:17 64:20
**major (3)**
253:25 254:5 274:20
**majority (1)**
270:22
**maker (1)**
28:2
**makeup (6)**
95:14 105:22,23
250:14 254:18
255:1
**making (10)**
54:14 83:5 95:13
205:20 277:5 284:8
284:11 285:20
293:15 299:13
**male (3)**
63:23 64:11 258:16
**mammogram (7)**
147:18 148:4 154:19
157:18,19,21
158:13
**mammograms (2)**
40:25 147:15
**manager (2)**
53:9,12
**manufacturer (4)**
28:2 31:23 294:12,22
**manufacturers (2)**
136:15,18

**marathon (1)**
14:8
**March (10)**
1:15,22 2:8 10:7
42:13 69:18,19
199:21 203:20
298:2
**Mardi (1)**
68:14
**mark (31)**
19:23,23 20:11,12
24:6 39:22 65:22
66:2 67:1 68:19
69:25 71:10 100:3
100:10 118:15,16
135:17 174:19
200:7 219:6 225:3
260:16 264:18
267:22 268:2,8
274:6 275:20
277:24 286:2,8
**marked (57)**
21:15 22:10,12,14,16
22:18,20 23:16,25
24:10,12,15,18,20
26:10 47:10 69:11
72:10 94:5,9,15
100:13 118:21
119:22,24 120:13
122:7,14,20,23,25
123:4 135:22
140:20,22 143:19
143:20 174:25
176:2 178:23 180:4
200:13 219:13
225:2 228:7 260:21
261:8 264:22 268:5
268:11,13 274:12
276:1 278:2 286:15
286:20,23
**marking (5)**
19:25 68:18 94:6
120:5 135:17
**married (2)**
16:20,25
**mastectomy (13)**
41:9 50:12,16 171:25
184:12,16 197:3
198:4 204:2 205:14
207:10,11 249:16
**master (1)**
135:10
**master's (1)**
53:22
**material (2)**
178:18 182:3

**materials (5)**
32:6 33:14,17 176:2
181:20
**maternal (1)**
143:13
**matter (3)**
299:17,18,19
**McCanless (81)**
7:6,24 37:16,19 38:2
38:3 39:3,6 40:22
44:2 45:20 46:11
47:12 48:14 49:9
60:7,13 161:23,24
164:9,10 165:2,23
166:4 170:22 171:3
171:7,11 173:8,21
174:4,21,23 175:10
175:18 181:6
182:24 184:4,6,11
184:14 185:3,12,22
185:24 190:5
196:10,23,24
197:25 204:21
206:5,6 207:21
208:1 210:9 211:3
211:19 212:6,9
214:15 215:19
216:12,15 217:1,21
218:3,14 219:8
220:2 221:9 226:13
230:10 236:11
242:21 243:2 274:8
274:10 288:8,12
289:3
**McCanless' (5)**
43:11 126:22 172:3
209:13 295:18
**MDL (1)**
1:3
**mean (36)**
18:11 27:2 32:11
66:10 72:5 73:6
97:13 101:10
105:23 107:19
116:25 120:25
125:21,25 130:4
135:5 141:14 145:5
168:18 206:4 216:8
223:19 226:6,6,24
231:21 253:5,20,22
253:23 271:3,9
273:4 276:3 284:13
284:14
**meant (1)**
274:18
**meats (1)**

194:11
**Med (1)**
119:13
**media (10)**
34:3,13,18 81:23,24
82:2 170:4,6 271:6
271:14
**medical (58)**
6:11 7:1,11,14 8:1
18:24 20:5 21:1,7,8
23:16,19 25:24,25
26:4 32:24 33:2
36:16,16 38:22,25
39:2 49:22 54:1,22
54:24,25,25 55:1
58:7 106:9 113:12
118:16,18 119:1
128:7,22 134:13
143:16 144:10
145:8 187:1 204:20
205:11,24 209:4
215:8 219:10
224:24 237:18
274:4 275:23 284:9
284:13,16,18
285:16 290:25
**medication (31)**
15:4 29:22 112:17,20
112:25 113:12
117:6 148:10,12,16
149:14 154:22
187:10 190:21
191:3,7 198:22,23
210:20,24 217:2,8
220:19 222:8,20
224:10 230:14
231:4 234:22 235:2
294:9
**medications (33)**
12:18 14:21 15:3,6
30:19 93:24 113:11
116:4,10 128:20,25
148:9 149:13 173:5
184:5 185:19,20
192:6 198:16
207:22,24 220:21
229:10 238:15
242:10,13 243:1
246:23 247:13
272:17 296:16,19
296:25
**medicine (4)**
46:4 58:2 116:13
252:21
**medicines (1)**
222:4

**Mediport (1)**
186:20
**meet (8)**
18:13,15 161:19
175:11 184:24
185:5 226:21
284:20
**meeting (3)**
183:4,5 185:2
**meetings (1)**
174:17
**member (4)**
283:18,21,24 284:4
**members (7)**
134:12,13,14 154:16
160:20 175:2
267:18
**memory (6)**
14:25 221:8 222:7
276:12,21 280:4
**menopausal (2)**
107:1 109:9
**menopause (3)**
109:7 110:22 153:4
**menstrual (1)**
146:2
**mental (2)**
282:22 297:13
**Mentally (1)**
273:11
**mention (16)**
30:2,11 60:2 166:13
166:14 168:5 181:6
185:20 193:12
194:12 197:19
202:13 204:23
212:15 220:22
229:22
**mentioned (42)**
21:13 29:19 30:4,6
45:25 47:19 50:2,4
87:12 131:7 152:7
163:10,16 166:8
171:14 173:9
180:22 183:10
184:14 186:10
194:4,7,17 195:23
196:4,13 197:15,25
199:20 201:15
208:4 210:5,6
227:10 229:20
230:23 231:23
232:7 234:10 242:9
259:16 260:3
**mentioning (3)**
173:13 227:6 281:19

**Meredith (2)**
55:4 70:9
**message (1)**
137:5
**messages (1)**
138:4
**met (7)**
166:3 170:16 174:14
175:20 176:7
180:17 278:9
**metastasis (1)**
168:2
**method (1)**
299:8
**Miami (1)**
3:17
**micro (1)**
82:14
**microblading (1)**
255:10
**mid (4)**
27:11,19 28:5,6
**middle (12)**
68:4,5 69:6 70:10,11
70:12 73:16 88:10
96:2,4 97:24 98:1
**midst (1)**
240:19
**MILAZZO (1)**
1:7
**milestone (1)**
40:1
**mind (1)**
168:19
**minute (1)**
161:14
**minutes (4)**
77:3 85:20 86:9
240:16
**mirror (2)**
79:9,13
**missing (1)**
241:22
**MISSISSIPPI (1)**
299:24
**mistaken (13)**
148:14 157:20 159:6
198:12,14 215:13
222:14 230:6,12
231:1 234:11
238:25 259:21
**mixed (2)**
99:7 225:23
**Mobic (1)**
113:25
**mole (1)**

115:14
**moles (4)**
115:3 150:14,24
151:23
**mom (17)**
5:25 6:7 58:2 65:19
66:5,11 71:11 73:13
73:21 84:17 131:3
143:1 161:14,18,25
162:18 225:19
**mom's (1)**
143:10
**moment (14)**
16:14 24:21 122:6
137:15,16 138:1
141:6 162:10 172:5
218:10 221:5
275:12 276:5,22
**monitor (1)**
224:7
**monitoring (1)**
291:1
**Monroe (1)**
162:6
**month (21)**
17:10,10 91:13,14,15
91:23 92:6,11,17
130:3 139:19 199:7
203:18 204:8
205:13 214:9,22,23
235:5 267:12
274:13
**months (26)**
39:4 41:10 42:3 58:2
73:20 74:15,16
75:23 78:19 80:5
85:17 91:6 92:22,22
109:14 110:2,14
116:11 214:1,18
235:6 243:15
249:11,14 252:5
277:10
**mood (3)**
275:14 276:10 280:2
**morning (10)**
10:1 11:3,4 15:5
19:11 25:6 74:25
240:14 246:5
263:25
**mother (8)**
58:22 60:22 62:7
64:20 71:7,14,17
146:14
**mousse (1)**
96:14
**mouth (7)**

46:5 119:15 179:17
179:18 181:3 186:7
231:24
**move (1)**
52:7
**moved (2)**
166:9 198:1
**movement (1)**
199:8
**moving (1)**
223:3
**muscle (2)**
114:1,8

_____
**N**
_____

**N (3)**
3:1 5:1 9:1
**N(5) (1)**
1:5
**nail (1)**
92:20
**nails (3)**
90:14 194:2 195:5
**name (32)**
11:5 12:7,15 15:8,21
27:14 28:15 37:25
55:3,5 83:8 109:18
110:9 112:1 116:14
116:18 128:16
138:11 139:13,17
148:13 150:21
151:3,12 157:10
223:25 233:14,15
259:11 264:4
292:10 300:2
**named (1)**
131:4
**names (4)**
12:18 15:23 56:23
136:20
**natural (24)**
72:7 75:18,21 76:20
81:14 87:16 90:21
94:24 97:21 99:11
102:14 103:17
104:13 133:2 207:4
215:4 257:14
259:10,11,12 262:9
264:3 270:3 273:24
**naturally (4)**
90:22 93:10 248:2
257:10
**nausea (8)**
46:3 179:19 186:6
192:6 215:22
231:24 233:20

288:3
**nauseated (1)**
212:11
**near (2)**
120:19 246:14
**necessarily (1)**
195:17
**necessary (1)**
202:5
**neck (2)**
39:11 143:14
**need (10)**
20:14 22:25 50:19
164:5 165:15 170:4
204:25 254:9 258:2
268:3
**needed (7)**
107:18,22 117:17
125:16 145:3 164:5
202:21
**needing (1)**
108:18
**negative (2)**
105:8 166:25
**negatively (1)**
64:8
**nerve (6)**
157:1,4,15 222:20,23
235:1
**nerves (2)**
222:25 223:3
**nervous (2)**
13:5 221:13
**Neulasta (1)**
189:22
**neuralgia (1)**
234:18
**neurologist (4)**
232:25 233:13 236:21
241:20
**neuropathy (2)**
195:23 234:18
**never (44)**
34:10,16 37:11 38:21
85:6,6,7,12,24
86:16 88:24 95:9
96:12 102:7 130:12
130:25 133:25
139:8,9,11 140:15
145:6 191:7 207:25
213:4 218:20
225:24 226:15
231:18 232:9
234:14 244:11
271:8 272:12,13
277:17 280:10,19

280:21 281:5,8,22
281:23 282:15
**new (14)**
1:14 2:7 3:7 10:6
127:3 128:14,15,20
133:14 138:6,6
173:2 208:9 240:12
**news (2)**
159:23 170:1
**nice (1)**
200:16
**night (4)**
15:4 111:1 263:24
264:17
**nights (1)**
148:18
**nighttime (1)**
81:17
**nodding (1)**
13:14
**node (1)**
39:10
**nodes (6)**
51:1,3 154:10 166:9
168:21 171:24
**norm (2)**
91:22,23
**normal (13)**
86:9 194:25 223:16
224:4 247:20 253:6
277:13,13,14,14,15
277:17 278:24
**normal' (1)**
179:15
**normally (5)**
21:3 75:11 91:21
116:21 239:12
**Northeast (1)**
4:5
**Notary (1)**
300:25
**notation (1)**
225:20
**note (5)**
7:9 20:19 21:16
200:11 279:13
**noted (5)**
220:5,16 233:7
264:25 278:22
**notes (6)**
26:11 183:22 274:3
276:9 279:25 280:1
**notice (13)**
5:22 9:7 24:6,17 25:4
30:13,18 236:25
238:13 244:14

noticed (14)
30:15 61:20,22,25
153:3,13,20 237:6,9
256:9,11,21 266:20
285:13
noticing (1)
266:22
noting (1)
225:11
November (12)
27:11,19 28:4,5,6,24
28:25 69:14 197:6
200:21 228:15,19
NP (2)
175:6,11
number (11)
10:4 21:23,25 22:2,6
136:9,14,17 288:18
290:21 298:1
nurse (28)
19:21,21 36:16,22,23
37:5 44:9 49:5,7
154:5 159:22
160:10,14,17,19
162:10 164:2 172:6
174:7,9 175:21
176:3,7 179:22
180:17 182:24
187:19 198:13

O

O (1)
9:1
o'clock (2)
68:3 250:4
OB-GYN (4)
17:18 111:12,25
143:24
objection (1)
182:22
objections (2)
9:12 11:14
observation (1)
279:2
obtain (1)
292:24
obviously (3)
121:21 162:7 216:23
occasion (1)
292:25
occurring (2)
178:7 179:1
October (8)
123:2,8 135:23
136:10 189:10,14

off-center (1)
253:11
offer (1)
208:25
offered (8)
206:21 208:17 239:7
239:11,19 240:2,5,6
office (32)
6:12 7:2,15 8:2 29:14
36:21,22 37:9 43:11
47:15 51:23 52:10
52:13,23 53:9,12
118:19,24 143:17
143:21 150:10
151:17 157:5
159:19 161:7 174:8
174:9 192:13
224:25 235:11,19
275:24
officer (1)
299:5
offices (2)
2:5 52:8
officially (2)
28:23 29:4
oh (51)
39:16 42:12 47:4
49:11 55:12 58:25
65:10 68:16 73:12
74:13,19 77:15 83:9
85:6 87:3,9 91:5
96:7 110:21 114:6
116:14 117:22
119:7 136:16 140:5
148:14,23 149:19
150:2 153:21
159:16 188:13
189:23 201:12
214:21 224:8
231:16 245:13
247:4 250:17,20
253:22 265:8 266:4
266:22 273:9
274:22 275:3
279:16 286:7
290:11
oil (4)
83:17 84:2 259:4,9
okay (329)
10:19 12:9,13,16,21
13:1,4,17 14:2,3,8
14:12,16,18 15:3,6
15:19 17:23 18:20
19:1,4,8,13,23
20:23 21:15 22:24

23:7 24:8,22,23
25:3,11,18,22 26:5
26:9 27:10,23 28:3
28:6,20 29:1,6,12
30:8,23 32:2,21
33:11 34:13 35:12
36:2,3,25 37:3
40:12 42:4 44:1
45:4,7 46:1,7 49:7
50:5 51:6,7 52:20
52:25 53:24 54:13
56:7 60:6 62:15,20
63:5 65:10,12,14
66:7,13,20 67:6
70:8,24 72:17,18
73:14,18 75:2 77:22
78:24 80:6 81:7,20
81:21,24 82:1,4
83:11 84:17 85:3,18
85:21,25 86:11 91:7
92:1,13,19 94:11,18
95:5,21 96:14,24
97:4,7,8,19,23 98:2
98:9 99:16,17,19,22
99:22 100:9,17,21
100:24 101:8,13,16
102:2,10,12,15,20
102:25 103:3,6,19
103:22 104:5,7,11
104:21 105:1,3,9,11
105:14 107:6,24
108:14,18 109:15
109:20 110:21
111:14 112:3 113:8
113:15,17 114:21
114:25 115:8
116:15 117:4
119:10,16,22
120:22 121:11,14
121:17 122:9,13
123:8 124:3,10,17
125:2,7,15,25
126:10,19 127:5,7
127:25,25 128:7,17
128:20 129:9,15,21
131:22 132:25
135:14,14,15,25
136:3,11,16,19
140:13 141:8,18
143:10,23 144:9,13
144:23 145:13
147:16 148:3
150:15 153:12,17
155:1,13 157:3,9,14
158:13 159:1,8
160:15 162:7

164:25 166:18
167:11 168:18
170:6,12,19 172:9
175:16 176:6,16
177:3,8 178:9
179:14 180:7,13
183:20 186:16
187:18 189:1,15
195:1 200:23 209:6
210:19 211:9 219:9
219:18,23,25 220:4
220:11,15 222:7,17
224:22 225:3 227:6
227:10 232:10
239:22,24 240:9,22
242:17,20 243:20
243:25 244:6 245:6
245:13,16 247:4,9
250:6 251:14
256:11 257:3,6
260:19 261:23
262:9 263:2 264:18
266:14,16 267:5
269:3,21,25 270:9
270:13,25 271:12
274:5 275:8 276:8
277:16 278:1,5,21
279:10,12,16,21
280:9,17 285:12
287:21,23 289:17
290:16,22 297:25
old (11)
16:11,15 17:23 55:9
56:12 57:15,18 59:4
73:14 106:12
270:12
older (5)
55:7 57:16 61:8 131:3
146:10
oldest (4)
54:24 55:22 56:5
84:22
ologists (1)
241:21
Omada (1)
239:25
once (28)
41:8 74:21 76:15
77:15 78:16 80:4
90:18 112:14 117:3
130:3 134:6 139:19
168:21 172:16
176:8 224:16
234:24 238:2 249:9
250:24 251:5
257:17 258:4 259:1

264:15 267:12
268:3 286:3
oncologist (12)
19:6,21 37:10 46:25
47:3 120:16 161:5
164:5 182:20
194:19 241:14
295:16
oncology (5)
7:9 161:7 182:19
200:11 219:11
one-year (1)
111:8
ones (16)
43:15,21 69:16 84:12
87:8 98:24 104:2
105:10 106:7 129:8
164:18 193:25
198:21 222:13
231:23 270:22
ongoing (1)
220:7
online (6)
38:16 53:20,20 91:25
91:25 94:14
opinion (2)
165:15,18
opinions (2)
14:22 299:15
opportunity (1)
297:5
opposed (1)
294:2
option (19)
169:17 173:1,2,15
197:16 206:1,1,21
206:24,24,25 208:3
208:6,8,18,20
289:12 295:2,6
optional (2)
240:9,11
options (14)
107:15 164:1 182:24
182:25 206:8 207:2
207:2,24 208:9
289:13 295:11,14
295:24,25
order (7)
13:14 32:16 47:24
50:18 100:4,5
204:21
ordered (2)
154:19 156:23
orders (1)
40:20
organization (2)

43:20 291:15
**organizations (1)**
291:13
**original (3)**
197:24 299:3,4
**originals (1)**
261:4
**Orleans (5)**
1:14 2:7 3:7 10:6
133:14
**ORS (1)**
259:21
**out-of-pocket (2)**
284:11 285:16
**outcome (3)**
197:14 199:14 299:19
**outside (7)**
131:5 173:16 210:6
287:13 291:13,15
295:2
**outweighed (1)**
43:8
**ovarian (6)**
59:2,5,9 143:1,2,4
**ovaries (3)**
108:8,12 152:6
**over-the-counter (2)**
93:23 116:9
**overall (6)**
196:17 216:18 218:2
218:8,9,18
**oxycodone (1)**
113:3

**P**
**P (3)**
3:1,1 9:1
**p.m (5)**
129:22 170:13 243:23
244:1 298:4
**package (1)**
34:11
**packaging (1)**
33:13
**packet (3)**
101:25 176:10 177:23
**paclitaxel (1)**
173:14
**page (51)**
25:8,9 95:16 119:3,6
119:7,13 120:19
121:11 122:16
126:2,3 127:13,20
129:2 144:1 145:11
147:14 175:5 177:9
177:9 178:3,3,10,25

179:11,12 188:20
200:23 220:7,9
225:25 229:13
245:12 246:21
247:3 265:24 268:8
268:14 269:19,24
275:3,4 276:7
277:12 278:19
279:10,15,16,24
299:4
**pages (4)**
23:12 245:7 271:14
299:7
**paid (5)**
204:4,5,12,19 285:4
**pain (20)**
46:3 107:13 112:17
112:20,25 114:1,3,6
114:8 145:25 146:1
146:8 187:10
198:16,22,23
222:20 223:1 235:1
238:15
**painful (4)**
47:21 112:23 130:20
146:4
**pains (5)**
195:7 196:8 211:24
223:3 231:24
**Pamela (1)**
70:6
**pancreatic (1)**
143:7
**Pantene (1)**
259:24
**Pap (2)**
146:19,24
**paper (2)**
164:23 219:14
**papers (2)**
182:13 261:5
**paperwork (1)**
205:11
**parade (1)**
68:12
**parades (1)**
68:15
**paragraph (3)**
179:13 201:8,23
**parents (2)**
56:21 144:14
**part (24)**
9:14 34:11 88:9 96:1
96:4 97:23 98:1
114:9 146:10 148:1
148:6 163:17,19

182:14 195:18
209:18 218:2,18
240:1 252:18
257:22 267:1 282:6
290:24
**participated (2)**
68:12 297:2
**particular (11)**
26:17 46:15 48:23
60:11 61:16 166:21
181:2 221:3 272:4
272:22 276:4
**particularly (1)**
27:24
**parties (2)**
9:4 299:18
**parts (2)**
88:8,9
**party (6)**
66:21 67:7 68:1 69:16
299:17,17
**pass (1)**
57:12
**passed (11)**
57:11,15 58:11 64:10
69:22 128:15 143:9
225:15,15,17,20
**paternal (1)**
143:6
**pathology (1)**
33:6
**patients (4)**
60:9 178:8,12 179:2
**pattern (4)**
61:16 63:23 64:12
278:23
**Paul (2)**
227:19 228:16
**pay (2)**
284:15,22
**payment (2)**
284:21 285:1
**payments (1)**
285:3
**payroll (2)**
52:18,19
**peach (2)**
253:24 256:16
**peeling (1)**
202:16
**pencil (1)**
255:12
**pending (1)**
14:13
**Pennington (2)**
7:8 200:10

**people (11)**
62:23 90:3 138:21
146:12 204:24,25
207:6 235:9 271:22
271:24 292:20
**percent (6)**
59:16 60:9 178:8
179:2 251:18
254:24
**Perfect (1)**
19:13
**performed (5)**
107:25 157:22 158:2
186:23 197:8
**perimeter (2)**
248:22 257:19
**period (16)**
46:9 65:6 69:12 73:22
109:21 110:3,5
117:1 132:20 146:2
150:3 163:12
168:17 239:3 243:4
256:19
**periods (3)**
237:5,8 273:18
**permanent (11)**
11:21 27:13,18 30:5
30:24 133:21
208:18 283:7 291:4
294:4 295:4
**perming (1)**
73:8
**persisted (1)**
146:12
**persistent (1)**
11:21
**person (1)**
299:12
**personal (4)**
141:15,18,21 299:9
**personally (2)**
11:17 294:5
**pertaining (1)**
21:1
**Pg (1)**
300:5
**pharmaceutical (1)**
134:18
**pharmaceuticals (2)**
293:7,8
**pharmacy (6)**
120:1 134:20 193:18
221:21,23 243:7
**phone (16)**
29:14 64:23 65:1,14
66:17 67:25 68:22

69:10,21 138:6,6
160:1 264:7 265:13
270:8 292:11
**photo (12)**
69:11 70:18 94:19
97:7 101:24 102:23
261:22 262:16
263:3 266:1 270:9
270:11
**Photograph (12)**
5:24 6:1,2,4,5,7 66:4
67:2 68:20 69:2
70:2 71:11
**Photographs (14)**
6:8,10 7:18,19,20,21
7:22 94:8 100:12
260:20 264:21
268:5,10,12
**photos (28)**
94:3,4,6 98:14 100:15
105:21 138:25
260:17 261:6,8,10
261:11,21 262:2
264:19 265:2,5,10
265:11,20 266:14
267:13 268:24
269:9,14,15,20
270:20
**phrase (1)**
14:1
**physical (4)**
199:2,5,14 275:13
**physician (21)**
152:4 157:18 210:17
213:16 214:11
229:5 231:9,14
232:11,20 236:10
238:6 272:15 280:7
282:25 283:6,8,9
287:25 288:7,9
**physician's (1)**
150:10
**physicians (13)**
38:14,20 158:6 184:5
191:18 242:21
282:8,17 293:23
296:18,24 297:3,6
**pick (2)**
84:14 222:15
**picture (31)**
65:16,21 66:22 67:14
69:4 70:4,8,14,24
70:25 71:13,14,18
72:6,20 94:19,25
95:17 96:20 98:9
99:5,19 100:21

103:9,14,19 106:4
269:22 270:6,14,16
**pictures (28)**
64:19,22,25 66:11,19
67:23 69:9 70:19,20
70:22,23 71:7,24
97:13,21 104:18,24
105:1,11 106:1
247:15 266:10
267:20 269:1,4
270:24 290:10,12
**Piedmont (1)**
4:5
**pigmentation (1)**
235:17
**pillow (3)**
245:21,22 246:6
**pills (6)**
92:7,10 93:7 149:21
222:5 231:5
**pin (3)**
88:15,16 89:4
**pinned (1)**
102:14
**pins (1)**
130:13
**place (2)**
148:24 184:20
**placed (1)**
186:21
**places (1)**
79:17
**plaintiff (35)**
3:5 5:23 6:17,17,18
6:19 10:14 20:22
24:18 25:4 32:10,13
43:17 115:19 122:5
122:10,11,14,17,19
122:20,22,23 123:1
123:9,18 124:5,13
125:18 244:18
245:6 285:12,14
290:24 291:2
**Plaintiff's (6)**
8:4,6,9 286:13,17,21
**plaintiffs' (3)**
28:7 30:25 31:15
**plan (11)**
19:19 48:18 50:11
119:3,5 175:5
185:13 187:20
197:1 209:19
229:14
**plat (2)**
88:10,10
**platforms (1)**

271:6
**plats (3)**
88:4,11,15
**play (1)**
136:4
**played (1)**
218:1
**please (9)**
10:11,20,22 12:19
13:25 15:21 18:6
22:22 38:1
**pleasure (1)**
279:19
**pluck (4)**
267:8,8,9,11
**plucked (2)**
95:11 267:6
**plucking (3)**
95:3,13 96:18
**plus (7)**
34:9,10,12 87:9 268:9
268:19 270:11
**point (37)**
14:10 26:25 37:4 42:7
42:14 45:1 58:7
68:11 73:4 88:21
91:2 95:5,8 96:9
110:12 119:18
123:17 155:2 163:5
183:6 190:2 192:14
193:16 211:3
212:20 215:5
222:12,21 224:6
246:10 250:19
251:24 252:2 253:8
272:20,22 277:10
**policy (1)**
148:2
**ponytail (24)**
75:3,6,11,13,17,19
76:11 79:24 80:3,5
80:9 87:16,17,21,24
130:3 131:17 260:9
260:10 262:8,12
263:18 269:11,12
**ponytails (1)**
79:24
**popping (1)**
114:12
**popular (2)**
148:14 198:21
**portal (3)**
38:17,19 39:1
**portion (1)**
204:16
**position (9)**

51:11,12,22 52:12,16
53:1 55:11 209:13
209:14
**positive (17)**
73:11 95:23 96:21
101:1,18 103:13
104:10 115:21
117:12 120:17
156:17 188:6
195:11 200:18
201:24 261:17
265:19
**possession (2)**
26:8 33:12
**possibility (19)**
60:6 118:2,8 120:2
121:10,10 169:14
190:18 205:6 212:5
216:20 217:12
218:1 219:3 223:5
226:9 233:23,24
235:5
**possible (20)**
114:17 191:15,15
200:1 216:1,1 217:5
217:6 219:4 220:20
221:14,15 226:6
227:9,20 234:8
276:3,17,17,19
**possibly (7)**
197:21 213:1 215:11
216:18 230:17
235:3 238:24
**post (7)**
107:1 139:3,18,23
140:7 271:4 272:13
**post-menopausal (1)**
15:10
**post-menstrual (1)**
211:16
**posted (10)**
139:6,9 140:1,15
263:12,13 268:24
269:4,7 272:14
**posting (1)**
140:11
**postings (4)**
34:17,21,25 35:2
**posts (1)**
138:19
**potential (6)**
43:2 152:19 155:4
206:11 291:3,6
**potentially (1)**
156:11
**pounds (1)**

194:16
**practice (1)**
85:13
**practitioner (4)**
160:14,17,20 162:11
**prechemotherapy (4)**
6:8 82:8 94:8,17
**Prediabetic (1)**
58:19
**predisposition (2)**
167:3,5
**pregnancy (2)**
106:19,24
**pregnant (2)**
17:4,9
**preliminary (1)**
11:9
**premium (2)**
239:10,13
**preparation (2)**
25:22 26:18
**prepare (6)**
18:9,12,18,23 287:11
290:4
**prepared (3)**
26:23 299:8,11
**preparing (1)**
287:2
**prescribe (3)**
217:2,13 296:19
**prescribed (28)**
39:11 46:4 109:24
114:24 115:17,19
116:12 148:22
151:10 187:10
189:17 190:1,20
191:2 193:17 208:2
209:18 213:17
215:9 221:18 222:8
222:11,20,24
238:15,19 243:3
294:25
**prescribes (1)**
40:20
**prescribing (2)**
112:17 220:18
**prescription (3)**
211:14 216:13 220:13
**prescriptions (4)**
15:7 191:21 217:6
224:9
**present (3)**
241:25 269:15 289:3
**presentation (3)**
166:5 169:20 171:18
**presented (1)**

226:1
**pressure (4)**
58:20,23 224:7,10
**pretreatment (1)**
105:21
**pretty (11)**
108:3 138:5 146:20
146:21 147:25
175:6 187:6 196:19
240:17 280:6,9
**preventive (1)**
148:1
**previously (2)**
16:24 25:19
**primary (4)**
117:16 145:1 146:17
241:14
**print (4)**
32:3 183:25 184:2
226:24
**printed (2)**
99:3 113:3
**printout (1)**
129:4
**prior (41)**
16:15 27:8 30:13 31:6
31:14 38:5 44:17
46:16 51:21 57:24
73:10,25 76:20 77:9
77:11 86:14,16
90:17 91:3 99:14
104:19 105:4,5
109:10 113:10
114:25 115:13,25
116:1,16 133:13,16
144:24 146:15
147:21 150:5,16
244:12 247:16
277:10 291:18
**priority (1)**
147:11
**private (1)**
54:19
**privileged (1)**
142:14
**probably (87)**
28:18 37:14 45:9 51:2
66:15 68:17 72:13
73:15 74:4,15,16
75:23,24 76:15
77:15,15 78:16
82:19,19 83:2,2
86:22 87:9 90:18,19
91:5,5 96:7 101:10
101:10,22 102:16
103:16 104:23

110:24 113:6
114:23 115:23
116:20 117:2
119:20 120:1 131:9
131:9 132:8 138:7,9
139:19 140:6 146:2
146:20 147:25
149:15 155:7,18
156:24 157:9,11
160:15 174:7
182:11 187:12
188:23 190:22
206:23 208:19
217:9 219:3 220:24
221:3,16 223:19
226:6 233:8 236:14
245:20 251:18
252:14 255:22,24
258:4,24 262:5
264:15 267:12
271:24 274:21
**Probiotics (1)**
149:17
**problem (1)**
22:23
**procedure (17)**
9:6 11:13 17:16 26:12
153:2,4 186:20,23
187:5 197:8,10
198:4,8 207:10
237:24 249:16
299:14
**procedures (3)**
237:19 238:9,21
**proceed (3)**
185:21 201:3 202:3
**proceeded (1)**
197:1
**proceeding (1)**
292:2
**process (4)**
46:7 50:14 155:14
205:15
**produce (1)**
21:11
**produced (12)**
19:11 21:19 25:10
26:6,7 94:3,13
98:14 105:12
115:18 260:17
264:20
**product (3)**
110:9 265:15 293:10
**production (5)**
8:8 286:11,19 289:18
289:23

**products (9)**
1:4 83:5,19,25 101:5
259:2,15,25 263:19
**professional (9)**
2:10 54:8 89:14
206:13 208:10
214:12 232:12
282:13,15
**professionals (1)**
158:7
**profile (6)**
7:21 70:22 268:8,10
268:14,16
**prognosis (1)**
168:23
**program (8)**
240:1,3,5,8,18,20,21
240:25
**prohibited (1)**
299:16
**prohibition (1)**
299:13
**prolong (2)**
48:6,15
**promise (1)**
285:25
**promotional (1)**
33:16
**prompted (8)**
28:11 30:25 44:20
124:10 145:23
146:5 148:3 293:18
**proof (2)**
7:19 264:21
**proof-of-injury (1)**
264:19
**protectant (2)**
83:7 84:2
**protector (1)**
83:11
**protein (10)**
194:10 224:13,14,17
226:4,5 227:9
231:11 232:22
234:10
**protruded (1)**
153:21
**provide (6)**
43:14 234:2 270:21
271:1,1 287:2
**provided (17)**
25:16,19,20 32:21
33:4,21,22 35:8
129:5,8 175:12
270:22 287:4,12
289:24 290:8,9

**provider (2)**
206:15 288:2
**providers (7)**
21:8 23:20,23 38:25
128:8 205:24 282:9
**providing (4)**
29:5 136:4 290:2,17
**pry (1)**
273:3
**Psychiatric (4)**
275:14 276:9,10
279:25
**psychiatrist (1)**
283:14
**Psychological (1)**
275:6
**psychologist (1)**
283:13
**PTO (2)**
6:22 140:18
**public (7)**
51:10,25 52:3,4 71:21
205:4 300:25
**pull (5)**
79:15 88:1 119:25
257:21 285:13
**pulled (8)**
30:1 75:2 79:24 98:18
124:25 130:16
260:6,6
**purchase (2)**
87:10 214:25
**purchased (3)**
89:3 90:6,13
**purpose (3)**
41:14 209:15 213:13
**purposes (3)**
11:12,12 39:8
**pursuant (1)**
9:6
**put (30)**
11:9 24:4 67:17,18
74:25 75:19,19
76:24 77:19 79:10
85:3 88:4,7,18,20
90:3 93:12 98:23
100:4 130:8,21
136:24 182:17
202:23 240:3
263:19,19,20,25
264:14
**putting (2)**
98:2 100:5

**Q**

**question (19)**

14:4,5,13 44:6,20
92:9 147:13 171:11
177:21 226:3
246:22 247:3,4
283:4 288:14
290:20 291:2,3,5
**questioning (1)**
182:21
**questions (26)**
9:13 13:15,25 14:18
18:2 19:12 35:24
44:5 107:23 111:17
124:19,24 125:1
129:25 161:12
162:19 174:16
181:10 206:10
285:17 288:14
289:23 295:11
297:5,20,21
**quickly (1)**
266:15 274:2 285:23
**quit (1)**
253:5

**R**

**R (2)**
3:1 299:1
**R.S (1)**
299:6
**radiation (38)**
7:8 41:18 42:5,8,10
42:21 43:3,5,8
50:12,16,21 59:21
169:3 171:25
182:10,19 184:8,13
195:14 199:17,24
200:5,11 201:2,15
201:19,21,25
202:12,15,19 203:7
203:16,20 204:2,10
207:17
**radiologist (4)**
41:8,12,15 42:23
**Radiology (1)**
40:24
**raise (1)**
10:21
**raised (2)**
153:20 156:10
**Randall (2)**
108:1 147:20
**rare (2)**
75:23 82:11
**rarely (2)**
64:2 133:25
**rash (2)**

277:15 278:24
**rate (3)**
169:7 239:10,13
**re-evaluate (1)**
40:9
**reached (5)**
27:20 28:16 154:3
161:7 250:19
**reacted (1)**
106:20
**reaction (3)**
201:18 202:4,11
**reactions (1)**
202:14
**read (16)**
30:2 35:20 86:1 91:16
91:25 92:1,10,13
126:22 141:6
176:14,16,24 180:1
183:8 300:5
**reading (5)**
9:9 86:12 90:5 92:5
213:2
**Reads (1)**
300:5
**ready (3)**
51:18,19 81:22
**real (2)**
72:9 153:20
**realized (9)**
27:8,17,17,19 133:20
188:22 241:10
252:5 293:20
**really (70)**
16:23 31:10 34:16
35:10 44:4 47:21
52:5 61:10 64:5
69:9 77:24 78:2,3
79:9 80:3,14,16
81:5,6,15,17 83:4
84:16 104:23 106:1
107:23 110:25,25
111:22 114:19
130:6,9,13 133:24
134:1 137:12 151:8
157:6 159:21 161:4
166:12 172:18
173:12 176:22,24
182:3 196:5 197:20
199:12 203:9
207:13 216:7
221:22 223:22
240:20 241:7
243:12 246:16
254:4,5,11 255:4,23
255:24 257:15

258:19 271:11
274:19,20 292:19
**Realtime (1)**
2:12
**reason (28)**
21:11 27:18 29:1
35:16 51:2 62:8
77:22 84:14 91:1
106:2 132:25
133:21 154:5
165:21 168:7 190:9
194:14 198:1 208:7
211:13 236:17
244:8,10 281:6,12
292:24 293:21
300:5
**reassuring (1)**
162:20
**recall (189)**
17:11,12,21 28:17
30:22 31:10 42:2
43:16,16 46:6,8,17
46:18,19 49:8,15
50:7 59:13 61:4,7
62:5,14,18 64:2,3
71:2 84:13,20 86:13
90:4 92:4,20 95:1
98:12 106:25
108:17 109:11,14
113:7 114:15,24
115:11 116:12,13
116:14 118:1,1,14
119:21 120:2,3
121:1 124:22
134:25 135:13
142:9,19 145:22
146:23 147:20,21
147:22 149:8 152:3
152:10,18,20,25
154:23 155:1 157:7
157:16 159:7
160:11 164:16,21
166:12,22 168:11
168:12,13 171:3,7
171:12,14,20
172:14,19 173:8,13
173:15,24 174:1
175:14,16,19
180:12 181:23
182:7,8,9 183:2,2,3
183:5,6,17 185:9
187:6,12 189:19,20
189:21 190:3,9,14
190:14,20 191:1,5
191:12,23 192:9,18
193:5 194:5,12

198:25 199:6,7
200:6,21 201:6,11
201:12 203:5 206:7
206:9 210:7,21,23
211:1,11,22 212:2,4
212:5 213:1,10,15
213:24 214:2 215:6
215:22 217:5
220:18,21 221:19
222:10,22 223:6
226:4,11 227:6
230:4,22 233:7,12
233:14,19 234:19
234:21 236:23
237:3 242:25 243:8
248:21 252:15
271:7 272:4,22,23
274:25 275:17
276:2,4 277:5 281:3
287:25
**receive (2)**
37:5 173:18
**received (18)**
19:15 21:5 25:23
29:22 43:10 50:24
59:20,22 104:22
127:8 159:16
178:22 182:18
184:10 200:16
205:23 229:9
270:19
**receiving (1)**
19:20
**receptor (3)**
166:19,22 167:21
**RECESS (6)**
23:2 57:4 82:3 129:20
170:9 243:24
**recognize (2)**
103:15 209:17
**recollection (10)**
62:15 109:16 119:17
121:8 141:7 201:6
226:2 275:11
276:15 295:10
**recommendation (4)**
206:17 289:10,11
296:5
**recommended (9)**
48:13 108:5,7,12
169:22 184:6
185:22 282:12,18
**recommends (1)**
49:14
**reconstruction (2)**
237:20 240:19

**record (43)**
6:11 7:1,11,14 8:1
11:6,10 13:21 21:16
22:24 23:1,4 26:14
29:11 57:3,6,7 82:2
82:5 100:14 118:16
118:18,24 119:1
129:18,22 143:16
154:24 170:7,13
174:20 182:18
219:7,10 220:12
224:24 225:4
228:14 243:21,22
244:1 275:21,23
**recorded (1)**
10:5
**recording (1)**
129:21
**records (41)**
7:5,23 18:24 20:5,17
20:18 21:1,7 23:17
23:19 25:24,25 26:4
32:24 33:2 38:23
53:9 54:25 55:1
62:10 112:2 113:12
115:18,24 118:16
120:1 126:18,22,24
144:10 174:22
182:18 187:1 200:8
215:8 221:21,23
227:25 228:9 274:4
274:9
**recover (1)**
147:9
**recovered (1)**
128:24
**recovery (5)**
184:18 198:7 205:15
239:2,3
**recurrence (1)**
209:10
**red (1)**
83:9
**refer (4)**
32:16 47:9 71:16
157:17
**reference (6)**
22:1,3 32:7 44:9
124:17 144:10
**referenced (2)**
32:12 240:23
**references (1)**
229:14
**referencing (1)**
92:7
**referred (5)**

151:21 153:24 156:20
165:24 227:14
**referring (4)**
12:12 220:8 231:22
262:24
**refers (2)**
287:24,24
**refill (1)**
217:14
**refilled (2)**
221:24 222:1
**reflecting (2)**
26:11 221:1
**refresh (4)**
119:17 141:7 201:6
226:2
**refreshes (1)**
121:8
**regain (1)**
199:8
**regard (1)**
280:23
**regarding (15)**
20:22 34:1,18 35:20
55:16 59:8 115:1
124:23 137:5 139:7
140:2 141:10
150:13 202:2 291:4
**regimen (21)**
47:13 48:24 105:15
170:25 171:5,17,21
171:24 173:19,22
185:22 208:2
209:14,18 240:13
288:23 289:5,7
295:19 296:2,4
**Registered (2)**
2:10,11
**regrow (1)**
249:19
**regrowth (3)**
249:7,10 272:8
**regular (9)**
14:15 41:7 78:24
80:23 81:8 144:25
145:9 214:16
239:11
**regularly (4)**
83:20 139:18 144:25
145:7
**reiterating (1)**
184:13
**reject (1)**
208:12
**relate (4)**
60:11 142:7 155:2

237:14
**related (21)**
20:7 33:14,17,19 35:6
45:21 113:21,22,23
146:2 210:2,2
213:13 217:17,22
232:23 235:17
237:14 281:8
290:25 299:18
**relates (3)**
1:5 21:24 25:21
**relating (12)**
27:12 32:25 33:3,23
34:21,25 35:2 61:9
142:10 184:20
231:25 288:16
**relation (3)**
92:7 155:4 231:18
**relationship (2)**
299:16,17
**relationships (1)**
299:14
**relax (5)**
73:18 76:21 84:21
85:14 131:4
**relaxed (16)**
76:13 101:12 102:3,4
102:18,19,19 103:7
132:3,6,7,10,11
247:25 248:1,3
**relaxer (13)**
74:16 76:20,23 84:9
84:18 85:3 89:18
97:19 103:8,24
251:1,3 257:9
**relaxes (2)**
77:6,7
**relaxing (10)**
73:12,21,25 76:3,17
84:10 96:10 105:19
130:25 133:1
**relayed (1)**
60:1
**released (3)**
223:16,17 224:3
**relied (2)**
288:21 295:18
**relieve (2)**
149:16,21
**rely (1)**
289:14
**relying (2)**
206:17 208:14
**remember (137)**
17:23 29:3 32:13
36:13 42:12 43:19

44:2 46:6,21 47:12
49:1,9 59:8,10
62:11 69:12 73:4,14
73:15 82:17 83:8,10
84:9,18 86:12,13
90:4 91:9 92:5
94:25 99:13 101:2
106:19,23 109:18
109:19 110:7,11
111:6 112:16,19,21
112:25 113:13,14
113:18,19,24 114:7
114:17,18,25 115:6
115:22 116:1,18
117:13,24 118:3,12
123:23,23 124:5,13
124:16,21,23 129:6
131:11 132:5
133:17 135:3,10
137:17 145:20
147:17 148:9,12,15
150:3,18,22 152:1
152:22 153:9
156:16,20 157:3,6
157:14,21 159:1
160:8,23 165:12
166:16,18,20,21
167:8,12,18,19,21
167:22 169:1,5
173:10 182:5,12
185:3,9 186:24
190:10,15 191:23
193:1,18 198:19
202:10 213:4 214:1
214:5 215:12
218:21,24,25 226:7
227:23 243:12,12
250:12,25 251:3
256:18 276:20
292:10
**remembered (1)**
296:7
**removal (2)**
115:8,15
**remove (1)**
50:20
**removed (4)**
115:3,10 151:23
152:6
**removing (2)**
108:7,12
**reorder (1)**
93:1
**Repeat (1)**
283:3
**rephrase (1)**

12:22
**replacement (13)**
108:19 109:13,16,21
110:2,3,17 120:20
152:16,19,23 155:3
155:3
**report (7)**
5:20 24:14 184:10
190:4 234:4,15
242:18
**reported (7)**
1:19 195:10 217:20
233:19 274:16
280:1 299:8
**reporter (20)**
2:10,11,12,13 9:17,18
10:9,20,21 13:11,17
37:25 65:20,24
68:18 99:24 244:22
286:5,9 299:5
**reporting (5)**
10:9 233:12 277:6
299:8,16
**reports (2)**
33:7 281:20
**represent (5)**
12:24 28:21 29:15
95:24 269:16
**representation (1)**
285:18
**representations (1)**
264:23
**representative (1)**
261:6
**represented (1)**
292:9
**request (5)**
21:7 204:19 286:10
289:17,22
**requested (1)**
21:9
**requests (9)**
8:7,10 25:6 142:7
286:11,19,23 290:7
290:14
**require (1)**
54:10
**required (6)**
6:22 140:18,23 145:9
299:4,11
**research (25)**
27:1,3,4,7,10,15,22
27:23 29:21 31:1,8
31:11,11 35:5,6,10
35:14,17,19 38:7
182:25 183:3 202:2

241:8 295:13
**researched (1)**
38:10
**researching (4)**
28:13,15 29:17,18
**reserve (1)**
182:20
**reserved (2)**
9:13 11:15
**resolve (1)**
203:2
**resolved (3)**
194:22 292:4,22
**Resource (1)**
228:16
**resources (9)**
51:14,24 52:21 53:3,4
53:6,19,22 54:10
**respect (1)**
166:19
**responding (3)**
196:21,22 289:25
**response (20)**
73:11 95:23 96:21
101:1,18 103:13
104:10 105:8
115:21 117:12
120:17 156:17
188:6 195:11
200:18 245:17
261:17 265:19
285:16 288:18
**responses (15)**
8:4,6,9 285:24 286:3
286:11,12,13,17,22
287:3,7,11,17 290:4
**responsive (4)**
25:15 142:6,18 290:7
**rest (1)**
58:9
**restroom (1)**
152:9
**result (4)**
11:22 208:19 223:15
282:23
**resulting (1)**
179:18
**results (15)**
26:3 33:7 36:19 90:24
154:2 157:14 159:9
159:13 160:24
226:22 227:2,3
228:24 229:1
239:21
**retain (1)**
292:25

**retained (2)**
28:21 133:18
**retire (1)**
51:18
**retirement (1)**
51:16
**returned (1)**
177:3
**reunion (1)**
271:10
**review (28)**
18:23 19:4 24:22,23
25:23 26:19 41:16
44:12,23 125:6,25
128:2 136:9,13
141:8 199:23
200:15 211:19
213:22 219:20
225:6 247:4 275:5
280:1 287:10,21
289:21 290:1
**reviewed (2)**
25:23 26:1
**reviewing (1)**
26:17
**Revlon (1)**
84:12
**Rheubottom (5)**
115:7 150:9 151:21
192:12 235:20
**rheumatoid (1)**
281:24
**Rhonda (15)**
6:4 56:1,8,14,15
65:17 68:23 69:2,5
69:7,12 70:12 72:8
72:15,18
**rid (1)**
295:4
**ride (1)**
117:9
**right (152)**
10:21 11:6 12:10
15:18 23:7 33:22
40:16 41:3 43:23
46:6,22 47:6 56:3
57:1,6,9 63:17 67:9
68:6 69:7 70:6,9,12
70:13 72:7 79:22
80:16,21 87:13
88:10 95:7 96:9
97:4,15,20 100:6
104:3,13,15,19
106:3,3,5,6,12
109:6,7,8 110:6
113:15 120:16

121:1,3,6,20,24
122:4 123:11
124:16 125:9,23
127:13,18 128:2,2
134:5,24 136:15
138:8 139:5,7,15
141:11 144:20
145:10,16 147:5
156:4,9 158:24
160:4,18 161:15
162:8,25 167:23
168:4 172:21 173:8
173:13 174:12,19
175:20,23 176:25
179:5,10,24 181:6
182:16,20 184:3
185:11 186:19,21
193:6 195:9,19,19
207:5 208:17,24
209:2,3 210:11,15
215:25 220:6
221:25,25 222:3
228:17,21 232:18
233:10,11 237:22
242:12,18 248:4
253:11,12 254:10
260:14 262:11
263:1 265:3 266:25
267:13 271:5
279:23 280:5,21,21
283:8 284:9 286:9
289:2 290:14
294:14 296:22
297:15
**righty (1)**
65:17
**risk (4)**
152:24 155:4 197:18
212:3
**risks (13)**
44:2,4 47:24 152:1
173:22 187:5
197:10 201:7 207:9
207:17 296:16,18
296:24
**Road (1)**
4:5
**Robaxin (1)**
113:25
**Robertson-Poitier (2)**
7:15 224:25
**role (2)**
54:9 136:4
**room (2)**
47:16 161:13
**Rouge (12)**

5:18 16:3,5,12,16
20:17 23:22 24:11
37:8 40:24 148:23
292:3
**rough (1)**
97:21
**round (5)**
86:22 188:22,25
189:1 244:17
**rounds (1)**
42:10
**routine (2)**
82:8 148:6
**row (1)**
116:25
**rubs (1)**
203:10
**rules (4)**
9:5 11:13 299:11,14
**run (3)**
281:5,5,7
**runs (1)**
282:7
**Russell (14)**
41:13 182:19 184:8
184:19,25 185:6
196:24 199:18,23
200:9 201:17 202:9
202:25 207:16

---

**S**

**S (2)**
3:1 9:1
**S.E (1)**
3:16
**Sabrina (3)**
3:19 10:15 11:5
**Safety (4)**
51:10,25 52:3,4
**Sally's (1)**
264:6
**Sandoz (21)**
1:6 3:15 4:4 8:4,6,10
10:16,18 11:16,22
11:25 27:4 31:20
32:7 286:14,18,22
290:25 294:6,12,18
**Sandoz's (4)**
11:18 31:18 135:1
294:8
**Sanofi (1)**
32:7
**Sanofi's (1)**
31:22
**satin (1)**
263:23

**save (6)**
9:12 32:3 48:6,11,14
59:16
**saved (1)**
209:19
**saving (1)**
295:22
**saw (21)**
28:6 30:8,23 39:5
100:22 115:4,6
127:24 133:4 150:9
154:12 157:3,12
193:1 227:5 228:8
228:20 232:25
234:24 255:20
294:10
**saying (15)**
13:12 49:1 50:8 99:9
105:5 159:8 166:19
167:12 168:19
169:1 171:20 179:7
201:5,12 212:4
**says (38)**
48:18 119:4 120:19
125:20 136:17
140:24 144:3,5
156:5 175:6,6 176:4
177:10 178:1,4,6,25
179:4,15 180:8
188:7,10 200:25
201:23 225:13
228:12,13,15
246:22,22 275:5,5
275:13,14 277:12
279:13,17 287:25
**scalp (15)**
130:6 178:4,11 250:2
252:11,13,19,21
256:3 277:13,16,18
277:19,22 280:18
**scan (9)**
40:10,12 165:24
166:2 190:7,11,11
191:5,5
**scans (3)**
40:23 41:4 190:18
**scared (4)**
162:14,15 163:7,7
**scarf (2)**
263:24 264:17
**scarring (2)**
17:20 41:20
**scary (2)**
36:4 39:15
**schedule (6)**
164:12 175:6,10,13

175:13 185:8
**scheduled (4)**
112:15 204:10 228:14
228:15
**school (5)**
73:16 74:4,12 79:2,4
**scientific (3)**
150:20 151:4 223:25
**screening (1)**
139:3
**se (1)**
207:6
**seal (1)**
299:4
**search (5)**
142:5,17 155:19
156:1,11
**searches (1)**
32:3
**Searching (8)**
65:1 66:17 67:25
68:22 69:9,21 264:7
292:11
**second (26)**
45:8,11 47:20 86:22
95:16 97:2,8 98:7
101:24 122:18
161:6 165:15,17
175:5 179:12 196:4
196:7 200:23
219:19 237:17
238:25 244:17
245:1,2 276:7
288:20
**seconds (1)**
10:8
**section (5)**
1:5 52:22 144:2
224:21 245:7
**secure (1)**
130:13
**securely (1)**
89:5
**Security (5)**
51:24 52:2,11,14,25
**see (167)**
13:10 17:12 21:21
25:3,8,14,18 37:7
37:14 38:22 40:15
41:8,10,12,19 42:24
43:11 44:19 45:16
48:19 51:18,20
64:24,25 65:3,3,11
66:15 67:24,25
69:14 70:18 71:8
72:1 81:17 90:14,21

91:15,17,18 92:23
93:3 95:16,19 96:4
97:20,22 99:21
101:19 103:4,17
104:1,12 105:7
108:3 111:12,15,20
112:14 114:2,6
115:13 119:4,11
120:16,21 125:23
127:10,11,14 128:3
128:10 133:22
136:6,7,9,13,24
139:3,16 140:25
142:6,18 144:25
145:5 148:5 158:10
158:14 159:12
160:13,19 164:5,11
165:1 175:4,8
177:10,16 178:15
179:20 181:4 188:2
192:17,19,20,21
194:2 202:7 215:2
220:5,6,16 221:15
221:21 222:4
223:10 227:3,13,15
228:10 232:25
233:5,9 235:16
238:24 245:8 246:6
246:19 247:1
251:18 252:10
254:18,20 255:3,4
255:24 256:3
257:14,15,16,16,24
259:20 262:17
263:12 264:6
265:21,22 269:5
270:8 271:24
274:18 275:4,9,14
276:13 277:12
278:25 281:6
282:12,18 287:5,17
287:19 290:1
292:11 295:13
**seeing (14)**
31:14 41:14 112:3,5
112:11 114:4,25
135:3 150:13
182:12 235:10,14
250:2 253:3
**seek (2)**
163:14 290:24
**seeking (5)**
284:25 285:1,3,9,15
**seen (32)**
25:1,12 27:11 42:3
63:16 64:7 93:20

111:25 112:14
119:1 126:23,24
128:7,12 133:19,23
136:1 150:12
160:16 183:21
186:10 192:18
224:2 234:14
235:13,19 255:16
272:6 273:22
281:11 286:25
293:19
**selected (2)**
171:17,21
**send (1)**
239:21
**sensation (12)**
156:14 195:4,9,15,25
196:15 203:11,21
203:22 233:4 235:4
235:7
**sensitive (1)**
18:3
**sensitivity (1)**
201:25
**sent (7)**
20:21 26:3 104:20
124:14 172:17
229:7 266:10
**sentence (2)**
201:1 288:20
**separate (2)**
66:11 122:16
**September (22)**
15:18,19 16:1 39:21
126:7,8,11,15
136:10 138:6
188:18,20 189:1
204:7,13,13 235:15
237:23 238:1 249:9
292:5,22
**serious (2)**
168:13,14
**seriousness (2)**
168:10,12
**serve (1)**
213:13
**served (2)**
209:14 285:24
**services (1)**
299:13
**sessions (1)**
190:2
**set (12)**
8:5,7,9 88:13 100:10
100:18 228:6
239:17 286:14,18

286:21 299:7
**sets (2)**
135:6,8
**settle (1)**
238:3
**setup (1)**
13:10
**seven (2)**
106:15 126:20
**severe (1)**
49:19
**sew (2)**
78:8 79:20
**sewed (1)**
77:20
**sewing (2)**
78:10,14
**sewn (3)**
77:20 88:22,24
**sex (2)**
108:16 153:7
**shadow (6)**
249:25 250:1,3,3,4
251:22
**shadowy (1)**
249:25
**Shaking (1)**
64:8
**Shamlin (23)**
6:11 8:1 39:2 118:11
118:19,25 153:24
154:10 156:10
157:17 159:21
213:18,19,22 225:4
226:18,21 228:23
229:12 275:22,24
276:2 277:6
**Shamlin's (1)**
174:9
**shampoo (3)**
259:5,17,22
**shampoos (1)**
89:20
**sharp (2)**
195:7 223:3
**shave (3)**
246:10,13 254:9
**shaved (4)**
246:12 249:6 253:23
254:16
**shaving (1)**
248:15
**She'll (1)**
281:6
**sheet (29)**
6:17,18 20:22 43:17

115:19 122:11,15
122:15,18,19,23
123:2,9,19,22 124:5
124:11,14 125:9,19
128:23 144:21
227:24 244:18
245:7 285:12,15,19
300:1
**sheets (5)**
32:10,13 122:6,10
125:12
**Shield (7)**
20:7,18 21:6 24:1
26:2 32:20 233:8
**shine (1)**
83:17
**shinier (1)**
97:20
**shock (2)**
36:11 271:18
**shooting (1)**
223:1
**short (13)**
6:21 135:11,17,18,21
136:3 243:18
246:11,18,19 253:3
258:18 263:14
**short-term (1)**
201:1
**shorter (3)**
263:7,15,16
**shortly (1)**
210:25
**shot (6)**
114:13,14,19 189:23
189:25 265:7
**shoulder (8)**
75:8 103:5 114:3,5,10
114:18 247:18,23
**shoulders (4)**
247:19,19,20 250:19
**show (12)**
49:3 70:5 94:12
113:11 120:1
126:14 140:6 172:7
222:5 262:18
267:14,15
**showed (5)**
71:24 85:1,2 126:18
164:18
**shower (1)**
245:22
**showing (2)**
65:25 164:23
**shows (2)**
139:17,24

**shrink (4)**
50:20 168:8 188:23
198:2
**siblings (1)**
55:23
**sic (1)**
10:4
**sick (1)**
145:7
**side (79)**
30:17,19 31:2,12,12
33:23 42:20 43:2,8
44:10,14 45:13,21
45:22 46:1,12,15
47:20,23 60:15,19
62:12 98:4,5 110:20
118:7 137:8,18
143:10 144:14
147:10 148:18
149:1 152:5,19,23
173:22 178:6 179:1
180:14,20,24 181:1
181:2 185:25 186:4
186:9 191:16
193:23,25 194:6,20
195:1 199:24 201:1
207:12 210:3,5
211:20,22 212:1,2,6
212:13 213:22
215:12,16 231:17
231:19,21 232:7,15
232:18 253:14
274:21,23 288:16
294:19 296:16
**sides (1)**
115:12
**sign (1)**
182:13
**signature (5)**
121:12 123:6 141:2
299:3 300:21
**signed (14)**
6:20,24 28:24 34:15
121:12 123:3 124:2
125:8 128:16
140:20 182:5,7,9,14
**significant (7)**
108:3 163:12 223:8
223:10 236:2,4,5
**signing (3)**
9:9 29:3,4
**similar (2)**
100:20 102:23
**simple (1)**
125:21
**sinus (6)**

116:4,6,7,23 117:4,6
**sister (11)**
54:24 55:7,22 66:21
68:1,5,23 84:22
130:23 131:3 162:1
**sister's (1)**
55:3
**sisters (11)**
56:3 58:14 64:16,19
66:12,14 67:24
71:23 161:20 162:3
162:4
**sit (2)**
47:16 125:15
**sites (1)**
34:13
**sitting (2)**
81:18 104:13
**situation (2)**
218:2 245:22
**six (22)**
42:2 48:18 73:20
74:15,16 78:16
80:23 85:17 91:6
92:22 102:22
109:14 110:2,14
127:8 173:18
177:12 187:15
188:24 214:1,18
238:25
**six-month (2)**
109:21 110:5
**sixth (1)**
189:4
**size (5)**
50:19 168:6 197:24
197:24 208:5
**skew (1)**
99:3
**ski (1)**
233:17
**skimmed (1)**
176:21
**skin (33)**
41:16,17,18,25 42:17
42:24 115:1 150:22
184:20 193:3 200:1
201:9,10,10,15,18
202:4,11,16,22
203:2,14,23 235:20
277:12,14,14,15,15
277:15 278:23,24
278:24
**skipped (1)**
147:3
**sleep (2)**

46:5 148:19
**sleeping (3)**
186:7 276:10 280:2
**slick (1)**
251:19
**smaller (1)**
268:4
**smartphone (1)**
142:3
**smear (2)**
146:19,24
**smoked (1)**
113:8
**smooth (1)**
88:19
**social (5)**
34:3,13,17 271:5,14
**socially (1)**
273:11
**soft (2)**
250:8,9
**somebody (3)**
78:22 114:4 157:25
**soon (24)**
28:17,18 45:3 47:2
110:13 154:12
165:1 172:15 185:2
185:3,4,7,7,8
203:12 205:10
211:6,11 236:6
243:10,14 250:13
253:4 273:15
**sores (2)**
179:18 181:3
**sorry (27)**
14:23 22:23 41:24
49:11 56:9 57:12
58:21 119:8 125:4
159:22 161:1
171:10 177:21
189:10 192:24
214:21 244:23
266:4 275:3 277:25
278:15 279:24
283:4,5 286:9
288:19 289:18
**sort (8)**
12:6 177:9 187:11
210:4 234:1 237:18
249:22 258:7
**sought (4)**
9:15 282:21 297:9,12
**sound (2)**
151:2 173:9,14
191:11 215:25
228:17 229:18

233:10 237:22
**sounds (4)**
110:9 162:24 228:21
233:11
**source (1)**
208:11
**Southern (1)**
53:8,14,18
**Space (1)**
271:12
**speak (7)**
13:13 18:17 26:21
45:20 46:14 287:6,8
**speaking (1)**
13:18
**special (3)**
151:7,10 240:5
**specialist (3)**
51:14 114:2 282:10
**specific (4)**
171:4 221:8 222:7
289:23
**specifically (6)**
30:10 171:20 180:19
213:8 227:7 244:4
**specifics (1)**
167:18
**spell (2)**
55:5 157:10
**spelled (1)**
157:11
**spend (1)**
111:16
**spoke (5)**
46:11 161:18 162:18
194:19 242:20
**spoken (6)**
18:20 55:15 93:17
210:13 242:21
282:15
**spot (1)**
134:2
**spots (4)**
75:15,20 249:23
256:3
**spray (9)**
83:21,22 84:1 96:15
96:16 101:7 103:10
259:4,7
**spread (5)**
50:25 51:3 168:3,21
171:23
**staff (3)**
152:5 172:3 211:19
**stage (3)**
59:15 167:13,16

**stagnant (1)**
256:14
**start (25)**
18:1 28:13,14 47:3,19
50:14 73:3,6 74:3
86:3,21 90:16 109:9
112:3 114:4 177:13
196:2,8 211:3
212:23 245:11
250:2,10,11 272:20
**started (53)**
15:17 27:15,21 38:18
39:3 42:12 45:4
53:5,12 73:5,13
79:3 85:22 86:20
90:12 98:6 112:4,11
117:13 145:17
152:15 177:24
183:11 196:3 205:8
212:10 213:2 214:7
216:2,3,4,6 234:16
240:20 244:15,25
245:15,21,25 246:3
246:4,7,17 249:12
249:19 251:6,7,21
253:3,5 258:19
264:11 291:24
**starting (6)**
38:5 87:11 170:25
180:2 182:4 186:19
**starts (4)**
25:8 145:11,14
147:14
**state (16)**
9:18 49:17 51:9 52:2
52:7 53:19 54:11,12
59:11 239:8,19
240:2,5 288:19,20
299:5
**stated (3)**
181:4 288:25 295:16
**statement (9)**
6:22 11:10 136:11
140:18,23 141:9
144:7,8 283:4
**statements (4)**
14:23 26:1 32:19
111:18
**states (8)**
1:1 10:3 220:12 276:9
277:13 285:19
290:23,23
**stating (2)**
49:15 123:10
**statute (1)**
299:11

**stayed (1)**
247:22
**staying (1)**
148:18
**stays (1)**
88:2
**steer (1)**
174:11
**stenotype (1)**
299:8
**steps (3)**
141:13,14 164:4
**stepsister (1)**
6:6 69:23 70:3,5
**steroids (2)**
236:15,16
**Stewart (34)**
1:6,13 2:4 3:5 5:2,23
6:12 9:5 10:14,23
11:3,11 15:22 19:10
20:3 24:18 25:5
56:1,2,24 57:11
58:19,20,20,21 67:5
70:10,11 82:7
129:24 138:12
170:16 298:3 299:6
**STEWART,W-CH...**
7:3
**STEWART,W-CH...**
143:18
**STEWART,W-Mc...**
6:15
**STEWART,W-Mc...**
120:12
**STEWART,W-Mc...**
219:12
**STEWART,W-Mc...**
7:13
**STEWART,W-Mc...**
7:25 274:11
**STEWART,W-Mc...**
7:7 174:24
**STEWART,W-RU...**
200:12
**STEWART,W-RU...**
7:10
**STEWART,W-SH...**
7:16
**STEWART,W-SH...**
8:3 275:25
**STEWART,W-SH...**
225:1
**STEWART,W-SH...**
118:20
**stick (2)**
86:9 90:6

**sticker (1)**
278:7
**stickers (1)**
261:1
**stimulant (1)**
149:4
**stinging (10)**
156:14 195:4,9,12,13
195:22,25 196:14
233:4,21
**stipulated (1)**
9:3
**stomach (1)**
179:17
**stood (2)**
128:5 197:20
**stool (1)**
46:5
**stop (6)**
40:6 90:20 111:14
119:4 147:6 154:21
**stopped (16)**
110:6,13,14,16 111:1
111:4,6 120:3
145:20 148:20
216:7 236:18 256:7
256:21 257:3 267:2
**stopping (1)**
111:3
**stored (5)**
6:23 140:19,24
141:10 142:21
**stories (4)**
59:13,25 146:11
292:20
**straight (7)**
85:5 86:6 96:12,12
247:25 256:3
257:15
**straighten (2)**
76:13 257:18
**straightened (1)**
262:5
**straightener (1)**
86:8
**straightening (3)**
73:8 77:5 84:7
**straightens (5)**
76:19,21,22,23 77:4
**strand (1)**
86:4
**strands (5)**
246:1,3,3,5,6
**strange (2)**
233:15 276:24
**Street (3)**

**2:7 3:6 10:6**
**stress (2)**
163:12,15
**stressful (2)**
205:3 216:24
**stronger (2)**
49:20 50:1
**stuck (1)**
37:18
**study (2)**
157:4,15
**stuff (22)**
34:12 61:4 75:15
76:1 81:15 125:21
127:4 137:11,21
147:9 149:10
182:14 184:13,20
195:7,8,15 197:22
211:24 233:23
246:6 257:11
**style (5)**
95:6 97:17 257:7
263:14 265:17
**styled (3)**
95:25 248:9 269:16
**styles (1)**
260:11
**styling (5)**
83:6,13 261:7 264:7
264:24
**Suave (1)**
89:14
**submitted (2)**
125:9 205:11
**SUBSCRIBED (1)**
300:22
**subsequent (1)**
249:10
**substitute (1)**
99:24
**sued (1)**
11:16
**suffered (3)**
11:21 282:23 297:14
**suffering (1)**
216:17
**suggestion (1)**
155:17
**suit (1)**
133:3
**summaries (2)**
26:2,5
**summarize (1)**
241:12
**summary (8)**
5:18,20 24:2,12,14

26:3 227:1,4
**summertime (1)**
291:25
**supervision (1)**
299:9
**support (3)**
162:24 163:2 283:18
**supportive (2)**
134:7,8
**supposed (2)**
91:14 294:15
**sure (96)**
12:22 14:9 20:11,13
36:3 50:21,22 58:4
61:10 65:22 69:18
81:16 84:19 89:4
90:5 108:9 114:18
114:19 116:24
121:5,7 136:6 138:5
138:24 140:11
146:20,21 147:25
151:9 157:24
161:15 164:22
165:5 172:13,15,20
173:11,12,24 174:2
175:15 181:22
182:1,3,11,14,15
185:7 187:6,23
191:25 195:14
198:10,20 199:4,10
203:3,6 205:25
206:3 207:5 211:1
214:16 216:22
217:5 219:4,23
220:21 221:16,19
221:22 222:23
223:5 224:15,17,18
225:14,22,23
234:20 236:16,19
238:18 243:3
246:16,21 254:4
263:11 265:8
274:18,25 276:6
280:9 285:2 293:15
294:11
**surgeries (1)**
238:12
**surgery (18)**
108:13 113:21,23
115:23 152:2 187:8
195:15,24 197:14
197:21 198:2 204:9
205:14 207:14
223:2 237:20
238:24 240:19
**surgical (2)**

186:20 187:5
**survival (1)**
169:7
**swear (1)**
10:20
**swelling (9)**
114:1,9 180:25
191:19 192:4
194:17,23 195:2
210:24
**swimsuit (1)**
111:21
**swings (2)**
276:10 280:2
**switched (1)**
212:11
**swollen (2)**
39:10,16
**sworn (3)**
10:24 299:6 300:22
**symptoms (8)**
107:11 109:10 153:4
221:2 233:21
242:22 275:5 280:1

———————————
**T**

**T (4)**
9:1,1 299:1,1
**tablet (1)**
119:15
**TAC (1)**
175:7
**tag (1)**
138:21
**take (78)**
14:10,14 15:4,15
20:10 24:21 35:25
40:8 47:24 49:21
56:25 65:20 66:19
69:9 81:20,24 91:13
92:25 104:24 106:4
113:25 116:9,21
117:17 129:16
136:7 141:6,13,14
148:17 158:3
161:15 170:4,6
183:22 184:18,20
184:25 190:22,23
191:9,9,10,13 192:6
198:23,24 204:22
205:2,7 210:20,24
211:18 214:9,16
217:10,13 220:24
222:15,16 223:5
224:20 226:15
230:11,13,16 231:6

238:18,19,20,23
243:4,11,18 253:25
254:18 267:20
277:17
**taken (29)**
9:5 11:11 23:2 48:13
57:4 82:3 94:20
95:17 98:10 109:20
110:2 116:15,22
119:20,25 121:2
149:12 150:6
158:11 170:9 215:5
243:24 263:9 266:1
266:17 269:6 270:6
270:7 299:5
**takes (4)**
77:24 91:20 106:1
156:3
**talk (21)**
19:8 44:4 45:24 60:20
61:5 73:2 107:15
108:14,18 129:12
146:17 162:22
168:22 180:18,19
209:4 210:10 218:3
218:6 279:6 288:10
**talked (19)**
55:22 60:5 106:8,18
133:3 134:12
138:10 151:25
163:10 164:9
168:24,24 184:16
221:7 232:1,9
240:22 243:2 248:9
**talking (16)**
35:12 47:12 57:9
68:16 131:15
137:17 165:11
170:21 190:10
193:5 206:7 225:25
236:23 243:12
262:7 278:13
**talks (6)**
129:3 144:24 147:14
200:24 229:13
245:8
**tall (1)**
106:14
**Tamiflu (1)**
129:1
**Tamika (13)**
5:25 56:1,8,16,17
58:19,20 65:18 66:5
69:8,8 70:13 72:7
**tape (1)**
82:5

**Tara (5)**
115:7 151:12,13,23
192:12
**Tara's (2)**
151:8,14
**Taryn (2)**
4:9 10:17
**Tasha (4)**
6:11 8:1 118:18
275:23
**tattooing (1)**
255:8
**taught (1)**
131:3
**Taxol (3)**
173:9,10,11
**Taxotere (42)**
1:4 5:12 12:8,10,11
21:24 22:12 27:12
27:25 29:18 30:4,24
31:11,16 32:3,25
33:14,17,19 34:18
35:6 48:24 49:12
126:6,10 170:25
173:11 175:7
178:23 179:1,3
183:4 184:22
271:15 283:1,3,6,10
284:5 293:22 294:2
295:2
**Taxotere's (1)**
283:21
**Taxotere/docetaxel ...**
27:3 30:10 38:10
**Taylar (2)**
7:1 143:16
**Taylor (1)**
238:7
**teach (1)**
84:21
**teaching (1)**
175:7
**tell (34)**
45:17 46:14 61:19
63:10 81:19 91:1
96:11,22 97:12,12
99:5,6,10,11 104:7
104:11,14 110:21
133:15 137:14
153:17 156:8 158:3
166:4 197:13,23
229:7 232:4,14,20
281:7 288:9 293:16
293:17
**telling (3)**
59:13 160:23 212:6

**tells (1)**
281:4
**temples (5)**
61:17,21 131:21,22
253:17
**temporary (4)**
30:5 177:10 179:8
288:4
**ten (2)**
66:9 194:16
**tenderness (2)**
252:13,15
**term (1)**
12:3
**terminating (1)**
106:24
**Terminus (1)**
4:6
**terms (15)**
61:18 169:12 172:1
191:6 201:11 206:2
207:11,13 229:20
238:2 241:8 266:23
273:23 274:19
285:7
**Terry (1)**
170:16
**test (5)**
86:4,4,5 156:23
276:21
**tested (2)**
166:24 167:2
**testified (1)**
10:24
**testify (1)**
299:7
**testimony (3)**
132:5 299:5,8
**testing (10)**
167:8 172:17 190:19
191:24 221:12
222:14 234:2,3,6
239:12
**tests (2)**
226:22 280:22
**text (3)**
137:5,9 138:4
**texture (9)**
61:2 86:6 97:22
177:14 242:7
247:24 250:7,23
251:2
**Thank (7)**
59:18 66:23 129:15
297:22,23,24,24
**therapist (1)**

283:14
**therapy (18)**
108:19,22 109:13,16
109:21 110:18
152:16,19,23
154:22 155:3
177:13 182:10
199:3,5,15 204:2
216:5
**thereof (1)**
9:14
**Theunissen (1)**
238:7
**They'd (1)**
137:20
**thick (2)**
61:23 251:12
**thicker (5)**
248:5,6,7,9 251:8
**thickness (1)**
91:18
**thin (13)**
60:3 61:22,22 62:4
75:14 95:14 237:13
251:12,12,19
253:14 254:17
255:2
**thing (33)**
12:12 48:11 52:9,17
72:3 80:12,13
108:24 119:5,9
127:3 147:24 149:8
155:19 160:3
184:22,22 190:15
190:16 191:4,5
197:20 206:22
216:5 222:23
224:20 240:9 243:7
254:5,6 259:16
269:11,12
**things (23)**
76:5 111:19 119:23
135:12 142:23
156:5 176:11
180:18,20 183:11
183:20 186:10,16
187:24 194:23
212:15 232:3
234:15 241:5
274:20 279:20
285:9 293:17
**think (183)**
17:10 23:9 25:8 28:23
28:24 36:2 38:17
39:21 42:1,2 43:21
45:7 49:16 53:12

59:14 65:23 71:4
72:8,17,21 84:12
91:11,22 93:6 95:1
95:18 98:25 99:15
100:22 102:18,23
103:25 107:4,10
111:5 112:12,13,18
113:21 120:18
121:12 125:16
126:13 127:22
129:2,16,17 135:9
136:2 138:5,15
139:15 141:25
144:22 147:19
148:23,24 150:20
152:7 153:25 154:3
154:24,25 155:6,10
155:16,18,23
156:25 158:9 159:5
159:6 160:13
163:10,16 164:15
165:3,17,23 166:7,7
166:14,14 167:9
168:7,24 170:20
172:11,17,18 174:3
174:11 175:1,12,14
175:15 180:5
181:22,24,25
183:10,25 184:7
187:1,16 189:2
190:7,8,9 195:13,22
196:3,19 197:16,25
198:10,11 199:20
201:5 203:18 204:8
207:11,12,14,16,20
208:22 212:12,21
214:6,25 215:11,12
215:15 216:22
217:9,15 220:9
221:19 222:13,15
223:14,16 224:2,2
224:14 226:14
227:20,20 228:3
229:13,19,21,25,25
230:10 234:10
235:14 236:11,14
236:15,16 239:1
242:15 244:22
247:15 259:8,10,14
259:20 260:12
263:12 264:2
268:18 270:19
271:8 272:20 282:6
282:7 286:5,7
291:25 292:1
**thinking (2)**

160:6 273:12
**thinks (1)**
171:24
**thinned (2)**
62:2 103:11
**thinner (8)**
95:3,6 96:17 248:5
251:8,14,16,19
**thinning (15)**
61:1,13,15,16,21
64:17 153:1 210:9
237:10 242:4
244:11 253:9
254:14 277:7
283:10
**third (4)**
47:20 97:2,8 120:18
**thought (19)**
92:13 97:7 110:17,24
120:3 146:4,9,11
155:7,14 163:19
165:19 188:23
206:18 228:8
237:13 252:18
272:23 292:18
**three (23)**
23:12 47:18 48:18,21
56:3 92:22,22
116:23,24 117:2
159:5,6 171:15
172:1 177:12
194:15 198:11,12
198:12 199:6
211:11 214:3
276:19
**three-week (2)**
175:13 186:2
**thumb (2)**
114:13,20
**thyroid (1)**
281:14
**tie (2)**
263:23 264:16
**tied (1)**
110:24
**Tiffany (2)**
161:25 162:1
**tight (8)**
78:20 79:23 88:2
130:9,16,18,20
260:4
**tighter (2)**
130:12,12
**tightly (1)**
260:7
**time (173)**

9:14 11:15 13:18
14:10 16:8 21:21
26:25 27:20 29:23
30:1,18 35:18,22
36:14,24 37:4,6
38:4 39:5 42:5,7,14
44:14,24,25 45:1,3
46:9 49:8 50:2
51:25 55:13,14 58:1
58:7 59:11 60:7,10
60:20 63:1 64:4,14
65:6 68:11 69:12
71:3,5 73:4,22 74:5
74:11,16 75:25
85:14 86:7,7 88:21
95:5,12,25 96:1,10
97:3 101:6,11
105:17 106:20,21
108:19 109:25
110:3 111:15 116:5
117:1 119:19 121:2
123:8,11,18 125:12
127:12,16 132:14
132:20,23 146:9,11
148:10 150:3,13
155:2 157:12 159:7
159:20,23 160:10
160:16 162:1 163:6
163:11 164:11,12
166:8 167:12 174:1
175:15 176:14
182:12 183:9,14,16
183:21 184:18
185:1 188:21 189:7
193:6 196:11
198:10,17 199:1
204:3,8,25 205:2,8
207:4 214:3,7
216:16,24 217:10
217:14 219:21
221:9,15 223:7
224:15 226:5 227:2
234:16 238:20,23
239:18 240:7 243:4
243:11 244:7,9
246:2 249:4 250:13
252:23 255:20
256:19 257:4 258:8
264:16 266:2,8,18
266:20 269:7,17
273:16 274:17
280:9 283:14 291:7
291:24 293:24
294:11 297:22
**timeline (2)**
37:1 261:19

**times (7)**
82:10 116:23,24
117:2 163:22 175:8
258:24
**Tina (17)**
5:25 6:1 56:1,8,12,13
58:19,21 65:18 66:5
66:21 67:2,5 70:10
72:6,21 162:6
**tingling (1)**
86:4
**tiny (1)**
89:6
**tired (1)**
201:16
**tissues (1)**
36:1
**title (1)**
51:13
**titled (1)**
25:3
**today (37)**
10:9 14:23 15:3 18:3
18:10,18,21,24
19:10 20:1 23:9
25:5 26:23 31:20,25
32:22 37:17 39:18
52:9 59:17 74:18,23
74:24 87:24 106:12
107:1 125:15
164:11 207:1
212:17 228:1,6
253:10 284:2
289:20 294:13
296:8
**toenails (1)**
277:14
**told (61)**
13:25 14:9 17:18
21:13 36:14,23 37:4
39:12 45:23 49:3
59:15 107:17
112:22 118:6,9,10
133:19,22 143:12
143:15 149:7
152:18,22 155:21
159:21,22 160:2,8
160:14 162:10
166:9 181:25
185:15 186:3
194:10 206:1
211:18,22 218:10
224:12 226:7,13
229:5 230:7,10,21
232:8,12,16 281:23
281:25 283:1,6,9

288:2,7,12 294:1,5
294:8,18
**tomorrow (1)**
225:16
**Tonya (2)**
131:4,8
**top (42)**
20:19 30:16 48:17
64:1 70:6,9 78:8
79:19 88:2 96:3,6
101:14 131:16,20
131:22,25 133:21
134:2 137:24
147:11 176:4 178:2
237:13 248:23
252:6,7,9 253:16
255:15,17,19,21
256:12,22 262:10
265:2,22 267:1,2,16
275:4 280:15
**topical (2)**
114:21 193:22
**Toppik (4)**
75:20 81:15 131:15
273:24
**total (2)**
245:19,20
**totally (1)**
137:24
**touched (1)**
153:11
**touching (1)**
203:23
**tough (1)**
35:24
**track (6)**
78:7,10 79:19 80:19
80:20 240:3
**tracks (1)**
78:1
**training (8)**
53:21 54:1,3,6,23,24
55:20 134:13
**transcribed (1)**
299:9
**transcript (5)**
193:19 299:3,9,10,11
**Traurig (4)**
3:14 4:3 10:16,18
**Treadmill (1)**
240:14
**treat (8)**
49:14 121:25 151:6
189:17 191:13
216:13 220:13,19
**treated (3)**

41:17 113:10 239:5
**treating (4)**
15:9 73:3,6 295:20
**treatment (192)**
12:1 15:18 19:19,20
20:2,8 34:22 37:6
38:6 41:3 45:2,5
47:3,25 48:14 49:4
50:1,11 59:9,13,14
59:20,25 60:1,14
73:3 76:12,18 77:12
80:7 86:22 87:1
90:12,18,19 91:4,7
93:15 96:24 97:2,5
97:9 98:7 99:14
104:17,19,19 105:2
105:6 107:15 112:4
112:5,11 115:25
117:5,15,21 118:7
126:1,3,4,10 127:15
132:7,8,9 137:6,19
137:23 139:7
140:16 142:8
153:11 163:11,14
163:15,20 164:1
169:3,6,12,17,22
172:2,24 177:13
178:13,14 180:21
182:4,23,25 184:22
185:13,16 187:16
187:20 189:16,24
189:25 190:6 192:7
192:15 193:15
194:11,13,21
195:13 196:4 197:1
200:24 202:21
203:12,13 204:6,17
205:1,9 206:19
207:17 208:15
209:5,11,19 210:1
211:7,8,12 212:9,24
213:3,3,6,7 217:3
217:16 219:2
222:18 223:7 224:7
229:9 230:9,11,15
230:16,25 231:2,17
231:20 232:2,5,13
232:16 233:1 234:1
234:9,23 235:9,24
236:5,6,15,18,18
237:11 239:24
241:1,13,24,25
244:9 247:6,17
249:8,9 257:12
260:18 267:7
271:20 272:3

282:21 284:16,19
288:17 289:15
291:25 292:19,21
296:25 297:6,9,12
**treatments (22)**
30:14 33:3 60:23
73:25 86:15 93:14
131:1 137:1,5
150:23 184:5 203:8
203:17 204:1 222:7
226:15,17 234:24
255:5 291:3,6,9
**trial (1)**
11:15
**TRICHE (1)**
1:7
**tried (2)**
89:22 93:23
**trigger (1)**
114:11
**trim (2)**
247:21,22
**trouble (1)**
239:2
**Troy (1)**
53:19
**true (10)**
63:17 123:10,19
125:3 139:12 144:7
144:8 162:13
210:11 299:9
**truncating (1)**
202:5
**trusted (3)**
37:23 174:6 206:14
**trusting (1)**
296:1
**truthful (2)**
14:22 121:19
**try (5)**
14:15 18:6 100:4
204:21 240:16
**trying (15)**
18:5,5,7 46:5 64:3
69:8 106:4 121:3
144:9 147:9 162:23
217:11 244:23
247:9 280:23
**TSG (1)**
10:9
**tubes (1)**
198:15
**tumor (4)**
50:9 168:5 197:23
208:5
**tumors (1)**

40:16
**turgor (1)**
277:14
**turn (2)**
20:9 153:10
**turned (1)**
147:23
**TV (3)**
28:12 133:4 183:21
**twice (14)**
76:16 85:6,7,12 90:18
91:13 117:3 131:9
131:10 215:1 224:2
234:25 253:23
264:15
**Twitter (3)**
34:15,16 271:7
**two (33)**
28:19 30:3,6,8 39:12
66:16 78:1,19 80:15
84:12 104:23 105:7
120:20 121:9
122:10 128:3
129:10 158:4,4
159:6 162:2 195:6
198:12 200:14
201:11 214:3
225:14 237:3 239:1
250:20 266:14
279:17,18
**two-milligram (1)**
119:15
**two-week (1)**
239:18
**Tylenol (1)**
113:4
**type (22)**
17:19 33:3 41:6,19
43:19 49:24 58:7,10
77:8 87:18 114:16
117:5 142:20 182:9
185:16 190:11
193:21 214:12
234:5 245:22
259:15 260:5
**types (4)**
73:24 94:4 172:7
285:9
**typically (3)**
82:13 85:19 247:17

_____
**U**

**U (1)**
9:1
**ugly (4)**
79:6,6,7,7

**uh-huh (21)**
73:11 95:23 96:21
101:1,18 102:5
103:13 104:10
115:21 117:12
120:17 140:10
156:17 158:1 175:3
188:6 194:18
195:11 200:18
261:17 265:19
**ulcer (1)**
277:15
**ultimately (2)**
209:19,24
**unable (1)**
205:18
**uncle (2)**
143:7,10
**uncomfortable (2)**
18:4,7
**underarm (1)**
254:6
**undergo (1)**
202:22
**undergoing (3)**
44:17 46:16 48:3
**understand (16)**
12:19,23 13:15,23,24
14:17 18:6 36:3
40:4 63:4 129:15
146:24 199:2
223:22 237:21
285:2
**understanding (8)**
28:3 37:2 63:22 109:6
209:22 294:14
296:15 299:10
**understood (5)**
14:5 105:4 125:8
141:9 173:18
**underwent (1)**
199:17
**uneasiness (1)**
203:23
**unevenness (1)**
238:4
**unflattering (1)**
138:25
**unit (1)**
16:11
**United (2)**
1:1 10:3
**University (5)**
53:8,14,18,20 59:11
**untag (1)**
138:23

**untreated (1)**
209:23
**updated (2)**
123:13,15
**upload (1)**
271:10
**uploaded (4)**
98:20,25 99:3 105:2
**ups (1)**
163:18
**upstairs (8)**
37:13 120:16 161:8
161:17 164:2,3,8
165:1
**urine (5)**
224:17 227:11 228:24
229:3 231:12
**urologist (3)**
227:14,17,22
**urology (2)**
228:8,14
**use (46)**
11:18 12:11 13:13
34:10,12,14,16 77:7
77:14,25 78:3 79:12
81:9,15 82:23 83:5
83:7,13,15,20,21,22
87:8 88:1,15 89:4
91:15 99:20 115:17
130:12 138:11
141:24 151:19
152:8 203:4 253:6
255:1,5 257:9,9
258:20 259:23,24
263:23 264:1 271:9
**usual (3)**
61:14 63:14 259:6
**usually (13)**
15:4 43:19 47:19 60:9
60:10 72:3 76:9
91:23 106:3 177:12
203:12 257:17
284:22
**uterus (1)**
107:20

**V**

**v (1)**
1:6
**vacation (4)**
36:17 94:25 154:4
159:21
**valid (1)**
299:3
**varies (3)**
83:4,24 235:9

**various (2)**
23:20 27:9
**Ventricle (1)**
223:23
**ventricular (1)**
223:21
**verbally (1)**
13:13
**verification (1)**
125:7
**version (1)**
12:14
**video (9)**
5:11 21:21,21 22:9
23:4 129:11 180:8
180:11,12
**videographer (29)**
4:14 10:1,2,19 22:22
22:25 23:3 57:2,5
65:13 66:24 68:3,24
69:24 71:9 81:22
82:1,4 129:18,21
170:4,7,12 243:22
243:25 262:18
265:7 266:7 297:25
**videos (3)**
43:12 271:9,10
**Videotaped (3)**
5:22 24:17 25:4
**vision (1)**
233:20
**visit (27)**
7:12 45:16,19 47:2
127:3 156:13
167:10 168:10,11
172:11,13 181:9,17
181:23,24,24 186:3
198:13 211:8,12
219:11,16 226:8
239:21 275:18
276:2 278:12
**visited (1)**
271:14
**visits (11)**
60:19 144:25 160:17
219:7 226:9 241:14
241:23 276:3,4
280:6 284:23
**visual (1)**
79:9
**vitamin (10)**
89:25 90:6 214:21
230:8,11,13,20,22
231:12 232:21
**vitamins (17)**
15:13 90:7,11,14

92:19,20 115:25
116:1,3 117:17
214:7,12,16,20
230:20 242:11,13
**voice (1)**
185:24
**voluntary (2)**
204:22,23
**vomiting (2)**
181:3 186:6

**W**

**W-E-N (1)**
89:12
**W-SHAMLIN-ME...**
6:13
**wages (3)**
54:14 205:20 285:21
**wait (6)**
111:15 112:12 158:23
159:2 161:6 165:3
**waited (1)**
29:1
**waiting (4)**
39:23 85:13 159:14
165:10
**waived (1)**
9:10
**wake (3)**
245:21 246:5 276:24
**walk (3)**
37:13 94:6 164:7
**walked (6)**
100:2 161:2,8,17
164:13 165:4
**Walker (3)**
227:19 228:16,20
**Walmart (2)**
259:14 264:6
**Wanda (26)**
1:6,13 2:4 3:5 5:2,23
5:24 6:1,2,4,7 9:4
10:14,23 11:11
15:22 24:18 25:4
66:5 67:2 68:20
69:2 71:11 138:12
298:3 299:6
**wanda.stewart@le...**
142:2
**WandaJS (1)**
139:16
**WandaJS225 (1)**
139:16
**want (49)**
11:9 14:9 18:14 20:10
20:15 21:17 35:25

36:1 37:1 51:4 54:6
73:2 75:18,25 76:10
77:8,17 81:14,20
85:5 86:7 93:10,12
94:3 100:7 111:22
121:4,7,19 122:2
127:6 130:6,7 133:2
136:22 153:10
182:17 194:11
205:5,6 209:3 216:8
219:23 240:1,6
243:18 254:6
262:18 266:15
**wanted (30)**
26:19 29:15 43:5
49:25 50:10,11,13
50:17 51:2 58:9
82:7 90:21 93:3
112:13 129:24,25
146:19 168:8 176:3
177:6 182:20
188:22 191:25
215:4 244:3 265:22
271:3 276:6 285:23
290:10
**wants (1)**
36:4
**warn (2)**
294:19,23
**warnings (2)**
33:19 288:1
**wash (2)**
74:24 151:10
**washed (1)**
74:25
**washing (1)**
153:19
**Waski (1)**
233:14
**wasn't (30)**
27:17 30:15 31:10
35:18,19 36:6 52:5
59:12 61:4 96:8
127:23 133:20
147:11 160:1,3
180:10 191:25
195:17 198:25
199:6 206:20,24
214:3 242:19
252:19,22 266:22
274:22 287:4
294:11
**watch (2)**
201:18 202:4
**watched (1)**
224:1

**watching (2)**
202:11 241:2
**water (7)**
149:9,18,19,22
241:11 257:10
263:23
**wave (1)**
256:1
**wavy (1)**
250:9
**wax (1)**
95:8
**waxed (2)**
95:9 267:5
**way (25)**
18:7 47:22 50:25
53:13 64:17 79:16
84:25 88:2,14,23
95:24 97:17 99:2
121:4 122:6 126:22
204:6 207:5 212:16
240:21 257:6
272:21 279:5
291:16 294:9
**ways (2)**
18:4 94:12
**we'll (24)**
19:23,23 20:11 21:16
24:5 36:25 40:7,8
65:22 66:2 67:1
68:19 69:25 71:10
81:24 100:1,2,4,10
106:7 122:16 127:1
170:6 237:16
**we're (12)**
13:18 19:25 24:4 72:2
81:22 82:1 120:5
129:22 135:17
142:14 159:12
209:3
**we've (9)**
11:14 23:16 72:10
94:4,15 153:11
194:1 270:19
295:17
**weak (3)**
148:19 152:9 201:16
**Weakness (1)**
46:4
**wear (25)**
71:20 75:11,17 80:4,9
81:14 82:8 83:3
86:14 87:12,13,15
87:15,23 88:11 98:6
130:2 133:25 189:7
257:10,20 260:3,5

273:10,23
**wearing (32)**
64:4 67:13 68:7 71:17
71:18,24 72:2,6,7,8
72:12,15,19,21,22
72:25 73:7 86:20,21
88:21 94:23 96:25
99:13 102:6 130:16
262:3 264:12 265:4
269:9 270:2 273:6,9
**wears (3)**
63:14 64:3,8
**weave (1)**
80:11
**weaves (1)**
80:17
**WebMD (2)**
155:20 156:3
**website (4)**
31:18,22 134:22
135:1
**week (21)**
47:19,20 66:20 76:16
77:15 83:3 128:24
172:19 196:4,5,7
198:14 211:7,10
225:16 241:4 258:4
258:5,6 259:1
264:15
**weekend (1)**
77:16
**weekends (1)**
203:19
**weekly (1)**
60:18
**weeks (20)**
39:12 47:18 48:18,21
78:16 80:23 158:4,4
159:5,6 175:8
177:12 194:15
198:11 199:7
211:11 238:25
239:1 279:17,19
**weigh (2)**
240:4 296:18
**weight (28)**
104:17 106:16 125:20
148:24 149:18,19
149:22 150:6 194:3
194:13,14 211:24
235:22,23,25 236:2
236:4,9,14,17 237:1
237:1,6,9,15,15
240:2,6
**weight-loss (3)**
148:9 149:12,14

**weird (6)**
195:8,12,15 246:9
254:19 276:25
**well-described (1)**
201:25
**WEN (1)**
89:11
**went (53)**
19:5 26:2 39:10 42:1
46:18,20,21,22
49:10,12 53:13
57:25 59:14 109:6
114:2 120:15,16
124:21 135:9 147:2
148:25 151:23
153:24 154:24
158:5 160:19 164:8
164:25,25 181:25
181:25 186:2
190:23 192:4,5
198:1 204:9 206:12
206:23 208:19
210:4 215:20
226:24 230:1,4
234:16 235:6,7
236:5 246:12
288:16 295:15
296:4
**weren't (3)**
59:24 134:3 265:4
**wet (1)**
258:5
**white (5)**
189:17,19 226:11
227:7 231:11
**wig (58)**
67:15,16 68:8,10,13
71:17,18,20 72:7,13
72:19,22,24,25
86:14,16,17,19,20
86:21 88:1,2,5,12
88:16 89:2 96:23,25
97:11,25 98:3 102:6
103:17 104:8,9
105:7 130:8 257:24
260:10 261:25
262:1,3,6 263:3,5,7
263:15,16,20,25
270:2,4,13,17
273:11,22 277:17
279:5
**wigs (24)**
71:25 72:2 76:1 86:19
86:25 87:4,7,10
88:22,22 98:6 130:4
134:2 246:16

257:20,21,23
258:15 260:13
263:17 264:12
265:4 269:9 273:7
**William (2)**
41:13 184:19
**willing (2)**
47:24 201:3
**wish (1)**
295:1
**withhold (1)**
122:2
**witness (29)**
9:9 10:20,25 38:2
66:1 68:16 98:23
99:22 100:9,17
119:7 127:14,17
189:13 200:15,18
219:9 223:24 225:8
228:2 243:20
245:13 260:19
262:22 265:8 266:4
266:6 279:16
297:24
**wjs2509@gmail.co...**
142:1
**wjs2525@gmail.co...**
141:25
**woke (1)**
235:7
**Woman's (6)**
36:18 153:25 154:3
157:19,23 159:11
**women (2)**
15:10 211:15
**women's (1)**
116:3
**wonder (1)**
140:6
**wondering (4)**
45:10 159:4 285:7
291:14
**word (8)**
12:11 50:8 173:10
176:24,24 227:5,5
277:1
**words (1)**
293:17
**wore (7)**
86:16 96:1 102:8
134:2 260:4 269:17
273:8
**work (18)**
41:4 51:8,9 55:11
75:15 79:16 141:19
142:1 204:3,9,24

205:18 238:20
239:12,16,22,23
240:25
**workday (1)**
111:16
**worked (10)**
51:23 53:2,2,4,8,11
54:24 59:17 67:16
209:14
**working (4)**
54:12 90:24 124:13
241:10
**works (6)**
78:6 79:11 88:3
134:17,20 241:9
**worn (6)**
68:10 79:23 80:11
82:21 86:17,18
**worse (3)**
216:6 246:7,7
**worsening (1)**
252:3
**wouldn't (7)**
78:12 122:2 138:7,9
218:16 246:20
267:20
**Wow (1)**
160:25
**wrap (3)**
87:20 224:21 237:16
**write (3)**
183:22,24 187:24
**written (3)**
181:20 187:25 188:1
**wrong (8)**
79:17 174:11 225:6,8
225:12 247:5
293:20 294:6
**wrote (1)**
115:18

---

**X**

**X (1)**
5:1

---

**Y**

**yeah (126)**
12:6 13:6 20:16 27:7
45:22 58:5 59:19
60:16 61:6,9 63:14
66:10 67:15,18
68:12 69:19 70:17
70:17 72:12 76:6
77:3 80:8,21 87:3
88:9 91:16 93:1
94:22 98:5,8,17,22

98:23,25 99:7,8,20
102:19,19,22,24
104:24 108:9,10
111:11,24 116:6
119:8,10,25 126:13
126:16 127:17,25
131:18 137:23
139:1,5 155:9,21
156:25 157:2,2
159:11 160:4 164:6
166:20 168:1
175:12 185:15
186:25,25 188:13
190:22 192:25
194:18,21 199:12
202:16 204:4
212:15 214:2,9
215:11,15 217:23
225:13,22 226:20
227:3,9,13,20 228:2
228:10,25 230:10
230:12 231:5
233:11,17,22
236:11 243:17
245:22 248:1,4
250:5,12 252:10,10
252:11 256:15
262:20 263:1
264:17 269:6,10
271:2 275:4 276:25
277:4 280:8 285:6
292:5 295:25
**year (47)**
40:11,11 41:8,15
42:19 52:15 57:16
68:13 71:1 74:21
98:21 102:25
103:19 107:10
111:8,13 112:13,14
112:14 121:2
131:11 132:4,8,15
132:18,21 145:6
146:19 194:25
212:21,22 214:2,4
223:11,15,17 224:1
224:3 230:5 235:6
235:14 239:9
253:23,23 257:17
258:12 271:3
**yearly (2)**
239:14,18
**years (39)**
15:15,16 16:7 34:15
40:2,5,7 57:14,17
57:18 64:5 65:4
66:9 73:3 82:11

98:23 106:12 116:1
120:20 121:9 131:5
131:12 138:14,15
194:24 195:2
211:18 214:3,4
231:7 250:20
255:18,22 256:8,12
256:19 257:1
270:12 276:19
**yellowing (1)**
194:2
**young (4)**
49:16 64:14,15
155:24
**younger (1)**
145:18
**YouTube (1)**
271:9

**Z**
**Zachary (2)**
16:17,19
**zip (1)**
264:17
**zoom (1)**
65:10
**Zulu (2)**
68:12,14

**0**
**00002 (1)**
200:13
**00002-00005 (1)**
7:4
**00005 (1)**
143:19
**00009-00014 (1)**
7:17
**00011-00014 (1)**
6:16
**00014 (1)**
225:2
**00128 (1)**
219:13
**02 (2)**
279:11,14
**084.004798 (1)**
299:23

**1**
**1 (9)**
5:10 21:18,19 22:8
47:6 129:10 180:5
188:3,13
**1/1/2010-12/31/201...**
5:21 24:15

**1/17/2017 (2)**
7:3 143:18
**1/30/2018 (2)**
6:24 140:20
**1:14 (1)**
129:22
**10 (6)**
5:22 24:6,17,20,24
136:9
**10/15/2007 (2)**
126:1,4
**10/15/2014 (2)**
7:24 274:10
**10/28/2017 (2)**
6:20 123:3
**10:34 (1)**
57:3
**10:46 (1)**
57:6
**10:58 (1)**
66:25
**100 (2)**
6:10 60:9
**10156424 (1)**
10:4
**10th (3)**
69:15 70:15 71:3
**11 (12)**
5:5,24 65:23 66:2,3,4
68:3 73:17 188:2
246:22 247:3,4
**11/21/2014 (2)**
7:9 200:12
**11:02 (1)**
68:25
**11:04 (1)**
69:24
**11:06 (1)**
71:9
**11:20 (1)**
82:2
**11:28 (1)**
82:5
**118 (1)**
6:11
**11th (2)**
47:7 49:3
**12 (5)**
6:1 67:1,2 73:17
147:13
**12/30/2015 (2)**
7:12 219:12
**12/31/2019 (1)**
299:25
**12:34 (1)**
129:19

**120 (1)**
6:14
**122 (2)**
6:17,18
**123 (1)**
6:20
**13 (6)**
6:2 68:19,20 71:15
126:3 188:15
**135 (1)**
6:21
**13th (1)**
188:10
**14 (8)**
6:4 69:1,2 72:17 81:4
81:8 82:19 245:7
**140 (1)**
6:22
**143 (1)**
7:1
**1434 (1)**
299:14
**14th (1)**
275:22
**15 (12)**
1:15,22 2:8 6:5 42:6
70:1,2 72:11 77:3
85:20 86:9 245:7
**156424 (1)**
1:20
**15th (4)**
10:7 189:11 274:8
298:2
**16 (5)**
6:7 71:10,11 82:19
129:2
**17 (8)**
6:8 94:7,8,16 99:25
143:22 290:21,22
**17-cv-10817 (4)**
1:6 23:5,5 298:1
**170 (1)**
5:6
**174 (1)**
7:5
**178 (1)**
125:21
**18 (4)**
6:10 100:11,12,22
**1809 (1)**
299:24
**185 (2)**
106:17 125:21
**18th (1)**
135:23
**19 (5)**

6:11 118:17,18
127:13,20
**193 (1)**
236:6
**1968 (1)**
16:1
**1986 (1)**
74:5
**1995 (1)**
53:18
**19th (1)**
118:24

**2**
**2 (21)**
5:12 21:23 22:11 82:5
129:11 166:7,8
167:13,16,17,17
168:17,19,20 177:9
178:3,23,25 188:5
188:13
**2:04 (1)**
170:8
**2:53 (1)**
170:13
**20 (10)**
6:14 57:14,17 85:20
86:9 87:9 120:6,10
246:21 247:3
**200 (2)**
4:6 7:8
**2000 (1)**
53:13
**2004 (1)**
127:17
**2005 (1)**
53:13
**2006 (2)**
53:3,6
**2009 (1)**
53:3
**2010 (7)**
95:18,25 99:1 100:15
100:21,25 115:4
**2010-2014 (2)**
6:10 100:12
**2011 (10)**
51:12,21 101:17
102:11,15 113:15
115:4 145:24
146:15 148:4
**2012 (14)**
16:9 94:21,22 103:2
107:4,5,7 110:1
113:20 114:1,7
115:20 117:19

147:2
**2013 (13)**
99:16,16,19 103:14
103:21 105:16
111:10,11 114:7
127:23,25 147:4
265:2
**2014 (52)**
5:17 15:18,19 23:12
23:12 24:9 39:21
86:24 87:11 90:12
96:20 100:8,16
104:6,18 105:1,5,10
105:12,16 118:17
118:25 119:21
120:3 121:5 126:5,9
126:11,15 127:22
132:21 136:10,10
153:13 158:23
166:3 188:2,10
197:6 200:21
204:13,14 245:10
245:18 248:16
256:6 274:8 291:25
292:1,5,22 293:12
**2014003 (1)**
299:22
**2014s (2)**
100:6 104:21
**2015 (32)**
42:5,13,13 90:19 91:7
98:11 140:8,9
199:21 201:21
203:20 215:10,24
216:12 219:17
220:2 225:5 226:1
226:20 228:23
233:10 249:13
250:16 251:22
262:16 263:1,9,10
263:15 269:4
275:22 276:18
**2016 (12)**
27:11 28:4,6,25 29:5
98:11 147:4 228:16
228:19 258:13,18
269:5
**2017 (27)**
7:20 28:24,24 29:5
123:2,8 124:11
135:24 138:6
143:22 237:21,23
250:21 256:19
257:4 261:22,23
262:14 265:10
266:18 267:3 268:5

269:6,22 278:4,23
280:8
**2018 (18)**
69:15 70:15 71:3,15
123:24 124:1,4,11
128:8,12,12,19,20
128:23 141:4 224:3
269:5,6
**2019 (7)**
1:15,22 2:8 10:7
69:20 298:2 300:23
**21 (6)**
6:17 122:14,19 123:9
124:14 299:23
**219 (1)**
7:11
**21st (1)**
200:21
**22 (15)**
5:10,12,13,14,15,16
6:18 122:17,22
125:2,4,5 129:3
144:22 244:22
**224 (2)**
7:14 236:5
**23 (5)**
6:20 122:25 123:3,5
125:8
**23rd (1)**
188:7
**24 (7)**
5:17,18,20,22 6:21
135:17,21
**24th (2)**
126:15 189:2
**25 (3)**
6:22 140:18,23
**25th (1)**
16:1
**26 (4)**
7:1 143:16,21 278:3
**260 (1)**
7:18
**264 (1)**
7:19
**268 (3)**
7:20,21,22
**27 (3)**
7:5 174:20,22
**274 (1)**
7:23
**2740 (1)**
1:3
**275 (1)**
8:1
**28 (3)**

7:8 200:8,10
**286 (3)**
8:4,6,9
**28th (1)**
123:2
**29 (3)**
7:11 219:6,10
**298 (1)**
299:7
**29th (3)**
225:5 226:1 228:16
**2nd (6)**
3:16 166:3 172:11
174:21 181:18
188:5

_____

**3**

**3 (10)**
5:13 21:25 22:13
175:7 176:5 188:7
188:11,12,13
288:19
**3-27-2019 (1)**
299:20
**3/15/2019 (1)**
5:2
**3/26/2015 (2)**
5:19 24:12
**30 (7)**
7:14 57:18 178:7
179:2 224:24 225:3
240:16
**30305 (1)**
4:7
**30th (3)**
141:4 219:17 220:1
**31 (3)**
7:18 260:17,20
**32 (6)**
7:19 10:8 16:11
264:19,21 267:24
**3238 (4)**
6:17,19 122:20,23
**33 (5)**
7:20 267:23 268:2,5,7
**33131 (1)**
3:17
**333 (1)**
3:16
**3333 (1)**
4:5
**34 (3)**
7:21 268:8,10
**35 (3)**
7:22 268:8,12
**36 (3)**

7:23 274:7,9
**37 (3)**
8:1 275:21,23
**37:2554 (1)**
299:6
**38 (7)**
8:4 277:25 286:3,5,6
286:8,13
**39 (3)**
8:6 286:10,17
**3rd (3)**
69:18,19 188:18

_____

**4**

**4 (11)**
5:14 22:2,15 59:15
178:2 188:11,14,15
269:24 278:19
279:24
**4/14/2015 (2)**
8:2 275:24
**4/29/2015 (2)**
7:16 225:1
**4:35 (1)**
243:23
**4:46 (1)**
244:1
**4:47 (1)**
244:1
**40 (8)**
8:9 56:17 65:7,9 66:8
147:23 286:11,21
**4173 (3)**
2:7 3:6 10:6
**47 (1)**
56:15
**49 (2)**
56:13 125:20

_____

**5**

**5 (8)**
5:15 22:4,17 25:8
179:11 188:16,17
250:4
**5/19/2014 (2)**
6:12 118:19
**50 (6)**
17:24 59:16 106:12
125:20 251:18
254:24
**53 (1)**
55:10

_____

**6**

**6 (6)**
5:16 22:6,19 23:9

136:14 175:8
**6/11/2014 (1)**
126:3
**6/2/2014 (5)**
6:15 7:6 120:7,11
174:23
**6:09 (2)**
298:2,4
**60 (2)**
91:12 214:25
**66 (1)**
5:24
**67 (1)**
6:1
**68 (1)**
6:2
**69 (1)**
6:4
**6b (1)**
136:17

_____

**7**

**7 (10)**
5:17 23:11 24:9 26:10
47:11 48:17 129:12
145:12 147:14
287:22
**70 (1)**
6:5
**70119 (1)**
10:7
**70809 (1)**
16:12
**70s (4)**
66:21 67:6 69:16
72:23
**70s-type (1)**
67:12
**71 (3)**
6:7,22 140:18

_____

**8**

**8 (8)**
5:18 23:16 24:11
140:8,9 228:7
260:25 261:4
**80s (1)**
59:7

_____

**9**

**9 (4)**
5:20 23:25 24:14
260:25
**9:28 (3)**
1:23 2:9 10:8
**9:42 (1)**

23:1
**9:45 (1)**
57:6
**9:52 (1)**
23:4
**90s (2)**
17:24 59:7
**9124 (1)**
16:11
**92 (1)**
17:25
**94 (1)**
6:8