# **EXHIBIT B**

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  TAXOTERE (DOCETAXEL)   MDL No. 2740

5                              Section:  N(5)

6   This Document Relates to:   JUDGE JANE TRICHE
    Wanda Stewart v. Sandoz, Inc.  MILAZZO
7   Civil Case No. 17-cv-10817

8

9

10   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

11          TRANSCRIPT OF THE VIDEO DEPOSITION OF:

12              TARA LYNN RHEUBOTTOM, PA-C,

13   TAKEN ON BEHALF OF DEFENDANT, REPORTED IN THE ABOVE

14   ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,

15   CERTIFIED COURT REPORTER FOR THE STATE OF

16   LOUISIANA.

17   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

18

19

20

21          REPORTED AT THE OFFICES LOCATED AT:

22          12016 JUSTICE AVENUE

23          BATON ROUGE, LOUISIANA  70816

24      JOB NO. 174817

25      COMMENCING AT 9:01 A.M., ON JANUARY 27, 2020.

Page 2

```
 1              A P P E A R A N C E S

 2

 3  FOR THE PLAINTIFF:

 4      ALLAN BERGER & ASSOCIATES
        (BY:  ANDREW GEIGER, ESQ.)
 5      4173 CANAL STREET
        NEW ORLEANS, LOUISIANA 70119
 6

 7

 8

    FOR THE DEFENDANT:
 9

        GREENBERG TRAURIG
10      (BY:  EVAN HOLDEN, ESQ.)
        3333 PIEDMONT ROAD, NE
11      ATLANTA, GEORGIA 30305

12

13

14  ALSO PRESENT:

15      LINDA GRIFFIN, CERTIFIED LEGAL VIDEO SPECIALIST

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
 1                  I N D E X

 2

 3                                           PAGE

 4  STIPULATION...................................5

 5  EXAMINATION BY:

 6      MR. HOLDEN..............................7, 93

 7      MR. GEIGER.............................90, 95

 8  CERTIFICATE..................................97

 9  WITNESS CERTIFICATE..........................98

10

11           LIST OF EXHIBITS

12  Exhibit No. 1...............................47
       (STEWART, W-RHEUBOTTOM-MED-00008,
13      medical record, 11/11/10)

14  Exhibit No. 2...............................50
       (STEWART, W-RHEUBOTTOM-MED-00018,
15      Ms. Rheubottom's notes, 11/11/10)

16  Exhibit No. 3...............................57
       (STEWART, W-RHEUBOTTOM-MED-00017,
17      medical record, 12/8/10)

18  Exhibit No. 4...............................62
       (STEWART, W-RHEUBOTTOM-MED-00016,
19      Ms. Rheubottom's notes, 1/5/11)

20  Exhibit No. 5...............................65
       (STEWART, W-RHEUBOTTOM-MED-00015,
21      Ms. Rheubottom's notes, 6/25/14)

22  Exhibit No. 6...............................69
       (STEWART, W-RHEUBOTTOM-MED-00014,
23      Patient Message, 8/7/14)

24  Exhibit No. 7...............................70
       (STEWART, W-RHEUBOTTOM-MED-00002,
25      medical records, 8/4/17)
```

Page 4

```
 1          LIST OF EXHIBITS (Continued)

 2

 3  Exhibit No. 8...............................74
       (STEWART, W-RHEUBOTTOM-MED-00012,
 4      Ms. Rheubottom's notes, 8/4/17)

 5  Exhibit No. 9...............................81
       (STEWART, W-RHEUBOTTOM-MED-00011,
 6      Ms. Rheubottom's notes, 9/29/17)

 7  Exhibit No. 10..............................86
       (STEWART, W-RHEUBOTTOM-MED-00070,
 8      photograph)

 9  Exhibit No. 11..............................95
       (Louisiana driver's license
10      and insurance card)

11  Exhibit No. 12..............................94
       (Curriculum vitae)

12

    Exhibit No. 13..............................96
13      (Amended Notice of
        Videotaped
14      Deposition of
        Tara Rheubottom, P.A.-C.)

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

```
 1              S T I P U L A T I O N

 2

 3      IT IS STIPULATED AND AGREED by and

 4  between the parties that this deposition is hereby

 5  being taken pursuant to the Federal Rules of Civil

 6  Procedure.

 7      All formalities, excluding the reading

 8  and signing of the transcript by the witness, are

 9  hereby waived.

10      All objections, except as to the form of

11  the question and responsiveness of the answer, are

12  considered reserved until trial or other use of the

13  deposition.

14

15

16

17

18

19

20

21

22

23

24

25
```

1      VIDEOGRAPHER:  This is the start
2  of media labeled No. 1 of the video
3  deposition of Tara Rheubottom taken in
4  the matter of Taxotere Products Liability
5  Litigation relating to Wanda Stewart
6  versus Sandoz Incorporated, filed in
7  the United States District Court,
8  Eastern District of Louisiana, Civil
9  Action No. 2:17-cv-10817, MDL 2740.
10      This deposition is being held at
11  Baton Rouge Court Reporters, located at
12  12016 Justice Avenue in Baton Rouge,
13  Louisiana, on January 27, 2020, at
14  9:01 a.m.
15      My name is Linda Griffin; I'm the
16  certified legal video specialist from
17  TSG Reporting, Incorporated, headquartered
18  at 747 Third Avenue, New York, New York.
19  The court reporter today is Ms. Yolanda
20  Pena, also in association with
21  TSG Reporting.
22      Will counsel please introduce
23  yourselves.
24      MR. GEIGER:  Andrew Geiger for the
25  plaintiff, Wanda Stewart.

1      MR. HOLDEN:  Evan Holden for defendant
2  Sandoz Inc.
3      VIDEOGRAPHER:  Will the court reporter
4  please swear in the witness.
5           * * *
6      TARA LYNN RHEUBOTTOM, PA-C,
7  10154 Jefferson Highway, Baton Rouge, Louisiana,
8  70809, having been first duly sworn, was examined
9  and testified as follows:
10           EXAMINATION
11  BY MR. HOLDEN:
12  Q.  Ms. Rheubottom, my name is Evan Holden.
13  I'm an attorney with the law firm Greenberg Traurig.
14  We just met a few minutes ago.
15      MR. HOLDEN:  This will be the
16  deposition of Tara Rheubottom, PA-C.  The
17  deposition will be taken for the purposes
18  of discovery and all other purposes allowed
19  under the Federal Rules of Civil Procedure.
20      Mr. Geiger, can we agree that all
21  objections except as to form are reserved
22  until the time of trail?
23      MR. GEIGER:  So agreed.
24  BY MR. HOLDEN:
25  Q.  Ms. -- Ms. Rheubottom, after you get the

1  transcript from the deposition, you have a chance
2  to -- to read it and make any changes, if you see
3  any changes that need to be made, and sign the
4  deposition.  Do you want to waive that right, or
5  would you like to receive the transcript?
6  A.  Oh, I'd like to receive it.
7  Q.  Would you please state your full name and
8  professional address.
9  A.  Tara Lynn Rheubottom.  My address is
10  10154 Jefferson Highway, Baton Rouge, Louisiana,
11  70809.
12  Q.  And would you say the name of your
13  practice.
14  A.  Louisiana Dermatology Associates.
15  Q.  And I did some investigation online.  It
16  looks like you have a few different businesses
17  currently.  What other -- do you have any other
18  business addresses?
19  A.  That's -- that's personal for me, yes.
20  Yes.
21  Q.  Okay, gotcha.  But your -- your dermatology
22  practice is just that?
23  A.  It's just that, yes.
24  Q.  Okay.  And what is your specialty?
25  A.  Dermatology.  And I specialize in -- well,

1  anything skin, hair, and nails.
2  Q.  Okay.  And so hair and hair loss, would
3  that be included within your practice area?
4  A.  Yeah.  That's what I'm known for, is for
5  treating hair loss.
6  Q.  What percentage, I guess, of your practice,
7  if you can break it down, is hair loss compared to
8  other issues?
9  A.  Probably 60 to 75 percent of my patients
10  come in with hair loss that I treat, in addition to
11  all their other skin issues.
12  Q.  Is Wanda Stewart a current patient of
13  yours?
14  A.  The last time I saw her was in 2017.  So I
15  think after three years, I consider them a new
16  patient, so she would actually be considered a new
17  patient if I were to see her now.
18  Q.  Are you aware that Ms. Stewart has made
19  a -- brought a lawsuit against my client,
20  Sandoz Inc.?
21  A.  I was aware after -- yeah, I was aware once
22  I was deposed.  Yes.
23  Q.  When you received --
24  A.  I wasn't aware prior to that.
25  Q.  Okay.  Once you received some materials

1  from my office, you became aware of the lawsuit?
2      A.  Correct.
3      Q.  You -- you didn't talk to Ms. Stewart about
4  the lawsuit?
5      A.  I did not.
6      Q.  And you never have talked to her about it?
7      A.  I -- no, I have no recollection of talking
8  to her about it at any of her visits.
9      Q.  Have you ever given a deposition before?
10     A.  I did, I think, about ten years ago.  It
11 was at our office.
12     Q.  And what were the circumstances of that?
13 Were you a fact witness or an expert or...
14     A.  I think I was an expert witness, yeah.  I
15 don't -- I don't -- it's been so long, I really
16 don't even remember the details of it.
17     Q.  Okay.
18     A.  But I remember this type of setup.
19     Q.  Okay.  Well, that's -- it's good you've
20 done this before.
21     A.  Uh-huh.
22     Q.  I'll just go over the ground rules again
23 just as a refresher.
24     A.  Uh-huh.
25     Q.  And first off, it's -- it's -- we do have a

1  videographer here today --
2      A.  Uh-huh.
3      Q.  -- but it's important that our court
4  reporter can take down what we are saying.  So it's
5  important to give a verbal answer, not just an
6  "uh-huh" or "uh-uh" like you would in a normal
7  conversation, but -- or a nod of the head, but
8  important to give a verbal response.
9      A.  Okay.
10     Q.  And similar -- similarly, when we just
11 discuss -- you know, in normal conversation, you can
12 kind of know where I'm going and start to answer
13 before I finish my question.  Again, that makes it
14 hard for our court reporter.  So I'd ask that you
15 let me finish my question before you give your
16 answer.  And I'll try to do the same thing, let you
17 finish your answer before I start my question.  I'm
18 sure we'll mess up a few times, so if I remind you
19 of that, I'm not trying to be rude.
20     A.  Uh-huh.
21     Q.  It's just trying to help out our court
22 reporter.  It's very hard if we're both talking over
23 each other.
24         Like I mentioned before, I don't think
25 we're going to go very long today.  If you need to

1  take a break at any time, that's totally fine.  Just
2  let us know.  I just ask if there's a question
3  pending, answer the question before we take a break.
4  Is that fair?
5      A.  Yes.
6      Q.  I may ask some bad questions today or
7  questions that you don't understand or just need
8  repeated.  Please let me know if you don't
9  understand the question and I'll be happy to
10 rephrase it.  If you go ahead and answer it, I'll
11 assume that you understood the question.  Is that
12 fair?
13     A.  Yes.
14     Q.  Any other questions before we start?
15     A.  No.
16     Q.  Can you state your full name for the
17 record?
18     A.  Tara Lynn Rheubottom.
19     Q.  Do you have a CV on you, by chance?
20     A.  Yes, I do.
21     Q.  Great.  Is this the only copy you have?
22     A.  It is the only copy that I have.
23     Q.  Okay.  We can make a copy of it.
24     A.  Thank you.
25     Q.  And would you mind just briefly taking us

1  through your educational background, starting with
2  high school up through today.
3      A.  Yes.  I graduated from Grapevine High
4  School.  I went on to get my bachelor's degree from
5  the University of Texas.  And then after that, I
6  went to the University of Texas Southwestern Medical
7  for my science degree in physician assistant
8  studies.
9      Q.  Did your degree for a PA, was that focused
10 at all on dermatology?
11     A.  No.  It was -- it's on every specialty in
12 medicine.
13     Q.  And is that the extent of your formal
14 education?
15     A.  Yes.
16     Q.  And it looks like you received your -- your
17 certification as a physician's assistant in 2008.
18 I'm sorry, in 2000.
19     A.  That's correct.
20     Q.  Other than your physician assistant
21 certification, do you hold any other licenses
22 currently?
23     A.  No, I do not.
24     Q.  Are you licensed in any -- in any states
25 other than Louisiana?

1    A.  I'm only licensed in Louisiana.

2    Q.  And if you could, take us through your

3  educational -- or your employment history after you

4  graduated from UT Southwestern.

5    A.  So after I graduated from UT Southwestern,

6  I began working with Dr. Raymond Blackburn.  He's a

7  dermatologist in Texas -- Dallas, Texas.  I worked

8  with him for about a year and a half.  At that

9  point, I was engaged and ended up moving to Atlanta,

10  Georgia, where I worked with a dermatologist and a

11  Mohs surgeon.  I was with her for about two years.

12       And then after that, I relocated to

13  Baton Rouge, Louisiana, and started working for

14  Louisiana Dermatology Associates.  And I currently

15  am still employed with Louisiana Dermatology

16  Associates.  And they --

17    Q.  Go ahead.

18    A.  The -- it was originally Goodwood

19  Dermatology, and then we just changed the name as

20  the practice grew and we brought on more

21  dermatologists and practitioners.  But it's the same

22  business.

23    Q.  Understood.  So to go back, Dr. Blackburn

24  in Dallas, he's a dermatologist?

25    A.  Correct.

1    Q.  Does he focus at all on hair disorders

2  or -- or hair treatment?

3    A.  Absolutely.  That was one of his

4  specialties as well, and I trained under him.

5    Q.  What did your sort of training consist of

6  with Dr. Blackburn?

7    A.  Initially, when I first started working

8  with him, because I was out of school, I basically

9  worked under him and followed him in with the

10  patients to learn how to treat and diagnose that --

11  different, specific hair loss disorders.

12       Within about six months, I started just

13  seeing my own patients and continued to diagnose

14  patients with alopecia and hair loss disorders.

15    Q.  And how would it work?  Would you -- would

16  you bring in Dr. Blackburn if there was something

17  that you needed help with you?  Or would you just --

18  generally just handle patients yourself?

19    A.  I would handle patients myself.  At that

20  point, I was independently treating patients.

21    Q.  But you were still within Dr. Blackburn's

22  practice?

23    A.  Absolutely.

24    Q.  To move on to Atlanta, that was with

25  Dr. Janice Warner.

1    A.  Correct.

2    Q.  Also a dermatologist?

3    A.  Also a dermatologist.

4    Q.  Did she specialize in -- in treating hair

5  loss?

6    A.  No.  She was a Mohs surgeon, so she really

7  specialized in skin cancer.  But at that point, I

8  had the expertise from my previous employment, so I

9  sort of took on all of the hair loss patients on my

10  own.

11    Q.  What -- if you could, break it down, when

12  you were in Atlanta, what percentage of your

13  practice was treating hair loss compared to other

14  disorders.

15    A.  I would say 50 percent hair loss disorders.

16    Q.  So then you moved to Baton Rouge?

17    A.  Correct.

18    Q.  It looks like October 2002?

19    A.  That is correct.

20    Q.  And your supervising physician since 2002

21  has been Dr. Thorla?

22    A.  Correct.

23    Q.  And -- and tell us about Dr. Thorla.  Is it

24  a he or she?

25    A.  It's a -- it's a he.

1    Q.  He.  And what does Dr. Thorla specialize

2  in?

3    A.  He specializes in skin cancer.  He also

4  treats hair loss disorders and traditional

5  dermatology things, like acne, eczema, psoriasis.

6    Q.  What about your -- if you could describe

7  your practice since you've been at Louisiana

8  Dermatology.

9    A.  I treat everything in dermatology, but I

10  exclusively treat a significant amount of hair loss.

11    Q.  Is there any specific form of hair loss

12  that you specialize in or treat more than others?

13    A.  Oh, I treat every type of hair loss.  I

14  would say that the -- the most type of hair loss

15  that I treat is probably scarring alopecias or

16  permanent hair loss.

17    Q.  And what about male versus female?  Do you

18  treat both male and female, or is it more one than

19  the other?

20    A.  I do treat male and female hair loss

21  disorders.  I predominantly treat more female

22  patients who have hair loss disorders.

23    Q.  And -- and is there a reason for that?  Is

24  it as patients come in, you know, they -- are

25  specific patients routed to you versus others or...

1    A.  I believe, culturally, it's because the
2  majority of women that experienced hair loss is
3  predominantly African-American women.  And as an
4  African-American woman, I've kind of made that more
5  of a passion for myself.  So I specialize in it
6  because I have a urgent care for it.  And it's one
7  of the -- you see more hair loss in African-American
8  women than in other ethnicities.
9    Q.  And what -- specifically what form of
10  alopecia -- or forms of alopecia do you see more
11  than others amongst African-American women?
12    A.  Mostly, in African-American women, I'm
13  treating a lot of CCCA, which is a form of scarring
14  alopecia.  I also treat lichen planopilaris, which
15  is another type of autoimmune scarring --
16  potentially can lead to scarring alopecia.  I also
17  treat women who have female pattern hair loss.  I
18  treat a lot of patients that have lupus hair loss.
19    Q.  Traction alopecia?
20    A.  I do treat a lot of traction alopecia, yes.
21  Traction alopecia can kind of be looped under --
22  looped with scarring alopecia or CCCA, because
23  traction can lead to CCCA.  It's one of the risk
24  factors.
25    Q.  If you could just sort of take us through a

1  little bit more of how you treat women who come in
2  complaining of hair loss.  Is it consulting them and
3  prescribing medications?  Is it referring them to a
4  hair transplant -- transplant physician, other forms
5  of treatment?
6    A.  Yeah, so when I initially see the patients,
7  I always typically will do a scalp biopsy to rule
8  out the specific type of hair loss.  Because some
9  women can have actually two types of hair loss
10  within one biopsy.  And I always do blood work to
11  make sure there's nothing systemic that's occurring
12  that could lead to hair loss.
13    And I do a pretty comprehensive list of
14  questions, asking about just their lifestyle habits,
15  their hairstyling habits, their salon visits,
16  products that they use on their hair, medications
17  that they're taking.  I pretty much ask them
18  anything that I think could contribute to why they
19  have hair loss.
20    Q.  And then what next?  What's the next sort
21  of step after the -- after the biopsy and the
22  history, what -- where do you go from there?
23    A.  So after I get all the results back, I
24  bring them in for a follow-up.  And then typically,
25  based on their results, I will plan their treatment

1  based on what their biopsy results show.  And the
2  treatments can vary depending on what the biopsy
3  show.  So if it's scarring alopecia, a lot of times
4  what I'll tell them is we're going to try to prevent
5  further hair loss.  And I'll do -- sometimes I'll do
6  steroid injections.  I'll put them on prescription
7  antibiotics.  I may put them on prescription
8  steroids.
9    If the sig- -- if the hair loss is not too
10  significant, I will often refer them to a hair
11  transplant surgeon, if I feel like they're a good
12  candidate.  However, a lot of women who have
13  extensive alopecia won't be a good candidate for a
14  hair transplant.  They may need a medical prosthetic
15  or a hair wig.
16    Q.  Are you -- do you have privileges at any
17  hospitals, or you're only at Louisiana --
18    A.  I'm only at Louisiana Dermatology.
19    Q.  Do you teach at any schools?
20    A.  No.
21    Q.  What are some of the ways that you stay
22  abreast of the knowledge in dermatology?  Are you a
23  member of any organizations, things like that?
24    A.  Correct.  I am a member of the -- it's the
25  Cicatricial Alopecia Research Foundation.  I get a

1  lot of information and resources through that
2  organization.  I also do attend quite a bit of
3  continuing medical education courses to keep my
4  credentials up.  And a lot of the times, I seek out
5  CME, or continuing medical education, that relates
6  to hair loss disorders since I have a passion for it
7  and I treat quite a bit of it.
8    Q.  The -- the CCCA research organization, can
9  you tell us a little bit about that?  Is that -- do
10  they have yearly meetings or publications?
11    A.  They do.  They have -- they have
12  conferences every -- every two years, and they
13  typically will invite specialists in hair loss
14  disorders, dermatologists, hair transplant surgeons
15  to come and do -- and to speak.  It is also a
16  conference that invites survivors of scarring
17  alopecia, so it also brings, you know, patients that
18  suffer with it, to give them resources and support
19  for their hair loss.
20    Q.  Other than the CCCA research organization,
21  any other professional societies that you're a
22  member of?
23    A.  Yes.  I'm also the -- a member of the Skin
24  of Color Society, which also specializes in
25  disorders of skin, hair, and nails that tends to

1  affect African Americans more than any other
2  ethnicity.  And they also do have special continuing
3  medical education conferences that they have,
4  typically annually.  One is called the Skin of Color
5  Update.  That occurs typically every September in
6  New York.  And I've been attending those almost for
7  the last decade.
8      Q.  Do -- do you ever treat patients who are
9  complaining of hair loss due to chemotherapy?
10     A.  Yes, I do.
11     Q.  Can you break us down, what percentage of
12 your patients would complain of that?
13     A.  I would say probably about maybe 20 -- 20
14 or 30 percent.
15     Q.  Could you explain how you go about treating
16 those patients with the chemotherapy-caused hair
17 loss?
18     A.  I typically will put them on a hair growth
19 rejuvenation regimen.  If I know that they have a
20 history of breast cancer and they've been through
21 chemo and they've lost their hair, I typically will
22 tell them that sometimes it can take six months for
23 their hair to grow back.  And so I'll try to put
24 them on treatments to sort of speed the process up.
25 Typically, I'm put -- putting them on hair care

1  products that treats hair loss, hair vitamins that
2  treats hair loss.  And oftentimes, I'll put them on
3  a minoxidil prescription compound that's a little
4  bit stronger than what you would see over the
5  counter.
6      Q.  Through your practice, have you done any
7  research on Taxotere, docetaxel?
8      A.  I have not, uh-uh.
9      Q.  Are you familiar with lawsuits about
10 Taxotere?
11     A.  I am.
12     Q.  And how did you hear about those lawsuits?
13     A.  Excuse me?
14     Q.  How did you hear about lawsuits relating to
15 Taxotere?
16     A.  I heard about the lawsuits due to Taxotere
17 mostly through the internet, just -- you know, and
18 commercials on TV, yeah.
19     Q.  As opposed to sort of through your
20 societies?
21     A.  Correct.
22     Q.  Other than the societies, are there any --
23 any journals that you subscribe to or textbooks that
24 you rely on in your practice?
25     A.  I -- yes, I do have public- -- I have

1  books.  I have a lot of dermatology books that --
2  off the top of my head, I can't think of the names
3  of the titles, but I do have a lot of publications
4  that -- we just get a lot of free publications as
5  well.
6      Q.  Any periodical publications that you can
7  name?
8      A.  The American Academy of Dermatology has
9  publications that we get.  Skin of Color Updates is
10 associated with the journal of -- it's the JDD, and
11 we get publications with them.  I can't think of
12 some of the names of some of the other publications
13 right offhand.  I believe The Clinician is another
14 publication that I read.
15     Q.  In any of those publications, have you seen
16 anything about Taxotere or docetaxel and allegedly
17 causing permanent hair loss?
18     A.  I have not.
19     Q.  Other than the -- the work that's outlined
20 on your CV, are there any other -- any other work
21 history that you have?
22     A.  No, other than working in high school.
23     Q.  Okay.  I -- I did see it looked like you
24 had opened up a compounding pharmacy?
25     A.  Correct.

1      Q.  And -- and you're the owner?
2      A.  I am.
3      Q.  Does -- does that compounding pharmacy --
4  what's the name of it?
5      A.  Integrative Pharmacy and Wellness.
6      Q.  Does that have any involvement with
7  manufacturing or compounding docetaxel or Taxotere?
8      A.  No.
9      Q.  Do you manufacture any chemotherapy drugs?
10     A.  No.  Compounding pharmacies are not allowed
11 to manufacture.
12     Q.  You mentioned you -- you may have been an
13 expert witness in a deposition about ten years ago.
14 Do you recall ever being retained as an expert
15 witness in any lawsuits?
16     A.  I don't -- I don't remember.
17     Q.  Other than that potential deposition?
18     A.  Correct.
19     Q.  Okay.  It's not something you typically do,
20 serve as an expert witness?
21     A.  No.  I have been asked by patients, but I
22 have tried to tell them to kind of not do that,
23 not -- not go that direction.
24     Q.  Fair enough.  Have you ever had any contact
25 with any attorneys for Ms. Stewart prior to today?

1     A.  I have not.

2     Q.  And I came after Mr. Geiger came in today.
3  Did you and Mr. Geiger have any discussions about
4  the case?

5     A.  No.

6     Q.  And just to confirm, you've never discussed
7  Ms. Stewart's lawsuit against my client, Sandoz,
8  with her at any point?

9     A.  I have not.

10     Q.  Did you -- can you take us through what you
11  did to prepare for your deposition today, if
12  anything?

13     A.  I had her medical records scanned into the
14  iPad that we use for work so I can look to see what
15  I treated her for.  Because I wanted to see if I
16  actually did I biopsy or discussed with her about
17  her scarring alopecia or permanent hair loss.  I
18  didn't have any notes that showed that I treated her
19  for hair loss.  And I called this morning to make
20  sure we got all of her chart notes.

21     Q.  I'm going to go through some other of
22  Ms. Stewart's treating physicians.  Do -- do you
23  have any relationship with Dr. Christopher
24  McCanless?

25     A.  I do not.

1     Q.  What about Dr. William Russell?

2     A.  I do not.

3     Q.  Or Dr. Garland Green?

4     A.  I do not.

5     Q.  Dr. Kenyatta Shamlin?

6     A.  I do know her.

7     Q.  And what does she do?

8     A.  She is a family practice and pediatrics
9  physician.

10     Q.  In the Baton Rouge area?

11     A.  In the Baton Rouge area.

12     Q.  What about Dr. Everett Bonner?

13     A.  I do not.

14     Q.  Or a Russell Brown?

15     A.  I do not.

16     Q.  Or Dr. Taylor Theunissen?

17     A.  I do not, uh-uh.

18     Q.  I'm going to go back and ask you a few more
19  questions about your practice today at -- at
20  Louisiana Dermatology.  How many employees total is
21  at that practice?

22     A.  We have several satellite offices, I
23  believe over a hundred employees.

24     Q.  And -- and how many P -- PAs?

25     A.  We have two PAs including me.

1     Q.  What is the other PA?  Does she specialize
2  in anything, he or she specialize?

3     A.  I'm not sure what she specializes in.  I
4  know she treats a lot of acne and psoriasis and skin
5  cancer -- and treats skin cancer.

6     Q.  What about how many physicians are in the
7  practice.  Do you know how many?

8     A.  Five.  Dr. McGinty, Dr. Thorla,
9  Dr. Johnson, Dr. Dickerson.  Four.

10     Q.  But Dr. Thorla is your supervisor?

11     A.  He's my supervising physician, correct.

12     Q.  What involvement do you have with
13  Dr. Thorla with regard to patients?

14     A.  Well, he's my supervising physician, but we
15  all work in- -- we all work independently.  We don't
16  consult with our supervising physicians, unless we
17  were a new graduate and we'll trying to get -- you
18  know, learn -- learn the specialty.  But I've been
19  doing this over 20 years, so I don't need any help
20  or supervision.

21     Q.  You don't need his helping with -- with
22  treating -- specifically with women who have hair
23  loss?

24     A.  Absolutely not.  I have more knowledge than
25  he does, I would believe.  In fact, they refer their

1  hair loss patients to me.  They don't want to --
2  they don't want to do it -- they don't want to deal
3  with it.  It's a lot of emotion that's associated
4  with it.

5     Q.  Has -- would you say that your specialty,
6  since you started practice pretty much in -- back in
7  2000, 2001, is treating women with hair loss?

8     A.  Absolutely.

9     Q.  And specifically African-American women?

10     A.  Specifically -- well, I treat all -- I'm
11  not -- I treat every ethnicity, but I have -- I
12  definitely am known to specialize in
13  African-American women hair loss disorders.

14     Q.  Do you advertise at all as that, as a
15  hair -- hair loss --

16     A.  I don't advertise at all.  The physicians
17  in the community know -- they know me well and they
18  know to refer -- I mean, I get a lot of referrals
19  from primary care for women that complain of hair
20  loss.

21     Q.  You talked a little -- a little bit before
22  about scarring versus nonscarring alopecia.  Could
23  you just describe what the -- what the difference
24  is?

25     A.  Correct.  So scarring alopecia is where the

1  follicle is completely closed and it can no longer
2  produce a hair, whereas nonscarring alopecia, the
3  follicle is still active.  It may not have a hair in
4  the follicle, but we may still be able to stimulate
5  the hair to grow back with different treatment
6  options.
7      Q.  Such as minoxidil?
8      A.  Minoxidil, stem cell injections, light
9  therapy, topical medications, steroid injections.
10     Q.  And you mentioned one way that you can
11  determine if a patient has scarring versus
12  nonscarring is a biopsy?
13     A.  Correct.
14     Q.  Are there any other ways to determine that?
15     A.  You can look at the scalp, but I don't rely
16  on that.  I always do a biopsy, unless they don't
17  want me to, unless they refuse.  But I always do a
18  biopsy.
19     Q.  And you mentioned that a biopsy can reveal
20  that there are multiple forms of alopecia?
21     A.  That is correct.  Typically, when I do a
22  biopsy, I -- I do a list of rule-outs for the
23  pathologist.  So I rule out pretty much every type
24  of hair loss diagnosis there is.  That way they can
25  make sure that they look at all of that.

1      Q.  How would a biopsy, I guess, reveal if
2  there's both scarring and nonscarring alopecia?
3      A.  Typically, we do a four-millimeter punch
4  biopsy, so it allows is to get at least six to seven
5  follicles.  And so when the pathologist examines the
6  tissue, they're able to look at the epidermis and
7  the -- the subcutaneous fat layer and they're able
8  to see what's going on with the different follicles.
9  And sometimes -- and I try to strategically biopsy
10  an area that I think may show more than one type of
11  hair loss.  However, some women have exclusively one
12  type of hair loss, and we're just ruling that out.
13     Q.  So if you could just describe that.  So
14  if -- if you think a woman has nonscarring alopecia,
15  you would take a biopsy to sort of rule out scarring
16  alopecia?
17     A.  I never assume that it's scarring versus
18  nonscarring.  I always let the biopsy let me know.
19  Because sometimes if you look at the scalp, it's
20  very hard to tell if it's scarring versus
21  nonscarring.  You just can't rely on the naked eye
22  for that.
23     Q.  And then you mentioned the CCCA alopecia.
24  And is that a scarring alopecia?
25     A.  Yes, it is.

1      Q.  Do you know what causes -- or can you tell
2  us what causes CCCA alopecia?
3      A.  Well, we know now what causes CCCA is a
4  combination of internal and external causes.
5  Typically, the external causes is traction, which
6  means different hairstyling habits that women will
7  do in the hair salon, like hair extensions, hair
8  braids, pulling the hair really tightly.  That can
9  cause traction which can lead to CCCA.  We also know
10  that hair color has been indicated as a trigger for
11  CCCA.
12         And internal causes, we know that diabetes
13  or high blood sugars can lead to CCCA, as well as
14  women with a history of thyroid disease.  There has
15  been some evidence that there's a -- a link between
16  that and CCCA.
17     Q.  Is there any genetic disposition to CCCA?
18     A.  There is.  There's some new studies on
19  the -- the -- the genome, that there's a gene that
20  could be linked to CCCA, but it's not every single
21  patient that has CCCA has the gene for it.
22     Q.  What about family history?
23     A.  Yes -- yes.  A lot of times, you'll see
24  mother -- you'll see grandmother, mother, and
25  daughter all with the same pattern of -- of CCCA.

1  So we belive that there's definitely a gene, and
2  they have revealed a gene that's connected to it.
3  But that's not every patient with CCCA.
4      Q.  Would you agree CCCA is a common cause of
5  alopecia in African-American women?
6      A.  Absolutely.  It's becoming an epidemic.
7      Q.  If you could -- I guess the percentage of
8  African-American women that you treat, what
9  percentage would you say has CCCA?
10     A.  Seventy-five to 80 percent.
11     Q.  So the majority of the African-American
12  women you treat are -- is for CCCA?
13     A.  Yes.  However, sometimes they have
14  androgenetic alopecia mixed with it.  Traction
15  alopecia is a little bit complicated because
16  traction can lead to CCCA, so it's hard to separate
17  them out.
18     Q.  And if you could bare with me.  What --
19  what's the difference, I guess, between traction and
20  CCCA?  How are they different?
21     A.  Traction alopecia is -- just means that the
22  hair is thinning due to pulling or tugging.  So the
23  traction sometimes can be treated and the hair can
24  be -- you can grow the hair back if you catch it
25  early enough.  CCCA means that the hair loss is

1  permanent.
2      Q.  And CCCA is scarring?
3      A.  It's -- it's a form of scarring.
4      Q.  So you can have traction alopecia and have
5  it not be scarring?
6      A.  Absolutely, if you catch it early enough.
7  Little girls -- little African-American children get
8  traction alopecia from hairstyling habits, and if I
9  just tell the parent to change the hairstyling
10 habits, we can often regrow their hair.
11     Q.  Are there other forms of scarring alopecia
12 other than CCCA?
13     A.  Yes.
14     Q.  What are those?
15     A.  Lupus can cause scarring alopecia, discoid
16 lupus specifically.  You can get scarring alopecia
17 from follicular disorders that was initially a
18 bacterial or fungal infection that perhaps, when
19 untreated, can lead to scarring.  You can get
20 scarring alopecia from lichen planopilaris.  It's an
21 autoimmune form of alopecia that leads to scarring.
22     Q.  Any others?
23     A.  Trauma, burns.
24     Q.  And then nonscarring -- if you would bear
25 with us, what are some of the nonscarring forms of

1  alopecia?
2      A.  The most common forms of nonscarring
3  alopecia is alopecia areata, which is an autoimmune
4  form of hair loss.  You can get nonscarring alopecia
5  with genetic hair loss, female pattern, male pattern
6  hair loss, what we call androgenetic alopecia.  You
7  can have telogen effluvium, which is a form of
8  shedding that can lead to non-- nonscarring
9  alopecia, which can be triggered from medication,
10 stress, surgery, anesthesia, medications.
11     Q.  Can pregnancy lead to hair loss or -- or
12 after pregnancy?
13     A.  That's telogen effluvium.  Correct.  So
14 after a woman has a baby, they often get telogen
15 effluvium due to hormonal fluctuations but -- or if
16 they had a C-section and they lost a lot of blood,
17 they can be anemic, which can lead to excessive
18 shedding as well.  So iron deficiency anemia can
19 lead to telogen effluvium.
20     Q.  Any other nonscarring forms of alopecia?
21     A.  I think I covered the majority of the
22 nonscarring.  Yeah, androgenetic alopecia, telogen
23 effluvium, alopecia areata, I think that covers --
24     Q.  Don't mean to put you on the spot.
25     A.  That's okay.

1      Q.  And --- and what about hair -- hair
2  practices that can lead to alopecia.  Is that
3  correct?
4      A.  Yes, that is correct.
5      Q.  Would you describe it as scarring versus
6  nonscarring or...
7      A.  Hairstyling habits?
8      Q.  Right.
9      A.  Hairstyling habits often lead to hair --
10 hair loss that, if gone untreated, can lead to
11 scarring alopecia with repeated use of those
12 hairstyling habits.
13     Q.  So it sort of falls into that it can cause
14 traction alopecia, which is nonscarring, but can
15 lead to CC- -- CCCA which is scarring?
16     A.  That's correct.
17     Q.  Is traction alopecia more common in
18 African-American women than other women?
19     A.  Absolutely.
20     Q.  How would you describe the presentation of
21 traction alopecia?  What does it look like?
22     A.  The early stages of traction is typically
23 the -- the hairline.  The frontal hairline,
24 specifically the parietal area of the hairline,
25 you'll start to see a receding or complete loss of

1  hair or just the hair appears significantly thinner
2  than the rest of the scalp.  You can also see
3  traction in the crown or the vertex locations of the
4  scalp.  It depends on the type of styling habits
5  that the patient has.
6      Q.  And what about CCCA?  What would you
7  describe that presentation?
8      A.  CCCA typically presents in the crown.
9      Q.  The -- the top?
10     A.  The top of the scalp, yes.
11     Q.  Does it extend into the -- sort of the back
12 of the head?
13     A.  It can over time, but typically it's the --
14 the top of the scalp.  But it can lead to full
15 alopecia -- full scarring alopecia.
16     Q.  Is CCCA strictly a female hair loss
17 condition?
18     A.  No.  However, more women have CCCA than
19 men.
20     Q.  Can you break down the percentage?
21     A.  Oh, I would probably say 80/20.
22     Q.  What about -- is CCCA exclusively African
23 American?
24     A.  That's what they say.  They say the --
25 the -- the community -- African -- the American

1  Academy of Dermatology, that it's exclusively seen
2  in African Americans.  But that can get complicated
3  because you have a lot of people that are not fully
4  African American.
5     Q.  Do you know if there's any theory as to why
6  it's sort of primarily African American as opposed
7  to other races?
8     A.  Yes.  It -- it has a lot to do with
9  hairstyling habits and what the salon industry is
10 doing to African-American women's hair.
11    Q.  Could there also be sort of a genetic
12 component as well, though.
13    A.  There can be -- yes, there can be a genetic
14 component, from what we know.
15    Q.  We talked a little bit about hair care
16 practices that can cause traction alopecia.  Would
17 you agree that -- that hot comb is one form of hair
18 care practice that can lead to traction alopecia?
19    A.  That is correct.
20    Q.  What about perms or relaxers?
21    A.  That is correct.
22    Q.  Heat tools?
23    A.  That is correct.
24    Q.  Coloring?
25    A.  That is correct.

1     Q.  Braids?
2     A.  That is correct.
3     Q.  Weaves?
4     A.  Yes.
5     Q.  Extensions?
6     A.  Yes.
7     Q.  All those can cause traction alopecia?
8     A.  Yes.
9     Q.  Which can then lead to CCCA?
10    A.  Yes.
11    Q.  Can hair loss occur with aging?
12    A.  Yes.
13    Q.  What bucket would that fall under that we
14 talked about before?
15    A.  Androgenetic alopecia is often seen in
16 women postmenopausal -- perimenopausal and
17 postmenopausal women.
18    Q.  Is -- is that the same as female pattern
19 hair loss?
20    A.  Yes.
21    Q.  Does that have a -- what does that look
22 like, the presentation for female pattern hair loss?
23    A.  Typically, it's the frontal hairline and
24 the temples will start to recede.  Some women do
25 have androgenetic alopecia that looks like diffuse

1  thinning, but that's often the progression.
2     Q.  And you said you've treated patients for
3  chemotherapy -- or for alopecia following
4  chemotherapy, correct?
5     A.  Yes, I have.
6     Q.  And -- and how does that hair loss present?
7     A.  Most women come in with diffuse hair loss
8  where it's thinning throughout the entire scalp.
9  However, some women present with frontal hair loss
10 that almost looks like female pattern hair loss.
11    Q.  So not the -- the top of the hair but just
12 the front?
13    A.  The top of the hair as well, yes, the top
14 and the front, the -- the crown and the frontal
15 hairline.
16        However, what I have researched is that a
17 lot of women who are going through chemo are also
18 on block -- on estrogen-blocking medication, which
19 actually can throw them into an androgenetic
20 alopecia because they have no estrogen hormones.
21    Q.  Would that androgenetic alopecia caused by
22 the hormone therapy be nonscarring?
23    A.  Correct, nonscarring.
24    Q.  And -- and potentially reversible?
25    A.  Potentially reversible.  It depends on how

1  long the patient has had the condition.  The
2  follicles can close if the androgenetic alopecia is
3  not treated.
4     Q.  The chemo -- the chemotherapy-induced
5  alopecia, is that scarring or nonscarring?
6     A.  From my experience, the women's hair grew
7  back over time.
8     Q.  And therefore nonscarring?
9     A.  Nonscarring.
10    Q.  Have you ever seen a patient who had hair
11 loss following chemotherapy whose hair did not grow
12 back?
13    A.  I have.
14    Q.  And how many patients?
15    A.  Probably only, like, maybe two that I would
16 say -- from what I can remember, there was one
17 patient who believed that her scarring was due to
18 the medication that we're talk -- that we're
19 discussing.  I do not believe it was the same
20 patient that we're talking about today.
21    Q.  Not Ms. Stewart?
22    A.  No.
23    Q.  And in those two patients, did you
24 undertake to sort of rule out whether it was an
25 another form of -- another cause or chemotherapy?

1     A.  It's difficult because when you do a -- if
2  you do a biopsy and it shows scarring, you can't
3  really say what caused it because it could be so
4  many things.  The biopsy just tells you that the
5  follicles are closed, but it doesn't really tell you
6  what causes it.  You have to elicit that with their
7  history and sort of make an -- an assumptive
8  conclusion.  But it gets complicated because a lot
9  of times with African-American women, they're doing
10  multiple things that could have caused it.
11     Q.  You're aware there are multiple different
12  forms of chemotherapy medications out there?
13     A.  I am.
14     Q.  You -- you don't have an understanding as
15  to which ones maybe -- may cause certain types of
16  hair loss compared to others?
17     A.  Not off the top of my head, no.
18     Q.  Not within your specialty?
19     A.  No.
20     Q.  Can you estimate over the years how many
21  patients you've seen who've had hair loss that they
22  attribute to chemotherapy.  Not permanent, just hair
23  loss due to chemotherapy.
24     A.  I would say -- over the years?  I mean,
25  probably thousands.

1     Q.  And of those, there's -- you just recall
2  the two who believed that it was -- their loss was
3  continuing --
4     A.  Correct.
5     Q.  -- whose hair did not grow back?
6     A.  Exactly.
7     Q.  For those two patients whose hair did not
8  grow back, do you recall or know which chemotherapy
9  they took?
10     A.  I only recall one patient believing that it
11  was Taxotere.  I do not recall the other chemo
12  treatments that the other patient was on.
13     Q.  And for the patient who believed that it
14  was Taxotere, do you know whether that patient
15  received other chemotherapy -- chemotherapy
16  medications as well?
17     A.  I do not know that information.
18     Q.  I think you mentioned before, but you've
19  treated patients who are undergoing hormone or
20  estrogen replacement therapy?
21     A.  Yes.
22     Q.  And are -- do they typically complain of
23  hair loss?
24     A.  Women that are on hormone replacement
25  therapy?

1     Q.  Right.
2     A.  Often helps with hair loss.  It's when they
3  don't take hormone replacement therapy that they may
4  have problems because they don't -- they don't have
5  any hormones.  It's estrogen-blocking medicines that
6  are often prescribed to women after breast cancer
7  that can cause the female pattern hair loss, to
8  clarify.
9     Q.  And what about the medicine Femara?  Are
10  you familiar with that?
11     A.  Yes.
12     Q.  Or -- or letrozole?
13     A.  That one is not ringing a bell.
14     Q.  And -- and what is Femara, in your
15  experience?
16     A.  I believe that's a estrogen supplement --
17  estrogen prescription.
18     Q.  And what impact would Femara have on hair?
19     A.  Estrogen is good for hair.
20     Q.  Before you do a biopsy in a patient who's
21  complaining of hair loss, would you do a visual
22  inspection?
23     A.  Yes, I do.
24     Q.  What would you look for in that visual
25  inspection?

1     A.  The visual inspection, I would look for any
2  signs of inflammation.  I would look for any signs
3  of infection, such as pustules, inflammatory
4  papules, which are red bump.  I would look for
5  scaling that could indicate a fungal infection.  And
6  then I look at the pattern of hair loss.  I often
7  will tug on the hair, too, to see if it sheds
8  easily, often called a pluck test.  I do fungal
9  cultures and bacterial culture on my patients if I
10  see signs of infection, as well as a scalp biopsy.
11     Q.  If you were seeing a patient for reasons
12  unrelated to their hair but you noticed potential
13  hair loss or hair issues, would you mention that to
14  the patient?
15     A.  Absolutely.
16     Q.  Because that's sort of within the gambit of
17  dermatology?
18     A.  It is.  And some women don't know that we
19  treat hair loss.  They rely on their -- their hair
20  stylist to treat their hair loss.
21     Q.  Do you do a -- a review of symptoms at --
22  at each meeting with the patient?
23     A.  Yes.  That's something that has to be
24  documented in the electronic medical records.
25     Q.  Do you always ask questions about the

1   patient's scalp or their -- their hair at -- during
2   a review of symptoms?
3       A.  Not necessarily.
4       Q.  But if you notice something about their
5   hair, would you bring it up to them?
6       A.  Yes, I would.
7       Q.  We'll get into the -- the records, but from
8   your review today, you did not treat Ms. Stewart for
9   hair loss?
10      A.  I did not.
11      Q.  Do you recall Ms. Stewart at all?
12      A.  I looked at her driver's license, and a --
13  a lot of my patients kind of look alike, so it's
14  hard to tell.  I don't really remember her as
15  standing out as a patient, that oh, you know.
16  Someone that comes to me regularly, I'm going to
17  remember them, but she wasn't a regular patient that
18  came regularly for treatments.
19      Q.  And it's been almost three years.
20      A.  Correct.
21      Q.  And we'll go over the records.  Do you
22  recall anything about her specifically?
23      A.  I do not.
24      Q.  Could you tell from the records how she
25  became a patient of yours?  Was she referred to you

1   by somebody else or...
2       A.  I know -- can I -- can I look in the
3   records?
4       Q.  Sure.
5       A.  Okay.  Let me see.  It looks like her first
6   visit was in 2010.  It doesn't look like she had a
7   referral, so I'm not sure how she came to come see
8   me.  A lot of my patients, it's word of mouth from
9   their other -- from other friends and family.  And
10  she came in for mole removal and also to discuss
11  discoloration.
12      Q.  And -- and we can go ahead and mark the
13  records.  And I have paper copies just to make it
14  easier for...
15      A.  Okay.
16          MR. HOLDEN:  Exhibit 1, please.
17      (Exhibit No. 1 was marked for identification.)
18  BY MR. HOLDEN:
19      Q.  So, Ms. Rheubottom, we're marking Exhibit 1
20  as your -- it says dated November 11th, 2010.
21      A.  Uh-huh.
22      Q.  And it looks like a patient information
23  form that Ms. Stewart filled out; is that correct?
24      A.  That's correct.
25      Q.  And I assume this is -- you know, a new

1   patient will fill this out when they first come to
2   your practice?
3       A.  That is correct.
4       Q.  Do you recall anything about Ms. Stewart's
5   hair when she first came to you in November 2010?
6       A.  No.
7       Q.  You don't know -- know whether she had a
8   full head of hair or hair thinning, either way?
9       A.  I did not.  Her driver's license looks like
10  it's a wig, but that's -- I can't confirm that.
11      Q.  Okay.  So looking at this Exhibit 1, if you
12  could turn to the third page.  This is a medical
13  history form?
14      A.  Uh-huh.
15      Q.  Again, this is what Ms. Stewart filled out?
16      A.  Uh-huh.
17      Q.  Under "Medications," it looks like
18  Ms. Stewart was taking Adipex?
19      A.  Correct.
20      Q.  Do you know of any side effects of -- of
21  Adipex?
22      A.  Yes.  Adipex can often cause severe dry
23  skin.  It can cause -- are -- are we talking about
24  dermatology side effects?
25      Q.  Yes, right.

1       A.  A lot of times, Adipex can cause dry skin
2   or can form also like an eczema-type appearance to
3   the skin.  Because Adipex is a stimulant, I have
4   seen some women develop hair shedding, telogen
5   effluvium.
6       Q.  Under the section titled "Skin," it looks
7   like Ms. Stewart checked the box for "no" under
8   "Have you ever had skin cancer?"  Correct?
9       A.  Correct.
10      Q.  And also "no" for "Have you ever had a skin
11  disease?"
12      A.  Correct.
13      Q.  And then at the bottom of that section,
14  there's a question that says, "Please list any
15  additional skin problems that you have or have had
16  in the past on the reverse side of this form."  I
17  don't see a reverse side.  Is it fair to say that if
18  she had written anything, that would have been
19  scanned in?
20      A.  Correct, it would have.
21      Q.  So therefore, we can conclude that
22  Ms. Stewart did not list any additional skin
23  problems?
24      A.  Correct.
25      Q.  Under "Family History," it looks like

1 Ms. Stewart checked the box for anemia --
2     A.   Correct.
3     Q.   -- for "yes"?
4     A.   Yes.
5     Q.   Would you have discussed that with her at
6 this appointment?
7     A.   No.  If the -- if it doesn't really relate
8 to her chief complaint, we won't discuss it.  And
9 her -- her chief complaint was mole removal and skin
10 discoloration.
11     Q.   If a patient came to you specifically for
12 hair loss, would there be -- there be a different
13 form they'd fill out?
14     A.   No.  There would not be a different form,
15 but that's where I would ask my questions and do
16 blood work.
17     (Exhibit No. 2 was marked for identification.)
18 BY MR. HOLDEN:
19     Q.   I'll hand you Exhibit 2.  And is Exhibit 2
20 your note that you filled out from the
21 November 11th, 2010, visit with Ms. Stewart?
22     A.   Correct.  The -- the top part is my -- my
23 nurse.  The "Abnormal Findings," "Medical
24 Decision-Making" is -- is my handwriting.
25     Q.   And this was the first time that you

1 examined Ms. Stewart?
2     A.   Correct.
3     Q.   You mentioned her chief complaint was
4 moles.
5     A.   Correct.
6     Q.   And also discoloration?
7     A.   Correct.  And it appears that acne must
8 have been a concern mid -- mid examining her.
9     Q.   If -- if you would -- wouldn't mind, just
10 under the HPI section, could you read in those two
11 lines?  Is that your -- your writing?
12     A.   That's my nurse's handwriting.
13     Q.   Oh, okay.
14     A.   Read it for you?
15     Q.   Sure.
16     A.   "Moles on face with irritation, tenderness,
17 and painful.  Requesting removal.  Also complaining
18 of discoloration on cheeks."
19     Q.   There's an ROS section.  Is that review of
20 symptoms [sic]?
21     A.   Correct.
22     Q.   And would you have gone over each of those
23 items listed here with Ms. Stewart?
24     A.   My nurses go over the review of systems,
25 yes.  So they go -- and anything relevant is where

1 they'll mark yes or no.
2     Q.   And it looks like there's a check next to
3 abnormal menses, allergies, HTN, and weight loss.
4     A.   Correct.
5     Q.   And those are the only ones checked off
6 here.
7     A.   Correct.
8     Q.   And HTN, is that hypertension?
9     A.   That's hypertension.  It appears that
10 that's negative for hypertension, negative for
11 allergies, yes for weight loss, yes for abnormal
12 menses.
13     Q.   Okay.  So were those the only ones
14 discussed?
15     A.   I would say yes, that was what my nurse
16 would have discussed with her.
17     Q.   All right.  So would she have asked her
18 about asthma or anxiety?
19     A.   If it doesn't really relate to the chief
20 complaint, you're not supposed to ask that.  You
21 really ask -- the review of systems has to relate to
22 the chief complaint.  And now with electronic
23 medical records, you get more points for asking
24 review of systems; so if you're asking things
25 unnecessarily, it kind of looks fraudulent.  Because

1 we get a higher -- we get a higher office visit
2 payment.
3     Q.   Okay.  So it looks like -- is it a Y next
4 to abnormal menses and a Y next to weight loss?
5     A.   Correct.
6     Q.   For yes?
7     A.   For yes.
8     Q.   Okay.  And then it kind of looks like a
9 circle next to allergies and next to HTN?
10     A.   Correct.  I'm going to say that means a
11 "no."
12     Q.   Okay.  But you're not positive?
13     A.   I think that's a "no."
14     Q.   Okay.  All right.  And then -- were any of
15 those review of symptoms relevant for your treatment
16 of Ms. Stewart at this visit?
17     A.   Not really.  I mean, abnormal menses can
18 cause acne.
19     Q.   And under the ROS "Other" line, it says,
20 "Menses normal"?
21     A.   Yeah, it does.  So that's confusing.
22     Q.   Any idea why?
23     A.   I don't have any idea.  Unless -- unless
24 that is not a Y next to abnormal menses and it just
25 didn't photocopy.  It may be a circle with a slash

1  through it but perhaps it didn't photocopy.  So
2  that's just hard to tell, which is probably why we
3  have electronic medical records now.
4     Q.  Okay.  So they could have just asked about
5  her menses and the answer was normal?
6     A.  Exactly.
7     Q.  Okay.  Okay.  And then under the "Areas
8  Examined"?
9     A.  Uh-huh.
10    Q.  So is that your handwriting next to the
11  abnormal findings?
12    A.  That's my -- my nurse's handwriting.
13    Q.  Okay.  Could you read what that says?
14    A.  "Greater than 15 crusted, tender papules on
15  face."  And then "PIH" stands for hyperpigmentation
16  on the face.  And the check marks are just showing
17  the location of what we examined.
18    Q.  Would your examination of Ms. Stewart that
19  day have included her scalp?
20    A.  No.
21    Q.  And would it have included her eyebrows?
22    A.  It -- it could have.  But if her chief
23  complaint is moles and discoloration, I might be
24  looked for moles within her eyebrows, but that would
25  be the extent of why I would examine her eyebrows.

1     Q.  Nothing abnormal was noted about any of
2  Ms. Stewart's hair at this November 11th, 2010,
3  visit, correct?
4     A.  No.
5     Q.  You mentioned earlier that if you had seen
6  hair loss, you would have made a note?
7     A.  I would have.
8     Q.  Then farther down that page, there's --
9  there's a section, "Medical Decision-making."
10    A.  Uh-huh.
11    Q.  Is that a "yes"?
12    A.  That's a "yes."
13    Q.  And what was the diagnosis?
14    A.  Her diagnosis was acne.  Her diagnosis was
15  SKs, DPNs, which stands for seborrheic keratoses.
16  DPN stands for dermatosis papulosa nigra, which is
17  flesh moles, is what they often call it.  Irritant
18  dermatitis just means that the skin was irritated
19  surrounding the irritated moles, possibly from
20  rubbing or itching her skin.
21    Q.  What can cause -- or what leads to
22  irritated moles?
23    A.  Rubbing them or trying to pick them off.
24  Or just washing the face and just, you know, rubbing
25  over them.

1     Q.  And then there's a section, "Tx."  I assume
2  that's treatment?
3     A.  Treatment.
4     Q.  What did you prescribe as a treatment for
5  Ms. Stewart that day?
6     A.  I did a little test area on her face, which
7  means I used the machine called a Hyfrecator and I
8  cauterized a couple of her moles for her so that she
9  could see how they fall off, to make sure that she
10  likes the outcome.  Because oftentimes, this is a
11  cosmetic treatment.
12       I also put her on an acne gel called Acanya
13  gel for her acne.  I gave her a steroid cream to
14  decrease irritation from the mole treatment.  I
15  prescribed her sunscreen for her discoloration.  I
16  put her on a numbing cream to use for her next
17  appointment, to decrease discomfort when I do her
18  next mole removal treatment.  And I put her on an
19  in-house compound cream for her hyperpigmentation of
20  her face.  That's what the "Tara's cream" is.
21    Q.  Any oral medications?
22    A.  No oral medications.
23    Q.  So these are all -- all topical creams?
24    A.  These are all creams, uh-huh.
25    Q.  Do -- do any of these creams have any risks

1  or side effects?
2     A.  No, other than possibly just irritation of
3  the skin or maybe an allergic reaction if they're
4  allergic to something in it.
5     Q.  Would you have to avoid your hair or
6  eyebrows with these creams?
7     A.  Not necessarily.  These -- these
8  prescriptions wouldn't necessarily cause harm to the
9  hair.
10    Q.  Anything you -- else you remember from this
11  first visit with Ms. Stewart?
12    A.  No, I do not remember anything else.
13    (Exhibit No. 3 was marked for identification.)
14  BY MR. HOLDEN:
15    Q.  Ms. Rheubottom, we marked Exhibit 3, and it
16  looks like a December 8th, 2010, office visit note;
17  is that correct?
18    A.  That's correct.
19    Q.  And, again, was this filled out by -- by
20  your nurse and you?
21    A.  Correct.
22    Q.  Do you have any recollection of this
23  December 8th, 2010, visit with Ms. Stewart?
24    A.  I do not.
25    Q.  What was her chief complaint?

1  A.  Moles.

2  Q.  And where were the moles?

3  A.  On her face and looks like her neck.

4  Q.  Under the "HPI" section, could -- could you

5  read that for us?

6  A.  "Chief complaint:  Moles, HPI on face and

7  neck with irritation, tenderness, and very painful."

8  Q.  And did you have any impression of what was

9  causing the -- the tenderness or the pain?

10  A.  No.  Most of the time, women just pick at

11  them, especially if they're lifted from the skin or

12  hanging.

13  Q.  Is it at all concerning to have moles like

14  that?

15  A.  These particular moles are -- are called

16  dermatosis papulosa nigra, and those are benign

17  lesions of the skin.  They are not cancerous.

18  Q.  Strictly a -- sort of a cosmetic issue?

19  A.  Exactly.  Traditionally, if we don't

20  document that they're irritated, insurance won't pay

21  for it.  So it's possible that the nurse wanted to

22  document that there was some sort of irritation or

23  it would have been strictly a cosmetic treatment.

24  She would have had to pay cash for it.

25  Q.  Do you recall anything about Ms. Stewart's

1  hair at -- at this visit?

2  A.  I do not.

3  Q.  Is it possible that Ms. Stewart was wearing

4  a wig at this visit?

5  A.  It's very possible.

6  Q.  And why do you say that?

7  A.  Her driver's license photo.

8  Q.  Did that appear clearly to you to be a wig?

9  A.  It did.

10  Q.  And what about the first visit that we

11  talked about a minute ago?  Could she have been

12  wearing a wig at that appointment as well?

13  A.  It's possible.  I don't recall -- I really

14  don't recall the patient because it was ten years

15  ago.  So it's hard for me to...

16  Q.  And if a patient like Ms. Stewart came

17  and -- and you could tell that she was wearing a

18  wig, would you ask her to remove it or ask her about

19  her hair?

20  A.  Not -- not necessarily.  I -- usually, if I

21  can visibly see that their hair is thinning, then I

22  may bring up the fact that -- you know, have you

23  been suffering with hair loss?  Do you want to talk

24  about it?  If they have a wig on, I'm not

25  necessarily going to ask them to take their wig off,

1  especially if it's not part of their chief

2  complaint.

3  Q.  Sorry, go ahead.

4  A.  And a lot of times, the type of wigs that

5  women are wearing is glued onto their scalps, so

6  they cannot remove it.

7  Q.  You'll focus on what they're coming in to

8  you for?

9  A.  Exactly.

10  Q.  And can you tell, did you actually examine

11  Ms. Stewart's hair or scalp on this December 8th

12  visit?

13  A.  I did not.

14  Q.  Under "Abnormal Findings," what did you

15  write there?

16  A.  "Greater than 15 crusted, inflamed papules

17  on the face and neck," which was consistent with the

18  SKs, DPNs that I treated that visit.  And I also

19  treated her for -- her acne was well controlled, so

20  we just continued her current treatment for her

21  acne.

22  Q.  So under treatment it says, "Greater than

23  30 SKs, electrodesiccated"?

24  A.  Correct.

25  Q.  And what does that mean?

1  A.  I use a machine called a Hyfrecator, and I

2  basically burn the moles off.

3  Q.  Can that have an impact on the patient's

4  hair?

5  A.  No.

6  Q.  Then it looks like you continued with the

7  Acanya gel?

8  A.  Correct.

9  Q.  I'm sorry.  What is that, again?

10  A.  That's a benzoyl peroxide clindamycin gel.

11  You treat it for acne -- as a treatment for acne.

12  Q.  And Terris cream, which is?

13  A.  A fading cream for hyperpigmentation.

14  Oftentimes, the acne leads to dark spots, so I have

15  to treat both in African-American patients.

16  Q.  And then the last cream on there?

17  A.  The Lycor cream is a cream that goes on the

18  moles to calm them down from the treatment.  It's an

19  aftercare treatment.

20  Q.  Is that the lidocaine?

21  A.  No.  She -- I'm not sure if she put

22  lidocaine on.  I don't have on there the lidocaine.

23  The Lycor is a steroid cream.

24  Q.  Okay.

25  A.  She may have forgotten to put the -- the

1  lidocaine on.

2    (Exhibit No. 4 was marked for identification.)

3  BY MR. HOLDEN:

4    Q.  We've marked as Exhibit 4 -- appears to be

5  an office visit note from you, dated January 5th,

6  2011.

7    A.  Correct.

8    Q.  For Ms. Stewart?

9    A.  Yes.

10   Q.  And what was her chief complaint this day?

11   A.  Moles.

12   Q.  Do you recall anything about this visit?

13   A.  I do not.  It appears it's a -- follow-ups

14  for continuing treatment of her moles, because I

15  can't do all of them in one visit.

16   Q.  So you saw her on December 8th and then saw

17  her again about a month later?

18   A.  Uh-huh.  It usually takes six months to

19  remove moles if they have several, and I break it up

20  into mini appointments for insurance -- so they

21  can -- insurance purposes.

22   Q.  Do you recall anything about Ms. Stewart's

23  hair at that appointment?

24   A.  I do not.

25   Q.  Do you recall anything about her demeanor

1  at that appointment?

2    A.  I do not recall.

3    Q.  Would you have made a note of her demeanor,

4  whether she had anxiety, depression, that kind of

5  stuff?

6    A.  We typically do.  And it can be documented

7  under the review of systems, under anxiety,

8  depression, or mood changes.

9    Q.  And so the fact that none of those boxes

10  are checked off indicates to you that she was not

11  complaining or appearing to have those symptoms?

12   A.  Correct.

13   Q.  Did you examine Ms. Stewart's hair or scalp

14  that day?

15   A.  I did not.

16   Q.  Again, you're not sure whether she was

17  wearing a wig that day or not?

18   A.  Correct.

19   Q.  But she could have well been wearing a wig?

20   A.  Definitely.

21   Q.  Looks like under review of symptoms

22  allergies, HTN, and weight loss are, I guess,

23  circled again?

24   A.  It's a slash for no.

25   Q.  Okay.  And then could you take us through

1  the diagnosis and treatment again for -- on this

2  day, January 5th?

3    A.  Yes.  So she had -- she continued to have

4  the irritated moles on her face and neck, and I

5  proceeded by electrodesiccating them on her -- looks

6  like her face and neck area.  Or possibly --

7  possibly, I was at that point moving down to her

8  neck.  I may have already treated her face from the

9  previous appointments.

10       And I just had her continue her previous

11  treatments, which is the Lycor.  Lycor cream

12  decreases the irritation from the cautery treatment.

13  And I -- and her acne was controlled, so I continued

14  with the Acanya, Terris cream, and her sunscreen for

15  her skin.

16   Q.  Under -- under "Diagnosis," so acne is

17  listed, but it was controlled at that point?

18   A.  It was.

19   Q.  All right.  And then "irritant dermatitis,"

20  is that --

21   A.  Uh-huh.

22   Q.  And what is that?

23   A.  That just means that the skin around the

24  moles are irritated from rubbing.

25   Q.  Was there any pigmentation changes at this

1  visit?

2    A.  She may have been doing well with her

3  pigmentation, so I was just going to have her

4  continue her regimen.  Because that was almost two

5  months from the first time I treated her, it looks

6  like.  Two months from her first visit, from

7  November, we started her on that, so her

8  hyperpigmentation may have been well controlled.

9    Q.  Anything else you recall from these initial

10  visits with Ms. Stewart?

11   A.  I do not recall anything else.

12   Q.  But essentially, the -- the main complaint

13  that she had at those visits was moles on her face?

14   A.  Uh-huh.

15   Q.  And -- and no discussion that you recall

16  about hair loss or anything with her hair?

17   A.  No discussion of hair loss whatsoever.

18   (Exhibit No. 5 was marked for identification.)

19  BY MR. HOLDEN:

20   Q.  All right.  Ms. Rheubottom, we've marked --

21       MR. HOLDEN:  Exhibit 5?

22       THE REPORTER:  Yes, sir.  Yes.

23  BY MR. HOLDEN:

24   Q.  And is this a -- a note from your office

25  dated June 25th, 2014?

1    A.   Correct.
2    Q.   For Ms. Stewart?
3    A.   Correct.
4    Q.   So this was more than three years since the
5  last appointment in January of 2011.
6    A.   Correct.
7    Q.   Do you have any recollection why she did
8  not come back for three and a half years?
9    A.   I do not have -- and this is not my
10  patient.  I didn't see her this visit.
11    Q.   Okay.
12    A.   So this is Kristin.
13    Q.   Is she the other --
14    A.   She's the other PA.
15    Q.   Okay.
16    A.   Yeah.
17    Q.   But you don't know why there was that
18  gap -- gap in treatment?
19    A.   I have no idea.
20    Q.   What was her chief complaint that day?
21    A.   Hyperpigmentation.
22    Q.   What does that mean?
23    A.   Darkening of the skin.
24    Q.   What could -- go ahead.
25    A.   It says, "Hyperpigmentation face only for a

1  few weeks from chemo.  Then using cocoa butter."
2  And it looks like at that point, she must have been
3  diagnosed with breast cancer, right breast cancer
4  times one month.  So apparently when I saw her, she
5  had not been diagnosed with breast cancer.
6         And she was prescribed -- it looks like the
7  exam shows hyperpigmented patches, which means
8  discoloration.  Again, this is not my chart note.
9  I'm just -- I'm just translating.  And her -- the
10  impression was hyperpigmentation and she was put on
11  4 percent hydroquinone.  No exam of the hair at all.
12    Q.   And -- and what does hyperpigmentation mean
13  exactly?
14    A.   Skin darkening.
15    Q.   Can that be caused by chemotherapy?
16    A.   It can be.  Radiation.
17    Q.   More likely to be chemo or radiation?
18    A.   I see it more with radiation.
19    Q.   What are the, I guess, treatments for the
20  hyperpigmentation?
21    A.   Hydroquinone-based products, bleaching
22  agents.
23    Q.   Do you recall discussing with the other PA,
24  Kristin --
25    A.   Uh-huh.

1    Q.   -- this visit?
2    A.   No.
3    Q.   Under the review of symptoms, it looks like
4  diabetes is -- ius that the checked?
5    A.   Checked as "no."  Hypertension, no.
6    Q.   And anxiety and depression are not checked?
7    A.   Correct.
8    Q.   And mood changes, not checked?
9    A.   Correct.
10    Q.   If she had exhibited those, would you have
11  expected those to be checked?
12    A.   I would.
13    Q.   At any point did you discuss with
14  Ms. Stewart her cancer diagnosis?
15    A.   I did not.
16    Q.   You don't recall what type of cancer she
17  had, what her treatment was?
18    A.   I don't recall.
19    Q.   Did you ever find out that Ms. Stewart was
20  prescribed with an aggressive regimen that included
21  chemo, radiation, and a double mastectomy?
22    A.   I did not.
23         MR. GEIGER:  Object to the form.
24    A.   The review of systems, the "WDWN," well
25  developed/well nourished, no acute distress, that's

1  what that means.
2    (Exhibit No. 6 was marked for identification.)
3  BY MR. HOLDEN:
4    Q.   This is Exhibit 6.  It looks like a patient
5  message.  And was this for Kristin Green?
6    A.   Correct.
7    Q.   So essentially, when Ms. Stewart came back
8  to the practice after three and a half years, she
9  was sort of being treated by Ms. green?
10    A.   Uh-huh.  That is correct.
11    Q.   Would there have been a reason for that or
12  just who was available at the time?
13    A.   Who was available at the time.  I often
14  book up pretty far out, and sometimes patients want
15  immediate -- they want an immediate appointment.  I
16  also don't work on Mondays, and sometimes that's not
17  beneficial for patients.
18    Q.   I know this isn't your note or message, but
19  nothing in here about any complaints related to
20  Ms. Stewart's hair, correct?
21    A.   No.
22    Q.   If she had complained about her hair, would
23  that have been in the note?
24    A.   I would believe so.
25    Q.   If she had complained about anxiety or

Page 70

1   depression, would that have been in the note?
2       A.   I would believe so.
3       Q.   And you don't see anything about anxiety or
4   depression either, correct?
5       A.   No.
6       Q.   What was the message from the patient?
7       A.   "Hydroquinone 4 percent not working too
8   well.  Was told to call back for Terris cream or
9   another option."
10          Kristin's note was "Can either try Terris
11  cream or a compounded cream from Florida, whichever
12  she's prefer -- whichever she prefers."  And it
13  says, "prefers Terris cream."
14      Q.   And just to be clear, this is a -- a note
15  relating to a phone call?
16      A.   Exactly.  This is a phone message.
17      Q.   Not a live visit?
18      A.   No, not a live visit.
19  (Exhibit No. 7 was marked for identification.)
20  BY MR. HOLDEN:
21      Q.   Okay.  We've marked as Exhibit 7 -- it
22  looks to be a -- a new patient intake form --
23      A.   Uh-huh.
24      Q.   -- for Ms. Stewart?
25      A.   Correct.

Page 71

1       Q.   Okay.  And -- and dated August 4th, 2017?
2       A.   Correct.
3       Q.   So now we're -- we're another three years
4   past where we were.
5       A.   Correct.
6       Q.   And -- any idea of -- of why the -- the
7   three-year gap in treatment?
8       A.   I have no idea.
9       Q.   And I might try to get the records on your
10  iPad just -- but you didn't see anything in -- in
11  between the 2014 and 2017 in your review of the
12  notes -- when you reviewed your notes --
13      A.   Uh-huh.
14      Q.   -- today --
15      A.   Uh-huh.
16      Q.   -- did you see anything in between what
17  we've looked at in paper today?
18      A.   No.
19      Q.   Okay.  I just want to make sure I'm not
20  miss -- missing anything.
21      A.   Correct.  Let me just make sure.  I have a
22  November 11th, 2010; December 8th, 2010;
23  January 5th, 2011.  June 25th, 2014, Kristin Green
24  saw her.  And then I saw her again August 4th, 2017.
25      Q.   Perfect.  Okay.

Page 72

1       A.   That's the most up-to-date visit.
2       Q.   Okay.  So Exhibit 7 here, essentially,
3   did -- did Ms. Stewart have to fill out a new
4   insurance form and medical history form because it'd
5   been so long?
6       A.   Correct.
7       Q.   And if you look at page -- the third page,
8   looks like Ms. Stewart is now taking letrozole and
9   magnesium?
10      A.   Correct.
11      Q.   Would you have discussed the letrozole with
12  her?
13      A.   I do not believe we discussed that
14  medication.
15      Q.   Okay.  And are you familiar with that --
16      A.   I'm believing that's a estrogen blocker.
17      Q.   And I think you said earlier estrogen
18  blockers can cause hair loss.
19      A.   Absolutely.
20      Q.   What about magnesium?  What would a patient
21  take magnesium for?
22      A.   Constipation.
23      Q.   Are you aware of the potential for
24  magnesium deficiency to cause hair loss?
25      A.   It can, yes.  Any vitamin deficiency can

Page 73

1   affect the hair.  Some people take magnesium for
2   bone pain, which is a side effect of the letrozole,
3   joint and bone pain.
4       Q.   Under section 5 of medical history form --
5       A.   Uh-huh.
6       Q.   -- a variety -- variety of issues are --
7   are listed there.  It looks like Ms. Stewart checked
8   "no" for all boxes except for joint pain, diarrhea,
9   and nausea, correct?
10      A.   Correct.
11      Q.   And then, again, this directs the patient
12  to list any additional diseases or conditions on the
13  reverse side, which I believe is the next page?
14      A.   Yep.  It's blank.
15      Q.   Okay.  So she did not list any other
16  conditions?
17      A.   She did not.
18      Q.   Under the -- the skin section, the
19  question, "Have you ever had skin cancer?" she
20  answered "no," correct?
21      A.   Correct.
22      Q.   "Have you ever had a skin disease?"  She
23  answered "no," correct?
24      A.   Correct.
25      Q.   And under the comments section for both of

1  those questions she also left blank, correct?
2      A.  Correct.
3      Q.  Ms. Stewart did not note anything regarding
4  her hair or hair loss on this form, correct?
5      A.  She did not.
6      Q.  And Ms. Stewart also did not note anything
7  regarding anxiety or depression or any other
8  emotional symptoms on this sheet, correct?
9      A.  She did not.
10     Q.  But if she had been experiencing those
11 issues, she could have noted that?
12          MR. GEIGER:  Object to form.
13 BY MR. HOLDEN:
14     Q.  You can answer.
15     A.  Oh.  Correct.  Yeah, she should be able to
16 make comments.
17     Q.  Do you recall anything about -- well,
18 strike that.
19 (Exhibit No. 8 was marked for identification.)
20 BY MR. HOLDEN:
21     Q.  I've marked Exhibit 8.  And this appears to
22 be your note from that August 4th, 2017, visit,
23 correct?
24     A.  Correct.
25     Q.  And we were just going over the form that

1  Ms. Stewart filled out for that visit.
2      A.  Correct.
3      Q.  And this is your note.
4      A.  It is, yes.
5      Q.  Do you have any idea why you are now again
6  seeing Ms. Stewart as opposed to Kristin?
7      A.  I probably had availability and it worked
8  out for her.
9      Q.  She didn't seek you out specifically for
10 hair issues?
11     A.  She did not.
12     Q.  Do you recall -- do you recall this visit
13 at all?
14     A.  I do not.
15     Q.  Do you recall any discussion with
16 Ms. Stewart about her cancer that she had had prior
17 to this?
18     A.  I do not.
19     Q.  You weren't aware that she had been cancer
20 free for a couple of years at this point?
21     A.  I was not aware of any of that.
22     Q.  Did you -- would you have known that she
23 had had cancer before?
24     A.  It just -- it just depends on if I -- we
25 don't always look at previous chart notes,

1  especially if it's been over three years.  We often
2  just start kind of new.  And if it wasn't listed on
3  her intake form, I wouldn't have thought to look
4  back.
5          Also at that point, we were still doing
6  paper charts.  Sometimes we have a separate chart,
7  depending on if she's in Denham Springs or Gonzales.
8  Just depending on where.
9      Q.  If Ms. Stewart had mentioned to you that
10 she'd had cancer, had -- you know, had various forms
11 of treatment and was in remission, would she --
12 would you have put that in the chart?
13     A.  Oh, definitely.
14     Q.  And I -- I don't see anything about cancer
15 at all on here.
16     A.  I do not.
17     Q.  So can we -- is it fair to say that -- or
18 can we assume that you would not have discussed
19 cancer with her at all?
20     A.  Correct.
21     Q.  Under the -- what was Ms. Stewart's chief
22 complaint on August 4th, 2017?
23     A.  Skin discoloration on her face, cheeks.
24     Q.  And what can cause that?
25     A.  Oh, goodness.  Numerous things can cause

1  discoloration.  Irritation of the skin from skin
2  care products, anything used on the skin, sun
3  exposure, not wearing sunscreen properly, hormonal
4  changes.  A lot of women get dark postmenopausally.
5  It's possible the letrozole is blocking her estrogen
6  and causing her to get dark.  But there's numerous
7  things that can cause skin dark -- darkening.
8      Q.  Acne?
9      A.  Acne can cause hyperpigmentation and skin
10 darkening.
11     Q.  Was the skin darkening or skin lightening?
12 Can you tell?
13     A.  Skin darkening.
14     Q.  Okay.  Did you note anything on this visit
15 about Ms. Stewart's hair?
16     A.  No.
17     Q.  Do you know whether she was wearing a wig
18 on this visit?
19     A.  I do not.
20     Q.  Did you determine the cause of her skin
21 discoloration?
22     A.  I did not.  That's often not always --
23 that's not always something we can determine.
24     Q.  Under the review of symptoms section, none
25 of the boxes are checked, correct?

1      A.   None of the boxes are checked.
2      Q.   If Ms. Stewart was exhibiting anxiety or
3  depression or mood changes, would you have checked
4  those boxes?
5      A.   Yes.
6      Q.   The -- the fact that they're not checked
7  indicates that she was not experiencing anxiety or
8  depression or mood changes?
9      A.   Correct.
10     Q.   And, again, if Ms. Stewart -- if you
11 noticed any hair loss with Ms. Stewart, you would
12 have mentioned that to her?
13     A.   I would have.
14     Q.   And that would have been noted in the
15 record?
16     A.   It would have.
17     Q.   Did you complete a physical exam of
18 Ms. Stewart that day?
19     A.   I just looked at her skin, her face, since
20 her chief complaint was her face discoloration.
21 Typically, just a visual inspection is all you need.
22     Q.   And the head, face is checked off here
23 under areas examined?
24     A.   Correct.
25     Q.   Would that include the -- the scalp and the

1  hair or -- or not?
2      A.   I did not examine her scalp because there
3  was no -- there was no slash circle saying scalp
4  looked good.  I didn't look at her scalp.  I may
5  have glanced at her shoulders and chest and back to
6  see if she had acne or pigmentation there and that's
7  why those areas were marked.  But her positive
8  findings was on her face.
9      Q.   Would the examination of her -- her head
10 and face have included her eyebrows?
11     A.   Yes.
12     Q.   If she had lost her eyebrow hair, would you
13 have noted that?
14     A.   Absolutely.
15     Q.   And you did not note any issues with her --
16 her eyebrows?
17     A.   No, I did not.
18     Q.   So does that indicate to you that she --
19 that Ms. Stewart's eyebrows were normal that day?
20     A.   Correct.
21          MR. GEIGER:  Object to form.
22 BY MR. HOLDEN:
23     Q.   Does that indicate to you that Ms. Stewart
24 had not lost any eyebrow hair that day?
25          MR. GEIGER:  Object to form.

1      A.   Correct.
2  BY MR. HOLDEN:
3      Q.   And then if you could just take us through
4  the "Medical Decision-making" section, the diagnosis
5  and treatment of Ms. Stewart that day.
6      A.   Correct.  Acne vulgaris, which is acne on
7  her face.  Dyschromia means -- basically can mean
8  light or dark -- dark spots.  And then PIH is for
9  postinflammatory hyperpigmentation, which is more
10 darkening of the skin.  Dyschromia can mean light or
11 dark.
12          And her treatment, we discussed doing a
13 chemical peel.  I put her on some vitamin C to help
14 blend her skin tone.  I put her back on Terris cream
15 for her discoloration.  I put her on sunscreen for
16 sun protection.  And I put her on a
17 vitamin C-glycolic acid cleanser to also help
18 rejuvenate her skin.  Some of that -- this is --
19 some of this is cosmetic.
20     Q.   The -- the chemical peel, what does that
21 mean?
22     A.   It's an acid that we put on the patient's
23 face to help antiaging, wrinkles, discoloration.
24 We -- we discussed it.  We didn't -- it doesn't
25 appear we did one.

1      Q.   Do any of these treatments, would they --
2  would they go in her hair at all?
3      A.   No.
4      Q.   Would they have any impact on her -- on
5  Ms. Stewart's hair?
6      A.   No.
7      Q.   I think you may have answered this already.
8  What were some of the potential causes of the skin
9  discoloration?
10     A.   Lack of sunscreen protection, medication,
11 aging, post menopause.
12     Q.   Can you tell whether Ms. Stewart was post
13 menopause at this point?
14     A.   I could not because there's nothing in her
15 history that said that she -- 48, you often -- 48,
16 you can still get a menstrual cycle, and there
17 wasn't anything in her record that said she had had
18 a hysterectomy.
19          So I do know that the -- the letrozole
20 blocks the ovaries from producing estrogen, so that
21 could put her into medical menopause.  But that --
22 none of that was documented, and she didn't discuss
23 that with me.
24     (Exhibit No. 9 was marked for identification.)
25 BY MR. HOLDEN:

Page 82

```
1        Q.  We've marked Exhibit 9.  This appears to be
2   a September 29, 2017, office visit note for
3   Ms. Stewart, correct?
4        A.  Correct.
5        Q.  And this -- and filled out by you, correct?
6        A.  Correct.
7        Q.  And this is the last time that you saw
8   Ms. Stewart?
9        A.  Yes, that's the last time -- yes,
10  September 29th, 2017, was the last visit with me.
11       Q.  And just for the record, your -- your --
12  you confirmed that on your electronic records?
13       A.  Yes.  This is confirmed on my iPad, in
14  her -- her chart note.
15       Q.  What was Ms. Stewart's complaint on this
16  visit?
17       A.  It was an eight-week follow-up from her
18  previous visit, so she was just keeping her
19  follow-up appointment.  So it was basically to
20  recheck her acne and her skin pigment.  It looks
21  like the nurse didn't really say chief complaint,
22  discoloration.  She just probably overlooked that.
23           It appears at her follow-up she was doing
24  better with everything I prescribed previously.  So
25  her -- her findings were that she was doing better,
```

Page 83

```
1   everything was improving.
2           And then her diagnosis was the same
3   diagnosis as previously, dyschromia, acne.  And I
4   just continued her -- she was doing well, so I
5   continued her on everything that I had recommended
6   before.  It looks like she didn't maybe get the
7   vitamin C, so I kind of coaxed her to get that.  And
8   she was doing better, so we chose not to do chemical
9   peels since she was doing fine.
10       Q.  Could you tell any more -- any more clarity
11  as to what was the cause of the discoloration?
12       A.  I would say no, I could not.  But the
13  majority of the time, it's women not wearing sun
14  protection, not wearing sunscreen.  And we live in
15  Louisiana; the sun is pretty intense.
16       Q.  Did Ms. Stewart mention -- mention anything
17  about her hair on this visit?
18       A.  She did not.
19       Q.  She didn't complain of hair loss?
20       A.  She did not.  That would have been in the
21  chief complaint.
22       Q.  Under review of symptoms, there's a mark
23  next to asthma.  Does that say no asthma or --
24       A.  No asthma, no diabetes, no hypertension.
25       Q.  And same for -- well, is lethargy marked
```

Page 84

```
1   off, or is that just part of the asthma?
2        A.  That's part of the asthma.  The slash was
3   too long.
4        Q.  Okay.  Again, anxiety, depression, mood
5   changes are -- are not checked off.
6        A.  Correct.
7        Q.  If she had been exhibiting any anxiety,
8   depression, or mood changes, you would have noted
9   that in this chart?
10       A.  Correct.  It would have been checked off.
11       Q.  And Ms. Stewart was still taking magnesium
12  and letrozole at the time?
13       A.  Correct.
14       Q.  Would you have discussed those with her at
15  all?
16       A.  If it pertained to her chief complaint,
17  yes.
18       Q.  Would they have pertained to her chief
19  complaint?
20       A.  Apparently, I didn't believe it had
21  anything to do with her discoloration.  I may have
22  discussed it with her, but I just don't remember.
23       Q.  If she had complained of hair loss, would
24  you have discussed letrozole with her?
25       A.  Oh, definitely, yes.
```

Page 85

```
1        Q.  But you can tell from the note that she did
2   not mention hair loss?
3        A.  Exactly.
4        Q.  Again, if -- if you had noticed any hair
5   loss on Ms. Stewart, you would have brought that up
6   with her?
7        A.  I would have if she didn't -- if she didn't
8   have a wig on or something where I couldn't see it.
9        Q.  But you don't know whether she was wearing
10  a wig or not?
11       A.  I do not.
12       Q.  And if you had brought it up to her, would
13  you have noted it in the chart?
14       A.  Uh-huh, I would have.
15       Q.  I think we've gone through all of your
16  notes with Ms. Stewart.  Just confirm, from the
17  notes and your own recollection during all of this
18  time with Ms. Stewart, she never said anything to
19  you about her hair?
20       A.  She did not.
21       Q.  Never complained of hair loss to you?
22       A.  She did not.
23       Q.  And as we discussed before, that is one of
24  your -- that is your specialty, is treating
25  African-American women with hair loss?
```

Page 86

1    A.  Absolutely.  I'm very well know for
2   treating African-American women with hair loss, in
3   Louisiana, Mississippi, and Texas.
4    Q.  And you refer patients for treatment of
5   hair loss -- you are referred patients for treatment
6   of hair loss?
7    A.  Yes.
8    Q.  From your own recollection and reviewing of
9   the records, you don't recall Ms. Stewart ever
10  complaining to you or -- strike that.
11          From your recollection and review of the
12  records, you don't recall Ms. Stewart ever seeming
13  depressed or having any mood issues?
14   A.  I do not.
15   Q.  And you also don't recall Ms. Stewart ever
16  complaining to you about any mood issues or
17  depression?
18   A.  I do not.
19  (Exhibit No. 10 was marked for identification.)
20          MR. GEIGER:  Let me just register an
21          objection to -- I assume you're going to
22          ask Ms. Rheubottom to comment on what
23          appears to be some pictures of
24          Ms. Stewart's scalp currently, correct?
25          MR. HOLDEN:  Correct.

Page 87

1          MR. GEIGER:  Since Ms. Rheubottom is
2   not an expert in this litigation and she
3   hasn't seen Ms. Stewart in over three years
4   and has said that she's not qualified as a
5   new patient, I'm just going to object to
6   any commentary she may have regarding these
7   pictures.
8          MR. HOLDEN:  Fair.  Might I still ask
9   her?
10          MR. GEIGER:  Sure.
11  BY MR. HOLDEN:
12   Q.  We've marked Exhibit 10, Ms. Rheubottom.
13   A.  Uh-huh.
14   Q.  And I represent -- represent -- represent
15  to you that's a photograph of Ms. Stewart's hair.
16  Would you agree that Ms. Stewart's hair has a
17  similar appearance to CCCA alopecia in that photo?
18   A.  I -- yes.
19   Q.  And -- and what do you base that on?
20   A.  The pattern, the location.
21   Q.  If you had seen Ms. Stewart's hair
22  appearing that way during one of your visits, would
23  you have mentioned that to her?
24   A.  Definitely.  I would have encouraged her to
25  get a scalp biopsy.

Page 88

1    Q.  You talked a little bit before about you
2   treated over a thousand patients, I think you said,
3   who've had chemotherapy and then hair loss
4   afterwards?
5    A.  Uh-huh.
6    Q.  And almost all of them have had -- have
7   their hair regrow, correct?
8    A.  Yes.
9    Q.  When you say regrow, is it the same as it
10  was before, or are there some differences?
11   A.  Oftentimes it doesn't grow back as thick as
12  it originally was, before their treatments.
13   Q.  And, again, it's not part of your
14  experience to know which chemotherapy medications
15  have certain impacts on hair.  You don't know if
16  patients had certain chemo medications that -- you
17  just know they had chemo, correct?
18   A.  Correct.
19   Q.  Have you ever treated any patients who've
20  had hair loss following radiation therapy?
21   A.  Yes.
22   Q.  And is it your opinion that radiation
23  therapy can cause hair loss?
24   A.  It can if it's -- if the radiation is
25  towards their scalp.  Most of the time with

Page 89

1   radiation, I'm seeing more burns and discoloration.
2    Q.  Ms. Rheubottom, I assume you're not
3   critical of my client, Sandoz Inc., correct?
4    A.  No.
5    Q.  You don't have any criticisms of docetaxel
6   or Taxotere, correct?
7    A.  I do not.
8    Q.  You don't have any criticisms of the
9   labeling of docetaxel or Taxotere, correct?
10   A.  I do not.
11   Q.  You're not familiar with the labeling?
12   A.  I am not.
13   Q.  Given that you're not familiar with
14  Ms. Stewart's hair loss or lack of hair loss, you're
15  not going to come to court and say that Taxotere or
16  docetaxel caused Ms. Stewart's hair loss, correct?
17   A.  Correct.
18   Q.  You do not have the opinion that Taxotere
19  or docetaxel caused Ms. Stewart's hair loss,
20  correct?
21   A.  I don't have the opinion.
22   Q.  I've asked a lot of questions.  Anything
23  you'd like to add about Ms. Stewart that might be
24  relevant for us today?
25   A.  I have nothing else to say.

1    MR. HOLDEN:  I'll cede the witness.
2    MR. GEIGER:  How much time have we
3    got?
4    VIDEOGRAPHER:  About three minutes.
5    MR. GEIGER:  We can try to get this
6    all in.  I just -- only have a few
7    follow-ups.  Okay?
8    THE WITNESS:  Okay.
9    EXAMINATION
10   BY MR. GEIGER:
11   Q.  Again, my name is Andrew Geiger; I
12   represent Ms. Stewart in this litigation.
13        You don't know whether the drugs Taxotere
14   or docetaxel can cause hair loss that looks like
15   CCCA alopecia, correct?
16   A.  Correct.
17        MR. HOLDEN:  Object to form.
18   BY MR. GEIGER:
19   Q.  To the best of your recollection, do you
20   recall any conversations whatsoever with Ms. Stewart
21   about hair loss?
22   A.  No conversations whatsoever.
23   Q.  You testified earlier that from your
24   experience in treating women with hair loss due to
25   chemotherapy that most women's hair grew back over

1    time, correct?
2    A.  Yes.
3    Q.  How long is that period of time, on
4    average?
5    A.  Within about a year or two.
6    Q.  Okay.  Regarding the driver's license
7    picture that you mentioned earlier, do you know when
8    that was taken?
9    A.  I do not.
10   Q.  Did you review any other driver's license
11   pictures she may have had since then to compare
12   those pictures?
13   A.  I only have one driver's license photo in
14   her medical records to look at.
15   Q.  Okay.  And so other than your assumption
16   based on her driver's license picture, you don't
17   have any independent recollection of whether she was
18   wearing a wig at the time of her visits with you,
19   correct?
20   A.  Correct.
21   Q.  So as we sit here today, you don't have any
22   independent recollection as to whether Ms. Stewart
23   has experienced hair loss, correct?
24   A.  Correct.
25   Q.  You were treating Ms. Stewart for skin

1    discoloration, acne, and moles, correct?
2    A.  Correct.
3    Q.  And not hair loss, correct?
4    A.  Not hair loss.
5    Q.  And not for anxiety and depression,
6    correct?
7    A.  No.
8    Q.  If Ms. Stewart didn't make a notation on
9    the intake form as to the conditions she was
10   experiencing, unrelated to what you were treating
11   her for, it doesn't mean she wasn't experiencing
12   them, correct?
13   A.  That's correct.
14   Q.  And if you didn't check off anxiety or --
15   or depression on the date of her visit, it just
16   means you didn't notice those conditions on the day
17   you were seeing her, correct?
18   A.  Correct.
19   Q.  And you aren't an expert in treating
20   anxiety or depression, correct?
21   A.  I am not.
22   Q.  And you've never been qualified as an
23   expert in what causes hair loss before either,
24   correct?
25        MR. HOLDEN:  Objection to form.

1    BY MR. GEIGER:
2    Q.  Qualified as in a court proceeding or
3    anything like that.
4    A.  Oh, no.
5    Q.  Okay.
6    A.  I mean, I feel like I'm an expert in
7    treating hair loss because I've been doing it for 20
8    years but...
9    Q.  Sure.  But never qualified as an expert.
10   It's a legal thing.
11   A.  Oh, no, uh-uh.
12   Q.  And you haven't treated Ms. Stewart again
13   since 2017, correct?
14   A.  Correct.
15        MR. GEIGER:  Those are all the
16        questions I have.
17        RE-EXAMINATION
18   BY MR. HOLDEN:
19   Q.  The photo -- the license photo that you
20   have, is that on your medical records?
21   A.  Yes.
22        MR. HOLDEN:  We'll try to mark that as
23        an exhibit, if that's okay.
24        MR. GEIGER:  Do we have it?
25        MR. HOLDEN:  Well, I think it's

```
1    electronic, so I'm not sure if we can
2    have -- maybe you can email that to the
3    court reporter.  Would you mind emailing
4    the license photo that you have to the
5    court reporter once we're done here?
6              THE WITNESS:  Sure.  I don't know how
7    to do that with the iPad.  That would be --
8    I don't know if that's something --
9              MR. GEIGER:  And then are we going to
10   have any questions about the picture?
11             MR. HOLDEN:  I think I'd just like to
12   mark it as an exhibit.
13             MR. GEIGER:  Okay.  No objection.
14             THE WITNESS:  That's something I might
15   need to have the office manager to be able
16   to do for me.
17             MR. HOLDEN:  Okay.  So I'm going to
18   mark this CV just as an exhibit for the
19   record.  No questions about it.
20   (Exhibit No. 12 was marked for identification.)
21             Those are all the questions I have.
22             VIDEOGRAPHER:  This concludes the
23   deposition on Media No. 1.  Going off the
24   record at 10:57 a.m.
25             (Off-record discussion.)
```

```
1              VIDEOGRAPHER:  We're back on the
2    record.  The time is 11:03 a.m.
3                    RE-EXAMINATION
4    BY MR. GEIGER:
5         Q.  During a -- Ms. Rheubottom, during a brief
6    break we just had, we requested a copy of the
7    driver's license picture that you mentioned was in
8    your medical records.
9         A.  Correct.
10             MR. GEIGER:  And we've been produced a
11        copy that we are marking as Exhibit 11 to
12        the deposition.
13   (Exhibit No. 11 was marked for identification.)
14   BY MR. GEIGER:
15        Q.  Do you have a copy of that in front of you?
16   If not, here's -- you can just use this one for
17   reference.
18        A.  Yes.
19        Q.  So the driver's license there, it looks
20   like it was issued in 2016, correct?
21        A.  Correct.
22        Q.  So the testimony earlier as to whether you
23   thought she was wearing a wig, that was based on
24   this driver's license picture, correct?
25        A.  Correct.
```

```
1         Q.  And to the best of your recollection, this
2    picture was taken after her chemotherapy treatment,
3    correct?
4         A.  Correct.
5              MR. GEIGER:  That's all the questions
6         I have.
7              MR. HOLDEN:  No more questions.  I'm
8         going to mark one last exhibit, just the
9         notice of depo.
10   (Exhibit No. 13 was marked for identification.)
11             VIDEOGRAPHER:  This is the end of
12        the deposition.  Going off the record at
13        11:04 a.m.
14
15   (This proceeding was concluded at 11:04 a.m. on
16   January 27, 2020.)
17
18
19
20
21
22
23
24
25
```

```
1                    REPORTER'S CERTIFICATE
2         I, YOLANDA J. PENA, Certified Court Reporter in
     and for the State of Louisiana, Registered
3    Professional Reporter, and as the officer before
     whom this testimony was taken, do hereby certify
4    that TARA LYNN RHEUBOTTOM, PA-C, after having been
     duly sworn by me upon authority of R.S. 37:2554,
5    did testify as set forth in the foregoing 95 pages.
         I further certify that said testimony was
6    reported by me in the Stenotype reporting method,
     was prepared and transcribed by me or under my
7    direction and supervision, and is a true and
     correct transcript to the best of my ability and
8    understanding.
         I further certify that the transcript has been
9    prepared in compliance with transcript format
     guidelines required by statute or by rules of the
10   board and that I have been informed about the
     complete arrangement, financial or otherwise, with
11   the person or entity making arrangements for
     deposition services.
12       I further certify that I have acted in
     compliance with the prohibition on contractual
13   relationships, as defined by Louisiana Code of
     Civil Procedure Article 1434, and in rules and
14   advisory opinions of the board.
         I further certify that I am not an attorney or
15   counsel for any of the parties, that I am neither
     related to nor employed by any attorney or counsel
16   connected with this action, and that I have no
     financial interest in the outcome of this matter.
17       This certificate is valid only for this
     transcript accompanied by my original signature and
18   original raised seal on this page.
19       Baton Rouge, Louisiana, this 10th day of
     February, 2020.
20
21
22
23
                        _____
24                      YOLANDA J. PENA, CCR, RPR
                        CCR NO. 2017002, RPR NO. 907346
25
```

```
                                                    Page 98
 1   IN RE:  TAXOTERE (DOCETAXEL)   MDL No. 2740
 2                               Section:  N(5)
 3   This Document Relates to:    JUDGE JANE TRICHE
     Wanda Stewart v. Sandoz, Inc.  MILAZZO
 4   Civil Case No. 17-cv-10817
 5
 6              WITNESS CERTIFICATE
 7      I, TARA LYNN RHEUBOTTOM, PA-C, have read
 8   or have had the foregoing testimony given on
 9   JANUARY 27, 2020, read to me and hereby certify
10   that it is a true and correct transcription of my
11   testimony with the exception of the following
12   corrections or changes, if any:
13   Page  Line             Correction
14   _____ _____
15   _____ _____
16   _____ _____
17   _____ _____
18   _____ _____
19   _____ _____
20   _____ _____
21
22
                   _____
23                 TARA LYNN RHEUBOTTOM, PA-C
24   REPORTER:  Yolanda J. Pena, CCR, RPR
     ROUTING:  Evan C. Holden, Esq., Andrew Geiger, Esq.
25
```

**1**

**1** 6:2 47:16,17,19 48:11 94:23

**10** 86:19 87:12

**10154** 7:7 8:10

**10:57** 94:24

**11** 95:11,13

**11:03** 95:2

**11:04** 96:13,15

**11th** 47:20 50:21 55:2 71:22

**12** 94:20

**12016** 6:12

**13** 96:10

**15** 54:14 60:16

**2**

**2** 50:17,19

**20** 22:13 28:19 93:7

**2000** 13:18 29:7

**2001** 29:7

**2002** 16:18,20

**2008** 13:17

**2010** 47:6,20 48:5 50:21 55:2 57:16,23 71:22

**2011** 62:6 66:5 71:23

**2014** 65:25 71:11,23

**2016** 95:20

**2017** 9:14 71:1,11,24 74:22 76:22 82:2,10 93:13

**2020** 6:13 96:16

**25th** 65:25 71:23

**27** 6:13 96:16

**2740** 6:9

**29** 82:2

**29th** 82:10

**2:17-cv-10817** 6:9

**3**

**3** 57:13,15

**30** 22:14 60:23

**4**

**4** 62:2,4 67:11 70:7

**48** 81:15

**4th** 71:1,24 74:22 76:22

**5**

**5** 65:18,21 73:4

**50** 16:15

**5th** 62:5 64:2 71:23

**6**

**6** 69:2,4

**60** 9:9

**7**

**7** 70:19,21 72:2

**70809** 7:8 8:11

**747** 6:18

**75** 9:9

**8**

**8** 74:19,21

**80** 33:10

**80/20** 37:21

**8th** 57:16,23 60:11 62:16 71:22

**9**

**9** 81:24 82:1

**9:01** 6:14

**A**

**a.m.** 6:14 94:24 95:2 96:13,15

**abnormal** 50:23 52:3,11 53:4,17,24 54:11 55:1 60:14

**abreast** 20:22

**Absolutely** 15:3,23 28:24 29:8 33:6 34:6 36:19 45:15 72:19 79:14 86:1

**Academy** 24:8 38:1

**Acanya** 56:12 61:7 64:14

**acid** 80:17,22

**acne** 17:5 28:4 51:7 53:18 55:14 56:12,13 60:19,21 61:11,14 64:13,16 77:8,9 79:6 80:6 82:20 83:3 92:1

**Action** 6:9

**active** 30:3

**acute** 68:25

**add** 89:23

**addition** 9:10

**additional** 49:15,22 73:12

**address** 8:8,9

**addresses** 8:18

**Adipex** 48:18,21,22 49:1,3

**advertise** 29:14,16

**affect** 22:1 73:1

**African** 22:1 37:22, 25 38:2,4,6

**African-american** 18:3,4,7,11,12 29:9, 13 33:5,8,11 34:7 36:18 38:10 42:9 61:15 85:25 86:2

**aftercare** 61:19

**agents** 67:22

**aggressive** 68:20

**aging** 39:11 81:11

**agree** 7:20 33:4 38:17 87:16

**agreed** 7:23

**ahead** 12:10 14:17 47:12 60:3 66:24

**alike** 46:13

**allegedly** 24:16

**allergic** 57:3,4

**allergies** 52:3,11 53:9 63:22

**allowed** 7:18 25:10

**alopecia** 15:14 18:10,14,16,19,20, 21,22 20:3,13,25 21:17 26:17 29:22,25 30:2,20 31:2,14,16, 23,24 32:2 33:5,14, 15,21 34:4,8,11,15, 16,20,21 35:1,3,4,6, 9,20,22,23 36:2,11, 14,17,21 37:15 38:16,18 39:7,15,25 40:3,20,21 41:2,5 87:17 90:15

**alopecias** 17:15

**American** 24:8 37:23,25 38:4,6

**Americans** 22:1 38:2

**amount** 17:10

**Andrew** 6:24 90:11

**androgenetic** 33:14 35:6,22 39:15,25 40:19,21 41:2

**anemia** 35:18 50:1

**anemic** 35:17

**anesthesia** 35:10

**annually** 22:4

**antiaging** 80:23

**antibiotics** 20:7

**anxiety** 52:18 63:4,7 68:6 69:25 70:3 74:7 78:2,7 84:4,7 92:5, 14,20

**apparently** 67:4 84:20

**appearance** 49:2 87:17

**appearing** 63:11 87:22

**appears** 37:1 51:7 52:9 62:4,13 74:21 82:1,23 86:23

**appointment** 50:6 56:17 59:12 62:23 63:1 66:5 69:15 82:19

**appointments** 62:20 64:9

**area** 9:3 27:10,11 31:10 36:24 56:6 64:6

**areas** 54:7 78:23 79:7

**areata** 35:3,23

**assistant** 13:7,17,20

**Associates** 8:14 14:14,16

**association** 6:20

**assume** 12:11 31:17 47:25 56:1 76:18 86:21 89:2

**assumption** 91:15

**assumptive** 42:7

**asthma** 52:18 83:23, 24 84:1,2

**Atlanta** 14:9 15:24 16:12

**attend** 21:2

**attending** 22:6

**attorney** 7:13

**attorneys** 25:25

**attribute** 42:22

Index: August..complain

**August** 71:1,24
74:22 76:22

**autoimmune** 18:15
34:21 35:3

**availability** 75:7

**Avenue** 6:12,18

**average** 91:4

**avoid** 57:5

**aware** 9:18,21,24
10:1 42:11 72:23
75:19,21

─────────

**B**

**baby** 35:14

**bachelor's** 13:4

**back** 14:23 19:23
22:23 27:18 29:6
30:5 33:24 37:11
41:7,12 43:5,8 66:8
69:7 70:8 76:4 79:5
80:14 88:11 90:25
95:1

**background** 13:1

**bacterial** 34:18 45:9

**bad** 12:6

**bare** 33:18

**base** 87:19

**based** 19:25 20:1
91:16 95:23

**basically** 15:8 61:2
80:7 82:19

**Baton** 6:11,12 7:7
8:10 14:13 16:16
27:10,11

**bear** 34:24

**began** 14:6

**believed** 41:17 43:2,
13

**believing** 43:10
72:16

**belive** 33:1

**bell** 44:13

**beneficial** 69:17

**benign** 58:16

**benzoyl** 61:10

**biopsy** 19:7,10,21
20:1,2 26:16 30:12,
16,18,19,22 31:1,4,9,
15,18 42:2,4 44:20
45:10 87:25

**bit** 19:1 21:2,7,9 23:4
29:21 33:15 38:15
88:1

**Blackburn** 14:6,23
15:6,16

**Blackburn's** 15:21

**blank** 73:14 74:1

**bleaching** 67:21

**blend** 80:14

**block** 40:18

**blocker** 72:16

**blockers** 72:18

**blocking** 77:5

**blocks** 81:20

**blood** 19:10 32:13
35:16 50:16

**bone** 73:2,3

**Bonner** 27:12

**book** 69:14

**books** 24:1

**bottom** 49:13

**box** 49:7 50:1

**boxes** 63:9 73:8
77:25 78:1,4

**braids** 32:8 39:1

**break** 9:7 12:1,3
16:11 22:11 37:20
62:19 95:6

**breast** 22:20 44:6
67:3,5

**briefly** 12:25

**bring** 15:16 19:24
46:5 59:22

**brings** 21:17

**brought** 9:19 14:20
85:5,12

**Brown** 27:14

**bucket** 39:13

**bump** 45:4

**burn** 61:2

**burns** 34:23 89:1

**business** 8:18 14:22

**businesses** 8:16

**butter** 67:1

─────────

**C**

**C-GLYCOLIC** 80:17

**C-SECTION** 35:16

**call** 35:6 55:17 70:8,
15

**called** 22:4 26:19
45:8 56:7,12 58:15
61:1

**calm** 61:18

**cancer** 16:7 17:3
22:20 28:5 44:6 49:8
67:3,5 68:14,16
73:19 75:16,19,23
76:10,14,19

**cancerous** 58:17

**candidate** 20:12,13

**care** 18:6 22:25 29:19
38:15,18 77:2

**case** 26:4

**cash** 58:24

**catch** 33:24 34:6

**caused** 40:21 42:3,
10 67:15 89:16,19

**causing** 24:17 58:9
77:6

**cauterized** 56:8

**cautery** 64:12

**CC-** 36:15

**CCCA** 18:13,22,23
21:8,20 31:23 32:2,3,
9,11,13,16,17,20,21,
25 33:3,4,9,12,16,20,
25 34:2,12 36:15
37:6,8,16,18,22 39:9
87:17 90:15

**cede** 90:1

**cell** 30:8

**certification** 13:17,
21

**certified** 6:16

**chance** 8:1 12:19

**change** 34:9

**changed** 14:19

**chart** 26:20 67:8
75:25 76:6,12 82:14
84:9 85:13

**charts** 76:6

**check** 52:2 54:16
92:14

**checked** 49:7 50:1
52:5 63:10 68:4,5,6,
8,11 73:7 77:25 78:1,
3,6,22 84:5,10

**cheeks** 51:18 76:23

**chemical** 80:13,20
83:8

**chemo** 22:21 40:17
41:4 43:11 67:1,17
68:21 88:16,17

**chemotherapy** 22:9
25:9 40:3,4 41:11,25
42:12,22,23 43:8,15
67:15 88:3,14 90:25
96:2

**chemotherapy-
caused** 22:16

**chemotherapy-
induced** 41:4

**chest** 79:5

**chief** 50:8,9 51:3
52:19,22 54:22 57:25
58:6 60:1 62:10
66:20 76:21 78:20
82:21 83:21 84:16,18

**children** 34:7

**chose** 83:8

**Christopher** 26:23

**Cicatricial** 20:25

**circle** 53:9,25 79:3

**circled** 63:23

**circumstances**
10:12

**Civil** 6:8 7:19

**clarify** 44:8

**clarity** 83:10

**cleanser** 80:17

**clear** 70:14

**client** 9:19 26:7 89:3

**clindamycin** 61:10

**Clinician** 24:13

**close** 41:2

**closed** 30:1 42:5

**CME** 21:5

**coaxed** 83:7

**cocoa** 67:1

**color** 21:24 22:4 24:9
32:10

**Coloring** 38:24

**comb** 38:17

**combination** 32:4

**comment** 86:22

**commentary** 87:6

**comments** 73:25
74:16

**commercials** 23:18

**common** 33:4 35:2
36:17

**community** 29:17
37:25

**compare** 91:11

**compared** 9:7 16:13
42:16

**complain** 22:12

29:19 43:22 83:19

**complained** 69:22, 25 84:23 85:21

**complaining** 19:2 22:9 44:21 51:17 63:11 86:10,16

**complaint** 50:8,9 51:3 52:20,22 54:23 57:25 58:6 60:2 62:10 65:12 66:20 76:22 78:20 82:15,21 83:21 84:16,19

**complaints** 69:19

**complete** 36:25 78:17

**completely** 30:1

**complicated** 33:15 38:2 42:8

**component** 38:12, 14

**compound** 23:3 56:19

**compounded** 70:11

**compounding** 24:24 25:3,7,10

**comprehensive** 19:13

**concern** 51:8

**conclude** 49:21

**concluded** 96:15

**concludes** 94:22

**conclusion** 42:8

**condition** 37:17 41:1

**conditions** 73:12,16 92:9,16

**conference** 21:16

**conferences** 21:12 22:3

**confirm** 26:6 48:10 85:16

**confirmed** 82:12,13

**confusing** 53:21

**connected** 33:2

**considered** 9:16

**consist** 15:5

**consistent** 60:17

**Constipation** 72:22

**consult** 28:16

**consulting** 19:2

**contact** 25:24

**continue** 64:10 65:4

**continued** 15:13 60:20 61:6 64:3,13 83:4,5

**continuing** 21:3,5 22:2 43:3 62:14

**contribute** 19:18

**controlled** 60:19 64:13,17 65:8

**conversation** 11:7, 11

**conversations** 90:20,22

**copies** 47:13

**copy** 12:21,22,23 95:6,11,15

**correct** 10:2 13:19 14:25 16:1,17,19,22 20:24 23:21 24:25 25:18 28:11 29:25 30:13,21 35:13 36:3, 4,16 38:19,21,23,25 39:2 40:4,23 43:4 46:20 47:23,24 48:3, 19 49:8,9,12,20,24 50:2,22 51:2,5,7,21 52:4,7 53:5,10 55:3 57:17,18,21 60:24 61:8 62:7 63:12,18 66:1,3,6 68:7,9 69:6, 10,20 70:4,25 71:2,5, 21 72:6,10 73:9,10, 20,21,23,24 74:1,2,4, 8,15,23,24 75:2 76:20 77:25 78:9,24 79:20 80:1,6 82:3,4, 5,6 84:6,10,13 86:24, 25 88:7,17,18 89:3,6, 9,16,17,20 90:15,16

**couple** 56:8 75:20

**91:1,19,20,23,24 92:1,2,3,6,12,13,17, 18,20,24 93:13,14 95:9,20,21,24,25 96:3,4**

**cosmetic** 56:11 58:18,23 80:19

**counsel** 6:22

**counter** 23:5

**couple** 56:8 75:20

**courses** 21:3

**court** 6:7,11,19 7:3 11:3,14,21 89:15 93:2 94:3,5

**covered** 35:21

**covers** 35:23

**cream** 56:13,16,19, 20 61:12,13,16,17,23 64:11,14 70:8,11,13 80:14

**creams** 56:23,24,25 57:6

**credentials** 21:4

**critical** 89:3

**criticisms** 89:5,8

**crown** 37:3,8 40:14

**crusted** 54:14 60:16

**culturally** 18:1

**culture** 45:9

**cultures** 45:9

**current** 9:12 60:20

**CV** 12:19 24:20 94:18

**cycle** 81:16

---

**D**

**Dallas** 14:7,24

**dark** 61:14 77:4,6,7 80:8,11

**darkening** 66:23 67:14 77:7,10,11,13 80:10

**date** 92:15

**dated** 47:20 62:5 65:25 71:1

**daughter** 32:25

**day** 54:19 56:5 62:10 63:14,17 64:2 66:20 78:18 79:19,24 80:5 92:16

**deal** 29:2

**decade** 22:7

**December** 57:16,23 60:11 62:16 71:22

**Decision-making** 50:24 55:9 80:4

**decrease** 56:14,17

**decreases** 64:12

**defendant** 7:1

**deficiency** 35:18 72:24,25

**degree** 13:4,7,9

**demeanor** 62:25 63:3

**Denham** 76:7

**depending** 20:2 76:7,8

**depends** 37:4 40:25 75:24

**depo** 96:9

**deposed** 9:22

**deposition** 6:3,10 7:16,17 8:1,4 10:9 25:13,17 26:11 94:23 95:12 96:12

**depressed** 86:13

**depression** 63:4,8 68:6 70:1,4 74:7 78:3,8 84:4,8 86:17 92:5,15,20

**dermatitis** 55:18 64:19

**dermatologist** 14:7, 10,24 16:2,3

**dermatologists**

**14:21 21:14**

**dermatology** 8:14, 21,25 13:10 14:14, 15,19 17:5,8,9 20:18, 22 24:1,8 27:20 38:1 45:17 48:24

**dermatosis** 55:16 58:16

**describe** 17:6 29:23 31:13 36:5,20 37:7

**details** 10:16

**determine** 30:11,14 77:20,23

**develop** 49:4

**developed/well** 68:25

**diabetes** 32:12 68:4 83:24

**diagnose** 15:10,13

**diagnosed** 67:3,5

**diagnosis** 30:24 55:13,14 64:1,16 68:14 80:4 83:2,3

**diarrhea** 73:8

**Dickerson** 28:9

**difference** 29:23 33:19

**differences** 88:10

**difficult** 42:1

**diffuse** 39:25 40:7

**direction** 25:23

**directs** 73:11

**discoid** 34:15

**discoloration** 47:11 50:10 51:6,18 54:23 56:15 67:8 76:23 77:1,21 78:20 80:15, 23 81:9 82:22 83:11 84:21 89:1 92:1

**discomfort** 56:17

**discovery** 7:18

**discuss** 11:11 47:10 50:8 68:13 81:22

**discussed** 26:6,16
50:5 52:14,16 72:11,
13 76:18 80:12,24
84:14,22,24 85:23

**discussing** 41:19
67:23

**discussion** 65:15,17
75:15 94:25

**discussions** 26:3

**disease** 32:14 49:11
73:22

**diseases** 73:12

**disorders** 15:1,11,14
16:14,15 17:4,21,22
21:6,14,25 29:13
34:17

**disposition** 32:17

**distress** 68:25

**District** 6:7,8

**docetaxel** 23:7
24:16 25:7 89:5,9,16,
19 90:14

**document** 58:20,22

**documented** 45:24
63:6 81:22

**double** 68:21

**DPN** 55:16

**DPNS** 55:15 60:18

**driver's** 46:12 48:9
59:7 91:6,10,13,16
95:7,19,24

**drugs** 25:9 90:13

**dry** 48:22 49:1

**due** 22:9 23:16 33:22
35:15 41:17 42:23
90:24

**duly** 7:8

**dyschromia** 80:7,10
83:3

E

**earlier** 55:5 72:17
90:23 91:7 95:22

**early** 33:25 34:6
36:22

**easier** 47:14

**easily** 45:8

**Eastern** 6:8

**eczema** 17:5

**eczema-type** 49:2

**education** 13:14
21:3,5 22:3

**educational** 13:1
14:3

**effect** 73:2

**effects** 48:20,24 57:1

**effluvium** 35:7,13,
15,19,23 49:5

**eight-week** 82:17

**electrodesiccated**
60:23

**electrodesiccating**
64:5

**electronic** 45:24
52:22 54:3 82:12
94:1

**elicit** 42:6

**email** 94:2

**emailing** 94:3

**emotion** 29:3

**emotional** 74:8

**employed** 14:15

**employees** 27:20,23

**employment** 14:3
16:8

**encouraged** 87:24

**end** 96:11

**ended** 14:9

**engaged** 14:9

**entire** 40:8

**epidemic** 33:6

**epidermis** 31:6

**essentially** 65:12

69:7 72:2

**estimate** 42:20

**estrogen** 40:20
43:20 44:16,17,19
72:16,17 77:5 81:20

**estrogen-blocking**
40:18 44:5

**ethnicities** 18:8

**ethnicity** 22:2 29:11

**Evan** 7:1,12

**Everett** 27:12

**evidence** 32:15

**exam** 67:7,11 78:17

**examination** 7:10
54:18 79:9 90:9

**examine** 54:25 60:10
63:13 79:2

**examined** 7:8 51:1
54:8,17 78:23

**examines** 31:5

**examining** 51:8

**excessive** 35:17

**exclusively** 17:10
31:11 37:22 38:1

**Excuse** 23:13

**exhibit** 47:16,17,19
48:11 50:17,19
57:13,15 62:2,4
65:18,21 69:2,4
70:19,21 72:2 74:19,
21 81:24 82:1 86:19
87:12 93:23 94:12,
18,20 95:11,13 96:8,
10

**exhibited** 68:10

**exhibiting** 78:2 84:7

**expected** 68:11

**experience** 41:6
44:15 88:14 90:24

**experienced** 18:2
91:23

**experiencing** 74:10
78:7 92:10,11

**expert** 10:13,14
25:13,14,20 87:2
92:19,23 93:6,9

**expertise** 16:8

**explain** 22:15

**exposure** 77:3

**extend** 37:11

**extensions** 32:7
39:5

**extensive** 20:13

**extent** 13:13 54:25

**external** 32:4,5

**eye** 31:21

**eyebrow** 79:12,24

**eyebrows** 54:21,24,
25 57:6 79:10,16,19

F

**face** 51:16 54:15,16
55:24 56:6,20 58:3,6
60:17 64:4,6,8 65:13
66:25 76:23 78:19,
20,22 79:8,10 80:7,
23

**fact** 10:13 28:25
59:22 63:9 78:6

**factors** 18:24

**fading** 61:13

**fair** 12:4,12 25:24
49:17 76:17 87:8

**fall** 39:13 56:9

**falls** 36:13

**familiar** 23:9 44:10
72:15 89:11,13

**family** 27:8 32:22
47:9 49:25

**farther** 55:8

**fat** 31:7

**Federal** 7:19

**feel** 20:11 93:6

**female** 17:17,18,20,
21 18:17 35:5 37:16

39:18,22 40:10 44:7

**Femara** 44:9,14,18

**filed** 6:6

**fill** 48:1 50:13 72:3

**filled** 47:23 48:15
50:20 57:19 75:1
82:5

**find** 68:19

**findings** 50:23 54:11
60:14 79:8 82:25

**fine** 12:1 83:9

**finish** 11:13,15,17

**firm** 7:13

**flesh** 55:17

**Florida** 70:11

**fluctuations** 35:15

**focus** 15:1 60:7

**focused** 13:9

**follicle** 30:1,3,4

**follicles** 31:5,8 41:2
42:5

**follicular** 34:17

**follow-up** 19:24
82:17,19,23

**follow-ups** 62:13
90:7

**forgotten** 61:25

**form** 7:21 17:11 18:9,
13 34:3,21 35:4,7
38:17 41:25 47:23
48:13 49:2,16 50:13,
14 68:23 70:22 72:4
73:4 74:4,12,25 76:3
79:21,25 90:17 92:9,
25

**formal** 13:13

**forms** 18:10 19:4
30:20 34:11,25 35:2,
20 42:12 76:10

**Foundation** 20:25

**four-millimeter** 31:3

**fraudulent** 52:25

**free** 24:4 75:20

**friends** 47:9

**front** 40:12,14 95:15

**frontal** 36:23 39:23 40:9,14

**full** 8:7 12:16 37:14, 15 48:8

**fully** 38:3

**fungal** 34:18 45:5,8

**G**

**gambit** 45:16

**gap** 66:18 71:7

**Garland** 27:3

**gave** 56:13

**Geiger** 6:24 7:20,23 26:2,3 68:23 74:12 79:21,25 86:20 87:1, 10 90:2,5,10,11,18 93:1,15,24 94:9,13 95:4,10,14 96:5

**gel** 56:12,13 61:7,10

**gene** 32:19,21 33:1,2

**generally** 15:18

**genetic** 32:17 35:5 38:11,13

**genome** 32:19

**Georgia** 14:10

**get all** 19:23

**girls** 34:7

**give** 11:5,8,15 21:18

**glanced** 79:5

**glued** 60:5

**Gonzales** 76:7

**good** 10:19 20:11,13 44:19 79:4

**goodness** 76:25

**Goodwood** 14:18

**gotcha** 8:21

**graduate** 28:17

**graduated** 13:3 14:4,5

**grandmother** 32:24

**Grapevine** 13:3

**Great** 12:21

**Greater** 54:14 60:16, 22

**green** 27:3 69:5,9 71:23

**Greenberg** 7:13

**grew** 14:20 41:6 90:25

**Griffin** 6:15

**ground** 10:22

**grow** 22:23 30:5 33:24 41:11 43:5,8 88:11

**growth** 22:18

**guess** 9:6 31:1 33:7, 19 63:22 67:19

**H**

**habits** 19:14,15 32:6 34:8,10 36:7,9,12 37:4 38:9

**hair** 9:1,2,5,7,10 15:1,2,11,14 16:4,9, 13,15 17:4,10,11,13, 14,16,20,22 18:2,7, 17,18 19:2,4,8,9,12, 16,19 20:5,9,10,14, 15 21:6,13,14,19,25 22:9,16,18,21,23,25 23:1,2 24:17 26:17, 19 28:22 29:1,7,13, 15,19 30:2,3,5,24 31:11,12 32:7,8,10 33:22,23,24,25 34:10 35:4,5,6,11 36:1,9,10 37:1,16 38:10,15,17 39:11,19,22 40:6,7,9, 10,11,13 41:6,10,11 42:16,21,22 43:5,7, 23 44:2,7,18,19,21 45:6,7,12,13,19,20 46:1,5,9 48:5,8 49:4 50:12 55:2,6 57:5,9

**hairline** 36:23,24 39:23 40:15

**hairstyling** 19:15 32:6 34:8,9 36:7,9,12 38:9

**half** 14:8 66:8 69:8

**hand** 50:19

**handle** 15:18,19

**handwriting** 50:24 51:12 54:10,12

**hanging** 58:12

**happy** 12:9

**hard** 11:14,22 31:20 33:16 46:14 54:2 59:15

**harm** 57:8

**head** 11:7 24:2 37:12 42:17 48:8 78:22 79:9

**headquartered** 6:17

**hear** 23:12,14

**heard** 23:16

**Heat** 38:22

**held** 6:10

**helping** 28:21

**helps** 44:2

**high** 13:2,3 24:22 32:13

**higher** 53:1

**Highway** 7:7 8:10

**history** 14:3 19:22

59:1,19,21,23 60:11 61:4 62:23 63:13 65:16,17 67:11 69:20,22 72:18,24 73:1 74:4 75:10 77:15 78:11 79:1,12, 24 81:2,5 83:17,19 84:23 85:2,4,19,21, 25 86:2,5,6 87:15,16, 21 88:3,7,15,20,23 89:14,16,19 90:14, 21,24,25 91:23 92:3, 4,23 93:7

**hairline** 36:23,24

**hairstyling** 19:15

**half** 14:8

**hand** 50:19

**handle** 15:18,19

**handwriting** 50:24

**hold** 13:21

**Holden** 7:1,11,12,15, 24 47:16,18 50:18 57:14 62:3 65:19,21, 23 69:3 70:20 74:13, 20 79:22 80:2 81:25 86:25 87:8,11 90:1, 17 92:25 93:18,22,25 94:11,17 96:7

**hormonal** 35:15 77:3

**hormone** 40:22 43:19,24 44:3

**hormones** 40:20 44:5

**hospitals** 20:17

**hot** 38:17

**HPI** 51:10 58:4,6

**HTN** 52:3,8 53:9 63:22

**hundred** 27:23

**hydroquinone** 67:11 70:7

**Hydroquinone-based** 67:21

**Hyfrecator** 56:7 61:1

**hyperpigmentation** 54:15 56:19 61:13 65:8 66:21,25 67:10, 12,20 77:9 80:9

**hyperpigmented** 67:7

**hypertension** 52:8, 9,10 68:5 83:24

**hysterectomy** 81:18

**I**

**idea** 53:22,23 66:19 71:6,8 75:5

**identification** 47:17 50:17 57:13 62:2 65:18 69:2 70:19 74:19 81:24 86:19

94:20 95:13 96:10

**impact** 44:18 61:3 81:4

**impacts** 88:15

**important** 11:3,5,8

**impression** 58:8 67:10

**improving** 83:1

**in-** 28:15

**in-house** 56:19

**include** 78:25

**included** 9:3 54:19, 21 68:20 79:10

**including** 27:25

**Incorporated** 6:6,17

**independent** 91:17, 22

**independently** 15:20 28:15

**industry** 38:9

**infection** 34:18 45:3, 5,10

**inflamed** 60:16

**inflammation** 45:2

**inflammatory** 45:3

**information** 21:1 43:17 47:22

**initial** 65:9

**initially** 15:7 19:6 34:17

**injections** 20:6 30:8, 9

**inspection** 44:22,25 45:1 78:21

**insurance** 58:20 62:20,21 72:4

**intake** 70:22 76:3 92:9

**Integrative** 25:5

**intense** 83:15

**internal** 32:4,12

internet 23:17

introduce 6:22

investigation 8:15

invite 21:13

invites 21:16

involvement 25:6 28:12

ipad 26:14 71:10 82:13 94:7

iron 35:18

irritant 55:17 64:19

irritated 55:18,19,22 58:20 64:4,24

irritation 51:16 56:14 57:2 58:7,22 64:12 77:1

issue 58:18

issued 95:20

issues 9:8,11 45:13 73:6 74:11 75:10 79:15 86:13,16

itching 55:20

items 51:23

ius 68:4

**J**

Janice 15:25

January 6:13 62:5 64:2 66:5 71:23 96:16

JDD 24:10

Jefferson 7:7 8:10

Johnson 28:9

joint 73:3,8

journal 24:10

journals 23:23

June 65:25 71:23

Justice 6:12

**K**

keeping 82:18

Kenyatta 27:5

keratoses 55:15

kind 11:12 18:4,21 25:22 46:13 52:25 53:8 63:4 76:2 83:7

knowledge 20:22 28:24

Kristin 66:12 67:24 69:5 71:23 75:6

Kristin's 70:10

**L**

labeled 6:2

labeling 89:9,11

lack 81:10 89:14

law 7:13

lawsuit 9:19 10:1,4 26:7

lawsuits 23:9,12,14, 16 25:15

layer 31:7

lead 18:16,23 19:12 32:9,13 33:16 34:19 35:8,11,17,19 36:2,9, 10,15 37:14 38:18 39:9

leads 34:21 55:21 61:14

learn 15:10 28:18

left 74:1

legal 6:16 93:10

lesions 58:17

lethargy 83:25

letrozole 44:12 72:8, 11 73:2 77:5 81:19 84:12,24

Liability 6:4

license 46:12 48:9 59:7 91:6,10,13,16

93:19 94:4 95:7,19, 24

licensed 13:24 14:1

licenses 13:21

lichen 18:14 34:20

lidocaine 61:20,22 62:1

lifestyle 19:14

lifted 58:11

light 30:8 80:8,10

lightening 77:11

likes 56:10

Linda 6:15

lines 51:11

link 32:15

linked 32:20

list 19:13 30:22 49:14,22 73:12,15

listed 51:23 64:17 73:7 76:2

litigation 6:5 87:2 90:12

live 70:17,18 83:14

located 6:11

location 54:17 87:20

locations 37:3

long 10:15 11:25 41:1 72:5 84:3 91:3

longer 30:1

looked 24:23 46:12 54:24 71:17 78:19 79:4

looped 18:21,22

loss 9:2,5,7,10 15:11, 14 16:5,9,13,15 17:4, 10,11,13,14,16,20,22 18:2,7,17,18 19:2,8, 9,12,19 20:5,9 21:6, 13,19 22:9,17 23:1,2 24:17 26:17,19 28:23 29:1,7,13,15,20 30:24 31:11,12 33:25 35:4,5,6,11 36:10,25

37:16 39:11,19,22 40:6,7,9,10 41:11 42:16,21,23 43:2,23 44:2,7,21 45:6,13,19, 20 46:9 50:12 52:3, 11 53:4 55:6 59:23 63:22 65:16,17 72:18,24 74:4 78:11 83:19 84:23 85:2,5, 21,25 86:2,5,6 88:3, 20,23 89:14,16,19 90:14,21,24 91:23 92:3,4,23 93:7

lost 22:21 35:16 79:12,24

lot 18:13,18,20 20:3, 12 21:1,4 24:1,3,4 28:4 29:3,18 32:23 35:16 38:3,8 40:17 42:8 46:13 47:8 49:1 60:4 77:4 89:22

Louisiana 6:8,13 7:7 8:10,14 13:25 14:1, 13,14,15 17:7 20:17, 18 27:20 83:15 86:3

lupus 18:18 34:15,16

Lycor 61:17,23 64:11

Lynn 7:6 8:9 12:18

**M**

machine 56:7 61:1

made 8:3 9:18 18:4 55:6 63:3

magnesium 72:9,20, 21,24 73:1 84:11

main 65:12

majority 18:2 33:11 35:21 83:13

make 8:2 12:23 19:11 26:19 30:25 42:7 47:13 56:9 71:19,21 74:16 92:8

makes 11:13

male 17:17,18,20 35:5

manager 94:15

manufacture 25:9, 11

manufacturing 25:7

mark 47:12 52:1 83:22 93:22 94:12,18 96:8

marked 47:17 50:17 57:13,15 62:2,4 65:18,20 69:2 70:19, 21 74:19,21 79:7 81:24 82:1 83:25 86:19 87:12 94:20 95:13 96:10

marking 47:19 95:11

marks 54:16

mastectomy 68:21

materials 9:25

matter 6:4

Mccanless 26:24

Mcginty 28:8

MDL 6:9

means 32:6 33:21,25 53:10 55:18 56:7 64:23 67:7 69:1 80:7 92:16

media 6:2 94:23

medical 13:6 20:14 21:3,5 22:3 26:13 45:24 48:12 50:23 52:23 54:3 55:9 72:4 73:4 80:4 81:21 91:14 93:20 95:8

medication 35:9 40:18 41:18 72:14 81:10

medications 19:3, 16 30:9 35:10 42:12 43:16 48:17 56:21,22 88:14,16

medicine 13:12 44:9

medicines 44:5

meeting 45:22

meetings 21:10

member 20:23,24 21:22,23

**men** 37:19

**menopause** 81:11, 13,21

**menses** 52:3,12 53:4,17,20,24 54:5

**menstrual** 81:16

**mention** 45:13 83:16 85:2

**mentioned** 11:24 25:12 30:10,19 31:23 43:18 51:3 55:5 76:9 78:12 87:23 91:7 95:7

**mess** 11:18

**message** 69:5,18 70:6,16

**met** 7:14

**mid** 51:8

**mind** 12:25 51:9 94:3

**mini** 62:20

**minoxidil** 23:3 30:7, 8

**minute** 59:11

**minutes** 7:14 90:4

**missing** 71:20

**Mississippi** 86:3

**mixed** 33:14

**Mohs** 14:11 16:6

**mole** 47:10 50:9 56:14,18

**moles** 51:4,16 54:23, 24 55:17,19,22 56:8 58:1,2,6,13,15 61:2, 18 62:11,14,19 64:4, 24 65:13 92:1

**Mondays** 69:16

**month** 62:17 67:4

**months** 15:12 22:22 62:18 65:5,6

**mood** 63:8 68:8 78:3, 8 84:4,8 86:13,16

**morning** 26:19

**mother** 32:24

**mouth** 47:8

**move** 15:24

**moved** 16:16

**moving** 14:9 64:7

**multiple** 30:20 42:10,11

---

**N**

**nails** 9:1 21:25

**naked** 31:21

**names** 24:2,12

**nausea** 73:9

**necessarily** 46:3 57:7,8 59:20,25

**neck** 58:3,7 60:17 64:4,6,8

**needed** 15:17

**negative** 52:10

**nigra** 55:16 58:16

**nod** 11:7

**non-** 35:8

**nonscarring** 29:22 30:2,12 31:2,14,18, 21 34:24,25 35:2,4,8, 20,22 36:6,14 40:22, 23 41:5,8,9

**normal** 11:6,11 53:20 54:5 79:19

**notation** 92:8

**note** 50:20 55:6 57:16 62:5 63:3 65:24 67:8 69:18,23 70:1,10,14 74:3,6,22 75:3 77:14 79:15 82:2,14 85:1

**noted** 55:1 74:11 78:14 79:13 84:8 85:13

**notes** 26:18,20 71:12 75:25 85:16,17

**notice** 46:4 92:16 96:9

**noticed** 45:12 78:11 85:4

**nourished** 68:25

**November** 47:20 48:5 50:21 55:2 65:7 71:22

**numbing** 56:16

**numerous** 76:25 77:6

**nurse** 50:23 52:15 57:20 58:21 82:21

**nurse's** 51:12 54:12

**nurses** 51:24

---

**O**

**object** 68:23 74:12 79:21,25 87:5 90:17

**objection** 86:21 92:25 94:13

**objections** 7:21

**occur** 39:11

**occurring** 19:11

**occurs** 22:5

**October** 16:18

**off-record** 94:25

**offhand** 24:13

**office** 10:1,11 53:1 57:16 62:5 65:24 82:2 94:15

**offices** 27:22

**oftentimes** 23:2 56:10 61:14 88:11

**online** 8:15

**opened** 24:24

**opinion** 88:22 89:18, 21

**opposed** 23:19 38:6 75:6

**option** 70:9

**options** 30:6

**oral** 56:21,22

**organization** 21:2,8, 20

**organizations** 20:23

**originally** 14:18 88:12

**outcome** 56:10

**outlined** 24:19

**ovaries** 81:20

**overlooked** 82:22

**owner** 25:1

---

**P**

**PA** 13:9 28:1 66:14 67:23

**PA-C** 7:6,16

**pain** 58:9 73:2,3,8

**painful** 51:17 58:7

**paper** 47:13 71:17 76:6

**papules** 45:4 54:14 60:16

**papulosa** 55:16 58:16

**parent** 34:9

**parietal** 36:24

**part** 50:22 60:1 84:1, 2 88:13

**PAS** 27:24,25

**passion** 18:5 21:6

**past** 49:16 71:4

**patches** 67:7

**pathologist** 30:23 31:5

**patient** 9:12,16,17 30:11 32:21 33:3 37:5 41:1,10,17,20 43:10,12,13,14 44:20 45:11,14,22 46:15, 17,25 47:22 48:1 50:11 59:14,16 66:10 69:4 70:6,22 72:20 73:11 87:5

**patient's** 46:1 61:3 80:22

**patients** 9:9 15:10, 13,14,18,19,20 16:9 17:22,24,25 18:18 19:6 21:17 22:8,12, 16 25:21 28:13 29:1 40:2 41:14,23 42:21 43:7,19 45:9 46:13 47:8 61:15 69:14,17 86:4,5 88:2,16,19

**pattern** 18:17 32:25 35:5 39:18,22 40:10 44:7 45:6 87:20

**pay** 58:20,24

**payment** 53:2

**pediatrics** 27:8

**peel** 80:13,20

**peels** 83:9

**Pena** 6:20

**pending** 12:3

**people** 38:3 73:1

**percent** 9:9 16:15 22:14 33:10 67:11 70:7

**percentage** 9:6 16:12 22:11 33:7,9 37:20

**Perfect** 71:25

**perimenopausal** 39:16

**period** 91:3

**periodical** 24:6

**permanent** 17:16 24:17 26:17 34:1 42:22

**perms** 38:20

**peroxide** 61:10

**personal** 8:19

**pertained** 84:16,18

**pharmacies** 25:10

**pharmacy** 24:24 25:3,5

**phone** 70:15,16

**photo** 59:7 87:17
91:13 93:19 94:4

**photocopy** 53:25
54:1

**photograph** 87:15

**physical** 78:17

**physician** 13:7,20
16:20 19:4 27:9
28:11,14

**physician's** 13:17

**physicians** 26:22
28:6,16 29:16

**pick** 55:23 58:10

**picture** 91:7,16
94:10 95:7,24 96:2

**pictures** 86:23 87:7
91:11,12

**pigment** 82:20

**pigmentation** 64:25
65:3 79:6

**PIH** 54:15 80:8

**plaintiff** 6:25

**plan** 19:25

**planopilaris** 18:14
34:20

**pluck** 45:8

**point** 14:9 15:20 16:7
26:8 64:7,17 67:2
68:13 75:20 76:5
81:13

**points** 52:23

**positive** 53:12 79:7

**possibly** 55:19 57:2
64:6,7

**post** 81:11,12

**postinflammatory**
80:9

**postmenopausal**
39:16,17

**postmenopausally**
77:4

**potential** 25:17
45:12 72:23 81:8

**potentially** 18:16
40:24,25

**practice** 8:13,22 9:3,
6 14:20 15:22 16:13
17:7 23:6,24 27:8,19,
21 28:7 29:6 38:18
48:2 69:8

**practices** 36:2 38:16

**practitioners** 14:21

**predominantly**
17:21 18:3

**prefer** 70:12

**prefers** 70:12,13

**pregnancy** 35:11,12

**prepare** 26:11

**prescribe** 56:4

**prescribed** 44:6
56:15 67:6 68:20
82:24

**prescribing** 19:3

**prescription** 20:6,7
23:3 44:17

**prescriptions** 57:8

**present** 40:6,9

**presentation** 36:20
37:7 39:22

**presents** 37:8

**pretty** 19:13,17 29:6
30:23 69:14 83:15

**prevent** 20:4

**previous** 16:8 64:9,
10 75:25 82:18

**previously** 82:24
83:3

**primarily** 38:6

**primary** 29:19

**prior** 9:24 25:25
75:16

**privileges** 20:16

**problems** 44:4

49:15,23

**Procedure** 7:19

**proceeded** 64:5

**proceeding** 93:2
96:15

**process** 22:24

**produce** 30:2

**produced** 95:10

**producing** 81:20

**products** 6:4 19:16
23:1 67:21 77:2

**professional** 8:8
21:21

**progression** 40:1

**properly** 77:3

**prosthetic** 20:14

**protection** 80:16
81:10 83:14

**psoriasis** 17:5 28:4

**public-** 23:25

**publication** 24:14

**publications** 21:10
24:3,4,6,9,11,12,15

**pulling** 32:8 33:22

**punch** 31:3

**purposes** 7:17,18
62:21

**pustules** 45:3

**put** 20:6,7 22:18,23,
25 23:2 35:24 56:12,
16,18 61:21,25 67:10
76:12 80:13,14,15,
16,22 81:21

**putting** 22:25

**Q**

**qualified** 87:4 92:22
93:2,9

**question** 11:13,15,
17 12:2,3,9,11 49:14
73:19

**questions** 12:6,7,14
19:14 27:19 45:25
50:15 74:1 89:22
93:16 94:10,19,21
96:5,7

**R**

**races** 38:7

**radiation** 67:16,17,
18 68:21 88:20,22,24
89:1

**Raymond** 14:6

**RE-EXAMINATION**
93:17 95:3

**reaction** 57:3

**read** 8:2 24:14 51:10,
14 54:13 58:5

**reason** 17:23 69:11

**reasons** 45:11

**recall** 25:14 43:1,8,
10,11 46:11,22 48:4
58:25 59:13,14
62:12,22,25 63:2
65:9,11,15 67:23
68:16,18 74:17
75:12,15 86:9,12,15
90:20

**recede** 39:24

**receding** 36:25

**receive** 8:5,6

**received** 9:23,25
13:16 43:15

**recheck** 82:20

**recollection** 10:7
57:22 66:7 85:17
86:8,11 90:19 91:17,
22 96:1

**recommended** 83:5

**record** 12:17 78:15
81:17 82:11 94:19,24
95:2 96:12

**records** 26:13 45:24
46:7,21,24 47:3,13
52:23 54:3 71:9
82:12 86:9,12 91:14

93:20 95:8

**red** 45:4

**refer** 20:10 28:25
29:18 86:4

**reference** 95:17

**referral** 47:7

**referrals** 29:18

**referred** 46:25 86:5

**referring** 19:3

**refresher** 10:23

**refuse** 30:17

**regard** 28:13

**regimen** 22:19 65:4
68:20

**register** 86:20

**regrow** 34:10 88:7,9

**regular** 46:17

**regularly** 46:16,18

**rejuvenate** 80:18

**rejuvenation** 22:19

**relate** 50:7 52:19,21

**related** 69:19

**relates** 21:5

**relating** 6:5 23:14
70:15

**relationship** 26:23

**relaxers** 38:20

**relevant** 51:25 53:15
89:24

**relocated** 14:12

**rely** 23:24 30:15
31:21 45:19

**remember** 10:16,18
25:16 41:16 46:14,17
57:10,12 84:22

**remind** 11:18

**remission** 76:11

**removal** 47:10 50:9
51:17 56:18

Index: remove..stress

**remove** 59:18 60:6 62:19

**repeated** 12:8 36:11

**rephrase** 12:10

**replacement** 43:20, 24 44:3

**reporter** 6:19 7:3 11:4,14,22 65:22 94:3,5

**Reporters** 6:11

**Reporting** 6:17,21

**represent** 87:14 90:12

**requested** 95:6

**Requesting** 51:17

**research** 20:25 21:8, 20 23:7

**researched** 40:16

**reserved** 7:21

**resources** 21:1,18

**response** 11:8

**rest** 37:2

**results** 19:23,25 20:1

**retained** 25:14

**reveal** 30:19 31:1

**revealed** 33:2

**reverse** 49:16,17 73:13

**reversible** 40:24,25

**review** 45:21 46:2,8 51:19,24 52:21,24 53:15 63:7,21 68:3, 24 71:11 77:24 83:22 86:11 91:10

**reviewed** 71:12

**reviewing** 86:8

**Rheubottom** 6:3 7:6,12,16,25 8:9 12:18 47:19 57:15 65:20 86:22 87:1,12 89:2 95:5

**ringing** 44:13

**risk** 18:23

**risks** 56:25

**ROS** 51:19 53:19

**Rouge** 6:11,12 7:7 8:10 14:13 16:16 27:10,11

**routed** 17:25

**rubbing** 55:20,23,24 64:24

**rude** 11:19

**rule** 19:7 30:23 31:15 41:24

**rule-outs** 30:22

**rules** 7:19 10:22

**ruling** 31:12

**Russell** 27:1,14

**S**

**salon** 19:15 32:7 38:9

**Sandoz** 6:6 7:2 9:20 26:7 89:3

**satellite** 27:22

**scaling** 45:5

**scalp** 19:7 30:15 31:19 37:2,4,10,14 40:8 45:10 46:1 54:19 60:11 63:13 78:25 79:2,3,4 86:24 87:25 88:25

**scalps** 60:5

**scanned** 26:13 49:19

**scarring** 17:15 18:13,15,16,22 20:3 21:16 26:17 29:22,25 30:11 31:2,15,17,20, 24 34:2,3,5,11,15,16, 19,20,21 36:5,11,15 37:15 41:5,17 42:2

**school** 13:2,4 15:8 24:22

**schools** 20:19

**science** 13:7

**seborrheic** 55:15

**section** 49:6,13 51:10,19 55:9 56:1 58:4 73:4,18,25 77:24 80:4

**seek** 21:4 75:9

**separate** 33:16 76:6

**September** 22:5 82:2,10

**serve** 25:20

**setup** 10:18

**Seventy-five** 33:10

**severe** 48:22

**Shamlin** 27:5

**she'd** 76:10

**shedding** 35:8,18 49:4

**sheds** 45:7

**sheet** 74:8

**shoulders** 79:5

**show** 20:1,3 31:10

**showed** 26:18

**showing** 54:16

**shows** 42:2 67:7

**sic** 51:20

**side** 48:20,24 49:16, 17 57:1 73:2,13

**sig-** 20:9

**sign** 8:3

**significant** 17:10 20:10

**significantly** 37:1

**signs** 45:2,10

**similar** 11:10 87:17

**similarly** 11:10

**single** 32:20

**sir** 65:22

**sit** 91:21

**skin** 9:1,11 16:7 17:3 21:23,25 22:4 24:9

28:4,5 48:23 49:1,3, 6,8,10,15,22 50:9 55:18,20 57:3 58:11, 17 64:15,23 66:23 67:14 73:18,19,22 76:23 77:1,2,7,9,11, 13,20 78:19 80:10, 14,18 81:8 82:20 91:25

**SKS** 55:15 60:18,23

**slash** 53:25 63:24 79:3 84:2

**societies** 21:21 23:20,22

**Society** 21:24

**sort** 15:5 16:9 18:25 19:20 22:24 23:19 31:15 36:13 37:11 38:6,11 41:24 42:7 45:16 58:18,22 69:9

**Southwestern** 13:6 14:4,5

**speak** 21:15

**special** 22:2

**specialist** 6:16

**specialists** 21:13

**specialize** 8:25 16:4 17:1,12 18:5 28:1,2 29:12

**specialized** 16:7

**specializes** 17:3 21:24 28:3

**specialties** 15:4

**specialty** 8:24 13:11 28:18 29:5 42:18 85:24

**specific** 15:11 17:11, 25 19:8

**specifically** 18:9 28:22 29:9,10 34:16 36:24 46:22 50:11 75:9

**speed** 22:24

**spot** 35:24

**spots** 61:14 80:8

**Springs** 76:7

**stages** 36:22

**standing** 46:15

**stands** 54:15 55:15, 16

**start** 6:1 11:12,17 12:14 36:25 39:24 76:2

**started** 14:13 15:7, 12 29:6 65:7

**starting** 13:1

**state** 8:7 12:16

**states** 6:7 13:24

**stay** 20:21

**stem** 30:8

**step** 19:21

**steroid** 20:6 30:9 56:13 61:23

**steroids** 20:8

**Stewart** 6:5,25 9:12, 18 10:3 25:25 41:21 46:8,11 47:23 48:15, 18 49:7,22 50:1,21 51:1,23 53:16 54:18 56:5 57:11,23 59:3, 16 62:8 65:10 66:2 68:14,19 69:7 70:24 72:3,8 73:7 74:3,6 75:1,6,16 76:9 78:2, 10,11,18 79:23 80:5 81:12 82:3,8 83:16 84:11 85:5,16,18 86:9,12,15 87:3 89:23 90:12,20 91:22,25 92:8 93:12

**Stewart's** 26:7,22 48:4 55:2 58:25 60:11 62:22 63:13 69:20 76:21 77:15 79:19 81:5 82:15 86:24 87:15,16,21 89:14,16,19

**stimulant** 49:3

**stimulate** 30:4

**strategically** 31:9

**stress** 35:10

**strictly** 37:16 58:18, 23

**strike** 74:18 86:10

**stronger** 23:4

**studies** 13:8 32:18

**stuff** 63:5

**styling** 37:4

**stylist** 45:20

**subcutaneous** 31:7

**subscribe** 23:23

**suffer** 21:18

**suffering** 59:23

**sugars** 32:13

**sun** 77:2 80:16 83:13, 15

**sunscreen** 56:15 64:14 77:3 80:15 81:10 83:14

**supervising** 16:20 28:11,14,16

**supervision** 28:20

**supervisor** 28:10

**supplement** 44:16

**support** 21:18

**supposed** 52:20

**surgeon** 14:11 16:6 20:11

**surgeons** 21:14

**surgery** 35:10

**surrounding** 55:19

**survivors** 21:16

**swear** 7:4

**sworn** 7:8

**symptoms** 45:21 46:2 51:20 53:15 63:11,21 68:3 74:8 77:24 83:22

**systemic** 19:11

**systems** 51:24 52:21,24 63:7 68:24

---

**T**

**takes** 62:18

**taking** 12:25 19:17 48:18 72:8 84:11

**talk** 10:3 41:18 59:23

**talked** 10:6 29:21 38:15 39:14 59:11 88:1

**talking** 10:7 11:22 41:20 48:23

**Tara** 6:3 7:6,16 8:9 12:18

**Tara's** 56:20

**Taxotere** 6:4 23:7, 10,15,16 24:16 25:7 43:11,14 89:6,9,15, 18 90:13

**Taylor** 27:16

**teach** 20:19

**tells** 42:4

**telogen** 35:7,13,14, 19,22 49:4

**temples** 39:24

**ten** 10:10 25:13 59:14

**tender** 54:14

**tenderness** 51:16 58:7,9

**Terris** 61:12 64:14 70:8,10,13 80:14

**test** 45:8 56:6

**testified** 7:9 90:23

**testimony** 95:22

**Texas** 13:5,6 14:7 86:3

**textbooks** 23:23

**theory** 38:5

**therapy** 30:9 40:22 43:20,25 44:3 88:20, 23

**Theunissen** 27:16

---

**thick** 88:11

**thing** 11:16 93:10

**things** 17:5 20:23 42:4,10 52:24 76:25 77:7

**thinner** 37:1

**thinning** 33:22 40:1, 8 48:8 59:21

**Thorla** 16:21,23 17:1 28:8,10,13

**thought** 76:3 95:23

**thousand** 88:2

**thousands** 42:25

**three-year** 71:7

**throw** 40:19

**thyroid** 32:14

**tightly** 32:8

**time** 7:22 9:14 12:1 37:13 41:7 50:25 58:10 65:5 69:12,13 82:7,9 83:13 84:12 85:18 88:25 90:2 91:1,3,18 95:2

**times** 11:18 20:3 21:4 32:23 42:9 49:1 60:4 67:4

**tissue** 31:6

**titled** 49:6

**titles** 24:3

**today** 6:19 11:1,25 12:6 13:2 25:25 26:2, 11 27:19 41:20 46:8 71:14,17 89:24 91:21

**told** 70:8

**tone** 80:14

**tools** 38:22

**top** 24:2 37:9,10,14 40:11,13 42:17 50:22

**topical** 30:9 56:23

**total** 27:20

**totally** 12:1

**traction** 18:19,20,21,

---

23 32:5,9 33:14,16, 19,21,23 34:4,8 36:14,17,21,22 37:3 38:16,18 39:7

**traditional** 17:4

**Traditionally** 58:19

**trail** 7:22

**trained** 15:4

**training** 15:5

**transcript** 8:1,5

**translating** 67:9

**transplant** 19:4 20:11,14 21:14

**Trauma** 34:23

**Traurig** 7:13

**treat** 9:10 15:10 17:9, 10,12,13,15,18,20,21 18:14,17,18,20 19:1 21:7 22:8 29:10,11 33:8,12 45:19,20 46:8 61:11,15

**treated** 26:15,18 33:23 40:2 41:3 43:19 60:18,19 64:8 65:5 69:9 88:2,19 93:12

**treating** 9:5 15:20 16:4,13 18:13 22:15 26:22 28:22 29:7 85:24 86:2 90:24 91:25 92:10,19 93:7

**treatment** 15:2 19:5, 25 30:5 53:15 56:2,3, 4,11,14,18 58:23 60:20,22 61:11,18,19 62:14 64:1,12 66:18 68:17 71:7 76:11 80:5,12 86:4,5 96:2

**treatments** 20:2 22:24 43:12 46:18 64:11 67:19 81:1 88:12

**treats** 17:4 23:1,2 28:4,5

**trigger** 32:10

**triggered** 35:9

---

**TSG** 6:17,21

**tug** 45:7

**tugging** 33:22

**turn** 48:12

**TV** 23:18

**Tx** 56:1

**type** 10:18 17:13,14 18:15 19:8 30:23 31:10,12 37:4 60:4 68:16

**types** 19:9 42:15

**typically** 19:7,24 21:13 22:4,5,18,21, 25 25:19 30:21 31:3 32:5 36:22 37:8,13 39:23 43:22 63:6 78:21

---

**U**

**uh-huh** 10:21,24 11:2,6,20 47:21 48:14,16 54:9 55:10 56:24 62:18 64:21 65:14 67:25 69:10 70:23 71:13,15 73:5 85:14 87:13 88:5

**uh-uh** 11:6 23:8 27:17 93:11

**undergoing** 43:19

**understand** 12:7,9

**understanding** 42:14

**understood** 12:11 14:23

**undertake** 41:24

**United** 6:7

**University** 13:5,6

**unnecessarily** 52:25

**unrelated** 45:12 92:10

**untreated** 34:19 36:10

**up-to-date** 72:1

**Update** 22:5

**Updates** 24:9

**urgent** 18:6

**UT** 14:4,5

---

**V**

---

**variety** 73:6

**vary** 20:2

**verbal** 11:5,8

**versus** 6:6 17:17,25 29:22 30:11 31:17,20 36:5

**vertex** 37:3

**video** 6:2,16

**visibly** 59:21

**visit** 47:6 50:21 53:1, 16 55:3 57:11,16,23 59:1,4,10 60:12,18 62:5,12,15 65:1,6 66:10 68:1 70:17,18 72:1 74:22 75:1,12 77:14,18 82:2,10,16, 18 83:17 92:15

**visits** 10:8 19:15 65:10,13 87:22 91:18

**visual** 44:21,24 45:1 78:21

**vitamin** 72:25 80:13, 17 83:7

**vitamins** 23:1

**vulgaris** 80:6

---

**W**

---

**waive** 8:4

**Wanda** 6:5,25 9:12

**wanted** 26:15 58:21

**Warner** 15:25

**washing** 55:24

**ways** 20:21 30:14

**WDWN** 68:24

**wearing** 59:3,12,17 60:5 63:17,19 77:3, 17 83:13,14 85:9 91:18 95:23

**Weaves** 39:3

**weeks** 67:1

**weight** 52:3,11 53:4 63:22

**Wellness** 25:5

**whatsoever** 65:17 90:20,22

**whichever** 70:11,12

**who've** 42:21 88:3, 19

**wig** 20:15 48:10 59:4, 8,12,18,24,25 63:17, 19 77:17 85:8,10 91:18 95:23

**wigs** 60:4

**William** 27:1

**woman** 18:4 31:14 35:14

**women** 18:2,3,8,11, 12,17 19:1,9 20:12 28:22 29:7,9,13,19 31:11 32:6,14 33:5,8, 12 36:18 37:18 39:16,17,24 40:7,9, 17 42:9 43:24 44:6 45:18 49:4 58:10 60:5 77:4 83:13 85:25 86:2 90:24

**women's** 38:10 41:6 90:25

**word** 47:8

**work** 15:15 19:10 24:19,20 26:14 28:15 50:16 69:16

**worked** 14:7,10 15:9 75:7

**working** 14:6,13 15:7 24:22 70:7

**wrinkles** 80:23

**write** 60:15

**writing** 51:11

**written** 49:18

---

**Y**

---

**year** 14:8 91:5

**yearly** 21:10

**years** 9:15 10:10 14:11 21:12 25:13 28:19 42:20,24 46:19 59:14 66:4,8 69:8 71:3 75:20 76:1 87:3 93:8

**Yolanda** 6:19

**York** 6:18 22:6