## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **Section:  N(5)** |
| **This Document Relates to:** *Wanda Stewart v. Sandoz Inc.* Civil Case No. 2:17-cv-10817 | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE NORTH** |

### SANDOZ INC.'S MEMORANDUM IN SUPPORT OF ITS *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT C TO ITS OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRD PARTY FAULT

Defendant Sandoz Inc. ("Sandoz") respectfully requests leave of Court to file under seal Exhibit C to its Statement of Undisputed Material Facts in Opposition Plaintiff's Motion for Partial Summary Judgment on Third Party Fault. (Rec. Doc. 11631-1).  Sandoz respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

See Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Exhibit C contains information designated as confidential and/or "protected information," as set forth in PTO 50. For these reasons, it should be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of PTO 50 mandates that the document at issue be sealed. See Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Therefore, under PTO 50 and the applicable case law, Exhibit C to its Statement of Undisputed Material Facts in Opposition Plaintiff's Motion for Partial Summary Judgment on Third Party Fault (Rec. Doc. 11631-1) should be filed under seal.

Dated:  December 11, 2020                Respectfully submitted,

                                         **GREENBERG TRAURIG, LLP**

                                         */s/ Lori G. Cohen*
                                         Lori G. Cohen
                                         R. Clifton Merrell
                                         Evan C. Holden
                                         Terminus 200
                                         3333 Piedmont Road, N.E., Suite 2500
                                         Atlanta, Georgia 30305
                                         (678) 553-2100
                                         (678) 553-2386 (facsimile)
                                         CohenL@gtlaw.com
                                         MerrellC@gtlaw.com
                                         HoldenE@gtlaw.com

                                         *Attorneys for Sandoz Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 11, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Lori G. Cohen*
Lori G. Cohen