UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | Civil Action No.: 2:20-cv-00068 |
| **THIS DOCUMENT RELATES TO:**<br><br>Julie Yost | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Short Form Complaint (Doc. 11593);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 11th day of December, 2020.

_____
Honorable Jane T. Milazzo
U.S. District Court Judge