UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO:

**Elizabeth Kahn, Case No. 2:16-cv-17039**

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to file their Reply Memorandum in Support of Motion for Summary Judgment on Specific Causation under seal;

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file the Reply, including Exhibit M-P, under seal.

New Orleans, Louisiana, this 11th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE