# EXHIBIT F

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: TAXOTERE                )
                                    )
 5   (DOCETAXEL) PRODUCTS           )
                                    )
 6   LIABILITY LITIGATION           ) MDL Number: 2740
                                    )
 7   This Document Relates to:      ) Section H(5)
                                    )
 8   Alice D. Hughes vs. Accord     )
     Healthcare, Inc., Case Number  )
 9   2:17-cv-11769                  )
                                    )
10        - and -                   ) Volume I
                                    )
11   Wanda Stewart v. Sandoz, Inc., )
     Civil Case No. 2:17-cv-10817.  ) Pages 1 to 227
12   _____ )

13

14

15

16

17     REMOTE VIDEOCONFERENCED VIDEOTAPED DEPOSITION OF

18                 LINDA BOSSERMAN, MD

19                Los Angeles, California

20               Monday, September 14, 2020

21

22

23

24   Reported by:
     ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
25   JOB NO. 184048
```

Page 2

1

2

3

4

5

6

7

8       Remote Videoconferenced Videotaped

9   Deposition of LINDA BOSSERMAN, MD, Volume I,

10  taken on behalf of the Defendant Sandoz, Inc.,

11  at Los Angeles, California, commencing at

12  8:21 a.m., Monday, September 14, 2020, before

13  Elizabeth Borrelli, a Certified Shorthand

14  Reporter in the State of California, License

15  No. 7844.

16              * * *

17

18

19

20

21

22

23

24

25

Page 3

1   APPEARANCES OF COUNSEL:

2

3   For the Plaintiff:

4           DAVID F. MICELI LLC
            BY:  DAVID F. MICELI (via video)

5           Attorney at Law
            P.O. Box 2519

6           Carrollton, Georgia 30112

7

8            - and -

9           GAINSBURG, BENJAMIN, DAVID, MEUNIER
            & WARSHAUER

10          BY:  M. Palmer Lambert (via telephone)
            Attorney at Law

11          2800 Energy Centre
            1100 Poydras Street

12          New Orleans, Louisiana  70163

13

14  For Defendant Sandoz, Inc.:

15          GREENBERG TRAURIG
            BY:  EVAN HOLDEN (via video)

16          BY:  NICHOLAS INSOGNA (via video)
            Attorneys at Law

17          3333 Piedmont Road, NE
            Atlanta, Georgia 30305

18

19

20

21  For Defendants Actavis Pharma, Inc.;
    Actavis LLC; and Sagent Pharmaceuticals, Inc.:

22          ULMER & BERNE
            BY:  MICHAEL SUFFERN (via telephone)

23          Attorney at Law
            600 Vine Street

24          Cincinnati, Ohio 45202

25

Page 4

1   For Defendants Hospira Worldwide, LLC,
    and Pfizer, Inc.:

2

3           CHAFFE McCALL
            BY:  PETER ROTOLO (via video)

4           Attorney at Law
            2300 Energy Centre

5           1100 Poydras Street
            New Orleans, Louisiana 70163

6

7

8   For Defendant Sun Pharmaceutical Industries, Inc.:

9           HINSHAW & CULBERTSON
            BY:  ROBERT BUCHHOLZ (via video)

10          Attorney at Law
            53 State Street

11          Boston, Massachusetts 02109

12

13

14  For Defendant Accord Healthcare, Inc.:

15          TUCKER ELLIS
            BY:  MOLLIE BENEDICT (via video)

16          BY:  MADELINE DENNIS (via video)
            Attorneys at Law

17          515 South Flower Street
            Los Angeles, California 90071

18

19

20  For Defendant Sanofi, S.A.:

21          SHOOK, HARDY & BACON
            BY:  HILLARY NICHOLAS (via telephone)

22          Attorney at Law
            2555 Grand Boulevard

23          Kansas City, Missouri 64108

24

25

Page 5

1   Also Present:

2       CHRIS JORDAN, Videographer

3       DAWN BENNETT PRATHER

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

 1                    I N D E X
 2  WITNESS                            EXAMINATION
 3  LINDA BOSSERMAN, MD
 4  By MR. HOLDEN                              12
 5
 6
 7                    EXHIBITS
 8
 9  BOSSERMAN                               PAGE
10  Exhibit 1    Deposition of Linda Bosserman,   13
                 MD, December 3, 2018, 128 pages
11
    Exhibit 2    Deposition of Linda Bosserman,   14
12               MD, December 10, 2018, 111
                 pages
13
    Exhibit 3    Deposition of Linda Bosserman,   14
14               MD, November 22, 2019, 137
                 pages
15
    Exhibit 4    Deposition of Linda Bosserman,   14
16               MD, April 17, 2020, 88 pages
17  Exhibit 5    Transcript of jury trial         16
                 proceedings, September 20,
18               2019, 43 pages
19  Exhibit 6    Document titled "Taxotere Rule   17
                 26 Report," November 9, 2018,
20               53 pages
21  Exhibit 7    Document titled "Taxotere Rule   17
                 26 Report," October 21, 2019,
22               51 pages
23  Exhibit 8    Document titled "Taxotere Rule   17
                 26 Report," April 3, 2020, 56
24               pages
25

Page 7

 1  Exhibit 9    Notice of Videotaped Deposition  19
                 of Linda Bosserman, MD, FACP,
 2               FASCO, 9 pages
 3  Exhibit 10   Document titled "Taxotere Rule   24
                 26 Expert Report," June 8,
 4               2020, 68 pages
 5  Exhibit 11   Curriculum Vitae for Linda       24
                 Bosserman, MD, FACP, FASCO, 44
 6               pages
 7  Exhibit 12   Collection of Invoices, 23       55
                 pages
 8
    Exhibit 13   Document titled "Materials       71
 9               Reviewed," 5 pages
10  Exhibit 14   Document titled "Group 3 Trial   112
                 Patients WS and AH Medical
11               Summaries," 3 pages
12  Exhibit 15   Medical Record for Wanda         119
                 Stewart bearing Bates Nos.
13               STEWART,W-SHAMLIN-MED-00014
                 through
14               STEWART,W-SHAMLIN-MED-00016, 3
                 pages
15
    Exhibit 16   Deposition of Christopher        128
16               McCanless, MD, 124 pages
17  Exhibit 17   2014 NCCN Breast Cancer          132
                 Guidelines, 180 pages
18
    Exhibit 18   Document titled "Treatment Plan  153
19               Report," 3 pages
20  Exhibit 19   Deposition of Wanda Stewart,     157
                 109 pages
21
    Exhibit 20   Coping with Cancer Handout,      159
22               bearing Bates Nos.
                 STEWART,W-PLTF-00268 through
23               STEWART,W-PLTF00269, 2 pages
24
25

Page 8

 1  Exhibit 21   Cytoxan Handout, bearing Bates   160
                 Nos. STEWART,W-PLTF-00270
 2               through STEWART,W-PLTF-00275, 6
                 pages
 3
    Exhibit 22   Handout for Adriamycin, bearing  164
 4               Bates Nos. STEWART,W-PLTF-00276
                 through STEWART,W-PLTF-00281, 6
 5               pages
 6  Exhibit 23   Handout for Taxotere, 6 pages    167
 7  Exhibit 24   Document titled "Chemotherapy    168
                 Consent Form," bearing Bates
 8               Nos.
                 STEWART,W-CONSENT-MED-00002 and
 9               STEWART,W-CONSENT-MED-00003, 2
                 pages
10
    Exhibit 25   Document titled "Oncology        189
11               Follow Up," bearing Bates Nos.
                 STEWART,W-HOC-MED-00005 through
12               STEWART,W-HOC-MED-00008, 4
                 pages
13
    Exhibit 26   Article titled "Weekly           209
14               Paclitaxel in the Adjuvant
                 Treatment of Breast Cancer," 9
15               pages
16  Exhibit 27   Article titled "Taxanes for      212
                 adjuvant treatment of early
17               breast cancer (Review)," 141
                 pages
18
19           INFORMATION REQUESTED
20                   (None)
21           UNANSWERED QUESTIONS
22                   (None)
23
24
25

Page 9

 1      LOS ANGELES, CALIFORNIA; MONDAY, SEPTEMBER 14, 2020
 2              8:21 A.M.
 3
 4          THE VIDEOGRAPHER:  Good morning.  My name
 5  is Chris Jordan and I'm the legal videographer in
 6  association with TSG Reporting.  Due to the severity
 7  of the COVID-19 and following the practice of social
 8  distancing, I will not be in the same room with the
 9  witness.  Instead, I'll record this videotaped
10  deposition remotely.  The reporter, Liz Borrelli,
11  also will not be in the same room and will swear the
12  witness remotely.
13          Do all parties stipulate to the validity
14  of this video recording remote swearing and that it
15  will be admissible in the courtroom as if it had
16  been taken following Rule 30 of the Federal Rules of
17  Civil Procedures and the state's rules where this
18  case is pending?
19          MR. MICELI:  On behalf of plaintiffs, we
20  stipulate and agree, yes.
21          MR. HOLDEN:  On behalf of Sandoz, we
22  agree.
23          MS. BENEDICT:  For defendant Accord
24  Healthcare, Inc., we agree as well.
25          THE VIDEOGRAPHER:  Thank you.

Page 10

```
1              MR. BUCHHOLZ:  On behalf of --
2              THE VIDEOGRAPHER:  This marks the
3    beginning --
4              MR. BUCHHOLZ:  -- Sun Pharmaceuticals
5    Industries, we agree.
6              [Reporter requests clarification.]
7              MR. BUCHHOLZ:  I said on behalf of Sun
8    Pharmaceutical Industries, we agree.
9              MS. BENEDICT:  And for Accord, it's Molly
10   Benedict.
11             THE REPORTER:  Thank you, Molly.  That's
12   what I was wondering, which one of were you
13   speaking.
14             THE VIDEOGRAPHER:  Thank you.
15             This marks the beginning of the videotaped
16   deposition of Dr. Linda Bosserman being taken in re:
17   Taxotere Products Liability Litigation being held in
18   the United States District Court, Eastern District
19   of Louisiana.  The deposition is being taken on
20   September 14, 2020, at approximately 8:23 a.m.  My
21   name is Chris Jordan with TSG Reporting.  The court
22   reporter is Liz Borrelli with TSG Reporting.
23             Will counsel please state your name for
24   the record.
25             MR. MICELI:  David Miceli on behalf of
```

Page 11

```
1    Plaintiff and PSC.
2              MR. HOLDEN:  Evan Holden on behalf of
3    Defendant, Sandoz, Inc.
4              MS. BENEDICT:  Molly Benedict of Tucker
5    Ellis for Defendant, Accord Healthcare, Inc.
6              MR. BUCHHOLZ:  Robert Buchholz on -- from
7    Hinshaw & Culbertson, on behalf of Sun
8    Pharmaceutical Industries, Inc.
9              MR. SUFFERN:  Good morning.  My name is
10   Michael Suffern.  I represent Actavis Pharma, Inc.,
11   Actavis, LLC, and Sagent Pharmaceuticals, Inc.
12             MR. ROTOLO:  Peter Rotolo for Hospira.
13             MR. LAMBERT:  Palmer Lambert, co-liaison
14   counsel for plaintiffs.
15             MS. DENNIS:  Madeline Dennis on behalf of
16   Accord Healthcare, Inc.
17             THE VIDEOGRAPHER:  Thank you.
18             Will the court reporter please swear in
19   the witness.
20                   LINDA BOSSERMAN, MD,
21             having been duly administered
22             an oath in accordance with CCP 2094,
23             was examined and testified as follows:
24   ///
25   ///
```

Page 12

```
1                   EXAMINATION
2    BY MR. HOLDEN:
3        Q.   Okay.  This will be the deposition of
4    Dr. Linda Bosserman taken pursuant to notices and
5    agreement of counsel.  This deposition is taken for
6    the purposes of discovery and all other purposes
7    allowed under the federal rules and objective order
8    that's been entered in this case.
9              Good morning, Doctor.
10             Would you put -- state your name for the
11   record, please?  Sorry.
12       A.   My name is Linda Diana Bosserman, MD.
13       Q.   Thank you.  And thank you.  I know it's
14   very early on the West Coast so thank you for
15   joining early today.  We will try to plow through as
16   much as we can today and then pick it up tomorrow.
17   Obviously, it's not ideal having the
18   videoconference.  We've already had a few hiccups
19   today, but hopefully we can get through it.
20             I understand you've been deposed through
21   videoconference before; is that right?
22       A.   Yes.
23       Q.   Okay.  I'll kind of skip most of the
24   ground rules, but I may ask some bad or confusing
25   questions today.  If you don't understand my
```

Page 13

```
1    question, please just let me know and I'll be happy
2    to rephrase it.  If you do go ahead and answer my
3    question, I'll assume that you understood the
4    question.
5              Do you understand that instruction?
6        A.   Yes.
7        Q.   Are you taking any drugs or medications
8    that impact your ability to testify truthfully
9    today?
10       A.   No.
11       Q.   Today, by my count, marks the fifth time
12   you've been deposed as an expert witness in the
13   Taxotere litigation; is that correct?
14       A.   I believe so.
15       Q.   And I've gone ahead and marked as
16   Exhibit -- Exhibit 1 to your deposition is your
17   December 3, 2018 deposition.
18             (Whereupon Exhibit 1 was marked for
19             identification.)
20   BY MR. HOLDEN:
21       Q.   And I've marked as Exhibit 2 your
22   December 10, 2018 deposition in the Taxotere
23   litigation.
24             (Whereupon Exhibit 2 was marked for
25             identification.)
```

1          THE WITNESS:  What was the date on that?
2 BY MR. HOLDEN:
3     Q.   December 10, 2018.
4     A.   Okay.
5     Q.   And then as Exhibit 3, we've marked your
6 November 22, 2019 deposition.
7          (Whereupon Exhibit 3 was marked for
8          identification.)
9 BY MR. HOLDEN:
10     Q.   And then as Exhibit 4, I've marked your
11 April 17, 2020 deposition from just about five
12 months ago.
13          (Whereupon Exhibit 4 was marked for
14          identification.)
15 BY MR. HOLDEN:
16     Q.   I'm putting my paralegal through the paces
17 here.
18          Okay.  Do you recall those four prior
19 depositions?
20     A.   Not specifically.  I mean, I -- I know I
21 did the depositions.
22     Q.   Sure.  And I know they were -- they were
23 long days each time, I'm sure.
24          Was your testimony in each of those prior
25 depositions truthful and accurate at the time that

1 you testified?
2     A.   Yes.
3     Q.   Was that a "yes"?
4     A.   Yes.
5     Q.   Sorry, there's just a little delay.
6          And did you have a chance to carefully
7 review the transcripts from those depositions after
8 the depositions were taken?
9     A.   Yes.
10     Q.   Is there any testimony in any of those
11 depositions that is no longer accurate?
12     A.   I haven't reviewed them with that in mind.
13 I can't answer that.
14     Q.   Okay.  I -- I saw, for at least a couple
15 of the depositions, you -- you submitted detailed
16 errata sheets.
17          Do you recall that?
18     A.   For one of them, I remember.  I don't
19 remember for the other ones.
20     Q.   Are you aware of any testimony from those
21 depositions that needs to be supplemented in order
22 to be fully accurate today?
23     A.   I have not reviewed them with that in
24 mind.
25     Q.   But you have -- you don't know of any

1 testimony that needs to be supplemented, do you?
2     A.   Well, I haven't reviewed it for that, so I
3 think I answered the question.
4     Q.   And you're not aware of any prior
5 testimony that is no longer accurate, right?
6     A.   I have not reviewed it with that in mind,
7 so I can't -- you know, that's the best answer I can
8 give you.
9     Q.   You also gave trial testimony at the first
10 trial of the Taxotere lawsuit; is that correct?
11     A.   I did.
12     Q.   And we've marked that testimony as Exhibit
13 No. 5 from September 5 -- September 20, 2019.
14          (Whereupon Exhibit 5 was marked for
15          identification.)
16 BY MR. HOLDEN:
17     Q.   And, again, was your trial testimony
18 truthful and accurate at the time you testified?
19     A.   Yes.
20     Q.   Sitting here today, you can't think of any
21 testimony from your trial testimony that's
22 inaccurate or needs to be supplemented, correct?
23     A.   Without having reviewed it, nothing comes
24 to mind.
25     Q.   And in addition to your depositions and

1 trial testimony, you've also offered three previous
2 expert reports in this litigation in addition to the
3 report that you offered on behalf of Ms. Stewart and
4 also Ms. Hughes that we're talking about today; is
5 that correct?
6     A.   Yes.
7     Q.   And I've marked Exhibit 6, your
8 November 9, 2018 expert report.
9          (Whereupon Exhibit 6 was marked for
10          identification.)
11 BY MR. HOLDEN:
12     Q.   And then Exhibit 7, I've marked your
13 October 21, 2019 expert report.
14          (Whereupon Exhibit 7 was marked for
15          identification.)
16 BY MR. HOLDEN:
17     Q.   And I've marked as Exhibit 8 your April 3,
18 2020 expert report.
19          (Whereupon Exhibit 8 was marked for
20          identification.)
21 BY MR. HOLDEN:
22     Q.   I'm sure you recall drafting and
23 submitting those reports in the prior cases,
24 correct?
25     A.   Yes.  Since I did it myself, yes.

1    Q.   I'm sure it was a lot of work.
2         Do you stand by each of those reports in
3    their entirety today?
4    A.   I stand at the time I wrote them, yes.
5    Q.   And sitting here today, are you aware of
6    anything that's changed in any of them so that it is
7    no long -- so that they are no longer true or
8    accurate?
9    A.   Nothing comes to mind with that.
10   Q.   Is it fair to say you stand by all the
11   testimony and the reports that you've given over the
12   course of this litigation, whether at trial or
13   during a deposition or in your reports?  Is that
14   fair to say?
15   A.   At the time I wrote them --
16        MR. MICELI:  Object to form.
17        THE WITNESS:  -- yes.  I haven't reviewed
18   them now for any edits I might make.
19   BY MR. HOLDEN:
20   Q.   And sitting here today, you're not aware
21   of any edits that you would need to make to the
22   prior testimony or your reports?
23   A.   Well, I can't --
24        MR. MICELI:  Object to the --
25        THE WITNESS:  I haven't reviewed --

1         MR. MICELI:  -- form.  Hold -- Linda, just
2    take a breath so I can -- if I have to object.
3         Object to the form.  Sorry, Evan.
4         MR. HOLDEN:  Sure.
5         THE WITNESS:  Yeah, I haven't reviewed
6    them so I really can't answer that whether I would
7    have edits to them today or not.
8    BY MR. HOLDEN:
9    Q.   I'm going to mark as Exhibit 9 the notice
10   of deposition for today.
11        (Whereupon Exhibit 9 was marked for
12        identification.)
13   BY MR. HOLDEN:
14   Q.   Doctor, did you have a chance to look at
15   your notice of deposition or the -- the list of
16   document requests before today?
17   A.   I did.
18   Q.   Great.  And I know there's a lot of
19   requests and your counsel responded to some of them.
20   I'm just going to ask you about a few of them right
21   now.  We've pulled up the first page of requests.
22        And do you see Request No. 8 asks for a
23   copy of your complete and entire file for the
24   Taxotere litigation?  Do you see that?
25   A.   I see that, yes.

1    Q.   And could you just describe for us, did
2    you try to bring your file today to this deposition?
3         MR. MICELI:  Object to the form.
4         And, Linda, do not discuss any discussions
5    you had with either myself, Palmer, or other
6    counsel.
7    BY MR. HOLDEN:
8    Q.   You can answer.
9    A.   I'm sorry, can you repeat the question?
10   Q.   Sure.
11        Did you bring your complete and entire
12   file in the Taxotere litigation to the deposition
13   with you today?
14   A.   No.
15        MR. MICELI:  Same objection.
16   BY MR. HOLDEN:
17   Q.   Do you have a file for the Taxotere
18   litigation?
19        MR. MICELI:  Object to the form.
20        THE WITNESS:  I believe our response
21   addresses this question you're asking.
22   BY MR. HOLDEN:
23   Q.   Well, let me ask, do you have, like, a
24   hard-copy file with materials that are -- that
25   relate to the Taxotere litigation?

1         MR. MICELI:  Object to the form.
2    BY MR. HOLDEN:
3    Q.   Or do you have it electronic?
4         MR. MICELI:  Same.
5         THE WITNESS:  Every -- everything
6    requested has been provided to you.
7    BY MR. HOLDEN:
8    Q.   Okay.  I want to go over some of these
9    specific requests.  And at the bottom of this same
10   page, there's sub-bullet ii there, and it asks about
11   any medical records, notes, correspondence that you
12   received from any healthcare provider who rendered
13   care and treatment to the plaintiff, Ms. Stewart.
14        Did you have any documents like that, for
15   instance, communications with any of Ms. Stewart's
16   healthcare provider -- providers?
17        MR. MICELI:  Object to the form.
18        THE WITNESS:  I've provided the medical
19   records that I reviewed.
20   BY MR. HOLDEN:
21   Q.   Understood.
22        And aside from medical records, did you
23   ever have any communications with any of
24   Ms. Stewart's providers?
25   A.   No.

1    Q.   And then if -- if --
2         MR. HOLDEN:  You can go to the next page.
3    BY MR. HOLDEN:
4    Q.   And the first bullet on this page was a
5    request for any notes, tapes, memoranda, or records
6    that you generated in connection with your
7    involvement in this litigation, either handwritten
8    or electronic format.  And I -- I do not believe
9    I've been provided with any notes.
10        So that's my question:  Did you -- do you
11   have any notes that you've taken in this litigation
12   or did you not provide them?
13        MR. MICELI:  Object to the form.  Evan,
14   I -- I -- I think that they were supposed to --
15   there -- there was some notes that she was going to
16   keep in front of her during today's deposition that
17   were sent to you this morning.
18        MR. HOLDEN:  Yes, yes.  I did.
19   BY MR. HOLDEN:
20   Q.   Doctor, just right before, I got, like,
21   a -- I think it was a couple pages of sort of a
22   summary of each plaintiff's medical history.
23        I guess, aside from that, have -- did you
24   keep any other handwritten or electronic notes?
25   A.   I provided everything required with our

1    responses.
2    Q.   Okay.  Well, I -- my -- I didn't get any
3    notes other than that one page.
4         So my -- did you have any other notes
5    aside from that?
6    A.   Those are my notes.
7    Q.   Okay.
8         MR. MICELI:  And just for the record,
9    Evan, it's two -- two pages and then a little extra,
10   just so we're clear, right?  If not, I'll --
11        MR. HOLDEN:  We'll probably get it
12   (indiscernible.)
13        MR. MICELI:  -- send you them again.
14        MR. HOLDEN:  No, yeah.
15        MR. MICELI:  Okay.
16        MR. HOLDEN:  We'll get it marked.
17        [Reporter requests clarification.]
18        MR. MICELI:  Myself or Mr. Holden?
19        THE REPORTER:  Mr. Holden.
20        MR. MICELI:  Okay.
21        MR. HOLDEN:  I said we'll get them marked
22   later on.
23        MR. MICELI:  Thank you.
24        THE REPORTER:  Thank you.
25   BY MR. HOLDEN:

1    Q.   Okay.  Doctor, I've -- I'm marking your
2    report in the Stewart case and also the Hughes case
3    that was served on June 8, 2020 as Exhibit 10.
4         (Whereupon Exhibit 10 was marked for
5         identification.)
6    BY MR. HOLDEN:
7    Q.   And do you recognize this document?
8    A.   Yep.
9    Q.   And this is a copy of the expert report
10   that you prepared in the Stewart case and in the
11   Hughes case, correct?
12   A.   That's what it looks like, yes.
13   Q.   And attached to your report was a copy of
14   your CV.
15        Do you recall that?
16   A.   I recall having it submitted, yes, and
17   I've sent you an updated one.
18   Q.   Yes.  And I'm going to mark that next.
19        (Whereupon Exhibit 11 was marked for
20         identification.)
21   BY MR. HOLDEN:
22   Q.   Okay.  So we've marked as Exhibit 11 your
23   CV, which I think I received yesterday, and it says,
24   at the bottom, "revised" --
25        MR. MICELI:  So --

1    BY MR. HOLDEN:
2    Q.   -- "12" --
3         MR. MICELI:  Sorry about that.
4    BY MR. HOLDEN:
5    Q.   -- "15/2019," but --
6         [Reporter requests clarification.]
7    BY MR. HOLDEN:
8    Q.   -- I think the file name said it was
9    revised September 12th -- 12, 2020; is that right?
10   A.   Yes, thank you for pointing that out.  I
11   will correct that on that footer.
12   Q.   But it -- I think it was -- the actual
13   correct date was September 12th?  It was Saturday?
14   A.   Correct.  I updated on it Saturday.
15   Q.   Gotcha.
16        And I assume this is the most up-to-date
17   version of your CV there is?
18   A.   That's true.
19   Q.   I'm just going to ask you a few questions
20   about your background quickly.
21        You're a medical doctor, correct?
22   A.   Correct.
23   Q.   You obtained a bachelor's degree in 1977
24   from UC Berkeley?
25   A.   Correct.

1     Q.   And you graduated from Stanford Medical
2  School in 1981?
3     A.   Correct.
4     Q.   And you stayed at Stanford Medical School
5  for an internship and a residency between, it looks
6  like, '81 and '84; is that correct?
7     A.   Correct.
8     Q.   You worked as an ER physician during this
9  time; is that right?
10    A.   No.  When I finished my residency, there
11 was a year before I started my fellowship because I
12 had my first son.  So I became an ER doc as a
13 clinical instructor at Stanford during part of that
14 time.
15    Q.   Got it.
16         Did you practice any medical oncology in
17 the 1981 through '84 time period?
18    A.   Well, it depends what your definition is.
19 Stanford had a really excellent oncology program.  I
20 did research for most of that time with the oncology
21 group and many oncology rotations.
22    Q.   Did you prescribe any chemotherapy during
23 that time period?
24    A.   Yes.
25    Q.   You obtained a California medical license

1  during your residency, correct?
2     A.   No.  You -- you get a medical license -- I
3  remember how that worked.  You had to have a license
4  to practice to be an intern because you write
5  prescriptions.  You have full authority, CEA.  You
6  have everything as an intern.  So after -- when you
7  have an MD, you -- as I remember, that's when you
8  get your license to practice in California.
9     Q.   So -- okay.  So would it be fair to say
10 you obtained your medical license during your
11 internship?
12    A.   Before.  You -- you finish medical school,
13 take your boards, and I -- you have to be licensed
14 to be an intern.
15    Q.   From the date that you first obtained your
16 California medical license, has it ever been
17 inactive for any period?
18    A.   No.
19    Q.   And have you ever been subject of any type
20 of formal discipline relating to your California
21 medical license?
22    A.   No.
23    Q.   After your residency, I believe you
24 pursued a fellowship at Dana-Farber in Boston; is
25 that right?

1     A.   Correct.
2     Q.   You obtained a Massachusetts medical
3  license during that fellowship; is that right?
4     A.   I obtained it before the fellowship.  You
5  have to be licensed to practice before you can work.
6     Q.   Is that license -- is that Massachusetts
7  license currently active?
8     A.   Yes.
9     Q.   And that has been active since you
10 obtained it in the '80s?
11    A.   No.
12    Q.   What was -- do you recall the years when
13 it was inactive?
14    A.   Not exactly.
15    Q.   Was there -- what was the reason why it
16 was inactive?
17    A.   So when I came back to California in 1990,
18 whenever the next renewal period is, I didn't renew
19 it.  And then I became a camp physician in the
20 Berkshires a summer or two ago and spent the months
21 it takes to re -- to reactivate it, and I've kept it
22 active because I also can use it at work now.  We --
23 we -- we -- I see patients remotely for breast
24 cancer, and so I've kept it.  It takes so long to
25 reactivate that I keep paying the fee to keep it

1  active now.
2     Q.   Got it.
3         And I think you said it was a few years
4  ago that you re-upped it?
5     A.   I believe it was in 2017, whenever on my
6  CV it says I was a camp doctor at Camp Lenox.
7     Q.   Got it.
8         Regarding board certifications, I believe
9  that you obtained your board certifications in
10 internal medicine during your residency at Stanford;
11 is that right?
12    A.   I think you just went blank again.  Let me
13 see if I can get you guys to come up before I have
14 to re-sign on.
15    Q.   We can still see you.
16         MR. MICELI:  I can still see you, Doctor.
17         THE WITNESS:  Yeah, maybe -- yeah, here it
18 is.  It just -- I just have to touch my screen now
19 and then.
20         Okay.  I'm sorry, the question...
21 BY MR. HOLDEN:
22    Q.   Sorry.
23         You obtained your board certification in
24 internal medicine during your residency at Stanford,
25 correct?

1    A.    You finish your boards after you finish
2  your residency, then you take your board exam, yes,
3  not during.
4    Q.    Got it.
5          Have you ever had to recertify that board
6  certification since you passed your exam?
7    A.    No.  I'm the last of the grandfathered
8  years.
9    Q.    Lucky you.
10          Are there any other obligations that you
11  have in order to maintain that certification?
12    A.    I actually -- none that I know of.
13    Q.    And has that --
14    A.    Probably -- I'm sure there's some
15  criteria.  I don't happen to know what they are.
16    Q.    Has your board certification in internal
17  medicine lapsed at any point between, I think it was
18  1982, when you got and it today?
19    A.    No.
20    Q.    You also obtained a board certification in
21  advanced trauma life support in 1984, correct?
22    A.    No.  I got certified.  It's not a board
23  certification.  There's a certification course, like
24  specialty training, but it's not a board exam.
25    Q.    Okay.  Okay.  And did that certification

1  expire in 1988, correct?
2    A.    I assume so.  They usually are
3  time-limited for those certifications, like getting
4  an advanced life support, you know, CPR certificate.
5  You renew them if you need it.
6    Q.    Got it.
7          And then you became board certified in the
8  subspecialty of medical oncology in 1989, right?
9    A.    Correct.
10    Q.    Was there an exam requirement for that
11  certification?
12    A.    Yes.  You have to finish your fellowship
13  and then you take the board exam, yes.
14    Q.    Is that certification currently active?
15    A.    Yes.
16    Q.    Has it been active since you obtained it
17  in 1989?
18    A.    Yes.
19    Q.    Are there any obligations that you need to
20  fulfill to keep that certification current?
21    A.    I don't know what they are.  And what I
22  mean by that is if -- probably, if I did something
23  horrible in medicine, I don't know if they would
24  pull it or not, but I don't have to take tests.
25  There's no requirement that I have to report, but I

1  don't know under what circumstance they might
2  withdraw that.  I don't know those rules since --
3          [Reporter requests clarification.]
4          THE WITNESS:  I don't know those rules.
5  I've never had that happen.
6  BY MR. HOLDEN:
7    Q.    After you completed your fellowship, you
8  spent some time in private practice in the Boston
9  area, correct?
10    A.    Yes.
11    Q.    And that was at the Goddard Medical Group?
12    A.    Yes.
13    Q.    Do you see patients as part of that
14  practice?
15    A.    Yes.  I built an oncology practice for the
16  group practice.
17    Q.    You prescribed chemotherapy for breast
18  cancer as part of that practice, correct?
19    A.    Correct.
20    Q.    Did you have a focus on breast cancer
21  treatment?
22    A.    At what time period?
23    Q.    While you were at Goddard Memorial
24  Hospital.
25    A.    At Goddard, I saw patients with all

1  oncology diagnoses.  And, as you know in, private
2  practice, breast is a -- one of the more common
3  cancers, but I saw all oncology types and hematology
4  types at that time.
5    Q.    And then you came back to California in
6  1990 to work at Wilshire Oncology Group, correct?
7    A.    Correct.
8    Q.    And you stayed there until 2014, right?
9    A.    Correct.
10    Q.    And, according to your CV, from 1990 to
11  2003, you were a medical oncologist and a
12  hematologist, right?
13    A.    Yes.
14    Q.    And then from 2003 to 2014, you were a
15  breast and gynecological cancer specialist, correct?
16    A.    Yes.
17    Q.    How did the role change between the -- the
18  first role as medical oncologist and hematologist
19  and then your -- your later role as the breast and
20  gynecological cancer specialist?
21    A.    So I primarily was doing more and more
22  breast cancer work and some GYN.  I mean, GYN are
23  rarer cancers than breast.  And as I did a lot more
24  leadership and headed our research program, I was
25  able to -- because that group was large enough, I

1  could focus just on seeing breast cancer.  So I
2  cared for my patients that I cared for, for years,
3  but I started seeing only new patients with breast
4  cancer, except for special circumstances.
5      Q.   Got it.
6           You prescribed chemotherapy to patients
7  during this time period?
8      A.   Yes.
9      Q.   And you prescribed taxane therapies,
10 correct?
11     A.   When they became available and on clinical
12 trials, yes.
13     Q.   And you prescribed docetaxel to patients,
14 correct?
15     A.   Yes.
16     Q.   I'm sorry, was that "yes"?
17     A.   Yes.
18     Q.   Sorry.
19           To -- to go back to your final year at
20 Wilshire Oncology Group, could you estimate how your
21 time was split between clinical research -- or
22 clinical practice, research, administrative duties,
23 and teaching?
24     A.   So I spent two days a week doing
25 administrative work as the managing partner and

1  three days a week in clinic, where I saw, you know,
2  four to five new breast cancer patients, sometimes,
3  in a day.  I had the largest breast cancer practice
4  in the region.  And then my searches after hours or,
5  you know, putting people on clinical trial.  And
6  then I had a nurse practitioner who saw people five
7  days a week, my nurse practitioner partner.  So on
8  Fridays, if she saw follow-up patients and there
9  were questions, even though I was doing
10 administrative work, I'd go to clinic sometimes and
11 I would answer questions or call patients back, so I
12 had a pretty busy practice.
13     Q.   Thank you.
14           So then, in 2014, you left Wilshire to
15 join City of Hope Medical Group?
16     A.   We closed the practice of Wilshire
17 Oncology and everyone at all our sites became
18 employed by City of Hope, and they took over all our
19 offices.
20     Q.   Okay.  And then in your first three years
21 at City of Hope, you were a medical oncologist,
22 breast and gynecological cancer specialist, correct?
23     A.   Yes.
24     Q.   Was that a "correct"?
25     A.   Yes.

1      Q.   Was that "yes"?  Sorry.
2      A.   Yes.
3      Q.   Sorry, I think sometimes your audio
4  doesn't quite go through.
5           And then I -- I think, in 2017, your role
6  changed, and since that point, you've been a medical
7  oncologist/breast cancer specialist/medical adviser;
8  is that right?
9      A.   That's correct.
10     Q.   And how does that role differ from your
11 prior role at City of Hope?  Is your current role
12 more administrative?
13     A.   Yes.
14     Q.   In your first two to three years at City
15 of Hope, did you see patients in your practice?
16     A.   Yes.
17     Q.   In your current role, do you still see
18 patients?
19     A.   Yes.
20     Q.   How often do you see patients today?
21     A.   So we have a large -- I head the
22 international program, so I oversee requests from
23 patients primarily China before COVID and now other
24 areas.  So I do video consultations and written
25 conver- -- consultations, and I oversee other of

1  those written consultations in cases of video
2  consultations by the City of Hope faculty.  In
3  addition, we developed a large employer strategy
4  based on the work I had started in international
5  medicine, and we now serve many, many patients
6  across the country who can come to us for second
7  opinions.  And I frequently do breast cancer
8  consultations, either video consultations or
9  written.  And I, until a couple months ago, was
10 doing the quality control review of all the work
11 that went out for breast cancer, which is still the
12 main -- one of the main cancers that people contact
13 us about for second opinions.
14     Q.   Okay.  So during your -- your first two
15 and a half years at -- at City of Hope, did you see
16 patients in person?
17     A.   Yes.  I had a -- my regular clinic at my
18 original office, my former office.
19     Q.   And since you took over your new role at
20 City of Hope in 2017, do you ever see patients in
21 person?
22     A.   I see them occasionally when they come to
23 campus.  If I've seen them for a video consultation
24 and they come to see some of our doctors, I'll sit
25 and talk with them when I'm -- when I am free and

1  able to.  But it's not a common occurrence and I
2  don't have a regular clinic.  I see people
3  virtually.
4      Q.   How often do you do the video
5  consultations with patients?
6      A.   I've done them -- you know, it's varied
7  over time from once a month.  The written ones would
8  be several per week, but the video ones vary.
9      Q.   When was the last time that you prescribed
10  chemotherapy to a patient?
11      A.   What do you mean by "prescribe"?
12      Q.   Written a prescription.
13      A.   Right.  Probably 2017 -- well, I shouldn't
14  say that because I cover for emergencies.  So last
15  year, I covered a clinic and saw breast cancer
16  patients and wrote chemotherapy for about a
17  three-week period for one of our clinics.
18          Before that, regularly was when I was in
19  the clinic, so 2017.
20      Q.   So after you left the clinic to become the
21  medical adviser in 2017, you've not been prescribing
22  chemotherapy except for your -- when you were
23  filling in on the emergency basis?
24      A.   Correct.
25          Your video just -- your audio just cut

1  out.
2      Q.   Did you hear my -- I think you heard my
3  last question, right?
4      A.   I did not.  Your audio cut out.
5      Q.   Oh.
6          My last question was, so after you left
7  the clinic to become the medical adviser in 2017,
8  you've not been prescribing chemotherapy except for
9  when he you were filling in on the emergency basis?
10      A.   Correct.  As far as writing a prescription
11  for it, that's correct.
12          Your last audio didn't come through.
13      Q.   I didn't say anything.
14          Prior to your role shifting to more
15  administrative duties, your clinical practice
16  consisted mainly of consultation and treatment of
17  breast cancer patients, correct?
18      A.   Correct.
19      Q.   You're also the editor-in-chief of the
20  Journal of Oncology Practice, correct?
21      A.   Yes.
22      Q.   Since your time as editor-in-chief, do you
23  recall any publications in that journal that relate
24  to the efficacy or toxicity of docetaxel for early
25  breast cancer?

1      A.   That's not the focus of our journal, and I
2  don't recall any.
3      Q.   Previously, you were editor of the Journal
4  of Clinical and Supportive Oncology from 2004 to
5  2018, correct?
6      A.   Correct.
7      Q.   And during your time at that journal, do
8  you recall any publication that related to the
9  efficacy or toxicity of docetaxel for early breast
10  cancer?
11      A.   I don't recall any.  This was 15 years of
12  work.
13      Q.   Do you currently serve on the editor --
14  editorial board of any other scholarly journals?
15      A.   I hope not.  If it's not in my CV, no.
16  I -- I wouldn't have another time minute.
17          [Reporter requests clarification.]
18          THE WITNESS:  I wouldn't have another
19  minute of time.  I -- I don't recall being on any
20  other right now.
21  BY MR. HOLDEN:
22      Q.   Fair to say that you don't engage in any
23  clinical practice or activity other than what
24  we've -- other than what we've just discussed?  Is
25  that fair?

1      A.   No.
2      Q.   Do you have any other research endeavors?
3      A.   Yes.  As a member of the value care
4  committee, I'm active in looking at, first of all,
5  setting up to capture structure data and look at how
6  it ties into decision support and pathways, and then
7  some outcome studies I have some projects all in
8  various stages of process.  I have one IRB
9  submission that just got approved and a couple more
10  that are pending, submissions.
11      Q.   And are all those activities as part of
12  your role at City of Hope?
13      A.   Yes.
14      Q.   Okay.  You have provided some consulting
15  services in the past, correct?
16      A.   Yes.
17      Q.   Including -- including consulting with
18  pharmaceutical companies, right?
19      A.   Yes.
20      Q.   Are you currently consulting for any
21  pharmaceutical companies?
22      A.   No.
23      Q.   Have you ever consulted relating to any
24  chemotherapy medications used to treat early breast
25  cancer?

1    A.   Yes.
2    Q.   Yes?
3    A.   Yes.
4    Q.   And do you recall which companies you
5  consulted for --
6    A.   I can't recall --
7    Q.   -- about early breast cancer?
8    A.   Sorry?
9    Q.   The -- which companies you consulted for
10  about early breast cancer.
11    A.   So I don't recall every one.  Most
12  recently, before becoming editor-in-chief, where
13  that's not -- you know, that -- that would be a
14  conflict so I stopped in 2018, end of '18.  I most
15  recently consulted for, on my CV, Puma Biotech,
16  which has a drug for early breast cancer.
17    Q.   And was that drug neratinib?
18    A.   Neratinib, yes.
19    Q.   Is that used in conjunction with other
20  chemotherapy medications?
21    A.   In early breast cancer, it is used after
22  completion of other combined modality therapy with
23  chemotherapy and biologic therapy.
24    Q.   Would you describe that drug as -- as a
25  competitor to docetaxel?

1    A.   No.
2    Q.   Why not?
3    A.   It's a totally different mechanism of
4  action and used in a -- in a -- in a different way.
5    Q.   Do you consult today for Integra Connect?
6    A.   I do, without any charges, on their
7  electronic medical record development.
8    Q.   That does not relate at all to
9  chemotherapy drugs, correct?
10    A.   Not directly, no.
11    Q.   Do you recall which companies you
12  consulted for -- well, let me strike that.
13        Did you consult with any companies related
14  to docetaxel?
15    A.   I don't have any recollection, over the
16  years, of exactly which companies -- I -- I mean, I
17  know I did work for Pfeizer.  I helped to -- I
18  worked for Medscape.  For Merck, I developed
19  educational materials.  For Amgen, I was a lecturer
20  remember for their pharmaceutical sales rep, U.S.,
21  international and Canadian and Australia, on breast
22  cancer and chemotherapy.  Many other drug companies,
23  I may have gone to advisory boards and been an
24  adviser, and I -- I never kept a long list.  Every
25  year, I filed conflict of interest disclosures for

1  any work at ASCO, but I don't -- I've never compiled
2  a list over the years.
3    Q.   Sitting here today, you can't think of any
4  of those consultations that involved docetaxel,
5  correct?
6    A.   I don't recall any specifically, no.
7    Q.   And sitting here today, you don't recall
8  any consultations that involved products that
9  compete with docetaxel, correct?
10    A.   Well, I mean --
11        [Reporter requests clarification.]
12        THE WITNESS:  -- I gave -- I gave -- I --
13  I did lectures and educational material on treatment
14  of early breast cancer, so that would clearly cover
15  or, you know, discuss whatever the regimens were at
16  that time and...
17  BY MR. HOLDEN:
18    Q.   Doctor, I'm going to turn to the section
19  of your CV entitled "Publications."
20        Do you see that there?
21    A.   I --
22        MR. MICELI:  What page are you going to?
23        MR. HOLDEN:  It's page 21, Dave.
24        MR. MICELI:  Okay, thanks.
25        THE WITNESS:  Now I see that, yes.

1  There's a big delay in you're talking and me seeing
2  it, but I'm --
3  BY MR. HOLDEN:
4    Q.   Same here too.
5        Do any of the publications on your -- this
6  list on your CV relate to hair cause -- hair loss
7  caused by docetaxel?
8    A.   I have to go through every paper.  I can't
9  give you a "yes" or "no."  I don't remember that as
10  the title of any article.
11    Q.   You can't -- you can't think of any
12  articles that you've published that relate to hair
13  loss caused with docetaxel, correct?
14    A.   When you say "relate to," I believe there
15  are research trials that had drugs in them, but I
16  don't remember a paper written about docetaxel and
17  the associated hair loss.
18    Q.   And, similarly, do any of the publications
19  on your list relate to chemotherapy-induced hair
20  loss?
21    A.   So there may be data on those that are
22  research studies, but the -- I don't recall a paper
23  that was specific on that topic.
24    Q.   Do you recall any article that you've
25  published that compared the efficacy, toxicity, or

1  safety of docetaxel compared to other chemotherapy
2  drugs?
3          MR. MICELI:  Object to the form.
4          THE WITNESS:  Yeah, I'd have to look at
5  every paper to see -- I did -- there's a lot of
6  research papers in there, some of which covered
7  docetaxel, so I don't have a yes-or-no answer on
8  that.
9  BY MR. HOLDEN:
10     Q.   I don't recall any papers like that being
11 cited in your report, which, obviously, dealt with
12 these issues.
13     I mean, it -- do you -- is it fair to say
14 that if you had written an article about docetaxel
15 and hair loss or comparing docetaxel toxicity to
16 other chemotherapy toxicity, that it would have been
17 in your report?
18     A.   If I had written --
19          MR. MICELI:  Object to the form.
20 BY MR. HOLDEN:
21     Q.   You can answer.
22     A.   You're asking if I wrote such a paper,
23 would I have cited it?
24     Q.   Right.
25     A.   I believe I would have.

1      Q.   Did you rely on any of the articles listed
2  in your "Publications" section in forming the
3  opinions that you have in this case?
4      A.   I relied on my years of expertise.  I
5  referenced relevant things.  So the weight of my
6  knowledge and clinical expertise and opinions
7  certainly is influenced by a lot of the work I did.
8      Q.   But, specifically, you can't think of a
9  single one of your publications that informed your
10 opinions in the Stewart or the Hughes case?
11         MR. MICELI:  Object to the form.
12         THE WITNESS:  As I sit here today, a paper
13 doesn't come to mind that I wrote about hair loss
14 and docetaxel.
15 BY MR. HOLDEN:
16     Q.   We talked a little bit about this before,
17 but would you mind breaking down the typical week
18 for you today in terms of the hours that you spend
19 on administrative tasks, seeing patients, scholarly
20 issues, other issues?
21         MR. MICELI:  Object -- object to the form.
22         THE WITNESS:  So as I understand it, you
23 would like to know what my work life is like at the
24 moment?  Remember, we're in the middle of COVID.  We
25 have been -- I have been working remotely since

1  some -- I believe it's March 19th in California, so
2  I participate in lots of videoconferences, and, I
3  might note, on platforms that work far better than
4  this one, one might think.
5          MR. HOLDEN:  I hope.
6          THE WITNESS:  Wow.
7          MR. MICELI:  Point taken.
8          THE WITNESS:  So -- so I participate in
9  tumor boards, both the weekly breast tumor board.
10 We now opened a new office in Newport Beach and I
11 started participating at the request of my
12 department chief.  I've been promoted to full
13 professor and I've given talks.  You'll see on my
14 CV, I'm set to give more talks.  I am contacted at
15 least once a week by patients wanting information or
16 to see me about breast cancer, and I generally --
17 actually, I mostly send them all to campus doctors
18 for video consults.  I consult -- I still am with
19 the international medicine group, but our China
20 patients have been on hold because of the COVID
21 issues and the current stresses between the
22 countries.
23     About let's see.  This is September.  In
24 July, because my work administratively supporting
25 the doctors in our whole move to value has

1  escalated, my editor work is about half time.  I've
2  stopped formally seeing patients for the employer
3  strategy group, so I haven't done a video consult
4  for that group or a written since July.  I stopped
5  doing that.  And that also had to do with being
6  chosen as the cochair for the United States for the
7  entire Elsevier, what's now called ClinicalPath.
8          [Reporter requests clarification.]
9          THE WITNESS:  Elsevier's entire breast
10 committee.
11     I was -- in August was chosen as the
12 cochair.  There are two cochairs.  That's one of the
13 largest committees that -- in the pathway program
14 and sets all the standards for breast cancer
15 treatment based on the evidence, with quarterly
16 meetings and as needed for more -- you know, if a
17 new paper comes out or a new discovery is made, and
18 it's thought to be practice-changing, we will meet
19 before the official quarterly meeting.  So that will
20 require time, and so I'm really focused on these
21 high-level treatments, decisions, support programs
22 to help colleagues who are working every day in the
23 clinics.
24     Yeah.  And --
25 BY MR. HOLDEN:

1    Q.   Is it fair to say you --
2    A.   -- I spoke with --
3    Q.   -- had to -- go ahead, I'm sorry.
4    A.   Again, my administrative work in our value
5  program involves educating doctors, lots of Zoom
6  calls on how to do all the accurate staging,
7  particularly breast cancer, which is very complex,
8  so that the right diagnosis is made to pair to the
9  right decision to support evidence-based
10  treatment plan.  And we just activated the whole
11  two-way interface where, from a diagnosis, we can go
12  to the pathway system and prompt for the best
13  treatment -- evidence-based treatment and then take
14  it back to the direct ordering system and electronic
15  record.  We're pioneering this for the country at
16  the moment, and I'm leading the correction and
17  update of the staging form across the Epic
18  electronic record system, which is the largest in
19  the United States.  So that and editing has really
20  taken most of my time.
21    Q.   Understood.  That sounds very busy.
22         Do you have -- how often do you do legal
23  consulting?
24    A.   I only consult right now for NDA Partners.
25  That's a commitment I made, and I do no other legal

1  consulting, given my time constraints.
2    Q.   Could you estimate, in the last three
3  years, the percentage of your income that comes from
4  legal consulting compared to everything else?
5         MR. MICELI:  Object to the form.
6         THE WITNESS:  If I had to estimate, I
7  would say maybe 10 percent.  It varies by year.
8  BY MR. HOLDEN:
9    Q.   And of the work that you do, can you
10  estimate what percentage is for plaintiffs versus
11  defendants?
12    A.   So, as I mentioned, the last number of
13  years, I have only worked for NDA Partners, and
14  I've -- I've limited myself only to this to working
15  for the plaintiffs.
16    Q.   And so the last three years, the only
17  expert work you've done is for the Taxotere
18  litigation?
19    A.   Yes.
20    Q.   Do you also review potential cases for
21  Shernoff Bidart?
22    A.   I have a lot in the past.  So Mike Bidart
23  is a personal friend.  My second husband is a
24  retired judge.  We've -- so I've done a lot of work
25  for the Shernoff Bidart.  It's now Bidart Echeverria

1  & Shernoff.  Anyway, they -- they've evolved the
2  name, but I do review cases for them.  Mostly, I
3  advise them on all their friends who have breast
4  cancer and get them connected.  But I have done
5  trial work and work in the past for the firm.
6         [Reporter requests clarification.]
7  BY MR. HOLDEN:
8    Q.   And I --
9         THE WITNESS:  And -- trial work and, you
10  know, reviewed cases and given advice.
11  BY MR. HOLDEN:
12    Q.   They're an insurance bad faith litigation
13  firm; is that right?
14    A.   That is their specialty, yes.
15    Q.   And they represent primarily plaintiffs,
16  correct?
17    A.   Correct.
18         MR. MICELI:  Object to the form.
19  BY MR. HOLDEN:
20    Q.   Do you review cases for them and advise
21  them and their client as to whether it's a good
22  lawsuit?
23         MR. MICELI:  Object to the form.
24         THE WITNESS:  I'm not a legal expert.
25  I -- I advise them whether or not I think the

1  standards have been met or not met, and, in several
2  cases, they didn't take cases, and I even met with
3  patients to advise them on their treatment as a
4  favor to Mike.
5         [Reporter requests clarification.]
6         THE WITNESS:  To Mike Bidart.
7  BY MR. HOLDEN:
8    Q.   You testified at trial in the Taxotere
9  litigation in 2019, last year.
10         Did you testify in any other litigation
11  last year?
12    A.   No.
13    Q.   Have you testified at trial at any point
14  other than the Taxotere litigation?
15    A.   In the last six years or in my career?
16         [Reporter requests clarification.]
17         THE WITNESS:  So are you asking if I've
18  testified at trial in the last three years or at any
19  time in my career?
20  BY MR. HOLDEN:
21    Q.   At any time in your career, aside from the
22  Taxotere trial last year, have you testified at
23  trial?
24    A.   I have.
25    Q.   And do you recall how many times?

1    A.   Two come to mind.  There may have been
2  others.
3    Q.   And were those cases on -- did you testify
4  on behalf of the plaintiffs or the defendants?
5    A.   The one I recall was on behalf of a woman
6  with breast cancer.  And the second one, I think,
7  was also on behalf of the patient.
8    Q.   Currently, how many cases a year do you
9  review on behalf of Shernoff Bidart?
10    A.   I haven't reviewed any --
11         MR. MICELI:  Object to the form.
12         THE WITNESS:  -- cases in the last few
13  years for them.  I think the last time I reviewed a
14  case was several years ago.
15  BY MR. HOLDEN:
16    Q.   And in the past three years, how many
17  times have you reviewed a case on behalf of NSF?
18    A.   I don't understand the question.
19    Q.   I believe NSF, that is your -- I'm sorry,
20  or NDA Partners, is that your company who you work
21  for Taxotere through?
22    A.   Yes.  I've taken no other cases.
23    Q.   And you -- you haven't reviewed any other
24  cases either?
25    A.   No.

1    Q.   Do you recall ever testifying as an expert
2  witness in a case against Sandoz before today?
3    A.   I don't have any recollection of that.
4    Q.   And I understand your -- your billing rate
5  for expert witness work is -- is $650 per hour; is
6  that correct?
7    A.   Correct.
8    Q.   And that's also your rate for depositions,
9  correct?
10    A.   Correct.
11    Q.   And I did receive a collection of your
12  invoices relating to the Taxotere litigation, which
13  I believe I received yesterday, and we're marking
14  that as Exhibit 12.
15         (Whereupon Exhibit 12 was marked for
16         identification.)
17  BY MR. HOLDEN:
18    Q.   And did you help pull these invoices
19  together?
20    A.   No.
21    Q.   You relied on counsel to do that?
22    A.   Yes.
23    Q.   I'll represent to you that I added up
24  the -- the total for fees in all those invoices, not
25  including costs or expenses, but just the fees, and

1  the total ended $210,000.
2         Does that sound correct to you?
3    A.   I'll take your word for it.
4    Q.   The most recent entry on the invoices that
5  I received was -- was on June 8, 2020, and that's
6  the date that your report in this case was
7  submitted.
8         My question to you is, have you billed any
9  time on the Taxotere litigation since June 8th?
10    A.   I haven't submitted any invoices, no.
11    Q.   Have you done any work that you intend to
12  submit invoices for?
13    A.   Yes.
14    Q.   Could you estimate how much -- how many
15  hours you've spent since June 8, 2020?
16    A.   I don't know, 10 to 15 preparing.
17    Q.   Preparing for your deposition?
18    A.   Yes.  That's the high side.  I -- I --
19  somewhere.
20         [Reporter requests clarification.]
21         THE WITNESS:  That's the high side.
22         I -- I don't know exactly.  I -- I keep
23  track of my calendar and then I add it up once a
24  month and send an invoice.  I do make all the
25  invoices myself.

1  BY MR. HOLDEN:
2    Q.   In the collection of invoices that I
3  received, I didn't see any invoices for
4  December 2018 when you were deposed twice in this
5  case.
6         I assume you did submit an invoice for
7  your time spent that month, correct?
8    A.   I hope so.
9    Q.   NDA Partners is the only expert witness
10  service that you're affiliated with, correct?
11    A.   Correct.
12         MR. MICELI:  Object to the form.
13  BY MR. HOLDEN:
14    Q.   Doctor, have you ever had any type of
15  formal consulting arrangement with Sandoz?
16    A.   Not that I recall.
17    Q.   And I'm pulling up -- I saw something on
18  your CV.  I think we're pulling it up here.  It's
19  No. 46.
20         MR. MICELI:  What page are you looking to,
21  Evan?  I can --
22         MR. HOLDEN:  30 --
23         MR. MICELI:  -- I've got a second here.
24         MR. HOLDEN:  39 of the CV, Dave.
25         MR. MICELI:  Thank you.

1  BY MR. HOLDEN:
2       Q.   And, Doctor, there's an -- there's an
3  entry there, I think this is in your "Presentation"
4  section, and it reads, "Invited Speaker-Value Based
5  Oncology Care:  Why, who, how, and impact on cancer
6  decision-making.  Cutting Edge Cancer Updates for
7  Senior Sandoz Oncology Leadership Team," in Santa
8  Monica, August 5, 2015.
9       A.   Oh.
10      Q.   Do you recall seeing that presentation at
11  all?
12      A.   No.
13      Q.   Okay.  Would you have had -- would you
14  have, today, any of your presentation materials or
15  handouts from that presentation?
16      A.   I don't --
17           MR. MICELI:  Object to the form.
18           THE WITNESS:  -- know.  I had -- let's
19  see.  I don't know if I -- I gave a slide talk or
20  just a talk.  I don't -- really have no independent
21  recollection of that specific event, so I don't
22  know.
23  BY MR. HOLDEN:
24      Q.   Do you recall or know whether that
25  particular presentation related to docetaxel at all?

1       A.   I don't remember anything independently
2  about what that presentation covered.
3       Q.   Safe to say from the title that it did not
4  relate to docetaxel and permanent
5  chemotherapy-induced hair loss?
6           [Reporter requests clarification.]
7           MR. MICELI:  Object to the form.
8           MR. HOLDEN:  Permanent
9  chemotherapy-induced hair loss.
10          THE WITNESS:  The title doesn't imply
11  that.  I don't know.  I don't recall what I covered
12  in the talk.
13  BY MR. HOLDEN:
14      Q.   Okay.  Other than that talk, have you had
15  any other contact with either Sandoz or Novartis
16  relating to any type of consulting work or
17  presentations, anything like that?
18      A.   I believe I consulted for Novartis in the
19  past.
20      Q.   And what do you recall about that?
21      A.   I don't even remember what drug it was,
22  whether it was a bisphosphonate or a breast cancer.
23  I don't recall.
24          [Reporter requests clarification.]
25          THE WITNESS:  Bisphosphonate,

1  B-I-S-P-H-O-S-P-H-O-N-A-T-E, bisphosphonate, or if
2  it was a breast cancer.
3           Like, I don't remember -- I do, Novartis,
4  name recalls.  I'm -- I'm sure I did some work for
5  them over the years.
6  BY MR. HOLDEN:
7       Q.   Have you ever worked with any of the
8  attorneys who represent the plaintiff in the
9  Taxotere litigation on other litigations before
10  Taxotere?
11      A.   I can't tell you I know every lawyer who
12  is on all these defense cases.  So on the list
13  today, I don't recognize anybody, but I really
14  couldn't answer your question.
15      Q.   In connection with drafting your report in
16  the Stewart case and the Hughes case, did you review
17  the opinions of any of Plaintiffs' other experts?
18      A.   I believe, on my review list, are expert
19  reports from various of their experts, yes.
20      Q.   Other than the ones that are listed on
21  that reliance list, were there any other reports
22  that you reviewed and considered?
23      A.   I don't remember any that weren't on the
24  list.
25      Q.   Specifically, I did not see, on the list,

1  a report from Dr. Ross, who is Plaintiffs' FDA
2  expert in the Stewart case and in the Hughes case.
3           Did you not review Dr. Ross' report?
4       A.   I don't recall reviewing it.  I'm not the
5  FDA expert.  My opinion doesn't cover that.
6       Q.   And I also didn't see, on the reliance
7  list, the report in the Stewart case and the -- and
8  the Hughes case of Dr. Rosic, who is Plaintiffs'
9  dermatology and dermatopathology expert.
10          Did you not review Dr. Rosic's report
11  either?
12      A.   Not that I recall because I'm not your
13  dermatopath expert.
14      Q.   As you may know, several of Plaintiffs'
15  other experts in this case have been deposed over
16  the past few weeks.
17          Have you reviewed any of those transcripts
18  from those depositions?
19      A.   Not that I recall, no.
20      Q.   To go back to the -- when you first became
21  involved in the Stewart case and in the Hughes case,
22  did Plaintiffs' counsel provide to you any facts or
23  assumptions for your consideration?
24      A.   The material that I was provided are on
25  that list, the medical records.

1    Q.   Right.

2         And aside from -- from the materials, the

3    medical records and depositions, which we'll talk

4    about, they didn't -- the plaintiffs' attorneys

5    didn't provide to you any facts and told you to

6    accept them as true aside from what was on the

7    materials?

8    A.   I don't recall such information.

9    Q.   The expert reports that you did review as

10   part of your form -- as part of forming your

11   opinions in the Stewart case and the Hughes case

12   that are on your reliance list, are there parts of

13   those reports that are indispensable to the

14   formulation of your opinions that you're offering

15   today?

16        MR. MICELI:  Object to the form.

17        THE WITNESS:  That's a broad question I

18   can't even begin to answer.

19   BY MR. HOLDEN:

20   Q.   Were there parts of those expert reports

21   from Plaintiffs' other experts that you relied on to

22   form your opinions in the Stewart case and the

23   Hughes case?

24   A.   I don't recall any parts that I relied on.

25   Q.   So there's nothing factual in their

1    reports that you accepted as true without

2    independently verifying it yourself?

3         MR. MICELI:  Object to the form.

4         THE WITNESS:  I'd have to look back.  I

5    think some of their reports were written using my

6    report.  I don't remember relying on them for my

7    opinions.

8    BY MR. HOLDEN:

9    Q.   Okay.  What did you do to prepare for your

10   deposition today?

11   A.   I read through my Rule 26 report.  I

12   skimmed one of my depositions.  I read their expert

13   documents and those things from my reliance list,

14   and I kind of finalized -- I call it the cheat

15   sheet, the, you know, high-level patient summary

16   just to solidify in my mind in those two couple

17   cases, highlight their dates and treatment and, you

18   know, really, the medical issues.

19   Q.   On your reliance list, I saw, related to

20   the Stewart case, the deposition of Wanda Stewart

21   and Dr. McCanless.

22        Do you recall those depositions?

23   A.   I recall reviewing them when I wrote my

24   Rule 26 report, yes.

25   Q.   I take it those depositions were -- formed

1    part of the basis for your report?  Is that "yes"?

2    A.   Yes.

3    Q.   I -- I did not see on that list any

4    depositions of any of Plaintiff Wanda Stewart's

5    family members.

6         I assume you did not review any of her

7    family member depositions, correct?

8    A.   I don't recall.

9    Q.   If you had reviewed it, it would have been

10   on the list, right?

11   A.   Yeah, I hope I'd remember to put it on.  I

12   don't recall addressing it in my Rule 26 report.

13   No, I don't have any independent recollection of

14   reviewing those.

15   Q.   And I don't -- I do not see any

16   depositions of any of -- of Ms. Stewart's other

17   medical providers aside from Dr. McCanless on your

18   list.

19        Was Dr. McCanless the only provider of

20   Ms. Stewart's whose deposition you reviewed?

21   A.   That's what I remember.  In -- I believe,

22   in his medical records, there were other records of

23   other providers, but I don't remember looking at any

24   of their depositions.

25   Q.   Okay.  For instance, the -- the deposition

1    of Dr. Everett Bonner, Plaintiff's surgical

2    oncologist, you did not review that, correct?

3    A.   I don't recall that.

4    Q.   Of the depositions of Ms. Stewart and

5    Dr. McCanless, did you review all the depositions or

6    only portions of those depositions that were

7    important to your opinions?

8    A.   I had the deposition and I skimmed, read

9    through it all.  I mean, I can't say I read word for

10   word, but I -- I read through it all.

11   Q.   And you also mentioned medical records

12   that you reviewed in connection with your report

13   regarding Ms. Stewart.

14        Do you recall which medical records you

15   reviewed?

16   A.   I don't have independent records.  They're

17   the records that are on my list that were provided

18   to me.  And they answered the questions that I had.

19   Q.   Were you relying on Plaintiff's counsel to

20   provide you the pertinent records?

21   A.   Yes.

22        MR. MICELI:  Object to the form.

23        THE WITNESS:  If --

24   BY MR. HOLDEN:

25   Q.   Did you ever ask --

1    A.   -- I was --
2    Q.   -- whether --
3    A.   If I was missing something --
4    Q.   Go ahead.
5    A.   -- I'd ask for it.
6    Q.   Did you ever ask Plaintiff's counsel if
7  the records you were provided were all of
8  Ms. Stewart's available records?
9    A.   I don't recall asking that question
10 because I had all the relevant records of her
11 treatment.
12   Q.   I think you said earlier that you did not
13 communicate with any of Ms. Stewart's medical
14 providers, correct?
15   A.   Correct.
16   Q.   Did you review any photographs of
17 Ms. Stewart?
18   A.   Not that I recall.
19   Q.   I take it those were not important for
20 your opinions in this case?
21   A.   I -- my opinions on clinical standards,
22 informed consent, treatment, toxicity.  I am not the
23 hair loss expert, nor the regulatory expert.
24        MR. HOLDEN:  Is this a good time for a
25 break?

1        MR. MICELI:  Yeah, I think we've been
2  going about almost an hour and a half, so...
3        MR. HOLDEN:  All right.  Off the record.
4        THE VIDEOGRAPHER:  Off the record.  The
5  time is 9:50.
6        (Recess.)
7        THE VIDEOGRAPHER:  Back on the record.
8  The time is 10:11.
9  BY MR. HOLDEN:
10   Q.   Okay.  Doctor, I'm going to ask you a few
11 questions about your report in -- in this case.
12        You understand, when you prepare an expert
13 report for litigation like you did in this case, the
14 purpose is to identify the opinions that you're
15 going to offer, correct?
16   A.   That's my understanding.
17   Q.   I know you're not an attorney, correct?
18   A.   Correct.
19   Q.   The purpose of the report is also to
20 provide the bases for each of your opinions,
21 correct?
22   A.   Yes.
23   Q.   And the report that you submitted in this
24 case, did you identify the -- all of the bases for
25 your opinions?

1        MR. MICELI:  Object to the form.
2        THE WITNESS:  I -- that was my goal.
3  BY MR. HOLDEN:
4    Q.   You also provided us with a list of
5  materials, which we talked about before, that you
6  relied upon in formulating your opinions, correct?
7    A.   Correct.
8    Q.   Again, is there anything that you
9  considered in developing your opinions that you did
10 not identify either in your report or on your
11 reliance list?
12        MR. MICELI:  Object to the form.
13        THE WITNESS:  I mean, I used my years as a
14 clinical breast cancer expert.  I don't think I --
15 you know, that's implied that those years of
16 expertise, work, experience, observation, training,
17 also went into that.
18 BY MR. HOLDEN:
19   Q.   Were there any opinions in some of your
20 prior reports in the Taxotere litigation that are
21 not contained in your current report that relate
22 generally to Taxotere and not -- or docetaxel, not
23 to the specific plaintiffs here?
24   A.   I haven't done a side-by-side comparison
25 to really answer that question.

1    Q.   For instance, I -- I think it looked like
2  you removed some references to CMF as a potential
3  alternative chemotherapy regimen that were in some
4  of your earlier reports and they were not in this
5  report.
6        Does that sound accurate?
7    A.   I tailor --
8        MR. MICELI:  Object to the form.
9        THE WITNESS:  -- each report's information
10 to focus on the patients that I'm addressing, so
11 yeah, I -- if -- if I had more in a different report
12 and I have less here, that's possible.
13 BY MR. HOLDEN:
14   Q.   And is that because a first-generation
15 regimen, like CMF, would not be a suitable
16 substitute regimen for Ms. Stewart?
17        MR. MICELI:  Object to the form.
18        THE WITNESS:  No, that is not why.  It
19 would be an acceptable alternative, it's on the
20 list, but I didn't really feel it needed to be
21 addressed here.  It's on the NCCN list.
22 BY MR. HOLDEN:
23   Q.   Did you write every word in this report?
24   A.   As far as I remember.  And you will note I
25 added a table of contents and reorganized some

1  things. And yeah, it wasn't written like some
2  others I looked at that don't look like physicians
3  wrote them.
4      Q.   I think you said earlier you had a chance
5  to review your June 8th report prior to today to
6  prepare for your deposition?
7      A.   Yes.
8      Q.   Before you would issue an expert report
9  like this, you want to make sure that your opinions
10  are reliable, correct?
11          MR. MICELI:  Object to the form.
12          THE WITNESS:  Reliable?  I don't know what
13  you mean by that.
14  BY MR. HOLDEN:
15      Q.   You would want to make sure that you
16  reviewed all the documents and did all necessary
17  research to make sure that the opinions are correct,
18  right?
19      A.   I reviewed the material that I felt was
20  appropriate for the opinions that are my area of
21  expertise.
22      Q.   Do you feel like you've been given a fair
23  opportunity to get what you need to issue an opinion
24  that is reliable and accurate?
25      A.   I've reviewed the materials that I think

1  were relevant to the opinions that I was asked to
2  give.
3      Q.   Would you be willing to submit a report
4  like this or this report for a peer review?
5          MR. MICELI:  Object to the form.
6          THE WITNESS:  So legal opinions and
7  medical peer review have several differences.  I
8  think that's way too general to say "yes" or "no"
9  to.
10  BY MR. HOLDEN:
11      Q.   Okay.  So we've talked a couple times
12  before about the list of materials reviewed that was
13  attached to your report, and we're marking it as
14  Exhibit No. 13.
15          (Whereupon Exhibit 13 had a was marked
16          for identification.)
17  BY MR. HOLDEN:
18      Q.   Do you see that, Dr. Bosserman?
19      A.   Yes.
20      Q.   And this was the list that was included
21  with your report on June 8, 2020, correct?
22      A.   Yes.
23      Q.   Do you have any updates to this list of
24  materials reviewed since June 8, 2020?
25      A.   Not that I --

1          MR. MICELI:  Object to the --
2          THE WITNESS:  -- know of.
3          MR. MICELI:  -- form.
4  BY MR. HOLDEN:
5      Q.   Is it fair to say if a record is not on
6  this list, it was not provided to you and you have
7  not considered it in your opinions, correct?
8          MR. MICELI:  Object to the form.  And,
9  Evan, just so you know, I'm objecting because of
10  things, I think, Palmer forwarded you yesterday.
11          THE WITNESS:  Yes.  I -- I added the
12  UpToDate chemotherapy alopecia report and my patient
13  notes that I made that we sent this morning,
14  anything else I thought was responsive.
15  BY MR. HOLDEN:
16      Q.   Okay.  Just -- just quickly, there were
17  some things that were not on this list, and I just
18  want to confirm that they were not considered by you
19  in formulating your opinions.
20          The -- for instance, the 2020 NCCN
21  clinical guidelines for breast cancer, you did not
22  consider those, correct?
23      A.   Well, I didn't address them in my report.
24  I'm well aware of them, but I didn't address them
25  because the patients were treated at a different

1  time.
2      Q.   And, similarly, the 2020 NCCN patient
3  guidelines for breast cancer, you did not consider
4  them here, correct?
5      A.   I didn't address that in my report because
6  they -- yeah, I didn't address it in my report.
7      Q.   And -- and the patients here were, I
8  think, in 2011 and 2014 is when they received
9  chemotherapy, correct?
10      A.   That's what my cheat sheet says.
11      Q.   Okay.  I did not see in the list any
12  documents produced in this litigation by my client,
13  Sandoz.
14          I take it you did not review any of those
15  documents, correct?
16      A.   I don't recall any.
17      Q.   And I did not see any documents produced
18  in this litigation by Defendant Accord.
19          You did not look at those, correct?
20      A.   I don't recall any.  I'm not your
21  regulatory expert.
22      Q.   There were, I think, seven documents
23  produced by Sanofi that were on your list.
24          Other than those seven documents, you did
25  not review any other documents produced by Sanofi,

Page 74

1  correct?
2      A.   I don't recall reviewing any.
3      Q.   We talked earlier, but the -- the medical
4  records that you reviewed for Ms. Stewart were
5  records that were selected by Plaintiff's counsel,
6  correct?
7           MR. MICELI:  Object to the form.
8           THE WITNESS:  I was sent her medical
9  records, and, as I read through them, they seemed to
10 be complete.
11 BY MR. HOLDEN:
12     Q.   And you didn't ask Plaintiffs' counsel for
13 any additional records?
14     A.   For either -- for either plaintiff?
15     Q.   Right.
16     A.   I recall asking to see the Oncotype
17 diagnostic report.  I think I couldn't find it in
18 the record, and that was provided, and I've actually
19 provided you a direct copy.  As far as I was --
20     Q.   (Indiscernible) --
21          [Reporter requests clarification.]
22          THE WITNESS:  -- (indiscernible) record, I
23 felt -- as far as I recall, the Oncotype DX --
24 O-N-C-O-T-Y-P-E, capital D-X -- report for Alice
25 Hughes was the only record I couldn't remember

Page 75

1  finding or seeing, and I requested it and I got a
2  copy and I provided it for you separately.
3  BY MR. HOLDEN:
4      Q.   I -- I take it you have not spoken
5  personally with the plaintiff Wanda Stewart,
6  correct?
7      A.   I have not spoken to the plaintiff,
8  correct.
9      Q.   So you're relying entirely on her
10 deposition testimony to infer her perception of the
11 informed consent process in this case?
12     A.   I reviewed her deposition and addressed
13 that in my report.
14     Q.   Are you aware that Plaintiff's dermatology
15 and dermatopathology expert, Dr. Rosic, had a
16 meeting and evaluation of Ms. Stewart?
17     A.   I am not independently aware of that.
18 Again, I'm not your hair and regulatory expert.
19     Q.   And, obviously, you did not review
20 Dr. Rosic's report of her meeting with Ms. Stewart
21 or any of the pathology slides or photomicrographs
22 related to that visit?
23     A.   Those are not on my list, right.
24     Q.   Have you reviewed any of the expert
25 reports submitted by experts on behalf of my client,

Page 76

1  Sandoz, in this litigation?
2      A.   I can't tell from the delay if that
3  question is done, but the reports I reviewed are on
4  this reliance list.
5      Q.   Okay.  So I -- just to be clear, so on
6  this list, the bottom of page 1, Rule 26 report, and
7  there's several reports from Plaintiffs' experts
8  listed, and then there is a report from John Glaspy,
9  MD listed, and actually -- and that -- those are the
10 only reports I see listed.  And John Glaspy, MD is
11 an expert for Sanofi.
12          Are those the only reports that you
13 reviewed -- you've reviewed?
14     A.   Those are the reports I --
15          MR. MICELI:  Object to the --
16          THE WITNESS:  -- reviewed.
17          MR. MICELI:  -- form.
18 BY MR. HOLDEN:
19     Q.   We'll go through the opinions in your
20 report, but first, I just want to identify the
21 subjects that are not included in your opinions so
22 we can kind of narrow the -- the scope of things a
23 little bit.
24          Does that sound okay?
25     A.   It's your deposition.

Page 77

1      Q.   You are not offering any opinions that
2  Ms. Stewart's oncologist, Dr. McCanless, breached
3  the standard of care in the treatment of
4  Ms. Stewart, correct?
5      A.   I did not submit any opinion on that.
6      Q.   It is not your opinion that Dr. McCanless
7  was wrong to recommend chemotherapy for Ms. Stewart,
8  correct?
9      A.   I did not express any opinion on that.
10     Q.   You're not second-guessing Dr. McCanless's
11 decision to prescribe docetaxel for Ms. Stewart,
12 correct?
13     A.   I believe I answered that.
14     Q.   Is it correct?
15     A.   I'm not offering any opinion about his
16 treatment decisions.
17     Q.   Would you agree that Dr. McCanless is in
18 the best position to testify as to his own thought
19 process and considerations when making his
20 prescriptions?
21          MR. MICELI:  Object to the form.
22          THE WITNESS:  Again, I'm not a legal
23 expert to say what he's going to testify on.
24 BY MR. HOLDEN:
25     Q.   Any testimony from you about what

1  Dr. McCanless might have thought or done, that would
2  be speculative, right?
3           MR. MICELI:  Object to the form.
4           THE WITNESS:  I'm -- I didn't hear your
5  question.
6  BY MR. HOLDEN:
7       Q.  Any testimony from you about what -- what
8  Dr. McCanless might have thought or might have done,
9  that would be speculative, right?
10          MR. MICELI:  Same objection.
11          THE WITNESS:  I'm not a lawyer.  I -- I
12 don't plan to -- my opinion is not about what he
13 did.
14 BY MR. HOLDEN:
15      Q.  But when it comes to his thought process,
16 he's in the best position to testify about that, not
17 you, right?
18          MR. MICELI:  Same --
19          THE WITNESS:  I --
20          MR. MICELI:  -- objection.
21          THE WITNESS:  -- am not going to offer an
22 opinion about his thought process.
23 BY MR. HOLDEN:
24      Q.  And you're not offering any criticisms of
25 any care offered by Ms. Stewart's other providers,

1  aside from Dr. McCanless, correct?
2       A.  That is not part of my opinion.
3       Q.  You're not offering any opinion that
4  Taxotere, or docetaxel, is not an effective drug in
5  the treatment of breast cancer, correct?
6       A.  I did not say that in my opinion.
7       Q.  And it is not your opinion that Taxotere
8  is an ineffective drug, correct?
9       A.  I did not express any opinion on the
10 efficacy of docetaxel.
11      Q.  It's not your opinion that a
12 docetaxel-containing regimen is never the right
13 chemotherapy option for a patient, correct?
14      A.  My expert opinion does not discuss the
15 efficacy of docetaxel, that's in general terms.
16      Q.  Okay, but it's -- putting efficacy aside,
17 it's not your opinion that docetaxel is never the
18 right chemotherapy option, correct?
19          MR. MICELI:  Object to the form.
20          THE WITNESS:  My opinion lists the options
21 under the NCCN guidelines, which I discussed are
22 within the category 1 standards.  And that
23 includes --
24          [Reporter requests clarification.]
25          THE WITNESS:  Category 1 recommendations

1  on the NCCN for the two different time periods.
2  BY MR. HOLDEN:
3       Q.  So you, therefore, agree that a
4  taxane-containing regimen was appropriate for the
5  treatment of Ms. Stewart's breast cancer, correct?
6           MR. MICELI:  Object to the --
7           THE WITNESS:  My --
8           MR. MICELI:  -- form.
9           THE WITNESS:  -- opinion includes the list
10 of options to be considered in the treatment of each
11 of these plaintiffs.
12 BY MR. HOLDEN:
13      Q.  And for Ms. Stewart, that included a
14 taxane-containing regimen, correct?
15          MR. MICELI:  Object to the form.
16          THE WITNESS:  Taxane-containing regimens
17 are included in the NCCN guidelines, along with the
18 other options that I reviewed.
19 BY MR. HOLDEN:
20      Q.  You're not offering any criticisms of the
21 design or the formulation of docetaxel, correct?
22      A.  I'm not offering a pharmacology discussion
23 of the drug, that I recall.
24      Q.  You mentioned this before, but you are not
25 a dermato- -- or you're not -- you are not a

1  dermat--- strike that.
2           You said before, you are not a
3  dermatologist, correct?
4       A.  Correct.
5       Q.  No expertise in dermatology?
6       A.  I'm not offering an expert opinion on
7  dermatology.
8       Q.  You're also not an expert in
9  dermatopathology, correct?
10      A.  I'm not offering an expert opinion in
11 dermatopathology.
12      Q.  You haven't performed any type of
13 differential diagnosis to determine the cause of
14 Ms. Stewart's hair loss, have you?
15      A.  I'm not offering an expert opinion on
16 causation in this case.
17      Q.  And you also have not performed a
18 differential -- differential diagnosis for
19 Ms. Stewart?
20          MR. HOLDEN:  Object to the form.
21          THE WITNESS:  I'm not offering an opinion
22 on causation.
23 BY MR. HOLDEN:
24      Q.  Well, have you or have you not done a
25 differential diagnosis regarding the cause of

1  Ms. Stewart's hair loss?
2      A.   I am not offering an opinion on that.
3      Q.   You're not offering any opinions about
4  whether certain lifestyle or biologic factors could
5  have caused Ms. Stewart's hair loss outside of
6  medications, correct?
7          MR. MICELI:  Object to the form.
8          THE WITNESS:  I'm not -- I'm not offering
9  an opinion on causation.  You have an expert for
10 that, a renowned expert.
11 BY MR. HOLDEN:
12     Q.   Stepping away from Ms. Stewart, you have
13 also not done a Bradford Hill analysis with respect
14 to whether docetaxel causes hair loss, correct?
15         MR. MICELI:  Object to the form.
16         THE WITNESS:  I am not the causation
17 expert and nor have I -- am I offering an expert
18 opinion.  You have other experts doing that.
19 BY MR. HOLDEN:
20     Q.   I don't have them.
21         You are relying exclusively on
22 Dr. Feigal's conclusion that docetaxel can cause
23 permanent chemotherapy-induced alopecia; is that
24 correct?
25         MR. MICELI:  Object to the --

1          THE WITNESS:  I --
2          MR. MICELI:  -- form.
3          THE WITNESS:  I did not offer an expert
4  opinion about causation for these patients.  I'm
5  discussing the clinical standards, the choices, and
6  the disclosed information available in shared
7  decision-making, the process of shared
8  decision-making, and the options and risks.  That is
9  my area of expert testimony.
10 BY MR. HOLDEN:
11     Q.   But you do rely on Dr. Feigal's causation
12 opinion, correct?
13         MR. MICELI:  Object to the form.
14         THE WITNESS:  I do not address causation
15 in my report.
16 BY MR. HOLDEN:
17     Q.   But you haven't verified on your own
18 whether Dr. Feigal's analysis regarding causation is
19 correct?
20         MR. MICELI:  Object to the --
21         THE WITNESS:  I --
22         MR. MICELI:  -- form.
23         THE WITNESS:  I do not offer an expert
24 opinion on causation.  I have read her report, as --
25 as you've seen.  I've read --

1  BY MR. HOLDEN:
2      Q.   Okay.  And the --
3      A.   -- (indiscernible) -- expert report.
4      Q.   The question is --
5          [Reporter requests clarification.]
6  BY MR. HOLDEN:
7      Q.   -- have you independently verified what --
8          MR. MICELI:  Hold on.  She -- I don't
9  think she was finished answering.
10         I don't mean to -- to call you down, but
11 if you're finished, you're finished.  If not, go
12 forward.
13         THE WITNESS:  Was there a question?
14 BY MR. HOLDEN:
15     Q.   My question was -- my question was, you
16 haven't independently verified whether Dr. Feigal's
17 causation analysis is correct or incorrect; is that
18 right?
19         MR. MICELI:  Object to the -- excuse me.
20 Object to the form.
21         THE WITNESS:  That's not a statement with
22 a yes-or-no answer.  I am not offering an opinion on
23 causation.
24 BY MR. HOLDEN:
25     Q.   Regardless of whether you're offering the

1  opinion, can you answer whether or not you have
2  independently verified Dr. Feigal's analysis?
3          MR. MICELI:  Object to the form.
4          THE WITNESS:  That was not my scope of
5  work.
6  BY MR. HOLDEN:
7      Q.   So no?
8          MR. MICELI:  Object to the form.
9  BY MR. HOLDEN:
10     Q.   So the answer is no, you have not
11 independently verified Dr. Feigal's analysis?
12         MR. MICELI:  Same objection.
13         THE WITNESS:  I have not done a causation
14 analysis.
15 BY MR. HOLDEN:
16     Q.   Similar -- similarly, you have not done a
17 Bradford hill causation analysis of whether any
18 other medications aside from docetaxel that were
19 involved in Ms. Stewart's cancer treatment caused
20 permanent hair loss, correct?
21         MR. MICELI:  Object to the form.
22         THE WITNESS:  I have not a done causation
23 analysis.  This is about Taxotere.  It's not about
24 other drugs.
25 BY MR. HOLDEN:

1      Q.    Okay.  But you -- you haven't done the
2  analysis for Taxotere and you also have not done the
3  analysis for any other drug, correct?
4      A.    I have not --
5          MR. MICELI:  Object to the form.
6          THE WITNESS:  I have not done a causation
7  analysis nor do I offer an opinion on causation.
8  BY MR. HOLDEN:
9      Q.    Putting aside causation, you're not
10 offering opinions of any kind about any hair loss
11 that Ms. Stewart claims she experienced, correct?
12         [Reporter requests clarification.]
13 BY MR. HOLDEN:
14     Q.    I said putting aside causation, you're not
15 offering opinions about the -- the type or extent of
16 any hair loss that Ms. Stewart claim she
17 experienced, correct?
18     A.    My report does not cover causation of
19 either plaintiff's hair loss.
20     Q.    And you don't have an opinion whether
21 Ms. Stewart, in fact, even experienced hair loss or
22 not, correct?
23     A.    I'm not offering an expert opinion on
24 that.
25     Q.    You're not an expert in FDA or regulatory

1  matters, correct?
2      A.    I am not offering an expert opinion on FDA
3  or regulatory matters in this case.
4      Q.    You never worked for FDA on any labeling
5  for pharmaceuticals, have you?
6      A.    I don't recall any work for the FDA on
7  label requirements.
8      Q.    You'll defer to other experts on all
9  opinions concerning the adequacy of the label for
10 any particular medication, correct?
11     A.    Yes.
12     Q.    And you're not offering any opinion about
13 what Sandoz's docetaxel label should have said in
14 2014, correct?
15     A.    Correct.
16     Q.    You're also not an expert in any of the
17 regulatory schemes of foreign pharmaceutical
18 labeling authorities, such as the EMA, correct?
19     A.    I'm not offering an expert opinion on any
20 foreign regulatory authority.
21     Q.    And you're not offering any opinions about
22 any foreign labeling documents in this case,
23 correct?
24     A.    Correct.
25     Q.    Doctor, I think I've seen you testify

1  before that there's currently around 250,000 cases
2  of invasive breast cancer that are diagnosed each
3  year; is that correct?
4      A.    Approximately, in the United States.
5      Q.    And in the United States, roughly one in
6  eight women will develop breast cancer in their
7  lifetime?
8      A.    That's a standard estimate number, yes.
9      Q.    Around 5,000 women die each year in the
10 United States from invasive breast cancer; is that
11 correct?
12         [Reporter requests clarification.]
13         MR. HOLDEN:  5,000.
14         THE REPORTER:  I'm just hearing 5,000.  Is
15 that correct?
16         THE WITNESS:  I don't know that number off
17 the top of my head.
18         My mouse fell off.
19 BY MR. HOLDEN:
20     Q.    I mean, I can pull up the deposition, but
21 I think you've been asked that before, and you
22 agreed with 5,000.
23         Does that sound right to you?
24         MR. MICELI:  Object to the form.
25         THE WITNESS:  It sounds in the ballpark.

1  Yeah, most women live well with breast cancer these
2  days.
3  BY MR. HOLDEN:
4      Q.    But around 5,000 women in the U.S. die of
5  breast cancer each year?
6          MR. MICELI:  Object to the form.
7          THE WITNESS:  I'm sorry, you cut -- you
8  cut off there for a while.
9  BY MR. HOLDEN:
10     Q.    I heard you say that most women live well
11 with breast cancer.
12         My question was, but around 5,000 women
13 die each year in the United States due to breast
14 cancer; is that correct?
15         MR. MICELI:  Object to the form.
16         THE WITNESS:  As I said, I haven't really
17 looked at that number lately, but it -- it's
18 somewhere around 250,000 women are diagnosed, and I
19 could believe that 5,000 a year die.  I don't happen
20 to remember that number off the top of my head right
21 now.  I just haven't reviewed it in a while.
22 BY MR. HOLDEN:
23     Q.    Sure.
24         We talked about your experience earlier.
25         You've been working with breast cancer

1  patients for -- since back in the '80s and since
2  before the advent of taxanes, correct?
3      A.   Correct.
4      Q.   And at the time when you first start
5  treating breast cancer patients in the 1980s, the
6  chemotherapy options were pretty much limited to
7  Adriamycin, Cytoxan, and 5-Fluorouracil, correct?
8      A.   Well, Methotrexate and --
9      [Reporter requests clarification.]
10      THE WITNESS:  Methotrexate and vincristine
11 were also used.  So, again, remember, I was in
12 medical school from '77 to '81, where I saw -- you
13 know, again, I participated in the oncology clinics
14 way back in the third and fourth years of medical
15 school, and the second year, did a lot of rotation.
16 So there were -- there were chemotherapy regimens
17 that were evolving over that time, but the primary
18 drugs were the ones you mentioned.
19 BY MR. HOLDEN:
20      Q.   Adriamycin, Cytoxan and 5-FU?
21      A.   Yes.
22      Q.   At that point in time, in that -- in the
23 1980s, was -- the primary therapeutic option was
24 surgery, correct?
25      A.   Really, it began changing in the late '70s

1  through the NSADP looking at the adjuvant trials,
2  you know, starting with the early Bs.  You know, I
3  started getting involved around B14, B14, B20, B21.
4  So adjuvant hormonal therapy first and then the
5  addition of adjuvant chemotherapy was developed
6  through the late '70s and '80s, as I recall.
7      Q.   Without the -- the -- the systemic
8  therapies that you've mentioned, would you agree
9  somewhere between 30 percent and 80 percent of
10 breast cancer patients would have had a recurrence
11 and die?
12      MR. MICELI:  Objection to --
13      THE WITNESS:  I think that's --
14      MR. MICELI:  -- the form.
15      THE WITNESS:  That's a huge generalization
16 because we understand the -- the major subtypes now.
17 They each have a different expectation, and the
18 majority of women with favorable subtypes don't even
19 need chemotherapy.  So that's a -- that's too
20 generalized of a statement to have a yes-or-no
21 answer to.
22      I did put some charts in on
23 generalizations, but they were much more specific to
24 the timeframe these women were treated.
25 BY MR. HOLDEN:

1      Q.   Doctor, I'm just going to read a quote
2  from your deposition in December 2018.  It says --
3  so on page 101 of your deposition, and you said,
4  "Some of my training from the early '80s, those are
5  the days when women would go to surgery and wake up
6  not knowing if they had a breast or not, and then
7  they were told they got it all and good-bye and good
8  luck.  And we know 30 to 80 percent of those
9  patients relapse and die."
10      I skipped a couple words, but is that --
11 do you disagree with that?
12      MR. MICELI:  Object to the form.
13      THE WITNESS:  In -- in that context, back
14 early, depending on the subtypes, those are the
15 general recurrence rates.
16 BY MR. HOLDEN:
17      Q.   So before the development of the systemic
18 chemotherapies, which we'll talk about today,
19 somewhere between 30 percent and 80 percent of
20 breast cancer patients would have a recurrence and
21 die?
22      MR. MICELI:  Object to the --
23      THE WITNESS:  It's not --
24      MR. MICELI:  -- form.
25      THE WITNESS:  It's not before the

1  development of systemic therapies, because we had
2  systemic therapies there, which is where we knew
3  that some patients still had a recurrence, even with
4  chemotherapy.  So it's not the -- you know, even
5  with chemotherapy, certain subtypes still have a
6  significant recurrence risk.
7  BY MR. HOLDEN:
8      Q.   In the days when you relied on surgery
9  alone, the risk of recurrence and death was due to
10 the risk of unchecked micrometastases with surgery
11 alone, right?
12      A.   Metastases --
13      MR. MICELI:  Object to the form.
14      THE WITNESS:  For any kind of systemic
15 therapy, which includes hormonal therapy, which had
16 been going on before that, and other specific
17 systemic therapies, including biological therapies,
18 those were general recurrence risks, but it really
19 varies by subtype.  And if you have HER2-positive
20 disease, even today there's a 30 percent long-term
21 recurrence risk, so you've gotta talk about the
22 specifics.
23 BY MR. HOLDEN:
24      Q.   Would you agree, if a woman has a --
25 cancer cells break off from a tumor metastasized in

Page 94

1  other areas of the body, that they should now have
2  stage IV cancer, correct?
3          MR. MICELI:  Object to the form.
4          THE WITNESS:  No.  The reason I say "no"
5  is that we know there are patients that have
6  microscopic disease that never comes back.  So right
7  now, our definition of stage IV is measurable sites
8  of disease, not microscopic, because we can't find
9  microscopic.
10 BY MR. HOLDEN:
11     Q.  Okay.  But when a cancer has spread and
12 started a new tumor in another area, in that
13 situation, a patient has stage IV cancer, right?
14     A.  If it has spread beyond the local breast,
15 so if it's local, measurable recurrence, it could be
16 stage III.  If it is spread distantly, generally to
17 the rest of the chest wall or a bone or a brain,
18 somewhere else, then it is stage IV.
19     Q.  Got it.
20         The cancer -- when cancer is spread and
21 started a new tumor in another area of the body, the
22 patient has stage IV cancer?
23     A.  That is measurable.  I'm going to add to
24 that "measurable," because we know a lot of women
25 have microscopic disease that doesn't come back.  We

Page 95

1  don't know why some come back and some never do.
2      Q.  Okay.  So if a patient does have stage IV
3  cancer, they're very likely to die from the disease,
4  correct?
5      A.  We tell patients today we don't have a
6  cure for stage IV.  There are rare patients that are
7  cured.  I have some.  Each of us have a few.  And we
8  are having a lot longer survival, but, in general,
9  we'll tell patients that when it's metastatic, we
10 don't currently have a cure.
11     Q.  And I was looking at the chart on page 7
12 of your report, and it looks like for -- for stage
13 IV, the survivability at -- at 10 years is under
14 25 percent.
15         Does that sound correct?
16     A.  Which -- page 7 of which -- my -- of my
17 Rule 26 report?
18     Q.  Yes.
19     A.  Let me take a look.
20     Q.  And this is Exhibit 10.
21     A.  Yeah, I have my Rule 26 report in front of
22 me.  Let me look.
23         So this is from the California registry
24 from 2005 to 2009.  So yes, about just under
25 25 percent, 10-year survival for all comers of stage

Page 96

1  IV breast cancer.
2      Q.  I think you've testified before that where
3  there is a cancer recurrence in patients like this,
4  the average survival time is around three years.
5          Does that sound correct?
6      A.  That's what we quote patients in general,
7  and we are slowly modifying that by subtype, but
8  that's a general overview at this point, yes.
9      Q.  For that reason, a woman's best chance for
10 a successful treatment of breast cancer is with her
11 first course of treatment, correct?
12     A.  Well, "acceptable" is not the word I would
13 use.  We think that the use of combined modality
14 therapy, generally surgery, may include systemic
15 therapy, does include systemic therapy for most
16 women, sometimes it's radiation, given appropriately
17 will give her the best chance of not having a
18 recurrence.
19     Q.  Her -- her best chance for that curative
20 treatment is on her first course of treatment?
21     A.  Yes, the best chance to -- to give
22 treatment that can either delay a recurrence that's
23 inevitable or prevent a recurrence is in the
24 neoadjuvant and adjuvant or extended adjuvant
25 setting.

Page 97

1      Q.  Therefore, selecting and receiving the
2  right treatment for breast cancer the first time is
3  critically important, correct?
4          MR. MICELI:  Object to the form.
5          THE WITNESS:  It's important that women
6  have a consultation and hopefully have access to
7  effective therapies to reduce their recurrent risk,
8  but that also means not getting therapies that don't
9  work.  So as we know in a lot of the earlier
10 subtypes, chemotherapy now only provides toxicity,
11 and you could scare a lot of women into it, but they
12 didn't need it.  So there's an appropriate set of
13 evidence to review with women on their particular
14 stage and subtype of breast cancer and how much
15 benefit that additional treatment might provide to
16 hundreds of women so that an individual woman could
17 decide, is this right for me and is the toxicity
18 acceptable for whatever benefit I -- I might get
19 from it?
20 BY MR. HOLDEN:
21     Q.  You agree it's important to detect early
22 on whether the cancer has spread to other parts of
23 the body, correct?
24     A.  No, that's actually quite wrong.  When
25 patients first present, it's important that we

1  follow the evidence-based guidelines in working them
2  up.  So in point of fact, in early disease, the
3  choosing wisely guidelines specifically say we don't
4  need scans and PET scans and toxic imaging therapy
5  for many kinds of early disease.  On the other hand,
6  if someone has symptoms or an abnormality, then we
7  do testing to evaluate whether there could be
8  metastatic disease.  So there's a structured set of
9  evidence-based work-ups to determine the initial
10  stage.
11      Q.   Sure.
12           A common location to detect the early
13  spread of cancer is in the lymph nodes under a
14  patient's arm, right?
15      A.   That's not -- I mean, then we're going to
16  get into semantics.  Yes, it has left the breast
17  cancer and gone to the lymph nodes, but we don't
18  consider that distant metastasis, so those women are
19  still in early stage breast cancer, stage II or III,
20  whereas when you talk about stage IV, it's
21  metastases that have established themselves outside
22  of the local region.  So that's what we don't --
23      Q.   Sure.
24      A.   -- scan for without symptoms or some --
25  some abnormalities that requires that or which

1  indicate it would be appropriate.  We do evaluate
2  lymph nodes and local breast disease for women that
3  present with early breast cancer.
4      Q.   Okay.  If a women has positive lymph
5  nodes, that's a sign that the cancer has begun to
6  spread outside of the primary tumor, right?
7      A.   It's a --
8           MR. MICELI:  Object to the form.
9           THE WITNESS:  -- sign that cells have gone
10  to the lymph nodes regionally or to the filter zone
11  for the breast.
12  BY MR. HOLDEN:
13      Q.   And it's begun to spread outside of the
14  primary tumor?
15           MR. MICELI:  Object to the form.
16           THE WITNESS:  It has spread to lymph
17  nodes.  It doesn't say it's spread anywhere else.
18  It might or might not have.
19  BY MR. HOLDEN:
20      Q.   Lymph nodes are outside the breast?
21      A.   Okay.  So the -- the breast goes up into
22  the axilla, the breast tissue itself, and the
23  axillary nodes are right in that area.  So
24  there's -- there's levels of axillary nodes, and
25  some women have breast tissue there.  Sometimes

1  there's lymph nodes in the breast, but the axillary
2  nodes, in general, are filters right outside the
3  breast tissue in the ax -- in the underarm area.
4      Q.   Switching gears to talk about taxanes, you
5  testified before that the widespread use of taxanes
6  was the next major advancement in the treatment of
7  breast cancer; is that correct?
8      A.   Taxanes were a -- were a significant
9  advance in the treatment of breast cancer.
10      Q.   And taxanes include docetaxel, which is
11  the medication at issue in these -- in this case,
12  and also paclitaxel, or Taxol, correct?
13      A.   Those are the two major ones.  There's
14  also the Nab-paclitaxel, the article one.  That's --
15  those the three major taxanes, but paclitaxel and
16  docetaxel, I believe, are much more frequently used.
17      Q.   And just to be clear --
18           [Reporter requests clarification.]
19           THE WITNESS:  N-A-B, dash, paclitaxel,
20  which is Albumin-bound.  There's -- I'm trying to
21  think of the actual generic for it.
22  BY MR. HOLDEN:
23      Q.   Paclitaxel and Taxol are the same drug,
24  correct, for the record?
25      A.   I'm sorry?

1           MR. MICELI:  Object to the form.
2  BY MR. HOLDEN:
3      Q.   Just for the record, paclitaxel and Taxol
4  are the same drug, correct?
5      A.   Paclitaxel is referred to as either the
6  505(b)(2) or the 505(j), which we say are generic.
7  And the Taxol was the brand name of the paclitaxel.
8      Q.   Okay.  So after taxanes became available,
9  they were incorporated into existing chemotherapy
10  regimes, correct?  Regimens, rather.
11      A.   They were developed for breast cancer
12  starting with metastatic disease and then being used
13  in earlier stage disease for breast cancer and other
14  cancers, yes.
15      Q.   For instance, the plaintiff Wanda Stewart
16  received a TAC regimen.
17           That regimen was created by adding
18  paclitaxel to the AC regimen, correct?
19      A.   Not exactly because when you say "the AC
20  regimen," that, to an oncologist, means every
21  two-week or three-week AC.  What it was -- what they
22  did was they substituted F in this previously
23  commonly standard-used FAC.  They directly
24  substituted F for T.  So that's an every three-week
25  regimen for six treatments.  Where when you say

1  "AC," to us, in general, that's four treatments of
2  Adriamycin Cytoxan every two to three weeks.
3      Q.  Okay.  Before the advent of taxanes, the
4  AC regimen had been used widely in the treatment of
5  breast cancer, correct?
6      A.  AC was a common regimen in breast cancer,
7  yes.
8      Q.  The goal of incorporating docetaxel for
9  paclitaxel into the existing regimens was to improve
10 the survival outcomes associated with those
11 regimens, correct?
12     A.  The goal was to improve the disease-free
13 and the overall survival, ultimately, the overall
14 survival.
15     Q.  And the combination of the existing
16 regimens with taxanes did, in fact, have -- lead to
17 improved survival outcomes, correct?
18         MR. MICELI:  Object to the --
19         THE WITNESS:  Well, there's a bunch --
20         MR. MICELI:  -- form.
21         THE WITNESS:  -- of trials.  So, you know,
22 if you look at the Sparano head to head, the -- the
23 AC docetaxel improved disease-free survival.  It
24 didn't improve overall survival, whereas the AC
25 weekly Taxol improved both disease-free and overall

1  survival.  So it depends on the trial and the
2  comparator how much and whether it was different in
3  disease-free and overall survival or both.  We kind
4  of have to go trial by trial on that.
5  BY MR. HOLDEN:
6      Q.  Overall, though, you would agree, the
7  development of docetaxel specifically has been a
8  significant benefit to patients fighting breast
9  cancer, correct?
10         MR. MICELI:  Object to the -- object to
11 the form.
12         THE WITNESS:  No, I -- that's just a broad
13 statement that I can't agree with.  I will say that
14 docetaxel is an effective drug in regimens for
15 breast cancer for some patients.
16 BY MR. HOLDEN:
17     Q.  You would agree that the development of
18 Taxotere, or docetaxel, has been a significant
19 benefits for patients fighting cancer, correct?
20         MR. MICELI:  Object to the form.
21         THE WITNESS:  I would not agree with that
22 statement because we know there's a whole group of
23 women who were treated with docetaxel and other
24 chemotherapies that did not benefit.  So I -- that
25 broad statement is not true.

1  BY MR. HOLDEN:
2      Q.  Since the use of taxanes became widespread
3  in fighting breast cancer, rates of death from
4  invasive breast cancer have diminish -- diminished
5  substantially, correct?
6          MR. MICELI:  Object to the form.
7          THE WITNESS:  Well, yeah, I think that is
8  one component of it.  Remember, we have the entire
9  development of the HER2 directed biologic therapy.
10         [Reporter requests clarification.]
11         THE WITNESS:  The HER2 biologic therapies
12 that markedly improved breast cancer outcomes at the
13 same time.
14 BY MR. HOLDEN:
15     Q.  My question was just, since the widespread
16 use of taxanes in breast cancer, rates of death have
17 diminished substantially, correct?
18         MR. MICELI:  Object to the form.
19         THE WITNESS:  It depends what group you're
20 talking about, over what time period.  That broad
21 statement is too broad.
22 BY MR. HOLDEN:
23     Q.  Well, do you know the answer?
24         MR. MICELI:  Object to the form.
25         THE WITNESS:  Since the development of

1  several new drugs for breast cancer, I know the
2  survival rates have improved.  Taxanes are one type
3  of those therapies that have contributed.
4  BY MR. HOLDEN:
5      Q.  Having docetaxel available as an option
6  for the treatment of breast cancer is a good thing,
7  right?
8      A.  Having docetaxel available for treatment,
9  I have no criticism of.
10     Q.  You've testified before, it's a highly
11 effective medication in the treatment of breast
12 cancer.
13         Do you agree with that?
14     A.  I do agree.
15     Q.  You've used docetaxel in treating hundreds
16 of your own patients over the years, correct?
17     A.  I did at that time, yes.
18     Q.  We've talked about how taxanes include
19 both docetaxel and paclitaxel.
20         The fact that they're both taxanes does
21 not mean that they're the same medication, correct?
22     A.  Correct.
23     Q.  They have different mechanism of action
24 when they're used as a cancer treatment?
25         MR. MICELI:  Object to the form.

1          THE WITNESS:  Well, the exact formulas are
2  different and the exact way they work is slightly
3  different, but they work on the tubules.
4  BY MR. HOLDEN:
5      Q.    The mechanism of action is different?
6      A.    Slightly.
7          MR. MICELI:  Object to the form.
8  BY MR. HOLDEN:
9      Q.    Patients might have an allergic reaction
10  to one but not to another, right?
11      A.    That can happen.
12      Q.    And a certain patient's cancer can be
13  resistant to one but not to the other, right?
14      A.    I'm sorry, I couldn't hear the full
15  question.
16      Q.    Sure.
17          A certain patient's cancer might be
18  resistant to one of the drugs but not to the other
19  one, correct?
20      A.    Hypothetically, that could happen.
21      Q.    You would agree that the fact that a
22  patient is treated successfully with a docetaxel
23  regimen does not mean that same patient would have
24  had the same positive outcome with a paclitaxel
25  regimen, right?

1          MR. MICELI:  Object to the form.
2          THE WITNESS:  Because the patient was
3  treated with any chemotherapy doesn't tell you that
4  led to their better outcome or not.  That's the
5  problem with adjuvant therapy.  So the corollary
6  that any treatment would or wouldn't have an
7  outcome, no one can predict in an individual
8  patient.
9  BY MR. HOLDEN:
10      Q.    And one patient could be treated with a
11  docetaxel regimen and have a positive outcome and,
12  hypothetically, could have been treated with a
13  paclitaxel regimen and not have the same outcome,
14  right?
15      A.    Hypothetically, anything can --
16          MR. MICELI:  Object to the --
17          THE WITNESS:  -- happen.
18          MR. HOLDEN:  -- form.
19  BY MR. HOLDEN:
20      Q.    For the -- the hundreds of patients of
21  yours who you've treated docetaxel, on the whole,
22  it's been effective in treating their breast cancer,
23  correct?
24          MR. MICELI:  Object to the form.
25          THE WITNESS:  The women that I treated, I

1  believed would benefit from that treatment.  They
2  were never harmed by it, but I gave it believing
3  that it would be of benefit, of likely benefit, for
4  their cancer at that time.
5  BY MR. HOLDEN:
6      Q.    You would agree that docetaxel has saved
7  lives, correct?
8          MR. MICELI:  Object to the --
9          THE WITNESS:  I -- I --
10          MR. MICELI:  -- form.
11          THE WITNESS:  I couldn't hear the
12  question.
13  BY MR. HOLDEN:
14      Q.    Sure.
15          You would agree that docetaxel has saved
16  lives, correct?
17          MR. MICELI:  Object to the form.
18          THE WITNESS:  I think there are clinical
19  trials showing that there's improved outcomes in
20  some patients who received docetaxel regimens.
21  BY MR. HOLDEN:
22      Q.    And in the context of invasive breast
23  cancer, improved outcomes could mean saving lives,
24  right?
25          MR. MICELI:  Same objection.

1          THE WITNESS:  Improves outcomes can mean
2  that the cancer doesn't recur and the patient
3  doesn't die of breast cancer.  It can mean that.
4  BY MR. HOLDEN:
5      Q.    For the hundreds of patients of yours that
6  you've treated with docetaxel, certainly not all of
7  them have developed permanent alopecia, right?
8      A.    Not that I've observed.
9      Q.    And you can only think of a few of your
10  patients whose hair did not grow back, correct?
11      A.    Right, consistent with the numbers from
12  the trials that Sanofi did.
13      Q.    You've never identified a patient of your
14  own as having permanent hair loss due to docetaxel,
15  correct?
16      A.    What do you mean by that?
17      Q.    Have you ever treated a patient who you
18  identified at the time as having permanent hair loss
19  due to -- due to docetaxel?
20      A.    I have not made a report to the FDA in
21  that study.  As I said, my nurse practitioner
22  followed most of my patients long-term.  But I'm
23  aware, I think, six or eight of my patients have
24  filed papers subsequently about permanent hair loss
25  from docetaxel.

1     Q.    And of those patients of yours who may not
2  have had complete hair -- hair regrowth, all were
3  treated on a combination chemotherapy regimen,
4  correct?
5     A.    I haven't done any study in my practice,
6  even of the women that have -- have entered claims.
7  I -- I've not been in the clinic to do any of that
8  review.
9     Q.    So you can't recall what other medications
10 those women have received?
11    A.    I can't.  But I can assume, if they were
12 early breast cancer, they had combination regimen.
13 I think that's a reasonable assumption.  That is an
14 assumption.
15    Q.    Would you agree the discussion that you
16 have with a patient where you inform the patient
17 that she has breast cancer is an emotional
18 discussion?
19    A.    Depends on the patient.  There are
20 patients that are very stoic and there are patients
21 that are very emotional or the spouse is emotional,
22 so that's a pretty big generalization.
23    Q.    It is frequently a very emotional
24 discussion?
25          MR. MICELI:  Object to the form.

1          THE WITNESS:  Again, it really -- when you
2  say -- depends what you mean by "emotional."  People
3  take the diagnosis of breast cancer seriously.  They
4  come to learn about it, to learn about what it
5  means, what might or might not be done to change,
6  what we can -- we might predict with our best
7  information the outcomes might be, and then what
8  price they would pay for it, both in terms of
9  toxicity and time and cost, short- and long-term.
10 So, you know, it's a serious --
11 BY MR. HOLDEN:
12    Q.    It's a very common -- go ahead.
13          It's very common that one of the first
14 questions you get from a patient is:  Am I going to
15 survive, right?
16          MR. MICELI:  Object to the form.
17          THE WITNESS:  Different patients actually
18 ask different questions up front.  Some want to know
19 if they can get to the next wedding next month with
20 hair.  So each patient is different.  I will agree
21 that, as part of the conversation, patients want to
22 know what their prognosis may be and what things may
23 change that.
24 BY MR. HOLDEN:
25    Q.    Survival is not guaranteed by any means,

1  correct?
2     A.    I think death is our only guarantee in
3  life.
4     Q.    I'm going to switch gears and talk about
5  Wanda Stewart specifically.
6          Do you have your cheat sheet you
7  mentioned?
8     A.    Sure, let me pull that up.
9          Okay.
10    Q.    We'll mark that.
11          (Whereupon Exhibit 14 was marked for
12          identification.)
13          THE WITNESS:  And I did note I had a typo
14 on it this morning in case -- I don't know the
15 version, but I think, at one point, I had put "TAC
16 x5" and "TAC x6" below, and so it was "TAC x6."
17          [Reporter requests clarification.]
18          THE WITNESS:  T-A-C times six.  It's on
19 part B on the top.
20          It did say "got neoadjuvant TAC x6."  If
21 you have one that says five, that was a typo I
22 found.
23 BY MR. HOLDEN:
24    Q.    Okay.  Mine says six, so we're good.
25    A.    I did type -- yeah.

1     Q.    Okay.  So Ms. Stewart was diagnosed with
2  breast cancer for the first time in May 2014, right?
3     A.    Correct.
4     Q.    What was her cancer presentation?
5     A.    I'm sorry?
6     Q.    What was her cancer presentation?
7     A.    Oh, as I noticed here, she felt a mass in
8  the breast and under her arm, noticed it for a
9  couple months and then had a mammogram in May and an
10 ultrasound.  Mammogram showed the 1.4-centimeter
11 mass.  The ultrasound showed three discreet masses,
12 and she had about a four-point-centimeter mass in
13 the underarm.  And then she had a core biopsy of
14 both the underarm lymph nodes and the main breast
15 mass on May 23rd.
16    Q.    Okay.  She was stage IIIA, right?
17    A.    Clinical stage IIIA, meaning clinically,
18 we could feel it, but we hadn't taken -- although we
19 did a biopsy, we hadn't taken the -- taken the whole
20 tumor out so it's called a clinical stage, yes.
21    Q.    And T2, correct?
22    A.    T2 means a breast mass between two and
23 five centimeters.  It doesn't necessarily mean the
24 tumor was that big, but it's what we can measure
25 clinic -- clinically.  It's our best estimate.

1      Q.   And, in fact, Ms. Stewart's was measured
2   to be 4.4 centimeters correct?
3      A.   Right, on the mammogram.  That was the
4   measurement from the mammogram.
5      Q.   And she was N2.
6           And what does that mean?
7      A.   So the N stands for the nodal category.
8   N1 generally means lymph nodes between one and three
9   that are involved with a metastatic tumor from the
10  breast itself.
11          [Reporter requests clarification.]
12          THE WITNESS:  With tumors spread from the
13  breast itself.
14          Is that okay?
15          THE REPORTER:  Yes.
16          THE WITNESS:  And N2 means between four
17  and nine lymph nodes, and 3 is 10 or more.
18  BY MR. HOLDEN:
19     Q.   And she was M0 as well, correct?
20     A.   Yeah, she was not felt to have any signs
21  of distant metastasis, and, in fact, I think she
22  even had a PET scan in May.  Did I make a note of
23  that?  Yes.  She had a PET CT scan in May showing no
24  metastasis.
25     Q.   Okay.  And then she was ER positive, PR

1   positive, and HER2 negative, correct?
2      A.   Well, certainly, she's ER positive, high
3   ER positive.  In fact, there's one -- I found two
4   typos in my Rule 26 report if you want to correct
5   it.  I had said, at one point, it was not very
6   positive.  In fact, she's very positive ER.  ER
7   levels that are 5 percent or under and even ER are
8   often considered clinically negative.  So the path
9   report reads ER positive 3 percent.  But,
10  clinically, if it's 5 percent or under, we
11  clinically consider it maybe negative, and then she
12  was HER2 negative because the FISH was negative even
13  though the IHC was two plus, which is equivocal.
14     Q.   Got it.
15          And just to be clear, so what we're
16  looking at here as Exhibit 14, these are notes that
17  you took after you reviewed the medical records for
18  Ms. Stewart?
19     A.   Yes.
20     Q.   And when did you create these notes?
21     A.   When?
22     Q.   When.
23     A.   When I -- when I go through the medical
24  records, I made notes and then I typed them -- type
25  them into something more coherent and readable since

1   my handwriting is not really legible.
2      Q.   I hear you.
3           And did you create this when you first
4   were reviewing the case, before you did your report,
5   or later on in -- in preparation for today?
6      A.   This particular, I typed up for today, but
7   I -- I make notes for the -- it's all in my Rule 26
8   as well.  But I tried to -- I reviewed again last
9   night her medical records to make here is each of
10  these points were what I remembered, and...
11     Q.   Got it.
12          Would you agree she had significant lymph
13  node involvement, correct?
14     A.   I mean, she was found to have four lymph
15  nodes that were involved.  She had lymph nodes.  I
16  think lymph nodes are significant in considering
17  treatment for patients, but I've seen far worse.
18     Q.   Sure.
19          Would you agree that survival and
20  recurrence risks are most closely tied to the extent
21  of lymph node involvement?
22          MR. MICELI:  Object to --
23          THE WITNESS:  They are --
24          MR. MICELI:  -- the form.
25          THE WITNESS:  -- yes.  The, you know,

1   survival and recurrence risk can vary with lymph
2   node involvement and the subtype of breast cancer
3   and the treatment, but that's one of the important
4   factors to consider.
5   BY MR. HOLDEN:
6      Q.   Based on this presentation, Ms. Stewart's
7   cancer would be classified as locally advanced
8   breast cancer, correct?
9      A.   You know, early stage breast cancer is
10  stage I through IIIA, and so locally advanced is
11  generally IIIB, where there's more fixed nodes or a
12  larger involvement of the tumor, the chest wall, so
13  I don't generally consider IIIA locally advanced.
14  That's IIIB.  And IIIA comes into the early stage
15  breast cancer category as people thought about it.
16     Q.   Okay.  So you would still classify IIIA in
17  Ms. Stewart's presentation here as early breast
18  cancer?
19     A.   Yes, meaning it's highly curable.
20     Q.   What do you know of Ms. Stewart's family
21  history of cancer?
22     A.   I think I put some notes here.  It's
23  interesting.  There's some cancers in her family,
24  but other than the -- there -- there was no breast
25  or ovary or pancreas or prostate that I saw, which

1  are, you know, some of the higher, more common
2  genetic risks, but there was a -- I think I put on
3  it here, yeah, a paternal uncle who had colon cancer
4  in the '60s.  And she, as you -- and then the
5  others, you know, throat cancer is not considered
6  inherited.  Cervical cancer is not considered
7  inheritable.  Lung cancer generally is not.  She did
8  have genetic testing done to look for an inherited
9  malignancy risk.  It was found to have an ATM
10  mutation, which can be associated with slight
11  increased risk of some familial cancers, but family
12  history didn't really have those cancers.
13      Q.  Did you say cervical cancer is not
14  considered inheritable?
15      A.  Right.  It's generally related to
16  papilloma virus infections.
17      MR. MICELI:  Kevin, how are we doing on
18  the video time?  We've usually been doing 90-minute
19  times, and I just wanted to find out where we were.
20      THE VIDEOGRAPHER:  Yes, sir.  We've been
21  going for about --
22      MR. HOLDEN:  I have a couple minutes.
23      THE VIDEOGRAPHER:  -- (indiscernible)
24  minutes.
25      [Reporter requests clarification.]

1      MR. MICELI:  I'm sorry, you both -- you
2  both mentioned something.
3      Mr. Videographer, what -- what was your
4  comment?
5      THE VIDEOGRAPHER:  I was saying we've been
6  on the record, for this portion, 81 minutes, and we
7  have about 25 minutes until the disc runs out.
8      MR. MICELI:  Oh, okay.  I thought we were
9  dealing with 90-minute media, but if we're doing
10  that, that's fine.
11      As long as you're okay, Linda.
12      THE WITNESS:  Right now, I am, yes.
13      MR. HOLDEN:  Okay.  Just a couple more.
14      THE WITNESS:  And I --
15      (Whereupon Exhibit 15 was marked for
16      identification.)
17  BY MR. HOLDEN:
18      Q.  So I've -- I've marked Exhibit 15, a note
19  from Ms. Stewart's family physician .
20      MR. HOLDEN:  And if you could turn to page
21  2, Dawn.
22      THE WITNESS:  I have a question first.  My
23  last exhibit --
24  BY MR. HOLDEN:
25      Q.  Sure.

1      A.  -- I wrote down here, my note says
2  Exhibit 13, the reliance was.  What was Exhibit 14?
3      MR. MICELI:  Your notes.
4  BY MR. HOLDEN:
5      Q.  Your notes.
6      A.  Oh, my notes, okay.  Thank you.
7      And then this is what?
8      Q.  This is 15, and this is a note from
9  Ms. Stewart's family medicine primary care physician
10  dated June 2017, I believe.
11      If you could turn to the second page, I
12  just want to draw your attention to the top.  And it
13  says that positive family history for ovarian cancer
14  on the mother.
15      And is that a cancer that can be
16  significant to you?
17      A.  It could be, but it's not in any of
18  McCanless' notes or the other oncology notes that I
19  looked at, so I'm wondering whether that was new in
20  '17.  It wasn't there at the time of her diagnosis.
21  And it goes too often how bad medical records are,
22  but McCanless and the oncologist and the genomic
23  notes are the ones that I called out, so I -- I'd
24  have -- I'd have to find out more, because before
25  her mom was noted -- let me see, the mom -- yeah, it

1  said history of cervix cancer in all the other notes
2  that I read.  So I don't know if they mixed it up or
3  if they clarified or if she had a new cancer in '17.
4      Q.  You would agree that a patient's family
5  history is relevant to their treatment options,
6  correct?
7      A.  Yes and no.  That's a broad statement.  So
8  it really depends on the tumor type and the family
9  history, and now, specific mutations that actually
10  might influence your treatment.  At the time of
11  their treatment, the systemic therapy wasn't
12  different based on family history.
13      Q.  Would you agree that a patient's personal
14  experience with cancer and loved ones or friends or
15  family can impact their treatment decision-making?
16      A.  I think it comes --
17      MR. MICELI:  Object to the --
18      THE WITNESS:  -- up.
19      MR. MICELI:  -- form.
20      THE WITNESS:  I think patients of a family
21  history of members with cancer generally share what
22  their experience is, and, often, that has to be
23  clarified as to whether it does or doesn't impact
24  their current decision-making.  Again, this is where
25  cancer expertise and genetic counseling is so

1  important to understand if it should or shouldn't
2  have an impact.
3  BY MR. HOLDEN:
4      Q.   According to your report, if Ms. Stewart
5  had surgery alone, she would have a roughly
6  30 percent of -- percent chance of surviving her
7  breast cancer, correct?
8      A.   Which page are you looking at?  Because we
9  reviewed --
10     Q.   55.
11     A.   My -- my report?
12     Q.   55 of your report.
13     A.   Pull that up.
14          So you're referring to my use of the
15  neoadjuvant calculator?
16     Q.   Yes.
17     A.   Using the grade 3 that was found after
18  neoadjuvant, and showing that, let's see, her --
19  any -- any category 1 choice, what I have here is in
20  her system, her five-year disease -- metastatic
21  disease, survival was 79 percent, so basically
22  20 percent of the time, she might have developed
23  metastasis, and her five-year disease survival was
24  at 88 percent.  So I'm -- if it was grade 3.  If it
25  was grade 2, it was absolutely lower.  Wait.  So I'm

1  not sure where --
2      Q.   All right.  So --
3           MR. HOLDEN:  Can you scroll down?
4  BY MR. HOLDEN:
5      Q.   All right.  The -- I'm going to highlight
6  the paragraph here and I'll read it to you.  It
7  says, "Although the Predict model is not set up for
8  prognostication after neoadjuvant therapy, if we
9  enter the likely initial stage," and then you list
10 out the factors, I believe, that Ms. Stewart had.
11     A.   Yeah.
12     Q.   You then say, "We find that 10-year
13 survival predictions are that 30 women per 100 would
14 be alive with surgery only."
15     A.   With the Predict --
16     Q.   -- is that right?
17     A.   -- model, yes.
18          [Reporter requests clarification.]
19          THE WITNESS:  And I believe I -- with the
20 Predict model, and I put the -- the page -- the --
21 the actual part of the report in the next page and
22 I've actually sent you the full report.
23 BY MR. HOLDEN:
24     Q.   Right.  So yeah, and if you look at the
25 results on the next page --

1      A.   Yes.
2      Q.   -- you say that surgery only, survival is
3  30 percent in 10 years, correct?
4      A.   30 women alive at 10 years' prediction,
5  yes, based on Predict, yes.
6      Q.   Okay.  So according to your report, if
7  Ms. Stewart had surgery alone, she had a roughly
8  30 percent chance of surviving her cancer?
9      A.   At 10 years based on the Predict model.
10     Q.   And adding endocrine therapy increased
11 that chance or survival by 14 percent at 10 years,
12 correct?
13     A.   Yes.  That's on the Predict report, yes.
14     Q.   And then adding systemic chemotherapy for
15 the third-generation chemotherapy regimen containing
16 a taxane increased her chances of surviving an
17 additional 14.5 percent, correct?
18     A.   No, because third-generation --
19          MR. MICELI:  Object to the form.
20          THE WITNESS:  -- regimens can include a
21 taxane or higher-dose anthracycline, if you look at
22 the rules for third generation.
23 BY MR. HOLDEN:
24     Q.   Okay.  And was that an option for
25 Ms. Stewart?

1      A.   Let me look at her -- I mean, yes.  It's
2  always an option.  Using a third generation with a
3  taxane is a more common option.
4           [Reporter requests clarification.]
5           THE WITNESS:  We've gotta look at her
6  NCCN -- is a more -- using a third-generation
7  regimen with a taxane is a more common option.
8  BY MR. HOLDEN:
9      Q.   Okay.  Okay.  Why don't -- why don't we
10 just move along for now.
11          So just to -- to use your term, so adding
12 a third-generation chemotherapy regimen increased
13 the chances of survival an additional 14.5 percent,
14 correct?
15     A.   Correct.
16     Q.   Okay.  And that brings the total to a
17 58 percent survival rate, including surgery, hormone
18 therapy and a third-generation chemo regimen?
19     A.   Correct.
20     Q.   So it's your opinion that an appropriate
21 course of treatment for Ms. Stewart should have
22 included chemotherapy, surgery, endocrine therapy,
23 and also radiation, correct?
24     A.   I believe that is the comprehensive care
25 regimen, a surgery, based on the findings, the

1  radiation, systemic third-generation therapy, if
2  she's willing, versus others.  There were other
3  options.  She still has a 40 percent death rate
4  after systemic third generation, so third
5  generation, if she accepts the risks of it, and
6  hormonal therapy or endocrine therapy.
7      Q.  Would you -- would you agree all of those
8  different components of her treatment was necessary
9  to adequately reduce her risk of recurrence,
10 correct?
11     A.  I won't say "necessary" because we can
12 never say in an individual patient.  I think, based
13 on her findings and the data, such as Predict, we
14 believe those -- those four components would give
15 her the best chance of having the least chance of
16 recurrence of her cancer.
17     Q.  And an -- an additional 14.5 out of 100
18 women being alive due to chemotherapy is a -- is a
19 significant benefit, correct?
20     A.  I think it is.  I think different people
21 interpret it different ways.  But I think the
22 majority of people that see that kind of benefit for
23 hundreds, the majority will want to know what their
24 third-generation treatment options are.  There are
25 some people that still say no, but I think the

1  majority feel that is enough of a benefit to undergo
2  a third-generation chemotherapy regimen.
3      MR. HOLDEN:  Why don't we take a break
4  now.  I think we've been going about an hour and a
5  half.  Off the record?
6      MR. MICELI:  Okay, very good.
7      THE VIDEOGRAPHER:  Off the record.  The
8  time is 11:44.
9      (Recess.)
10     THE VIDEOGRAPHER:  Back on the record.
11 The time is 12:03.
12 BY MR. HOLDEN:
13     Q.  All right.  Dr. Bosserman, just to bring
14 us back to -- to Ms. Stewart, Dr. McCanless, her
15 prescribing oncologist, recommend that she have
16 neoadjuvant chemotherapy with a TAC regimen,
17 correct?
18     A.  Is that a question?  I'm sorry, we're back
19 on the record?  I didn't get the record time.
20     MR. MICELI:  Yeah, we are, 3:03.
21     THE WITNESS:  I'm sorry, what -- you had a
22 question?
23 BY MR. HOLDEN:
24     Q.  The ques- -- the question was,
25 Dr. McCanless recommended that Ms. Stewart have

1  neoadjuvant chemotherapy with a TAC regimen,
2  correct?
3      A.  Yes.
4      Q.  And you had a chance to read the
5  deposition testimony of Dr. McCanless and
6  Ms. Stewart regarding their discussions of her
7  chemotherapy treatments, correct?
8      A.  I read the depositions, yes.
9      Q.  Okay.  You would agree there was no
10 discussion of any alternative chemotherapy to
11 Dr. McCanless' TAC recommendation, correct?
12     A.  Let's go back and look.  I don't -- I
13 don't remember the exact wording of the -- of the
14 discussion right now.
15     Q.  Okay.  You don't recall Dr. McCanless
16 saying anything like "there are multiple options
17 that we can use," do you?
18     A.  Let's go back and look where you're
19 pointing.  I don't remember his deposition word for
20 word.
21     Q.  We will pull that up for you.
22     (Whereupon Exhibit 16 was marked for
23 identification.)
24 BY MR. HOLDEN:
25     Q.  Do you have that transcript handy,

1  Dr. Bosserman?
2      A.  I'm sorry?
3      Q.  Do you have that transcript with you?
4      A.  I don't have it open or printed, no.
5      Q.  Okay.  That's fine.
6      A.  And that's 16.
7      [Reporter requests clarification.]
8      THE WITNESS:  That's Exhibit 16, it looks
9  like.
10 BY MR. HOLDEN:
11     Q.  All right.  And, Doctor, you can pull up
12 page 59.
13     And on line 11, do you see that there,
14 Doctor?
15     A.  Yeah, I kind of have to take your word for
16 it.  This moderator thing is hanging over it.  I
17 don't see a page number, but what -- what lines are
18 you --
19     Q.  Okay.
20     A.  -- referring to --
21     Q.  It's -- it is page 59.
22     And -- and starting at page 11 --
23 actually, I'm sorry, starting at page (sic) 16, and
24 the question is, "After your June 2nd visit when you
25 explained that she was going to have TAC every three

1  weeks for six cycles as you note in your plan, do
2  you recall if she had any questions about any
3  alternative treatments for chemotherapy medication?
4            "Answer:  I don't recall."
5       A.   I see that's what he said.  He didn't
6  recall whether he did or didn't talk about
7  alternatives.
8       Q.   Okay.  And I'll -- I'll represent to you
9  that Ms. Stewart testified that she did not ask
10 Dr. McCanless about any alternative chemotherapy
11 regimens herself.
12           Do you recall that?
13      A.   I don't recall it.
14      Q.   Dr. McCanless presented what he felt was
15 his best recommendation for a regimen for
16 Ms. Stewart.
17           Do you agree with that?
18      A.   I don't know his thinking.  I -- he --
19 it's clear he recommended the TAC regimen.
20      Q.   Again, Dr. McCanless is in the best
21 position to testify as to what his thinking was and
22 why he prescribed that regimen, right?
23      A.   I will not be testifying on his thinking.
24      Q.   Similarly, Ms. Stewart is in the best
25 position to testify about what she might have done

1  if different information was presented to her,
2  correct?
3       A.   Yeah, I will not be discussing her.  I
4  discuss patients and informed consent process, is my
5  expert opinion.
6       Q.   Your opinions on what a patient like
7  Ms. Stewart would have done had she been
8  presented -- presented information would be
9  speculative, right?
10      A.   I can speak from experience and knowing
11 that this patient asked about hair loss, whether it
12 would be permanent, and was told "no."  She asked
13 would it grow back and was told "yes."  So I -- I --
14 evidence shows that was not an important question to
15 her.  I think she -- she has to speak to her
16 decision-making based on what she was --
17      Q.   That's one --
18      A.   -- told.
19      Q.   And that's one of the bases of your
20 opinions in your report is that you believe she
21 was -- asked if her hair would grow back and she was
22 told it would?
23      A.   Yes.
24      Q.   Having chemotherapy neoadjuvantly means
25 that Ms. Stewart completed her chemotherapy prior to

1  the mastectomy surgery portion of her treatment,
2  correct?
3       A.   Well, it means that you get chemotherapy
4  prior to surgery, whatever that is.  It doesn't mean
5  you complete it, necessarily.  It depends on the
6  details.  Some people get chemotherapy again after
7  surgery depending on the details.  So it means you
8  get your initial chemotherapy before surgery,
9  whatever that surgery is.
10      Q.   And I think you -- you mentioned that you
11 looked at the NCCN guidelines that were in effect in
12 2014, correct?
13      A.   I did, and I put them in my report and I
14 believe I commented on them.
15      Q.   And the NCCN guidelines in effect in 2014
16 specifically state that chemotherapy regimens
17 identified in the guidelines maybe given both
18 adjuvantly and neoadjuvantly correct?
19      A.   I believe I put that in there as well,
20 that -- that statement from them.
21      Q.   Okay.  And we're marking, just so we have
22 it here, as Exhibit 17 those 2014 NCCN guidelines.
23           (Whereupon Exhibit 17 was marked for
24           identification.)
25 BY MR. HOLDEN:

1       Q.   Sorry, we're just trying to pull up the
2  right page.
3            Doctor, would -- would you agree that the
4  recommendation in the NCCN guidelines was her
5  preoperative systemic therapy followed by total
6  mastectomy, radiation therapy, and for estrogen
7  receptor positive cancer endocrine therapy?
8       A.   Show me what you mean exactly.
9       Q.   Sure.
10      A.   Because, as you see, if she had a
11 response, she could have lumpectomy or mastectomy.
12           Just to note, I believe this is the --
13      Q.   So --
14      A.   -- version 1 of 2014.  There was a version
15 2 from February 2- -- let's see.  Oh, this is the 11
16 one.
17           Yeah, I have the -- I have the version 1,
18 I believe.  Okay.  Go ahead.
19      Q.   Okay.  So --
20           MR. MICELI:  Evan --
21 BY MR. HOLDEN:
22      Q.   -- this decision to --
23           MR. MICELI:  -- can you --
24           [Reporter requests clarification.]
25           MR. MICELI:  Can -- can you ask your

1  paralegal -- can you ask your paralegal to share or
2  submit the exhibit so I can look at it and I can
3  download it?  Thank you.
4        MR. HOLDEN:  Yeah.
5        MR. MICELI:  You can -- you can ask the
6  questions.  I'm just -- I just want to make sure I
7  get to download it.
8  BY MR. HOLDEN:
9        Q.   So, Doctor, this is sort of a decision
10  tree, right, and the first step is to have the
11  preoperative systemic -- systemic therapy, right?
12        A.   That is an option, and it's what --
13        Q.   Isn't that the recommendation?
14        A.   It's an option.  She could have had
15  surgery first.
16        Q.   Okay.
17        A.   I think --
18        Q.   This --
19        A.   I have no criticism getting pre-op, and
20  this is the pre-op guideline for guiding the
21  evidence-based recommendation.
22        Q.   Okay.  And if the patient has a response
23  to that systemic therapy, the recommendation is to
24  have a total mastectomy?
25        A.   No.  It's total mastectomy or lumpectomy,

1  level 1 and 2 axillar detection, radiation, blah,
2  blah.  It's an "or."
3        Q.   Okay.  So a mastectomy or lumpectomy?
4        A.   Yes.
5        Q.   Okay.  And then after the surgery, the
6  next step is for ER-positive cancers to have
7  endocrine therapy, correct?
8        A.   For ER-positive, HER2-negative, yes.
9        Q.   And for Ms. Stewart, the exact sequence of
10  treatment that she received was preoperative
11  systemic therapy followed by a total mastectomy,
12  radiation therapy, and endocrine therapy, right?
13        A.   Yes, that's her -- the course she got,
14  yes.
15        Q.   Neoadjuvant chemotherapy is -- is
16  specifically indicated where a woman's primary tumor
17  is larger and/or her lymph nodes are large and
18  matted, such that surgery before chemotherapy is
19  unlikely to get all of the cancerous tissue,
20  correct?
21        A.   So yes and no.  More commonly, it was
22  started to shrink it to evaluate whether or not you
23  could make women a candidate for breast
24  conservation.  They actually used to call that out
25  in the guideline, which many of us protested and

1  said you can still have a mastectomy as a choice,
2  which she chose, and she actually chose bilateral
3  mastectomy.  So this is one of the early years where
4  they finally said you could do either, but it used
5  to be that if you wanted to consider breast
6  conservation, which didn't make sense.  It's a lot
7  of reason to do pre-op.  Sometimes we do pre-op
8  because when we know someone needs chemotherapy
9  regardless, it gives you time to get genetic testing
10  back that might influence the surgery depending on
11  the response, so there's -- there are other reasons.
12  But in the NCCN, it calls out pre-op and then has
13  some, you know, considerations and it has the
14  surgeries.
15        Q.   And I just want to bring your attention to
16  this same exhibit, NCCN guidelines.
17        A.   Hmmm?
18        Q.   We're on page MS-39.
19             And in the lower right section on
20  inoperable locally advanced breast cancer for
21  clinical --
22        A.   Inoperable --
23        Q.   -- stage III -- right, for clinical stage
24  IIIA, and that is what Ms. Stewart had, correct?
25        A.   That's not considered --

1        MR. MICELI:  Object to the form.
2        THE WITNESS:  -- inoperable.  There are
3  subtypes of IIIA that are operable and some that are
4  operable.  She had mobile disease, so I don't --
5        [Reporter requests clarification.]
6        THE WITNESS:  You know, again -- she had
7  mobile.  It wasn't fixed to the chest wall, as I
8  recall.
9             So inoperable, they're talking about, and
10  then they're talking about operable.
11  BY MR. HOLDEN:
12        Q.   Okay.  You would agree that Ms. Stewart
13  had stage IIIA cancer?
14        A.   Yes.
15        Q.   Okay.  And you were disagreeing that she
16  had inoperable cancer?
17        A.   Yeah, I mean, basically, you know, they're
18  saying here a T2 based on evaluation by a surgical
19  team.  So, generally, if there were big lymph --
20  lymph nodes, we will do chemo first, but it doesn't
21  mean they're completely inoperable.  I've had
22  patients who have said, "I'm not having chemo first.
23  I want -- I want the breast cancer out."  And her
24  nodes were -- would have been able to be removed,
25  so, you know, she's on that borderline.  So I -- I

1  agree -- I have no complaints about getting
2  neoadjuvant chemotherapy.
3      Q.   That was my next question.
4           Is it fair to assume you don't criticize
5  Dr. McCandless' recommendation that Ms. Stewart
6  receive her chemotherapy neoadjuvantly, right?
7      A.   That is not part of my expert opinion.
8      Q.   Okay.  And neoadjuvant chemotherapy has
9  certain benefits, correct?
10     A.   It has many possible benefits.
11     Q.   Is one of those benefits that it allows
12 the oncology team to observe whether the tumor is
13 responding to the chemotherapy regimen that was
14 selected?
15     A.   Well, we can see the masses shrink, so we
16 like to assume that means the tumor shrinks.  That's
17 not always the case because there can be a lot of
18 inflammation around the tumor.  I've gone in when I
19 thought there was nothing left and had multiple
20 lymph nodes still metastasize.  But, in general, it
21 makes us feel good.  We know, based other the
22 features she had, we would recommend systemic
23 chemotherapy.  We would recommend it with a third
24 generation if she accepted it.  (indiscernible)
25 before or afterwards --

1           [Reporter requests clarification.]
2           THE WITNESS:  Then she could have it
3  before or after the surgery.  Getting it before
4  is -- is great.  It's common.  I have no criticism
5  of that.  And it's always nice when we feel the
6  masses shrink, but we have to be careful not to --
7  you know, we have to wait and see what's left at
8  surgery because -- now, it -- it isn't -- even if
9  everything shrinks, I've had patients that still
10 have multiple nodes positive.  So we like to think
11 it's tumor shrinking.  It's the mass shrinking for
12 sure.  We hope that's also tumor shrinkage.
13 BY MR. HOLDEN:
14     Q.   All right.  Where chemotherapy is given
15 after the surgery and not before the surgery,
16 there's no way to gauge whether the tumor or the
17 mass has shrunk, correct?
18     A.   There's no way to assess -- remember, by
19 that time, hopefully you've removed the mass and the
20 tumor so they're gone.  There's no way to assess
21 whether it's helped a patient or hasn't helped them,
22 nor is there directly before, but we would like to
23 think so.
24     Q.   And the oncologist and his team can't see
25 whether any cancer cells that are in the bloodstream

1  are being killed by the chemotherapy if the tumor
2  has already been removed, right?
3      A.   Well, that -- those are two different
4  concepts that are unrelated.  So we are certainly
5  working on blood tests that might detect microscopic
6  disease.
7           [Reporter requests clarification.]
8           THE WITNESS:  And you might be able to --
9  that might be able to detect microscopic disease in
10 the blood, as -- as the attorney mentioned.
11 Whether or not chemo impacts that, those
12 are all good questions at this point.  We don't have
13 that test.  So whether the tumor is in place or not,
14 what's in the bloodstream is totally separate.
15 BY MR. HOLDEN:
16     Q.   What is adaptive neoadjuvant chemotherapy?
17     A.   I'm sorry?
18     Q.   What is adaptive neoadjuvant chemotherapy?
19     A.   I know that term in some of the
20 clinical trials where you will see if there's any
21 response and perhaps change treatment before.  I --
22 I don't know that it's a standard term.  Where --
23 where are you referring to that?
24     Q.   My understanding is, I think, like you
25 said, it allows a physician to conduct a response

1  assessment during chemotherapy and potentially
2  switch regimens if the tumor is not responding.
3      A.   Yeah, on the guideline there, they were --
4  they were saying if you don't think there's any
5  response, again, it still be could shrinking, but if
6  you don't think there's a response, then one option
7  there was to -- to switch the chemotherapy.
8      Q.   With neoadjuvant TAC chemotherapy, when
9  would a physician conduct a midway response --
10 midway response assessment?
11          MR. MICELI:  Object to the form.
12          THE WITNESS:  So TAC generally has six
13 cycles, so if you're defining midway as after three
14 and before four, there isn't -- generally, a patient
15 is seen before every treatment and they're evaluated
16 on clinical exam.  And since you're going to finish
17 it anyway, unless there's some concern that there is
18 unacceptable toxicity or potential growth in the
19 tumor, usually these scans aren't done or x-rays
20 aren't done.  It's usually as a clinical exam
21 usually after each treatment and before the next
22 one.  So this midway, if you want to ask me what
23 midway would be, would be before cycle four of six,
24 but that isn't a common term I'm aware of.
25 BY MR. HOLDEN:

1    Q.   Sure.
2         And -- and if we assume that that is the
3    midway point, it's possible that an oncologist can
4    assess the size of the tumor at that point and
5    determine whether it's adequately responding to the
6    treatment, correct?
7    A.   The --
8         MR. MICELI:  Object to the form.
9         THE WITNESS:  -- doctor can -- can look at
10   the tumor every three weeks before the treatment or
11   before the fourth treatment and do the measurements
12   and see if they think that it's likely that the
13   tumor is responding.  This lady had measurable lumps
14   that you could -- according to this, they were
15   getting smaller.
16   BY MR. HOLDEN:
17   Q.   For a neoadjuvant AC paclitaxel regimen,
18   when would a physician conduct a midway response
19   assessment?
20   A.   So, again --
21        MR. MICELI:  Object to the form.
22        THE WITNESS:  -- (indiscernible) are seen
23   before every cycle, so if you're saying there were
24   four cycles of AC and either four cycles or 12 weeks
25   of TAC -- of weekly Taxol, then each AC regimen gets

1    assessed.  You assess, by definition, at the end of
2    it as well, and then you assess along the way when
3    you're giving the taxane.
4    BY MR. HOLDEN:
5    Q.   But with the AC paclitaxel regimen, the
6    paclitaxel cannot be given con -- concurrently with
7    the AC, right?
8    A.   That's actually not true.  It's
9    interesting.  The TAC with paclitaxel is a regimen
10   in metastatic breast cancer.  So, basically, it just
11   didn't get developed as an adjuvant because it's so
12   well-tolerated sequentially.  They can be given
13   together, but there's not a reason to.
14        Looks like it's -- I lost you again.
15   Q.   So you -- it's your understanding that you
16   can give AC with paclitaxel concurrently?
17   A.   Yes.  Yeah, I just -- it's not --
18   Q.   Is that --
19   A.   -- done.
20   Q.   -- commonly done?
21   A.   Not in early breast cancer, but it's been
22   a metastatic regimen.  And AT is -- was clearly a
23   metastatic regimen for a while, but, again, like a
24   lot of evolution, it was less toxicity to give it
25   sequentially, just like there's less toxicity giving

1    docetaxel sequentially and why the TAC regimen isn't
2    in favor.  It's on the list, but it's -- you know,
3    we rarely ever use it anymore.
4    Q.   Another reason for giving chemotherapy
5    neoadjuvantly is that the primary tumor and any
6    lymph node clusters can be reduced in size before
7    surgery, right?
8    A.   That's the goal if you think you can't do
9    surgery with a good cosmetic report -- result.
10   That's if I did -- inoperable means it's really so
11   extensive.  They could always operate, but
12   inoperable, generally, is that you think it would be
13   so extensive and they're going to get chemotherapy
14   anyway.  If you give it first, you hope to shrink
15   the masses and allow a better cosmetic result from
16   surgery with clear margins.
17   Q.   And it's important to achieve clean
18   margins around the tumor when you remove it, right?
19   A.   That's the goal, and, you know, we still,
20   with more than two lymph nodes involved, even after
21   mastectomy with a much higher rate of lymphedema,
22   recommend the radiation therapy because we know even
23   with seeing clear margins, there's a good chance of
24   microscopic disease left behind, which is why the
25   radiation is given.

1    Q.   Like what Ms. Stewart had in her
2    treatment?
3    A.   Yes.  She had -- she would have had
4    radiation whether she had a lumpectomy and lymph
5    node dissection or a mastectomy and lymph node
6    dissection.
7    Q.   Where neoadjuvant chemotherapy works as
8    intended, it increases the chance of having
9    successful surgical results, correct?
10   A.   Not only, because, for many women, they're
11   waiting to having a genomic report --
12        [Reporter requests clarification.]
13        THE WITNESS:  Waiting to have a genomic
14   test report that takes about four to six weeks to
15   come back.
16        So, actually, when we know someone needs
17   chemotherapy, they have triple negative disease, the
18   size of their disease, they have HER2-positive
19   disease, we will often give neoadjuvant while we
20   wait for the genetic testing because that may
21   influence their decision for surgery, whether they
22   want breast conservation or mastectomy or bilateral
23   mastectomy.  So it's not only to make surgery
24   easier.
25   BY MR. HOLDEN:

1    Q.   But that is one of the reasons, correct?
2    A.   One of the reasons, yes.
3    Q.   Neoadjuvant therapy has been shown to
4  reduce the number of cancerous cells before surgery,
5  which may slow the development of chemo-resistant
6  clones, correct?
7    A.   Well, it's probably -- it sounds like
8  you're reading a statement from somewhere.  So
9  that's the goal of it.  When it works, we hope it
10  shrinks the tumor, but, honestly, we're giving
11  systemic therapy for microscopic disease anywhere in
12  the body to try to get it not to take a foothold and
13  come back 20 years later.
14    Q.   The TAC regimen that Dr. McCanless
15  recommended for Ms. Stewart is an FDA-approved
16  regimen for the treatment of breast cancer, right?
17        MR. MICELI:  Object to the form.
18        THE WITNESS:  Yes.  The TAC regimen was on
19  their label for use in breast cancer.
20  BY MR. HOLDEN:
21    Q.   And just to be clear, that -- the TAC
22  regimen consists of simultaneous infusion of
23  docetaxel, Adriamycin, and cyclophosphamide, right?
24    A.   That is correct.
25    Q.   This was the only third-generation regimen

1  available to Ms. Stewart in which she would have
2  received all three of those drugs in the same
3  infusion, correct?
4    A.   She could get them all together on one day
5  every three weeks for six treatments is the TAC
6  regimen.
7    Q.   Is there any benefit to a patient
8  receiving all three chemotherapy agents
9  concurrently?
10    A.   Not as we've come to understand.
11        MR. MICELI:  Object to the form.
12        Excuse me, you gotta let me have my
13  opportunity to object, Linda.
14        Object to the form.
15        THE WITNESS:  There is theoretical reasons
16  to do a lot of things, and then the clinical trials
17  tell us if that's borne out over time or not.  It's
18  why the sequential regimens are now the standard.
19  BY MR. HOLDEN:
20    Q.   You would agree that there are potential
21  benefits to a patient receiving all three of them at
22  the same time?
23        MR. MICELI:  Object to the --
24        THE WITNESS:  I agree --
25        MR. MICELI:  -- form.

1        THE WITNESS:  I agree there's theoretical
2  benefits in giving more chemotherapy drugs.  There
3  are also more toxicity.  So that's why the
4  sequencing regimens become so dominant.
5  BY MR. HOLDEN:
6    Q.   Have you ever seen heard of the
7  Goldie-Coldman hypothesis?
8    A.   Yes.
9    Q.   Okay.  Do you -- and what is that?  What's
10  your understanding of that?
11    A.   That is a theoretical hypothesis about
12  adding more drugs so that you suppress tumor cells
13  that might be differentially sensitive to one drug
14  or another in a combination, and it was the
15  foundation not only for the development of
16  chemotherapy but combination chemotherapy in higher
17  and higher and higher doses, which eventually proved
18  not to be effective.  So it's an important part of a
19  theory, but it's a theory.
20    Q.   And -- and you don't know whether
21  Dr. McCanless was considering that back in 2014 or
22  not?
23    A.   I don't remember any discussion of his
24  that I read.  I don't know what others he was
25  considering.

1    Q.   You would agree that Ms. Stewart had an
2  aggressive cancer presentation, correct?
3        [Reporter requests clarification.]
4        MR. HOLDEN:  Cancer presentation, can --
5  aggressive cancer presentation.
6        THE WITNESS:  Well --
7        MR. MICELI:  Object to the form.
8        THE WITNESS:  -- "aggressive" is a
9  relative term, so that's why we specifically talk
10  about her stage and her tumor type.  I didn't read
11  anything that it was, you know, growing rapidly over
12  time.  I didn't -- so I wouldn't -- you know, it's a
13  stage IIIA invasive breast cancer with a tumor in
14  the breast and tumor in the lymph nodes.
15  BY MR. HOLDEN:
16    Q.   And you don't consider that an aggressive
17  presentation?
18    A.   So --
19        MR. MICELI:  Object to the form.
20        THE WITNESS:  -- I consider -- yeah, I --
21  I don't label things that way, to be honest.  And,
22  as you see, you don't see that labeling in the
23  guidelines because it's not a clinically meaningful
24  term.
25  BY MR. HOLDEN:

1    Q.   Did you see Dr. McCanless' testimony that
2  he selected the TAC regimen because he wanted to get
3  Ms. Stewart through chemotherapy and surgery as
4  quickly as possible?
5    A.   I don't recall reading that.  You say he
6  said it.  You could show me.
7    Q.   I'll represent to you that he said it, but
8  if you don't recall it, that's okay.
9         Do you see that he considered and rejected
10 an AC paclitaxel regimen?
11   A.   I don't remember him doing that.  You told
12 me he didn't consider alternatives.  So I don't
13 remember that discussion because ACT is actually
14 quicker than TAC times six.
15   Q.   I think I said he didn't discuss
16 alternatives, but Dr. McCanless testified he wanted
17 to give a taxane concurrently with Adriamycin.
18        Did you recall reading that?
19   A.   I don't recall offhand.
20   Q.   Because he believed that was likely to
21 lead to the fastest response.
22        MR. MICELI:  Object to the --
23 BY MR. HOLDEN:
24   Q.   Did you read that?
25        MR. MICELI:  -- form.  Object to the form.

1         THE WITNESS:  If you want to show me where
2  he said that, I can confirm that he said that in his
3  deposition.  I don't recall that offhand.
4  BY MR. HOLDEN:
5    Q.   Sure.
6         All right.  So we've got Exhibit 16, which
7  is the McCanless deposition.
8         And at the very bottom, he's asked, "And
9  do any of these -- strike that.
10        "The six cycles of Adriamycin was
11 essential to the chemotherapy plan that you came up
12 with, correct?
13        "Answer:  Yes.
14        "Question:  And you wanted to give
15 that --"
16        MR. MICELI:  What -- what page is this --
17 BY MR. HOLDEN:
18   Q.   -- "at the same time --"
19        MR. MICELI:  -- I'm sorry?
20        MR. HOLDEN:  117 out of 118.
21        MR. MICELI:  Okay.
22 BY MR. HOLDEN:
23   Q.   "The six cycles of Adriamycin was
24 essential in the chemotherapy plan that you came up
25 with, correct?

1         "Answer:  Yes.
2         "Question:  And you wanted to give that at
3  the same time as giving Taxotere as the taxane in
4  that therapy?
5         "Answer:  Yes.
6         "Question:  And you -- that decision was
7  to be -- to treat it the most aggressively you
8  could, correct?
9         "Answer:  Yeah, I felt that that would
10 give the quickest response rather than giving a
11 weekly Taxol after the Adriamycin and Cytoxan or
12 sequentially."
13        Did I read that correctly?
14   A.   He stated that was his feeling, yes.
15   Q.   Based on Dr. McCanless' analysis, AC Taxol
16 was never really an option for Ms. Stewart, correct?
17        MR. MICELI:  Object to the form.
18        THE WITNESS:  As you read that, his
19 feeling wasn't that TAC was better.  It was always
20 an option to give ATC, as Taxol.
21        [Reporter requests clarification.]
22        THE WITNESS:  Taxol.  ATC as either -- as
23 Taxol, it was -- that was always an option.
24 BY MR. HOLDEN:
25   Q.   And his specific testimony was that, and

1  I -- and I quote, "My clinical decision was she
2  needed treatment quicker than I could get just with
3  the Taxol."
4         Did you see that testimony from
5  Dr. McCanless?
6    A.   I see that, but if you see that he says to
7  give it weekly or sequentially, the fact is,
8  sequential treatment is done in 16 weeks and TAC is
9  done in 18 weeks, so, you know...
10   Q.   Ms. Stewart's neoadjuvant chemotherapy --
11 therapy with a TAC regimen started in June 2014,
12 correct?
13   A.   Let me just pull up my --
14   Q.   Cheat sheet?
15   A.   -- summary.
16        June 11th of 2014 was the first cycle,
17 yes.
18   Q.   Got it.
19        And she had six cycles total, correct?
20   A.   Yes, six cycles were documented.
21        (Whereupon Exhibit 18 was marked for
22        identification.)
23 BY MR. HOLDEN:
24   Q.   Okay.  And that -- and then we've marked
25 as Exhibit 18 the treatment plan report for

1  Ms. Stewart.
2          Have you seen this before?
3      A.  I believe so.  I -- something similar.  I
4  have the dates and I have the exact dates, which is
5  on that cheat sheet, what date I had that she
6  started each of the cycles.
7      Q.  Got it.
8          And the last cycle on your cheat sheet and
9  on page 2 of this document says the last cycle was
10  on September 24, 2014, right?
11      A.  That's what I noted as well, yes.  Oh,
12  then look at this.  She's -- look at that.  It looks
13  like 10/15 premed with doxorubicin.  I have six
14  ending on 9/24.  This looks like on 10/15, she got a
15  seventh cycle?
16      Q.  I think her TAC regimen end -- ended on
17  9/24.
18      A.  That's what I believe, but look at this.
19  This is a treatment plan report showing -- you know,
20  look in the order of how they do these, that they
21  gave another doxorubicin cycle 7 on 10/15.  Maybe
22  this was an order prep that got canceled.  I
23  don't -- I don't know what this form is.
24      Q.  Yeah.
25          That's not discussed in your -- your

1  report, correct?
2      A.  The report I reviewed, I wrote down the
3  six cycle dates.  I don't have a date or other
4  documentation that she got a cycle -- a seventh
5  cycle starting on 10/15.  Whatever this is, it could
6  have been -- I can't tell what date this form was
7  generated.
8      Q.  Before Ms. Stewart began her chemotherapy
9  treatments, she was educated by Dr. McCanless in his
10  office about chemotherapy medications, correct?
11      A.  I recall reading in the depositions they
12  had a discussion, yes.  I think I wrote down the
13  date of that.
14      Q.  Okay.  And she -- she discussed the
15  medications with Dr. McCanless at an initial
16  consultation, correct?
17      A.  That's what I recall.  I have to look at
18  the actual notes on what day that was, yes.
19      Q.  Okay.  And she also had a chemo teaching
20  session with a nurse practitioner reviewing each
21  medication, correct?
22          MR. MICELI:  Objection to the --
23          THE WITNESS:  I don't recall --
24          MR. MICELI:  -- form.
25          THE WITNESS:  -- that.  Do you want to

1  pull it up to look at?  I -- I vaguely remember that
2  that happened as well.
3  BY MR. HOLDEN:
4      Q.  Okay.  And --
5      A.  I didn't make a note of it.
6      Q.  Okay.  Did you -- are you aware that
7  Ms. Stewart had her mother present for those
8  counseling sessions?
9      A.  I remember a comment that her mother was
10  there.
11      Q.  Did you read her mother's deposition as
12  part of your drafting of your report in this case?
13      A.  I don't believe I got her mother's
14  deposition or reviewed it.  I -- I don't think it's
15  on my reliance list.
16      Q.  Okay.  I don't think it is.
17          You have no reason to disbelieve any part
18  of Ms. Stewart's mother's testimony, do you?
19          MR. MICELI:  Object to the form.
20          THE WITNESS:  I don't have any expert
21  opinion on her mother's comments.
22  BY MR. HOLDEN:
23      Q.  And because you didn't have a chance to
24  read her deposition, you don't -- you didn't note
25  whether any portion of the mother's testimony was

1  contradictory in any way to Ms. Stewart's testimony,
2  correct?
3      A.  I -- my expert opinion is about informed
4  consent and disclosure of information and the
5  processes and her actual treatment.  So I didn't
6  review her mother or comment on that.
7      Q.  From reading Ms. Stewart's deposition, you
8  saw that Ms. Stewart was given an opportunity to ask
9  questions at those sessions, correct?
10      A.  Do you want to show where that was, what
11  we're exactly talking about?
12      Q.  Sure.
13          MR. HOLDEN:  We'll mark Ms. Stewart's
14  deposition as Exhibit 19.
15          (Whereupon Exhibit 19 was marked for
16          identification.)
17          THE WITNESS:  What was 18?
18  BY MR. HOLDEN:
19      Q.  The treatment plan.
20      A.  Whatever that was.
21      Q.  Right.
22          Okay.  Dr. Bosserman, so this is
23  Ms. Stewart's deposition, the plaintiff.
24          And, again, I -- I was asking you whether
25  she actually asked questions at these teaching

1  meetings.  And on page 44, Ms. Stewart testified
2  that she asked Dr. McCanless, "Will my hair grow
3  back?"
4          Do you see that?
5      A.  I remember that, yes.
6      Q.  And then if you can look at page 174 that
7  we're pulling up here, Ms. Stewart was asked, "Were
8  you able to communicate well with him when you met
9  with him?
10         "Answer:  Yes.
11         "Question:  You were able to ask any
12 questions you had during your meetings?
13         "Answer:  Yes."
14         Did I read that correctly?
15     A.  I see that general comment, yes.
16     Q.  And she was given handouts after -- or she
17 was given -- she was -- strike that.
18         Ms. Stewart was given handouts about each
19 of the chemotherapy medications that she was going
20 to take, correct?
21     A.  I believe that was documented and
22 discussed here, yes.
23     Q.  Okay.  And, Dr. Bosserman, I'm marking as
24 Exhibit 20 a handout that accompanied a coping with
25 cancer video that was shown to Ms. Stewart.

1      (Whereupon Exhibit 20 was marked for
2      identification.)
3  BY MR. HOLDEN:
4      Q.  Have you seen this before?
5      A.  I have.
6      Q.  And this handout identified that hair loss
7  is a potential side effect of her chemotherapy,
8  correct?
9      A.  So this says it may start and not all
10 drugs -- I only see those two comments.
11     Q.  And -- and that's in the section that's
12 titled, "What are some of the possible side effects
13 of chemotherapy," correct?
14     A.  I see that.  Yes, I see that's what they
15 stated.
16     Q.  Okay.  So it identified that hair loss is
17 a potential side effect of her chemotherapy, right?
18         MR. MICELI:  Object to the form.
19         THE WITNESS:  They've identified hair --
20 hair loss.  What are the -- some of the possible
21 side effects?  Hair loss.  And then they comment
22 about the kind of hair loss.
23 BY MR. HOLDEN:
24     Q.  It did not say anything about hair loss
25 being temporary, did it?

1      A.  It doesn't say --
2          MR. MICELI:  Object to the form.
3          THE WITNESS:  -- whether it's temporary or
4  permanent.  It only says not all drugs cause it and
5  it may start three or four weeks after some
6  treatment.  So this is a very general coping with
7  cancer video.
8  BY MR. HOLDEN:
9      Q.  Right.
10         Very general that identifies hair loss as
11 a potential side effect of chemotherapy, right?
12         MR. MICELI:  Object to the form.
13         THE WITNESS:  This says what are possible
14 side effects, and hair loss is one of the things
15 listed.
16         MR. HOLDEN:  And I'm marking as an exhibit
17 one of the handouts that Ms. Stewart received that
18 was specific to Cytoxan, or cyclophosphamide.  We're
19 marking this as Exhibit No. 21.
20         (Whereupon Exhibit 21 was marked for
21         identification.)
22         THE WITNESS:  What was E20?  That --
23         MR. MICELI:  The video.
24 BY MR. HOLDEN:
25     Q.  20 was -- yeah.

1      A.  Oh, the video --
2      Q.  The handout from the video.
3      A.  Yeah.
4      Q.  Okay.  So 21, which you can see now, I --
5  I hope, is the handout for cyclophosphamide.
6          Do you recall seeing this?
7      A.  Yes.
8      Q.  Yes?
9      A.  Yes.
10     Q.  And that was one of the three chemotherapy
11 medications that Ms. Stewart received in her TAC
12 regimen, correct?
13     A.  She got Cytoxan in her TAC regimen, yes.
14     Q.  Are you aware that there are cases
15 reported in the medical literature of permanent hair
16 loss following treatment with cyclophosphamide?
17         MR. MICELI:  Object to the form.
18         THE WITNESS:  That's not an area of my
19 expert testimony for review.  It -- this is a sheet
20 whether she gets bone marrow transplant, high-dose,
21 low-dose, all tumor types, so this is a very general
22 Cytoxan handout.
23 BY MR. HOLDEN:
24     Q.  Sure.
25         And -- but my question is, you're aware,

1 from your experience, that there are cases reported
2 in the literature of permanent hair loss following
3 treatment with Cytoxan, or cyclophosphamide?
4          MR. MICELI:  Same objection.
5          THE WITNESS:  I -- I have not reviewed the
6 literature for those.
7 BY MR. HOLDEN:
8     Q.   Okay.  And if you can turn to page 2 of
9 this.
10    A.   (Indiscernible).
11    Q.   And --
12         [Reporter requests clarification.]
13 BY MR. HOLDEN:
14    Q.   -- there's a warning for -- there's a
15 warning for hair loss about halfway down, which
16 we'll highlight.
17         Do you see that?
18    A.   I see that, yes.
19    Q.   And it says -- at the top of the section,
20 it says, "The following side effects are common for
21 patients taking Cytoxan:  Hair loss, temporary,
22 usually begins three to six weeks after the start of
23 therapy.  Hair will grow back after treatment is
24 completed, although the color and/or texture may be
25 different."

1          Did I read that correctly?
2     A.   Yes, you read that correctly.
3     Q.   And this handout warned Ms. Stewart that
4 hair loss is an expected side effect of her
5 treatment, right?
6          MR. MICELI:  Object to the form.
7          THE WITNESS:  Expected.  I'm trying to
8 think whether these were in categories of how common
9 things were.  I just see this under side effects
10 usually, and that it grows back, so I don't -- when
11 you say "expected," I didn't see the word
12 "expected."
13 BY MR. HOLDEN:
14    Q.   It warned her that it was a side effect
15 that was common and occurring in greater than
16 30 percent of the patients who took Cytoxan?
17    A.   That's what it said.
18    Q.   Okay.  And it specifically said that hair
19 loss is temporary, correct?
20    A.   It does say that.
21    Q.   It says, "Hair will grow back after
22 treatment is completed, although the texture or
23 color may be different," right?
24    A.   That's what this says, yes.  Sorry.
25    Q.   It also warns of some other serious

1 complications, such as loss of fertility.
2          Do you see that one?
3     A.   I see that.  As a -- as a postmenopausal
4 woman with no children, I don't think that was
5 something she'd worry about.
6     Q.   And then on the next page, at the top, it
7 warns that there's a slight risk of developing a
8 blood cancer, such as leukemia or myelodysplasia,
9 after taking Cytoxan, correct?
10    A.   It says that.
11         No sound.
12         [Reporter requests clarification.]
13         MR. MICELI:  Can't hear you.
14         THE WITNESS:  Yeah, there was no sound
15 there for a minute.
16 BY MR. HOLDEN:
17    Q.   Sorry, sorry.
18         (Whereupon Exhibit 22 was marked for
19         identification.)
20 BY MR. HOLDEN:
21    Q.   We're pulling up a handout for Adriamycin.
22         And -- and Adriamycin was one of the three
23 components of the TAC regimen, correct?
24    A.   It was one of the three chemotherapy
25 drugs, yes.

1     Q.   Okay.  I think you referenced before that
2 patients often note Adriamycin as the red devil; is
3 that right?
4     A.   Heard it -- heard it called that before,
5 yes.
6     Q.   Why is that?
7     A.   Generally --
8          MR. MICELI:  Object to the form.
9          THE WITNESS:  -- because before the advent
10 of the modern --
11         (The reporter requested that the witness
12         speak in turn.)
13         THE WITNESS:  Sorry about that.
14         [Reporter requests clarification.]
15         THE WITNESS:  Could you ask the question
16 again?  I'm --
17 BY MR. HOLDEN:
18    Q.   Let's -- let's -- let's just move on.
19         Doctor, are you -- are you aware that
20 there are reported cases in the medical literature
21 of permanent hair loss after treatment with
22 Adriamycin?
23         MR. MICELI:  Object to the form.
24         THE WITNESS:  I have not reviewed the
25 medical literature for hair loss.  I am not a

1  causation expert, nor will I offer an expert opinion
2  on that.
3  BY MR. HOLDEN:
4      Q.   And we're turning to page 2 here of
5  Exhibit 22.
6           This handout that Ms. Stewart received
7  regarding Adriamycin warned her that hair loss was a
8  risk of Adriamycin, correct?
9      A.   So the -- under these common side effects,
10 which they defined as more than 30 percent, they
11 say, "Hair loss at the scalp or elsewhere.  Most
12 patients do lose some or all of their hair during
13 treatment, but your hair will grow back after
14 treatment is completed."  That's what that says.
15     Q.   This -- this handout says, at the bottom
16 of page 2, that side effects that are less common
17 occur in 10 to 29 percent for patients.
18          Your testimony in this litigation has been
19 that a side effect occurring in more than 1 percent
20 of patients is common, correct?
21     A.   That's --
22          MR. MICELI:  Object to the form.
23          THE WITNESS:  So in clinical trial
24 reporting, that is the definition.  The definitions
25 here, I believe, were the Louisiana Medical Board.

1  If there's specifically, I think, on some of these
2  forums what their definition was, which is not the
3  same definition.
4  BY MR. HOLDEN:
5      Q.   And on the -- on the next page, again,
6  there's a warning under "Delayed effects" that
7  there's a slight risk of developing a blood cancer,
8  such as leukemia, years after taking Adriamycin.
9           Do you see that?
10     A.   Yes, I see that.
11          MR. HOLDEN:  All right.  So then last, but
12 not least, we're going to mark the handout that
13 Ms. Stewart received for docetaxel.  This is Exhibit
14 23.
15          (Whereupon Exhibit 23 was marked for
16          identification.)
17 BY MR. HOLDEN:
18     Q.   And was this in the materials that you
19 reviewed?
20     A.   Yes, it was.
21     Q.   And if we turn to page 2, this handout
22 also identified hair loss as a potential side
23 effect, correct, towards the bottom?
24     A.   I can't see it yet.
25          Okay.  Now, I can --

1      Q.   Sorry.
2      A.   -- see it.
3      Q.   And this is a section on --
4      A.   So --
5      Q.   -- common side effects, correct?
6      A.   As they define occurring in greater than
7  30 percent, they have hair loss listed.
8      Q.   And this handout for docetaxel says
9  nothing about hair growing back, does it?
10     A.   It says nothing, yes.
11     Q.   It doesn't say that it's temporary, does
12 it?
13          MR. MICELI:  Object to the form.
14          THE WITNESS:  It just lists hair loss with
15 no comment.
16          (Whereupon Exhibit 24 was marked for
17          identification.)
18 BY MR. HOLDEN:
19     Q.   Okay.  And pulled up as the next exhibit,
20 No. 24, the consent form that Ms. Stewart actually
21 reviewed and signed in this case.
22          I assume you've seen this before,
23 Dr. Bosserman?
24     A.   I have, yes.
25     Q.   And so in Ms. Stewart's case, we can

1  actually see the exact risks which she reviewed and
2  consented to, correct?
3      A.   We can see what she --
4          MR. MICELI:  Object to the form.
5          THE WITNESS:  -- what she was handed that
6  she signed, yes.
7  BY MR. HOLDEN:
8      Q.   She signed and acknowledged that she
9  consented to these risks, right?
10          MR. MICELI:  Object to the form.
11          THE WITNESS:  Yeah, I didn't -- after the
12 discussion, she was given this and she signed it.
13 BY MR. HOLDEN:
14     Q.   And by signing it, she consented -- that
15 was her acknowledgment that she's consenting to
16 these risks, correct?
17          MR. MICELI:  Object to the --
18          THE WITNESS:  She's --
19          MR. MICELI:  -- form.
20          THE WITNESS:  -- consenting to the
21 chemotherapy and the risks that she talked about
22 that were discussed and that she understood and her
23 doctor understood.  She wasn't consenting --
24 BY MR. HOLDEN:
25     Q.   (Indiscernible) --

Page 170

```
1      A.   -- to risks that weren't disclosed.
2           [Reporter requests clarification.]
3           THE WITNESS:  To risks that were not
4   disclosed.
5   BY MR. HOLDEN:
6      Q.   Ms. Stewart consented to a risk of damage
7   to vital organs, such as her heart, her kidney, and
8   her liver.
9           Do you see those in the list of side
10  effects?
11          MR. MICELI:  Object to the form.
12          THE WITNESS:  She -- she consented that
13  they might include some of the following or a
14  combination.
15  BY MR. HOLDEN:
16     Q.   She con --
17     A.   Those are on the list.  And she signed the
18  form.
19     Q.   And she consented to a risk of hearing
20  loss?
21          MR. MICELI:  Same objection.
22          THE WITNESS:  That's on the form.  This is
23  a general chemotherapy consent form.  We don't
24  expect hearing loss with TAC.
25  BY MR. HOLDEN:
```

Page 171

```
1      Q.   She consented to a risk of low white blood
2   cell count?
3           MR. MICELI:  Same --
4           THE WITNESS:  Yes.
5           MR. MICELI:  -- objection.
6   BY MR. HOLDEN:
7      Q.   And that can impair the body's ability to
8   fight off infection, right?
9           MR. MICELI:  Same objection.
10          THE WITNESS:  It's a major side effect of
11  the TAC regimen.
12  BY MR. HOLDEN:
13     Q.   And she consented to a risk of low
14  platelet count, correct?
15          MR. MICELI:  Same objection.
16          THE WITNESS:  Signed the form, which --
17  with all of those things listed.
18  BY MR. HOLDEN:
19     Q.   She consented to a risk of a second
20  malignancy, correct, which would mean a secondary
21  cancer caused by the chemotherapy itself, right?
22     A.   That is one of the things listed that
23  she -- she signed the consent form and it's one of
24  the things listed.
25     Q.   And we know from the handouts we -- we
```

Page 172

```
1   just went through for Adriamycin and
2   cyclophosphamide that both of those carry a risk of
3   causing leukemia, correct?
4      A.   They are listed as a possible side effect
5   for the drug in general.  They don't ever discuss
6   the regimen-specific risks.
7      Q.   And that's obviously a very serious side
8   effect, correct?
9           MR. MICELI:  Object to the form.
10          THE WITNESS:  What is the serious side
11  effect?
12  BY MR. HOLDEN:
13     Q.   Blood cancer or leukemia.
14     A.   That -- that is a serious -- those are
15  serious cancers.
16     Q.   When a patient develops leukemia secondary
17  to Adriamycin, it's usually fatal, correct?
18          MR. MICELI:  Object to the --
19          THE WITNESS:  That is --
20          MR. MICELI:  -- form.
21          THE WITNESS:  In today, secondary leukemia
22  is often fatal.
23  BY MR. HOLDEN:
24     Q.   Ms. Stewart consented to a risk of
25  neuropathy, correct, numbness and tingling?
```

Page 173

```
1           MR. MICELI:  Same objection.
2           THE WITNESS:  That was on the form that
3   she signed.
4   BY MR. HOLDEN:
5      Q.   Severe neuropathy can be debilitating,
6   correct?
7      A.   It depends on the patient and the type of
8   neuropathy, but it can be -- it can interfere in
9   activities of daily living.  It depends on the
10  extent and the duration.
11     Q.   This consent form does not identify that
12  any of these side effects could be permanent, does
13  it?
14     A.   I don't see any timing information there.
15     Q.   Cardiotoxicity from Adriamycin is
16  potentially permanent, right?
17     A.   Potentially, yes.  Treatable and some
18  reversible, so it's muscle damage treated with
19  medication.  So the heart damage discussed is
20  generally congestive heart failure.
21     Q.   Damage to the liver and kidneys, that's
22  potentially permanent, right?
23     A.   You know, again, this is a really blanket
24  consent form.  It's -- you know, when you think
25  about you follow the kidney function and the liver
```

1  function, if they change, you generally stop the
2  drug.  So I can't really remember permanent kidney
3  or liver damage from breast cancer chemotherapy.
4  Cytoxan is given in very high doses for bone marrow
5  transplant, and that can cause kidney damage that
6  can be more permanent.  So this is -- this is why
7  things are discussed in more detail with patients
8  about the regimen they're getting.
9      Q.   Among these risks to which Ms. Stewart
10  consented, the form explicitly identifies hair loss,
11  correct?
12      A.   It says hair loss, yes, this general form.
13      Q.   And it does not identify that as temporary
14  hair loss, correct?
15      A.   I don't see any --
16          MR. MICELI:  Object to the form.
17          THE WITNESS:  -- timing discussed for hair
18  loss.
19  BY MR. HOLDEN:
20      Q.   It does not identify any expectation that
21  the hair loss will reverse, correct?
22      A.   I'm sorry?
23          MR. MICELI:  Same objection.
24          THE WITNESS:  Can you --
25  BY MR. HOLDEN:

1      Q.   The consent form --
2      A.   -- repeat --
3      Q.   -- does not identify any expectation that
4  the hair loss will reverse, correct?
5      A.   The form just states hair loss.  It makes
6  no comment about it.
7          THE VIDEOGRAPHER:  Counsel, I'm not sure
8  if you wanted me keep time or not, but it's 1:11, if
9  1:00 start time was an issue still -- or end time,
10  excuse me.
11          MR. HOLDEN:  I'm just about done with this
12  section here and then we can break for Molly.
13  BY MR. HOLDEN:
14      Q.   And, Doctor, Ms. Stewart signed this
15  consent form prior to commencing chemotherapy,
16  right?
17      A.   Yes, it's dated before she started her
18  chemotherapy, as I recall.  Let me look real quick.
19  Let's see.
20          She started 6/11, and this is dated 6/6,
21  so I believe she signed it before she started her
22  chemotherapy.
23      Q.   So despite all the serious side effects
24  we've gone over here, some of which could be
25  permanent, she elected to proceed with the

1  chemotherapy regimen that Dr. McCanless had selected
2  and -- and recommended for her, correct?
3          MR. MICELI:  Object to the form.
4          THE WITNESS:  She agreed to proceed with
5  the regimen he recommended based on the information
6  they had shared with her and her understanding --
7  BY MR. HOLDEN:
8      Q.   She was willing --
9      A.   -- of that.
10      Q.   -- to accept -- sorry.
11          She was willing to accept significant
12  life-altering risks to receive the chemotherapy
13  regimen that her doctor recommended, correct?
14          MR. MICELI:  Object to the form.
15          THE WITNESS:  She was willing, as I read
16  it, to accept the toxicities, as she understood
17  them, that had been explained to her in perspective.
18  BY MR. HOLDEN:
19      Q.   Ms. Stewart weighed the potential side
20  effects against the benefit of the treatment,
21  correct?
22          [Reporter requests clarification.]
23          MR. MICELI:  Object to the form.
24          MR. HOLDEN:  Benefit of the treatment.
25          THE WITNESS:  So I think you're assuming

1  that.  I didn't see a specific -- I don't recall a
2  specific discussion of her saying that in her
3  deposition.  Is there a line you want to refer to?
4  BY MR. HOLDEN:
5      Q.   Not right now.
6          The benefits that she would be receiving
7  from a third-generation regimen is an increased
8  survivability benefit, right?
9          MR. MICELI:  Object to the form.
10          THE WITNESS:  I don't know what she based
11  her final decision on so you have to show me her
12  wording.
13  BY MR. HOLDEN:
14      Q.   I'm not talking about what she did right
15  now.
16          This question, I'm just asking, the
17  benefit of a third-generation chemo regimen to
18  someone like Ms. Stewart is an increased
19  survivability --
20          MR. MICELI:  Object to the --
21  BY MR. HOLDEN:
22      Q.   -- right?
23          MR. MICELI:  -- form.  Same objection.
24          THE WITNESS:  From the modeling, we --
25  third-generation regimen are -- have been shown to

1  have improvement, depending on the detail in the
2  study, in overall survival and disease-free
3  survival.  I didn't see specific discussion of that,
4  but from the papers and what I've written in my
5  report, we expect third-generation regimens to have
6  slightly more benefits for most patients than --
7  in -- in those factors.
8  BY MR. HOLDEN:
9      Q.   Ms. Stewart underwent the -- the
10 recommended course of six TAC cycles, correct?
11     A.   That's what I have in my notes, but that
12 form you showed me showed a seventh treatment, so I
13 have to go back and look at that.  I believe it may
14 have come up way back in my review, and I think she
15 only got six and all the notes say six, but that
16 form you just showed me that I don't recall showed a
17 seventh --
18     Q.   That's my understanding too.
19     A.   -- plan or --
20     Q.   I made it confusing.
21          [Reporter requests attorney and witness
22           speak one at a time.]
23          MR. HOLDEN:  Sorry.
24 BY MR. HOLDEN:
25     Q.   Ms. Stewart never developed neutropenia,

1  did she?
2          MR. MICELI:  Object to the form.
3          THE WITNESS:  I don't recall her white
4  count responses.  I remember it was documented that
5  she got a white cell growth factor after each
6  treatment.  I think we saw that on that plan.  I'm
7  not sure that was the administered doses, but it's
8  my understanding she got a white cell growth factor
9  to prevent low white count after her treatment.
10 BY MR. HOLDEN:
11     Q.   Ms. Stewart has no lingering issues with
12 neuropathy today, correct?
13     A.   I have not examined her and I don't recall
14 reading that or an evaluation for it in her notes.
15     Q.   You're not aware of any significant health
16 complications that Ms. Stewart developed as a result
17 of her chemotherapy other than, allegedly, the
18 permanent or consistent hair loss that's at issue in
19 this lawsuit, correct?
20          MR. MICELI:  Object to the form.
21          THE WITNESS:  As I read the notes that I
22 believe I put the last dates of followup that I had
23 demonstrated -- you know, I think, at some point,
24 they said she had still some mild hot flashes from
25 her hormonal therapy and then the continued alopecia

1  requiring a wig.  And that -- the last visit that I
2  had notes on was March of -- I guess -- let's see.
3  Was Wanda -- no, that was a different one.  That's
4  Alice's.  Her last notes were July of '18, if I
5  remember.
6          MS. BENEDICT:  Hey guys, sorry to
7  interrupt.  It's Molly Benedict.
8          MR. HOLDEN:  It's all right.
9          MS. BENEDICT:  I really need to --
10         MR. HOLDEN:  Sure.
11         Off the record, please.
12         THE VIDEOGRAPHER:  Off the record.  The
13 time -- excuse me.  Off the record.  The time is
14 1:18.
15         (Recess.)
16         THE VIDEOGRAPHER:  Back on the record.
17 The time is 2:20.
18 BY MR. HOLDEN:
19     Q.   All right.  Doctor, when we -- before we
20 broke, we were talking about Ms. Stewart and her
21 chemotherapy regimen.
22         After she finished her TAC regimen, she
23 had a bilateral mastectomy, correct?
24     A.   Let me pull out my cheat sheet.  That's
25 what I remember.  Pull this out.

1          Yeah, November 7, 2014.
2      Q.   And -- and there was a pathology report
3  done at the time that they removed the -- the breast
4  and the tumor, correct?
5      A.   Yes.
6      Q.   After chemotherapy, according to that
7  pathology report, her tumor had shrunk from
8  4.4 centimeters across to 1.7 centimeters across?
9      A.   No.  The mass that was measured clinically
10 at 4.4 centimeters is different than what they found
11 the active tumor.  1.7.  You can't assume it was a
12 full 4.4 to start.  So what they found was 1.7 of
13 residual invasive tumor.
14     Q.   You would agree that's a more than
15 90 percent reduction in the size of the tumor,
16 correct?
17     A.   No.  I'll agree that 4.4 measured as a
18 mass down to -- I don't know what the mass
19 clinically measured.  But you cannot say that 4.4 was all
20 tumor.  We see this over and over again.  I will --
21 I think it's very likely that the chemotherapy
22 shrunk the tumor, but we don't know the exact amount
23 or the, you know, limitations of neoadjuvant
24 therapy.  We don't go in and measure the tumor.  We

1  can only measure clinically.

2      Q.   She had no treatments other than the TAC
3  chemotherapy at the time of the mastectomy, correct?

4      A.   She had completed her TAC chemotherapy,
5  yes.

6      Q.   And she had not had any other treatment at
7  that time?

8      A.   I only know about the TAC therapy that was
9  documented.  I don't know any other treatment or
10  report of it.

11      Q.   So that 90 percent size reduction was due
12  exclusively to the TAC regimen, correct?

13          MR. MICELI:  Object to the form.

14          THE WITNESS:  Yeah, the -- you know, you
15  cannot say that.  You can say it's likely the TAC
16  regimen led to a smaller-feeling mass.  The tumor
17  could have started at 1.7.  It could have still been
18  1.7 with a lot of inflammation around it.  So you're
19  assuming that it shrunk, but we don't have any proof
20  of that.  It's one of the limits of neoadjuvant
21  therapy.

22  BY MR. HOLDEN:

23      Q.   Would you disagree with Ms. Stewart's
24  surgical oncologist, Dr. Bonner, that she had -- she
25  had a positive response to the chemotherapy prior to

1  the mastectomy?

2      A.   I wouldn't disagree that she had a good
3  response.  How much of it, we don't know.  We know
4  clinically, the mass didn't measure larger.  That's
5  a good thing.

6      Q.   You would green that Ms. Stewart had a
7  favorable response to the TAC regimen, correct?

8      A.   I think that was asked and answered.  Like
9  my two-year old.  Asked and answered.

10      Q.   I'm looking at the transcript, but I don't
11  think that exact question was answered before.
12  Okay.  I would like to ask it again.

13          You would agree that Ms. Stewart had a
14  favorable response to the TAC regimen, correct?

15      A.   I think Mrs. Stewart did not have growth
16  of what was measurable during the treatment and that
17  the tumor they took out was a certain size.  She
18  still had four lymph nodes positive, which is
19  significant.  We don't know how many lymph nodes
20  shrunk.  So I don't think we know how much response
21  she had to that chemotherapy.  The notes show the
22  measurable mass was decreasing in size.  That could
23  have all been inflammation.  We don't know.

24      Q.   So that 90 percent decrease in the size
25  could have been due to inflammation or other reasons

1  not due to the chemotherapy?

2      A.   You're saying that -- you're saying --
3  you're claiming a 90 percent decrease from a 4.4
4  centimeter mass that was measured to a 1.7
5  centimeter resected tumor?  You're trying to compare
6  those two numbers?  Is that what you're asking?

7      Q.   Right.

8      A.   So 4.4 -- I have to actually sit and
9  calculate what that is.

10      Q.   I --

11      A.   Four-point --

12      Q.   We don't need to spend the time.  I did
13  break out the pi and the radius and everything, and
14  it was -- it was over 90 percent in terms of the --
15  the volume of the smear.

16      A.   So -- so you're saying the volume of the
17  mass that was measured and you're assuming the 1.7.
18  That number may well be 90 percent, but that doesn't
19  mean the tumor shrunk 90 percent.

20      Q.   Sitting here today, it's impossible to say
21  whether Ms. Stewart would have had the same reaction
22  to a different chemotherapy regimen, correct?

23          MR. MICELI:  Object to --

24          THE WITNESS:  No one can --

25          MR. MICELI:  -- the form.

1          THE WITNESS:  -- predict an individual
2  patient's reaction -- or their tumor or their
3  reaction to any particular treatment.

4  BY MR. HOLDEN:

5      Q.   We -- there's no way to predict how the
6  result for Ms. Stewart would have been different if,
7  for example, she had been given an AC Taxol regimen,
8  correct?

9      A.   No, that's not correct, because prediction
10  is based on evidence based trials, and there's every
11  reason that we know that it's same or better to give
12  AC weekly Taxol.

13      Q.   There's no way to know that -- whether the
14  result would have been different if Ms. Stewart had
15  received an AC Taxol regimen, correct?

16      A.   We can't predict things we don't see.  We
17  can -- we can predict them.  I cannot tell you
18  what's going to happen to anyone in a certain
19  circumstance.

20      Q.   Ms. Stewart could have had a less
21  favorable reaction to an AC Taxol regimen than the
22  reaction she had to the TAC regimen, correct?

23          MR. MICELI:  Object to the --

24          THE WITNESS:  You could have --

25          MR. MICELI:  -- form.

1    THE WITNESS:  You can't predict what would
2  have happened.  You -- I mean, so you can predict
3  it.  You can't know it.  I think we're trying to
4  make -- predictions are based on evidence; why we
5  gave systemic therapy in the first place.
6  BY MR. HOLDEN:
7    Q.   But we know --
8    A.   Another reason --
9    Q.   -- that Ms. Stewart --
10    A.   -- (indiscernible) got a same response
11  (indiscernible.)
12    [Reporter requests clarification.]
13    THE WITNESS:  Can we know someone would?
14  No.
15    [Reporter requests clarification.]
16    THE WITNESS:  We can predict responses,
17  yes.  We can predict equal or better.  We cannot
18  know in any one patient what would or wouldn't have
19  happened.
20  BY MR. HOLDEN:
21    Q.   But we know that Mr. Stewart had a
22  favorable response to the TAC regimen and she is
23  alive and cancer-free today, correct?
24    A.   We know that the mass shrunk on clinical
25  exam.  We know, at pathology, she had significant

1  residual tumors.  She's still at significant risk
2  for recurrence this many years later.
3    Q.   But as -- as of her most recent
4  appointment, she has been noted to have no evidence
5  of disease and we're now past the five-year mark,
6  correct?
7    A.   Well, ER-positive tumors come back 20 or
8  20 years later.  They're the long-acting relapsers.
9  And the last note I have documenting the time they
10  thought she was without any evidence of recurrence
11  was July of '17.  I don't have more recent records.
12    Q.   After Ms. Stewart's mastectomy, she
13  received radiation therapy, which we talked about
14  before, and she then began a course of treatment
15  with aromatase inhibitors, correct?
16    A.   Yes.
17    Q.   And she started Arimidex in April 2015?
18    A.   Yes, anastrozole is the -- that's the
19  generic.
20    [Reporter requests clarification.]
21  BY MR. HOLDEN:
22    Q.   And then she switched to --
23    THE WITNESS:  It's -- I believe
24  anastrozole is the generic for Arimidex.  Arimidex
25  is the brand name.

1  BY MR. HOLDEN:
2    Q.   And then she switched to letrozole, or
3  Femara, in December 2015, correct?
4    A.   Yes.
5    Q.   And that's all -- that's your
6  recommendation, that women with stages I through III
7  ER and PR positive breast cancer receive either
8  Tamoxifen or an aromatase inhibitor within a year of
9  their diagnosis, right?
10    A.   That's a standard recommendation, yes.
11    Q.   You agree that aromatase inhibitors carry
12  a risk of hair loss, correct?
13    A.   Depends what you mean by hair loss.
14    Q.   Do you disagree that they carry a risk of
15  hair loss?
16    MR. MICELI:  Object to the --
17    THE WITNESS:  I said --
18    MR. MICELI:  -- form.
19    THE WITNESS:  -- it depends what you mean
20  by hair loss.  It's not uncommon to have some
21  thinning that's reversible, very different than
22  chemo hair loss.
23  BY MR. HOLDEN:
24    Q.   All right.  Doctor, I'm going to pull up
25  an oncology followup note from Dr. McCanless for

1  Ms. Stewart, and it -- it's dated February 13, 2020.
2    (Whereupon Exhibit 25 was marked for
3    identification.)
4  BY MR. HOLDEN:
5    Q.   So we're were you saying that you have not
6  seen this before?
7    A.   Correct.
8    Q.   Okay.  If you -- and the last note that
9  you saw related to Ms. Stewart's chemotherapy was in
10  2017?
11    A.   Yes.  Let's see.
12    No.  I had one July of '18.
13    Q.   Okay.  All right.  So this -- this note is
14  February 13, 2020, so just over seven months ago.
15  And if we could turn to the third page.
16    Towards the bottom, do you see, under
17  "Impression/Assessment/Plan" at the bottom, where it
18  says "Disease Status: NED"?
19    MR. MICELI:  Is this on the third page or
20  the fourth?
21    MR. HOLDEN:  The third page of the
22  document.
23    THE WITNESS:  I see where --
24    MR. MICELI:  Oh, I'm sorry.  I see.  Thank
25  you.

1        THE WITNESS:  I -- I see "Disease status:
2  NED," yes.
3  BY MR. HOLDEN:
4        Q.   And what does NED mean?
5        A.   In general, you know, they tell us not to
6  use these.  It generally, in cancer, means no
7  evidence of disease.
8        Q.   So as of February --
9        A.   But I --
10       Q.   -- 2020 --
11       A.   I can't -- again --
12       Q.   Go ahead.
13       A.   I don't know what abbreviation, but, in
14  general, that's what people mean.  I don't know -- I
15  can't say what he specifically means.  I -- it's
16  likely that's what he means.
17       Q.   And so as of February 2020, which is more
18  than five years after Ms. Stewart's cancer treatment
19  ended, according to this note, assuming NED means
20  what you think it means, she has no evidence of
21  cancer, correct?
22       A.   Clinically, that's what he found on his
23  note.  I believe that's what he's referring to.
24       Q.   And a woman reaching a five-year mark
25  without any evidence of recurrence is an important

1  indicator for a long-term survival prognosis,
2  correct?
3        A.   Well, an estrogen-positive disease is not
4  nearly as exciting as you'd like to think because
5  they're the long-term relapsers.  So you could -- I
6  can try to pull those curves up for you, but those
7  patients relapse out at 10 and 20 years, so she's
8  not at all out of the woods yet.
9        Q.   Is it an important indicator, though?
10       A.   So that's a very general question.  It's
11  better if you haven't recurred at five years than if
12  you recur.  But it's not any guarantee that six
13  months later you won't reoccur or 1 year later or 10
14  years later, especially in ER positive views.  Even
15  in HER2 positive, we now know there's significant
16  late recurrences, so it's one of our great
17  frustrations.  I'm happy she hasn't, but it doesn't
18  mean she hasn't recurred to date.
19       Q.   You would agree it is possible that
20  Ms. Stewart is alive today because she received the
21  systemic therapy, which included docetaxel, for the
22  treatment of her breast cancer, correct?
23            MR. MICELI:  Object to the form.
24            THE WITNESS:  You're saying it's possible
25  that she -- that that therapy helped reduce her

1  recurrence risk?  It's possible that that helped it,
2  yes.
3  BY MR. HOLDEN:
4        Q.   It's possible she's alive today because of
5  the TAC regimen which she took, correct?
6        A.   It's -- I don't know about the alive part,
7  because even if you recur, most women like her are
8  living numerous years later with hormonal-based and
9  CD4-case therapies, so I can't say that's why she's
10  alive.  We know the first step may be decreasing the
11  risk of recurrence.
12       Q.   Okay.  I'm going to go back to the
13  chemotherapy register form Ms. Stewart -- that we
14  talked a little bit about before.
15            You -- I believe you agree that a patient
16  with Ms. Stewart's presentation needed a
17  third-generation chemotherapy regimen, correct?
18       A.   No, that's putting words in my mouth.  I
19  believe the patient to present with tumors similar
20  to Mrs. Stewart has evidence of benefit from
21  adjuvant therapy.  The strongest evidence is with
22  combined chemotherapy and hormonal therapy, most of
23  them, and that third generation would be a
24  preference if the patient accepted the additional
25  risks.

1        Q.   If Ms. Stewart had presented to you for
2  oncology care in 2014, you would have discussed with
3  her a treatment plan that included a
4  third-generation chemotherapy regimen, correct?
5        A.   If a patient like Mrs. Stewart
6  presented --
7            MR. MICELI:  Again --
8            THE WITNESS:  -- me with those features, I
9  would have discussed a third-generation regimen with
10  her.
11  BY MR. HOLDEN:
12       Q.   And I think we discussed before that on
13  page 55 of your report, you indicated a
14  third-generation chemotherapy regimen for a patient
15  like this resulted in a 14.5 percent increase -- or,
16  I'm sorry, a 14.5 percent decrease in the risk of
17  dying, correct?
18       A.   The Predict report, putting in her
19  parameters.  Would show that 14-and-a-half women
20  would be a benefit at 10 years from the third
21  generation, any of the third-generation regimen.
22       Q.   And that's a significant benefit, correct?
23       A.   It helps 14-and-a-half women for 100, so a
24  lot of women still get chemotherapy with all the
25  toxicity and no benefit.  But it's thought to be

1  enough benefit to certainly discuss, and most
2  patients will accept that benefit.
3      Q.   You wouldn't recommend that one of your
4  patients should forego that treatment regimen?
5      A.   It depends on the patient.  You have an
6  80-year-old who's got critical heart and lung
7  disease and others, it isn't going to live long
8  enough to benefit, I might not recommend it.  So it
9  depends on the -- you have to taper it to the
10 patient.
11     Q.   Sure.
12          If could you turn to page 51 of your
13 report, Exhibit 10.
14     A.   Okay.
15          Yep.
16     Q.   And you write in the second paragraph here
17 that the 2014 NCCN guidelines lists three preferred
18 and four other category -- category 1
19 third-generation chemotherapy regimens, and you --
20 and you list out several regimens.
21          These seven regimens, you believe all
22 those would be appropriate for treating
23 Ms. Stewart's cancer, correct?
24     A.   They would all be considered
25 third-generation options with, you know, as you saw

1  from the Predict, expected benefit.
2      Q.   And they're all category 1 treatments,
3  correct?
4      A.   Yes, category 1.
5      Q.   And each involves a taxane, either
6  docetaxel or Paclitaxel, correct?
7      A.   I believe so, yes.
8      Q.   If -- for Ms. Stewart, if you were to
9  treat her at that time, in light of her advanced
10 disease and metastases of the lymph nodes, you would
11 not recommend that she should be treated with any
12 less effective regimen than the seven that are here,
13 correct?
14          MR. MICELI:  Object to --
15          THE WITNESS:  It depends on --
16          MR. MICELI:  -- the form.
17          THE WITNESS:  It depends on what she would
18 expect.  I would always rather someone have even a
19 first generation if they won't accept the toxicity
20 of the third or a second.  So the order of
21 preference is the category 1 treatments, but there
22 are other, as you see on the list, because there are
23 times when they're appropriate.  It's not wrong to
24 use it.  But I think, based on the evidence we've
25 discussed, we believe that the addition these

1  particular regimens were likely to be more
2  effective.
3  BY MR. HOLDEN:
4      Q.   For instance, CMF is a first-generation
5  chemotherapy regimen correct?
6      A.   It is, with, you know, 20- and 30-year
7  long-term efficacy data, so yes, first-generation
8  (indiscernible).
9          [Reporter requests clarification.]
10 BY MR. HOLDEN:
11     Q.   And are you --
12          THE WITNESS:  First-generation
13 chemotherapy regimen.
14 BY MR. HOLDEN:
15     Q.   For a patient like Ms. Stewart, who
16 indicated that she was fine with the toxicities of a
17 third-generation regimen, would you have recommended
18 CMF?
19     A.   If she would have -- as I think I was
20 clear, our preference is a third generation if the
21 patient will accept the toxicities from it.  That's
22 our preference.
23     Q.   And that's because third-generation
24 chemotherapies containing a taxane have shown
25 increased efficacy over second-generation regimens,

1  right?
2      A.   Yes.  Remember, according to Predict,
3  third generation also includes the higher doses of
4  anthracycline, but that's just -- it kind of grew
5  out of favor, just like TAC has grown out of favor.
6  I believe it was on the 2011, but by now, we just --
7  we just don't do those sequential high dose ones
8  anymore, but that is technically a third generation.
9  So these are the third generations that were all
10 listed and would all be considered likely equally
11 effective in achieving any benefit to patients like
12 Mrs. Stewart.
13     Q.   And those third generations have been
14 shown to be more effective than second generation,
15 right?
16          MR. MICELI:  Object to the form.
17          THE WITNESS:  Third-generation regimens
18 have been shown to have slight improvement over
19 second-generation regimens in disease-free and
20 overall survival in most circumstances.
21 BY MR. HOLDEN:
22     Q.   And second generation --
23     A.   It depends (indiscernible) the trial.
24          [Reporter requests clarification.]
25          MR. HOLDEN:  Sorry.

1       THE WITNESS:  It's the detail in the
2   trial, exactly whether it's disease-free, overall
3   survival.  See, you've made a big generalization.
4   BY MR. HOLDEN:
5       Q.   Generally, second-generation regimens have
6   shown an improvement over first-generation regimens
7   as well, correct?
8       A.   They --
9            MR. MICELI:  Object to the form.
10           THE WITNESS:  Yes, second generation -- so
11   it's, again, depending on the patient, there may be
12   an insignificant benefit.  So the higher your
13   recurrence risk, based on stage and features, the
14   more potential benefit of a third generation over a
15   second generation over a first generation, and it
16   depends on, you know, your subtype.  If you've got
17   certain subtypes, chemo doesn't do squat, and
18   we're -- we're not giving it in a lot of those cases
19   anymore.
20   BY MR. HOLDEN:
21       Q.   Of the seven regimens that are listed
22   here, all aside from this TC regimen include a
23   taxane and anthracycline, correct?
24       A.   Yes.
25       Q.   A taxane combined with an anthracycline

1   has shown superior efficacy to regimens that don't
2   have that combination, correct?
3            MR. MICELI:  Object to the form.
4            THE WITNESS:  Again, it -- it depends on
5   the setting, on the stage, and the tumor type.  TC
6   was tested in earlier-stage disease without large
7   lymph nodes, without large tumor types.  So even
8   though you have it listed as a third generation
9   here, it's generally not a choice for patients like
10   Mrs. Stewart.  It's not our -- our high-priority
11   choice because the regimen that the study it was
12   done in used a different group of women that had
13   lower recurrence risk.  It's not been shown head to
14   head against the others.  It was shown -- it was
15   tested head to head against AC in the Jones trial.
16   BY MR. HOLDEN:
17       Q.   For a patient such as Ms. Stewart, you
18   would prefer that they have a regimen with both
19   taxane and anthracycline, correct?
20       A.   When I see a patient with disease like
21   Mrs. Stewart, I offer her review these choices.  I
22   would generally not use TC in this situation with
23   the lymph node status.  And there, again, we cannot
24   use the Epirubicin, don't use TAC much at all.  You
25   use -- ACT is the go-to regimen, so that's what's

1   being used now.
2       Q.   And the first two regimens that you have
3   listed here on page 51 are both dose-dense AC
4   followed by paclitaxel, correct?
5       A.   Yes.  The first one implies that both the
6   D and the T are given dose-dense.  And the second
7   one, the AC is dose-dense followed by the Taxol
8   given weekly.
9       Q.   Using a dose-dense regimen involves
10   additional -- an additional layer of complexity,
11   agree?
12       A.   No.  It's actually easier on the patient.
13       Q.   Would you agree that using dose-dense
14   increases the cost?
15       A.   No, absolutely not.
16       Q.   So you believe a dose-dense regimen is
17   less expensive than these others?
18       A.   What are you comparing it to?  So the
19   cost?  Because all the drugs are 505(b)(2) or
20   generic.  ACT is quite inexpensive.  The -- the
21   higher cost is in the growth factor.  Then the
22   growth factors went generic over time, but most
23   people still prefer the shot of the growth factor
24   that lasts two weeks when you're on the AC phase.
25   People in the weekly Taxol don't need growth factor

1   except on rare occasions.  So you can cut way back
2   on steroids and way both on growth factor, and the
3   costs are minimal.  Whereas, as you saw with TAC, it
4   is given with growth factor for all six cycles
5   because it has such a high fever and neutropenia
6   risk.
7            [Reporter requests clarification.]
8            THE WITNESS:  So -- fever and neutropenia.
9   BY MR. HOLDEN:
10       Q.   Do you have any information about whether
11   Dr. McCanless' office had any policies and
12   preferences about the use of Taxol versus docetaxel?
13       A.   I don't recall reviewing any policy
14   statements from their office, no.
15       Q.   And you don't have any information, then,
16   as to whether a Taxol regimen was even available to
17   Dr. McCanless, correct?
18           MR. MICELI:  Object to the form.
19           THE WITNESS:  I have no direct
20   information, but it would be impossible not to have
21   it available.
22   BY MR. HOLDEN:
23       Q.   When you reviewed Ms. Stewart's testimony
24   and -- do you recall her testimony that she relied
25   on Dr. McCanless to identify the regimen with the

1  best chance of saving or prolonging her life?
2      A.   I may have read wording something to that
3  effect.  I don't remember her exact words.
4      Q.   She testified that the regimen that had
5  the best chance of saving her life was important to
6  her, correct?
7      A.   I don't recall her specific statement.  If
8  you want to show me, I'd...
9           Sorry.  By the way, this is the page I had
10 a typo on.
11     Q.   Okay.
12     A.   Sorry.
13          Sorry, just -- I dropped you again.
14     Q.   For a patient such as Wanda Stewart,
15 treatment with just endocrine therapy without
16 systemic chemotherapy would not have been
17 appropriate, correct?
18     A.   Treatment of an individual patient depends
19 on talking with them and what they would expect as
20 the risks and benefits and the pros and cons.  If
21 the patient refuses any chemotherapy, it would be
22 very appropriate to treat with endocrine only.  I
23 wouldn't not treat her with endocrine because she
24 refused chemotherapy.
25     Q.   I'm sorry, I had a little trouble hearing

1  you.
2           Are you saying if the patient refused
3  chemotherapy, it would be appropriate to treat her
4  with endocrine only?
5      A.   Yes.  If she refused chemotherapy, you
6  don't have another option.  You hope she at least
7  agrees to endocrine therapy because, as you saw,
8  there's an individual benefit for that.
9      Q.   Okay.  But assuming the patient was
10 agreeable to having chemotherapy, it would not be
11 appropriate to only treat that patient with
12 endocrine therapy, correct?
13     A.   The -- the choice with the best evidence
14 as supported by the guidelines, as we reviewed, are
15 the systemic therapy, preferably with the third
16 generation, and the endocrine therapy, assuming the
17 patient agrees.  The patient has to show up and get
18 it.
19     Q.   We've been talking about docetaxel and
20 paclitaxel, and how they -- they have different --
21 you agreed earlier they have different methods of
22 action, correct?
23     A.   I believe you said that.
24     Q.   I think you agreed with me.
25          MR. MICELI:  Object to the form.

1  BY MR. HOLDEN:
2      Q.   You would agree they have different --
3  different -- you -- you would agree that docetaxel
4  and Paclitaxel have different side effect profiles,
5  correct?
6      A.   They can have different side effect
7  profiles, yes, I agree with that.
8      Q.   Do you agree that one of the
9  responsibilities of a patient's oncologist is to
10 assess whether a patient is particularly susceptible
11 to any of the listed side effects of a chemotherapy
12 drug because of her medical history or other
13 factors, correct?
14          MR. MICELI:  Object to the form.
15          THE WITNESS:  Oncologists talk to patients
16 about anything in their history that might influence
17 things one way or another, and they gave them
18 advice, and they solicit their information about
19 what's important to them.  Clearly, Mrs. Stewart
20 asked, "Will I lose my hair?"  And she -- you know,
21 "Will it come back?"  Yes.  That was important to
22 her.
23 BY MR. HOLDEN:
24     Q.   At the time that Dr. McCanless was
25 prescribing Ms. Stewart's chemotherapy regimen,

1  Ms. Stewart was clinically obese, correct?
2      A.   She had a higher BMI.  I don't think I
3  wrote down the actual numbers.  (Indiscernible) know
4  it, though.
5           [Reporter requests clarification.]
6           THE WITNESS:  Yeah, I'm trying to -- I
7  don't -- I didn't write down her actual BMI.
8  BY MR. HOLDEN:
9      Q.   Okay.  I'll represent to you that, at the
10 time, it was 30.32 and --
11     A.   Okay.
12     Q.   -- that is medically obese.
13          That's obese, correct?
14     A.   I think over --
15          MR. MICELI:  Object to --
16          THE WITNESS:  30 and over --
17          MR. MICELI:  -- the form.
18          THE WITNESS:  -- is the -- is over the
19 line, as I remember.
20 BY MR. HOLDEN:
21     Q.   Okay.  Did you see that Ms. Stewart's
22 parents were both hypertensive?
23     A.   I read that in your expert's report.  I
24 didn't see that in her notes.
25     Q.   Did you see that Ms. Stewart's mother was

1  diabetic?
2      A.   I saw that her mom had the cervix cancer.
3  So I don't remember seeing that she's diabetic
4  and -- yeah.
5      Q.   Diabetes is a significant risk factor for
6  developing neuropathy, correct?
7           MR. MICELI:  Object to --
8           THE WITNESS:  Diabetes itself --
9           MR. MICELI:  -- the form.
10          THE WITNESS:  Patients who are diabetic
11 have an increased risk of developing neuropathy,
12 diabetic neuropathy.
13 BY MR. HOLDEN:
14     Q.   And obesity is a significant risk factor
15 for diabetes, correct?
16     A.   People who are obese have higher risk of
17 Type 2 diabetes development.
18     Q.   And if someone's parent is diabetic, that
19 increase the likelihood that her child will develop
20 diabetes, correct?
21          MR. MICELI:  Objection to the form.
22          THE WITNESS:  I'm not an expert at that.
23 I -- I -- I really haven't reviewed that literature
24 in enough detail to have an -- have an expert
25 opinion on that.

1  BY MR. HOLDEN:
2      Q.   Taxanes are -- are dosed at a certain
3  number of milligrams per meters squared, correct?
4      A.   Yes, both are.
5      Q.   So a person who is obese, like
6  Ms. Stewart, is going to have a higher total dose of
7  taxanes than a nonobese patient?
8           MR. MICELI:  Object to the form.
9           THE WITNESS:  It depends on the call there
10 because, remember, the BMI is about height and
11 weight, so it's not just the obesity.
12 BY MR. HOLDEN:
13     Q.   Sure.
14          You agree that neuropathy is a significant
15 risk associated with paclitaxel, correct?
16     A.   I agree that neuropathy is associated with
17 both taxanes.
18     Q.   It's a risk associated with Paclitaxel?
19          MR. MICELI:  Object to the form.
20          THE WITNESS:  I agree that both taxanes
21 can have -- neuropathy can be a significant risk of
22 either one of them.
23 BY MR. HOLDEN:
24     Q.   Do you agree that neuropathy is an
25 important side effect to discuss with patients who

1  are being treated with taxanes?
2      A.   I think the known disclosed toxicities of
3  a regimen in perspective is important to talk to
4  patients about when you are making a decision which
5  one to use and soliciting their shared
6  decision-making.
7      Q.   You are aware of published studies that
8  suggest there's a higher risk of neuropathy with
9  paclitaxel than docetaxel, correct?
10          MR. MICELI:  Object to the form.
11          THE WITNESS:  I'm aware of studies that go
12 both ways.  And I -- I believe I really -- so I
13 added that specific section.  I got tired of the
14 nonsense.  I put that specific section in my report.
15 BY MR. HOLDEN:
16     Q.   You're aware of studies that go both ways,
17 but you are aware that there are published studies
18 suggesting there's a higher risk of neuropathy with
19 paclitaxel, right?
20          MR. MICELI:  Object to the --
21          THE WITNESS:  I'm aware --
22          MR. MICELI:  -- form.
23          THE WITNESS:  Yeah, I'm aware of studies
24 that discuss different aspects of sensory for other
25 neuropathy with both Taxol and Taxotere studies, as

1  well as the arthralgias and myalgias, which are
2  often, in clinical practice, overlapping.
3  BY MR. HOLDEN:
4      Q.   Okay.  And in your report on page 19, I'm
5  quoting, "For grade 3 or 4 neurotoxicity, the
6  paclitaxel arm had 8 percent while the docetaxel arm
7  had 4 percent.  When grade 2 neurotoxicity was
8  added, paclitaxel at 27 percent while docetaxel had
9  16 percent."
10     A.   I'm sorry, what page?
11     Q.   19.
12     A.   19.
13          Yeah, those were all directly from that
14 study that was comparising it -- comparing it.  But,
15 again, there's more neuropathic pain with docetaxel,
16 so you gotta read the second part of it.  That's the
17 complexity of neurotoxicity to explain to patients.
18     Q.   And the study you're referring to is the
19 Sparano 2008 study; is that correct?
20     A.   Yes.
21          [Reporter requests clarification.]
22          MR. HOLDEN:  2008.
23          (Whereupon Exhibit 26 was marked for
24          identification.)
25 BY MR. HOLDEN:

1    Q.   Okay.  And at the bottom of page 1668,
2  again the incidence of --
3    A.   I'm sorry --
4    Q.   The --
5    A.   -- is this Exhibit 25?
6    Q.   26.
7    A.   26.  What was 25?
8    Q.   The 2020 -- February 2020 encounter note
9  with Dr. McCanless.
10   A.   Okay, thanks.
11   Q.   Okay.  So at the bottom of page 1668, the
12 authors write, "The incidence of grades 3 or 4
13 neuropathy in the four groups range from 4 to
14 8 percent, but the group receiving weekly Paclitaxel
15 had a significantly higher incidence of grade 2, 3
16 or 4 neuropathy (27 percent) than any of the other
17 treatment groups," correct?
18   A.   That's what the paper reads.  You have to
19 go to the supplement to actually find what,
20 actually, they reported.
21   Q.   But based on what Dr. Sparano published in
22 the New England Journal of Medicine in 2008, there
23 was significantly higher instance of neuropathy in
24 the paclitaxel group than the docetaxel group,
25 correct?

1    A.   No, because the supplemental tables are
2  part of that, and you have to download them and read
3  them.
4    Q.   You are not offering any opinion that the
5  risk of neuropathy with paclitaxel is less than that
6  with docetaxel, correct?
7    A.   First of all, I'm not offering an expert
8  opinion on neurotoxicity.  That's -- you know,
9  that's like a clinical perspective in talking to
10 patients about informed consent, and this is the
11 best paper for the comparison of the details.
12 Neuropathic pain is miserable to people, this
13 burning pain, whereas the sensory tingling is
14 generally not as bothersome, especially if you read
15 the definition of grade 2, which doesn't interfere
16 in activities of daily living, which is why the
17 supplemental tables are so important when you
18 discuss, again, the major toxicity differences that
19 come down between these two drugs clinically, the
20 known proven higher risk of permanent hair loss,
21 higher fever neutropenia risk, neuropathy risks that
22 have differences that may impact patients
23 differently between the drugs, and the steroid use
24 that can influence.  That's why I wrote those
25 absolute details in, and those supplemental tables

1  are part of this publication.
2    Q.   I think you asked you before, you're not
3  aware of Ms. Stewart developing complications of
4  neutropenia, are you?
5    A.   I don't recall reading that as a problem
6  for her.  I don't remember reading it during the
7  actual treatment, and I know the last several
8  followup notes, I didn't see any notice about that
9  or any comment about it.
10        (Whereupon Exhibit 27 was marked for
11        identification.)
12 BY MR. HOLDEN:
13   Q.   Doctor, we've marked a systemic systematic
14 review article by Wilson.
15        Are you familiar with this?
16   A.   I have not reviewed it lately and I don't
17 remember if it's on my reliance list.  I'm aware of
18 it.  I have not reviewed it --
19   Q.   And it's -- and it's --
20   A.   -- lately.
21   Q.   And it's a review of more than 29 studies
22 involving more than 41,000 patients, correct?
23   A.   Again, I haven't reviewed this, so I -- I
24 don't remember any details.
25   Q.   Okay.  And we're -- on page 110 here, it's

1  comparing toxicities.
2        And do you see the "Neuropathy (grade 3/4)
3  by type of taxane"?
4    A.   Let's see.  So this is cross-study
5  comparisons where none of these were compared
6  together.
7    Q.   Oh, sorry, I think we're on the wrong
8  page.  Hold on one second.
9        One more.  One more.  Okay, here we are.
10       MR. MICELI:  Can we share this one as well
11 or submit this one so I can download it?  Thank you.
12       MR. HOLDEN:  It's there, should be.
13 BY MR. HOLDEN:
14   Q.   Can you see that, Doctor?
15   A.   No, it's not coming up right now.  It was,
16 but it's not now.
17   Q.   Okay.  It's a little bit big.  It might
18 just take a second.
19       MR. MICELI:  There we are.
20 BY MR. HOLDEN:
21   Q.   Okay.  So do you see the table titled
22 "Comparison 11.  Toxicities"?  Do you see that --
23   A.   I see it, but --
24   Q.   -- now, Doctor?
25   A.   -- I have no idea what it's --

Page 214

1    Q.    Okay.
2    A.    -- relating to.
3    Q.    Okay.  And if you scroll down to -- to
4    No. 4, it's comparing neuropathy grade 3 and 4 for
5    docetaxel and paclitaxel.
6         Do you see that?
7    A.    I see the section.  I have no opinion on
8    it.  I have not reviewed this document for this.
9    And these are -- the only study I know, you know,
10   with TAC is TACs FAC, and then the Sparano directly
11   comparing the ACT regimens that actually have the
12   head-to-head comparison, so this is not really
13   relevant.
14   Q.    Okay.  Well, this is on your reliance
15   list, I think, right?
16   A.    I -- I -- I remember I looked at this, but
17   I did not use it for this or rely on it for this
18   case about TAC versus ACTs or other options on the
19   NCCN regimen.
20   Q.    Okay.  And do you see where it says the
21   odds ratio for docetaxel for neuropathy is 3.74 and
22   the odds ratio for neuropathy for paclitaxel is
23   11.93?  Do you see that?
24   A.    I see a column called "Effect size."  The
25   odds ratios, I'm trying to figure out statistical

Page 215

1    method -- I mean, effect size.  Yeah, I don't -- I
2    really didn't study this at all for -- for any of
3    this.
4    Q.    Okay.  Can -- can you agree that based on
5    what you see here, this review found that there was
6    a significantly increased odds of neuropathy with
7    paclitaxel compared to docetaxel?
8    A.    I see they're reporting numbers that --
9         MR. MICELI:  Excuse me, Linda.
10        Object to the form.
11        I'm sorry, Linda.  I was on mute.
12        Object to the form.
13        THE WITNESS:  So I don't -- I don't know
14   what they mean by neuropathy, sensory, pain that --
15   you know, I don't know the level of this.  That's
16   why I looked at and it didn't comment on it, because
17   I don't think it really applies to this patient at
18   all.  I don't use it in patient counseling because
19   it's a conglomerate of things that aren't directly
20   comparable.
21   BY MR. HOLDEN:
22   Q.    You're aware that paclitaxel has been
23   associated with cases of permanent hair loss in the
24   medical literature, correct?
25        MR. MICELI:  Object to the form.

Page 216

1         THE WITNESS:  I know case reports are not
2    causation, but I am not giving an expert opinion on
3    causation.
4    BY MR. HOLDEN:
5    Q.    You do rely on Dr. Feigal's report for
6    your conclusion in your report that docetaxel alone
7    is associated with an increased risk of permanent
8    alopecia, correct?
9         MR. MICELI:  Object to the --
10        THE WITNESS:  I --
11        MR. MICELI:  -- form.
12        THE WITNESS:  I agree with that based on
13   the studies that have been published, and now the --
14   it's actually called out in UpToDate by the experts,
15   including one of the defense experts.
16   BY MR. HOLDEN:
17   Q.    But did you look at any of the articles
18   cited by Dr. Feigal which found a potential
19   association between paclitaxel and alopecia?
20   A.    Again, you know, you have experts on what
21   the weight of the science is for causation.  That is
22   not my area that I'm giving an expert opinion on.
23   Q.    So you're relying -- for your opinion that
24   docetaxel is associated with permanent alopecia,
25   you're relying on what Dr. Feigal says, correct?

Page 217

1         MR. MICELI:  Object to --
2         THE WITNESS:  Dr. Feigal --
3         MR. MICELI:  -- the form.
4         THE WITNESS:  Dr. Feigal is the expert
5    that is a scientific statistical expert on
6    causation.  That's, I believe, her area.  I believe
7    the UpToDate now clearly, for the country, calls out
8    docetaxel.  That's why I provided that.
9    BY MR. HOLDEN:
10   Q.    I -- when you say that -- that "you have
11   experts," you're referring to Plaintiffs' expert
12   Dr. Feigal, not to experts for my client, Sandoz,
13   right?
14   A.    It is one of the plaintiff experts that's
15   on the UpToDate article.
16   Q.    We've talked a bit about the AC paclitaxel
17   regimen today.
18        For that regimen, a patient needs to be
19   premedicated with corticosteroids during the Taxol
20   portion of the regimen, correct?
21   A.    Just like you have to premedicate for
22   docetaxel, but different doses and different
23   schedules and different risks.  And I put a chart in
24   because some expert was claiming it was higher
25   doses, which is just wrong.

1    Q.   You put a chart in your -- your report
2  here?
3    A.   Yes.
4    Q.   When you say "some expert," are you
5  referring to one of Sanofi's experts?
6    A.   You know, it's a blur who said it, but it
7  was -- made me laugh.  On page 21 of my report, I
8  actually put a chart in of the standards.  There's
9  also more with Taxol, especially weekly.  More and
10 more papers and evidence have shown if you do well,
11 you can stop the steroids, let alone -- whereas
12 docetaxel, you cannot.  So I put in the standards
13 from the NCCN treatment guidelines and calculated by
14 week, by overall, and showed you exactly what they
15 were.
16   Q.   Do you agree that patient cannot have
17 Adriamycin and Taxol at the same time because of the
18 increased cardiotoxicity?
19            MR. MICELI:  Object to --
20            THE WITNESS:  Absolutely --
21            MR. MICELI:  -- the form.
22            THE WITNESS:  -- (indiscernible) that
23 statement.
24            [Reporter requests clarification.]
25            THE WITNESS:  I disagree.  That's a

1  blanket statement.  The AT regimen was used in any
2  number of trials.  To say you can't have it is not
3  correct.  To say that it's gone out of favor because
4  we have effective regimens with less toxicity would
5  be correct.  But to say you can't give it is just
6  wrong.  And the literature --
7  BY MR. HOLDEN:
8    Q.   Okay.
9    A.   -- has many studies on AT.
10   Q.   Would you -- is it fair to say it's
11 favored to give Adriamycin and Taxol on a staggered
12 schedule?
13   A.   That became -- because it was so well
14 tolerated, even though TAC with paclitaxel was used
15 in metastatic disease early on and Taxotere
16 Adriacytoxan (phonetic) was used in adjuvant, the
17 ease and the less toxicity of the sequential regimen
18 made it that we never did, that I know of,
19 head-to-head paclitaxel Adriacytoxan in adjuvant.
20 It was used in metastatic disease, but it wasn't
21 used in adjuvant because the other regimens were
22 shown very effective in trials and were better
23 tolerated by patients.
24            So it's really a history of the
25 development of why.  It's not that you can't, but

1  it's just as effective or more sequentially, and the
2  toxicities make it easier on patients --
3    Q.   Okay.
4    A.   -- both for docetaxel --
5    Q.   So if --
6    A.   -- and paclitaxel.
7    Q.   If an oncologist decides to prescribe AC
8  paclitaxel on a staggered schedule, that would lead
9  to a longer total time of chemotherapy, correct?
10   A.   No.
11            MR. MICELI:  Object to the form.
12            THE WITNESS:  Dose-dense is given every
13 two weeks for four ACs and four Taxols.  Eight times
14 two is 16 weeks.  TAC is every three weeks.  You
15 cannot give it dose-dense.  And that takes 18 weeks.
16 If you give the AC dose-dense over eight weeks
17 followed by 12 weeks, it's 20 weeks versus 18 weeks,
18 two-week difference to use the AC followed by a
19 weekly Taxol.  That's an insignificant difference
20 for patients, or their tumor, and much better
21 tolerated.
22            MR. MICELI:  Evan --
23 BY MR. HOLDEN:
24   Q.   When it comes to deciding what --
25            MR. MICELI:  -- I just wanted to point out

1  the time to you.
2            MR. HOLDEN:  Yeah.
3  BY MR. HOLDEN:
4    Q.   When it comes to --
5            MR. MICELI:  Okay.
6  BY MR. HOLDEN:
7    Q.   -- deciding between a TAC regimen and an
8  AC paclitaxel regimen, do you agree that there are
9  qualified, competent oncologists who have -- simply
10 have a preference for docetaxel over paclitaxel,
11 correct?
12   A.   I think that's possible.  I -- I don't see
13 that much anymore.  I think, very early on, that
14 might have been the case, but I don't see that
15 anymore.
16   Q.   In 2014, the TAC regimen was a standard of
17 care regimen under the NCCN guidelines that we
18 looked at earlier, right?
19   A.   It was one of the -- what did I say, 11
20 category 1 or seven category 1 options?
21   Q.   And it remains a standard of care regimen
22 today, correct?
23   A.   It remains on the list, as far as I know,
24 but it is less and less used across the country, my
25 experience, and, certainly, in my institution, when

1  you're a breast cancer specialist treating breast
2  cancer patients only and look at all the data to
3  date, especially now with the permanent hair loss.
4        [Reporter requests clarification.]
5        THE WITNESS:  Especially with the
6  permanent hair loss established with docetaxel, both
7  in the label at 2015 and then the, you know,
8  national UpToDate and in other forums.
9  BY MR. HOLDEN:
10       Q.  Did you see any documents or testimony in
11  this case that identified how Dr. McCanless stayed
12  informed about the risks and benefits of docetaxel?
13       A.  I -- I remember things in his deposition,
14  but I don't remember details of it.
15       Q.  Do you remember him testifying that he
16  would not have reviewed the docetaxel label for
17  generic docetaxel?
18       A.  I mean, he wouldn't -- he -- I believe he
19  said he wouldn't have reviewed the Sandoz 505(b)(2)
20  label.  I don't remember his exact words.  I
21  remember something to the effect that he said he
22  wouldn't.  We generally read it out of the package
23  if we have a question.
24       Q.  Are you aware that Sandoz does not have
25  any sales representatives or other employees who go

1  to cancer facilities to promote or talk about
2  docetaxel?
3        MR. MICELI:  Object to the form.
4        THE WITNESS:  I am not here to discuss the
5  promotion or sales by Sandoz.  I don't have an
6  expert opinion on that.
7  BY MR. HOLDEN:
8        Q.  And I'll represent to you that that's the
9  case.
10       Would you agree that, therefore, no part
11  of Dr. McCanless' prescribed decision was influenced
12  in any way by any statement by a Sandoz sales
13  representative?
14       MR. MICELI:  Objection to --
15       THE WITNESS:  You're saying a --
16       MR. MICELI:  -- the form.
17       THE WITNESS:  -- double negative.  There's
18  no representative, so he couldn't have represented
19  to him?
20       (The reporter requested that the witness
21       speak in turn.)
22       THE REPORTER:  Can you state your answer
23  again, Doctor?
24  BY MR. HOLDEN:
25       Q.  If we assume --

1        A.  That -- as I understand the question,
2  you're saying if there was no representative, there
3  was no representation to the doctor on any issue.
4  That seems kind of obvious.
5        Q.  My question is -- was, wouldn't you agree
6  that no part of Dr. McCanless' prescribing decision
7  was influenced in any -- in any way by a statement
8  by a sales representative?
9        MR. MICELI:  Object to the form.
10       THE WITNESS:  I have no knowledge of what
11  his -- whether he did or didn't have anyone
12  represent something to him.  I don't have any
13  knowledge of that.
14       MR. HOLDEN:  All right.  Let's go off the
15  record.
16       THE VIDEOGRAPHER:  Off the record.  The
17  time is 3:27.
18       (Whereupon, the deposition adjourned at 3:27 p.m.)
19                        -oOo-
20
21
22
23
24
25

1
2
3
4
5
6
7
8        I, LINDA BOSSERMAN, MD, do hereby declare
9  under penalty of perjury that I have read the foregoing
10  transcript; that I have made any corrections as appear
11  noted, in ink, initialed by me, or attached hereto;
12  that my testimony as contained herein, as corrected, is
13  true and correct.
14       Executed this _____ day of
15  _____, 20____, at
16  _____, _____.
17       (City)                  (State)
18
19
20
21
22                         _____
23                         LINDA BOSSERMAN, MD
                           Volume I
24
25

Page 226

```
1   STATE OF CALIFORNIA      )
                             )   ss.
2   COUNTY OF LOS ANGELES    )

3

4         I, Elizabeth Borrelli, Certified Shorthand

5   Reporter, Certificate No. 7844, for the State of

6   California, hereby certify:

7         I am the deposition officer that

8   stenographically recorded the testimony in the

9   foregoing deposition;

10        Prior to being examined the deponent was

11  first duly sworn by me;

12        The foregoing transcript is a true record

13  of the testimony given;

14        Before completion of the deposition,

15  review of the transcript [ ] was [X] was not

16  requested.  If requested, any changes made by the

17  deponent (and provided to the reporter) during the

18  period allowed are appended hereto.

19

20  Dated: 9/23/2020

21

22

23              _____

                ELIZABETH BORRELLI, CSR 7844

24

25
```

Page 227

```
1                    ERRATA SHEET

2   Case Name:

3   Deposition Date:

4   Deponent:

5   Pg.  No. Now Reads      Should Read  Reason

6   ___  ___ _____     _____   _____

7   ___  ___ _____     _____   _____

8   ___  ___ _____     _____   _____

9   ___  ___ _____     _____   _____

10  ___  ___ _____     _____   _____

11  ___  ___ _____     _____   _____

12  ___  ___ _____     _____   _____

13  ___  ___ _____     _____   _____

14  ___  ___ _____     _____   _____

15  ___  ___ _____     _____   _____

16  ___  ___ _____     _____   _____

17  ___  ___ _____     _____   _____

18  ___  ___ _____     _____   _____

19  ___  ___ _____     _____   _____

20

                        _____

21

                        Signature of Deponent

22

    SUBSCRIBED AND SWORN BEFORE ME

23  THIS ____ DAY OF _____, 2020.

24  _____

25  (Notary Public)   MY COMMISSION EXPIRES:_____
```

**$**

**$210,000** 56:1

**$650** 55:5

**-**

**-ooo-** 224:19

**1**

**1** 13:16,18 76:6 79:22,
25 122:19 133:14,17
135:1 166:19 191:13
194:18 195:2,4,21
221:20

**1.4-centimeter**
113:10

**1.7** 181:8,11,12
182:17,18 184:4,17

**10** 13:22 14:3 24:3,4
51:7 56:16 95:13,20
114:17 124:3,4,9,11
166:17 191:7,13
193:20 194:13

**10-year** 95:25 123:12

**10/15** 154:13,14,21
155:5

**100** 123:13 126:17
193:23

**101** 92:3

**10:11** 67:8

**11** 24:19,22 129:13,
22 133:15 213:22
221:19

**11.93** 214:23

**110** 212:25

**117** 151:20

**118** 151:20

**11:44** 127:8

**11th** 153:16

**12** 25:2,9 55:14,15
142:24 220:17

**12:03** 127:11

**12th** 25:9,13

**13** 71:14,15 120:2
189:1,14

**14** 9:1 10:20 112:11
115:16 120:2 124:11

**14-and-a-half**
193:19,23

**14.5** 124:17 125:13
126:17 193:15,16

**15** 40:11 56:16
119:15,18 120:8

**15/2019** 25:5

**16** 128:22 129:6,8,23
151:6 153:8 209:9
220:14

**1668** 210:1,11

**17** 14:11 120:20
121:3 132:22,23
187:11

**174** 158:6

**18** 42:14 153:9,21,25
157:17 180:4 189:12
220:15,17

**19** 157:14,15 209:4,
11,12

**1977** 25:23

**1980s** 90:5,23

**1981** 26:2,17

**1982** 30:18

**1984** 30:21

**1988** 31:1

**1989** 31:8,17

**1990** 28:17 33:6,10

**19th** 48:1

**1:00** 175:9

**1:11** 175:8

**1:18** 180:14

**2**

**2** 13:21,24 119:21

**122:25** 133:15 135:1
154:9 162:8 166:4,16
167:21 206:17 209:7
210:15 211:15

**2-** 133:15

**20** 16:13 122:22
146:13 158:24 159:1
160:25 187:7,8 191:7
220:17

**20-** 196:6

**2003** 33:11,14

**2004** 40:4

**2005** 95:24

**2008** 209:19,22
210:22

**2009** 95:24

**2011** 73:8 197:6

**2014** 33:8,14 35:14
73:8 87:14 113:2
132:12,15,22 133:14
148:21 153:11,16
154:10 181:1 193:2
194:17 221:16

**2015** 58:8 187:17
188:3 222:7

**2017** 29:5 36:5 37:20
38:13,19,21 39:7
120:10 189:10

**2018** 13:17,22 14:3
17:8 40:5 42:14 57:4
92:2

**2019** 14:6 16:13
17:13 53:9

**2020** 9:1 10:20 14:11
17:18 24:3 25:9 56:5,
15 71:21,24 72:20
73:2 189:1,14
190:10,17 210:8

**2094** 11:22

**21** 17:13 44:23
160:19,20 161:4
218:7

**22** 14:6 164:18 166:5

**23** 167:14,15

**23rd** 113:15

**24** 154:10 168:16,20

**25** 95:14,25 119:7
189:2 210:5,7

**250,000** 88:1 89:18

**26** 63:11,24 64:12
76:6 95:17,21 115:4
116:7 209:23 210:6,7

**27** 209:8 210:16
212:10

**29** 166:17 212:21

**2:20** 180:17

**2nd** 129:24

**3**

**3** 13:17 14:5,7 17:17
114:17 115:9 122:17,
24 209:5 210:12,15
214:4

**3.74** 214:21

**3/4** 213:2

**30** 9:16 57:22 91:9
92:8,19 93:20 122:6
123:13 124:3,4,8
163:16 166:10 168:7
205:16

**30-year** 196:6

**30.32** 205:10

**39** 57:24

**3:03** 127:20

**3:27** 224:17,18

**4**

**4** 14:10,13 209:5,7
210:12,13,16 214:4

**4.4** 114:2 181:8,10,
12,17,20 184:3,8

**40** 126:3

**41,000** 212:22

**44** 158:1

**46** 57:19

**5**

**5** 16:13,14 58:8 115:7,
10

**5,000** 88:9,13,14,22
89:4,12,19

**5-fluorouracil** 90:7

**5-FU** 90:20

**505(b)(2)** 101:6
200:19 222:19

**505(j)** 101:6

**51** 194:12 200:3

**55** 122:10,12 193:13

**58** 125:17

**59** 129:12,21

**6**

**6** 17:7,9

**6/11** 175:20

**6/6** 175:20

**60s** 118:4

**7**

**7** 17:12,14 95:11,16
154:21 181:1

**70s** 90:25 91:6

**77** 90:12

**79** 122:21

**8**

**8** 17:17,19 19:22 24:3
56:5,15 71:21,24
209:6 210:14

**80** 91:9 92:8,19

**80-year-old** 194:6

**80s** 28:10 90:1 91:6
92:4

**81** 26:6 90:12 119:6

**84** 26:6,17

**88** 122:24

**8:21** 9:2

**8:23** 10:20

**8th** 56:9 70:5

**9**

**9** 17:8 19:9,11

**9/24** 154:14,17

**90** 181:15 182:11
183:24 184:3,14,18,
19

**90-minute** 118:18
119:9

**9:50** 67:5

**A**

**a.m.** 9:2 10:20

**abbreviation** 190:13

**ability** 13:8 171:7

**abnormalities** 98:25

**abnormality** 98:6

**absolute** 211:25

**absolutely** 122:25
200:15 218:20

**AC** 101:18,19,21
102:1,4,6,23,24
142:17,24,25 143:5,
7,16 150:10 152:15
185:7,12,15,21
199:15 200:3,7,24
217:16 220:7,16,18
221:8

**accept** 62:6 176:10,
11,16 194:2 195:19
196:21

**acceptable** 69:19
96:12 97:18

**accepted** 63:1
138:24 192:24

**accepts** 126:5

**access** 97:6

**accompanied**

158:24

**Accord** 9:23 10:9
11:5,16 73:18

**accordance** 11:22

**accurate** 14:25
15:11,22 16:5,18
18:8 50:6 69:6 70:24

**achieve** 144:17

**achieving** 197:11

**acknowledged**
169:8

**acknowledgment**
169:15

**ACS** 220:13

**ACT** 150:13 199:25
200:20 214:11

**Actavis** 11:10,11

**action** 43:4 105:23
106:5 203:22

**activated** 50:10

**active** 28:7,9,22 29:1
31:14,16 41:4 181:11

**activities** 41:11
173:9 211:16

**activity** 40:23

**ACTS** 214:18

**actual** 25:12 100:21
123:21 155:18 157:5
205:3,7 212:7

**adaptive** 140:16,18

**add** 56:23 94:23

**added** 55:23 69:25
72:11 208:13 209:8

**adding** 101:17
124:10,14 125:11
148:12

**addition** 16:25 17:2
37:3 91:5 195:25

**additional** 74:13
97:15 124:17 125:13
126:17 192:24
200:10

**address** 72:23,24

73:5,6 83:14

**addressed** 69:21
75:12

**addresses** 20:21

**addressing** 64:12
69:10

**adequacy** 87:9

**adequately** 126:9
142:5

**adjourned** 224:18

**adjuvant** 91:1,4,5
96:24 107:5 143:11
192:21 219:16,19,21

**adjuvantly** 132:18

**administered** 11:21
179:7

**administrative**
34:22,25 35:10 36:12
39:15 47:19 50:4

**administratively**
48:24

**admissible** 9:15

**Adriacytoxan**
219:16,19

**Adriamycin** 90:7,20
102:2 146:23 150:17
151:10,23 152:11
164:21,22 165:2,22
166:7,8 167:8 172:1,
17 173:15 218:17
219:11

**advance** 100:9

**advanced** 30:21
31:4 117:7,10,13
136:20 195:9

**advancement** 100:6

**advent** 90:2 102:3
165:9

**advice** 52:10 204:18

**advise** 52:3,20,25
53:3

**adviser** 36:7 38:21
39:7 43:24

**advisory** 43:23

**affiliated** 57:10

**agents** 147:8

**aggressive** 149:2,5,
8,16

**aggressively** 152:7

**agree** 9:20,22,24
10:5,8 77:17 80:3
91:8 93:24 97:21
103:6,13,17,21
105:13,14 106:21
108:6,15 110:15
111:20 116:12,19
121:4,13 126:7 128:9
130:17 133:3 137:12
138:1 147:20,24
148:1 149:1 181:14,
17 183:13 188:11
191:19 192:15
200:11,13 204:2,3,7,
8 207:14,16,20,24
215:4 216:12 218:16
221:8 223:10 224:5

**agreeable** 203:10

**agreed** 88:22 176:4
203:21,24

**agreement** 12:5

**agrees** 203:7,17

**ahead** 13:2,15 50:3
66:4 111:12 133:3
190:12

**Albumin-bound**
100:20

**Alice** 74:24

**Alice's** 180:4

**alive** 123:14 124:4
126:18 186:23
191:20 192:4,6,10

**allegedly** 179:17

**allergic** 106:9

**allowed** 12:7

**alopecia** 72:12 82:23
109:7 179:25 216:8,
19,24

**alternative** 69:3,19
128:10 130:3,10

**alternatives** 130:7

**affiliated** 57:10

**Amgen** 43:19

**amount** 181:23

**analysis** 82:13 83:18
84:17 85:2,11,14,17,
23 86:2,3,7 152:15

**anastrozole** 187:18,
24

**and/or** 135:17 162:24

**ANGELES** 9:1

**answering** 84:9

**anthracycline**
124:21 197:4 198:23,
25 199:19

**anymore** 144:3
197:8 198:19 221:13,
15

**applies** 215:17

**appointment** 187:4

**appropriately** 96:16

**approved** 41:9

**approximately**
10:20 88:4

**April** 14:11 17:17
187:17

**area** 32:9 70:20 83:9
94:12,21 99:23 100:3
161:18 216:22 217:6

**areas** 36:24 94:1

**Arimidex** 187:17,24

**arm** 98:14 113:8
209:6

**aromatase** 187:15
188:8,11

**arrangement** 57:15

**arthralgias** 209:1

**article** 45:10,24
46:14 100:14 212:14
217:15

**articles** 45:12 47:1
216:17

**ASCO** 44:1

Index: asks..busy

**asks** 19:22 21:10

**aspects** 208:24

**assess** 139:18,20 142:4 143:1,2 204:10

**assessed** 143:1

**assessment** 141:1, 10 142:19

**association** 9:6 216:19

**assume** 13:3 25:16 31:2 57:6 64:6 110:11 138:4,16 142:2 168:22 181:11 223:25

**assuming** 176:25 182:19 184:17 190:19 203:9,16

**assumption** 110:13, 14

**assumptions** 61:23

**ATC** 152:20,22

**ATM** 118:9

**attached** 24:13 71:13

**attention** 120:12 136:15

**attorney** 67:17 140:10 178:21

**attorneys** 60:8 62:4

**audio** 36:3 38:25 39:4,12

**August** 49:11 58:8

**Australia** 43:21

**authorities** 87:18

**authority** 27:5 87:20

**authors** 210:12

**average** 96:4

**aware** 15:20 16:4 18:5,20 72:24 75:14, 17 109:23 141:24 156:6 161:14,25 165:19 179:15 208:7, 11,16,17,21,23 212:3,17 215:22

222:24

**ax** 100:3

**axilla** 99:22

**axillar** 135:1

**axillary** 99:23,24 100:1

**B**

**B-I-S-P-H-O-S-P-H-O-N-A-T-E** 60:1

**B14** 91:3

**B20** 91:3

**B21** 91:3

**bachelor's** 25:23

**back** 28:17 33:5 34:19 35:11 50:14 61:20 63:4 67:7 90:1, 14 92:13 94:6,25 95:1 109:10 127:10, 14,18 128:12,18 131:13,21 136:10 145:15 146:13 148:21 158:3 162:23 163:10,21 166:13 168:9 178:13,14 180:16 187:7 192:12 201:1 204:21

**background** 25:20

**bad** 12:24 52:12 120:21

**ballpark** 88:25

**based** 37:4 49:15 58:4 117:6 121:12 124:5,9 125:25 126:12 131:16 137:18 138:21 152:15 176:5 177:10 185:10 186:4 195:24 198:13 210:21 215:4 216:12

**bases** 67:20,24 131:19

**basically** 122:21 137:17 143:10

**basis** 38:23 39:9 64:1

**Beach** 48:10

**began** 90:25 155:8 187:14

**begin** 62:18

**beginning** 10:3,15

**begins** 162:22

**begun** 99:5,13

**behalf** 9:19,21 10:1, 7,25 11:2,7,15 17:3 54:4,5,7,9,17 75:25

**believed** 108:1 150:20

**believing** 108:2

**Benedict** 9:23 10:9, 10 11:4 180:6,7,9

**benefit** 97:15,18 103:8,24 108:1,3 126:19,22 127:1 147:7 176:20,24 177:8,17 192:20 193:20,22,25 194:1, 2,8 195:1 197:11 198:12,14 203:8

**benefits** 103:19 138:9,10,11 147:21 148:2 177:6 178:6 202:20 222:12

**Berkeley** 25:24

**Berkshires** 28:20

**Bidart** 51:21,22,25 53:6 54:9

**big** 45:1 110:22 113:24 137:19 198:3 213:17

**bilateral** 136:2 145:22 180:23

**billed** 56:8

**billing** 55:4

**biologic** 42:23 82:4 104:9,11

**biological** 93:17

**biopsy** 113:13,19

**Biotech** 42:15

**bisphosphonate** 59:22,25 60:1

**bit** 47:16 76:23 192:14 213:17 217:16

**blah** 135:1,2

**blank** 29:12

**blanket** 173:23 219:1

**blood** 140:5,10 164:8 167:7 171:1 172:13

**bloodstream** 139:25 140:14

**blur** 218:6

**BMI** 205:2,7 207:10

**board** 29:8,9,23 30:2, 5,16,20,22,24 31:7, 13 40:14 48:9 166:25

**boards** 27:13 30:1 43:23 48:9

**body** 94:1,21 97:23 146:12

**body's** 171:7

**bone** 94:17 161:20 174:4

**Bonner** 65:1 182:24

**borderline** 137:25

**borne** 147:17

**Borrelli** 9:10 10:22

**Bosserman** 10:16 11:20 12:4,12 71:18 127:13 129:1 157:22 158:23 168:23

**Boston** 27:24 32:8

**bothersome** 211:14

**bottom** 21:9 24:24 76:6 151:8 166:15 167:23 189:16,17 210:1,11

**Bradford** 82:13 85:17

**brain** 94:17

**brand** 101:7 187:25

**breached** 77:2

**break** 66:25 93:25 127:3 175:12 184:13

**breaking** 47:17

**breast** 28:23 32:17, 20 33:2,15,19,22,23 34:1,3 35:2,3,22 37:7,11 38:15 39:17, 25 40:9 41:24 42:7, 10,16,21 43:21 44:14 48:9,16 49:9,14 50:7 52:3 54:6 59:22 60:2 68:14 72:21 73:3 79:5 80:5 88:2,6,10 89:1,5,11,13,25 90:5 91:10 92:6,20 94:14 96:1,10 97:2,14 98:16,19 99:2,3,11, 20,21,22,25 100:1,3, 7,9 101:11,13 102:5, 6 103:8,15 104:3,4, 12,16 105:1,6,11 107:22 108:22 109:3 110:12,17 111:3 113:2,8,14,22 114:10,13 117:2,8,9, 15,17,24 122:7 135:23 136:5,20 137:23 143:10,21 145:22 146:16,19 149:13,14 174:3 181:3 187:7 191:22 222:1

**breath** 19:2

**bring** 20:2,11 127:13 136:15

**brings** 125:16

**broad** 62:17 103:12, 25 104:20,21 121:7

**broke** 180:20

**Bs** 91:2

**Buchholz** 10:1,4,7 11:6

**built** 32:15

**bullet** 22:4

**bunch** 102:19

**burning** 211:13

**busy** 35:12 50:21

**C**

**calculate** 184:9

**calculated** 218:13

**calculator** 122:15

**calendar** 56:23

**California** 9:1 26:25 27:8,16,20 28:17 33:5 48:1 95:23

**call** 35:11 63:14 84:10 135:24 207:9

**called** 49:7 113:20 120:23 165:4 214:24 216:14

**calls** 50:6 136:12 217:7

**camp** 28:19 29:6

**campus** 37:23 48:17

**Canadian** 43:21

**canceled** 154:22

**cancer** 28:24 32:18, 20 33:15,20,22 34:1, 4 35:2,3,22 36:7 37:7,11 38:15 39:17, 25 40:10 41:25 42:7, 10,16,21 43:22 44:14 48:16 49:14 50:7 52:4 54:6 58:5,6 59:22 60:2 68:14 72:21 73:3 79:5 80:5 85:19 88:2,6,10 89:1, 5,11,14,25 90:5 91:10 92:20 93:25 94:2,11,13,20,22 95:3 96:1,3,10 97:2, 14,22 98:13,17,19 99:3,5 100:7,9 101:11,13 102:5,6 103:9,15,19 104:3,4, 12,16 105:1,6,12,24 106:12,17 107:22 108:4,23 109:2,3 110:12,17 111:3 113:2,4,6 117:2,7,8, 9,15,18,21 118:3,5,6, 7,13 120:13,15 121:1,3,14,21,25 122:7 124:8 126:16 133:7 136:20 137:13,

16,23 139:25 143:10, 21 146:16,19 149:2, 4,5,13 158:25 160:7 164:8 167:7 171:21 172:13 174:3 188:7 190:6,18,21 191:22 194:23 206:2 222:1,2 223:1

**cancer-free** 186:23

**cancerous** 135:19 146:4

**cancers** 33:3,23 37:12 101:14 117:23 118:11,12 135:6 172:15

**candidate** 135:23

**capital** 74:24

**capture** 41:5

**cardiotoxicity** 173:15 218:18

**care** 21:13 41:3 58:5 77:3 78:25 120:9 125:24 193:2 221:17, 21

**cared** 34:2

**career** 53:15,19,21

**careful** 139:6

**carefully** 15:6

**carry** 172:2 188:11, 14

**case** 9:18 12:8 24:2, 10,11 47:3,10 54:14, 17 55:2 56:6 57:5 60:16 61:2,7,8,15,21 62:11,22,23 63:20 66:20 67:11,13,24 75:11 81:16 87:3,22 100:11 112:14 116:4 138:17 156:12 168:21,25 214:18 216:1 221:14 222:11 223:9

**cases** 17:23 37:1 51:20 52:2,10,20 53:2 54:3,8,12,22,24 60:12 63:17 88:1 161:14 162:1 165:20 198:18 215:23

**categories** 163:8

**category** 79:22,25 114:7 117:15 122:19 194:18 195:2,4,21 221:20

**causation** 81:16,22 82:9,16 83:4,11,14, 18,24 84:17,23 85:13,17,22 86:6,7,9, 14,18 166:1 216:2,3, 21 217:6

**caused** 45:7,13 82:5 85:19 171:21

**causing** 172:3

**CCP** 11:22

**CD4-CASE** 192:9

**CEA** 27:5

**cell** 171:2 179:5,8

**cells** 93:25 99:9 139:25 146:4 148:12

**centimeter** 184:4,5

**centimeters** 113:23 114:2 181:8,10

**certificate** 31:4

**certification** 29:23 30:6,11,16,20,23,25 31:11,14,20

**certifications** 29:8,9 31:3

**certified** 30:22 31:7

**cervical** 118:6,13

**cervix** 121:1 206:2

**chance** 15:6 19:14 70:4 96:9,17,19,21 122:6 124:8,11 126:15 128:4 144:23 145:8 156:23 202:1,5

**chances** 124:16 125:13

**change** 33:17 111:5, 23 140:21 174:1

**changed** 18:6 36:6

**changing** 90:25

**charges** 43:6

**chart** 95:11 217:23 218:1,8

**charts** 91:22

**cheat** 63:14 73:10 112:6 153:14 154:5,8 180:24

**chemo** 125:18 137:20,22 140:11 155:19 177:17 188:22 198:17

**chemo-resistant** 146:5

**chemotherapies** 92:18 103:24 196:24

**chemotherapy** 26:22 32:17 34:6 38:10,16,22 39:8 41:24 42:20,23 43:9, 22 46:1,16 69:3 72:12 73:9 77:7 79:13,18 90:6,16 91:5,19 93:4,5 97:10 101:9 107:3 110:3 124:14,15 125:12,22 126:18 127:2,16 128:1,7,10 130:3,10 131:24,25 132:3,6,8, 16 135:15,18 136:8 138:2,6,8,13,23 139:14 140:1,16,18 141:1,7,8 144:4,13 145:7,17 147:8 148:2,16 150:3 151:11,24 153:10 155:8,10 158:19 159:7,13,17 160:11 161:10 164:24 169:21 170:23 171:21 174:3 175:15, 18,22 176:1,12 179:17 180:21 181:6, 22 182:3,4,25 183:21 184:1,22 189:9 192:13,17,22 193:4, 14,24 194:19 196:5, 13 202:16,21,24 203:3,5,10 204:11,25 220:9

**chemotherapy-induced** 45:19 59:5, 9 82:23

**chest** 94:17 117:12 137:7

**chief** 48:12

**child** 206:19

**children** 164:4

**China** 36:23 48:19

**choice** 122:19 136:1 199:9,11 203:13

**choices** 83:5 199:21

**choosing** 98:3

**chose** 136:2

**chosen** 49:6,11

**Chris** 9:5 10:21

**circumstance** 32:1 185:19

**circumstances** 34:4 197:20

**cited** 46:11,23 216:18

**City** 35:15,18,21 36:11,14 37:2,15,20 41:12

**Civil** 9:17

**claim** 86:16

**claiming** 184:3 217:24

**claims** 86:11 110:6

**clarification** 10:6 23:17 25:6 32:3 40:17 44:11 49:8 52:6 53:5,16 56:20 59:6,24 74:21 79:24 84:5 86:12 88:12 90:9 100:18 104:10 112:17 114:11 118:25 123:18 125:4 129:7 133:24 137:5 139:1 140:7 145:12 149:3 152:21 162:12 164:12 165:14 170:2 176:22 186:12,15 187:20 196:9 197:24 201:7 205:5 209:21 218:24 222:4

**clarified** 121:3,23

classified 117:7

classify 117:16

clean 144:17

clear 23:10 76:5
100:17 115:15
130:19 144:16,23
146:21 196:20

client 52:21 73:12
75:25 217:12

clinic 35:1,10 37:17
38:2,15,19,20 39:7
110:7 113:25

clinical 26:13 34:11,
21,22 35:5 39:15
40:4,23 47:6 66:21
68:14 72:21 83:5
108:18 113:17,20
136:21,23 140:20
141:16,20 147:16
153:1 166:23 186:24
209:2 211:9

clinically 113:17,25
115:8,10,11 149:23
181:9,19 182:1 183:4
190:22 205:1 211:19

Clinicalpath 49:7

clinics 38:17 49:23
90:13

clones 146:6

closed 35:16

closely 116:20

clusters 144:6

CMF 69:2,15 196:4,
18

co-liaison 11:13

Coast 12:14

cochair 49:6,12

cochairs 49:12

coherent 115:25

colleagues 49:22

collection 55:11
57:2

colon 118:3

color 162:24 163:23

column 214:24

combination 102:15
110:3,12 148:14,16
170:14 199:2

combined 42:22
96:13 192:22 198:25

comers 95:25

commencing
175:15

comment 119:4
156:9 157:6 158:15
159:21 168:15 175:6
212:9 215:16

commented 132:14

comments 156:21
159:10

commitment 50:25

committee 41:4
49:10

committees 49:13

common 33:2 38:1
98:12 102:6 111:12,
13 118:1 125:3,7
139:4 141:24 162:20
163:8,15 166:9,16,20
168:5

commonly 101:23
135:21 143:20

communicate 66:13
158:8

communications
21:15,23

companies 41:18,21
42:4,9 43:11,13,16,
22

company 54:20

comparable 215:20

comparator 103:2

compare 184:5

compared 45:25
46:1 51:4 213:5
215:7

comparing 46:15

200:18 209:14 213:1
214:4,11

comparising 209:14

comparison 68:24
211:11 213:22
214:12

comparisons 213:5

compete 44:9

competent 221:9

competitor 42:25

compiled 44:1

complaints 138:1

complete 19:23
20:11 74:10 110:2
132:5

completed 32:7
131:25 162:24
163:22 166:14 182:4

completely 137:21

completion 42:22

complex 50:7

complexity 200:10
209:17

complications
164:1 179:16 212:3

component 104:8

components 126:8,
14 164:23

comprehensive
125:24

con 143:6 170:16

concepts 140:4

concern 141:17

conclusion 82:22
216:6

concurrently 143:6,
16 147:9 150:17

conduct 140:25
141:9 142:18

confirm 72:18 151:2

conflict 42:14 43:25

confusing 12:24
178:20

congestive 173:20

conglomerate
215:19

conjunction 42:19

Connect 43:5

connected 52:4

connection 22:6
60:15 65:12

cons 202:20

consent 66:22 75:11
131:4 157:4 168:20
170:23 171:23
173:11,24 175:1,15
211:10

consented 169:2,9,
14 170:6,12,19
171:1,13,19 172:24
174:10

consenting 169:15,
20,23

conservation
135:24 136:6 145:22

consideration 61:23

considerations
77:19 136:13

considered 60:22
68:9 72:7,18 80:10
115:8 118:5,6,14
136:25 150:9 194:24
197:10

consisted 39:16

consistent 109:11
179:18

consists 146:22

constraints 51:1

consult 43:5,13
48:18 49:3 50:24

consultation 37:23
39:16 97:6 155:16

consultations
36:24,25 37:1,2,8
38:5 44:4,8

consulted 41:23
42:5,9,15 43:12
59:18

consulting 41:14,17,
20 50:23 51:1,4
57:15 59:16

consults 48:18

contact 37:12 59:15

contacted 48:14

contained 68:21

contents 69:25

context 92:13 108:22

continued 179:25

contradictory 157:1

contributed 105:3

control 37:10

conver- 36:25

conversation
111:21

coping 158:24 160:6

copy 19:23 24:9,13
74:19 75:2

core 113:13

corollary 107:5

correct 13:13 16:10,
22 17:5,24 24:11
25:11,13,14,21,22,25
26:3,6,7 27:1 28:1
29:25 30:21 31:1,9
32:9,18,19 33:6,7,9,
15 34:10,14 35:22,24
36:9 38:24 39:10,11,
17,18,20 40:5,6
41:15 43:9 44:5,9
45:13 52:16,17 55:6,
7,9,10 56:2 57:7,10,
11 64:7 65:2 66:14,
15 67:15,17,18,21
68:6,7 70:10,17
71:21 72:7,22 73:4,9,
15,19 74:1,6 75:6,8
77:4,8,12,14 79:1,5,
8,13,18 80:5,14,21
81:3,4,9 82:6,14,24
83:12,19 84:17 85:20
86:3,11,17,22 87:1,
10,14,15,18,23,24

88:3,11,15 89:14
90:2,3,7,24 94:2
95:4,15 96:5,11 97:3,
23 100:7,12,24
101:4,10,18 102:5,
11,17 103:9,19
104:5,17 105:16,21,
22 106:19 107:23
108:7,16 109:10,15
110:4 112:1 113:3,21
114:2,19 115:1,4
116:13 117:8 121:6
122:7 124:3,12,17
125:14,15,19,23
126:10,19 127:17
128:2,7,11 131:2
132:2,12,18 135:7,20
136:24 138:9 139:17
142:6 145:9 146:1,6,
24 147:3 149:2
151:12,25 152:8,16
153:12,19 155:1,10,
16,21 157:2,9 158:20
159:8,13 161:12
163:19 164:9,23
166:8,20 167:23
168:5 169:2,16
171:14,20 172:3,8,
17,25 173:6 174:11,
14,21 175:4 176:2,
13,21 178:10 179:12,
19 180:23 181:4,16
182:3,12 183:7,14
184:22 185:8,9,15,22
186:23 187:6,15
188:3,12 189:7
190:21 191:2,22
192:5,17 193:4,17,22
194:23 195:3,6,13
196:5 198:7,23
199:2,19 200:4
201:17 202:6,17
203:12,22 204:5,13
205:1,13 206:6,15,20
207:3,15 208:9
209:19 210:17,25
211:6 212:22 215:24
216:8,25 217:20
219:3,5 220:9
221:11,22

**correction** 50:16

**correctly** 152:13
158:14 163:1,2

**correspondence**

21:11

**corticosteroids**
217:19

**cosmetic** 144:9,15

**cost** 111:9 200:14,19,
21

**costs** 55:25 201:3

**counsel** 10:23 11:14
12:5 19:19 20:6
55:21 61:22 65:19
66:6 74:5,12 175:7

**counseling** 121:25
156:8 215:18

**count** 13:11 171:2,14
179:4,9

**countries** 48:22

**country** 37:6 50:15
217:7 221:24

**couple** 15:14 22:21
37:9 41:9 63:16
71:11 92:10 113:9
118:22 119:13

**court** 10:18,21 11:18

**courtroom** 9:15

**cover** 38:14 44:14
61:5 86:18

**covered** 38:15 46:6
59:2,11

**COVID** 36:23 47:24
48:20

**COVID-19** 9:7

**CPR** 31:4

**create** 115:20 116:3

**created** 101:17

**criteria** 30:15

**critical** 194:6

**critically** 97:3

**criticism** 105:9
134:19 139:4

**criticisms** 78:24
80:20

**criticize** 138:4

**cross-study** 213:4

**CT** 114:23

**Culbertson** 11:7

**curable** 117:19

**curative** 96:19

**cure** 95:6,10

**cured** 95:7

**current** 31:20 36:11,
17 48:21 68:21
121:24

**curves** 191:6

**cut** 38:25 39:4 89:7,8
201:1

**Cutting** 58:6

**CV** 24:14,23 25:17
29:6 33:10 40:15
42:15 44:19 45:6
48:14 57:18,24

**cycle** 141:23 142:23
153:16 154:8,9,15,21
155:3,4,5

**cycles** 130:1 141:13
142:24 151:10,23
153:19,20 154:6
178:10 201:4

**cyclophosphamide**
146:23 160:18 161:5,
16 162:3 172:2

**Cytoxan** 90:7,20
102:2 152:11 160:18
161:13,22 162:3,21
163:16 164:9 174:4

---

**D**

**D-X** 74:24

**daily** 173:9 211:16

**damage** 170:6
173:18,19,21 174:3,5

**Dana-farber** 27:24

**dash** 100:19

**data** 41:5 45:21
126:13 196:7 222:2

**date** 14:1 25:13 27:15

56:6 154:5 155:3,6,
13 191:18 222:3

**dated** 120:10 175:17,
20 189:1

**dates** 63:17 154:4
155:3 179:22

**Dave** 44:23 57:24

**David** 10:25

**Dawn** 119:21

**day** 35:3 49:22 147:4
155:18

**days** 14:23 34:24
35:1,7 89:2 92:5 93:8

**dealing** 119:9

**dealt** 46:11

**death** 93:9 104:3,16
112:2 126:3

**debilitating** 173:5

**December** 13:17,22
14:3 57:4 92:2 188:3

**decide** 97:17

**decides** 220:7

**deciding** 220:24
221:7

**decision** 41:6 50:9
77:11 133:22 134:9
145:21 152:6 153:1
177:11 208:4 223:11
224:6

**decision-making**
58:6 83:7,8 121:15,
24 131:16 208:6

**decisions** 49:21
77:16

**decrease** 183:24
184:3 193:16

**decreasing** 183:22
192:10

**defendant** 9:23 11:3,
5 73:18

**defendants** 51:11
54:4

**defense** 60:12
216:15

**defer** 87:8

**define** 168:6

**defined** 166:10

**defining** 141:13

**definition** 26:18 94:7
143:1 166:24 167:2,3
211:15

**definitions** 166:24

**degree** 25:23

**delay** 15:5 45:1 76:2
96:22

**Delayed** 167:6

**demonstrated**
179:23

**Dennis** 11:15

**department** 48:12

**depending** 92:14
132:7 136:10 178:1
198:11

**depends** 26:18
103:1 104:19 110:19
111:2 121:8 132:5
173:7,9 188:13,19
194:5,9 195:15,17
197:23 198:16 199:4
202:18 207:9

**deposed** 12:20
13:12 57:4 61:15

**deposition** 9:10
10:16,19 12:3,5
13:16,17,22 14:6,11
18:13 19:10,15 20:2,
12 22:16 56:17
63:10,20 64:20,25
65:8 70:6 75:10,12
76:25 88:20 92:2,3
128:5,19 151:3,7
156:11,14,24 157:7,
14,23 177:3 222:13
224:18

**depositions** 14:19,
21,25 15:7,8,11,15,
21 16:25 55:8 61:18
62:3 63:12,22,25
64:4,7,16,24 65:4,5,6
128:8 155:11

**dermat---** 81:1

**dermato-** 80:25

**dermatologist** 81:3

**dermatology** 61:9
75:14 81:5,7

**dermatopath** 61:13

**dermatopathology**
61:9 75:15 81:9,11

**describe** 20:1 42:24

**design** 80:21

**detail** 174:7 178:1
198:1 206:24

**detailed** 15:15

**details** 132:6,7
211:11,25 212:24
222:14

**detect** 97:21 98:12
140:5,9

**detection** 135:1

**determine** 81:13
98:9 142:5

**develop** 88:6 206:19

**developed** 37:3
43:18 91:5 101:11
109:7 122:22 143:11
178:25 179:16

**developing** 68:9
164:7 167:7 206:6,11
212:3

**development** 43:7
92:17 93:1 103:7,17
104:9,25 146:5
148:15 206:17
219:25

**develops** 172:16

**devil** 165:2

**diabetes** 206:5,8,15,
17,20

**diabetic** 206:1,3,10,
12,18

**diagnosed** 88:2
89:18 113:1

**diagnoses** 33:1

**diagnosis** 50:8,11
81:13,18,25 111:3

**120:20 188:9**

**diagnostic** 74:17

**Diana** 12:12

**die** 88:9 89:4,13,19
91:11 92:9,21 95:3
109:3

**differ** 36:10

**difference** 220:18,19

**differences** 71:7
211:18,22

**differential** 81:13,
18,25

**differentially** 148:13

**differently** 211:23

**diminish** 104:4

**diminished** 104:4,17

**direct** 50:14 74:19
201:19

**directed** 104:9

**directly** 43:10 101:23
139:22 209:13
214:10 215:19

**disagree** 92:11
182:23 183:2 188:14
218:25

**disagreeing** 137:15

**disbelieve** 156:17

**disc** 119:7

**discipline** 27:20

**disclosed** 83:6
170:1,4 208:2

**disclosure** 157:4

**disclosures** 43:25

**discovery** 12:6
49:17

**discreet** 113:11

**discuss** 20:4 44:15
79:14 131:4 150:15
172:5 194:1 207:25
208:24 211:18 223:4

**discussed** 40:24
79:21 154:25 155:14

**158:22 169:22
173:19 174:7,17
193:2,9,12 195:25**

**discussing** 83:5
131:3

**discussion** 80:22
110:15,18,24 128:10,
14 148:23 150:13
155:12 169:12 177:2
178:3

**discussions** 20:4
128:6

**disease** 93:20 94:6,
8,25 95:3 98:2,5,8
99:2 101:12,13
122:20,21,23 137:4
140:6,9 144:24
145:17,18,19 146:11
187:5 189:18 190:1,7
191:3 194:7 195:10
199:6,20 219:15,20

**disease-free**
102:12,23,25 103:3
178:2 197:19 198:2

**dissection** 145:5,6

**distancing** 9:8

**distant** 98:18 114:21

**distantly** 94:16

**District** 10:18

**doc** 26:12

**docetaxel** 34:13
39:24 40:9 42:25
43:14 44:4,9 45:7,13,
16 46:1,7,14,15
47:14 58:25 59:4
68:22 77:11 79:4,10,
15,17 80:21 82:14,22
85:18 87:13 100:10,
16 102:8,23 103:7,
14,18,23 105:5,8,15,
19 106:22 107:11,21
108:6,15,20 109:6,
14,19,25 144:1
146:23 167:13 168:8
191:21 195:6 201:12
203:19 204:3 208:9
209:6,8,15 210:24
211:6 214:5,21 215:7
216:6,24 217:8,22
218:12 220:4 221:10

**222:6,12,16,17 223:2**

**docetaxel-
containing** 79:12

**doctor** 12:9 19:14
22:20 24:1 25:21
29:6,16 44:18 57:14
58:2 67:10 87:25
92:1 129:11,14 133:3
134:9 142:9 165:19
169:23 175:14
176:13 180:19
188:24 212:13
213:14,24 223:23
224:3

**doctors** 37:24 48:17,
25 50:5

**document** 19:16
24:7 154:9 189:22
214:8

**documentation**
155:4

**documented** 153:20
158:21 179:4 182:9

**documenting** 187:9

**documents** 21:14
63:13 70:16 73:12,
15,17,22,24,25 87:22
222:10

**dominant** 148:4

**dose** 197:7 207:6

**dose-dense** 200:3,6,
7,9,13,16 220:12,15,
16

**dosed** 207:2

**doses** 148:17 174:4
179:7 197:3 217:22,
25

**double** 223:17

**download** 134:3,7
211:2 213:11

**doxorubicin** 154:13,
21

**drafting** 17:22 60:15
156:12

**draw** 120:12

**222:6,12,16,17 223:2**

**dropped** 202:13

**drug** 42:16,17,24
43:22 59:21 79:4,8
80:23 86:3 100:23
101:4 103:14 148:13
172:5 174:2 204:12

**drugs** 13:7 43:9
45:15 46:2 85:24
90:18 105:1 106:18
147:2 148:2,12
159:10 160:4 164:25
200:19 211:19,23

**due** 9:6 89:13 93:9
109:14,19 126:18
182:11 183:25 184:1

**duly** 11:21

**duration** 173:10

**duties** 34:22 39:15

**DX** 74:23

**dying** 193:17

**E**

**E20** 160:22

**earlier** 66:12 69:4
70:4 74:3 89:24 97:9
101:13 203:21
221:18

**earlier-stage** 199:6

**early** 12:14,15 39:24
40:9 41:24 42:7,10,
16,21 44:14 91:2
92:4,14 97:21 98:2,5,
12,19 99:3 110:12
117:9,14,17 136:3
143:21 219:15
221:13

**ease** 219:17

**easier** 145:24 200:15
220:2

**Eastern** 10:18

**Echeverria** 51:25

**Edge** 58:6

**editing** 50:19

**editor** 40:3,13 49:1

**editor-in-chief** 39:19,22 42:12

**editorial** 40:14

**edits** 18:18,21 19:7

**educated** 155:9

**educating** 50:5

**educational** 43:19 44:13

**effect** 132:11,15 159:7,17 160:11 163:4,14 166:19 167:23 171:10 172:4, 8,11 202:3 204:4,6 207:25 214:24 215:1 222:21

**effective** 79:4 97:7 103:14 105:11 107:22 148:18 195:12 196:2 197:11, 14 219:4,22 220:1

**effects** 159:12,21 160:14 162:20 163:9 166:9,16 167:6 168:5 170:10 173:12 175:23 176:20 204:11

**efficacy** 39:24 40:9 45:25 79:10,15,16 196:7,25 199:1

**elected** 175:25

**electronic** 21:3 22:8, 24 43:7 50:14,18

**Ellis** 11:5

**Elsevier** 49:7

**Elsevier's** 49:9

**EMA** 87:18

**emergencies** 38:14

**emergency** 38:23 39:9

**emotional** 110:17, 21,23 111:2

**employed** 35:18

**employees** 222:25

**employer** 37:3 49:2

**encounter** 210:8

**end** 42:14 143:1 154:16 175:9

**endeavors** 41:2

**ended** 56:1 154:16 190:19

**ending** 154:14

**endocrine** 124:10 125:22 126:6 133:7 135:7,12 202:15,22, 23 203:4,7,12,16

**engage** 40:22

**England** 210:22

**enter** 123:9

**entered** 12:8 110:6

**entire** 19:23 20:1 49:7,9 104:8

**entirety** 18:3

**entitled** 44:19

**entry** 56:4 58:3

**Epic** 50:17

**Epirubicin** 199:24

**equal** 186:17

**equally** 197:10

**equivocal** 115:13

**ER** 26:8,12 114:25 115:2,3,6,7,9 188:7 191:14

**ER-POSITIVE** 135:6,8 187:7

**errata** 15:16

**escalated** 49:1

**essential** 151:11,24

**established** 98:21 222:6

**estimate** 34:20 51:2, 6,10 56:14 88:8 113:25

**estrogen** 133:6

**estrogen-positive** 191:3

**evaluate** 98:7 99:1 135:22

**evaluated** 141:15

**evaluation** 75:16 137:18 179:14

**Evan** 11:2 19:3 22:13 57:21 72:9 133:20 220:22

**event** 58:21

**eventually** 148:17

**Everett** 65:1

**evidence** 49:15 97:13 131:14 185:10 186:4 187:4,10 190:7,20,25 192:20, 21 195:24 203:13 218:10

**evidence-based** 50:9,13 98:1,9 134:21

**evolution** 143:24

**evolved** 52:1

**evolving** 90:17

**exact** 106:1,2 128:13 135:9 154:4 169:1 181:23 183:11 202:3 222:20

**exam** 30:2,6,24 31:10,13 141:16,20 186:25

**EXAMINATION** 12:1

**examined** 11:23 179:13

**excellent** 26:19

**exciting** 191:4

**exclusively** 82:21 182:12

**excuse** 84:19 147:12 175:10 180:13 215:9

**exhibit** 13:16,18,21, 24 14:5,7,10,13 16:12,14 17:7,9,12, 14,17,19 19:9,11 24:3,4,19,22 55:14, 15 71:14,15 95:20 112:11 115:16

119:15,18,23 120:2 128:22 129:8 132:22, 23 134:2 136:16 151:6 153:21,25 157:14,15 158:24 159:1 160:16,19,20 164:18 166:5 167:13, 15 168:16,19 189:2 194:13 209:23 210:5 212:10

**existing** 101:9 102:9, 15

**expect** 170:24 178:5 195:18 202:19

**expectation** 91:17 174:20 175:3

**expected** 163:4,7, 11,12 195:1

**expenses** 55:25

**expensive** 200:17

**experience** 68:16 89:24 121:14,22 131:10 162:1 221:25

**experienced** 86:11, 17,21

**expert** 13:12 17:2,8, 13,18 24:9 51:17 52:24 55:1,5 57:9 60:18 61:2,5,9,13 62:9,20 63:12 66:23 67:12 68:14 70:8 73:21 75:15,18,24 76:11 77:23 79:14 81:6,8,10,15 82:9,10, 17 83:3,9,23 84:3 86:23,25 87:2,16,19 131:5 138:7 156:20 157:3 161:19 166:1 206:22,24 211:7 216:2,22 217:4,5,11, 24 218:4 223:6

**expert's** 205:23

**expertise** 47:4,6 68:16 70:21 81:5 121:25

**experts** 60:17,19 61:15 62:21 75:25 76:7 82:18 87:8 216:14,15,20 217:11, 12,14 218:5

**expire** 31:1

**explain** 209:17

**explained** 129:25 176:17

**explicitly** 174:10

**express** 77:9 79:9

**extended** 96:24

**extensive** 144:11,13

**extent** 86:15 116:20 173:10

**extra** 23:9

**F**

**FAC** 101:23 214:10

**facilities** 223:1

**fact** 86:21 98:2 102:16 105:20 106:21 114:1,21 115:3,6 153:7

**factor** 179:5,8 200:21,23,25 201:2,4 206:5,14

**factors** 82:4 117:4 123:10 178:7 200:22 204:13

**facts** 61:22 62:5

**factual** 62:25

**faculty** 37:2

**failure** 173:20

**fair** 18:10,14 27:9 40:22,25 46:13 50:1 70:22 72:5 138:4 219:10

**faith** 52:12

**familial** 118:11

**familiar** 212:15

**family** 64:5,7 117:20, 23 118:11 119:19 120:9,13 121:4,8,12, 15,20

**fastest** 150:21

**fatal** 172:17,22

Index: favor..goal

**favor** 53:4 144:2 197:5 219:3

**favorable** 91:18 183:7,14 185:21 186:22

**favored** 219:11

**FDA** 61:1,5 86:25 87:2,4,6 109:20

**FDA-APPROVED** 146:15

**features** 138:22 193:8 198:13

**February** 133:15 189:1,14 190:8,17 210:8

**federal** 9:16 12:7

**fee** 28:25

**feel** 69:20 70:22 113:18 127:1 138:21 139:5

**feeling** 152:14,19

**fees** 55:24,25

**Feigal** 216:18,25 217:2,4,12

**Feigal's** 82:22 83:11, 18 84:16 85:2,11 216:5

**fell** 88:18

**fellowship** 26:11 27:24 28:3,4 31:12 32:7

**felt** 70:19 74:23 113:7 114:20 130:14 152:9

**Femara** 188:3

**fertility** 164:1

**fever** 201:5,8 211:21

**fight** 171:8

**fighting** 103:8,19 104:3

**figure** 214:25

**file** 19:23 20:2,12,17, 24 25:8

**filed** 43:25 109:24

**filling** 38:23 39:9

**filter** 99:10

**filters** 100:2

**final** 34:19 177:11

**finalized** 63:14

**finally** 136:4

**find** 74:17 94:8 118:19 120:24 123:12 210:19

**finding** 75:1

**findings** 125:25 126:13

**fine** 119:10 129:5 196:16

**finish** 27:12 30:1 31:12 141:16

**finished** 26:10 84:9, 11 180:22

**firm** 52:5,13

**first-generation** 69:14 196:4,7,12 198:6

**FISH** 115:12

**five-year** 122:20,23 187:5 190:24

**fixed** 117:11 137:7

**flashes** 179:24

**focus** 32:20 34:1 40:1 69:10

**focused** 49:20

**follow** 98:1 173:25

**follow-up** 35:8

**followup** 179:22 188:25 212:8

**footer** 25:11

**foothold** 146:12

**forego** 194:4

**foreign** 87:17,20,22

**form** 18:16 19:1,3 20:3,19 21:1,17 22:13 46:3,19 47:11, 21 50:17 51:5 52:18,

23 54:11 57:12 58:17 59:7 62:10,16,22 63:3 65:22 68:1,12 69:8,17 70:11 71:5 72:3,8 74:7 76:17 77:21 78:3 79:19 80:8,15 81:20 82:7, 15 83:2,13,22 84:20 85:3,8,21 86:5 88:24 89:6,15 91:14 92:12, 24 93:13 94:3 97:4 99:8,15 101:1 102:20 103:11,20 104:6,18, 24 105:25 106:7 107:1,18,24 108:10, 17 110:25 111:16 116:24 121:19 124:19 137:1 141:11 142:8,21 146:17 147:11,14,25 149:7, 19 150:25 152:17 154:23 155:6,24 156:19 159:18 160:2, 12 161:17 163:6 165:8,23 166:22 168:13,20 169:4,10, 19 170:11,18,22,23 171:16,23 172:9,20 173:2,11,24 174:10, 12,16 175:1,5,15 176:3,14,23 177:9,23 178:12,16 179:2,20 182:13 184:25 185:25 188:18 191:23 192:13 195:16 197:16 198:9 199:3 201:18 203:25 204:14 205:17 206:9, 21 207:8,19 208:10, 22 215:10,12,25 216:11 217:3 218:21 220:11 223:3,16 224:9

**formal** 27:20 57:15

**formally** 49:2

**format** 22:8

**formed** 63:25

**forming** 47:2 62:10

**formulas** 106:1

**formulating** 68:6 72:19

14 191:10

**formulation** 62:14 80:21

**forums** 167:2 222:8

**forward** 84:12

**forwarded** 72:10

**found** 112:22 115:3 116:14 118:9 122:17 181:10,12 190:22 215:5 216:18

**foundation** 148:15

**Four-point** 184:11

**four-point-centimeter** 113:12

**fourth** 90:14 142:11 189:20

**free** 37:25

**frequently** 37:7 100:16 110:23

**Fridays** 35:8

**friend** 51:23

**friends** 52:3 121:14

**front** 22:16 95:21 111:18

**frustrations** 191:17

**fulfill** 31:20

**full** 27:5 48:12 106:14 123:22 181:12

**fully** 15:22

**function** 173:25 174:1

**G**

**gauge** 139:16

**gave** 16:9 44:12 58:19 108:2 154:21 186:5 204:17

**gears** 100:4 112:4

**general** 71:8 79:15 92:15 93:18 95:8 96:6,8 100:2 102:1 138:20 158:15 160:6, 10 161:21 170:23 172:5 174:12 190:5,

**generalization** 91:15 110:22 198:3

**generalizations** 91:23

**generalized** 91:20

**generally** 48:16 68:22 94:16 96:14 114:8 117:11,13 118:7,15 121:21 137:19 141:12,14 144:12 165:7 173:20 174:1 190:6 198:5 199:9,22 211:14 222:22

**generated** 22:6 155:7

**generation** 124:22 125:2 126:4,5 138:24 192:23 193:21 195:19 196:20 197:3, 8,14,22 198:10,14,15 199:8 203:16

**generations** 197:9, 13

**generic** 100:21 101:6 187:19,24 200:20,22 222:17

**genetic** 118:2,8 121:25 136:9 145:20

**genomic** 120:22 145:11,13

**get all** 135:19

**give** 16:8 45:9 48:14 71:2 96:17,21 126:14 143:16,24 144:14 145:19 150:17 151:14 152:2,10,20 153:7 185:11 219:5, 11 220:15,16

**giving** 143:3,25 144:4 146:10 148:2 152:3,10 198:18 216:2,22

**Glaspy** 76:8,10

**go-to** 199:25

**goal** 68:2 102:8,12 144:8,19 146:9

**Goddard** 32:11,23, 25

**Goldie-coldman** 148:7

**good** 9:4 11:9 12:9 52:21 66:24 92:7 105:6 112:24 127:6 138:21 140:12 144:9, 23 183:2,5

**good-bye** 92:7

**Gotcha** 25:15

**gotta** 93:21 125:5 147:12 209:16

**grade** 122:17,24,25 209:5,7 210:15 211:15 213:2 214:4

**grades** 210:12

**graduated** 26:1

**grandfathered** 30:7

**great** 19:18 139:4 191:16

**greater** 163:15 168:6

**green** 183:6

**grew** 197:4

**ground** 12:24

**group** 26:21 32:11, 16 33:6,25 34:20 35:15 48:19 49:3,4 103:22 104:19 199:12 210:14,24

**groups** 210:13,17

**grow** 109:10 131:13, 21 158:2 162:23 163:21 166:13

**growing** 149:11 168:9

**grown** 197:5

**grows** 163:10

**growth** 141:18 179:5,8 183:15 200:21,22,23,25 201:2,4

**guarantee** 112:2 191:12

**guaranteed** 111:25

**guess** 22:23 180:2

**guideline** 134:20 135:25 141:3

**guidelines** 72:21 73:3 79:21 80:17 98:1,3 132:11,15,17, 22 133:4 136:16 149:23 194:17 203:14 218:13 221:17

**guiding** 134:20

**guys** 29:13 180:6

**GYN** 33:22

**gynecological** 33:15,20 35:22

---

**H**

**hair** 45:6,12,17,19 46:15 47:13 59:5,9 66:23 75:18 81:14 82:1,5,14 85:20 86:10,16,19,21 109:10,14,18,24 110:2 111:20 131:11, 21 158:2 159:6,16, 19,20,21,22,24 160:10,14 161:15 162:2,15,21,23 163:4,18,21 165:21, 25 166:7,11,12,13 167:22 168:7,9,14 174:10,12,14,17,21 175:4,5 179:18 188:12,13,15,20,22 204:20 211:20 215:23 222:3,6

**half** 37:15 49:1 67:2 127:5

**halfway** 162:15

**hand** 98:5

**handed** 169:5

**handout** 158:24 159:6 161:2,5,22 163:3 164:21 166:6, 15 167:12,21 168:8

**handouts** 58:15

**handwriting** 116:1

**handwritten** 22:7,24

**handy** 128:25

**hanging** 129:16

**happen** 30:15 32:5 89:19 106:11,20 107:17 185:18

**happened** 156:2 186:2,19

**happy** 13:1 191:17

**hard-copy** 20:24

**harmed** 108:2

**head** 36:21 88:17 89:20 102:22 199:13, 14,15

**head-to-head** 214:12 219:19

**headed** 33:24

**health** 179:15

**healthcare** 9:24 11:5,16 21:12,16

**hear** 39:2 78:4 106:14 108:11 116:2 164:13

**heard** 39:2 89:10 148:6 165:4

**hearing** 88:14 170:19,24 202:25

**heart** 170:7 173:19, 20 194:6

**height** 207:10

**held** 10:17

**helped** 43:17 139:21 191:25 192:1

**helps** 193:23

**hematologist** 33:12, 18

**hematology** 33:3

**HER2** 104:9,11 115:1,12 191:15

158:16,18 160:17 171:25

**HER2-NEGATIVE** 135:8

**HER2-POSITIVE** 93:19 145:18

**Hey** 180:6

**hiccups** 12:18

**high** 56:18,21 115:2 174:4 197:7 201:5

**high-dose** 161:20

**high-level** 49:21 63:15

**high-priority** 199:10

**higher** 118:1 144:21 148:16,17 197:3 198:12 200:21 205:2 206:16 207:6 208:8, 18 210:15,23 211:20, 21 217:24

**higher-dose** 124:21

**highlight** 63:17 123:5 162:16

**highly** 105:10 117:19

**hill** 82:13 85:17

**Hinshaw** 11:7

**history** 22:22 117:21 118:12 120:13 121:1, 5,9,12,21 204:12,16 219:24

**Hmmm** 136:17

**hold** 19:1 48:20 84:8 213:8

**Holden** 9:21 11:2 12:2 13:20 14:2,9,15 16:16 17:11,16,21 18:19 19:4,8,13 20:7, 16,22 21:2,7,20 22:2, 3,18,19 23:11,14,16, 18,19,21,25 24:6,21 25:1,4,7 29:21 32:6 40:21 44:17,23 45:3 46:9,20 47:15 48:5 49:25 51:8 52:7,11, 19 53:7,20 54:15 55:17 57:1,13,22,24 58:1,23 59:8,13 60:6 62:19 63:8 65:24 66:24 67:3,9 68:3,18

69:13,22 70:14 71:10,17 72:4,15 74:11 75:3 76:18 77:24 78:6,14,23 80:2,12,19 81:20,23 82:11,19 83:10,16 84:1,6,14,24 85:6,9, 15,25 86:8,13 88:13, 19 89:3,9,22 90:19 91:25 92:16 93:7,23 94:10 97:20 99:12,19 100:22 101:2 103:5, 16 104:1,14,22 105:4 106:4,8 107:9,18,19 108:5,13,21 109:4 111:11,24 112:23 114:18 117:5 118:22 119:13,17,20,24 120:4 122:3 123:3,4, 23 124:23 125:8 127:3,12,23 128:24 129:10 132:25 133:21 134:4,8 137:11 139:13 140:15 141:25 142:16 143:4 145:25 146:20 147:19 148:5 149:4,15,25 150:23 151:4,17,20,22 152:24 153:23 156:3, 22 157:13,18 159:3, 23 160:8,16,24 161:23 162:7,13 163:13 164:16,20 165:17 166:3 167:4, 11,17 168:18 169:7, 13,24 170:5,15,25 171:6,12,18 172:12, 23 173:4 174:19,25 175:11,13 176:7,18, 24 177:4,13,21 178:8,23,24 179:10 180:8,10,18 182:22 185:4 186:6,20 187:21 188:1,23 189:4,21 190:3 192:3 193:11 196:3,10,14 197:21,25 198:4,20 199:16 201:9,22 204:1,23 205:8,20 206:13 207:1,12,23 208:15 209:3,22,25 212:12 213:12,13,20 215:21 216:4,16 217:9 219:7 220:23 221:2,3,6 222:9

223:7,24 224:14

**honest** 149:21

**honestly** 146:10

**hope** 35:15,18,21
36:11,15 37:2,15,20
40:15 41:12 48:5
57:8 64:11 139:12
144:14 146:9 161:5
203:6

**hormonal** 91:4 93:15
126:6 179:25 192:22

**hormonal-based**
192:8

**hormone** 125:17

**horrible** 31:23

**Hospira** 11:12

**Hospital** 32:24

**hot** 179:24

**hour** 55:5 67:2 127:4

**hours** 35:4 47:18
56:15

**huge** 91:15

**Hughes** 17:4 24:2,11
47:10 60:16 61:2,8,
21 62:11,23 74:25

**hundreds** 97:16
105:15 107:20 109:5
126:23

**husband** 51:23

**hypertensive**
205:22

**hypothesis** 148:7,11

**hypothetically**
106:20 107:12,15

_____

**I**

**idea** 213:25

**ideal** 12:17

**identification** 13:19,
25 14:8,14 16:15
17:10,15,20 19:12
24:5,20 55:16 71:16
112:12 119:16

128:23 132:24
153:22 157:16 159:2
160:21 164:19
167:16 168:17 189:3
209:24 212:11

**identified** 109:13,18
132:17 159:6,16,19
167:22 222:11

**identifies** 160:10
174:10

**identify** 67:14,24
68:10 76:20 173:11
174:13,20 175:3
201:25

**IHC** 115:13

**ii** 21:10 98:19

**III** 94:16 98:19 136:23
188:6

**IIIA** 113:16,17 117:10,
13,14,16 136:24
137:3,13 149:13

**IIIB** 117:11,14

**imaging** 98:4

**impact** 13:8 58:5
121:15,23 122:2
211:22

**impacts** 140:11

**impair** 171:7

**implied** 68:15

**implies** 200:5

**imply** 59:10

**important** 65:7
66:19 97:3,5,21,25
117:3 122:1 131:14
144:17 148:18
190:25 191:9 202:5
204:19,21 207:25
208:3 211:17

**impossible** 184:20
201:20

**Impression/
assessment/plan**
189:17

**improve** 102:9,12,24

**improved** 102:17,23,

25 104:12 105:2
108:19,23

**improvement** 178:1
197:18 198:6

**Improves** 109:1

**inaccurate** 16:22

**inactive** 27:17 28:13,
16

**incidence** 210:2,12,
15

**include** 96:14,15
100:10 105:18
124:20 170:13
198:22

**included** 71:20
76:21 80:13,17
125:22 191:21 193:3

**includes** 79:23 80:9
93:15 197:3

**including** 41:17
55:25 93:17 125:17
216:15

**income** 51:3

**incorporated** 101:9

**incorporating** 102:8

**incorrect** 84:17

**increase** 193:15
206:19

**increased** 118:11
124:10,16 125:12
177:7,18 196:25
206:11 215:6 216:7
218:18

**increases** 145:8
200:14

**independent** 58:20
64:13 65:16

**independently** 59:1
63:2 75:17 84:7,16
85:2,11

**indicator** 191:1,9

**indiscernible** 23:12
74:20,22 84:3 118:23
138:24 142:22
162:10 169:25
186:10,11 196:8

197:23 205:3 218:22

**indispensable**
62:13

**individual** 97:16
107:7 126:12 185:1
202:18 203:8

**Industries** 10:5,8
11:8

**ineffective** 79:8

**inevitable** 96:23

**inexpensive** 200:20

**infection** 171:8

**infections** 118:16

**infer** 75:10

**inflammation**
138:18 182:18
183:23,25

**influence** 121:10
136:10 145:21
204:16 211:24

**influenced** 47:7
223:11 224:7

**inform** 110:16

**information** 48:15
62:8 69:9 83:6 111:7
131:1,8 157:4 173:14
176:5 201:10,15,20
204:18

**informed** 47:9 66:22
75:11 131:4 157:3
211:10 222:12

**infusion** 146:22
147:3

**inheritable** 118:7,14

**inherited** 118:6,8

**inhibiter** 188:8

**inhibiters** 188:11

**inhibitors** 187:15

**initial** 98:9 123:9
132:8 155:15

**inoperable** 136:20,
22 137:2,9,16,21
144:10,12

**insignificant** 198:12
220:19

**instance** 21:15 64:25
69:1 72:20 101:15
196:4 210:23

**institution** 221:25

**instruction** 13:5

**instructor** 26:13

**insurance** 52:12

**Integra** 43:5

**intend** 56:11

**intended** 145:8

**interest** 43:25

**interesting** 117:23
143:9

**interface** 50:11

**interfere** 173:8
211:15

**intern** 27:4,6,14

**internal** 29:10,24
30:16

**international** 36:22
37:4 43:21 48:19

**internship** 26:5
27:11

**interpret** 126:21

**interrupt** 180:7

**invasive** 88:2,10
104:4 108:22 149:13
181:13

**Invited** 58:4

**invoice** 56:24 57:6

**invoices** 55:12,18,24
56:4,10,12,25 57:2,3

**involved** 44:4,8
61:21 85:19 91:3
114:9 116:15 144:20

**involvement** 22:7
116:13,21 117:2,12

**involves** 50:5 195:5
200:9

**involving** 212:22

**IRB** 41:8

**issue** 70:8,23 100:11
175:9 179:18 224:3

**issues** 46:12 47:20
48:21 63:18 179:11

**IV** 94:2,7,13,18,22
95:2,6,13 96:1 98:20

---

**J**

**John** 76:8,10

**join** 35:15

**joining** 12:15

**Jones** 199:15

**Jordan** 9:5 10:21

**journal** 39:20,23
40:1,3,7 210:22

**journals** 40:14

**judge** 51:24

**July** 48:24 49:4 180:4
187:11 189:12

**June** 24:3 56:5,9,15
70:5 71:21,24 120:10
129:24 153:11,16

---

**K**

**Kevin** 118:17

**kidney** 170:7 173:25
174:2,5

**kidneys** 173:21

**killed** 140:1

**kind** 12:23 63:14
76:22 86:10 93:14
103:3 126:22 129:15
159:22 197:4 224:4

**kinds** 98:5

**knew** 93:2

**knowing** 92:6 131:10

**knowledge** 47:6
224:10,13

---

**L**

**label** 87:7,9,13
146:19 149:21 222:7,
16,20

**labeling** 87:4,18,22
149:22

**lady** 142:13

**Lambert** 11:13

**lapsed** 30:17

**large** 33:25 36:21
37:3 135:17 199:6,7

**larger** 117:12 135:17
183:4

**largest** 35:3 49:13
50:18

**lasts** 200:24

**late** 90:25 91:6
191:16

**laugh** 218:7

**lawsuit** 16:10 52:22
179:19

**lawyer** 60:11 78:11

**layer** 200:10

**lead** 102:16 150:21
220:8

**leadership** 33:24
58:7

**leading** 50:16

**learn** 111:4

**lecturer** 43:19

**lectures** 44:13

**led** 107:4 182:16

**left** 35:14 38:20 39:6
98:16 138:19 139:7
144:24

**legal** 9:5 50:22,25
51:4 52:24 71:6
77:22

**legible** 116:1

**Lenox** 29:6

---

**let alone** 218:11

**letrozole** 188:2

**leukemia** 164:8
167:8 172:3,13,16,21

**level** 135:1 215:15

**levels** 99:24 115:7

**Liability** 10:17

**license** 26:25 27:2,3,
8,10,16,21 28:3,6,7

**licensed** 27:13 28:5

**life** 30:21 31:4 47:23
112:3 202:1,5

**life-altering** 176:12

**lifestyle** 82:4

**lifetime** 88:7

**light** 195:9

**likelihood** 206:19

**limitations** 181:24

**limited** 51:14 90:6

**limits** 182:20

**Linda** 10:16 11:20
12:4,12 19:1 20:4
119:11 147:13 215:9,
11

**lines** 129:17

**lingering** 179:11

**list** 19:15 43:24 44:2
45:6,19 60:12,18,21,
24,25 61:7,25 62:12
63:13,19 64:3,10,18
65:17 68:4,11 69:20,
21 71:12,20,23 72:6,
17 73:11,23 75:23
76:4,6 80:9 123:9
144:2 156:15 170:9,
17 194:20 195:22
212:17 214:15
221:23

**listed** 47:1 60:20
76:8,9,10 160:15
168:7 171:17,22,24
172:4 197:10 198:21
199:8 200:3 204:11

**lists** 79:20 168:14

---

194:17

**literature** 161:15
162:2,6 165:20,25
206:23 215:24 219:6

**litigation** 10:17
13:13,23 17:2 18:12
19:24 20:12,18,25
22:7,11 51:18 52:12
53:9,10,14 55:12
56:9 60:9 67:13
68:20 73:12,18 76:1
166:18

**litigations** 60:9

**live** 89:1,10 194:7

**liver** 170:8 173:21,25
174:3

**lives** 108:7,16,23

**living** 173:9 192:8
211:16

**Liz** 9:10 10:22

**LLC** 11:11

**local** 94:14,15 98:22
99:2

**locally** 117:7,10,13
136:20

**location** 98:12

**long** 14:23 18:7
28:24 43:24 119:11
194:7

**long-acting** 187:8

**long-term** 93:20
109:22 111:9 191:1,5
196:7

**longer** 15:11 16:5
18:7 95:8 220:9

**looked** 69:1 70:2
89:17 120:19 132:11
214:16 215:16
221:18

**LOS** 9:1

**lose** 166:12 204:20

**loss** 45:6,13,17,20
46:15 47:13 59:5,9
66:23 81:14 82:1,5,
14 85:20 86:10,16,
19,21 109:14,18,24

---

131:11 159:6,16,20,
21,22,24 160:10,14
161:16 162:2,15,21
163:4,19 164:1
165:21,25 166:7,11
167:22 168:7,14
170:20,24 174:10,12,
14,18,21 175:4,5
179:18 188:12,13,15,
20,22 211:20 215:23
222:3,6

**lost** 143:14

**lot** 18:1 19:18 33:23
46:5 47:7 51:22,24
90:15 94:24 95:8
97:9,11 136:6 138:17
143:24 147:16
182:18 193:24
198:18

**lots** 48:2 50:5

**Louisiana** 10:19
166:25

**loved** 121:14

**low** 171:1,13 179:9

**low-dose** 161:21

**lower** 122:25 136:19
199:13

**luck** 92:8

**Lucky** 30:9

**lumpectomy** 133:11
134:25 135:3 145:4

**lumps** 142:13

**lung** 118:7 194:6

**lymph** 98:13,17 99:2,
4,10,16,20 100:1
113:14 114:8,17
116:12,14,15,16,21
117:1 135:17 137:19,
20 138:20 144:6,20
145:4,5 149:14
183:18,19 195:10
199:7,23

**lymphedema**
144:21

**M**

M0  114:19

made  49:17 50:8,25
72:13 109:20 115:24
178:20 198:3 218:7
219:18

Madeline  11:15

main  37:12 113:14

maintain  30:11

major  91:16 100:6,
13,15 171:10 211:18

majority  91:18
126:22,23 127:1

make  18:18,21 56:24
70:9,15,17 114:22
116:7,9 134:6 135:23
136:6 145:23 156:5
186:4 220:2

makes  138:21 175:5

making  77:19 208:4

malignancy  118:9
171:20

mammogram  113:9,
10 114:3,4

managing  34:25

March  48:1 180:2

margins  144:16,18,
23

mark  19:9 24:18
112:10 157:13
167:12 187:5 190:24

marked  13:15,18,21,
24 14:5,7,10,13
16:12,14 17:7,9,12,
14,17,19 19:11
23:16,21 24:4,19,22
55:15 71:15 112:11
119:15,18 128:22
132:23 153:21,24
157:15 159:1 160:20
164:18 167:15
168:16 189:2 209:23
212:10,13

markedly  104:12

marking  24:1 55:13
71:13 132:21 158:23
160:16,19

marks  10:2,15 13:11

marrow  161:20
174:4

mass  113:7,11,12,15,
22 139:11,17,19
181:9,18 182:16
183:4,22 184:4,17
186:24

Massachusetts
28:2,6

masses  113:11
138:15 139:6 144:15

mastectomy  132:1
133:6,11 134:24,25
135:3,11 136:1,3
144:21 145:5,22,23
180:23 182:3 183:1
187:12

material  44:13 61:24
70:19

materials  20:24
43:19 58:14 62:2,7
68:5 70:25 71:12,24
167:18

matted  135:18

matters  87:1,3

Mccandless'  138:5

Mccanless  63:21
64:17,19 65:5 77:2,6,
17 78:1,8 79:1
120:22 127:14,25
128:5,15 130:10,14,
20 146:14 148:21
150:16 151:7 153:5
155:9,15 158:2 176:1
188:25 201:17,25
204:24 210:9 222:11

Mccanless'  120:18
128:11 150:1 152:15
201:11 223:11 224:6

Mccanless's  77:10

MD  11:20 12:12 27:7
76:9,10

meaning  113:17
117:19

meaningful  149:23

means  97:8 101:20
111:5,25 113:22
114:8,16 131:24
132:3,7 138:16
144:10 190:6,15,16,
19,20

measurable  94:7,15,
23,24 142:13 183:16,
22

measure  113:24
181:25 182:1 183:4

measured  114:1
181:9,17,19 184:4,17

measurement  114:4

measurements
142:11

mechanism  44:3
105:23 106:5

media  119:9

medical  21:11,18,22
22:22 25:21 26:1,4,
16,25 27:2,10,12,16,
21 28:2 31:8 32:11
33:11,18 35:15,21
36:6 38:21 39:7 43:7
61:25 62:3 63:18
64:17,22 65:11,14
66:13 71:7 74:3,8
90:12,14 115:17,23
116:9 120:21 161:15
165:20,25 166:25
204:12 215:24

medically  205:12

medication  87:10
100:11 105:11,21
130:3 155:21 173:19

medications  13:7
41:24 42:20 82:6
85:18 110:9 155:10,
15 158:19 161:11

medicine  29:10,24
30:17 31:23 37:5
48:19 120:9 210:22

Medscape  43:18

meet  49:18

meeting  49:19
75:16,20

meetings  49:16
158:1,12

member  41:3 64:7

members  64:5
121:21

memoranda  22:5

Memorial  32:23

mentioned  51:12
65:11 80:24 90:18
91:8 112:7 119:2
132:10 140:10

Merck  43:18

met  53:1,2 158:8

metastases  93:12
98:21 195:10

metastasis  98:18
114:21,24 122:23

metastasize  138:20

metastasized  93:25

metastatic  95:9 98:8
101:12 114:9 122:20
143:10,22,23 219:15,
20

meters  207:3

method  215:1

methods  203:21

Methotrexate  90:8,
10

Miceli  9:19 10:25
18:16,24 19:1 20:3,
15,19 21:1,4,17
22:13 23:8,13,15,18,
20,23 24:25 25:3
29:16 44:22,24 46:3,
19 47:11,21 48:7
51:5 52:18,23 54:11
57:12,20,23,25 58:17
59:7 62:16 63:3
65:22 67:1 68:1,12
69:8,17 70:11 71:5
72:1,3,8 74:7 76:15,
17 77:21 78:3,10,18,
20 79:19 80:6,8,15
82:7,15,25 83:2,13,
20,22 84:8,19 85:3,8,
12,21 86:5 88:24
89:6,15 91:12,14

92:12,22,24 93:13
94:3 97:4 99:8,15
101:1 102:18,20
103:10,20 104:6,18,
24 105:25 106:7
107:1,16,24 108:8,
10,17,25 110:25
111:16 116:22,24
118:17 119:1,8 120:3
121:17,19 124:19
127:6,20 133:20,23,
25 134:5 137:1
141:11 142:8,21
146:17 147:11,23,25
149:7,19 150:22,25
151:16,19,21 152:17
155:22,24 156:19
159:18 160:2,12,23
161:17 162:4 163:6
164:13 165:8,23
166:22 168:13 169:4,
10,17,19 170:11,21
171:3,5,9,15 172:9,
18,20 173:1 174:16,
23 176:3,14,23
177:9,20,23 179:2,20
182:13 184:23,25
185:23,25 188:16,18
189:19,24 191:23
193:7 195:14,16
197:16 198:9 199:3
201:18 203:25
204:14 205:15,17
206:7,9,21 207:8,19
208:10,20,22 213:10,
19 215:9,25 216:9,11
217:1,3 218:19,21
220:11,22,25 221:5
223:3,14,16 224:9

Michael  11:10

micrometastases
93:10

microscopic  94:6,8,
9,25 140:5,9 144:24
146:11

middle  47:24

midway  141:9,10,13,
22,23 142:3,18

Mike  51:22 53:4,6

mild  179:24

milligrams  207:3

**mind** 15:12,24 16:6, 24 18:9 47:13,17 54:1 63:16

**Mine** 112:24

**minimal** 201:3

**minute** 40:16,19 164:15

**minutes** 118:22,24 119:6,7

**miserable** 211:12

**missing** 66:3

**mixed** 121:2

**mobile** 137:4,7

**modality** 42:22 96:13

**model** 123:7,17,20 124:9

**modeling** 177:24

**moderator** 129:16

**modern** 165:10

**modifying** 96:7

**Molly** 10:9,11 11:4 175:12 180:7

**mom** 120:25 206:2

**moment** 47:24 50:16

**MONDAY** 9:1

**Monica** 58:8

**month** 38:7 56:24 57:7 111:19

**months** 14:12 28:20 37:9 113:9 189:14 191:13

**morning** 9:4 11:9 12:9 22:17 72:13 112:14

**mother** 120:14 156:7,9 157:6 205:25

**mother's** 156:11,13, 18,21,25

**mouse** 88:18

**mouth** 192:18

**move** 48:25 125:10 165:18

**MS-39** 136:18

**multiple** 128:16 138:19 139:10

**muscle** 173:18

**mutation** 118:10

**mutations** 121:9

**mute** 215:11

**myalgias** 209:1

**myelodysplasia** 164:8

---

**N**

**N-A-B** 100:19

**N1** 114:8

**N2** 114:5,16

**Nab-paclitaxel** 100:14

**narrow** 76:22

**national** 222:8

**NCCN** 69:21 72:20 73:2 79:21 80:1,17 125:6 132:11,15,22 133:4 136:12,16 194:17 214:19 218:13 221:17

**NDA** 50:24 51:13 54:20 57:9

**necessarily** 113:23 132:5

**NED** 189:18 190:2,4, 19

**needed** 49:16 69:20 153:2 192:16

**negative** 115:1,8,11, 12 145:17 223:17

**neoadjuvant** 96:24 112:20 122:15,18 123:8 127:16 128:1 135:15 138:2,8 140:16,18 141:8 142:17 145:7,19 146:3 153:10 181:24

182:20

**neoadjuvantly** 131:24 132:18 138:6 144:5

**neratinib** 42:17,18

**neuropathic** 209:15 211:12

**neuropathy** 172:25 173:5,8 179:12 206:6,11,12 207:14, 16,21,24 208:8,18,25 210:13,16,23 211:5, 21 213:2 214:4,21,22 215:6,14

**neurotoxicity** 209:5, 7,17 211:8

**neutropenia** 178:25 201:5,8 211:21 212:4

**Newport** 48:10

**nice** 139:5

**night** 116:9

**nodal** 114:7

**node** 116:13,21 117:2 144:6 145:5 199:23

**nodes** 98:13,17 99:2, 5,10,17,20,23,24 100:1,2 113:14 114:8,17 116:15,16 117:11 135:17 137:20,24 138:20 139:14 144:20 149:14 183:18,19 195:10 199:7

**nonobese** 207:7

**nonsense** 208:14

**note** 48:3 69:24 112:13 114:22 119:18 120:1,8 130:1 133:12 156:5,24 165:2 187:9 188:25 189:8,13 190:19,23 210:8

**noted** 120:25 154:11 187:4

**notes** 21:11 22:5,9, 11,15,24 23:3,4,6

72:13 115:16,20,24 116:7 117:22 120:3, 5,6,18,23 121:1 155:18 178:11,15 179:14,21 180:2,4 183:21 205:24 212:8

**notice** 19:9,15 212:8

**noticed** 113:7,8

**notices** 12:4

**Novartis** 59:15,18 60:3

**November** 14:6 17:8 181:1

**NSADP** 91:1

**NSF** 54:17,19

**number** 51:12 88:8, 16 89:17,20 129:17 146:4 184:18 207:3 219:2

**numbers** 109:11 184:6 205:3 215:8

**numbness** 172:25

**numerous** 192:8

**nurse** 35:6,7 109:21 155:20

---

**O**

**O-N-C-O-T-Y-P-E** 74:24

**oath** 11:22

**obese** 205:1,12,13 206:16 207:5

**obesity** 206:14 207:11

**object** 18:16,24 19:2, 3 20:3,19 21:1,17 22:13 46:3,19 47:11, 21 51:5 52:18,23 54:11 57:12 58:17 59:7 62:16 63:3 65:22 68:1,12 69:8, 17 70:11 71:5 72:1,8 74:7 76:15 77:21 78:3 79:19 80:6,15 81:20 82:7,15,25 83:13,20 84:19,20

85:3,8,21 86:5 88:24 89:6,15 92:12,22 93:13 94:3 97:4 99:8, 15 101:1 102:18 103:10,20 104:6,18, 24 105:25 106:7 107:1,16,24 108:8,17 110:25 111:16 116:22 121:17 124:19 137:1 141:11 142:8,21 146:17 147:11,13,14,23 149:7,19 150:22,25 152:17 156:19 159:18 160:2,12 161:17 163:6 165:8, 23 166:22 168:13 169:4,10,17 170:11 172:9,18 174:16 176:3,14,23 177:9,20 179:2,20 182:13 184:23 185:23 188:16 191:23 195:14 197:16 198:9 199:3 201:18 203:25 204:14 205:15 206:7 207:8,19 208:10,20 215:10,12,25 216:9 217:1 218:19 220:11 223:3 224:9

**objecting** 72:9

**objection** 20:15 78:10,20 85:12 91:12 108:25 155:22 162:4 170:21 171:5,9,15 173:1 174:23 177:23 206:21 223:14

**objective** 12:7

**obligations** 30:10 31:19

**observation** 68:16

**observe** 138:12

**observed** 109:8

**obtained** 25:23 26:25 27:10,15 28:2, 4,10 29:9,23 30:20 31:16

**obvious** 224:4

**occasionally** 37:22

**occasions** 201:1

**occur** 166:17

**occurrence** 38:1

**occurring** 163:15 166:19 168:6

**October** 17:13

**odds** 214:21,22,25 215:6

**offer** 67:15 78:21 83:3,23 86:7 166:1 199:21

**offered** 17:1,3 78:25

**offering** 62:14 77:1, 15 78:24 79:3 80:20, 22 81:6,10,15,21 82:2,3,8,17 84:22,25 86:10,15,23 87:2,12, 19,21 211:4,7

**offhand** 150:19 151:3

**office** 37:18 48:10 155:10 201:11,14

**offices** 35:19

**official** 49:19

**oncologist** 33:11,18 35:21 65:2 77:2 101:20 120:22 127:15 139:24 142:3 182:24 204:9 220:7

**oncologist/breast** 36:7

**oncologists** 204:15 221:9

**oncology** 26:16,19, 20,21 31:8 32:15 33:1,3,6 34:20 35:17 39:20 40:4 58:5,7 90:13 120:18 138:12 188:25 193:2

**Oncotype** 74:16,23

**open** 129:4

**opened** 48:10

**operable** 137:3,4,10

**operate** 144:11

**opinion** 61:5 70:23 77:5,6,9,15 78:12,22

79:2,3,6,7,9,11,14, 17,20 80:9 81:6,10, 15,21 82:2,9,18 83:4, 12,24 84:22 85:1 86:7,20,23 87:2,12, 19 125:20 131:5 138:7 156:21 157:3 166:1 206:25 211:4,8 214:7 216:2,22,23 223:6

**opinions** 37:7,13 47:3,6,10 60:17 62:11,14,22 63:7 65:7 66:20,21 67:14, 20,25 68:6,9,19 70:9, 17,20 71:1,6 72:7,19 76:19,21 77:1 82:3 86:10,15 87:9,21 131:6,20

**opportunity** 70:23 147:13 157:8

**option** 79:13,18 90:23 105:5 124:24 125:2,3,7 134:12,14 141:6 152:16,20,23 203:6

**options** 79:20 80:10, 18 83:8 90:6 121:5 126:3,24 128:16 194:25 214:18 221:20

**order** 12:7 15:21 30:11 154:20,22 195:20

**ordering** 50:14

**organs** 170:7

**original** 37:18

**outcome** 41:7 106:24 107:4,7,11,13

**outcomes** 102:10,17 104:12 108:19,23 109:1 111:7

**ovarian** 120:13

**ovary** 117:25

**overlapping** 209:2

**oversee** 36:22,25

**overview** 96:8

## P

**p.m.** 224:18

**paces** 14:16

**package** 222:22

**paclitaxel** 100:12,15, 19,23 101:3,5,7,18 102:9 105:19 106:24 107:13 142:17 143:5, 6,9,16 150:10 195:6 200:4 203:20 204:4 207:15,18 208:9,19 209:6,8 210:14,24 211:5 214:5,22 215:7,22 216:19 217:16 219:14,19 220:6,8 221:8,10

**pages** 22:21 23:9

**pain** 209:15 211:12, 13 215:14

**pair** 50:8

**Palmer** 11:13 20:5 72:10

**pancreas** 117:25

**paper** 45:8,16,22 46:5,22 47:12 49:17 210:18 211:11

**papers** 46:6,10 109:24 178:4 218:10

**papilloma** 118:16

**paragraph** 123:6 194:16

**paralegal** 14:16 134:1

**parameters** 193:19

**parent** 206:18

**parents** 205:22

**part** 26:13 32:13,18 41:11 62:10 64:1 79:2 111:21 112:19 123:21 138:7 148:18 156:12,17 192:6 209:16 211:2 212:1 223:10 224:6

**participate** 48:2,8

**participated** 90:13

**participating** 48:11

**parties** 9:13

**partner** 34:25 35:7

**Partners** 50:24 51:13 54:20 57:9

**parts** 62:12,20,24 97:22

**passed** 30:6

**past** 41:15 51:22 52:5 54:16 59:19 61:16 187:5

**paternal** 118:3

**path** 115:8

**pathology** 75:21 181:2,7 186:25

**pathway** 49:13 50:12

**pathways** 41:6

**patient** 38:10 54:7 63:15 72:12 73:2 79:13 94:13,22 95:2 106:22,23 107:2,8,10 109:2,13,17 110:16, 19 111:14,20 126:12 131:6,11 134:22 139:21 141:14 147:7, 21 172:16 173:7 186:18 192:15,19,24 193:5,14 194:5,10 196:15,21 198:11 199:17,20 200:12 202:14,18,21 203:2, 9,11,17 204:10 207:7 215:17,18 217:18 218:16

**patient's** 98:14 106:12,17 121:4,13 185:2 204:9

**patients** 28:23 32:13,25 34:2,3,6,13 35:2,8,11 36:15,18, 20,23 37:5,16,20 38:5,16 39:17 47:19 48:15,20 49:2 53:3 69:10 72:25 73:7 83:4 90:1,5 91:10 92:9,20 93:3 94:5 95:5,6,9 96:3,6 97:25

103:8,15,19 105:16 106:9 107:20 108:20 109:5,10,22,23 110:1,20 111:17,21 116:17 121:20 131:4 137:22 139:9 162:21 163:16 165:2 166:12, 17,20 174:7 178:6 191:7 194:2,4 197:11 199:9 204:15 206:10 207:25 208:4 209:17 211:10,22 212:22 219:23 220:2,20 222:2

**pay** 111:8

**paying** 28:25

**peer** 71:4,7

**pending** 9:18 41:10

**people** 35:5,6 37:12 38:2 111:2 117:15 126:20,22,25 132:6 190:14 200:23,25 206:16 211:12

**percent** 51:7 91:9 92:8,19 93:20 95:14, 25 115:7,9,10 122:6, 21,22,24 124:3,8,11, 17 125:13,17 126:3 163:16 166:10,17,19 168:7 181:15 182:11 183:24 184:3,14,18, 19 193:15,16 209:6, 7,8,9 210:14,16

**percentage** 51:3,10 181:20

**perception** 75:10

**performed** 81:12,17

**period** 26:17,23 27:17 28:18 32:22 34:7 38:17 104:20

**periods** 80:1

**permanent** 59:4,8 82:23 85:20 109:7, 14,18,24 131:12 160:4 161:15 162:2 165:21 173:12,16,22 174:2,6 175:25 179:18 211:20 215:23 216:7,24 222:3,6

**person** 37:16,21
207:5

**personal** 51:23
121:13

**personally** 75:5

**perspective** 176:17
208:3 211:9

**pertinent** 65:20

**PET** 98:4 114:22,23

**Peter** 11:12

**Pfeizer** 43:17

**Pharma** 11:10

**pharmaceutical**
10:8 11:8 41:18,21
43:20 87:17

**pharmaceuticals**
10:4 11:11 87:5

**pharmacology**
80:22

**phase** 200:24

**phonetic** 219:16

**photographs** 66:16

**photomicrographs**
75:21

**physician** 26:8
28:19 119:19 120:9
140:25 141:9 142:18

**physicians** 70:2

**pi** 184:13

**pick** 12:16

**pioneering** 50:15

**place** 140:13 186:5

**plaintiff** 11:1 21:13
60:8 64:4 74:14 75:5,
7 101:15 157:23
217:14

**plaintiff's** 22:22
65:1,19 66:6 74:5
75:14 86:19

**plaintiffs** 9:19 11:14
51:10,15 52:15 54:4
68:23 80:11

**plaintiffs'** 60:17
61:1,8,14,22 62:4,21
74:12 76:7 217:11

**plan** 50:10 78:12
130:1 151:11,24
153:25 154:19
157:19 178:19 179:6
193:3

**platelet** 171:14

**platforms** 48:3

**plow** 12:15

**point** 30:17 36:6 48:7
53:13 90:22 96:8
98:2 112:15 115:5
140:12 142:3,4
179:23 220:25

**pointing** 25:10
128:19

**points** 116:10

**policies** 201:11

**policy** 201:13

**portion** 119:6 132:1
156:25 217:20

**portions** 65:6

**position** 77:18 78:16
130:21,25

**positive** 99:4 106:24
107:11 114:25 115:1,
2,3,6,9 120:13 133:7
139:10 182:25
183:18 188:7 191:14,
15

**postmenopausal**
164:3

**potential** 51:20 69:2
141:18 147:20 159:7,
17 160:11 167:22
176:19 198:14
216:18

**potentially** 141:1
173:16,17,22

**PR** 114:25 188:7

**practice** 9:7 26:16
27:4,8 28:5 32:8,14,
15,16,18 33:2 34:22
35:3,12,16 36:15
39:15,20 40:23 110:5

209:2

**practice-changing**
49:18

**practitioner** 35:6,7
109:21 155:20

**pre-op** 134:19,20
136:7,12

**predict** 107:7 111:6
123:7,15,20 124:5,9,
13 126:13 185:1,5,
16,17 186:1,2,16,17
193:18 195:1 197:2

**prediction** 124:4
185:9

**predictions** 123:13
186:4

**prefer** 199:18 200:23

**preferably** 203:15

**preference** 192:24
195:21 196:20,22
221:10

**preferences** 201:12

**preferred** 194:17

**premed** 154:13

**premedicate** 217:21

**premedicated**
217:19

**preoperative** 133:5
134:11 135:10

**prep** 154:22

**preparation** 116:5

**prepare** 63:9 67:12
70:6

**prepared** 24:10

**preparing** 56:16,17

**prescribe** 26:22
38:11 77:11 220:7

**prescribed** 32:17
34:6,9,13 38:9
130:22 223:11

**prescribing** 38:21
39:8 127:15 204:25
224:6

**prescription** 38:12
39:10

**prescriptions** 27:5
77:20

**present** 97:25 99:3
156:7 192:19

**presentation** 58:3,
10,14,15,25 59:2
113:4,6 117:6,17
149:2,4,5,17 192:16

**presentations** 59:17

**presented** 130:14
131:1,8 193:1,6

**pretty** 35:12 90:6
110:22

**prevent** 96:23 179:9

**previous** 17:1

**previously** 40:3
101:22

**price** 111:8

**primarily** 33:21
36:23 52:15

**primary** 90:17,23
99:6,14 120:9 135:16
144:5

**printed** 129:4

**prior** 14:18,24 16:4
17:23 18:22 36:11
39:14 68:20 70:5
131:25 132:4 175:15
182:25

**private** 32:8 33:1

**problem** 107:5 212:5

**Procedures** 9:17

**proceed** 175:25
176:4

**process** 41:8 75:11
77:19 78:15,22 83:7
131:4

**processes** 157:5

**produced** 73:12,17,
23,25

**products** 10:17 44:8

**professor** 48:13

**profiles** 204:4,7

**prognosis** 111:22
191:1

**prognostication**
123:8

**program** 26:19 33:24
36:22 49:13 50:5

**programs** 49:21

**projects** 41:7

**prolonging** 202:1

**promote** 223:1

**promoted** 48:12

**promotion** 223:5

**prompt** 50:12

**proof** 182:19

**pros** 202:20

**prostate** 117:25

**protested** 135:25

**proved** 148:17

**proven** 211:20

**provide** 22:12 61:22
62:5 65:20 67:20
97:15

**provided** 21:6,18
22:9,25 41:14 61:24
65:17 66:7 68:4 72:6
74:18,19 75:2 217:8

**provider** 21:12,16
64:19

**providers** 21:16,24
64:17,23 66:14 78:25

**PSC** 11:1

**publication** 40:8
212:1

**publications** 39:23
44:19 45:5,18 47:2,9

**published** 45:12,25
208:7,17 210:21
216:13

**pull** 31:24 55:18
88:20 112:8 122:13

128:21 129:11 133:1
153:13 156:1 180:24,
25 188:24 191:6

**pulled** 19:21 168:19

**pulling** 57:17,18
158:7 164:21

**Puma** 42:15

**purpose** 67:14,19

**purposes** 12:6

**pursuant** 12:4

**pursued** 27:24

**put** 12:10 64:11 91:22
112:15 117:22 118:2
123:20 132:13,19
179:22 208:14
217:23 218:1,8,12

**putting** 14:16 35:5
79:16 86:9,14 192:18
193:18

---

**Q**

**qualified** 221:9

**quality** 37:10

**quarterly** 49:15,19

**ques-** 127:24

**question** 13:1,3,4
16:3 20:9,21 22:10
29:20 39:3,6 54:18
56:8 60:14 62:17
66:9 68:25 76:3 78:5
84:4,13,15 89:12
104:15 106:15
108:12 119:22
127:18,22,24 129:24
131:14 138:3 151:14
152:2,6 158:11
161:25 165:15
177:16 183:11
191:10 222:23 224:1,
5

**questions** 12:25
25:19 35:9,11 65:18
67:11 111:14,18
130:2 134:6 140:12
157:9,25 158:12

**quick** 175:18

**quicker** 150:14 153:2

**quickest** 152:10

**quickly** 25:20 72:16
150:4

**quote** 92:1 96:6
153:1

**quoting** 209:5

---

**R**

**radiation** 96:16
125:23 126:1 133:6
135:1,12 144:22,25
145:4 187:13

**radius** 184:13

**range** 210:13

**rapidly** 149:11

**rare** 95:6 201:1

**rarely** 144:3

**rarer** 33:23

**rate** 55:4,8 125:17
126:3 144:21

**rates** 92:15 104:3,16
105:2

**ratio** 214:21,22

**ratios** 214:25

**re-sign** 29:14

**re-upped** 29:4

**reaching** 190:24

**reaction** 106:9
184:21 185:2,3,21,22

**reactivate** 28:21,25

**read** 63:11,12 65:8,9,
10 74:9 83:24,25
92:1 121:2 123:6
128:4,8 148:24
149:10 150:24
152:13,18 156:11,24
158:14 163:1,2
176:15 179:21 202:2
205:23 209:16 211:2,
14 222:22

**readable** 115:25

**reading** 146:8 150:5,
18 155:11 157:7
179:14 212:5,6

**reads** 58:4 115:9
210:18

**real** 175:18

**reason** 28:15 94:4
96:9 136:7 143:13
144:4 156:17 185:11
186:8

**reasonable** 110:13

**reasons** 136:11
146:1,2 147:15
183:25

**recall** 14:18 15:17
17:22 24:15,16 28:12
39:23 40:2,8,11,19
42:4,6,11 43:11 44:6,
7 45:22,24 46:10
53:25 54:5 55:1
57:16 58:10,24
59:11,20,23 61:4,12,
19 62:8,24 63:22,23
64:8,12 65:3,14 66:9,
18 73:16,20 74:2,16,
23 80:23 87:6 91:6
110:9 128:15 130:2,
4,6,12,13 137:8
150:5,8,18,19 151:3
155:11,17,23 161:6
175:18 177:1 178:16
179:3,13 201:13,24
202:7 212:5

**recalls** 60:4

**receive** 55:11 138:6
176:12 188:7

**received** 21:12 24:23
55:13 56:5 57:3 73:8
101:16 108:20
110:10 135:10 147:2
160:17 161:11 166:6
167:13 185:15
187:13 191:20

**receiving** 97:1
147:8,21 177:6
210:14

**recent** 56:4 187:3,11

**recently** 42:12,15

**receptor** 133:7

**recertify** 30:5

**Recess** 67:6 127:9
180:15

**recognize** 24:7
60:13

**recollection** 43:15
55:3 58:21 64:13

**recommend** 77:7
127:15 138:22,23
144:22 194:3,8
195:11

**recommendation**
128:11 130:15 133:4
134:13,21,23 138:5
188:6,10

**recommendations**
79:25

**recommended**
127:25 130:19
146:15 176:2,5,13
178:10 196:17

**record** 9:9 10:24
12:11 23:8 43:7
50:15,18 67:3,4,7
72:5 74:18,22,25
100:24 101:3 119:6
127:5,7,10,19
180:11,12,13,16
224:15,16

**recording** 9:14

**records** 21:11,19,22
22:5 61:25 62:3
64:22 65:11,14,16,
17,20 66:7,8,10 74:4,
5,9,13 115:17,24
116:9 120:21 187:11

**recur** 109:2 191:12
192:7

**recurred** 191:11,18

**recurrence** 91:10
92:15,20 93:3,6,9,18,
21 94:15 96:3,18,22,
23 116:20 117:1
126:9,16 187:2,10
190:25 192:1,11
198:13 199:13

**recurrences** 191:16

**recurrent** 97:7

**red** 165:2

**reduce** 97:7 126:9
146:4 191:25

**reduced** 144:6

**reduction** 181:15
182:11

**refer** 177:3

**referenced** 47:5
165:1

**references** 69:2

**referred** 101:5

**referring** 122:14
129:20 140:23
190:23 209:18
217:11 218:5

**refused** 202:24
203:2,5

**refuses** 202:21

**regimen** 69:3,15,16
79:12 80:4,14
101:16,17,18,20,25
102:4,6 106:23,25
107:11,13 110:3,12
124:15 125:7,12,18,
25 127:2,16 128:1
130:15,19,22 138:13
142:17,25 143:5,9,
22,23 144:1 146:14,
16,18,22,25 147:6
150:2,10 153:11
154:16 161:12,13
164:23 171:11 174:8
176:1,5,13 177:7,17,
25 180:21,22 182:12,
16 183:7,14 184:22
185:7,15,21,22
186:22 192:5,17
193:4,9,14,21 194:4
195:12 196:5,13,17
198:22 199:11,18,25
200:9,16 201:16,25
202:4 204:25 208:3
214:19 217:17,18,20
219:1,17 221:7,8,16,
17,21

**regimen-specific**
172:6

**regimens** 44:15
80:16 90:16 101:10

102:9,11,16 103:14
108:20 124:20
130:11 132:16 141:2
147:18 148:4 178:5
194:19,20,21 196:1,
25 197:17,19 198:5,
6,21 199:1 200:2
214:11 219:4,21

**regimes** 101:10

**region** 35:4 98:22

**regionally** 99:10

**register** 192:13

**registry** 95:23

**regrowth** 110:2

**regular** 37:17 38:2

**regularly** 38:18

**regulatory** 66:23
73:21 75:18 86:25
87:3,17,20

**rejected** 150:9

**relapse** 92:9 191:7

**relapsers** 187:8
191:5

**relate** 20:25 39:23
43:8 45:6,12,14,19
59:4 68:21

**related** 40:8 43:13
58:25 63:19 75:22
118:15 189:9

**relating** 27:20 41:23
55:12 59:16 214:2

**relative** 149:9

**relevant** 47:5 66:10
71:1 121:5 214:13

**reliable** 70:10,12,24

**reliance** 60:21 61:6
62:12 63:13,19 68:11
76:4 120:2 156:15
212:17 214:14

**relied** 47:4 55:21
62:21,24 68:6 93:8
201:24

**rely** 47:1 83:11
214:17 216:5

**relying** 63:6 65:19
75:9 82:21 216:23,25

**remains** 221:21,23

**remember** 15:18,19
27:3,7 43:20 45:9,16
47:24 59:1,21 60:3,
23 63:6 64:11,21,23
69:24 74:25 89:20
90:11 104:8 128:13,
19 139:18 148:23
150:11,13 156:1,9
158:5 174:2 179:4
180:5,25 197:2 202:3
205:19 206:3 207:10
212:6,17,24 214:16
222:13,14,15,20,21

**remembered** 116:10

**remote** 9:14

**remotely** 9:10,12
28:23 47:25

**remove** 144:18

**removed** 69:2
137:24 139:19 140:2
181:3

**rendered** 21:12

**renew** 28:18 31:5

**renewal** 28:18

**renowned** 82:10

**reoccur** 191:13

**reorganized** 69:25

**rep** 43:20

**repeat** 20:9 175:2

**rephrase** 13:2

**report** 17:3,8,13,18
24:2,9,13 31:25
46:11,17 56:6 60:15
61:1,3,7,10 63:6,11,
24 64:1,12 65:12
67:11,13,19,23
68:10,21 69:5,11,23
70:5,8 71:3,4,13,21
72:12,23 73:5,6
74:17,24 75:13,20
76:6,8,20 83:15,24
84:3 86:18 95:12,17,
21 109:20 115:4,9
116:4 122:4,11,12

123:21,22 124:6,13
131:20 132:13 144:9
145:11,14 153:25
154:19 155:1,2
156:12 178:5 181:2,7
182:10 193:13,18
194:13 205:23
208:14 209:4 216:5,6
218:1,7

**report's** 69:9

**reported** 161:15
162:1 165:20 210:20

**reporter** 9:10 10:6,
11,22 11:18 23:17,
19,24 25:6 32:3
40:17 44:11 49:8
52:6 53:5,16 56:20
59:6,24 74:21 79:24
84:5 86:12 88:12,14
90:9 100:18 104:10
112:17 114:11,15
118:25 123:18 125:4
129:7 133:24 137:5
139:1 140:7 145:12
149:3 152:21 162:12
164:12 165:11,14
170:2 176:22 178:21
186:12,15 187:20
196:9 197:24 201:7
205:5 209:21 218:24
222:4 223:20,22

**reporting** 9:6 10:21,
22 166:24 215:8

**reports** 17:2,23 18:2,
11,13,22 60:19,21
62:9,13,20 63:1,5
68:20 69:4 75:25
76:3,7,10,12,14
216:1

**represent** 11:10
52:15 55:23 60:8
130:8 150:7 205:9
223:8 224:12

**representation**
224:3

**representative**
223:13,18 224:2,8

**representatives**
222:25

**represented** 223:18

**request** 19:22 22:5
48:11

**requested** 21:6 75:1
165:11 223:20

**requests** 10:6 19:16,
19,21 21:9 23:17
25:6 32:3 36:22
40:17 44:11 49:8
52:6 53:5,16 56:20
59:6,24 74:21 79:24
84:5 86:12 88:12
90:9 100:18 104:10
112:17 114:11
118:25 123:18 125:4
129:7 133:24 137:5
139:1 140:7 145:12
149:3 152:21 162:12
164:12 165:14 170:2
176:22 178:21
186:12,15 187:20
196:9 197:24 201:7
205:5 209:21 218:24
222:4

**require** 49:20

**required** 22:25

**requirement** 31:10,
25

**requirements** 87:7

**requires** 98:25

**requiring** 180:1

**research** 26:20
33:24 34:21,22 41:2
45:15,22 46:6 70:17

**resected** 184:5

**residency** 26:5,10
27:1,23 29:10,24
30:2

**residual** 181:13
187:1

**resistant** 106:13,18

**respect** 82:13

**responded** 19:19

**responding** 138:13
141:2 142:5,13

**response** 20:20
133:11 134:22
136:11 140:21,25

**responses** 23:1
179:4 186:16

**responsibilities**
204:9

**responsive** 72:14

**rest** 94:17

**result** 144:9,15
179:16 185:6,14

**resulted** 193:15

**results** 123:25 145:9

**retired** 51:24

**reverse** 174:21 175:4

**reversible** 173:18
188:21

**review** 15:7 37:10
51:20 52:2,20 54:9
60:16,18 61:3,10
62:9 64:6 65:2,5
66:16 70:5 71:4,7
73:14,25 75:19 97:13
110:8 157:6 161:19
178:14 199:21
212:14,21 215:5

**reviewed** 15:12,23
16:2,6,23 18:17,25
19:5 21:19 52:10
54:10,13,17,23 60:22
61:17 64:9,20 65:12,
15 70:16,19,25
71:12,24 74:4 75:12,
24 76:3,13,16 80:18
89:21 115:17 116:8
122:9 155:2 156:14
162:5 165:24 167:19
168:21 169:1 201:23
203:14 206:23
212:16,18,23 214:8
222:16,19

**reviewing** 61:4
63:23 64:14 74:2
116:4 155:20 201:13

**revised** 24:24 25:9

**risk** 93:6,9,10,21 97:7
117:1 118:9,11 126:9

164:7 166:8 167:7
170:6,19 171:1,13,19
172:2,24 187:1
188:12,14 192:1,11
193:16 198:13
199:13 201:6 206:5,
11,14,16 207:15,18,
21 208:8,18 211:5,
20,21 216:7

**risks** 83:8 93:18
116:20 118:2 126:5
169:1,9,16,21 170:1,
3 172:6 174:9 176:12
192:25 202:20
211:21 217:23
222:12

**Robert** 11:6

**role** 33:17,18,19
36:5,10,11,17 37:19
39:14 41:12

**room** 9:8,11

**Rosic** 61:8 75:15

**Rosic's** 61:10 75:20

**Ross** 61:1

**Ross'** 61:3

**rotation** 90:15

**rotations** 26:21

**Rotolo** 11:12

**roughly** 88:5 122:5
124:7

**Rule** 9:16 63:11,24
64:12 76:6 95:17,21
115:4 116:7

**rules** 9:16,17 12:7,24
32:2,4 124:22

**runs** 119:7

_____

**S**

**Safe** 59:3

**safety** 46:1

**Sagent** 11:11

**sales** 43:20 222:25
223:5,12 224:8

**Sandoz** 9:21 11:3

55:2 57:15 58:7
59:15 73:13 76:1
217:12 222:19,24
223:5,12

**Sandoz's** 87:13

**Sanofi** 73:23,25
76:11 109:12

**Sanofi's** 218:5

**Santa** 58:7

**Saturday** 25:13,14

**saved** 108:6,15

**saving** 108:23 202:1,
5

**scalp** 166:11

**scan** 98:24 114:22,23

**scans** 98:4 141:19

**scare** 97:11

**schedule** 219:12
220:8

**schedules** 217:23

**schemes** 87:17

**scholarly** 40:14
47:19

**school** 26:2,4 27:12
90:12,15

**science** 216:21

**scientific** 217:5

**scope** 76:22 85:4

**screen** 29:18

**scroll** 123:3 214:3

**searches** 35:4

**second-generation**
196:25 197:19 198:5

**second-guessing**
77:10

**secondary** 171:20
172:16,21

**section** 44:18 47:2
58:4 136:19 159:11
162:19 168:3 175:12
208:13,14 214:7

**selected** 74:5 138:14
150:2 176:1

**selecting** 97:1

**semantics** 98:16

**send** 23:13 48:17
56:24

**Senior** 58:7

**sense** 136:6

**sensitive** 148:13

**sensory** 208:24
211:13 215:14

**separate** 140:14

**separately** 75:2

**September** 9:1
10:20 16:13 25:9,13
48:23 154:10

**sequence** 135:9

**sequencing** 148:4

**sequential** 147:18
153:8 197:7 219:17

**sequentially** 143:12,
25 144:1 152:12
153:7 220:1

**serve** 37:5 40:13

**served** 24:3

**service** 57:10

**services** 41:15

**session** 155:20

**sessions** 156:8
157:9

**set** 48:14 97:12 98:8
123:7

**sets** 49:14

**setting** 41:5 96:25
199:5

**seventh** 154:15
155:4 178:12,17

**Severe** 173:5

**severity** 9:6

**share** 121:21 134:1
213:10

**shared** 83:6,7 176:6
208:5

**she'd** 164:5

**sheet** 63:15 73:10
112:6 153:14 154:5,8
161:19 180:24

**sheets** 15:16

**Shernoff** 51:21,25
52:1 54:9

**shifting** 39:14

**short-** 111:9

**shot** 200:23

**show** 133:8 150:6
151:1 157:10 177:11
183:21 193:19 202:8
203:17

**showed** 113:10,11
178:12,16 218:14

**showing** 108:19
114:23 122:18
154:19

**shown** 146:3 158:25
177:25 196:24
197:14,18 198:6
199:1,13,14 218:10
219:22

**shows** 131:14

**shrink** 135:22 138:15
139:6 144:14

**shrinkage** 139:12

**shrinking** 139:11
141:5

**shrinks** 138:16 139:9
146:10

**shrunk** 139:17
181:7,23 182:19
183:20 184:19
186:24

**sic** 129:23

**side** 56:18,21 159:7,
12,17,21 160:11,14
162:20 163:4,9,14
166:9,16,19 167:22
168:5 170:9 171:10
172:4,7,10 173:12
175:23 176:19 204:4,

6,11 207:25

**side-by-side** 68:24

**sign** 99:5,9

**signed** 168:21 169:6,
8,12 170:17 171:16,
23 173:3 175:14,21

**significant** 93:6
100:8 103:8,18
116:12,16 120:16
126:19 176:11
179:15 183:19
186:25 187:1 191:15
193:22 206:5,14
207:14,21

**significantly**
210:15,23 215:6

**signing** 169:14

**signs** 114:20

**similar** 85:16 154:3
192:19

**similarly** 45:18 73:2
85:16 130:24

**simply** 221:9

**simultaneous**
146:22

**single** 47:9

**sir** 118:20

**sit** 37:24 47:12 184:8

**sites** 35:17 94:7

**sitting** 16:20 18:5,20
44:3,7 184:20

**situation** 94:13
199:22

**size** 142:4 144:6
145:18 181:15
182:11 183:17,22,24
214:24 215:1

**skimmed** 63:12 65:8

**skip** 12:23

**skipped** 92:10

**slide** 58:19

**slides** 75:21

**slight** 118:10 164:7

167:7 197:18

**slightly** 106:2,6
178:6

**slow** 146:5

**slowly** 96:7

**smaller** 142:15

**smaller-feeling**
182:16

**smear** 184:15

**social** 9:7

**solicit** 204:18

**soliciting** 208:5

**solidify** 63:16

**someone's** 206:18

**son** 26:12

**sort** 22:21 134:9

**sound** 56:2 69:6
76:24 88:23 95:15
96:5 164:11,14

**sounds** 50:21 88:25
146:7

**Sparano** 102:22
209:19 210:21
214:10

**speak** 131:10,15
165:12 178:22
223:21

**Speaker-value** 58:4

**speaking** 10:13

**special** 34:4

**specialist** 33:15,20
35:22 222:1

**specialist/medical**
36:7

**specialty** 30:24
52:14

**specific** 21:9 45:23
58:21 68:23 91:23
93:16 121:9 152:25
160:18 177:1,2 178:3
202:7 208:13,14

**specifically** 14:20
44:6 47:8 60:25 98:3

103:7 112:5 132:16
135:16 149:9 163:18
167:1 190:15

**specifics** 93:22

**speculative** 78:2,9
131:9

**spend** 47:18 184:12

**spent** 28:20 32:8
34:24 56:15 57:7

**split** 34:21

**spoke** 50:2

**spoken** 75:4,7

**spouse** 110:21

**spread** 94:11,14,16,
20 97:22 98:13 99:6,
13,16,17 114:12

**squared** 207:3

**squat** 198:17

**stage** 94:2,7,13,16,
18,22 95:2,6,12,25
97:14 98:10,19,20
101:13 113:16,17,20
117:9,10,14 123:9
136:23 137:13
149:10,13 198:13
199:5

**stages** 41:8 188:6

**staggered** 219:11
220:8

**staging** 50:6,17

**stand** 18:2,4,10

**standard** 77:3 88:8
140:22 147:18
188:10 221:16,21

**standard-used**
101:23

**standards** 49:14
53:1 66:21 79:22
83:5 218:8,12

**stands** 114:7

**Stanford** 26:1,4,13,
19 29:10,24

**start** 90:4 159:9
160:5 162:22 175:9

181:12

**started** 26:11 34:3
37:4 48:11 91:3
94:12,21 135:22
153:11 154:6 175:17,
20,21 182:17 187:17

**starting** 91:2 101:12
129:22,23 155:5

**state** 10:23 12:10
132:16 223:22

**state's** 9:17

**stated** 152:14 159:15

**statement** 84:21
91:20 103:13,22,25
104:21 121:7 132:20
146:8 202:7 218:23
219:1 223:12 224:7

**statements** 201:14

**states** 10:18 49:6
50:19 88:4,5,10
89:13 175:5

**statistical** 214:25
217:5

**status** 189:18 190:1
199:23

**stayed** 26:4 33:8
222:11

**step** 134:10 135:6
192:10

**Stepping** 82:12

**steroid** 211:23

**steroids** 201:2
218:11

**Stewart** 17:3 21:13
24:2,10 47:10 60:16
61:2,7,21 62:11,22
63:20 65:4,13 66:17
69:16 74:4 75:5,16,
20 77:4,7,11 80:13
81:19 82:12 86:11,
16,21 101:15 112:5
113:1 115:18 122:4
123:10 124:7,25
125:21 127:14,25
128:6 130:9,16,24
131:7,25 135:9
136:24 137:12 138:5
145:1 146:15 147:1

149:1 150:3 152:16
154:1 155:8 156:7
157:8 158:1,7,18,25
160:17 161:11 163:3
166:6 167:13 168:20
170:6 172:24 174:9
175:14 176:19
177:18 178:9,25
179:11,16 180:20
183:6,13,15 184:21
185:6,14,20 186:9,21
189:1 191:20 192:13,
20 193:1,5 195:8
196:15 197:12
199:10,17,21 202:14
204:19 205:1 207:6
212:3

**Stewart's** 21:15,24
64:4,16,20 66:8,13
77:2 78:25 80:5
81:14 82:1,5 85:19
114:1 117:6,17,20
119:19 120:9 153:10
156:18 157:1,7,13,23
168:25 182:23
187:12 189:9 190:18
192:16 194:23
201:23 204:25
205:21,25

**stipulate** 9:13,20

**stoic** 110:20

**stop** 174:1 218:11

**stopped** 42:14 49:2,
4

**strategy** 37:3 49:3

**stresses** 48:21

**strike** 43:12 81:1
151:9 158:17

**strongest** 192:21

**structure** 41:5

**structured** 98:8

**studies** 41:7 45:22
208:7,11,16,17,23,25
212:21 216:13 219:9

**study** 109:21 110:5
178:2 199:11 209:14,
18,19 214:9 215:2

**sub-bullet** 21:10

**subject** 27:19

**subjects** 76:21

**submission** 41:9

**submissions** 41:10

**submit** 56:12 57:6
71:3 77:5 134:2
213:11

**submitted** 15:15
24:16 56:7,10 67:23
75:25

**submitting** 17:23

**subsequently**
109:24

**subspecialty** 31:8

**substantially** 104:5,
17

**substitute** 69:16

**substituted** 101:22,
24

**subtype** 93:19 96:7
97:14 117:2 198:16

**subtypes** 91:16,18
92:14 93:5 97:10
137:3 198:17

**successful** 96:10
145:9

**successfully** 106:22

**Suffern** 11:9,10

**suggest** 208:8

**suggesting** 208:18

**suitable** 69:15

**summary** 22:22
63:15 153:15

**summer** 28:20

**Sun** 10:4,7 11:7

**superior** 199:1

**supplement** 210:19

**supplemental**
211:1,17,25

**supplemented**
15:21 16:1,22

**support** 30:21 31:4
41:6 49:21 50:9

**supported** 203:14

**supporting** 48:24

**Supportive** 40:4

**supposed** 22:14

**suppress** 148:12

**surgeries** 136:14

**surgery** 90:24 92:5
93:8,10 96:14 122:5
123:14 124:2,7
125:17,22,25 132:1,
4,7,8,9 134:15 135:5,
18 136:10 139:3,8,15
144:7,9,16 145:21,23
146:4 150:3

**surgical** 65:1 137:18
145:9 182:24

**survivability** 95:13
177:8,19

**survival** 95:8,25 96:4
102:10,13,14,17,23,
24 103:1,3 105:2
111:25 116:19 117:1
122:21,23 123:13
124:2,11 125:13,17
178:2,3 191:1 197:20
198:3

**survive** 111:15

**surviving** 122:6
124:8,16

**susceptible** 204:10

**swear** 9:11 11:18

**swearing** 9:14

**switch** 112:4 141:2,7

**switched** 187:22
188:2

**Switching** 100:4

**symptoms** 98:6,24

**system** 50:12,14,18
122:20

**systematic** 212:13

**systemic** 91:7 92:17
93:1,2,14,17 96:14,

---

**T**

**T-A-C** 112:18

**T2** 113:21,22 137:18

**table** 69:25 213:21

**tables** 211:1,17,25

**TAC** 101:16 112:15,
16,20 127:16 128:1,
11 129:25 130:19
141:8,12 142:25
143:9 144:1 146:14,
18,21 147:5 150:2,14
152:19 153:8,11
154:16 161:11,13
164:23 170:24
171:11 178:10
180:22 182:2,4,8,12,
15 183:7,14 185:22
186:22 192:5 197:5
199:24 201:3 214:10,
18 219:14 220:14
221:7,16

**TACS** 214:10

**tailor** 69:7

**takes** 28:21,24
145:14 220:15

**taking** 13:7 162:21
164:9 167:8

**talk** 37:25 58:19,20
59:12,14 62:3 92:18
93:21 98:20 100:4
112:4 130:6 149:9
204:15 208:3 223:1

**talked** 47:16 68:5
71:11 74:3 89:24
105:18 169:21
187:13 192:14
217:16

**talking** 17:4 45:1
104:20 137:9,10
157:11 177:14
180:20 202:19
203:19 211:9

---

**talks** 48:13,14

**Tamoxifen** 188:8

**taper** 194:9

**tapes** 22:5

**tasks** 47:19

**taxane** 34:9 124:16,
21 125:3,7 143:3
150:17 152:3 195:5
196:24 198:23,25
199:19 213:3

**taxane-containing**
80:4,14,16

**taxanes** 90:2 100:4,
5,8,10,15 101:8
102:3,16 104:2,16
105:2,18,20 207:2,7,
17,20 208:1

**Taxol** 100:12,23
101:3,7 102:25
142:25 152:11,15,20,
22,23 153:3 185:7,
12,15,21 200:7,25
201:12,16 208:25
217:19 218:9,17
219:11 220:19

**Taxols** 220:13

**Taxotere** 10:17
13:13,22 16:10 19:24
20:12,17,25 51:17
53:8,14,22 54:21
55:12 56:9 60:9,10
68:20,22 79:4,7
85:23 86:2 103:18
152:3 208:25 219:15

**TC** 198:22 199:5,22

**teaching** 34:23
155:19 157:25

**team** 58:7 137:19
138:12 139:24

**technically** 197:8

**temporary** 159:25
160:3 162:21 163:19
168:11 174:13

**term** 125:11 140:19,
22 141:24 149:9,24

**terms** 47:18 79:15
111:8 184:14

---

**test** 140:13 145:14

**tested** 199:6,15

**testified** 11:23 15:1
16:18 53:8,13,18,22
96:2 100:5 105:10
130:9 150:16 158:1
202:4

**testify** 13:8 53:10
54:3 77:18,23 78:16
87:25 130:21,25

**testifying** 55:1
130:23 222:15

**testimony** 14:24
15:10,20 16:1,5,9,12,
17,21 17:1 18:11,22
75:10 77:25 78:7
83:9 128:5 150:1
152:25 153:4 156:18,
25 157:1 161:19
166:18 201:23,24
222:10

**testing** 98:7 118:8
136:9 145:20

**tests** 31:24 140:5

**texture** 162:24
163:22

**theoretical** 147:15
148:1,11

**theory** 148:19

**therapeutic** 90:23

**therapies** 34:9 91:8
93:1,2,17 97:7,8
104:11 105:3 192:9

**therapy** 42:22,23
91:4 93:15 96:14,15
98:4 104:9 107:5
121:11 123:8 124:10
125:18,22 126:1,6
133:5,6,7 134:11,23
135:7,11,12 144:22
146:3,11 152:4
153:11 162:23
179:25 181:25 182:8,
21 186:5 187:13
191:21,25 192:21,22
202:15 203:7,12,15,
16

**thing** 105:6 129:16
183:5

---

**things** 47:5 63:13
70:1 72:10,17 76:22
111:22 147:16
149:21 160:14 163:9
171:17,22,24 174:7
185:16 204:17
215:19 222:13

**thinking** 130:18,21,
23

**thinning** 188:21

**third-generation**
124:15,18 125:6,12,
18 126:1,24 127:2
146:25 177:7,17,25
178:5 192:17 193:4,
9,14,21 194:19,25
196:17,23 197:17

**thought** 49:18 72:14
77:18 78:1,8,15,22
117:15 119:8 138:19
187:10 193:25

**three-week** 38:17
101:21,24

**throat** 118:5

**tied** 116:20

**ties** 41:6

**time** 13:11 14:23,25
16:18 18:4,15 26:9,
14,17,20,23 32:8,22
33:4 34:7,21 38:7,9
39:22 40:7,16,19
44:16 49:1,20 50:20
51:1 53:19,21 54:13
56:9 57:7 66:24 67:5,
8 73:1 80:1 90:4,17,
22 96:4 97:2 104:13,
20 105:17 108:4
109:18 111:9 113:2
118:18 120:20
121:10 122:22 127:8,
11,19 136:9 139:19
147:17,22 149:12
151:18 152:3 175:8,9
178:22 180:13,17
181:3 182:3,7 184:12
187:9 195:9 200:22
204:24 205:10
218:17 220:9 221:1
224:17

**time-limited** 31:3

**timeframe** 91:24

**times** 53:25 54:17 71:11 112:18 118:19 150:14 195:23 220:13

**timing** 173:14 174:17

**tingling** 172:25 211:13

**tired** 208:13

**tissue** 99:22,25 100:3 135:19

**title** 45:10 59:3,10

**titled** 159:12 213:21

**today** 12:15,16,19,25 13:9,11 15:22 16:20 17:4 18:3,5,20 19:7, 10,16 20:2,13 30:18 36:20 43:5 44:3,7 47:12,18 55:2 58:14 60:13 62:15 63:10 70:5 92:18 93:20 95:5 116:5,6 172:21 179:12 184:20 186:23 191:20 192:4 217:17 221:22

**today's** 22:16

**told** 62:5 92:7 131:12,13,18,22 150:11

**tolerated** 219:14,23 220:21

**tomorrow** 12:16

**top** 88:17 89:20 112:19 120:12 162:19 164:6

**topic** 45:23

**total** 55:24 56:1 125:16 133:5 134:24, 25 135:11 153:19 207:6 220:9

**totally** 43:3 140:14

**touch** 29:18

**toxic** 98:4

**toxicities** 176:16 196:16,21 208:2 213:1,22 220:2

**toxicity** 39:24 40:9 45:25 46:15,16 66:22 97:10,17 111:9 141:18 143:24,25 148:3 193:25 195:19 211:18 219:4,17

**track** 56:23

**training** 30:24 68:16 92:4

**transcript** 128:25 129:3 183:10

**transcripts** 15:7 61:17

**transplant** 161:20 174:5

**trauma** 30:21

**treat** 41:24 152:7 195:9 202:22,23 203:3,11

**Treatable** 173:17

**treated** 72:25 91:24 103:23 106:22 107:3, 10,12,21,25 109:6,17 110:3 173:18 195:11 208:1

**treating** 90:5 105:15 107:22 194:22 222:1

**treatment** 21:13 32:21 39:16 44:13 49:15 50:10,13 53:3 63:17 66:11,22 77:3, 16 79:5 80:5,10 85:19 96:10,11,20,22 97:2,15 100:6,9 102:4 105:6,8,11,24 107:6 108:1 116:17 117:3 121:5,10,11,15 125:21 126:8,24 132:1 135:10 140:21 141:15,21 142:6,10, 11 145:2 146:16 153:2,8,25 154:19 157:5,19 160:6 161:16 162:3,23 163:5,22 165:21 166:13,14 176:20,24 178:12 179:6,9 182:6,9 183:16 185:3 187:14 190:18 191:22 193:3 194:4

**tumors** 114:12 187:1,7 192:19

**turn** 44:18 119:20 120:11 162:8 165:12 167:21 189:15 194:12 223:21

**turning** 166:4

**treatments** 49:21 101:25 102:1 128:7 130:3 147:5 155:9 182:2 195:2,21

**tree** 134:10

**trial** 16:9,10,17,21 17:1 18:12 35:5 52:5, 9 53:8,13,18,22,23 103:1,4 166:23 197:23 198:2 199:15

**trials** 34:12 45:15 91:1 102:21 108:19 109:12 140:20 147:16 185:10 219:2, 22

**triple** 145:17

**trouble** 202:25

**true** 18:7 25:18 62:6 63:1 103:25 143:8

**truthful** 14:25 16:18

**truthfully** 13:8

**TSG** 9:6 10:21,22

**tubules** 106:3

**Tucker** 11:4

**tumor** 48:9 93:25 94:12,21 99:6,14 113:20,24 114:9 117:12 121:8 135:16 138:12,16,18 139:11, 12,16,20 140:1,13 141:2,19 142:4,10,13 144:5,18 146:10 148:12 149:10,13,14 161:21 181:4,7,11, 13,15,21,23,25 182:16 183:17 184:5, 19 185:2 199:5,7 220:20

**two-way** 50:11

**two-week** 101:21 220:18

**two-year** 183:9

**type** 27:19 57:14 59:16 81:12 86:15 105:2 112:25 115:24 121:8 149:10 173:7 199:5 206:17 213:3

**typed** 115:24 116:6

**types** 33:3,4 161:21 199:7

**typical** 47:17

**typo** 112:13,21 202:10

**typos** 115:4

### U

**U.S.** 43:20 89:4

**UC** 25:24

**ultimately** 102:13

**ultrasound** 113:10, 11

**unacceptable** 141:18

**unchecked** 93:10

**uncle** 118:3

**uncommon** 188:20

**underarm** 100:3 113:13,14

**undergo** 127:1

**understand** 12:20, 25 13:5 47:22 54:18 55:4 67:12 91:16 122:1 147:10 224:1

**understanding** 67:16 140:24 143:15 148:10 176:6 178:18 179:8

**understood** 13:3 21:21 50:21 169:22, 23 176:16

**underwent** 178:9

**United** 10:18 49:6 50:19 88:4,5,10 89:13

**unrelated** 140:4

**up-to-date** 25:16

**update** 50:17

**updated** 24:17 25:14

**updates** 58:6 71:23

**Uptodate** 72:12 216:14 217:7,15 222:8

### V

**vaguely** 156:1

**validity** 9:13

**varied** 38:6

**varies** 51:7 93:19

**vary** 38:8 117:1

**verified** 83:17 84:7, 16 85:2,11

**verifying** 63:2

**version** 25:17 112:15 133:14,17

**versus** 51:10 126:2 201:12 214:18 220:17

**video** 9:14 36:24 37:1,8,23 38:4,8,25 48:18 49:3 118:18 158:25 160:7,23 161:1,2

**videoconference** 12:18,21

**videoconferences** 48:2

**views** 191:14

**vincristine** 90:10

**virtually** 38:3

**virus** 118:16

**visit** 75:22 129:24 180:1

**vital** 170:7

**volume** 184:15,16

### W

**wait** 122:25 139:7 145:20

**waiting** 145:11,13

**wake** 92:5

**wall** 94:17 117:12 137:7

**Wanda** 63:20 64:4 75:5 101:15 112:5 180:3 202:14

**wanted** 118:19 136:5 150:2,16 151:14 152:2 175:8 220:25

**wanting** 48:15

**warned** 163:3,14 166:7

**warning** 162:14,15 167:6

**warns** 163:25 164:7

**ways** 126:21 208:12, 16

**wedding** 111:19

**week** 34:24 35:1,7 38:8 47:17 48:15 218:14

**weekly** 48:9 102:25 142:25 152:11 153:7 185:12 200:8,25 210:14 218:9 220:19

**weeks** 61:16 102:2 130:1 142:10,24 145:14 147:5 153:8,9 160:5 162:22 200:24 220:13,14,15,16,17

**weighed** 176:19

**weight** 47:5 207:11 216:21

**well-tolerated** 143:12

**West** 12:14

**white** 171:1 179:3,5, 8,9

**widely** 102:4

**widespread** 100:5 104:2,15

**wig** 180:1

**Wilshire** 33:6 34:20 35:14,16

**Wilson** 212:14

**wisely** 98:3

**withdraw** 32:2

**woman** 54:5 93:24 97:16 164:4 190:24

**woman's** 96:9 135:16

**women** 88:6,9 89:1, 4,10,12,18 91:18,24 92:5 94:24 96:16 97:5,11,13,16 98:18 99:2,4,25 103:23 107:25 110:6,10 123:13 124:4 126:18 135:23 145:10 188:6 192:7 193:19,23,24 199:12

**wondering** 10:12 120:19

**woods** 191:8

**word** 56:3 65:9,10 69:23 96:12 128:19, 20 129:15 163:11

**wording** 128:13 177:12 202:2

**words** 92:10 192:18 202:3 222:20

**work** 18:1 28:5,22 33:6,22 34:25 35:10 37:4,10 40:12 43:17 44:1 47:7,23 48:3,24 49:1 50:4 51:9,17,24 52:5,9 54:20 55:5 56:11 59:16 60:4 68:16 85:5 87:6 97:9 106:2,3

**work-ups** 98:9

**worked** 26:8 27:3 43:18 51:13 60:7 87:4

**working** 47:25 49:22 51:14 89:25 98:1 140:5

**works** 145:7 146:9

**worry** 164:5

**worse** 116:17

**Wow** 48:6

**write** 27:4 69:23 194:16 205:7 210:12

**writing** 39:10

**written** 36:24 37:1,9 38:7,12 45:16 46:14, 18 49:4 63:5 70:1 178:4

**wrong** 77:7 97:24 195:23 213:7 217:25 219:6

**wrote** 18:4,15 38:16 46:22 47:13 63:23 70:3 120:1 155:2,12 205:3 211:24

### X

**x-rays** 141:19

**x5** 112:16

**x6** 112:16,20

### Y

**year** 26:11 34:19 38:15 43:25 51:7 53:9,11,22 54:8 88:3, 9 89:5,13,19 90:15 188:8 191:13

**years** 28:12 29:3 30:8 34:2 35:20 36:14 37:15 40:11 43:16 44:2 47:4 51:3, 13,16 53:15,18 54:13,14,16 60:5 68:13,15 90:14 95:13 96:4 105:16 124:3,9, 11 136:3 146:13 167:8 187:2,8 190:18 191:7,11,14 192:8 193:20

**years'** 124:4

**yes-or-no** 46:7 84:22 91:20

**yesterday** 24:23 55:13 72:10

### Z

**zone** 99:10

**Zoom** 50:5