# **EXHIBIT G**

Sreekanth C. Reddy, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*******************************

IN RE:  TAXOTERE

(DOCETAXEL) PRODUCTS          MDL No. 2740

LIABILITY LITIGATION          Section: "H"

                              Judge Milazzo

This Document Relates to:   Mag. Judge North

Wanda Stewart v. Sandoz Inc.
Civil Case No. 2:17-cv-10817
*******************************


          Remote via Zoom Videotaped

Deposition of SREEKANTH C. REDDY, M.D., held at

the offices of Greenberg Traurig, LLP, 3333

Piedmont Road NE, Atlanta, Georgia,

commencing at 9:03, on the 29th of September,

2020, before Maureen O'Connor Pollard,

Registered Diplomate Reporter, Realtime

Systems Administrator, Certified Shorthand

Reporter.

                    - - -


          GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com

Sreekanth C. Reddy, M.D.

Page 2

```
 1    APPEARANCES:
 2    FOR THE PLAINTIFFS:
 3     DAVID F. MICELI, ESQ. (Remote)
 4      DAVID F. MICELI, LLC
 5      PO Box 2519
 6      Carrollton, Georgia 30112
 7      404-915-8886
 8      dmiceli@miceli-law.com
 9        -and-
10     CLAIRE E. BERG, ESQ. (Remote)
11      GAINSBURGH, BENJAMIN, DAVID, MEUNIER
12      & WARSHAUER, LLC
13      2800 Energy Centre
14      1100 Poydras Street
15      New Orleans, Louisiana 70163
16      504-522-2304
17      cberg@gainsben.com
18        -and-
19     LINDSAY STEVENS, ESQ. (Remote)
20      GOMEZ TRIAL ATTORNEYS
21      655 W. Broadway, Suite 1700
22      San Diego, California 92101
23      619-237-3490
24      lstevens@gomeztrialattorneys.com
```

Page 3

```
 1    APPEARANCES (Continued):
 2    FOR THE SANOFI-AVENTIS DEFENDANTS:
 3     HILLARY NICHOLAS, ESQ. (Remote)
 4      SHOOK, HARDY & BACON LLP
 5      2555 Grand Boulevard
 6      Kansas City, Missouri 64108-2613
 7      816-474-6550
 8      hnicholas@shb.com
 9
10    FOR THE DEFENDANT SANDOZ:
11     NICHOLAS A. INSOGNA, ESQ. (Remote)
12      GREENBERG TRAURIG LLP
13      One International Place
14      Boston, Massachusetts 02110
15      617-310-6231
16      insognan@gtlaw.com
17        -and-
18     LORI G. COHEN, ESQ.
19     EVAN C. HOLDEN, ESQ.
20      GREENBERG TRAURIG, LLP
21      3333 Piedmont Road NE
22      Atlanta, Georgia 30305
23      678-553-7320
24      holdene@gtlaw.com
```

Page 4

```
 1    APPEARANCES (Continued):
 2
 3    FOR DEFENDANTS HOSPIRA, INC., HOSPIRA
 4    WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.
 5    AND PFIZER INC.:
 6     PETER J. ROTOLO, ESQ. (Remote)
 7      CHAFFE McCALL LLP
 8      2300 Energy Centre
 9      1100 Poydras Street
10      New Orleans, Louisiana 70163
11      504-585-7022
12      rotolo@chaffe.com
13
14    FOR THE DEFENDANT SUN PHARMACEUTICALS, INC.
15    F/K/A CARACO PHARMACEUTICAL LABORATORIES,
16    LTD. IN THE TAXOTERE/DOCETAXEL MDL:
17     GEOFFREY M. COAN, ESQ. (Remote)
18      HINSHAW & CULBERTSON LLP
19      53 State Street
20      Boston, Massachusetts 02109
21      617-213-7045
22      gcoan@hinshawlaw.com
23
24
```

Page 5

```
 1    APPEARANCES (continued):
 2
 3    FOR THE DEFENDANTS ACTAVIS PHARMA, INC.,
 4    ACTAVIS LLC F/K/A ACTAVIS INC., and SAGENT
 5    PHARMACEUTICALS, INC.:
 6     JENNIFER S. HEIS, ESQ. (Remote)
 7      ULMER & BERNE LLP
 8      600 Vine Street
 9      Cincinnati, Ohio 45202-2409
10      513-698-5000
11      jheis@ulmer.com
12
13    FOR DEFENDANT ACCORD HEALTHCARE, INC.:
14     MOLLIE F. BENEDICT, ESQ. (Remote)
15      TUCKER ELLIS LLP
16      515 South Flower Street
17      Los Angeles, California 90071
18      213-430-3399
19      mollie.benedict@tuckerellis.com
20
21    Videographer:  Robert Martignetti (Remote)
22
23
24
```

Sreekanth C. Reddy, M.D.

Page 6

1                    INDEX
2     EXAMINATION                    PAGE
3     SREEKANTH C. REDDY, M.D.
4     BY MR. MICELI                     14
5     BY MS. COHEN                      340
6     BY MR. MICELI                     392
7     BY MS. COHEN                      405
8     BY MR. MICELI                     408
9
10
11        E X H I B I T S
12    NO.       DESCRIPTION          PAGE
13    1    Notice of Videotaped Deposition
          of Sreekanth Reddy, MD............  19
14
      2    Sandoz Inc.'s Responses and
15         Objections to Plaintiffs' Notice
           of Videotaped Deposition of
16         Sreekanth Reddy, MD...............  21
17    3    June 30, 2020 invoice.............  21
18    4    Rule 26 Expert Report.............  26
19    5    Martin, et al article, Adjuvant
           Docetaxel for Node-Positive
20         Breast Cancer....................  74
21    6    Mackey, et al article, Adjuvant
           docetaxel, doxorubicin, and
22         cyclophosphamide in
           node-positive breast caner:
23         10-year follow-up of the phase 3
           randomised CIRG 001 trial.........  82
24

Page 7

1     7    Excerpts from the TAX 316
2          protocol........................  84
3     8    Sparano, et al article, Weekly
           Paclitaxel in the Adjuvant
4          Treatment of Breast Cancer........  118
5     9    Supplementary Appendix of
           Sparano, et al article............  127
6
      10   Dr. Linda Bosserman's Taxotere
7          Rule 26 Expert Report.............  154
8     11   Willson, et al meta-analysis,
           Taxanes for adjuvant treatment
9          of early breast cancer (Review)...  163
10    12   UpToDate article, Alopecia
           related to systemic cancer
11         therapy..........................  178
12    13   NCCN Clinical Practice
           Guidelines in Oncology, Breast
13         Cancer, Version 3.2012............  205
14    14   Neulasta Label...................  225
15    15   NCCN Clinical Practice
           Guidelines in Oncology, Breast
16         Cancer, Version 1.2013............  229
17    16   NCCN Practice Guidelines in
           Oncology, Breast Cancer, Version
18         1.2014...........................  238
19    17   NCCN Guidelines for Patients,
           2020, Breat Cancer Invasive.......  263
20
      18   Nabholtz, et al article, Phase
21         II Study of Docetaxel,
           Doxorubicin, and
22         Cyclophosphamide as First-Line
           Chemotherapy for Metastatic
23         Breast Cancer....................  307
24

Page 8

1
      19   Sedlacek article, Persistent
2          significant alopecia (PSA) from
           adjuvant docetaxel after
3          doxorubicin/cyclophosphamide
           (AC) chemotherapy in women with
4          breast cancer....................  310
5     20   Prevezas article, Irreversible
           and severe alopecia following
6          docetaxel or paclitaxel
           cytotoxic therapy for breast
7          cancer...........................  320
8     21   Jones, et al article, Randomized
           Phase III Study of Docetaxel
9          Compared With Paclitaxel in
           Metastatic Breast Cancer..........  325
10
      22   Gelmon article, The taxoids:
11         paclitaxel and docetaxel..........  331
12    23   Updated Reliance List.............  341
13
14
15
16
17
18
19
20
21
22
23
24

Page 9

1              P R O C E E D I N G S
2
3          THE VIDEOGRAPHER:  We are now
4     on the record.  My name is Robert
5     Martignetti, I'm a videographer for
6     Golkow Litigation Services.
7          Today's date is September 29th,
8     2020, and the time is 9:03 a.m.
9          This remote video deposition is
10    being held in the matter of Wanda
11    Stewart versus Sandoz, Incorporated.
12         The deponent is Sreekanth
13    Reddy, MD.
14         All parties to this deposition
15    are appearing remotely and have agreed
16    to the witness being sworn in
17    remotely.
18         Due to the nature of remote
19    reporting, please pause briefly before
20    speaking to ensure all parties are
21    heard completely.
22         Counsel will be noted on the
23    stenographic record.
24         The court reporter is Maureen

Sreekanth C. Reddy, M.D.

Page 10

1    Pollard, and will now swear in the
2    witness.
3
4        SREEKANTH C. REDDY, M.D.,
5    having been duly remotely sworn, was examined
6    and testified as follows:
7
8        MR. MICELI:  Are we ready to
9    begin?
10        MS. COHEN:  Let me just put a
11    couple things on the record, if I
12    might, Dave.  This will be very quick.
13        MR. MICELI:  Okay.
14        MS. COHEN:  So this deposition
15    will be taken pursuant to the
16    applicable protective order, to the
17    extent any confidential documents are
18    shown, we'll obviously be looking at
19    that.
20        Number two, Dr. Reddy would
21    like to read and sign the deposition,
22    and will do so.
23        Number three, and we'll get to
24    this, I guess, when or if I ask

Page 11

1    questions, last night we did transmit
2    to you an updated reliance list,
3    objections to the notice of video
4    deposition, I think his invoices, and
5    also an FTP of all the materials that
6    are on his updated reliance list, so
7    you should have a complete package
8    that came through to you yesterday.
9        I think that will be it for
10    now.
11        MR. MICELI:  I do.  And, Lori,
12    if I can just ask, it came through
13    with an e-mail from Evan Holden that
14    said that there was going to be bolded
15    in the e-mail the new items on the
16    reliance list, and I did not notice
17    which ones were bolded.  They all
18    appeared as they did in the prior one.
19        Do you know which are the new
20    ones?  Because at the time I got it I
21    did not go back through and try to
22    compare line for line.  I noticed
23    pages were the same, but -- were the
24    same number, and some of them began

Page 12

1    and ended with the same listing, but I
2    did not locate what was bolded.
3        MS. COHEN:  Mr. Holden is here,
4    so I'm going to let him speak to that.
5        MR. HOLDEN:  Hey, Dave, can you
6    hear me?
7        MR. MICELI:  Yes, I can hear
8    you fine.  Thank you.
9        MR. HOLDEN:  Okay.  They are --
10    if you look at the bottom of page 1,
11    which is the transcripts of Bosserman,
12    they're bolded.
13        MR. MICELI:  Okay.
14        MR. HOLDEN:  Page two has a --
15    in the first section there are several
16    there are bolded.  The plaintiff's
17    experts that were deposed in the past
18    few weeks.
19        MR. MICELI:  Okay.  I've got to
20    tell you, maybe it's the settings on
21    my computer, but I have to squint down
22    pretty good to see that they're
23    bolded.  That's not an accusation,
24    that's more just a comment that I

Page 13

1    couldn't tell.  So I appreciate that.
2    That's fine.
3        MR. HOLDEN:  Happy to help.
4        MR. MICELI:  All righty.  Are
5    we ready to proceed?
6        MS. COHEN:  Yes.
7        MR. MICELI:  Okay.  Lori, we
8    did not do the read-on of we agree to
9    do this by remote deposition.  We're
10    all in agreement of how we noticed.
11        We know that you're there in
12    person with him, we're not.  That is
13    by agreement because of how you took
14    our experts' depositions.
15        And so we'll move forward.
16        MS. COHEN:  That sounds fine.
17        THE WITNESS:  Can we get Dave
18    here?
19        MS. COHEN:  Do you want to have
20    his picture?
21        THE WITNESS:  Yes.
22        MS. COHEN:  The one thing, we
23    just want to reconfigure a little bit
24    here.

Sreekanth C. Reddy, M.D.

Page 14

1     Okay.  Good.  We're going to
2  have you on our screen, Dave, so we
3  can see you.
4        MR. MICELI:  Well, then, I'll
5  apologize up front.  Let's go ahead
6  and get started.
7        EXAMINATION
8  BY MR. MICELI:
9     Q.   Good morning, Doctor.
10    A.   Good morning.
11    Q.   I read your report several
12 times, and I noted that you have not given a
13 deposition or testified in the previous four
14 years, is that correct?
15    A.   Yes, it is.
16    Q.   Okay.  Have you ever given a
17 deposition before?
18    A.   I think I did a deposition as
19 an expert witness maybe six, seven years ago.
20    Q.   Okay.  I'll tell you what,
21 while we're --
22        MR. MICELI:  Robert, is there a
23    way -- usually when whoever is talking
24    the screen pops up on them, but for

Page 15

1  some reason I'm not getting Dr. Reddy
2  when he speaks.  I'm looking at a
3  black screen with a green telephone.
4  I'm assuming that's because I'm
5  talking right now.
6        THE VIDEOGRAPHER:  Would you
7     like to go off the record and I can
8     sort that out?
9        MR. MICELI:  Sure.  Just
10    briefly let's do that.
11       THE VIDEOGRAPHER:  The time is
12    9:08 a.m., and we're off the record.
13       (Off the record discussion.)
14       THE VIDEOGRAPHER:  The time is
15    9:10 a.m., and we're on the record.
16 BY MR. MICELI:
17    Q.   Dr. Reddy, I guess I should
18 have said this beforehand.  Can you please
19 state your name for the record?
20    A.   Sreekanth C. Reddy.
21    Q.   Okay.  Can you hear me okay on
22 this speaker?
23    A.   That's perfect for me, yes.
24    Q.   Okay.  Thanks.

Page 16

1     You had said before we took
2  that brief break that you think you've given
3  perhaps one deposition in the past, is that
4  right?
5     A.   Right.
6     Q.   And was that as -- you said as
7  an expert witness?
8     A.   Yes, sir.
9     Q.   Was that a drug case, or a
10 medical malpractice case, or some other type
11 of case?
12    A.   I think it was a medical
13 malpractice case.
14    Q.   Was that a case that was
15 pending here in Georgia?
16    A.   Yes, sir.
17    Q.   Okay.  Do you recall what
18 attorneys retained you in that case?
19    A.   I do not.
20    Q.   Do you recall what county the
21 case was in?
22    A.   I think it might have been Hull
23 County.
24    Q.   Just so you know, I'm in

Page 17

1  Carroll County.  I'm also in Georgia.  We're
2  just 50 miles away or so from each other, but
3  we agreed to take the depo this way, so here
4  we sit separated by 50 miles.
5     Prior to being retained in this
6  case, had you ever -- did you know any of the
7  attorneys that you are currently working
8  with?
9     A.   No, I did not.
10    Q.   Okay.  Do you know how they
11 came to call you to serve as an expert in
12 this case?
13    A.   I think that there was a nurse
14 that I previously worked with at St. Joseph's
15 Hospital here in Atlanta that works for the
16 firm, and who knew me, and they had been
17 looking for an oncologist, so she referred
18 me.
19    Q.   Okay.  Excellent.
20    Now, since you've only done
21 this once before I'm going to go over a
22 couple of ground rules before we get started.
23 And I'm sure the attorneys who retained you
24 prepared you well for today, but all we're

5 (Pages 14 to 17)

Sreekanth C. Reddy, M.D.

Page 18

1    going to do is have a series of questions and
2    answers, I hope, I'm sure interspersed with
3    some objections, but hopefully just questions
4    and answers.  And if at any time you don't
5    ask -- you don't understand what I'm asking
6    you, please ask me to rephrase.  If it's
7    confusing or if you're uncertain about the
8    question, please ask me to rephrase it.  I
9    want to make sure that you understand my
10   question, and importantly that you get the
11   answer down that you want and I understand
12   it.  If I need to clarify your answer, I'll
13   ask you to clarify it.  Okay?
14        A.    Yes, sir.
15        Q.    Another thing for Maureen, who
16   is our court reporter today, it will help her
17   if you and I don't talk over each other.  And
18   right now we're doing fine, but as things go
19   in depositions sometimes we lose our focus
20   and I may talk over you or you may talk over
21   me, but we may have to remind each other to
22   let each other finish their sentences.  Okay?
23        A.    Sure.
24        Q.    Okay.  On your screen can you

Page 19

1    see in the right-hand margin or somewhere on
2    your screen that I've loaded four exhibits to
3    begin with in this deposition?
4         A.    I see in the chat space there
5    is Exhibit 1, Exhibit 2, Exhibit 3, and when
6    I scroll down there's Exhibit 4.
7              (Whereupon, Reddy Exhibit
8              Number 1 was marked for
9              identification.)
10   BY MR. MICELI:
11        Q.    I'm going to go ahead and open
12   up Exhibit Number 1.  I thought I was.  I'm
13   going to share my screen with you.  I thought
14   I was going to share my screen with you.
15             MS. COHEN:  Is it the notice
16        you're showing, Dave?
17             MR. MICELI:  Yes, it's the
18        notice I'm showing, but now I've lost
19        it entirely on my own screen.
20             MS. COHEN:  We can also give
21        him a hard copy of that.
22             MR. MICELI:  All righty.
23        That's fine.
24        A.    I have that in front of me.

Page 20

1    BY MR. MICELI:
2         Q.    Okay.  Have you reviewed this?
3    I know this was served recently.  Have you
4    reviewed this notice?
5         A.    I have had the opportunity to
6    read through this.
7         Q.    Yesterday, as Ms. Cohen
8    provided to us earlier, counsel that retained
9    you has provided a number of documents to us
10   and a good bit of information.  Did you
11   assist in compiling information to be
12   produced to us today?
13        A.    I was responsible for a lot of
14   the -- obviously the report that I generated
15   as well as the references associated with
16   that.
17        Q.    Okay.  And did you have any
18   part in preparing the response itself, the
19   formal response and objections?
20             MS. COHEN:  I'll just make an
21        objection to form and work product.
22        A.    No.
23   BY MR. MICELI:
24        Q.    Okay.  Very good.

Page 21

1              MR. MICELI:  Lori, do you have
2         his invoice with him, or do you want
3         me to share that on the screen?
4              MS. COHEN:  We have that as
5         well.
6              MR. MICELI:  Okay.
7              (Whereupon, Reddy Exhibit
8              Number 2 was marked for
9              identification.)
10   BY MR. MICELI:
11        Q.    I've marked as Exhibit 2 the
12   objections to your notice of deposition, but
13   I don't believe we need to go through it.  I
14   wanted to talk to you next about your invoice
15   in this case.
16             (Whereupon, Reddy Exhibit
17             Number 3 was marked for
18             identification.)
19   BY MR. MICELI:
20        Q.    First, this invoice is a
21   one-page document, correct?
22        A.    Correct.
23        Q.    Okay.  And it appears to have
24   been -- it has a date on it of June 30th,

Sreekanth C. Reddy, M.D.

Page 22

1    2020.  I'm assuming that's when it was
2    generated.  Is that a fair assumption?
3        A.    Yes, sir.
4        Q.    Okay.  When were you first
5    retained to consult or serve as an expert in
6    this case?
7        A.    Beginning of March of 2020.
8        Q.    Okay.  And how do you keep your
9    time that you bill to the lawyers?
10       A.    I have a logbook that I use.
11       Q.    And is it just like a journal,
12   like a moleskin journal where you keep up
13   with your time?
14       A.    Yes.  It's just a small
15   calendar.
16       Q.    Okay.  Do you keep that just as
17   a running total for just this case, or is it
18   for other things as well?
19       A.    There's also some information
20   about work that I do on clinical trials
21   associated with work I do.
22       Q.    When you're taking notes for
23   this particular litigation, do you separate
24   them by page, so you know like page 1 is --

Page 23

1    maybe pages 1 through 10 may be notes and
2    time inputs for this case, whereas 11 and 12
3    may be for your clinical trial work?
4            MS. COHEN:  Objection to form.
5        A.    There's no notes that I take.
6    It's just I just write down hours.
7    BY MR. MICELI:
8        Q.    Okay.  Do you have that book
9    with you today?
10       A.    No, I don't have that.
11       Q.    Okay.  Do you have it somewhere
12   at your office or at your home?
13       A.    It's at my office.
14       Q.    Okay.  And it would reflect the
15   time on particular days that you devoted to
16   the work that you performed in this case?
17       A.    Right.
18       Q.    Okay.  Thanks.
19           MR. MICELI:  Lori, we're going
20   to make a request that we get a copy
21   of those pages.  We'll follow up with
22   you after the deposition.
23           MS. COHEN:  We'll consider it.
24   We're obviously not waiving our

Page 24

1    objections, but we'll be happy to look
2    at that.
3    BY MR. MICELI:
4        Q.    All right.  So all of the
5    170 hours that are reflected on this one-page
6    invoice would have been billed for work
7    performed in a roughly three-month period
8    between beginning of March and the end of
9    June, correct?
10       A.    Correct.
11       Q.    Have you done work since the
12   end of June towards your report and preparing
13   for today's deposition?
14       A.    Yes, I have.
15       Q.    Okay.  Do you know how many
16   hours of work-in-progress you currently have?
17       A.    I could estimate that there is
18   probably 70, 60, 70, 80 hours.
19       Q.    Okay.  And that time would be
20   reflected in that journal that you mentioned
21   earlier?
22       A.    Correct.
23       Q.    Okay.  And so you have billed
24   170 hours, so that is about $85,000, and

Page 25

1    you've got about half that -- somewhere
2    between a third to a half of that amount of
3    time in work-in-progress?
4        A.    Correct.
5        Q.    Okay.  So between March and
6    nearly the end of September, about a
7    six-month period, you've billed somewhere
8    between 100 to $120,000 in your work on this
9    case?
10       A.    That sounds about right.
11       Q.    Okay.  And we're going to talk
12   a little bit about some of that work today,
13   but do you have any way of estimating for me,
14   without providing your time entries -- let me
15   back up a little bit.
16           Would your time entries have at
17   least the delineations of these four areas
18   that you've billed here, document review,
19   telephone or meetings, writing of expert
20   report, review of literature and review of
21   expert report of Feigal, et al?
22       A.    Not always.
23       Q.    Sometimes yes, sometimes no?
24       A.    Right.

7  (Pages 22 to 25)

Sreekanth C. Reddy, M.D.

Page 26

1          MS. COHEN:  Objection to form.
2    BY MR. MICELI:
3          Q.    Okay.  So it would be perhaps
4    an incomplete but the best record of where
5    and how you spent your time and on what days
6    doing what tasks would be contained within
7    your journal that you have at your office,
8    correct?
9          MS. COHEN:  Objection to form.
10         A.    Yeah, I think it's pretty
11   accurate.
12   BY MR. MICELI:
13         Q.    Okay.  Good deal.
14         Now, the next exhibit I have is
15   your Exhibit 4 that I've moved over into the
16   chat box.
17         (Whereupon, Reddy Exhibit
18         Number 4 was marked for
19         identification.)
20   BY MR. MICELI:
21         And that's your Rule 26 report
22   that includes Exhibits A and B, which are
23   your CV and your materials provided
24   respectively, understanding that we got an

Page 27

1    update to your materials provided forwarded
2    to us last night, correct?
3          A.    Correct.  Yes, I have that in
4    front of me as well.
5          Q.    Okay.  We're going to --
6    obviously today we're going to go through
7    your report, some parts in more detail than
8    others, but I wanted to start just at the
9    beginning on page 1, in the third paragraph,
10   first sentence, you state that "This report
11   is offered pursuant to Rule 26 of the Federal
12   Rules of Civil Procedure."
13         Now, prior to this case where
14   you're serving as an expert in a case that's
15   pending in federal court, have you ever had
16   to familiarize yourself with Rule 26 of the
17   Federal Rules of Civil Procedure?
18         A.    No, I have not.
19         Q.    Okay.  And were you somehow --
20   did you somehow educate yourself on what was
21   required of your report in order to put this
22   into your report, that you're giving this
23   pursuant to Rule 26?
24         MS. COHEN:  I'll just make an

Page 28

1    objection to form, and also to the
2    extent it goes beyond the scope of
3    what's allowed to ask an expert under
4    Rule 26, but I'm not going to tell him
5    not to answer.
6    BY MR. MICELI:
7          Q.    I don't want to know anything
8    about drafting.  I'm not asking for drafts of
9    the report.  I just want to know whether you
10   understood the purpose of your report.
11         A.    Yes.
12         Q.    Okay.  And then if you go down
13   to the next paragraph in the last sentence,
14   you say, "This report is not meant to be an
15   exhaustive recitation of all my opinions" in
16   the above-referenced cases.  We can agree
17   that you're only testifying in one case,
18   Wanda Stewart's, right?
19         A.    Right.
20         Q.    Okay.  And at least at this
21   point in time.
22         And so your report is not meant
23   to be an exhaustive recitation of all of your
24   opinions.

Page 29

1          Have you read your report in
2    preparation for today's deposition?
3          A.    I have, yes, sir.
4          Q.    Do you have any opinions that
5    are not included within this report that you
6    intend to offer at trial?
7          MS. COHEN:  Objection to form.
8          A.    No, I think it's a relatively
9    complete summary of what my thoughts on this
10   case.  Although depending if there's a
11   specific question, I certainly would offer
12   that opinion.
13   BY MR. MICELI:
14         Q.    Right.  I certainly understand
15   that you don't know what you may be asked at
16   trial by me or somebody else, and so you
17   don't know how you would have to respond to
18   that question.
19         But as we sit here today, based
20   upon your review of the information that's
21   cited in your report and included in the
22   information that you were provided or that
23   you generated through your own research,
24   would you agree with me that your report is a

8 (Pages 26 to 29)

Sreekanth C. Reddy, M.D.

Page 30

1    complete statement of all your opinions that
2    you will express, and the basis and reasons
3    for giving those opinions?
4        A.    Yes, this has the basis of my
5    opinions.
6        Q.    Okay.  Does it include all the
7    facts and data that you considered in forming
8    your opinions?
9        A.    My opinions were formed based
10   on the references, my 17 years of experience
11   in practice, my three years of training, all
12   the reading that I've done during the course
13   of this time period, my experiences with
14   patients, so I would say that my opinions are
15   formed based on some of this information, and
16   then my experience in the field.
17       Q.    Okay.  Now, you're an
18   oncologist, correct?
19       A.    Yes, sir.
20       Q.    You're board-certified in
21   medical oncology and hematology with an
22   expertise in solid tumors and blood cancers.
23   Is that a fair statement?
24       A.    Yes.

Page 31

1        Q.    And is breast cancer one of the
2    solid tumors that you have an expertise in?
3        A.    I take care of a fair number of
4    breast cancer patients, yes, sir.
5        Q.    Okay.  You state that -- Okay.
6    And you state in your report that treatment
7    of breast cancer comprises approximately
8    20 percent of your practice, correct?
9        A.    That's right.
10       Q.    Okay.  It appears from reading
11   your CV that breast cancer does not comprise
12   a large portion of your research interests as
13   they're reflected in the grants in your CV.
14   Is that a fair statement?
15           MS. COHEN:  Objection to form.
16       A.    So I see a lot of breast cancer
17   patients that do enroll in breast cancer
18   clinical trials, and I'm very active in that,
19   but as a primary site investigator I've been
20   more responsible for trials that are specific
21   to lung cancer.
22   BY MR. MICELI:
23       Q.    Okay.  And within lung cancer,
24   you have -- seems that you do non-small cell

Page 32

1    lung cancer a good bit?
2        A.    Non-small cell and small cell.
3    It's just that if you look at available
4    clinical trials that are out there for lung
5    cancer in general, there are a lot more
6    active with respect to non-small cell than
7    small cell.
8        Q.    Okay.  And on your practice
9    website it says that you are part of the
10   Northside Hospital Lung Cancer Working Group,
11   correct?
12       A.    Correct.
13       Q.    And you're part of the Lung
14   Cancer Research Group for Northside
15   Hospital-Cherokee and Northside Hospital --
16   I'm trying to remember the other.  What's the
17   other Northside Hospital that you have your
18   privileges at?
19       A.    Forsyth, and Northside Hospital
20   Sandy Springs.
21       Q.    Oh, okay.  And you're also a
22   member of the Genitourinary Working Group,
23   correct?
24       A.    That's correct.

Page 33

1        Q.    And the Gastrointestinal
2    Malignancy Working Group?
3        A.    Correct.
4        Q.    Okay.  You're not a member of
5    the Breast Cancer Working Group, correct?
6        A.    I do participate in the breast
7    cancer group on occasion, it's just a
8    manpower issue and just how that whole
9    process works out.
10       Q.    And you're also one of the
11   managing partners of Atlanta Cancer Center,
12   correct?
13       A.    Yes.  I was -- it kind of
14   rotates through, so for 2021 that's changed,
15   but I have been for many years.
16       Q.    What is the division of your
17   time between patient care, administrative
18   duties within your office, administrative
19   duties on these various groups and working
20   groups, and your research?  How do you divide
21   your time?
22       A.    Probably 80 percent clinical,
23   probably about 5 percent administrative, and
24   about 15 percent dedicated to research, which

Golkow Litigation Services - 877.370.DEPS

Sreekanth C. Reddy, M.D.

Page 34

1    would include the working group, and we saw
2    patients working on clinical trials.
3        Q.    And how many patients -- excuse
4    me. I'm sorry.
5            How many patients do you see a
6    day?
7        A.    Typically we'll see 20 to 25,
8    20 patients, and about 10 patients in the
9    hospital, four and a half days a week.
10       Q.    Okay. I'm going to ask you
11   some questions -- and, well, I'll tell you
12   what, I'm going to just keep plowing through
13   this before I get to ask about your areas
14   where you're not -- you don't have
15   specialties.
16           You state that you're -- on
17   your website and in your report you state
18   that you're a principal investigator in
19   multiple cancer trials, is that correct?
20       A.    Correct.
21       Q.    Okay. How many cancer trials
22   are you currently a principal investigator
23   in?
24       A.    I think it's probably seven or

Page 35

1    eight.
2        Q.    Okay. Are any of those related
3    to breast cancer?
4        A.    They're not at this time.
5        Q.    Are they lung cancer studies?
6        A.    Right now they are all lung
7    cancer studies. There's one -- there's
8    actually two hematology studies as well.
9        Q.    Okay. So in the hematology
10   studies, is that in addition to the seven or
11   eight that you said before, or is it five or
12   six?
13       A.    Patients in addition to those.
14       Q.    Okay. Do any of those trials
15   relate to docetaxel?
16       A.    Not that I'm aware of at this
17   point in time.
18       Q.    Have you ever served as a
19   clinical investigator or principal
20   investigator on a trial for Sandoz?
21       A.    Not that I remember, no.
22       Q.    Have you ever -- in your work
23   for this litigation, have you seen any
24   Sandoz-sponsored efficacy or safety trials

Page 36

1    investigating any clinical aspect of its
2    docetaxel product in the adjuvant care of
3    early stage breast cancer?
4            MS. COHEN: Objection. Form.
5        A.    Could you repeat that question?
6    BY MR. MICELI:
7        Q.    Sure.
8            You understand that Sandoz is
9    the company that Ms. Cohen represents and
10   that has retained you to serve as an expert
11   in this case, correct?
12       A.    Correct.
13       Q.    And you understand that this
14   case involves the use of a Sandoz
15   manufactured or sold docetaxel product,
16   right?
17       A.    Correct.
18       Q.    And my question just simply is,
19   have you, in reviewing the literature and
20   science and forming opinions to testify in
21   this case, have you seen any Sandoz-sponsored
22   efficacy or safety trials involving or
23   investigating any clinical aspect of its
24   docetaxel product in the adjuvant care of

Page 37

1    early stage breast cancer?
2        A.    Yes, I have.
3        Q.    Okay. Has that been published?
4        A.    Yes.
5        Q.    What study is that?
6        A.    That's TAX 316 trial.
7        Q.    Okay.
8        A.    In my research I've looked at
9    multiple trials with docetaxel.
10       Q.    Right. No, no, it's different.
11   I understand you looked at TAX 316, and I
12   understand you have some opinions about what
13   it may or may not show, and I know that
14   you've looked at some other studies involving
15   docetaxel.
16           Do you understand that Sanofi
17   manufactured the brand name product Taxotere?
18       A.    Right.
19       Q.    And Taxotere is docetaxel, or
20   the active ingredient of Taxotere is
21   docetaxel, correct?
22       A.    Right.
23       Q.    But Sandoz makes a docetaxel
24   product that is not the Sanofi manufactured

10 (Pages 34 to 37)

Sreekanth C. Reddy, M.D.

Page 38

1 Taxotere product, correct?
2     A.   Right.
3     Q.   Okay.  And my question is, have
4 you seen any studies involving Sandoz's
5 docetaxel product where Sandoz, the company,
6 was investigating the safety or efficacy of
7 its own product?
8         MS. COHEN:  Objection to form.
9     A.   Not that I'm aware.  I wouldn't
10 have made that distinction because in our
11 practice, in the clinical practice, they're
12 equivalent.
13 BY MR. MICELI:
14     Q.   I understand.  From a clinical
15 or equivalency standpoint as a medicine,
16 docetaxel is docetaxel is docetaxel in your
17 opinion, correct?
18     A.   I would look at docetaxel.
19     Q.   Okay.  But for purposes of
20 offering an opinion that Sandoz's product is
21 safe and effective, did you ever -- did your
22 research reveal any information that Sandoz
23 ever studied its own product and conducted a
24 clinical trial or observational study to

Page 39

1 assess the safety or efficacy of the product
2 it sells?
3         MS. COHEN:  Objection to form.
4 Compound.
5     A.   Not that I'm aware of.
6     Q.   Okay.  Would it be fair to say
7 that Sandoz's counsel has not provided you
8 with any published medical literature
9 reporting on Sandoz-sponsored clinical trials
10 or observational studies investigating the
11 safety or efficacy of its own product?
12         MS. COHEN:  Objection to form.
13     A.   I wouldn't have made a
14 distinction between the company that produced
15 the drug.
16 BY MR. MICELI:
17     Q.   Okay.
18     A.   There may have been a
19 difference between the two manufacturers.
20     Q.   Okay.  I understand in your
21 clinical practice you don't differentiate
22 between who manufactures the docetaxel, but
23 for purposes of rendering an expert opinion

Page 40

1 and testifying in Sanofi's -- excuse me,
2 Sandoz's defense of a lawsuit, did you
3 investigate at all whether or not the company
4 itself ever investigated the safety of its
5 own product?
6         MS. COHEN:  Objection to form.
7     A.   No, I did not.
8 BY MR. MICELI:
9     Q.   Okay.  And as we sit here
10 today, do you know whether or not Sandoz has
11 ever conducted a clinical trial or an
12 observational study to investigate the safety
13 of the product it sells?
14         MS. COHEN:  Objection to form.
15     A.   No.
16 BY MR. MICELI:
17     Q.   Okay.  On footnote 1 of your
18 report, which I believe is on page 3 or 4 --
19 it's on page 3, you write that you have --
20 actually I think we need to look at the
21 sentence that starts at the bottom of page 2
22 and continues at the top of page 3, you say,
23 "I have recently published as a co-author in
24 the New England Journal of Medicine as well

Page 41

1 as the Journal of Clinical Oncology for my
2 contributions to enrollment of patients on
3 clinical trials," and then you cite in
4 footnote no. 1 two different studies,
5 correct?  Or two different publications?
6     A.   Right.
7     Q.   Okay.  Now, can you help me, in
8 your CV, which I believe starts on page 38 of
9 the bundle that we received with your report,
10 it's Exhibit A, where do you have the
11 research publications or your publications
12 listed, or is this new and separate from
13 what's on your CV?
14     A.   This does not been added yet.
15 They're pretty recent.
16     Q.   Okay.  And as I read your CV it
17 has your Personal Profile, your
18 Certifications, this is on page -- I guess
19 page 2.  Page 1 goes through your affiliated
20 hospitals, your education.  Page 2 is your
21 Personal Profile, Licensure, Certifications,
22 and then at the bottom of that page you have
23 Research Projects/Publications, and there are
24 six listed, correct?

11 (Pages 38 to 41)

Sreekanth C. Reddy, M.D.

Page 42

1    A.   Right.
2    Q.   In addition to these six, would
3  the two in footnote no. 1 be the extent of
4  your publications in the last ten years?
5    A.   That would be correct, yes.
6    Q.   And then on pages 3 through 9
7  you list the clinical trials that you have
8  either -- you list clinical trials, correct?
9    A.   Yes.
10   Q.   Are these clinical trials where
11 you have served as an investigator, or where
12 you simply enrolled patients into them?
13   A.   It's a combination of it.
14   Q.   Okay.  Is there a way in
15 looking at these whether I can tell, or
16 anybody from reading your CV, which ones you
17 just simply enrolled patients into and which
18 ones are ones where you were actually listed
19 as an investigator?
20   A.   Not in this information.
21   Q.   Okay.  Do you have a different
22 CV that would provide that information?
23   A.   I do not.
24   Q.   Okay.  So in order to do that

Page 43

1  we would have to go through one by one and
2  say were you an investigator or were you just
3  an enroller, correct?
4    A.   You have to, yes.
5    Q.   Of this six pages of clinical
6  trials, do you know -- is there a way for you
7  to estimate whether it's half that you were
8  investigator, or more than half, or more than
9  a quarter?  I'm just trying to get some sense
10 of understanding.
11   A.   Probably a quarter.
12   Q.   Where you're an investigator,
13 and 75 percent where you're just enrolling
14 patients?
15   A.   Yes.  And trials would open and
16 close and reopen, some of them were active,
17 some of them were on hold.
18   Q.   Okay.  I noted in your CV the
19 absence of clinical trial BCIRG 001, also
20 known as the TAX 316 study.  You were not an
21 investigator in that clinical trial, were
22 you?
23   A.   I was not an investigator in
24 that trial, no, sir.

Page 44

1    Q.   Okay.  And on your CV it's not
2  referenced as TAX 316 or BCIRG 001 at all, so
3  would that reflect that you did not enroll
4  people in BCIRG 001?
5    A.   Not that I'm aware of, no.
6    Q.   Okay.  So you did not.  Okay.
7  We'll talk about that later as well.
8         Actually, so if you look at the
9  bottom of page 2 of your report, the last
10 sentence of the first full -- the last
11 sentence of the last full paragraph on that
12 page, you said, "I also enrolled multiple
13 patients in TAX 316 clinical trial and am
14 familiar with that trial, its protocol, and
15 the manner in which data was collected and
16 reviewed, as well as with published results"
17 from that study.
18         But you and I just confirmed
19 you were not enrolling patients in that
20 study, correct?
21      MS. COHEN:  Object to the form.
22   A.   I think that that study was
23 many years ago, and so that wouldn't be
24 included in my current CV.  And from what I

Page 45

1  recall, that trial was open at Northside so
2  we did enroll patients in that trial, and I
3  recall that I probably enrolled one or two
4  patients or several patients on the trial,
5  but it happened a long time ago so I can't
6  tell you.
7  BY MR. MICELI:
8    Q.   Do you know when the last
9  patient out was in TAX 316?
10   A.   Not off the top of my head.
11   Q.   Okay.  If the last patient out
12 was in June of 2000, you would have been at
13 Columbia University St. Luke's Roosevelt
14 Hospital, correct?
15   A.   At that time I was in
16 residency, yes.
17   Q.   Okay.  Now, in order to enroll
18 somebody in a study at Northside Hospital,
19 you would have had to have been in the City
20 of Atlanta, right?
21   A.   Right.
22   Q.   Now, you're familiar with
23 clinical trials generally, right?
24   A.   I am, yes.

Sreekanth C. Reddy, M.D.

Page 46

1    Q.   Do you understand what a
2  clinical trial manager is within a company
3  that is sponsoring a clinical trial?
4    A.   I do.
5    Q.   Is that the person that
6  generally oversees the proper execution of
7  the protocols to ensure that the study is
8  operated properly?
9    A.   That's correct.
10    Q.   Okay.  Do you know who the
11  clinical manager was for the TAX 316 study?
12    A.   I don't recall that.
13    Q.   Okay.  I note that in your
14  review of materials provided to you, you did
15  not review the deposition of any Sanofi
16  employees, is that correct?
17    A.   No.
18    Q.   Okay.  And if Sanofi's clinical
19  trial manager for TAX 316 was a woman by the
20  name of Kimberly Bassi, and she testified
21  that when she joined the company in June of
22  2000 that the last patient had already
23  completed their treatment phase of that
24  clinical study, it would be impossible for

Page 47

1  you to have enrolled a patient in the TAX 316
2  study because you were still in your
3  internship and residency at Columbia
4  University, correct?
5        MS. COHEN:  Objection to form.
6    A.   Right.  I mean, that makes
7  sense.  It may have been a different Taxotere
8  trial, it may not have been TAX 316.
9  BY MR. MICELI:
10    Q.   Okay.  But you would agree with
11  me -- I'm sorry.
12        You would agree with me that in
13  giving an expert report in a case pending in
14  the United States District Court for the
15  Eastern District of Louisiana, you want to
16  try to be as accurate as possible with the
17  representations you make about the work that
18  you've done in clinical trials, right?
19    A.   Right.
20    Q.   Okay.  I apologize, too much
21  stuff around here.
22        All right.  Doctor, you have
23  hospital privileges at four
24  Northside-affiliated hospitals, is that

Page 48

1  right?
2    A.   Should be three.
3    Q.   Three.  I'm sorry, I'm looking
4  at your -- oh, I'm sorry.  Northside Atlanta,
5  Northside Cumming, and Northside Alpharetta,
6  is that correct?
7    A.   Northside Canton.  Northside
8  Alpharetta is an outpatient clinic.
9    Q.   Okay.  All right.  So you have
10  one in Canton.  Is that the one in Cherokee
11  County?
12    A.   Yes, sir.
13    Q.   Okay.  And then Northside
14  Cumming, and then is it the Northside Atlanta
15  right there on the 285 loop?
16    A.   In Sandy Springs, yes, sir.
17    Q.   Sandy Springs.  Okay.
18        And because we're going to be
19  talking about the NCCN Guidelines throughout
20  this deposition I wanted to make sure I was
21  clear on my understanding of this, but
22  Atlanta Cancer Center is not a member of the
23  NCCN network, correct?
24    A.   The practice is not.

Page 49

1    Q.   Okay.  And Northside Hospital
2  Cancer Institute that Atlanta Cancer Center
3  is affiliated with is not a member
4  institution of the NCCN network, correct?
5    A.   Not that I know of.
6    Q.   Okay.  I think the only one in
7  Georgia is Winship.  That's over at Emory,
8  correct?
9    A.   That's right.
10    Q.   Okay.  Now, at page 11 of your
11  report, if you can turn there with me, that
12  first full paragraph, you state that "The
13  NCCN Guideline recommendations are based on a
14  panel of physicians reviewing current
15  medical" literature -- or excuse me, "current
16  medical research, literature, and clinical
17  data to provide the most up-to-date
18  recommendations regarding therapy for various
19  subgroups of the cancer population," correct?
20    A.   Correct.
21    Q.   Okay.  And that includes the
22  NCCN creates guidelines for breast cancer,
23  right?
24    A.   Yes, it does.

13  (Pages 46 to 49)

Sreekanth C. Reddy, M.D.

Page 50

1    Q.    And do you in the Atlanta
2  Cancer Center utilize the NCCN Guidelines in
3  your practice?
4    A.    That -- we do use the NCCN
5  Guidelines in addition to recent publications
6  and other resources such as UpToDate.
7    Q.    Right.
8          What is UpToDate?
9    A.    UpToDate is an online medical
10 website that provides information regarding
11 disease processes, treatments, diagnoses.
12   Q.    Do you find online to be more
13 current than the NCCN Guidelines?
14   A.    Sometimes it can be.
15   Q.    Okay.  Do you know how the NCCN
16 goes about putting together its
17 recommendations?
18   A.    I think they have a panel that
19 meets on a regular basis to review the
20 guidelines that are prescribed.
21   Q.    Do you know how frequently,
22 annually, semi-annually, or more frequently,
23 that the NCCN puts out their recommended
24 guidelines?

Page 51

1    A.    It seems like it's annually,
2  and I think it's changing for different
3  disease process, and that's kind of an
4  evolving process.
5    Q.    Okay.  Now, in the next
6  paragraph on page 11, you start the paragraph
7  and you say, "In the breast cancer context,
8  the NCCN Guidelines provide recommendations
9  based on the patient's stage, biomarkers and
10 cancer history," correct?
11   A.    Correct.
12   Q.    And then you say, "While the
13 NCCN's recommendations can lag behind
14 published clinical data due to the intervals
15 at which the panels meet, they provide a
16 valuable resource to oncologists for
17 identifying generally acceptable regimens for
18 the treatment of a patient's cancer," right?
19   A.    Right.  Correct.
20   Q.    Okay.  You said that you
21 believe that the NCCN meets annually, the
22 panel meets annually?
23   A.    Yeah, I'm not sure what
24 interval they meet.  I think it's also

Page 52

1  dependent on the actual disease process.
2    Q.    Okay.  So for breast cancer,
3  since that's what we're dealing with today,
4  would it be fair to say you're not familiar
5  with when precisely or how frequently
6  precisely the panel, the NCCN panel for
7  breast cancer meets?
8          MS. COHEN:  Objection to form.
9    A.    I wouldn't be able to give you
10 the exact dates that they meet.
11 BY MR. MICELI:
12   Q.    Okay.
13   A.    Or the exact interval.
14   Q.    Do you have any estimation as
15 to what the average lag time is before
16 information gets included in NCCN Guidelines?
17   A.    I don't know the exact time
18 period, and I think it varies.
19   Q.    Okay.  But based on your
20 comment in your report that their
21 recommendations can lag behind published
22 literature, would it be your position or
23 opinion that by the time something makes it
24 into the NCCN recommendations, that that

Page 53

1  information may have existed for a while
2  before its inclusion?
3    A.    There's the potential that that
4  would be the case, yes.
5    Q.    Okay.  Do you hold any opinions
6  in this case that there was a lag time
7  between when information was known and
8  incorporated into the NCCN recommendations
9  for adjuvant breast care?
10         MS. COHEN:  Objection to form.
11   A.    I would suspect that there's
12 always some degree of lag in information
13 that's published in-between periods of time
14 that the committee meets to change the
15 published NCCN Guidelines.
16 BY MR. MICELI:
17   Q.    Okay.  I guess maybe I didn't
18 ask the question properly, but are you going
19 to testify in this case that there was any
20 lag in the inclusion of information in the
21 NCCN Guidelines that impacted either your
22 opinions in this case or the care and
23 treatment that was rendered to Ms. Stewart?
24         MS. COHEN:  Objection to form

14  (Pages 50 to 53)

Sreekanth C. Reddy, M.D.

Page 54

1    as asked.
2        A.    There's always some lag is what
3    I would say.
4    BY MR. MICELI:
5        Q.    Right.
6            But does that affect your
7    opinion concerning Mrs. Stewart?
8        A.    That does affect my opinion
9    because there's always a lag in information.
10       Q.    Okay.
11       A.    At any point in time there's
12   information that would be available that
13   would not have been included in the NCCN
14   Guidelines, so yes.
15       Q.    Okay.
16       A.    I would testify to that, that
17   specific fact.
18       Q.    And then you continue in this
19   paragraph that -- I'm paraphrasing the first
20   part here -- that even though NCCN is a
21   valuable resource to oncologists for
22   identifying generally accepted regimens for
23   treatment, "The oncologist should then apply
24   his or her own clinical experience, review of

Page 55

1    medical literature, and understanding of the
2    patient's medical history, comorbidities and,
3    where relevant, preferences, to select the
4    best regimen for treatment of the patient's
5    cancer," correct?
6        A.    That's correct.
7        Q.    Now, you yourself participate
8    in clinical trials, correct?
9        A.    Correct.
10       Q.    Have you ever been a principal
11   investigator on a randomized controlled trial
12   to test the hypothesis concerning the
13   efficacy and/or safety of adjuvant breast
14   care in early stage breast cancer?
15       A.    Can you repeat the question,
16   please?
17       Q.    Sure.
18           Have you ever been a principal
19   investigator -- let me back up.  I'll strike
20   that.  Let me just broaden it.
21           Have you ever been an
22   investigator on a randomized controlled trial
23   testing a hypothesis of efficacy and/or
24   safety for a chemotherapy agent's use in the

Page 56

1    adjuvant care of early stage breast cancer?
2        A.    I don't think I've been the PI
3    on the trial for an adjuvant breast cancer
4    trial.
5        Q.    Have you been an investigator
6    on an adjuvant study?
7        A.    Adjuvant lung cancer study,
8    yes.
9        Q.    Okay.  But not adjuvant early
10   stage breast cancer study?
11       A.    Not adjuvant early breast
12   cancer study.
13       Q.    Okay.  And do you understand
14   that clinical trials and other studies are
15   what the NCCN panel bases its recommendations
16   on?
17           MS. COHEN:  Objection to form.
18       A.    That is what they use -- part
19   of what they use in making their decision.
20   BY MR. MICELI:
21       Q.    Okay.  I thought that was going
22   to be a softball question, because you say on
23   the previous page that the NCCN bases its
24   recommendations on current medical research,

Page 57

1    literature, and clinical trial data to
2    provide the most up-to-date recommendations
3    regarding therapy, correct?
4        A.    Right.
5        Q.    Okay.  Would you agree that the
6    NCCN is widely accepted because it is a
7    collaboration of 30 of the country's top
8    comprehensive cancer centers?
9        A.    Yes.
10       Q.    Are you familiar with the
11   term -- excuse me.  Strike that.
12           Are you familiar with the
13   designation by NCI, National Cancer
14   Institute, of centers as comprehensive cancer
15   centers?
16       A.    Correct, yes.
17       Q.    I mean, comprehensive cancer
18   centers is just not a couple of adjectives in
19   front of the word center, it has a distinct
20   meaning in its NCI designation, correct?
21       A.    Right.
22       Q.    And what is that?  What does
23   that designation mean to you as a practicing
24   medical oncologist?

Sreekanth C. Reddy, M.D.

Page 58

1          A.    I'm not clear on exactly what
2    the criteria the National Cancer Institute
3    uses in order to designate a cancer center as
4    an NCI designated cancer center, but I would
5    postulate that it's a combination of clinical
6    acumen and clinical expertise in a variety of
7    different fields of clinical research as well
8    as basic science research.
9          Q.    Okay.  Are you familiar with
10   the funding requirements to be designated as
11   a comprehensive cancer center?
12         A.    No, I'm not.
13         Q.    Okay.  Now, because you
14   mentioned that there's some lag time,
15   potential lag time in when new modalities are
16   incorporated into NCCN Guidelines, I wanted
17   to ask -- did somebody say something?  I
18   thought I heard a comment.  It's those voices
19   in my head again, Doctor.
20         Do you create regimens of your
21   own outside of what is included in the NCCN
22   Guidelines in rendering care to your breast
23   cancer patients?
24         A.    The guidelines don't always

Page 59

1    include the regimens that have been
2    researched and have available information.
3          Q.    Would it be fair to say that
4    when medical literature identifies and
5    supports the use of a new regimen, medical
6    oncologists like yourself may utilize those
7    regimens even before they get into an NCCN
8    recommended guideline?
9          A.    They're usage of regimen drug
10   combinations or even single agents that are
11   outside of the NCCN Guidelines.
12         Q.    And when -- well, let me back
13   up a little bit.
14         You would not recommend the use
15   of a regimen or single agent for the
16   treatment of cancer unless you believed there
17   was valid scientific evidence to support its
18   use in one of your patients, right?
19         MS. COHEN:  Objection to form
20   as asked.
21         A.    We would look at all the
22   factors that were involved both with the
23   patient's disease process, patient's
24   comorbidities, and the available data that's

Page 60

1    out there to try to make the best choice for
2    what would be best for the patient.
3    BY MR. MICELI:
4          Q.    Sure.
5          And if that included doing
6    something outside of the NCCN recommended
7    guidelines, in your medical judgment you
8    would or could do that, right?
9          A.    You would and could do that.
10         Q.    Okay.
11         A.    You see that happen.
12         Q.    Have you ever had an occasion
13   to identify medical research that you have
14   done that caused you to utilize a regimen or
15   a single agent chemotherapy in the treatment
16   of early stage -- adjuvant care of early
17   stage breast cancer that fell outside of what
18   was recommended by NCCN?
19         MS. COHEN:  Objection to form.
20         A.    Could you repeat the question,
21   please?
22   BY MR. MICELI:
23         Q.    Sure.  I'll do my best.
24         Have you ever -- in forming

Page 61

1    your opinions in this case and looking back
2    on your 17 years of experience, did you
3    identify any time where you utilized a
4    regimen or a single agent for the treatment
5    of early stage -- adjuvant treatment of early
6    stage breast cancer that was outside of what
7    was recommended by the NCCN Guidelines?
8          A.    I can't recall a specific
9    instance, but I'm sure that that has
10   happened.
11         Q.    Okay.  If it happened, it would
12   be a rare occurrence since you can't remember
13   it?
14         MS. COHEN:  Objection to form.
15         A.    The NCCN Guidelines are
16   relatively broad in what they recommend, so
17   there's quite a few options --
18   BY MR. MICELI:
19         Q.    Sure.
20         A.    -- in the adjuvant breast
21   cancer scenario, but it doesn't happen with a
22   high degree of frequency.  But the guidelines
23   don't always apply to every single patient or
24   every single patient's -- what they desire,

16  (Pages 58 to 61)

Sreekanth C. Reddy, M.D.

Page 62

1    so we just try to make the best decisions for
2    the best outcome.
3         Q.   Okay.  I'm not saying, Doctor,
4    just so we're clear, I'm not saying there's
5    anything wrong with going outside NCCN.  In
6    this particular case you support what
7    Dr. McCanless did, which was within the NCCN
8    Guidelines, correct?
9         A.   Correct.
10        Q.   And my only question was, as we
11   sit here today, you can't recall in the
12   treatment -- in treating a patient in the
13   adjuvant setting for early stage breast
14   cancer, you don't recall going outside of the
15   NCCN Guidelines, although you're certain at
16   some point in your career you have done that?
17        A.   I would say so, yes.
18        Q.   Okay.  Again, because it's the
19   type of thing that you don't have a specific
20   recollection of, do you believe that the
21   likelihood that -- let me strike that.
22             Would going outside of the NCCN
23   Guidelines be based upon your independent
24   research into what was most effective for a

Page 63

1    particular patient?
2             MS. COHEN:  Objection to form
3        as asked.
4        A.   It would be taking into account
5    the particular patient and potential
6    morbidities associated with the various
7    treatments and the data that's available for
8    those specific treatments.
9    BY MR. MICELI:
10        Q.   Okay.  Do you anticipate that
11   your testimony is going to be that your
12   independent research either outpaces or
13   develops quicker than the research of the
14   collective work of the members of the NCCN
15   panel?
16             MS. COHEN:  Objection to form.
17        A.   I wouldn't say that my research
18   outpaces the collective work, but there may
19   be research that is published indicating when
20   the NCCN Guidelines are intermittently
21   changed or published.  So they're not updated
22   on a daily basis.
23   BY MR. MICELI:
24        Q.   Right.  Understood.

Page 64

1             Now, we've talked about the
2    hospitals where you hold privileges.  You
3    don't -- I would assume, correct me if I'm
4    wrong, you hold privileges to render medical
5    oncology services at each of those hospitals?
6        A.   Correct.
7        Q.   You don't hold surgical
8    privileges at any hospitals?
9        A.   No.
10        Q.   Okay.  So you're not the doctor
11   that surgically removes tumors from patients,
12   right?
13        A.   Correct.
14        Q.   Okay.  You do not hold
15   radiology privileges at any of those
16   hospitals, do you?
17        A.   No.
18        Q.   So you're not the doctor that
19   does the local radiation after a tumor is
20   removed, right?
21        A.   Correct.
22        Q.   And do you hold dermatology
23   privileges at any of the hospitals where you
24   are credentialed?

Page 65

1        A.   No.
2        Q.   Okay.  You're not the doctor
3    that provides dermatology services in an
4    office or in a hospital, right?
5             MS. COHEN:  Objection to form.
6        A.   No, but we see patients that
7    have dermatological issues on a daily basis.
8    BY MR. MICELI:
9        Q.   Okay.  When you say they have
10   dermatological --
11             MS. COHEN:  I'm sorry, he was
12        still speaking.  You probably didn't
13        hear.
14             MR. MICELI:  I'm sorry.
15             MS. COHEN:  That's okay.
16        A.   We see patients on a regular
17   basis with dermatological issues, but
18   experienced in my dermatological exam and my
19   assessment of a variety of different skin
20   conditions.
21   BY MR. MICELI:
22        Q.   Okay.  What skin conditions do
23   you see patients for?
24        A.   We see a variety of skin

17 (Pages 62 to 65)

Sreekanth C. Reddy, M.D.

Page 66

1  lesions, rashes, just general skin complaints
2  that patients have.  We look at the skin on
3  every single patient that we see, or address
4  complaints the patients have about skin
5  issues.
6      Q.    Are those because those issues
7  arise as adverse events to pharmaceutical
8  products?
9      A.    It can be, or it can be
10 unrelated as well.
11     Q.    Okay.  Do you do scalp
12 biopsies?
13     A.    I do not do biopsies, no.
14     Q.    Okay.  Do you -- have you been
15 trained in how to operate a trichoscopy
16 examination?
17     A.    No.
18     Q.    Have you ever used a
19 dermatoscope?
20     A.    In training, yes, but not in
21 practice.
22     Q.    Okay.  Training which would
23 have been -- would that have been back at
24 Columbia, or would that have been even

Page 67

1  earlier?
2      A.    It would have been residency.
3      Q.    Okay.  So that would have been
4  early in that '97 to 2000 time frame?
5      A.    Right.
6      Q.    Okay.  When you were doing a
7  rotation through dermatology?
8      A.    Right.
9      Q.    Okay.  And then do you
10 regularly treatment patients for alopecia?
11     A.    I regularly see patients with
12 alopecia.  We do offer some treatments for
13 alopecia, like Rogaine, so it's something
14 that I'm very familiar with.
15     Q.    You say you see patients with
16 alopecia.  Is that because it is common to
17 see individuals who use chemotherapy lose
18 their hair?
19     A.    We do see a fair amount of hair
20 loss associated with chemotherapy, yes.
21     Q.    Okay.  Do you follow any
22 methodology to differentiate between the
23 types of alopecia a patient is suffering
24 from?

Page 68

1      A.    I have done reading on
2  chemotherapy-induced alopecia and alopecia in
3  general.
4      Q.    Okay.  Do you know how to
5  differentiate between antigen effluvium and
6  telogen effluvium?
7      A.    That's not something that I
8  would speak to now, but that's something that
9  I've read about.
10     Q.    It's not something that's part
11 of your regular practice?
12     A.    Right.
13        MS. COHEN:  Objection to form.
14 BY MR. MICELI:
15     Q.    Do you regularly have to
16 differentiate between androgenetic alopecia
17 and chemotherapy-induced alopecia?
18     A.    Yeah, I mean, if you look at
19 those two different things, there's certain
20 patterns of hair loss.
21     Q.    Sure.
22     A.    And we do differentiate between
23 that.
24     Q.    Prior to your involvement in

Page 69

1  this case, had you ever looked at what the
2  diagnostic criteria was for permanent
3  chemotherapy-induced alopecia?
4        MS. COHEN:  Objection to form.
5      A.    That's probably something that
6  I've read as just part of my general reading
7  from the field that I'm in.
8  BY MR. MICELI:
9      Q.    Okay.  Reading on the topic of
10 permanent chemotherapy-induced alopecia?
11     A.    Sure.
12     Q.    Did that reading include the --
13 what the diagnostic criteria are from a
14 dermatology standpoint on how you diagnose
15 that condition?
16     A.    Yes, I'm sure that it did.  I'm
17 constantly reading about various complaints
18 that we see in our patients, also kind of
19 perusing journals that we read on a regular
20 basis.
21     Q.    Okay.
22     A.    That would have been included
23 at some point in time.
24     Q.    What is the average number of

18  (Pages 66 to 69)

Sreekanth C. Reddy, M.D.

Page 70

1  follicles in a 4-centimeter -- 4-millimeter
2  square of a scalp?
3      A.  That's not a number that I
4  have --
5      Q.  Okay.
6      A.  -- off the top of my head.
7      Q.  That's not something that an
8  oncologist would generally concern themselves
9  with, correct?
10      MS. COHEN:  Objection to form.
11      A.  It's not something that I have
12  on the top of -- not a statistic that I can
13  quote.
14  BY MR. MICELI:
15      Q.  Okay.  Is it something that you
16  examine on your patients' scalps?
17      A.  We do look at their scalps to
18  look for skin lesions, rashes, moles,
19  etcetera.
20      Q.  Right.
21      But I'm assuming, since you
22  haven't used a dermatoscope since residency,
23  that you don't have one in your office to
24  examine the scalp to determine follicular

Page 71

1  numbers on a patient's scalp?
2      A.  That's correct.
3      Q.  Okay.  And have you ever
4  participated in any study as an investigator
5  where a primary or secondary endpoint
6  included alopecia?
7      A.  No, I have not.
8      Q.  So I want to go back to that --
9  I'm sorry, because I think of how we've had
10  our discussion go so far I don't need to ask
11  some questions that I just reviewed.  But I
12  want to go back to that comment about TAX 316
13  on page 2, because we have confirmed that --
14  it's at the bottom of page 2.
15      We have confirmed that in 2000
16  you were still in New York in your residency
17  and internship, correct?
18      A.  Right.
19      Q.  Okay.  And so if that
20  concludes -- if TAX 316 concludes patient
21  treatment before you finish your internship
22  and residency, then it would have been
23  impossible for you to enroll patients in that
24  study.  Would it also be true that you're not

Page 72

1  familiar with the particulars of the protocol
2  of the TAX 316?
3      MS. COHEN:  I'm going to object
4  to both parts of that question.  There
5  were two questions there, but I'm
6  objecting to both of them.
7  BY MR. MICELI:
8      Q.  I'll break it down.  Let me go
9  back.
10      Dr. Reddy, you and I have
11  already agreed that you do not recall
12  enrolling patients in TAX 316, right?
13      MS. COHEN:  Objection to form.
14      A.  I would have to look at that,
15  the dates of the trial.
16  BY MR. MICELI:
17      Q.  Okay.  Have you looked at the
18  clinical study report?
19      A.  I have.
20      Q.  Okay.  The study -- do you
21  recall the study began in 1997?
22      A.  I would have to look at the
23  date.
24      Q.  Okay.

Page 73

1      A.  I don't recall.
2      Q.  I'll tell you, we've been going
3  for about an hour and 15 minutes.  Let's take
4  our first break.  I'll tee that one up for us
5  at the beginning of our next session.
6      MS. COHEN:  Sure.
7      THE VIDEOGRAPHER:  The time is
8  10:14 a.m., and we're off the record.
9      (Whereupon, a recess was
10  taken.)
11      THE VIDEOGRAPHER:  The time is
12  10:29 a.m., and we're on the record.
13  BY MR. MICELI:
14      Q.  All righty.  Doctor, are you
15  ready to proceed?
16      A.  Yes, sir.
17      Q.  All righty.  I just need to --
18  I'm going to mark the Martin New England
19  Journal of Medicine article and move it into
20  chat box.
21      Do you have that at your
22  disposal, or should I open it up and share it
23  with you?
24      MS. COHEN:  I want to just grab

19  (Pages 70 to 73)

Sreekanth C. Reddy, M.D.

Page 74

1    it, David.  Sorry, the Martin?  Let me
2    see which one it is.
3         MR. MICELI:  You know what,
4    I've already done this.  You know
5    what, I've mislabeled it.
6         Maureen, can you mark this as
7    Number 5 when you do the depo, or do I
8    need to delete that and renumber it?
9         THE STENOGRAPHER:  I'll change
10   it to 5.
11        MR. MICELI:  Okay.  Thank you.
12        (Whereupon, Reddy Exhibit
13   Number 5 was marked for
14   identification.)
15        MS. COHEN:  Dave, I just want
16   to make sure I have the right one.  I
17   think I have a hard copy here.
18        MR. MICELI:  I'm getting ready
19   to share my screen, so it will let you
20   know.
21        Is this the one you're
22   referring to?
23        MS. COHEN:  No, different one.
24        MR. MICELI:  Okay.

Page 75

1         MS. COHEN:  Do we have that
2    one, Evan?  We have it.  Okay.  Thank
3    you, Evan.
4    BY MR. MICELI:
5         Q.    This is one that you cite in
6    your report at -- let me find this one for
7    us.
8         Doctor, have you reviewed this
9    document?  Have you reviewed this
10   publication?
11        A.    I have.
12        Q.    Okay.  I want you to turn with
13   me, I'm going to turn to page 4, and I'm
14   going to come down to -- excuse me, page 4.
15        Do you see where it says
16   "Results," and it says "Patients"?
17   "Between" -- well, let me back up.
18        You recognize that the Martin
19   article is the publication of the -- the
20   interim publication of the TAX 316 data,
21   correct?
22        A.    Correct.
23        Q.    Okay.  So now let's go to
24   page 4, and on the right-hand column

Page 76

1    underneath the "Results" section it says,
2    "Between June 1997 and June 1999, 1491 women
3    from 20 countries were enrolled in the
4    study."
5         Do you see that?
6         A.    Mm-hmm.
7         Q.    And down further it then says,
8    "Total, 1480 patients (744 in the TAC group
9    and 736 in the FAC group) were treated and
10   were included in the safety analysis."
11        Do you see that?
12        A.    Right.
13        Q.    Okay.  So we agree that this is
14   a publication of the TAX 316 study, right?
15        A.    Correct.
16        Q.    Where it says between June 1997
17   and June 1999, women were enrolled in the
18   study, in June of 1999 you were in your
19   residency and internship at Columbia's
20   Roosevelt Hospital, right?
21        A.    Right.
22        Q.    And you were not enrolling
23   patients in the TAX 316 study while you were
24   in your residency, correct?

Page 77

1         MS. COHEN:  Objection to form.
2         A.    I participated in oncology
3    clinic, so we were seeing patients at that
4    point in time.
5         These patients on the TAC trial
6    were observed over the long course of time in
7    order to get these results.  You can see that
8    this was actually published in June of 2005.
9    So I was seeing these patients in the
10   oncology clinic at St. Luke's-Roosevelt
11   during my residency, which is part of the
12   Columbia Hospital system, as well as at
13   Emory, and while I was at Northside.  So
14   there were patients that were enrolled during
15   that time as well as patients that were
16   followed at multiple locations.
17   BY MR. MICELI:
18        Q.    Doctor, at page 2 of your
19   report your comment is, "I also enrolled
20   multiple patients in the TAX 316 clinical
21   trial."
22        A.    Right.
23        Q.    You were not enrolling patients
24   -- whether or not you were seeing patients

Sreekanth C. Reddy, M.D.

Page 78

1    and somebody else enrolled, you yourself were
2    not enrolling patients while you were in your
3    residency, correct?
4            MS. COHEN: Objection to form.
5        A.    That would -- you know, when
6    you're seeing patients in residency you're
7    part of that whole process.
8    BY MR. MICELI:
9        Q.    Doctor, what does it mean to --
10       A.    We're reading the protocols,
11   we're familiar with the protocols, we're
12   working alongside the primary investigators
13   at these sites, as well as --
14       Q.    Doctor --
15       A.    -- during fellowship.
16       Q.    Is it your testimony that you
17   know as a matter of fact as you sit here
18   today that Columbia Roosevelt Hospital was a
19   site for a primary investigator?
20       A.    It would have been Columbia
21   Presbyterian as well as the affiliated
22   hospitals, from what I recall.
23       Q.    Who was the primary
24   investigator for those hospitals?

Page 79

1        A.    I don't remember who the breast
2    cancer people were at that time. That was
3    more than 20 years ago.
4        Q.    Sure.
5             What does it mean to enroll a
6    patient in a clinical study?
7        A.    They are consented for the
8    trial, they are detailed on the specifics of
9    the trial, they are given the medication, and
10   then they're followed.
11       Q.    Okay.
12       A.    Basically you're looking to get
13   the information of what the outcome and what
14   the potential possibilities were for the
15   patient.
16       Q.    I understand the reason for
17   doing it. I'm just wondering what it means
18   to enroll somebody in a study.
19            Your personal profile on your
20   CV says that your licensure is in Georgia,
21   correct?
22       A.    Correct.
23       Q.    Did you ever hold a New York
24   State license?

Page 80

1        A.    Yes.
2        Q.    Okay. When did that lapse?
3            MS. COHEN: Objection to form.
4        A.    Probably -- I don't think I
5    reapplied for licensure after I finished
6    residency.
7    BY MR. MICELI:
8        Q.    Okay.
9        A.    I finished up in -- at the end
10   of June of 2000, and I never applied to
11   maintain that.
12       Q.    Okay. Doctor, enrolling
13   somebody in a clinical trial is different
14   than just simply seeing patients that
15   somebody else has enrolled, correct?
16            MS. COHEN: Objection to form.
17       A.    I think it's all part of a team
18   process.
19   BY MR. MICELI:
20       Q.    Are you on the record of -- are
21   you on the record in Sanofi's clinical trial
22   as enrolling any patients in the TAX 316
23   study?
24       A.    I am not aware of how they

Page 81

1    assigned names to the patients.
2        Q.    And when we request records
3    from Roosevelt Hospital or Roosevelt
4    Presbyterian Hospital to obtain the records
5    of your enrolling patients in the TAX 316
6    study, will the hospital have those documents
7    for us?
8        A.    I'm not sure if they will or
9    not.
10       Q.    Do you know if you actually --
11   excuse me. Do you know if you actually
12   enrolled a patient at all in this study,
13   Doctor?
14            MS. COHEN: Objection to form,
15            argumentative, and asked and answered.
16       A.    I stand by the fact that I had
17   patients that were on this trial.
18   BY MR. MICELI:
19       Q.    Okay. But you weren't
20   enrolling patients in Georgia in June of
21   1999, correct?
22       A.    No. I was in New York at that
23   time.
24       Q.    So when you came to Georgia in

21  (Pages 78 to 81)

Sreekanth C. Reddy, M.D.

Page 82

1    2000, you were not -- you could not have
2    enrolled anybody in the TAX 316 study,
3    correct?
4         A.    We would have been following
5    patients at that time at Emory.
6         Q.    That who enrolled?
7         A.    That would have been the
8    physicians at Emory that would have started
9    the patients out on the trial, but they would
10   have been followed.
11        Q.    Okay.  But you would not have
12   been the one that enrolled them, correct?
13        A.    I wouldn't have been involved
14   in the process of the patients initially
15   getting treated, no.
16        Q.    All right.  I'm going to stop
17   sharing the screen for a moment.
18        I'm going to move Exhibit 6,
19   Mackey, et al, over into the chat box, and
20   I'll open it up and share with you as well.
21        (Whereupon, Reddy Exhibit
22        Number 6 was marked for
23        identification.)
24        MS. COHEN:  Give us a second so

Page 83

1    we can pull it out.
2         MR. MICELI:  I'm sharing my
3    screen with him.
4         MS. COHEN:  I'd like to get a
5    hard copy if we can.
6    BY MR. MICELI:
7         Q.    Doctor, if you would -- you've
8    read the Mackey trial as well, correct, or
9    the Mackey publication on the TAX 316 study?
10        A.    Yes, I have.
11        Q.    Okay.  Now, I want you to look
12   on the left-hand side of the first screen and
13   see if you recognize any of the hospitals as
14   ones that you practiced at while in your
15   residency.
16        A.    (Witness complies.)
17        I wasn't at any of these
18   hospitals, no.
19        Q.    Okay.  And if these are the
20   hospitals of the study investigators, you
21   would not have been enrolling patients or
22   included in their treatment at Columbia, St.
23   Luke's, or Roosevelt, correct?
24        MS. COHEN:  Objection to form.

Page 84

1         A.    Yeah, the hospitals that I was
2    practicing at are not in this list.
3    BY MR. MICELI:
4         Q.    Okay.  Now, is it going to be
5    your testimony that you had access to the
6    protocols for the TAX 316 study?
7         A.    I had at some point in time
8    seen those protocols, yes.
9         Q.    In preparation for this case,
10   or prior to your involvement in this case?
11        A.    Prior to the involvement in
12   this case.
13        Q.    Okay.
14        A.    I don't recall where I had seen
15   them or what institution.
16        MR. MICELI:  Okay.  I'm going
17   to mark as Exhibit Number 7 --
18        (Whereupon, Reddy Exhibit
19        Number 7 was marked for
20        identification.)
21   BY MR. MICELI:
22        Q.    I guess I'll do it differently.
23        -- excerpts from the TAX 316
24   protocol.  It's coming through slower this

Page 85

1    time than others.  I want to give you the
2    opportunity to download it, and it's moving
3    rather slowly, Doctor.  I apologize.
4         A.    That's okay.
5         Q.    I will share my screen just the
6    same, though.  Let me know when it's come
7    through there for you.  Or perhaps what I
8    should do is just wait and see.
9         Okay.  It's there if you want
10   to download it.  I'll go ahead and share my
11   screen now.
12        Doctor, do you see the protocol
13   for the TAX 316 study on your screen?
14        A.    I do.
15        Q.    The study chair is listed as
16   Jean-Marc Nabholtz at Cross Cancer Institute
17   in Edmonton, Alberta.
18        You never worked at that
19   institute, correct?
20        A.    No.
21        Q.    Okay.  Charles Vogel,
22   co-chairs, would be the Columbia Cancer
23   Research Network, and in North Miami Beach.
24   You never worked there, correct?

Sreekanth C. Reddy, M.D.

Page 86

1      A.   Correct.
2      Q.   Or trained there, correct?
3      A.   Correct.
4      Q.   And then Miguel Martin is the
5  other study co-chair, and his location is in
6  San Carlos, Spain.
7      A.   Right.
8      Q.   I'm assuming you never worked
9  there either?
10     A.   No.
11     Q.   Okay.  Now, I want to go to
12  page 11 of this excerpt to Section 11.1, or
13  11.11, "Use of Information and Publication."
14          Have you ever seen this
15  document before, Doctor?
16     A.   I'm not sure.
17     Q.   All righty.  I want to draw
18  your attention to this paragraph right here.
19  Okay?  This top paragraph.  I'll blow it up
20  so that we can see it a little better.
21          MS. COHEN:  Which page number
22  is that?
23          MR. MICELI:  It's page 11 of
24  what I just sent, and it is page 70 of

Page 87

1  104 in the full document.
2          THE WITNESS:  Page 11 of --
3          MS. COHEN:  Page 11 at the top,
4  yes.
5          MR. MICELI:  No, page 70 of 104
6  if you're looking at the full
7  document.  Or if you printed it out,
8  the 11 pages, it's the 11th of 12
9  pages.
10     A.   Got it.
11  BY MR. MICELI:
12     Q.   Okay.  11.11, "Use of
13  Information."
14          Do you see that?
15          MS. COHEN:  David, I'm sorry,
16  let me ask you one question on this
17  document.  Is this like a compilation?
18  It looks like it's not consecutive
19  pages.
20          MR. MICELI:  It's not
21  consecutive pages, correct.
22          MS. COHEN:  Just to be clear,
23  it goes from page 34 to page 70, so
24  obviously there's a big chunk missing,

Page 88

1  but we'll work with what we have here
2  for now.
3          Sorry, Dave, go ahead.
4  BY MR. MICELI:
5      Q.   All right.  11.11, "Use of
6  Information and Publication.
7          "All information concerning the
8  study drug supplied by Rhone-Poulenc Rorer in
9  connection with this study, and not
10  previously published, is considered
11  confidential and proprietary information."
12          Do you see that?
13     A.   Yes.
14     Q.   And then the second full line
15  from the bottom there's a sentence that
16  begins, "This confidential information."
17  "This confidential information shall remain
18  the sole property of Rhone-Poulenc Rorer,
19  shall not be disclosed to others without
20  prior written consent from Rhone-Poulenc
21  Rorer and shall not be used except in the
22  performance of this study."
23          Do you see that?
24     A.   Mm-hmm.

Page 89

1      Q.   Okay.  Then go down to the
2  paragraph that "No publication of the study
3  will be made without approval of the advisory
4  board of the BCIRG and Rhone-Poulenc Rorer."
5          Do you see that?
6      A.   Yes.
7      Q.   If you'd like to read -- you
8  can read this to yourself if you want, but
9  what this section is saying is that the study
10  information is confidential and shall not be
11  disclosed, and remains the property of the
12  company, will not be disclosed to others
13  without prior written consent of
14  Rhone-Poulenc Rorer, and shall not be used
15  except in the performance of this study,
16  correct?
17     A.   Correct.
18     Q.   All right.  You were not a
19  study investigator, correct?
20     A.   I wasn't a primary
21  investigator, no.
22     Q.   You weren't an investigator at
23  all, were you, Doctor?
24     A.   I know that I had patients on

23  (Pages 86 to 89)

Sreekanth C. Reddy, M.D.

Page 90

1   the trial. Whether they were enrolled or in
2   followup, I don't recall, it's been 25 years,
3   but I know that I have had patients that
4   participated in this specific trial.
5        Q.   When you say you know you have
6   had patients that participated, we've
7   established --
8        A.   That I followed.
9        Q.   You were not enrolling patients
10  in Georgia, which is where you have been
11  since 2000, correct?
12       A.   Right.
13       Q.   Okay. So you have -- since
14  moving to Georgia in 2000, all patients had
15  already been enrolled in the study, correct?
16       A.   That's correct.
17       Q.   So any involvement you had with
18  a patient was in seeing a patient who someone
19  else had enrolled in TAX 316, if you saw
20  anyone at all, right?
21            MS. COHEN: Objection to form.
22  That mischaracterizes his testimony.
23            MR. MICELI: Lori, you know,
24  Judge North specifically made every

Page 91

1   attorney who is going to participate
2   in depositions say object to the form
3   only, and nothing more. And he has
4   instructed us to read three particular
5   cases decided in the Eastern District
6   of Louisiana and file an affidavit
7   with the court that says we understand
8   that.
9            And I haven't said anything yet
10  along the lines of "please say object
11  to the form only," but if it
12  continues -- it was replete through
13  the Schwartz deposition with your
14  partner, and we're going to have to
15  stop it.
16           And either we stop it or we
17  call the judge, it's up to you. But
18  I'm just putting that out there. The
19  next time we're going to call North.
20           MS. COHEN: Sure. But also
21  just as a professional in complying
22  with the court rules --
23           MR. MICELI: Don't accuse me of
24  unprofessionalism, Lori. This is

Page 92

1   inappropriate dialogue on the record.
2   You're chewing up my time. And you're
3   obligated to abide by the court's
4   rules, and that is to say object to
5   the form, and object to the form only.
6   And I'm sorry, but that's the way it
7   has to be.
8            MS. COHEN: David, ask
9   appropriate questions and we'll
10  proceed.
11           MR. MICELI: Well, I'm not
12  going to run my questions by you,
13  Lori, and we're not going to continue
14  this on the record.
15           Maureen, could you please read
16  my last question?
17           (Whereupon, the reporter read
18  back the pending question.)
19           MS. COHEN: Objection.
20       A.   From what I remember, I had
21  seen patients and was active with these
22  patients on this trial. I'm not sure where
23  they were enrolled, I don't remember that,
24  but I am familiar with this trial and had

Page 93

1   patients on the trial.
2   BY MR. MICELI:
3        Q.   You've had patients on the
4   trial in spite of the fact it would have been
5   impossible for you to enroll them in Georgia
6   because the closeout of the enrollment was in
7   1999 and you moved to Georgia in the year
8   2000, correct?
9            MS. COHEN: Objection to that
10  question.
11       A.   I moved to Georgia in July of
12  2000, that's correct.
13  BY MR. MICELI:
14       Q.   Okay. Which would have been a
15  year after enrollment in TAX 316 ended,
16  according to the publication of the study
17  authors, Miguel Martin and others, correct?
18       A.   That's correct.
19       Q.   Okay. And in spite of the
20  company's protocol -- or excuse me, protocol
21  statement that their information would remain
22  confidential, it was shared with you in
23  Forsyth County, Georgia?
24           MS. COHEN: Objection to form.

24  (Pages 90 to 93)

Sreekanth C. Reddy, M.D.

Page 94

1    A.   I'm not sure what you're
2  referring to.
3  BY MR. MICELI:
4    Q.   Okay.  All right.  Under
5  your -- in your report at page 4,
6  "Understanding Breast Cancer," under the
7  section "Epidemiology," you say,
8  "Approximately 250 new cases of invasive
9  breast cancer are diagnosed in the United
10 States annually."  Right?
11   A.   "250,000 cases of breast
12 cancer."
13   Q.   New cases of breast cancer.
14        How many deaths from early
15 stage breast cancer are there in the United
16 States each year?
17   A.   Approximately 20 to 30,000.
18   Q.   Okay.  So if those numbers are
19 correct, 250,000 and 20 to 30,000, somewhere
20 in the neighborhood of at least 220,000 women
21 a year have to be concerned with living
22 beyond their treatment for early stage breast
23 cancer, correct?
24        MS. COHEN:  Object to the form.

Page 95

1    A.   That's correct.
2  BY MR. MICELI:
3    Q.   Have you researched the issue
4  of hair loss, temporary or permanent, and how
5  distressing it is to women diagnosed with
6  breast cancer?
7        MS. COHEN:  Objection to form.
8    A.   Yes, that was part of my
9  reading in preparation of my report.
10 BY MR. MICELI:
11   Q.   Okay.  And what did that
12 reading reveal to you?
13   A.   That it's a very distressing
14 problem for women after a --
15   Q.   I'm sorry, I apologize.
16        Did you review any literature
17 that reflects how many women, what percentage
18 of women will refuse chemotherapy even --
19 well, refuse chemotherapy simply because of
20 hair loss, even temporary hair loss?
21        MS. COHEN:  Objection to form.
22   A.   That is something that I have
23 read in the past and I have experience with
24 in my own patient population.

Page 96

1  BY MR. MICELI:
2    Q.   Okay.  You have experience that
3  women will forego adjuvant chemotherapy
4  simply because they don't want to lose their
5  hair even temporarily?
6    A.   There are women that refuse
7  chemotherapy because of the hair loss issue,
8  and because of other reasons.
9    Q.   Okay.
10   A.   That is something that we see.
11 It's very rare.  The biggest concern that
12 these patients have is that they are cured of
13 their cancer and they don't suffer any
14 relapse or spread of the disease.
15   Q.   Okay.  Now, would you agree
16 with me that companies that manufacture and
17 sell chemotherapy drugs should be truthful in
18 their representations to plaintiffs that are
19 going to use their products?
20        MS. COHEN:  Objection to form.
21   A.   A company is tasked with
22 being -- providing the details of their
23 medications.
24        ///

Page 97

1  BY MR. MICELI:
2    Q.   Okay.  Is that a yes, you think
3  they should be truthful?
4        MS. COHEN:  Objection to form.
5    A.   I think they should provide all
6  the information that's available.
7  BY MR. MICELI:
8    Q.   Okay.  In treating cancer, as
9  noble a cause as that may be, does not
10 absolve Sandoz from being truthful with
11 patients about the risks causally associated
12 with their product, right?
13        MS. COHEN:  Objection to form.
14   A.   It's the company's
15 responsibility to provide adequate data to
16 the patients and physicians.
17 BY MR. MICELI:
18   Q.   Okay.  I wanted to ask one
19 other just sort of background question.  I
20 think it's on page 4 of your report under the
21 paragraph that we just looked at.  You say,
22 "Approximately 20 percent of women diagnosed
23 with breast cancer have early stage disease
24 (known as carcinoma in situ), while

Sreekanth C. Reddy, M.D.

Page 98

1    80 percent of women are diagnosed with more
2    advanced disease."
3         Did I read that correctly?
4    A.   Yes.
5    Q.   Okay.  Now, what is the
6    classification for early stage breast cancer?
7    A.   Certainly DCIF, small breast
8    tumors.
9    Q.   Do you know how the NCCN
10   Guidelines breaks down what it includes as
11   early stage breast cancer?
12   A.   That's something that I'm
13   familiar with, but I would want to look at
14   the actual guidelines.
15   Q.   Okay.  We'll get to those in
16   due time.
17        Is it your understanding that
18   type II breast cancer is -- all classes of
19   type II breast cancer are considered early
20   stage breast cancer?
21   A.   That -- I think that the
22   language there doesn't really apply.  It
23   would be stage II, not type II.
24   Q.   Excuse me.  Stage II.  I

Page 99

1    appreciate that.  I apologize.
2    A.   If you have a large tumor,
3    axillary lymph node involvement at the time
4    of presentation, that would be, in my
5    opinion, advanced breast cancer --
6    Q.   Okay.
7    A.   -- associated --
8    Q.   Okay.  Would the same hold true
9    for Stage IIIA with lymph node involvement?
10   A.   That I would consider to be
11   advanced, locally advanced.
12   Q.   Okay.
13   A.   Is the terminology that I would
14   use.
15   Q.   Okay.  The terminology that you
16   would use, do you know how either NCI or NCCN
17   categorizes cancers, including cancer in
18   situ -- breast cancer in situ up to Stage
19   IIIA?
20   A.   That's something I've read
21   before, but I would want to look at the
22   actual documents regarding that, look at the
23   guidelines or the publications from NCI.
24   Q.   So will it be your testimony,

Page 100

1    consistent with your report, that 80 percent
2    of women diagnosed with breast cancer will be
3    diagnosed with advanced disease?
4    A.   80 percent of women -- the
5    statement that I made was that 80 percent of
6    women are diagnosed with non-DCIF and
7    20 percent are diagnosed with DCIF.
8    Q.   Okay.  That's what your --
9    A.   Not that 80 percent of women
10   are diagnosed with advanced disease.
11   Q.   Okay.  Because in your report
12   at page 4 you say, "while 80 percent of women
13   are diagnosed with more advanced disease," by
14   saying "more advanced disease" you're not
15   saying 80 percent of women are diagnosed with
16   advanced disease, it's just more advanced
17   than the 20 percent diagnosed with in situ?
18   A.   Correct.  Yes.  So 20 percent
19   DCIF, 80 percent all other stages of the
20   disease.
21   Q.   Okay.  And when you say
22   all other stages of the disease, that would
23   be from Stage I all the way up to metastatic
24   breast cancer, Stage IV?

Page 101

1    A.   Exactly.
2    Q.   Okay.  I'm going to review just
3    a couple of things, because you're probably
4    wondering why we haven't talked about
5    Ms. Stewart's care.
6         But you and Dr. Bosserman agree
7    that it was appropriate to recommend a third
8    generation chemotherapy regimen to
9    Ms. Stewart, right?
10        MS. COHEN:  Objection to form.
11   A.   I agree that a third
12   chemotherapy regimen would have been
13   appropriate for Ms. Stewart.
14   BY MR. MICELI:
15   Q.   Okay.  Assuming she agreed to
16   utilize and follow your recommendation,
17   correct?
18   A.   Right.
19   Q.   Okay.  And you also use in your
20   report the same tool for predictive modeling,
21   that being the PREDICT tool, correct?
22        MS. COHEN:  Object to form.
23   A.   Correct.
24        ///

26 (Pages 98 to 101)

Sreekanth C. Reddy, M.D.

Page 102

1    BY MR. MICELI:
2        Q.    Okay.  And the PREDICT tool is
3    an online calculator that allows you to look
4    at the relative contributions of various
5    treatment modalities and predictable, based
6    on population, what the likelihood of
7    contribution of various treatments will be,
8    correct?
9        A.    Correct.
10       Q.    Okay.  And both you and
11   Dr. Bosserman in completing the PREDICT
12   modeling for third generation chemotherapy
13   regimens come up with the same numbers,
14   ultimately the addition of a third generation
15   chemotherapy regimen on top of surgery and
16   hormone therapy results in a 58 percent
17   predicted 10-year survival, correct?
18           MS. COHEN:  Objection to form.
19       A.    I'm looking at the report right
20   now.
21   BY MR. MICELI:
22       Q.    I think it's on 23 and 24 of
23   your report, Doctor.  Maybe 22, 23.
24       A.    The bottom of 23.

Page 103

1        Correct.
2        Q.    All right.  And it continues on
3    to 24.  And you and Dr. Bosserman reach the
4    same conclusion via the PREDICT model, right?
5        A.    Right, I think we have the same
6    input.
7        Q.    Right.
8        Okay.  And when you put in
9    "third generation," that characterization
10   within the PREDICT tool is third generation
11   chemotherapy regimen regardless of which
12   regimen is selected, TAC, or AC plus Taxol,
13   correct?
14       A.    Correct.
15       Q.    Okay.  So from a predictive
16   modeling tool, the AC-Taxol weekly would, at
17   least per the PREDICT modeling system,
18   provide the same level of benefit as TAC,
19   correct?
20           MS. COHEN:  Objection to form.
21       A.    The benefits would be similar.
22   BY MR. MICELI:
23       Q.    Right.  So I mean, the PREDICT
24   tool just doesn't differentiate between the

Page 104

1    two, correct?
2        A.    Correct, yeah.
3        Q.    Okay.
4        A.    I suspect that they're treated
5    as the same.
6        Q.    Okay.  I'm sorry, can you
7    repeat that for me?  I missed something
8    there.
9        A.    I suspect that the third
10   generation regimens are treated as
11   specifically equivalent in this modeling.
12       Q.    Okay.
13       A.    They don't make a distinction.
14       Q.    Right.
15           And you support Dr. McCanless'
16   decision to recommend a TAC regimen, right?
17       A.    I do.
18       Q.    And because the PREDICT
19   modeling does not differentiate between the
20   outcomes whether -- the outcomes between the
21   two third generation regimens, if
22   Dr. McCanless had in his judgment decided to
23   recommend to use an AC-Taxol weekly regimen,
24   your opinion -- would your opinion be that

Page 105

1    Dr. McCanless committed malpractice?
2            MS. COHEN:  Objection to form.
3        A.    Could you restate that, please?
4    BY MR. MICELI:
5        Q.    Sure.
6            If Dr. McCanless in his
7    clinical judgment had decided to prescribe
8    AC-Taxol weekly, with a weekly regimen, would
9    your opinion be that Dr. McCanless breached
10   an acceptable standard of care and committed
11   malpractice?
12           MS. COHEN:  Objection to form.
13       A.    No.
14   BY MR. MICELI:
15       Q.    Okay.  So the AC-Taxol weekly
16   regimen in your mind would then be an
17   acceptable alternative to a TAC regimen from
18   a PREDICT model basis?  I understand you have
19   other opinions, and we're going to get to
20   those.
21           MS. COHEN:  Objection to form.
22       A.    Yes, AC-Taxol would have been
23   an option that would have been available for
24   her specific stage and type of breast cancer,

Sreekanth C. Reddy, M.D.

Page 106

1  but the thought process would have been that
2  based on toxicities, based on length of
3  treatment, based on the ability to elicit a
4  quick response and get the patient to
5  surgery, the decision for TAC was an
6  appropriate one.
7  BY MR. MICELI:
8      Q.    Okay.  Now, overall the
9  difference between a TAC regimen and a FAC
10 regimen, assuming no toxicities delay any of
11 the treatment or the infusions, the
12 difference between the total time to complete
13 a TAC regimen and complete an AC plus Taxol
14 weekly regimen is 18 weeks versus 20 weeks,
15 correct?
16     A.    There are 12, plus 2 is 14,
17 plus 8, would be 22 versus 18.  About a
18 month.
19     Q.    Okay.  I heard you talking
20 through that.  You said there would be 12
21 plus 2 plus 8.  I understand the 8 is the
22 every two weeks AC, correct?
23     A.    Correct.
24     Q.    And the 12 are the 12 weekly

Page 107

1  administrations of Taxol, correct?
2      A.    Correct.
3      Q.    What is the two weeks that
4  you're adding in there?
5      A.    The 2 is that time between
6  finishing the Taxol and administration of AC.
7      Q.    Okay.  I understand.  Okay.  18
8  versus 22.
9            Okay.  And you said length of
10 treatment, so that's a four-week difference.
11           And you said toxicities.  And
12 the toxicities that you discuss in your
13 report are the use of corticosteroids,
14 correct?
15     A.    Correct.
16     Q.    Are there any other toxicities
17 specifically that are greater that you
18 address in your report?
19     A.    The concerning toxicity,
20 especially with the Taxol regimen, is
21 specific to neuropathy.
22     Q.    Okay.  We're going to get to
23 those in a bit.
24           Now, if after consulting with

Page 108

1  Ms. Stewart Ms. Stewart decided she didn't
2  want to use a third generation taxane -- or
3  chemotherapy regimen, would it have been
4  inappropriate to prescribe her a second
5  generation chemotherapy regimen?
6          MS. COHEN:  Objection to form.
7      A.    If a patient decides that they
8  don't want to receive a specific regimen,
9  then we would still offer them other regimens
10 that have shown benefit.
11 BY MR. MICELI:
12     Q.    Okay.  And that is part of the
13 physician/patient discussion that goes on
14 before a patient decides which treatment they
15 will undergo, correct?
16     A.    Correct.  Yes.
17     Q.    Okay.  Because ultimately it is
18 the patient's choice, isn't it?
19         MS. COHEN:  Objection to form.
20     A.    It's always the patient's
21 choice.
22 BY MR. MICELI:
23     Q.    All right.  And based upon your
24 predictive modeling, the difference between

Page 109

1  overall survival is an additional 6 percent
2  between using a second generation and a third
3  generation chemotherapy regimen, correct?
4          MS. COHEN:  Objection.  Form.
5      A.    That sounds right.
6  BY MR. MICELI:
7      Q.    Okay.  If you look at page 24,
8  I think the results of your calculations are
9  one on top of the other.  Is that what it
10 would be, a 6 percent difference?
11     A.    That's the difference, yes, 52
12 versus 56 percent.
13     Q.    Or 58 percent, right?
14     A.    58 percent, correct.
15     Q.    I want to make sure we give it
16 its full credit.
17           Have you had patients that have
18 chosen to take an alternate course of
19 treatment from what you originally
20 recommended?
21     A.    Yes.
22     Q.    That's not -- okay.  Is it
23 unusual for a patient to have -- let me
24 strike that.

28  (Pages 106 to 109)

Sreekanth C. Reddy, M.D.

Page 110

1        Would it be fair to say that
2    different patients have different interests
3    and preferences when they're discussing their
4    treatment options with you?
5            MS. COHEN:  Object to form as
6    asked.
7        A.   I would say that the majority
8    of patients are accepting as a prescribed
9    regimen because, again, the greatest interest
10   of most patients is to have the best outcome,
11   but there are occasionally patients that
12   don't get the most active or most beneficial
13   regimen because of a variety of reasons.
14   BY MR. MICELI:
15       Q.   But that's part of the shared
16   decision-making process between the patient
17   and the oncologist, right?
18           MS. COHEN:  Objection to form.
19       A.   So we've discuss toxicities
20   associated with therapies, we discuss the
21   expectation of outcomes, we discuss benefits,
22   but this all goes into, you know, how we
23   counsel patients and make recommendations.
24           ///

Page 111

1    BY MR. MICELI:
2        Q.   Sure.
3        A.   Individualize to the patient.
4        Q.   Because that's part of a -- I'm
5    sorry.
6        A.   Make a judgment based on that
7    discussion.
8        Q.   Okay.  Now, but you are
9    supportive of patients being involved in a
10   shared decision-making process, aren't you?
11           MS. COHEN:  Objection.  Form.
12       A.   Yeah.  I mean, it's a process
13   of discussing with the patient and coming up
14   with something that's satisfactory to them.
15   BY MR. MICELI:
16       Q.   Okay.
17       A.   And that they're accepting of.
18       Q.   I want to find a particular
19   statement I want to ask you about.
20           At page 12 of your
21   deposition --
22           MS. COHEN:  Report?
23   BY MR. MICELI:
24       Q.   Excuse me.  Report.  Thank you.

Page 112

1        From the bottom of the page,
2    the second full paragraph, the last sentence
3    of that paragraph says, "Ultimately, unless
4    the patient resolves to follow my
5    recommendation, I ask the patient to go home
6    and consider our discussion and advise me
7    if/when they are ready to proceed with
8    treatment."
9        Did I read that correctly?
10       A.   That's correct.
11       Q.   Okay.  Now, when you make a
12   recommendation and the patient doesn't accept
13   it, and you send them home to think about it,
14   will you discuss with them other options
15   before you send them home?
16       A.   Yes, typically we'll discuss
17   all potential options and what -- my
18   perception of what the patient can expect
19   from making the decision of the treatment
20   options going from --
21       Q.   Right.
22       A.   -- what I recommend is what I
23   feel is the best option for their care to
24   alternative options to doing nothing.

Page 113

1        Q.   Right.  You -- I'm sorry, the
2    last part was?
3        A.   If we didn't do anything, this
4    is what the natural course of this could look
5    like.
6        Q.   Right.
7        So when you have these
8    discussions in a shared decision-making
9    context with a patient, you give the best
10   educated recommendations upon known
11   information, clinical trials, literature,
12   NCCN Guidelines, UpToDate, all of your
13   resources go into what you recommend to the
14   patient, correct?
15       A.   Correct.  And experience.
16       Q.   Right.  That's -- I'm sorry, I
17   should have included that.  Your experience.
18       And every patient that sits and
19   has that discussion with you comes in with
20   their own expectations, their own
21   preferences, and their own concerns, is that
22   a fair statement?
23           MS. COHEN:  Objection to form.
24       A.   Everyone has individual

29 (Pages 110 to 113)

Sreekanth C. Reddy, M.D.

Page 114

1  thoughts going through their mind and
2  individual preferences, things that they're
3  concerned about.
4  BY MR. MICELI:
5      Q.    And because people are
6  individualized in their preferences and
7  thoughts, desires, there is no -- would it be
8  fair to say there is no one best treatment
9  option for a patient receiving adjuvant care
10  for early stage breast cancer?
11          MS. COHEN:  Objection to form.
12      A.    I would rephrase that and say
13  that there is likely a best treatment option,
14  but that may not apply to everyone.
15  BY MR. MICELI:
16      Q.    Okay.  When you have that
17  discussion, and looking at that same
18  paragraph where you -- or the paragraph above
19  where we discuss patients going home to
20  consider your recommendations, you state that
21  "An oncologist should outline the statistical
22  rate of recurrence and/or expected outcome if
23  it the patient completes the particular
24  course of therapy that is being recommended,

Page 115

1  including a discussion of the reduction of
2  recurrence risk offered by the various
3  therapies."
4          Do you see that sentence?
5      A.    Yeah, that's something that we
6  commonly do.
7      Q.    Okay.
8      A.    Give the patient an idea of how
9  much is this going to really benefit them.
10      Q.    Right.
11      A.    And if there is no benefit,
12  then what does that mean to you.  Or if you
13  don't take it, what does that mean to you.
14      Q.    Right.
15          And is that part of the reason
16  why you use things like the PREDICT tool, to
17  give patients some idea of the percentage of
18  contribution of particular types of
19  therapies?
20      A.    We use that as a tool to, yeah,
21  allow the patient to understand why we're
22  doing what we're doing, what the rationale
23  behind it is, and to really understand the
24  numbers behind it.

Page 116

1      Q.    Sure.
2          And so when you do that and you
3  do something like what you've done in your
4  report that demonstrates that 58 percent and
5  the contribution of a third generation, all
6  of that information equally applies to TAC
7  and AC-Taxol weekly, correct?
8          MS. COHEN:  Objection to form.
9      A.    That information would be
10  similar.
11  BY MR. MICELI:
12      Q.    Okay.  Well, for the PREDICT
13  model it's the exact same, isn't it?
14      A.    Based on the PREDICT model, it
15  should give you the same number.
16      Q.    Are you aware of any randomized
17  controlled trial that demonstrates that
18  Taxotere or docetaxel is superior to Taxol in
19  the adjuvant care of early stage breast
20  cancer?
21      A.    My understanding is that
22  they're similar with different toxicities.
23      Q.    Similar with different
24  toxicities.

Page 117

1          And is the basis for their
2  similarity and efficacy -- well, first of
3  all, back up.
4          Other than the Sparano study --
5  and you're familiar with the Sparano 2008
6  publication in the New England Journal of
7  Medicine?
8      A.    Yeah, I think I've reviewed
9  that as part of my -- I did review that.
10      Q.    Okay.  Other than that study
11  that compares weekly docetaxel -- excuse me,
12  weekly paclitaxel, paclitaxel every three
13  weeks, docetaxel weekly, and docetaxel every
14  three weeks, are you aware of any other
15  studies in the adjuvant setting that compare
16  a Taxol regimen to a docetaxel regimen?
17      A.    Not off the top of my head, no.
18      Q.    Okay.  So in having that shared
19  decision-making conversation with your
20  patients, you are not able to sit down and
21  talk about the relative risk reductions
22  because those two drugs or those two regimens
23  have never been compared to one another,
24  other than the Sparano study, or article,

Sreekanth C. Reddy, M.D.

Page 118

1    correct?
2        A.    Right.
3        MS. COHEN:  Objection to form.
4    BY MR. MICELI:
5        Q.    Let's take a look at the
6    Sparano article.
7            We are up to Exhibit 8 is it?
8        MR. MICELI:  Maureen, I see
9    Mackey was Number 6, and then the TAX
10    protocol was 7.
11        THE STENOGRAPHER:  The next is
12    8.
13        (Whereupon, Reddy Exhibit
14    Number 8 was marked for
15    identification.)
16    BY MR. MICELI:
17        Q.    Let's take a look at the
18    Sparano article.  I think I already may have
19    this open.  I will share my screen with you,
20    Doctor.
21        Doctor, are you familiar with
22    this article?
23        MS. COHEN:  We'll get printed a
24    hard copy.

Page 119

1        A.    Yes.
2    BY MR. MICELI:
3        Q.    Okay.  And this was a study
4    that enrolled, as it says here in the
5    Methods, "4950 women with axillary lymph
6    node-positive or high risk, lymph
7    node-negative...cancer."  Correct?
8        A.    Correct.
9        Q.    And without having to read
10    every section of this Methods, or every word
11    in this Methods, can we agree that this study
12    looked at weekly and every three week
13    regimens of both docetaxel and paclitaxel?
14        A.    Correct.
15        Q.    And do you agree that at the
16    conclusion of this study, that the AC-Taxol
17    weekly and the TAC regimen every three weeks
18    had similar efficacy, although AC-Taxol was
19    slightly better in overall survival?
20        MS. COHEN:  I just handed him
21    the hard copy in case he wants to look
22    at that.  That's Exhibit 8?
23        (Witness reviewing document.)
24        A.    Could you reask the question

Page 120

1    again?
2    BY MR. MICELI:
3        Q.    Sure.
4            Based on this study, AC-Taxol
5    weekly and TAC every three weeks have similar
6    efficacy, although AC-Taxol has slightly
7    better overall survival?
8        MS. COHEN:  Objection to the
9    form.
10        A.    I don't know that that was --
11    the differences were minimal.
12    BY MR. MICELI:
13        Q.    Right.  They were minimal, but
14    slightly favoring AC-Taxol, correct?
15        MS. COHEN:  Objection.  Form.
16        A.    I would say that they're
17    similar.
18    BY MR. MICELI:
19        Q.    Okay.  All right.  Let's look
20    at page 1667, which is the fifth page of the
21    hard copy that you have in the "Overall
22    Survival" category.
23        A.    Okay.
24        Q.    Do you see the highlighted

Page 121

1    portion right here where I'm hovering my
2    cursor over?
3        A.    Mm-hmm.
4        Q.    In the column of "Overall
5    Survival" it says, "As compared with the
6    group receiving paclitaxel every 3 weeks,
7    overall survival was significantly better in
8    the group receiving weekly paclitaxel, but
9    not in the groups receiving docetaxel every 3
10    weeks or weekly docetaxel," correct?
11        A.    Correct.
12        Q.    That's the finding?  Or that's
13    what the study states, correct?
14        A.    Correct.
15        Q.    Okay.  Then if you go to the
16    next page, 6 of 9, it says, "Table 2 and
17    Table 2 in the Supplementary Appendix show
18    the toxic-effects profile of the taxane
19    component of therapy for each group."
20    Correct?
21        A.    Correct.
22        Q.    Then it says, "The higher
23    proportions of grades 3 and 4 toxic effects
24    in the group receiving docetaxel every 3

31 (Pages 118 to 121)

Sreekanth C. Reddy, M.D.

Page 122

1    weeks were due to a 46 percent incidence of
2    neutropenia (as compared with an incidence of
3    less than 4 percent for the other groups),
4    which resulted in higher rates of febrile
5    neutropenia and infection" -- excuse me.  I'm
6    going to start that over.
7            "The higher proportions of
8    grades 3 and 4 toxic effects in the group
9    receiving docetaxel 3 weeks were due to a
10   46 percent incidence of neutropenia (as
11   compared with an incidence of less than or
12   equal to 4 percent for the other groups),
13   which resulted in higher rates of febrile
14   neutropenia (16 percent) and infection
15   (13 percent) than in the other groups (1
16   percent and less than or equal to 4 percent,
17   respectively, for all other groups.)"
18   Correct.  That's what it says?
19           MS. COHEN:  Object to the form.
20       A.    That's what you read, yes.
21   That's what it says.
22   BY MR. MICELI:
23       Q.    You don't disagree with what
24   Sparano's study finds, do you?

Page 123

1            MS. COHEN:  Objection to form.
2        A.    That's what was reported in the
3    trial, yeah.  That's their data.
4    BY MR. MICELI:
5        Q.    And I think we've already
6    agreed to this, but this is the only trial
7    where Taxol regimens and docetaxel regimens
8    are being looked at side-by-side, correct?
9        A.    Right.  But this trial didn't
10   include the TAC regimen.
11       Q.    Okay.  What did it include?
12       A.    AC followed by either weekly
13   Taxol, or q3 week Taxol, and then weekly
14   Taxotere, or q3 week Taxotere.
15       Q.    Okay.  And in doing it that
16   way, are they comparing directly the Taxotere
17   and the Taxol?
18       A.    In this trial they're
19   comparing, the variable was -- frequency of
20   dosing in the Taxol or paclitaxel and the
21   frequency of dosing with the docetaxel, and
22   then comparing the two head-to-head.  So
23   there were four comparator arms.
24           So everybody got AC, and a

Page 124

1    quarter of the people would have gotten one
2    of those four regimens, which would have been
3    paclitaxel q3 week, paclitaxel weekly,
4    docetaxel q3 week, docetaxel weekly.
5        Q.    Okay.  So in doing so, we're
6    comparing -- the backbone would be the AC,
7    correct?
8        A.    Right.
9        Q.    And the study -- and the drugs
10   under investigation would be Taxol and
11   docetaxel, correct?
12       A.    Correct.
13       Q.    Okay.  I needed to get to Table
14   2 for the toxic effects.
15           Now, we see here the grade 3/4
16   neutropenias showed 8 percent for the weekly
17   paclitaxel and 4 percent for the docetaxel
18   every three weeks, correct?
19       A.    You said neutropenia, at least
20   that's what I heard, you're referring to the
21   neuropathy.
22       Q.    I'm sorry.  Neuropathy.  I
23   apologize.  If I did, I appreciate you
24   correcting me.

Page 125

1            Grade 3 or 4 neuropathy, you
2    had in weekly paclitaxel, which is what I
3    want to focus on is weekly paclitaxel and
4    docetaxel every three weeks, is you have 8
5    percent of grade 3/4 neuropathy with weekly
6    paclitaxel, and 4 percent with docetaxel
7    every three weeks, correct?
8        A.    Correct.
9            MS. COHEN:  Objection to form.
10   BY MR. MICELI:
11       Q.    Okay.  And with febrile
12   neutropenia, you have 1 percent with weekly
13   paclitaxel, and you have 16 percent with
14   docetaxel every three weeks, correct?
15       A.    Correct.
16       Q.    Now, did you -- do you dispute
17   that febrile neutropenia is a serious concern
18   for a woman receiving a taxane for adjuvant
19   care of early stage breast cancer?
20           MS. COHEN:  Objection to form.
21       A.    Febrile neutropenia is a
22   concern in therapy.
23           But going back to those
24   numbers, I would just take you to the top of

32 (Pages 122 to 125)

Sreekanth C. Reddy, M.D.

Page 126

1    the page of the article page 1669.
2        Q.   Okay.
3        A.   And if you read at the top of
4    the page, "the group receiving weekly
5    paclitaxel had a significantly higher
6    incidence of grade 2, 3, or 4 neuropathy" at
7    27 percent.
8        Q.   Correct. And that's what's
9    reflected in the chart we were just looking
10   at, too, correct? I mean, it shows it right
11   here, grade 2, 3, or 4 neuropathy, and it's
12   27 percent when you include grade 2
13   neuropathy. But when you take grade 2 out,
14   it drops from 27 to 8. And for docetaxel 3
15   weeks, it drops from 16 to 4, correct?
16       A.   Correct.
17       Q.   Okay. So did you look at the
18   supplemental appendix to this study?
19       A.   I did look at that.
20       Q.   Okay. Let's look at that
21   together now for one second. This will be --
22   I've got to stop sharing. This will be
23   Exhibit 9.
24              ///

Page 127

1        (Whereupon, Reddy Exhibit
2    Number 9 was marked for
3    identification.)
4    BY MR. MICELI:
5        Q.   It's coming to you through the
6    magic of the internet. Okay. It has come
7    through.
8        MR. MICELI: Bob, how much time
9    have we been on the record in this
10   session?
11       THE VIDEOGRAPHER: So we've
12   been on for an hour and eight minutes.
13       MR. MICELI: Okay. Let's keep
14   rolling.
15       THE VIDEOGRAPHER: Plus an hour
16   and ten before.
17       MR. MICELI: Okay. So we're at
18   2:18 as it stands right now. Okay.
19       Lori, are you printing that out
20   in the room there?
21       MS. COHEN: We are, yes.
22   BY MR. MICELI:
23       Q.   Doctor, I'm going to share my
24   screen with you. Is this the Supplemental

Page 128

1    Appendix that you reviewed?
2        A.   Yes.
3        Q.   Okay. I'll let you get that in
4    front of you. I can hear it printing.
5        A.   Okay.
6        Q.   All right. Is this what you
7    reviewed?
8        A.   Yes, sir.
9        Q.   Okay. I wanted to look at this
10   for a couple of reasons.
11       If you go to page 2, which is
12   actually, I think, page 3 of what we just
13   printed out for you, the section titled
14   "Supportive Care" --
15       A.   Correct.
16       Q.   -- "and Dose Modification for
17   Toxicity."
18       A.   Mm-hmm.
19       Q.   So Supportive Care and Dose
20   Modification for Toxicity is a concern for
21   both taxanes, correct?
22       A.   Correct.
23       Q.   Okay. And if you go up about,
24   I think it's nine lines from the bottom,

Page 129

1    there's a sentence that begins with
2    "Premedication for paclitaxel."
3        A.   Yes.
4        Q.   Do you see that?
5        And if you read that sentence,
6    it goes down three lines beneath, but we're
7    only dealing with weekly paclitaxel, so when
8    we talk about premedication for weekly
9    paclitaxel you can jump down to that line
10   that says "10 milligrams prior to weekly
11   paclitaxel," correct?
12       A.   Correct.
13       Q.   Okay. So if a person gets 12
14   rounds of AC and then 12 rounds of weekly
15   paclitaxel, they would get 10 milligrams,
16   according to Sparano, the day they receive
17   their paclitaxel, correct?
18       A.   On this study, that's what they
19   did. In clinical practice, patients receive
20   20.
21       The reason that you're giving
22   that medication with paclitaxel is to prevent
23   allergic reaction or anaphylaxis --
24       Q.   Right.

Sreekanth C. Reddy, M.D.

Page 130

1    A.    -- because patients can die
2    from anaphylaxis such as with Taxol --
3    Q.    Right.
4    A.    -- so what we've typically done
5    is give 20 milligrams.
6    Q.    What does the NCCN currently
7    recommend for weekly paclitaxel?
8    A.    I would have to look at that.
9    Q.    Okay.  You don't know off the
10   top of your head what they recommend?
11   A.    No.
12   Q.    Okay.  You did review
13   Dr. Bosserman's report, right?
14   A.    Correct.
15   Q.    And you saw where she cites to
16   the NCCN and UpToDate, I believe it was on
17   page 21 of her report, and she did a chart
18   and it was 8 milligrams.
19         Do you recall -- are you
20   familiar with the NCCN guideline that
21   recommends 8 milligrams, not 10 or 20?
22         MS. COHEN:  Objection to form.
23   A.    I would need to look at those,
24   look at the NCCN Guidelines and look at

Page 131

1    Bosserman's report.
2    BY MR. MICELI:
3    Q.    Okay.  I think we'll do that in
4    a bit here.
5          With regard to premedication
6    for weekly Taxol, or paclitaxel, is it also
7    recommended or suggested that if there's
8    no sign of anaphylaxis during the first two
9    to three infusions that you can stop the
10   dexamethazone, or you can hold it?
11   A.    You can consider that, but
12   there's also a risk involved with that,
13   because you'll have patients that receive
14   Taxol the first few times and do well and can
15   have a Taxol reaction later on.
16   Q.    Sure.  I'm just wondering if
17   you're familiar with recommendations that
18   after the first two or three infusions, if
19   you don't see one, it's acceptable?
20   A.    Sure.  People do that.
21   Q.    You can what?
22   A.    People do that.
23   Q.    Okay.  That's known in the
24   oncology community, that that practice is

Page 132

1    followed, correct?
2    A.    Some people do that, yeah.
3    Q.    Okay.  And if you go down -- or
4    just across the line on that page 2 of
5    Exhibit 9, it says, "Premedication for
6    docetaxel included oral dexamethazone 8
7    milligrams twice daily for 3 days beginning
8    one day prior to docetaxel infusion, and
9    for" -- well, we're not going to go to weekly
10   because that's not what we're concerned with.
11         So for docetaxel every three
12   weeks, for each infusion session you have
13   three days of taking 8 milligrams twice a
14   day, correct?
15   A.    Correct.
16   Q.    So for each session or each
17   infusion opportunity with docetaxel, the
18   patient receives 48 milligrams of
19   dexamethazone, right?
20   A.    Could you repeat that?
21   Q.    Sure.  Let's just go through it
22   this way.
23         Eight times two is 16, that's
24   what they get each day, correct?

Page 133

1    A.    Right.
2    Q.    And then 16 times three is 48.
3    So they get 48 milligrams of dexamethazone
4    for each infusion that they receive of
5    Taxotere, right?
6    A.    They get 48 milligrams of oral
7    dexamethazone.
8    Q.    Right.  48 milligrams is
9    48 milligrams, correct?
10   A.    Right.
11   Q.    Right.
12         And so if you compare how much
13   the total load of dexamethazone is in a
14   person that receives six infusions of TAC,
15   you come to 288 total milligrams over an
16   18-week period, correct?
17   A.    Correct.
18   Q.    Okay.  And if a person receives
19   their dexamethazone before each of the 12
20   infusions of AC-Taxol, under the same
21   protocol as the Sparano trial they would
22   receive 120 milligrams of total load,
23   correct?
24         MS. COHEN:  Objection to form.

Sreekanth C. Reddy, M.D.

Page 134

1           A.     That's what they did on the
2    Sparano trial.  In our practice we actually
3    give Decadron with the AC as well.
4           Q.     Okay.  So if you add another 40
5    you're still only up to 160, right?
6           A.     It would be 20 milligrams IV
7    for the AC, so that would be 80 milligrams.
8           Q.     Okay.  You're still receiving
9    88 milligrams less than if you receive the
10   TAC regimen, correct?
11          A.     If you did things exactly the
12   way they did on the Sparano trial.  There's
13   variability in what people do on that.
14          Q.     Sure.
15          But you state at paragraph 14
16   of your report that -- the last sentence of
17   the paragraph that's directly above "Hair
18   Loss Associated With Chemotherapy" where
19   you're talking about when an oncologist
20   concludes the patient is better suited for
21   AC-Taxol, you go through the risk of
22   cardiotoxicity, nausea, hemorrhagic cystitis,
23   diarrhea, constipation --
24          A.     Right.

Page 135

1           Q.     -- discuss some other things,
2    and then the last sentence, you say, "As a
3    result, the patient will have more total
4    infusion sessions and be on chemotherapy for
5    a longer duration, with higher doses of
6    corticosteroids, all of which can have
7    quality of life impacts."
8           That's what your last sentence
9    there says, right?
10          A.     That's what it says based on
11   what we do in our practice.
12          Q.     Right.
13          But what we just went over with
14   regard to corticosteroid infusions, if we
15   follow the Sparano protocol, or if we follow
16   the NCCN Guidelines, and that's assuming that
17   Dr. Bosserman is correct in her chart at
18   page 21 of her report, or if we follow the
19   higher dose that you describe you use in your
20   practice, regardless of which we choose to
21   follow, you still get less of a load of
22   dexamethazone with corticosteroid that you
23   were referring to, correct?
24          MS. COHEN:  Objection to form

Page 136

1    of that question.
2           A.     In our practice if you looked
3    at this -- in my practice we looked at two
4    regimens, you get more steroids with AC
5    followed by weekly Taxol, or Taxol followed
6    by AC, which is more commonly used.
7    BY MR. MICELI:
8           Q.     In your practice, that's what
9    you do.  But in the only published literature
10   comparing Taxol -- a Taxol regimen to a
11   docetaxel regimen in the adjuvant setting,
12   the total load of antibiotic -- or excuse me,
13   total load of corticosteroid is much greater
14   with the TAC regimen, correct?
15          MS. COHEN:  Objection to form.
16          A.     What I speak to in my report is
17   what I have typically seen as far as
18   corticosteroid dosing.  The concern is you
19   get more steroids in how we practice in those
20   patients for the toxicity involved in that,
21   along with all these other toxicities that
22   were mentioned here with Taxol.
23          So looking at the statement as
24   a whole, more toxicity, potentially more

Page 137

1    corticosteroid toxicity based on how we give
2    the drug.
3    BY MR. MICELI:
4           Q.     When you say "based on how we
5    give the drug," you're talking about how you
6    give it in your practice, correct?
7           MS. COHEN:  Objection to form.
8    BY MR. MICELI:
9           Q.     Is that what you're referring
10   to, Doctor?
11          A.     Correct.
12          Q.     Okay.  You don't know, you said
13   you would have to look to see what the NCCN
14   recommends for corticosteroid premedication,
15   correct?
16          A.     Correct.
17          Q.     Okay.  And what we do know is
18   that the one published peer-reviewed journal
19   article that compares a docetaxel to a Taxol
20   regimen, the practice followed results in the
21   TAC patients receiving much more
22   corticosteroid infusion, or corticosteroid
23   period, than the AC-Taxol arm?
24          MS. COHEN:  Objection to form.

Sreekanth C. Reddy, M.D.

Page 138

1       A.    Based on the way it was given
2   in the Sparano trial, there would be more
3   corticosteroids.
4   BY MR. MICELI:
5       Q.    Okay.  Let me ask you this.  We
6   have the Sparano article, we have the NCCN
7   Guidelines that you don't recall as we sit
8   here today so we'll have to put those in
9   front of you, and we have your clinical
10  practice.
11          Other than those three examples
12  that we've discussed, what other sources
13  would you look to for recommended dosing of
14  premedication corticosteroids?
15      A.    We adjust those based on what
16  happens in our practice and a variety of
17  trials where those medications are used in
18  our clinical practice.
19      Q.    I understand that you adjust in
20  your clinical practice.  What I'm trying --
21  excuse me?
22      A.    We use the NCCN Guidelines and
23  the clinical trial data, the framework, and
24  make adjustments based on what we see in

Page 139

1   clinical practice --
2       Q.    Okay.
3       A.    -- to try to reach the
4   toxicity.
5       Q.    Okay.  But aside from -- I
6   understand you make determinations based upon
7   the evidence you have in front of you for
8   your clinical practice.  But aside from the
9   Sparano article and the NCCN Guidelines,
10  where else would you look for your evidence
11  on what is the appropriate dose of
12  corticosteroids for patients being treated in
13  the adjuvant setting for early stage breast
14  cancer?
15      A.    We would talk to the clinical
16  liaison for the pharmaceutical companies, we
17  would look at other clinical trials where
18  these drugs were used.
19      Q.    Okay.
20      A.    There's a variety of sources
21  that you use, and then you adjust that based
22  on what you're seeing in your practice.
23      Q.    Very good.
24          Let's turn to page 10 of

Page 140

1   Exhibit 9, the Supplemental Appendix.
2          MS. COHEN:  Should we -- is
3   this a good time for a break, Dave?  I
4   can't remember what your last metric
5   was.
6          MR. MICELI:  I think -- let me
7   finish this document and then we'll
8   take a break.
9          MS. COHEN:  All right.
10      A.    This is number 9, the
11  Supplementary Appendix?
12  BY MR. MICELI:
13      Q.    Yes, the supplemental appendix.
14          And we'll recall in the article
15  we went over that we read a paragraph -- part
16  of a paragraph that said that the toxicities
17  were in Table 2 and in the supplemental Table
18  2 of Supplemental Appendix.
19          And so have you reviewed this
20  Supplemental Appendix prior to forming your
21  opinions in this case?
22      A.    This is something I looked at.
23      Q.    Okay.  And you have, if you
24  look at it, it's P3, P1, D3, D1.  Can we

Page 141

1   agree that this is paclitaxel three weeks,
2   paclitaxel weekly, docetaxel every three
3   weeks, or docetaxel weekly?
4       A.    Correct.
5       Q.    Then what it has is the 2, 3
6   and 4 to delineate the grade under the NCI
7   common toxicity criteria for adverse events,
8   correct?
9       A.    Correct.
10      Q.    Okay.  So what we want to keep
11  in mind are those two center columns of
12  numbers.
13          And then if we go to page 12,
14  okay, you go a little bit more than halfway
15  down the page there is a line item for
16  "Febrile neutropenia," correct?
17      A.    Correct.
18      Q.    Okay.  If we remember that
19  within the second and third columns, first,
20  second, and third items in there are grade 2,
21  grade 3, and grade 4.  For paclitaxel weekly,
22  there's only one febrile neutropenia in the
23  2, 3, 4 category and it falls in the grade 3,
24  correct?

Sreekanth C. Reddy, M.D.

Page 142

1      A.    Correct.
2      Q.    Okay.  If you look at the next
3  column over in the three going across, for
4  febrile neutropenia for docetaxel every three
5  weeks, you have 0, 14 percent of patients in
6  grade 3, and 2 patients in grade 4 -- or 2
7  percent of patients in grade 4, correct?
8      A.    Correct.
9      Q.    Okay.  So, and grade 4 -- well,
10  do you recall what grade 4 means in the
11  common toxicity criteria from NCI?
12      A.    I wouldn't be able to quote
13  that.
14      Q.    Okay.
15      A.    Certainly if there is --
16      Q.    We may be doing that one after
17  lunch, but let's flip the page and look at
18  neurosensory at page 13.  About in the same
19  location of the page there's a line item for
20  "Neuropathy-sensory."
21            Do you see that?
22      A.    Yes.
23      Q.    Okay.  And in this, in the
24  second column of numbers going across, there

Page 143

1  are 16 percent of patients with type 2 -- or
2  grade 2 sensory neuropathy, 5 percent with
3  grade 3, and less than one half of 1 percent
4  with grade 4, correct?
5      A.    Correct.
6      Q.    Okay.  And so with the third
7  column under sensory neuropathy, which is
8  docetaxel every three weeks, you have 10
9  percent of patients in grade 2, 3 percent of
10  patients in grade 3, and no -- and
11  zero percent in grade 4, correct?
12      A.    Correct.
13      Q.    And again, I would assume that
14  we would have to look at the common toxicity
15  criteria to see what is meant by those three
16  categories, correct?
17      A.    To look at them specifically,
18  yes.
19      Q.    Sure.  I think we can do that.
20            MR. MICELI:  I'll tell you
21      what.  It is now three minutes until
22      12 by my clock, and I'm going to
23      switch gears, so why don't we take
24      that break now, Lori.

Page 144

1            MS. COHEN:  Sure.  Sounds
2      great.
3            THE VIDEOGRAPHER:  The time is
4      11:58 a.m., and we're off the record.
5            (Whereupon, a recess was
6      taken.)
7            THE VIDEOGRAPHER:  The time is
8      12:10 p.m., and we're on the record.
9  BY MR. MICELI:
10      Q.    Dr. Reddy, I want to look at --
11  I may have misspoke here.  I'm going to have
12  to download something very quick.  It's going
13  to be on my time, so let's not worry too much
14  about it.  We'll take just a moment.
15            We were last talking about the
16  Supplemental Appendix to the Sparano study,
17  or the Sparano publication, and there was --
18  with neutropenia grade 3, there was 14 times
19  as much neutropenia with the Taxotere every
20  three weeks than there was with Taxol weekly,
21  correct?
22      A.    Correct, but not an issue in
23  Ms. Stewart's case.
24      Q.    Right.  And it's not an issue

Page 145

1  in Ms. Stewart's case because she --
2      A.    Her counts did well.  She
3  didn't have a problem with the counts.
4      Q.    And you're not going to offer
5  testimony that if she had used AC-Taxol
6  weekly that her counts would have been any
7  different, would you?
8            MS. COHEN:  Objection to form.
9      A.    No, there's no way I would have
10  known how her counts would have done.
11  BY MR. MICELI:
12      Q.    And with regard to neuropathy,
13  you're not going to testify that -- or is it
14  going to be your testimony that had she used
15  an AC-Taxol weekly regimen that her -- that
16  she would have suffered greater sensory
17  neuropathy?
18      A.    In my experience with Taxol in
19  the adjuvant breast cancer setting, and from
20  my reading of the subject, and from what we
21  see and what is understood in the community
22  and the practice of oncology, we see really
23  debilitating neuropathy associated with Taxol
24  that can -- for some patients can be very

37 (Pages 142 to 145)

Sreekanth C. Reddy, M.D.

Page 146

1    damaging, so it is very dangerous.
2         Q.   Well, that's -- I understand
3    that sort of statement generally about
4    debilitating neuropathy.
5         My question was, are you going
6    to testify that had Ms. Stewart used an
7    AC-Taxol -- first let me ask you this
8    question.
9         Had Ms. Stewart used an
10   AC-Taxol weekly regimen, is there any way for
11   you to testify to a reasonable degree of
12   medical certainty that she would have
13   experienced, that Ms. Stewart would have
14   experienced neuropathy?
15        MS. COHEN:  Objection to form
16   of that.
17        A.   Ms. Stewart would have been at
18   increased risk for the toxicity of neuropathy
19   associated with weekly Taxol.
20   BY MR. MICELI:
21        Q.   Okay.  She would have been at
22   risk.
23        Any person who takes -- in your
24   opinion any person who takes AC-Taxol

Page 147

1    compared to a TAC regimen would be at an
2    increased risk because you believe that the
3    science favors an increased risk for that
4    toxicity with the Taxol regimen versus a
5    docetaxel regimen, correct?
6         A.   This is what I have seen, and
7    this is what the science shows.
8         Q.   Okay.  I understand what you're
9    saying.
10        My only concern, I want to make
11   sure -- I thought I tried to ask you a yes or
12   no question, but your opinion is between
13   AC-Taxol weekly and a TAC every three-week
14   regimen, you believe that anybody who takes
15   the AC-Taxol regimen is going to have -- or
16   going to be at an increased risk for
17   neuropathy as compared to a TAC regimen,
18   correct?
19        A.   That's correct.
20        Q.   Okay.
21        A.   On the weekly Taxol is an
22   increased risk of neuropathy as compared to
23   TAC.
24        Q.   Okay.  But my question -- my

Page 148

1    next question is going to be a little bit
2    different.
3         An increased risk of a toxicity
4    is not a guarantee that somebody is going to
5    be met with that toxicity, correct?
6         MS. COHEN:  Objection to form.
7         A.   There's no guarantees on what
8    happens with patients, but part of what we
9    weigh in when we make decisions is what the
10   likelihood of something happening, and we
11   take into account our experience, account of
12   the experience of our colleagues, data that
13   we review from clinical trials and what we
14   see.  And in my experience, patients that
15   receive weekly Taxol are at increased risk
16   for significant neuropathy associated with
17   their therapy, which can be long-lasting and
18   permanent.
19   BY MR. MICELI:
20        Q.   I understand that.  I
21   understand risks.  But you don't guarantee
22   anybody is going to get it, right?
23        MS. COHEN:  Objection to form.
24        A.   I'm not sure that -- we don't

Page 149

1    provide guarantees on anything.
2    BY MR. MICELI:
3         Q.   Exactly.  Okay.  But if we look
4    back at Exhibit 9.  Are you there with me?
5         A.   I am, yes.
6         Q.   Okay.  At page 13 under
7    neurosensory, the highest -- or in the
8    category 3, common toxicity criteria grade 3,
9    you have 5 percent of patients in the weekly
10   paclitaxel arm and 3 percent of patients in
11   the docetaxel every three week arm
12   experiencing grade 3 neurosensory, correct --
13   neurosensory toxicity?
14        A.   That's what it reads.
15        Q.   Right.
16        And in grade 4 you have less
17   than one half of 1 percent in the weekly
18   paclitaxel as opposed to zero in the
19   docetaxel every three weeks, correct?
20        A.   Correct.
21        Q.   Okay.  So other than this
22   randomized controlled trial data, what other
23   randomized controlled trial data do you refer
24   to for the proposition that there is an

38 (Pages 146 to 149)

Sreekanth C. Reddy, M.D.

## Page 150

1   increased risk of neurosensory toxicity with
2   AC-Taxol weekly versus docetaxel every three
3   weeks?
4           MS. COHEN: Objection to form
5   as asked.
6           But you may answer.
7       A.   There are multiple trials,
8   perhaps not randomized, that document the
9   neurotoxicity associated with both of these
10  drugs.
11          You really need to -- you're
12  focusing on one trial that doesn't even apply
13  to the medications that this patient
14  received. She got the TAC regimen. There's
15  no TAC in the Sparano trial. And you really
16  need to look at the experience of treating
17  these patients, the use of these medications
18  not only in breast cancer but in other
19  disease processes in understanding what's the
20  effect to these patients.
21          You can't just say in this
22  trial, which doesn't apply to what she had
23  received, she wasn't offered Taxotere,
24  docetaxel, sequentially with AC, she received

## Page 151

1   TAC immunotherapy. So I don't know that it
2   applies, but the statement is that Taxol is
3   associated with a significantly increased
4   risk of neurotoxicity, particularly sensory
5   and motor neuropathy.
6   BY MR. MICELI:
7       Q.   Okay. Do you set out -- I
8   apologize.
9           Do you set out in your report
10  an explanation of where a statistically
11  significant increased risk of neuropathy is
12  established with Taxol regimens versus
13  Taxotere regimens in a randomized setting?
14      A.   I do not.
15      Q.   Do you provide a review of
16  observational studies and set out a causal
17  analysis by way of a Bradford Hill analysis
18  or some other causal methodology to set out
19  the increased risk, statistically significant
20  increased risk of debilitating neuropathy
21  with Taxol versus Taxotere, or are you
22  relying on your clinical experience only?
23          MS. COHEN: Objection to form.
24  Go ahead.

## Page 152

1       A.   I am relying on 20 years of --
2   20-plus years of seeing oncology patients,
3   using both Taxol and Taxotere on hundreds, if
4   not thousands, of patients, and the clinical
5   data that's available out there, the toxicity
6   reports from numerous clinical trials clearly
7   state that Taxol shows increased risk of
8   debilitating neuropathy long-term in patients
9   that are treated with it.
10          So looking at one trial is not
11  going to give you the full picture. There's
12  no one thing that's going to give you the
13  full picture on this. It's a known fact that
14  -- in the community of oncologists we know
15  that Taxol has higher risk for causing
16  neuropathy that can be severe and can be
17  debilitating and difficult for patients
18  long-term.
19  BY MR. MICELI:
20      Q.   But you're not saying that
21  neuropathy of the debilitating type and that
22  can be long-term do not happen with Taxotere,
23  do you?
24      A.   You can see neuropathy

## Page 153

1   associated with docetaxel therapy, but we
2   know from what we see and what we have
3   learned in the community of oncologists and
4   from data that's published that Taxol clearly
5   is more neuropathic.
6       Q.   Okay. In your report you do
7   not set out any methodology to quantify the
8   greater increased risk with Taxol than with
9   Taxotere, correct?
10      A.   I did not go through a Bradford
11  Hill analysis. It's just what we know.
12      Q.   But you didn't -- even with,
13  quote, what we know, end quote, you did not
14  set out any means of a quantified comparison
15  of how much greater a risk has been
16  demonstrated for neuropathy, sensory
17  neuropathy, with Taxotere regimens versus
18  docetaxel regimens in the adjuvant setting of
19  early stage breast cancer, or otherwise,
20  correct?
21          MS. COHEN: Objection to form.
22      A.   No.
23  BY MR. MICELI:
24      Q.   Okay. It's just the comment of

39 (Pages 150 to 153)

Sreekanth C. Reddy, M.D.

| | |
|---|---|
| Page 154 | Page 156 |

Page 154

1    the known recognition in your opinion -- or
2    in your statement that Taxol is worse and
3    demonstrates more, correct?
4         MS. COHEN: Objection to form.
5         A.   There is data that's out there
6    that shows that Taxol causes severe
7    neuropathy.
8    BY MR. MICELI:
9         Q.   Sure. I understand that. It's
10   out there, it's just not in your report
11   specifically, correct?
12        MS. COHEN: Objection to form.
13        A.   Correct.
14   BY MR. MICELI:
15        Q.   Okay. I'm going to -- I've got
16   to do this first. We are up to Exhibit 10.
17        (Whereupon, Reddy Exhibit
18        Number 10 was marked for
19        identification.)
20        MR. MICELI: How do I do this
21   now that I've got a full screen over
22   here. Apparently I'm going to have to
23   find a different route.
24        I'm going to mark as Exhibit 10

Page 156

1         MR. MICELI: He's trying to
2    throw me for a loop. Not hard to do.
3         MS. COHEN: All right.
4         MR. HOLDEN: Is there a date on
5    here? June 8, 2020?
6         MS. COHEN: Yes. Okay.
7         MR. MICELI: Yes.
8    BY MR. MICELI:
9         Q.   Okay. Doctor, if you could go
10   to page 21 with me.
11        MS. COHEN: This is Exhibit 10
12   now?
13        MR. MICELI: Exhibit 10, yes.
14   BY MR. MICELI:
15        Q.   Are you there with me, Doctor?
16   If you actually -- there's some text that
17   starts on page 20 that is titled "Anaphylaxis
18   Risk and Need for Steroid Premedication."
19        A.   Right.
20        Q.   Dr. Bosserman said, "Because of
21   significant risks of symptomatic and
22   potentially life-threatening anaphylactic
23   reactions, it is standard to premedicate
24   patients with oral or intravenous (IV)

Page 155

1    Dr. Bosserman's report, and go to
2    page -- we'll wait until it downloads
3    over there.
4         Do you have this in hard copy
5    there, Lori, or are you going to have
6    to print?
7         MS. COHEN: Which one is it
8    again?
9         MR. MICELI: Bosserman's
10   report.
11        MS. COHEN: I think we do. I'm
12   sure we can pull it out.
13        MR. MICELI: I was going to
14   say, if we have to print that one, I
15   want to go off the record. I don't
16   mind printing six or seven pages.
17   BY MR. MICELI:
18        Q.   Doctor, do you have --
19   June 8th, 2020, is that what you have,
20   Doctor?
21        MS. COHEN: You gave me
22   Feigal's. My assistant named Evan is
23   handing the wrong documents. I don't
24   understand.

Page 157

1    steroids. The total dosing of steroids
2    differs, however for docetaxel every 2 or 3
3    weeks and paclitaxel every 2 or 3 weeks or
4    weekly. An example of the lower total
5    steroid dose from the weekly paclitaxel
6    versus q3 weekly docetaxel regimens based on
7    the NCCN treatment recommendations reveals,"
8    and then it's footnote 19, and she puts her
9    chart in here. If you go down to 19, it's
10   the "UpToDate: Infusion reactions to systemic
11   chemotherapy."
12        And my question is, did you
13   go -- when you reviewed her chart or her
14   report, did you go and try to validate
15   whether or not she was accurate,
16   Dr. Bosserman was accurate in what she
17   reported here?
18        A.   No.
19        Q.   Okay. So if she cited to the
20   UpToDate, and she states that it is based on
21   NCCN treatment recommendations, includes this
22   chart, you either -- well, you didn't go
23   behind her and make sure that her source was
24   correct, right?

Sreekanth C. Reddy, M.D.

Page 158

1    A.   No, that's not what I was
2  tasked to do.
3    Q.   Right.
4         But you do mention some things
5  in Dr. Bosserman's -- in your report you
6  mention some things in Dr. Bosserman's report
7  that you either agree or disagree with,
8  correct?
9    A.   Correct.
10    Q.   Okay.  But this is not one of
11  those things that you went back and checked
12  to either agree or disagree, right?
13    A.   I know what we do in our
14  practice and what the community of
15  oncologists that I've seen use for steroid
16  prophylaxis for these patients with those
17  regimens.
18    Q.   Okay.  But you did not -- my
19  question simply was, you didn't go back and
20  check to see if this is, in fact, the NCCN
21  treatment recommendations, correct?
22         MS. COHEN:  Objection to form.
23    A.   No.
24         ///

Page 159

1  BY MR. MICELI:
2    Q.   Okay.  And similarly, where she
3  states below the chart there that "Studies
4  show doses can be decreased by 2 milligrams
5  per week after the 3rd or 4th week after
6  infusion reactions and then discontinued,"
7  and she cites to the Verger, and I'm not even
8  going to try to pronounce the name at
9  reference 21, but would it be fair to say you
10  didn't go and check those references to make
11  sure she was properly supporting what she
12  says here?
13    A.   No.  What I can tell you is
14  that you can do all these things, and then
15  when you see a patient that has an
16  anaphylactic reaction and ends up intubated
17  in the ICU because they dropped their
18  pressure and got very sick, then -- you know,
19  you don't always follow what you're seeing on
20  these small studies.  You have to take the
21  safest approach with these patients.  People
22  get very sick, I think that's the important
23  thing to remember here.
24         The point is that what we're

Page 160

1  seeing is that you need to be very careful
2  with these patients, that steroids have
3  toxicity, the Taxol causes neuropathy.
4    Q.   Do you know where Dr. Bosserman
5  practices medicine?
6         MS. COHEN:  Objection to form.
7    A.   I do not.  I think I saw that
8  she was maybe in California.
9  BY MR. MICELI:
10    Q.   Right.
11         Are you familiar with the City
12  of Hope Cancer Center?
13    A.   In -- yes.
14    Q.   Okay.  And are you aware that
15  it is one of the 30 NCCN panel centers of --
16  comprehensive cancer centers that makes
17  recommendations for the NCCN Guidelines?
18         MS. COHEN:  Objection to form.
19    A.   I would imagine that they would
20  be, yes.
21  BY MR. MICELI:
22    Q.   Okay.  You'll have to pardon
23  me, I'm jumping around a bit here because I
24  think we've covered some things that I don't

Page 161

1  need to cover.  I apologize, Doctor, I lost a
2  little bit of where -- I need to go to
3  page 14 with -- I apologize.
4         MS. COHEN:  Dave, are you
5  looking at Bosserman's report or
6  Dr. Reddy's?
7         MR. MICELI:  I'm looking at
8  Dr. Reddy's.  We can set
9  Dr. Bosserman's aside.  I apologize.
10         MS. COHEN:  No, no, no.  My
11  fault.
12  BY MR. MICELI:
13    Q.   Now, at page 14, the same
14  paragraph where we were looking at the issue
15  concerning corticosteroids, just above that,
16  in talking about AC or counseling a patient
17  on AC-Taxol, you state that, "The oncologist
18  should also explain that Taxol (paclitaxel)
19  carries risks of neuropathy, cardiotoxicity,
20  hemorrhagic cystitis, nausea, diarrhea, and
21  constipation," correct?
22    A.   Correct.
23    Q.   Okay.  Concerning Taxol's
24  ability to contribute to cardiotoxicity, what

41 (Pages 158 to 161)

Sreekanth C. Reddy, M.D.

Page 162

1    do you refer to in your report here that
2    supports the statement that Taxol or a Taxol
3    regimen carries greater cardiotoxicity?
4        A.    There's no reference for that.
5        Q.    Okay.  Now, you do in this
6    report cite to the Willson Cochrane --
7    Willson, et al Cochrane Collaborative
8    meta-analysis of 29 taxane studies, correct?
9        A.    Correct.
10       Q.    And that is at page 26 of your
11   report in footnote 51?
12       A.    Correct.
13       Q.    And you cite that for the
14   proposition that -- I have to find it for
15   us -- that "Taxanes in combination with
16   anthracyclines have been shown to improve
17   survival rates over regimens not containing
18   that combination," correct?
19       A.    Correct.
20       Q.    Now, I'm going to put the
21   Willson -- I'm going to mark the Willson, et
22   al Cochrane meta-analysis for us as
23   Exhibit 11 and share it with you.
24              ///

Page 163

1              (Whereupon, Reddy Exhibit
2        Number 11 was marked for
3        identification.)
4              MR. MICELI:  Lori, if you have
5        that.  I know this is a rather large
6        document.
7              MS. COHEN:  If we have it, it
8        would have been in his report.
9              MR. HOLDEN:  Reference 51.
10   BY MR. MICELI:
11       Q.    Do you have that in front of
12   you?
13       A.    Yes.
14       Q.    Okay.  I want to make sure that
15   I have mine in front of me as well.
16             The Cochrane Collaborative
17   is meta-analysis -- the Willson, et al
18   Cochrane meta-analysis is for taxanes
19   generally, correct?
20       A.    Correct.
21       Q.    Okay.  I just want to make sure
22   we're looking at the same one, so I'm not
23   going to share my screen throughout this
24   questioning because I need to look at mine

Page 164

1    and flip through it.
2              Is this the one that you're
3    referring to, Doctor?
4        A.    That's the same one I have,
5    yes.
6        Q.    All righty.  And this was used
7    as an exhibit in, I believe, Dr. Bosserman's
8    deposition.  You can see the exhibit sticker
9    down there.  I'm going to stop sharing now.
10             Now, at footnote 51 you make
11   the statement we just referenced at page 26.
12   But Willson supports the use of
13   taxane-containing adjuvant chemotherapy
14   regimens with improvement in overall survival
15   and disease-free survival for women with
16   operable early breast cancer, correct?
17       A.    Correct.
18       Q.    It is not -- the Willson is not
19   demonstrating that docetaxel is superior to
20   Taxol, correct?
21             MS. COHEN:  Objection to form.
22       A.    The intent of the Willson
23   article was to show that taxanes, Taxol,
24   docetaxel, provide benefit in that population

Page 165

1    of breast cancer patients.
2    BY MR. MICELI:
3        Q.    Okay.  And that's what I wanted
4    to -- that's the point I wanted to make,
5    because what we've gone over thus far this
6    morning is that we have the PREDICT model
7    that shows the benefit of a third generation
8    chemotherapy regimen which includes both a
9    Taxol regimen and a Taxotere regimen,
10   correct?
11       A.    Correct.
12       Q.    Okay.  And now we have a
13   meta-analysis about taxanes that demonstrates
14   their benefit to patients, and again it is
15   equally applicable to Taxol as it is to
16   docetaxel, correct?
17             MS. COHEN:  Objection to the
18        form.
19       A.    What was the statement again,
20   sir?
21   BY MR. MICELI:
22       Q.    Sure.
23             The Cochrane -- Willson, et
24   al's Cochrane Collaborative meta-analysis

Sreekanth C. Reddy, M.D.

Page 166

1  supports the use of taxanes, not one
2  particular taxane, correct?
3      A.    It addresses taxanes as a
4  whole.
5      Q.    Right.  But you don't hold this
6  meta-analysis out as stating that Taxotere is
7  superior -- that TAC is superior to AC-Taxol
8  weekly, correct?
9          MS. COHEN:  Objection to form.
10     A.    This specific article,
11 basically if you look at the conclusions of
12 the article, supports the use of
13 taxane-containing adjuvant regimens with
14 improvement in overall survival and
15 disease-free survival in these patients.
16 That's what the conclusion of the
17 meta-analysis shows.
18 BY MR. MICELI:
19     Q.    Right.
20         So that is equally applicable
21 to both taxanes, correct?
22     A.    They don't make a distinction
23 in that particular article.
24     Q.    Okay.  Let's turn to page 7 of

Page 167

1  this, or it's 7 on my PDF.  Excuse me, it's
2  not 7 on my PDF, it is 7 in the article where
3  it talks about cardiotoxicity.
4         You know what?  I may have
5  misspoke.  Page 27 of the document, I
6  apologize.  Are you there with me?
7      A.    Page 27 in my copy doesn't have
8  anything on it.
9      Q.    Okay.  I'm sorry, look at
10 page 24, it's 27 of the PDF that I'm looking
11 at.  I apologize.
12     A.    Okay.  "Cardiotoxicity."
13     Q.    You come down about six lines
14 into that paragraph, it says, "When the same
15 planned dose of anthracycline was used in the
16 taxane-containing arm and in the control arm,
17 there was no difference in the risk of
18 cardiotoxicity between groups, with little
19 heterogeneity," correct?
20     A.    Correct.  What we were
21 referring -- what I was referring to in my
22 report was the combination, so if you give
23 the two drugs at the same time.
24     Q.    Okay.  So if you give it in a

Page 168

1  manner --
2      A.    It doesn't apply for sequential
3  therapy, it's combined therapy.
4      Q.    So you can't -- for that reason
5  you can't just unplug Taxotere from TAC and
6  put in Taxol, right?
7      A.    Right.
8      Q.    Okay.  And if you -- if
9  AC-Taxol weekly is utilized or used in
10 patients as it's directed in the NCCN
11 Guidelines and is recommended in the
12 paclitaxel labeling, there should not be an
13 issue of additional cardiotoxicity, is that a
14 fair statement?
15         MS. COHEN:  Objection to form.
16     A.    What was the statement again?
17 Which drug?
18 BY MR. MICELI:
19     Q.    Sure.
20         You had mentioned that your
21 statement in your report about increased
22 cardiotoxicity was relating to when Taxol, or
23 paclitaxel, and anthracyclines are used
24 together, right?

Page 169

1      A.    In combination as opposed to
2  sequentially.
3      Q.    Right.
4         And so an AC-Taxol regimen is a
5  sequential regimen, correct?
6      A.    It's a sequential regimen,
7  right.
8      Q.    So if AC-Taxol weekly is
9  administered according to the NCCN Guidelines
10 and the product labeling for approved usage,
11 then the sequential administration should not
12 result in increased cardiotoxicity, correct?
13     A.    No.
14     Q.    Meaning we agree with that, or
15 you agree with my statement?
16     A.    I agree with that, yes.
17     Q.    Okay.  So just generally
18 speaking, Taxol standing alone is not more
19 cardiotoxic than docetaxel in your opinion?
20         MS. COHEN:  Objection to form.
21     A.    Right.  My statement is that
22 you cannot -- you have an increased risk of
23 cardiotoxicity when you combine adriamycin
24 and Taxol in combination.

43 (Pages 166 to 169)

Sreekanth C. Reddy, M.D.

Page 170

1    BY MR. MICELI:
2        Q.   Okay.  All right.  I know I'm
3    jumping around a little bit here, Doctor, but
4    I want to go back to page 11 of your report.
5            MS. COHEN:  Can I see that
6        article?
7            MR. MICELI:  I hope you have
8        some time, it's a long one.
9            MS. COHEN:  Speed-reading.
10   BY MR. MICELI:
11       Q.   Under "Counseling Breast Cancer
12   Patients," I want to look at that second
13   paragraph.  You say, "Prior to selecting a
14   course of treatment, treatment planning for
15   breast cancer patients may include additional
16   imaging...such as mammograms, breast MRI, CT
17   scans, PET scans, and/or a brain MRI,"
18   correct?
19       A.   Correct.
20       Q.   Now, a brain MRI would not be
21   one you do for breast cancer, is it?
22       A.   You can do that, yeah.
23       Q.   What is the purpose of doing a
24   brain MRI for breast cancer?

Page 171

1        A.   Breast cancer can metastasize
2    to the brain.
3        Q.   Okay.  So if you can -- if a
4    biopsy has been done and you can tell that
5    the cancer has spread, you would want to look
6    elsewhere in the body?
7        A.   You wouldn't be able to tell
8    whether the cancer has spread based on the
9    biopsy.  It's the clinical signs and
10   symptoms, examining the patient.
11       Q.   Okay.
12       A.   The degree of -- a suspicion
13   that the disease may have spread to the
14   brain.
15       Q.   Okay.  And then continuing in
16   that paragraph you talk about getting
17   immunohistochemical staining, FISH testing,
18   and testing for ER/PR status, HER2-positive
19   or negative status, Ki67 score, etcetera,
20   correct?
21       A.   Correct.
22       Q.   Now, all of these are position
23   roles in gathering information for assessing
24   the severity and nature of the cancer,

Page 172

1    correct?
2        A.   Correct.
3        Q.   Okay.  And then in that third
4    paragraph you say, "Once the oncologist has
5    obtained all of the information...he or she
6    will formulate treatment recommendations
7    based on the pathology of the patient's
8    disease, the risk of recurrence, the
9    patient's medical history and information
10   obtained during a comprehensive physical exam
11   and any additional imaging ordered, and on
12   the histology and biologic expression of the
13   patient's tumor," right?
14       A.   Right.
15       Q.   Okay.  Again, that's all
16   oncologist activity, gathering information
17   and putting together a treatment plan, right?
18       A.   Correct.
19       Q.   Okay.  Then your next
20   paragraph, you say, "The oncologist must
21   first assess whether the patient may benefit
22   from neoadjuvant or adjuvant chemotherapy,
23   endocrine therapy, and/or HER2-neu targeted
24   therapies," correct?

Page 173

1        A.   Correct.
2        Q.   Again, that is all oncologist
3    activity, assessing and determining potential
4    options, right?
5        A.   Yeah.  We work in combination
6    with the surgeons to make the decisions.
7        Q.   Sure.
8            But it's all -- I guess what
9    I'm trying to get here is you have a section
10   titled "Counseling Cancer Patients, Initial
11   Consultations," and you discuss all of what
12   you do as an oncologist to gather
13   information, right?
14       A.   Right.
15       Q.   Okay.  And then you continue on
16   to the next page with this continuing
17   paragraph where you discuss NCI -- or NCCN
18   Guidelines serving as a framework for
19   decision-making, "but the ultimate
20   recommendations are heavily influenced by the
21   patient's individual characteristics, their
22   perspective on their disease, their
23   preferences for breast-conservation, where
24   possible, and their concerns about side

44  (Pages 170 to 173)

Sreekanth C. Reddy, M.D.

Page 174

1  effects and recurrence risk," right?
2      A.   Correct.
3      Q.   Now, you talk about patient
4  preferences there in that one sentence, but
5  you do it in the context of how you as a
6  doctor formulate decisions based on NCC
7  Guidelines, right -- or NCCN Guideline,
8  correct?
9      A.   We use the guidelines, we use
10 published research, we use our experience, we
11 use kind of community standards of practice.
12 We use multiple things in making this
13 decision.  We use the patient
14 characteristics.
15     Q.   Right.
16          And my point is, could you go
17 back, you just mentioned sort of the next
18 sentence of the guidelines that in addition
19 to the guidelines the oncologist has to rely
20 upon their experience, and you go through
21 basically the same list you stated earlier in
22 this report, "experiences of patients he or
23 she has already treated with the contemplated
24 regimens, discussions they have attended a

Page 175

1  professional society meetings, medical
2  journal publications that may not have been
3  considered by the NCCN, and discussions with
4  their faculty's tumor boards, online
5  resources like UpToDate, and the package
6  inserts and other information for the
7  prospective medications," right?
8      A.   Right.
9      Q.   Now, you told me what UpToDate
10 was.  Do you regularly use that resource?
11     A.   It's something that I do refer
12 to just to see if there's anything new that
13 has been added --
14     Q.   Okay.
15     A.   -- and re-educate myself on
16 recommendations.
17     Q.   Okay.  Do you use that more or
18 less or about the same as you would the NCCN
19 Guidelines for guidance in your practice?
20     A.   I would say that I use them in
21 combination.  I don't know that I can give
22 you a -- you know, you're using -- to help
23 you understand, you seem to be kind of
24 focusing on do you use this or this or this.

Page 176

1          When we make decisions as
2  physicians we're taking into account a
3  massive amount of information that we've
4  gathered over time from various resources in
5  putting together a decision process.  We
6  don't treat based on one thing, or we don't
7  treat based on the NCCN Guidelines, we don't
8  treat based on the latest clinical trial.
9  We're putting a lot of things together in
10 order to help make these decisions.
11     Q.   Right.  Every decision is
12 riding on the wave of everything that you've
13 done before that, right?
14     A.   Right.
15     Q.   But part of what has been --
16 let me -- you started practicing 20 years
17 ago?  I mean, you came out of your residency
18 20 years ago?
19     A.   Came out of residency 20 years
20 ago, started seeing patients 23 years ago, so
21 I've been seeing breast cancer patients for
22 23 years in some level.
23     Q.   Right.  And at some level.
24 Currently you say it's about 20 percent of

Page 177

1  your practice, right?
2      A.   Right.
3      Q.   And has the NCCN Guidelines,
4  have they been around that entire time?
5      A.   They have been around in some
6  form, I think, the entire time, yeah.
7      Q.   Okay.  So NCCN treatment
8  guidelines have been a resource for you the
9  entirety of your medical practicing career,
10 correct?
11     A.   From what I remember, yes.  I
12 think they were less available and less
13 accessible.  I don't remember when the NCCN
14 Guidelines first came out.  But it's been
15 something that's been at least over the past
16 15, 20 years.
17     Q.   Okay.  And then how long have
18 you been -- I don't want to say relying upon,
19 but how long have you been consulting from
20 time to time with the UpToDate online
21 resource?
22     A.   Again, I don't remember when
23 UpToDate came out.  I think it was initially
24 out when I was a fellow.  And again, I don't

45 (Pages 174 to 177)

Sreekanth C. Reddy, M.D.

Page 178

1    remember the exact dates, but it's become
2    increasingly rigorous over time as more
3    people have used it so they have had more
4    resources to add.
5         Q.    Okay.
6         A.    It's something that I've used
7    over time.
8         Q.    Okay.  Have you -- what type of
9    information do you consult UpToDate for?
10        A.    All types.
11        Q.    Okay.  Efficacy of meds or
12   regimens?
13        A.    Efficacy, options, toxicity.
14             MR. MICELI:  Okay.  We're up to
15   Exhibit 12.
16             (Whereupon, Reddy Exhibit
17        Number 12 was marked for
18        identification.)
19   BY MR. MICELI:
20        Q.    I'm going to share with you in
21   the chat box, there's the UpToDate "Alopecia
22   related to systemic cancer therapy," and I
23   will share my screen with you.
24             MS. COHEN:  I think we'll print

Page 179

1    that.
2             MR. MICELI:  It's on his
3    reliance list, so you may have it
4    already.
5             MS. COHEN:  Sorry.  Do we have
6    that?  I'm going to print it out.
7    We'll get it printed.
8             MR. MICELI:  Are you printing
9    it out, Lori?
10             MS. COHEN:  Yes, we are.
11             MR. MICELI:  I don't want to
12   leave where I am, but I don't want to
13   wait -- I don't want to use my time to
14   print 37 pages, so can we go off the
15   record and just sit here and then go
16   back on?
17             MS. COHEN:  That's okay.  We're
18   happy also if you want to give us at
19   lunch anything else you want us to
20   print.
21             THE VIDEOGRAPHER:  The time is
22   12:55 p.m., and we're off the record.
23        (Pause.)
24             THE VIDEOGRAPHER:  The time is

Page 180

1         12:57 p.m., and we're on the record.
2    BY MR. MICELI:
3         Q.    Doctor, this is Exhibit
4    Number 12.  Have you reviewed this before?
5         A.    I have looked at this, yes.
6         Q.    Okay.  When was the first time
7    you looked at it?
8         A.    Probably I've looked at it over
9    the years several times, and certainly I
10   looked at it when I was approached to be an
11   expert in this specific case.  That would
12   have been in March.
13        Q.    Okay.  This copy anyhow say
14   that is this is up-to-date through May of
15   2020, so you would have seen this at the time
16   you were -- well, at some time shortly after
17   you were retained, correct?
18        A.    Correct.
19        Q.    Okay.  And the first paragraph
20   reads -- or the first sentence reads that
21   "Alopecia is a transient and usually
22   (although not always) reversible consequence
23   of systemic cancer therapy that can be
24   psychologically and socially devastating,"

Page 181

1    correct?
2         A.    Correct.
3         Q.    And do you agree with that
4    statement?
5         A.    Yes.
6         Q.    And it says, "For some
7    patients, the emotional trauma may be so
8    severe as to lead to refusing or delaying
9    treatment that might otherwise be
10   beneficial."
11             Do you agree with that
12   statement?
13             MS. COHEN:  Objection to form.
14        A.    Yes.
15   BY MR. MICELI:
16        Q.    Okay.  Now, do you think you
17   first read this for purposes of bringing
18   yourself up to speed or educating yourself to
19   give opinions in this case in March of this
20   year, or closer in time to when you gave your
21   report, or do you have any way of really
22   estimating when that was?
23        A.    There's no way that I would be
24   able to -- I mean, I read so much --

46 (Pages 178 to 181)

Sreekanth C. Reddy, M.D.

Page 182

1    Q.   Right.
2    A.   -- so many different things
3  that I can't place in my mind where this
4  would have fallen.
5    Q.   Okay.  When you say you read so
6  much, are you referring to just in general in
7  keeping up with your clinical practice and
8  with your research, and at least in this case
9  in serving as an expert witness?
10    A.   Yes.
11    Q.   Okay.  And all of what you read
12  and all of the keeping up-to-date as a
13  practitioner, who 80 percent of your clinical
14  practice relates to cancers other than breast
15  cancer, and research that is predominantly
16  focused on cancers other than breast cancer,
17  would it be fair to say that the reviewing of
18  material on a day-to-day basis relating to
19  breast cancer is no more than 20 percent of
20  your review of medical literature?
21    MS. COHEN:  Object to the form
22  of that question.
23    A.   I would step back and say that
24  while I'm not the PI on these breast cancer

Page 183

1  trials, I'm still activity participating and
2  enrolling in breast cancer trials.
3  BY MR. MICELI:
4    Q.   Okay.
5    A.   And while breast cancer may be
6  20 percent of my practice, if you actually
7  look at the literature that's published in
8  oncology, there's probably more on breast
9  cancer than, say, less common types.  I would
10  say that my reading is probably more than
11  20 percent --
12    Q.   Okay.
13    A.   -- if that's what you're
14  asking.
15    Does that help you understand
16  what you're trying to get at?
17    Q.   Yeah, I think so.
18    Even though your practice is
19  20 percent breast cancer, your review of
20  literature may be more simply because the
21  volume of literature on breast cancer may be
22  greater than other cancers?
23    A.   Right.  My interest may be
24  greater, there may be more changes in that

Page 184

1  specific disease process.
2    And I do enroll patients on
3  clinical trials for breast cancer, and follow
4  patients that have been on clinical trials,
5  and I've seen patients --
6    Q.   Okay.
7    A.   -- with breast cancer my entire
8  career.
9    Q.   If you could go to page 9 of
10  the document.  Make sure it's page 9.  The
11  first paragraph at the top of the page starts
12  "Although."
13    Do you see that?
14    A.   Right.
15    Q.   It says, "Although permanent
16  alopecia is uncommon after standard-dose
17  chemotherapy, there is now convincing
18  evidence of permanent or prolonged alopecia
19  after standard-dose chemotherapy for breast
20  cancer (particularly with docetaxel and
21  clearly related to both dose per infusion and
22  duration of exposure)," has some cites.  Then
23  it says, "There is one case series suggesting
24  cases of delayed recovery with paclitaxel,

Page 185

1  although this is uncommon with current dosing
2  schedules."
3    Did I read that correctly?
4    A.   Yes.
5    Q.   And then the next paragraph,
6  halfway through the paragraph it states, "For
7  patients with breast cancer who are receiving
8  docetaxel at doses of 75 milligrams per meter
9  squared or above per infusion, it is
10  important to advise patients about the risk
11  of prolonged or permanent alopecia.  Scalp
12  cooling may prevent permanent alopecia,
13  although the data are limited."
14    Do you see that?
15    A.   Yes.
16    Q.   Okay.  Before I ask you about
17  agreeing or disagreeing with the statements
18  in this article, do you agree that there are
19  two types of alopecia, temporary and
20  permanent?
21    MS. COHEN:  Objection to form.
22    A.   There are multiple types of
23  alopecia.
24    ///

Sreekanth C. Reddy, M.D.

Page 186

1    BY MR. MICELI:
2        Q.    Okay.  Do you recognize that
3    there are multiple types of
4    chemotherapy-induced alopecia, including
5    temporary and reversible alopecia, and
6    permanent irreversible alopecia?
7            MS. COHEN:  Objection to form.
8        A.    I don't know that there's a
9    defined temporary or permanent
10   chemotherapy-induced alopecia.  Like I said,
11   there's multiple forms of alopecia.  I don't
12   want to give names that really are not
13   described by dermatologists.
14   BY MR. MICELI:
15       Q.    Okay.  Do you recognize that
16   the medical scientific literature has
17   recognized the toxicity of permanent
18   chemotherapy-induced alopecia?
19           MS. COHEN:  Objection.  Form.
20       A.    What I recognize is that there
21   are -- there is no rigorous scientific data
22   that supports specific permanent hair loss
23   with any chemotherapy drug, that there are
24   patients that report hair loss that is

Page 187

1    permanent after treatment with chemotherapy,
2    and really that's about as much as you could
3    comment on that.
4    BY MR. MICELI:
5        Q.    Okay.  You've read literature,
6    and it's cited in your report, wherein the
7    authors of scientific literature have
8    described permanent hair loss following
9    chemotherapy?
10           MS. COHEN:  Objection to form.
11       A.    There's literature out there
12   that shows that patients report permanent
13   alopecia and have suffered from permanent
14   alopecia from chemotherapy, or who have
15   received chemotherapy, but that doesn't --
16   you know, somebody can report alopecia and
17   they may have received chemotherapy, that
18   doesn't automatically describe causality.
19   It would be as if patients who
20   have received chemotherapy develop gray hair.
21   So does that mean that the chemotherapy
22   caused the gray hair?  Well, that is not
23   causal.
24           A certain proportion of

Page 188

1    patients report alopecia over a 10-year
2    period of time, some of them may have gotten
3    chemotherapy, some of them may not have
4    gotten chemotherapy.  So really we don't
5    know.
6    BY MR. MICELI:
7        Q.    Right.
8        A.    There's no clear data to
9    support that.
10       Q.    Okay.  It's your opinion that
11   there's no data to support that permanent
12   chemotherapy-induced alopecia has been
13   causally related to docetaxel.  Is that a
14   fair statement?
15       A.    That's correct.
16       Q.    Okay.  Now, to be fair, we've
17   already gone over this earlier this morning,
18   you're not a dermatologist, correct?
19       A.    No, I'm not a dermatologist,
20   but we see hair loss in our patients that we
21   treat with chemotherapy every day, and have
22   for years.
23       Q.    Sure.  Right.  I understand.
24   And I'm not trying to minimize the fact that

Page 189

1    you see patients who receive chemotherapy and
2    who have hair loss.
3            But the discussion you had just
4    a moment ago, it sounded to me as though you
5    were describing the difference between an
6    association and a causal association.
7            Do you recognize the difference
8    between those two?
9        A.    I do.
10       Q.    Okay.  An association would be
11   as if every morning before the sun rises a
12   rooster crows and then the sun rises.  The
13   rooster crowing and the sunrise are
14   associated because they happen close in time,
15   it doesn't mean that the rooster tells the
16   sun to rise, right?
17           MS. COHEN:  Objection to form.
18       A.    I'm not sure how that --
19   BY MR. MICELI:
20       Q.    I'm trying to find an easier
21   way for perhaps a jury or a judge to
22   understand association.
23           An association is just two
24   things that happen that may not be causally

48  (Pages 186 to 189)

Sreekanth C. Reddy, M.D.

Page 190

1    related, right?
2         A.    Correct.
3              MS. COHEN:  Objection to form.
4    BY MR. MICELI:
5         Q.    Okay.  In order to make a
6    causal inference, or to determine causation
7    generally or specifically, you have to do
8    more than just show two events happened in a
9    sequence of time, correct?
10             MS. COHEN:  Objection.  Form.
11        A.    Correct.
12   BY MR. MICELI:
13        Q.    And you are familiar with
14   clinical trials, correct?
15        A.    Right.
16        Q.    And clinical trials, if they're
17   randomized and controlled, sometimes double
18   blinded, what we do is you control as much as
19   possible, and have two groups randomized that
20   if by chance, by a flip of a coin you go to
21   one group or the other, are as matched as
22   possible, and then you provide different
23   treatments, and you assess the different
24   outcomes, correct?

Page 191

1              MS. COHEN:  Objection to form.
2         A.    Correct.
3    BY MR. MICELI:
4         Q.    And one of the ways you
5    randomize and -- one of the ways you can
6    randomize and control a clinical study is to
7    make sure you give patients in Group A and
8    Group B as much as possible the same exact
9    medications, only changing one so that you
10   can focus your attention on the difference
11   between a single event or a single input
12   difference between Group A and Group B, is
13   that fair?
14             MS. COHEN:  I'm going to object
15        to form on that.
16        A.    That's a standard practice in
17   clinical trials, correct.
18   BY MR. MICELI:
19        Q.    Sure.  Let's look back at
20   Exhibit 7, which is the excerpt from the
21   TAX 316 protocol.
22             Are you there with me?
23        A.    I think you're actually
24   referring to the Supplementary Appendix from

Page 192

1    9?
2         Q.    No. 7.
3         A.    The actual protocol?
4         Q.    The actual excerpts from the
5    protocol.
6              Are you there with me?
7         A.    Yes.
8         Q.    Okay.  If you go to the page 10
9    of 12 in there, which is going to be the one
10   that has 34 of 104 at the top.
11             MS. COHEN:  Again, I think you
12        said you agree these are excerpts,
13        that's not the full thing, obviously.
14             MR. MICELI:  That's correct,
15        yes.
16   BY MR. MICELI:
17        Q.    Are you there with me, Doctor?
18        A.    Yes, sir.
19        Q.    Okay.  In Section 2.5,
20   "Rationale for Going into Phase III Adjuvant
21   Setting."  I want to look to just the
22   explanation that's closer to the bottom.
23   It's the third paragraph from the bottom of
24   the page.

Page 193

1              Now, Doctor, you have reviewed
2    the publications and the clinical study
3    report concerning TAX 316, correct?
4         A.    Correct.
5         Q.    That would be the clinical
6    study report, the Mackey article, and the
7    Martin 2005 article in the New England
8    Journal of Medicine, right?
9         A.    Right.
10        Q.    Okay.  So keeping that in mind,
11   we know that the TAX 316 studied TAC versus
12   FAC, right?
13        A.    Right.
14        Q.    Okay.  The paragraph starts,
15   third from the bottom, "The advantage is also
16   that the randomized design of FAC versus TAC
17   which compare 2 different regimens with the
18   same doses of Adriamycin and cyclophosphamide
19   in both arms.  This reduces the risk of under
20   or overuse of one of these drugs in either of
21   the arms.  Simplicity of design with one
22   appropriate question is the essence of good
23   adjuvant trials."
24             Did I read that correctly?

49 (Pages 190 to 193)

Sreekanth C. Reddy, M.D.

Page 194

1    A.    Yes, you did.
2    Q.    And would you agree with that
3  statement as a clinical trialist?
4    A.    That's one of the intents when
5  we do clinical trials, yes.
6    Q.    So by giving FAC versus TAC and
7  making sure that both arms get the same dose
8  of Adriamycin and cyclophosphamide, the one
9  appropriate question that makes this the
10 essence of a good adjuvant trial is that you
11 are focusing on the substitution of Taxotere,
12 or docetaxel, for fluorouracil, correct?
13    MS. COHEN:  Objection to form.
14    A.    Yes.  Understanding that on
15 these clinical trials you have primary
16 endpoints that are --
17 BY MR. MICELI:
18    Q.    Sure.
19    A.    -- predesigned, and you have
20 secondary endpoints, understanding the
21 secondary endpoints are -- makes it --
22 secondary endpoints, it's much more
23 difficult.
24    So your primary endpoint may be

Page 195

1  survival, it may be progression-free
2  survival, and your study is powered, or
3  hopefully powered to show a difference
4  between these two regimens.
5    The problem with secondary
6  endpoints is that they're not -- your study
7  is not powered to show whether there's an
8  increased incidence of a number of different
9  factors that are followed.  And so secondary
10 endpoints are fraught with hazard as far as
11 making an inference as to what their real
12 meaning is.
13    Q.    Sure.
14    My only question was, the study
15 design of FAC versus TAC, and the simplicity
16 of this design with one appropriate question
17 being the essence of a good adjuvant trial,
18 is that you're focusing on the substitution
19 of docetaxel for fluorouracil, correct?
20    A.    You're substituting docetaxel
21 versus fluorouracil with the primary endpoint
22 being overall survival and progression-free
23 survival.
24    Q.    Correct.  And if you're going

Page 196

1  to --
2    A.    Beyond that you're not going to
3  get additional information.  You may have
4  inferences, you may have trends, who knows.
5  But the two things that you can be certain of
6  is you have those two different drugs plus
7  the AC, and your study is powered for overall
8  survival and progression-free survival.
9    Q.    Right.  Understood.
10    If you are searching for an
11 effect as a primary endpoint that you
12 anticipate to be 30 percent, say 30 to
13 35 percent, the statistical power necessary
14 to achieve that would dictate that you need
15 fewer study participants than if you were
16 searching for an event that you would expect
17 to only occur in 5 percent of the study
18 participants, correct?
19    MS. COHEN:  Objection to form.
20    A.    I understand statistics.  If
21 you have that question, I would refer you to
22 a statistical expert.
23 BY MR. MICELI:
24    Q.    Okay.  So I'll talk to the

Page 197

1  statistician about that.
2    Now, when you reviewed the
3  information on the TAX 316 study protocol,
4  did you note that both arms were provided
5  with tamoxifen with appropriate patients?
6    A.    Right.
7    Q.    Okay.  Actually at page 5 of
8  that document says -- if you look at the
9  fifth page of the compilation, I should say,
10 the page begins as --
11    A.    Page 11?
12    Q.    No, page 12 of 104.
13    Are you there with me, Doctor?
14    A.    Yes, I am.
15    Q.    Okay.  If you go down about
16 two-thirds of the way on the page -- I think
17 you may have been right.  Let's see.  11,
18 you're right, 11 of 104.  It says, "Study
19 design and dosage regimen."
20    "Both Arms.  Tamoxifen
21 20 milligrams PO daily for 5 years, starting
22 3 to 4 weeks after the last course of
23 chemotherapy for patients with positive
24 estrogen and/or progesterone receptors unless

50  (Pages 194 to 197)

Sreekanth C. Reddy, M.D.

Page 198

1   there is a contraindication for the use of
2   tamoxifen therapy."
3       I read that correctly, correct?
4       A.   Yes.
5       Q.   Okay.  So not only are the
6   study participants, or did the study
7   participants in TAX 316 receive the same dose
8   of Adriamycin and cyclophosphamide, they also
9   received the same dose of tamoxifen in
10  appropriate patients, correct?
11      A.   Correct.
12      Q.   Okay.  Have you been provided
13  with the percentage of patients in the TAC
14  arm and the FAC arm who actually received
15  tamoxifen?
16      A.   I think that data is available
17  in one of the articles that we reviewed.
18      Q.   Okay.  So when you have the A
19  and the C given in the same dose to both
20  arms, and the tamoxifen given in the same
21  dose in both arms, and assuming that the
22  percentage of persons receiving tamoxifen is
23  the same in both arms, would you agree with
24  me that A, C, and tamoxifen have been

Page 199

1   controlled for, and it allows for a proper
2   analysis of docetaxel versus fluorouracil in
3   the TAX 316 study?
4       MS. COHEN:  Objection to form.
5       A.   I think that that's termed
6   incorrect.
7           What the study is going to show
8   you, what the study is powered for is the
9   difference between a combination regimen of
10  docetaxel, Adriamycin, cytoxan versus the
11  combination regimen of 5-Fluorouracil,
12  Adriamycin and Cytoxan, followed by adjuvant
13  hormonal therapy specifically with tamoxifen
14  with respect to overall survival and
15  progression-free survival.  That's what the
16  study is for.
17  BY MR. MICELI:
18      Q.   That's what the study is for.
19  But as the study authors stated, just a
20  moment ago when we reviewed it, that the
21  simplicity of design with one appropriate
22  question is the essence of good adjuvant
23  trials, that one appropriate question is T
24  versus F, right?

Page 200

1       MS. COHEN:  Objection to form.
2       A.   Well, you know, I think that
3   the statement is that what they're studying
4   is and what -- the only thing that you are
5   going to know from this trial, you can get a
6   lot of information, but the study is designed
7   to test docetaxel, Adriamycin, Cytoxan versus
8   5-FU, Adriamycin, Cytoxan followed by
9   hormonal therapy with tamoxifen in patients
10  that are appropriate and can tolerate it, and
11  it will give you whether one subgroup had
12  better progression-free survival and whether
13  one subgroup had better overall survival.
14  BY MR. MICELI:
15      Q.   The only difference between the
16  two groups is the T and the F, though, right?
17      A.   The only two difference would
18  be the T and F, yes.
19      Q.   Okay.
20          MR. MICELI:  Okay.  I'll tell
21  you what, I'm at a natural breaking
22  point, so let's stop here for our
23  lunch break.  It's 1:20.
24          How long do we want to take, a

Page 201

1   half hour, 45 minutes?  You tell me.
2           THE VIDEOGRAPHER:  The time is
3   1:21 p.m., and we're off the record.
4           (Whereupon, a luncheon recess
5   was taken.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

51  (Pages 198 to 201)

Sreekanth C. Reddy, M.D.

Page 202

1    AFTERNOON SESSION
2
3           THE VIDEOGRAPHER:  The time is
4       2:04 p.m., and we're on the record.
5    BY MR. MICELI:
6       Q.    Dr. Reddy, we are going to
7    continue to plow through some of the aspects
8    you discussed in your report concerning what
9    you rely upon and what you formulate -- or in
10   formulating your plan for a patient.
11          We started out on page 11 and
12   12, as we've come over, and NCCN Guidelines
13   and how the oncologists in addition to those
14   has to consider the experience with his
15   patients that he's already treated, what he
16   learns attending professional society
17   meetings, medical journals, publications, and
18   we ended that with UpToDate, and that's where
19   we left off, a discussion about the UpToDate
20   document that we looked at right before the
21   break.
22          So I want to go back to that
23   list at the top of page 12 of other things
24   that you cite that you rely upon.  And the

Page 203

1    one that I want to start with is
2    presentations at professional society
3    meetings.
4           And because it's in here I have
5    to ask, did you attend any meetings sponsored
6    by Sandoz to inform you about their docetaxel
7    or its docetaxel product that augmented your
8    perception of the NCCN Guideline
9    recommendations?
10      A.    No, I did not.
11      Q.    Okay.  What information did
12   Sandoz provide you -- well, if you didn't go
13   to professional meetings, did Sandoz provide
14   you with any information that augmented your
15   perception of its docetaxel product, its
16   uses, efficacies, or toxicities that are not
17   addressed in the NCCN Guidelines and the
18   literature that supports them?
19          MS. COHEN:  Objection to the
20      form of that question.
21      A.    No.
22   BY MR. MICELI:
23      Q.    They didn't provide you with
24   anything along those lines either?

Page 204

1           MS. COHEN:  Objection to form.
2       A.    No.
3    BY MR. MICELI:
4       Q.    Okay.  Well, setting Sandoz
5    aside and what they didn't communicate to
6    you, what information did you obtain or hear
7    at professional society meetings over the
8    years that augmented your perception of the
9    NCCN Guidelines as they relate to the
10   adjuvant care of early stage breast cancer?
11          MS. COHEN:  Objection to the
12      sidebar part of that.
13      A.    As it relates to meetings and
14   publications, just information on clinical
15   trials where docetaxel was one of the
16   components in the clinical trial.
17   BY MR. MICELI:
18      Q.    Okay.  And are you referring to
19   randomized controlled trials, or are you just
20   talking about any publications?
21      A.    Any publication,
22   including randomized controlled trials.
23      Q.    I'm sorry.
24      A.    Including randomized controlled

Page 205

1    trials.
2       Q.    Okay.  You didn't cite any
3    publications or professional meetings in this
4    paragraph on page 12 sort of as examples of
5    when information was obtained through
6    publications or attending professional
7    meetings to augment your perception or
8    understanding of the efficacy or toxicity of
9    a docetaxel-containing regimen.
10          Do you recall that ever
11   happening, where you learned something that
12   you then put into practice before NCCN
13   changed its guidelines?
14      A.    So an example of sequencing, we
15   talked about this AC-Taxol regimen that we
16   used, there's MD Anderson experience, and
17   there's a publication by them, which I don't
18   have a citation of, that talks about
19   sequencing Taxol first versus AC, you're
20   actually able to have less overall toxicity
21   and more patients actually complete therapy.
22          So that's an example of --
23   there's no recommendation in the NCCN
24   Guidelines of sequencing Taxol first prior to

52 (Pages 202 to 205)

Sreekanth C. Reddy, M.D.

Page 206

1    Adriamycin-Cytoxan, but that's what many in
2    the community -- most in the community have
3    actually adopted in adjuvant therapy of
4    breast cancer.
5         Q.   Do you use at that regimen
6    where you flipped the AC and Taxol
7    sequencing?
8         A.   I do, yes.
9         Q.   Do you still use the AC first
10   and Taxol, or is it all Taxol-AC?
11        A.   When I choose that regimen I
12   typically will give Taxol first.
13        Q.   Okay.  And when did that begin?
14        A.   I think that's probably been
15   four years, four or five years.
16        Q.   Okay.  And are there any other
17   drugs, cytotoxic chemotherapy agents that are
18   utilized in that particular regimen?
19        A.   No.  That's specifically
20   referring to the Taxol-AC, AC-Taxol sequence.
21   That's an example of how the guidelines don't
22   always speak to what clinicians are doing in
23   clinical practice.
24        Q.   Okay.  Do you remember anything

Page 207

1    more about that study other than that it was
2    done at MD Anderson?
3         A.   I think that people had less
4    neutropenia, they were able to tolerate --
5    they had better control of their nausea,
6    fatigue and asthenia were better, so there
7    were multiple factors that influenced that
8    consideration for changing of the regimen
9    from NCCN Guidelines.
10        Q.   Okay.  Do you recall what
11   journal it was published in?
12        A.   No, sir, I don't.
13        Q.   Do you remember any of the
14   authors' names?
15        A.   Not off the top of my head.  I
16   think maybe Hortovagyi might have been
17   involved in that trial, but I'm not sure.
18        Q.   How do you spell that?
19        A.   H-O-R-T-O-V-A-G --
20        Q.   H-O-R-T-O-V, I'm sorry?
21        A.   -- V-A-G-Y-I.
22        Q.   Okay.  It's Hor or Cor?
23        A.   Hor, H-O-R.
24        Q.   H-O-R.

Page 208

1         Okay.  And you think this was
2    about four years ago?
3         A.   That's to the best of my
4    recollection.  That's kind of when I remember
5    we started transitioning to that.
6         Q.   Okay.  All righty.  Any others
7    other than that one?
8         A.   That's just one of several
9    times where your practice evolves despite a
10   lack of change in the guidelines.
11        Q.   Okay.  And you --
12        A.   Another example of the
13   treatment of squamous cell carcinoma -- this
14   was very recent, but there's a recent article
15   that was published in second or further lines
16   of therapy for squamous cell carcinoma of the
17   anus, where we'd been using carboplatin and
18   Taxol based on phase 2 data for squamous cell
19   carcinoma of the anus, and they just
20   published it after -- I've used that regimen
21   for many, many, many years in that study, but
22   the phase 3 trial was just recently
23   published.  So we're often doing things that
24   are ahead of phase 3 data or NCCN Guidelines.

Page 209

1         Q.   Okay.  Were either of those two
2    opportunities, either the Hortovagyi or the
3    most recent one you just mentioned there,
4    were either of those included in regimens for
5    clinical studies that you were involved in?
6         A.   I was not involved in either of
7    those clinical studies.
8         Q.   And hadn't enrolled any
9    patients in those?
10        A.   No.
11        Q.   Okay.  All right.  Now, so
12   there's one of the cancer of the anus and one
13   in breast cancer, adjuvant breast cancer
14   treatment.  Are there any others that you can
15   recall?
16        A.   There was, if you look at head
17   and neck cancer, the standard recommendation
18   was for high-dose cisplatin which was
19   considered to be very toxic and people had
20   transitioned --
21        (Zoom issue.)
22        A.   So in squamous cell carcinoma
23   of the head and neck, in combined modality
24   treatment we had been giving high-dose

Sreekanth C. Reddy, M.D.

Page 210

1    cisplatin chemotherapy, with the toxicities
2    associated with that people had been reducing
3    the dose and treating weekly with low-dose
4    cisplatin, and it took years -- we were doing
5    that years before NCCN changed their
6    recommendations on what was considered to be
7    appropriate.
8          Later on the recommendations
9    specifically for HPV 16 patients was that
10   low-dose was now considered the appropriate
11   regimen, or one of the appropriate regimens.
12   Q.    Okay.  Was that use of
13   cisplatin in lower doses, was that part of a
14   regimen included in the clinical trial that
15   you were enrolling or involved in?
16   A.    No, it was not.
17   Q.    Okay.  So we've got three
18   examples that you've provided to us, correct?
19   A.    Correct.
20   Q.    Okay.  Are any of the articles
21   that relate to what we've just discussed
22   included in your report?
23   A.    No, they're not.
24   Q.    Okay.  Do you recall who the

Page 211

1    authors were of the cancer of the anus
2    example you provided to us?
3    A.    No.
4    Q.    Okay.  Do you recall what
5    journal that was published in?
6    A.    I'm not sure off the top of my
7    head.
8    Q.    Okay.  Would you have that
9    information somewhere in your office?
10   A.    Not in my office.  I could do a
11   search for it.  I don't have anywhere to
12   print it or store it.
13   Q.    Right.  Okay.  If you had it, I
14   was going to ask you to provide it.  I'm not
15   asking to task with you new jobs that Lori
16   has to pay for.
17          With regard to the squamous
18   cell cancer of the head and neck, was that
19   treatment included in a protocol of the study
20   that you were either enrolling people in or
21   were an investigator in?
22   A.    No.
23   Q.    Okay.  And the same question
24   there, do you know what journal that was

Page 212

1    published in?
2    A.    No.
3    Q.    Do you know who the author was?
4    A.    No.
5    Q.    Okay.  And for -- I'm going to
6    ask you collectively for both the squamous
7    cell, the cancer of the anus, and the
8    reversal of the AC and T in a Taxol regimen,
9    do you recall whether or not each of those
10   was a full-length published article in a
11   peer-reviewed journal, or whether they were
12   only abstract form?
13   A.    I'm not certain.  I think that
14   they were published in journals.
15   Q.    Okay.  So just so I can go and
16   do the research, would the -- is the -- I
17   want to make sure I'm not getting confused.
18          The cancer of the anus
19   publication or study that you mentioned, is
20   that the one dealing with cisplatin?
21   A.    That's the one dealing with
22   carboplatin and Taxol.
23   Q.    Okay.  Carboplatin and Taxol.
24   So if I were to do a search for that, I would

Page 213

1    use cancer of the anus, carboplatin, Taxol.
2    Would there be any other terms you would
3    suggest I use?
4    A.    You might add squamous cell.
5    Q.    Okay.  And then for the
6    squamous cell cancer of the head and neck,
7    you said the agent there was what?
8    A.    Cisplatin.
9    Q.    Okay.  Is there any other agent
10   that was involved in that?
11   A.    It's a single agent.
12   Q.    Okay.  And so it would be
13   single agent cisplatin, squamous cell cancer
14   of the head and neck?
15   A.    Correct.
16   Q.    Anything else I should include
17   in my search?
18   A.    No, I think that probably would
19   lead you to the article.
20   Q.    Okay.  Would all three of these
21   have been within the last five years?
22   A.    Yes.
23   Q.    Okay.  That will help me.
24   A.    You might want to search a

54  (Pages 210 to 213)

Sreekanth C. Reddy, M.D.

Page 214

1    little further back for the breast cancer
2    study.
3        Q.    Okay.  Now, has your use of
4    regimens or single agent treatments that is
5    outside the CNN -- CNN, listen to me -- NCCN
6    recommendations led you to contact the NCCN
7    and recommend the addition of those
8    modalities to the guidelines?
9        A.    No.
10       Q.    Have you attended professional
11   society meetings where any of the three that
12   we have discussed, examples that you have
13   given me since we've come back from our lunch
14   break, where those topics were part of a
15   professional discussion at a society meeting?
16       MS. COHEN:  Objection to form.
17       A.    Yes, for the breast cancer.
18   Probably no for the clinical carcinoma of the
19   anus and head and neck.
20   BY MR. MICELI:
21       Q.    Would the breast cancer one
22   have been discussed at either the San Antonio
23   Breast Symposium or the Society of Clinical
24   Oncology, ASCO?

Page 215

1        A.    Possibly.  I'm not 100 percent
2    certain on that.
3        Q.    Okay.  I know you're not
4    certain on that, you're not certain it was
5    discussed at either one of those two
6    conferences?
7        A.    I'm not sure where it was
8    discussed.
9        Q.    Okay.  Do you regularly attend
10   the San Antonio Breast Cancer Symposium?
11       A.    No.
12       Q.    Okay.  Do you regularly attend
13   the ASCO conference annually?
14       A.    No.
15       Q.    What conferences do you
16   regularly attend?
17       A.    I don't regularly attend any of
18   these conferences, it's more of a sporadic.
19   Some years I'll go to one, some years I
20   don't, it just depends.
21       Q.    In the last three years, have
22   you attended either the San Antonio Breast
23   Symposium or ASCO?
24       A.    No, I have not.

Page 216

1        Q.    Okay.  When was the last time
2    you can recall attending the ASCO conference?
3        A.    Probably four or five years
4    ago.
5        Q.    How about San Antonio, when was
6    the last time you attended the breast
7    symposium?
8        A.    I've never been out to San
9    Antonio.  I have participated in online
10   sessions.
11       Q.    Okay.  When was the last time
12   you did that?
13       A.    Probably two years ago.
14       Q.    All right.  I'm going to move
15   forward with my next exhibit, and I am going
16   to -- we are up to Exhibit 13.
17       (Whereupon, Reddy Exhibit
18       Number 13 was marked for
19       identification.)
20       MS. COHEN:  Is this going to be
21   one of the ones that you sent to us?
22       MR. MICELI:  Yes, it's going to
23   be the 2012.
24       MS. COHEN:  Give me one minute

Page 217

1    to get those.  They're being printed.
2    Do you want to sign off for a minute?
3        MR. MICELI:  Yes, because I
4    think we have to look at each one of
5    them.  So let's just -- I hate to --
6    let's just take a five minute -- I
7    won't leave my desk.  Let's just go
8    off the record.
9        THE VIDEOGRAPHER:  The time is
10   2:21 p.m., and we're off the record.
11       (Whereupon, a recess was
12       taken.)
13       THE VIDEOGRAPHER:  The time is
14   2:34 p.m., and we're on the record.
15   BY MR. MICELI:
16       Q.    All righty.  Dr. Reddy, the
17   next exhibit, Exhibit 13, is the NCCN 2012
18   version 3 guidelines.
19       Do you recognize these?
20       A.    Yes.
21       Q.    Do you subscribe to these on
22   line, or do you get these in hard copy?
23       A.    I have had hard copies in the
24   past, now it's just online.  I only receive

55  (Pages 214 to 217)

Sreekanth C. Reddy, M.D.

Page 218

1    them online.
2        Q.   Right.  So I just want to make
3    sure we're clear that this is, in fact, the
4    NCCN Practice Guidelines in Oncology for
5    breast cancer, correct?
6        A.   Specifically the Version
7    3.2012.
8        Q.   Okay.  Do you take that to mean
9    version 3 for the year 2012?
10       A.   Yes.
11       Q.   Okay.  And down, I think, at
12   the bottom of the page, I may be mistaken,
13   there's a date on version 3.
14       A.   September 10th?
15       Q.   Yes, September 10, 2012.
16           If you flip through this, what
17   it has is it lists on page 2 the breast
18   cancer panel -- breast cancer panel members
19   for NCCN, correct?
20       A.   Correct.
21       Q.   Did you review these names, or
22   have you reviewed these names before we came
23   back on camera?
24       A.   No.

Page 219

1        Q.   Okay.  If you just take a
2    second and review them.  Do you recognize any
3    of these people?  Do you know them as
4    colleagues?
5        A.   There are people that I've seen
6    at meetings, people I've heard speak, people
7    I've seen at other locations.
8        Q.   All righty.  Nobody you know on
9    a personal level?
10       A.   No.
11       Q.   If we could, let's flip to
12   page 44, at least it's 44 on my PDF, if I get
13   there and it's a different page number I will
14   let you know.  It is -- actually they have
15   different numbering, so it is actually the
16   NCCN Guideline Version 3.2012 for Invasive
17   Breast Cancer.
18           Would you like me to share my
19   screen with you, and that way it will be
20   easier?
21       A.   That would be best.
22       Q.   Okay.  So when we look at this
23   page, NCCN Guidelines Version 3.2012,
24   Invasive Breast Cancer, are you familiar with

Page 220

1    the setup of this page?
2        MS. COHEN:  Can you find it on
3    there?
4        A.   I am.  If you could just scroll
5    up a little bit there should be like a BIN
6    number at the bottom.
7        MS. COHEN:  B-K 1 of 5.
8        MR. MICELI:  BINV-K 1 of 5.
9        MS. COHEN:  It is four pages
10   in.
11       A.   Got it.
12   BY MR. MICELI:
13       Q.   Okay.  And this is -- this sets
14   out on the left-hand side the
15   "Non-trastuzumab Containing Regimens (all
16   Category 1)," correct?
17       A.   Correct.
18       Q.   Do you know what Category 1
19   means?
20       A.   Category 1 typically just
21   refers to the level of adjuvant.
22       Q.   Supported by clinical trials?
23       A.   Correct.
24       Q.   And it has both TAC and

Page 221

1    dose-dense AC followed by paclitaxel, or AC
2    followed by weekly paclitaxel included in the
3    Preferred regimens, adjuvant regimens,
4    correct?
5        A.   Correct.
6        Q.   Okay.  And when you go to the
7    next page, what it does is it sets out the
8    various regimen schedules for those Preferred
9    and Other adjuvant regimens, correct?
10       A.   Correct.
11       Q.   Do you know the purpose for
12   referring to something as Preferred and
13   Other?
14       A.   I think that just kind of
15   follows what they feel is their
16   recommendation.
17       Q.   Okay.
18       A.   For most but not all patients.
19   If you look further in the guidelines they
20   provide a summary that says these guidelines
21   serve as the framework.
22       Q.   Right.
23       A.   But they're not to be applied
24   to all patients in all scenarios.

56  (Pages 218 to 221)

Sreekanth C. Reddy, M.D.

Page 222

```
 1        Q.   Right. It's not a substitute
 2   for medical judgment, correct?
 3        A.   Correct.
 4        Q.   Okay. So if you flip to
 5   page -- the next page where it goes through
 6   the setups of the various combinations, under
 7   "TAC" it has the dose of Taxotere or
 8   docetaxel, doxorubicin, cyclophosphamide,
 9   cycled every 21 days, and then beneath that
10   it says, "All cycles are with filgrastim" --
11   did I pronounce that right?
12        A.   Right, filgrastim.
13        Q.   -- "filgrastim support."
14             What is filgrastim support?
15        A.   That's a shot that is a
16   specific white blood cell growth factor shot
17   that prevents or reduces the incidence of
18   severe neutropenia.
19        Q.   Okay. And if you look down,
20   and I know we're not talking about this as a
21   regimen in Ms. Stewart's case, but if you
22   look down three more regimens, the TC
23   chemotherapy, that also has the filgrastim
24   listed there as well, correct?
```

Page 223

```
 1        A.   Correct.
 2        Q.   Filgrastim support, the growth
 3   factor.
 4             And under the AC followed by
 5   paclitaxel weekly, there is no recommended
 6   inclusion of all cycles with filgrastim
 7   support, correct?
 8        A.   Correct.
 9        Q.   So that is a recommendation
10   that is unique to the Taxotere regimens,
11   right?
12        A.   That's not correct. If you
13   look at the dose-dense AC followed by
14   paclitaxel q3 weeks, there's filgrastim
15   support.
16        Q.   Okay. Right. The one -- the
17   dose-dense AC followed by every three-week
18   paclitaxel, paclitaxel chemotherapy was
19   removed.
20             Do you know whether or not this
21   particular regimen remains in the NCCN
22   Guidelines?
23        A.   I think it remains in the NCCN
24   Guidelines. I don't know if it's a preferred
```

Page 224

```
 1   or not.
 2        Q.   Okay.
 3        A.   To clarify, the use of
 4   filgrastim is appropriate any time you have
 5   AC. So even in regimen 2 on this list,
 6   dose-dense AC followed by paclitaxel, you
 7   would give the filgrastim for the AC portion
 8   as well as paclitaxel.
 9             When you go to regimen 3, they
10   did not include filgrastim support in all
11   cycles, but you would have given filgrastim
12   support for the AC portion of things.
13        Q.   Okay. That's based on your
14   clinical experience, correct?
15             MS. COHEN:  Objection to form.
16        A.   That's based on the risk of
17   neutropenia, so the specific regimen.
18   BY MR. MICELI:
19        Q.   Okay. But as far as the NCCN
20   Guidelines, it's included in three of the
21   four Preferred regimens; it's not included in
22   the AC-Taxol weekly, correct?
23        A.   Correct.
24        Q.   Okay. And filgrastim has its
```

Page 225

```
 1   own benefits and risks that have to be
 2   considered as well, correct?
 3        A.   Not major risks associated with
 4   it. I think the benefit is that it prevents
 5   neutropenic fever and the infections that can
 6   be associated with that.
 7             One of the things, if you're
 8   looking into, this would be to refer to the
 9   current NCCN Guidelines which do discuss
10   which chemotherapy combinations are
11   considered high risk, or immediate risk. If
12   you look at the current guidelines, they've
13   recommended the use relatively literally
14   because of the pandemic, so...
15        Q.   Okay. Is Neulasta a version of
16   filgrastim?
17        A.   It's a brand of filgrastim.
18        Q.   Okay. I'm going to go ahead
19   and mark that label as an exhibit. And this
20   is going to be 14, right?
21             (Whereupon, Reddy Exhibit
22   Number 14 was marked for
23   identification.)
24             MS. COHEN:  14 is the next
```

Sreekanth C. Reddy, M.D.

Page 226

1    exhibit.
2        What was it?  I'm sorry.
3        MR. MICELI:  Neulasta.
4    BY MR. MICELI:
5        Q.    It should be coming to you
6    momentarily.  It should be up there for you.
7        All right.  This is a 48-page
8    label, so I'm going to share this with you,
9    because I really only want to look at one
10   aspect of it with you.
11       Do you see the label on your
12   screen, Doctor?
13       A.    I do.
14       Q.    Okay.  And Neulasta is
15   pegfilgrastim injection for subcutaneous use,
16   correct?
17       A.    Correct.
18       Q.    Okay.  If we look at
19   Section 5.9 of this label, it says,
20   "Potential for Tumor Growth Stimulatory
21   Effects of Malignant Cells.  The granulocyte
22   colony-stimulating factor (G-CSF) receptor
23   through which pegfilgrastim and filgrastim
24   act has been found on tumor cell lines.  The

Page 227

1    possibility that pegfilgrastim acts as a
2    growth factor for any tumor type, including
3    myeloid malignancies and myelodysplasia,
4    diseases for which pegfilgrastim is not
5    approved, cannot be excluded."
6        Have I read that correctly?
7        A.    You did read that correctly.
8        Q.    Okay.  And this section 5.9 is
9    included in section 5 of the label, "Warnings
10   and Precautions."
11       Do you see that?
12       A.    Yes.
13       Q.    So at least one of the labeled
14   warnings or precautions for using this growth
15   factor is that it can stimulate growth of
16   tumors which, in essence, is recurrence of
17   cancer, correct?
18       MS. COHEN:  Objection to form.
19       A.    It's specifically really
20   talking about myeloid disease processes.
21   BY MR. MICELI:
22       Q.    Like myelodysplasia, correct?
23       A.    Correct.
24       Q.    Is myeloid dysplasia a risk

Page 228

1    to -- or strike that.
2        Are cancer -- are early stage
3    breast cancer survivors at risk for
4    myelodysplasia syndromes?
5        A.    They're more than the general
6    population based on their breast cancer risk.
7        Q.    Based on their breast cancer
8    risk, and the use of this drug can inspire
9    that growth of myelodysplasia tumors,
10   correct?
11       A.    No, it doesn't cause you to
12   develop myelodysplasia.
13       Q.    Okay.
14       A.    If you had preexisting
15   myelodysplasia you may want to consider not
16   using it, because the fact is that we
17   actually use -- people have used Neupogen and
18   short-acting colony stimulating factor in
19   myelodysplasia.  So I don't know that there's
20   a risk there really.
21       Q.    Okay.  Well, there's a
22   sufficient enough risk to include a warning
23   in a label, correct?
24       A.    This risk is really speaking

Page 229

1    towards leukemia patients.
2        Q.    Okay.
3        A.    Or patients that have mild
4    dysplastic syndrome with high blast counts.
5    There's a lot of women with early breast
6    cancer with --
7        Q.    Okay.  Are there risks of
8    developing later leukemias by the use of
9    certain chemotherapy agents?
10       A.    There are risks associated with
11   some drugs and developing secondary
12   hemological.
13       Q.    Does that apply to breast
14   cancer survivors as well?
15       A.    Depending on what agents they
16   received, yeah.
17       Q.    Okay.  That's all I wanted to
18   do with that one.  Let's move to the next.
19       MR. MICELI:  What I'm going to
20   use as the next will be 15.
21       (Whereupon, Reddy Exhibit
22   Number 15 was marked for
23   identification.)
24       MR. MICELI:  This will be -- 15

58 (Pages 226 to 229)

Sreekanth C. Reddy, M.D.

Page 230

```
1        will be the NCCN Version 1.2013
2   guidelines.
3   BY MR. MICELI:
4        Q.   Do you have those in front of
5   you, Doctor?  If not, I can pull them up for
6   us.
7        A.   Okay.
8        Q.   Okay.  Let's -- we don't need
9   to go through the same thing.  This is
10  another version, this is Version 1 of the
11  2013 NCCN Breast Cancer Guidelines, correct?
12       A.   Correct.
13       Q.   Now, let's move to page 46
14  which I'm going to get there on mine -- sorry
15  about this.  I marked the wrong one.  This is
16  the shorter version.  I need to look at -- I
17  will close this one.  I have to burn some of
18  my time fixing this, I apologize.
19            I'm going to put another
20  Exhibit 15 up.  This is the longer version of
21  what we just had, I think the one that you
22  have in front of you.
23            So if we can go to page 46.
24  Actually, I believe it's 44.  43.  BINV-K 1
```

Page 231

```
1   of 5.
2            Are you there with me?
3        A.   Yes, I am.
4        Q.   You know where I was going
5   before I even asked you to go.
6            So this is the NCCN Guideline
7   that was in place at, I believe it says -- my
8   eyes are failing me again, yours are probably
9   better, Doctor -- but February 1st of 2013,
10  correct?
11       A.   Correct.
12       Q.   Okay.  And now in this version,
13  do you know whether there's a version between
14  Version 3.2012 and Version 1 of 2013?
15       A.   I don't think there would have
16  been, no.
17       Q.   Okay.  So at this point in time
18  there's been a shift, and the Preferred
19  regimen no longer includes the TAC regimen,
20  correct?
21       A.   Correct.
22       Q.   It has been moved from
23  Preferred to Other regimens.  Do you recall
24  when that happened?
```

Page 232

```
1        A.   It seems like it would have
2   been between the last version we just looked
3   at and this version.
4        Q.   Well, do you recall any
5   discussion in the oncology community as to
6   why this happened?
7        A.   No.
8        Q.   Okay.  And did you review this
9   change in Preferred to Other regimen for TAC
10  in preparation of writing your report for
11  this case?
12       A.   What I recall is that the
13  concern with the TAC regimen was regarding
14  neutropenia, neutropenia contribution.
15       Q.   Okay.  And do you recall -- is
16  that something that you recall about the TAC
17  regimen just generally overall, or
18  specifically for the reasoning behind the
19  switch from Preferred regimen to Other in
20  this case?
21       A.   From what I recall, the feeling
22  was that there was a very effective regimen,
23  it was probably the most effective regimen,
24  and was generally easy to deliver, but in
```

Page 233

```
1   older patients particularly the risks were a
2   little bit higher from a neutropenic
3   perspective, and that was one of the reasons
4   for change.  But I don't know -- but I
5   haven't spoken with the people that made that
6   decision.
7        Q.   Do you know whether the TAC
8   regimen remains in the Other category to this
9   day?
10       A.   I think that it's still in the
11  Other regimens category.
12       Q.   Okay.  And the dose-dense AC
13  followed by weekly paclitaxel is in the
14  Preferred regimens, correct?
15       A.   Yes, it's still there.
16       Q.   Okay.  And if you flip the
17  page, the Preferred regimens, the dose-dense
18  AC followed by weekly paclitaxel is still
19  listed there and does not have the filgrastim
20  support under it, but the TAC continues to,
21  correct?
22       A.   Correct.  Growth factors
23  support for the AC portion of this.
24       Q.   Right.
```

59 (Pages 230 to 233)

Sreekanth C. Reddy, M.D.

Page 234

1      A.    Weekly paclitaxel group.
2      Q.    That's your clinical practice,
3  correct?
4      A.    That's the practice of the
5  majority of oncologists.
6      Q.    Okay.  I mean, I understand
7  that you may have a sense of what other
8  people do, but for purposes of this
9  testimony, what we know is that the NCCN
10  Guidelines do not include that instruction or
11  that recommendation on this document, meaning
12  the cycles, all cycles are with filgrastim
13  support, that is in the dose-dense every
14  three week paclitaxel, but not the weekly
15  paclitaxel, correct?
16          MS. COHEN:  Objection to form.
17      A.    Right.  I would go back to the
18  fact that people are giving the Taxol up
19  front, and even to this day that hasn't been
20  changed in the guidelines.
21  BY MR. MICELI:
22      Q.    Sure.  And --
23      A.    Like we talked about, the
24  guidelines serve as a framework, but there's

Page 235

1  a fair amount of variability and there's a
2  fair amount of consistency in that
3  variability outside of the guidelines.
4      Q.    Okay.  And where will I find
5  the references to the consistent
6  variabilities from NCCN Guidelines document
7  other than the -- I can't remember the
8  gentleman's name -- Hortovagyi article?
9      A.    You'd need to really just go
10  out and talk to a bunch of oncologists and be
11  a practicing oncologist to know that.
12      Q.    To see what others are doing?
13      A.    Yeah.
14      Q.    Okay.  But for purposes of the
15  NCCN who publishes three times a year its
16  recommendations, this is what is presented to
17  the world for -- or to oncologists as the
18  NCCN's recommendations, right?
19          MS. COHEN:  Objection to form.
20  BY MR. MICELI:
21      Q.    Right?
22      A.    This is what's published, yes.
23      Q.    All right.  And I've asked you,
24  I think, earlier in this deposition, but is

Page 236

1  there any other publication of standards or
2  recommended regimens that goes to the
3  specificity that NCCN does in setting out the
4  dosing regimens this way?
5          MS. COHEN:  Objection to form.
6      A.    I think that you'll find that
7  various institutions, various groups have
8  their own recommendations as far as what they
9  do.  There's a lot of factors, including
10  local preferences, preferences of physicians,
11  experiences of physicians.
12          If you went to, say, US
13  Oncology, which is a large practical
14  organization, they have their own internal
15  guidelines that take into account the NCCN
16  Guidelines but don't always follow exactly
17  what the NCCN guidelines say.
18  BY MR. MICELI:
19      Q.    Okay.
20      A.    I would warn you that this is a
21  framework.  It's not exactly what you have to
22  do.
23      Q.    I understand.  This is not --
24  you don't -- I'm sorry.

Page 237

1      A.    There's a number of factors
2  that go into that decision-making process.
3      Q.    Right.  You're not going to get
4  in trouble with anybody if you don't follow
5  to the letter what it said here, but my
6  question, I think, went to something
7  different.
8          Other than the NCCN Guidelines,
9  what other guidelines are there where you can
10  look to -- that you can look to for suggested
11  regimens that set out with the specificity
12  that is done here the dosing intervals, the
13  dosing amounts, where else can I go other
14  than NCCN to look for these things?
15          MS. COHEN:  Objection to form.
16      A.    I think if you did a Google
17  search you would find there are other.
18  BY MR. MICELI:
19      Q.    Okay.  There's no other ones
20  that you've mentioned in your report, though,
21  right?
22      A.    I just mentioned the NCCN
23  Guidelines and UpToDate.
24      Q.    Okay.  Let's now look at the --

Sreekanth C. Reddy, M.D.

Page 238

1    this is going to be Exhibit 16.
2              (Whereupon, Reddy Exhibit
3         Number 16 was marked for
4         identification.)
5    BY MR. MICELI:
6         Q.    This will be the 2014 version
7    of the NCCN Guidelines.
8         A.    Okay.
9         Q.    All right.  Now, you recognize
10   this as Version 1 of the 2014 NCCN breast
11   cancer treatment guidelines, correct?
12        A.    Correct.
13        Q.    Okay.  And this would be the
14   version that was in place when Ms. Stewart
15   began her treatment with Dr. McCanless,
16   right?
17        A.    That would make sense, yes.  I
18   think she was actually seen in December of
19   '13, and then she started her treatment in
20   the early part of 2014.
21        Q.    Okay.  If we turn to page 46,
22   that is the page that has BINV-K 1 of 7.
23             Are you there with me?
24        A.    Yes.

Page 239

1         Q.    Okay.  This is -- again
2    dose-dense AC followed by weekly paclitaxel
3    is still and remains a Preferred regimen,
4    correct?
5         A.    Correct.
6         Q.    And TAC remains an Other
7    regimen, correct?
8         A.    Correct.
9         Q.    Okay.  And you'd mentioned
10   earlier when we were talking about 2013, your
11   understanding is that TAC was moved from the
12   Preferred regimens to the Others due to
13   concerns about febrile neutropenia?
14        A.    Correct.
15        Q.    Okay.  Now, you are aware of
16   the well-known risk of severe febrile
17   neutropenia with the TAC regimen, correct?
18        A.    Correct.
19        Q.    And you've also testified to
20   today and discussed in your report on a
21   number of occasions the risk of sensory
22   neuropathy with the use of Taxol-containing
23   regimens, correct?
24        A.    Correct.

Page 240

1         Q.    Okay.  And despite your
2    comments in your report about the severity
3    and the risk and the seriousness of the risk
4    of sensory neuropathy with paclitaxel
5    regimens, it remains a Preferred regimen
6    under the NCCN Guidelines, correct?
7              MS. COHEN:  Objection to form.
8         A.    I think those are two separate
9    issues.
10   BY MR. MICELI:
11        Q.    When you say "two separate
12   issues," the febrile neutropenia and the
13   neuropathy issues?
14        A.    There's neuropathy with
15   Adriamycin, there's neuropathy with
16   docetaxel, there's neuropathy with Taxol.  I
17   mean, I think you're trying to
18   compartmentalize toxicity, and that's not how
19   it works.
20        Q.    Okay.  Well, I don't mean to be
21   trying to compartmentalize them, but I'm
22   not -- I am not the person who has moved
23   Taxol from Preferred to Other.  That is the
24   NCCN panel of 30 subject matter experts from

Page 241

1    comprehensive cancer institutes around the
2    country, correct?
3         A.    That was a decision made by the
4    panel, yes.
5         Q.    And that panel has consistently
6    kept AC-Taxol weekly in the Preferred
7    regimen, correct?
8         A.    Correct.
9         Q.    In the Preferred regimen
10   category, right?
11        A.    And they included other
12   regimens that were reasonable and appropriate
13   choices for individualized patients.  I think
14   that's an important point, is that the reason
15   that they keep these other regimens is they
16   are appropriate and ideal in certain
17   circumstances for patients.  If they didn't
18   feel like it was an appropriate regimen, they
19   wouldn't have been in the Other regimens
20   either.
21        Q.    Okay.  I don't disagree with
22   you on that.
23             All of these in the appropriate
24   circumstance with the appropriate shared

61 (Pages 238 to 241)

Sreekanth C. Reddy, M.D.

Page 242

1    decision-making and full disclosure of
2    information on efficacy and safety could be
3    appropriate for any particular patient,
4    assuming proper education and consultation
5    with their oncologist, right?
6         MS. COHEN:  Objection to form.
7         A.    Getting to the most important
8    matters for why you choose one regimen versus
9    another is you're looking for the most
10   effective regimen that's going to result in
11   the best outcome for said patient.
12        So in Ms. Stewart's case, the
13   TAC regimen was the ideal regimen for her.
14   It tended to give her excellent response, a
15   quick response, a tolerable regimen.  She
16   was young.  She had a large tumor.  She
17   presented with a 5 centimeter mass on her
18   breast that was arguably growing very quickly
19   by her annual report, and she hadn't noticed
20   it previously as she noticed it then.  She
21   had palpable lymphadenopathy in the axilla.
22        This is a scary thing when a
23   patient comes in with this.  And she was
24   somebody that needed to get a quick response

Page 243

1    and quick control of the disease, and that's
2    why TAC was the appropriate regimen for her.
3         Q.    Right.  I understand what you
4    just said, but all my question went to was,
5    all of these regimens on the left side of
6    this page, the non-trastuzumab or
7    non-HER2-positive ones, HER2-negative
8    regimens, in the appropriate patient given
9    proper consultation and a shared
10   decision-making opportunity with their
11   oncologist could be appropriate for patients,
12   correct?
13        MS. COHEN:  Objection.
14   BY MR. MICELI:
15        Q.    I'm not saying Mrs. Stewart,
16   just generally, correct?
17        MS. COHEN:  Same objection.
18        A.    These could be appropriate, but
19   may not be appropriate for some patients.  If
20   you had a patient that came in, as an example
21   to you, if you had a patient that comes in
22   with a large aggressive tumor but has
23   neuropathy, then the Preferred regimen may
24   not be the best option of therapy.

Page 244

1         Q.    I'm not -- I'm really not
2    trying to argue.  I'm just saying, each of
3    these regimens of HER2-negative listed here
4    in Version 1 for 2014 can be or may be
5    appropriate for various patients given their
6    presentation and proper consultation and
7    education with their physician, correct?
8         MS. COHEN:  Objection to form,
9    and asked and answered.
10        A.    I think that we're saying the
11   same thing, is that we look at the individual
12   patient, and any of these regimens are a
13   potential option.  But it would be
14   inappropriate to say that any patient could
15   get any of these regimens.  There's specific
16   reasons patients get specific regimens.
17   BY MR. MICELI:
18        Q.    Right.
19        A.    I think you're oversimplifying
20   in your statement the decision-making.
21   You're oversimplifying saying, well, any of
22   these.  No, it's not any of these, it's
23   specific ones for specific patients.
24        Q.    I think I must be asking my

Page 245

1    question poorly, because that's not -- what
2    you repeated was not what I intended to
3    convey to you, Dr. Reddy.  I'm not saying
4    that every patient or any patient could get
5    any one of these.  That's not --
6         (Zoom issue.)
7         Q.    There we go.  I'm back in.
8         I'm not saying that each one of
9    these is appropriate for every patient.
10        And you and I agreed earlier, I
11   think, that you and Dr. Bosserman both did
12   the PREDICT modeling, online modeling
13   program, came up with the same numbers, and
14   agreed that the recommendation of the third
15   generation was appropriate, right?
16        MS. COHEN:  Objection to form.
17        A.    Right.  The PREDICT model
18   doesn't give you as much detail as you have
19   when you actually see the patient.
20        So again, you're confusing
21   individual patient decisions with frameworks
22   and predict models that put in three inputs.
23   If there were that simple people would just
24   go to a vending machine and get their chemo.

62  (Pages 242 to 245)

Sreekanth C. Reddy, M.D.

Page 246

1    That doesn't work like that.
2    BY MR. MICELI:
3        Q.    I agree with you, and I'm not
4    meaning to try to oversimplify it.  I am just
5    pointing out that one of the ways in
6    educating persons who are not oncologists,
7    like myself, the judge and the jury, one of
8    the things that both you and Dr. Bosserman
9    chose to do is illustrate something was to
10   use the PREDICT model.  It's included in both
11   of your reports.
12        And based partially on that and
13   partially on the presentation of the patient,
14   all of the tumor size and -- I'm trying to
15   think, I don't want to say type or grade,
16   IIIA, II or --
17       A.    Nodal status.
18       Q.    Right.
19             -- nodal status, all spoke to
20   recommending a third generation regimen,
21   correct?
22       A.    Correct.
23             MS. COHEN:  Objection to form.
24             ///

Page 247

1    BY MR. MICELI:
2        Q.    Okay.  All right.  Regardless
3    of whether it spoke to recommending a third
4    generation regimen or not, it is still
5    important, Doctor, to have a fully informed
6    shared decision-making counseling session
7    with your patient so that they can make the
8    choice of what chemotherapy to receive,
9    correct?
10             MS. COHEN:  Objection to form.
11       A.    Would you repeat the question?
12   BY MR. MICELI:
13       Q.    I don't know that I can.  I
14   thought I did a good job.  I'm going to get
15   Maureen read it back.  Thank you.
16             (Whereupon, the reporter read
17   back the pending question.)
18       A.    I think it's important to
19   review the available data, look at the
20   various options, discuss the risk associated
21   with the patient's disease, discuss the
22   benefits associated with therapeutic options,
23   and discuss potential for toxicity associated
24   with the regimens.

Page 248

1    BY MR. MICELI:
2        Q.    Sure.
3             All of those points are part of
4    that shared decision-making counseling with
5    your patient, correct?
6             MS. COHEN:  Objection to the
7    form.
8        A.    It is a shared decision-making
9    process when you prescribe chemotherapy.
10   BY MR. MICELI:
11       Q.    Right.
12             Okay.  And if you could turn to
13   page MS-32 in that Version 1 of 2014.  Are
14   you there with me?
15       A.    Yes.
16       Q.    There's a section titled
17   "Adjuvant Cytotoxic Chemotherapy," correct?
18       A.    Correct.
19       Q.    And the second paragraph reads,
20   "Adjuvant chemotherapy guidelines also
21   include specific representative doses and
22   schedules for the recommended adjuvant
23   chemotherapy regimens.  The regimens have
24   been categorized as Preferred or Other."

Page 249

1    Correct?  That's what it says?
2        A.    That's what it says.
3        Q.    And then it continues, "The
4    purpose of distinguishing the adjuvant
5    chemotherapy regimens as Preferred and Other
6    adjuvant chemotherapy regimens is to convey
7    the sense of the panel regarding the relative
8    efficacy and toxicity of the regimens,"
9    correct?
10       A.    Correct.
11       Q.    Okay.  And then it says,
12   "Factors considered by the panel include the
13   efficacy, toxicity, and treatment schedules
14   of the regimens."
15             Did I read that correctly?
16       A.    Correct.
17             MS. COHEN:  Is that Exhibit 16?
18   I'm sorry, mine didn't have -- okay.
19   Thank you.
20             MR. MICELI:  Yes.
21             MS. COHEN:  Okay.
22   BY MR. MICELI:
23       Q.    And if you look at reference
24   295, if you would like, it's the -- well,

63  (Pages 246 to 249)

Sreekanth C. Reddy, M.D.

Page 250

1    strike that.  I apologize.  I was jumping
2    ahead of myself.  We'll get back to that.
3          The factors considered by the
4    panel, you'd said earlier you weren't -- I
5    think you said earlier you weren't certain on
6    how the panel made its determinations, but
7    they state here that they consider efficacy,
8    toxicity, and treatment schedule, correct?
9          A.    Correct.
10         Q.    And the efficacy, toxicity, and
11   treatment schedules, in your opinion, for
12   selecting TAC over FAC is the precise reason
13   why you say TAC is the better choice,
14   correct?
15         MS. COHEN:  Objection to form.
16         A.    I don't think that this is --
17   this statement doesn't really address large
18   tumors, young patients, lymph node status --
19   it doesn't add any -- it's very general.
20         The point I'm trying to make is
21   what you're trying to say, well, this is what
22   the panel said and this is -- these are
23   differences.  But what you have to understand
24   is that the decision-making is based on the

Page 251

1    actual patient that's in front of you, large
2    tumor, young patient, aggressive
3    presentation, palpable axillary
4    lymphadenopathy, they don't divide up these
5    recommendations based on that.
6          So I would venture to guess
7    that if you ask these panel members, well, I
8    have a 40-year-old patient, or I forget how
9    old Ms. Stewart was, but I have a young
10   patient, 5-centimeter tumor that came up over
11   the course of the past two months, she just
12   noticed it, she's got palpable axillary
13   lymphadenopathy, what do you recommend?  At
14   that point in time the recommendation would
15   have been for TAC.
16         Q.    Okay.  And the NCCN Guidelines,
17   in addition to just setting out the regimens,
18   also provide diagrams of flowcharts based
19   upon tumor status, correct, T blank, M blank,
20   M blank?
21         A.    It walks you through that,
22   yeah.
23         Q.    So it does have --
24         A.    It directs you to the page that

Page 252

1    we just looked at.
2          Q.    Right.
3          A.    Preferred regimen -- it doesn't
4    actually -- it's not very specific.  It's one
5    of the reasons why we -- it's not plug and
6    play.  You have to know more than the NCCN
7    Guidelines in order to actually appropriately
8    treat people.
9          Q.    Right.  You have to treat the
10   patient in front of you, correct?
11         A.    Correct.
12         Q.    Okay.
13         A.    I think you're trying to fit
14   everybody into a box, and that doesn't
15   always --
16         Q.    Well, I'm not trying to fit
17   everybody into a box, but trying to fit
18   everybody into a starting point, and the
19   starting point seems to be for you in your
20   report the NCCN Guidelines, and then you go
21   to your experience and the literature and the
22   other things we've discussed today, correct?
23         MS. COHEN:  Objection to form.
24         A.    That's -- I mean, you would

Page 253

1    start with a framework, you would add
2    additional detail to it, and then you would
3    actually see the patient, and then use all
4    those things to make a decision.  We agree
5    upon that.
6    BY MR. MICELI:
7          Q.    Right.
8          And we also agreed this morning
9    that based upon all of the information, that
10   if Dr. McCanless had chosen to give AC-Taxol
11   weekly, you would not have said that he
12   breached a standard of care for a similarly
13   situated oncologist, right?
14         MS. COHEN:  Objection to form.
15         A.    I don't know that that would
16   have been the best choice.  I think the best
17   choice would have been TAC.
18   BY MR. MICELI:
19         Q.    Okay.  I understand.  But you
20   wouldn't say that he committed malpractice
21   for using AC-Taxol if he had done that, would
22   you?
23         MS. COHEN:  Object to the form.
24         A.    I mean, it's not -- I'm not an

64 (Pages 250 to 253)

Sreekanth C. Reddy, M.D.

Page 254

1    attorney, so I don't -- malpractice is not
2    something for me to judge.
3            What I would say is that the
4    best regimen for the patient was TAC. That
5    if he had given something other than TAC that
6    included a taxane, be it docetaxel or Taxol,
7    that would have been within the community
8    standard of care.
9        Q.   Okay.
10       A.   I think that the community of
11   oncologists would agree that for the specific
12   details of the case that's being discussed,
13   that TAC is the right thing to give, she is
14   young, she had an aggressive tumor, it came
15   up very quickly, 5 centimeters.
16       Q.   Okay. And there's no way to
17   look into a crystal ball and say if she'd
18   received AC-Taxol that she wouldn't have the
19   very same result she's had with TAC, right?
20           MS. COHEN: Objection to form.
21       A.   We can't predict the future.
22   BY MR. MICELI:
23       Q.   Right. Just like you couldn't
24   tell her if you use TAC you're guaranteed any

Page 255

1    particular result, right?
2        A.   I think we agreed earlier that
3    you can't provide guarantees.
4        Q.   Right.
5            MR. MICELI: Okay. I'll tell
6    you what. We've been going for about
7    an hour and 20 minutes. I need to
8    find out how much time I have left.
9    So I want to take a break, and I want
10   to find out from Bob how much time I
11   have.
12           THE VIDEOGRAPHER: The time is
13   3:22 p.m., and we're off the record.
14           (Whereupon, a recess was
15   taken.)
16           THE VIDEOGRAPHER: The time is
17   3:36 p.m., and we're on the record.
18   BY MR. MICELI:
19       Q.   All righty. Dr. Reddy, I'm
20   going to return to page 12 of your report on
21   some of the points that were stated. You
22   state that, "An oncologist should outline the
23   statistical rate of recurrence and/or
24   expected outcome if the patient completes the

Page 256

1    particular course of therapy that is being
2    recommended." I think we may have agreed to
3    this before, but I want to make sure that I
4    have it.
5            You can't outline relative
6    statistical rates of recurrence in comparison
7    to other therapies if there have been no
8    head-to-head comparisons, correct?
9            MS. COHEN: Objection. Form.
10       A.   So what you're doing is trying
11   to give the best possible risk assessment for
12   the patient. So you don't necessarily always
13   have head-to-head comparisons, and oftentimes
14   you don't, so you say the patients that were
15   treated on this trial had this recurrence
16   rate, patients treated on this trial had this
17   recurrence rate, and you extrapolate that to
18   give the -- you're doing the best you can
19   with the available information.
20   BY MR. MICELI:
21       Q.   Right. Right. But absent
22   head-to-head comparisons with rates, simply
23   can't provide that, right?
24       A.   You still provide your best

Page 257

1    estimate of that.
2        Q.   Right. Okay.
3            Do you specifically discuss
4    NCCN Guidelines with patients?
5        A.   I do.
6        Q.   Okay. As of May 2014, would
7    you have informed your patients that a panel
8    of subject matter experts at 30 of the
9    nation's NCI comprehensive cancer centers
10   removed TAC, the TAC regimen, from Preferred
11   to Other?
12           MS. COHEN: Objection to form.
13       A.   It's not likely that I would
14   have made that specific reference. What we
15   use -- at least what I use these guidelines
16   for is to kind of walk through the staging,
17   so say this was your tumor size, this is the
18   nodal status, this is the stage, based on
19   that stage we would go to the nomograms that
20   are provided, we would go through those
21   nomograms, and that would get us to the pages
22   that we looked at that kind of describe the
23   regimen, and that would get it through
24   several of the regimens that are commonly

Sreekanth C. Reddy, M.D.

Page 258

1    used, such as a ACT or TAC, and say these are
2    the risks and benefits, in my opinion this is
3    why I would choose this versus this.
4    BY MR. MICELI:
5        Q.   Okay.
6        A.   Just to give them a general
7    feel of my thought process.  I try to walk
8    them along how I as a treating physician
9    thinks about these things.
10       Q.   Right.
11            And I hate to be simple about
12   this, but what is a nomogram?  Is that the
13   decision tree that's laid out?
14       A.   It's a decision tree diagram,
15   yeah.
16       Q.   Okay.  But you wouldn't -- as I
17   understand your testimony, you would not
18   inform the patient of the NCCN panel's moving
19   of the TAC regimen from Preferred to Other?
20       A.   No, unless there was some
21   specific concern that I have for that
22   specific patient.
23            Like if a patient came in that
24   was 80 years old and said, well, I want TAC,

Page 259

1    and I would say, well, you know, this may be
2    why TAC is in the Other versus the Preferred
3    regimen.
4            Or vice-versa, somebody came in
5    with neuropathy and they wanted Taxol, or
6    they heard that Taxol is the right thing, I
7    would say, well, Taxol is a Preferred
8    regimen, but maybe we should look at
9    something that wouldn't cause some specific
10   side effects.
11            Or somebody came in with a
12   2-centimeter tumor, I might have a different
13   conversation than a 4-centimeter tumor,
14   somebody with lymph node involvement,
15   non-lymph node involvement.
16       Q.   Okay.
17       A.   The discussion is very
18   dependent upon the individual patient and how
19   they present.
20       Q.   Now, with regard to toxicities
21   and adverse events, are you able to tell a
22   patient before they undertake a treatment
23   with any regimen that they will certainly
24   suffer a particular adverse event, or do you

Page 260

1    just advise them as best you can on what the
2    incidence of the adverse events are?
3        A.   I advise them of what to
4    expect.
5        Q.   Okay.  And in order for you to
6    advise them on what to expect, you either
7    have to have experienced it in your practice
8    or you have to have been fully informed by
9    the company that manufactured the product
10   that certain risks are related to or
11   associated with their product, correct?
12            MS. COHEN:  Objection to form.
13       A.   So I would look at the --
14   obviously what I have seen in patients that
15   I've treated with a specific drug, and
16   obviously there are instances in which it's
17   the first time we're giving a drug or a
18   specific regimen, in which case we would
19   refer to the clinical trial and look at the
20   toxicity data to know what to expect.
21            So you would say, well,
22   30 percent of the patients expected nausea,
23   it typically was grade 1 or 2, 20 percent of
24   the patients experienced neuropathy, but it

Page 261

1    was typically grade 1 --
2    BY MR. MICELI:
3        Q.   Right.
4        A.   -- etcetera.  25 percent of the
5    patients experienced sensory neuropathy
6    grades 2, 3 and 4.
7        Q.   Okay.  I think we've talked
8    about this comment in your report earlier,
9    but I want to ask you a little different
10   question about it.
11            At the bottom of that second
12   paragraph from the bottom of page 12 where
13   you say, "Ultimately, unless the patient
14   resolves to follow my recommendation, I ask
15   the patient to go home and consider our
16   discussion and advise me if/when they are
17   ready to proceed to treatment."
18            Now, when you have a discussion
19   with the patient and they either immediately
20   don't want to follow your recommendation or
21   they just say I want to go home and think
22   about it and talk to my husband, my wife, my
23   friend, my whatever, how much time do you
24   generally let pass before you ask the patient

66 (Pages 258 to 261)

Sreekanth C. Reddy, M.D.

Page 262

1    to come back to discuss treatment options?
2         A.    Typically one to two weeks.
3              And just to paraphrase that
4    statement, when I said I ask the patient to
5    go home, it doesn't mean that we want them to
6    leave, like we're done with our conversation.
7    What I really mean is that let's just step
8    back from the decision-making, and I want you
9    to see if you have any other questions, take
10   some time to think about it.
11        Q.    Right.  I apologize, I'm going
12   to close these blinds.  Getting beaten down
13   by the sun.
14             Okay.  You don't tell him it's
15   your way or the highway, right?
16        A.    No.  When I read it now, I'm
17   thinking to myself, well, I ask them to go
18   home and it kind of sounds like I'm asking
19   them to leave because they're not agreeing to
20   what I recommend.  That's not it at all.
21             The intent is that don't feel
22   pressured to make a decision.  You don't have
23   to make a decision today.  Oftentimes I'll
24   even say, well, maybe even a second opinion

Page 263

1    would be beneficial in this scenario.
2         Q.    Okay.  Very good.
3              I'm going to show you quickly
4    another -- I think we've talked around this
5    issue, but I want to look at another.  We are
6    on 17.
7              (Whereupon, Reddy Exhibit
8              Number 17 was marked for
9              identification.)
10   BY MR. MICELI:
11        Q.    I'm going to move over
12   Exhibit 17 into the shared chat space.  And
13   this is -- I will open it up to see if you're
14   familiar with it and give you the opportunity
15   to look at it.
16             MR. MICELI:  I apologize that I
17             did not send this to you guys, Lori
18             and Evan.  This is a 100-page
19             document.
20        Q.    But I just want to know if you
21   recognize it, and do you utilize it with your
22   patients.
23             Do you see the document on my
24   screen?

Page 264

1         A.    Yes.
2         Q.    Are you familiar with the NCCN
3    Guidelines For Patients?
4         A.    Yes.
5         Q.    Okay.  And I want to go to
6    chapter 9, which I think -- there we are.
7    "Making treatment decisions."  The first
8    category at page 86 is "It's your choice."
9              And in this paragraph right
10   here, or really all of this section, is this
11   something you encourage your patients to
12   understand and review before they make a
13   decision about what chemotherapy to utilize?
14        A.    We provide them with a number
15   of different resources to help them
16   understand the process of decision-making,
17   and anything from the diagnosis of the
18   disease to making decisions for therapy to,
19   you know, survival after, addressing
20   long-term toxicity, it's really part of the
21   survivorship.
22        Q.    Okay.  But you agree with the
23   comment at the end of this first paragraph
24   that "It starts with an open and honest

Page 265

1    conversation between you and your doctor"?
2    That's something you endorse, isn't it?
3         A.    That's something that I think
4    is appropriate, yes.
5         Q.    Okay.  And I know I'm being
6    knit-picky here, Doctor, but throughout your
7    report, when you reviewed it in preparation
8    for today, I mean, I know you authored it
9    back in July, but when you wrote this report,
10   I reviewed it again several times yesterday,
11   the words "shared decision-making" do not
12   appear in your report.  So I just have to ask
13   you, do you agree with the shared
14   decision-making made by a patient in
15   consultation with her doctor on the basis of
16   an open and honest conversation about her
17   cancer and her treatment options?
18             Did I lose you, Doctor?
19        A.    I'm just referring back to my
20   document here.
21        Q.    Okay.
22        A.    Give me a second.
23        Q.    Sure.
24             (Witness reviewing document.)

67 (Pages 262 to 265)

Sreekanth C. Reddy, M.D.

Page 266

1     A.   Yes, if you go to page 13 on my
2   document, it basically says "once my
3   recommendation has been provided, the patient
4   needs to decide if they're in agreement with
5   and want to consent to the treatment plan."
6        That's part of that shared
7   decision-making, that we inform them of -- if
8   you read through the subject matter of the
9   report prior to that, it kind of walks you
10  through that shared decision-making process,
11  so it basically coincides in a much more
12  detailed manner that honest conversation
13  between you and the doctor.  That's what
14  we're doing.  It's a shared decision-making
15  process.
16       Q.   Okay.  You're referring to
17  your -- the language on pages 11, 12, and 13?
18       A.   I think, yes.  If you look at
19  section 7, Counseling Breast Cancer Patients,
20  that's part of that shared decision-making
21  process.
22       Q.   Okay.  Very good.  I want to
23  move just ahead to page 14, the section
24  titled "Hair Loss Associated With

Page 267

1   Chemotherapy."  You say that, "It is
2   well-known among oncologists and patients
3   that chemotherapy often results in hair
4   loss."
5        Now, are you referring there to
6   the hair loss that usually occurs within the
7   first few days or weeks after receiving
8   cytotoxic chemotherapy?
9        A.   It's really referring to
10  alopecia, which is a broad term that
11  encompasses all forms of hair loss.  Minor
12  hair loss, short-term hair loss, long-term
13  hair loss.  Alopecia is kind of a broad
14  terminology.
15       Q.   It is.  And it doesn't account
16  for in and of itself severity and duration
17  between temporary and permanent, correct?
18            MS. COHEN:  Objection.
19            Go ahead, Doctor.
20       A.   So alopecia doesn't talk about
21  temporality, it doesn't talk about location,
22  it doesn't talk about the various forms of
23  alopecia, causative factors.  Alopecia
24  basically means hair loss.

Page 268

1   BY MR. MICELI:
2        Q.   Right.
3             When you say in your section
4   8A, the first question, or first statement,
5   "It is well-known among oncologists and
6   patients that chemotherapy often results in
7   hair loss," when you wrote that, did you mean
8   that doctors, or oncologists and patients
9   know that chemotherapy often results in
10  temporary or permanent hair loss, or both?
11       A.   Basically it just refers to the
12  fact that their hair will be different.
13       Q.   Okay.  Now, it's been your
14  experience with treating cancer patients with
15  chemotherapy that within days to weeks after
16  their first administration of chemotherapy
17  hair generally falls out, right?
18       A.   Depending on the regimen, yes.
19       Q.   And have you ever diagnosed a
20  patient with permanent hair loss?
21       A.   Not specifically.  I've had
22  patients that have had receding hairline or
23  some thinning of hair, etcetera.
24       Q.   Okay.  Have you ever referred

Page 269

1   them to a dermatologist for a diagnosis for
2   their condition?
3        A.   I have.
4        Q.   Okay.  How often does that
5   occur?
6        A.   Relatively rare.
7        Q.   Okay.  Are you aware of any of
8   your patients that were -- or that have been
9   diagnosed with permanent chemotherapy-induced
10  alopecia?
11       A.   No.
12       Q.   Do you know if you have any
13  patients currently in this litigation
14  involving docetaxel and permanent hair loss?
15       A.   Not that I'm aware of.
16       Q.   Okay.
17       A.   Not that they've told me, no.
18       Q.   Now, you also say on page 14
19  that "Virtually all chemotherapy medications
20  I use in my practice are accompanied by a
21  risk of hair loss."
22            Do you see that?
23       A.   Yes.
24       Q.   And then you say, "and cases of

68  (Pages 266 to 269)

Sreekanth C. Reddy, M.D.

Page 270

1  permanent hair loss have been reported with
2  respect to many medications," correct?
3      A.   Correct.
4      Q.   Now, at what point in -- strike
5  that.
6           When did you first become aware
7  that permanent hair loss can be associated
8  with chemotherapy drugs?
9      A.   So we see patients that are --
10  that feel that they're not satisfied with
11  their hair regrowth or that there has been
12  changes.
13      Q.   Okay.  Are you aware of whether
14  or not -- or do you agree that any
15  chemotherapy medication can cause permanent
16  chemotherapy-induced alopecia?
17           MS. COHEN:  Objection to form.
18      A.   I think that I would state that
19  there are patients that have received
20  chemotherapy that report hair loss.  So it
21  becomes very difficult to say why they lost
22  their hair.  They've received chemotherapy in
23  the past, they've aged over the period of
24  time, they have hormonal changes, they have

Page 271

1  stress, there's multiple things that could be
2  happening.
3  BY MR. MICELI:
4      Q.   Okay.  Have you researched the
5  incidence of cases of permanent alopecia
6  related to hormonal changes?
7      A.   That's something that I kind of
8  have looked at.
9      Q.   You've looked at it, but in
10  your report do you offer an opinion that
11  hormonal changes have, in fact, caused, as
12  opposed to being associated with, caused
13  permanent hair loss?
14           MS. COHEN:  Objection to form.
15      A.   Right.  So if you look at
16  particularly women, and men, the hormonal
17  changes can be androgenic.  A clear example
18  is you can see male pattern baldness in men
19  that take testosterone supplementation.
20  BY MR. MICELI:
21      Q.   I understand what an androgenic
22  pattern is.  My question was a little
23  different.
24           My question is, did you in your

Page 272

1  report set out an examination that you
2  performed concerning the rate at which women
3  suffer from permanent alopecia due to
4  hormonal changes?
5      A.   That's something that I would
6  have read, yes.
7      Q.   That's something that you would
8  have read.  Do you set out a methodology for
9  an investigation into that topic in your
10  report?
11      A.   There's no methodology for it,
12  no.
13      Q.   Okay.  You also state at the
14  bottom of page 14 that "cases of permanent
15  hair loss have been reported with respect to
16  many medications," correct?
17      A.   Correct.
18      Q.   Now, you don't identify any of
19  the many medications at this point in your
20  report, correct?
21      A.   There's no list there, no.
22      Q.   Okay.  So you're not giving
23  examples and you're not setting out a
24  methodology for your investigation into

Page 273

1  whether or not many drugs are causally
2  associated with permanent alopecia, right?
3           MS. COHEN:  Objection to form.
4      Q.   Would you like me to have
5  Maureen read that back?
6      A.   Yes, please.
7           (Whereupon, the reporter read
8  back the pending question.)
9      A.   I'm not addressing causality or
10  providing a list, but the literature that's
11  available out there when you search this
12  specific topic will show you that there's an
13  association with certain medications, a
14  number of different medications, that there's
15  an association between medication and hair
16  loss.
17      Q.   An association, you mean -- we
18  talked about associations before with
19  roosters crowing and sun rising, it's just
20  two things that happen that may or may not
21  be -- one may or may not cause the other,
22  correct?
23      A.   Right.
24      Q.   And you haven't done a

69 (Pages 270 to 273)

Sreekanth C. Reddy, M.D.

Page 274

1    causation analysis to link up any drug that
2    is, quote unquote, associated with reports of
3    permanent alopecia to determine whether or
4    not that drug causes permanent alopecia,
5    correct?
6        MS. COHEN:  Objection to form.
7        A.    No, I haven't done a formal
8    causation analysis.  That's not what I was
9    tasked to do.
10       The basic statement is that
11   there's literature out there that talks about
12   drugs causing or being associated with
13   alopecia.
14   BY MR. MICELI:
15       Q.    Right.  But cases being
16   reported does not equal causation, correct?
17       A.    Does not always equal
18   causation, no.
19       Q.    And just as a statement itself,
20   the fact that a report is made does not mean
21   that the drug caused that alopecia, right?
22       MS. COHEN:  Objection to form.
23       A.    No.
24       ///

Page 275

1    BY MR. MICELI:
2        Q.    That's a correct statement, we
3    agree on that, right?  Right, Doctor?
4        A.    Merely having a report that
5    says that a person that received a drug and
6    subsequently reported hair loss doesn't equal
7    causation.
8        Q.    Okay.  And I think you said
9    before you're not offering an opinion on
10   causation of permanent alopecia for any drug,
11   right?
12       A.    No.
13       MS. COHEN:  Objection to form.
14   BY MR. MICELI:
15       Q.    You and Lori may have been
16   talking over each other.  She objected, you
17   said no, correct?
18       A.    Correct.
19       Q.    Stated differently, you have
20   not attempted to determine if there is
21   evidence that any drug is causally associated
22   with permanent chemotherapy-induced alopecia,
23   fair to say?
24       MS. COHEN:  Objection to form.

Page 276

1        A.    What I have gleaned from my
2    research on this specific topic of docetaxel
3    and hair loss in the case of Ms. Stewart is
4    that it's clear to me that there's no
5    relationship between the hair loss that
6    Mrs. Stewart reports and docetaxel.
7    BY MR. MICELI:
8        Q.    Okay.  But you have not done
9    any investigation or review of evidence that
10   is set out in your report that any drug,
11   including Taxotere or other chemotherapy
12   agents, are causally associated with
13   permanent chemotherapy-induced alopecia,
14   right?
15       MS. COHEN:  Objection to form.
16       A.    No, I disagree with that.  I
17   think I did extensive research on
18   specifically docetaxel and hair loss.
19   BY MR. MICELI:
20       Q.    Sure.  And you read --
21       A.    Regarding causality, and
22   specifically in the case of Ms. Stewart, I
23   didn't find that there was any clear
24   causality of her hair loss associated with

Page 277

1    docetaxel.
2        Q.    Okay.  We're going to talk
3    about your criticisms of Dr. Feigal's
4    Bradford Hill criteria, but let me just walk
5    through a few drugs with you.
6        Nowhere in your report do you
7    offer an opinion that Adriamycin causes pCIA,
8    permanent chemotherapy-induced alopecia,
9    correct?
10       A.    If you look at reference number
11   13, Adriamycin is listed as one of the
12   medications that causes chemotherapy-induced
13   permanent alopecia, or persistent alopecia as
14   they term it.
15       Q.    That's great, because you're
16   referring to 13, which is Masidonski, Crown,
17   Jung, Freites-Martinez, Kim, and Jaeger,
18   correct?
19       A.    Correct.
20       Q.    Okay.  And your statement
21   within your report about 13 is "Cases of
22   permanent or long-term alopecia following
23   treatment with Adriamycin also have been
24   reported in the medical literature, including

Sreekanth C. Reddy, M.D.

Page 278

1    in articles published before Ms. Stewart's
2    chemotherapy," then you have reference 13,
3    correct?
4         A.    Right.
5         Q.    Right.  And so you say in this
6    sentence that cases of permanent or long-term
7    alopecia have been reported.  You don't say
8    that Adriamycin causes, correct?
9         A.    No, I don't know that there was
10   enough data there to say that it caused, but
11   there's -- patients that had received
12   Adriamycin in the past reported permanent
13   alopecia.
14        Q.    Right.
15             And you're familiar with a
16   Bradford Hill-type analysis, aren't you?
17        A.    Yes.
18        Q.    Okay.  And you're familiar that
19   it is a tool that is utilized to investigate
20   whether a causal association is a valid
21   association after demonstrating through other
22   means that there is a potential causal
23   association, correct?
24             MS. COHEN:  Object to the form.

Page 279

1         A.    Correct.  The Bradford Hill
2    helps you make an attempt at establishing a
3    relationship there, or causality.
4    BY MR. MICELI:
5         Q.    Right.  It gives you a number
6    of factors to consider in investigating a
7    causal association between an event and a
8    causal agent, right?
9         A.    Right.
10        Q.    And you have not --
11        A.    It helps strengthen the
12   argument.  It doesn't establish causality.
13        Q.    Right.  It's something that
14   helps either investigate towards a causal
15   association, it helps provide evidence,
16   correct?
17        A.    Correct.
18        Q.    Okay.  And you have not
19   attempted to apply a methodology of any type,
20   Bradford Hill or otherwise, to investigate
21   the relationship between Adriamycin and
22   permanent chemotherapy-induced alopecia,
23   right?
24             MS. COHEN:  Objection to form.

Page 280

1         A.    What I've done is reviewed
2    available literature on the topic of
3    persistent hair loss using some of the same
4    things that you'd use in the Bradford Hill,
5    as well as my logic --
6    BY MR. MICELI:
7         Q.    Right.
8         A.    -- and my experience.  I go
9    back to, you know, I've been doing this for
10   20 years, I've seen patients that have had
11   hair loss with chemotherapy, I've seen people
12   that had reported thinning of hair after
13   chemotherapy that seemed persistent, multiple
14   regimens, multiple drugs.  This is something
15   that we see with a lot of frequency.  I've
16   read numerous articles on the topic.
17             I did not go through a specific
18   Bradford Hill analysis, but I think that I
19   put all the information I had together and
20   sorted off an opinion based on a lot of
21   experience and a lot of review of literature.
22        Q.    Okay.  You have not set out in
23   your report a Bradford Hill analysis or any
24   other analysis following a methodology to

Page 281

1    investigate the strength or presence of a
2    causal association for any chemotherapy drug
3    that Ms. Stewart used, correct?
4             MS. COHEN:  Objection to form.
5    BY MR. MICELI:
6         Q.    Correct?
7         A.    I did not use the Bradford
8    Hill, but I made an analysis and offered an
9    opinion based on experience and review of the
10   literature, and having studied the literature
11   for many, many, many years.
12        Q.    Okay.  But you have not -- I
13   mean, what you've done is you've got
14   paragraphs with footnotes 11, 13, and 17
15   concerning cyclophosphamide and Adriamycin,
16   correct?
17             MS. COHEN:  Objection to form.
18        A.    I provide examples of writings
19   that are out there describing patients that
20   had received those specific drugs that
21   reported permanent hair loss.
22   BY MR. MICELI:
23        Q.    Right.  You have a paragraph on
24   patients who received Adriamycin where cases

71 (Pages 278 to 281)

Sreekanth C. Reddy, M.D.

Page 282

1    of permanent hair loss have been reported,
2    but you don't set out an analysis of any type
3    to investigate or assess or quantify the
4    strength of association in any way to
5    establish a causal link, correct?
6            MS. COHEN:  Objection to form.
7        A.    Correct.
8    BY MR. MICELI:
9        Q.    You don't do that for
10   cyclophosphamide either, you cite to articles
11   where cases have been reported, correct?
12       A.    Correct.
13       Q.    And you don't do so with regard
14   to Taxol, you cite to papers where cases have
15   been reported, correct?
16       A.    Correct.
17       Q.    All right.  And the same thing
18   with --
19       A.    That was to basically show that
20   when you start reading about these things,
21   all of these drugs have patients that report
22   permanent hair loss in the absence of
23   docetaxel.  Patients get these drugs, they
24   report persistent hair loss.

Page 283

1            My intent wasn't to, nor was I
2    tasked with providing causal analysis for any
3    of this, but merely to provide examples of
4    cases in which patients had received those
5    drugs and reported permanent hair loss.
6        Q.    Right.
7            Well, the reason I'm asking the
8    questions in this way, Dr. Reddy, is in your
9    report it appears as though you're attempting
10   to make an opinion or offer an opinion about
11   causal association, but if it's your
12   testimony today that you are not offering
13   testimony on causal association but only
14   recognizing that literature includes cases
15   being reported, then we may not have to go
16   any further.  So let me just ask you.
17           Do you intend to offer an
18   opinion on the cause -- do you intend to
19   offer an opinion that any drug causes or does
20   not cause permanent chemotherapy-induced
21   alopecia?
22           MS. COHEN:  Objection to form.
23       A.    It's my opinion that docetaxel
24   did not cause persistent or permanent hair

Page 284

1    loss in Ms. Stewart's case.
2    BY MR. MICELI:
3        Q.    Okay.  You have not set out for
4    making that determination an analysis of all
5    available evidence available to you to assess
6    strength of association, biologic
7    plausibility, replicability, you didn't apply
8    the Bradford Hill criteria or any other
9    methodology to assess causation, not to
10   disprove, but to investigate proof or
11   strength of a causal association, correct?
12           MS. COHEN:  Again, I'm going to
13       object to the question.
14           Dave, I think you should reask
15       it because it has five parts to it.
16       If you want to go with that one, go
17       with it.  It's incomprehensible.
18   BY MR. MICELI:
19       Q.    Dr. Reddy, can you answer my
20   incomprehensible question that your attorney
21   just informed you you should say is
22   incomprehensible?
23       A.    If you can read it back to me.
24   It's not clear to me what you're asking.

Page 285

1        Q.    Sure.
2            You said you're going to offer
3    an opinion that docetaxel did not cause
4    Ms. Stewart's permanent chemotherapy-induced
5    alopecia, correct?
6        A.    Correct.
7        Q.    Okay.  My question to you is
8    first, did you do a Bradford Hill analysis of
9    all available evidence on the issue of the
10   use of docetaxel and its relationship or lack
11   of relationship to the injury, permanent
12   chemotherapy-induced alopecia?
13           MS. COHEN:  Objection to form.
14           You can answer.
15       A.    While I didn't do a formal
16   Bradford Hill analysis, I did do an extensive
17   analysis of Ms. Stewart's specific case, and
18   an extensive review of the literature, and
19   used my own personal experience in having
20   prescribed docetaxel to thousands of patients
21   in offering my opinion regarding whether or
22   not her hair loss was related to docetaxel.
23   And the opinion was that docetaxel was not
24   causative of her hair loss.

72 (Pages 282 to 285)

Sreekanth C. Reddy, M.D.

1    BY MR. MICELI:
2        Q.   Okay.  Point to me in your
3    report where you believe your analysis of the
4    literature on docetaxel and its causal
5    relationship or lack thereof is located.
6            (Witness reviewing document.)
7        A.   If you look on page 35, second
8    paragraph from the top, "Under those
9    circumstances, it would be inappropriate to
10   opine that docetaxel, specifically, was a
11   cause of her hair loss."
12       Q.   Okay.  I did see that when I
13   read your report.
14           My question is, where is your
15   analysis and your methodology set out in your
16   report that brings you to that conclusion?
17       A.   That would be from what I've
18   discussed up until that point.
19       Q.   You have read Dr. Feigal's
20   report and her depositions, correct?
21       A.   Correct.
22       Q.   And you have seen her breakdown
23   of an analysis of each of the pieces of
24   literature that she considered in her

1    analysis, correct?
2        A.   Correct.
3        Q.   Okay.  Where is your analysis
4    of each piece of evidence and literature that
5    you considered that brought you to that
6    conclusion?
7        A.   My report is not -- you know,
8    you're asking me to have a report that's
9    exactly like Dr. Feigal's.  That's not what I
10   was asked to do.  There's no template for my
11   statement.  I was just asked to discuss her
12   case, review how I go about making decisions
13   regarding chemotherapy, review toxicity
14   essentially with chemotherapy, and arrive at
15   how I made my conclusion, and that's what I
16   did.
17           I think that you're asking me,
18   like, well -- you're asking me why didn't you
19   do a Bradford Hill.  I wasn't asked to do a
20   Bradford Hill.  I was asked to review and
21   offer a statement.
22       Q.   Okay.  You were just asked to
23   offer an opinion and offer the statement, is
24   that what you just said?

1            MS. COHEN:  Objection to form.
2        A.   I was asked to review the case
3    and discuss whether -- what happened in
4    Ms. Stewart's case.
5    BY MR. MICELI:
6        Q.   Okay.  And there's a reason why
7    I'm asking you very particularly the way that
8    I am.  So I want to make sure that I
9    understand what you just said.
10           Would it be a fair statement
11   for me to take away from what you've said in
12   the last couple of minutes that you have
13   reviewed Ms. Stewart's case, you have come to
14   the conclusion that her permanent alopecia is
15   not related to the use of docetaxel, but you
16   don't set out in your report an analysis of
17   the literature, or of the TAX 316 clinical
18   trial data, or anything else that walks me
19   through how you come to the conclusion on
20   causation of permanent alopecia alone.  Would
21   that be fair?
22           MS. COHEN:  Objection to form.
23       A.   So, you know, I think I've
24   walked the reader through the various details

1    of alopecia, persistent alopecia.  I think
2    that having read the details of not only TAX
3    316 but other articles that are available in
4    the literature, my conclusion is that her
5    hair loss was not associated with docetaxel.
6            I think if you go back to the
7    TAX 316 trial, there wasn't a statistically
8    significant difference between the report of
9    hair loss when it was reported ten years out,
10   the number of people that were complaining of
11   hair loss was not statistically different
12   between the docetaxel arm and the Taxol arm,
13   and I think that there's strong evidence that
14   shows you that.
15   BY MR. MICELI:
16       Q.   And we went over a little bit
17   earlier today generally clinical studies, and
18   I'd asked you a question about powering a
19   clinical study to test an efficacy endpoint
20   that you expect to see at 30 percent would
21   require less study participants than to
22   find -- than to investigate a finding that
23   you would expect to only see in, say,
24   4.2 percent of the people, correct?

Sreekanth C. Reddy, M.D.

Page 290

1          MS. COHEN: Objection to form.
2          A.   I think that what you're saying
3    is if a small number of incidence you'd have
4    to have a larger number of patients treated.
5          But the reality is that we have
6    what we have.  We have the results of the
7    trial between -- you know, large patient
8    trial, some patients received Taxol, some
9    patients received docetaxel.  At ten years
10   out in followup from when they were initially
11   treated, there were some -- there were very
12   few patients, but there were very few
13   patients on both arms that received hair
14   loss.
15   BY MR. MICELI:
16         Q.   Okay.
17         A.   They can't make any, you
18   know --
19         Q.   My question, though, is quite
20   simply, if the effect you're looking for is
21   larger, the number of study participants you
22   will need to adequately power your study for
23   statistical significance will be smaller,
24   correct?

Page 291

1          MS. COHEN: Objection. Form.
2          A.   If the effect is larger you
3    would have to have -- you wouldn't need as
4    many patients, right.
5    BY MR. MICELI:
6          Q.   Right.
7          A.   If the effect is smaller, you
8    would need more patients.  And if there's no
9    effect, it wouldn't make any difference how
10   many patients you have.  Right?
11         Q.   Exactly.
12         And in situations where the
13   event studied is less common, not that it's
14   not common but it's less common, then you can
15   aggregate data through a tool called the
16   meta-analysis to give statistical power to an
17   investigation, correct?
18         A.   That's fraught with hazard.
19         Q.   May be fraught with hazard, but
20   are you familiar, or do you recognize as a
21   clinical trialist that meta-analyses are an
22   epidemiologic tool that are regularly used to
23   study effects where the events are small in
24   number in individual studies?

Page 292

1          MS. COHEN: Objection to form.
2          A.   I'm familiar with the tool of
3    use of meta-analysis to make inferences,
4    generally speaking to guide further research.
5    We never use those meta-analyses really to
6    make decisions, we only use those to say,
7    well, maybe we should look at this closer.
8          I would take you back to level
9    1 evidence and see that the NCCN don't use
10   meta-analyses to ascribe level 1 evidence.
11         Q.   Okay.
12         A.   Food for thought is what I
13   would say.  Food for thought.
14         Q.   Hypothesis-generating?
15         MS. COHEN: Objection to form.
16         A.   Was that a question?
17   BY MR. MICELI:
18         Q.   Yes.
19         Would it be
20   hypothesis-generating?
21         A.   It would be
22   hypothesis-generating.
23         Q.   Okay.  And if hypothesis or
24   hypotheses are generated, then it would be

Page 293

1    appropriate to test those hypotheses by
2    giving it more statistical power to
3    investigate, correct?
4          MS. COHEN: Objection to form.
5          A.   My basic statement is that the
6    meta-analysis doesn't provide you the same
7    information that a randomized controlled
8    trial does.
9    BY MR. MICELI:
10         Q.   Okay.  Now, on page 15 of your
11   report you have a section that's titled --
12         (Zoom issue.)
13         MR. MICELI: Did somebody else
14   hear that?  Sounds like I'm in a
15   tunnel.  Can you hear me fine, Doctor?
16         MS. COHEN: You're getting a
17   little echo there, Dave.
18         MR. MICELI: I wonder if --
19   Bob, I don't have my microphone on my
20   computer on, do we?
21         MS. COHEN: Maybe we take a
22   quick break, if you don't mind?  I
23   mean, are you at a good point while we
24   figure this out?

74 (Pages 290 to 293)

Sreekanth C. Reddy, M.D.

Page 294

1        How long have we been going?
2            MR. MICELI:  We've only been
3    going 48 minutes, but I'm happy to
4    take a break.
5            THE VIDEOGRAPHER:  The time is
6    4:24 p.m., and we're off the record.
7            (Whereupon, a recess was
8    taken.)
9            THE VIDEOGRAPHER:  The time is
10   4:39 p.m., and we're on the record.
11   BY MR. MICELI:
12       Q.   Ready to continue, Doctor?
13       A.   Yes, I am.
14       Q.   All righty.  Great.  Thanks.
15           On page 15 of your report, you
16   have a section that begins "Chemotherapy
17   Labeling and Warnings of Hair Loss," right?
18       A.   Correct.
19       Q.   Can you please describe for us
20   what the standard is in the Code of Federal
21   Regulation for when a label change to
22   Section 5 or 6 of a drug's label is required?
23       A.   That is not something that I
24   would be able to describe to you.  I would

Page 295

1    actually refer you to regulatory experts.
2        Q.   So for whether or not --
3            (Zoom issue.)
4        A.   Your sound is out.
5        Q.   Hello?
6        A.   There we go.
7        Q.   Okay.  You said that you would
8    rely upon or defer to an FDA regulatory
9    expert?
10       A.   That would --
11       Q.   Am I still out?
12       A.   No.  You were asking whether I
13   could describe the details of federal
14   guidelines for the labeling as it ascribes to
15   Section 5 and 6.  That's not something I
16   would do.  I'm not an expert in that.
17       Q.   Right.  You're not the expert
18   who will be testifying about whether or not
19   evidence, appropriate evidence existed that
20   required a label change to the Sandoz
21   docetaxel label, correct?
22           MS. COHEN:  Objection to form.
23       A.   I'm an expert on chemotherapy.
24   We read these labels on the drugs that we

Page 296

1    prescribe, and I can speak to the risks
2    associated with chemotherapy.
3        Q.   I understand that.  But what
4    I'm talking about is specifically what level
5    of evidence is necessary -- well, let me back
6    up.
7            You make a statement in your
8    report in the second paragraph under your
9    Labeling and Warnings section of hair loss
10   that Sandoz' docetaxel labeling was
11   sufficient and was not defective.
12           Do you see that?
13       A.   Yes, I do.
14       Q.   Okay.  And to the extent that
15   plaintiffs have alleged that under certain
16   sections of the Code of Federal Regulation
17   evidence existed that warranted a label
18   change, you are not the person with the
19   expertise to address the specific regulatory
20   requirements or the evidence to meet the
21   standard of those requirements and whether or
22   not that has been met, correct?
23           MS. COHEN:  Objection to form.
24       A.   I simply am stating that the

Page 297

1    warning label addressed alopecia, which
2    applies to permanent hair loss, temporary
3    hair loss, and describes the fact that there
4    can be hair loss associated with the drug.
5    BY MR. MICELI:
6        Q.   Right.
7        A.   You're asking me for specific
8    lines within the regulatory code, which is
9    not my area of expertise.
10       Q.   Right.
11           And so to the extent that, in
12   order to establish whether a label is
13   defective or not, we have to address the
14   requirements of what has to be in a label by
15   regulation and what is necessary to change a
16   label by regulation, you are not the person
17   who can testify to those points, right?
18           MS. COHEN:  Objection to form.
19       A.   No, I can tell you that the
20   label says that the patient can suffer
21   alopecia, and that's appropriate.
22   BY MR. MICELI:
23       Q.   And that's all you can say, as
24   an oncologist you've looked at labels and you

Sreekanth C. Reddy, M.D.

Page 298

1    deal with chemotherapy and you deal with
2    patients who lose their hair, so you can say
3    what should be in the label basically, right?
4         MS. COHEN: Object to the form.
5         A.    I think that you're
6    oversimplifying my role as an oncologist. We
7    have experience with these drugs. We have
8    experience with numerous drugs. We have
9    experience with alopecia.
10        You're asking, you know, can
11   you recite the regulatory code of drug
12   labeling. That's not my role.
13        What I'm telling you and what
14   I'm making a statement on is that Sandoz's
15   FDA-approved labeling, package insert says
16   that docetaxel can result in alopecia.
17        Q.    Right.
18        And you threw in there that
19   it's FDA-approved. But are you aware that
20   Sandoz is responsible for their label, not
21   the FDA?
22        MS. COHEN: Objection to form.
23   BY MR. MICELI:
24        Q.    Do you know who is responsible

Page 299

1    for the label?
2         A.    Sandoz is responsible for the
3    label.
4         Q.    Okay. Do you know what
5    obligations they have under the Code of
6    Federal Regulation to change their label when
7    certain evidence is available?
8         MS. COHEN: Objection to form.
9         A.    I'm not an attorney. I'm a
10   medical oncologist.
11   BY MR. MICELI:
12        Q.    Right.
13        And you're also a medical
14   oncologist, and you're not an FDA regulatory
15   expert, correct?
16        A.    That's correct.
17        Q.    Okay. Now, you address in your
18   report some criticisms of Dr. Feigal and her
19   Bradford Hill analysis, correct?
20        A.    Yes, that's part of the
21   analysis that I made in offering causality in
22   the case of docetaxel in Ms. Stewart's case.
23   This is all what I put together in coming to
24   a conclusion regarding causality.

Page 300

1         Q.    Okay. Well, Doctor, in order
2    to build a wall you need bricks and mortar,
3    right?
4         MS. COHEN: Objection to form.
5    BY MR. MICELI:
6         Q.    I mean, if you're going to
7    build a brick wall, you need bricks and
8    mortar, right?
9         A.    I don't build brick walls, so
10   I'm not sure what you require. You probably
11   require labor, you probably require a
12   wheelbarrow.
13        Q.    Sure. You need tools to do it,
14   right?
15        A.    There's a spatula, I'm not sure
16   what they call that tool.
17        Q.    I need to get you out to
18   Carrollton, we'll build one together.
19        MS. COHEN: Am I invited, too?
20        MR. MICELI: Yeah, sure, come
21   on down.
22        A.    I'm more interested in breaking
23   down walls than building walls.
24        ///

Page 301

1    BY MR. MICELI:
2         Q.    And all you need to break down
3    a wall is a wrecking ball, right?
4         A.    Right.
5         Q.    Right.
6         So what you've attempted to do
7    with Dr. Feigal's Bradford Hill criteria is
8    offer criticisms of it, correct?
9         A.    I think I used her Bradford
10   Hill to make an analysis of whether docetaxel
11   was causal in Ms. Stewart's hair loss. So if
12   you look through my document, I reviewed the
13   literature, I reviewed all the medical
14   records associated with Ms. Stewart, I
15   reviewed Dr. Feigal's testimony, I reviewed
16   articles regarding association between
17   Adriamycin and hair loss between Cytoxan and
18   permanent hair loss, and I put all this
19   information together and all of the articles
20   that are included in the citations in coming
21   to a conclusion that there was no causal
22   effect --
23        Q.    Okay.
24        A.    -- in Ms. Stewart's case of

76 (Pages 298 to 301)

Sreekanth C. Reddy, M.D.

Page 302

1    hair loss associated with docetaxel.  It's
2    all here if you go through it systematically.
3        Q.    Right.  We're going to do that
4    right here in a second.
5            Now, you don't address how
6    Dr. Feigal's analysis is deficient based on
7    any authority that says how she applied a
8    Bradford Hill is inappropriate, correct?
9        MS. COHEN:  Objection.  Form.
10       A.    I'm not sure what you're
11   asking.
12   BY MR. MICELI:
13       Q.    Sure.  When you looked at the
14   references that you've cited there to the
15   publications, and we're going to talk about
16   those in a second, but what you don't cite to
17   is any support for any authority that says
18   that how she applied a Bradford Hill criteria
19   was somehow incorrect, right?
20       A.    The structure of the Bradford
21   Hill was reasonable.  The claims within the
22   Bradford Hill were questionable.
23       Q.    Okay.
24       A.    That's what I address in my

Page 303

1    discussion.
2        Q.    Okay.  Your comments then go to
3    the -- her application of the Bradford Hill,
4    not to whether or not the Bradford Hill is an
5    appropriate tool to assess causation, right?
6        A.    That's one of the ways that you
7    can address causation, yes.
8        Q.    Okay.
9        A.    That's what she chose to use.
10       Q.    Right.  Now, you reference at
11   footnote 30 in your report, you say -- let me
12   get to it.
13       A.    That's the Miguel Martin?
14       Q.    Yes.
15            You say, "In TAX 316, the
16   numbers of patients reporting alopecia into
17   the long-term followup period are too low in
18   both arms to draw any clinical conclusions
19   about the rates of persistent alopecia," and
20   then you cite to Miguel Martin, right?
21       A.    Correct.
22       Q.    Okay.  And you're aware that
23   the long-term followup of TAX 316 was ten
24   years, correct?

Page 304

1        A.    Correct.
2        Q.    Okay.  I think the Martin
3    article we looked at a little bit ago, and it
4    was Exhibit 5 if you want to pull it out.  I
5    think that we looked at this already.  Excuse
6    me, I think it's 4.
7        A.    Is it a New England Journal
8    article you're referring to?
9        Q.    Yes, it's the one that you
10   refer to at footnote 30, correct?
11       A.    Right.
12       Q.    Okay.  Right.  Now --
13       A.    55 months of followup?
14       Q.    What's that?  I'm sorry?
15       A.    There were 55 months of
16   followup in this article?
17       Q.    Well, that's my question,
18   because what it appears to me that you have
19   done is you cite to the 55-month followup and
20   you put in the parenthesis here 3.9 percent
21   for alopecia in the TAC arm and 2.2 percent
22   for alopecia in the FAC arm.  And I want you
23   to point to us in the Miguel Martin, et al
24   article where you find those numbers.

Page 305

1        A.    So when I look at the Miguel
2    Martin article, the TAC group when they
3    discuss non-hematological toxicity, this is
4    on page 2310, they report alopecia at 97.8
5    for the overall TAC group, and the FAC group
6    had 97.1, and there was no statistically
7    significant difference in the --
8            Now, I don't know --
9        Q.    My question is, where did you
10   come up with 3.9 and 2.2 for the Miguel
11   Martin article?
12       A.    I don't know if there was an
13   addendum to this or whether I looked at --
14   I'm not sure what I was looking at.
15            In this article and in the
16   10-year followup, if you look at both of
17   those, in the two articles that we have it's
18   going to be adjuvant docetaxel node-positive
19   breast cancer, the adjuvant docetaxel with
20   cyclophosphamide, the two articles that we
21   have, neither of them show any statistical
22   difference in alopecia.
23       Q.    Okay.  Neither one of the
24   articles demonstrate a statistically

77 (Pages 302 to 305)

Sreekanth C. Reddy, M.D.

Page 306

1    significant increase in ongoing or permanent
2    chemotherapy-induced alopecia?
3        A.    Between the two arms, right.
4        Q.    Okay. Let's go on to footnote
5    31, and your sentence right after that, your
6    note to 30 where you start, "Similarly the
7    Nabholtz, Sedlacek, Prevezas, Kang, Kim and
8    Bertrand studies do not indicate which taxane
9    (paclitaxel or docetaxel) was used." And
10   then you cite to footnote 31. The first
11   thing you cite to a Nabholtz, correct?
12       A.    Correct.
13       Q.    Okay. Let's look at Nabholtz.
14           Do you have Nabholtz in front
15   of you?
16       A.    I do not.
17       Q.    Okay. Let me go ahead and --
18   I'm going to save it differently here, and
19   then I will put it up there.
20           MS. COHEN: We have it.
21           MR. MICELI: Okay. But I still
22   need to do it for purposes of this.
23   And this will be Exhibit Number 18.
24   Okay.

Page 307

1           (Whereupon, Reddy Exhibit
2           Number 18 was marked for
3           identification.)
4    BY MR. MICELI:
5        Q.    I'm going to move this over
6    into the shared window. And, Doctor, you
7    have Nabholtz in front of you?
8        A.    I do.
9        Q.    Okay. Now, your reference to
10   Nabholtz says "Nabholtz, Sedlacek, Prevezas,
11   Kang, Kim and Bertrand studies do not
12   indicate which taxane was used in the
13   treatment." I'm going to ask you to read the
14   title of the Nabholtz study.
15       A.    "Phase II Study of Docetaxel,
16   Doxorubicin, and Cyclophosphamide as
17   First-Line Chemotherapy for Metastatic Breast
18   Cancer."
19           MS. COHEN: You need to read a
20           little slower for the court reporter.
21       A.    "Phase II Study of Docetaxel,
22   Doxorubicin, Cyclophosphamide as First-Line
23   Chemotherapy for Metastatic Breast Cancer."
24           ///

Page 308

1    BY MR. MICELI:
2        Q.    Okay. So let me ask you the
3    first question since the way you wrote your
4    report seems to indicate otherwise.
5           Does Dr. Nabholtz identify --
6    does Dr. Nabholtz and his colleagues identify
7    which taxane they're using in this study?
8        A.    I think we need to take this
9    statement in the context of Ms. Feigal's
10   Bradford Hill causation. But in this study,
11   they obviously use docetaxel.
12       Q.    Your sentence says, "Similarly,
13   the Nabholtz, Sedlacek, Prevezas, Kang, Kim
14   and Bertrand studies do not indicate which
15   taxane was used in the treatment," correct?
16       A.    Yeah, I think that you need to
17   look at it in the context of Dr. Feigal's
18   report.
19       Q.    Well, I just want to
20   investigate your statement in your report
21   right now. If we have time later maybe we
22   can go over Dr. Feigal's report. But I know
23   what Dr. Feigal's report says, because Table
24   2 includes Nabholtz, and Nabholtz identifies

Page 309

1    cases of permanent alopecia. And your
2    statement seems to indicate that Dr. Nabholtz
3    doesn't even say what taxane he uses, and he
4    clearly identifies what taxane he's using,
5    correct?
6           MS. COHEN: Objection to form.
7        A.    Could you just identify the
8    statement within this article? Where is the
9    statement that they talk about alopecia? Do
10   you have that highlighted?
11   BY MR. MICELI:
12       Q.    Let me see if I can highlight
13   it for you, Doctor. Okay. Go to page 318,
14   left-hand column, there's a sentence about
15   six lines down that starts, "The most
16   common," do you see that?
17       A.    Correct.
18       Q.    It says, "The most common
19   treatment-related chronic non-hematologic
20   toxicity was alopecia (87 percent), with
21   long-lasting (longer than 2 years) partial
22   alopecia in four patients."
23           Do you see that?
24       A.    Technically that's four

78 (Pages 306 to 309)

Sreekanth C. Reddy, M.D.

Page 310

1    patients out of -- how many patients were on
2    this trial?
3        Q.    47.  No, excuse me, 54.
4        A.    Four patients reported some
5    hair thinning.
6        Q.    Now, okay, I looked up
7    alopecia.  Did you read "thinning" in this?
8        A.    Well, alopecia, hair loss.
9        Q.    Okay.  Dr. Sedlacek reported
10   four patients taking docetaxel had alopecia,
11   partial alopecia, that lasted for two years,
12   correct?
13       A.    Correct.
14       Q.    Okay.  Now, the next one that
15   you say that they do not identify which
16   taxane was used was Sedlacek, and I'm going
17   to -- it's going to take me a second again to
18   do this, but we're going to get this done.  I
19   thought it was already.
20             This will be Number 19.
21             (Whereupon, Reddy Exhibit
22             Number 19 was marked for
23             identification.)
24             ///

Page 311

1    BY MR. MICELI:
2        Q.    Do you have the Sedlacek paper
3    in front of you, Doctor?
4        A.    Yes.
5        Q.    Okay.  This is an abstract of
6    Dr. Scott Sedlacek from Rocky Mountain Cancer
7    Institute.  And your sentence reads that his
8    is one of the articles where the studies do
9    not indicate which taxane, docetaxel or
10   paclitaxel, was used in the treatment,
11   correct?
12       A.    Correct.
13       Q.    Could you please read the title
14   of abstract number 2105 for us?
15       A.    "Persistent...alopecia from
16   adjuvant docetaxel after
17   doxorubicin/cyclophosphamide (AC)
18   chemotherapy in women with breast cancer."
19       Q.    Right.
20             And what Dr. Sedlacek describes
21   are three groups of people under the
22   Materials and Methods section, correct?
23       A.    Right, there's Group A, Group
24   B, and Group C.

Page 312

1        Q.    Right.
2             And Group C was an amalgamation
3    of a number of different doxorubicin plus
4    docetaxel regimens, AC/Tax, ATax, ACTax,
5    AC/TaxXeloda, AC/TaxHerceptin, ATax/CAF, and
6    CAF/Tax, correct?
7             MS. COHEN:  David, I'm sorry to
8        interrupt you.  I don't think you
9        posted that one yet, so I don't have a
10       copy in front of me.
11            MR. MICELI:  I'm sorry, I
12       apologize.  Let me get that to you.
13            MS. COHEN:  I don't want to
14       interrupt you, but put it on the
15       screen or something.
16            MR. MICELI:  Sorry about that,
17       Sedlacek is one of those ones that --
18       okay.  It's there.
19   BY MR. MICELI:
20       Q.    And Group C -- you can look at
21   Group A and B if you like, but Group C is the
22   only group that included the use of
23   docetaxel, correct?
24       A.    Group C was the group that is

Page 313

1    docetaxel, correct.
2        Q.    Right.
3             And Group C is also the only
4    group that had patients, women, developing
5    PSA, which is persistent -- I'm going to find
6    the exact term -- persistent significant
7    alopecia, correct?
8        A.    Correct.  Right.
9        Q.    Okay.  And in Group C there
10   were 7 out of 112, which was 6.3 percent,
11   correct?
12       A.    That would be the right
13   percentage, yes.
14       Q.    Okay.  So Dr. Nabholtz and his
15   colleagues and Dr. Sedlacek both include --
16   or both indicate which taxane was used in
17   their publication and abstract, correct?
18       A.    Right.  They're small studies.
19   And I think if you look at the -- the basic
20   point I'm trying to make in that paragraph is
21   that none of these studies were -- really
22   showed a true statistical significant
23   difference in one taxane versus another
24   taxane or no taxane at all.  You can't make

Sreekanth C. Reddy, M.D.

Page 314

1  that.
2          It's what Dr. Feigal did in her
3  Bradford Hill is to cite these articles and
4  say that there was -- this is how she relied
5  on this data for causal inference, and you
6  can't make causal inference based on
7  non-statistically significant findings.  That
8  just doesn't make any sense.
9      Q.   You did read Dr. Madigan?
10     A.   It's faulty to begin with.  But
11 you can't --
12     Q.   You read Dr. -- sorry, I keep
13 interrupting you.  I apologize.
14     A.   You can't support a causal
15 inference based on non-statistically
16 significant findings.
17     Q.   Have you read Dr. Madigan's
18 report?
19     A.   I have looked at it, yes.
20     Q.   Okay.  And you saw
21 Dr. Madigan's meta-analyses of the TAX 316
22 and TAX 301, GEICAM 9805 studies, correct?
23     A.   Correct.
24     Q.   And you noted, I'm sure, that

Page 315

1  the meta-analysis of those two studies
2  demonstrates a statistically significant
3  increased risk in what Sanofi termed ongoing
4  alopecia, correct?
5          MS. COHEN:  Objection to form.
6      A.   Dr. Madigan's conclusion based
7  off a methodology that we had talked about
8  earlier doesn't establish causality.
9  BY MR. MICELI:
10     Q.   Okay.  Earlier --
11     A.   Which data sets, you can keep
12 flipping in data sets and taking out data
13 sets to try to get you a certain conclusion,
14 but what you really need is a randomized
15 controlled trial that showed a statistically
16 significant difference in order to establish
17 that.
18         And that's kind of what I'm
19 getting at in my analysis of this case, is
20 that when Dr. Feigal gets to the point where
21 she talks about causal inference and she's
22 using these studies, they don't support what
23 she's saying in that there's no statistically
24 significant difference.  There has to be a

Page 316

1  statistically significant difference in order
2  to make a causal inference.
3      Q.   Right.  But --
4      A.   Dr. Madigan's study is
5  interesting, but that doesn't establish
6  statistical significance.
7      Q.   Right.
8          Earlier today you referred or
9  deferred to a biostatistician or a
10 statistical expert, but now you feel
11 qualified to render an opinion as to whether
12 or not Dr. Madigan, who is a professor of
13 biostatistics and dean of Northeastern
14 University in the School of Arts and Sciences
15 where he teaches biostatistics is unqualified
16 to perform a meta-analysis to establish a
17 statistically significant risk.  Is that what
18 you're saying?
19         MS. COHEN:  Objection to form.
20     A.   I'm not saying -- I'm not
21 commenting on his qualifications.  I'm just
22 saying that a meta-analysis should not really
23 be used, particularly when you have multiple
24 studies that don't show statistical

Page 317

1  significance.
2  BY MR. MICELI:
3      Q.   Well, is it your testimony that
4  we need to have a randomized controlled trial
5  of docetaxel to demonstrate that it can cause
6  people to go permanently bald before you can
7  have a -- you have to show that they can
8  cause permanent chemotherapy-induced alopecia
9  in a statistically significant way before you
10 can say this drug causes permanent
11 chemotherapy-induced alopecia?
12     A.   That's not what I'm saying at
13 all.  I'm just saying that in Dr. Feigal's
14 causal inference portion of her Bradford
15 Hill, she used studies that didn't show
16 statistically significant differences in
17 permanent hair loss, and then went on to say
18 that that's enough data to show that the
19 Taxol caused.  I mean, you can't -- that
20 ruins your Bradford Hill.
21     Q.   Okay.
22     A.   You can't -- you have to use
23 data that supports causal inference.  And if
24 you had a study that said that this

Sreekanth C. Reddy, M.D.

Page 318

1    randomized trial showed a statistically
2    significant difference in permanent hair
3    loss, then that would be acceptable, but
4    there were no -- the reason that she didn't
5    do that is because there were no clinical
6    trials that showed that docetaxel as compared
7    to other agents when used with TAC increased
8    the risk of permanent hair loss that was
9    statistically significant.
10        So she used other articles, but
11   they don't support -- I mean, the Bradford
12   Hill should have stopped right there, because
13   you're not able to find data that support
14   clinically significant difference in
15   permanent hair loss.
16       Q.   Okay.
17       A.   That's the point I'm trying to
18   make. I'm not arguing with the professor's
19   methodology or what he's come up with. I'm
20   just saying that specifically Dr. Feigal's
21   support of causal inference, she used data
22   that didn't support it.
23       Q.   Are you aware of whether or not
24   the judge that oversees this MDL has heard

Page 319

1    argument and evaluated the level of evidence
2    that was presented by Dr. Madigan and
3    Dr. Feigal?
4            MS. COHEN:  Objection to form.
5        A.   That's not something I've
6    discussed.
7    BY MR. MICELI:
8        Q.   Okay. You're not aware that
9    people have already challenged their opinions
10   and they've already gone before a jury?
11           MS. COHEN:  I'm just going to
12       object.
13       Dave, I know you don't want a
14       speaking objection, but I don't think
15       that's a fair question to this
16       witness.
17           MR. MICELI:  That's fine.
18   BY MR. MICELI:
19       Q.   Let's move on to Prevezas.
20   I've put Prevezas up at Exhibit 20 in the
21   chat box.
22       Do you have the Prevezas
23   article?
24       A.   It's being pulled as we speak.

Page 320

1        Q.   Okay. Do you have that? Let
2    me share my screen to make sure we're looking
3    at the same thing.
4            (Whereupon, Reddy Exhibit
5            Number 20 was marked for
6            identification.)
7    BY MR. MICELI:
8        Q.   If you can look at my screen,
9    is this the Prevezas article or abstract that
10   you have in front of you?
11       A.   Yes.
12       Q.   Okay. Can you read the title
13   of that one at the bottom right corner of
14   page 1?
15       A.   "Irreversible and severe
16   alopecia following docetaxel or paclitaxel
17   cytotoxic therapy for breast cancer."
18       Q.   Does Dr. Prevezas identify or
19   indicate which taxane was used in the
20   treatment that led to this publication?
21       A.   I'd have to read through this.
22   If you give me a few minutes I can tell you.
23       Would you like me to do that?
24       Q.   Well, sure. I can tell you, if

Page 321

1    you want to look to the second page, second
2    paragraph on the page, it describes Patient
3    1, and right across from it in column two is
4    Patient 2.
5        A.   Okay.
6            (Witness reviewing document.)
7        A.   Okay.
8        Q.   All righty. You see this is an
9    abstract recounting two cases, one involving
10   paclitaxel and one involving docetaxel,
11   correct?
12       A.   Yes, that's what we know. But
13   this article is written by a dermatologist,
14   and the focus was on the phenotypic findings
15   on exam of hair loss and the pathologic
16   findings on biopsy.
17       Q.   Okay.
18       A.   It doesn't detail what this
19   patient has received in addition to these
20   drugs.
21       Q.   Okay.
22       A.   So I mean, this is a
23   descriptive article at best.
24       Q.   All right.

81 (Pages 318 to 321)

Sreekanth C. Reddy, M.D.

Page 322

1       A.   It doesn't tell us a whole lot.
2   But we know that the one patient received
3   Taxol and had permanent hair loss, so it's
4   telling you that this patient received the
5   Taxol, had hair loss, one patient received
6   docetaxel.
7           And it kind of mirrors what
8   we've been talking about is that in these
9   studies, particularly the TAC study that
10  we've discussed all day long, is that there
11  was permanent hair loss associated with
12  patients that received FAC, there was
13  permanent hair loss in patients that received
14  TAC, there's permanent hair loss in patients
15  that received Taxol in this study.
16          It kind of supports this
17  argument that Dr. Feigal says that, you know,
18  there's permanent hair loss associated, but
19  when you look at the statistics it doesn't
20  add up.
21      Q.   Well, Doctor, my only question
22  was this involves two patients, one received
23  Taxotere and one received paclitaxel, right?
24      A.   Correct.

Page 323

1       Q.   I'm going to move on from the
2   statement, but at least the three we've gone
3   over so far seem to contradict what you state
4   in this record, that the studies do not
5   indicate which taxane was used.  Dr.
6   Nabholtz, Dr. Sedlacek, and Dr. Prevezas
7   specifically state which taxanes are used,
8   correct?
9           MS. COHEN:  Objection to form.
10      A.   Correct.
11  BY MR. MICELI:
12      Q.   Okay.  Now, again, in
13  challenging Dr. Feigal's strength of
14  association analysis under the Bradford Hill
15  criteria, you challenge her application of
16  it, but you don't cite to anything that
17  demonstrates their support for your
18  criticisms of her application, correct?
19      A.   I disagree with that.  I mean,
20  I think that we're -- if you read the last
21  statement, "None of these studies provides
22  support for the temporality factor of a
23  Bradford Hill causation analysis."  The
24  causal inferences is erroneous.  And there's

Page 324

1   no -- I'm not sure that any of these studies
2   actually support the basic premise that
3   there's an increased incidence of permanent
4   alopecia or persistent hair loss.
5       Q.   Okay.  Let me move on.
6           On page 28 of your report, I'm
7   trying to get wrapped up and leave myself
8   some time for after your attorney questions
9   you -- after the attorney questions you.
10          So at page 28 of your report,
11  in the middle paragraph that starts with I am
12  familiar with the opinions of Dr. Bosserman,
13  you state, "Dr. Bosserman's report also
14  states that Taxotere causes more neutropenia
15  and that hospitalization from neutropenia is
16  associated with a higher incidence of death."
17          Do you see that?
18      A.   Right.
19      Q.   Okay.  And then you say, "I do
20  not believe that opinion is correct, and it
21  does not alter my belief that a docetaxel
22  regimen was a better option for Ms. Stewart.
23  I am unaware of any evidence of a higher
24  incidence of injury or death from

Page 325

1   neutropenia" caused "with docetaxel than with
2   Taxol.  Oncologists commonly prescribe
3   Neulasta with both docetaxel and paclitaxel
4   and Neulasta has shown to effectively manage
5   the risk of febrile neutropenia in both
6   patient populations," then you cite to note
7   58, which is the Jones article, correct?
8       A.   Correct.
9       Q.   Okay.  Now, you reviewed the
10  Jones article in relation to this to your
11  opinions, correct?
12      A.   Correct.
13      Q.   Okay.  And have we looked at
14  the Jones article yet today?  I don't think
15  we have.
16      A.   No, I don't think we have.
17      Q.   Okay.  I'm going to pull that
18  up for us.  And this will be Number 21.
19          (Whereupon, Reddy Exhibit
20          Number 21 was marked for
21          identification.)
22  BY MR. MICELI:
23      Q.   Wrong one, I apologize.  It is
24  21, correct?  I apologize here.  I don't know

Sreekanth C. Reddy, M.D.

Page 326

1  what just happened to my Jones article.
2  Jones.
3        You have that in front of you,
4  Doctor?
5     A.  I do.
6     Q.  You cite the Jones article for
7  the reference -- you reference in your report
8  on the use of Neulasta to effectively manage
9  the risk of febrile neutropenia, correct?
10    A.  Correct.
11    Q.  Okay.  And have you reviewed
12 the Jones article to see whether or not
13 Neulasta was used in that clinical trial?
14    A.  Yes.  7 percent of the
15 docetaxel patients, and 1 percent of the
16 paclitaxel patients received growth factor
17 support.
18    Q.  Did they receive Neulasta?
19    A.  I don't know that it
20 specifically said Neulasta in this trial.
21    Q.  Well, I'll tell you what, let
22 me help you.
23        Did the statistical methods say
24 when this study took place?

Page 327

1     A.  "Secondary prophylaxis with
2  G-CSF was permitted after a febrile grade 4
3  leukopenia or neutropenia greater than 7 days
4  duration or when associated with fever.
5  Recurrences of these events despite G-CSF use
6  required dose reduction with subsequent
7  cycles."
8     Q.  Right.
9        Let me refer you to the third
10 page of the article, Doctor, under the
11 Results section.
12    A.  Sure.
13    Q.  Okay.  It says, "Patients.
14 Between October 1994 and October 2001, a
15 total of 449 patients at 53 institutions were
16 randomly assigned," correct?
17    A.  Correct.
18    Q.  Now what I want to do is I want
19 to look at the Neulasta label with you.  I'm
20 going to share this with you just so we don't
21 have to go back and look at this, pull it out
22 for you.  When you go to page --
23    MR. MICELI:  What?
24    MS. COHEN:  Which one are we

Page 328

1  looking at?  Which exhibit?
2     MR. MICELI:  I'm getting ready
3  to share this.  It's exhibit --
4  Neulasta is Exhibit 14.
5  BY MR. MICELI:
6     Q.  If you look at page 1 of this
7  exhibit, when was Neulasta approved?
8     A.  In 2002.
9     Q.  Okay.  So it's not possible to
10 have used Neulasta in the Jones study,
11 correct?
12    A.  Correct.
13    Q.  Okay.  So just in this
14 paragraph that we've been reviewing, we know
15 that Neulasta was not in use or not available
16 for use in the 1997 to 2001 study, correct?
17    A.  Correct.
18    Q.  And in your criticisms of
19 Dr. Feigal's Bradford Hill analysis, we know
20 that the criticisms of her identifying which
21 drugs were used, you mentioned that at least
22 five that were not used -- where she doesn't
23 identify which drug was used, and we went
24 through three of them where we clearly

Page 329

1  identified that Dr. Feigal indeed does
2  describe which drugs were used in Nabholtz,
3  Sedlacek, and Prevezas, correct?
4     MS. COHEN:  Objection to form.
5  BY MR. MICELI:
6     Q.  Correct, Doctor?
7     A.  I think the point that I'm
8  trying to make is that when we use TAC
9  chemotherapy, all the TAC patients received
10 growth factor support.
11    Q.  Right.  I understand.  I think
12 I understand the point you're trying to make.
13        The point I'm trying to make
14 is, you completed a report and you cited
15 references that weren't even in existence at
16 the time of -- or you cited references to
17 studies where the drug you're mentioning was
18 not available for use, correct?
19    MS. COHEN:  Objection.  Form.
20    A.  I think the studies basically
21 show you the risk of neutropenia was low.
22 BY MR. MICELI:
23    Q.  Okay.
24    A.  And the growth factors, these

Sreekanth C. Reddy, M.D.

Page 330

1    patients weren't getting Neulasta.  With
2    Neulasta they do fine.
3        Q.   I only have two more points I
4    want to make before I pass the witness, but
5    when we look at -- that was 21, right?  So
6    22.
7             If you look at page 27 of your
8    report.  Are you there with me, Doctor?
9        A.   Yes.
10       Q.   Okay.  At the top of the page
11   you say, "As between a regimen containing
12   docetaxel and one containing paclitaxel
13   (Taxol), docetaxel was the better choice for
14   Ms. Stewart."  Correct?
15       A.   Correct.
16       Q.   Okay.  And then you cite to the
17   article by Gelmon and others that was
18   published in the Lancet, correct?
19       A.   Correct.
20       Q.   Okay.  And I'm going to move
21   that one over.
22            Do you have Gelmon handy, or do
23   you want me to share my screen with you?
24            MS. COHEN:  Gelmon?

Page 331

1            MR. MICELI:  Gelmon,
2    G-E-L-M-O-N.
3        A.   Citation 53.
4            MS. COHEN:  We probably do.
5            (Whereupon, Reddy Exhibit
6    Number 22 was marked for
7    identification.)
8    BY MR. MICELI:
9        Q.   Do you have Gelmon in front of
10   you, Doctor?
11       A.   He's getting it for me right
12   now.
13       Q.   Okay.  Gelmon is "The taxoids:
14   paclitaxel and docetaxel," Lancet 1994,
15   correct?
16       A.   Correct.
17       Q.   What is it about this 1994
18   publication that demonstrates that a regimen
19   containing docetaxel is superior or a better
20   choice than one containing paclitaxel as
21   stated in this Gelmon, et al?
22       A.   I think this just kind of walks
23   you through the fact that there's increased
24   efficacy.

Page 332

1            If you even go back to the
2    Jones article that we talked about just a
3    couple minutes ago, Randomized Phase III
4    Study of Docetaxel Compared to Paclitaxel in
5    Metastatic Breast Cancer, you can see that
6    there's actually clinically significant more
7    efficacy, and this just kind of walks you
8    through the mechanism of those two drugs and
9    how they're not interchangeable, they're
10   different drugs.
11       Q.   Doctor, 1994 is two years
12   before docetaxel or Taxotere was ever even
13   approved for marketing in the United States,
14   correct?
15       A.   Yes.
16       Q.   There's nothing clinically in
17   the context of adjuvant care for early stage
18   breast cancer discussed in the Gelmon study,
19   correct?
20            MS. COHEN:  Objection to form.
21       A.   The Gelmon study, the purpose
22   of that was not to discuss adjuvant care in
23   breast cancer, it was just to talk about
24   mechanism of action and how docetaxel and

Page 333

1    paclitaxel are different drugs that have
2    different efficacies.  There's a number of
3    different articles out there that show that
4    docetaxel may have higher efficacy, may work
5    quicker, may have better response rates.
6    BY MR. MICELI:
7        Q.   And for all those benefits of
8    docetaxel, it was removed from a Preferred
9    regimen and placed in the Other by NCCN,
10   correct?
11       A.   The decision was made by the
12   NCCN taking a variety of different factors,
13   including things like cost, which I think
14   when you're looking at the individual
15   patient, cost is a consideration for the
16   society as a whole of course.
17            But when you're an oncologist
18   and you're tasked with making decisions for
19   the individual patient, you're going to try
20   to get the best regimen possible for patients
21   to try to get the best outcome.
22            If you look at Ms. Stewart's
23   case she had a 4 to 5-centimeter tumor at
24   presentation that was large.  The volume of

84 (Pages 330 to 333)

Sreekanth C. Reddy, M.D.

Page 334

1    the tumor decreased by 90 percent.
2           So we're looking for efficacy.
3    We accomplished what we wanted in
4    Ms. Stewart, that was to shrink her tumor, to
5    prevent recurrence, and to keep her alive.
6    To this day, based on the medical records
7    that I have, she's disease-free and doing
8    well from the standpoint of her disease.
9        Q.    Doctor, are you going to
10   testify before a jury that a 1994 article on
11   mechanism of action demonstrates why a
12   chemotherapy regimen containing docetaxel
13   over one containing paclitaxel was the better
14   choice because Gelmon establishes better
15   efficacy?
16       A.    Gelmon -- I never said that
17   Gelmon -- what -- the story I'm trying to
18   tell is that, with that and with additional
19   citations, is that docetaxel has activity in
20   breast cancer that is different than Taxol,
21   has different toxicities, may be more
22   efficacious, and was the appropriate choice
23   for Ms. Stewart.
24       Q.    Doctor, you've not cited a

Page 335

1    single study in your report, and you cannot
2    cite one for us today, that demonstrates that
3    a docetaxel regimen is superior to a
4    paclitaxel regimen in the context of adjuvant
5    care for early stage breast cancer because
6    they've never been tested head-to-head that
7    way, correct?
8           MS. COHEN:  Objection to form.
9        A.    I can't sit and show you an
10   article which you actually picked out, the
11   Jones article, that shows that docetaxel is
12   more active against breast cancer.  This is a
13   very good way of showing that.
14   BY MR. MICELI:
15       Q.    Okay.  Let's look at that Jones
16   article since it's a very good way of showing
17   something.  Turn to page 5548, please.
18          Are you there with me?
19       A.    Yes.
20       Q.    Okay.  Let's look at grade 3/4
21   adverse events -- or excuse me, toxicities,
22   non-hematologic adverse events possibly or
23   probably related to treatment.  Neurosensory
24   grade 3/4, 16 patients, 7.2 percent of the

Page 336

1    patients demonstrated the toxicity of
2    neurosensory, correct?
3        A.    Grade 3/4, neurosensory,
4    docetaxel was 9 and --
5        Q.    Are you looking at Table 5?
6        A.    I'm looking at Table 5, yeah.
7    Docetaxel was -- overall was 64 percent,
8    grade 3/4 was 16 percent, which was 16, so
9    that was 7.2 percent.
10          And then if you look at the
11   paclitaxel arm, it was 59 percent, and the
12   number was 9, and it was 4.1, and there was
13   no statistical difference in this particular
14   study.
15       Q.    Okay.  Let's look at something
16   real quick.  Okay.
17       A.    I think that you're picking --
18   the article, if you look at discussion and
19   the conclusions associated with it will show
20   that there's a marked improvement in response
21   rates in the docetaxel arm versus paclitaxel.
22       Q.    Doctor --
23       A.    We can talk about a lot of
24   different things, but the most important

Page 337

1    thing is, is the patient's tumor going to
2    respond and are they going to get benefit,
3    and that's kind of the basis of the
4    discussion.
5        Q.    Okay.  Doctor, are you going to
6    testify that Taxotere is a lifesaving drug?
7        A.    No, I'm not going to testify
8    that Taxotere is a lifesaving drug, although
9    I suspect that many lives have been saved
10   with adjuvant therapy of Taxotere and the use
11   of Taxotere even in metastatic disease.
12          But what I am planning to
13   testify on is the fact that I don't believe
14   that in Mrs. Stewart's case that her hair
15   loss was associated with the treatment that
16   she received of Taxol, and that the TAC
17   regimen was the appropriate and best regimen
18   for her to receive in a neoadjuvant setting
19   for breast cancer.
20          MR. MICELI:  Move to strike.
21       Q.    Doctor, my question had nothing
22   to do with hair loss, did it?  I asked you if
23   you're going to testify that Taxotere save
24   lives.  You said no, you're not going to,

85 (Pages 334 to 337)

Sreekanth C. Reddy, M.D.

Page 338

1  correct?
2       MS. COHEN: Objection to form.
3    A.   Taxotere --
4  BY MR. MICELI:
5    Q.   Correct?
6    A.   Taxotere --
7       MS. COHEN: Objection to form.
8    A.   Taxotere does save lives based
9  on -- or Taxotere in combination based on the
10  TAX 316 study shows that it saves lives.
11  BY MR. MICELI:
12    Q.   And Taxol, based on the Sparano
13  study, shows it saves lives as well, correct?
14       MS. COHEN: He was still
15  speaking. You didn't notice, but --
16       MR. MICELI: I know he's still
17  speaking. It's like the Dean Smith
18  four corners offense, I can't get a
19  word in edgewise here.
20       MS. COHEN: I don't think the
21  record will reflect that.
22       MR. MICELI: I think it will,
23  but we can agree to disagree.
24           ///

Page 339

1  BY MR. MICELI:
2    Q.   Go ahead, Doctor.
3    A.   I was basically making a
4  statement that I will be testifying that
5  patients on clinical trials that receive
6  docetaxel in combination with Adriamycin and
7  Cytoxan, their lives were saved. That's very
8  clear in the data.
9    Q.   Okay. Do you agree that the
10  Sparano study demonstrates that patients that
11  received AC-Taxol weekly also had their lives
12  overall -- because overall survival was
13  increased they -- AC-Taxol weekly also saves
14  lives, correct?
15       MS. COHEN: Objection to form.
16    A.   There are patients that receive
17  AC followed by Taxol weekly that are alive
18  today because they received that regimen,
19  absolutely. That's why we give adjuvant
20  therapy.
21  BY MR. MICELI:
22    Q.   Right. I understand. I don't
23  think we disagree on that.
24       MR. MICELI: So I don't have

Page 340

1  anything further at this time. I'll
2  reserve whatever small sum of time I
3  have for further examination if
4  there's going to be a direct.
5       MS. COHEN: Okay. Let's -- can
6  we get a check on how much time you
7  have left, so we all know that, and
8  then we'll take a short break, and
9  then we'll get started.
10       THE VIDEOGRAPHER: The time is
11  5:37 p.m., and we're off the record.
12       (Whereupon, a recess was
13  taken.)
14       THE VIDEOGRAPHER: The time is
15  5:52 p.m., and we're on the record.
16       EXAMINATION
17  BY MS. COHEN:
18    Q.   Okay. So, Dr. Reddy,
19  Mr. Miceli --
20       MS. COHEN: Let's do a voice
21  check here. Is this okay, Maureen?
22       THE STENOGRAPHER: Yes, it is.
23  Thank you.
24           ///

Page 341

1  BY MS. COHEN:
2    Q.   Dr. Reddy, Mr. Miceli has
3  finished his initial questioning of you,
4  he'll have another 20 minutes or so, I think,
5  after I finish if he chooses to ask any more
6  questions.
7       I'm going to just pick up where
8  he left off and ask you a few questions.
9  I'll probably be a little bit disorganized in
10  terms of chronology since I'm picking up on
11  things he asked about. Try to bear with me.
12  And I'll hand you things as we go as well.
13       One thing I want to do to start
14  with is mark as an exhibit the updated
15  reliance list. I don't think that was
16  marked. I want to make sure we have that
17  attached.
18       MS. COHEN: So that will be --
19  I guess we'll make that as -- is it
20  22, the next one?
21       MR. MICELI: 23.
22       MS. COHEN: 23.
23       (Whereupon, Reddy Exhibit
24  Number 23 was marked for

Sreekanth C. Reddy, M.D.

Page 342

1    identification.)
2         MS. COHEN:  Do you need us to
3    hold it up to you, Mr. Miceli, or are
4    you okay?
5         MR. MICELI:  Which one is it?
6    The updated reliance list?
7         MS. COHEN:  It's the updated
8    reliance list from yesterday, yes.
9    We'll go ahead and load that at some
10   point, but I think you have it.
11        MR. MICELI:  I do.
12        MS. COHEN:  I'm not going to
13   ask anything specific about it.
14   BY MS. COHEN:
15   Q.    Just I want to ask, Dr. Reddy,
16   did you study this reliance list that we
17   marked as Exhibit 23?
18   A.    I did, yes.
19   Q.    Okay.  And does this contain
20   all of the materials that you considered as
21   part of your analysis in this case?
22   A.    Those are the materials that
23   were the citations that I received from the
24   attorneys.  There were also multiple articles

Page 343

1    and readings that I did outside of this.
2    Q.    So in addition to this
3    Exhibit 23, did you consider other
4    information as well?
5    A.    I considered information that
6    I'd read through the years that I've retained
7    from my memory.  I considered my experience
8    as an oncologist.  I considered discussions
9    that I've had with colleagues.  And
10   considered lectures that I've listened to in
11   the past.  So it's a broad range of
12   information that I've put together in order
13   to come up with my analysis.
14   Q.    Okay.  So when you talked
15   earlier today throughout the deposition about
16   the oncology community, what did you mean by
17   that, so we have your explanation on that?
18   A.    So the oncology community would
19   be treating medical oncologists, researchers,
20   patients, caregivers, nurses, anybody that is
21   involved in the treatment, support, research
22   associated with the care of a cancer patient.
23   Q.    Do you go to professional
24   conferences?

Page 344

1    A.    I do.
2    Q.    Do you that in Georgia?
3    A.    I do that in Georgia, I do that
4    nationally, I've been to international
5    conferences.
6    Q.    And does the learning from
7    those various conferences also come into play
8    in your analysis?
9    A.    That's all the things that I
10   incorporate into my decision-making, both for
11   the analysis on this particular case as well
12   as how I treat patients.
13   Q.    So let me pull up Exhibit 4,
14   which I think everyone probably has front and
15   center already, which is your report.  And I
16   believe Mr. Miceli marked that earlier as
17   Exhibit 4.
18        We have your signature on
19   page 36 of that?
20   A.    Yes, ma'am.
21   Q.    Is that July 23rd, 2020?
22   A.    Mm-hmm.
23   Q.    You have to say yes.
24   A.    Yes.

Page 345

1    Q.    And now that you've been
2    through a significant number of hours today
3    of grueling questioning by Mr. Miceli, do you
4    still stand by this report that you prepared
5    and signed on July 23rd?
6    A.    Absolutely.
7    Q.    Okay.  And did you hear
8    anything today from Mr. Miceli, or did you
9    see anything that changed any of your
10   opinions in this report?
11   A.    No.
12   Q.    Do you stand by this report?
13   A.    I still stand by this report.
14   Q.    Do you stand by this report and
15   all the opinions in it firmly?
16   A.    Yes, I do.
17   Q.    Now, one of the things that
18   Mr. Miceli was asking you I think at the very
19   end, if we can turn to page 29 of your
20   report.  Get to that page.
21        MS. COHEN:  And, Mr. Miceli, I
22   assume you have that, you don't need
23   us to pull that up.
24        MR. MICELI:  I don't need it,

Sreekanth C. Reddy, M.D.

Page 346

1        no.
2    BY MS. COHEN:
3        Q.    I wanted to ask you about this
4    question of lifesaving.  Do you see the line
5    in your report that says on that page 29, "We
6    can say, however, that her docetaxel regimen
7    was instrumental in curing her cancer and
8    saving her life"?
9        A.    Yes.
10       Q.    Were those your words?
11       A.    Those are my words, yes.
12       Q.    Do you stand by that?
13       A.    I do think that the docetaxel
14   regimen saved her life.
15       Q.    Okay.  Do you agree that
16   Sandoz, my client, Taxotere as part of the
17   regimen was instrumental in saving her life?
18           MR. MICELI:  Object to the
19   form.
20       A.    Instrumental in saving her
21   life, yes.
22   BY MS. COHEN:
23       Q.    Do you believe that my client
24   Sandoz's Taxotere, docetaxel, gave her the

Page 347

1    best chance of survival?
2           MR. MICELI:  Object to the
3    form.
4        A.    For Ms. Stewart, the
5    docetaxel-containing regimen of TAC was the
6    best choice and gave her the best chance of
7    survival, and that's why I have this opinion.
8    BY MR. MICELI:
9        Q.    Did it give her the best
10   outcome?
11           MR. MICELI:  Object to the
12   form.
13       A.    The best outcome possible would
14   be to prevent disease recurrence and to have
15   survival, and she is alive and doing well
16   from the standpoint of the breast cancer.
17   BY MS. COHEN:
18       Q.    Do you have an opinion as to
19   whether her regimen that she and
20   Dr. McCanless came to collectively, jointly
21   shared, determined, whatever the term is,
22   that that was the best possible regimen?
23       A.    After --
24           MR. MICELI:  Object to the

Page 348

1    form.
2           Thank you, Doctor.
3    BY MS. COHEN:
4        Q.    Let me ask the question again.
5           Do you have an opinion as to
6    whether it was the best possible regimen?
7        A.    After carefully reviewing
8    Mrs. Stewart's medical records, I would
9    applaud Ms. Stewart particularly, and
10   Dr. McCanless in coming to this decision
11   together to pursue this specific regimen.  I
12   think that the docetaxel-Adriamycin-cytoxan
13   regimen was the best choice for her and gave
14   her the best chance of living disease-free.
15       Q.    Again, does the docetaxel
16   regimen that she and Dr. McCanless came to
17   jointly, did that save her life?
18           MR. MICELI:  Object to the
19   form.
20       A.    I think that her choice of
21   chemotherapy was lifesaving.  I think that in
22   addition to her surgery and hormonal therapy
23   she has done very well.
24           ///

Page 349

1    BY MS. COHEN:
2        Q.    The phrase crystal ball came up
3    earlier today.  I can't remember if it was
4    you or Mr. Miceli.  Do you need a crystal
5    ball to say any of that, what you just said
6    about her regimen?
7        A.    No.  In cases where you can see
8    that --
9           MR. MICELI:  Object to the
10   form.
11       A.    -- somebody has done well, no,
12   you don't need a crystal ball.  It's very
13   obvious that she received great benefit from
14   the treatment she's gotten.
15           She had advanced breast cancer,
16   5-centimeter tumor, spread of disease to
17   other places in her body, particularly to the
18   lymph nodes, and we're now six years out, and
19   based on the medical record I have as of this
20   date, she's not had any recurrence, she's
21   doing well, feeling well, and she's done
22   remarkably well.  No evidence of disease
23   recurrence.
24           ///

88  (Pages 346 to 349)

Sreekanth C. Reddy, M.D.

Page 350

```
1    BY MS. COHEN:
2        Q.    Speaking of a crystal ball and
3    looking in the future, is there any way to
4    know, or do you have an opinion as to whether
5    she would have had the same lifesaving
6    results from a Taxol regimen?
7        A.    There's no way of knowing
8    that --
9            MR. MICELI:  Object to the
10       form.
11       A.    -- but we do know that she
12   received TAC and she had done great with it.
13   BY MR. MICELI:
14       Q.    Would you have to use a crystal
15   ball and speculate to know whether a Taxol
16   regimen would have done the same?
17       A.    It would be speculative --
18           MR. MICELI:  Object to the
19       form.
20       A.    -- if she had received
21   something different.
22   BY MS. COHEN:
23       Q.    Now, let's see, you were asked,
24   I don't know, I guess six and a half hours of
```

Page 351

```
1    questioning so far today by Mr. Miceli.  Did
2    he ask you much about Mrs. Stewart and her
3    history, or her treatment, or anything about
4    her?
5        A.    We didn't talk at all about
6    her -- the specifics of her actual medical
7    case.
8        Q.    Mr. Miceli went over your
9    invoices earlier on in the day, I think it
10   was Exhibit -- perhaps it was Exhibit 3.  I
11   won't go back to that right now, but I have
12   it.  Did you spend substantial time in terms
13   of that invoice, a number of hours in
14   studying Mrs. Stewart herself and her medical
15   case?
16           MR. MICELI:  Object to the
17       form.
18       A.    I reviewed her medical records
19   in a lot of detail, both from Dr. McCanless,
20   from her surgery, from her pathologist, the
21   radiology reports, visits to the
22   dermatologist.
23   BY MS. COHEN:
24       Q.    How about testimony, did you
```

Page 352

```
1    actually consider deposition testimony of
2    various witnesses?
3            MR. MICELI:  Object to the
4        form.
5        A.    I reviewed all the testimony
6    from various witnesses that were provided to
7    me.
8    BY MS. COHEN:
9        Q.    Was that important to you to
10   see the testimony?
11       A.    I think it is important to look
12   at everything that's involved in the case.
13   The testimony of her mom was included, and
14   the testimony of Dr. McCanless was included.
15   There were expert witnesses testimonies that
16   I reviewed.
17       Q.    Now, there were questions
18   earlier, and I think the phrase causality or
19   causation came up, and I just want to be
20   clear.
21           In your report -- strike that.
22           In your report, did you offer
23   opinions on a causation analysis related to
24   docetaxel and hair loss of Ms. Stewart?
```

Page 353

```
1            MR. MICELI:  Object to the
2        form.
3        A.    Yes.
4    BY MS. COHEN:
5        Q.    Did you also study that over
6    the course of time as shown by the times on
7    the invoices?
8        A.    I spent --
9            MR. MICELI:  Object to the
10       form.
11           Doctor, if you could just take
12       just a heartbeat, because if I have to
13       object I want to be able to without
14       talking over you so that the court
15       reporter can get what you're going to
16       say down.  The pace just seems to be
17       where I'm talking over you.  So to
18       have a clean record for you and your
19       lawyer, you and Lori --
20           MS. COHEN:  We've got it, Dave.
21       We'll take a pause.
22           THE WITNESS:  First four
23       corners, now I'm too fast, I don't
24       know what to do.
```

89 (Pages 350 to 353)

Sreekanth C. Reddy, M.D.

Page 354

1    MR. MICELI: I know. It's the
2  running offense.
3    THE WITNESS: It's like the
4  three little bears.
5  BY MS. COHEN:
6    Q.   He just wanted to throw a UNC
7  analogy in because he knows it would be --
8    MR. MICELI: You went to Duke.
9  BY MS. COHEN:
10   Q.   Again, let me go back to my
11  question here.  Well, did you perform a
12  causation analysis in this case?
13   A.   I did, that was what I was
14  tasked to do.
15   Q.   Okay.  And you did jump in
16  there before he could object.  Let me just
17  ask it one more time.
18       Did you conduct a causation
19  analysis in this case related to Taxotere and
20  Ms. Stewart's alleged hair loss?
21       MR. MICELI: Object to the
22  form.
23   A.   Yes, I did.
24       ///

Page 355

1  BY MS. COHEN:
2    Q.   Okay.  And did you not only
3  conduct that analysis, but also include that
4  in your report?
5    A.   I conducted the analysis.  I
6  was very thorough in my analysis of her case.
7  I reviewed the literature, I reviewed the
8  expert testimony, and came to the conclusion
9  that there was no relationship between the
10  docetaxel that Ms. Stewart received and her
11  hair loss.
12   Q.   And I went to go through your
13  methodology for a minute.
14       Mr. Miceli spent some time
15  throughout the day asking about the Bradford
16  Hill analysis.  Is that a phrase that you've
17  heard through the years?
18   A.   I'm familiar with the Bradford
19  Hill analysis.  There's nine or ten different
20  specific things that you look at in order to
21  arrive at that.  Those are things that we --
22  while I didn't term them specifically, those
23  are all things that we consider in arriving
24  at a causation analysis.

Page 356

1       And I think that if you look
2  through it, we actually address all those.  I
3  address them in my report.
4    Q.   And you say "we."  We meaning
5  yourself?
6    A.   We meaning myself, yes.
7    Q.   Okay.  Let me ask you this way.
8       In terms of your causation
9  analysis opinions and the part of your report
10  related to that, do you believe what you
11  conducted was akin to the Bradford Hill
12  analysis?
13   A.   Yes.
14       MR. MICELI: Object to the
15  form.
16   A.   I think that I can take this
17  report and put it in the form of a Bradford
18  Hill without much change in what I've done.
19  BY MS. COHEN:
20   Q.   And in terms of your
21  methodology, some of this you've mentioned
22  already, but I believe you mentioned
23  literature and medical records, testimony,
24  other reports.

Page 357

1    A.   Experience, previous reading,
2  research that's specific to this topic since
3  March.
4    Q.   Do you believe that you've
5  reviewed all available information related to
6  Ms. Stewart?
7    A.   I tried to be as exhaustive as
8  possible, because I understand the importance
9  of what we're dealing with here.
10   Q.   And again, did you consider all
11  of the deposition testimony, all the medical
12  records that were provided to you which are
13  on the reliance list?
14   A.   I looked at everything, and
15  looked at it with a high degree of detail.
16   Q.   Was that important to you in
17  terms of coming to your opinion?
18   A.   I wouldn't form an opinion
19  without being very sure as to what my opinion
20  is.
21   Q.   Now, there were questions about
22  Adriamycin by Mr. Miceli earlier.  I want to
23  just get back to that for just a minute.
24       Did you consider Adriamycin in

Sreekanth C. Reddy, M.D.

Page 358

1    terms of potential causality?
2        A.    There are --
3            MR. MICELI:  Object to the
4    form.
5        A.    There are multiple reports of
6    patients who had received Adriamycin
7    reporting alopecia, or permanent hair loss,
8    or persistent alopecia, so that factors into
9    my thought process and in forming my final
10   opinion.
11   BY MS. COHEN:
12       Q.    Now, the report, Exhibit 4, did
13   you take any of the segments or sections of
14   the report from any other expert's report, or
15   were these your own words?
16       A.    These are my own words.
17       Q.    Okay.  And are any of the
18   sections in here, big quotes in paragraphs,
19   did you take those from articles without
20   giving reference to them?
21       A.    No.
22           MR. MICELI:  Object to the
23   form.
24               ///

Page 359

1    BY MS. COHEN:
2        Q.    Would that be appropriate?
3            MR. MICELI:  Object to the
4    form.
5        A.    That would not be appropriate.
6    BY MS. COHEN:
7        Q.    Why is it inappropriate to do
8    that?
9        A.    That would be considered
10   plagiarism.  I mean, what we're asked to do
11   here -- what I was asked to do was to review
12   the available data, review the case, and
13   determine whether docetaxel was causative to
14   her hair loss.
15           And when I looked at her
16   medical records, what happened to her, the
17   data available with docetaxel, the specifics
18   of the TAC trial, other TAC trials that were
19   in existence, the testimony of other experts,
20   my final conclusion was that there was no
21   association, that docetaxel was not causative
22   of Ms. Stewart's hair loss.
23       Q.    Let me just jump to a couple of
24   things in terms of background.

Page 360

1            Mr. Miceli asked you about your
2    breast cancer expertise in the context of all
3    the work you've done.
4            How long have you been
5    practicing medicine?
6        A.    I have been -- inclusive of my
7    training, it's been 23 years.
8        Q.    And are you able to estimate
9    how much time overall in your 23 years,
10   whether it's clinical treatment, patients,
11   administration, literature, about what
12   percentage of your overall time is on breast
13   cancer as opposed to other things?
14       A.    Probably --
15           MR. MICELI:  Object to the
16   form.
17       A.    Probably 25 percent.  It's hard
18   to estimate.  But a significant portion of my
19   time has been spent in the study of breast
20   cancer patients, and the care of breast
21   cancer patients, and participation in
22   clinical trials with breast cancer patients,
23   and followup of patients who are on trial, so
24   I feel very comfortable.

Page 361

1            And, you know, when we read,
2    there's more data that's coming out in
3    certain disease processes such as breast
4    cancer than others, and so the unfortunate
5    fact that so many women suffer from this
6    horrible disease also results in the fact
7    that we have a lot of people that we can
8    obtain data from and learn new information so
9    that we can advanced the field.
10   BY MS. COHEN:
11       Q.    I've pulled up -- I think
12   Mr. Miceli may have asked about your website,
13   and I've pulled it up here, the Atlanta
14   Cancer Center.  Is that a picture of you?
15       A.    That's a picture of me.
16       Q.    I don't know, I just want to
17   ask, in the list of your specialty areas on
18   your website, what's the first one that's
19   listed?
20       A.    Breast cancer.
21       Q.    On page 2 of your report, can
22   you go to that?  There were a number of
23   questions by Mr. Miceli about the TAX 316
24   clinical trial.

91 (Pages 358 to 361)

Sreekanth C. Reddy, M.D.

Page 362

1        Do you recall that earlier
2    today?
3        A.    Yes.
4        Q.    I want to have you explain to
5    us, first of all, this sentence that says, "I
6    also enrolled multiple patients in the
7    TAX 316 clinical trial and am familiar with
8    that trial, its protocol, and the manner in
9    which data was collected and reviewed, as
10   well as with the published results of that
11   trial."
12        Is that statement true?
13        A.    That statement is true --
14        MR. MICELI:  Object to the
15   form.
16        A.    -- in patients that were on the
17   trial.  This trial was many years ago, it
18   dates back a long time ago, and I was at St.
19   Luke's-Roosevelt, Columbia Presbyterian, I
20   was at Emory University, I was at Northside,
21   and during that time I had treated patients
22   that had participated in that trial, and was
23   familiar with the trial.
24        ///

Page 363

1    BY MS. COHEN:
2        Q.    It says familiar with the trial
3    protocol, and the manner in which data was
4    collected and reviewed, as well as the
5    published results.
6        Do you stand by that statement?
7        A.    I do.
8        MR. MICELI:  Object to the
9    form.
10       MS. COHEN:  Sorry, Dave, we'll
11       try to slow down again to get your
12       objections in.
13   BY MS. COHEN:
14       Q.    There were a number of
15   questions about NCCN Guidelines, and I can
16   pull them out again, but to try to get
17   through this quickly, have you been aware of
18   NCCN Guidelines for years?
19       A.    Yes.
20       Q.    And the title "guidelines," is
21   that meant to be standards or protocol
22   recommendations, or is that meant to be
23   guidelines?
24       MR. MICELI:  Object to the

Page 364

1    form.
2        A.    They're -- the present
3    framework, they're not rules that you have to
4    abide by.  There's no -- it's specified
5    criteria there that just provides you with
6    rules to work off of.
7    BY MS. COHEN:
8        Q.    Now, on page 14 in your report,
9    we'll try to get through it quickly, you and
10   Mr. Miceli talked about this as well.  Do you
11   see the phrase there -- well, the heading
12   says, "Hair Loss Associated with
13   Chemotherapy"?  Do you see that?
14       A.    Yes.
15       Q.    And Mr. Miceli asked you a
16   number of questions.
17       When you use the phrase or read
18   the phrase or see the phrase "hair loss" or
19   "alopecia," what is that -- what does that
20   encompass or cover in terms of hair loss?
21       A.    That means all forms of hair
22   loss, temporary, persistent, patchy, global.
23   It just means hair loss, it can describe
24   different hair loss.

Page 365

1        Q.    Does it include permanent?
2        MR. MICELI:  Object to the
3    form.
4        A.    It does include permanent
5    alopecia.
6    BY MS. COHEN:
7        Q.    There were some questions posed
8    to you by Mr. Miceli about clinical trials,
9    about Taxotere in the early part of the day.
10       Do you recall him asking you
11   about whether you had studied -- whether you
12   had seen any clinical trials or observational
13   studies?
14       A.    With Taxotere?
15       Q.    Yes.
16       A.    I'm not sure what the specific
17   question was.
18       Q.    He asked you whether you had
19   seen any conducted by Sandoz specifically.
20       Do you recall that?
21       A.    Right.
22       Q.    Does it matter to you as a
23   reviewer in terms of assessing safety and
24   efficacy of a drug whether it was a

Sreekanth C. Reddy, M.D.

Page 366

1    Sandoz-specific sponsored trial versus
2    Sanofi?
3        A.   No.
4        Q.   Why not?
5        A.   From our standpoint, the
6    generic, the drugs are equivalent.
7        Q.   And as part of your review
8    again we've marked 23, your reliance list,
9    did you also look at certain depositions of
10   the Sandoz witnesses, my client's witnesses?
11       A.   Yes.
12       Q.   And did you see their testimony
13   about what safety measures they utilized at
14   Sandoz?
15       A.   Sandoz --
16           MR. MICELI:  Object to the
17   form.
18       A.   Sandoz did do extensive safety
19   testing on their drugs.  They didn't do any
20   specific clinical trials, and they wouldn't
21   in this scenario, but they did do safety
22   testing.
23   BY MS. COHEN:
24       Q.   Mr. Miceli asked you a number

Page 367

1    of questions about, I guess, physicians who
2    are prescribing docetaxel, and I think his
3    question was asking whether physicians --
4    sorry, whether companies need to provide
5    adequate information.  He also asked about
6    detailed information.  He also asked about
7    truthful information.
8            Do you remember that part of
9    the day.
10       A.   Yes.
11           MR. MICELI:  Object to the
12   form.
13   BY MS. COHEN:
14       Q.   Let me ask it this way.
15           Did you review Dr. McCanless'
16   testimony?
17       A.   Yes.
18       Q.   And did you see his testimony
19   about the warnings that he received about
20   docetaxel?
21       A.   Yes.
22       Q.   And do you have an opinion as
23   to whether Sandoz in its package insert, its
24   warnings, provided adequate detailed,

Page 368

1    truthful, and accurate information about
2    docetaxel and the risk of hair loss?
3            MR. MICELI:  Object to the
4    form.
5        A.   Yes.  The package insert for
6    Sandoz's docetaxel provided adequate warning
7    for what complications we could potentially
8    expect for the drug.
9    BY MS. COHEN:
10       Q.   Now, what about the fact that
11   it said hair loss or alopecia, didn't say
12   permanent or persistent, are you comfortable
13   with that?
14       A.   I'm comfortable with that.
15       Q.   Why is that?
16       A.   Because there isn't really --
17   first of all, alopecia describes temporary,
18   describes permanent, you know, basically
19   describes varying degrees of hair loss.  It
20   doesn't really discuss the temporality of
21   that.  So it includes all forms of hair loss.
22           The second statement that I
23   would make is that there is no clear evidence
24   that docetaxel causes permanent hair loss.

Page 369

1            MR. MICELI:  Objection.
2    BY MS. COHEN:
3        Q.   There were some questions in
4    the early part of the day about patients and
5    for what their -- I guess their analysis is
6    when choosing chemotherapy, so I want to move
7    us back to that part of it.
8            How many patients, if you had
9    to estimate, would you say you have seen for
10   treatment of breast cancer through the years?
11       A.   Several thousands.
12       Q.   Okay.
13       A.   New patients.  Individual
14   patients for treatment.
15       Q.   And I know you covered this in
16   your report, but is it fair to say that you
17   spent significant time counseling them?
18       A.   Absolutely.
19       Q.   Is that an important part of
20   what you do to you as a physician?
21       A.   I think the first step in the
22   healing process for anybody with cancer is to
23   understand their illness, so it's critical
24   that they get as much information as possible

93  (Pages 366 to 369)

Sreekanth C. Reddy, M.D.

Page 370

1 regarding their illness, what to expect, what
2 treatments are available, and where that
3 goes.
4      Q.   In your over two decades of
5 seeing patients and over several thousand
6 patients, do you believe you have a good
7 sense of what matters to the women that
8 you're treating?
9      A.   Absolutely.
10          MR. MICELI:  Object to the
11     form.
12 BY MS. COHEN:
13     Q.   What do you -- from your
14 perspective, when you sit down and talk to
15 them, what's the most important to them when
16 they're evaluating chemotherapy versus
17 adverse events like hair loss?
18          MR. MICELI:  Object to the
19     form.
20     A.   The most important aspect of
21 the discussion that we have with these
22 patients is the thing that they're most
23 interested in, is what's going to give me the
24 best chance of being cured of this disease.

Page 371

1 BY MS. COHEN:
2      Q.   Do you discuss the potential of
3 hair loss with your patients as well?
4      A.   Absolutely.
5          MR. MICELI:  Object to the
6     form.
7          Lori, I can barely hear you.
8          MS. COHEN:  Sorry, I'll speak
9     up.
10         I asked, did you discuss the
11     potential for hair loss with them as
12     well, and he said absolutely.
13 BY MS. COHEN:
14     Q.   Now, is it common, rare, where
15 would you put on the spectrum to have a
16 patient choose not to have your recommended
17 sort of best regimen of chemotherapy?
18          MR. MICELI:  Object to the
19     form.
20     A.   It's rare that a patient not
21 follow the recommended course of therapy
22 because, again, you know, the vast majority
23 of patients, their greatest interest is in
24 being cured of the disease and not having to

Page 372

1 deal with it again in the future.
2 BY MS. COHEN:
3      Q.   One of the things that came up,
4 and I just want to clarify this quickly, and
5 I told you I'd be jumping around, and I
6 apologize for that, everyone, but page 20 of
7 your report, this should be a quick hit I
8 hope, but footnote 30, there was a question
9 by Mr. Miceli about where you got the
10 3.9 percent alopecia in the TAC arm versus
11 the 2.2 percent alopecia in the FAC arm.
12     Do you recall that?
13     A.   That was from Feigal's report.
14     Q.   Okay.  I'll hand this to you.
15 Just for expediency, unless you want us to
16 mark this, I'm going to hand you Dr. Feigal's
17 report.
18          Is that one of the things that
19 you looked at?
20     A.   This is page 41?
21     Q.   Is that one of the things that
22 you reviewed in the case?
23     A.   Yes.
24     Q.   And can you tell us from that

Page 373

1 report where you got the numbers?
2      A.   This is where, I pulled those
3 numbers from her report.
4      Q.   What page is that on?
5      A.   Page 41.
6      Q.   Is that a direct quote from
7 Dr. Feigal?
8      A.   Dr. Feigal stated, "At the end
9 of the five-year followup period, PCIA was
10 seen in 3.9 percent of the patients, n equals
11 29, of patients on the TAC or
12 docetaxel-containing regimen, and
13 2.2 percent, n equals 16, on the control arm,
14 FAC.  That's where the numbers came from.
15     Q.   Mr. Miceli asked you a couple
16 of times today, and I made a note to ask you
17 about this, at times he would say you may not
18 have had a specific article cited in your
19 report.
20          If the article wasn't cited in
21 your report, is it on the reliance list,
22 Exhibit 23?
23     A.   It could be on the reliance --
24          MR. MICELI:  Object to the

94 (Pages 370 to 373)

Sreekanth C. Reddy, M.D.

Page 374

1      form. I'm sorry. Object to the form.
2           A.   It could be on the reliance
3   list, it could be something that I had read
4   in the literature.
5   BY MS. COHEN:
6           Q.   Dr. Bosserman, have you ever
7   heard of Dr. Bosserman before this case?
8           A.   No.
9           Q.   And since being in this case,
10  have you read her transcript and read her
11  report?
12          A.   I have kind of looked through
13  her resume and what she's done.
14          Q.   What is your sense, has she
15  seen patients recently?
16          A.   Doesn't seem like she's --
17          MR. MICELI:  Object to the
18      form.
19          A.   Doesn't seem like she's
20  actively seeing patients, nor has she seen
21  patients in many, many years.
22  BY MS. COHEN:
23          Q.   Can you tell from her testimony
24  how that matches up to you in terms of

Page 375

1   clinical and patient care?
2           MR. MICELI:  Object to the
3       form.
4           A.   With all respect to
5   Dr. Bosserman, I think that she is an expert
6   in the field of breast cancer. I think that
7   she is very accomplished in what she does.
8           I see patients on a daily
9   basis. I feel like I follow the data very
10  closely. I kind of feel like I'm on the
11  ground. I kind of relate more to a
12  Dr. McCanless who sees patients as well, we
13  have similar roles, as compared to
14  Dr. Bosserman who does a lot of writing. She
15  serves as a consulting. She's kind of
16  somebody that does this professionally.
17          For me, I'm more somebody that
18  my interest is taking care of people and
19  getting people better, saving lives, or in
20  some cases, unfortunately, leading people
21  through the process of dying. It's both
22  things. Not everybody lives through breast
23  cancer, unfortunately. There's many people
24  that don't do as well as Ms. Stewart, and

Page 376

1   they pass away from this disease, and that's
2   very difficult. Which I want to emphasize
3   that while we in this specific case
4   Ms. Stewart has done wonderfully, understand
5   when you look at the statistics, don't look
6   at it as a number, don't look at it as
7   58 percent as, you know, 58 percent, look
8   at -- you've got to look at the other side of
9   this, the 42 percent of women that recur with
10  their breast cancer, that have no cure for
11  their breast cancer, who are suffering with
12  side effects or ongoing therapy for their
13  breast cancer, suffering from the side
14  effects of the emotional trauma associated
15  with having a disease that we can't cure. So
16  that's very important.
17          But to go back to your
18  question, I'm a clinician, I take care of
19  patients. Dr. Bosserman is an oncologist,
20  but her role is very different.
21  BY MR. MICELI:
22          Q.   There were a number of
23  articles. If you want to look at Sparano,
24  which was Exhibit 8, and I know Mr. Miceli

Page 377

1   spent a good deal of time with you on this
2   one, does this change your opinion in this
3   case?
4           A.   No.
5           Q.   Why not?
6           A.   It doesn't really relate to our
7   discussion of -- the core of what we were
8   talking about is whether docetaxel causes
9   permanent hair loss, and that article doesn't
10  tell us either way what happens with that.
11          Q.   Again, just trying to move
12  through this quickly, Exhibit 11, I don't
13  know if you have that handy. I can give
14  you --
15          A.   I do.
16          Q.   -- mine if you need to, Mr.
17  Miceli -- while you're pulling that one out.
18  Do you want me to help you find it. It has
19  kind of a magenta color.
20          A.   Magenta.
21          Q.   Number 64 in the crayon box.
22          MR. MICELI:  With the sharpener
23      in the back.
24          MS. COHEN:  What's that?

Sreekanth C. Reddy, M.D.

Page 378

1      MR. MICELI:  With the sharpener
2  in the back, for those of us old
3  enough to remember those.
4      MS. COHEN:  I know.  We both
5  are.
6  BY MS. COHEN:
7      Q.    So page 24 of that.
8      Mr. Miceli asked you about
9  cardiotoxicity, which is on the right column.
10     Do you remember that?
11     A.    Yes.
12     Q.    Do you see the part on the left
13  side on neuropathy?
14     A.    I do.
15     Q.    I don't know if you've had a
16  chance to look at that, but by my read, I
17  guess, the taxanes-containing regimen is in
18  the top paragraph, and the second one is
19  paclitaxel?
20     A.    Paclitaxel, yes.
21     Q.    And --
22     MR. MICELI:  Where are you
23  looking at?  I'm sorry, you're on
24  page 24?

Page 379

1      MS. COHEN:  Page 24 on the left
2  side under "Neuropathy."
3  BY MS. COHEN:
4      Q.    In terms of the risk of
5  neuropathy --
6      MR. MICELI:  Hold on.  You're
7  not on page 24, what you've pulled up,
8  just so I'm clear.
9      MS. COHEN:  I'm on 24.
10     MR. MICELI:  Okay.
11  BY MS. COHEN:
12     Q.    Which one has a higher risk of
13  neuropathy?
14     A.    Paclitaxel has the higher risk
15  of neuropathy based on this.
16     Q.    Did Mr. Micheli's Exhibit 11
17  establish that or show that?
18     A.    In this meta-analysis, the
19  Cochrane meta-analysis, it does.
20     Q.    Now I want to go back to
21  Exhibit 12, if we can quickly, which is the
22  UpToDate.  I don't know if you have that one
23  in front of you.  I'm sorry?
24     A.    I just wanted to read that

Page 380

1  passage.
2      Q.    Yes, go ahead.
3      A.    That basically states that
4  grade 3 or 4 neuropathy tended to be worse
5  for women receiving paclitaxel than
6  docetaxel.  Analysis 11.4 is what you would
7  refer to to see that.
8      Q.    I noticed that wasn't what --
9  you didn't look at that earlier in
10  Mr. Miceli's so I wanted to point that out.
11     Now, Exhibit 12, which would be
12  the next exhibit if your pile is in order,
13  which is the UpToDate.
14     Do you have that one?  I see it
15  right there.  There you go.
16     This is Exhibit 12, UpToDate.
17  I think Mr. Miceli showed this to you
18  briefly.
19     Do you use UpToDate in terms of
20  treating patients?
21     A.    It's one of the sources that we
22  read.
23     Q.    Is it a peer-reviewed journal?
24     A.    It is not peer-reviewed.  It's

Page 381

1  written by -- it's more of a review that's
2  written by individual physicians.
3      Q.    Okay.  And just in this section
4  that Mr. Miceli showed you on page 1, do you
5  see the Introduction section?
6      A.    Yes.
7      Q.    And he talked to you about the
8  definition of alopecia, and I think you
9  already gave us your definition, correct?
10     A.    Correct.
11     Q.    And then it says -- talks about
12  the patient, "The emotional trauma may be so
13  severe as to lead to refusing or delaying
14  treatment that might otherwise be
15  beneficial."
16     I wanted to ask you about that
17  sentence.  Is that something that happens
18  often in your, you know, 20-something years
19  and thousands of patients?
20     MR. MICELI:  Objection to form.
21     A.    Rare that that happens.
22  BY MS. COHEN:
23     Q.    Can you think of how many out
24  of the 2,000-plus that's happened?

96 (Pages 378 to 381)

Golkow Litigation Services - 877.370.DEPS

Sreekanth C. Reddy, M.D.

Page 382

1          MR. MICELI: Object to the
2     form.
3     A.     Probably 20 in the past, let's
4     say, 17 years. Maybe one a year, two a year.
5     BY MS. COHEN:
6     Q.     Now, in Ms. Stewart's case in
7     terms of hair loss, I know you said you had
8     studied her medical records, is that right?
9     A.     Correct.
10    Q.     Did you see any reference,
11    putting aside litigation, putting aside the
12    lawsuit and any visit with Dr. Rosic, for
13    example, in her actual medical records,
14    medical treatments, did you see any complaint
15    by her about hair loss?
16    A.     There were no -- when I
17    reviewed her medical records, which would be
18    the objective, which any time somebody sees a
19    patient, subjective complaints that the
20    patient has, and there's also an objective
21    where the patient is examined by
22    dermatologists, medical oncologists, other
23    physicians, she never complained that her
24    hair wasn't growing back or had changed after

Page 383

1     her chemotherapy.
2          And she was seen by the
3     dermatologist and there was no -- there was
4     never anything on exam by Dr. McCanless as
5     well as doctor -- her dermatologist that
6     showed that there was any significant hair
7     loss on exam.
8          So if you look at both the
9     subjective where the patient actually reports
10    hair loss, and the objective where the
11    patient was examined by Dr. McCanless, who is
12    not a dermatologist, and by her dermatologist
13    who is actually expert in the field of hair
14    loss, there wasn't any finding that she
15    actually had hair loss.
16    Q.     Now, did you see anything in
17    the records you reviewed to suggest that
18    Ms. Stewart is suffering severe emotional
19    trauma because of her hair loss?
20    A.     Not that I'm aware of, no.
21    Q.     And did you see Dr. McCanless'
22    testimony where basically he testified under
23    oath that he does not tell his patients -- he
24    did not tell Ms. Stewart that her hair would

Page 384

1     necessarily grow back?
2     A.     Correct. Yes.
3     Q.     That's something that you
4     factored into your analysis in the case?
5     A.     Yes.
6     Q.     The Jones study, I want to pull
7     that one out. That is Exhibit 21. Do you
8     have that one there? One second.
9          Do you recall going over this
10    with Mr. Miceli?
11    A.     Yes, we talked about this
12    article.
13    Q.     Now, just quickly on this, a
14    few questions.
15          In this study, did the patients
16    receive growth factor support?
17    A.     Some patients did receive
18    growth factor support.
19    Q.     What is that used for?
20    A.     It's used to prevent a drop in
21    the neutrophil count.
22    Q.     And when patients are treated
23    with a TAC regimen, do they receive growth
24    factors?

Page 385

1     A.     On the TAC regimen, everybody
2     received long-acting growth factor support.
3          THE STENOGRAPHER: I'm sorry.
4     I did not hear that answer at all.
5     A.     Everybody on the TAC regimen
6     received long-acting growth factor support.
7     Q.     Now, in 2014 when Ms. Stewart
8     was treated with a TAC regimen, she had -- do
9     you know which growth factor would have been
10    used at that time?
11    A.     She would have used Neulasta.
12    Q.     And let's see, you cited to
13    this, I think, in your footnote 21 of your
14    report. If you could flip back to that.
15    Maybe it's not 21.
16          MR. MICELI: No. It's later.
17    BY MS. COHEN:
18    Q.     58. And you cited to that.
19    Thank you for bearing with me on that.
20          What was your reason or
21    rationale for citing to that?
22          MR. MICELI: Object to the
23    form.
24    A.     So that citation basically --

97 (Pages 382 to 385)

Sreekanth C. Reddy, M.D.

Page 386

1  two things in this article that are
2  important.  One is it does show that
3  docetaxel is more active against breast
4  cancer.
5         And the second thing is that
6  there's relatively low rate of neutropenia in
7  these patients, and that growth factors are
8  beneficial in those patients in preventing
9  it.
10     Q.   Do you stand by that?
11     A.   Yes.
12     Q.   I think the Willson article.
13         MR. MICELI:  That's Exhibit 11,
14  Lori.  You just went over it a second
15  ago.
16         MS. COHEN:  Thank you so much.
17  Okay.  We covered that one.
18  BY MS. COHEN:
19     Q.   Mr. Miceli asked you a number
20  of questions about shared decision-making and
21  the importance of that.
22         Do you recall those
23  questions --
24     A.   Yes.

Page 387

1     Q.   -- during the course of the
2  day?
3         From your review of the
4  testimony of Ms. Stewart and Dr. McCanless
5  and the medical record, do you believe they
6  had shared decision-making?
7     A.   I think that Dr. --
8         MR. MICELI:  Object to the
9  form.
10    A.   I think that Dr. McCanless
11  discussed options with the patient, I think
12  he did an excellent job of discussing
13  potential for toxicity, and I think he really
14  cared about a good outcome of his patients.
15  BY MS. COHEN:
16    Q.   Did you see any breakdown in
17  terms of the shared decision-making or the
18  report between Dr. McCanless and Ms. Stewart,
19  even after looking at the post-lawsuit
20  testimony of Ms. Stewart?
21        MR. MICELI:  Object to the
22  form.
23    A.   No, I don't think that there
24  was any question that Dr. McCanless did an

Page 388

1  excellent job guiding Ms. Stewart through her
2  breast cancer, and through her breast cancer
3  because she's since done well.
4  BY MS. COHEN:
5     Q.   Just a few more minutes.
6  Trying to finish up.
7         Again, I know that Mr. Miceli
8  asked you a number of questions about
9  causation related to hair loss.  Do you
10 believe you've covered that adequately in
11 your report?
12    A.   Absolutely.
13        MR. MICELI:  Object.
14    A.   I think if you read the report
15 in its entirety you're going to find that I
16 can walk you through the story of causation
17 here specifically to the issue of docetaxel
18 and Ms. Stewart's hair loss.
19 BY MS. COHEN:
20    Q.   Now, a few additional
21 questions.
22        Mr. Miceli asked you about the
23 TAC regimen and the ACT regimen.
24        Do you recall those questions

Page 389

1  throughout the day?
2     A.   Yeah, we spent quite a bit of
3  time on that.
4     Q.   I think he posited to you that
5  they had equal efficacy based on the PREDICT
6  modeling.
7         Do you remember that?
8     A.   Correct.
9         MR. MICELI:  Object to the
10 form.
11 BY MS. COHEN:
12    Q.   What's your response to that in
13 general about the comparison?
14    A.   I think that you're -- again,
15 you need to be very specific.  I think that
16 the TAC regimen is the more active regimen.
17 I think that when you question experts in the
18 field, people that participate in the
19 clinical trials, TAC, the early TAC trials
20 and later TAC trials you'll find that there's
21 an excellent regimen for eliciting a quick
22 and durable response.
23        So that 58 percent is a very
24 rudimentary form of generating a percentage

98  (Pages 386 to 389)

Sreekanth C. Reddy, M.D.

Page 390

1  that you can kind of discuss with the
2  patient, there's probably a fair amount of
3  variability around that number, but good
4  enough to kind of start counseling the
5  patient on what to expect for the efficacy.
6      But if you were asked which
7  drug combination is going to be quicker in
8  shrinking the tumor, is going to get you a
9  better response, I think people would agree
10  that TAC is an excellent combination regimen.
11     Q.   I know we talked throughout the
12  day, Mr. Miceli did, about the neuropathy
13  risk.  Is that, in your opinion, a
14  significant risk with Taxol as opposed to
15  docetaxel?  Could you explain that?
16     A.   I think the preponderance of
17  evidence that's in the clinical trials and in
18  my experience in discussing with patients, my
19  partners, discussing with my partners and
20  discussing with the community oncologists
21  that we know, we all have patients that are
22  really disabled from Taxol neuropathy.  I see
23  patients in wheelchairs, I see patients that
24  can't walk across the room without a cane.

Page 392

1  regimens.  And so, you know, if at all
2  possible, based on the aggressiveness of the
3  tumor, based on the stage of tumor, based on
4  the morbidity, comorbidities of the patient,
5  you would really want to do a third
6  generation.  That's why we have third
7  generation regimens, because they're proven
8  to be more effective.
9         MS. COHEN:  I think that's all
10  I have at this time.  I'll pass the
11  witness.  Unless -- Evan is saying
12  I've done enough.  Okay.
13         MR. MICELI:  Evan is over there
14  just pulling the puppet strings, isn't
15  he?
16         MS. COHEN:  Yes.  I'm worried
17  about my dog pickup, too.
18         MR. MICELI:  All right.  Well,
19  I will be quick about this.
20         MS. COHEN:  Okay.
21         FURTHER EXAMINATION
22  BY MR. MICELI:
23     Q.   I'm just going to follow up on
24  a few things that you've requested.

Page 391

1  The neuropathy from Taxol is real.  It can be
2  debilitating, permanent.  There are no
3  treatments for it.
4         So you can't get that
5  information from UpToDate, you can't get that
6  information from one single clinical trial,
7  and you can't pick and choose trials.  You
8  have to look at all these things and talk to
9  people and see what's really happening with
10  patients in order to really understand that.
11     Q.   One last question I have is
12  about second generation regimen versus third
13  generation regimen, and there were question
14  again throughout the day from Mr. Miceli.
15  What's your opinion on whether someone would
16  choose a second generation regimen over a
17  third generation regimen and vice-versa?
18         MR. MICELI:  Object to the
19  form.
20     A.   If you look at that PREDICT
21  model which was illustrated here and we
22  talked about briefly, there was a significant
23  difference in outcome between second
24  generation regimens and third generation

Page 393

1         When I asked you whether or not
2  you could say whether or not Taxotere was a
3  lifesaving drug, you did not point me to your
4  report while I was asking you questions,
5  correct?
6         MS. COHEN:  Objection to form.
7     A.   Did you ask me whether Taxol,
8  or was it Taxotere?
9  BY MR. MICELI:
10     Q.   Excuse me, Taxotere.  I first
11  asked you Taxotere.
12     A.   The answer to your first
13  question was no, I didn't point to exactly
14  what was in my report.
15         If it was -- if you were
16  referring to Taxotere, I did not point to my
17  report, but it is in there.
18     Q.   Right.
19         But you reviewed your report
20  and you wrote this report, so you understood
21  what was in it.  And when I asked you whether
22  or not Taxotere was a lifesaving drug, you
23  didn't say, well, yes, here, I say it right
24  here in my report, correct?

99 (Pages 390 to 393)

Sreekanth C. Reddy, M.D.

Page 394

1      A.    It's -- the
2   docetaxel-containing regimen is the specific.
3      Q.    We don't know what -- we don't
4   know what part of that regimen is responsible
5   for saving her life, or if anything is
6   responsible for saving her life at this
7   point, correct?
8          MS. COHEN: Objection to form.
9      A.    Docetaxel is a significant and
10  very important portion of the TAC regimen,
11  and it's clear that Ms. Stewart has done
12  well, so the docetaxel-containing regimen was
13  lifesaving for this woman.
14  BY MR. MICELI:
15     Q.    Doctor, I mean, I understand
16  what you're saying. I mean, she is alive
17  today, she took docetaxel, she took
18  Adriamycin, she took Cytoxan, she took a
19  hormone modulator, and one of your opinions
20  in this case is you can't tell what causes
21  hair loss because a person takes multiple
22  medicines, but you can say Taxotere, or
23  docetaxel, is the one medication that's
24  responsible for saving her life.

Page 395

1          Do you see the conflict there?
2          MS. COHEN: Objection to form.
3      Argumentative.
4      A.    I disagree with you. I think
5   that you need to read the statement as it was
6   actually written.
7   BY MR. MICELI:
8      Q.    Okay. I'll go back and do
9   that.
10         Now, when I was asking you
11  questions about your invoice at the beginning
12  of this deposition, you told me that you had
13  a journal that would detail how your time was
14  spent, correct?
15     A.    Yeah.
16         MS. COHEN: Object to the form.
17  BY MR. MICELI:
18     Q.    Okay. And while Ms. Cohen was
19  asking you questions, she asked you some
20  leading questions about how you spent your
21  time, and you agreed with her, correct?
22         MS. COHEN: Objection to form.
23  BY MR. MICELI:
24     Q.    Correct?

Page 396

1          MS. COHEN: Objection to form.
2      A.    I've been here for eight, nine
3   hours, and I had a lot of questions asked.
4   I'm sure it's written down, we can ask
5   Maureen to read out what was asked and what
6   my responses were.
7   BY MR. MICELI:
8      Q.    Okay. And I told you that I
9   was going to make sure it wasn't a torture
10  session, and you're going to call me a liar
11  when we're done, right? That was a joke,
12  Doctor. I'm not trying to make this
13  difficult for you.
14         Now, you said that when you
15  were talking about your causation analysis
16  with Ms. Cohen, you said that it is in your
17  report. So I'll be able to read your report
18  and find that analysis, right?
19     A.    You can read it from the
20  beginning to the end, and you can arrive
21  at -- you can see how I arrived at my
22  conclusion, yeah.
23     Q.    Right.
24         Now, one of the things that you

Page 397

1   were asked about was pulling the 3.9 and the
2   2.2 out of Dr. Feigal's report.
3          Do you remember that?
4      A.    Yeah. We just talked about
5   that.
6      Q.    Right.
7          But when you looked back at
8   Dr. Feigal's report, where she refers to
9   that -- those numbers, she does not refer to
10  them in the context of a cite to the Martin
11  interim analysis study, correct?
12     A.    She refers to 10-year analysis.
13  I don't know where else.
14     Q.    Right. Okay.
15         Which is not what you cite to.
16  You cite to the 55-month analysis, right?
17     A.    Yeah, I'm familiar with those,
18  and include those in my analysis.
19     Q.    Now, you were asked some
20  questions about Dr. Bosserman and her
21  experience.
22         Now, you've had 23 years of
23  experience with your training, and
24  Dr. Bosserman has had 20 -- excuse me, about

Sreekanth C. Reddy, M.D.

Page 398

1    40 years of experience with her training,
2    right?  Do you remember that?
3         A.   I would have to look at her CV
4    in order to see that.  If you say so.
5         Q.   Sure.
6              Well, you're younger than I am,
7    and I'm 57.  Dr. Bosserman -- well, I'm not
8    going to guesstimate what her age is, she may
9    read this deposition someday.
10             MS. COHEN:  Now you're
11        really --
12             MR. MICELI:  I know, now I'm
13        digging a hole.
14   BY MR. MICELI:
15        Q.   But Dr. Bosserman's experience
16   will be reflected in her CV, correct?
17        A.   Of course.
18        Q.   And her experience includes
19   being the editor in chief of the ASCO's
20   Journal of Clinical Oncology, right?
21        A.   That's part of her CV, yes.
22        Q.   Are you familiar with the
23   Journal of Clinical Oncology?
24        A.   Yes, I am.  It's on my CV.

Page 399

1         Q.   Okay.  Are you on -- are you a
2    member of ASCO?
3         A.   I'm not actively a member.  I
4    haven't paid dues in a while, but...
5         Q.   Okay.  Your testimony about the
6    Jones study, and I think I heard you
7    correctly where you stated that you believe
8    it's evidence that Taxotere is a more
9    effective chemotherapy for breast cancers
10   than Taxol?
11        A.   Yeah.  If you look at the
12   conclusion of that article, it clearly states
13   docetaxel was superior to paclitaxel in terms
14   of overall survival, time to progression, and
15   overall response rates.
16        Q.   Okay.  Are you aware that the
17   FDA's Division of Drug Marketing and
18   Communication cited Sanofi -- or wrote Sanofi
19   to inform them that they could not claim that
20   the Jones article in TAX 311 demonstrates
21   superiority to paclitaxel?
22             MS. COHEN:  Objection to form.
23        A.   No.
24             ///

Page 400

1    BY MR. MICELI:
2         Q.   Okay.  You weren't provided
3    with that DDMAC letter by counsel that
4    demonstrated -- that explained to Sanofi, the
5    maker of the brand name docetaxel, Taxotere,
6    that it could not utilize or make the claim
7    that TAX 311 and the Jones article actually
8    supports superiority?  You weren't aware of
9    that, correct?
10        A.   No.
11        Q.   Okay.  I'm going to try to get
12   to the last thing here very quickly.
13   Exhibit 11.  If I can get there.
14             You were on page 27 with, I
15   believe, Ms. Cohen was asking you
16   some questions about grade 3/4 neuropathy.
17             Do you recall that?
18        A.   Which?
19        Q.   That's the -- Exhibit 11 is the
20   Cochrane meta-analysis, the one with the
21   magenta, I believe was the color.
22             MS. COHEN:  That's all you
23        learned from me today, Dave, right?
24             MR. MICELI:  I've learned a

Page 401

1    lot.  I always learn from you, Lori.
2    BY MR. MICELI:
3         Q.   Are you there with me?
4         A.   Yeah, I've got the Cochrane
5    Review in front of me.
6         Q.   That paragraph that she was
7    reading from where a subgroup analysis
8    suggested the increased risk of grade 3 or
9    neuropathy for taxane-containing regimens
10   compared to non-taxane tended to be worse for
11   women receiving paclitaxel than docetaxel,
12   and it says, "However, the confidence
13   intervals are very wide.  For women receiving
14   paclitaxel," and it gives the odds ratio and
15   a confidence interval of 3.59 to 39.70.
16             When you see wide confidence
17   intervals, what does that mean to you as a
18   researcher?
19        A.   It means that it is less likely
20   to be an association.
21        Q.   And what the stated association
22   is may not be entirely accurate because it's
23   such a wide interval, right?
24             MS. COHEN:  Objection.  Form.

101  (Pages 398 to 401)

Sreekanth C. Reddy, M.D.

Page 402

1      A.   It decreases your confidence.
2   BY MR. MICELI:
3      Q.   Right.
4          And then the last sentence of
5   that paragraph says that "The test for
6   differences between the groups was not
7   statistically significant," correct?
8      A.   Again, meta-analyses, these are
9   all interesting things but, you know...
10     Q.   Right.  In your opinion it
11  doesn't really mean all that much, right?
12     A.   I think it's important.  I
13  think that there is -- the preponderance of
14  the evidence tells you that patients that
15  receive Taxol have a marked increased risk of
16  developing neuropathy, it can be very
17  dangerous, very debilitating.
18         We can keep pulling out pieces
19  of evidence from a variety of different
20  articles that you could use to make an
21  argument one way or another, but, you know,
22  the importance of seeing patients and having
23  experience with patients is that you actually
24  see these things in real life.

Page 403

1      Q.   Okay.
2      A.   To you a grade 2 toxicity or
3   grade 3 toxicity may not mean anything, but
4   for somebody that's actually -- or somebody
5   that's sitting in an academic center that
6   hasn't seen a patient in 15 years, they can
7   start thinking about toxicity, but it's a
8   whole different thing when you've prescribed
9   a medication and over the course of six
10  months they go to somebody that was going to
11  the gym every day to coming in in a
12  wheelchair.  It's a very different thing.  I
13  mean, I can't emphasize that fact enough.
14     Q.   Okay.
15     A.   I can pull different things
16  from different articles, but you've got to
17  come back to the actual patient and what's
18  happening.
19     Q.   Sure.  I only came back to this
20  because counsel for Sandoz went there.  But I
21  came back to it.  I'm going to close with
22  this with you.
23         Every drug has its toxicity
24  profile, correct?

Page 404

1      A.   Yes.
2      Q.   And Taxol and Taxotere have
3   different toxicity profiles, correct?
4      A.   There are differences in their
5   toxicity profile, yes.
6      Q.   Right.
7          And the levels of the
8   toxicities -- well, let me back up.
9          Neuropathy is a toxicity that
10  they share, it's in your opinion demonstrated
11  to be worse with Taxol than with -- or Taxol
12  than it is with docetaxel, correct?
13     A.   Correct.
14     Q.   And then febrile neutropenia is
15  one -- is an adverse event or toxicity that
16  is shared by both, but you would agree with
17  me that it is worse with Taxotere, docetaxel,
18  than it is with paclitaxel, correct?
19         MS. COHEN:  Object to form.
20     A.   It's worse in patients that
21  don't receive prophylactic growth factors.
22  BY MR. MICELI:
23     Q.   Okay.  And the use of
24  prophylactic growth factors comes with its

Page 405

1   own set of risks, too, correct?
2      A.   There are toxicities associated
3   with growth factors, yes.
4      Q.   I get to ask a defense lawyer
5   question.
6          There's no such thing as a
7   perfectly safe drug, right, they add have
8   adverse events?
9      A.   All interventions have
10  potential adverse events.
11         MR. MICELI:  Okay.  That's all
12  I have.  Thank you, Doctor.
13         MS. COHEN:  Not to belabor, I
14  just have a couple of quick followup
15  questions.  It will be very, very
16  quick.
17         FURTHER EXAMINATION
18  BY MS. COHEN:
19     Q.   First of all, in terms of the
20  amount of materials that you've reviewed in
21  this case to support your methodology
22  including on causation, describe, you know,
23  was it significant, was it slight, do you
24  feel you had enough?

Sreekanth C. Reddy, M.D.

Page 406

1    MR. MICELI:  Object to the
2  form.
3    A.    Exhaustive review of available
4  literature, spent hours and hours and hours
5  and hours.
6  BY MS. COHEN:
7    Q.    And additional materials for
8  the case as well?
9    A.    Yeah.  I mean, I looked at
10  everything I possibly could find to make sure
11  that when I made a statement that in the case
12  of Ms. Stewart that there was no relationship
13  or causality of docetaxel to her hair loss, I
14  wanted to make sure that I could make that
15  statement and be confident in it and have the
16  ability support that statement.
17    Q.    And then Mr. Miceli asked about
18  your invoices, which again I don't think has
19  any relation to the materials you reviewed,
20  but I want to ask you about Exhibit 4,
21  Exhibit 23.
22    Exhibit 4 is your report.  If
23  you will pull that up.
24    On the back of Exhibit 4, are

Page 407

1  there 22 pages of materials that you reviewed
2  at the time of your report?
3    A.    Yes.
4    Q.    And if anyone wanted to look at
5  those and read what medical records you read
6  and transcripts and everything, would they
7  have been listed there?
8    A.    They're all here, yes.
9    Q.    And then Exhibit 22, which you
10  provided as a courtesy last night as an
11  update, did that include additional
12  materials?
13    A.    There's additional things that
14  were reviewed.
15    Q.    Would this be -- if someone
16  wanted to know what you reviewed in this
17  case, would these Exhibit 4 and Exhibit 23 be
18  the best thing to look at?
19    A.    They can look through all the
20  information on that and arrive most likely at
21  the same conclusion that I've arrived at.
22  They would arrive at the same conclusion
23  that's stated in my report, that there's no
24  relationship between docetaxel and Ms.

Page 408

1  Stewart's hair loss.
2    MS. COHEN:  Thank you very
3  much.  Those are all the questions I
4  have.
5    And he will read and sign.
6    MR. MICELI:  One last question,
7  Doctor.
8    FURTHER EXAMINATION
9  BY MR. MICELI:
10    Q.    Do you intend to send another
11  invoice to Ms. Cohen shortly after this
12  deposition for the time spent from June 30th
13  through today?
14    A.    Yes, I am intending on doing
15  that.
16    MR. MICELI:  Okay.  Lori, I'm
17  just going to make -- I'll follow up
18  with you to make a request to get that
19  so we have the full billing.
20    MS. COHEN:  I think if we can
21  just make an agreement to share them
22  with all of our experts, that might be
23  the way to go.
24    MR. MICELI:  I think you're

Page 409

1  right.  I agree with you.
2    I have nothing further.
3    I would ask, Lori, after we go
4  off the record with the doctor still
5  in the room, I wanted to ask you a
6  question in front of the doctor.
7    THE VIDEOGRAPHER:  The time is
8  6:56 p.m.  This deposition has
9  concluded, and we're off the record.
10    (Whereupon, the deposition was
11  concluded.)
12
13
14
15
16
17
18
19
20
21
22
23
24

103  (Pages 406 to 409)

Sreekanth C. Reddy, M.D.

---

Page 410

```
1                    CERTIFICATE
2
        I, MAUREEN O'CONNOR POLLARD,
3    Registered Diplomate Reporter, Realtime
     Systems Administrator, and Certified
4    Shorthand Reporter, do hereby certify that
     prior to the commencement of the examination,
5    SREEKANTH C. REDDY, M.D., was remotely duly
     identified and sworn by me to testify to the
6    truth, the whole truth, and nothing but the
     truth.
7
        I DO FURTHER CERTIFY that the
8    foregoing is a verbatim transcript of the
     testimony as taken stenographically by and
9    before me at the time, place, and on the date
     hereinbefore set forth, to the best of my
10   ability.
11       I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
12   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
13   employee of such attorney or counsel, and
     that I am not financially interested in the
14   action.
15
16
17   _____
     MAUREEN O'CONNOR POLLARD
18   NCRA Registered Diplomate Reporter
     Realtime Systems Administrator
19   Certified Shorthand Reporter
     Notary Public
20   Dated:  October 6, 2020
21
22
23
24
```

Page 411

```
1           INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the
6    appropriate space on the errata sheet for any
7    corrections that are made.
8        After doing so, please sign the
9    errata sheet and date it.  It will be
10   attached to your deposition.
11       It is imperative that you return
12   the original errata sheet to the deposing
13   attorney within thirty (30) days of receipt
14   of the deposition transcript by you.  If you
15   fail to do so, the deposition transcript may
16   be deemed to be accurate and may be used in
17   court.
18
19
20
21
22
23
24
```

Page 412

```
1             ------
                E R R A T A
2             ------
3    PAGE LINE CHANGE
4    ___ ___ _____
5    REASON: _____
6    ___ ___ _____
7    REASON: _____
8    ___ ___ _____
9    REASON: _____
10   ___ ___ _____
11   REASON: _____
12   ___ ___ _____
13   REASON: _____
14   ___ ___ _____
15   REASON: _____
16   ___ ___ _____
17   REASON: _____
18   ___ ___ _____
19   REASON: _____
20   ___ ___ _____
21   REASON: _____
22   ___ ___ _____
23
24
```

Page 413

```
1
2        ACKNOWLEDGMENT OF DEPONENT
3
4    I, _____, do
     Hereby certify that I have read the foregoing
5    pages, and that the same is a correct
     transcription of the answers given by me to
6    the questions therein propounded, except for
     the corrections or changes in form or
7    substance, if any, noted in the attached
     Errata Sheet.
8
9
     _____
10   Sreekanth C. Reddy, M.D.         Date
11
12
13
14
15
16
     Subscribed and sworn
17   To before me this
     _____ day of _____, 20____.
18
     My commission expires: _____
19
20
     _____
     Notary Public
21
22
23
24
```

Sreekanth C. Reddy, M.D.

Page 414

```
 1              LAWYER'S NOTES
 2        PAGE  LINE
 3        ____ ____ _____
 4        ____ ____ _____
 5        ____ ____ _____
 6        ____ ____ _____
 7        ____ ____ _____
 8        ____ ____ _____
 9        ____ ____ _____
10        ____ ____ _____
11        ____ ____ _____
12        ____ ____ _____
13        ____ ____ _____
14        ____ ____ _____
15        ____ ____ _____
16        ____ ____ _____
17        ____ ____ _____
18        ____ ____ _____
19        ____ ____ _____
20        ____ ____ _____
21        ____ ____ _____
22        ____ ____ _____
23        ____ ____ _____
24        ____ ____ _____
```

Golkow Litigation Services - 877.370.DEPS

**A**
**a.m** 9:8 15:12,15
73:8,12 144:4
**abide** 92:3 364:4
**ability** 106:3
161:24 406:16
410:10
**able** 52:9 117:20
142:12 171:7
181:24 205:20
207:4 259:21
294:24 318:13
353:13 360:8
396:17
**above-referen...**
28:16
**absence** 43:19
282:22
**absent** 256:21
**absolutely**
339:19 345:6
369:18 370:9
371:4,12
388:12
**absolve** 97:10
**abstract** 212:12
311:5,14
313:17 320:9
321:9
**AC** 8:3 103:12
106:13,22
107:6 123:12
123:24 124:6
129:14 134:3,7
136:4,6 150:24
161:16 196:7
205:19 206:6,9
212:8 221:1,1
223:4,13,17
224:5,6,7,12
233:12,18,23
239:2 311:17
339:17
**AC-Taxol**
103:16 104:23
105:8,15,22

116:7 119:16
119:18 120:4,6
120:14 133:20
134:21 137:23
145:5,15 146:7
146:10,24
147:13,15
150:2 161:17
166:7 168:9
169:4,8 205:15
206:20 224:22
241:6 253:10
253:21 254:18
339:11,13
**AC/Tax** 312:4
**AC/TaxHerce...**
312:5
**AC/TaxXeloda**
312:5
**academic** 403:5
**accept** 112:12
**acceptable**
51:17 105:10
105:17 131:19
318:3
**accepted** 54:22
57:6
**accepting** 110:8
111:17
**access** 84:5
**accessible**
177:13
**accompanied**
269:20
**accomplished**
334:3 375:7
**ACCORD** 5:13
**account** 63:4
148:11,11
176:2 236:15
267:15
**accurate** 26:11
47:16 157:15
157:16 368:1
401:22 411:16
**accusation**
12:23

**accuse** 91:23
**achieve** 196:14
**ACKNOWLE...**
413:2
**act** 226:24 258:1
388:23
**ACTAVIS** 5:3,4
5:4
**ACTax** 312:4
**action** 332:24
334:11 410:12
410:14
**active** 31:18
32:6 37:20
43:16 92:21
110:12 335:12
386:3 389:16
**actively** 374:20
399:3
**activity** 172:16
173:3 183:1
334:19
**acts** 227:1
**actual** 52:1
98:14 99:22
192:3,4 251:1
351:6 382:13
403:17
**acumen** 58:6
**add** 134:4 178:4
213:4 250:19
253:1 322:20
405:7
**added** 41:14
175:13
**addendum**
305:13
**adding** 107:4
**addition** 35:10
35:13 42:2
50:5 102:14
174:18 202:13
214:7 251:17
321:19 343:2
348:22
**additional** 109:1
168:13 170:15

172:11 196:3
253:2 334:18
388:20 406:7
407:11,13
**address** 66:3
107:18 250:17
296:19 297:13
299:17 302:5
302:24 303:7
356:2,3
**addressed**
203:17 297:1
**addresses** 166:3
**addressing**
264:19 273:9
**adequate** 97:15
367:5,24 368:6
**adequately**
290:22 388:10
**adjectives** 57:18
**adjust** 138:15,19
139:21
**adjustments**
138:24
**adjuvant** 6:19
6:21 7:3,8 8:2
36:2,24 53:9
55:13 56:1,3,6
56:7,9,11
60:16 61:5,20
62:13 96:3
114:9 116:19
117:15 125:18
136:11 139:13
145:19 153:18
164:13 166:13
172:22 192:20
193:23 194:10
195:17 199:12
199:22 204:10
206:3 209:13
220:21 221:3,9
248:17,20,22
249:4,6 305:18
305:19 311:16
332:17,22
335:4 337:10

339:19
**administered**
169:9
**administration**
107:6 169:11
268:16 360:11
**administrations**
107:1
**administrative**
33:17,18,23
**Administrator**
1:19 410:3,18
**adopted** 206:3
**adriamycin**
169:23 193:18
194:8 198:8
199:10,12
200:7,8 240:15
277:7,11,23
278:8,12
279:21 281:15
281:24 301:17
339:6 357:22
357:24 358:6
394:18
**Adriamycin-...**
206:1
**advanced** 98:2
99:5,11,11
100:3,10,13,14
100:16,16
349:15 361:9
**advantage**
193:15
**adverse** 66:7
141:7 259:21
259:24 260:2
335:21,22
370:17 404:15
405:8,10
**advise** 112:6
185:10 260:1,3
260:6 261:16
**advisory** 89:3
**affect** 54:6,8
**affidavit** 91:6
**affiliated** 41:19

49:3 78:21
**AFTERNOON**
202:1
**age** 398:8
**aged** 270:23
**agent** 59:15
60:15 61:4
213:7,9,11,13
214:4 279:8
**agent's** 55:24
**agents** 59:10
206:17 229:9
229:15 276:12
318:7
**aggregate**
291:15
**aggressive**
243:22 251:2
254:14
**aggressiveness**
392:2
**ago** 14:19 44:23
45:5 79:3
176:17,18,20
176:20 189:4
199:20 208:2
216:4,13 304:3
332:3 362:17
362:18 386:15
**agree** 13:8 28:16
29:24 47:10,12
57:5 76:13
96:15 101:6,11
119:11,15
141:1 158:7,12
169:14,15,16
181:3,11
185:18 192:12
194:2 198:23
246:3 253:4
254:11 264:22
265:13 270:14
275:3 338:23
339:3 346:15
390:9 404:16
409:1
**agreed** 9:15 17:3

72:11 101:15
123:6 245:10
245:14 253:8
255:2 256:2
395:21
**agreeing** 185:17
262:19
**agreement**
13:10,13 266:4
408:21
**ahead** 14:5
19:11 85:10
88:3 151:24
208:24 225:18
250:2 266:23
267:19 306:17
339:2 342:9
380:2
**akin** 356:11
**al** 6:19,21 7:3,5
7:8,20 8:8
25:21 82:19
162:7,22
163:17 304:23
331:21
**al's** 165:24
**Alberta** 85:17
**alive** 334:5
339:17 347:15
394:16
**alleged** 296:15
354:20
**allergic** 129:23
**allow** 115:21
**allowed** 28:3
**allows** 102:3
199:1
**alongside** 78:12
**alopecia** 7:10
8:2,5 67:10,12
67:13,16,23
68:2,2,16,17
69:3,10 71:6
178:21 180:21
184:16,18
185:11,12,19
185:23 186:4,5

186:6,10,11,18
187:13,14,16
188:1,12
267:10,13,20
267:23,23
269:10 270:16
271:5 272:3
273:2 274:3,4
274:13,21
275:10,22
276:13 277:8
277:13,13,22
278:7,13
279:22 283:21
285:5,12
288:14,20
289:1,1 297:1
297:21 298:9
298:16 303:16
303:19 304:21
304:22 305:4
305:22 306:2
309:1,9,20,22
310:7,8,10,11
311:15 313:7
315:4 317:8,11
320:16 324:4
358:7,8 364:19
365:5 368:11
368:17 372:10
372:11 381:8
**Alpharetta** 48:5
48:8
**alter** 324:21
**alternate** 109:18
**alternative**
105:17 112:24
**amalgamation**
312:2
**amount** 25:2
67:19 176:3
235:1,2 390:2
405:20
**amounts** 237:13
**analogy** 354:7
**analysis** 76:10
151:17,17

153:11 199:2
274:1,8 278:16
280:18,23,24
281:8 282:2
283:2 284:4
285:8,16,17
286:3,15,23
287:1,3 288:16
299:19,21
301:10 302:6
315:19 323:14
323:23 328:19
342:21 343:13
344:8,11
352:23 354:12
354:19 355:3,5
355:6,16,19,24
356:9,12 369:5
380:6 384:4
396:15,18
397:11,12,16
397:18 401:7
**anaphylactic**
156:22 159:16
**anaphylaxis**
129:23 130:2
131:8 156:17
**and-** 2:9,18 3:17
**and/or** 55:13,23
114:22 170:17
172:23 197:24
255:23
**Anderson**
205:16 207:2
**androgenetic**
68:16
**androgenic**
271:17,21
**Angeles** 5:17
**annual** 242:19
**annually** 50:22
51:1,21,22
94:10 215:13
**answer** 18:11,12
28:5 150:6
284:19 285:14
385:4 393:12

**answered** 81:15
244:9
**answers** 18:2,4
413:5
**anthracycline**
167:15
**anthracyclines**
162:16 168:23
**antibiotic**
136:12
**anticipate** 63:10
196:12
**antigen** 68:5
**Antonio** 214:22
215:10,22
216:5,9
**anus** 208:17,19
209:12 211:1
212:7,18 213:1
214:19
**anybody** 42:16
82:2 147:14
148:22 237:4
343:20 369:22
**apologize** 14:5
47:20 85:3
95:15 99:1
124:23 151:8
161:1,3,9
167:6,11
230:18 250:1
262:11 263:16
312:12 314:13
325:23,24
372:6
**Apparently**
154:22
**appear** 265:12
**APPEARAN...**
2:1 3:1 4:1 5:1
**appeared** 11:18
**appearing** 9:15
**appears** 21:23
31:10 283:9
304:18
**appendix** 7:5
121:17 126:18

Sreekanth C. Reddy, M.D.

128:1 140:1,11
140:13,18,20
144:16 191:24
applaud 348:9
applicable 10:16
165:15 166:20
application
303:3 323:15
323:18
applied 80:10
221:23 302:7
302:18
applies 116:6
151:2 297:2
apply 54:23
61:23 98:22
114:14 150:12
150:22 168:2
229:13 279:19
284:7
appreciate 13:1
99:1 124:23
approach
159:21
approached
180:10
appropriate
92:9 101:7,13
106:6 139:11
193:22 194:9
195:16 197:5
198:10 199:21
199:23 200:10
210:7,10,11
224:4 241:12
241:16,18,23
241:24 242:3
243:2,8,11,18
243:19 244:5
245:9,15 265:4
293:1 295:19
297:21 303:5
334:22 337:17
359:2,5 411:6
appropriately
252:7
approval 89:3

approved
169:10 227:5
328:7 332:13
approximately
31:7 94:8,17
97:22
area 297:9
areas 25:17
34:13 361:17
arguably 242:18
argue 244:2
arguing 318:18
argument
279:12 319:1
322:17 402:21
argumentative
81:15 395:3
arm 137:23
149:10,11
167:16,16
198:14,14
289:12,12
304:21,22
336:11,21
372:10,11
373:13
arms 123:23
193:19,21
194:7 197:4,20
198:20,21,23
290:13 303:18
306:3
arrive 287:14
355:21 396:20
407:20,22
arrived 396:21
407:21
arriving 355:23
article 6:19,21
7:3,5,10,20 8:1
8:5,8,10 73:19
75:19 117:24
118:6,18,22
126:1 137:19
138:6 139:9
140:14 164:23
166:10,12,23

167:2 170:6
185:18 193:6,7
208:14 212:10
213:19 235:8
304:3,8,16,24
305:2,11,15
309:8 319:23
320:9 321:13
321:23 325:7
325:10,14
326:1,6,12
327:10 330:17
332:2 334:10
335:10,11,16
336:18 373:18
373:20 377:9
384:12 386:1
386:12 399:12
399:20 400:7
articles 198:17
210:20 278:1
280:16 282:10
289:3 301:16
301:19 305:17
305:20,24
311:8 314:3
318:10 333:3
342:24 358:19
376:23 402:20
403:16
Arts 316:14
ASCO 214:24
215:13,23
216:2 399:2
ASCO's 398:19
ascribe 292:10
ascribes 295:14
aside 139:5,8
161:9 204:5
382:11,11
asked 29:15
54:1 59:20
63:3 81:15
110:6 150:5
231:5 235:23
244:9 287:10
287:11,19,20

287:22 288:2
289:18 337:22
341:11 350:23
359:10,11
360:1 361:12
364:15 365:18
366:24 367:5,6
371:10 373:15
378:8 386:19
388:8,22 390:6
393:1,11,21
395:19 396:3,5
397:1,19
406:17
asking 18:5 28:8
183:14 211:15
244:24 262:18
283:7 284:24
287:8,17,18
288:7 295:12
297:7 298:10
302:11 345:18
355:15 365:10
367:3 393:4
395:10,19
400:15
aspect 36:1,23
226:10 370:20
aspects 202:7
assess 39:1
172:21 190:23
282:3 284:5,9
303:5
assessing 171:23
173:3 365:23
assessment
65:19 256:11
assigned 81:1
327:16
assist 20:11
assistant 155:22
associated 20:15
22:21 63:6
67:20 97:11
99:7 110:20
134:18 145:23
146:19 148:16

150:9 151:3
153:1 189:14
210:2 225:3,6
229:10 247:20
247:22,23
260:11 266:24
270:7 271:12
273:2 274:2,12
275:21 276:12
276:24 289:5
296:2 297:4
301:14 302:1
322:11,18
324:16 327:4
336:19 337:15
343:22 364:12
376:14 405:2
association
189:6,6,10,22
189:23 273:13
273:15,17
278:20,21,23
279:7,15 281:2
282:4 283:11
283:13 284:6
284:11 301:16
323:14 359:21
401:20,21
associations
273:18
assume 64:3
143:13 345:22
assuming 15:4
22:1 70:21
86:8 101:15
106:10 135:16
198:21 242:4
assumption 22:2
asthenia 207:6
ATax 312:4
ATax/CAF
312:5
Atlanta 1:15
3:22 17:15
33:11 45:20
48:4,14,22
49:2 50:1

361:13
**attached** 341:17
411:10 413:7
**attempt** 279:2
**attempted**
275:20 279:19
301:6
**attempting**
283:9
**attend** 203:5
215:9,12,16,17
**attended** 174:24
214:10 215:22
216:6
**attending**
202:16 205:6
216:2
**attention** 86:18
191:10
**attorney** 91:1
254:1 284:20
299:9 324:8,9
410:11,13
411:13
**attorneys** 2:20
16:18 17:7,23
342:24
**augment** 205:7
**augmented**
203:7,14 204:8
**author** 212:3
**authored** 265:8
**authority** 302:7
302:17
**authors** 93:17
187:7 199:19
211:1
**authors'** 207:14
**automatically**
187:18
**available** 32:3
54:12 59:2,24
63:7 97:6
105:23 152:5
177:12 198:16
247:19 256:19
273:11 280:2

284:5,5 285:9
289:3 299:7
328:15 329:18
357:5 359:12
359:17 370:2
406:3
**average** 52:15
69:24
**aware** 35:16
38:9 39:5 44:5
80:24 116:16
117:14 160:14
239:15 269:7
269:15 270:6
270:13 298:19
303:22 318:23
319:8 363:17
383:20 399:16
400:8
**axilla** 242:21
**axillary** 99:3
119:5 251:3,12

_____
**B**
**B** 6:11 26:22
191:8,12
311:24 312:21
**B-K** 220:7
**back** 11:21
25:15 55:19
59:12 61:1
66:23 71:8,12
72:9 75:17
92:18 117:3
125:23 149:4
158:11,19
170:4 174:17
179:16 182:23
191:19 202:22
214:1,13
218:23 234:17
245:7 247:15
247:17 250:2
262:1,8 265:9
265:19 273:5,8
280:9 284:23
289:6 292:8

296:5 327:21
332:1 351:11
354:10 357:23
362:18 369:7
376:17 377:23
378:2 379:20
382:24 384:1
385:14 395:8
397:7 403:17
403:19,21
404:8 406:24
**backbone** 124:6
**background**
97:19 359:24
**BACON** 3:4
**bald** 317:6
**baldness** 271:18
**ball** 254:17
301:3 349:2,5
349:12 350:2
350:15
**barely** 371:7
**based** 29:19
30:9,15 49:13
51:9 52:19
62:23 102:5
106:2,2,3
108:23 111:6
116:14 120:4
135:10 137:1,4
138:1,15,24
139:6,21 157:6
157:20 171:8
172:7 174:6
176:6,7,8
208:18 224:13
224:16 228:6,7
246:12 250:24
251:5,18 253:9
257:18 280:20
281:9 302:6
314:6,15 315:6
334:6 338:8,9
338:12 349:19
379:15 389:5
392:2,3,3
**bases** 56:15,23

**basic** 58:8
274:10 293:5
313:19 324:2
**basically** 79:12
166:11 174:21
266:2,11
267:24 268:11
282:19 298:3
329:20 339:3
368:18 380:3
383:22 385:24
**basis** 30:2,4
50:19 63:22
65:7,17 69:20
105:18 117:1
182:18 265:15
337:3 375:9
**Bassi** 46:20
**BCIRG** 43:19
44:2,4 89:4
**Beach** 85:23
**bear** 341:11
**bearing** 385:19
**bears** 354:4
**beaten** 262:12
**began** 11:24
72:21 238:15
**beginning** 22:7
24:8 27:9 73:5
132:7 395:11
396:20
**begins** 88:16
129:1 197:10
294:16
**belabor** 405:13
**belief** 324:21
**believe** 21:13
40:18 41:8
51:21 62:20
130:16 147:2
147:14 164:7
230:24 231:7
286:3 324:20
337:13 344:16
346:23 356:10
356:22 357:4
370:6 387:5

388:10 399:7
400:15,21
**believed** 59:16
**beneath** 129:6
222:9
**BENEDICT**
5:14
**beneficial**
110:12 181:10
263:1 381:15
386:8
**benefit** 103:18
108:10 115:9
115:11 164:24
165:7,14
172:21 225:4
337:2 349:13
**benefits** 103:21
110:21 225:1
247:22 258:2
333:7
**BENJAMIN**
2:11
**BERG** 2:10
**BERNE** 5:7
**Bertrand** 306:8
307:11 308:14
**best** 26:4 55:4
60:1,2,23 62:1
62:2 110:10
112:23 113:9
114:8,13 208:3
219:21 242:11
243:24 253:16
253:16 254:4
256:11,18,24
260:1 321:23
333:20,21
337:17 347:1,6
347:6,9,13,22
348:6,13,14
370:24 371:17
407:18 410:9
**better** 86:20
119:19 120:7
121:7 134:20
200:12,13

Sreekanth C. Reddy, M.D.

207:5,6 231:9
250:13 324:22
330:13 331:19
333:5 334:13
334:14 375:19
390:9
**beyond** 28:2
94:22 196:2
**big** 87:24 358:18
**biggest** 96:11
**bill** 22:9
**billed** 24:6,23
25:7,18
**billing** 408:19
**BIN** 220:5
**BINV-K** 220:8
230:24 238:22
**biologic** 172:12
284:6
**biomarkers**
51:9
**biopsies** 66:12
66:13
**biopsy** 171:4,9
321:16
**biostatistician**
316:9
**biostatistics**
316:13,15
**bit** 13:23 20:10
25:12,15 32:1
59:13 107:23
131:4 141:14
148:1 160:23
161:2 170:3
220:5 233:2
289:16 304:3
341:9 389:2
**black** 15:3
**blank** 251:19,19
251:20
**blast** 229:4
**blinded** 190:18
**blinds** 262:12
**blood** 30:22
222:16
**blow** 86:19

**board** 89:4
**board-certified**
30:20
**boards** 175:4
**Bob** 127:8
255:10 293:19
**body** 171:6
349:17
**bolded** 11:14,17
12:2,12,16,23
**book** 23:8
**Bosserman**
12:11 101:6
102:11 103:3
135:17 156:20
157:16 160:4
245:11 246:8
324:12 374:6,7
375:5,14
376:19 397:20
397:24 398:7
**Bosserman's** 7:6
130:13 131:1
155:1,9 158:5
158:6 161:5,9
164:7 324:13
398:15
**Boston** 3:14
4:20
**bottom** 12:10
40:21 41:22
44:9 71:14
88:15 102:24
112:1 128:24
192:22,23
193:15 218:12
220:6 261:11
261:12 272:14
320:13
**Boulevard** 3:5
**box** 2:5 26:16
73:20 82:19
178:21 252:14
252:17 319:21
377:21
**Bradford**
151:17 153:10

277:4 278:16
279:1,20 280:4
280:18,23
281:7 284:8
285:8,16
287:19,20
299:19 301:7,9
302:8,18,20,22
303:3,4 308:10
314:3 317:14
317:20 318:11
323:14,23
328:19 355:15
355:18 356:11
356:17
**brain** 170:17,20
170:24 171:2
171:14
**brand** 37:17
225:17 400:5
**breached** 105:9
253:12
**break** 16:2 72:8
73:4 140:3,8
143:24 200:23
202:21 214:14
255:9 293:22
294:4 301:2
340:8
**breakdown**
286:22 387:16
**breaking** 200:21
300:22
**breaks** 98:10
**breast** 6:20,22
7:4,9,12,15,17
7:23 8:4,6,9
31:1,4,7,11,16
31:17 33:5,6
35:3 36:3 37:1
49:22 51:7
52:2,7 53:9
55:13,14 56:1
56:3,10,11
58:22 60:17
61:6,20 62:13
79:1 94:6,9,11

94:13,15,22
95:6 97:23
98:6,7,11,18
98:19,20 99:5
99:18 100:2,24
105:24 114:10
116:19 125:19
139:13 145:19
150:18 153:19
164:16 165:1
170:11,15,16
170:21,24
171:1 176:21
182:14,16,19
182:24 183:2,5
183:8,19,21
184:3,7,19
185:7 204:10
206:4 209:13
209:13 214:1
214:17,21,23
215:10,22
216:6 218:5,17
218:18 219:17
219:24 228:3,6
228:7 229:5,13
230:11 238:10
242:18 266:19
305:19 307:17
307:23 311:18
320:17 332:5
332:18,23
334:20 335:5
335:12 337:19
347:16 349:15
360:2,12,19,20
360:22 361:3
361:20 369:10
375:6,22
376:10,11,13
386:3 388:2,2
399:9
**breast-conser...**
173:23
**Breat** 7:19
**brick** 300:7,9
**bricks** 300:2,7

**brief** 16:2
**briefly** 9:19
15:10 380:18
391:22
**bringing** 181:17
**brings** 286:16
**broad** 61:16
267:10,13
343:11
**broaden** 55:20
**Broadway** 2:21
**brought** 287:5
**build** 300:2,7,9
300:18
**building** 300:23
**bunch** 235:10
**bundle** 41:9
**burn** 230:17

--- **C** ---

**C** 1:13 3:19 6:3
9:1 10:4 15:20
198:19,24
311:24 312:2
312:20,21,24
313:3,9 410:5
413:10
**CAF/Tax** 312:6
**calculations**
109:8
**calculator** 102:3
**calendar** 22:15
**California** 2:22
5:17 160:8
**call** 17:11 91:17
91:19 300:16
396:10
**called** 291:15
**camera** 218:23
**cancer** 6:20 7:4
7:9,10,13,16
7:17,19,23 8:4
8:7,9 31:1,4,7
31:11,16,17,21
31:23 32:1,5
32:10,14 33:5
33:7,11 34:19

34:21 35:3,5,7
36:3 37:1
48:22 49:2,2
49:19,22 50:2
51:7,10,18
52:2,7 55:5,14
56:1,3,7,10,12
57:8,13,14,17
58:2,3,4,11,23
59:16 60:17
61:6,21 62:14
79:2 85:16,22
94:6,9,12,13
94:15,23 95:6
96:13 97:8,23
98:6,11,18,19
98:20 99:5,17
99:18 100:2,24
105:24 114:10
116:20 119:7
125:19 139:14
145:19 150:18
153:19 160:12
160:16 164:16
165:1 170:11
170:15,21,24
171:1,5,8,24
173:10 176:21
178:22 180:23
182:15,16,19
182:24 183:2,5
183:9,19,21
184:3,7,20
185:7 204:10
206:4 209:12
209:13,13,17
211:1,18 212:7
212:18 213:1,6
213:13 214:1
214:17,21
215:10 218:5
218:18,18
219:17,24
227:17 228:2,3
228:6,7 229:6
229:14 230:11
238:11 241:1

257:9 265:17
266:19 268:14
305:19 307:18
307:23 311:6
311:18 320:17
332:5,18,23
334:20 335:5
335:12 337:19
343:22 346:7
347:16 349:15
360:2,13,20,21
360:22 361:4
361:14,20
369:10,22
375:6,23
376:10,11,13
386:4 388:2,2
**cancers** 30:22
99:17 182:14
182:16 183:22
399:9
**cane** 390:24
**caner** 6:22
**Canton** 48:7,10
**CARACO** 4:15
**carboplatin**
208:17 212:22
212:23 213:1
**carcinoma**
97:24 208:13
208:16,19
209:22 214:18
**cardiotoxic**
169:19
**cardiotoxicity**
134:22 161:19
161:24 162:3
167:3,12,18
168:13,22
169:12,23
378:9
**care** 31:3 33:17
36:2,24 53:9
53:22 55:14
56:1 58:22
60:16 101:5
105:10 112:23

114:9 116:19
125:19 128:14
128:19 204:10
253:12 254:8
332:17,22
335:5 343:22
360:20 375:1
375:18 376:18
**cared** 387:14
**career** 62:16
177:9 184:8
**careful** 160:1
**carefully** 348:7
411:4
**caregivers**
343:20
**Carlos** 86:6
**carries** 161:19
162:3
**Carroll** 17:1
**Carrollton** 2:6
300:18
**case** 1:9 16:9,10
16:11,13,14,18
16:21 17:6,12
21:15 22:6,17
23:2,16 25:9
27:13,14 28:17
29:10 36:11,14
36:21 47:13
53:4,6,19,22
61:1 62:6 69:1
84:9,10,12
119:21 140:21
144:23 145:1
180:11 181:19
182:8 184:23
222:21 232:11
232:20 242:12
254:12 260:18
276:3,22 284:1
285:17 287:12
288:2,4,13
299:22,22
301:24 315:19
333:23 337:14
342:21 344:11

351:7,15
352:12 354:12
354:19 355:6
359:12 372:22
374:7,9 376:3
377:3 382:6
384:4 394:20
405:21 406:8
406:11 407:17
**cases** 28:16 91:5
94:8,11,13
184:24 269:24
271:5 272:14
274:15 277:21
278:6 281:24
282:11,14
283:4,14 309:1
321:9 349:7
375:20
**categories**
143:16
**categorized**
248:24
**categorizes**
99:17
**category** 120:22
141:23 149:8
220:16,18,20
233:8,11
241:10 264:8
**causal** 151:16,18
187:23 189:6
190:6 278:20
278:22 279:7,8
279:14 281:2
282:5 283:2,11
283:13 284:11
286:4 301:11
301:21 314:5,6
314:14 315:21
316:2 317:14
317:23 318:21
323:24
**causality** 187:18
273:9 276:21
276:24 279:3
279:12 299:21

299:24 315:8
352:18 358:1
406:13
**causally** 97:11
188:13 189:24
273:1 275:21
276:12
**causation** 190:6
274:1,8,16,18
275:7,10 284:9
288:20 303:5,7
308:10 323:23
352:19,23
354:12,18
355:24 356:8
388:9,16
396:15 405:22
**causative**
267:23 285:24
359:13,21
**cause** 97:9
228:11 259:9
270:15 273:21
283:18,20,24
285:3 286:11
317:5,8
**caused** 60:14
187:22 271:11
271:12 274:21
278:10 317:19
325:1
**causes** 154:6
160:3 274:4
277:7,12 278:8
283:19 317:10
324:14 368:24
377:8 394:20
**causing** 152:15
274:12
**cberg@gainsb...**
2:17
**cell** 31:24 32:2,2
32:6,7 208:13
208:16,18
209:22 211:18
212:7 213:4,6
213:13 222:16

226:24
**Cells** 226:21
**center** 33:11
  48:22 49:2
  50:2 57:19
  58:3,4,11
  141:11 160:12
  344:15 361:14
  403:5
**centers** 57:8,14
  57:15,18
  160:15,16
  257:9
**centimeter**
  242:17
**centimeters**
  254:15
**Centre** 2:13 4:8
**certain** 62:15
  68:19 187:24
  196:5 212:13
  215:2,4,4
  229:9 241:16
  250:5 260:10
  273:13 296:15
  299:7 315:13
  361:3 366:9
**certainly** 29:11
  29:14 98:7
  142:15 180:9
  259:23
**certainty** 146:12
**CERTIFICA...**
  410:1
**Certifications**
  41:18,21
**Certified** 1:19
  410:3,18
**certify** 410:4,7
  410:11 413:4
**CHAFFE** 4:7
**chair** 85:15
**challenge**
  323:15
**challenged**
  319:9
**challenging**

323:13
**chance** 190:20
  347:1,6 348:14
  370:24 378:16
**change** 53:14
  74:9 208:10
  232:9 233:4
  294:21 295:20
  296:18 297:15
  299:6 356:18
  377:2 412:3
**changed** 33:14
  63:21 205:13
  210:5 234:20
  345:9 382:24
**changes** 183:24
  270:12,24
  271:6,11,17
  272:4 413:6
**changing** 51:2
  191:9 207:8
**chapter** 264:6
**characteristics**
  173:21 174:14
**characterizati...**
  103:9
**Charles** 85:21
**chart** 126:9
  130:17 135:17
  157:9,13,22
  159:3
**chat** 19:4 26:16
  73:20 82:19
  178:21 263:12
  319:21
**check** 158:20
  159:10 340:6
  340:21
**checked** 158:11
**chemo** 245:24
**chemotherapy**
  7:22 8:3 55:24
  60:15 67:17,20
  95:18,19 96:3
  96:7,17 101:8
  101:12 102:12
  102:15 103:11

108:3,5 109:3
  134:18 135:4
  157:11 164:13
  165:8 172:22
  184:17,19
  186:23 187:1,9
  187:14,15,17
  187:20,21
  188:3,4,21
  189:1 197:23
  206:17 210:1
  222:23 223:18
  225:10 229:9
  247:8 248:9,17
  248:20,23
  249:5,6 264:13
  267:1,3,8
  268:6,9,15,16
  269:19 270:8
  270:15,20,22
  276:11 278:2
  280:11,13
  281:2 287:13
  287:14 294:16
  295:23 296:2
  298:1 307:17
  307:23 311:18
  329:9 334:12
  348:21 364:13
  369:6 370:16
  371:17 383:1
  399:9
**chemotherapy...**
  68:2,17 69:3
  69:10 186:4,10
  186:18 188:12
  269:9 270:16
  275:22 276:13
  277:8,12
  279:22 283:20
  285:4,12 306:2
  317:8,11
**Cherokee** 48:10
**chewing** 92:2
**chief** 398:19
**choice** 60:1
  108:18,21

247:8 250:13
  253:16,17
  264:8 330:13
  331:20 334:14
  334:22 347:6
  348:13,20
**choices** 241:13
**choose** 135:20
  206:11 242:8
  258:3 371:16
  391:7,16
**chooses** 341:5
**choosing** 369:6
**chose** 246:9
  303:9
**chosen** 109:18
  253:10
**chronic** 309:19
**chronology**
  341:10
**chunk** 87:24
**Cincinnati** 5:9
**circumstance**
  241:24
**circumstances**
  241:17 286:9
**CIRG** 6:23
**cisplatin** 209:18
  210:1,4,13
  212:20 213:8
  213:13
**citation** 205:18
  331:3 385:24
**citations** 301:20
  334:19 342:23
**cite** 41:3 75:5
  162:6,13
  202:24 205:2
  282:10,14
  302:16 303:20
  304:19 306:10
  306:11 314:3
  323:16 325:6
  326:6 330:16
  335:2 397:10
  397:15,16
**cited** 29:21

157:19 187:6
  302:14 329:14
  329:16 334:24
  373:18,20
  385:12,18
  399:18
**cites** 130:15
  159:7 184:22
**citing** 385:21
**City** 3:6 45:19
  160:11
**Civil** 1:9 27:12
  27:17
**claim** 399:19
  400:6
**claims** 302:21
**CLAIRE** 2:10
**clarify** 18:12,13
  224:3 372:4
**classes** 98:18
**classification**
  98:6
**clean** 353:18
**clear** 48:21 58:1
  62:4 87:22
  188:8 218:3
  271:17 276:4
  276:23 284:24
  339:8 352:20
  368:23 379:8
  394:11
**clearly** 152:6
  153:4 184:21
  309:4 328:24
  399:12
**client** 346:16,23
**client's** 366:10
**clinic** 48:8 77:3
  77:10
**clinical** 7:12,15
  22:20 23:3
  31:18 32:4
  33:22 34:2
  35:19 36:1,23
  38:11,14,24
  39:10,22 40:11
  41:1,3 42:7,8

Sreekanth C. Reddy, M.D.

42:10 43:5,19
43:21 44:13
45:23 46:2,3
46:11,18,24
47:18 49:16
51:14 54:24
55:8 56:14
57:1 58:5,6,7
72:18 77:20
79:6 80:13,21
105:7 113:11
129:19 138:9
138:18,20,23
139:1,8,15,17
148:13 151:22
152:4,6 171:9
176:8 182:7,13
184:3,4 190:14
190:16 191:6
191:17 193:2,5
194:3,5,15
204:14,16
206:23 209:5,7
210:14 214:18
214:23 220:22
224:14 234:2
260:19 288:17
289:17,19
291:21 303:18
318:5 326:13
339:5 360:10
360:22 361:24
362:7 365:8,12
366:20 375:1
389:19 390:17
391:6 398:20
398:23
**clinically** 318:14
332:6,16
**clinician** 376:18
**clinicians**
206:22
**clock** 143:22
**close** 43:16
189:14 230:17
262:12 403:21
**closely** 375:10

**closeout** 93:6
**closer** 181:20
192:22 292:7
**CNN** 214:5,5
**co-author** 40:23
**co-chair** 86:5
**co-chairs** 85:22
**COAN** 4:17
**Cochrane** 162:6
162:7,22
163:16,18
165:23,24
379:19 400:20
401:4
**code** 294:20
296:16 297:8
298:11 299:5
**Cohen** 3:18 6:5
6:7 10:10,14
12:3 13:6,16
13:19,22 19:15
19:20 20:7,20
21:4 23:4,23
26:1,9 27:24
29:7 31:15
36:4,9 38:8
39:3,13 40:6
40:14 44:21
47:5 52:8
53:10,24 56:17
59:19 60:19
61:14 63:2,16
65:5,11,15
68:13 69:4
70:10 72:3,13
73:6,24 74:15
74:23 75:1
77:1 78:4 80:3
80:16 81:14
82:24 83:4,24
86:21 87:3,15
87:22 90:21
91:20 92:8,19
93:9,24 94:24
95:7,21 96:20
97:4,13 101:10
101:22 102:18

103:20 105:2
105:12,21
108:6,19 109:4
110:5,18
111:11,22
113:23 114:11
116:8 118:3,23
119:20 120:8
120:15 122:19
123:1 125:9,20
127:21 130:22
133:24 135:24
136:15 137:7
137:24 140:2,9
144:1 145:8
146:15 148:6
148:23 150:4
151:23 153:21
154:4,12 155:7
155:11,21
156:3,6,11
158:22 160:6
160:18 161:4
161:10 163:7
164:21 165:17
166:9 168:15
169:20 170:5,9
178:24 179:5
179:10,17
181:13 182:21
185:21 186:7
186:19 187:10
189:17 190:3
190:10 191:1
191:14 192:11
194:13 196:19
199:4 200:1
203:19 204:1
204:11 214:16
216:20,24
220:2,7,9
224:15 225:24
227:18 234:16
235:19 236:5
237:15 240:7
242:6 243:13
243:17 244:8

245:16 246:23
247:10 248:6
249:17,21
250:15 252:23
253:14,23
254:20 256:9
257:12 260:12
267:18 270:17
271:14 273:3
274:6,22
275:13,24
276:15 278:24
279:24 281:4
281:17 282:6
283:22 284:12
285:13 288:1
288:22 290:1
291:1 292:1,15
293:4,16,21
295:22 296:23
297:18 298:4
298:22 299:8
300:4,19 302:9
306:20 307:19
309:6 312:7,13
315:5 316:19
319:4,11 323:9
327:24 329:4
329:19 330:24
331:4 332:20
335:8 338:2,7
338:14,20
339:15 340:5
340:17,20
341:1,18,22
342:2,7,12,14
345:21 346:2
346:22 347:17
348:3 349:1
350:1,22
351:23 352:8
353:4,20 354:5
354:9 355:1
356:19 358:11
359:1,6 361:10
363:1,10,13
364:7 365:6

366:23 367:13
368:9 369:2
370:12 371:1,8
371:13 372:2
374:5,22
377:24 378:4,6
379:1,3,9,11
381:22 382:5
385:17 386:16
386:18 387:15
388:4,19
389:11 392:9
392:16,20
393:6 394:8
395:2,16,18,22
396:1,16
398:10 399:22
400:15,22
401:24 404:19
405:13,18
406:6 408:2,11
408:20
**coin** 190:20
**coincides** 266:11
**collaboration**
57:7
**Collaborative**
162:7 163:16
165:24
**colleagues**
148:12 219:4
308:6 313:15
343:9
**collected** 44:15
362:9 363:4
**collective** 63:14
63:18
**collectively**
212:6 347:20
**colony** 228:18
**colony-stimul...**
226:22
**color** 377:19
400:21
**Columbia** 45:13
47:3 66:24
77:12 78:18,20

83:22 85:22
362:19
**Columbia's**
76:19
**column** 75:24
121:4 142:3,24
143:7 309:14
321:3 378:9
**columns** 141:11
141:19
**combination**
42:13 58:5
162:15,18
167:22 169:1
169:24 173:5
175:21 199:9
199:11 338:9
339:6 390:7,10
**combinations**
59:10 222:6
225:10
**combine** 169:23
**combined** 168:3
209:23
**come** 75:14 85:6
102:13 127:6
133:15 167:13
202:12 214:13
262:1 288:13
288:19 300:20
305:10 318:19
343:13 344:7
403:17
**comes** 113:19
242:23 243:21
404:24
**comfortable**
360:24 368:12
368:14
**coming** 84:24
111:13 127:5
226:5 299:23
301:20 348:10
357:17 361:2
403:11
**commencement**
410:4

**commencing**
1:16
**comment** 12:24
52:20 58:18
71:12 77:19
153:24 187:3
261:8 264:23
**commenting**
316:21
**comments** 240:2
303:2
**commission**
413:18
**committed**
105:1,10
253:20
**committee**
53:14
**common** 67:16
141:7 142:11
143:14 149:8
183:9 291:13
291:14,14
309:16,18
371:14
**commonly**
115:6 136:6
257:24 325:2
**communicate**
204:5
**Communication**
399:18
**community**
131:24 145:21
152:14 153:3
158:14 174:11
206:2,2 232:5
254:7,10
343:16,18
390:20
**comorbidities**
55:2 59:24
392:4
**companies**
96:16 139:16
367:4
**company** 36:9

38:5 39:15
40:3 46:2,21
89:12 96:21
260:9
**company's**
93:20 97:14
**comparator**
123:23
**compare** 11:22
117:15 133:12
193:17
**compared** 8:9
117:23 121:5
122:2,11 147:1
147:17,22
318:6 332:4
375:13 401:10
**compares**
117:11 137:19
**comparing**
123:16,19,22
124:6 136:10
**comparison**
153:14 256:6
389:13
**comparisons**
256:8,13,22
**compartment...**
240:18,21
**compilation**
87:17 197:9
**compiling** 20:11
**complained**
382:23
**complaining**
289:10
**complaint**
382:14
**complaints** 66:1
66:4 69:17
382:19
**complete** 11:7
29:9 30:1
106:12,13
205:21
**completed** 46:23
329:14

**completely** 9:21
**completes**
114:23 255:24
**completing**
102:11
**complications**
368:7
**complies** 83:16
**complying**
91:21
**component**
121:19
**components**
204:16
**Compound** 39:4
**comprehensive**
57:8,14,17
58:11 160:16
172:10 241:1
257:9
**comprise** 31:11
**comprises** 31:7
**computer** 12:21
293:20
**concern** 70:8
96:11 125:17
125:22 128:20
136:18 147:10
232:13 258:21
**concerned** 94:21
114:3 132:10
**concerning** 54:7
55:12 88:7
107:19 161:15
161:23 193:3
202:8 272:2
281:15
**concerns** 113:21
173:24 239:13
**concluded** 409:9
409:11
**concludes** 71:20
71:20 134:20
**conclusion**
103:4 119:16
166:16 286:16
287:6,15

288:14,19
289:4 299:24
301:21 315:6
315:13 355:8
359:20 396:22
399:12 407:21
407:22
**conclusions**
166:11 303:18
336:19
**condition** 69:15
269:2
**conditions** 65:20
65:22
**conduct** 354:18
355:3
**conducted** 38:23
40:11 355:5
356:11 365:19
**conference**
215:13 216:2
**conferences**
215:6,15,18
343:24 344:5,7
**confidence**
401:12,15,16
402:1
**confident**
406:15
**confidential**
10:17 88:11,16
88:17 89:10
93:22
**confirmed** 44:18
71:13,15
**conflict** 395:1
**confused** 212:17
**confusing** 18:7
245:20
**connection** 88:9
**consecutive**
87:18,21
**consent** 88:20
89:13 266:5
**consented** 79:7
**consequence**
180:22

Sreekanth C. Reddy, M.D.

consider 23:23
99:10 112:6
114:20 131:11
202:14 228:15
250:7 261:15
279:6 343:3
352:1 355:23
357:10,24
consideration
207:8 333:15
considered 30:7
88:10 98:19
175:3 209:19
210:6,10 225:2
225:11 249:12
250:3 286:24
287:5 342:20
343:5,7,8,10
359:9
consistency
235:2
consistent 100:1
235:5
consistently
241:5
constantly 69:17
constipation
134:23 161:21
consult 22:5
178:9
consultation
242:4 243:9
244:6 265:15
Consultations
173:11
consulting
107:24 177:19
375:15
contact 214:6
contain 342:19
contained 26:6
containing
162:17 220:15
330:11,12
331:19,20
334:12,13
contemplated

174:23
context 51:7
113:9 174:5
308:9,17
332:17 335:4
360:2 397:10
continue 54:18
92:13 173:15
202:7 294:12
continued 3:1
4:1 5:1
continues 40:22
91:12 103:2
233:20 249:3
continuing
171:15 173:16
contradict 323:3
contraindicati...
198:1
contribute
161:24
contribution
102:7 115:18
116:5 232:14
contributions
41:2 102:4
control 167:16
190:18 191:6
207:5 243:1
373:13
controlled 55:11
55:22 116:17
149:22,23
190:17 199:1
204:19,22,24
293:7 315:15
317:4
conversation
117:19 259:13
262:6 265:1,16
266:12
convey 245:3
249:6
convincing
184:17
cooling 185:12
copies 217:23

copy 19:21
23:20 74:17
83:5 118:24
119:21 120:21
155:4 167:7
180:13 217:22
312:10
Cor 207:22
core 377:7
corner 320:13
corners 338:18
353:23
correct 14:14
21:21,22 24:9
24:10,22 25:4
26:8 27:2,3
30:18 31:8
32:11,12,23,24
33:3,5,12
34:19,20 36:11
36:12,17 37:21
38:1,17 41:5
41:24 42:5,8
43:3 44:20
45:14 46:9,16
47:4 48:6,23
49:4,8,19,20
51:10,11,19
55:5,6,8,9 57:3
57:16,20 62:8
62:9 64:3,6,13
64:21 70:9
71:2,17 75:21
75:22 76:15,24
78:3 79:21,22
80:15 81:21
82:3,12 83:8
83:23 85:19,24
86:1,2,3 87:21
89:16,17,19
90:11,15,16
93:8,12,17,18
94:19,23 95:1
100:18 101:17
101:21,23
102:8,9,17
103:1,13,14,19

104:1,2 106:15
106:22,23
107:1,2,14,15
108:15,16
109:3,14
112:10 113:14
113:15 116:7
118:1 119:7,8
119:14 120:14
121:10,11,13
121:14,20,21
122:18 123:8
124:7,11,12,18
125:7,8,14,15
126:8,10,15,16
128:15,21,22
129:11,12,17
130:14 132:1
132:14,15,24
133:9,16,17,23
134:10 135:17
135:23 136:14
137:6,11,15,16
141:4,8,9,16
141:17,24
142:1,7,8
143:4,5,11,12
143:16 144:21
144:22 147:5
147:18,19
148:5 149:12
149:19,20
153:9,20 154:3
154:11,13
157:24 158:8,9
158:21 161:21
161:22 162:8,9
162:12,18,19
163:19,20
164:16,17,20
165:10,11,16
166:2,8,21
167:19,20
169:5,12
170:18,19
171:20,21
172:1,2,18,24

173:1 174:2,8
177:10 180:17
180:18 181:1,2
188:15,18
190:2,9,11,14
190:24 191:2
191:17 192:14
193:3,4 194:12
195:19,24
196:18 198:3
198:10,11
210:18,19
213:15 218:5
218:19,20
220:16,17,23
221:4,5,9,10
222:2,3,24
223:1,7,8,12
224:14,22,23
225:2 226:16
226:17 227:17
227:22,23
228:10,23
230:11,12
231:10,11,20
231:21 233:14
233:21,22
234:3,15
238:11,12
239:4,5,7,8,14
239:17,18,23
239:24 240:6
241:2,7,8
243:12,16
244:7 246:21
246:22 247:9
248:5,17,18
249:1,9,10,16
250:8,9,14
251:19 252:10
252:11,22
256:8 260:11
267:17 270:2,3
272:16,17,20
273:22 274:5
274:16 275:2
275:17,18

277:9,18,19
278:3,8,23
279:1,16,17
281:3,6,16
282:5,7,11,12
282:15,16
284:11 285:5,6
286:20,21
287:1,2 289:24
290:24 291:17
293:3 294:18
295:21 296:22
299:15,16,19
301:8 302:8
303:21,24
304:1,10
306:11,12
308:15 309:5
309:17 310:12
310:13 311:11
311:12,22
312:6,23 313:1
313:7,8,11,17
314:22,23
315:4 321:11
322:24 323:8
323:10,18
324:20 325:7,8
325:11,12,24
326:9,10
327:16,17
328:11,12,16
328:17 329:3,6
329:18 330:14
330:15,18,19
331:15,16
332:14,19
333:10 335:7
336:2 338:1,5
338:13 339:14
381:9,10 382:9
384:2 389:8
393:5,24 394:7
395:14,21,24
397:11 398:16
400:9 402:7
403:24 404:3

404:12,13,18
405:1 413:5
**correcting**
124:24
**corrections**
411:4,7 413:6
**correctly** 98:3
112:9 185:3
193:24 198:3
227:6,7 249:15
399:7
**corticosteroid**
135:14,22
136:13,18
137:1,14,22,22
**corticosteroids**
107:13 135:6
138:3,14
139:12 161:15
**cost** 333:13,15
**counsel** 9:22
20:8 39:8
110:23 400:3
403:20 410:12
410:13
**counseling**
161:16 170:11
173:10 247:6
248:4 266:19
369:17 390:4
**count** 384:21
**countries** 76:3
**country** 241:2
**country's** 57:7
**counts** 145:2,3,6
145:10 229:4
**county** 16:20,23
17:1 48:11
93:23
**couple** 10:11
17:22 57:18
101:3 128:10
288:12 332:3
359:23 373:15
405:14
**course** 30:12
77:6 109:18

113:4 114:24
170:14 197:22
251:11 256:1
333:16 353:6
371:21 387:1
398:17 403:9
**court** 1:1 9:24
18:16 27:15
47:14 91:7,22
307:20 353:14
411:17
**court's** 92:3
**courtesy** 407:10
**cover** 161:1
364:20
**covered** 160:24
369:15 386:17
388:10
**crayon** 377:21
**create** 58:20
**creates** 49:22
**credentialed**
64:24
**credit** 109:16
**criteria** 58:2
69:2,13 141:7
142:11 143:15
149:8 277:4
284:8 301:7
302:18 323:15
364:5
**critical** 369:23
**criticisms** 277:3
299:18 301:8
323:18 328:18
328:20
**Cross** 85:16
**crowing** 189:13
273:19
**Crown** 277:16
**crows** 189:12
**crystal** 254:17
349:2,4,12
350:2,14
**CT** 170:16
**CULBERTSON**
4:18

**Cumming** 48:5
48:14
**cure** 376:10,15
**cured** 96:12
370:24 371:24
**curing** 346:7
**current** 44:24
49:14,15 50:13
56:24 185:1
225:9,12
**currently** 17:7
24:16 34:22
130:6 176:24
269:13
**cursor** 121:2
**CV** 26:23 31:11
31:13 41:8,13
41:16 42:16,22
43:18 44:1,24
79:20 398:3,16
398:21,24
**cycled** 222:9
**cycles** 222:10
223:6 224:11
234:12,12
327:7
**cyclophospha...**
6:22 7:22
193:18 194:8
198:8 222:8
281:15 282:10
305:20 307:16
307:22
**cystitis** 134:22
161:20
**cytotoxic** 8:6
206:17 248:17
267:8 320:17
**cytoxan** 199:10
199:12 200:7,8
301:17 339:7
394:18

---
**D**
---

**D** 9:1
**D1** 140:24
**D3** 140:24

**daily** 63:22 65:7
132:7 197:21
375:8
**damaging** 146:1
**dangerous**
146:1 402:17
**data** 30:7 44:15
49:17 51:14
57:1 59:24
63:7 75:20
97:15 123:3
138:23 148:12
149:22,23
152:5 153:4
154:5 185:13
186:21 188:8
188:11 198:16
208:18,24
247:19 260:20
278:10 288:18
291:15 314:5
315:11,12,12
317:18,23
318:13,21
339:8 359:12
359:17 361:2,8
362:9 363:3
375:9
**date** 9:7 21:24
72:23 156:4
218:13 349:20
410:9 411:9
413:10
**Dated** 410:20
**dates** 52:10
72:15 178:1
362:18
**Dave** 10:12 12:5
13:17 14:2
19:16 74:15
88:3 140:3
161:4 284:14
293:17 319:13
353:20 363:10
400:23
**David** 2:3,4,11
74:1 87:15

92:8 312:7
**day** 34:6 129:16
132:8,14,24
188:21 233:9
234:19 322:10
334:6 351:9
355:15 365:9
367:9 369:4
387:2 389:1
390:12 391:14
403:11 413:17
**day-to-day**
182:18
**days** 23:15 26:5
34:9 132:7,13
222:9 267:7
268:15 327:3
411:13
**DCIF** 98:7
100:7,19
**DDMAC** 400:3
**deal** 26:13 298:1
298:1 372:1
377:1
**dealing** 52:3
129:7 212:20
212:21 357:9
**dean** 316:13
338:17
**death** 324:16,24
**deaths** 94:14
**debilitating**
145:23 146:4
151:20 152:8
152:17,21
391:2 402:17
**decades** 370:4
**Decadron** 134:3
**December**
238:18
**decide** 266:4
**decided** 91:5
104:22 105:7
108:1
**decides** 108:7,14
**decision** 56:19
104:16 106:5

112:19 174:13
176:5,11 233:6
241:3 253:4
258:13,14
262:22,23
264:13 333:11
348:10
**decision-maki...**
110:16 111:10
113:8 117:19
173:19 237:2
242:1 243:10
244:20 247:6
248:4,8 250:24
262:8 264:16
265:11,14
266:7,10,14,20
344:10 386:20
387:6,17
**decisions** 62:1
148:9 173:6
174:6 176:1,10
245:21 264:7
264:18 287:12
292:6 333:18
**decreased** 159:4
334:1
**decreases** 402:1
**dedicated** 33:24
**deemed** 411:16
**defective** 296:11
297:13
**DEFENDANT**
3:10 4:14 5:13
**DEFENDANTS**
3:2 4:3 5:3
**defense** 40:2
405:4
**defer** 295:8
**deferred** 316:9
**deficient** 302:6
**defined** 186:9
**definition** 381:8
381:9
**degree** 53:12
61:22 146:11
171:12 357:15

**degrees** 368:19
**delay** 106:10
**delayed** 184:24
**delaying** 181:8
381:13
**delete** 74:8
**delineate** 141:6
**delineations**
25:17
**deliver** 232:24
**demonstrate**
305:24 317:5
**demonstrated**
153:16 336:1
400:4 404:10
**demonstrates**
116:4,17 154:3
165:13 315:2
323:17 331:18
334:11 335:2
339:10 399:20
**demonstrating**
164:19 278:21
**dependent** 52:1
259:18
**depending**
29:10 229:15
268:18
**depends** 215:20
**depo** 17:3 74:7
**deponent** 9:12
413:2
**deposed** 12:17
**deposing** 411:12
**deposition** 1:13
6:13,15 9:9,14
10:14,21 11:4
13:9 14:13,17
14:18 16:3
19:3 21:12
23:22 24:13
29:2 46:15
48:20 91:13
111:21 164:8
235:24 343:15
352:1 357:11
395:12 398:9

408:12 409:8
409:10 411:3
411:10,14,15
**depositions**
13:14 18:19
91:2 286:20
366:9
**deps@golkow...**
1:23
**dermatological**
65:7,10,17,18
**dermatologist**
188:18,19
269:1 321:13
351:22 383:3,5
383:12,12
**dermatologists**
186:13 382:22
**dermatology**
64:22 65:3
67:7 69:14
**dermatoscope**
66:19 70:22
**describe** 135:19
187:18 257:22
294:19,24
295:13 329:2
364:23 405:22
**described**
186:13 187:8
**describes** 297:3
311:20 321:2
368:17,18,19
**describing**
189:5 281:19
**DESCRIPTI...**
6:12
**descriptive**
321:23
**design** 193:16
193:21 195:15
195:16 197:19
199:21
**designate** 58:3
**designated** 58:4
58:10
**designation**

57:13,20,23
**designed** 200:6
**desire** 61:24
**desires** 114:7
**desk** 217:7
**despite** 208:9
240:1 327:5
**detail** 27:7
245:18 253:2
321:18 351:19
357:15 395:13
**detailed** 79:8
266:12 367:6
367:24
**details** 96:22
254:12 288:24
289:2 295:13
**determination**
284:4
**determinations**
139:6 250:6
**determine** 70:24
190:6 274:3
275:20 359:13
**determined**
347:21
**determining**
173:3
**devastating**
180:24
**develop** 187:20
228:12
**developing**
229:8,11 313:4
402:16
**develops** 63:13
**devoted** 23:15
**dexamethazone**
131:10 132:6
132:19 133:3,7
133:13,19
135:22
**diagnose** 69:14
**diagnosed** 94:9
95:5 97:22
98:1 100:2,3,6
100:7,10,13,15

Sreekanth C. Reddy, M.D.

100:17 268:19
269:9
**diagnoses** 50:11
**diagnosis**
264:17 269:1
**diagnostic** 69:2
69:13
**diagram** 258:14
**diagrams**
251:18
**dialogue** 92:1
**diarrhea** 134:23
161:20
**dictate** 196:14
**die** 130:1
**Diego** 2:22
**difference** 39:20
106:9,12
107:10 108:24
109:10,11
167:17 189:5,7
191:10,12
195:3 199:9
200:15,17
289:8 291:9
305:7,22
313:23 315:16
315:24 316:1
318:2,14
336:13 391:23
**differences**
120:11 250:23
317:16 402:6
404:4
**different** 37:10
41:4,5 42:21
47:7 51:2 58:7
65:19 68:19
74:23 80:13
110:2,2 116:22
116:23 145:7
148:2 154:23
182:2 190:22
190:23 193:17
195:8 196:6
219:13,15
237:7 259:12

261:9 264:15
268:12 271:23
273:14 289:11
312:3 332:10
333:1,2,3,12
334:20,21
336:24 350:21
355:19 364:24
376:20 402:19
403:8,12,15,16
404:3
**differentiate**
39:22 67:22
68:5,16,22
103:24 104:19
**differently**
84:22 275:19
306:18
**differs** 157:2
**difficult** 152:17
194:23 270:21
376:2 396:13
**digging** 398:13
**Diplomate** 1:18
410:3,17
**direct** 340:4
373:6
**directed** 168:10
**directly** 123:16
134:17
**directs** 251:24
**disabled** 390:22
**disagree** 122:23
158:7,12
241:21 276:16
323:19 338:23
339:23 395:4
**disagreeing**
185:17
**disclosed** 88:19
89:11,12
**disclosure** 242:1
**discontinued**
159:6
**discuss** 107:12
110:19,20,21
112:14,16

114:19 135:1
173:11,17
225:9 247:20
247:21,23
257:3 262:1
287:11 288:3
305:3 332:22
368:20 371:2
371:10 390:1
**discussed**
138:12 202:8
210:21 214:12
214:22 215:5,8
239:20 252:22
254:12 286:18
319:6 322:10
332:18 387:11
**discussing** 110:3
111:13 387:12
390:18,19,20
**discussion** 15:13
71:10 108:13
111:7 112:6
113:19 114:17
115:1 189:3
202:19 214:15
232:5 259:17
261:16,18
303:1 336:18
337:4 370:21
377:7
**discussions**
113:8 174:24
175:3 343:8
**disease** 50:11
51:3 52:1
59:23 96:14
97:23 98:2
100:3,10,13,14
100:16,20,22
150:19 171:13
172:8 173:22
184:1 227:20
243:1 247:21
264:18 334:8
337:11 347:14
349:16,22

361:3,6 370:24
371:24 376:1
376:15
**disease-free**
164:15 166:15
334:7 348:14
**diseases** 227:4
**disorganized**
341:9
**disposal** 73:22
**disprove** 284:10
**dispute** 125:16
**distinct** 57:19
**distinction**
38:10 39:15
104:13 166:22
**distinguishing**
249:4
**distressing** 95:5
95:13
**District** 1:1,2
47:14,15 91:5
**divide** 33:20
251:4
**division** 33:16
399:17
**dmiceli@mice...**
2:8
**docetaxel** 1:5
6:19,21 7:21
8:2,6,8,11
35:15 36:2,15
36:24 37:9,15
37:19,21,23
38:5,16,16,16
38:18 39:23
116:18 117:11
117:13,13,16
119:13 121:9
121:10,24
122:9 123:7,21
124:4,4,11,17
125:4,6,14
126:14 132:6,8
132:11,17
136:11 137:19
141:2,3 142:4

143:8 147:5
149:11,19
150:2,24 153:1
153:18 157:2,6
164:19,24
165:16 169:19
184:20 185:8
188:13 194:12
195:19,20
199:2,10 200:7
203:6,7,15
204:15 222:8
240:16 254:6
269:14 276:2,6
276:18 277:1
282:23 283:23
285:3,10,20,22
285:23 286:4
286:10 288:15
289:5,12 290:9
295:21 296:10
298:16 299:22
301:10 302:1
305:18,19
306:9 307:15
307:21 308:11
310:10 311:9
311:16 312:4
312:23 313:1
317:5 318:6
320:16 321:10
322:6 324:21
325:1,3 326:15
330:12,13
331:14,19
332:4,12,24
333:4,8 334:12
334:19 335:3
335:11 336:4,7
336:21 339:6
346:6,13,24
348:15 352:24
355:10 359:13
359:17,21
367:2,20 368:2
368:6,24 377:8
380:6 386:3

388:17 390:15
394:9,17,23
399:13 400:5
401:11 404:12
404:17 406:13
407:24
**docetaxel-Adr...**
348:12
**docetaxel-con...**
205:9 347:5
373:12 394:2
394:12
**doctor** 14:9
47:22 58:19
62:3 64:10,18
65:2 73:14
75:8 77:18
78:9,14 80:12
81:13 83:7
85:3,12 86:15
89:23 102:23
118:20,21
127:23 137:10
155:18,20
156:9,15 161:1
164:3 170:3
174:6 180:3
192:17 193:1
197:13 226:12
230:5 231:9
247:5 265:1,6
265:15,18
266:13 267:19
275:3 293:15
294:12 300:1
307:6 309:13
311:3 322:21
326:4 327:10
329:6 330:8
331:10 332:11
334:9,24
336:22 337:5
337:21 339:2
348:2 353:11
383:5 394:15
396:12 405:12
408:7 409:4,6

**doctors** 268:8
**document** 1:8
21:21 25:18
75:9 86:15
87:1,7,17
119:23 140:7
150:8 163:6
167:5 184:10
197:8 202:20
234:11 235:6
263:19,23
265:20,24
266:2 286:6
301:12 321:6
**documents**
10:17 20:9
81:6 99:22
155:23
**dog** 392:17
**doing** 18:18 26:6
60:5 67:6
79:17 112:24
115:22,22
123:15 124:5
142:16 170:23
206:22 208:23
210:4 235:12
256:10,18
266:14 280:9
334:7 347:15
349:21 408:14
411:8
**dosage** 197:19
**dose** 128:16,19
135:19 139:11
157:5 167:15
184:21 194:7
198:7,9,19,21
210:3 222:7
327:6
**dose-dense**
221:1 223:13
223:17 224:6
233:12,17
234:13 239:2
**doses** 135:5
159:4 185:8

193:18 210:13
248:21
**dosing** 123:20
123:21 136:18
138:13 157:1
185:1 236:4
237:12,13
**double** 190:17
**download** 85:2
85:10 144:12
**downloads**
155:2
**doxorubicin**
6:21 7:21
222:8 307:16
307:22 312:3
**doxorubicin/c...**
8:3 311:17
**Dr** 7:6 10:20
15:1,17 62:7
72:10 101:6
102:11 103:3
104:15,22
105:1,6,9
130:13 135:17
144:10 155:1
156:20 157:16
158:5,6 160:4
161:6,8,9
164:7 202:6
217:16 238:15
245:3,11 246:8
253:10 255:19
277:3 283:8
284:19 286:19
287:9 299:18
301:7,15 302:6
308:5,6,17,22
308:23 309:2
310:9 311:6,20
313:14,15
314:2,9,12,17
314:21 315:6
315:20 316:4
316:12 317:13
318:20 319:2,3
320:18 322:17

323:5,6,6,13
324:12,13
328:19 329:1
340:18 341:2
342:15 347:20
348:10,16
351:19 352:14
367:15 372:16
373:7,8 374:6
374:7 375:5,12
375:14 376:19
382:12 383:4
383:11,21
387:4,7,10,18
387:24 397:2,8
397:20,24
398:7,15
**drafting** 28:8
**drafts** 28:8
**draw** 86:17
303:18
**drop** 384:20
**dropped** 159:17
**drops** 126:14,15
**drug** 16:9 39:16
59:9 88:8
137:2,5 168:17
186:23 228:8
260:15,17
274:1,4,21
275:5,10,21
276:10 281:2
283:19 297:4
298:11 317:10
328:23 329:17
337:6,8 365:24
368:8 390:7
393:3,22
399:17 403:23
405:7
**drug's** 294:22
**drugs** 96:17
117:22 124:9
139:18 150:10
167:23 193:20
196:6 206:17
229:11 270:8

273:1 274:12
277:5 280:14
281:20 282:21
282:23 283:5
295:24 298:7,8
321:20 328:21
329:2 332:8,10
333:1 366:6,19
**due** 9:18 51:14
98:16 122:1,9
239:12 272:3
**dues** 399:4
**Duke** 354:8
**duly** 10:5 410:5
**durable** 389:22
**duration** 135:5
184:22 267:16
327:4
**duties** 33:18,19
**dying** 375:21
**dysplasia**
227:24
**dysplastic** 229:4

---
**E**
---

**E** 2:10 6:11 9:1
9:1 412:1
**e-mail** 11:13,15
**earlier** 20:8
24:21 67:1
174:21 188:17
235:24 239:10
245:10 250:4,5
255:2 261:8
289:17 315:8
315:10 316:8
343:15 344:16
349:3 351:9
352:18 357:22
362:1 380:9
**early** 7:9 36:3
37:1 55:14
56:1,9,11
60:16,16 61:5
61:5 62:13
67:4 94:14,22
97:23 98:6,11

98:19 114:10
116:19 125:19
139:13 153:19
164:16 204:10
228:2 229:5
238:20 332:17
335:5 365:9
369:4 389:19
**easier** 189:20
219:20
**Eastern** 1:2
47:15 91:5
**easy** 232:24
**echo** 293:17
**edgewise** 338:19
**editor** 398:19
**Edmonton**
85:17
**educate** 27:20
**educated** 113:10
**educating**
181:18 246:6
**education** 41:20
242:4 244:7
**effect** 150:20
196:11 290:20
291:2,7,9
301:22
**effective** 38:21
62:24 232:22
232:23 242:10
392:8 399:9
**effectively** 325:4
326:8
**effects** 121:23
122:8 124:14
174:1 226:21
259:10 291:23
376:12,14
**efficacies** 203:16
333:2
**efficacious**
334:22
**efficacy** 35:24
36:22 38:6
39:1,12 55:13
55:23 117:2

119:18 120:6
178:11,13
205:8 242:2
249:8,13 250:7
250:10 289:19
331:24 332:7
333:4 334:2,15
365:24 389:5
390:5
**effluvium** 68:5,6
**eight** 35:1,11
127:12 132:23
396:2
**either** 42:8
53:21 63:12
86:9 91:16
99:16 123:12
157:22 158:7
158:12 193:20
203:24 209:1,2
209:4,6 211:20
214:22 215:5
215:22 241:20
260:6 261:19
279:14 282:10
377:10
**elicit** 106:3
**eliciting** 389:21
**ELLIS** 5:15
**Emory** 49:7
77:13 82:5,8
362:20
**emotional** 181:7
376:14 381:12
383:18
**emphasize**
376:2 403:13
**employee**
410:11,13
**employees** 46:16
**encompass**
364:20
**encompasses**
267:11
**encourage**
264:11
**ended** 12:1

93:15 202:18
**endocrine**
172:23
**endorse** 265:2
**endpoint** 71:5
194:24 195:21
196:11 289:19
**endpoints**
194:16,20,21
194:22 195:6
195:10
**ends** 159:16
**Energy** 2:13 4:8
**England** 40:24
73:18 117:6
193:7 304:7
**enroll** 31:17
44:3 45:2,17
71:23 79:5,18
93:5 184:2
**enrolled** 42:12
42:17 44:12
45:3 47:1 76:3
76:17 77:14,19
78:1 80:15
81:12 82:2,6
82:12 90:1,15
90:19 92:23
119:4 209:8
362:6
**enroller** 43:3
**enrolling** 43:13
44:19 72:12
76:22 77:23
78:2 80:12,22
81:5,20 83:21
90:9 183:2
210:15 211:20
**enrollment** 41:2
93:6,15
**ensure** 9:20 46:7
**entire** 177:4,6
184:7
**entirely** 19:19
401:22
**entirety** 177:9
388:15

**entries** 25:14,16
**epidemiologic**
291:22
**Epidemiology**
94:7
**equal** 122:12,16
274:16,17
275:6 389:5
**equally** 116:6
165:15 166:20
**equals** 373:10
373:13
**equivalency**
38:15
**equivalent**
38:12 104:11
366:6
**ER/PR** 171:18
**errata** 411:6,9
411:12 413:7
**erroneous**
323:24
**especially**
107:20
**ESQ** 2:3,10,19
3:3,11,18,19
4:6,17 5:6,14
**essence** 193:22
194:10 195:17
199:22 227:16
**essentially**
287:14
**establish** 279:12
282:5 297:12
315:8,16 316:5
316:16 379:17
**established** 90:7
151:12
**establishes**
334:14
**establishing**
279:2
**estimate** 24:17
43:7 257:1
360:8,18 369:9
**estimating**
25:13 181:22

**estimation**
52:14
**estrogen** 197:24
**et** 6:19,21 7:3,5
7:8,20 8:8
25:21 82:19
162:7,21
163:17 165:23
304:23 331:21
**etcetera** 70:19
171:19 261:4
268:23
**evaluated** 319:1
**evaluating**
370:16
**Evan** 3:19 11:13
75:2,3 155:22
263:18 392:11
392:13
**event** 191:11
196:16 259:24
279:7 291:13
404:15
**events** 66:7
141:7 190:8
259:21 260:2
291:23 327:5
335:21,22
370:17 405:8
405:10
**everybody**
123:24 252:14
252:17,18
375:22 385:1,5
**evidence** 59:17
139:7,10
184:18 275:21
276:9 279:15
284:5 285:9
287:4 289:13
292:9,10
295:19,19
296:5,17,20
299:7 319:1
324:23 349:22
368:23 390:17
399:8 402:14

Sreekanth C. Reddy, M.D.

402:19
evolves 208:9
evolving 51:4
exact 52:10,13
  52:17 116:13
  178:1 191:8
  313:6
exactly 58:1
  101:1 134:11
  149:3 236:16
  236:21 287:9
  291:11 393:13
exam 65:18
  172:10 321:15
  383:4,7
examination 6:2
  14:7 66:16
  272:1 340:3,16
  392:21 405:17
  408:8 410:4
examine 70:16
  70:24
examined 10:5
  382:21 383:11
examining
  171:10
example 157:4
  205:14,22
  206:21 208:12
  211:2 243:20
  271:17 382:13
examples
  138:11 205:4
  210:18 214:12
  272:23 281:18
  283:3
excellent 17:19
  242:14 387:12
  388:1 389:21
  390:10
excerpt 86:12
  191:20
excerpts 7:1
  84:23 192:4,12
excluded 227:5
excuse 34:3 40:1
  49:15 57:11

75:14 81:11
93:20 98:24
111:24 117:11
122:5 136:12
138:21 167:1
304:5 310:3
335:21 393:10
397:24
execution 46:6
exhaustive
  28:15,23 357:7
  406:3
exhibit 19:5,5,5
  19:6,7,12 21:7
  21:11,16 26:14
  26:15,17 41:10
  74:12 82:18,21
  84:17,18 118:7
  118:13 119:22
  126:23 127:1
  132:5 140:1
  149:4 154:16
  154:17,24
  156:11,13
  162:23 163:1
  164:7,8 178:15
  178:16 180:3
  191:20 216:15
  216:16,17
  217:17,17
  225:19,21
  226:1 229:21
  230:20 238:1,2
  249:17 263:7
  263:12 304:4
  306:23 307:1
  310:21 319:20
  320:4 325:19
  328:1,3,4,7
  331:5 341:14
  341:23 342:17
  343:3 344:13
  344:17 351:10
  351:10 358:12
  373:22 376:24
  377:12 379:16
  379:21 380:11

380:12,16
384:7 386:13
400:13,19
406:20,21,22
406:24 407:9
407:17,17
exhibits 19:2
  26:22
existed 53:1
  295:19 296:17
existence 329:15
  359:19
expect 112:18
  196:16 260:4,6
  260:20 289:20
  289:23 368:8
  370:1 390:5
expectation
  110:21
expectations
  113:20
expected 114:22
  255:24 260:22
expediency
  372:15
experience
  30:10,16 54:24
  61:2 95:23
  96:2 113:15,17
  145:18 148:11
  148:12,14
  150:16 151:22
  174:10,20
  202:14 205:16
  224:14 252:21
  268:14 280:8
  280:21 281:9
  285:19 298:7,8
  298:9 343:7
  357:1 390:18
  397:21,23
  398:1,15,18
  402:23
experienced
  65:18 146:13
  146:14 260:7
  260:24 261:5

experiences
  30:13 174:22
  236:11
experiencing
  149:12
expert 6:18 7:7
  14:19 16:7
  17:11 22:5
  25:19,21 27:14
  28:3 36:10
  39:24 47:13
  180:11 182:9
  196:22 295:9
  295:16,17,23
  299:15 316:10
  352:15 355:8
  375:5 383:13
expert's 358:14
expertise 30:22
  31:2 58:6
  296:19 297:9
  360:2
experts 12:17
  240:24 257:8
  295:1 359:19
  389:17 408:22
experts' 13:14
expires 413:18
explain 161:18
  362:4 390:15
explained 400:4
explanation
  151:10 192:22
  343:17
exposure 184:22
express 30:2
expression
  172:12
extensive 276:17
  285:16,18
  366:18
extent 10:17
  28:2 42:3
  296:14 297:11
extrapolate
  256:17
eyes 231:8

F

F 2:3,4 5:14
  199:24 200:16
  200:18
F/K/A 4:4,15
  5:4
FAC 76:9 106:9
  193:12,16
  194:6 195:15
  198:14 250:12
  304:22 305:5
  322:12 372:11
  373:14
fact 54:17 78:17
  81:16 93:4
  152:13 158:20
  188:24 218:3
  228:16 234:18
  268:12 271:11
  274:20 297:3
  331:23 337:13
  361:5,6 368:10
  403:13
factor 222:16
  223:3 226:22
  227:2,15
  228:18 323:22
  326:16 329:10
  384:16,18
  385:2,6,9
factored 384:4
factors 59:22
  195:9 207:7
  233:22 236:9
  237:1 249:12
  250:3 267:23
  279:6 329:24
  333:12 358:8
  384:24 386:7
  404:21,24
  405:3
facts 30:7
faculty's 175:4
fail 411:15
failing 231:8
fair 22:2 30:23

Sreekanth C. Reddy, M.D.

31:3,14 39:7
52:4 59:3
67:19 110:1
113:22 114:8
159:9 168:14
182:17 188:14
188:16 191:13
235:1,2 275:23
288:10,21
319:15 369:16
390:2
**fallen** 182:4
**falls** 141:23
268:17
**familiar** 44:14
45:22 52:4
57:10,12 58:9
67:14 72:1
78:11 92:24
98:13 117:5
118:21 130:20
131:17 160:11
190:13 219:24
263:14 264:2
278:15,18
291:20 292:2
324:12 355:18
362:7,23 363:2
397:17 398:22
**familiarize**
27:16
**far** 71:10 136:17
165:5 195:10
224:19 236:8
323:3 351:1
**fast** 353:23
**fatigue** 207:6
**fault** 161:11
**faulty** 314:10
**favoring** 120:14
**favors** 147:3
**fax** 1:23
**FDA** 295:8
298:21 299:14
**FDA's** 399:17
**FDA-approved**
298:15,19

**febrile** 122:4,13
125:11,17,21
141:16,22
142:4 239:13
239:16 240:12
325:5 326:9
327:2 404:14
**February** 231:9
**federal** 27:11,15
27:17 294:20
295:13 296:16
299:6
**feel** 112:23
221:15 241:18
258:7 262:21
270:10 316:10
360:24 375:9
375:10 405:24
**feeling** 232:21
349:21
**Feigal** 25:21
299:18 314:2
315:20 319:3
322:17 329:1
373:7,8
**Feigal's** 155:22
277:3 286:19
287:9 301:7,15
302:6 308:9,17
308:22,23
317:13 318:20
323:13 328:19
372:13,16
397:2,8
**fell** 60:17
**fellow** 177:24
**fellowship** 78:15
**fever** 225:5
327:4
**fewer** 196:15
**field** 30:16 69:7
361:9 375:6
383:13 389:18
**fields** 58:7
**fifth** 120:20
197:9
**figure** 293:24

**file** 91:6
**filgrastim**
222:10,12,13
222:14,23
223:2,6,14
224:4,7,10,11
224:24 225:16
225:17 226:23
233:19 234:12
**final** 358:9
359:20
**financially**
410:13
**find** 50:12 75:6
111:18 154:23
162:14 189:20
220:2 235:4
236:6 237:17
255:8,10
276:23 289:22
304:24 313:5
318:13 377:18
388:15 389:20
396:18 406:10
**finding** 121:12
289:22 383:14
**findings** 314:7
314:16 321:14
321:16
**finds** 122:24
**fine** 12:8 13:2,16
18:18 19:23
293:15 319:17
330:2
**finish** 18:22
71:21 140:7
341:5 388:6
**finished** 80:5,9
341:3
**finishing** 107:6
**firm** 17:16
**firmly** 345:15
**first** 12:15 21:20
22:4 27:10
44:10 49:12
54:19 73:4
83:12 117:2

131:8,14,18
141:19 146:7
154:16 172:21
177:14 180:6
180:19,20
181:17 184:11
205:19,24
206:9,12
260:17 264:7
264:23 267:7
268:4,4,16
270:6 285:8
306:10 308:3
353:22 361:18
362:5 368:17
369:21 393:10
393:12 405:19
**First-Line** 7:22
307:17,22
**FISH** 171:17
**fit** 252:13,16,17
253:17
**five** 35:11
206:15 213:21
216:3 217:6
284:15 328:22
**five-year** 373:9
**fixing** 230:18
**flip** 142:17
164:1 190:20
218:16 219:11
222:4 233:16
385:14
**flipped** 206:6
**flipping** 315:12
**flowcharts**
251:18
**Flower** 5:16
**fluorouracil**
194:12 195:19
195:21 199:2
**focus** 18:19
125:3 191:10
321:14
**focused** 182:16
**focusing** 150:12
175:24 194:11
195:18

**follicles** 70:1
**follicular** 70:24
**follow** 23:21
67:21 101:16
112:4 135:15
135:15,18,21
159:19 184:3
236:16 237:4
261:14,20
371:21 375:9
392:23 408:17
**follow-up** 6:23
**followed** 77:16
79:10 82:10
90:8 123:12
132:1 136:5,5
137:20 195:9
199:12 200:8
221:1,2 223:4
223:13,17
224:6 233:13
233:18 239:2
339:17
**following** 8:5
82:4 187:8
277:22 280:24
320:16
**follows** 10:6
221:15
**followup** 90:2
290:10 303:17
303:23 304:13
304:16,19
305:16 360:23
373:9 405:14
**Food** 292:12,13
**footnote** 40:17
41:4 42:3
157:8 162:11
164:10 303:11
304:10 306:4
306:10 372:8
385:13
**footnotes** 281:14
**forego** 96:3
**foregoing** 410:8
413:4

forget 251:8
form 20:21 23:4
26:1,9 28:1
29:7 31:15
36:4 38:8 39:3
39:13 40:6,14
44:21 47:5
52:8 53:10,24
56:17 59:19
60:19 61:14
63:2,16 65:5
68:13 69:4
70:10 72:13
77:1 78:4 80:3
80:16 81:14
83:24 90:21
91:2,11 92:5,5
93:24 94:24
95:7,21 96:20
97:4,13 101:10
101:22 102:18
103:20 105:2
105:12,21
108:6,19 109:4
110:5,18
111:11 113:23
114:11 116:8
118:3 120:9,15
122:19 123:1
125:9,20
130:22 133:24
135:24 136:15
137:7,24 145:8
146:15 148:6
148:23 150:4
151:23 153:21
154:4,12
158:22 160:6
160:18 164:21
165:18 166:9
168:15 169:20
177:6 181:13
182:21 185:21
186:7,19
187:10 189:17
190:3,10 191:1
191:15 194:13

196:19 199:4
200:1 203:20
204:1 212:12
214:16 224:15
227:18 234:16
235:19 236:5
237:15 240:7
242:6 244:8
245:16 246:23
247:10 248:7
250:15 252:23
253:14,23
254:20 256:9
257:12 260:12
270:17 271:14
273:3 274:6,22
275:13,24
276:15 278:24
279:24 281:4
281:17 282:6
283:22 285:13
288:1,22 290:1
291:1 292:1,15
293:4 295:22
296:23 297:18
298:4,22 299:8
300:4 302:9
309:6 315:5
316:19 319:4
323:9 329:4,19
332:20 335:8
338:2,7 339:15
346:19 347:3
347:12 348:1
348:19 349:10
350:10,19
351:17 352:4
353:2,10
354:22 356:15
356:17 357:18
358:4,23 359:4
360:16 362:15
363:9 364:1
365:3 366:17
367:12 368:4
370:11,19
371:6,19 374:1

374:1,18 375:3
381:20 382:2
385:23 387:9
387:22 389:10
389:24 391:19
393:6 394:8
395:2,16,22
396:1 399:22
401:24 404:19
406:2 413:6
formal 20:19
274:7 285:15
formed 30:9,15
forming 30:7
36:20 60:24
140:20 358:9
forms 186:11
267:11,22
364:21 368:21
formulate 172:6
174:6 202:9
formulating
202:10
Forsyth 32:19
93:23
forth 410:9
forward 13:15
216:15
forwarded 27:1
found 226:24
four 14:13 19:2
25:17 34:9
47:23 123:23
124:2 206:15
206:15 208:2
216:3 220:9
224:21 309:22
309:24 310:4
310:10 338:18
353:22
four-week
107:10
frame 67:4
framework
138:23 173:18
221:21 234:24
236:21 253:1

364:3
frameworks
245:21
fraught 195:10
291:18,19
Freites-Marti...
277:17
frequency 61:22
123:19,21
280:15
frequently
50:21,22 52:5
friend 261:23
front 14:5 19:24
27:4 57:19
128:4 138:9
139:7 163:11
163:15 230:4
230:22 234:19
251:1 252:10
306:14 307:7
311:3 312:10
320:10 326:3
331:9 344:14
379:23 401:5
409:6
FTP 11:5
full 44:10,11
49:12 87:1,6
88:14 109:16
112:2 152:11
152:13 154:21
192:13 242:1
408:19
full-length
212:10
fully 247:5
260:8
funding 58:10
further 76:7
208:15 214:1
221:19 283:16
292:4 340:1,3
392:21 405:17
408:8 409:2
410:7,11
future 254:21

350:3 372:1

## G

G 3:18 9:1
G-CSF 226:22
327:2,5
G-E-L-M-O-N
331:2
GAINSBURGH
2:11
Gastrointestin...
33:1
gather 173:12
gathered 176:4
gathering
171:23 172:16
gcoan@hinsh...
4:22
gears 143:23
GEICAM
314:22
Gelmon 8:10
330:17,22,24
331:1,9,13,21
332:18,21
334:14,16,17
general 32:5
66:1 68:3 69:6
182:6 228:5
250:19 258:6
389:13
generally 45:23
46:6 51:17
54:22 70:8
146:3 163:19
169:17 190:7
232:17,24
243:16 261:24
268:17 289:17
292:4
generated 20:14
22:2 29:23
292:24
generating
389:24
generation
101:8,11

102:12,14
103:9,10
104:10,21
108:2,5 109:2
109:3 116:5
165:7 245:15
246:20 247:4
391:12,13,16
391:17,24,24
392:6,7
**generic** 366:6
**Genitourinary**
32:22
**gentleman's**
235:8
**GEOFFREY**
4:17
**Georgia** 1:15
2:6 3:22 16:15
17:1 49:7
79:20 81:20,24
90:10,14 93:5
93:7,11,23
344:2,3
**getting** 15:1
74:18 82:15
171:16 212:17
242:7 262:12
293:16 315:19
328:2 330:1
331:11 375:19
**give** 19:20 52:9
82:24 85:1
109:15 113:9
115:8,17
116:15 130:5
134:3 137:1,5
137:6 152:11
152:12 167:22
167:24 175:21
179:18 181:19
186:12 191:7
200:11 206:12
216:24 224:7
242:14 245:18
253:10 254:13
256:11,18

258:6 263:14
265:22 291:16
320:22 339:19
347:9 370:23
377:13
**given** 14:12,16
16:2 79:9
138:1 198:19
198:20 214:13
224:11 243:8
244:5 254:5
413:5
**gives** 279:5
401:14
**giving** 27:22
30:3 47:13
129:21 194:6
209:24 234:18
260:17 272:22
293:2 358:20
**gleaned** 276:1
**global** 364:22
**go** 11:21 14:5
15:7 17:21
18:18 19:11
21:13 27:6
28:12 43:1
71:8,10,12
72:8 75:23
85:10 86:11
88:3 89:1
112:5 113:13
121:15 128:11
128:23 132:3,9
132:21 134:21
141:13,14
151:24 153:10
155:1,15 156:9
157:9,13,14,22
158:19 159:10
161:2 170:4
174:16,20
179:14,15
184:9 190:20
192:8 197:15
202:22 203:12
212:15 215:19

217:7 221:6
224:9 225:18
230:9,23 231:5
234:17 235:9
237:2,13 245:7
245:24 252:20
257:19,20
261:15,21
262:5,17 264:5
266:1 267:19
280:8,17
283:15 284:16
284:16 287:12
289:6 295:6
302:2 303:2
306:4,17
308:22 309:13
317:6 327:21
327:22 332:1
339:2 341:12
342:9 343:23
351:11 354:10
355:12 361:22
376:17 379:20
380:2,15 395:8
403:10 408:23
409:3
**goes** 28:2 41:19
50:16 87:23
108:13 110:22
129:6 222:5
236:2 370:3
**going** 11:14 12:4
14:1 17:21
18:1 19:11,13
19:14 23:19
25:11 27:5,6
28:4 34:10,12
48:18 53:18
56:21 62:5,14
62:22 63:11
72:3 73:2,18
75:13,14 82:16
82:18 84:4,16
91:1,14,19
92:12,13 96:19
101:2 105:19

107:22 112:20
114:1,19 115:9
122:6 125:23
127:23 132:9
142:3,24
143:22 144:11
144:12 145:4
145:13,14
146:5 147:15
147:16 148:1,4
148:22 152:11
152:12 154:15
154:22,24
155:5,13 159:8
162:20,21
163:23 164:9
178:20 179:6
191:14 192:9
192:20 195:24
196:2 199:7
200:5 202:6
211:14 212:5
216:14,15,20
216:22 225:18
225:20 226:8
229:19 230:14
230:19 231:4
237:3 238:1
242:10 247:14
255:6,20
262:11 263:3
263:11 277:2
284:12 285:2
294:1,3 300:6
302:3,15
305:18 306:18
307:5,13
310:16,17,18
313:5 319:11
323:1 325:17
327:20 330:20
333:19 334:9
337:1,2,5,7,23
337:24 340:4
341:7 342:12
353:15 370:23
372:16 384:9

388:15 390:7,8
392:23 396:9
396:10 398:8
400:11 403:10
403:21 408:17
**Golkow** 1:22 9:6
**GOMEZ** 2:20
**good** 12:22 14:1
14:9,10 20:10
20:24 26:13
32:1 139:23
140:3 193:22
194:10 195:17
199:22 247:14
263:2 266:22
293:23 335:13
335:16 370:6
377:1 387:14
390:3
**Google** 237:16
**gotten** 124:1
188:2,4 349:14
**grab** 73:24
**grade** 124:15
125:1,5 126:6
126:11,12,13
141:6,20,21,21
141:23 142:6,6
142:7,9,10
143:2,3,4,9,10
143:11 144:18
149:8,12,16
246:15 260:23
261:1 327:2
335:20,24
336:3,8 380:4
400:16 401:8
403:2,3
**grades** 121:23
122:8 261:6
**Grand** 3:5
**grants** 31:13
**granulocyte**
226:21
**gray** 187:20,22
**great** 144:2
277:15 294:14

349:13 350:12
**greater** 107:17
   136:13 145:16
   153:8,15 162:3
   183:22,24
   327:3
**greatest** 110:9
   371:23
**green** 15:3
**Greenberg** 1:14
   3:12,20
**ground** 17:22
   375:11
**group** 32:10,14
   32:22 33:2,5,7
   34:1 76:8,9
   121:6,8,19,24
   122:8 126:4
   190:21 191:7,8
   191:12,12
   234:1 305:2,5
   305:5 311:23
   311:23,24
   312:2,20,21,21
   312:22,24,24
   313:3,4,9
**groups** 33:19,20
   121:9 122:3,12
   122:15,17
   167:18 190:19
   200:16 236:7
   311:21 402:6
**grow** 384:1
**growing** 242:18
   382:24
**growth** 222:16
   223:2 226:20
   227:2,14,15
   228:9 233:22
   326:16 329:10
   329:24 384:16
   384:18,23
   385:2,6,9
   386:7 404:21
   404:24 405:3
**grueling** 345:3
**guarantee** 148:4

148:21
**guaranteed**
   254:24
**guarantees**
   148:7 149:1
   255:3
**guess** 10:24
   15:17 41:18
   53:17 84:22
   173:8 251:6
   341:19 350:24
   367:1 369:5
   378:17
**guesstimate**
   398:8
**guidance** 175:19
**guide** 292:4
**guideline** 49:13
   59:8 130:20
   174:7 203:8
   219:16 231:6
**guidelines** 7:12
   7:15,17,19
   48:19 49:22
   50:2,5,13,20
   50:24 51:8
   52:16 53:15,21
   54:14 58:16,22
   58:24 59:11
   60:7 61:7,15
   61:22 62:8,15
   62:23 63:20
   98:10,14 99:23
   113:12 130:24
   135:16 138:7
   138:22 139:9
   160:17 168:11
   169:9 173:18
   174:7,9,18,19
   175:19 176:7
   177:3,8,14
   202:12 203:17
   204:9 205:13
   205:24 206:21
   207:9 208:10
   208:24 214:8
   217:18 218:4

219:23 221:19
   221:20 223:22
   223:24 224:20
   225:9,12 230:2
   230:11 234:10
   234:20,24
   235:3,6 236:15
   236:16,17
   237:8,9,23
   238:7,11 240:6
   248:20 251:16
   252:7,20 257:4
   257:15 264:3
   295:14 363:15
   363:18,20,23
**guiding** 388:1
**guys** 263:17
**gym** 403:11

---

## H

**H** 1:6 6:11
**H-O-R** 207:23
   207:24
**H-O-R-T-O-V**
   207:20
**H-O-R-T-O-V...**
   207:19
**hair** 67:18,19
   68:20 95:4,20
   95:20 96:5,7
   134:17 186:22
   186:24 187:8
   187:20,22
   188:20 189:2
   266:24 267:3,6
   267:11,12,12
   267:13,24
   268:7,10,12,17
   268:20,23
   269:14,21
   270:1,7,11,20
   270:22 271:13
   272:15 273:15
   275:6 276:3,5
   276:18,24
   280:3,11,12
   281:21 282:1

282:22,24
   283:5,24
   285:22,24
   286:11 289:5,9
   289:11 290:13
   294:17 296:9
   297:2,3,4
   298:2 301:11
   301:17,18
   302:1 310:5,8
   317:17 318:2,8
   318:15 321:15
   322:3,5,11,13
   322:14,18
   324:4 337:14
   337:22 352:24
   354:20 355:11
   358:7 359:14
   359:22 364:12
   364:18,20,21
   364:23,24
   368:2,11,19,21
   368:24 370:17
   371:3,11 377:9
   382:7,15,24
   383:6,10,13,15
   383:19,24
   388:9,18
   394:21 406:13
   408:1
**hairline** 268:22
**half** 25:1,2 34:9
   43:7,8 143:3
   149:17 201:1
   350:24
**halfway** 141:14
   185:6
**hand** 341:12
   372:14,16
**handed** 119:20
**handing** 155:23
**handy** 330:22
   377:13
**happen** 60:11
   61:21 152:22
   189:14,24
   273:20

**happened** 45:5
   61:10,11 190:8
   231:24 232:6
   288:3 326:1
   359:16 381:24
**happening**
   148:10 205:11
   271:2 391:9
   403:18
**happens** 138:16
   148:8 377:10
   381:17,21
**happy** 13:3 24:1
   179:18 294:3
**hard** 19:21
   74:17 83:5
   118:24 119:21
   120:21 155:4
   156:2 217:22
   217:23 360:17
**HARDY** 3:4
**hate** 217:5
   258:11
**hazard** 195:10
   291:18,19
**he'll** 341:4
**head** 45:10
   58:19 70:6
   117:17 130:10
   207:15 209:16
   209:23 211:7
   211:18 213:6
   213:14 214:19
**head-to-head**
   123:22 256:8
   256:13,22
   335:6
**heading** 364:11
**healing** 369:22
**HEALTHCA...**
   5:13
**hear** 12:6,7
   15:21 65:13
   128:4 204:6
   293:14,15
   345:7 371:7
   385:4

**heard** 9:21
58:18 106:19
124:20 219:6
259:6 318:24
355:17 374:7
399:6
**heartbeat**
353:12
**heavily** 173:20
**HEIS** 5:6
**held** 1:13 9:10
**Hello** 295:5
**help** 13:3 18:16
41:7 175:22
176:10 183:15
213:23 264:15
326:22 377:18
**helps** 279:2,11
279:14,15
**hematology**
30:21 35:8,9
**hemological**
229:12
**hemorrhagic**
134:22 161:20
**HER2-negative**
243:7 244:3
**HER2-neu**
172:23
**HER2-positive**
171:18
**hereinbefore**
410:9
**heterogeneity**
167:19
**Hey** 12:5
**high** 61:22 119:6
225:11 229:4
357:15
**high-dose**
209:18,24
**higher** 121:22
122:4,7,13
126:5 135:5,19
152:15 233:2
324:16,23
333:4 379:12

379:14
**highest** 149:7
**highlight** 309:12
**highlighted**
120:24 309:10
**highway** 262:15
**Hill** 151:17
153:11 277:4
279:1,20 280:4
280:18,23
281:8 284:8
285:8,16
287:19,20
299:19 301:7
301:10 302:8
302:18,21,22
303:3,4 308:10
314:3 317:15
317:20 318:12
323:14,23
328:19 355:16
355:19 356:11
356:18
**Hill-type** 278:16
**HILLARY** 3:3
**HINSHAW**
4:18
**histology** 172:12
**history** 51:10
55:2 172:9
351:3
**hit** 372:7
**hnicholas@sh...**
3:8
**hold** 43:17 53:5
64:2,4,7,14,22
79:23 99:8
131:10 166:5
342:3 379:6
**Holden** 3:19
11:13 12:3,5,9
12:14 13:3
156:4 163:9
**holdene@gtla...**
3:24
**hole** 398:13
**home** 23:12

112:5,13,15
114:19 261:15
261:21 262:5
262:18
**honest** 264:24
265:16 266:12
**hope** 18:2
160:12 170:7
372:8
**hopefully** 18:3
195:3
**Hor** 207:22,23
**hormonal**
199:13 200:9
270:24 271:6
271:11,16
272:4 348:22
**hormone** 102:16
394:19
**horrible** 361:6
**Hortovagyi**
207:16 209:2
235:8
**HOSPIRA** 4:3,3
4:4
**hospital** 17:15
32:10,15,17,19
34:9 45:14,18
47:23 49:1
65:4 76:20
77:12 78:18
81:3,4,6
**Hospital-Cher...**
32:15
**hospitalization**
324:15
**hospitals** 41:20
47:24 64:2,5,8
64:16,23 78:22
78:24 83:13,18
83:20 84:1
**hour** 73:3
127:12,15
201:1 255:7
**hours** 23:6 24:5
24:16,18,24
345:2 350:24

351:13 396:3
406:4,4,4,5
**hovering** 121:1
**HPV** 210:9
**Hull** 16:22
**hundreds** 152:3
**husband** 261:22
**hypotheses**
292:24 293:1
**hypothesis**
55:12,23
292:23
**hypothesis-ge...**
292:14,20,22

---
**I**
---
**ICU** 159:17
**idea** 115:8,17
**ideal** 241:16
242:13
**identification**
19:9 21:9,18
26:19 74:14
82:23 84:20
118:15 127:3
154:19 163:3
178:18 216:19
225:23 229:23
238:4 263:9
307:3 310:23
320:6 325:21
331:7 342:1
**identified** 329:1
410:5
**identifies** 59:4
308:24 309:4
**identify** 60:13
61:3 272:18
308:5,6 309:7
310:15 320:18
328:23
**identifying**
51:17 54:22
328:20
**if/when** 112:7
261:16
**II** 7:21 98:18,19

98:23,23,24
246:16 307:15
307:21
**III** 8:8 192:20
332:3
**IIIA** 99:9,19
246:16
**illness** 369:23
370:1
**illustrate** 246:9
**illustrated**
391:21
**imagine** 160:19
**imaging** 170:16
172:11
**immediate**
225:11
**immediately**
261:19
**immunohistoc...**
171:17
**immunotherapy**
151:1
**impacted** 53:21
**impacts** 135:7
**imperative**
411:11
**importance**
357:8 386:21
402:22
**important**
159:22 185:10
241:14 242:7
247:5,18
336:24 352:9
352:11 357:16
369:19 370:15
370:20 376:16
386:2 394:10
402:12
**importantly**
18:10
**impossible**
46:24 71:23
93:5
**improve** 162:16
**improvement**

Sreekanth C. Reddy, M.D.

164:14 166:14
336:20
**in-between**
53:13
**inappropriate**
92:1 108:4
244:14 286:9
302:8 359:7
**Inc.'s** 6:14
**incidence** 122:1
122:2,10,11
126:6 195:8
222:17 260:2
271:5 290:3
324:3,16,24
**include** 30:6
34:1 59:1
69:12 123:10
123:11 126:12
170:15 213:16
224:10 228:22
234:10 248:21
249:12 313:15
355:3 365:1,4
397:18 407:11
**included** 29:5,21
44:24 52:16
54:13 58:21
60:5 69:22
71:6 76:10
83:22 113:17
132:6 209:4
210:14,22
211:19 221:2
224:20,21
227:9 241:11
246:10 254:6
301:20 312:22
352:13,14
**includes** 26:22
49:21 98:10
157:21 165:8
231:19 283:14
308:24 368:21
398:18
**including** 99:17
115:1 186:4

204:22,24
227:2 236:9
276:11 277:24
333:13 405:22
**inclusion** 53:2
53:20 223:6
**inclusive** 360:6
**incomplete** 26:4
**incomprehens...**
284:17,20,22
**incorporate**
344:10
**incorporated**
9:11 53:8
58:16
**incorrect** 199:6
302:19
**increase** 306:1
**increased**
146:18 147:2,3
147:16,22
148:3,15 150:1
151:3,11,19,20
152:7 153:8
168:21 169:12
169:22 195:8
315:3 318:7
324:3 331:23
339:13 401:8
402:15
**increasingly**
178:2
**independent**
62:23 63:12
**INDEX** 6:1
**indicate** 306:8
307:12 308:4
308:14 309:2
311:9 313:16
320:19 323:5
**indicating** 63:19
**individual**
113:24 114:2
173:21 244:11
245:21 259:18
291:24 333:14
333:19 369:13

381:2
**Individualize**
111:3
**individualized**
114:6 241:13
**individuals**
67:17
**infection** 122:5
122:14
**infections** 225:5
**inference** 190:6
195:11 314:5,6
314:15 315:21
316:2 317:14
317:23 318:21
**inferences** 196:4
292:3 323:24
**influenced**
173:20 207:7
**inform** 203:6
258:18 266:7
399:19
**information**
20:10,11 22:19
29:20,22 30:15
38:22 42:20,22
50:10 52:16
53:1,7,12,20
54:9,12 59:2
79:13 86:13
87:13 88:6,7
88:11,16,17
89:10 93:21
97:6 113:11
116:6,9 171:23
172:5,9,16
173:13 175:6
176:3 178:9
196:3 197:3
200:6 203:11
203:14 204:6
204:14 205:5
211:9 242:2
253:9 256:19
280:19 293:7
301:19 343:4,5
343:12 357:5

361:8 367:5,6
367:7 368:1
369:24 391:5,6
407:20
**informed** 247:5
257:7 260:8
284:21
**infusion** 132:8
132:12,17
133:4 135:4
137:22 157:10
159:6 184:21
185:9
**infusions** 106:11
131:9,18
133:14,20
135:14
**ingredient** 37:20
**initial** 173:10
341:3
**initially** 82:14
177:23 290:10
**injection** 226:15
**injury** 285:11
324:24
**input** 103:6
191:11
**inputs** 23:2
245:22
**insert** 298:15
367:23 368:5
**inserts** 175:6
**INSOGNA** 3:11
**insognan@gtl...**
3:16
**inspire** 228:8
**instance** 61:9
**instances** 260:16
**institute** 49:2
57:14 58:2
85:16,19 311:7
**institutes** 241:1
**institution** 49:4
84:15
**institutions**
236:7 327:15
**instructed** 91:4

**instruction**
234:10
**INSTRUCTI...**
411:1
**instrumental**
346:7,17,20
**intend** 29:6
283:17,18
408:10
**intended** 245:2
**intending**
408:14
**intent** 164:22
262:21 283:1
**intents** 194:4
**interchangeable**
332:9
**interest** 110:9
183:23 371:23
375:18
**interested**
300:22 370:23
410:13
**interesting**
316:5 402:9
**interests** 31:12
110:2
**interim** 75:20
397:11
**intermittently**
63:20
**internal** 236:14
**international**
3:13 344:4
**internet** 127:6
**internship** 47:3
71:17,21 76:19
**interrupt** 312:8
312:14
**interrupting**
314:13
**interspersed**
18:2
**interval** 51:24
52:13 401:15
401:23
**intervals** 51:14

401:17
**interventions** 405:9
**intravenous** 156:24
**Introduction** 381:5
**intubated** 159:16
**invasive** 7:19 94:8 219:16,24
**investigate** 40:3 40:12 278:19 279:14,20 281:1 282:3 284:10 289:22 293:3 308:20
**investigated** 40:4
**investigating** 36:1,23 38:6 39:11 279:6
**investigation** 124:10 272:9 272:24 276:9 291:17
**investigator** 31:19 34:18,22 35:19,20 42:11 42:19 43:2,8 43:12,21,23 55:11,19,22 56:5 71:4 78:19,24 89:19 89:21,22 211:21
**investigators** 78:12 83:20
**invited** 300:19
**invoice** 6:17 21:2,14,20 24:6 351:13 395:11 408:11
**invoices** 11:4 351:9 353:7 406:18
**involved** 59:22

82:13 111:9 131:12 136:20 207:17 209:5,6 210:15 213:10 343:21 352:12
**involvement** 68:24 84:10,11 90:17 99:3,9 259:14,15
**involves** 36:14 322:22
**involving** 36:22 37:14 38:4 269:14 321:9 321:10
**irreversible** 8:5 186:6 320:15
**issue** 33:8 95:3 96:7 144:22,24 161:14 168:13 209:21 245:6 263:5 285:9 293:12 295:3 388:17
**issues** 65:7,17 66:5,6 240:9 240:12,13
**item** 141:15 142:19
**items** 11:15 141:20
**IV** 100:24 134:6 156:24

**J**

**J** 4:6
**Jaeger** 277:17
**Jean-Marc** 85:16
**JENNIFER** 5:6
**jheis@ulmer....** 5:11
**job** 247:14 387:12 388:1
**jobs** 211:15
**joined** 46:21
**jointly** 347:20

348:17
**joke** 396:11
**Jones** 8:8 325:7 325:10,14 326:1,2,6,12 328:10 332:2 335:11,15 384:6 399:6,20 400:7
**Joseph's** 17:14
**journal** 22:11,12 24:20 26:7 40:24 41:1 73:19 117:6 137:18 175:2 193:8 207:11 211:5,24 212:11 304:7 380:23 395:13 398:20,23
**journals** 69:19 202:17 212:14
**judge** 1:7,8 90:24 91:17 189:21 246:7 254:2 318:24
**judgment** 60:7 104:22 105:7 111:6 222:2
**July** 93:11 265:9 344:21 345:5
**jump** 129:9 354:15 359:23
**jumping** 160:23 170:3 250:1 372:5
**June** 6:17 21:24 24:9,12 45:12 46:21 76:2,2 76:16,17,18 77:8 80:10 81:20 155:19 156:5 408:12
**Jung** 277:17
**jury** 189:21 246:7 319:10 334:10

**K**

**Kang** 306:7 307:11 308:13
**Kansas** 3:6
**keep** 22:8,12,16 34:12 127:13 141:10 241:15 314:12 315:11 334:5 402:18
**keeping** 182:7 182:12 193:10
**kept** 241:6
**Ki67** 171:19
**Kim** 277:17 306:7 307:11 308:13
**Kimberly** 46:20
**kind** 33:13 51:3 69:18 174:11 175:23 208:4 221:14 257:16 257:22 262:18 266:9 267:13 271:7 315:18 322:7,16 331:22 332:7 337:3 374:12 375:10,11,15 377:19 390:1,4
**knew** 17:16 231:4
**knit-picky** 265:6
**know** 11:19 13:11 16:24 17:6,10 20:3 22:24 24:15 28:7,9 29:15 29:17 37:13 40:10 43:6 45:8 46:10 49:5 50:15,21 52:17 68:4 74:3,4,20 78:5 78:17 81:10,11 85:6 89:24 90:3,5,23 98:9

99:16 110:22 120:10 130:9 137:12,17 151:1 152:14 153:2,11,13 158:13 159:18 160:4 163:5 167:4 170:2 175:21,22 186:8 187:16 188:5 193:11 200:2,5 211:24 212:3 215:3 219:3,8,14 220:18 221:11 222:20 223:20 223:24 228:19 231:13 233:4,7 234:9 235:11 247:13 252:6 253:15 259:1 260:20 263:20 264:19 265:5,8 268:9 269:12 278:9 280:9 287:7 288:23 290:7,18 298:10,24 299:4 305:8,12 308:22 319:13 321:12 322:2 322:17 325:24 326:19 328:14 328:19 338:16 340:7 350:4,11 350:15,24 353:24 354:1 361:1,16 368:18 369:15 371:22 376:7 376:24 377:13 378:4,15 379:22 381:18 382:7 385:9 388:7 390:11 390:21 392:1 394:3,4 397:13

398:12 402:9
402:21 405:22
407:16
**knowing** 350:7
**known** 43:20
53:7 97:24
113:10 131:23
145:10 152:13
154:1
**knows** 196:4
354:7

_____
**L**
**label** 7:14
225:19 226:8
226:11,19
227:9 228:23
294:21,22
295:20,21
296:17 297:1
297:12,14,16
297:20 298:3
298:20 299:1,3
299:6 327:19
**labeled** 227:13
**labeling** 168:12
169:10 294:17
295:14 296:9
296:10 298:12
298:15
**labels** 295:24
297:24
**labor** 300:11
**LABORATO...**
4:15
**lack** 208:10
285:10 286:5
**lag** 51:13 52:15
52:21 53:6,12
53:20 54:2,9
58:14,15
**laid** 258:13
**Lancet** 330:18
331:14
**language** 98:22
266:17
**lapse** 80:2

**large** 31:12 99:2
163:5 236:13
242:16 243:22
250:17 251:1
290:7 333:24
**larger** 290:4,21
291:2
**lasted** 310:11
**latest** 176:8
**lawsuit** 40:2
382:12
**lawyer** 353:19
405:4
**LAWYER'S**
414:1
**lawyers** 22:9
**lead** 181:8
213:19 381:13
**leading** 375:20
395:20
**learn** 361:8
401:1
**learned** 153:3
205:11 400:23
400:24
**learning** 344:6
**learns** 202:16
**leave** 179:12
217:7 262:6,19
324:7
**lectures** 343:10
**led** 214:6 320:20
**left** 202:19 243:5
255:8 340:7
341:8 378:12
379:1
**left-hand** 83:12
220:14 309:14
**length** 106:2
107:9
**lesions** 66:1
70:18
**let's** 14:5 15:10
73:3 75:23
118:5,17
120:19 126:20
127:13 132:21

139:24 142:17
144:13 166:24
191:19 197:17
200:22 217:5,6
217:7 219:11
229:18 230:8
230:13 237:24
262:7 306:4,13
319:19 335:15
335:20 336:15
340:5,20
350:23 382:3
385:12
**letter** 237:5
400:3
**leukemia** 229:1
**leukemias** 229:8
**leukopenia**
327:3
**level** 103:18
176:22,23
219:9 220:21
292:8,10 296:4
319:1
**levels** 404:7
**LIABILITY** 1:6
**liaison** 139:16
**liar** 396:10
**license** 79:24
**licensure** 41:21
79:20 80:5
**life** 135:7 346:8
346:14,17,21
348:17 394:5,6
394:24 402:24
**life-threatening**
156:22
**lifesaving** 337:6
337:8 346:4
348:21 350:5
393:3,22
394:13
**likelihood** 62:21
102:6 148:10
**limited** 185:13
**Linda** 7:6
**LINDSAY** 2:19

**line** 11:22,22
88:14 129:9
132:4 141:15
142:19 217:22
346:4 412:3
414:2
**lines** 91:10
128:24 129:6
167:13 203:24
208:15 226:24
297:8 309:15
**link** 274:1 282:5
**list** 8:12 11:2,6
11:16 42:7,8
84:2 174:21
179:3 202:23
224:5 272:21
273:10 341:15
342:6,8,16
357:13 361:17
366:8 373:21
374:3
**listed** 41:12,24
42:18 85:15
222:24 233:19
244:3 277:11
361:19 407:7
**listen** 214:5
**listened** 343:10
**listing** 12:1
**lists** 218:17
**literally** 225:13
**literature** 25:20
36:19 39:9
49:15,16 52:22
55:1 57:1 59:4
95:16 113:11
136:9 182:20
183:7,20,21
186:16 187:5,7
187:11 203:18
252:21 273:10
274:11 277:24
280:2,21
281:10,10
283:14 285:18
286:4,24 287:4

288:17 289:4
301:13 355:7
356:23 360:11
374:4 406:4
**litigation** 1:6,22
9:6 22:23
35:23 269:13
382:11
**little** 13:23
25:12,15 59:13
86:20 141:14
148:1 161:2
167:18 170:3
214:1 220:5
233:2 261:9
271:22 289:16
293:17 304:3
307:20 341:9
354:4
**lives** 337:9,24
338:8,10,13
339:7,11,14
375:19,22
**living** 94:21
348:14
**LLC** 2:4,12 4:4
5:4
**LLP** 1:14 3:4,12
3:20 4:7,18 5:7
5:15
**load** 133:13,22
135:21 136:12
136:13 342:9
**loaded** 19:2
**local** 64:19
236:10
**locally** 99:11
**locate** 12:2
**located** 286:5
**location** 86:5
142:19 267:21
**locations** 77:16
219:7
**logbook** 22:10
**logic** 280:5
**long** 45:5 77:6
170:8 177:17

177:19 200:24
294:1 322:10
360:4 362:18
**long-acting**
385:2,6
**long-lasting**
148:17 309:21
**long-term** 152:8
152:18,22
264:20 267:12
277:22 278:6
303:17,23
**longer** 135:5
230:20 231:19
309:21
**look** 12:10 24:1
32:3 38:18
40:20 44:8
59:21 66:2
68:18 70:17,18
72:14,22 83:11
98:13 99:21,22
102:3 109:7
113:4 118:5,17
119:21 120:19
126:17,19,20
128:9 130:8,23
130:24,24
137:13 138:13
139:10,17
140:24 142:2
142:17 143:14
143:17 144:10
149:3 150:16
163:24 166:11
167:9 170:12
171:5 183:7
191:19 192:21
197:8 209:16
217:4 219:22
221:19 222:19
222:22 223:13
225:12 226:9
226:18 230:16
237:10,10,14
237:24 244:11
247:19 249:23

254:17 259:8
260:13,19
263:5,15
266:18 271:15
277:10 286:7
292:7 301:12
305:1,16
306:13 308:17
312:20 313:19
320:8 321:1
322:19 327:19
327:21 328:6
330:5,7 333:22
335:15,20
336:10,15,18
352:11 355:20
356:1 366:9
376:5,5,6,7,8
376:23 378:16
380:9 383:8
391:8,20 398:3
399:11 407:4
407:18,19
**looked** 37:8,11
37:14 69:1
72:17 97:21
119:12 123:8
136:2,3 140:22
180:5,7,8,10
202:20 232:2
252:1 257:22
271:8,9 297:24
302:13 304:3,5
305:13 310:6
314:19 325:13
357:14,15
359:15 372:19
374:12 397:7
406:9
**looking** 10:18
15:2 17:17
42:15 48:3
61:1 79:12
87:6 102:19
114:17 126:9
136:23 152:10
161:5,7,14

163:22 167:10
225:8 242:9
290:20 305:14
320:2 328:1
333:14 334:2
336:5,6 350:3
378:23 387:19
**looks** 87:18
**loop** 48:15 156:2
**Lori** 3:18 11:11
13:7 21:1
23:19 90:23
91:24 92:13
127:19 143:24
155:5 163:4
179:9 211:15
263:17 275:15
353:19 371:7
386:14 401:1
408:16 409:3
**Los** 5:17
**lose** 18:19 67:17
96:4 265:18
298:2
**loss** 67:20 68:20
95:4,20,20
96:7 134:18
186:22,24
187:8 188:20
189:2 266:24
267:4,6,11,12
267:12,13,24
268:7,10,20
269:14,21
270:1,7,20
271:13 272:15
273:16 275:6
276:3,5,18,24
280:3,11
281:21 282:1
282:22,24
283:5 284:1
285:22,24
286:11 289:5,9
289:11 290:14
294:17 296:9
297:2,3,4

301:11,17,18
302:1 310:8
317:17 318:3,8
318:15 321:15
322:3,5,11,13
322:14,18
324:4 337:15
337:22 352:24
354:20 355:11
358:7 359:14
359:22 364:12
364:18,20,22
364:23,24
368:2,11,19,21
368:24 370:17
371:3,11 377:9
382:7,15 383:7
383:10,14,15
383:19 388:9
388:18 394:21
406:13 408:1
**lost** 19:18 161:1
270:21
**lot** 20:13 31:16
32:5 176:9
200:6 229:5
236:9 280:15
280:20,21
322:1 336:23
351:19 361:7
375:14 396:3
401:1
**Louisiana** 1:2
2:15 4:10
47:15 91:6
**low** 303:17
329:21 386:6
**low-dose** 210:3
210:10
**lower** 157:4
210:13
**lstevens@gom...**
2:24
**Luke's** 45:13
83:23
**Luke's-Roose...**
77:10 362:19

**lunch** 142:17
179:19 200:23
214:13
**luncheon** 201:4
**lung** 31:21,23
32:1,4,10,13
35:5,6 56:7
**lymph** 99:3,9
119:5,6 250:18
259:14 349:18
**lymphadenop...**
242:21 251:4
251:13

**M**
**M** 4:17 251:19
251:20
**M.D** 1:13 6:3
10:4 410:5
413:10
**ma'am** 344:20
**machine** 245:24
**Mackey** 6:21
82:19 83:8,9
118:9 193:6
**Madigan** 314:9
316:12 319:2
**Madigan's**
314:17,21
315:6 316:4
**Mag** 1:8
**magenta** 377:19
377:20 400:21
**magic** 127:6
**maintain** 80:11
**major** 225:3
**majority** 110:7
234:5 371:22
**maker** 400:5
**making** 56:19
112:19 174:12
194:7 195:11
264:7,18 284:4
287:12 298:14
333:18 339:3
**male** 271:18
**malignancies**

227:3
Malignancy 33:2
Malignant 226:21
malpractice 16:10,13 105:1
105:11 253:20
254:1
mammograms 170:16
manage 325:4
326:8
manager 46:2
46:11,19
managing 33:11
manner 44:15
168:1 266:12
362:8 363:3
manpower 33:8
manufacture 96:16
manufactured 36:15 37:17,24
260:9
manufacturers 39:20
manufactures 39:23
March 22:7 24:8
25:5 180:12
181:19 357:3
margin 19:1
mark 73:18 74:6
84:17 154:24
162:21 225:19
341:14 372:16
marked 19:8
21:8,11,17
26:18 74:13
82:22 84:19
118:14 127:2
154:18 163:2
178:17 216:18
225:22 229:22
230:15 238:3
263:8 307:2

310:22 320:5
325:20 331:6
336:20 341:16
341:24 342:17
344:16 366:8
402:15
marketing 332:13 399:17
Martignetti 5:21 9:5
Martin 6:19
73:18 74:1
75:18 86:4
93:17 193:7
303:13,20
304:2,23 305:2
305:11 397:10
Masidonski 277:16
mass 242:17
Massachusetts 3:14 4:20
massive 176:3
matched 190:21
matches 374:24
material 182:18
materials 11:5
26:23 27:1
46:14 311:22
342:20,22
405:20 406:7
406:19 407:1
407:12
matter 9:10
78:17 240:24
257:8 266:8
365:22
matters 242:8
370:7
Maureen 1:17
9:24 18:15
74:6 92:15
118:8 247:15
273:5 340:21
396:5 410:2,17
McCALL 4:7
McCanless 62:7

104:22 105:1,6
105:9 238:15
253:10 347:20
348:10,16
351:19 352:14
375:12 383:4
383:11 387:4
387:10,18,24
McCanless'
104:15 367:15
383:21
MD 6:13,16
9:13 205:16
207:2
MDL 1:5 4:16
318:24
mean 47:6 57:17
57:23 68:18
78:9 79:5
103:23 111:12
115:12,13
126:10 176:17
181:24 187:21
189:15 218:8
234:6 240:17
240:20 252:24
253:24 262:5,7
265:8 268:7
273:17 274:20
281:13 293:23
300:6 317:19
318:11 321:22
323:19 343:16
359:10 394:15
394:16 401:17
402:11 403:3
403:13 406:9
meaning 57:20
169:14 195:12
234:11 246:4
356:4,6
means 79:17
142:10 153:14
220:19 267:24
278:22 364:21
364:23 401:19
meant 28:14,22

143:15 363:21
363:22
measures 366:13
mechanism 332:8,24
334:11
medical 16:10
16:12 30:21
39:9 49:15,16
50:9 55:1,2
56:24 57:24
59:4,5 60:7,13
64:4 146:12
172:9 175:1
177:9 182:20
186:16 202:17
222:2 277:24
299:10,13
301:13 334:6
343:19 348:8
349:19 351:6
351:14,18
356:23 357:11
359:16 382:8
382:13,14,17
382:22 387:5
407:5
medication 79:9
129:22 270:15
273:15 394:23
403:9
medications 96:23 138:17
150:13,17
175:7 191:9
269:19 270:2
272:16,19
273:13,14
277:12
medicine 38:15
40:24 73:19
117:7 160:5
193:8 360:5
medicines 394:22
meds 178:11

meet 51:15,24
52:10 296:20
meeting 214:15
meetings 25:19
175:1 202:17
203:3,5,13
204:7,13 205:3
205:7 214:11
219:6
meets 50:19
51:21,22 52:7
53:14
member 32:22
33:4 48:22
49:3 399:2,3
members 63:14
218:18 251:7
memory 343:7
men 271:16,18
mention 158:4,6
mentioned 24:20 58:14
136:22 168:20
174:17 209:3
212:19 237:20
237:22 239:9
328:21 356:21
356:22
mentioning 329:17
merely 275:4
283:3
met 148:5
296:22
meta-analyses 291:21 292:5
292:10 314:21
402:8
meta-analysis 7:8 162:8,22
163:17,18
165:13,24
166:6,17
291:16 292:3
293:6 315:1
316:16,22
379:18,19

metastasize
  171:1
metastatic 7:22
  8:9 100:23
  307:17,23
  332:5 337:11
meter 185:8
methodology
  67:22 151:18
  153:7 272:8,11
  272:24 279:19
  280:24 284:9
  286:15 315:7
  318:19 355:13
  356:21 405:21
methods 119:5
  119:10,11
  311:22 326:23
metric 140:4
MEUNIER 2:11
Miami 85:23
Miceli 2:3,4 6:4
  6:6,8 10:8,13
  11:11 12:7,13
  12:19 13:4,7
  14:4,8,22 15:9
  15:16 19:10,17
  19:22 20:1,23
  21:1,6,10,19
  23:7,19 24:3
  26:2,12,20
  28:6 29:13
  31:22 36:6
  38:13 39:6,17
  40:8,16 45:7
  47:9 52:11
  53:16 54:4
  56:20 60:3,22
  61:18 63:9,23
  65:8,14,21
  68:14 69:8
  70:14 72:7,16
  73:13 74:3,11
  74:18,24 75:4
  77:17 78:8
  80:7,19 81:18
  83:2,6 84:3,16

84:21 86:23
87:5,11,20
88:4 90:23
91:23 92:11
93:2,13 94:3
95:2,10 96:1
97:1,7,17
101:14 102:1
102:21 103:22
105:4,14 106:7
108:11,22
109:6 110:14
111:1,15,23
114:4,15
116:11 118:4,8
118:16 119:2
120:2,12,18
122:22 123:4
125:10 127:4,8
127:13,17,22
131:2 136:7
137:3,8 138:4
140:6,12
143:20 144:9
145:11 146:20
148:19 149:2
151:6 152:19
153:23 154:8
154:14,20
155:9,13,17
156:1,7,8,13
156:14 159:1
160:9,21 161:7
161:12 163:4
163:10 165:2
165:21 166:18
168:18 170:1,7
170:10 178:14
178:19 179:2,8
179:11 180:2
181:15 183:3
186:1,14 187:4
188:6 189:19
190:4,12 191:3
191:18 192:14
192:16 194:17
196:23 199:17

200:14,20
202:5 203:22
204:3,17
214:20 216:22
217:3,15 220:8
220:12 224:18
226:3,4 227:21
229:19,24
230:3 234:21
235:20 236:18
237:18 238:5
240:10 243:14
244:17 246:2
247:1,12 248:1
248:10 249:20
249:22 253:6
253:18 254:22
255:5,18
256:20 258:4
261:2 263:10
263:16 268:1
271:3,20
274:14 275:1
275:14 276:7
276:19 279:4
280:6 281:5,22
282:8 284:2,18
286:1 288:5
289:15 290:15
291:5 292:17
293:9,13,18
294:2,11 297:5
297:22 298:23
299:11 300:5
300:20 301:1
302:12 306:21
307:4 308:1
309:11 311:1
312:11,16,19
315:9 317:2
319:7,17,18
320:7 323:11
325:22 327:23
328:2,5 329:5
329:22 331:1,8
333:6 335:14
337:20 338:4

338:11,16,22
339:1,21,24
340:19 341:2
341:21 342:3,5
342:11 344:16
345:3,8,18,21
345:24 346:18
347:2,8,11,24
348:18 349:4,9
350:9,13,18
351:1,8,16
352:3 353:1,9
354:1,8,21
355:14 356:14
357:22 358:3
358:22 359:3
360:1,15
361:12,23
362:14 363:8
363:24 364:10
364:15 365:2,8
366:16,24
367:11 368:3
369:1 370:10
370:18 371:5
371:18 372:9
373:15,24
374:17 375:2
376:21,24
377:17,22
378:1,8,22
379:6,10
380:17 381:4
381:20 382:1
384:10 385:16
385:22 386:13
386:19 387:8
387:21 388:7
388:13,22
389:9 390:12
391:14,18
392:13,18,22
393:9 394:14
395:7,17,23
396:7 398:12
398:14 400:1
400:24 401:2

402:2 404:22
405:11 406:1
406:17 408:6,9
408:16,24
Miceli's 380:10
Micheli's 379:16
microphone
  293:19
middle 324:11
Miguel 86:4
  93:17 303:13
  303:20 304:23
  305:1,10
Milazzo 1:7
mild 229:3
miles 17:2,4
milligrams
  129:10,15
  130:5,18,21
  132:7,13,18
  133:3,6,8,9,15
  133:22 134:6,7
  134:9 159:4
  185:8 197:21
mind 105:16
  114:1 141:11
  155:16 182:3
  193:10 293:22
mine 163:15,24
  230:14 249:18
  377:16
minimal 120:11
  120:13
minimize
  188:24
Minor 267:11
minute 216:24
  217:2,6 355:13
  357:23
minutes 73:3
  127:12 143:21
  201:1 255:7
  288:12 294:3
  320:22 332:3
  341:4 388:5
mirrors 322:7
mischaracteri...

Sreekanth C. Reddy, M.D.

90:22
mislabeled 74:5
missed 104:7
missing 87:24
Missouri 3:6
misspoke
 144:11 167:5
mistaken 218:12
Mm-hmm 76:6
 88:24 121:3
 128:18 344:22
modalities 58:15
 102:5 214:8
modality 209:23
model 103:4
 105:18 116:13
 116:14 165:6
 245:17 246:10
 391:21
modeling
 101:20 102:12
 103:16,17
 104:11,19
 108:24 245:12
 245:12 389:6
models 245:22
Modification
 128:16,20
modulator
 394:19
moles 70:18
moleskin 22:12
MOLLIE 5:14
mollie.benedic...
 5:19
mom 352:13
moment 82:17
 144:14 189:4
 199:20
momentarily
 226:6
month 106:18
months 251:11
 304:13,15
 403:10
morbidities 63:6
morbidity 392:4

morning 14:9,10
 165:6 188:17
 189:11 253:8
mortar 300:2,8
motor 151:5
Mountain 311:6
move 13:15
 73:19 82:18
 216:14 229:18
 230:13 263:11
 266:23 307:5
 319:19 323:1
 324:5 330:20
 337:20 369:6
 377:11
moved 26:15
 93:7,11 231:22
 239:11 240:22
moving 85:2
 90:14 258:18
MRI 170:16,17
 170:20,24
MS-32 248:13
multiple 34:19
 37:9 44:12
 77:16,20 150:7
 174:12 185:22
 186:3,11 207:7
 271:1 280:13
 280:14 316:23
 342:24 358:5
 362:6 394:21
myelodysplasia
 227:3,22 228:4
 228:9,12,15,19
myeloid 227:3
 227:20,24

_____

N

n 9:1 373:10,13
Nabholtz 7:20
 85:16 306:7,11
 306:13,14
 307:7,10,10,14
 308:5,6,13,24
 308:24 309:2
 313:14 323:6

329:2
name 9:4 15:19
 37:17 46:20
 159:8 235:8
 400:5
named 155:22
names 81:1
 186:12 207:14
 218:21,22
nation's 257:9
National 57:13
 58:2
nationally 344:4
natural 113:4
 200:21
nature 9:18
 171:24
nausea 134:22
 161:20 207:5
 260:22
NCC 174:6
NCCN 7:12,15
 7:17,19 48:19
 48:23 49:4,13
 49:22 50:2,4
 50:13,15,23
 51:8,21 52:6
 52:16,24 53:8
 53:15,21 54:13
 54:20 56:15,23
 57:6 58:16,21
 59:7,11 60:6
 60:18 61:7,15
 62:5,7,15,22
 63:14,20 98:9
 99:16 113:12
 130:6,16,20,24
 135:16 137:13
 138:6,22 139:9
 157:7,21
 158:20 160:15
 160:17 168:10
 169:9 173:17
 174:7 175:3,18
 176:7 177:3,7
 177:13 202:12
 203:8,17 204:9

205:12,23
 207:9 208:24
 210:5 214:5,6
 217:17 218:4
 218:19 219:16
 219:23 223:21
 223:23 224:19
 225:9 230:1,11
 231:6 234:9
 235:6,15 236:3
 236:15,17
 237:8,14,22
 238:7,10 240:6
 240:24 251:16
 252:6,20 257:4
 258:18 264:2
 292:9 333:9,12
 363:15,18
NCCN's 51:13
 235:18
NCI 57:13,20
 58:4 99:16,23
 141:6 142:11
 173:17 257:9
NCRA 410:17
NE 1:15 3:21
nearly 25:6
necessarily
 256:12 384:1
necessary
 196:13 296:5
 297:15 411:4
neck 209:17,23
 211:18 213:6
 213:14 214:19
need 18:12
 21:13 40:20
 71:10 73:17
 74:8 130:23
 150:11,16
 156:18 160:1
 161:1,2 163:24
 196:14 230:8
 230:16 235:9
 255:7 290:22
 291:3,8 300:2
 300:7,13,17

301:2 306:22
 307:19 308:8
 308:16 315:14
 317:4 342:2
 345:22,24
 349:4,12 367:4
 377:16 389:15
 395:5
needed 124:13
 242:24
needs 266:4
negative 171:19
neighborhood
 94:20
neither 305:21
 305:23 410:11
 410:12
neoadjuvant
 172:22 337:18
network 48:23
 49:4 85:23
Neulasta 7:14
 225:15 226:3
 226:14 325:3,4
 326:8,13,18,20
 327:19 328:4,7
 328:10,15
 330:1,2 385:11
Neupogen
 228:17
neuropathic
 153:5
neuropathy
 107:21 124:21
 124:22 125:1,5
 126:6,11,13
 143:2,7 145:12
 145:17,23
 146:4,14,18
 147:17,22
 148:16 151:5
 151:11,20
 152:8,16,21,24
 153:16,17
 154:7 160:3
 161:19 239:22
 240:4,13,14,15

Sreekanth C. Reddy, M.D.

240:16 243:23
259:5 260:24
261:5 378:13
379:2,5,13,15
380:4 390:12
390:22 391:1
400:16 401:9
402:16 404:9
**Neuropathy-s...**
142:20
**neurosensory**
142:18 149:7
149:12,13
150:1 335:23
336:2,3
**neurotoxicity**
150:9 151:4
**neutropenia**
122:2,5,10,14
124:19 125:12
125:17,21
141:16,22
142:4 144:18
144:19 207:4
222:18 224:17
232:14,14
239:13,17
240:12 324:14
324:15 325:1,5
326:9 327:3
329:21 386:6
404:14
**neutropenias**
124:16
**neutropenic**
225:5 233:2
**neutrophil**
384:21
**never** 80:10
85:18,24 86:8
117:23 216:8
292:5 334:16
335:6 382:23
383:4
**new** 2:15 4:10
11:15,19 40:24
41:12 58:15

59:5 71:16
73:18 79:23
81:22 94:8,13
117:6 175:12
193:7 211:15
304:7 361:8
369:13
**NICHOLAS** 3:3
3:11
**night** 11:1 27:2
407:10
**nine** 128:24
355:19 396:2
**noble** 97:9
**nodal** 246:17,19
257:18
**node** 99:3,9
250:18 259:14
259:15
**node-negative**
119:7
**node-positive**
6:19,22 119:6
305:18
**nodes** 349:18
**nomogram**
258:12
**nomograms**
257:19,21
**non-DCIF** 100:6
**non-hematolo...**
309:19 335:22
**non-hematolo...**
305:3
**non-HER2-po...**
243:7
**non-lymph**
259:15
**non-small** 31:24
32:2,6
**non-statistically**
314:7,15
**non-taxane**
401:10
**non-trastuzu...**
220:15 243:6
**North** 1:8 85:23

90:24 91:19
**Northeastern**
316:13
**Northside** 32:10
32:14,15,17,19
45:1,18 48:4,5
48:5,7,7,13,14
49:1 77:13
362:20
**Northside-affi...**
47:24
**Notary** 410:19
413:20
**note** 46:13 197:4
306:6 325:6
373:16
**noted** 9:22 14:12
43:18 314:24
413:7
**notes** 22:22 23:1
23:5 414:1
**notice** 6:13,15
11:3,16 19:15
19:18 20:4
21:12 338:15
**noticed** 11:22
13:10 242:19
242:20 251:12
380:8
**number** 10:20
10:23 11:24
19:8,12 20:9
21:8,17 26:18
31:3 69:24
70:3 74:7,13
82:22 84:17,19
86:21 116:15
118:9,14 127:2
140:10 154:18
163:2 178:17
180:4 195:8
216:18 219:13
220:6 225:22
229:22 237:1
238:3 239:21
263:8 264:14
273:14 277:10

279:5 289:10
290:3,4,21
291:24 306:23
307:2 310:20
310:22 311:14
312:3 320:5
325:18,20
331:6 333:2
336:12 341:24
345:2 351:13
361:22 363:14
364:16 366:24
376:6,22
377:21 386:19
388:8 390:3
**numbering**
219:15
**numbers** 71:1
94:18 102:13
115:24 125:24
141:12 142:24
245:13 303:16
304:24 373:1,3
373:14 397:9
**numerous** 152:6
280:16 298:8
**nurse** 17:13
**nurses** 343:20

_____

**O**

**O** 9:1
**O'Connor** 1:17
410:2,17
**oath** 383:23
**object** 44:21
72:3 91:2,10
92:4,5 94:24
101:22 110:5
122:19 182:21
191:14 253:23
278:24 284:13
298:4 319:12
346:18 347:2
347:11,24
348:18 349:9
350:9,18
351:16 352:3

353:1,9,13
354:16,21
356:14 358:3
358:22 359:3
360:15 362:14
363:8,24 365:2
366:16 367:11
368:3 370:10
370:18 371:5
371:18 373:24
374:1,17 375:2
382:1 385:22
387:8,21
388:13 389:9
391:18 395:16
404:19 406:1
**objected** 275:16
**objecting** 72:6
**objection** 20:21
23:4 26:1,9
28:1 29:7
31:15 36:4
38:8 39:3,13
40:6,14 47:5
52:8 53:10,24
56:17 59:19
60:19 61:14
63:2,16 65:5
68:13 69:4
70:10 72:13
77:1 78:4 80:3
80:16 81:14
83:24 90:21
92:19 93:9,24
95:7,21 96:20
97:4,13 101:10
102:18 103:20
105:2,12,21
108:6,19 109:4
110:18 111:11
113:23 114:11
116:8 118:3
120:8,15 123:1
125:9,20
130:22 133:24
135:24 136:15
137:7,24 145:8

146:15 148:6
148:23 150:4
151:23 153:21
154:4,12
158:22 160:6
160:18 164:21
165:17 166:9
168:15 169:20
181:13 185:21
186:7,19
187:10 189:17
190:3,10 191:1
194:13 196:19
199:4 200:1
203:19 204:1
204:11 214:16
224:15 227:18
234:16 235:19
236:5 237:15
240:7 242:6
243:13,17
244:8 245:16
246:23 247:10
248:6 250:15
252:23 253:14
254:20 256:9
257:12 260:12
267:18 270:17
271:14 273:3
274:6,22
275:13,24
276:15 279:24
281:4,17 282:6
283:22 285:13
288:1,22 290:1
291:1 292:1,15
293:4 295:22
296:23 297:18
298:22 299:8
300:4 302:9
309:6 315:5
316:19 319:4
319:14 323:9
329:4,19
332:20 335:8
338:2,7 339:15
369:1 381:20

393:6 394:8
395:2,22 396:1
399:22 401:24
**objections** 6:15
  11:3 18:3
  20:19 21:12
  24:1 363:12
**objective** 382:18
  382:20 383:10
**obligated** 92:3
**obligations**
  299:5
**observational**
  38:24 39:11
  40:12 151:16
  365:12
**observed** 77:6
**obtain** 81:4
  204:6 361:8
**obtained** 172:5
  172:10 205:5
**obvious** 349:13
**obviously** 10:18
  20:14 23:24
  27:6 87:24
  192:13 260:14
  260:16 308:11
**occasion** 33:7
  60:12
**occasionally**
  110:11
**occasions**
  239:21
**occur** 196:17
  269:5
**occurrence**
  61:12
**occurs** 267:6
**October** 327:14
  327:14 410:20
**odds** 401:14
**offense** 338:18
  354:2
**offer** 29:6,11
  67:12 108:9
  145:4 271:10
  277:7 283:10

283:17,19
285:2 287:21
287:23,23
301:8 352:22
**offered** 27:11
  115:2 150:23
  281:8
**offering** 38:20
  275:9 283:12
  285:21 299:21
**office** 23:12,13
  26:7 33:18
  65:4 70:23
  211:9,10
**offices** 1:14
**oftentimes**
  256:13 262:23
**oh** 32:21 48:4
**Ohio** 5:9
**okay** 10:13 12:9
  12:13,19 13:7
  14:1,16,20
  15:21,21,24
  16:17 17:10,19
  18:13,22,24
  20:2,17,24
  21:6,23 22:4,8
  22:16 23:8,11
  23:14,18 24:15
  24:19,23 25:5
  25:11 26:3,13
  27:5,19 28:12
  28:20 30:6,17
  31:5,5,10,23
  32:8,21 33:4
  34:10,21 35:2
  35:9,14 37:3,7
  38:3,19 39:7
  39:18,21 40:9
  40:17 41:7,16
  42:14,21,24
  43:18 44:1,6,6
  45:11,17 46:10
  46:13,18 47:10
  47:20 48:9,13
  48:17 49:1,6
  49:10,21 50:15

51:5,20 52:2
52:12,19 53:5
53:17 54:10,15
56:9,13,21
57:5 58:9,13
60:10 61:11
62:3,18 63:10
64:10,14 65:2
65:9,15,22
66:11,14,22
67:3,6,9,21
68:4 69:9,21
70:5,15 71:3
71:19 72:17,20
72:24 74:11,24
75:2,12,23
76:13 79:11
80:2,8,12
81:19 82:11
83:11,19 84:4
84:13,16 85:4
85:9,21 86:11
86:19 87:12
89:1 90:13
93:14,19 94:4
94:18 95:11
96:2,9,15 97:2
97:8,18 98:5
98:15 99:6,8
99:12,15 100:8
100:11,21
101:2,15,19
102:2,10 103:8
103:15 104:3,6
104:12 105:15
106:8,19 107:7
107:7,9,22
108:12,17
109:7,22 111:8
111:16 112:11
114:16 115:7
116:12 117:10
117:18 119:3
120:19,23
121:15 123:11
123:15 124:5
124:13 125:11

126:2,17,20
127:6,13,17,18
128:3,5,9,23
129:13 130:9
130:12 131:3
131:23 132:3
133:18 134:4,8
137:12,17
138:5 139:2,5
139:19 140:23
141:10,14,18
142:2,9,14,23
143:6 146:21
147:8,20,24
149:3,6,21
151:7 153:6,24
154:15 156:6,9
157:19 158:10
158:18 159:2
160:14,22
161:23 162:5
163:14,21
165:3,12
166:24 167:9
167:12,24
168:8 169:17
170:2 171:3,11
171:15 172:3
172:15,19
173:15 175:14
175:17 177:7
177:17 178:5,8
178:11,14
179:17 180:6
180:13,19
181:16 182:5
182:11 183:4
183:12 184:6
185:16 186:2
186:15 187:5
188:10,16
189:10 190:5
192:8,19
193:10,14
196:24 197:7
197:15 198:5
198:12,18

Sreekanth C. Reddy, M.D.

200:19,20
203:11 204:4
204:18 205:2
206:13,16,24
207:10,22
208:1,6,11
209:1,11
210:12,17,20
210:24 211:4,8
211:13,23
212:5,15,23
213:5,9,12,20
213:23 214:3
215:3,9,12
216:1,11 218:8
218:11 219:1
219:22 220:13
221:6,17 222:4
222:19 223:16
224:2,13,19,24
225:15,18
226:14,18
227:8 228:13
228:21 229:2,7
229:17 230:7,8
231:12,17
232:8,15
233:12,16
234:6 235:4,14
236:19 237:19
237:24 238:8
238:13,21
239:1,9,15
240:1,20
241:21 247:2
248:12 249:11
249:18,21
251:16 252:12
253:19 254:9
254:16 255:5
257:2,6 258:5
258:16 259:16
260:5 261:7
262:14 263:2
264:5,22 265:5
265:21 266:16
266:22 268:13

268:24 269:4,7
269:16 270:13
271:4 272:13
272:22 275:8
276:8 277:2,20
278:18 279:18
280:22 281:12
284:3 285:7
286:2,12 287:3
287:22 288:6
290:16 292:11
292:23 293:10
295:7 296:14
299:4,17 300:1
301:23 302:23
303:2,8,22
304:2,12
305:23 306:4
306:13,17,21
306:24 307:9
308:2 309:13
310:6,9,14
311:5 312:18
313:9,14
314:20 315:10
317:21 318:16
319:8 320:1,12
321:5,7,17,21
323:12 324:5
324:19 325:9
325:13,17
326:11 327:13
328:9,13
329:23 330:10
330:16,20
331:13 335:15
335:20 336:15
336:16 337:5
339:9 340:5,18
340:21 342:4
342:19 343:14
345:7 346:15
354:15 355:2
356:7 358:17
369:12 372:14
379:10 381:3
386:17 392:12

392:20 395:8
395:18 396:8
397:14 399:1,5
399:16 400:2
400:11 403:1
403:14 404:23
405:11 408:16
old 251:9 258:24
   378:2
older 233:1
once 17:21
   172:4 266:2
oncologist 17:17
   30:18 54:23
   57:24 70:8
   110:17 114:21
   134:19 161:17
   172:4,16,20
   173:2,12
   174:19 235:11
   242:5 243:11
   253:13 255:22
   297:24 298:6
   299:10,14
   333:17 343:8
   376:19
oncologists
   51:16 54:21
   59:6 152:14
   153:3 158:15
   202:13 234:5
   235:10,17
   246:6 254:11
   267:2 268:5,8
   325:2 343:19
   382:22 390:20
oncology 7:12
   7:15,17 30:21
   41:1 64:5 77:2
   77:10 131:24
   145:22 152:2
   183:8 214:24
   218:4 232:5
   236:13 343:16
   343:18 398:20
   398:23
one-page 21:21

24:5
ones 11:17,20
   42:16,18,18
   83:14 216:21
   237:19 243:7
   244:23 312:17
ongoing 306:1
   315:3 376:12
online 50:9,12
   102:3 175:4
   177:20 216:9
   217:24 218:1
   245:12
open 19:11
   43:15 45:1
   73:22 82:20
   118:19 263:13
   264:24 265:16
operable 164:16
operate 66:15
operated 46:8
opine 286:10
opinion 29:12
   38:17,20 39:24
   52:23 54:7,8
   99:5 104:24,24
   105:9 146:24
   147:12 154:1
   169:19 188:10
   250:11 258:2
   262:24 271:10
   275:9 277:7
   280:20 281:9
   283:10,10,18
   283:19,23
   285:3,21,23
   287:23 316:11
   324:20 347:7
   347:18 348:5
   350:4 357:17
   357:18,19
   358:10 367:22
   377:2 390:13
   391:15 402:10
   404:10
opinions 28:15
   28:24 29:4

30:1,3,5,8,9,14
36:20 37:12
53:5,22 61:1
105:19 140:21
181:19 319:9
324:12 325:11
345:10,15
352:23 356:9
394:19
opportunities
   209:2
opportunity
   20:5 85:2
   132:17 243:10
   263:14
opposed 149:18
   169:1 271:12
   360:13 390:14
option 105:23
   112:23 114:9
   114:13 243:24
   244:13 324:22
options 61:17
   110:4 112:14
   112:17,20,24
   173:4 178:13
   247:20,22
   262:1 265:17
   387:11
oral 132:6 133:6
   156:24
order 10:16
   27:21 42:24
   45:17 58:3
   77:7 176:10
   190:5 252:7
   260:5 297:12
   300:1 315:16
   316:1 343:12
   355:20 380:12
   391:10 398:4
ordered 172:11
organization
   236:14
original 411:12
originally
   109:19

Sreekanth C. Reddy, M.D.

Orleans 2:15
  4:10
outcome 62:2
  79:13 110:10
  114:22 242:11
  255:24 333:21
  347:10,13
  387:14 391:23
outcomes
  104:20,20
  110:21 190:24
outline 114:21
  255:22 256:5
outpaces 63:12
  63:18
outpatient 48:8
outside 58:21
  59:11 60:6,17
  61:6 62:5,14
  62:22 214:5
  235:3 343:1
overall 106:8
  109:1 119:19
  120:7,21 121:4
  121:7 164:14
  166:14 195:22
  196:7 199:14
  200:13 205:20
  232:17 305:5
  336:7 339:12
  339:12 360:9
  360:12 399:14
  399:15
oversees 46:6
  318:24
oversimplify
  246:4
oversimplifying
  244:19,21
  298:6
overuse 193:20

_____
        P
_____
P 9:1
p.m 144:8
  179:22 180:1
  201:3 202:4

217:10,14
255:13,17
294:6,10
340:11,15
409:8
P1 140:24
P3 140:24
pace 353:16
package 11:7
  175:5 298:15
  367:23 368:5
paclitaxel 7:3
  8:6,9,11
  117:12,12
  119:13 121:6,8
  123:20 124:3,3
  124:17 125:2,3
  125:6,13 126:5
  129:2,7,9,11
  129:15,17,22
  130:7 131:6
  141:1,2,21
  149:10,18
  157:3,5 161:18
  168:12,23
  184:24 221:1,2
  223:5,14,18,18
  224:6,8 233:13
  233:18 234:1
  234:14,15
  239:2 240:4
  306:9 311:10
  320:16 321:10
  322:23 325:3
  326:16 330:12
  331:14,20
  332:4 333:1
  334:13 335:4
  336:11,21
  378:19,20
  379:14 380:5
  399:13,21
  401:11,14
  404:18
page 6:2,12
  12:10,14 22:24
  22:24 27:9

40:18,19,21,22
41:8,18,19,19
41:20,22 44:9
44:12 49:10
51:6 56:23
71:13,14 75:13
75:14,24 77:18
86:12,21,23,24
87:2,3,5,23,23
94:5 97:20
100:12 109:7
111:20 112:1
120:20,20
121:16 126:1,1
126:4 128:11
128:12 130:17
132:4 135:18
139:24 141:13
141:15 142:17
142:18,19
149:6 155:2
156:10,17
161:3,13
162:10 164:11
166:24 167:5,7
167:10 170:4
173:16 184:9
184:10,11
192:8,24 197:7
197:9,10,11,12
197:16 202:11
202:23 205:4
218:12,17
219:12,13,23
220:1 221:7
222:5,5 230:13
230:23 233:17
238:21,22
243:6 248:13
251:24 255:20
261:12 264:8
266:1,23
269:18 272:14
286:7 293:10
294:15 305:4
309:13 320:14
321:1,2 324:6

324:10 327:10
327:22 328:6
330:7,10
335:17 344:19
345:19,20
346:5 361:21
364:8 372:6,20
373:4,5 378:7
378:24 379:1,7
381:4 400:14
412:3 414:2
pages 11:23 23:1
  23:21 42:6
  43:5 87:8,9,19
  87:21 155:16
  179:14 220:9
  257:21 266:17
  407:1 413:5
paid 399:4
palpable 242:21
  251:3,12
pandemic
  225:14
panel 49:14
  50:18 51:22
  52:6,6 56:15
  63:15 160:15
  218:18,18
  240:24 241:4,5
  249:7,12 250:4
  250:6,22 251:7
  257:7
panel's 258:18
panels 51:15
paper 311:2
papers 282:14
paragraph 27:9
  28:13 44:11
  49:12 51:6,6
  54:19 86:18,19
  89:2 97:21
  112:2,3 114:18
  114:18 134:15
  134:17 140:15
  140:16 161:14
  167:14 170:13
  171:16 172:4

172:20 173:17
180:19 184:11
185:5,6 192:23
193:14 205:4
248:19 261:12
264:9,23
281:23 286:8
296:8 313:20
321:2 324:11
328:14 378:18
401:6 402:5
paragraphs
  281:14 358:18
paraphrase
  262:3
paraphrasing
  54:19
pardon 160:22
parenthesis
  304:20
part 20:18 32:9
  32:13 54:20
  56:18 68:10
  69:6 77:11
  78:7 80:17
  95:8 108:12
  110:15 111:4
  113:2 115:15
  117:9 140:15
  148:8 176:15
  204:12 210:13
  214:14 238:20
  248:3 264:20
  266:6,20
  299:20 342:21
  346:16 356:9
  365:9 366:7
  367:8 369:4,7
  369:19 378:12
  394:4 398:21
partial 309:21
  310:11
partially 246:12
  246:13
participants
  196:15,18
  198:6,7 289:21

Sreekanth C. Reddy, M.D.

290:21
participate 33:6
55:7 91:1
389:18
participated
71:4 77:2 90:4
90:6 216:9
362:22
participating
183:1
participation
360:21
particular 22:23
23:15 62:6
63:1,5 91:4
111:18 114:23
115:18 166:2
166:23 206:18
223:21 242:3
255:1 256:1
259:24 336:13
344:11
particularly
151:4 184:20
233:1 271:16
288:7 316:23
322:9 348:9
349:17
particulars 72:1
parties 9:14,20
410:12
partner 91:14
partners 33:11
390:19,19
parts 27:7 72:4
284:15
pass 261:24
330:4 376:1
392:10
passage 380:1
patchy 364:22
pathologic
321:15
pathologist
351:20
pathology 172:7
patient 33:17

45:9,11 46:22
47:1 60:2
61:23 62:12
63:1,5 66:3
67:23 71:20
79:6,15 81:12
90:18,18 95:24
106:4 108:7,14
109:23 110:16
111:3,13 112:4
112:5,12,18
113:9,14,18
114:9,23 115:8
115:21 132:18
134:20 135:3
150:13 159:15
161:16 171:10
172:21 174:3
174:13 202:10
242:3,11,23
243:8,20,21
244:12,14
245:4,4,9,19
245:21 246:13
247:7 248:5
251:1,2,8,10
252:10 253:3
254:4 255:24
256:12 258:18
258:22,23
259:18,22
261:13,15,19
261:24 262:4
265:14 266:3
268:20 290:7
297:20 321:2,4
321:19 322:2,4
322:5 325:6
333:15,19
343:22 371:16
371:20 375:1
381:12 382:19
382:20,21
383:9,11
387:11 390:2,5
392:4 403:6,17
patient's 51:9,18

55:2,4 59:23
59:23 61:24
71:1 108:18,20
172:7,9,13
173:21 247:21
337:1
patients 7:19
30:14 31:4,17
34:2,3,5,8,8
35:13 41:2
42:12,17 43:14
44:13,19 45:2
45:4,4 58:23
59:18 64:11
65:6,16,23
66:2,4 67:10
67:11,15 69:18
71:23 72:12
75:16 76:8,23
77:3,5,9,14,15
77:20,23,24
78:2,6 80:14
80:22 81:1,5
81:17,20 82:5
82:9,14 83:21
89:24 90:3,6,9
90:14 92:21,22
93:1,3 96:12
97:11,16
109:17 110:2,8
110:10,11,23
111:9 114:19
115:17 117:20
129:19 130:1
131:13 136:20
137:21 139:12
142:5,6,7
143:1,9,10
145:24 148:8
148:14 149:9
149:10 150:17
150:20 152:2,4
152:8,17
156:24 158:16
159:21 160:2
165:1,14
166:15 168:10

170:12,15
173:10 174:22
176:20,21
181:7 184:2,4
184:5 185:7,10
186:24 187:12
187:19 188:1
188:20 189:1
191:7 197:5,23
198:10,13
200:9 202:15
205:21 209:9
210:9 221:18
221:24 229:1,3
233:1 241:13
241:17 243:11
243:19 244:5
244:16,23
250:18 256:14
256:16 257:4,7
260:14,22,24
261:5 263:22
264:3,11
266:19 267:2
268:6,8,14,22
269:8,13 270:9
270:19 278:11
280:10 281:19
281:24 282:21
282:23 283:4
285:20 290:4,8
290:9,12,13
291:4,8,10
298:2 303:16
309:22 310:1,1
310:4,10 313:4
322:12,13,14
322:22 326:15
326:16 327:13
327:15 329:9
330:1 333:20
335:24 336:1
339:5,10,16
343:20 344:12
358:6 360:10
360:20,21,22
360:23 362:6

362:16,21
369:4,8,13,14
370:5,6,22
371:3,23
373:10,11
374:15,20,21
375:8,12
376:19 380:20
381:19 383:23
384:15,17,22
386:7,8 387:14
390:18,21,23
390:23 391:10
402:14,22,23
404:20
patients' 70:16
pattern 271:18
271:22
patterns 68:20
pause 9:19
179:23 353:21
pay 211:16
pCIA 277:7
373:9
PDF 167:1,2,10
219:12
peer-reviewed
137:18 212:11
380:23,24
pegfilgrastim
226:15,23
227:1,4
pending 16:15
27:15 47:13
92:18 247:17
273:8
people 44:4 79:2
114:5 124:1
131:20,22
132:2 134:13
159:21 178:3
207:3 209:19
210:2 211:20
219:3,5,6,6
228:17 233:5
234:8,18
245:23 252:8

280:11 289:10
289:24 311:21
317:6 319:9
361:7 375:18
375:19,20,23
389:18 390:9
391:9
**percent** 31:8
33:22,23,24
43:13 97:22
98:1 100:1,4,5
100:7,9,12,15
100:17,18,19
102:16 109:1
109:10,12,13
109:14 116:4
122:1,3,10,12
122:14,15,16
122:16 124:16
124:17 125:5,6
125:12,13
126:7,12 142:5
142:7 143:1,2
143:3,9,9,11
149:9,10,17
176:24 182:13
182:19 183:6
183:11,19
196:12,13,17
215:1 260:22
260:23 261:4
289:20,24
304:20,21
309:20 313:10
326:14,15
334:1 335:24
336:7,8,9,11
360:17 372:10
372:11 373:10
373:13 376:7,7
376:9 389:23
**percentage**
95:17 115:17
198:13,22
313:13 360:12
389:24
**perception**

112:18 203:8
203:15 204:8
205:7
**perfect** 15:23
**perfectly** 405:7
**perform** 316:16
354:11
**performance**
88:22 89:15
**performed**
23:16 24:7
272:2
**period** 24:7 25:7
30:13 52:18
133:16 137:23
188:2 270:23
303:17 373:9
**periods** 53:13
**permanent** 69:2
69:10 95:4
148:18 184:15
184:18 185:11
185:12,20
186:6,9,17,22
187:1,8,12,13
188:11 267:17
268:10,20
269:9,14 270:1
270:7,15 271:5
271:13 272:3
272:14 273:2
274:3,4 275:10
275:22 276:13
277:8,13,22
278:6,12
279:22 281:21
282:1,22 283:5
283:20,24
285:4,11
288:14,20
297:2 301:18
306:1 309:1
317:8,10,17
318:2,8,15
322:3,11,13,14
322:18 324:3
358:7 365:1,4

368:12,18,24
377:9 391:2
**permanently**
317:6
**permitted** 327:2
**persistent** 8:1
277:13 280:3
280:13 282:24
283:24 289:1
303:19 311:15
313:5,6 324:4
358:8 364:22
368:12
**person** 13:12
46:5 129:13
133:14,18
146:23,24
240:22 275:5
296:18 297:16
394:21
**personal** 41:17
41:21 79:19
219:9 285:19
**persons** 198:22
246:6
**perspective**
173:22 233:3
370:14
**perusing** 69:19
**PET** 170:17
**PETER** 4:6
**PFIZER** 4:5
**ph** 1:23
**PHARMA** 5:3
**pharmaceutical**
4:15 66:7
139:16
**PHARMACE...**
4:14 5:5
**phase** 6:23 7:20
8:8 46:23
192:20 208:18
208:22,24
307:15,21
332:3
**phenotypic**
321:14

**phrase** 349:2
352:18 355:16
364:11,17,18
364:18
**physical** 172:10
**physician** 244:7
258:8 369:20
**physician/pati...**
108:13
**physicians**
49:14 82:8
97:16 176:2
236:10,11
367:1,3 381:2
382:23
**PI** 56:2 182:24
**pick** 341:7 391:7
**picked** 335:10
**picking** 336:17
341:10
**pickup** 392:17
**picture** 13:20
152:11,13
361:14,15
**piece** 287:4
**pieces** 286:23
402:18
**Piedmont** 1:15
3:21
**pile** 380:12
**place** 3:13 182:3
231:7 238:14
326:24 410:9
**placed** 333:9
**places** 349:17
**plagiarism**
359:10
**plaintiff's** 12:16
**plaintiffs** 2:2
96:18 296:15
**Plaintiffs'** 6:15
**plan** 172:17
202:10 266:5
**planned** 167:15
**planning** 170:14
337:12
**plausibility**

284:7
**play** 252:6 344:7
**please** 9:19
15:18 18:6,8
55:16 60:21
91:10 92:15
105:3 273:6
294:19 311:13
335:17 411:3,8
**plow** 202:7
**plowing** 34:12
**plug** 252:5
**plus** 103:12
106:13,16,17
106:21,21
127:15 196:6
312:3
**PO** 2:5 197:21
**point** 28:21
35:17 54:11
62:16 69:23
77:4 84:7
159:24 165:4
174:16 200:22
231:17 241:14
250:20 251:14
252:18,19
270:4 272:19
286:2,18
293:23 304:23
313:20 315:20
318:17 329:7
329:12,13
342:10 380:10
393:3,13,16
394:7
**pointing** 246:5
**points** 248:3
255:21 297:17
330:3
**Pollard** 1:17
10:1 410:2,17
**poorly** 245:1
**pops** 14:24
**population**
49:19 95:24
102:6 164:24

Sreekanth C. Reddy, M.D.

228:6
populations
325:6
portion 31:12
121:1 224:7,12
233:23 317:14
360:18 394:10
posed 365:7
posited 389:4
position 52:22
171:22
positive 197:23
possibilities
79:14
possibility 227:1
possible 47:16
173:24 190:19
190:22 191:8
256:11 328:9
333:20 347:13
347:22 348:6
357:8 369:24
392:2
possibly 215:1
335:22 406:10
post-lawsuit
387:19
posted 312:9
postulate 58:5
potential 53:3
58:15 63:5
79:14 112:17
173:3 226:20
244:13 247:23
278:22 358:1
371:2,11
387:13 405:10
potentially
136:24 156:22
368:7
power 196:13
290:22 291:16
293:2
powered 195:2,3
195:7 196:7
199:8
powering

289:18
Poydras 2:14
4:9
practical 236:13
practice 7:12,15
7:17 30:11
31:8 32:8
38:11,11 39:22
48:24 50:3
66:21 68:11
129:19 131:24
134:2 135:11
135:20 136:2,3
136:8,19 137:6
137:20 138:10
138:16,18,20
139:1,8,22
145:22 158:14
174:11 175:19
177:1 182:7,14
183:6,18
191:16 205:12
206:23 208:9
218:4 234:2,4
260:7 269:20
practiced 83:14
practices 160:5
practicing 57:23
84:2 176:16
177:9 235:11
360:5
practitioner
182:13
precautions
227:10,14
precise 250:12
precisely 52:5,6
predesigned
194:19
predict 101:21
102:2,11 103:4
103:10,17,23
104:18 105:18
115:16 116:12
116:14 165:6
245:12,17,22
246:10 254:21

389:5 391:20
predictable
102:5
predicted
102:17
predictive
101:20 103:15
108:24
predominantly
182:15
preexisting
228:14
preferences
55:3 110:3
113:21 114:2,6
173:23 174:4
236:10,10
preferred 221:3
221:8,12
223:24 224:21
231:18,23
232:9,19
233:14,17
239:3,12 240:5
240:23 241:6,9
243:23 248:24
249:5 252:3
257:10 258:19
259:2,7 333:8
premedicate
156:23
premedication
129:2,8 131:5
132:5 137:14
138:14 156:18
premise 324:2
preparation
29:2 84:9 95:9
232:10 265:7
prepared 17:24
345:4
preparing 20:18
24:12
preponderance
390:16 402:13
Presbyterian
78:21 81:4

362:19
prescribe 105:7
108:4 248:9
296:1 325:2
prescribed
50:20 110:8
285:20 403:8
prescribing
367:2
presence 281:1
present 259:19
364:2
presentation
99:4 244:6
246:13 251:3
333:24
presentations
203:2
presented
235:16 242:17
319:2
pressure 159:18
pressured
262:22
pretty 12:22
26:10 41:15
prevent 129:22
185:12 334:5
347:14 384:20
preventing
386:8
prevents 222:17
225:4
Prevezas 8:5
306:7 307:10
308:13 319:19
319:20,22
320:9,18 323:6
329:3
previous 14:13
56:23 357:1
previously
17:14 88:10
242:20
primary 31:19
71:5 78:12,19
78:23 89:20

194:15,24
195:21 196:11
principal 34:18
34:22 35:19
55:10,18
print 155:6,14
178:24 179:6
179:14,20
211:12
printed 87:7
118:23 128:13
179:7 217:1
printing 127:19
128:4 155:16
179:8
prior 11:18 17:5
27:13 68:24
84:10,11 88:20
89:13 129:10
132:8 140:20
170:13 205:24
266:9 410:4
privileges 32:18
47:23 64:2,4,8
64:15,23
probably 24:18
33:22,23 34:24
43:11 45:3
65:12 69:5
80:4 101:3
180:8 183:8,10
206:14 213:18
214:18 216:3
216:13 231:8
232:23 300:10
300:11 331:4
335:23 341:9
344:14 360:14
360:17 382:3
390:2
problem 95:14
145:3 195:5
Procedure
27:12,17
proceed 13:5
73:15 92:10
112:7 261:17

Sreekanth C. Reddy, M.D.

Page 450

**process** 33:9
51:3,4 52:1
59:23 78:7
80:18 82:14
106:1 110:16
111:10,12
176:5 184:1
237:2 248:9
258:7 264:16
266:10,15,21
358:9 369:22
375:21
**processes** 50:11
150:19 227:20
361:3
**produced** 20:12
39:15
**product** 20:21
36:2,15,24
37:17,24 38:1
38:5,7,20,23
39:1,12 40:5
40:13 97:12
169:10 203:7
203:15 260:9
260:11
**products** 1:5
66:8 96:19
**professional**
91:21 175:1
202:16 203:2
203:13 204:7
205:3,6 214:10
214:15 343:23
**professionally**
375:16
**professor**
316:12
**professor's**
318:18
**profile** 41:17,21
79:19 121:18
403:24 404:5
**profiles** 404:3
**progesterone**
197:24
**program** 245:13

**progression**
399:14
**progression-fr...**
195:1,22 196:8
199:15 200:12
**Projects/Publi...**
41:23
**prolonged**
184:18 185:11
**pronounce**
159:8 222:11
**proof** 284:10
**proper** 46:6
199:1 242:4
243:9 244:6
**properly** 46:8
53:18 159:11
**property** 88:18
89:11
**prophylactic**
404:21,24
**prophylaxis**
158:16 327:1
**proportion**
187:24
**proportions**
121:23 122:7
**proposition**
149:24 162:14
**propounded**
413:6
**proprietary**
88:11
**prospective**
175:7
**protective** 10:16
413:20
**protocol** 7:2
44:14 72:1
84:24 85:12
93:20,20
118:10 133:21
135:15 191:21
192:3,5 197:3
211:19 362:8
363:3,21
**protocols** 46:7
78:10,11 84:6

84:8
**proven** 392:7
**provide** 42:22
49:17 51:8,15
57:2 97:5,15
103:18 149:1
151:15 164:24
190:22 203:12
203:13,23
211:14 221:20
251:18 255:3
256:23,24
264:14 279:15
281:18 283:3
293:6 367:4
**provided** 20:8,9
26:23 27:1
29:22 39:8
46:14 197:4
198:12 210:18
211:2 257:20
266:3 352:6
357:12 367:24
368:6 400:2
407:10
**provides** 50:10
65:3 323:21
364:5
**providing** 25:14
96:22 273:10
283:2
**PSA** 8:2 313:5
**psychologically**
180:24
**Public** 410:19
413:20
**publication**
75:10,19,20
76:14 83:9
86:13 88:6
89:2 93:16
117:6 144:17
204:21 205:17
212:19 236:1
313:17 320:20
331:18
**publications**

41:5,11,11
42:4 50:5
99:23 175:2
193:2 202:17
204:14,20
205:3,6 302:15
**published** 37:3
39:9 40:23
44:16 51:14
52:21 53:13,15
63:19,21 77:8
88:10 136:9
137:18 153:4
174:10 183:7
207:11 208:15
208:20,23
211:5 212:1,10
212:14 235:22
278:1 330:18
362:10 363:5
**publishes**
235:15
**pull** 83:1 155:12
230:5 304:4
325:17 327:21
344:13 345:23
363:16 384:6
403:15 406:23
**pulled** 319:24
361:11,13
373:2 379:7
**pulling** 377:17
392:14 397:1
402:18
**puppet** 392:14
**purpose** 28:10
170:23 221:11
249:4 332:21
**purposes** 38:19
39:24 181:17
234:8 235:14
306:22
**pursuant** 10:15
27:11,23
**pursue** 348:11
**put** 10:10 27:21
103:8 138:8

162:20 168:6
205:12 230:19
245:22 280:19
299:23 301:18
304:20 306:19
312:14 319:20
343:12 356:17
371:15
**puts** 50:23 157:8
**putting** 50:16
91:18 172:17
176:5,9 382:11
382:11

**Q**
**q3** 123:13,14
124:3,4 157:6
223:14
**qualifications**
316:21
**qualified** 316:11
**quality** 135:7
**quantified**
153:14
**quantify** 153:7
282:3
**quarter** 43:9,11
124:1
**question** 18:8,10
29:11,18 36:5
36:18 38:3
53:18 55:15
56:22 60:20
62:10 72:4
87:16 92:16,18
93:10 97:19
119:24 136:1
146:5,8 147:12
147:24 148:1
157:12 158:19
182:22 193:22
194:9 195:14
195:16 196:21
199:22,23
203:20 211:23
237:6 243:4
245:1 247:11

Sreekanth C. Reddy, M.D.

247:17 261:10
268:4 271:22
271:24 273:8
284:13,20
285:7 286:14
289:18 290:19
292:16 304:17
305:9 308:3
319:15 322:21
337:21 346:4
348:4 354:11
365:17 367:3
372:8 376:18
387:24 389:17
391:11,13
393:13 405:5
408:6 409:6
**questionable**
302:22
**questioning**
163:24 341:3
345:3 351:1
**questions** 11:1
18:1,3 34:11
71:11 72:5
92:9,12 262:9
283:8 324:8,9
341:6,8 352:17
357:21 361:23
363:15 364:16
365:7 367:1
369:3 384:14
386:20,23
388:8,21,24
393:4 395:11
395:19,20
396:3 397:20
400:16 405:15
408:3 413:6
**quick** 10:12
106:4 144:12
242:15,24
243:1 293:22
336:16 372:7
389:21 392:19
405:14,16
**quicker** 63:13

333:5 390:7
**quickly** 242:18
254:15 263:3
363:17 364:9
372:4 377:12
379:21 384:13
400:12
**quite** 61:17
290:19 389:2
**quote** 70:13
142:12 153:13
153:13 274:2
373:6
**quotes** 358:18

---
### R

**R** 9:1 412:1,1
**radiation** 64:19
**radiology** 64:15
351:21
**randomised**
6:23
**randomize**
191:5,6
**randomized** 8:8
55:11,22
116:16 149:22
149:23 150:8
151:13 190:17
190:19 193:16
204:19,22,24
293:7 315:14
317:4 318:1
332:3
**randomly**
327:16
**range** 343:11
**rare** 61:12 96:11
269:6 371:14
371:20 381:21
**rashes** 66:1
70:18
**rate** 114:22
255:23 256:16
256:17 272:2
386:6
**rates** 122:4,13

162:17 256:6
256:22 303:19
333:5 336:21
399:15
**ratio** 401:14
**rationale** 115:22
192:20 385:21
**re-educate**
175:15
**reach** 103:3
139:3
**reaction** 129:23
131:15 159:16
**reactions** 156:23
157:10 159:6
**read** 10:21
14:11 20:6
29:1 41:16
68:9 69:6,19
83:8 89:7,8
91:4 92:15,17
95:23 98:3
99:20 112:9
119:9 122:20
126:3 129:5
140:15 181:17
181:24 182:5
182:11 185:3
187:5 193:24
198:3 227:6,7
247:15,16
249:15 262:16
266:8 272:6,8
273:5,7 276:20
280:16 284:23
286:13,19
289:2 295:24
307:13,19
310:7 311:13
314:9,12,17
320:12,21
323:20 343:6
361:1 364:17
374:3,10,10
378:16 379:24
380:22 388:14
395:5 396:5,17

396:19 398:9
407:5,5 408:5
411:3 413:4
**read-on** 13:8
**reader** 288:24
**reading** 30:12
31:10 42:16
68:1 69:6,9,12
69:17 78:10
95:9,12 145:20
183:10 282:20
357:1 401:7
**readings** 343:1
**reads** 149:14
180:20,20
248:19 311:7
**ready** 10:8 13:5
73:15 74:18
112:7 261:17
294:12 328:2
**real** 195:11
336:16 391:1
402:24
**reality** 290:5
**really** 98:22
115:9,23
145:22 150:11
150:15 181:21
186:12 187:2
188:4 226:9
227:19 228:20
228:24 235:9
244:1 250:17
262:7 264:10
264:20 267:9
292:5 313:21
315:14 316:22
368:16,20
377:6 387:13
390:22 391:9
391:10 392:5
398:11 402:11
**Realtime** 1:18
410:3,18
**reapplied** 80:5
**reask** 119:24
284:14

**reason** 15:1
79:16 115:15
129:21 168:4
241:14 250:12
283:7 288:6
318:4 385:20
411:5 412:5,7
412:9,11,13,15
412:17,19,21
**reasonable**
146:11 241:12
302:21
**reasoning**
232:18
**reasons** 30:2
96:8 110:13
128:10 233:3
244:16 252:5
**recall** 16:17,20
45:1,3 46:12
61:8 62:11,14
72:11,21 73:1
78:22 84:14
90:2 130:19
138:7 140:14
142:10 205:10
207:10 209:15
210:24 211:4
212:9 216:2
231:23 232:4
232:12,15,16
232:21 362:1
365:10,20
372:12 384:9
386:22 388:24
400:17
**receding** 268:22
**receipt** 411:13
**receive** 108:8
129:16,19
131:13 133:4
133:22 134:9
148:15 189:1
198:7 217:24
247:8 326:18
337:18 339:5
339:16 384:16

384:17,23
402:15 404:21
**received** 41:9
150:14,23,24
187:15,17,20
198:9,14
229:16 254:18
270:19,22
275:5 278:11
281:20,24
283:4 290:8,9
290:13 321:19
322:2,4,5,12
322:13,15,22
322:23 326:16
329:9 337:16
339:11,18
342:23 349:13
350:12,20
355:10 358:6
367:19 385:2,6
**receives** 132:18
133:14,18
**receiving** 114:9
121:6,8,9,24
122:9 125:18
126:4 134:8
137:21 185:7
198:22 267:7
380:5 401:11
401:13
**receptor** 226:22
**receptors**
197:24
**recess** 73:9
144:5 201:4
217:11 255:14
294:7 340:12
**recitation** 28:15
28:23
**recite** 298:11
**recognition**
154:1
**recognize** 75:18
83:13 186:2,15
186:20 189:7
217:19 219:2

238:9 263:21
291:20
**recognized**
186:17
**recognizing**
283:14
**recollection**
62:20 208:4
**recommend**
59:14 61:16
101:7 104:16
104:23 112:22
113:13 130:7
130:10 214:7
251:13 262:20
**recommendat...**
101:16 112:5
112:12 205:23
209:17 221:16
223:9 234:11
245:14 251:14
261:14,20
266:3
**recommendat...**
49:13,18 50:17
51:8,13 52:21
52:24 53:8
56:15,24 57:2
110:23 113:10
114:20 131:17
157:7,21
158:21 160:17
172:6 173:20
175:16 203:9
210:6,8 214:6
235:16,18
236:8 251:5
363:22
**recommended**
50:23 59:8
60:6,18 61:7
109:20 114:24
131:7 138:13
168:11 223:5
225:13 236:2
248:22 256:2
371:16,21

**recommending**
246:20 247:3
**recommends**
130:21 137:14
**reconfigure**
13:23
**record** 9:4,23
10:11 15:7,12
15:13,15,19
26:4 73:8,12
80:20,21 92:1
92:14 127:9
144:4,8 155:15
179:15,22
180:1 201:3
202:4 217:8,10
217:14 255:13
255:17 294:6
294:10 323:4
338:21 340:11
340:15 349:19
353:18 387:5
409:4,9
**records** 81:2,4
301:14 334:6
348:8 351:18
356:23 357:12
359:16 382:8
382:13,17
383:17 407:5
**recounting**
321:9
**recovery** 184:24
**recur** 376:9
**recurrence**
114:22 115:2
172:8 174:1
227:16 255:23
256:6,15,17
334:5 347:14
349:20,23
**Recurrences**
327:5
**Reddy** 1:13 6:3
6:13,16 9:13
10:4,20 15:1
15:17,20 19:7

21:7,16 26:17
72:10 74:12
82:21 84:18
118:13 127:1
144:10 154:17
163:1 178:16
202:6 216:17
217:16 225:21
229:21 238:2
245:3 255:19
263:7 283:8
284:19 307:1
310:21 320:4
325:19 331:5
340:18 341:2
341:23 342:15
410:5 413:10
**Reddy's** 161:6,8
**reduces** 193:19
222:17
**reducing** 210:2
**reduction** 115:1
327:6
**reductions**
117:21
**refer** 149:23
162:1 175:11
196:21 225:8
260:19 295:1
304:10 327:9
380:7 397:9
**reference** 159:9
162:4 163:9
249:23 257:14
277:10 278:2
303:10 307:9
326:7,7 358:20
382:10
**referenced** 44:2
164:11
**references** 20:15
30:10 159:10
235:5 302:14
329:15,16
**referred** 17:17
268:24 316:8
**referring** 74:22

94:2 124:20
135:23 137:9
164:3 167:21
167:21 182:6
191:24 204:18
206:20 221:12
265:19 266:16
267:5,9 277:16
304:8 393:16
**refers** 220:21
268:11 397:8
397:12
**reflect** 23:14
44:3 338:21
**reflected** 24:5
24:20 31:13
126:9 398:16
**reflects** 95:17
**refuse** 95:18,19
96:6
**refusing** 181:8
381:13
**regard** 131:5
135:14 145:12
211:17 259:20
282:13
**regarding** 49:18
50:10 57:3
99:22 232:13
249:7 276:21
285:21 287:13
299:24 301:16
370:1
**regardless**
103:11 135:20
247:2
**regimen** 55:4
59:5,9,15
60:14 61:4
101:8,12
102:15 103:11
103:12 104:16
104:23 105:8
105:16,17
106:9,10,13,14
107:20 108:3,5
108:8 109:3

110:9,13
117:16,16
119:17 123:10
134:10 136:10
136:11,14
137:20 145:15
146:10 147:1,4
147:5,14,15,17
150:14 162:3
165:8,9,9
169:4,5,6
197:19 199:9
199:11 205:9
205:15 206:5
206:11,18
207:8 208:20
210:11,14
212:8 221:8
222:21 223:21
224:5,9,17
231:19,19
232:9,13,17,19
232:22,23
233:8 239:3,7
239:17 240:5
241:7,9,18
242:8,10,13,13
243:2,23
246:20 247:4
252:3 254:4
257:10,23
258:19 259:3,8
259:23 260:18
268:18 324:22
330:11 331:18
333:9,20
334:12 335:3,4
337:17,17
339:18 346:6
346:14,17
347:5,19,22
348:6,11,13,16
349:6 350:6,16
371:17 373:12
378:17 384:23
385:1,5,8
388:23,23

389:16,16,21
390:10 391:12
391:13,16,17
394:2,4,10,12
**regimens** 51:17
54:22 58:20
59:1,7 102:13
104:10,21
108:9 117:22
119:13 123:7,7
124:2 136:4
151:12,13
153:17,18
157:6 158:17
162:17 164:14
166:13 174:24
178:12 193:17
195:4 209:4
210:11 214:4
220:15 221:3,3
221:9 222:22
223:10 224:21
231:23 233:11
233:14,17
236:2,4 237:11
239:12,23
240:5 241:12
241:15,19
243:5,8 244:3
244:12,15,16
247:24 248:23
248:23 249:5,6
249:8,14
251:17 257:24
280:14 312:4
391:24 392:1,7
401:9
**Registered** 1:18
410:3,17
**regrowth**
270:11
**regular** 50:19
65:16 68:11
69:19
**regularly** 67:10
67:11 68:15
175:10 215:9

215:12,16,17
291:22
**regulation**
294:21 296:16
297:15,16
299:6
**regulatory**
295:1,8 296:19
297:8 298:11
299:14
**relapse** 96:14
**relate** 35:15
204:9 210:21
375:11 377:6
**related** 7:10
35:2 178:22
184:21 188:13
190:1 260:10
271:6 285:22
288:15 335:23
352:23 354:19
356:10 357:5
388:9
**relates** 1:8
182:14 204:13
**relating** 168:22
182:18
**relation** 325:10
406:19
**relationship**
276:5 279:3,21
285:10,11
286:5 355:9
406:12 407:24
**relative** 102:4
117:21 249:7
256:5 410:11
410:12
**relatively** 29:8
61:16 225:13
269:6 386:6
**relevant** 55:3
**reliance** 8:12
11:2,6,16
179:3 341:15
342:6,8,16
357:13 366:8

373:21,23
374:2
**relied** 314:4
**rely** 174:19
202:9,24 295:8
**relying** 151:22
152:1 177:18
**remain** 88:17
93:21
**remains** 89:11
223:21,23
233:8 239:3,6
240:5
**remarkably**
349:22
**remember**
32:16 35:21
61:12 79:1
92:20,23 140:4
141:18 159:23
177:11,13,22
178:1 206:24
207:13 208:4
235:7 349:3
367:8 378:3,10
389:7 397:3
398:2
**remind** 18:21
**remote** 1:12 2:3
2:10,19 3:3,11
4:6,17 5:6,14
5:21 9:9,18
13:9
**remotely** 9:15
9:17 10:5
410:5
**removed** 64:20
223:19 257:10
333:8
**removes** 64:11
**render** 64:4
316:11
**rendered** 53:23
**rendering** 39:24
58:22
**renumber** 74:8
**reopen** 43:16

**repeat** 36:5
55:15 60:20
104:7 132:20
247:11
**repeated** 245:2
**rephrase** 18:6,8
114:12
**replete** 91:12
**replicability**
284:7
**report** 6:18 7:7
14:11 20:14
24:12 25:20,21
26:21 27:7,10
27:21,22 28:9
28:10,14,22
29:1,5,21,24
31:6 34:17
40:18 41:9
44:9 47:13
49:11 52:20
72:18 75:6
77:19 94:5
95:9 97:20
100:1,11
101:20 102:19
102:23 107:13
107:18 111:22
111:24 116:4
130:13,17
131:1 134:16
135:18 136:16
151:9 153:6
154:10 155:1
155:10 157:14
158:5,6 161:5
162:1,6,11
163:8 167:22
168:21 170:4
174:22 181:21
186:24 187:6
187:12,16
188:1 193:3,6
202:8 210:22
232:10 237:20
239:20 240:2
242:19 252:20

Sreekanth C. Reddy, M.D.

255:20 261:8
265:7,9,12
266:9 270:20
271:10 272:1
272:10,20
274:20 275:4
276:10 277:6
277:21 280:23
282:21,24
283:9 286:3,13
286:16,20
287:7,8 288:16
289:8 293:11
294:15 296:8
299:18 303:11
305:4 308:4,18
308:20,22,23
314:18 324:6
324:10,13
326:7 329:14
330:8 335:1
344:15 345:4
345:10,12,13
345:14,20
346:5 352:21
352:22 355:4
356:3,9,17
358:12,14,14
361:21 364:8
369:16 372:7
372:13,17
373:1,3,19,21
374:11 385:14
387:18 388:11
388:14 393:4
393:14,17,19
393:20,24
396:17,17
397:2,8 406:22
407:2,23
**reported** 123:2
157:17 270:1
272:15 274:16
275:6 277:24
278:7,12
280:12 281:21
282:1,11,15

283:5,15 289:9
310:4,9
**reporter** 1:18,20
9:24 18:16
92:17 247:16
273:7 307:20
353:15 410:3,4
410:17,18
**reporting** 9:19
39:10 303:16
358:7
**reports** 152:6
246:11 274:2
276:6 351:21
356:24 358:5
383:9
**representations**
47:17 96:18
**representative**
248:21
**represents** 36:9
**request** 23:20
81:2 408:18
**requested**
392:24
**require** 289:21
300:10,11,11
**required** 27:21
294:22 295:20
327:6
**requirements**
58:10 296:20
296:21 297:14
**research** 29:23
31:12 32:14
33:20,24 37:8
38:22 41:11,23
49:16 56:24
58:7,8 60:13
62:24 63:12,13
63:17,19 85:23
174:10 182:8
182:15 212:16
276:2,17 292:4
343:21 357:2
**researched** 59:2
95:3 271:4

**researcher**
401:18
**researchers**
343:19
**reserve** 340:2
**residency** 45:16
47:3 67:2
70:22 71:16,22
76:19,24 77:11
78:3,6 80:6
83:15 176:17
176:19
**resolves** 112:4
261:14
**resource** 51:16
54:21 175:10
177:8,21
**resources** 50:6
113:13 175:5
176:4 178:4
264:15
**respect** 32:6
199:14 270:2
272:15 375:4
**respectively**
26:24 122:17
**respond** 29:17
337:2
**response** 20:18
20:19 106:4
242:14,15,15
242:24 333:5
336:20 389:12
389:22 390:9
399:15
**responses** 6:14
396:6
**responsibility**
97:15
**responsible**
20:13 31:20
298:20,24
299:2 394:4,6
394:24
**restate** 105:3
**result** 135:3
169:12 242:10

254:19 255:1
298:16
**resulted** 122:4
122:13
**results** 44:16
75:16 76:1
77:7 102:16
109:8 137:20
267:3 268:6,9
290:6 327:11
350:6 361:6
362:10 363:5
**resume** 374:13
**retained** 16:18
17:5,23 20:8
22:5 36:10
180:17 343:6
**return** 255:20
411:11
**reveal** 38:22
95:12
**reveals** 157:7
**reversal** 212:8
**reversible**
180:22 186:5
**review** 7:9 25:18
25:20,20 29:20
46:14,15 50:19
54:24 95:16
101:2 117:9
130:12 148:13
151:15 182:20
183:19 218:21
219:2 232:8
247:19 264:12
276:9 280:21
281:9 285:18
287:12,13,20
288:2 359:11
359:12 366:7
367:15 381:1
387:3 401:5
406:3
**reviewed** 20:2,4
44:16 71:11
75:8,9 117:8
128:1,7 140:19

157:13 180:4
193:1 197:2
198:17 199:20
218:22 265:7
265:10 280:1
288:13 301:12
301:13,15,15
325:9 326:11
351:18 352:5
352:16 355:7,7
357:5 362:9
363:4 372:22
382:17 383:17
393:19 405:20
406:19 407:1
407:14,16
**reviewer** 365:23
**reviewing** 36:19
49:14 119:23
182:17 265:24
286:6 321:6
328:14 348:7
**Rhone-Poulenc**
88:8,18,20
89:4,14
**riding** 176:12
**right** 15:5 16:4,5
18:18 23:17
24:4 25:10,24
28:18,19 29:14
31:9 35:6
36:16 37:10,18
37:22 38:2
41:6 42:1
45:20,21,23
47:6,18,19,22
48:1,9,15 49:9
49:23 50:7
51:18,19 54:5
57:4,21 59:18
60:8 63:24
64:12,20 65:4
67:5,8 68:12
70:20 71:18
72:12 74:16
76:12,14,20,21
77:22 82:16

Sreekanth C. Reddy, M.D.

86:7,18 88:5
89:18 90:12,20
94:4,10 97:12
101:9,18
102:19 103:2,4
103:5,7,23
104:14,16
108:23 109:5
109:13 110:17
112:21 113:1,6
113:16 115:10
115:14 118:2
120:13,19
121:1 123:9
124:8 126:10
127:18 128:6
129:24 130:3
130:13 132:19
133:1,5,8,10
133:11 134:5
134:24 135:9
135:12 140:9
144:24 148:22
149:15 156:3
156:19 157:24
158:3,12
160:10 166:5
166:19 168:6,7
168:24 169:3,7
169:21 170:2
172:13,14,17
173:4,13,14
174:1,7,15
175:7,8 176:11
176:13,14,23
177:1,2 182:1
183:23 184:14
188:7,23
189:16 190:1
190:15 193:8,9
193:12,13
196:9 197:6,17
197:18 199:24
200:16 202:20
209:11 211:13
216:14 218:2
221:22 222:1

222:11,12
223:11,16
225:20 226:7
233:24 234:17
235:18,21,23
237:3,21 238:9
238:16 241:10
242:5 243:3
244:18 245:15
245:17 246:18
247:2 248:11
252:2,9 253:7
253:13 254:13
254:19,23
255:1,4 256:21
256:21,23
257:2 258:10
259:6 261:3
262:11,15
264:9 268:2,17
271:15 273:2
273:23 274:15
274:21 275:3,3
275:11 276:14
278:4,5,14
279:5,8,9,13
279:23 280:7
281:23 282:17
283:6 291:4,6
291:10 294:17
295:17 297:6
297:10,17
298:3,17
299:12 300:3,8
300:14 301:3,4
301:5 302:3,4
302:19 303:5
303:10,20
304:11,12
306:3,5 308:21
311:19,23
312:1 313:2,8
313:12,18
316:3,7 318:12
320:13 321:3
321:24 322:23
324:18 327:8

329:11 330:5
331:11 339:22
351:11 365:21
378:9 380:15
382:8 392:18
393:18,23
396:11,18,23
397:6,14,16
398:2,20
400:23 401:23
402:3,10,11
404:6 405:7
409:1
**right-hand** 19:1
75:24
**righty** 13:4
19:22 73:14,17
86:17 164:6
208:6 217:16
219:8 255:19
294:14 321:8
**rigorous** 178:2
186:21
**rise** 189:16
**rises** 189:11,12
**rising** 273:19
**risk** 115:2
117:21 119:6
131:12 134:21
146:18,22
147:2,3,16,22
148:3,15 150:1
151:4,11,19,20
152:7,15 153:8
153:15 156:18
167:17 169:22
172:8 174:1
185:10 193:19
224:16 225:11
225:11 227:24
228:3,6,8,20
228:22,24
239:16,21
240:3,3 247:20
256:11 269:21
315:3 316:17
318:8 325:5

326:9 329:21
368:2 379:4,12
379:14 390:13
390:14 401:8
402:15
**risks** 97:11
148:21 156:21
161:19 225:1,3
229:7,10 233:1
258:2 260:10
296:1 405:1
**Road** 1:15 3:21
**Robert** 5:21 9:4
14:22
**Rocky** 311:6
**Rogaine** 67:13
**role** 298:6,12
376:20
**roles** 171:23
375:13
**rolling** 127:14
**room** 127:20
390:24 409:5
**Roosevelt** 45:13
76:20 78:18
81:3,3 83:23
**rooster** 189:12
189:13,15
**roosters** 273:19
**Rorer** 88:8,18
88:21 89:4,14
**Rosic** 382:12
**rotates** 33:14
**rotation** 67:7
**ROTOLO** 4:6
**rotolo@chaffe...**
4:12
**roughly** 24:7
**rounds** 129:14
129:14
**route** 154:23
**rudimentary**
389:24
**ruins** 317:20
**Rule** 6:18 7:7
26:21 27:11,16
27:23 28:4

**rules** 17:22
27:12,17 91:22
92:4 364:3,6
**run** 92:12
**running** 22:17
354:2

─────────────
            **S**
─────────────
**S** 5:6 6:11 9:1
**safe** 38:21 405:7
**safest** 159:21
**safety** 35:24
36:22 38:6
39:1,12 40:4
40:12 55:13,24
76:10 242:2
365:23 366:13
366:18,21
**SAGENT** 5:4
**San** 2:22 86:6
214:22 215:10
215:22 216:5,8
**Sandoz** 1:9 3:10
6:14 9:11
35:20 36:8,14
37:23 38:5,22
40:10 97:10
203:6,12,13
204:4 295:20
298:20 299:2
346:16 365:19
366:10,14,15
366:18 367:23
403:20
**Sandoz'** 296:10
**Sandoz's** 38:4
38:20 39:8
40:2 298:14
346:24 368:6
**Sandoz-specific**
366:1
**Sandoz-spons...**
35:24 36:21
39:10
**Sandy** 32:20
48:16,17
**Sanofi** 37:16,24

Sreekanth C. Reddy, M.D.

46:15 315:3
366:2 399:18
399:18 400:4
**Sanofi's** 40:1
46:18 80:21
**SANOFI-AV...**
3:2
**satisfactory**
111:14
**satisfied** 270:10
**save** 306:18
337:23 338:8
348:17
**saved** 337:9
339:7 346:14
**saves** 338:10,13
339:13
**saving** 346:8,17
346:20 375:19
394:5,6,24
**saw** 34:1 90:19
130:15 160:7
314:20
**saying** 62:3,4
89:9 100:14,15
147:9 152:20
243:15 244:2
244:10,21
245:3,8 290:2
315:23 316:18
316:20,22
317:12,13
318:20 392:11
394:16
**says** 32:9 75:15
75:16 76:1,7
76:16 79:20
91:7 112:3
119:4 121:5,16
121:22 122:18
122:21 129:10
132:5 135:9,10
159:12 167:14
181:6 184:15
184:23 197:8
197:18 221:20
222:10 226:19

231:7 249:1,2
249:11 266:2
275:5 297:20
298:15 302:7
302:17 307:10
308:12,23
309:18 322:17
327:13 346:15
362:5 363:2
364:12 381:11
401:12 402:5
**scalp** 66:11 70:2
70:24 71:1
185:11
**scalps** 70:16,17
**scans** 170:17,17
**scary** 242:22
**scenario** 61:21
263:1 366:21
**scenarios**
221:24
**schedule** 250:8
**schedules** 185:2
221:8 248:22
249:13 250:11
**School** 316:14
**Schwartz** 91:13
**science** 36:20
58:8 147:3,7
**Sciences** 316:14
**scientific** 59:17
186:16,21
187:7
**scope** 28:2
**score** 171:19
**Scott** 311:6
**screen** 14:2,24
15:3 18:24
19:2,13,14,19
21:3 74:19
82:17 83:3,12
85:5,11,13
118:19 127:24
154:21 163:23
178:23 219:19
226:12 263:24
312:15 320:2,8

330:23
**scroll** 19:6 220:4
**search** 211:11
212:24 213:17
213:24 237:17
273:11
**searching**
196:10,16
**second** 82:24
88:14 108:4
109:2 112:2
126:21 141:19
141:20 142:24
170:12 208:15
219:2 248:19
261:11 262:24
265:22 286:7
296:8 302:4,16
310:17 321:1,1
368:22 378:18
384:8 386:5,14
391:12,16,23
**secondary** 71:5
194:20,21,22
195:5,9 229:11
327:1
**section** 1:6
12:15 76:1
86:12 89:9
94:7 119:10
128:13 173:9
192:19 226:19
227:8,9 248:16
264:10 266:19
266:23 268:3
293:11 294:16
294:22 295:15
296:9 311:22
327:11 381:3,5
**sections** 296:16
358:13,18
**Sedlacek** 8:1
306:7 307:10
308:13 310:9
310:16 311:2,6
311:20 312:17
313:15 323:6

329:3
**see** 12:22 14:3
19:1,4 31:16
34:5,7 60:11
65:6,16,23,24
66:3 67:11,15
67:17,19 69:18
74:2 75:15
76:5,11 77:7
83:13 85:8,12
86:20 87:14
88:12,23 89:5
96:10 115:4
118:8 120:24
124:15 129:4
131:19 137:13
138:24 142:21
143:15 145:21
145:22 148:14
152:24 153:2
158:20 159:15
164:8 170:5
175:12 184:13
185:14 188:20
189:1 197:17
226:11 227:11
235:12 245:19
253:3 262:9
263:13,23
269:22 270:9
271:18 280:15
286:12 289:20
289:23 292:9
296:12 309:12
309:16,23
321:8 324:17
326:12 332:5
345:9 346:4
349:7 350:23
352:10 364:11
364:13,18
366:12 367:18
375:8 378:12
380:7,14 381:5
382:10,14
383:16,21
385:12 387:16

390:22,23
391:9 395:1
396:21 398:4
401:16 402:24
**seeing** 77:3,9,24
78:6 80:14
90:18 139:22
152:2 159:19
160:1 176:20
176:21 370:5
374:20 402:22
**seen** 35:23 36:21
38:4 84:8,14
86:14 92:21
136:17 147:6
158:15 180:15
184:5 219:5,7
238:18 260:14
280:10,11
286:22 365:12
365:19 369:9
373:10 374:15
374:20 383:2
403:6
**sees** 375:12
382:18
**segments** 358:13
**select** 55:3
**selected** 103:12
**selecting** 170:13
250:12
**sell** 96:17
**sells** 39:2 40:13
**semi-annually**
50:22
**send** 112:13,15
263:17 408:10
**sense** 43:9 47:7
234:7 238:17
249:7 314:8
370:7 374:14
**sensory** 143:2,7
145:16 151:4
153:16 239:21
240:4 261:5
**sent** 86:24
216:21

sentence 27:10
28:13 40:21
44:10,11 88:15
112:2 115:4
129:1,5 134:16
135:2,8 174:4
174:18 180:20
278:6 306:5
308:12 309:14
311:7 362:5
381:17 402:4
sentences 18:22
separate 22:23
41:12 240:8,11
separated 17:4
September 1:16
9:7 25:6
218:14,15
sequence 190:9
206:20
sequencing
205:14,19,24
206:7
sequential 168:2
169:5,6,11
sequentially
150:24 169:2
series 18:1
184:23
serious 125:17
seriousness
240:3
serve 17:11 22:5
36:10 221:21
234:24
served 20:3
35:18 42:11
serves 375:15
services 1:22 9:6
64:5 65:3
serving 27:14
173:18 182:9
session 73:5
127:10 132:12
132:16 202:1
247:6 396:10
sessions 135:4

216:10
set 151:7,9,16,18
153:7,14 161:8
237:11 272:1,8
276:10 280:22
282:2 284:3
286:15 288:16
405:1 410:9
sets 220:13
221:7 315:11
315:12,13
setting 62:13
117:15 136:11
139:13 145:19
151:13 153:18
192:21 204:4
236:3 251:17
272:23 337:18
settings 12:20
setup 220:1
setups 222:6
seven 14:19
34:24 35:10
155:16
severe 8:5
152:16 154:6
181:8 222:18
239:16 320:15
381:13 383:18
severity 171:24
240:2 267:16
share 19:13,14
21:3 73:22
74:19 82:20
85:5,10 118:19
127:23 162:23
163:23 178:20
178:23 219:18
226:8 320:2
327:20 328:3
330:23 404:10
408:21
shared 93:22
110:15 111:10
113:8 117:18
241:24 243:9
247:6 248:4,8

263:12 265:11
265:13 266:6
266:10,14,20
307:6 347:21
386:20 387:6
387:17 404:16
sharing 82:17
83:2 126:22
164:9
sharpener
377:22 378:1
she'd 254:17
sheet 411:6,9,12
413:7
shift 231:18
SHOOK 3:4
short 340:8
short-acting
228:18
short-term
267:12
shorter 230:16
Shorthand 1:19
410:4,18
shortly 180:16
408:11
shot 222:15,16
show 37:13
121:17 159:4
164:23 190:8
195:3,7 199:7
263:3 273:12
282:19 305:21
316:24 317:7
317:15,18
329:21 333:3
335:9 336:19
379:17 386:2
showed 124:16
313:22 315:15
318:1,6 380:17
381:4 383:6
showing 19:16
19:18 335:13
335:16
shown 10:18
108:10 162:16

325:4 353:6
shows 126:10
147:7 152:7
154:6 165:7
166:17 187:12
289:14 335:11
338:10,13
shrink 334:4
shrinking 390:8
sick 159:18,22
side 83:12
173:24 220:14
243:5 259:10
376:8,12,13
378:13 379:2
side-by-side
123:8
sidebar 204:12
sign 10:21 131:8
217:2 408:5
411:8
signature
344:18
signed 345:5
significance
290:23 316:6
317:1
significant 8:2
148:16 151:11
151:19 156:21
289:8 305:7
306:1 313:6,22
314:7,16 315:2
315:16,24
316:1,17 317:9
317:16 318:2,9
318:14 332:6
345:2 360:18
369:17 383:6
390:14 391:22
394:9 402:7
405:23
significantly
121:7 126:5
151:3
signs 171:9
similar 103:21

116:10,22,23
119:18 120:5
120:17 375:13
similarity 117:2
similarly 159:2
253:12 306:6
308:12
simple 245:23
258:11
simplicity
193:21 195:15
199:21
simply 36:18
42:12,17 80:14
95:19 96:4
158:19 183:20
256:22 290:20
296:24
single 59:10,15
60:15 61:4,23
61:24 66:3
191:11,11
213:11,13
214:4 335:1
391:6
sir 16:8,16 18:14
22:3 29:3
30:19 31:4
43:24 48:12,16
73:16 128:8
165:20 192:18
207:12
sit 17:4 29:19
40:9 62:11
78:17 117:20
138:7 179:15
335:9 370:14
site 31:19 78:19
sites 78:13
sits 113:18
sitting 403:5
situ 97:24 99:18
99:18 100:17
situated 253:13
situations
291:12
six 14:19 35:12

41:24 42:2
43:5 133:14
155:16 167:13
309:15 349:18
350:24 403:9
**six-month** 25:7
**size** 246:14
257:17
**skin** 65:19,22,24
66:1,2,4 70:18
**slight** 405:23
**slightly** 119:19
120:6,14
**slow** 363:11
**slower** 84:24
307:20
**slowly** 85:3
**small** 22:14 32:2
32:7 98:7
159:20 290:3
291:23 313:18
340:2
**smaller** 290:23
291:7
**Smith** 338:17
**socially** 180:24
**society** 175:1
202:16 203:2
204:7 214:11
214:15,23
333:16
**softball** 56:22
**sold** 36:15
**sole** 88:18
**solid** 30:22 31:2
**somebody** 29:16
45:18 58:17
78:1 79:18
80:13,15 148:4
187:16 242:24
259:4,11,14
293:13 349:11
375:16,17
382:18 403:4,4
403:10
**someday** 398:9
**sorry** 34:4 47:11

48:3,4 65:11
65:14 71:9
74:1 87:15
88:3 92:6
95:15 104:6
111:5 113:1,16
124:22 167:9
179:5 204:23
207:20 226:2
230:14 236:24
249:18 304:14
312:7,11,16
314:12 363:10
367:4 371:8
374:1 378:23
379:23 385:3
**sort** 15:8 97:19
146:3 174:17
205:4 371:17
**sorted** 280:20
**sound** 295:4
**sounded** 189:4
**sounds** 13:16
25:10 109:5
144:1 262:18
293:14
**source** 157:23
**sources** 138:12
139:20 380:21
**South** 5:16
**space** 19:4
263:12 411:6
**Spain** 86:6
**Sparano** 7:3,5
117:4,5,24
118:6,18
129:16 133:21
134:2,12
135:15 138:2,6
139:9 144:16
144:17 150:15
338:12 339:10
376:23
**Sparano's**
122:24
**spatula** 300:15
**speak** 12:4 68:8

136:16 206:22
219:6 296:1
319:24 371:8
**speaker** 15:22
**speaking** 9:20
65:12 169:18
228:24 292:4
319:14 338:15
338:17 350:2
**speaks** 15:2
**specialties** 34:15
**specialty** 361:17
**specific** 29:11
31:20 54:17
61:8 62:19
63:8 90:4
105:24 107:21
108:8 166:10
180:11 184:1
186:22 222:16
224:17 244:15
244:16,23,23
248:21 252:4
254:11 257:14
258:21,22
259:9 260:15
260:18 273:12
276:2 280:17
281:20 285:17
296:19 297:7
342:13 348:11
355:20 357:2
365:16 366:20
373:18 376:3
389:15 394:2
**specifically**
90:24 104:11
107:17 143:17
154:11 190:7
199:13 206:19
210:9 218:6
227:19 232:18
257:3 268:21
276:18,22
286:10 296:4
318:20 323:7
326:20 355:22

365:19 388:17
**specificity** 236:3
237:11
**specifics** 79:8
351:6 359:17
**specified** 364:4
**spectrum**
371:15
**speculate**
350:15
**speculative**
350:17
**speed** 181:18
**Speed-reading**
170:9
**spell** 207:18
**spend** 351:12
**spent** 26:5 353:8
355:14 360:19
369:17 377:1
389:2 395:14
395:20 406:4
408:12
**spite** 93:4,19
**spoke** 246:19
247:3
**spoken** 233:5
**sponsored** 203:5
366:1
**sponsoring** 46:3
**sporadic** 215:18
**spread** 96:14
171:5,8,13
349:16
**Springs** 32:20
48:16,17
**squamous**
208:13,16,18
209:22 211:17
212:6 213:4,6
213:13
**square** 70:2
**squared** 185:9
**squint** 12:21
**Sreekanth** 1:13
6:3,13,16 9:12
10:4 15:20

410:5 413:10
**St** 17:14 45:13
77:10 83:22
362:18
**stage** 36:3 37:1
51:9 55:14
56:1,10 60:16
60:17 61:5,6
62:13 94:15,22
97:23 98:6,11
98:20,23,24
99:9,18 100:23
100:24 105:24
114:10 116:19
125:19 139:13
153:19 204:10
228:2 257:18
257:19 332:17
335:5 392:3
**stages** 100:19,22
**staging** 257:16
**staining** 171:17
**stand** 81:16
345:4,12,13,14
346:12 363:6
386:10
**standard** 105:10
156:23 191:16
209:17 253:12
254:8 294:20
296:21
**standard-dose**
184:16,19
**standards**
174:11 236:1
363:21
**standing** 169:18
**standpoint**
38:15 69:14
334:8 347:16
366:5
**stands** 127:18
**start** 27:8 51:6
122:6 203:1
253:1 282:20
306:6 341:13
390:4 403:7

Sreekanth C. Reddy, M.D.

started 14:6
17:22 82:8
176:16,20
202:11 208:5
238:19 340:9
starting 197:21
252:18,19
starts 40:21 41:8
156:17 184:11
193:14 264:24
309:15 324:11
state 4:19 15:19
27:10 31:5,6
34:16,17 49:12
79:24 114:20
134:15 152:7
161:17 250:7
255:22 270:18
272:13 323:3,7
324:13 411:5
stated 174:21
199:19 255:21
275:19 331:21
373:8 399:7
401:21 407:23
statement 30:1
30:23 31:14
93:21 100:5
111:19 113:22
136:23 146:3
151:2 154:2
162:2 164:11
165:19 168:14
168:16,21
169:15,21
181:4,12
188:14 194:3
200:3 244:20
250:17 262:4
268:4 274:10
274:19 275:2
277:20 287:11
287:21,23
288:10 293:5
296:7 298:14
308:9,20 309:2
309:8,9 323:2

323:21 339:4
362:12,13
363:6 368:22
395:5 406:11
406:15,16
statements
185:17
states 1:1 47:14
94:10,16
121:13 157:20
159:3 185:6
324:14 332:13
380:3 399:12
stating 166:6
296:24
statistic 70:12
statistical
114:21 196:13
196:22 255:23
256:6 290:23
291:16 293:2
305:21 313:22
316:6,10,24
326:23 336:13
statistically
151:10,19
289:7,11 305:6
305:24 315:2
315:15,23
316:1,17 317:9
317:16 318:1,9
402:7
statistician
197:1
statistics 196:20
322:19 376:5
status 171:18,19
246:17,19
250:18 251:19
257:18
STENOGRA...
74:9 118:11
340:22 385:3
stenographic
9:23
stenographica...
410:8

step 182:23
262:7 369:21
steroid 156:18
157:5 158:15
steroids 136:4
136:19 157:1,1
160:2
STEVENS 2:19
Stewart 1:9 9:11
53:23 54:7
101:9,13 108:1
108:1 146:6,9
146:13,17
238:14 243:15
251:9 276:3,6
276:22 281:3
301:14 324:22
330:14 334:4
334:23 347:4
348:9 351:2,14
352:24 355:10
357:6 375:24
376:4 383:18
383:24 385:7
387:4,18,20
388:1 394:11
406:12
Stewart's 28:18
101:5 144:23
145:1 222:21
242:12 278:1
284:1 285:4,17
288:4,13
299:22 301:11
301:24 333:22
337:14 348:8
354:20 359:22
382:6 388:18
408:1
sticker 164:8
stimulate
227:15
stimulating
228:18
Stimulatory
226:20
stop 82:16 91:15

91:16 126:22
131:9 164:9
200:22
stopped 318:12
store 211:12
story 334:17
388:16
Street 2:14 4:9
4:19 5:8,16
strength 281:1
282:4 284:6,11
323:13
strengthen
279:11
stress 271:1
strike 55:19
57:11 62:21
109:24 228:1
250:1 270:4
337:20 352:21
strings 392:14
strong 289:13
structure
302:20
studied 38:23
193:11 281:10
291:13 365:11
382:8
studies 35:5,7,8
35:10 37:14
38:4 39:11
41:4 56:14
117:15 151:16
159:3,20 162:8
209:5,7 289:17
291:24 306:8
307:11 308:14
311:8 313:18
313:21 314:22
315:1,22
316:24 317:15
322:9 323:4,21
324:1 329:17
329:20 365:13
study 7:21 8:8
37:5 38:24
40:12 43:20

44:17,20,22
45:18 46:7,11
46:24 47:2
56:6,7,10,12
71:4,24 72:18
72:20,21 76:4
76:14,18,23
79:6,18 80:23
81:6,12 82:2
83:9,20 84:6
85:13,15 86:5
88:8,9,22 89:2
89:9,15,19
90:15 93:16
117:4,10,24
119:3,11,16
120:4 121:13
122:24 124:9
126:18 129:18
144:16 191:6
193:2,6 195:2
195:6,14 196:7
196:15,17
197:3,18 198:6
198:6 199:3,7
199:8,16,18,19
200:6 207:1
208:21 211:19
212:19 214:2
289:19,21
290:21,22
291:23 307:14
307:15,21
308:7,10 316:4
317:24 322:9
322:15 326:24
328:10,16
332:4,18,21
335:1 336:14
339:10 342:16
353:5 360:19
384:6,15
397:11 399:6
studying 200:3
351:14
stuff 47:21

Sreekanth C. Reddy, M.D.

subcutaneous
226:15
subgroup
200:11,13
401:7
subgroups
49:19
subject 145:20
240:24 257:8
266:8
subjective
382:19 383:9
subscribe
217:21
Subscribed
413:16
subsequent
327:6
subsequently
275:6
substance 413:7
substantial
351:12
substitute 222:1
substituting
195:20
substitution
194:11 195:18
suffer 96:13
259:24 272:3
297:20 361:5
suffered 145:16
187:13
suffering 67:23
376:11,13
383:18
sufficient
228:22 296:11
suggest 213:3
383:17
suggested 131:7
237:10 401:8
suggesting
184:23
Suite 2:21
suited 134:20
sum 340:2

summary 29:9
221:20
sun 4:14 189:11
189:12,16
262:13 273:19
sunrise 189:13
superior 116:18
164:19 166:7,7
331:19 335:3
399:13
superiority
399:21 400:8
supplemental
126:18 127:24
140:1,13,17,18
140:20 144:16
Supplementary
7:5 121:17
140:11 191:24
supplementati...
271:19
supplied 88:8
support 59:17
62:6 104:15
188:9,11
222:13,14
223:2,7,15
224:10,12
233:20,23
234:13 302:17
314:14 315:22
318:11,13,21
318:22 323:17
323:22 324:2
326:17 329:10
343:21 384:16
384:18 385:2,6
405:21 406:16
Supported
220:22
supporting
159:11
supportive
111:9 128:14
128:19
supports 59:5
162:2 164:12

166:1,12
186:22 203:18
317:23 322:16
400:8
sure 15:9 17:23
18:2,9,23 36:7
48:20 51:23
55:17 60:4,23
61:9,19 68:21
69:11,16 73:6
74:16 79:4
81:8 86:16
91:20 92:22
94:1 105:5
109:15 111:2
116:1 120:3
131:16,20
132:21 134:14
143:19 144:1
147:11 148:24
154:9 155:12
157:23 159:11
163:14,21
165:22 168:19
173:7 184:10
188:23 189:18
191:7,19 194:7
194:18 195:13
207:17 211:6
212:17 215:7
218:3 234:22
248:2 256:3
265:23 276:20
285:1 288:8
300:10,13,15
300:20 302:10
302:13 305:14
314:24 320:2
320:24 324:1
327:12 341:16
357:19 365:16
396:4,9 398:5
403:19 406:10
406:14
surgeons 173:6
surgery 102:15
106:5 348:22

351:20
surgical 64:7
surgically 64:11
survival 102:17
109:1 119:19
120:7,22 121:5
121:7 162:17
164:14,15
166:14,15
195:1,2,22,23
196:8,8 199:14
199:15 200:12
200:13 264:19
339:12 347:1,7
347:15 399:14
survivors 228:3
229:14
survivorship
264:21
suspect 53:11
104:4,9 337:9
suspicion
171:12
swear 10:1
switch 143:23
232:19
sworn 9:16 10:5
410:5 413:16
symposium
214:23 215:10
215:23 216:7
symptomatic
156:21
symptoms
171:10
syndrome 229:4
syndromes
228:4
system 77:12
103:17
systematically
302:2
systemic 7:10
157:10 178:22
180:23
Systems 1:19
410:3,18

T
T 6:11 199:23
200:16,18
212:8 251:19
412:1
Table 121:16,17
124:13 140:17
140:17 308:23
336:5,6
TAC 76:8 77:5
103:12,18
104:16 105:17
106:5,9,13
116:6 119:17
120:5 123:10
133:14 134:10
136:14 137:21
147:1,13,17,23
150:14,15
151:1 166:7
168:5 193:11
193:16 194:6
195:15 198:13
220:24 222:7
231:19 232:9
232:13,16
233:7,20 239:6
239:11,17
242:13 243:2
250:12,13
251:15 253:17
254:4,5,13,19
254:24 257:10
257:10 258:1
258:19,24
259:2 304:21
305:2,5 318:7
322:9,14 329:8
329:9 337:16
347:5 350:12
359:18,18
372:10 373:11
384:23 385:1,5
385:8 388:23
389:16,19,19
389:20 390:10

394:10
**take** 17:3 23:5 31:3 73:3 109:18 115:13 118:5,17 125:24 126:13 140:8 143:23 144:14 148:11 159:20 200:24 217:6 218:8 219:1 236:15 255:9 262:9 271:19 288:11 292:8 293:21 294:4 308:8 310:17 340:8 353:11,21 356:16 358:13 358:19 376:18
**taken** 10:15 73:10 144:6 201:5 217:12 255:15 294:8 340:13 410:8
**takes** 146:23,24 147:14 394:21
**talk** 18:17,20,20 21:14 25:11 44:7 117:21 129:8 139:15 171:16 174:3 196:24 235:10 261:22 267:20 267:21,22 277:2 302:15 309:9 332:23 336:23 351:5 370:14 391:8
**talked** 64:1 101:4 205:15 234:23 261:7 263:4 273:18 315:7 332:2 343:14 364:10 381:7 384:11 390:11 391:22 397:4
**talking** 14:23 15:5 48:19 106:19 134:19 137:5 144:15 161:16 204:20 222:20 227:20 239:10 275:16 296:4 322:8 353:14,17 377:8 396:15
**talks** 167:3 205:18 274:11 315:21 381:11
**tamoxifen** 197:5 197:20 198:2,9 198:15,20,22 198:24 199:13 200:9
**targeted** 172:23
**task** 211:15
**tasked** 96:21 158:2 274:9 283:2 333:18 354:14
**tasks** 26:6
**TAX** 7:1 37:6,11 43:20 44:2,13 45:9 46:11,19 47:1,8 71:12 71:20 72:2,12 75:20 76:14,23 77:20 80:22 81:5 82:2 83:9 84:6,23 85:13 90:19 93:15 118:9 191:21 193:3,11 197:3 198:7 199:3 288:17 289:2,7 303:15,23 314:21,22 338:10 361:23 362:7 399:20 400:7
**taxane** 108:2 121:18 125:18 162:8 166:2 254:6 306:8 307:12 308:7 308:15 309:3,4 310:16 311:9 313:16,23,24 313:24 320:19 323:5
**taxane-contai...** 164:13 166:13 167:16 401:9
**taxanes** 7:8 128:21 162:15 163:18 164:23 165:13 166:1,3 166:21 323:7
**taxanes-conta...** 378:17
**taxoids** 8:10 331:13
**Taxol** 103:12 106:13 107:1,6 107:20 116:18 117:16 123:7 123:13,13,17 123:20 124:10 130:2 131:6,14 131:15 136:5,5 136:10,10,22 137:19 144:20 145:18,23 146:19 147:4 147:21 148:15 151:2,12,21 152:3,7,15 153:4,8 154:2 154:6 160:3 161:18 162:2,2 164:20,23 165:9,15 168:6 168:22 169:18 169:24 205:19 205:24 206:6 206:10,12 208:18 212:8 212:22,23 213:1 234:18 240:16,23 254:6 259:5,6 259:7 282:14 289:12 290:8 317:19 322:3,5 322:15 325:2 330:13 334:20 337:16 338:12 339:17 350:6 350:15 390:14 390:22 391:1 393:7 399:10 402:15 404:2 404:11,11
**Taxol's** 161:23
**Taxol-AC** 206:10,20
**Taxol-contain...** 239:22
**Taxotere** 1:4 7:6 37:17,19,20 38:1 47:7 116:18 123:14 123:14,16 133:5 144:19 150:23 151:13 151:21 152:3 152:22 153:9 153:17 165:9 166:6 168:5 194:11 222:7 223:10 276:11 322:23 324:14 332:12 337:6,8 337:10,11,23 338:3,6,8,9 346:16,24 354:19 365:9 365:14 393:2,8 393:10,11,16 393:22 394:22 399:8 400:5 404:2,17
**TAXOTERE/...** 4:16
**TC** 222:22
**teaches** 316:15
**team** 80:17
**Technically** 309:24
**tee** 73:4
**telephone** 15:3 25:19
**tell** 12:20 13:1 14:20 28:4 34:11 42:15 45:6 73:2 143:20 159:13 171:4,7 200:20 201:1 254:24 255:5 259:21 262:14 297:19 320:22,24 322:1 326:21 334:18 372:24 374:23 377:10 383:23,24 394:20
**telling** 298:13 322:4
**tells** 189:15 402:14
**telogen** 68:6
**template** 287:10
**temporality** 267:21 323:22 368:20
**temporarily** 96:5
**temporary** 95:4 95:20 185:19 186:5,9 267:17 268:10 297:2 364:22 368:17
**ten** 42:4 127:16 289:9 290:9 303:23 355:19
**tended** 242:14 380:4 401:10
**term** 57:11 267:10 277:14 313:6 347:21 355:22
**termed** 199:5 315:3

Sreekanth C. Reddy, M.D.

terminology
99:13,15
267:14
terms 213:2
341:10 351:12
356:8,20
357:17 358:1
359:24 364:20
365:23 374:24
379:4 380:19
382:7 387:17
399:13 405:19
test 55:12 200:7
289:19 293:1
402:5
tested 335:6
testified 10:6
14:13 46:20
239:19 383:22
testify 36:20
53:19 54:16
145:13 146:6
146:11 297:17
334:10 337:6,7
337:13,23
410:5
testifying 28:17
40:1 295:18
339:4
testimonies
352:15
testimony 63:11
78:16 84:5
90:22 99:24
145:5,14 234:9
258:17 283:12
283:13 301:15
317:3 351:24
352:1,5,10,13
352:14 355:8
356:23 357:11
359:19 366:12
367:16,18
374:23 383:22
387:4,20 399:5
410:8
testing 55:23

171:17,18
366:19,22
testosterone
271:19
text 156:16
Thank 12:8
74:11 75:2
111:24 247:15
249:19 340:23
348:2 385:19
386:16 405:12
408:2
Thanks 15:24
23:18 294:14
therapeutic
247:22
therapies
110:20 115:3
115:19 172:24
256:7
therapy 7:11 8:6
49:18 57:3
102:16 114:24
121:19 125:22
148:17 153:1
168:3,3 172:23
178:22 180:23
198:2 199:13
200:9 205:21
206:3 208:16
243:24 256:1
264:18 320:17
337:10 339:20
348:22 371:21
376:12
thereof 286:5
thing 13:22
18:15 62:19
152:12 159:23
176:6 192:13
200:4 230:9
242:22 244:11
254:13 259:6
282:17 306:11
320:3 337:1
341:13 370:22
386:5 400:12

403:8,12 405:6
407:18
things 10:11
18:18 22:18
68:19 101:3
114:2 115:16
134:11 135:1
158:4,6,11
159:14 160:24
174:12 176:9
182:2 189:24
196:5 202:23
208:23 224:12
225:7 237:14
246:8 252:22
253:4 258:9
271:1 273:20
280:4 282:20
333:13 336:24
341:11,12
344:9 345:17
355:20,21,23
359:24 360:13
372:3,18,21
375:22 386:1
391:8 392:24
396:24 402:9
402:24 403:15
407:13
think 11:4,9
14:18 16:2,12
16:22 17:13
26:10 29:8
34:24 40:20
44:22 49:6
50:18 51:2,24
52:18 56:2
71:9 74:17
80:4,17 97:2,5
97:20 98:21
102:22 103:5
109:8 112:13
117:8 118:18
123:5 128:12
128:24 131:3
140:6 143:19
155:11 159:22

160:7,24 177:6
177:12,23
178:24 181:16
183:17 191:23
192:11 197:16
198:16 199:5
200:2 206:14
207:3,16 208:1
212:13 213:18
217:4 218:11
221:14 223:23
225:4 230:21
231:15 233:10
235:24 236:6
237:6,16
238:18 240:8
240:17 241:13
244:10,19,24
245:11 246:15
247:18 250:5
250:16 252:13
253:16 254:10
255:2 256:2
261:7,21
262:10 263:4
264:6 265:3
266:18 270:18
275:8 276:17
280:18 284:14
287:17 288:23
289:1,6,13
290:2 298:5
301:9 304:2,5
304:6 308:8,16
312:8 313:19
319:14 323:20
325:14,16
329:7,11,20
331:22 333:13
336:17 338:20
338:22 339:23
341:4,15
342:10 344:14
345:18 346:13
348:12,20,21
351:9 352:11
352:18 356:1

356:16 361:11
367:2 369:21
375:5,6 380:17
381:8,23
385:13 386:12
387:7,10,11,13
387:23 388:14
389:4,14,15,17
390:9,16 392:9
395:4 399:6
402:12,13
406:18 408:20
408:24
thinking 262:17
403:7
thinks 258:9
thinning 268:23
280:12 310:5,7
third 25:2 27:9
101:7,11
102:12,14
103:9,10 104:9
104:21 108:2
109:2 116:5
141:19,20
143:6 165:7
172:3 192:23
193:15 245:14
246:20 247:3
327:9 391:12
391:17,24
392:5,6
thirty 411:13
thorough 355:6
thought 19:12
19:13 56:21
58:18 106:1
147:11 247:14
258:7 292:12
292:13 310:19
358:9
thoughts 29:9
114:1,7
thousand 370:5
thousands 152:4
285:20 369:11
381:19

Sreekanth C. Reddy, M.D.

**three** 10:23
   30:11 48:2,3
   91:4 117:12,14
   119:12,17
   120:5 124:18
   125:4,7,14
   129:6 131:9,18
   132:11,13
   133:2 138:11
   141:1,2 142:3
   142:4 143:8,15
   143:21 144:20
   149:11,19
   150:2 210:17
   213:20 214:11
   215:21 222:22
   224:20 234:14
   235:15 245:22
   311:21 323:2
   328:24 354:4
**three-month**
   24:7
**three-week**
   147:13 223:17
**threw** 298:18
**throw** 156:2
   354:6
**time** 9:8 11:20
   15:11,14 18:4
   22:9,13 23:2
   23:15 24:19
   25:3,14,16
   26:5 28:21
   30:13 33:17,21
   35:4,17 45:5
   45:15 52:15,17
   52:23 53:6,13
   54:11 58:14,15
   61:3 67:4
   69:23 73:7,11
   77:4,6,15 79:2
   81:23 82:5
   84:7 85:1
   91:19 92:2
   98:16 99:3
   106:12 107:5
   127:8 140:3

   144:3,7,13
   167:23 170:8
   176:4 177:4,6
   177:20,20
   178:2,7 179:13
   179:21,24
   180:6,15,16
   181:20 188:2
   189:14 190:9
   201:2 202:3
   216:1,6,11
   217:9,13 224:4
   230:18 231:17
   251:14 255:8
   255:10,12,16
   260:17 261:23
   262:10 270:24
   294:5,9 308:21
   324:8 329:16
   340:1,2,6,10
   340:14 351:12
   353:6 354:17
   355:14 360:9
   360:12,19
   362:18,21
   369:17 377:1
   382:18 385:10
   389:3 392:10
   395:13,21
   399:14 407:2
   408:12 409:7
   410:9
**times** 14:12
   131:14 132:23
   133:2 144:18
   180:9 208:9
   235:15 265:10
   353:6 373:16
   373:17
**title** 307:14
   311:13 320:12
   363:20
**titled** 128:13
   156:17 173:10
   248:16 266:24
   293:11
**today** 17:24

   18:16 20:12
   23:9 25:12
   27:6 29:19
   40:10 52:3
   62:11 78:18
   138:8 239:20
   252:22 262:23
   265:8 283:12
   289:17 316:8
   325:14 335:2
   339:18 343:15
   345:2,8 349:3
   351:1 362:2
   373:16 394:17
   400:23 408:13
**today's** 9:7
   24:13 29:2
**told** 175:9
   269:17 372:5
   395:12 396:8
**tolerable** 242:15
**tolerate** 200:10
   207:4
**tool** 101:20,21
   102:2 103:10
   103:16,24
   115:16,20
   278:19 291:15
   291:22 292:2
   300:16 303:5
**tools** 300:13
**top** 40:22 45:10
   57:7 70:6,12
   86:19 87:3
   102:15 109:9
   117:17 125:24
   126:3 130:10
   184:11 192:10
   202:23 207:15
   211:6 286:8
   330:10 378:18
**topic** 69:9 272:9
   273:12 276:2
   280:2,16 357:2
**topics** 214:14
**torture** 396:9
**total** 22:17 76:8

   106:12 133:13
   133:15,22
   135:3 136:12
   136:13 157:1,4
   327:15
**toxic** 121:23
   122:8 124:14
   209:19
**toxic-effects**
   121:18
**toxicities** 106:2
   106:10 107:11
   107:12,16
   110:19 116:22
   116:24 136:21
   140:16 203:16
   210:1 259:20
   334:21 335:21
   404:8 405:2
**toxicity** 107:19
   128:17,20
   136:20,24
   137:1 139:4
   141:7 142:11
   143:14 146:18
   147:4 148:3,5
   149:8,13 150:1
   152:5 160:3
   178:13 186:17
   205:8,20
   240:18 247:23
   249:8,13 250:8
   250:10 260:20
   264:20 287:13
   305:3 309:20
   336:1 387:13
   403:2,3,7,23
   404:3,5,9,15
**trained** 66:15
   86:2
**training** 30:11
   66:20,22 360:7
   397:23 398:1
**transcript**
   374:10 410:8
   411:14,15
**transcription**

   413:5
**transcripts**
   12:11 407:6
**transient** 180:21
**transitioned**
   209:20
**transitioning**
   208:5
**transmit** 11:1
**trauma** 181:7
   376:14 381:12
   383:19
**Traurig** 1:14
   3:12,20
**treat** 176:6,7,8
   188:21 252:8,9
   344:12
**treated** 76:9
   82:15 104:4,10
   139:12 152:9
   174:23 202:15
   256:15,16
   260:15 290:4
   290:11 362:21
   384:22 385:8
**treating** 62:12
   97:8 150:16
   210:3 258:8
   268:14 343:19
   370:8 380:20
**treatment** 7:4,8
   31:6 46:23
   51:18 53:23
   54:23 55:4
   59:16 60:15
   61:4,5 62:12
   67:10 71:21
   83:22 94:22
   102:5 106:3,11
   107:10 108:14
   109:19 110:4
   112:8,19 114:8
   114:13 157:7
   157:21 158:21
   170:14,14
   172:6,17 177:7
   181:9 187:1

208:13 209:14
209:24 211:19
238:11,15,19
249:13 250:8
250:11 259:22
261:17 262:1
264:7 265:17
266:5 277:23
307:13 308:15
311:10 320:20
335:23 337:15
343:21 349:14
351:3 360:10
369:10,14
381:14
**treatment-rel...**
309:19
**treatments**
50:11 63:7,8
67:12 102:7
190:23 214:4
370:2 382:14
391:3
**tree** 258:13,14
**trends** 196:4
**trial** 2:20 6:23
23:3 29:6,16
35:20 37:6
38:24 40:11
43:19,21,24
44:13,14 45:1
45:2,4 46:2,3
46:19 47:8
55:11,22 56:3
56:4 57:1
72:15 77:5,21
79:8,9 80:13
80:21 81:17
82:9 83:8 90:1
90:4 92:22,24
93:1,4 116:17
123:3,6,9,18
133:21 134:2
134:12 138:2
138:23 149:22
149:23 150:12
150:15,22

152:10 176:8
194:10 195:17
200:5 204:16
207:17 208:22
210:14 256:15
256:16 260:19
288:18 289:7
290:7,8 293:8
310:2 315:15
317:4 318:1
326:13,20
359:18 360:23
361:24 362:7,8
362:11,17,17
362:22,23
363:2 366:1
391:6
**trialist** 194:3
291:21
**trials** 22:20
31:18,20 32:4
34:2,19,21
35:14,24 36:22
37:9 39:10
41:3 42:7,8,10
43:6,15 45:23
47:18 55:8
56:14 113:11
138:17 139:17
148:13 150:7
152:6 183:1,2
184:3,4 190:14
190:16 191:17
193:23 194:5
194:15 199:23
204:15,19,22
205:1 220:22
318:6 339:5
359:18 360:22
365:8,12
366:20 389:19
389:19,20
390:17 391:7
**trichoscopy**
66:15
**tried** 147:11
357:7

**trouble** 237:4
**true** 71:24 99:8
313:22 362:12
362:13
**truth** 410:6,6,6
**truthful** 96:17
97:3,10 367:7
368:1
**try** 11:21 47:16
60:1 62:1
139:3 157:14
159:8 246:4
258:7 315:13
333:19,21
341:11 363:11
363:16 364:9
400:11
**trying** 32:16
43:9 138:20
156:1 173:9
183:16 188:24
189:20 240:17
240:21 244:2
246:14 250:20
250:21 252:13
252:16,17
256:10 313:20
318:17 324:7
329:8,12,13
334:17 377:11
388:6 396:12
**TUCKER** 5:15
**tumor** 64:19
99:2 172:13
175:4 226:20
226:24 227:2
242:16 243:22
246:14 251:2
251:10,19
254:14 257:17
259:12,13
333:23 334:1,4
337:1 349:16
390:8 392:3,3
**tumors** 30:22
31:2 64:11
98:8 227:16

228:9 250:18
**tunnel** 293:15
**turn** 49:11 75:12
75:13 139:24
166:24 238:21
248:12 335:17
345:19
**twice** 132:7,13
**two** 10:20 12:14
35:8 39:20
41:4,5 42:3
45:3 68:19
72:5 104:1,21
106:22 107:3
117:22,22
123:22 131:8
131:18 132:23
136:3 141:11
167:23 185:19
189:8,23 190:8
190:19 195:4
196:5,6 200:16
200:17 209:1
215:5 216:13
240:8,11
251:11 262:2
273:20 305:17
305:20 306:3
310:11 315:1
321:3,9 322:22
330:3 332:8,11
370:4 382:4
386:1
**two-thirds**
197:16
**type** 16:10 62:19
98:18,19,23
105:24 143:1
152:21 178:8
227:2 246:15
279:19 282:2
**types** 67:23
115:18 178:10
183:9 185:19
185:22 186:3
**typically** 34:7
112:16 130:4

136:17 206:12
220:20 260:23
261:1 262:2

| U |
| --- |

**ULMER** 5:7
**ultimate** 173:19
**ultimately**
102:14 108:17
112:3 261:13
**unaware** 324:23
**UNC** 354:6
**uncertain** 18:7
**uncommon**
184:16 185:1
**undergo** 108:15
**underneath**
76:1
**understand** 18:5
18:9,11 29:14
36:8,13 37:11
37:12,16 38:14
39:21 46:1
56:13 79:16
91:7 105:18
106:21 107:7
115:21,23
138:19 139:6
146:2 147:8
148:20,21
154:9 155:24
175:23 183:15
188:23 189:22
196:20 234:6
236:23 243:3
250:23 253:19
258:17 264:12
264:16 271:21
288:9 296:3
329:11,12
339:22 357:8
369:23 376:4
391:10 394:15
**understanding**
26:24 43:10
48:21 55:1
94:6 98:17

Sreekanth C. Reddy, M.D.

116:21 150:19
194:14,20
205:8 239:11
**understood**
28:10 63:24
145:21 196:9
393:20
**undertake**
259:22
**unfortunate**
361:4
**unfortunately**
375:20,23
**unique** 223:10
**United** 1:1 47:14
94:9,15 332:13
**University**
45:13 47:4
316:14 362:20
**unplug** 168:5
**unprofessiona...**
91:24
**unqualified**
316:15
**unquote** 274:2
**unrelated** 66:10
**unusual** 109:23
**up-to-date**
49:17 57:2
180:14 182:12
**update** 27:1
407:11
**updated** 8:12
11:2,6 63:21
341:14 342:6,7
**UpToDate** 7:10
50:6,8,9
113:12 130:16
157:10,20
175:5,9 177:20
177:23 178:9
178:21 202:18
202:19 237:23
379:22 380:13
380:16,19
391:5
**usage** 59:9

169:10
**use** 22:10 36:14
50:4 55:24
56:18,19 59:5
59:14,18 67:17
86:13 87:12
88:5 96:19
99:14,16
101:19 104:23
107:13 108:2
115:16,20
135:19 138:22
139:21 150:17
158:15 164:12
166:1,12 174:9
174:9,10,11,12
174:13 175:10
175:17,20,24
179:13 198:1
206:5,9 210:12
213:1,3 214:3
224:3 225:13
226:15 228:8
228:17 229:8
229:20 239:22
246:10 253:3
254:24 257:15
257:15 269:20
280:4 281:7
285:10 288:15
292:3,5,6,9
303:9 308:11
312:22 317:22
326:8 327:5
328:15,16
329:8,18
337:10 350:14
364:17 380:19
402:20 404:23
**uses** 58:3 203:16
309:3
**usually** 14:23
180:21 267:6
**utilize** 50:2 59:6
60:14 101:16
263:21 264:13
400:6

**utilized** 61:3
168:9 206:18
278:19 366:13
─────── **V** ───────
**v** 1:9
**V-A-G-Y-I**
207:21
**valid** 59:17
278:20
**validate** 157:14
**valuable** 51:16
54:21
**variabilities**
235:6
**variability**
134:13 235:1,3
390:3
**variable** 123:19
**varies** 52:18
**variety** 58:6
65:19,24
110:13 138:16
139:20 333:12
402:19
**various** 33:19
49:18 63:6
69:17 102:4,7
115:2 176:4
221:8 222:6
236:7,7 244:5
247:20 267:22
288:24 344:7
352:2,6
**varying** 368:19
**vast** 371:22
**vending** 245:24
**venture** 251:6
**verbatim** 410:8
**Verger** 159:7
**version** 7:13,16
7:17 217:18
218:6,9,13
219:16,23
225:15 230:1
230:10,10,16
230:20 231:12

231:13,14,14
232:2,3 238:6
238:10,14
244:4 248:13
**versus** 9:11
106:14,17
107:8 109:12
147:4 150:2
151:12,21
153:17 157:6
193:11,16
194:6 195:15
195:21 199:2
199:10,24
200:7 205:19
242:8 258:3
259:2 313:23
336:21 366:1
370:16 372:10
391:12
**vice-versa** 259:4
391:17
**video** 9:9 11:3
**videographer**
5:21 9:3,5 15:6
15:11,14 73:7
73:11 127:11
127:15 144:3,7
179:21,24
201:2 202:3
217:9,13
255:12,16
294:5,9 340:10
340:14 409:7
**Videotaped** 1:12
6:13,15
**Vine** 5:8
**Virtually** 269:19
**visit** 382:12
**visits** 351:21
**Vogel** 85:21
**voice** 340:20
**voices** 58:18
**volume** 183:21
333:24
─────── **W** ───────

**W** 2:21
**wait** 85:8 155:2
179:13
**waiving** 23:24
**walk** 257:16
258:7 277:4
388:16 390:24
**walked** 288:24
**walks** 251:21
266:9 288:18
331:22 332:7
**wall** 300:2,7
301:3
**walls** 300:9,23
300:23
**Wanda** 1:9 9:10
28:18
**want** 13:19,23
18:9,11 21:2
28:7,9 47:15
71:8,12 73:24
74:15 75:12
83:11 85:1,9
86:11,17 89:8
96:4 98:13
99:21 108:2,8
109:15 111:18
111:19 125:3
141:10 144:10
147:10 155:15
163:14,21
170:4,12 171:5
177:18 179:11
179:12,13,18
179:19 186:12
192:21 200:24
202:22 203:1
212:17 213:24
217:2 218:2
226:9 228:15
246:15 255:9,9
256:3 258:24
261:9,20,21
262:5,8 263:5
263:20 264:5
266:5,22
284:16 288:8

304:4,22
308:19 312:13
319:13 321:1
327:18,18
330:4,23
341:13,16
342:15 352:19
353:13 357:22
361:16 362:4
369:6 372:4,15
376:2,23
377:18 379:20
384:6 392:5
406:20
**wanted** 21:14
27:8 48:20
58:16 97:18
128:9 165:3,4
229:17 259:5
334:3 346:3
354:6 379:24
380:10 381:16
406:14 407:4
407:16 409:5
**wants** 119:21
**warn** 236:20
**warning** 228:22
297:1 368:6
**warnings** 227:9
227:14 294:17
296:9 367:19
367:24
**warranted**
296:17
**WARSHAUER**
2:12
**wasn't** 83:17
89:20 150:23
283:1 287:19
289:7 373:20
380:8 382:24
383:14 396:9
**wave** 176:12
**way** 14:23 17:3
25:13 42:14
43:6 92:6
100:23 123:16

132:22 134:12
138:1 145:9
146:10 151:17
181:21,23
189:21 197:16
219:19 236:4
254:16 262:15
282:4 283:8
288:7 308:3
317:9 335:7,13
335:16 350:3,7
356:7 367:14
377:10 402:21
408:23
**ways** 191:4,5
246:5 303:6
**we'll** 10:18,23
13:15 23:21,23
24:1 34:7 44:7
88:1 92:9
98:15 112:16
118:23 131:3
138:8 140:7,14
144:14 155:2
178:24 179:7
250:2 300:18
340:8,9 341:19
342:9 353:21
363:10 364:9
**we're** 13:9,12
14:1,21 15:12
15:15 17:1,24
18:18 23:19,24
25:11 27:5,6
48:18 52:3
62:4 73:8,12
78:10,11,11
91:14,19 92:13
105:19 107:22
115:21,22
124:5 127:17
129:6 132:9,10
144:4,8 159:24
163:22 176:2,9
178:14 179:17
179:22 180:1
201:3 202:4

208:23 217:10
217:14 218:3
222:20 244:10
255:13,17
260:17 262:6
266:14 277:2
294:6,10 302:3
302:15 310:18
320:2 323:20
334:2 340:11
340:15 349:18
357:9 359:10
396:11 409:9
**we've** 64:1 71:9
73:2 90:6
110:19 123:5
127:11 130:4
138:12 160:24
165:5 176:3
188:16 202:12
210:17,21
214:13 252:22
255:6 261:7
263:4 294:2
322:8,10 323:2
328:14 353:20
366:8
**website** 32:9
34:17 50:10
361:12,18
**week** 34:9
119:12 123:13
123:14 124:3,4
149:11 159:5,5
234:14
**weekly** 7:3
103:16 104:23
105:8,8,15
106:14,24
116:7 117:11
117:12,13
119:12,17
120:5 121:8,10
123:12,13
124:3,4,16
125:2,3,5,12
126:4 129:7,8

129:10,14
130:7 131:6
132:9 136:5
141:2,3,21
144:20 145:6
145:15 146:10
146:19 147:13
147:21 148:15
149:9,17 150:2
157:4,5,6
166:8 168:9
169:8 210:3
221:2 223:5
224:22 233:13
233:18 234:1
234:14 239:2
241:6 253:11
339:11,13,17
**weeks** 12:18
106:14,14,22
107:3 117:13
117:14 119:17
120:5 121:6,10
122:1,9 124:18
125:4,7,14
126:15 132:12
141:1,3 142:5
143:8 144:20
149:19 150:3
157:3,3 197:22
223:14 262:2
267:7 268:15
**weigh** 148:9
**well-known**
239:16 267:2
268:5
**went** 135:13
140:15 158:11
236:12 237:6
243:4 289:16
317:17 328:23
351:8 354:8
355:12 386:14
403:20
**weren't** 81:19
89:22 250:4,5
329:15 330:1

400:2,8
**wheelbarrow**
300:12
**wheelchair**
403:12
**wheelchairs**
390:23
**white** 222:16
**wide** 401:13,16
401:23
**widely** 57:6
**wife** 261:22
**Willson** 7:8
162:6,7,21,21
163:17 164:12
164:18,22
165:23 386:12
**window** 307:6
**Winship** 49:7
**witness** 9:16
10:2 13:17,21
14:19 16:7
83:16 87:2
119:23 182:9
265:24 286:6
319:16 321:6
330:4 353:22
354:3 392:11
411:1
**witnesses** 352:2
352:6,15
366:10,10
**woman** 46:19
125:18 394:13
**women** 8:3 76:2
76:17 94:20
95:5,14,17,18
96:3,6 97:22
98:1 100:2,4,6
100:9,12,15
119:5 164:15
229:5 271:16
272:2 311:18
313:4 361:5
370:7 376:9
380:5 401:11
401:13

**wonder** 293:18
**wonderfully**
  376:4
**wondering**
  79:17 101:4
  131:16
**word** 57:19
  119:10 338:19
**words** 265:11
  346:10,11
  358:15,16
**work** 20:21
  22:20,21 23:3
  23:16 24:6,11
  25:8,12 35:22
  47:17 63:14,18
  88:1 173:5
  246:1 333:4
  360:3 364:6
**work-in-prog...**
  24:16 25:3
**worked** 17:14
  85:18,24 86:8
**working** 17:7
  32:10,22 33:2
  33:5,19 34:1,2
  78:12
**works** 17:15
  33:9 240:19
**world** 235:17
**WORLDWIDE**
  4:4,4
**worried** 392:16
**worry** 144:13
**worse** 154:2
  380:4 401:10
  404:11,17,20
**wouldn't** 38:9
  39:14 44:23
  52:9 63:17
  82:13 142:12
  171:7 241:19
  253:20 254:18
  258:16 259:9
  291:3,9 357:18
  366:20
**wrapped** 324:7

**wrecking** 301:3
**write** 23:6 40:19
**writing** 25:19
  232:10 375:14
**writings** 281:18
**written** 88:20
  89:13 321:13
  381:1,2 395:6
  396:4
**wrong** 62:5 64:4
  155:23 230:15
  325:23
**wrote** 265:9
  268:7 308:3
  393:20 399:18

---

**X**

**X** 6:11

---

**Y**

**yeah** 26:10
  51:23 68:18
  84:1 104:2
  111:12 115:5
  115:20 117:8
  123:3 132:2
  170:22 173:5
  177:6 183:17
  229:16 235:13
  251:22 258:15
  300:20 308:16
  336:6 389:2
  395:15 396:22
  397:4,17
  399:11 401:4
  406:9
**year** 93:7,15
  94:16,21
  181:20 218:9
  235:15 382:4,4
**years** 14:14,19
  30:10,11 33:15
  42:4 44:23
  61:2 79:3 90:2
  152:1,2 176:16
  176:18,19,20
  176:22 177:16

180:9 188:22
197:21 204:8
206:15,15
208:2,21 210:4
210:5 213:21
215:19,19,21
216:3,13
258:24 280:10
281:11 289:9
290:9 303:24
309:21 310:11
332:11 343:6
349:18 355:17
360:7,9 362:17
363:18 369:10
374:21 381:18
382:4 397:22
398:1 403:6
**yesterday** 11:8
  20:7 265:10
  342:8
**York** 71:16
  79:23 81:22
**young** 242:16
  250:18 251:2,9
  254:14
**younger** 398:6

---

**Z**

**zero** 143:11
  149:18
**Zoom** 1:12
  209:21 245:6
  293:12 295:3

---

**0**

**0** 142:5
**001** 6:23 43:19
  44:2,4
**02109** 4:20
**02110** 3:14

---

**1**

**1** 6:13 12:10
  19:5,8,12
  22:24 23:1
  27:9 40:17

41:4,19 42:3
122:15 125:12
143:3 149:17
220:7,8,16,18
220:20 230:10
230:24 231:14
238:10,22
244:4 248:13
260:23 261:1
292:9,10
320:14 321:3
326:15 328:6
381:4
**1.2013** 7:16
  230:1
**1.2014** 7:18
**1:20** 200:23
**1:21** 201:3
**10** 7:6 23:1 34:8
  129:10,15
  130:21 139:24
  143:8 154:16
  154:18,24
  156:11,13
  192:8 218:15
**10-year** 6:23
  102:17 188:1
  305:16 397:12
**10:14** 73:8
**10:29** 73:12
**100** 25:8 215:1
**100-page** 263:18
**104** 87:1,5
  192:10 197:12
  197:18
**10th** 218:14
**11** 7:8 23:2
  49:10 51:6
  86:12,23 87:2
  87:3,8 162:23
  163:2 170:4
  197:11,17,18
  202:11 266:17
  281:14 377:12
  379:16 386:13
  400:13,19
**11.1** 86:12

**11.11** 86:13
  87:12 88:5
**11.4** 380:6
**11:58** 144:4
**1100** 2:14 4:9
**112** 313:10
**118** 7:4
**11th** 87:8
**12** 7:10 23:2
  87:8 106:16,20
  106:24,24
  111:20 129:13
  129:14 133:19
  141:13 143:22
  178:15,17
  180:4 192:9
  197:12 202:12
  202:23 205:4
  255:20 261:12
  266:17 379:21
  380:11,16
**12:10** 144:8
**12:55** 179:22
**12:57** 180:1
**120** 133:22
**120,000** 25:8
**127** 7:5
**13** 7:12 122:15
  142:18 149:6
  216:16,18
  217:17 238:19
  266:1,17
  277:11,16,21
  278:2 281:14
**14** 6:4 7:14
  106:16 134:15
  142:5 144:18
  161:3,13
  225:20,22,24
  266:23 269:18
  272:14 328:4
  364:8
**1480** 76:8
**1491** 76:2
**15** 7:15 33:24
  73:3 177:16
  229:20,22,24

Sreekanth C. Reddy, M.D.

230:20 293:10
294:15 403:6
**154** 7:7
**16** 7:17 122:14
125:13 126:15
132:23 133:2
143:1 210:9
238:1,3 249:17
335:24 336:8,8
373:13
**160** 134:5
**163** 7:9
**1667** 120:20
**1669** 126:1
**17** 7:19 30:10
61:2 263:6,8
263:12 281:14
382:4
**170** 24:5,24
**1700** 2:21
**178** 7:11
**18** 7:20 106:14
106:17 107:7
306:23 307:2
**18-week** 133:16
**19** 6:13 8:1
157:8,9 310:20
310:22
**1994** 327:14
331:14,17
332:11 334:10
**1997** 72:21 76:2
76:16 328:16
**1999** 76:2,17,18
81:21 93:7
**1st** 231:9

———————
**2**
**2** 6:14 19:5 21:8
21:11 40:21
41:19,20 44:9
71:13,14 77:18
106:16,21
107:5 121:16
121:17 124:14
126:6,11,12,13
128:11 132:4

140:17,18
141:5,20,23
142:6,6 143:1
143:2,9 157:2
157:3 159:4
193:17 208:18
218:17 224:5
260:23 261:6
308:24 309:21
321:4 361:21
403:2
**2-centimeter**
259:12
**2,000-plus**
381:24
**2.2** 304:21
305:10 372:11
373:13 397:2
**2.5** 192:19
**2:04** 202:4
**2:17-cv-10817**
1:9
**2:18** 127:18
**2:21** 217:10
**2:34** 217:14
**20** 8:5 31:8 34:7
34:8 76:3 79:3
94:17,19 97:22
100:7,17,18
106:14 129:20
130:5,21 134:6
152:1 156:17
176:16,18,19
176:24 177:16
182:19 183:6
183:11,19
197:21 255:7
260:23 280:10
319:20 320:5
341:4 372:6
382:3 397:24
413:17
**20-plus** 152:2
**20-something**
381:18
**2000** 45:12
46:22 67:4

71:15 80:10
82:1 90:11,14
93:8,12
**2001** 327:14
328:16
**2002** 328:8
**2005** 77:8 193:7
**2008** 117:5
**2012** 216:23
217:17 218:9
218:15
**2013** 230:11
231:9,14
239:10
**2014** 238:6,10
238:20 244:4
248:13 257:6
385:7
**2020** 1:17 6:17
7:19 9:8 22:1,7
155:19 156:5
180:15 344:21
410:20
**2021** 33:14
**21** 6:16,17 8:8
130:17 135:18
156:10 159:9
222:9 325:18
325:20,24
330:5 384:7
385:13,15
**2105** 311:14
**213-430-3399**
5:18
**216** 7:13
**22** 8:10 102:23
106:17 107:8
330:6 331:6
341:20 407:1,9
**220,000** 94:20
**225** 7:14
**229** 7:16
**23** 8:12 102:22
102:23,24
176:20,22
341:21,22,24
342:17 343:3

360:7,9 366:8
373:22 397:22
406:21 407:17
**2300** 4:8
**2310** 305:4
**238** 7:18
**23rd** 344:21
345:5
**24** 102:22 103:3
109:7 167:10
378:7,24 379:1
379:7,9
**25** 34:7 90:2
261:4 360:17
**250** 94:8
**250,000** 94:11
94:19
**2519** 2:5
**2555** 3:5
**26** 6:18,18 7:7
26:21 27:11,16
27:23 28:4
162:10 164:11
**263** 7:19
**27** 126:7,12,14
167:5,7,10
330:7 400:14
**2740** 1:5
**28** 324:6,10
**2800** 2:13
**285** 48:15
**288** 133:15
**29** 162:8 345:19
346:5 373:11
**295** 249:24
**29th** 1:16 9:7

———————
**3**
**3** 6:17,23 19:5
21:17 40:18,19
40:22 42:6
121:6,9,23,24
122:8,9 125:1
126:6,11,14
128:12 132:7
141:5,21,23,23
142:6 143:3,9

143:10 144:18
149:8,8,10,12
157:2,3 197:22
208:22,24
217:18 218:9
218:13 224:9
261:6 351:10
380:4 401:8
403:3
**3.2012** 7:13
218:7 219:16
219:23 231:14
**3.59** 401:15
**3.9** 304:20
305:10 372:10
373:10 397:1
**3/4** 124:15 125:5
335:20,24
336:3,8 400:16
**3:22** 255:13
**3:36** 255:17
**30** 6:17 57:7
160:15 196:12
196:12 240:24
257:8 260:22
289:20 303:11
304:10 306:6
372:8 411:13
**30,000** 94:17,19
**301** 314:22
**30112** 2:6
**30305** 3:22
**307** 7:23
**30th** 21:24
408:12
**31** 306:5,10
**310** 8:4
**311** 399:20
400:7
**316** 7:1 37:6,11
43:20 44:2,13
45:9 46:11,19
47:1,8 71:12
71:20 72:2,12
75:20 76:14,23
77:20 80:22
81:5 82:2 83:9

84:6,23 85:13
90:19 93:15
191:21 193:3
193:11 197:3
198:7 199:3
288:17 289:3,7
303:15,23
314:21 338:10
361:23 362:7
**318** 309:13
**320** 8:7
**325** 8:9
**331** 8:11
**3333** 1:14 3:21
**34** 87:23 192:10
**340** 6:5
**341** 8:12
**35** 196:13 286:7
**36** 344:19
**37** 179:14
**38** 41:8
**39.70** 401:15
**392** 6:6
**3rd** 159:5

_____ **4** _____
**4** 6:18 19:6
26:15,18 40:18
75:13,14,24
94:5 97:20
100:12 121:23
122:3,8,12,16
124:17 125:1,6
126:6,11,15
141:6,21,23
142:6,7,9,10
143:4,11
149:16 197:22
261:6 304:6
327:2 333:23
344:13,17
358:12 380:4
406:20,22,24
407:17
**4-centimeter**
70:1 259:13
**4-millimeter**

70:1
**4.1** 336:12
**4.2** 289:24
**4:24** 294:6
**4:39** 294:10
**40** 134:4 398:1
**40-year-old**
251:8
**404-915-8886**
2:7
**405** 6:7
**408** 6:8
**41** 372:20 373:5
**42** 376:9
**43** 230:24
**44** 219:12,12
230:24
**449** 327:15
**45** 201:1
**45202-2409** 5:9
**46** 122:1,10
230:13,23
238:21
**47** 310:3
**48** 132:18 133:2
133:3,6,8,9
294:3
**48-page** 226:7
**4950** 119:5
**4th** 159:5

_____ **5** _____
**5** 6:19 33:23
74:7,10,13
143:2 149:9
196:17 197:7
197:21 220:7,8
227:9 231:1
242:17 254:15
294:22 295:15
304:4 336:5,6
**5-centimeter**
251:10 333:23
349:16
**5-Fluorouracil**
199:11
**5-FU** 200:8

**5.9** 226:19 227:8
**5:37** 340:11
**5:52** 340:15
**50** 17:2,4
**504-522-2304**
2:16
**504-585-7022**
4:11
**51** 162:11 163:9
164:10
**513-698-5000**
5:10
**515** 5:16
**52** 109:11
**53** 4:19 327:15
331:3
**54** 310:3
**55** 304:13,15
**55-month**
304:19 397:16
**5548** 335:17
**56** 109:12
**57** 398:7
**58** 102:16
109:13,14
116:4 325:7
376:7,7 385:18
389:23
**59** 336:11

_____ **6** _____
**6** 6:21 82:18,22
109:1,10 118:9
121:16 294:22
295:15 410:20
**6.3** 313:10
**6:56** 409:8
**60** 24:18
**600** 5:8
**617-213-7045**
4:21
**617-310-6231**
3:15
**619-237-3490**
2:23
**64** 336:7 377:21
**64108-2613** 3:6

**655** 2:21
**678-553-7320**
3:23

_____ **7** _____
**7** 7:1 84:17,19
118:10 166:24
167:1,2,2
191:20 192:2
238:22 266:19
313:10 326:14
327:3
**7.2** 335:24 336:9
**70** 24:18,18
86:24 87:5,23
**70163** 2:15 4:10
**736** 76:9
**74** 6:20
**744** 76:8
**75** 43:13 185:8

_____ **8** _____
**8** 7:3 106:17,21
106:21 118:7
118:12,14
119:22 124:16
125:4 126:14
130:18,21
132:6,13 156:5
376:24
**80** 24:18 33:22
98:1 100:1,4,5
100:9,12,15,19
134:7 182:13
258:24
**816-474-6550**
3:7
**82** 6:23
**84** 7:2
**85,000** 24:24
**86** 264:8
**87** 309:20
**877.370.3377**
1:23
**88** 134:9
**8A** 268:4
**8th** 155:19

_____ **9** _____
**9** 7:5 42:6
121:16 126:23
127:2 132:5
140:1,10 149:4
184:9,10 192:1
264:6 336:4,12
**9:03** 1:16 9:8
**9:08** 15:12
**9:10** 15:15
**90** 334:1
**90071** 5:17
**917.591.5672**
1:23
**92101** 2:22
**97** 67:4
**97.1** 305:6
**97.8** 305:4
**9805** 314:22

Sreekanth C. Reddy, M.D.

**A**

**a.m** 9:8 15:12,15
73:8,12 144:4
**abide** 92:3 364:4
**ability** 106:3
161:24 406:16
410:10
**able** 52:9 117:20
142:12 171:7
181:24 205:20
207:4 259:21
294:24 318:13
353:13 360:8
396:17
**above-referen...**
28:16
**absence** 43:19
282:22
**absent** 256:21
**absolutely**
339:19 345:6
369:18 370:9
371:4,12
388:12
**absolve** 97:10
**abstract** 212:12
311:5,14
313:17 320:9
321:9
**AC** 8:3 103:12
106:13,22
107:6 123:12
123:24 124:6
129:14 134:3,7
136:4,6 150:24
161:16 196:7
205:19 206:6,9
212:8 221:1,1
223:4,13,17
224:5,6,7,12
233:12,18,23
239:2 311:17
339:17
**AC-Taxol**
103:16 104:23
105:8,15,22

116:7 119:16
119:18 120:4,6
120:14 133:20
134:21 137:23
145:5,15 146:7
146:10,24
147:13,15
150:2 161:17
166:7 168:9
169:4,8 205:15
206:20 224:22
241:6 253:10
253:21 254:18
339:11,13
**AC/Tax** 312:4
**AC/TaxHerce...**
312:5
**AC/TaxXeloda**
312:5
**academic** 403:5
**accept** 112:12
**acceptable**
51:17 105:10
105:17 131:19
318:3
**accepted** 54:22
57:6
**accepting** 110:8
111:17
**access** 84:5
**accessible**
177:13
**accompanied**
269:20
**accomplished**
334:3 375:7
**ACCORD** 5:13
**account** 63:4
148:11,11
176:2 236:15
267:15
**accurate** 26:11
47:16 157:15
157:16 368:1
401:22 411:16
**accusation**
12:23

**accuse** 91:23
**achieve** 196:14
**ACKNOWLE...**
413:2
**act** 226:24 258:1
388:23
**ACTAVIS** 5:3,4
5:4
**ACTax** 312:4
**action** 332:24
334:11 410:12
410:14
**active** 31:18
32:6 37:20
43:16 92:21
110:12 335:12
386:3 389:16
**actively** 374:20
399:3
**activity** 172:16
173:3 183:1
334:19
**acts** 227:1
**actual** 52:1
98:14 99:22
192:3,4 251:1
351:6 382:13
403:17
**acumen** 58:6
**add** 134:4 178:4
213:4 250:19
253:1 322:20
405:7
**added** 41:14
175:13
**addendum**
305:13
**adding** 107:4
**addition** 35:10
35:13 42:2
50:5 102:14
174:18 202:13
214:7 251:17
321:19 343:2
348:22
**additional** 109:1
168:13 170:15

172:11 196:3
253:2 334:18
388:20 406:7
407:11,13
**address** 66:3
107:18 250:17
296:19 297:13
299:17 302:5
302:24 303:7
356:2,3
**addressed**
203:17 297:1
**addresses** 166:3
**addressing**
264:19 273:9
**adequate** 97:15
367:5,24 368:6
**adequately**
290:22 388:10
**adjectives** 57:18
**adjust** 138:15,19
139:21
**adjustments**
138:24
**adjuvant** 6:19
6:21 7:3,8 8:2
36:2,24 53:9
55:13 56:1,3,6
56:7,9,11
60:16 61:5,20
62:13 96:3
114:9 116:19
117:15 125:18
136:11 139:13
145:19 153:18
164:13 166:13
172:22 192:20
193:23 194:10
195:17 199:12
199:22 204:10
206:3 209:13
220:21 221:3,9
248:17,20,22
249:4,6 305:18
305:19 311:16
332:17,22
335:4 337:10

339:19
**administered**
169:9
**administration**
107:6 169:11
268:16 360:11
**administrations**
107:1
**administrative**
33:17,18,23
**Administrator**
1:19 410:3,18
**adopted** 206:3
**adriamycin**
169:23 193:18
194:8 198:8
199:10,12
200:7,8 240:15
277:7,11,23
278:8,12
279:21 281:15
281:24 301:17
339:6 357:22
357:24 358:6
394:18
**Adriamycin-...**
206:1
**advanced** 98:2
99:5,11,11
100:3,10,13,14
100:16,16
349:15 361:9
**advantage**
193:15
**adverse** 66:7
141:7 259:21
259:24 260:2
335:21,22
370:17 404:15
405:8,10
**advise** 112:6
185:10 260:1,3
260:6 261:16
**advisory** 89:3
**affect** 54:6,8
**affidavit** 91:6
**affiliated** 41:19

49:3 78:21
**AFTERNOON**
202:1
**age** 398:8
**aged** 270:23
**agent** 59:15
60:15 61:4
213:7,9,11,13
214:4 279:8
**agent's** 55:24
**agents** 59:10
206:17 229:9
229:15 276:12
318:7
**aggregate**
291:15
**aggressive**
243:22 251:2
254:14
**aggressiveness**
392:2
**ago** 14:19 44:23
45:5 79:3
176:17,18,20
176:20 189:4
199:20 208:2
216:4,13 304:3
332:3 362:17
362:18 386:15
**agree** 13:8 28:16
29:24 47:10,12
57:5 76:13
96:15 101:6,11
119:11,15
141:1 158:7,12
169:14,15,16
181:3,11
185:18 192:12
194:2 198:23
246:3 253:4
254:11 264:22
265:13 270:14
275:3 338:23
339:3 346:15
390:9 404:16
409:1
**agreed** 9:15 17:3

72:11 101:15
123:6 245:10
245:14 253:8
255:2 256:2
395:21
**agreeing** 185:17
262:19
**agreement**
13:10,13 266:4
408:21
**ahead** 14:5
19:11 85:10
88:3 151:24
208:24 225:18
250:2 266:23
267:19 306:17
339:2 342:9
380:2
**akin** 356:11
**al** 6:19,21 7:3,5
7:8,20 8:8
25:21 82:19
162:7,22
163:17 304:23
331:21
**al's** 165:24
**Alberta** 85:17
**alive** 334:5
339:17 347:15
394:16
**alleged** 296:15
354:20
**allergic** 129:23
**allow** 115:21
**allowed** 28:3
**allows** 102:3
199:1
**alongside** 78:12
**alopecia** 7:10
8:2,5 67:10,12
67:13,16,23
68:2,2,16,17
69:3,10 71:6
178:21 180:21
184:16,18
185:11,12,19
185:23 186:4,5

186:6,10,11,18
187:13,14,16
188:1,12
267:10,13,20
267:23,23
269:10 270:16
271:5 272:3
273:2 274:3,4
274:13,21
275:10,22
276:13 277:8
277:13,13,22
278:7,13
279:22 283:21
285:5,12
288:14,20
289:1,1 297:1
297:21 298:9
298:16 303:16
303:19 304:21
304:22 305:4
305:22 306:2
309:1,9,20,22
310:7,8,10,11
311:15 313:7
315:4 317:8,11
320:16 324:4
358:7,8 364:19
365:5 368:11
368:17 372:10
372:11 381:8
**Alpharetta** 48:5
48:8
**alter** 324:21
**alternate** 109:18
**alternative**
105:17 112:24
**amalgamation**
312:2
**amount** 25:2
67:19 176:3
235:1,2 390:2
405:20
**amounts** 237:13
**analogy** 354:7
**analysis** 76:10
151:17,17

153:11 199:2
274:1,8 278:16
280:18,23,24
281:8 282:2
283:2 284:4
285:8,16,17
286:3,15,23
287:1,3 288:16
299:19,21
301:10 302:6
315:19 323:14
323:23 328:19
342:21 343:13
344:8,11
352:23 354:12
354:19 355:3,5
355:6,16,19,24
356:9,12 369:5
380:6 384:4
396:15,18
397:11,12,16
397:18 401:7
**anaphylactic**
156:22 159:16
**anaphylaxis**
129:23 130:2
131:8 156:17
**and-** 2:9,18 3:17
**and/or** 55:13,23
114:22 170:17
172:23 197:24
255:23
**Anderson**
205:16 207:2
**androgenetic**
68:16
**androgenic**
271:17,21
**Angeles** 5:17
**annual** 242:19
**annually** 50:22
51:1,21,22
94:10 215:13
**answer** 18:11,12
28:5 150:6
284:19 285:14
385:4 393:12

**answered** 81:15
244:9
**answers** 18:2,4
413:5
**anthracycline**
167:15
**anthracyclines**
162:16 168:23
**antibiotic**
136:12
**anticipate** 63:10
196:12
**antigen** 68:5
**Antonio** 214:22
215:10,22
216:5,9
**anus** 208:17,19
209:12 211:1
212:7,18 213:1
214:19
**anybody** 42:16
82:2 147:14
148:22 237:4
343:20 369:22
**apologize** 14:5
47:20 85:3
95:15 99:1
124:23 151:8
161:1,3,9
167:6,11
230:18 250:1
262:11 263:16
312:12 314:13
325:23,24
372:6
**Apparently**
154:22
**appear** 265:12
**APPEARAN...**
2:1 3:1 4:1 5:1
**appeared** 11:18
**appearing** 9:15
**appears** 21:23
31:10 283:9
304:18
**appendix** 7:5
121:17 126:18

128:1 140:1,11
140:13,18,20
144:16 191:24
**applaud** 348:9
**applicable** 10:16
165:15 166:20
**application**
303:3 323:15
323:18
**applied** 80:10
221:23 302:7
302:18
**applies** 116:6
151:2 297:2
**apply** 54:23
61:23 98:22
114:14 150:12
150:22 168:2
229:13 279:19
284:7
**appreciate** 13:1
99:1 124:23
**approach**
159:21
**approached**
180:10
**appropriate**
92:9 101:7,13
106:6 139:11
193:22 194:9
195:16 197:5
198:10 199:21
199:23 200:10
210:7,10,11
224:4 241:12
241:16,18,23
241:24 242:3
243:2,8,11,18
243:19 244:5
245:9,15 265:4
293:1 295:19
297:21 303:5
334:22 337:17
359:2,5 411:6
**appropriately**
252:7
**approval** 89:3

**approved**
169:10 227:5
328:7 332:13
**approximately**
31:7 94:8,17
97:22
**area** 297:9
**areas** 25:17
34:13 361:17
**arguably** 242:18
**argue** 244:2
**arguing** 318:18
**argument**
279:12 319:1
322:17 402:21
**argumentative**
81:15 395:3
**arm** 137:23
149:10,11
167:16,16
198:14,14
289:12,12
304:21,22
336:11,21
372:10,11
373:13
**arms** 123:23
193:19,21
194:7 197:4,20
198:20,21,23
290:13 303:18
306:3
**arrive** 287:14
355:21 396:20
407:20,22
**arrived** 396:21
407:21
**arriving** 355:23
**article** 6:19,21
7:3,5,10,20 8:1
8:5,8,10 73:19
75:19 117:24
118:6,18,22
126:1 137:19
138:6 139:9
140:14 164:23
166:10,12,23

167:2 170:6
185:18 193:6,7
208:14 212:10
213:19 235:8
304:3,8,16,24
305:2,11,15
309:8 319:23
320:9 321:13
321:23 325:7
325:10,14
326:1,6,12
327:10 330:17
332:2 334:10
335:10,11,16
336:18 373:18
373:20 377:9
384:12 386:1
386:12 399:12
399:20 400:7
**articles** 198:17
210:20 278:1
280:16 282:10
289:3 301:16
301:19 305:17
305:20,24
311:8 314:3
318:10 333:3
342:24 358:19
376:23 402:20
403:16
**Arts** 316:14
**ASCO** 214:24
215:13,23
216:2 399:2
**ASCO's** 398:19
**ascribe** 292:10
**ascribes** 295:14
**aside** 139:5,8
161:9 204:5
382:11,11
**asked** 29:15
54:1 59:20
63:3 81:15
110:6 150:5
231:5 235:23
244:9 287:10
287:11,19,20

287:22 288:2
289:18 337:22
341:11 350:23
359:10,11
360:1 361:12
364:15 365:18
366:24 367:5,6
371:10 373:15
378:8 386:19
388:8,22 390:6
393:1,11,21
395:19 396:3,5
397:1,19
406:17
**asking** 18:5 28:8
183:14 211:15
244:24 262:18
283:7 284:24
287:8,17,18
288:7 295:12
297:7 298:10
302:11 345:18
355:15 365:10
367:3 393:4
395:10,19
400:15
**aspect** 36:1,23
226:10 370:20
**aspects** 202:7
**assess** 39:1
172:21 190:23
282:3 284:5,9
303:5
**assessing** 171:23
173:3 365:23
**assessment**
65:19 256:11
**assigned** 81:1
327:16
**assist** 20:11
**assistant** 155:22
**associated** 20:15
22:21 63:6
67:20 97:11
99:7 110:20
134:18 145:23
146:19 148:16

150:9 151:3
153:1 189:14
210:2 225:3,6
229:10 247:20
247:22,23
260:11 266:24
270:7 271:12
273:2 274:2,12
275:21 276:12
276:24 289:5
296:2 297:4
301:14 302:1
322:11,18
324:16 327:4
336:19 337:15
343:22 364:12
376:14 405:2
**association**
189:6,6,10,22
189:23 273:13
273:15,17
278:20,21,23
279:7,15 281:2
282:4 283:11
283:13 284:6
284:11 301:16
323:14 359:21
401:20,21
**associations**
273:18
**assume** 64:3
143:13 345:22
**assuming** 15:4
22:1 70:21
86:8 101:15
106:10 135:16
198:21 242:4
**assumption** 22:2
**asthenia** 207:6
**ATax** 312:4
**ATax/CAF**
312:5
**Atlanta** 1:15
3:22 17:15
33:11 45:20
48:4,14,22
49:2 50:1

Sreekanth C. Reddy, M.D.

361:13
attached 341:17
  411:10 413:7
attempt 279:2
attempted
  275:20 279:19
  301:6
attempting
  283:9
attend 203:5
  215:9,12,16,17
attended 174:24
  214:10 215:22
  216:6
attending
  202:16 205:6
  216:2
attention 86:18
  191:10
attorney 91:1
  254:1 284:20
  299:9 324:8,9
  410:11,13
  411:13
attorneys 2:20
  16:18 17:7,23
  342:24
augment 205:7
augmented
  203:7,14 204:8
author 212:3
authored 265:8
authority 302:7
  302:17
authors 93:17
  187:7 199:19
  211:1
authors' 207:14
automatically
  187:18
available 32:3
  54:12 59:2,24
  63:7 97:6
  105:23 152:5
  177:12 198:16
  247:19 256:19
  273:11 280:2

284:5,5 285:9
289:3 299:7
328:15 329:18
357:5 359:12
359:17 370:2
406:3
average 52:15
  69:24
aware 35:16
  38:9 39:5 44:5
  80:24 116:16
  117:14 160:14
  239:15 269:7
  269:15 270:6
  270:13 298:19
  303:22 318:23
  319:8 363:17
  383:20 399:16
  400:8
axilla 242:21
axillary 99:3
  119:5 251:3,12

─────────────
        B
B 6:11 26:22
  191:8,12
  311:24 312:21
B-K 220:7
back 11:21
  25:15 55:19
  59:12 61:1
  66:23 71:8,12
  72:9 75:17
  92:18 117:3
  125:23 149:4
  158:11,19
  170:4 174:17
  179:16 182:23
  191:19 202:22
  214:1,13
  218:23 234:17
  245:7 247:15
  247:17 250:2
  262:1,8 265:9
  265:19 273:5,8
  280:9 284:23
  289:6 292:8

296:5 327:21
332:1 351:11
354:10 357:23
362:18 369:7
376:17 377:23
378:2 379:20
382:24 384:1
385:14 395:8
397:7 403:17
403:19,21
404:8 406:24
backbone 124:6
background
  97:19 359:24
BACON 3:4
bald 317:6
baldness 271:18
ball 254:17
  301:3 349:2,5
  349:12 350:2
  350:15
barely 371:7
based 29:19
  30:9,15 49:13
  51:9 52:19
  62:23 102:5
  106:2,2,3
  108:23 111:6
  116:14 120:4
  135:10 137:1,4
  138:1,15,24
  139:6,21 157:6
  157:20 171:8
  172:7 174:6
  176:6,7,8
  208:18 224:13
  224:16 228:6,7
  246:12 250:24
  251:5,18 253:9
  257:18 280:20
  281:9 302:6
  314:6,15 315:6
  334:6 338:8,9
  338:12 349:19
  379:15 389:5
  392:2,3,3
bases 56:15,23

basic 58:8
  274:10 293:5
  313:19 324:2
basically 79:12
  166:11 174:21
  266:2,11
  267:24 268:11
  282:19 298:3
  329:20 339:3
  368:18 380:3
  383:22 385:24
basis 30:2,4
  50:19 63:22
  65:7,17 69:20
  105:18 117:1
  182:18 265:15
  337:3 375:9
Bassi 46:20
BCIRG 43:19
  44:2,4 89:4
Beach 85:23
bear 341:11
bearing 385:19
bears 354:4
beaten 262:12
began 11:24
  72:21 238:15
beginning 22:7
  24:8 27:9 73:5
  132:7 395:11
  396:20
begins 88:16
  129:1 197:10
  294:16
belabor 405:13
belief 324:21
believe 21:13
  40:18 41:8
  51:21 62:20
  130:16 147:2
  147:14 164:7
  230:24 231:7
  286:3 324:20
  337:13 344:16
  346:23 356:10
  356:22 357:4
  370:6 387:5

388:10 399:7
400:15,21
believed 59:16
beneath 129:6
  222:9
BENEDICT
  5:14
beneficial
  110:12 181:10
  263:1 381:15
  386:8
benefit 103:18
  108:10 115:9
  115:11 164:24
  165:7,14
  172:21 225:4
  337:2 349:13
benefits 103:21
  110:21 225:1
  247:22 258:2
  333:7
BENJAMIN
  2:11
BERG 2:10
BERNE 5:7
Bertrand 306:8
  307:11 308:14
best 26:4 55:4
  60:1,2,23 62:1
  62:2 110:10
  112:23 113:9
  114:8,13 208:3
  219:21 242:11
  243:24 253:16
  253:16 254:4
  256:11,18,24
  260:1 321:23
  333:20,21
  337:17 347:1,6
  347:6,9,13,22
  348:6,13,14
  370:24 371:17
  407:18 410:9
better 86:20
  119:19 120:7
  121:7 134:20
  200:12,13

207:5,6 231:9
250:13 324:22
330:13 331:19
333:5 334:13
334:14 375:19
390:9
**beyond** 28:2
94:22 196:2
**big** 87:24 358:18
**biggest** 96:11
**bill** 22:9
**billed** 24:6,23
25:7,18
**billing** 408:19
**BIN** 220:5
**BINV-K** 220:8
230:24 238:22
**biologic** 172:12
284:6
**biomarkers**
51:9
**biopsies** 66:12
66:13
**biopsy** 171:4,9
321:16
**biostatistician**
316:9
**biostatistics**
316:13,15
**bit** 13:23 20:10
25:12,15 32:1
59:13 107:23
131:4 141:14
148:1 160:23
161:2 170:3
220:5 233:2
289:16 304:3
341:9 389:2
**black** 15:3
**blank** 251:19,19
251:20
**blast** 229:4
**blinded** 190:18
**blinds** 262:12
**blood** 30:22
222:16
**blow** 86:19

**board** 89:4
**board-certified**
30:20
**boards** 175:4
**Bob** 127:8
255:10 293:19
**body** 171:6
349:17
**bolded** 11:14,17
12:2,12,16,23
**book** 23:8
**Bosserman**
12:11 101:6
102:11 103:3
135:17 156:20
157:16 160:4
245:11 246:8
324:12 374:6,7
375:5,14
376:19 397:20
397:24 398:7
**Bosserman's** 7:6
130:13 131:1
155:1,9 158:5
158:6 161:5,9
164:7 324:13
398:15
**Boston** 3:14
4:20
**bottom** 12:10
40:21 41:22
44:9 71:14
88:15 102:24
112:1 128:24
192:22,23
193:15 218:12
220:6 261:11
261:12 272:14
320:13
**Boulevard** 3:5
**box** 2:5 26:16
73:20 82:19
178:21 252:14
252:17 319:21
377:21
**Bradford**
151:17 153:10

277:4 278:16
279:1,20 280:4
280:18,23
281:7 284:8
285:8,16
287:19,20
299:19 301:7,9
302:8,18,20,22
303:3,4 308:10
314:3 317:14
317:20 318:11
323:14,23
328:19 355:15
355:18 356:11
356:17
**brain** 170:17,20
170:24 171:2
171:14
**brand** 37:17
225:17 400:5
**breached** 105:9
253:12
**break** 16:2 72:8
73:4 140:3,8
143:24 200:23
202:21 214:14
255:9 293:22
294:4 301:2
340:8
**breakdown**
286:22 387:16
**breaking** 200:21
300:22
**breaks** 98:10
**breast** 6:20,22
7:4,9,12,15,17
7:23 8:4,6,9
31:1,4,7,11,16
31:17 33:5,6
35:3 36:3 37:1
49:22 51:7
52:2,7 53:9
55:13,14 56:1
56:3,10,11
58:22 60:17
61:6,20 62:13
79:1 94:6,9,11

94:13,15,22
95:6 97:23
98:6,7,11,18
98:19,20 99:5
99:18 100:2,24
105:24 114:10
116:19 125:19
139:13 145:19
150:18 153:19
164:16 165:1
170:11,15,16
170:21,24
171:1 176:21
182:14,16,19
182:24 183:2,5
183:8,19,21
184:3,7,19
185:7 204:10
206:4 209:13
209:13 214:1
214:17,21,23
215:10,22
216:6 218:5,17
218:18 219:17
219:24 228:3,6
228:7 229:5,13
230:11 238:10
242:18 266:19
305:19 307:17
307:23 311:18
320:17 332:5
332:18,23
334:20 335:5
335:12 337:19
347:16 349:15
360:2,12,19,20
360:22 361:3
361:20 369:10
375:6,22
376:10,11,13
386:3 388:2,2
399:9
**breast-conser...**
173:23
**Breat** 7:19
**brick** 300:7,9
**bricks** 300:2,7

**brief** 16:2
**briefly** 9:19
15:10 380:18
391:22
**bringing** 181:17
**brings** 286:16
**broad** 61:16
267:10,13
343:11
**broaden** 55:20
**Broadway** 2:21
**brought** 287:5
**build** 300:2,7,9
300:18
**building** 300:23
**bunch** 235:10
**bundle** 41:9
**burn** 230:17

---
C
---

**C** 1:13 3:19 6:3
9:1 10:4 15:20
198:19,24
311:24 312:2
312:20,21,24
313:3,9 410:5
413:10
**CAF/Tax** 312:6
**calculations**
109:8
**calculator** 102:3
**calendar** 22:15
**California** 2:22
5:17 160:8
**call** 17:11 91:17
91:19 300:16
396:10
**called** 291:15
**camera** 218:23
**cancer** 6:20 7:4
7:9,10,13,16
7:17,19,23 8:4
8:7,9 31:1,4,7
31:11,16,17,21
31:23 32:1,5
32:10,14 33:5
33:7,11 34:19

34:21 35:3,5,7
36:3 37:1
48:22 49:2,2
49:19,22 50:2
51:7,10,18
52:2,7 55:5,14
56:1,3,7,10,12
57:8,13,14,17
58:2,3,4,11,23
59:16 60:17
61:6,21 62:14
79:2 85:16,22
94:6,9,12,13
94:15,23 95:6
96:13 97:8,23
98:6,11,18,19
98:20 99:5,17
99:18 100:2,24
105:24 114:10
116:20 119:7
125:19 139:14
145:19 150:18
153:19 160:12
160:16 164:16
165:1 170:11
170:15,21,24
171:1,5,8,24
173:10 176:21
178:22 180:23
182:15,16,19
182:24 183:2,5
183:9,19,21
184:3,7,20
185:7 204:10
206:4 209:12
209:13,13,17
211:1,18 212:7
212:18 213:1,6
213:13 214:1
214:17,21
215:10 218:5
218:18,18
219:17,24
227:17 228:2,3
228:6,7 229:6
229:14 230:11
238:11 241:1

257:9 265:17
266:19 268:14
305:19 307:18
307:23 311:6
311:18 320:17
332:5,18,23
334:20 335:5
335:12 337:19
343:22 346:7
347:16 349:15
360:2,13,20,21
360:22 361:4
361:14,20
369:10,22
375:6,23
376:10,11,13
386:4 388:2,2
**cancers** 30:22
99:17 182:14
182:16 183:22
399:9
**cane** 390:24
**caner** 6:22
**Canton** 48:7,10
**CARACO** 4:15
**carboplatin**
208:17 212:22
212:23 213:1
**carcinoma**
97:24 208:13
208:16,19
209:22 214:18
**cardiotoxic**
169:19
**cardiotoxicity**
134:22 161:19
161:24 162:3
167:3,12,18
168:13,22
169:12,23
378:9
**care** 31:3 33:17
36:2,24 53:9
53:22 55:14
56:1 58:22
60:16 101:5
105:10 112:23

114:9 116:19
125:19 128:14
128:19 204:10
253:12 254:8
332:17,22
335:5 343:22
360:20 375:1
375:18 376:18
**cared** 387:14
**career** 62:16
177:9 184:8
**careful** 160:1
**carefully** 348:7
411:4
**caregivers**
343:20
**Carlos** 86:6
**carries** 161:19
162:3
**Carroll** 17:1
**Carrollton** 2:6
300:18
**case** 1:9 16:9,10
16:11,13,14,18
16:21 17:6,12
21:15 22:6,17
23:2,16 25:9
27:13,14 28:17
29:10 36:11,14
36:21 47:13
53:4,6,19,22
61:1 62:6 69:1
84:9,10,12
119:21 140:21
144:23 145:1
180:11 181:19
182:8 184:23
222:21 232:11
232:20 242:12
254:12 260:18
276:3,22 284:1
285:17 287:12
288:2,4,13
299:22,22
301:24 315:19
333:23 337:14
342:21 344:11

351:7,15
352:12 354:12
354:19 355:6
359:12 372:22
374:7,9 376:3
377:3 382:6
384:4 394:20
405:21 406:8
406:11 407:17
**cases** 28:16 91:5
94:8,11,13
184:24 269:24
271:5 272:14
274:15 277:21
278:6 281:24
282:11,14
283:4,14 309:1
321:9 349:7
375:20
**categories**
143:16
**categorized**
248:24
**categorizes**
99:17
**category** 120:22
141:23 149:8
220:16,18,20
233:8,11
241:10 264:8
**causal** 151:16,18
187:23 189:6
190:6 278:20
278:22 279:7,8
279:14 281:2
282:5 283:2,11
283:13 284:11
286:4 301:11
301:21 314:5,6
314:14 315:21
316:2 317:14
317:23 318:21
323:24
**causality** 187:18
273:9 276:21
276:24 279:3
279:12 299:21

299:24 315:8
352:18 358:1
406:13
**causally** 97:11
188:13 189:24
273:1 275:21
276:12
**causation** 190:6
274:1,8,16,18
275:7,10 284:9
288:20 303:5,7
308:10 323:23
352:19,23
354:12,18
355:24 356:8
388:9,16
396:15 405:22
**causative**
267:23 285:24
359:13,21
**cause** 97:9
228:11 259:9
270:15 273:21
283:18,20,24
285:3 286:11
317:5,8
**caused** 60:14
187:22 271:11
271:12 274:21
278:10 317:19
325:1
**causes** 154:6
160:3 274:4
277:7,12 278:8
283:19 317:10
324:14 368:24
377:8 394:20
**causing** 152:15
274:12
**cberg@gainsb...**
2:17
**cell** 31:24 32:2,2
32:6,7 208:13
208:16,18
209:22 211:18
212:7 213:4,6
213:13 222:16

226:24
**Cells** 226:21
**center** 33:11
48:22 49:2
50:2 57:19
58:3,4,11
141:11 160:12
344:15 361:14
403:5
**centers** 57:8,14
57:15,18
160:15,16
257:9
**centimeter**
242:17
**centimeters**
254:15
**Centre** 2:13 4:8
**certain** 62:15
68:19 187:24
196:5 212:13
215:2,4,4
229:9 241:16
250:5 260:10
273:13 296:15
299:7 315:13
361:3 366:9
**certainly** 29:11
29:14 98:7
142:15 180:9
259:23
**certainty** 146:12
**CERTIFICA...**
410:1
**Certifications**
41:18,21
**Certified** 1:19
410:3,18
**certify** 410:4,7
410:11 413:4
**CHAFFE** 4:7
**chair** 85:15
**challenge**
323:15
**challenged**
319:9
**challenging**

323:13
**chance** 190:20
347:1,6 348:14
370:24 378:16
**change** 53:14
74:9 208:10
232:9 233:4
294:21 295:20
296:18 297:15
299:6 356:18
377:2 412:3
**changed** 33:14
63:21 205:13
210:5 234:20
345:9 382:24
**changes** 183:24
270:12,24
271:6,11,17
272:4 413:6
**changing** 51:2
191:9 207:8
**chapter** 264:6
**characteristics**
173:21 174:14
**characterizati...**
103:9
**Charles** 85:21
**chart** 126:9
130:17 135:17
157:9,13,22
159:3
**chat** 19:4 26:16
73:20 82:19
178:21 263:12
319:21
**check** 158:20
159:10 340:6
340:21
**checked** 158:11
**chemo** 245:24
**chemotherapy**
7:22 8:3 55:24
60:15 67:17,20
95:18,19 96:3
96:7,17 101:8
101:12 102:12
102:15 103:11

108:3,5 109:3
134:18 135:4
157:11 164:13
165:8 172:22
184:17,19
186:23 187:1,9
187:14,15,17
187:20,21
188:3,4,21
189:1 197:23
206:17 210:1
222:23 223:18
225:10 229:9
247:8 248:9,17
248:20,23
249:5,6 264:13
267:1,3,8
268:6,9,15,16
269:19 270:8
270:15,20,22
276:11 278:2
280:11,13
281:2 287:13
287:14 294:16
295:23 296:2
298:1 307:17
307:23 311:18
329:9 334:12
348:21 364:13
369:6 370:16
371:17 383:1
399:9
**chemotherapy...**
68:2,17 69:3
69:10 186:4,10
186:18 188:12
269:9 270:16
275:22 276:13
277:8,12
279:22 283:20
285:4,12 306:2
317:8,11
**Cherokee** 48:10
**chewing** 92:2
**chief** 398:19
**choice** 60:1
108:18,21

247:8 250:13
253:16,17
264:8 330:13
331:20 334:14
334:22 347:6
348:13,20
**choices** 241:13
**choose** 135:20
206:11 242:8
258:3 371:16
391:7,16
**chooses** 341:5
**choosing** 369:6
**chose** 246:9
303:9
**chosen** 109:18
253:10
**chronic** 309:19
**chronology**
341:10
**chunk** 87:24
**Cincinnati** 5:9
**circumstance**
241:24
**circumstances**
241:17 286:9
**CIRG** 6:23
**cisplatin** 209:18
210:1,4,13
212:20 213:8
213:13
**citation** 205:18
331:3 385:24
**citations** 301:20
334:19 342:23
**cite** 41:3 75:5
162:6,13
202:24 205:2
282:10,14
302:16 303:20
304:19 306:10
306:11 314:3
323:16 325:6
326:6 330:16
335:2 397:10
397:15,16
**cited** 29:21

157:19 187:6
302:14 329:14
329:16 334:24
373:18,20
385:12,18
399:18
**cites** 130:15
159:7 184:22
**citing** 385:21
**City** 3:6 45:19
160:11
**Civil** 1:9 27:12
27:17
**claim** 399:19
400:6
**claims** 302:21
**CLAIRE** 2:10
**clarify** 18:12,13
224:3 372:4
**classes** 98:18
**classification**
98:6
**clean** 353:18
**clear** 48:21 58:1
62:4 87:22
188:8 218:3
271:17 276:4
276:23 284:24
339:8 352:20
368:23 379:8
394:11
**clearly** 152:6
153:4 184:21
309:4 328:24
399:12
**client** 346:16,23
**client's** 366:10
**clinic** 48:8 77:3
77:10
**clinical** 7:12,15
22:20 23:3
31:18 32:4
33:22 34:2
35:19 36:1,23
38:11,14,24
39:10,22 40:11
41:1,3 42:7,8

Sreekanth C. Reddy, M.D.

42:10 43:5,19
43:21 44:13
45:23 46:2,3
46:11,18,24
47:18 49:16
51:14 54:24
55:8 56:14
57:1 58:5,6,7
72:18 77:20
79:6 80:13,21
105:7 113:11
129:19 138:9
138:18,20,23
139:1,8,15,17
148:13 151:22
152:4,6 171:9
176:8 182:7,13
184:3,4 190:14
190:16 191:6
191:17 193:2,5
194:3,5,15
204:14,16
206:23 209:5,7
210:14 214:18
214:23 220:22
224:14 234:2
260:19 288:17
289:17,19
291:21 303:18
318:5 326:13
339:5 360:10
360:22 361:24
362:7 365:8,12
366:20 375:1
389:19 390:17
391:6 398:20
398:23
**clinically** 318:14
332:6,16
**clinician** 376:18
**clinicians**
206:22
**clock** 143:22
**close** 43:16
189:14 230:17
262:12 403:21
**closely** 375:10

**closeout** 93:6
**closer** 181:20
192:22 292:7
**CNN** 214:5,5
**co-author** 40:23
**co-chair** 86:5
**co-chairs** 85:22
**COAN** 4:17
**Cochrane** 162:6
162:7,22
163:16,18
165:23,24
379:19 400:20
401:4
**code** 294:20
296:16 297:8
298:11 299:5
**Cohen** 3:18 6:5
6:7 10:10,14
12:3 13:6,16
13:19,22 19:15
19:20 20:7,20
21:4 23:4,23
26:1,9 27:24
29:7 31:15
36:4,9 38:8
39:3,13 40:6
40:14 44:21
47:5 52:8
53:10,24 56:17
59:19 60:19
61:14 63:2,16
65:5,11,15
68:13 69:4
70:10 72:3,13
73:6,24 74:15
74:23 75:1
77:1 78:4 80:3
80:16 81:14
82:24 83:4,24
86:21 87:3,15
87:22 90:21
91:20 92:8,19
93:9,24 94:24
95:7,21 96:20
97:4,13 101:10
101:22 102:18

103:20 105:2
105:12,21
108:6,19 109:4
110:5,18
111:11,22
113:23 114:11
116:8 118:3,23
119:20 120:8
120:15 122:19
123:1 125:9,20
127:21 130:22
133:24 135:24
136:15 137:7
137:24 140:2,9
144:1 145:8
146:15 148:6
148:23 150:4
151:23 153:21
154:4,12 155:7
155:11,21
156:3,6,11
158:22 160:6
160:18 161:4
161:10 163:7
164:21 165:17
166:9 168:15
169:20 170:5,9
178:24 179:5
179:10,17
181:13 182:21
185:21 186:7
186:19 187:10
189:17 190:3
190:10 191:1
191:14 192:11
194:13 196:19
199:4 200:1
203:19 204:1
204:11 214:16
216:20,24
220:2,7,9
224:15 225:24
227:18 234:16
235:19 236:5
237:15 240:7
242:6 243:13
243:17 244:8

245:16 246:23
247:10 248:6
249:17,21
250:15 252:23
253:14,23
254:20 256:9
257:12 260:12
267:18 270:17
271:14 273:3
274:6,22
275:13,24
276:15 278:24
279:24 281:4
281:17 282:6
283:22 284:12
285:13 288:1
288:22 290:1
291:1 292:1,15
293:4,16,21
295:22 296:23
297:18 298:4
298:22 299:8
300:4,19 302:9
306:20 307:19
309:6 312:7,13
315:5 316:19
319:4,11 323:9
327:24 329:4
329:19 330:24
331:4 332:20
335:8 338:2,7
338:14,20
339:15 340:5
340:17,20
341:1,18,22
342:2,7,12,14
345:21 346:2
346:22 347:17
348:3 349:1
350:1,22
351:23 352:8
353:4,20 354:5
354:9 355:1
356:19 358:11
359:1,6 361:10
363:1,10,13
364:7 365:6

366:23 367:13
368:9 369:2
370:12 371:1,8
371:13 372:2
374:5,22
377:24 378:4,6
379:1,3,9,11
381:22 382:5
385:17 386:16
386:18 387:15
388:4,19
389:11 392:9
392:16,20
393:6 394:8
395:2,16,18,22
396:1,16
398:10 399:22
400:15,22
401:24 404:19
405:13,18
406:6 408:2,11
408:20
**coin** 190:20
**coincides** 266:11
**collaboration**
57:7
**Collaborative**
162:7 163:16
165:24
**colleagues**
148:12 219:4
308:6 313:15
343:9
**collected** 44:15
362:9 363:4
**collective** 63:14
63:18
**collectively**
212:6 347:20
**colony** 228:18
**colony-stimul...**
226:22
**color** 377:19
400:21
**Columbia** 45:13
47:3 66:24
77:12 78:18,20

83:22 85:22
362:19
**Columbia's**
76:19
**column** 75:24
121:4 142:3,24
143:7 309:14
321:3 378:9
**columns** 141:11
141:19
**combination**
42:13 58:5
162:15,18
167:22 169:1
169:24 173:5
175:21 199:9
199:11 338:9
339:6 390:7,10
**combinations**
59:10 222:6
225:10
**combine** 169:23
**combined** 168:3
209:23
**come** 75:14 85:6
102:13 127:6
133:15 167:13
202:12 214:13
262:1 288:13
288:19 300:20
305:10 318:19
343:13 344:7
403:17
**comes** 113:19
242:23 243:21
404:24
**comfortable**
360:24 368:12
368:14
**coming** 84:24
111:13 127:5
226:5 299:23
301:20 348:10
357:17 361:2
403:11
**commencement**
410:4

**commencing**
1:16
**comment** 12:24
52:20 58:18
71:12 77:19
153:24 187:3
261:8 264:23
**commenting**
316:21
**comments** 240:2
303:2
**commission**
413:18
**committed**
105:1,10
253:20
**committee**
53:14
**common** 67:16
141:7 142:11
143:14 149:8
183:9 291:13
291:14,14
309:16,18
371:14
**commonly**
115:6 136:6
257:24 325:2
**communicate**
204:5
**Communication**
399:18
**community**
131:24 145:21
152:14 153:3
158:14 174:11
206:2,2 232:5
254:7,10
343:16,18
390:20
**comorbidities**
55:2 59:24
392:4
**companies**
96:16 139:16
367:4
**company** 36:9

38:5 39:15
40:3 46:2,21
89:12 96:21
260:9
**company's**
93:20 97:14
**comparator**
123:23
**compare** 11:22
117:15 133:12
193:17
**compared** 8:9
117:23 121:5
122:2,11 147:1
147:17,22
318:6 332:4
375:13 401:10
**compares**
117:11 137:19
**comparing**
123:16,19,22
124:6 136:10
**comparison**
153:14 256:6
389:13
**comparisons**
256:8,13,22
**compartment...**
240:18,21
**compilation**
87:17 197:9
**compiling** 20:11
**complained**
382:23
**complaining**
289:10
**complaint**
382:14
**complaints** 66:1
66:4 69:17
382:19
**complete** 11:7
29:9 30:1
106:12,13
205:21
**completed** 46:23
329:14

**completely** 9:21
**completes**
114:23 255:24
**completing**
102:11
**complications**
368:7
**complies** 83:16
**complying**
91:21
**component**
121:19
**components**
204:16
**Compound** 39:4
**comprehensive**
57:8,14,17
58:11 160:16
172:10 241:1
257:9
**comprise** 31:11
**comprises** 31:7
**computer** 12:21
293:20
**concern** 70:8
96:11 125:17
125:22 128:20
136:18 147:10
232:13 258:21
**concerned** 94:21
114:3 132:10
**concerning** 54:7
55:12 88:7
107:19 161:15
161:23 193:3
202:8 272:2
281:15
**concerns** 113:21
173:24 239:13
**concluded** 409:9
409:11
**concludes** 71:20
71:20 134:20
**conclusion**
103:4 119:16
166:16 286:16
287:6,15

288:14,19
289:4 299:24
301:21 315:6
315:13 355:8
359:20 396:22
399:12 407:21
407:22
**conclusions**
166:11 303:18
336:19
**condition** 69:15
269:2
**conditions** 65:20
65:22
**conduct** 354:18
355:3
**conducted** 38:23
40:11 355:5
356:11 365:19
**conference**
215:13 216:2
**conferences**
215:6,15,18
343:24 344:5,7
**confidence**
401:12,15,16
402:1
**confident**
406:15
**confidential**
10:17 88:11,16
88:17 89:10
93:22
**confirmed** 44:18
71:13,15
**conflict** 395:1
**confused** 212:17
**confusing** 18:7
245:20
**connection** 88:9
**consecutive**
87:18,21
**consent** 88:20
89:13 266:5
**consented** 79:7
**consequence**
180:22

Sreekanth C. Reddy, M.D.

**consider** 23:23
  99:10 112:6
  114:20 131:11
  202:14 228:15
  250:7 261:15
  279:6 343:3
  352:1 355:23
  357:10,24
**consideration**
  207:8 333:15
**considered** 30:7
  88:10 98:19
  175:3 209:19
  210:6,10 225:2
  225:11 249:12
  250:3 286:24
  287:5 342:20
  343:5,7,8,10
  359:9
**consistency**
  235:2
**consistent** 100:1
  235:5
**consistently**
  241:5
**constantly** 69:17
**constipation**
  134:23 161:21
**consult** 22:5
  178:9
**consultation**
  242:4 243:9
  244:6 265:15
**Consultations**
  173:11
**consulting**
  107:24 177:19
  375:15
**contact** 214:6
**contain** 342:19
**contained** 26:6
**containing**
  162:17 220:15
  330:11,12
  331:19,20
  334:12,13
**contemplated**

  174:23
**context** 51:7
  113:9 174:5
  308:9,17
  332:17 335:4
  360:2 397:10
**continue** 54:18
  92:13 173:15
  202:7 294:12
**continued** 3:1
  4:1 5:1
**continues** 40:22
  91:12 103:2
  233:20 249:3
**continuing**
  171:15 173:16
**contradict** 323:3
**contraindicati...**
  198:1
**contribute**
  161:24
**contribution**
  102:7 115:18
  116:5 232:14
**contributions**
  41:2 102:4
**control** 167:16
  190:18 191:6
  207:5 243:1
  373:13
**controlled** 55:11
  55:22 116:17
  149:22,23
  190:17 199:1
  204:19,22,24
  293:7 315:15
  317:4
**conversation**
  117:19 259:13
  262:6 265:1,16
  266:12
**convey** 245:3
  249:6
**convincing**
  184:17
**cooling** 185:12
**copies** 217:23

**copy** 19:21
  23:20 74:17
  83:5 118:24
  119:21 120:21
  155:4 167:7
  180:13 217:22
  312:10
**Cor** 207:22
**core** 377:7
**corner** 320:13
**corners** 338:18
  353:23
**correct** 14:14
  21:21,22 24:9
  24:10,22 25:4
  26:8 27:2,3
  30:18 31:8
  32:11,12,23,24
  33:3,5,12
  34:19,20 36:11
  36:12,17 37:21
  38:1,17 41:5
  41:24 42:5,8
  43:3 44:20
  45:14 46:9,16
  47:4 48:6,23
  49:4,8,19,20
  51:10,11,19
  55:5,6,8,9 57:3
  57:16,20 62:8
  62:9 64:3,6,13
  64:21 70:9
  71:2,17 75:21
  75:22 76:15,24
  78:3 79:21,22
  80:15 81:21
  82:3,12 83:8
  83:23 85:19,24
  86:1,2,3 87:21
  89:16,17,19
  90:11,15,16
  93:8,12,17,18
  94:19,23 95:1
  100:18 101:17
  101:21,23
  102:8,9,17
  103:1,13,14,19

  104:1,2 106:15
  106:22,23
  107:1,2,14,15
  108:15,16
  109:3,14
  112:10 113:14
  113:15 116:7
  118:1 119:7,8
  119:14 120:14
  121:10,11,13
  121:14,20,21
  122:18 123:8
  124:7,11,12,18
  125:7,8,14,15
  126:8,10,15,16
  128:15,21,22
  129:11,12,17
  130:14 132:1
  132:14,15,24
  133:9,16,17,23
  134:10 135:17
  135:23 136:14
  137:6,11,15,16
  141:4,8,9,16
  141:17,24
  142:1,7,8
  143:4,5,11,12
  143:16 144:21
  144:22 147:5
  147:18,19
  148:5 149:12
  149:19,20
  153:9,20 154:3
  154:11,13
  157:24 158:8,9
  158:21 161:21
  161:22 162:8,9
  162:12,18,19
  163:19,20
  164:16,17,20
  165:10,11,16
  166:2,8,21
  167:19,20
  169:5,12
  170:18,19
  171:20,21
  172:1,2,18,24

  173:1 174:2,8
  177:10 180:17
  180:18 181:1,2
  188:15,18
  190:2,9,11,14
  190:24 191:2
  191:17 192:14
  193:3,4 194:12
  195:19,24
  196:18 198:3
  198:10,11
  210:18,19
  213:15 218:5
  218:19,20
  220:16,17,23
  221:4,5,9,10
  222:2,3,24
  223:1,7,8,12
  224:14,22,23
  225:2 226:16
  226:17 227:17
  227:22,23
  228:10,23
  230:11,12
  231:10,11,20
  231:21 233:14
  233:21,22
  234:3,15
  238:11,12
  239:4,5,7,8,14
  239:17,18,23
  239:24 240:6
  241:2,7,8
  243:12,16
  244:7 246:21
  246:22 247:9
  248:5,17,18
  249:1,9,10,16
  250:8,9,14
  251:19 252:10
  252:11,22
  256:8 260:11
  267:17 270:2,3
  272:16,17,20
  273:22 274:5
  274:16 275:2
  275:17,18

Sreekanth C. Reddy, M.D.

277:9,18,19
278:3,8,23
279:1,16,17
281:3,6,16
282:5,7,11,12
282:15,16
284:11 285:5,6
286:20,21
287:1,2 289:24
290:24 291:17
293:3 294:18
295:21 296:22
299:15,16,19
301:8 302:8
303:21,24
304:1,10
306:11,12
308:15 309:5
309:17 310:12
310:13 311:11
311:12,22
312:6,23 313:1
313:7,8,11,17
314:22,23
315:4 321:11
322:24 323:8
323:10,18
324:20 325:7,8
325:11,12,24
326:9,10
327:16,17
328:11,12,16
328:17 329:3,6
329:18 330:14
330:15,18,19
331:15,16
332:14,19
333:10 335:7
336:2 338:1,5
338:13 339:14
381:9,10 382:9
384:2 389:8
393:5,24 394:7
395:14,21,24
397:11 398:16
400:9 402:7
403:24 404:3

404:12,13,18
405:1 413:5
**correcting**
124:24
**corrections**
411:4,7 413:6
**correctly** 98:3
112:9 185:3
193:24 198:3
227:6,7 249:15
399:7
**corticosteroid**
135:14,22
136:13,18
137:1,14,22,22
**corticosteroids**
107:13 135:6
138:3,14
139:12 161:15
**cost** 333:13,15
**counsel** 9:22
20:8 39:8
110:23 400:3
403:20 410:12
410:13
**counseling**
161:16 170:11
173:10 247:6
248:4 266:19
369:17 390:4
**count** 384:21
**countries** 76:3
**country** 241:2
**country's** 57:7
**counts** 145:2,3,6
145:10 229:4
**county** 16:20,23
17:1 48:11
93:23
**couple** 10:11
17:22 57:18
101:3 128:10
288:12 332:3
359:23 373:15
405:14
**course** 30:12
77:6 109:18

113:4 114:24
170:14 197:22
251:11 256:1
333:16 353:6
371:21 387:1
398:17 403:9
**court** 1:1 9:24
18:16 27:15
47:14 91:7,22
307:20 353:14
411:17
**court's** 92:3
**courtesy** 407:10
**cover** 161:1
364:20
**covered** 160:24
369:15 386:17
388:10
**crayon** 377:21
**create** 58:20
**creates** 49:22
**credentialed**
64:24
**credit** 109:16
**criteria** 58:2
69:2,13 141:7
142:11 143:15
149:8 277:4
284:8 301:7
302:18 323:15
364:5
**critical** 369:23
**criticisms** 277:3
299:18 301:8
323:18 328:18
328:20
**Cross** 85:16
**crowing** 189:13
273:19
**Crown** 277:16
**crows** 189:12
**crystal** 254:17
349:2,4,12
350:2,14
**CT** 170:16
**CULBERTSON**
4:18

**Cumming** 48:5
48:14
**cure** 376:10,15
**cured** 96:12
370:24 371:24
**curing** 346:7
**current** 44:24
49:14,15 50:13
56:24 185:1
225:9,12
**currently** 17:7
24:16 34:22
130:6 176:24
269:13
**cursor** 121:2
**CV** 26:23 31:11
31:13 41:8,13
41:16 42:16,22
43:18 44:1,24
79:20 398:3,16
398:21,24
**cycled** 222:9
**cycles** 222:10
223:6 224:11
234:12,12
327:7
**cyclophospha...**
6:22 7:22
193:18 194:8
198:8 222:8
281:15 282:10
305:20 307:16
307:22
**cystitis** 134:22
161:20
**cytotoxic** 8:6
206:17 248:17
267:8 320:17
**cytoxan** 199:10
199:12 200:7,8
301:17 339:7
394:18

-----

| **D** |
| --- |

**D** 9:1
**D1** 140:24
**D3** 140:24

**daily** 63:22 65:7
132:7 197:21
375:8
**damaging** 146:1
**dangerous**
146:1 402:17
**data** 30:7 44:15
49:17 51:14
57:1 59:24
63:7 75:20
97:15 123:3
138:23 148:12
149:22,23
152:5 153:4
154:5 185:13
186:21 188:8
188:11 198:16
208:18,24
247:19 260:20
278:10 288:18
291:15 314:5
315:11,12,12
317:18,23
318:13,21
339:8 359:12
359:17 361:2,8
362:9 363:3
375:9
**date** 9:7 21:24
72:23 156:4
218:13 349:20
410:9 411:9
413:10
**Dated** 410:20
**dates** 52:10
72:15 178:1
362:18
**Dave** 10:12 12:5
13:17 14:2
19:16 74:15
88:3 140:3
161:4 284:14
293:17 319:13
353:20 363:10
400:23
**David** 2:3,4,11
74:1 87:15

92:8 312:7
**day** 34:6 129:16
  132:8,14,24
  188:21 233:9
  234:19 322:10
  334:6 351:9
  355:15 365:9
  367:9 369:4
  387:2 389:1
  390:12 391:14
  403:11 413:17
**day-to-day**
  182:18
**days** 23:15 26:5
  34:9 132:7,13
  222:9 267:7
  268:15 327:3
  411:13
**DCIF** 98:7
  100:7,19
**DDMAC** 400:3
**deal** 26:13 298:1
  298:1 372:1
  377:1
**dealing** 52:3
  129:7 212:20
  212:21 357:9
**dean** 316:13
  338:17
**death** 324:16,24
**deaths** 94:14
**debilitating**
  145:23 146:4
  151:20 152:8
  152:17,21
  391:2 402:17
**decades** 370:4
**Decadron** 134:3
**December**
  238:18
**decide** 266:4
**decided** 91:5
  104:22 105:7
  108:1
**decides** 108:7,14
**decision** 56:19
  104:16 106:5

112:19 174:13
  176:5,11 233:6
  241:3 253:4
  258:13,14
  262:22,23
  264:13 333:11
  348:10
**decision-maki...**
  110:16 111:10
  113:8 117:19
  173:19 237:2
  242:1 243:10
  244:20 247:6
  248:4,8 250:24
  262:8 264:16
  265:11,14
  266:7,10,14,20
  344:10 386:20
  387:6,17
**decisions** 62:1
  148:9 173:6
  174:6 176:1,10
  245:21 264:7
  264:18 287:12
  292:6 333:18
**decreased** 159:4
  334:1
**decreases** 402:1
**dedicated** 33:24
**deemed** 411:16
**defective** 296:11
  297:13
**DEFENDANT**
  3:10 4:14 5:13
**DEFENDANTS**
  3:2 4:3 5:3
**defense** 40:2
  405:4
**defer** 295:8
**deferred** 316:9
**deficient** 302:6
**defined** 186:9
**definition** 381:8
  381:9
**degree** 53:12
  61:22 146:11
  171:12 357:15

**degrees** 368:19
**delay** 106:10
**delayed** 184:24
**delaying** 181:8
  381:13
**delete** 74:8
**delineate** 141:6
**delineations**
  25:17
**deliver** 232:24
**demonstrate**
  305:24 317:5
**demonstrated**
  153:16 336:1
  400:4 404:10
**demonstrates**
  116:4,17 154:3
  165:13 315:2
  323:17 331:18
  334:11 335:2
  339:10 399:20
**demonstrating**
  164:19 278:21
**dependent** 52:1
  259:18
**depending**
  29:10 229:15
  268:18
**depends** 215:20
**depo** 17:3 74:7
**deponent** 9:12
  413:2
**deposed** 12:17
**deposing** 411:12
**deposition** 1:13
  6:13,15 9:9,14
  10:14,21 11:4
  13:9 14:13,17
  14:18 16:3
  19:3 21:12
  23:22 24:13
  29:2 46:15
  48:20 91:13
  111:21 164:8
  235:24 343:15
  352:1 357:11
  395:12 398:9

408:12 409:8
  409:10 411:3
  411:10,14,15
**depositions**
  13:14 18:19
  91:2 286:20
  366:9
**deps@golkow...**
  1:23
**dermatological**
  65:7,10,17,18
**dermatologist**
  188:18,19
  269:1 321:13
  351:22 383:3,5
  383:12,12
**dermatologists**
  186:13 382:22
**dermatology**
  64:22 65:3
  67:7 69:14
**dermatoscope**
  66:19 70:22
**describe** 135:19
  187:18 257:22
  294:19,24
  295:13 329:2
  364:23 405:22
**described**
  186:13 187:8
**describes** 297:3
  311:20 321:2
  368:17,18,19
**describing**
  189:5 281:19
**DESCRIPTI...**
  6:12
**descriptive**
  321:23
**design** 193:16
  193:21 195:15
  195:16 197:19
  199:21
**designate** 58:3
**designated** 58:4
  58:10
**designation**

57:13,20,23
**designed** 200:6
**desire** 61:24
**desires** 114:7
**desk** 217:7
**despite** 208:9
  240:1 327:5
**detail** 27:7
  245:18 253:2
  321:18 351:19
  357:15 395:13
**detailed** 79:8
  266:12 367:6
  367:24
**details** 96:22
  254:12 288:24
  289:2 295:13
**determination**
  284:4
**determinations**
  139:6 250:6
**determine** 70:24
  190:6 274:3
  275:20 359:13
**determined**
  347:21
**determining**
  173:3
**devastating**
  180:24
**develop** 187:20
  228:12
**developing**
  229:8,11 313:4
  402:16
**develops** 63:13
**devoted** 23:15
**dexamethazone**
  131:10 132:6
  132:19 133:3,7
  133:13,19
  135:22
**diagnose** 69:14
**diagnosed** 94:9
  95:5 97:22
  98:1 100:2,3,6
  100:7,10,13,15

Sreekanth C. Reddy, M.D.

100:17 268:19
269:9
**diagnoses** 50:11
**diagnosis**
264:17 269:1
**diagnostic** 69:2
69:13
**diagram** 258:14
**diagrams**
251:18
**dialogue** 92:1
**diarrhea** 134:23
161:20
**dictate** 196:14
**die** 130:1
**Diego** 2:22
**difference** 39:20
106:9,12
107:10 108:24
109:10,11
167:17 189:5,7
191:10,12
195:3 199:9
200:15,17
289:8 291:9
305:7,22
313:23 315:16
315:24 316:1
318:2,14
336:13 391:23
**differences**
120:11 250:23
317:16 402:6
404:4
**different** 37:10
41:4,5 42:21
47:7 51:2 58:7
65:19 68:19
74:23 80:13
110:2,2 116:22
116:23 145:7
148:2 154:23
182:2 190:22
190:23 193:17
195:8 196:6
219:13,15
237:7 259:12

261:9 264:15
268:12 271:23
273:14 289:11
312:3 332:10
333:1,2,3,12
334:20,21
336:24 350:21
355:19 364:24
376:20 402:19
403:8,12,15,16
404:3
**differentiate**
39:22 67:22
68:5,16,22
103:24 104:19
**differently**
84:22 275:19
306:18
**differs** 157:2
**difficult** 152:17
194:23 270:21
376:2 396:13
**digging** 398:13
**Diplomate** 1:18
410:3,17
**direct** 340:4
373:6
**directed** 168:10
**directly** 123:16
134:17
**directs** 251:24
**disabled** 390:22
**disagree** 122:23
158:7,12
241:21 276:16
323:19 338:23
339:23 395:4
**disagreeing**
185:17
**disclosed** 88:19
89:11,12
**disclosure** 242:1
**discontinued**
159:6
**discuss** 107:12
110:19,20,21
112:14,16

114:19 135:1
173:11,17
225:9 247:20
247:21,23
257:3 262:1
287:11 288:3
305:3 332:22
368:20 371:2
371:10 390:1
**discussed**
138:12 202:8
210:21 214:12
214:22 215:5,8
239:20 252:22
254:12 286:18
319:6 322:10
332:18 387:11
**discussing** 110:3
111:13 387:12
390:18,19,20
**discussion** 15:13
71:10 108:13
111:7 112:6
113:19 114:17
115:1 189:3
202:19 214:15
232:5 259:17
261:16,18
303:1 336:18
337:4 370:21
377:7
**discussions**
113:8 174:24
175:3 343:8
**disease** 50:11
51:3 52:1
59:23 96:14
97:23 98:2
100:3,10,13,14
100:16,20,22
150:19 171:13
172:8 173:22
184:1 227:20
243:1 247:21
264:18 334:8
337:11 347:14
349:16,22

361:3,6 370:24
371:24 376:1
376:15
**disease-free**
164:15 166:15
334:7 348:14
**diseases** 227:4
**disorganized**
341:9
**disposal** 73:22
**disprove** 284:10
**dispute** 125:16
**distinct** 57:19
**distinction**
38:10 39:15
104:13 166:22
**distinguishing**
249:4
**distressing** 95:5
95:13
**District** 1:1,2
47:14,15 91:5
**divide** 33:20
251:4
**division** 33:16
399:17
**dmiceli@mice...**
2:8
**docetaxel** 1:5
6:19,21 7:21
8:2,6,8,11
35:15 36:2,15
36:24 37:9,15
37:19,21,23
38:5,16,16,16
38:18 39:23
116:18 117:11
117:13,13,16
119:13 121:9
121:10,24
122:9 123:7,21
124:4,4,11,17
125:4,6,14
126:14 132:6,8
132:11,17
136:11 137:19
141:2,3 142:4

143:8 147:5
149:11,19
150:2,24 153:1
153:18 157:2,6
164:19,24
165:16 169:19
184:20 185:8
188:13 194:12
195:19,20
199:2,10 200:7
203:6,7,15
204:15 222:8
240:16 254:6
269:14 276:2,6
276:18 277:1
282:23 283:23
285:3,10,20,22
285:23 286:4
286:10 288:15
289:5,12 290:9
295:21 296:10
298:16 299:22
301:10 302:1
305:18,19
306:9 307:15
307:21 308:11
310:10 311:9
311:16 312:4
312:23 313:1
317:5 318:6
320:16 321:10
322:6 324:21
325:1,3 326:15
330:12,13
331:14,19
332:4,12,24
333:4,8 334:12
334:19 335:3
335:11 336:4,7
336:21 339:6
346:6,13,24
348:15 352:24
355:10 359:13
359:17,21
367:2,20 368:2
368:6,24 377:8
380:6 386:3

388:17 390:15
394:9,17,23
399:13 400:5
401:11 404:12
404:17 406:13
407:24
**docetaxel-Adr...**
348:12
**docetaxel-con...**
205:9 347:5
373:12 394:2
394:12
**doctor** 14:9
47:22 58:19
62:3 64:10,18
65:2 73:14
75:8 77:18
78:9,14 80:12
81:13 83:7
85:3,12 86:15
89:23 102:23
118:20,21
127:23 137:10
155:18,20
156:9,15 161:1
164:3 170:3
174:6 180:3
192:17 193:1
197:13 226:12
230:5 231:9
247:5 265:1,6
265:15,18
266:13 267:19
275:3 293:15
294:12 300:1
307:6 309:13
311:3 322:21
326:4 327:10
329:6 330:8
331:10 332:11
334:9,24
336:22 337:5
337:21 339:2
348:2 353:11
383:5 394:15
396:12 405:12
408:7 409:4,6

**doctors** 268:8
**document** 1:8
21:21 25:18
75:9 86:15
87:1,7,17
119:23 140:7
150:8 163:6
167:5 184:16
197:8 202:20
234:11 235:6
263:19,23
265:20,24
266:2 286:6
301:12 321:6
**documents**
10:17 20:9
81:6 99:22
155:23
**dog** 392:17
**doing** 18:18 26:6
60:5 67:6
79:17 112:24
115:22,22
123:15 124:5
142:16 170:23
206:22 208:23
210:4 235:12
256:10,18
266:14 280:9
334:7 347:15
349:21 408:14
411:8
**dosage** 197:19
**dose** 128:16,19
135:19 139:11
157:5 167:15
184:21 194:7
198:7,9,19,21
210:3 222:7
327:6
**dose-dense**
221:1 223:13
223:17 224:6
233:12,17
234:13 239:2
**doses** 135:5
159:4 185:8

193:18 210:13
248:21
**dosing** 123:20
123:21 136:18
138:13 157:1
185:1 236:4
237:12,13
**double** 190:17
**download** 85:2
85:10 144:12
**downloads**
155:2
**doxorubicin**
6:21 7:21
222:8 307:16
307:22 312:3
**doxorubicin/c...**
8:3 311:17
**Dr** 7:6 10:20
15:1,17 62:7
72:10 101:6
102:11 103:3
104:15,22
105:1,6,9
130:13 135:17
144:10 155:1
156:20 157:16
158:5,6 160:4
161:6,8,9
164:7 202:6
217:16 238:15
245:3,11 246:8
253:10 255:19
277:3 283:8
284:19 286:19
287:9 299:18
301:7,15 302:6
308:5,6,17,22
308:23 309:2
310:9 311:6,20
313:14,15
314:2,9,12,17
314:21 315:6
315:20 316:4
316:12 317:13
318:20 319:2,3
320:18 322:17

323:5,6,6,13
324:12,13
328:19 329:1
340:18 341:2
342:15 347:20
348:10,16
351:19 352:14
367:15 372:16
373:7,8 374:6
374:7 375:5,12
375:14 376:19
382:12 383:4
383:11,21
387:4,7,10,18
387:24 397:2,8
397:20,24
398:7,15
**drafting** 28:8
**drafts** 28:8
**draw** 86:17
303:18
**drop** 384:20
**dropped** 159:17
**drops** 126:14,15
**drug** 16:9 39:16
59:9 88:8
137:2,5 168:17
186:23 228:8
260:15,17
274:1,4,21
275:5,10,21
276:10 281:2
283:19 297:4
298:11 317:10
328:23 329:17
337:6,8 365:24
368:8 390:7
393:3,22
399:17 403:23
405:7
**drug's** 294:22
**drugs** 96:17
117:22 124:9
139:18 150:10
167:23 193:20
196:6 206:17
229:11 270:8

273:1 274:12
277:5 280:14
281:20 282:21
282:23 283:5
295:24 298:7,8
321:20 328:21
329:2 332:8,10
333:1 366:6,19
**due** 9:18 51:14
98:16 122:1,9
239:12 272:3
**dues** 399:4
**Duke** 354:8
**duly** 10:5 410:5
**durable** 389:22
**duration** 135:5
184:22 267:16
327:4
**duties** 33:18,19
**dying** 375:21
**dysplasia**
227:24
**dysplastic** 229:4

———————
E
———————
**E** 2:10 6:11 9:1
9:1 412:1
**e-mail** 11:13,15
**earlier** 20:8
24:21 67:1
174:21 188:17
235:24 239:10
245:10 250:4,5
255:2 261:8
289:17 315:8
315:10 316:8
343:15 344:16
349:3 351:9
352:18 357:22
362:1 380:9
**early** 7:9 36:3
37:1 55:14
56:1,9,11
60:16,16 61:5
61:5 62:13
67:4 94:14,22
97:23 98:6,11

98:19 114:10
116:19 125:19
139:13 153:19
164:16 204:10
228:2 229:5
238:20 332:17
335:5 365:9
369:4 389:19
easier 189:20
219:20
Eastern 1:2
47:15 91:5
easy 232:24
echo 293:17
edgewise 338:19
editor 398:19
Edmonton
85:17
educate 27:20
educated 113:10
educating
181:18 246:6
education 41:20
242:4 244:7
effect 150:20
196:11 290:20
291:2,7,9
301:22
effective 38:21
62:24 232:22
232:23 242:10
392:8 399:9
effectively 325:4
326:8
effects 121:23
122:8 124:14
174:1 226:21
259:10 291:23
376:12,14
efficacies 203:16
333:2
efficacious
334:22
efficacy 35:24
36:22 38:6
39:1,12 55:13
55:23 117:2

119:18 120:6
178:11,13
205:8 242:2
249:8,13 250:7
250:10 289:19
331:24 332:7
333:4 334:2,15
365:24 389:5
390:5
effluvium 68:5,6
eight 35:1,11
127:12 132:23
396:2
either 42:8
53:21 63:12
86:9 91:16
99:16 123:12
157:22 158:7
158:12 193:20
203:24 209:1,2
209:4,6 211:20
214:22 215:5
215:22 241:20
260:6 261:19
279:14 282:10
377:10
elicit 106:3
eliciting 389:21
ELLIS 5:15
Emory 49:7
77:13 82:5,8
362:20
emotional 181:7
376:14 381:12
383:18
emphasize
376:2 403:13
employee
410:11,13
employees 46:16
encompass
364:20
encompasses
267:11
encourage
264:11
ended 12:1

93:15 202:18
endocrine
172:23
endorse 265:2
endpoint 71:5
194:24 195:21
196:11 289:19
endpoints
194:16,20,21
194:22 195:6
195:10
ends 159:16
Energy 2:13 4:8
England 40:24
73:18 117:6
193:7 304:7
enroll 31:17
44:3 45:2,17
71:23 79:5,18
93:5 184:2
enrolled 42:12
42:17 44:12
45:3 47:1 76:3
76:17 77:14,19
78:1 80:15
81:12 82:2,6
82:12 90:1,15
90:19 92:23
119:4 209:8
362:6
enroller 43:3
enrolling 43:13
44:19 72:12
76:22 77:23
78:2 80:12,22
81:5,20 83:21
90:9 183:2
210:15 211:20
enrollment 41:2
93:6,15
ensure 9:20 46:7
entire 177:4,6
184:7
entirely 19:19
401:22
entirety 177:9
388:15

entries 25:14,16
epidemiologic
291:22
Epidemiology
94:7
equal 122:12,16
274:16,17
275:6 389:5
equally 116:6
165:15 166:20
equals 373:10
373:13
equivalency
38:15
equivalent
38:12 104:11
366:6
ER/PR 171:18
errata 411:6,9
411:12 413:7
erroneous
323:24
especially
107:20
ESQ 2:3,10,19
3:3,11,18,19
4:6,17 5:6,14
essence 193:22
194:10 195:17
199:22 227:16
essentially
287:14
establish 279:12
282:5 297:12
315:8,16 316:5
316:16 379:17
established 90:7
151:12
establishes
334:14
establishing
279:2
estimate 24:17
43:7 257:1
360:8,18 369:9
estimating
25:13 181:22

estimation
52:14
estrogen 197:24
et 6:19,21 7:3,5
7:8,20 8:8
25:21 82:19
162:7,21
163:17 165:23
304:23 331:21
etcetera 70:19
171:19 261:4
268:23
evaluated 319:1
evaluating
370:16
Evan 3:19 11:13
75:2,3 155:22
263:18 392:11
392:13
event 191:11
196:16 259:24
279:7 291:13
404:15
events 66:7
141:7 190:8
259:21 260:2
291:23 327:5
335:21,22
370:17 405:8
405:10
everybody
123:24 252:14
252:17,18
375:22 385:1,5
evidence 59:17
139:7,10
184:18 275:21
276:9 279:15
284:5 285:9
287:4 289:13
292:9,10
295:19,19
296:5,17,20
299:7 319:1
324:23 349:22
368:23 390:17
399:8 402:14

402:19
evolves 208:9
evolving 51:4
exact 52:10,13
  52:17 116:13
  178:1 191:8
  313:6
exactly 58:1
  101:1 134:11
  149:3 236:16
  236:21 287:9
  291:11 393:13
exam 65:18
  172:10 321:15
  383:4,7
examination 6:2
  14:7 66:16
  272:1 340:3,16
  392:21 405:17
  408:8 410:4
examine 70:16
  70:24
examined 10:5
  382:21 383:11
examining
  171:10
example 157:4
  205:14,22
  206:21 208:12
  211:2 243:20
  271:17 382:13
examples
  138:11 205:4
  210:18 214:12
  272:23 281:18
  283:3
excellent 17:19
  242:14 387:12
  388:1 389:21
  390:10
excerpt 86:12
  191:20
excerpts 7:1
  84:23 192:4,12
excluded 227:5
excuse 34:3 40:1
  49:15 57:11

75:14 81:11
93:20 98:24
111:24 117:11
122:5 136:12
138:21 167:1
304:5 310:3
335:21 393:10
397:24
execution 46:6
exhaustive
  28:15,23 357:7
  406:3
exhibit 19:5,5,5
  19:6,7,12 21:7
  21:11,16 26:14
  26:15,17 41:10
  74:12 82:18,21
  84:17,18 118:7
  118:13 119:22
  126:23 127:1
  132:5 140:1
  149:4 154:16
  154:17,24
  156:11,13
  162:23 163:1
  164:7,8 178:15
  178:16 180:3
  191:20 216:15
  216:16,17
  217:17,17
  225:19,21
  226:1 229:21
  230:20 238:1,2
  249:17 263:7
  263:12 304:4
  306:23 307:1
  310:21 319:20
  320:4 325:19
  328:1,3,4,7
  331:5 341:14
  341:23 342:17
  343:3 344:13
  344:17 351:10
  351:10 358:12
  373:22 376:24
  377:12 379:16
  379:21 380:11

380:12,16
384:7 386:13
400:13,19
406:20,21,22
406:24 407:9
407:17,17
exhibits 19:2
  26:22
existed 53:1
  295:19 296:17
existence 329:15
  359:19
expect 112:18
  196:16 260:4,6
  260:20 289:20
  289:23 368:8
  370:1 390:5
expectation
  110:21
expectations
  113:20
expected 114:22
  255:24 260:22
expediency
  372:15
experience
  30:10,16 54:24
  61:2 95:23
  96:2 113:15,17
  145:18 148:11
  148:12,14
  150:16 151:22
  174:10,20
  202:14 205:16
  224:14 252:21
  268:14 280:8
  280:21 281:9
  285:19 298:7,8
  298:9 343:7
  357:1 390:18
  397:21,23
  398:1,15,18
  402:23
experienced
  65:18 146:13
  146:14 260:7
  260:24 261:5

experiences
  30:13 174:22
  236:11
experiencing
  149:12
expert 6:18 7:7
  14:19 16:7
  17:11 22:5
  25:19,21 27:14
  28:3 36:10
  39:24 47:13
  180:11 182:9
  196:22 295:9
  295:16,17,23
  299:15 316:10
  352:15 355:8
  375:5 383:13
expert's 358:14
expertise 30:22
  31:2 58:6
  296:19 297:9
  360:2
experts 12:17
  240:24 257:8
  295:1 359:19
  389:17 408:22
experts' 13:14
expires 413:18
explain 161:18
  362:4 390:15
explained 400:4
explanation
  151:10 192:22
  343:17
exposure 184:22
express 30:2
expression
  172:12
extensive 276:17
  285:16,18
  366:18
extent 10:17
  28:2 42:3
  296:14 297:11
extrapolate
  256:17
eyes 231:8

F

F 2:3,4 5:14
  199:24 200:16
  200:18
F/K/A 4:4,15
  5:4
FAC 76:9 106:9
  193:12,16
  194:6 195:15
  198:14 250:12
  304:22 305:5
  322:12 372:11
  373:14
fact 54:17 78:17
  81:16 93:4
  152:13 158:20
  188:24 218:3
  228:16 234:18
  268:12 271:11
  274:20 297:3
  331:23 337:13
  361:5,6 368:10
  403:13
factor 222:16
  223:3 226:22
  227:2,15
  228:18 323:22
  326:16 329:10
  384:16,18
  385:2,6,9
factored 384:4
factors 59:22
  195:9 207:7
  233:22 236:9
  237:1 249:12
  250:3 267:23
  279:6 329:24
  333:12 358:8
  384:24 386:7
  404:21,24
  405:3
facts 30:7
faculty's 175:4
fail 411:15
failing 231:8
fair 22:2 30:23

31:3,14 39:7
52:4 59:3
67:19 110:1
113:22 114:8
159:9 168:14
182:17 188:14
188:16 191:13
235:1,2 275:23
288:10,21
319:15 369:16
390:2
**fallen** 182:4
**falls** 141:23
268:17
**familiar** 44:14
45:22 52:4
57:10,12 58:9
67:14 72:1
78:11 92:24
98:13 117:5
118:21 130:20
131:17 160:11
190:13 219:24
263:14 264:2
278:15,18
291:20 292:2
324:12 355:18
362:7,23 363:2
397:17 398:22
**familiarize**
27:16
**far** 71:10 136:17
165:5 195:10
224:19 236:8
323:3 351:1
**fast** 353:23
**fatigue** 207:6
**fault** 161:11
**faulty** 314:10
**favoring** 120:14
**favors** 147:3
**fax** 1:23
**FDA** 295:8
298:21 299:14
**FDA's** 399:17
**FDA-approved**
298:15,19

**febrile** 122:4,13
125:11,17,21
141:16,22
142:4 239:13
239:16 240:12
325:5 326:9
327:2 404:14
**February** 231:9
**federal** 27:11,15
27:17 294:20
295:13 296:16
299:6
**feel** 112:23
221:15 241:18
258:7 262:21
270:10 316:10
360:24 375:9
375:10 405:24
**feeling** 232:21
349:21
**Feigal** 25:21
299:18 314:2
315:20 319:3
322:17 329:1
373:7,8
**Feigal's** 155:22
277:3 286:19
287:9 301:7,15
302:6 308:9,17
308:22,23
317:13 318:20
323:13 328:19
372:13,16
397:2,8
**fell** 60:17
**fellow** 177:24
**fellowship** 78:15
**fever** 225:5
327:4
**fewer** 196:15
**field** 30:16 69:7
361:9 375:6
383:13 389:18
**fields** 58:7
**fifth** 120:20
197:9
**figure** 293:24

**file** 91:6
**filgrastim**
222:10,12,13
222:14,23
223:2,6,14
224:4,7,10,11
224:24 225:16
225:17 226:23
233:19 234:12
**final** 358:9
359:20
**financially**
410:13
**find** 50:12 75:6
111:18 154:23
162:14 189:20
220:2 235:4
236:6 237:17
255:8,10
276:23 289:22
304:24 313:5
318:13 377:18
388:15 389:20
396:18 406:10
**finding** 121:12
289:22 383:14
**findings** 314:7
314:16 321:14
321:16
**finds** 122:24
**fine** 12:8 13:2,16
18:18 19:23
293:15 319:17
330:2
**finish** 18:22
71:21 140:7
341:5 388:6
**finished** 80:5,9
341:3
**finishing** 107:6
**firm** 17:16
**firmly** 345:15
**first** 12:15 21:20
22:4 27:10
44:10 49:12
54:19 73:4
83:12 117:2

131:8,14,18
141:19 146:7
154:16 172:21
177:14 180:6
180:19,20
181:17 184:11
205:19,24
206:9,12
260:17 264:7
264:23 267:7
268:4,4,16
270:6 285:8
306:10 308:3
353:22 361:18
362:5 368:17
369:21 393:10
393:12 405:19
**First-Line** 7:22
307:17,22
**FISH** 171:17
**fit** 252:13,16,17
**five** 35:11
206:15 213:21
216:3 217:6
284:15 328:22
**five-year** 373:9
**fixing** 230:18
**flip** 142:17
164:1 190:20
218:16 219:11
222:4 233:16
385:14
**flipped** 206:6
**flipping** 315:12
**flowcharts**
251:18
**Flower** 5:16
**fluorouracil**
194:12 195:19
195:21 199:2
**focus** 18:19
125:3 191:10
321:14
**focused** 182:16
**focusing** 150:12
175:24 194:11
195:18

**follicles** 70:1
**follicular** 70:24
**follow** 23:21
67:21 101:16
112:4 135:15
135:15,18,21
159:19 184:3
236:16 237:4
261:14,20
371:21 375:9
392:23 408:17
**follow-up** 6:23
**followed** 77:16
79:10 82:10
90:8 123:12
132:1 136:5,5
137:20 195:9
199:12 200:8
221:1,2 223:4
223:13,17
224:6 233:13
233:18 239:2
339:17
**following** 8:5
82:4 187:8
277:22 280:24
320:16
**follows** 10:6
221:15
**followup** 90:2
290:10 303:17
303:23 304:13
304:16,19
305:16 360:23
373:9 405:14
**Food** 292:12,13
**footnote** 40:17
41:4 42:3
157:8 162:11
164:10 303:11
304:10 306:4
306:10 372:8
385:13
**footnotes** 281:14
**forego** 96:3
**foregoing** 410:8
413:4

Sreekanth C. Reddy, M.D.

forget 251:8
form 20:21 23:4
26:1,9 28:1
29:7 31:15
36:4 38:8 39:3
39:13 40:6,14
44:21 47:5
52:8 53:10,24
56:17 59:19
60:19 61:14
63:2,16 65:5
68:13 69:4
70:10 72:13
77:1 78:4 80:3
80:16 81:14
83:24 90:21
91:2,11 92:5,5
93:24 94:24
95:7,21 96:20
97:4,13 101:10
101:22 102:18
103:20 105:2
105:12,21
108:6,19 109:4
110:5,18
111:11 113:23
114:11 116:8
118:3 120:9,15
122:19 123:1
125:9,20
130:22 133:24
135:24 136:15
137:7,24 145:8
146:15 148:6
148:23 150:4
151:23 153:21
154:4,12
158:22 160:6
160:18 164:21
165:18 166:9
168:15 169:20
177:6 181:13
182:21 185:21
186:7,19
187:10 189:17
190:3,10 191:1
191:15 194:13

196:19 199:4
200:1 203:20
204:1 212:12
214:16 224:15
227:18 234:16
235:19 236:5
237:15 240:7
242:6 244:8
245:16 246:23
247:10 248:7
250:15 252:23
253:14,23
254:20 256:9
257:12 260:12
270:17 271:14
273:3 274:6,22
275:13,24
276:15 278:24
279:24 281:4
281:17 282:6
283:22 285:13
288:1,22 290:1
291:1 292:1,15
293:4 295:22
296:23 297:18
298:4,22 299:8
300:4 302:9
309:6 315:5
316:19 319:4
323:9 329:4,19
332:20 335:8
338:2,7 339:15
346:19 347:3
347:12 348:1
348:19 349:10
350:10,19
351:17 352:4
353:2,10
354:22 356:15
356:17 357:18
358:4,23 359:4
360:16 362:15
363:9 364:1
365:3 366:17
367:12 368:4
370:11,19
371:6,19 374:1

374:1,18 375:3
381:20 382:2
385:23 387:9
387:22 389:10
389:24 391:19
393:6 394:8
395:2,16,22
396:1 399:22
401:24 404:19
406:2 413:6
formal 20:19
274:7 285:15
formed 30:9,15
forming 30:7
36:20 60:24
140:20 358:9
forms 186:11
267:11,22
364:21 368:21
formulate 172:6
174:6 202:9
formulating
202:10
Forsyth 32:19
93:23
forth 410:9
forward 13:15
216:15
forwarded 27:1
found 226:24
four 14:13 19:2
25:17 34:9
47:23 123:23
124:2 206:15
206:15 208:2
216:3 220:9
224:21 309:22
309:24 310:4
310:10 338:18
353:22
four-week
107:10
frame 67:4
framework
138:23 173:18
221:21 234:24
236:21 253:1

364:3
frameworks
245:21
fraught 195:10
291:18,19
Freites-Marti...
277:17
frequency 61:22
123:19,21
280:15
frequently
50:21,22 52:5
friend 261:23
front 14:5 19:24
27:4 57:19
128:4 138:9
139:7 163:11
163:15 230:4
230:22 234:19
251:1 252:10
306:14 307:7
311:3 312:10
320:10 326:3
331:9 344:14
379:23 401:5
409:6
FTP 11:5
full 44:10,11
49:12 87:1,6
88:14 109:16
112:2 152:11
152:13 154:21
192:13 242:1
408:19
full-length
212:10
fully 247:5
260:8
funding 58:10
further 76:7
208:15 214:1
221:19 283:16
292:4 340:1,3
392:21 405:17
408:8 409:2
410:7,11
future 254:21

350:3 372:1

**G**

G 3:18 9:1
G-CSF 226:22
327:2,5
G-E-L-M-O-N
331:2
GAINSBURGH
2:11
Gastrointestin...
33:1
gather 173:12
gathered 176:4
gathering
171:23 172:16
gcoan@hinsh...
4:22
gears 143:23
GEICAM
314:22
Gelmon 8:10
330:17,22,24
331:1,9,13,21
332:18,21
334:14,16,17
general 32:5
66:1 68:3 69:6
182:6 228:5
250:19 258:6
389:13
generally 45:23
46:6 51:17
54:22 70:8
146:3 163:19
169:17 190:7
232:17,24
243:16 261:24
268:17 289:17
292:4
generated 20:14
22:2 29:23
292:24
generating
389:24
generation
101:8,11

102:12,14
103:9,10
104:10,21
108:2,5 109:2
109:3 116:5
165:7 245:15
246:20 247:4
391:12,13,16
391:17,24,24
392:6,7
**generic** 366:6
**Genitourinary**
32:22
**gentleman's**
235:8
**GEOFFREY**
4:17
**Georgia** 1:15
2:6 3:22 16:15
17:1 49:7
79:20 81:20,24
90:10,14 93:5
93:7,11,23
344:2,3
**getting** 15:1
74:18 82:15
171:16 212:17
242:7 262:12
293:16 315:19
328:2 330:1
331:11 375:19
**give** 19:20 52:9
82:24 85:1
109:15 113:9
115:8,17
116:15 130:5
134:3 137:1,5
137:6 152:11
152:12 167:22
167:24 175:21
179:18 181:19
186:12 191:7
200:11 206:12
216:24 224:7
242:14 245:18
253:10 254:13
256:11,18

258:6 263:14
265:22 291:16
320:22 339:19
347:9 370:23
377:13
**given** 14:12,16
16:2 79:9
138:1 198:19
198:20 214:13
224:11 243:8
244:5 254:5
413:5
**gives** 279:5
401:14
**giving** 27:22
30:3 47:13
129:21 194:6
209:24 234:18
260:17 272:22
293:2 358:20
**gleaned** 276:1
**global** 364:22
**go** 11:21 14:5
15:7 17:21
18:18 19:11
21:13 27:6
28:12 43:1
71:8,10,12
72:8 75:23
85:10 86:11
88:3 89:1
112:5 113:13
121:15 128:11
128:23 132:3,9
132:21 134:21
141:13,14
151:24 153:10
155:1,15 156:9
157:9,13,14,22
158:19 159:10
161:2 170:4
174:16,20
179:14,15
184:9 190:20
192:8 197:15
202:22 203:12
212:15 215:19

217:7 221:6
224:9 225:18
230:9,23 231:5
234:17 235:9
237:2,13 245:7
245:24 252:20
257:19,20
261:15,21
262:5,17 264:5
266:1 267:19
280:8,17
283:15 284:16
284:16 287:12
289:6 295:6
302:2 303:2
306:4,17
308:22 309:13
317:6 327:21
327:22 332:1
339:2 341:12
342:9 343:23
351:11 354:10
355:12 361:22
376:17 379:20
380:2,15 395:8
403:10 408:23
409:3
**goes** 28:2 41:19
50:16 87:23
108:13 110:22
129:6 222:5
236:2 370:3
**going** 11:14 12:4
14:1 17:21
18:1 19:11,13
19:14 23:19
25:11 27:5,6
28:4 34:10,12
48:18 53:18
56:21 62:5,14
62:22 63:11
72:3 73:2,18
75:13,14 82:16
82:18 84:4,16
91:1,14,19
92:12,13 96:19
101:2 105:19

107:22 112:20
114:1,19 115:9
122:6 125:23
127:23 132:9
142:3,24
143:22 144:11
144:12 145:4
145:13,14
146:5 147:15
147:16 148:1,4
148:22 152:11
152:12 154:15
154:22,24
155:5,13 159:8
162:20,21
163:23 164:9
178:20 179:6
191:14 192:9
192:20 195:24
196:2 199:7
200:5 202:6
211:14 212:5
216:14,15,20
216:22 225:18
225:20 226:8
229:19 230:14
230:19 231:4
237:3 238:1
242:10 247:14
255:6,20
262:11 263:3
263:11 277:2
284:12 285:2
294:1,3 300:6
302:3,15
305:18 306:18
307:5,13
310:16,17,18
313:5 319:11
323:1 325:17
327:20 330:20
333:19 334:9
337:1,2,5,7,23
337:24 340:4
341:7 342:12
353:15 370:23
372:16 384:9

388:15 390:7,8
392:23 396:9
396:10 398:8
400:11 403:10
403:21 408:17
**Golkow** 1:22 9:6
**GOMEZ** 2:20
**good** 12:22 14:1
14:9,10 20:10
20:24 26:13
32:1 139:23
140:3 193:22
194:10 195:17
199:22 247:14
263:2 266:22
293:23 335:13
335:16 370:6
377:1 387:14
390:3
**Google** 237:16
**gotten** 124:1
188:2,4 349:14
**grab** 73:24
**grade** 124:15
125:1,5 126:6
126:11,12,13
141:6,20,21,21
141:23 142:6,6
142:7,9,10
143:2,3,4,9,10
143:11 144:18
149:8,12,16
246:15 260:23
261:1 327:2
335:20,24
336:3,8 380:4
400:16 401:8
403:2,3
**grades** 121:23
122:8 261:6
**Grand** 3:5
**grants** 31:13
**granulocyte**
226:21
**gray** 187:20,22
**great** 144:2
277:15 294:14

349:13 350:12
**greater** 107:17
  136:13 145:16
  153:8,15 162:3
  183:22,24
  327:3
**greatest** 110:9
  371:23
**green** 15:3
**Greenberg** 1:14
  3:12,20
**ground** 17:22
  375:11
**group** 32:10,14
  32:22 33:2,5,7
  34:1 76:8,9
  121:6,8,19,24
  122:8 126:4
  190:21 191:7,8
  191:12,12
  234:1 305:2,5
  305:5 311:23
  311:23,24
  312:2,20,21,21
  312:22,24,24
  313:3,4,9
**groups** 33:19,20
  121:9 122:3,12
  122:15,17
  167:18 190:19
  200:16 236:7
  311:21 402:6
**grow** 384:1
**growing** 242:18
  382:24
**growth** 222:16
  223:2 226:20
  227:2,14,15
  228:9 233:22
  326:16 329:10
  329:24 384:16
  384:18,23
  385:2,6,9
  386:7 404:21
  404:24 405:3
**grueling** 345:3
**guarantee** 148:4

148:21
**guaranteed**
  254:24
**guarantees**
  148:7 149:1
  255:3
**guess** 10:24
  15:17 41:18
  53:17 84:22
  173:8 251:6
  341:19 350:24
  367:1 369:5
  378:17
**guesstimate**
  398:8
**guidance** 175:19
**guide** 292:4
**guideline** 49:13
  59:8 130:20
  174:7 203:8
  219:16 231:6
**guidelines** 7:12
  7:15,17,19
  48:19 49:22
  50:2,5,13,20
  50:24 51:8
  52:16 53:15,21
  54:14 58:16,22
  58:24 59:11
  60:7 61:7,15
  61:22 62:8,15
  62:23 63:20
  98:10,14 99:23
  113:12 130:24
  135:16 138:7
  138:22 139:9
  160:17 168:11
  169:9 173:18
  174:7,9,18,19
  175:19 176:7
  177:3,8,14
  202:12 203:17
  204:9 205:13
  205:24 206:21
  207:9 208:10
  208:24 214:8
  217:18 218:4

219:23 221:19
  221:20 223:22
  223:24 224:20
  225:9,12 230:2
  230:11 234:10
  234:20,24
  235:3,6 236:15
  236:16,17
  237:8,9,23
  238:7,11 240:6
  248:20 251:16
  252:7,20 257:4
  257:15 264:3
  295:14 363:15
  363:18,20,23
**guiding** 388:1
**guys** 263:17
**gym** 403:11

---

**H**

**H** 1:6 6:11
**H-O-R** 207:23
  207:24
**H-O-R-T-O-V**
  207:20
**H-O-R-T-O-V...**
  207:19
**hair** 67:18,19
  68:20 95:4,20
  95:20 96:5,7
  134:17 186:22
  186:24 187:8
  187:20,22
  188:20 189:2
  266:24 267:3,6
  267:11,12,12
  267:13,24
  268:7,10,12,17
  268:20,23
  269:14,21
  270:1,7,11,20
  270:22 271:13
  272:15 273:15
  275:6 276:3,5
  276:18,24
  280:3,11,12
  281:21 282:1

282:22,24
  283:5,24
  285:22,24
  286:11 289:5,9
  289:11 290:13
  294:17 296:9
  297:2,3,4
  298:2 301:11
  301:17,18
  302:1 310:5,8
  317:17 318:2,8
  318:15 321:15
  322:3,5,11,13
  322:14,18
  324:4 337:14
  337:22 352:24
  354:20 355:11
  358:7 359:14
  359:22 364:12
  364:18,20,21
  364:23,24
  368:2,11,19,21
  368:24 370:17
  371:3,11 377:9
  382:7,15,24
  383:6,10,13,15
  383:19,24
  388:9,18
  394:21 406:13
  408:1
**hairline** 268:22
**half** 25:1,2 34:9
  43:7,8 143:3
  149:17 201:1
  350:24
**halfway** 141:14
  185:6
**hand** 341:12
  372:14,16
**handed** 119:20
**handing** 155:23
**handy** 330:22
  377:13
**happen** 60:11
  61:21 152:22
  189:14,24
  273:20

**happened** 45:5
  61:10,11 190:8
  231:24 232:6
  288:3 326:1
  359:16 381:24
**happening**
  148:10 205:11
  271:2 391:9
  403:18
**happens** 138:16
  148:8 377:10
  381:17,21
**happy** 13:3 24:1
  179:18 294:3
**hard** 19:21
  74:17 83:5
  118:24 119:21
  120:21 155:4
  156:2 217:22
  217:23 360:17
**HARDY** 3:4
**hate** 217:5
  258:11
**hazard** 195:10
  291:18,19
**he'll** 341:4
**head** 45:10
  58:19 70:6
  117:17 130:10
  207:15 209:16
  209:23 211:7
  211:18 213:6
  213:14 214:19
**head-to-head**
  123:22 256:8
  256:13,22
  335:6
**heading** 364:11
**healing** 369:22
**HEALTHCA...**
  5:13
**hear** 12:6,7
  15:21 65:13
  128:4 204:6
  293:14,15
  345:7 371:7
  385:4

heard 9:21
  58:18 106:19
  124:20 219:6
  259:6 318:24
  355:17 374:7
  399:6
heartbeat
  353:12
heavily 173:20
HEIS 5:6
held 1:13 9:10
Hello 295:5
help 13:3 18:16
  41:7 175:22
  176:10 183:15
  213:23 264:15
  326:22 377:18
helps 279:2,11
  279:14,15
hematology
  30:21 35:8,9
hemological
  229:12
hemorrhagic
  134:22 161:20
HER2-negative
  243:7 244:3
HER2-neu
  172:23
HER2-positive
  171:18
hereinbefore
  410:9
heterogeneity
  167:19
Hey 12:5
high 61:22 119:6
  225:11 229:4
  357:15
high-dose
  209:18,24
higher 121:22
  122:4,7,13
  126:5 135:5,19
  152:15 233:2
  324:16,23
  333:4 379:12

379:14
highest 149:7
highlight 309:12
highlighted
  120:24 309:10
highway 262:15
Hill 151:17
  153:11 277:4
  279:1,20 280:4
  280:18,23
  281:8 284:8
  285:8,16
  287:19,20
  299:19 301:7
  301:10 302:8
  302:18,21,22
  303:3,4 308:10
  314:3 317:15
  317:20 318:12
  323:14,23
  328:19 355:16
  355:19 356:11
  356:18
Hill-type 278:16
HILLARY 3:3
HINSHAW
  4:18
histology 172:12
history 51:10
  55:2 172:9
  351:3
hit 372:7
hnicholas@sh...
  3:8
hold 43:17 53:5
  64:2,4,7,14,22
  79:23 99:8
  131:10 166:5
  342:3 379:6
Holden 3:19
  11:13 12:3,5,9
  12:14 13:3
  156:4 163:9
holdene@gtla...
  3:24
hole 398:13
home 23:12

112:5,13,15
  114:19 261:15
  261:21 262:5
  262:18
honest 264:24
  265:16 266:12
hope 18:2
  160:12 170:7
  372:8
hopefully 18:3
  195:3
Hor 207:22,23
hormonal
  199:13 200:9
  270:24 271:6
  271:11,16
  272:4 348:22
hormone 102:16
  394:19
horrible 361:6
Hortovagyi
  207:16 209:2
  235:8
HOSPIRA 4:3,3
  4:4
hospital 17:15
  32:10,15,17,19
  34:9 45:14,18
  47:23 49:1
  65:4 76:20
  77:12 78:18
  81:3,4,6
Hospital-Cher...
  32:15
hospitalization
  324:15
hospitals 41:20
  47:24 64:2,5,8
  64:16,23 78:22
  78:24 83:13,18
  83:20 84:1
hour 73:3
  127:12,15
  201:1 255:7
hours 23:6 24:5
  24:16,18,24
  345:2 350:24

351:13 396:3
  406:4,4,4,5
hovering 121:1
HPV 210:9
Hull 16:22
hundreds 152:3
husband 261:22
hypotheses
  292:24 293:1
hypothesis
  55:12,23
  292:23
hypothesis-ge...
  292:14,20,22

I

ICU 159:17
idea 115:8,17
ideal 241:16
  242:13
identification
  19:9 21:9,18
  26:19 74:14
  82:23 84:20
  118:15 127:3
  154:19 163:3
  178:18 216:19
  225:23 229:23
  238:4 263:9
  307:3 310:23
  320:6 325:21
  331:7 342:1
identified 329:1
  410:5
identifies 59:4
  308:24 309:4
identify 60:13
  61:3 272:18
  308:5,6 309:7
  310:15 320:18
  328:23
identifying
  51:17 54:22
  328:20
if/when 112:7
  261:16
II 7:21 98:18,19

98:23,23,24
  246:16 307:15
  307:21
III 8:8 192:20
  332:3
IIIA 99:9,19
  246:16
illness 369:23
  370:1
illustrate 246:9
illustrated
  391:21
imagine 160:19
imaging 170:16
  172:11
immediate
  225:11
immediately
  261:19
immunohistoc...
  171:17
immunotherapy
  151:1
impacted 53:21
impacts 135:7
imperative
  411:11
importance
  357:8 386:21
  402:22
important
  159:22 185:10
  241:14 242:7
  247:5,18
  336:24 352:9
  352:11 357:16
  369:19 370:15
  370:20 376:16
  386:2 394:10
  402:12
importantly
  18:10
impossible
  46:24 71:23
  93:5
improve 162:16
improvement

164:14 166:14
336:20
**in-between**
53:13
**inappropriate**
92:1 108:4
244:14 286:9
302:8 359:7
**Inc.'s** 6:14
**incidence** 122:1
122:2,10,11
126:6 195:8
222:17 260:2
271:5 290:3
324:3,16,24
**include** 30:6
34:1 59:1
69:12 123:10
123:11 126:12
170:15 213:16
224:10 228:22
234:10 248:21
249:12 313:15
355:3 365:1,4
397:18 407:11
**included** 29:5,21
44:24 52:16
54:13 58:21
60:5 69:22
71:6 76:10
83:22 113:17
132:6 209:4
210:14,22
211:19 221:2
224:20,21
227:9 241:11
246:10 254:6
301:20 312:22
352:13,14
**includes** 26:22
49:21 98:10
157:21 165:8
231:19 283:14
308:24 368:21
398:18
**including** 99:17
115:1 186:4

204:22,24
227:2 236:9
276:11 277:24
333:13 405:22
**inclusion** 53:2
53:20 223:6
**inclusive** 360:6
**incomplete** 26:4
**incomprehens...**
284:17,20,22
**incorporate**
344:10
**incorporated**
9:11 53:8
58:16
**incorrect** 199:6
302:19
**increase** 306:1
**increased**
146:18 147:2,3
147:16,22
148:3,15 150:1
151:3,11,19,20
152:7 153:8
168:21 169:12
169:22 195:8
315:3 318:7
324:3 331:23
339:13 401:8
402:15
**increasingly**
178:2
**independent**
62:23 63:12
**INDEX** 6:1
**indicate** 306:8
307:12 308:4
308:14 309:2
311:9 313:16
320:19 323:5
**indicating** 63:19
**individual**
113:24 114:2
173:21 244:11
245:21 259:18
291:24 333:14
333:19 369:13

381:2
**Individualize**
111:3
**individualized**
114:6 241:13
**individuals**
67:17
**infection** 122:5
122:14
**infections** 225:5
**inference** 190:6
195:11 314:5,6
314:15 315:21
316:2 317:14
317:23 318:21
**inferences** 196:4
292:3 323:24
**influenced**
173:20 207:7
**inform** 203:6
258:18 266:7
399:19
**information**
20:10,11 22:19
29:20,22 30:15
38:22 42:20,22
50:10 52:16
53:1,7,12,20
54:9,12 59:2
79:13 86:13
87:13 88:6,7
88:11,16,17
89:10 93:21
97:6 113:11
116:6,9 171:23
172:5,9,16
173:13 175:6
176:3 178:9
196:3 197:3
200:6 203:11
203:14 204:6
204:14 205:5
211:9 242:2
253:9 256:19
280:19 293:7
301:19 343:4,5
343:12 357:5

361:8 367:5,6
367:7 368:1
369:24 391:5,6
407:20
**informed** 247:5
257:7 260:8
284:21
**infusion** 132:8
132:12,17
133:4 135:4
137:22 157:10
159:6 184:21
185:9
**infusions** 106:11
131:9,18
133:14,20
135:14
**ingredient** 37:20
**initial** 173:10
341:3
**initially** 82:14
177:23 290:10
**injection** 226:15
**injury** 285:11
324:24
**input** 103:6
191:11
**inputs** 23:2
245:22
**insert** 298:15
367:23 368:5
**inserts** 175:6
**INSOGNA** 3:11
**insognan@gtl...**
3:16
**inspire** 228:8
**instance** 61:9
**instances** 260:16
**institute** 49:2
57:14 58:2
85:16,19 311:7
**institutes** 241:1
**institution** 49:4
84:15
**institutions**
236:7 327:15
**instructed** 91:4

**instruction**
234:10
**INSTRUCTI...**
411:1
**instrumental**
346:7,17,20
**intend** 29:6
283:17,18
408:10
**intended** 245:2
**intending**
408:14
**intent** 164:22
262:21 283:1
**intents** 194:4
**interchangeable**
332:9
**interest** 110:9
183:23 371:23
375:18
**interested**
300:22 370:23
410:13
**interesting**
316:5 402:9
**interests** 31:12
110:2
**interim** 75:20
397:11
**intermittently**
63:20
**internal** 236:14
**international**
3:13 344:4
**internet** 127:6
**internship** 47:3
71:17,21 76:19
**interrupt** 312:8
312:14
**interrupting**
314:13
**interspersed**
18:2
**interval** 51:24
52:13 401:15
401:23
**intervals** 51:14

401:17
**interventions**
405:9
**intravenous**
156:24
**Introduction**
381:5
**intubated**
159:16
**invasive** 7:19
94:8 219:16,24
**investigate** 40:3
40:12 278:19
279:14,20
281:1 282:3
284:10 289:22
293:3 308:20
**investigated**
40:4
**investigating**
36:1,23 38:6
39:11 279:6
**investigation**
124:10 272:9
272:24 276:9
291:17
**investigator**
31:19 34:18,22
35:19,20 42:11
42:19 43:2,8
43:12,21,23
55:11,19,22
56:5 71:4
78:19,24 89:19
89:21,22
211:21
**investigators**
78:12 83:20
**invited** 300:19
**invoice** 6:17
21:2,14,20
24:6 351:13
395:11 408:11
**invoices** 11:4
351:9 353:7
406:18
**involved** 59:22

82:13 111:9
131:12 136:20
207:17 209:5,6
210:15 213:10
343:21 352:12
**involvement**
68:24 84:10,11
90:17 99:3,9
259:14,15
**involves** 36:14
322:22
**involving** 36:22
37:14 38:4
269:14 321:9
321:10
**irreversible** 8:5
186:6 320:15
**issue** 33:8 95:3
96:7 144:22,24
161:14 168:13
209:21 245:6
263:5 285:9
293:12 295:3
388:17
**issues** 65:7,17
66:5,6 240:9
240:12,13
**item** 141:15
142:19
**items** 11:15
141:20
**IV** 100:24 134:6
156:24

**J**

**J** 4:6
**Jaeger** 277:17
**Jean-Marc**
85:16
**JENNIFER** 5:6
jheis@ulmer....
5:11
**job** 247:14
387:12 388:1
**jobs** 211:15
**joined** 46:21
**jointly** 347:20

348:17
**joke** 396:11
**Jones** 8:8 325:7
325:10,14
326:1,2,6,12
328:10 332:2
335:11,15
384:6 399:6,20
400:7
**Joseph's** 17:14
**journal** 22:11,12
24:20 26:7
40:24 41:1
73:19 117:6
137:18 175:2
193:8 207:11
211:5,24
212:11 304:7
380:23 395:13
398:20,23
**journals** 69:19
202:17 212:14
**judge** 1:7,8
90:24 91:17
189:21 246:7
254:2 318:24
**judgment** 60:7
104:22 105:7
111:6 222:2
**July** 93:11 265:9
344:21 345:5
**jump** 129:9
354:15 359:23
**jumping** 160:23
170:3 250:1
372:5
**June** 6:17 21:24
24:9,12 45:12
46:21 76:2,2
76:16,17,18
77:8 80:10
81:20 155:19
156:5 408:12
**Jung** 277:17
**jury** 189:21
246:7 319:10
334:10

**K**

**Kang** 306:7
307:11 308:13
**Kansas** 3:6
**keep** 22:8,12,16
34:12 127:13
141:10 241:15
314:12 315:11
334:5 402:18
**keeping** 182:7
182:12 193:10
**kept** 241:6
**Ki67** 171:19
**Kim** 277:17
306:7 307:11
308:13
**Kimberly** 46:20
**kind** 33:13 51:3
69:18 174:11
175:23 208:4
221:14 257:16
257:22 262:18
266:9 267:13
271:7 315:18
322:7,16
331:22 332:7
337:3 374:12
375:10,11,15
377:19 390:1,4
**knew** 17:16
231:4
**knit-picky** 265:6
**know** 11:19
13:11 16:24
17:6,10 20:3
22:24 24:15
28:7,9 29:15
29:17 37:13
40:10 43:6
45:8 46:10
49:5 50:15,21
52:17 68:4
74:3,4,20 78:5
78:17 81:10,11
85:6 89:24
90:3,5,23 98:9

99:16 110:22
120:10 130:9
137:12,17
151:1 152:14
153:2,11,13
158:13 159:18
160:4 163:5
167:4 170:2
175:21,22
186:8 187:16
188:5 193:11
200:2,5 211:24
212:3 215:3
219:3,8,14
220:18 221:11
222:20 223:20
223:24 228:19
231:13 233:4,7
234:9 235:11
247:13 252:6
253:15 259:1
260:20 263:20
264:19 265:5,8
268:9 269:12
278:9 280:9
287:7 288:23
290:7,18
298:10,24
299:4 305:8,12
308:22 319:13
321:12 322:2
322:17 325:24
326:19 328:14
328:19 338:16
340:7 350:4,11
350:15,24
353:24 354:1
361:1,16
368:18 369:15
371:22 376:7
376:24 377:13
378:4,15
379:22 381:18
382:7 385:9
388:7 390:11
390:21 392:1
394:3,4 397:13

398:12 402:9
402:21 405:22
407:16
**knowing** 350:7
**known** 43:20
53:7 97:24
113:10 131:23
145:10 152:13
154:1
**knows** 196:4
354:7

—————

**L**

**label** 7:14
225:19 226:8
226:11,19
227:9 228:23
294:21,22
295:20,21
296:17 297:1
297:12,14,16
297:20 298:3
298:20 299:1,3
299:6 327:19
**labeled** 227:13
**labeling** 168:12
169:10 294:17
295:14 296:9
296:10 298:12
298:15
**labels** 295:24
297:24
**labor** 300:11
**LABORATO...**
4:15
**lack** 208:10
285:10 286:5
**lag** 51:13 52:15
52:21 53:6,12
53:20 54:2,9
58:14,15
**laid** 258:13
**Lancet** 330:18
331:14
**language** 98:22
266:17
**lapse** 80:2

**large** 31:12 99:2
163:5 236:13
242:16 243:22
250:17 251:1
290:7 333:24
**larger** 290:4,21
291:2
**lasted** 310:11
**latest** 176:8
**lawsuit** 40:2
382:12
**lawyer** 353:19
405:4
**LAWYER'S**
414:1
**lawyers** 22:9
**lead** 181:8
213:19 381:13
**leading** 375:20
395:20
**learn** 361:8
401:1
**learned** 153:3
205:11 400:23
400:24
**learning** 344:6
**learns** 202:16
**leave** 179:12
217:7 262:6,19
324:7
**lectures** 343:10
**led** 214:6 320:20
**left** 202:19 243:5
255:8 340:7
341:8 378:12
379:1
**left-hand** 83:12
220:14 309:14
**length** 106:2
107:9
**lesions** 66:1
70:18
**let's** 14:5 15:10
73:3 75:23
118:5,17
120:19 126:20
127:13 132:21

139:24 142:17
144:13 166:24
191:19 197:17
200:22 217:5,6
217:7 219:11
229:18 230:8
230:13 237:24
262:7 306:4,13
319:19 335:15
335:20 336:15
340:5,20
350:23 382:3
385:12
**letter** 237:5
400:3
**leukemia** 229:1
**leukemias** 229:8
**leukopenia**
327:3
**level** 103:18
176:22,23
219:9 220:21
292:8,10 296:4
319:1
**levels** 404:7
**LIABILITY** 1:6
**liaison** 139:16
**liar** 396:10
**license** 79:24
**licensure** 41:21
79:20 80:5
**life** 135:7 346:8
346:14,17,21
348:17 394:5,6
394:24 402:24
**life-threatening**
156:22
**lifesaving** 337:6
337:8 346:4
348:21 350:5
393:3,22
394:13
**likelihood** 62:21
102:6 148:10
**limited** 185:13
**Linda** 7:6
**LINDSAY** 2:19

**line** 11:22,22
88:14 129:9
132:4 141:15
142:19 217:22
346:4 412:3
414:2
**lines** 91:10
128:24 129:6
167:13 203:24
208:15 226:24
297:8 309:15
**link** 274:1 282:5
**list** 8:12 11:2,6
11:16 42:7,8
84:2 174:21
179:3 202:23
224:5 272:21
273:10 341:15
342:6,8,16
357:13 361:17
366:8 373:21
374:3
**listed** 41:12,24
42:18 85:15
222:24 233:19
244:3 277:11
361:19 407:7
**listen** 214:5
**listened** 343:10
**listing** 12:1
**lists** 218:17
**literally** 225:13
**literature** 25:20
36:19 39:9
49:15,16 52:22
55:1 57:1 59:4
95:16 113:11
136:9 182:20
183:7,20,21
186:16 187:5,7
187:11 203:18
252:21 273:10
274:11 277:24
280:2,21
281:10,10
283:14 285:18
286:4,24 287:4

288:17 289:4
301:13 355:7
356:23 360:11
374:4 406:4
**litigation** 1:6,22
9:6 22:23
35:23 269:13
382:11
**little** 13:23
25:12,15 59:13
86:20 141:14
148:1 161:2
167:18 170:3
214:1 220:5
233:2 261:9
271:22 289:16
293:17 304:3
307:20 341:9
354:4
**lives** 337:9,24
338:8,10,13
339:7,11,14
375:19,22
**living** 94:21
348:14
**LLC** 2:4,12 4:4
5:4
**LLP** 1:14 3:4,12
3:20 4:7,18 5:7
5:15
**load** 133:13,22
135:21 136:12
136:13 342:9
**loaded** 19:2
**local** 64:19
236:10
**locally** 99:11
**locate** 12:2
**located** 286:5
**location** 86:5
142:19 267:21
**locations** 77:16
219:7
**logbook** 22:10
**logic** 280:5
**long** 45:5 77:6
170:8 177:17

177:19 200:24
294:1 322:10
360:4 362:18
**long-acting**
385:2,6
**long-lasting**
148:17 309:21
**long-term** 152:8
152:18,22
264:20 267:12
277:22 278:6
303:17,23
**longer** 135:5
230:20 231:19
309:21
**look** 12:10 24:1
32:3 38:18
40:20 44:8
59:21 66:2
68:18 70:17,18
72:14,22 83:11
98:13 99:21,22
102:3 109:7
113:4 118:5,17
119:21 120:19
126:17,19,20
128:9 130:8,23
130:24,24
137:13 138:13
139:10,17
140:24 142:2
142:17 143:14
143:17 144:10
149:3 150:16
163:24 166:11
167:9 170:12
171:5 183:7
191:19 192:21
197:8 209:16
217:4 219:22
221:19 222:19
222:22 223:13
225:12 226:9
226:18 230:16
237:10,10,14
237:24 244:11
247:19 249:23

254:17 259:8
260:13,19
263:5,15
266:18 271:15
277:10 286:7
292:7 301:12
305:1,16
306:13 308:17
312:20 313:19
320:8 321:1
322:19 327:19
327:21 328:6
330:5,7 333:22
335:15,20
336:10,15,18
352:11 355:20
356:1 366:9
376:5,5,6,7,8
376:23 378:16
380:9 383:8
391:8,20 398:3
399:11 407:4
407:18,19
**looked** 37:8,11
37:14 69:1
72:17 97:21
119:12 123:8
136:2,3 140:22
180:5,7,8,10
202:20 232:2
252:1 257:22
271:8,9 297:24
302:13 304:3,5
305:13 310:6
314:19 325:13
357:14,15
359:15 372:19
374:12 397:7
406:9
**looking** 10:18
15:2 17:17
42:15 48:3
61:1 79:12
87:6 102:19
114:17 126:9
136:23 152:10
161:5,7,14

163:22 167:10
225:8 242:9
290:20 305:14
320:2 328:1
333:14 334:2
336:5,6 350:3
378:23 387:19
**looks** 87:18
**loop** 48:15 156:2
**Lori** 3:18 11:11
13:7 21:1
23:19 90:23
91:24 92:13
127:19 143:24
155:5 163:4
179:9 211:15
263:17 275:15
353:19 371:7
386:14 401:1
408:16 409:3
**Los** 5:17
**lose** 18:19 67:17
96:4 265:18
298:2
**loss** 67:20 68:20
95:4,20,20
96:7 134:18
186:22,24
187:8 188:20
189:2 266:24
267:4,6,11,12
267:12,13,24
268:7,10,20
269:14,21
270:1,7,20
271:13 272:15
273:16 275:6
276:3,5,18,24
280:3,11
281:21 282:1
282:22,24
283:5 284:1
285:22,24
286:11 289:5,9
289:11 290:14
294:17 296:9
297:2,3,4

301:11,17,18
302:1 310:8
317:17 318:3,8
318:15 321:15
322:3,5,11,13
322:14,18
324:4 337:15
337:22 352:24
354:20 355:11
358:7 359:14
359:22 364:12
364:18,20,22
364:23,24
368:2,11,19,21
368:24 370:17
371:3,11 377:9
382:7,15 383:7
383:10,14,15
383:19 388:9
388:18 394:21
406:13 408:1
**lost** 19:18 161:1
270:21
**lot** 20:13 31:16
32:5 176:9
200:6 229:5
236:9 280:15
280:20,21
322:1 336:23
351:19 361:7
375:14 396:3
401:1
**Louisiana** 1:2
2:15 4:10
47:15 91:6
**low** 303:17
329:21 386:6
**low-dose** 210:3
210:10
**lower** 157:4
210:13
**lstevens@gom...**
2:24
**Luke's** 45:13
83:23
**Luke's-Roose...**
77:10 362:19

**lunch** 142:17
179:19 200:23
214:13
**luncheon** 201:4
**lung** 31:21,23
32:1,4,10,13
35:5,6 56:7
**lymph** 99:3,9
119:5,6 250:18
259:14 349:18
**lymphadenop...**
242:21 251:4
251:13

**M**
**M** 4:17 251:19
251:20
**M.D** 1:13 6:3
10:4 410:5
413:10
**ma'am** 344:20
**machine** 245:24
**Mackey** 6:21
82:19 83:8,9
118:9 193:6
**Madigan** 314:9
316:12 319:2
**Madigan's**
314:17,21
315:6 316:4
**Mag** 1:8
**magenta** 377:19
377:20 400:21
**magic** 127:6
**maintain** 80:11
**major** 225:3
**majority** 110:7
234:5 371:22
**maker** 400:5
**making** 56:19
112:19 174:12
194:7 195:11
264:7,18 284:4
287:12 298:14
333:18 339:3
**male** 271:18
**malignancies**

227:3
**Malignancy**
33:2
**Malignant**
226:21
malpractice
16:10,13 105:1
105:11 253:20
254:1
**mammograms**
170:16
**manage** 325:4
326:8
**manager** 46:2
46:11,19
**managing** 33:11
**manner** 44:15
168:1 266:12
362:8 363:3
**manpower** 33:8
**manufacture**
96:16
**manufactured**
36:15 37:17,24
260:9
**manufacturers**
39:20
**manufactures**
39:23
**March** 22:7 24:8
25:5 180:12
181:19 357:3
**margin** 19:1
**mark** 73:18 74:6
84:17 154:24
162:21 225:19
341:14 372:16
**marked** 19:8
21:8,11,17
26:18 74:13
82:22 84:19
118:14 127:2
154:18 163:2
178:17 216:18
225:22 229:22
230:15 238:3
263:8 307:2

310:22 320:5
325:20 331:6
336:20 341:16
341:24 342:17
344:16 366:8
402:15
**marketing**
332:13 399:17
**Martignetti**
5:21 9:5
**Martin** 6:19
73:18 74:1
75:18 86:4
93:17 193:7
303:13,20
304:2,23 305:2
305:11 397:10
**Masidonski**
277:16
**mass** 242:17
**Massachusetts**
3:14 4:20
**massive** 176:3
**matched** 190:21
**matches** 374:24
**material** 182:18
**materials** 11:5
26:23 27:1
46:14 311:22
342:20,22
405:20 406:7
406:19 407:1
407:12
**matter** 9:10
78:17 240:24
257:8 266:8
365:22
**matters** 242:8
370:7
**Maureen** 1:17
9:24 18:15
74:6 92:15
118:8 247:15
273:5 340:21
396:5 410:2,17
**McCALL** 4:7
**McCanless** 62:7

104:22 105:1,6
105:9 238:15
253:10 347:20
348:10,16
351:19 352:14
375:12 383:4
383:11 387:4
387:10,18,24
**McCanless'**
104:15 367:15
383:21
**MD** 6:13,16
9:13 205:16
207:2
**MDL** 1:5 4:16
318:24
**mean** 47:6 57:17
57:23 68:18
78:9 79:5
103:23 111:12
115:12,13
126:10 176:17
181:24 187:21
189:15 218:8
234:6 240:17
240:20 252:24
253:24 262:5,7
265:8 268:7
273:17 274:20
281:13 293:23
300:6 317:19
318:11 321:22
323:19 343:16
359:10 394:15
394:16 401:17
402:11 403:3
403:13 406:9
**meaning** 57:20
169:14 195:12
234:11 246:4
356:4,6
**means** 79:17
142:10 153:14
220:19 267:24
278:22 364:21
364:23 401:19
**meant** 28:14,22

143:15 363:21
363:22
**measures**
366:13
**mechanism**
332:8,24
334:11
**medical** 16:10
16:12 30:21
39:9 49:15,16
50:9 55:1,2
56:24 57:24
59:4,5 60:7,13
64:4 146:12
172:9 175:1
177:9 182:20
186:16 202:17
222:2 277:24
299:10,13
301:13 334:6
343:19 348:8
349:19 351:6
351:14,18
356:23 357:11
359:16 382:8
382:13,14,17
382:22 387:5
407:5
**medication** 79:9
129:22 270:15
273:15 394:23
403:9
**medications**
96:23 138:17
150:13,17
175:7 191:9
269:19 270:2
272:16,19
273:13,14
277:12
**medicine** 38:15
40:24 73:19
117:7 160:5
193:8 360:5
**medicines**
394:22
**meds** 178:11

**meet** 51:15,24
52:10 296:20
**meeting** 214:15
**meetings** 25:19
175:1 202:17
203:3,5,13
204:7,13 205:3
205:7 214:11
219:6
**meets** 50:19
51:21,22 52:7
53:14
**member** 32:22
33:4 48:22
49:3 399:2,3
**members** 63:14
218:18 251:7
**memory** 343:7
**men** 271:16,18
**mention** 158:4,6
**mentioned**
24:20 58:14
136:22 168:20
174:17 209:3
212:19 237:20
237:22 239:9
328:21 356:21
356:22
**mentioning**
329:17
**merely** 275:4
283:3
**met** 148:5
296:22
**meta-analyses**
291:21 292:5
292:10 314:21
402:8
**meta-analysis**
7:8 162:8,22
163:17,18
165:13,24
166:6,17
291:16 292:3
293:6 315:1
316:16,22
379:18,19

Sreekanth C. Reddy, M.D.

| | | | | |
|---|---|---|---|---|
| metastasize | 84:21 86:23 | 200:14,20 | 338:11,16,22 | 402:2 404:22 |
| 171:1 | 87:5,11,20 | 202:5 203:22 | 339:1,21,24 | 405:11 406:1 |
| metastatic 7:22 | 88:4 90:23 | 204:3,17 | 340:19 341:2 | 406:17 408:6,9 |
| 8:9 100:23 | 91:23 92:11 | 214:20 216:22 | 341:21 342:3,5 | 408:16,24 |
| 307:17,23 | 93:2,13 94:3 | 217:3,15 220:8 | 342:11 344:16 | Miceli's 380:10 |
| 332:5 337:11 | 95:2,10 96:1 | 220:12 224:18 | 345:3,8,18,21 | Micheli's 379:16 |
| meter 185:8 | 97:1,7,17 | 226:3,4 227:21 | 345:24 346:18 | microphone |
| methodology | 101:14 102:1 | 229:19,24 | 347:2,8,11,24 | 293:19 |
| 67:22 151:18 | 102:21 103:22 | 230:3 234:21 | 348:18 349:4,9 | middle 324:11 |
| 153:7 272:8,11 | 105:4,14 106:7 | 235:20 236:18 | 350:9,13,18 | Miguel 86:4 |
| 272:24 279:19 | 108:11,22 | 237:18 238:5 | 351:1,8,16 | 93:17 303:13 |
| 280:24 284:9 | 109:6 110:14 | 240:10 243:14 | 352:3 353:1,9 | 303:20 304:23 |
| 286:15 315:7 | 111:1,15,23 | 244:17 246:2 | 354:1,8,21 | 305:1,10 |
| 318:19 355:13 | 114:4,15 | 247:1,12 248:1 | 355:14 356:14 | Milazzo 1:7 |
| 356:21 405:21 | 116:11 118:4,8 | 248:10 249:20 | 357:22 358:3 | mild 229:3 |
| methods 119:5 | 118:16 119:2 | 249:22 253:6 | 358:22 359:3 | miles 17:2,4 |
| 119:10,11 | 120:2,12,18 | 253:18 254:22 | 360:1,15 | milligrams |
| 311:22 326:23 | 122:22 123:4 | 255:5,18 | 361:12,23 | 129:10,15 |
| metric 140:4 | 125:10 127:4,8 | 256:20 258:4 | 362:14 363:8 | 130:5,18,21 |
| MEUNIER 2:11 | 127:13,17,22 | 261:2 263:10 | 363:24 364:10 | 132:7,13,18 |
| Miami 85:23 | 131:2 136:7 | 263:16 268:1 | 364:15 365:2,8 | 133:3,6,8,9,15 |
| Miceli 2:3,4 6:4 | 137:3,8 138:4 | 271:3,20 | 366:16,24 | 133:22 134:6,7 |
| 6:6,8 10:8,13 | 140:6,12 | 274:14 275:1 | 367:11 368:3 | 134:9 159:4 |
| 11:11 12:7,13 | 143:20 144:9 | 275:14 276:7 | 369:1 370:10 | 185:8 197:21 |
| 12:19 13:4,7 | 145:11 146:20 | 276:19 279:4 | 370:18 371:5 | mind 105:16 |
| 14:4,8,22 15:9 | 148:19 149:2 | 280:6 281:5,22 | 371:18 372:9 | 114:1 141:11 |
| 15:16 19:10,17 | 151:6 152:19 | 282:8 284:2,18 | 373:15,24 | 155:16 182:3 |
| 19:22 20:1,23 | 153:23 154:8 | 286:1 288:5 | 374:17 375:2 | 193:10 293:22 |
| 21:1,6,10,19 | 154:14,20 | 289:15 290:15 | 376:21,24 | mine 163:15,24 |
| 23:7,19 24:3 | 155:9,13,17 | 291:5 292:17 | 377:17,22 | 230:14 249:18 |
| 26:2,12,20 | 156:1,7,8,13 | 293:9,13,18 | 378:1,8,22 | 377:16 |
| 28:6 29:13 | 156:14 159:1 | 294:2,11 297:5 | 379:6,10 | minimal 120:11 |
| 31:22 36:6 | 160:9,21 161:7 | 297:22 298:23 | 380:17 381:4 | 120:13 |
| 38:13 39:6,17 | 161:12 163:4 | 299:11 300:5 | 381:20 382:1 | minimize |
| 40:8,16 45:7 | 163:10 165:2 | 300:20 301:1 | 384:10 385:16 | 188:24 |
| 47:9 52:11 | 165:21 166:18 | 302:12 306:21 | 385:22 386:13 | Minor 267:11 |
| 53:16 54:4 | 168:18 170:1,7 | 307:4 308:1 | 386:19 387:8 | minute 216:24 |
| 56:20 60:3,22 | 170:10 178:14 | 309:11 311:1 | 387:21 388:7 | 217:2,6 355:13 |
| 61:18 63:9,23 | 178:19 179:2,8 | 312:11,16,19 | 388:13,22 | 357:23 |
| 65:8,14,21 | 179:11 180:2 | 315:9 317:2 | 389:9 390:12 | minutes 73:3 |
| 68:14 69:8 | 181:15 183:3 | 319:7,17,18 | 391:14,18 | 127:12 143:21 |
| 70:14 72:7,16 | 186:1,14 187:4 | 320:7 323:11 | 392:13,18,22 | 201:1 255:7 |
| 73:13 74:3,11 | 188:6 189:19 | 325:22 327:23 | 393:9 394:14 | 288:12 294:3 |
| 74:18,24 75:4 | 190:4,12 191:3 | 328:2,5 329:5 | 395:7,17,23 | 320:22 332:3 |
| 77:17 78:8 | 191:18 192:14 | 329:22 331:1,8 | 396:7 398:12 | 341:4 388:5 |
| 80:7,19 81:18 | 192:16 194:17 | 333:6 335:14 | 398:14 400:1 | mirrors 322:7 |
| 83:2,6 84:3,16 | 196:23 199:17 | 337:20 338:4 | 400:24 401:2 | mischaracteri... |

Golkow Litigation Services - 877.370.DEPS

90:22
mislabeled 74:5
missed 104:7
missing 87:24
Missouri 3:6
misspoke
    144:11 167:5
mistaken 218:12
Mm-hmm 76:6
    88:24 121:3
    128:18 344:22
modalities 58:15
    102:5 214:8
modality 209:23
model 103:4
    105:18 116:13
    116:14 165:6
    245:17 246:10
    391:21
modeling
    101:20 102:12
    103:16,17
    104:11,19
    108:24 245:12
    245:12 389:6
models 245:22
Modification
    128:16,20
modulator
    394:19
moles 70:18
moleskin 22:12
MOLLIE 5:14
mollie.benedic...
    5:19
mom 352:13
moment 82:17
    144:14 189:4
    199:20
momentarily
    226:6
month 106:18
months 251:11
    304:13,15
    403:10
morbidities 63:6
morbidity 392:4

morning 14:9,10
    165:6 188:17
    189:11 253:8
mortar 300:2,8
motor 151:5
Mountain 311:6
move 13:15
    73:19 82:18
    216:14 229:18
    230:13 263:11
    266:23 307:5
    319:19 323:1
    324:5 330:20
    337:20 369:6
    377:11
moved 26:15
    93:7,11 231:22
    239:11 240:22
moving 85:2
    90:14 258:18
MRI 170:16,17
    170:20,24
MS-32 248:13
multiple 34:19
    37:9 44:12
    77:16,20 150:7
    174:12 185:22
    186:3,11 207:7
    271:1 280:13
    280:14 316:23
    342:24 358:5
    362:6 394:21
myelodysplasia
    227:3,22 228:4
    228:9,12,15,19
myeloid 227:3
    227:20,24

━━━━━ N ━━━━━

n 9:1 373:10,13
Nabholtz 7:20
    85:16 306:7,11
    306:13,14
    307:7,10,10,14
    308:5,6,13,24
    308:24 309:2
    313:14 323:6

329:2
name 9:4 15:19
    37:17 46:20
    159:8 235:8
    400:5
named 155:22
names 81:1
    186:12 207:14
    218:21,22
nation's 257:9
National 57:13
    58:2
nationally 344:4
natural 113:4
    200:21
nature 9:18
    171:24
nausea 134:22
    161:20 207:5
    260:22
NCC 174:6
NCCN 7:12,15
    7:17,19 48:19
    48:23 49:4,13
    49:22 50:2,4
    50:13,15,23
    51:8,21 52:6
    52:16,24 53:8
    53:15,21 54:13
    54:20 56:15,23
    57:6 58:16,21
    59:7,11 60:6
    60:18 61:7,15
    62:5,7,15,22
    63:14,20 98:9
    99:16 113:12
    130:6,16,20,24
    135:16 137:13
    138:6,22 139:9
    157:7,21
    158:20 160:15
    160:17 168:10
    169:9 173:17
    174:7 175:3,18
    176:7 177:3,7
    177:13 202:12
    203:8,17 204:9

205:12,23
    207:9 208:24
    210:5 214:5,6
    217:17 218:4
    218:19 219:16
    219:23 223:21
    223:23 224:19
    225:9 230:1,11
    231:6 234:9
    235:6,15 236:3
    236:15,17
    237:8,14,22
    238:7,10 240:6
    240:24 251:16
    252:6,20 257:4
    258:18 264:2
    292:9 333:9,12
    363:15,18
NCCN's 51:13
    235:18
NCI 57:13,20
    58:4 99:16,23
    141:6 142:11
    173:17 257:9
NCRA 410:17
NE 1:15 3:21
nearly 25:6
necessarily
    256:12 384:1
necessary
    196:13 296:5
    297:15 411:4
neck 209:17,23
    211:18 213:6
    213:14 214:19
need 18:12
    21:13 40:20
    71:10 73:17
    74:8 130:23
    150:11,16
    156:18 160:1
    161:1,2 163:24
    196:14 230:8
    230:16 235:9
    255:7 290:22
    291:3,8 300:2
    300:7,13,17

301:2 306:22
    307:19 308:8
    308:16 315:14
    317:4 342:2
    345:22,24
    349:4,12 367:4
    377:16 389:15
    395:5
needed 124:13
    242:24
needs 266:4
negative 171:19
neighborhood
    94:20
neither 305:21
    305:23 410:11
    410:12
neoadjuvant
    172:22 337:18
network 48:23
    49:4 85:23
Neulasta 7:14
    225:15 226:3
    226:14 325:3,4
    326:8,13,18,20
    327:19 328:4,7
    328:10,15
    330:1,2 385:11
Neupogen
    228:17
neuropathic
    153:5
neuropathy
    107:21 124:21
    124:22 125:1,5
    126:6,11,13
    143:2,7 145:12
    145:17,23
    146:4,14,18
    147:17,22
    148:16 151:5
    151:11,20
    152:8,16,21,24
    153:16,17
    154:7 160:3
    161:19 239:22
    240:4,13,14,15

240:16 243:23
259:5 260:24
261:5 378:13
379:2,5,13,15
380:4 390:12
390:22 391:1
400:16 401:9
402:16 404:9
**Neuropathy-s...**
142:20
**neurosensory**
142:18 149:7
149:12,13
150:1 335:23
336:2,3
**neurotoxicity**
150:9 151:4
**neutropenia**
122:2,5,10,14
124:19 125:12
125:17,21
141:16,22
142:4 144:18
144:19 207:4
222:18 224:17
232:14,14
239:13,17
240:12 324:14
324:15 325:1,5
326:9 327:3
329:21 386:6
404:14
**neutropenias**
124:16
**neutropenic**
225:5 233:2
**neutrophil**
384:21
**never** 80:10
85:18,24 86:8
117:23 216:8
292:5 334:16
335:6 382:23
383:4
**new** 2:15 4:10
11:15,19 40:24
41:12 58:15

59:5 71:16
73:18 79:23
81:22 94:8,13
117:6 175:12
193:7 211:15
304:7 361:8
369:13
**NICHOLAS** 3:3
3:11
**night** 11:1 27:2
407:10
**nine** 128:24
355:19 396:2
**noble** 97:9
**nodal** 246:17,19
257:18
**node** 99:3,9
250:18 259:14
259:15
**node-negative**
119:7
**node-positive**
6:19,22 119:6
305:18
**nodes** 349:18
**nomogram**
258:12
**nomograms**
257:19,21
**non-DCIF** 100:6
**non-hematolo...**
309:19 335:22
**non-hematolo...**
305:3
**non-HER2-po...**
243:7
**non-lymph**
259:15
**non-small** 31:24
32:2,6
**non-statistically**
314:7,15
**non-taxane**
401:10
**non-trastuzu...**
220:15 243:6
**North** 1:8 85:23

90:24 91:19
**Northeastern**
316:13
**Northside** 32:10
32:14,15,17,19
45:1,18 48:4,5
48:5,7,7,13,14
49:1 77:13
362:20
**Northside-affi...**
47:24
**Notary** 410:19
413:20
**note** 46:13 197:4
306:6 325:6
373:16
**noted** 9:22 14:12
43:18 314:24
413:7
**notes** 22:22 23:1
23:5 414:1
**notice** 6:13,15
11:3,16 19:15
19:18 20:4
21:12 338:15
**noticed** 11:22
13:10 242:19
242:20 251:12
380:8
**number** 10:20
10:23 11:24
19:8,12 20:9
21:8,17 26:18
31:3 69:24
70:3 74:7,13
82:22 84:17,19
86:21 116:15
118:9,14 127:2
140:10 154:18
163:2 178:17
180:4 195:8
216:18 219:13
220:6 225:22
229:22 237:1
238:3 239:21
263:8 264:14
273:14 277:10

279:5 289:10
290:3,4,21
291:24 306:23
307:2 310:20
310:22 311:14
312:3 320:5
325:18,20
331:6 333:2
336:12 341:24
345:2 351:13
361:22 363:14
364:16 366:24
376:6,22
377:21 386:19
388:8 390:3
**numbering**
219:15
**numbers** 71:1
94:18 102:13
115:24 125:24
141:12 142:24
245:13 303:16
304:24 373:1,3
373:14 397:9
**numerous** 152:6
280:16 298:8
**nurse** 17:13
**nurses** 343:20

---

**O**

**O** 9:1
**O'Connor** 1:17
410:2,17
**oath** 383:23
**object** 44:21
72:3 91:2,10
92:4,5 94:24
101:22 110:5
122:19 182:21
191:14 253:23
278:24 284:13
298:4 319:12
346:18 347:2
347:11,24
348:18 349:9
350:9,18
351:16 352:3

353:1,9,13
354:16,21
356:14 358:3
358:22 359:3
360:15 362:14
363:8,24 365:2
366:16 367:11
368:3 370:10
370:18 371:5
371:18 373:24
374:1,17 375:2
382:1 385:22
387:8,21
388:13 389:9
391:18 395:16
404:19 406:1
**objected** 275:16
**objecting** 72:6
**objection** 20:21
23:4 26:1,9
28:1 29:7
31:15 36:4
38:8 39:3,13
40:6,14 47:5
52:8 53:10,24
56:17 59:19
60:19 61:14
63:2,16 65:5
68:13 69:4
70:10 72:13
77:1 78:4 80:3
80:16 81:14
83:24 90:21
92:19 93:9,24
95:7,21 96:20
97:4,13 101:10
102:18 103:20
105:2,12,21
108:6,19 109:4
110:18 111:11
113:23 114:11
116:8 118:3
120:8,15 123:1
125:9,20
130:22 133:24
135:24 136:15
137:7,24 145:8

146:15 148:6
148:23 150:4
151:23 153:21
154:4,12
158:22 160:6
160:18 164:21
165:17 166:9
168:15 169:20
181:13 185:21
186:7,19
187:10 189:17
190:3,10 191:1
194:13 196:19
199:4 200:1
203:19 204:1
204:11 214:16
224:15 227:18
234:16 235:19
236:5 237:15
240:7 242:6
243:13,17
244:8 245:16
246:23 247:10
248:6 250:15
252:23 253:14
254:20 256:9
257:12 260:12
267:18 270:17
271:14 273:3
274:6,22
275:13,24
276:15 279:24
281:4,17 282:6
283:22 285:13
288:1,22 290:1
291:1 292:1,15
293:4 295:22
296:23 297:18
298:22 299:8
300:4 302:9
309:6 315:5
316:19 319:4
319:14 323:9
329:4,19
332:20 335:8
338:2,7 339:15
369:1 381:20

393:6 394:8
395:2,22 396:1
399:22 401:24
objections 6:15
  11:3 18:3
  20:19 21:12
  24:1 363:12
objective 382:18
  382:20 383:10
obligated 92:3
obligations
  299:5
observational
  38:24 39:11
  40:12 151:16
  365:12
observed 77:6
obtain 81:4
  204:6 361:8
obtained 172:5
  172:10 205:5
obvious 349:13
obviously 10:18
  20:14 23:24
  27:6 87:24
  192:13 260:14
  260:16 308:11
occasion 33:7
  60:12
occasionally
  110:11
occasions
  239:21
occur 196:17
  269:5
occurrence
  61:12
occurs 267:6
October 327:14
  327:14 410:20
odds 401:14
offense 338:18
  354:2
offer 29:6,11
  67:12 108:9
  145:4 271:10
  277:7 283:10

283:17,19
285:2 287:21
287:23,23
301:8 352:22
offered 27:11
  115:2 150:23
  281:8
offering 38:20
  275:9 283:12
  285:21 299:21
office 23:12,13
  26:7 33:18
  65:4 70:23
  211:9,10
offices 1:14
oftentimes
  256:13 262:23
oh 32:21 48:4
Ohio 5:9
okay 10:13 12:9
  12:13,19 13:7
  14:1,16,20
  15:21,21,24
  16:17 17:10,19
  18:13,22,24
  20:2,17,24
  21:6,23 22:4,8
  22:16 23:8,11
  23:14,18 24:15
  24:19,23 25:5
  25:11 26:3,13
  27:5,19 28:12
  28:20 30:6,17
  31:5,5,10,23
  32:8,21 33:4
  34:10,21 35:2
  35:9,14 37:3,7
  38:3,19 39:7
  39:18,21 40:9
  40:17 41:7,16
  42:14,21,24
  43:18 44:1,6,6
  45:11,17 46:10
  46:13,18 47:10
  47:20 48:9,13
  48:17 49:1,6
  49:10,21 50:15

51:5,20 52:2
52:12,19 53:5
53:17 54:10,15
56:9,13,21
57:5 58:9,13
60:10 61:11
62:3,18 63:10
64:10,14 65:2
65:9,15,22
66:11,14,22
67:3,6,9,21
68:4 69:9,21
70:5,15 71:3
71:19 72:17,20
72:24 74:11,24
75:2,12,23
76:13 79:11
80:2,8,12
81:19 82:11
83:11,19 84:4
84:13,16 85:4
85:9,21 86:11
86:19 87:12
89:1 90:13
93:14,19 94:4
94:18 95:11
96:2,9,15 97:2
97:8,18 98:5
98:15 99:6,8
99:12,15 100:8
100:11,21
101:2,15,19
102:2,10 103:8
103:15 104:3,6
104:12 105:15
106:8,19 107:7
107:7,9,22
108:12,17
109:7,22 111:8
111:16 112:11
114:16 115:7
116:12 117:10
117:18 119:3
120:19,23
121:15 123:11
123:15 124:5
124:13 125:11

126:2,17,20
127:6,13,17,18
128:3,5,9,23
129:13 130:9
130:12 131:3
131:23 132:3
133:18 134:4,8
137:12,17
138:5 139:2,5
139:19 140:23
141:10,14,18
142:2,9,14,23
143:6 146:21
147:8,20,24
149:3,6,21
151:7 153:6,24
154:15 156:6,9
157:19 158:10
158:18 159:2
160:14,22
161:23 162:5
163:14,21
165:3,12
166:24 167:9
167:12,24
168:8 169:17
170:2 171:3,11
171:15 172:3
172:15,19
173:15 175:14
175:17 177:7
177:17 178:5,8
178:11,14
179:17 180:6
180:13,19
181:16 182:5
182:11 183:4
183:12 184:6
185:16 186:2
186:15 187:5
188:10,16
189:10 190:5
192:8,19
193:10,14
196:24 197:7
197:15 198:5
198:12,18

Sreekanth C. Reddy, M.D.

| | | | | |
|---|---|---|---|---|
| 200:19,20 | 268:24 269:4,7 | 392:20 395:8 | 24:5 | 30:1,3,5,8,9,14 |
| 203:11 204:4 | 269:16 270:13 | 395:18 396:8 | **ones** 11:17,20 | 36:20 37:12 |
| 204:18 205:2 | 271:4 272:13 | 397:14 399:1,5 | 42:16,18,18 | 53:5,22 61:1 |
| 206:13,16,24 | 272:22 275:8 | 399:16 400:2 | 83:14 216:21 | 105:19 140:21 |
| 207:10,22 | 276:8 277:2,20 | 400:11 403:1 | 237:19 243:7 | 181:19 319:9 |
| 208:1,6,11 | 278:18 279:18 | 403:14 404:23 | 244:23 312:17 | 324:12 325:11 |
| 209:1,11 | 280:22 281:12 | 405:11 408:16 | **ongoing** 306:1 | 345:10,15 |
| 210:12,17,20 | 284:3 285:7 | **old** 251:9 258:24 | 315:3 376:12 | 352:23 356:9 |
| 210:24 211:4,8 | 286:2,12 287:3 | 378:2 | **online** 50:9,12 | 394:19 |
| 211:13,23 | 287:22 288:6 | **older** 233:1 | 102:3 175:4 | **opportunities** |
| 212:5,15,23 | 290:16 292:11 | **once** 17:21 | 177:20 216:9 | 209:2 |
| 213:5,9,12,20 | 292:23 293:10 | 172:4 266:2 | 217:24 218:1 | **opportunity** |
| 213:23 214:3 | 295:7 296:14 | **oncologist** 17:17 | 245:12 | 20:5 85:2 |
| 215:3,9,12 | 299:4,17 300:1 | 30:18 54:23 | **open** 19:11 | 132:17 243:10 |
| 216:1,11 218:8 | 301:23 302:23 | 57:24 70:8 | 43:15 45:1 | 263:14 |
| 218:11 219:1 | 303:2,8,22 | 110:17 114:21 | 73:22 82:20 | **opposed** 149:18 |
| 219:22 220:13 | 304:2,12 | 134:19 161:17 | 118:19 263:13 | 169:1 271:12 |
| 221:6,17 222:4 | 305:23 306:4 | 172:4,16,20 | 264:24 265:16 | 360:13 390:14 |
| 222:19 223:16 | 306:13,17,21 | 173:2,12 | **operable** 164:16 | **option** 105:23 |
| 224:2,13,19,24 | 306:24 307:9 | 174:19 235:11 | **operate** 66:15 | 112:23 114:9 |
| 225:15,18 | 308:2 309:13 | 242:5 243:11 | **operated** 46:8 | 114:13 243:24 |
| 226:14,18 | 310:6,9,14 | 253:13 255:22 | **opine** 286:10 | 244:13 324:22 |
| 227:8 228:13 | 311:5 312:18 | 297:24 298:6 | **opinion** 29:12 | **options** 61:17 |
| 228:21 229:2,7 | 313:9,14 | 299:10,14 | 38:17,20 39:24 | 110:4 112:14 |
| 229:17 230:7,8 | 314:20 315:10 | 333:17 343:8 | 52:23 54:7,8 | 112:17,20,24 |
| 231:12,17 | 317:21 318:16 | 376:19 | 99:5 104:24,24 | 173:4 178:13 |
| 232:8,15 | 319:8 320:1,12 | **oncologists** | 105:9 146:24 | 247:20,22 |
| 233:12,16 | 321:5,7,17,21 | 51:16 54:21 | 147:12 154:1 | 262:1 265:17 |
| 234:6 235:4,14 | 323:12 324:5 | 59:6 152:14 | 169:19 188:10 | 387:11 |
| 236:19 237:19 | 324:19 325:9 | 153:3 158:15 | 250:11 258:2 | **oral** 132:6 133:6 |
| 237:24 238:8 | 325:13,17 | 202:13 234:5 | 262:24 271:10 | 156:24 |
| 238:13,21 | 326:11 327:13 | 235:10,17 | 275:9 277:7 | **order** 10:16 |
| 239:1,9,15 | 328:9,13 | 246:6 254:11 | 280:20 281:9 | 27:21 42:24 |
| 240:1,20 | 329:23 330:10 | 267:2 268:5,8 | 283:10,10,18 | 45:17 58:3 |
| 241:21 247:2 | 330:16,20 | 325:2 343:19 | 283:19,23 | 77:7 176:10 |
| 248:12 249:11 | 331:13 335:15 | 382:22 390:20 | 285:3,21,23 | 190:5 252:7 |
| 249:18,21 | 335:20 336:15 | **oncology** 7:12 | 287:23 316:11 | 260:5 297:12 |
| 251:16 252:12 | 336:16 337:5 | 7:15,17 30:21 | 324:20 347:7 | 300:1 315:16 |
| 253:19 254:9 | 339:9 340:5,18 | 41:1 64:5 77:2 | 347:18 348:5 | 316:1 343:12 |
| 254:16 255:5 | 340:21 342:4 | 77:10 131:24 | 350:4 357:17 | 355:20 380:12 |
| 257:2,6 258:5 | 342:19 343:14 | 145:22 152:2 | 357:18,19 | 391:10 398:4 |
| 258:16 259:16 | 345:7 346:15 | 183:8 214:24 | 358:10 367:22 | **ordered** 172:11 |
| 260:5 261:7 | 354:15 355:2 | 218:4 232:5 | 377:2 390:13 | **organization** |
| 262:14 263:2 | 356:7 358:17 | 236:13 343:16 | 391:15 402:10 | 236:14 |
| 264:5,22 265:5 | 369:12 372:14 | 343:18 398:20 | 404:10 | **original** 411:12 |
| 265:21 266:16 | 379:10 381:3 | 398:23 | **opinions** 28:15 | **originally** |
| 266:22 268:13 | 386:17 392:12 | **one-page** 21:21 | 28:24 29:4 | 109:19 |

Sreekanth C. Reddy, M.D.

Orleans 2:15
  4:10
outcome 62:2
  79:13 110:10
  114:22 242:11
  255:24 333:21
  347:10,13
  387:14 391:23
outcomes
  104:20,20
  110:21 190:24
outline 114:21
  255:22 256:5
outpaces 63:12
  63:18
outpatient 48:8
outside 58:21
  59:11 60:6,17
  61:6 62:5,14
  62:22 214:5
  235:3 343:1
overall 106:8
  109:1 119:19
  120:7,21 121:4
  121:7 164:14
  166:14 195:22
  196:7 199:14
  200:13 205:20
  232:17 305:5
  336:7 339:12
  339:12 360:9
  360:12 399:14
  399:15
oversees 46:6
  318:24
oversimplify
  246:4
oversimplifying
  244:19,21
  298:6
overuse 193:20

—————————
      P
—————————
P 9:1
p.m 144:8
  179:22 180:1
  201:3 202:4

217:10,14
255:13,17
294:6,10
340:11,15
409:8
P1 140:24
P3 140:24
pace 353:16
package 11:7
  175:5 298:15
  367:23 368:5
paclitaxel 7:3
  8:6,9,11
  117:12,12
  119:13 121:6,8
  123:20 124:3,3
  124:17 125:2,3
  125:6,13 126:5
  129:2,7,9,11
  129:15,17,22
  130:7 131:6
  141:1,2,21
  149:10,18
  157:3,5 161:18
  168:12,23
  184:24 221:1,2
  223:5,14,18,18
  224:6,8 233:13
  233:18 234:1
  234:14,15
  239:2 240:4
  306:9 311:10
  320:16 321:10
  322:23 325:3
  326:16 330:12
  331:14,20
  332:4 333:1
  334:13 335:4
  336:11,21
  378:19,20
  379:14 380:5
  399:13,21
  401:11,14
  404:18
page 6:2,12
  12:10,14 22:24
  22:24 27:9

40:18,19,21,22
41:8,18,19,19
41:20,22 44:9
44:12 49:10
51:6 56:23
71:13,14 75:13
75:14,24 77:18
86:12,21,23,24
87:2,3,5,23,23
94:5 97:20
100:12 109:7
111:20 112:1
120:20,20
121:16 126:1,1
126:4 128:11
128:12 130:17
132:4 135:18
139:24 141:13
141:15 142:17
142:18,19
149:6 155:2
156:10,17
161:3,13
162:10 164:11
166:24 167:5,7
167:10 170:4
173:16 184:9
184:10,11
192:8,24 197:7
197:9,10,11,12
197:16 202:11
202:23 205:4
218:12,17
219:12,13,23
220:1 221:7
222:5,5 230:13
230:23 233:17
238:21,22
243:6 248:13
251:24 255:20
261:12 264:8
266:1,23
269:18 272:14
286:7 293:10
294:15 305:4
309:13 320:14
321:1,2 324:6

324:10 327:10
327:22 328:6
330:7,10
335:17 344:19
345:19,20
346:5 361:21
364:8 372:6,20
373:4,5 378:7
378:24 379:1,7
381:4 400:14
412:3 414:2
pages 11:23 23:1
  23:21 42:6
  43:5 87:8,9,19
  87:21 155:16
  179:14 220:9
  257:21 266:17
  407:1 413:5
paid 399:4
palpable 242:21
  251:3,12
pandemic
  225:14
panel 49:14
  50:18 51:22
  52:6,6 56:15
  63:15 160:15
  218:18,18
  240:24 241:4,5
  249:7,12 250:4
  250:6,22 251:7
  257:7
panel's 258:18
panels 51:15
paper 311:2
papers 282:14
paragraph 27:9
  28:13 44:11
  49:12 51:6,6
  54:19 86:18,19
  89:2 97:21
  112:2,3 114:18
  114:18 134:15
  134:17 140:15
  140:16 161:14
  167:14 170:13
  171:16 172:4

172:20 173:17
180:19 184:11
185:5,6 192:23
193:14 205:4
248:19 261:12
264:9,23
281:23 286:8
296:8 313:20
321:2 324:11
328:14 378:18
401:6 402:5
paragraphs
  281:14 358:18
paraphrase
  262:3
paraphrasing
  54:19
pardon 160:22
parenthesis
  304:20
part 20:18 32:9
  32:13 54:20
  56:18 68:10
  69:6 77:11
  78:7 80:17
  95:8 108:12
  110:15 111:4
  113:2 115:15
  117:9 140:15
  148:8 176:15
  204:12 210:13
  214:14 238:20
  248:3 264:20
  266:6,20
  299:20 342:21
  346:16 356:9
  365:9 366:7
  367:8 369:4,7
  369:19 378:12
  394:4 398:21
partial 309:21
  310:11
partially 246:12
  246:13
participants
  196:15,18
  198:6,7 289:21

Sreekanth C. Reddy, M.D.

290:21
**participate** 33:6
55:7 91:1
389:18
**participated**
71:4 77:2 90:4
90:6 216:9
362:22
**participating**
183:1
**participation**
360:21
**particular** 22:23
23:15 62:6
63:1,5 91:4
111:18 114:23
115:18 166:2
166:23 206:18
223:21 242:3
255:1 256:1
259:24 336:13
344:11
**particularly**
151:4 184:20
233:1 271:16
288:7 316:23
322:9 348:9
349:17
**particulars** 72:1
**parties** 9:14,20
410:12
**partner** 91:14
**partners** 33:11
390:19,19
**parts** 27:7 72:4
284:15
**pass** 261:24
330:4 376:1
392:10
**passage** 380:1
**patchy** 364:22
**pathologic**
321:15
**pathologist**
351:20
**pathology** 172:7
**patient** 33:17

45:9,11 46:22
47:1 60:2
61:23 62:12
63:1,5 66:3
67:23 71:20
79:6,15 81:12
90:18,18 95:24
106:4 108:7,14
109:23 110:16
111:3,13 112:4
112:5,12,18
113:9,14,18
114:9,23 115:8
115:21 132:18
134:20 135:3
150:13 159:15
161:16 171:10
172:21 174:3
174:13 202:10
242:3,11,23
243:8,20,21
244:12,14
245:4,4,9,19
245:21 246:13
247:7 248:5
251:1,2,8,10
252:10 253:3
254:4 255:24
256:12 258:18
258:22,23
259:18,22
261:13,15,19
261:24 262:4
265:14 266:3
268:20 290:7
297:20 321:2,4
321:19 322:2,4
322:5 325:6
333:15,19
343:22 371:16
371:20 375:1
381:12 382:19
382:20,21
383:9,11
387:11 390:2,5
392:4 403:6,17
**patient's** 51:9,18

55:2,4 59:23
59:23 61:24
71:1 108:18,20
172:7,9,13
173:21 247:21
337:1
**patients** 7:19
30:14 31:4,17
34:2,3,5,8,8
35:13 41:2
42:12,17 43:14
44:13,19 45:2
45:4,4 58:23
59:18 64:11
65:6,16,23
66:2,4 67:10
67:11,15 69:18
71:23 72:12
75:16 76:8,23
77:3,5,9,14,15
77:20,23,24
78:2,6 80:14
80:22 81:1,5
81:17,20 82:5
82:9,14 83:21
89:24 90:3,6,9
90:14 92:21,22
93:1,3 96:12
97:11,16
109:17 110:2,8
110:10,11,23
111:9 114:19
115:17 117:20
129:19 130:1
131:13 136:20
137:21 139:12
142:5,6,7
143:1,9,10
145:24 148:8
148:14 149:9
149:10 150:17
150:20 152:2,4
152:8,17
156:24 158:16
159:21 160:2
165:1,14
166:15 168:10

170:12,15
173:10 174:22
176:20,21
181:7 184:2,4
184:5 185:7,10
186:24 187:12
187:19 188:1
188:20 189:1
191:7 197:5,23
198:10,13
200:9 202:15
205:21 209:9
210:9 221:18
221:24 229:1,3
233:1 241:13
241:17 243:11
243:19 244:5
244:16,23
250:18 256:14
256:16 257:4,7
260:14,22,24
261:5 263:22
264:3,11
266:19 267:2
268:6,8,14,22
269:8,13 270:9
270:19 278:11
280:10 281:19
281:24 282:21
282:23 283:4
285:20 290:4,8
290:9,12,13
291:4,8,10
298:2 303:16
309:22 310:1,1
310:4,10 313:4
322:12,13,14
322:22 326:15
326:16 327:13
327:15 329:9
330:1 333:20
335:24 336:1
339:5,10,16
343:20 344:12
358:6 360:10
360:20,21,22
360:23 362:6

362:16,21
369:4,8,13,14
370:5,6,22
371:3,23
373:10,11
374:15,20,21
375:8,12
376:19 380:20
381:19 383:23
384:15,17,22
386:7,8 387:14
390:18,21,23
390:23 391:10
402:14,22,23
404:20
**patients'** 70:16
**pattern** 271:18
271:22
**patterns** 68:20
**pause** 9:19
179:23 353:21
**pay** 211:16
**pCIA** 277:7
373:9
**PDF** 167:1,2,10
219:12
**peer-reviewed**
137:18 212:11
380:23,24
**pegfilgrastim**
226:15,23
227:1,4
**pending** 16:15
27:15 47:13
92:18 247:17
273:8
**people** 44:4 79:2
114:5 124:1
131:20,22
132:2 134:13
159:21 178:3
207:3 209:19
210:2 211:20
219:3,5,6,6
228:17 233:5
234:8,18
245:23 252:8

280:11 289:10
289:24 311:21
317:6 319:9
361:7 375:18
375:19,20,23
389:18 390:9
391:9
**percent** 31:8
33:22,23,24
43:13 97:22
98:1 100:1,4,5
100:7,9,12,15
100:17,18,19
102:16 109:1
109:10,12,13
109:14 116:4
122:1,3,10,12
122:14,15,16
122:16 124:16
124:17 125:5,6
125:12,13
126:7,12 142:5
142:7 143:1,2
143:3,9,9,11
149:9,10,17
176:24 182:13
182:19 183:6
183:11,19
196:12,13,17
215:1 260:22
260:23 261:4
289:20,24
304:20,21
309:20 313:10
326:14,15
334:1 335:24
336:7,8,9,11
360:17 372:10
372:11 373:10
373:13 376:7,7
376:9 389:23
**percentage**
95:17 115:17
198:13,22
313:13 360:12
389:24
**perception**

112:18 203:8
203:15 204:8
205:7
**perfect** 15:23
**perfectly** 405:7
**perform** 316:16
354:11
**performance**
88:22 89:15
**performed**
23:16 24:7
272:2
**period** 24:7 25:7
30:13 52:18
133:16 137:23
188:2 270:23
303:17 373:9
**periods** 53:13
**permanent** 69:2
69:10 95:4
148:18 184:15
184:18 185:11
185:12,20
186:6,9,17,22
187:1,8,12,13
188:11 267:17
268:10,20
269:9,14 270:1
270:7,15 271:5
271:13 272:3
272:14 273:2
274:3,4 275:10
275:22 276:13
277:8,13,22
278:6,12
279:22 281:21
282:1,22 283:5
283:20,24
285:4,11
288:14,20
297:2 301:18
306:1 309:1
317:8,10,17
318:2,8,15
322:3,11,13,14
322:18 324:3
358:7 365:1,4

368:12,18,24
377:9 391:2
**permanently**
317:6
**permitted** 327:2
**persistent** 8:1
277:13 280:3
280:13 282:24
283:24 289:1
303:19 311:15
313:5,6 324:4
358:8 364:22
368:12
**person** 13:12
46:5 129:13
133:14,18
146:23,24
240:22 275:5
296:18 297:16
394:21
**personal** 41:17
41:21 79:19
219:9 285:19
**persons** 198:22
246:6
**perspective**
173:22 233:3
370:14
**perusing** 69:19
**PET** 170:17
**PETER** 4:6
**PFIZER** 4:5
**ph** 1:23
**PHARMA** 5:3
**pharmaceutical**
4:15 66:7
139:16
**PHARMACE...**
4:14 5:5
**phase** 6:23 7:20
8:8 46:23
192:20 208:18
208:22,24
307:15,21
332:3
**phenotypic**
321:14

**phrase** 349:2
352:18 355:16
364:11,17,18
364:18
**physical** 172:10
**physician** 244:7
258:8 369:20
**physician/pati...**
108:13
**physicians**
49:14 82:8
97:16 176:2
236:10,11
367:1,3 381:2
382:23
**PI** 56:2 182:24
**pick** 341:7 391:7
**picked** 335:10
**picking** 336:17
341:10
**pickup** 392:17
**picture** 13:20
152:11,13
361:14,15
**piece** 287:4
**pieces** 286:23
402:18
**Piedmont** 1:15
3:21
**pile** 380:12
**place** 3:13 182:3
231:7 238:14
326:24 410:9
**placed** 333:9
**places** 349:17
**plagiarism**
359:10
**plaintiff's** 12:16
**plaintiffs** 2:2
96:18 296:15
**Plaintiffs'** 6:15
**plan** 172:17
202:10 266:5
**planned** 167:15
**planning** 170:14
337:12
**plausibility**

284:7
**play** 252:6 344:7
**please** 9:19
15:18 18:6,8
55:16 60:21
91:10 92:15
105:3 273:6
294:19 311:13
335:17 411:3,8
**plow** 202:7
**plowing** 34:12
**plug** 252:5
**plus** 103:12
106:13,16,17
106:21,21
127:15 196:6
312:3
**PO** 2:5 197:21
**point** 28:21
35:17 54:11
62:16 69:23
77:4 84:7
159:24 165:4
174:16 200:22
231:17 241:14
250:20 251:14
252:18,19
270:4 272:19
286:2,18
293:23 304:23
313:20 315:20
318:17 329:7
329:12,13
342:10 380:10
393:3,13,16
394:7
**pointing** 246:5
**points** 248:3
255:21 297:17
330:3
**Pollard** 1:17
10:1 410:2,17
**poorly** 245:1
**pops** 14:24
**population**
49:19 95:24
102:6 164:24

228:6
**populations**
325:6
**portion** 31:12
121:1 224:7,12
233:23 317:14
360:18 394:10
**posed** 365:7
**posited** 389:4
**position** 52:22
171:22
**positive** 197:23
**possibilities**
79:14
**possibility** 227:1
**possible** 47:16
173:24 190:19
190:22 191:8
256:11 328:9
333:20 347:13
347:22 348:6
357:8 369:24
392:2
**possibly** 215:1
335:22 406:10
**post-lawsuit**
387:19
**posted** 312:9
**postulate** 58:5
**potential** 53:3
58:15 63:5
79:14 112:17
173:3 226:20
244:13 247:23
278:22 358:1
371:2,11
387:13 405:10
**potentially**
136:24 156:22
368:7
**power** 196:13
290:22 291:16
293:2
**powered** 195:2,3
195:7 196:7
199:8
**powering**

289:18
**Poydras** 2:14
4:9
**practical** 236:13
**practice** 7:12,15
7:17 30:11
31:8 32:8
38:11,11 39:22
48:24 50:3
66:21 68:11
129:19 131:24
134:2 135:11
135:20 136:2,3
136:8,19 137:6
137:20 138:10
138:16,18,20
139:1,8,22
145:22 158:14
174:11 175:19
177:1 182:7,14
183:6,18
191:16 205:12
206:23 208:9
218:4 234:2,4
260:7 269:20
**practiced** 83:14
**practices** 160:5
**practicing** 57:23
84:2 176:16
177:9 235:11
360:5
**practitioner**
182:13
**precautions**
227:10,14
**precise** 250:12
**precisely** 52:5,6
**predesigned**
194:19
**predict** 101:21
102:2,11 103:4
103:10,17,23
104:18 105:18
115:16 116:12
116:14 165:6
245:12,17,22
246:10 254:21

389:5 391:20
**predictable**
102:5
**predicted**
102:17
**predictive**
101:20 103:15
108:24
**predominantly**
182:15
**preexisting**
228:14
**preferences**
55:3 110:3
113:21 114:2,6
173:23 174:4
236:10,10
**preferred** 221:3
221:8,12
223:24 224:21
231:18,23
232:9,19
233:14,17
239:3,12 240:5
240:23 241:6,9
243:23 248:24
249:5 252:3
257:10 258:19
259:2,7 333:8
**premedicate**
156:23
**premedication**
129:2,8 131:5
132:5 137:14
138:14 156:18
**premise** 324:2
**preparation**
29:2 84:9 95:9
232:10 265:7
**prepared** 17:24
345:4
**preparing** 20:18
24:12
**preponderance**
390:16 402:13
**Presbyterian**
78:21 81:4

362:19
**prescribe** 105:7
108:4 248:9
296:1 325:2
**prescribed**
50:20 110:8
285:20 403:8
**prescribing**
367:2
**presence** 281:1
**present** 259:19
364:2
**presentation**
99:4 244:6
246:13 251:3
333:24
**presentations**
203:2
**presented**
235:16 242:17
319:2
**pressure** 159:18
**pressured**
262:22
**pretty** 12:22
26:10 41:15
**prevent** 129:22
185:12 334:5
347:14 384:20
**preventing**
386:8
**prevents** 222:17
225:4
**Prevezas** 8:5
306:7 307:10
308:13 319:19
319:20,22
320:9,18 323:6
329:3
**previous** 14:13
56:23 357:1
**previously**
17:14 88:10
242:20
**primary** 31:19
71:5 78:12,19
78:23 89:20

194:15,24
195:21 196:11
**principal** 34:18
34:22 35:19
55:10,18
**print** 155:6,14
178:24 179:6
179:14,20
211:12
**printed** 87:7
118:23 128:13
179:7 217:1
**printing** 127:19
128:4 155:16
179:8
**prior** 11:18 17:5
27:13 68:24
84:10,11 88:20
89:13 129:10
132:8 140:20
170:13 205:24
266:9 410:4
**privileges** 32:18
47:23 64:2,4,8
64:15,23
**probably** 24:18
33:22,23 34:24
43:11 45:3
65:12 69:5
80:4 101:3
180:8 183:8,10
206:14 213:18
214:18 216:3
216:13 231:8
232:23 300:10
300:11 331:4
335:23 341:9
344:14 360:14
360:17 382:3
390:2
**problem** 95:14
145:3 195:5
**Procedure**
27:12,17
**proceed** 13:5
73:15 92:10
112:7 261:17

process 33:9
51:3,4 52:1
59:23 78:7
80:18 82:14
106:1 110:16
111:10,12
176:5 184:1
237:2 248:9
258:7 264:16
266:10,15,21
358:9 369:22
375:21
processes 50:11
150:19 227:20
361:3
produced 20:12
39:15
product 20:21
36:2,15,24
37:17,24 38:1
38:5,7,20,23
39:1,12 40:5
40:13 97:12
169:10 203:7
203:15 260:9
260:11
products 1:5
66:8 96:19
professional
91:21 175:1
202:16 203:2
203:13 204:7
205:3,6 214:10
214:15 343:23
professionally
375:16
professor
316:12
professor's
318:18
profile 41:17,21
79:19 121:18
403:24 404:5
profiles 404:3
progesterone
197:24
program 245:13

progression
399:14
progression-fr...
195:1,22 196:8
199:15 200:12
Projects/Publi...
41:23
prolonged
184:18 185:11
pronounce
159:8 222:11
proof 284:10
proper 46:6
199:1 242:4
243:9 244:6
properly 46:8
53:18 159:11
property 88:18
89:11
prophylactic
404:21,24
prophylaxis
158:16 327:1
proportion
187:24
proportions
121:23 122:7
proposition
149:24 162:14
propounded
413:6
proprietary
88:11
prospective
175:7
protective 10:16
protocol 7:2
44:14 72:1
84:24 85:12
93:20,20
118:10 133:21
135:15 191:21
192:3,5 197:3
211:19 362:8
363:3,21
protocols 46:7
78:10,11 84:6

84:8
proven 392:7
provide 42:22
49:17 51:8,15
57:2 97:5,15
103:18 149:1
151:15 164:24
190:22 203:12
203:13,23
211:14 221:20
251:18 255:3
256:23,24
264:14 279:15
281:18 283:3
293:6 367:4
provided 20:8,9
26:23 27:1
29:22 39:8
46:14 197:4
198:12 210:18
211:2 257:20
266:3 352:6
357:12 367:24
368:6 400:2
407:10
provides 50:10
65:3 323:21
364:5
providing 25:14
96:22 273:10
283:2
PSA 8:2 313:5
psychologically
180:24
Public 410:19
413:20
publication
75:10,19,20
76:14 83:9
86:13 88:6
89:2 93:16
117:6 144:17
204:21 205:17
212:19 236:1
313:17 320:20
331:18
publications

41:5,11,11
42:4 50:5
99:23 175:2
193:2 202:17
204:14,20
205:3,6 302:15
published 37:3
39:9 40:23
44:16 51:14
52:21 53:13,15
63:19,21 77:8
88:10 136:9
137:18 153:4
174:10 183:7
207:11 208:15
208:20,23
211:5 212:1,10
212:14 235:22
278:1 330:18
362:10 363:5
publishes
235:15
pull 83:1 155:12
230:5 304:4
325:17 327:21
344:13 345:23
363:16 384:6
403:15 406:23
pulled 319:24
361:11,13
373:2 379:7
pulling 377:17
392:14 397:1
402:18
puppet 392:14
purpose 28:10
170:23 221:11
249:4 332:21
purposes 38:19
39:24 181:17
234:8 235:14
306:22
pursuant 10:15
27:11,23
pursue 348:11
put 10:10 27:21
103:8 138:8

162:20 168:6
205:12 230:19
245:22 280:19
299:23 301:18
304:20 306:19
312:14 319:20
343:12 356:17
371:15
puts 50:23 157:8
putting 50:16
91:18 172:17
176:5,9 382:11
382:11

**Q**
q3 123:13,14
124:3,4 157:6
223:14
qualifications
316:21
qualified 316:11
quality 135:7
quantified
153:14
quantify 153:7
282:3
quarter 43:9,11
124:1
question 18:8,10
29:11,18 36:5
36:18 38:3
53:18 55:15
56:22 60:20
62:10 72:4
87:16 92:16,18
93:10 97:19
119:24 136:1
146:5,8 147:12
147:24 148:1
157:12 158:19
182:22 193:22
194:9 195:14
195:16 196:21
199:22,23
203:20 211:23
237:6 243:4
245:1 247:11

247:17 261:10
268:4 271:22
271:24 273:8
284:13,20
285:7 286:14
289:18 290:19
292:16 304:17
305:9 308:3
319:15 322:21
337:21 346:4
348:4 354:11
365:17 367:3
372:8 376:18
387:24 389:17
391:11,13
393:13 405:5
408:6 409:6
**questionable**
302:22
**questioning**
163:24 341:3
345:3 351:1
**questions** 11:1
18:1,3 34:11
71:11 72:5
92:9,12 262:9
283:8 324:8,9
341:6,8 352:17
357:21 361:23
363:15 364:16
365:7 367:1
369:3 384:14
386:20,23
388:8,21,24
393:4 395:11
395:19,20
396:3 397:20
400:16 405:15
408:3 413:6
**quick** 10:12
106:4 144:12
242:15,24
243:1 293:22
336:16 372:7
389:21 392:19
405:14,16
**quicker** 63:13

333:5 390:7
**quickly** 242:18
254:15 263:3
363:17 364:9
372:4 377:12
379:21 384:13
400:12
**quite** 61:17
290:19 389:2
**quote** 70:13
142:12 153:13
153:13 274:2
373:6
**quotes** 358:18

**R**

**R** 9:1 412:1,1
**radiation** 64:19
**radiology** 64:15
351:21
**randomised**
6:23
**randomize**
191:5,6
**randomized** 8:8
55:11,22
116:16 149:22
149:23 150:8
151:13 190:17
190:19 193:16
204:19,22,24
293:7 315:14
317:4 318:1
332:3
**randomly**
327:16
**range** 343:11
**rare** 61:12 96:11
269:6 371:14
371:20 381:21
**rashes** 66:1
70:18
**rate** 114:22
255:23 256:16
256:17 272:2
386:6
**rates** 122:4,13

162:17 256:6
256:22 303:19
333:5 336:21
399:15
**ratio** 401:14
**rationale** 115:22
192:20 385:21
**re-educate**
175:15
**reach** 103:3
139:3
**reaction** 129:23
131:15 159:16
**reactions** 156:23
157:10 159:6
**read** 10:21
14:11 20:6
29:1 41:16
68:9 69:6,19
83:8 89:7,8
91:4 92:15,17
95:23 98:3
99:20 112:9
119:9 122:20
126:3 129:5
140:15 181:17
181:24 182:5
182:11 185:3
187:5 193:24
198:3 227:6,7
247:15,16
249:15 262:16
266:8 272:6,8
273:5,7 276:20
280:16 284:23
286:13,19
289:2 295:24
307:13,19
310:7 311:13
314:9,12,17
320:12,21
323:20 343:6
361:1 364:17
374:3,10,10
378:16 379:24
380:22 388:14
395:5 396:5,17

396:19 398:9
407:5,5 408:5
411:3 413:4
**read-on** 13:8
**reader** 288:24
**reading** 30:12
31:10 42:16
68:1 69:6,9,12
69:17 78:10
95:9,12 145:20
183:10 282:20
357:1 401:7
**readings** 343:1
**reads** 149:14
180:20,20
248:19 311:7
**ready** 10:8 13:5
73:15 74:18
112:7 261:17
294:12 328:2
**real** 195:11
336:16 391:1
402:24
**reality** 290:5
**really** 98:22
115:9,23
145:22 150:11
150:15 181:21
186:12 187:2
188:4 226:9
227:19 228:20
228:24 235:9
244:1 250:17
262:7 264:10
264:20 267:9
292:5 313:21
315:14 316:22
368:16,20
377:6 387:13
390:22 391:9
391:10 392:5
398:11 402:11
**Realtime** 1:18
410:3,18
**reapplied** 80:5
**reask** 119:24
284:14

**reason** 15:1
79:16 115:15
129:21 168:4
241:14 250:12
283:7 288:6
318:4 385:20
411:5 412:5,7
412:9,11,13,15
412:17,19,21
**reasonable**
146:11 241:12
302:21
**reasoning**
232:18
**reasons** 30:2
96:8 110:13
128:10 233:3
244:16 252:5
**recall** 16:17,20
45:1,3 46:12
61:8 62:11,14
72:11,21 73:1
78:22 84:14
90:2 130:19
138:7 140:14
142:10 205:10
207:10 209:15
210:24 211:4
212:9 216:2
231:23 232:4
232:12,15,16
232:21 362:1
365:10,20
372:12 384:9
386:22 388:24
400:17
**receding** 268:22
**receipt** 411:13
**receive** 108:8
129:16,19
131:13 133:4
133:22 134:9
148:15 189:1
198:7 217:24
247:8 326:18
337:18 339:5
339:16 384:16

384:17,23
402:15 404:21
**received** 41:9
150:14,23,24
187:15,17,20
198:9,14
229:16 254:18
270:19,22
275:5 278:11
281:20,24
283:4 290:8,9
290:13 321:19
322:2,4,5,12
322:13,15,22
322:23 326:16
329:9 337:16
339:11,18
342:23 349:13
350:12,20
355:10 358:6
367:19 385:2,6
**receives** 132:18
133:14,18
**receiving** 114:9
121:6,8,9,24
122:9 125:18
126:4 134:8
137:21 185:7
198:22 267:7
380:5 401:11
401:13
**receptor** 226:22
**receptors**
197:24
**recess** 73:9
144:5 201:4
217:11 255:14
294:7 340:12
**recitation** 28:15
28:23
**recite** 298:11
**recognition**
154:1
**recognize** 75:18
83:13 186:2,15
186:20 189:7
217:19 219:2

238:9 263:21
291:20
**recognized**
186:17
**recognizing**
283:14
**recollection**
62:20 208:4
**recommend**
59:14 61:16
101:7 104:16
104:23 112:22
113:13 130:7
130:10 214:7
251:13 262:20
**recommendat...**
101:16 112:5
112:12 205:23
209:17 221:16
223:9 234:11
245:14 251:14
261:14,20
266:3
**recommendat...**
49:13,18 50:17
51:8,13 52:21
52:24 53:8
56:15,24 57:2
110:23 113:10
114:20 131:17
157:7,21
158:21 160:17
172:6 173:20
175:16 203:9
210:6,8 214:6
235:16,18
236:8 251:5
363:22
**recommended**
50:23 59:8
60:6,18 61:7
109:20 114:24
131:7 138:13
168:11 223:5
225:13 236:2
248:22 256:2
371:16,21

**recommending**
246:20 247:3
**recommends**
130:21 137:14
**reconfigure**
13:23
**record** 9:4,23
10:11 15:7,12
15:13,15,19
26:4 73:8,12
80:20,21 92:1
92:14 127:9
144:4,8 155:15
179:15,22
180:1 201:3
202:4 217:8,10
217:14 255:13
255:17 294:6
294:10 323:4
338:21 340:11
340:15 349:19
353:18 387:5
409:4,9
**records** 81:2,4
301:14 334:6
348:8 351:18
356:23 357:12
359:16 382:8
382:13,17
383:17 407:5
**recounting**
321:9
**recovery** 184:24
**recur** 376:9
**recurrence**
114:22 115:2
172:8 174:1
227:16 255:23
256:6,15,17
334:5 347:14
349:20,23
**Recurrences**
327:5
**Reddy** 1:13 6:3
6:13,16 9:13
10:4,20 15:1
15:17,20 19:7

21:7,16 26:17
72:10 74:12
82:21 84:18
118:13 127:1
144:10 154:17
163:1 178:16
202:6 216:17
217:16 225:21
229:21 238:2
245:3 255:19
263:7 283:8
284:19 307:1
310:21 320:4
325:19 331:5
340:18 341:2
341:23 342:15
410:5 413:10
**Reddy's** 161:6,8
**reduces** 193:19
222:17
**reducing** 210:2
**reduction** 115:1
327:6
**reductions**
117:21
**refer** 149:23
162:1 175:11
196:21 225:8
260:19 295:1
304:10 327:9
380:7 397:9
**reference** 159:9
162:4 163:9
249:23 257:14
277:10 278:2
303:10 307:9
326:7,7 358:20
382:10
**referenced** 44:2
164:11
**references** 20:15
30:10 159:10
235:5 302:14
329:15,16
**referred** 17:17
268:24 316:8
**referring** 74:22

94:2 124:20
135:23 137:9
164:3 167:21
167:21 182:6
191:24 204:18
206:20 221:12
265:19 266:16
267:5,9 277:16
304:8 393:16
**refers** 220:21
268:11 397:8
397:12
**reflect** 23:14
44:3 338:21
**reflected** 24:5
24:20 31:13
126:9 398:16
**reflects** 95:17
**refuse** 95:18,19
96:6
**refusing** 181:8
381:13
**regard** 131:5
135:14 145:12
211:17 259:20
282:13
**regarding** 49:18
50:10 57:3
99:22 232:13
249:7 276:21
285:21 287:13
299:24 301:16
370:1
**regardless**
103:11 135:20
247:2
**regimen** 55:4
59:5,9,15
60:14 61:4
101:8,12
102:15 103:11
103:12 104:16
104:23 105:8
105:16,17
106:9,10,13,14
107:20 108:3,5
108:8 109:3

110:9,13
117:16,16
119:17 123:10
134:10 136:10
136:11,14
137:20 145:15
146:10 147:1,4
147:5,14,15,17
150:14 162:3
165:8,9,9
169:4,5,6
197:19 199:9
199:11 205:9
205:15 206:5
206:11,18
207:8 208:20
210:11,14
212:8 221:8
222:21 223:21
224:5,9,17
231:19,19
232:9,13,17,19
232:22,23
233:8 239:3,7
239:17 240:5
241:7,9,18
242:8,10,13,13
243:2,23
246:20 247:4
252:3 254:4
257:10,23
258:19 259:3,8
259:23 260:18
268:18 324:22
330:11 331:18
333:9,20
334:12 335:3,4
337:17,17
339:18 346:6
346:14,17
347:5,19,22
348:6,11,13,16
349:6 350:6,16
371:17 373:12
378:17 384:23
385:1,5,8
388:23,23

389:16,16,21
390:10 391:12
391:13,16,17
394:2,4,10,12
regimens 51:17
54:22 58:20
59:1,7 102:13
104:10,21
108:9 117:22
119:13 123:7,7
124:2 136:4
151:12,13
153:17,18
157:6 158:17
162:17 164:14
166:13 174:24
178:12 193:17
195:4 209:4
210:11 214:4
220:15 221:3,3
221:9 222:22
223:10 224:21
231:23 233:11
233:14,17
236:2,4 237:11
239:12,23
240:5 241:12
241:15,19
243:5,8 244:3
244:12,15,16
247:24 248:23
248:23 249:5,6
249:8,14
251:17 257:24
280:14 312:4
391:24 392:1,7
401:9
Registered 1:18
410:3,17
regrowth
270:11
regular 50:19
65:16 68:11
69:19
regularly 67:10
67:11 68:15
175:10 215:9

215:12,16,17
291:22
regulation
294:21 296:16
297:15,16
299:6
regulatory
295:1,8 296:19
297:8 298:11
299:14
relapse 96:14
relate 35:15
204:9 210:21
375:11 377:6
related 7:10
35:2 178:22
184:21 188:13
190:1 260:10
271:6 285:22
288:15 335:23
352:23 354:19
356:10 357:5
388:9
relates 1:8
182:14 204:13
relating 168:22
182:18
relation 325:10
406:19
relationship
276:5 279:3,21
285:10,11
286:5 355:9
406:12 407:24
relative 102:4
117:21 249:7
256:5 410:11
410:12
relatively 29:8
61:16 225:13
269:6 386:6
relevant 55:3
reliance 8:12
11:2,6,16
179:3 341:15
342:6,8,16
357:13 366:8

373:21,23
374:2
relied 314:4
rely 174:19
202:9,24 295:8
relying 151:22
152:1 177:18
remain 88:17
93:21
remains 89:11
223:21,23
233:8 239:3,6
240:5
remarkably
349:22
remember
32:16 35:21
61:12 79:1
92:20,23 140:4
141:18 159:23
177:11,13,22
178:1 206:24
207:13 208:4
235:7 349:3
367:8 378:3,10
389:7 397:3
398:2
remind 18:21
remote 1:12 2:3
2:10,19 3:3,11
4:6,17 5:6,14
5:21 9:9,18
13:9
remotely 9:15
9:17 10:5
410:5
removed 64:20
223:19 257:10
333:8
removes 64:11
render 64:4
316:11
rendered 53:23
rendering 39:24
58:22
renumber 74:8
reopen 43:16

repeat 36:5
55:15 60:20
104:7 132:20
247:11
repeated 245:2
rephrase 18:6,8
114:12
replete 91:12
replicability
284:7
report 6:18 7:7
14:11 20:14
24:12 25:20,21
26:21 27:7,10
27:21,22 28:9
28:10,14,22
29:1,5,21,24
31:6 34:17
40:18 41:9
44:9 47:13
49:11 52:20
72:18 75:6
77:19 94:5
95:9 97:20
100:1,11
101:20 102:19
102:23 107:13
107:18 111:22
111:24 116:4
130:13,17
131:1 134:16
135:18 136:16
151:9 153:6
154:10 155:1
155:10 157:14
158:5,6 161:5
162:1,6,11
163:8 167:22
168:21 170:4
174:22 181:21
186:24 187:6
187:12,16
188:1 193:3,6
202:8 210:22
232:10 237:20
239:20 240:2
242:19 252:20

255:20 261:8
265:7,9,12
266:9 270:20
271:10 272:1
272:10,20
274:20 275:4
276:10 277:6
277:21 280:23
282:21,24
283:9 286:3,13
286:16,20
287:7,8 288:16
289:8 293:11
294:15 296:8
299:18 303:11
305:4 308:4,18
308:20,22,23
314:18 324:6
324:10,13
326:7 329:14
330:8 335:1
344:15 345:4
345:10,12,13
345:14,20
346:5 352:21
352:22 355:4
356:3,9,17
358:12,14,14
361:21 364:8
369:16 372:7
372:13,17
373:1,3,19,21
374:11 385:14
387:18 388:11
388:14 393:4
393:14,17,19
393:20,24
396:17,17
397:2,8 406:22
407:2,23
**reported** 123:2
157:17 270:1
272:15 274:16
275:6 277:24
278:7,12
280:12 281:21
282:1,11,15

283:5,15 289:9
310:4,9
**reporter** 1:18,20
9:24 18:16
92:17 247:16
273:7 307:20
353:15 410:3,4
410:17,18
**reporting** 9:19
39:10 303:16
358:7
**reports** 152:6
246:11 274:2
276:6 351:21
356:24 358:5
383:9
**representations**
47:17 96:18
**representative**
248:21
**represents** 36:9
**request** 23:20
81:2 408:18
**requested**
392:24
**require** 289:21
300:10,11,11
**required** 27:21
294:22 295:20
327:6
**requirements**
58:10 296:20
296:21 297:14
**research** 29:23
31:12 32:14
33:20,24 37:8
38:22 41:11,23
49:16 56:24
58:7,8 60:13
62:24 63:12,13
63:17,19 85:23
174:10 182:8
182:15 212:16
276:2,17 292:4
343:21 357:2
**researched** 59:2
95:3 271:4

**researcher**
401:18
**researchers**
343:19
**reserve** 340:2
**residency** 45:16
47:3 67:2
70:22 71:16,22
76:19,24 77:11
78:3,6 80:6
83:15 176:17
176:19
**resolves** 112:4
261:14
**resource** 51:16
54:21 175:10
177:8,21
**resources** 50:6
113:13 175:5
176:4 178:4
264:15
**respect** 32:6
199:14 270:2
272:15 375:4
**respectively**
26:24 122:17
**respond** 29:17
337:2
**response** 20:18
20:19 106:4
242:14,15,15
242:24 333:5
336:20 389:12
389:22 390:9
399:15
**responses** 6:14
396:6
**responsibility**
97:15
**responsible**
20:13 31:20
298:20,24
299:2 394:4,6
394:24
**restate** 105:3
**result** 135:3
169:12 242:10

254:19 255:1
298:16
**resulted** 122:4
122:13
**results** 44:16
75:16 76:1
77:7 102:16
109:8 137:20
267:3 268:6,9
290:6 327:11
350:6 361:6
362:10 363:5
**resume** 374:13
**retained** 16:18
17:5,23 20:8
22:5 36:10
180:17 343:6
**return** 255:20
411:11
**reveal** 38:22
95:12
**reveals** 157:7
**reversal** 212:8
**reversible**
180:22 186:5
**review** 7:9 25:18
25:20,20 29:20
46:14,15 50:19
54:24 95:16
101:2 117:9
130:12 148:13
151:15 182:20
183:19 218:21
219:2 232:8
247:19 264:12
276:9 280:21
281:9 285:18
287:12,13,20
288:2 359:11
359:12 366:7
367:15 381:1
387:3 401:5
406:3
**reviewed** 20:2,4
44:16 71:11
75:8,9 117:8
128:1,7 140:19

157:13 180:4
193:1 197:2
198:17 199:20
218:22 265:7
265:10 280:1
288:13 301:12
301:13,15,15
325:9 326:11
351:18 352:5
352:16 355:7,7
357:5 362:9
363:4 372:22
382:17 383:17
393:19 405:20
406:19 407:1
407:14,16
**reviewer** 365:23
**reviewing** 36:19
49:14 119:23
182:17 265:24
286:6 321:6
328:14 348:7
**Rhone-Poulenc**
88:8,18,20
89:4,14
**riding** 176:12
**right** 15:5 16:4,5
18:18 23:17
24:4 25:10,24
28:18,19 29:14
31:9 35:6
36:16 37:10,18
37:22 38:2
41:6 42:1
45:20,21,23
47:6,18,19,22
48:1,9,15 49:9
49:23 50:7
51:18,19 54:5
57:4,21 59:18
60:8 63:24
64:12,20 65:4
67:5,8 68:12
70:20 71:18
72:12 74:16
76:12,14,20,21
77:22 82:16

| | | | | |
|---|---|---|---|---|
| 86:7,18 88:5 | 222:11,12 | 329:11 330:5 | 326:9 329:21 | **rules** 17:22 |
| 89:18 90:12,20 | 223:11,16 | 331:11 339:22 | 368:2 379:4,12 | 27:12,17 91:22 |
| 94:4,10 97:12 | 225:20 226:7 | 351:11 365:21 | 379:14 390:13 | 92:4 364:3,6 |
| 101:9,18 | 233:24 234:17 | 378:9 380:15 | 390:14 401:8 | **run** 92:12 |
| 102:19 103:2,4 | 235:18,21,23 | 382:8 392:18 | 402:15 | **running** 22:17 |
| 103:5,7,23 | 237:3,21 238:9 | 393:18,23 | **risks** 97:11 | 354:2 |
| 104:14,16 | 238:16 241:10 | 396:11,18,23 | 148:21 156:21 | |
| 108:23 109:5 | 242:5 243:3 | 397:6,14,16 | 161:19 225:1,3 | **S** |
| 109:13 110:17 | 244:18 245:15 | 398:2,20 | 229:7,10 233:1 | **S** 5:6 6:11 9:1 |
| 112:21 113:1,6 | 245:17 246:18 | 400:23 401:23 | 258:2 260:10 | **safe** 38:21 405:7 |
| 113:16 115:10 | 247:2 248:11 | 402:3,10,11 | 296:1 405:1 | **safest** 159:21 |
| 115:14 118:2 | 252:2,9 253:7 | 404:6 405:7 | **Road** 1:15 3:21 | **safety** 35:24 |
| 120:13,19 | 253:13 254:13 | 409:1 | **Robert** 5:21 9:4 | 36:22 38:6 |
| 121:1 123:9 | 254:19,23 | **right-hand** 19:1 | 14:22 | 39:1,12 40:4 |
| 124:8 126:10 | 255:1,4 256:21 | 75:24 | **Rocky** 311:6 | 40:12 55:13,24 |
| 127:18 128:6 | 256:21,23 | **righty** 13:4 | **Rogaine** 67:13 | 76:10 242:2 |
| 129:24 130:3 | 257:2 258:10 | 19:22 73:14,17 | **role** 298:6,12 | 365:23 366:13 |
| 130:13 132:19 | 259:6 261:3 | 86:17 164:6 | 376:20 | 366:18,21 |
| 133:1,5,8,10 | 262:11,15 | 208:6 217:16 | **roles** 171:23 | **SAGENT** 5:4 |
| 133:11 134:5 | 264:9 268:2,17 | 219:8 255:19 | 375:13 | **San** 2:22 86:6 |
| 134:24 135:9 | 271:15 273:2 | 294:14 321:8 | **rolling** 127:14 | 214:22 215:10 |
| 135:12 140:9 | 273:23 274:15 | **rigorous** 178:2 | **room** 127:20 | 215:22 216:5,8 |
| 144:24 148:22 | 274:21 275:3,3 | 186:21 | 390:24 409:5 | **Sandoz** 1:9 3:10 |
| 149:15 156:3 | 275:11 276:14 | **rise** 189:16 | **Roosevelt** 45:13 | 6:14 9:11 |
| 156:19 157:24 | 278:4,5,14 | **rises** 189:11,12 | 76:20 78:18 | 35:20 36:8,14 |
| 158:3,12 | 279:5,8,9,13 | **rising** 273:19 | 81:3,3 83:23 | 37:23 38:5,22 |
| 160:10 166:5 | 279:23 280:7 | **risk** 115:2 | **rooster** 189:12 | 40:10 97:10 |
| 166:19 168:6,7 | 281:23 282:17 | 117:21 119:6 | 189:13,15 | 203:6,12,13 |
| 168:24 169:3,7 | 283:6 291:4,6 | 131:12 134:21 | **roosters** 273:19 | 204:4 295:20 |
| 169:21 170:2 | 291:10 294:17 | 146:18,22 | **Rorer** 88:8,18 | 298:20 299:2 |
| 172:13,14,17 | 295:17 297:6 | 147:2,3,16,22 | 88:21 89:4,14 | 346:16 365:19 |
| 173:4,13,14 | 297:10,17 | 148:3,15 150:1 | **Rosic** 382:12 | 366:10,14,15 |
| 174:1,7,15 | 298:3,17 | 151:4,11,19,20 | **rotates** 33:14 | 366:18 367:23 |
| 175:7,8 176:11 | 299:12 300:3,8 | 152:7,15 153:8 | **rotation** 67:7 | 403:20 |
| 176:13,14,23 | 300:14 301:3,4 | 153:15 156:18 | **ROTOLO** 4:6 | **Sandoz'** 296:10 |
| 177:1,2 182:1 | 301:5 302:3,4 | 167:17 169:22 | **rotolo@chaffe...** | **Sandoz's** 38:4 |
| 183:23 184:14 | 302:19 303:5 | 172:8 174:1 | 4:12 | 38:20 39:8 |
| 188:7,23 | 303:10,20 | 185:10 193:19 | **roughly** 24:7 | 40:2 298:14 |
| 189:16 190:1 | 304:11,12 | 224:16 225:11 | **rounds** 129:14 | 346:24 368:6 |
| 190:15 193:8,9 | 306:3,5 308:21 | 225:11 227:24 | 129:14 | **Sandoz-specific** |
| 193:12,13 | 311:19,23 | 228:3,6,8,20 | **route** 154:23 | 366:1 |
| 196:9 197:6,17 | 312:1 313:2,8 | 228:22,24 | **rudimentary** | **Sandoz-spons...** |
| 197:18 199:24 | 313:12,18 | 239:16,21 | 389:24 | 35:24 36:21 |
| 200:16 202:20 | 316:3,7 318:12 | 240:3,3 247:20 | **ruins** 317:20 | 39:10 |
| 209:11 211:13 | 320:13 321:3 | 256:11 269:21 | **Rule** 6:18 7:7 | **Sandy** 32:20 |
| 216:14 218:2 | 321:24 322:23 | 315:3 316:17 | 26:21 27:11,16 | 48:16,17 |
| 221:22 222:1 | 324:18 327:8 | 318:8 325:5 | 27:23 28:4 | **Sanofi** 37:16,24 |

```
46:15 315:3              231:7 249:1,2          330:23                 329:3                  390:22,23
366:2 399:18            249:11 266:2           scroll 19:6 220:4      see 12:22 14:3         391:9 395:1
399:18 400:4            275:5 297:20           search 211:11         19:1,4 31:16           396:21 398:4
Sanofi's 40:1          298:15 302:7           212:24 213:17         34:5,7 60:11           401:16 402:24
46:18 80:21            302:17 307:10          213:24 237:17         65:6,16,23,24          seeing 77:3,9,24
SANOFI-AV...           308:12,23              273:11                66:3 67:11,15          78:6 80:14
3:2                    309:18 322:17          searching             67:17,19 69:18         90:18 139:22
satisfactory           327:13 346:15          196:10,16             74:2 75:15             152:2 159:19
111:14                 362:5 363:2            second 82:24          76:5,11 77:7           160:1 176:20
satisfied 270:10       364:12 381:11          88:14 108:4           83:13 85:8,12          176:21 370:5
save 306:18            401:12 402:5           109:2 112:2           86:20 87:14            374:20 402:22
337:23 338:8           scalp 66:11 70:2       126:21 141:19         88:12,23 89:5          seen 35:23 36:21
348:17                 70:24 71:1             141:20 142:24         96:10 115:4            38:4 84:8,14
saved 337:9            185:11                 170:12 208:15         118:8 120:24           86:14 92:21
339:7 346:14          scalps 70:16,17        219:2 248:19          124:15 129:4           136:17 147:6
saves 338:10,13       scans 170:17,17        261:11 262:24         131:19 137:13          158:15 180:15
339:13                scary 242:22           265:22 286:7          138:24 142:21          184:5 219:5,7
saving 346:8,17       scenario 61:21         296:8 302:4,16        143:15 145:21          238:18 260:14
346:20 375:19         263:1 366:21           310:17 321:1,1        145:22 148:14          280:10,11
394:5,6,24            scenarios              368:22 378:18         152:24 153:2           286:22 365:12
saw 34:1 90:19        221:24                 384:8 386:5,14        158:20 159:15          365:19 369:9
130:15 160:7          schedule 250:8         391:12,16,23         164:8 170:5            373:10 374:15
314:20                schedules 185:2        secondary 71:5        175:12 184:13          374:20 383:2
saying 62:3,4         221:8 248:22           194:20,21,22         185:14 188:20          403:6
89:9 100:14,15        249:13 250:11          195:5,9 229:11        189:1 197:17           sees 375:12
147:9 152:20          School 316:14          327:1                 226:11 227:11          382:18
243:15 244:2          Schwartz 91:13         section 1:6           235:12 245:19          segments 358:13
244:10,21             science 36:20          12:15 76:1            253:3 262:9            select 55:3
245:3,8 290:2         58:8 147:3,7           86:12 89:9            263:13,23              selected 103:12
315:23 316:18         Sciences 316:14        94:7 119:10           269:22 270:9           selecting 170:13
316:20,22             scientific 59:17       128:13 173:9          271:18 280:15          250:12
317:12,13             186:16,21              192:19 226:19         286:12 289:20          sell 96:17
318:20 392:11         187:7                  227:8,9 248:16        289:23 292:9           sells 39:2 40:13
394:16                scope 28:2             264:10 266:19         296:12 309:12          semi-annually
says 32:9 75:15       score 171:19           266:23 268:3          309:16,23              50:22
75:16 76:1,7          Scott 311:6            293:11 294:16         321:8 324:17           send 112:13,15
76:16 79:20           screen 14:2,24         294:22 295:15         326:12 332:5           263:17 408:10
91:7 112:3            15:3 18:24             296:9 311:22          345:9 346:4            sense 43:9 47:7
119:4 121:5,16        19:2,13,14,19          327:11 381:3,5        349:7 350:23           234:7 238:17
121:22 122:18         21:3 74:19             sections 296:16       352:10 364:11          249:7 314:8
122:21 129:10         82:17 83:3,12          358:13,18             364:13,18              370:7 374:14
132:5 135:9,10        85:5,11,13             Sedlacek 8:1          366:12 367:18          sensory 143:2,7
159:12 167:14         118:19 127:24          306:7 307:10          375:8 378:12           145:16 151:4
181:6 184:15          154:21 163:23          308:13 310:9          380:7,14 381:5         153:16 239:21
184:23 197:8          178:23 219:19          310:16 311:2,6        382:10,14              240:4 261:5
197:18 221:20         226:12 263:24          311:20 312:17         383:16,21              sent 86:24
222:10 226:19         312:15 320:2,8         313:15 323:6          385:12 387:16          216:21
```

sentence 27:10
28:13 40:21
44:10,11 88:15
112:2 115:4
129:1,5 134:16
135:2,8 174:4
174:18 180:20
278:6 306:5
308:12 309:14
311:7 362:5
381:17 402:4
sentences 18:22
separate 22:23
41:12 240:8,11
separated 17:4
September 1:16
9:7 25:6
218:14,15
sequence 190:9
206:20
sequencing
205:14,19,24
206:7
sequential 168:2
169:5,6,11
sequentially
150:24 169:2
series 18:1
184:23
serious 125:17
seriousness
240:3
serve 17:11 22:5
36:10 221:21
234:24
served 20:3
35:18 42:11
serves 375:15
services 1:22 9:6
64:5 65:3
serving 27:14
173:18 182:9
session 73:5
127:10 132:12
132:16 202:1
247:6 396:10
sessions 135:4

216:10
set 151:7,9,16,18
153:7,14 161:8
237:11 272:1,8
276:10 280:22
282:2 284:3
286:15 288:16
405:1 410:9
sets 220:13
221:7 315:11
315:12,13
setting 62:13
117:15 136:11
139:13 145:19
151:13 153:18
192:21 204:4
236:3 251:17
272:23 337:18
settings 12:20
setup 220:1
setups 222:6
seven 14:19
34:24 35:10
155:16
severe 8:5
152:16 154:6
181:8 222:18
239:16 320:15
381:13 383:18
severity 171:24
240:2 267:16
share 19:13,14
21:3 73:22
74:19 82:20
85:5,10 118:19
127:23 162:23
163:23 178:20
178:23 219:18
226:8 320:2
327:20 328:3
330:23 404:10
408:21
shared 93:22
110:15 111:10
113:8 117:18
241:24 243:9
247:6 248:4,8

263:12 265:11
265:13 266:6
266:10,14,20
307:6 347:21
386:20 387:6
387:17 404:16
sharing 82:17
83:2 126:22
164:9
sharpener
377:22 378:1
she'd 254:17
sheet 411:6,9,12
413:7
shift 231:18
SHOOK 3:4
short 340:8
short-acting
228:18
short-term
267:12
shorter 230:16
Shorthand 1:19
410:4,18
shortly 180:16
408:11
shot 222:15,16
show 37:13
121:17 159:4
164:23 190:8
195:3,7 199:7
263:3 273:12
282:19 305:21
316:24 317:7
317:15,18
329:21 333:3
335:9 336:19
379:17 386:2
showed 124:16
313:22 315:15
318:1,6 380:17
381:4 383:6
showing 19:16
19:18 335:13
335:16
shown 10:18
108:10 162:16

325:4 353:6
shows 126:10
147:7 152:7
154:6 165:7
166:17 187:12
289:14 335:11
338:10,13
shrink 334:4
shrinking 390:8
sick 159:18,22
side 83:12
173:24 220:14
243:5 259:10
376:8,12,13
378:13 379:2
side-by-side
123:8
sidebar 204:12
sign 10:21 131:8
217:2 408:5
411:8
signature
344:18
signed 345:5
significance
290:23 316:6
317:1
significant 8:2
148:16 151:11
151:19 156:21
289:8 305:7
306:1 313:6,22
314:7,16 315:2
315:16,24
316:1,17 317:9
317:16 318:2,9
318:14 332:6
345:2 360:18
369:17 383:6
390:14 391:22
394:9 402:7
405:23
significantly
121:7 126:5
151:3
signs 171:9
similar 103:21

116:10,22,23
119:18 120:5
120:17 375:13
similarity 117:2
similarly 159:2
253:12 306:6
308:12
simple 245:23
258:11
simplicity
193:21 195:15
199:21
simply 36:18
42:12,17 80:14
95:19 96:4
158:19 183:20
256:22 290:20
296:24
single 59:10,15
60:15 61:4,23
61:24 66:3
191:11,11
213:11,13
214:4 335:1
391:6
sir 16:8,16 18:14
22:3 29:3
30:19 31:4
43:24 48:12,16
73:16 128:8
165:20 192:18
207:12
sit 17:4 29:19
40:9 62:11
78:17 117:20
138:7 179:15
335:9 370:14
site 31:19 78:19
sites 78:13
sits 113:18
sitting 403:5
situ 97:24 99:18
99:18 100:17
situated 253:13
situations
291:12
six 14:19 35:12

Sreekanth C. Reddy, M.D.

41:24 42:2
43:5 133:14
155:16 167:13
309:15 349:18
350:24 403:9
**six-month** 25:7
**size** 246:14
257:17
**skin** 65:19,22,24
66:1,2,4 70:18
**slight** 405:23
**slightly** 119:19
120:6,14
**slow** 363:11
**slower** 84:24
307:20
**slowly** 85:3
**small** 22:14 32:2
32:7 98:7
159:20 290:3
291:23 313:18
340:2
**smaller** 290:23
291:7
**Smith** 338:17
**socially** 180:24
**society** 175:1
202:16 203:2
204:7 214:11
214:15,23
333:16
**softball** 56:22
**sold** 36:15
**sole** 88:18
**solid** 30:22 31:2
**somebody** 29:16
45:18 58:17
78:1 79:18
80:13,15 148:4
187:16 242:24
259:4,11,14
293:13 349:11
375:16,17
382:18 403:4,4
403:10
**someday** 398:9
**sorry** 34:4 47:11

48:3,4 65:11
65:14 71:9
74:1 87:15
88:3 92:6
95:15 104:6
111:5 113:1,16
124:22 167:9
179:5 204:23
207:20 226:2
230:14 236:24
249:18 304:14
312:7,11,16
314:12 363:10
367:4 371:8
374:1 378:23
379:23 385:3
**sort** 15:8 97:19
146:3 174:17
205:4 371:17
**sorted** 280:20
**sound** 295:4
**sounded** 189:4
**sounds** 13:16
25:10 109:5
144:1 262:18
293:14
**source** 157:23
**sources** 138:12
139:20 380:21
**South** 5:16
**space** 19:4
263:12 411:6
**Spain** 86:6
**Sparano** 7:3,5
117:4,5,24
118:6,18
129:16 133:21
134:2,12
135:15 138:2,6
139:9 144:16
144:17 150:15
338:12 339:10
376:23
**Sparano's**
122:24
**spatula** 300:15
**speak** 12:4 68:8

136:16 206:22
219:6 296:1
319:24 371:8
**speaker** 15:22
**speaking** 9:20
65:12 169:18
228:24 292:4
319:14 338:15
338:17 350:2
**speaks** 15:2
**specialties** 34:15
**specialty** 361:17
**specific** 29:11
31:20 54:17
61:8 62:19
63:8 90:4
105:24 107:21
108:8 166:10
180:11 184:1
186:22 222:16
224:17 244:15
244:16,23,23
248:21 252:4
254:11 257:14
258:21,22
259:9 260:15
260:18 273:12
276:2 280:17
281:20 285:17
296:19 297:7
342:13 348:11
355:20 357:2
365:16 366:20
373:18 376:3
389:15 394:2
**specifically**
90:24 104:11
107:17 143:17
154:11 190:7
199:13 206:19
210:9 218:6
227:19 232:18
257:3 268:21
276:18,22
286:10 296:4
318:20 323:7
326:20 355:22

365:19 388:17
**specificity** 236:3
237:11
**specifics** 79:8
351:6 359:17
**specified** 364:4
**spectrum**
371:15
**speculate**
350:15
**speculative**
350:17
**speed** 181:18
**Speed-reading**
170:9
**spell** 207:18
**spend** 351:12
**spent** 26:5 353:8
355:14 360:19
369:17 377:1
389:2 395:14
395:20 406:4
408:12
**spite** 93:4,19
**spoke** 246:19
247:3
**spoken** 233:5
**sponsored** 203:5
366:1
**sponsoring** 46:3
**sporadic** 215:18
**spread** 96:14
171:5,8,13
349:16
**Springs** 32:20
48:16,17
**squamous**
208:13,16,18
209:22 211:17
212:6 213:4,6
213:13
**square** 70:2
**squared** 185:9
**squint** 12:21
**Sreekanth** 1:13
6:3,13,16 9:12
10:4 15:20

410:5 413:10
**St** 17:14 45:13
77:10 83:22
362:18
**stage** 36:3 37:1
51:9 55:14
56:1,10 60:16
60:17 61:5,6
62:13 94:15,22
97:23 98:6,11
98:20,23,24
99:9,18 100:23
100:24 105:24
114:10 116:19
125:19 139:13
153:19 204:10
228:2 257:18
257:19 332:17
335:5 392:3
**stages** 100:19,22
**staging** 257:16
**staining** 171:17
**stand** 81:16
345:4,12,13,14
346:12 363:6
386:10
**standard** 105:10
156:23 191:16
209:17 253:12
254:8 294:20
296:21
**standard-dose**
184:16,19
**standards**
174:11 236:1
363:21
**standing** 169:18
**standpoint**
38:15 69:14
334:8 347:16
366:5
**stands** 127:18
**start** 27:8 51:6
122:6 203:1
253:1 282:20
306:6 341:13
390:4 403:7

Golkow Litigation Services - 877.370.DEPS

Sreekanth C. Reddy, M.D.

started 14:6
  17:22 82:8
  176:16,20
  202:11 208:5
  238:19 340:9
starting 197:21
  252:18,19
starts 40:21 41:8
  156:17 184:11
  193:14 264:24
  309:15 324:11
state 4:19 15:19
  27:10 31:5,6
  34:16,17 49:12
  79:24 114:20
  134:15 152:7
  161:17 250:7
  255:22 270:18
  272:13 323:3,7
  324:13 411:5
stated 174:21
  199:19 255:21
  275:19 331:21
  373:8 399:7
  401:21 407:23
statement 30:1
  30:23 31:14
  93:21 100:5
  111:19 113:22
  136:23 146:3
  151:2 154:2
  162:2 164:11
  165:19 168:14
  168:16,21
  169:15,21
  181:4,12
  188:14 194:3
  200:3 244:20
  250:17 262:4
  268:4 274:10
  274:19 275:2
  277:20 287:11
  287:21,23
  288:10 293:5
  296:7 298:14
  308:9,20 309:2
  309:8,9 323:2

323:21 339:4
  362:12,13
  363:6 368:22
  395:5 406:11
  406:15,16
statements
  185:17
states 1:1 47:14
  94:10,16
  121:13 157:20
  159:3 185:6
  324:14 332:13
  380:3 399:12
stating 166:6
  296:24
statistic 70:12
statistical
  114:21 196:13
  196:22 255:23
  256:6 290:23
  291:16 293:2
  305:21 313:22
  316:6,10,24
  326:23 336:13
statistically
  151:10,19
  289:7,11 305:6
  305:24 315:2
  315:15,23
  316:1,17 317:9
  317:16 318:1,9
  402:7
statistician
  197:1
statistics 196:20
  322:19 376:5
status 171:18,19
  246:17,19
  250:18 251:19
  257:18
STENOGRA...
  74:9 118:11
  340:22 385:3
stenographic
  9:23
stenographica...
  410:8

step 182:23
  262:7 369:21
steroid 156:18
  157:5 158:15
steroids 136:4
  136:19 157:1,1
  160:2
STEVENS 2:19
Stewart 1:9 9:11
  53:23 54:7
  101:9,13 108:1
  108:1 146:6,9
  146:13,17
  238:14 243:15
  251:9 276:3,6
  276:22 281:3
  301:14 324:22
  330:14 334:4
  334:23 347:4
  348:9 351:2,14
  352:24 355:10
  357:6 375:24
  376:4 383:18
  383:24 385:7
  387:4,18,20
  388:1 394:11
  406:12
Stewart's 28:18
  101:5 144:23
  145:1 222:21
  242:12 278:1
  284:1 285:4,17
  288:4,13
  299:22 301:11
  301:24 333:22
  337:14 348:8
  354:20 359:22
  382:6 388:18
  408:1
sticker 164:8
stimulate
  227:15
stimulating
  228:18
Stimulatory
  226:20
stop 82:16 91:15

91:16 126:22
  131:9 164:9
  200:22
stopped 318:12
store 211:12
story 334:17
  388:16
Street 2:14 4:9
  4:19 5:8,16
strength 281:1
  282:4 284:6,11
  323:13
strengthen
  279:11
stress 271:1
strike 55:19
  57:11 62:21
  109:24 228:1
  250:1 270:4
  337:20 352:21
strings 392:14
strong 289:13
structure
  302:20
studied 38:23
  193:11 281:10
  291:13 365:11
  382:8
studies 35:5,7,8
  35:10 37:14
  38:4 39:11
  41:4 56:14
  117:15 151:16
  159:3,20 162:8
  209:5,7 289:17
  291:24 306:8
  307:11 308:14
  311:8 313:18
  313:21 314:22
  315:1,22
  316:24 317:15
  322:9 323:4,21
  324:1 329:17
  329:20 365:13
study 7:21 8:8
  37:5 38:24
  40:12 43:20

44:17,20,22
  45:18 46:7,11
  46:24 47:2
  56:6,7,10,12
  71:4,24 72:18
  72:20,21 76:4
  76:14,18,23
  79:6,18 80:23
  81:6,12 82:2
  83:9,20 84:6
  85:13,15 86:5
  88:8,9,22 89:2
  89:9,15,19
  90:15 93:16
  117:4,10,24
  119:3,11,16
  120:4 121:13
  122:24 124:9
  126:18 129:18
  144:16 191:6
  193:2,6 195:2
  195:6,14 196:7
  196:15,17
  197:3,18 198:6
  198:6 199:3,7
  199:8,16,18,19
  200:6 207:1
  208:21 211:19
  212:19 214:2
  289:19,21
  290:21,22
  291:23 307:14
  307:15,21
  308:7,10 316:4
  317:24 322:9
  322:15 326:24
  328:10,16
  332:4,18,21
  335:1 336:14
  339:10 342:16
  353:5 360:19
  384:6,15
  397:11 399:6
studying 200:3
  351:14
stuff 47:21

subcutaneous
226:15
subgroup
200:11,13
401:7
subgroups
49:19
subject 145:20
240:24 257:8
266:8
subjective
382:19 383:9
subscribe
217:21
Subscribed
413:16
subsequent
327:6
subsequently
275:6
substance 413:7
substantial
351:12
substitute 222:1
substituting
195:20
substitution
194:11 195:18
suffer 96:13
259:24 272:3
297:20 361:5
suffered 145:16
187:13
suffering 67:23
376:11,13
383:18
sufficient
228:22 296:11
suggest 213:3
383:17
suggested 131:7
237:10 401:8
suggesting
184:23
Suite 2:21
suited 134:20
sum 340:2

summary 29:9
221:20
sun 4:14 189:11
189:12,16
262:13 273:19
sunrise 189:13
superior 116:18
164:19 166:7,7
331:19 335:3
399:13
superiority
399:21 400:8
supplemental
126:18 127:24
140:1,13,17,18
140:20 144:16
Supplementary
7:5 121:17
140:11 191:24
supplementati...
271:19
supplied 88:8
support 59:17
62:6 104:15
188:9,11
222:13,14
223:2,7,15
224:10,12
233:20,23
234:13 302:17
314:14 315:22
318:11,13,21
318:22 323:17
323:22 324:2
326:17 329:10
343:21 384:16
384:18 385:2,6
405:21 406:16
Supported
220:22
supporting
159:11
supportive
111:9 128:14
128:19
supports 59:5
162:2 164:12

166:1,12
186:22 203:18
317:23 322:16
400:8
sure 15:9 17:23
18:2,9,23 36:7
48:20 51:23
55:17 60:4,23
61:9,19 68:21
69:11,16 73:6
74:16 79:4
81:8 86:16
91:20 92:22
94:1 105:5
109:15 111:2
116:1 120:3
131:16,20
132:21 134:14
143:19 144:1
147:11 148:24
154:9 155:12
157:23 159:11
163:14,21
165:22 168:19
173:7 184:10
188:23 189:18
191:7,19 194:7
194:18 195:13
207:17 211:6
212:17 215:7
218:3 234:22
248:2 256:3
265:23 276:20
285:1 288:8
300:10,13,15
300:20 302:10
302:13 305:14
314:24 320:2
320:24 324:1
327:12 341:16
357:19 365:16
396:4,9 398:5
403:19 406:10
406:14
surgeons 173:6
surgery 102:15
106:5 348:22

351:20
surgical 64:7
surgically 64:11
survival 102:17
109:1 119:19
120:7,22 121:5
121:7 162:17
164:14,15
166:14,15
195:1,2,22,23
196:8,8 199:14
199:15 200:12
200:13 264:19
339:12 347:1,7
347:15 399:14
survivors 228:3
229:14
survivorship
264:21
suspect 53:11
104:4,9 337:9
suspicion
171:12
swear 10:1
switch 143:23
232:19
sworn 9:16 10:5
410:5 413:16
symposium
214:23 215:10
215:23 216:7
symptomatic
156:21
symptoms
171:10
syndrome 229:4
syndromes
228:4
system 77:12
103:17
systematically
302:2
systemic 7:10
157:10 178:22
180:23
Systems 1:19
410:3,18

**T**

T 6:11 199:23
200:16,18
212:8 251:19
412:1
Table 121:16,17
124:13 140:17
140:17 308:23
336:5,6
TAC 76:8 77:5
103:12,18
104:16 105:17
106:5,9,13
116:6 119:17
120:5 123:10
133:14 134:10
136:14 137:21
147:1,13,17,23
150:14,15
151:1 166:7
168:5 193:11
193:16 194:6
195:15 198:13
220:24 222:7
231:19 232:9
232:13,16
233:7,20 239:6
239:11,17
242:13 243:2
250:12,13
251:15 253:17
254:4,5,13,19
254:24 257:10
257:10 258:1
258:19,24
259:2 304:21
305:2,5 318:7
322:9,14 329:8
329:9 337:16
347:5 350:12
359:18,18
372:10 373:11
384:23 385:1,5
385:8 388:23
389:16,19,19
389:20 390:10

| | | | | |
|---|---|---|---|---|
| 394:10 | talking 14:23 | 254:6 306:8 | 254:6 259:5,6 | **Technically** |
| **take** 17:3 23:5 | 15:5 48:19 | 307:12 308:7 | 259:7 282:14 | 309:24 |
| 31:3 73:3 | 106:19 134:19 | 308:15 309:3,4 | 289:12 290:8 | **tee** 73:4 |
| 109:18 115:13 | 137:5 144:15 | 310:16 311:9 | 317:19 322:3,5 | **telephone** 15:3 |
| 118:5,17 | 161:16 204:20 | 313:16,23,24 | 322:15 325:2 | 25:19 |
| 125:24 126:13 | 222:20 227:20 | 313:24 320:19 | 330:13 334:20 | **tell** 12:20 13:1 |
| 140:8 143:23 | 239:10 275:16 | 323:5 | 337:16 338:12 | 14:20 28:4 |
| 144:14 148:11 | 296:4 322:8 | **taxane-contai...** | 339:17 350:6 | 34:11 42:15 |
| 159:20 200:24 | 353:14,17 | 164:13 166:13 | 350:15 390:14 | 45:6 73:2 |
| 217:6 218:8 | 377:8 396:15 | 167:16 401:9 | 390:22 391:1 | 143:20 159:13 |
| 219:1 236:15 | **talks** 167:3 | **taxanes** 7:8 | 393:7 399:10 | 171:4,7 200:20 |
| 255:9 262:9 | 205:18 274:11 | 128:21 162:15 | 402:15 404:2 | 201:1 254:24 |
| 271:19 288:11 | 315:21 381:11 | 163:18 164:23 | 404:11,11 | 255:5 259:21 |
| 292:8 293:21 | **tamoxifen** 197:5 | 165:13 166:1,3 | **Taxol's** 161:23 | 262:14 297:19 |
| 294:4 308:8 | 197:20 198:2,9 | 166:21 323:7 | **Taxol-AC** | 320:22,24 |
| 310:17 340:8 | 198:15,20,22 | **taxanes-conta...** | 206:10,20 | 322:1 326:21 |
| 353:11,21 | 198:24 199:13 | 378:17 | **Taxol-contain...** | 334:18 372:24 |
| 356:16 358:13 | 200:9 | **taxoids** 8:10 | 239:22 | 374:23 377:10 |
| 358:19 376:18 | **targeted** 172:23 | 331:13 | **Taxotere** 1:4 7:6 | 383:23,24 |
| **taken** 10:15 | **task** 211:15 | **Taxol** 103:12 | 37:17,19,20 | 394:20 |
| 73:10 144:6 | **tasked** 96:21 | 106:13 107:1,6 | 38:1 47:7 | **telling** 298:13 |
| 201:5 217:12 | 158:2 274:9 | 107:20 116:18 | 116:18 123:14 | 322:4 |
| 255:15 294:8 | 283:2 333:18 | 117:16 123:7 | 123:14,16 | **tells** 189:15 |
| 340:13 410:8 | 354:14 | 123:13,13,17 | 133:5 144:19 | 402:14 |
| **takes** 146:23,24 | **tasks** 26:6 | 123:20 124:10 | 150:23 151:3 | **telogen** 68:6 |
| 147:14 394:21 | **TAX** 7:1 37:6,11 | 130:2 131:6,14 | 151:21 152:3 | **template** 287:10 |
| **talk** 18:17,20,20 | 43:20 44:2,13 | 131:15 136:5,5 | 152:22 153:9 | **temporality** |
| 21:14 25:11 | 45:9 46:11,19 | 136:10,10,22 | 153:17 165:9 | 267:21 323:22 |
| 44:7 117:21 | 47:1,8 71:12 | 137:19 144:20 | 166:6 168:5 | 368:20 |
| 129:8 139:15 | 71:20 72:2,12 | 145:18,23 | 194:11 222:7 | **temporarily** |
| 171:16 174:3 | 75:20 76:14,23 | 146:19 147:4 | 223:10 276:11 | 96:5 |
| 196:24 235:10 | 77:20 80:22 | 147:21 148:15 | 322:23 324:14 | **temporary** 95:4 |
| 261:22 267:20 | 81:5 82:2 83:9 | 151:2,12,21 | 332:12 337:6,8 | 95:20 185:19 |
| 267:21,22 | 84:6,23 85:13 | 152:3,7,15 | 337:10,11,23 | 186:5,9 267:17 |
| 277:2 302:15 | 90:19 93:15 | 153:4,8 154:2 | 338:3,6,8,9 | 268:10 297:2 |
| 309:9 332:23 | 118:9 191:21 | 154:6 160:3 | 346:16,24 | 364:22 368:17 |
| 336:23 351:5 | 193:3,11 197:3 | 161:18 162:2,2 | 354:19 365:9 | **ten** 42:4 127:16 |
| 370:14 391:8 | 198:7 199:3 | 164:20,23 | 365:14 393:2,8 | 289:9 290:9 |
| **talked** 64:1 | 288:17 289:2,7 | 165:9,15 168:6 | 393:10,11,16 | 303:23 355:19 |
| 101:4 205:15 | 303:15,23 | 168:22 169:18 | 393:22 394:22 | **tended** 242:14 |
| 234:23 261:7 | 314:21,22 | 169:24 205:19 | 399:8 400:5 | 380:4 401:10 |
| 263:4 273:18 | 338:10 361:23 | 205:24 206:6 | 404:2,17 | **term** 57:11 |
| 315:7 332:2 | 362:7 399:20 | 206:10,12 | **TAXOTERE/...** | 267:10 277:14 |
| 343:14 364:10 | 400:7 | 208:18 212:8 | 4:16 | 313:6 347:21 |
| 381:7 384:11 | **taxane** 108:2 | 212:22,23 | **TC** 222:22 | 355:22 |
| 390:11 391:22 | 121:18 125:18 | 213:1 234:18 | **teaches** 316:15 | **termed** 199:5 |
| 397:4 | 162:8 166:2 | 240:16,23 | **team** 80:17 | 315:3 |

terminology
99:13,15
267:14
terms 213:2
341:10 351:12
356:8,20
357:17 358:1
359:24 364:20
365:23 374:24
379:4 380:19
382:7 387:17
399:13 405:19
test 55:12 200:7
289:19 293:1
402:5
tested 335:6
testified 10:6
14:13 46:20
239:19 383:22
testify 36:20
53:19 54:16
145:13 146:6
146:11 297:17
334:10 337:6,7
337:13,23
410:5
testifying 28:17
40:1 295:18
339:4
testimonies
352:15
testimony 63:11
78:16 84:5
90:22 99:24
145:5,14 234:9
258:17 283:12
283:13 301:15
317:3 351:24
352:1,5,10,13
352:14 355:8
356:23 357:11
359:19 366:12
367:16,18
374:23 383:22
387:4,20 399:5
410:8
testing 55:23

171:17,18
366:19,22
testosterone
271:19
text 156:16
Thank 12:8
74:11 75:2
111:24 247:15
249:19 340:23
348:2 385:19
386:16 405:12
408:2
Thanks 15:24
23:18 294:14
therapeutic
247:22
therapies
110:20 115:3
115:19 172:24
256:7
therapy 7:11 8:6
49:18 57:3
102:16 114:24
121:19 125:22
148:17 153:1
168:3,3 172:23
178:22 180:23
198:2 199:13
200:9 205:21
206:3 208:16
243:24 256:1
264:18 320:17
337:10 339:20
348:22 371:21
376:12
thereof 286:5
thing 13:22
18:15 62:19
152:12 159:23
176:6 192:13
200:4 230:9
242:22 244:11
254:13 259:6
282:17 306:11
320:3 337:1
341:13 370:22
386:5 400:12

403:8,12 405:6
407:18
things 10:11
18:18 22:18
68:19 101:3
114:2 115:16
134:11 135:1
158:4,6,11
159:14 160:24
174:12 176:9
182:2 189:24
196:5 202:23
208:23 224:12
225:7 237:14
246:8 252:22
253:4 258:9
271:1 273:20
280:4 282:20
333:13 336:24
341:11,12
344:9 345:17
355:20,21,23
359:24 360:13
372:3,18,21
375:22 386:1
391:8 392:24
396:24 402:9
402:24 403:15
407:13
think 11:4,9
14:18 16:2,12
16:22 17:13
26:10 29:8
34:24 40:20
44:22 49:6
50:18 51:2,24
52:18 56:2
71:9 74:17
80:4,17 97:2,5
97:20 98:21
102:22 103:5
109:8 112:13
117:8 118:18
123:5 128:12
128:24 131:3
140:6 143:19
155:11 159:22

160:7,24 177:6
177:12,23
178:24 181:16
183:17 191:23
192:11 197:16
198:16 199:5
200:2 206:14
207:3,16 208:1
212:13 213:18
217:4 218:11
221:14 223:23
225:4 230:21
231:15 233:10
235:24 236:6
237:6,16
238:18 240:8
240:17 241:13
244:10,19,24
245:11 246:15
247:18 250:5
250:16 252:13
253:16 254:10
255:2 256:2
261:7,21
262:10 263:4
264:6 265:3
266:18 270:18
275:8 276:17
280:18 284:14
287:17 288:23
289:1,6,13
290:2 298:5
301:9 304:2,5
304:6 308:8,16
312:8 313:19
319:14 323:20
325:14,16
329:7,11,20
331:22 333:13
336:17 338:20
338:22 339:23
341:4,15
342:10 344:14
345:18 346:13
348:12,20,21
351:9 352:11
352:18 356:1

356:16 361:11
367:2 369:21
375:5,6 380:17
381:8,23
385:13 386:12
387:7,10,11,13
387:23 388:14
389:4,14,15,17
390:9,16 392:9
395:4 399:6
402:12,13
406:18 408:20
408:24
thinking 262:17
403:7
thinks 258:9
thinning 268:23
280:12 310:5,7
third 25:2 27:9
101:7,11
102:12,14
103:9,10 104:9
104:21 108:2
109:2 116:5
141:19,20
143:6 165:7
172:3 192:23
193:15 245:14
246:20 247:3
327:9 391:12
391:17,24
392:5,6
thirty 411:13
thorough 355:6
thought 19:12
19:13 56:21
58:18 106:1
147:11 247:14
258:7 292:12
292:13 310:19
358:9
thoughts 29:9
114:1,7
thousand 370:5
thousands 152:4
285:20 369:11
381:19

**three** 10:23
 30:11 48:2,3
 91:4 117:12,14
 119:12,17
 120:5 124:18
 125:4,7,14
 129:6 131:9,18
 132:11,13
 133:2 138:11
 141:1,2 142:3
 142:4 143:8,15
 143:21 144:20
 149:11,19
 150:2 210:17
 213:20 214:11
 215:21 222:22
 224:20 234:14
 235:15 245:22
 311:21 323:2
 328:24 354:4
**three-month**
 24:7
**three-week**
 147:13 223:17
**threw** 298:18
**throw** 156:2
 354:6
**time** 9:8 11:20
 15:11,14 18:4
 22:9,13 23:2
 23:15 24:19
 25:3,14,16
 26:5 28:21
 30:13 33:17,21
 35:4,17 45:5
 45:15 52:15,17
 52:23 53:6,13
 54:11 58:14,15
 61:3 67:4
 69:23 73:7,11
 77:4,6,15 79:2
 81:23 82:5
 84:7 85:1
 91:19 92:2
 98:16 99:3
 106:12 107:5
 127:8 140:3

144:3,7,13
 167:23 170:8
 176:4 177:4,6
 177:20,20
 178:2,7 179:13
 179:21,24
 180:6,15,16
 181:20 188:2
 189:14 190:9
 201:2 202:3
 216:1,6,11
 217:9,13 224:4
 230:18 231:17
 251:14 255:8
 255:10,12,16
 260:17 261:23
 262:10 270:24
 294:5,9 308:21
 324:8 329:16
 340:1,2,6,10
 340:14 351:12
 353:6 354:17
 355:14 360:9
 360:12,19
 362:18,21
 369:17 377:1
 382:18 385:10
 389:3 392:10
 395:13,21
 399:14 407:2
 408:12 409:7
 410:9
**times** 14:12
 131:14 132:23
 133:2 144:18
 180:9 208:9
 235:15 265:10
 353:6 373:16
 373:17
**title** 307:14
 311:13 320:12
 363:20
**titled** 128:13
 156:17 173:10
 248:16 266:24
 293:11
**today** 17:24

18:16 20:12
 23:9 25:12
 27:6 29:19
 40:10 52:3
 62:11 78:18
 138:8 239:20
 252:22 262:23
 265:8 283:12
 289:17 316:8
 325:14 335:2
 339:18 343:15
 345:2,8 349:3
 351:1 362:2
 373:16 394:17
 400:23 408:13
**today's** 9:7
 24:13 29:2
**told** 175:9
 269:17 372:5
 395:12 396:8
**tolerable** 242:15
**tolerate** 200:10
 207:4
**tool** 101:20,21
 102:2 103:10
 103:16,24
 115:16,20
 278:19 291:15
 291:22 292:2
 300:16 303:5
**tools** 300:13
**top** 40:22 45:10
 57:7 70:6,12
 86:19 87:3
 102:15 109:9
 117:17 125:24
 126:3 130:10
 184:11 192:10
 202:23 207:15
 211:6 286:8
 330:10 378:18
**topic** 69:9 272:9
 273:12 276:2
 280:2,16 357:2
**topics** 214:14
**torture** 396:9
**total** 22:17 76:8

106:12 133:13
 133:15,22
 135:3 136:12
 136:13 157:1,4
 327:15
**toxic** 121:23
 122:8 124:14
 209:19
**toxic-effects**
 121:18
**toxicities** 106:2
 106:10 107:11
 107:12,16
 110:19 116:22
 116:24 136:21
 140:16 203:16
 210:1 259:20
 334:21 335:21
 404:8 405:2
**toxicity** 107:19
 128:17,20
 136:20,24
 137:1 139:4
 141:7 142:11
 143:14 146:18
 147:4 148:3,5
 149:8,13 150:1
 152:5 160:3
 178:13 186:17
 205:8,20
 240:18 247:23
 249:8,13 250:8
 250:10 260:20
 264:20 287:13
 305:3 309:20
 336:1 387:13
 403:2,3,7,23
 404:3,5,9,15
**trained** 66:15
 86:2
**training** 30:11
 66:20,22 360:7
 397:23 398:1
**transcript**
 374:10 410:8
 411:14,15
**transcription**

413:5
**transcripts**
 12:11 407:6
**transient** 180:21
**transitioned**
 209:20
**transitioning**
 208:5
**transmit** 11:1
**trauma** 181:7
 376:14 381:12
 383:19
**Traurig** 1:14
 3:12,20
**treat** 176:6,7,8
 188:21 252:8,9
 344:12
**treated** 76:9
 82:15 104:4,10
 139:12 152:9
 174:23 202:15
 256:15,16
 260:15 290:4
 290:11 362:21
 384:22 385:8
**treating** 62:12
 97:8 150:16
 210:3 258:8
 268:14 343:19
 370:8 380:20
**treatment** 7:4,8
 31:6 46:23
 51:18 53:23
 54:23 55:4
 59:16 60:15
 61:4,5 62:12
 67:10 71:21
 83:22 94:22
 102:5 106:3,11
 107:10 108:14
 109:19 110:4
 112:8,19 114:8
 114:13 157:7
 157:21 158:21
 170:14,14
 172:6,17 177:7
 181:9 187:1

| | | | | |
|---|---|---|---|---|
| 208:13 209:14 | 152:10 176:8 | **trouble** 237:4 | 228:9 250:18 | 136:17 206:12 |
| 209:24 211:19 | 194:10 195:17 | **true** 71:24 99:8 | **tunnel** 293:15 | 220:20 260:23 |
| 238:11,15,19 | 200:5 204:16 | 313:22 362:12 | **turn** 49:11 75:12 | 261:1 262:2 |
| 249:13 250:8 | 207:17 208:22 | 362:13 | 75:13 139:24 | |
| 250:11 259:22 | 210:14 256:15 | **truth** 410:6,6,6 | 166:24 238:21 | **U** |
| 261:17 262:1 | 256:16 260:19 | **truthful** 96:17 | 248:12 335:17 | **ULMER** 5:7 |
| 264:7 265:17 | 288:18 289:7 | 97:3,10 367:7 | 345:19 | **ultimate** 173:19 |
| 266:5 277:23 | 290:7,8 293:8 | 368:1 | **twice** 132:7,13 | **ultimately** |
| 307:13 308:15 | 310:2 315:15 | **try** 11:21 47:16 | **two** 10:20 12:14 | 102:14 108:17 |
| 311:10 320:20 | 317:4 318:1 | 60:1 62:1 | 35:8 39:20 | 112:3 261:13 |
| 335:23 337:15 | 326:13,20 | 139:3 157:14 | 41:4,5 42:3 | **unaware** 324:23 |
| 343:21 349:14 | 359:18 360:23 | 159:8 246:4 | 45:3 68:19 | **UNC** 354:6 |
| 351:3 360:10 | 361:24 362:7,8 | 258:7 315:13 | 72:5 104:1,21 | **uncertain** 18:7 |
| 369:10,14 | 362:11,17,17 | 333:19,21 | 106:22 107:3 | **uncommon** |
| 381:14 | 362:22,23 | 341:11 363:11 | 117:22,22 | 184:16 185:1 |
| **treatment-rel...** | 363:2 366:1 | 363:16 364:9 | 123:22 131:8 | **undergo** 108:15 |
| 309:19 | 391:6 | 400:11 | 131:18 132:23 | **underneath** |
| **treatments** | **trialist** 194:3 | **trying** 32:16 | 136:3 141:11 | 76:1 |
| 50:11 63:7,8 | 291:21 | 43:9 138:20 | 167:23 185:19 | **understand** 18:5 |
| 67:12 102:7 | **trials** 22:20 | 156:1 173:9 | 189:8,23 190:8 | 18:9,11 29:14 |
| 190:23 214:4 | 31:18,20 32:4 | 183:16 188:24 | 190:19 195:4 | 36:8,13 37:11 |
| 370:2 382:14 | 34:2,19,21 | 189:20 240:17 | 196:5,6 200:16 | 37:12,16 38:14 |
| 391:3 | 35:14,24 36:22 | 240:21 244:2 | 200:17 209:1 | 39:21 46:1 |
| **tree** 258:13,14 | 37:9 39:10 | 246:14 250:20 | 215:5 216:13 | 56:13 79:16 |
| **trends** 196:4 | 41:3 42:7,8,10 | 250:21 252:13 | 240:8,11 | 91:7 105:18 |
| **trial** 2:20 6:23 | 43:6,15 45:23 | 252:16,17 | 251:11 262:2 | 106:21 107:7 |
| 23:3 29:6,16 | 47:18 55:8 | 256:10 313:20 | 273:20 305:17 | 115:21,23 |
| 35:20 37:6 | 56:14 113:11 | 318:17 324:7 | 305:20 306:3 | 138:19 139:6 |
| 38:24 40:11 | 138:17 139:17 | 329:8,12,13 | 310:11 315:1 | 146:2 147:8 |
| 43:19,21,24 | 148:13 150:7 | 334:17 377:11 | 321:3,9 322:22 | 148:20,21 |
| 44:13,14 45:1 | 152:6 183:1,2 | 388:6 396:12 | 330:3 332:8,11 | 154:9 155:24 |
| 45:2,4 46:2,3 | 184:3,4 190:16 | **TUCKER** 5:15 | 370:4 382:4 | 175:23 183:15 |
| 46:19 47:8 | 190:16 191:17 | **tumor** 64:19 | 386:1 | 188:23 189:22 |
| 55:11,22 56:3 | 193:23 194:5 | 99:2 172:13 | **two-thirds** | 196:20 234:6 |
| 56:4 57:1 | 194:15 199:23 | 175:4 226:20 | 197:16 | 236:23 243:3 |
| 72:15 77:5,21 | 204:15,19,22 | 226:24 227:2 | **type** 16:10 62:19 | 250:23 253:19 |
| 79:8,9 80:13 | 205:1 220:22 | 242:16 243:22 | 98:18,19,23 | 258:17 264:12 |
| 80:21 81:17 | 318:6 339:5 | 246:14 251:2 | 105:24 143:1 | 264:16 271:21 |
| 82:9 83:8 90:1 | 359:18 360:22 | 251:10,19 | 152:21 178:8 | 288:9 296:3 |
| 90:4 92:22,24 | 365:8,12 | 254:14 257:17 | 227:2 246:15 | 329:11,12 |
| 93:1,4 116:17 | 366:20 389:19 | 259:12,13 | 279:19 282:2 | 339:22 357:8 |
| 123:3,6,9,18 | 389:19,20 | 333:23 334:1,4 | **types** 67:23 | 369:23 376:4 |
| 133:21 134:2 | 390:17 391:7 | 337:1 349:16 | 115:18 178:10 | 391:10 394:15 |
| 134:12 138:2 | **trichoscopy** | 390:8 392:3,3 | 183:9 185:19 | **understanding** |
| 138:23 149:22 | 66:15 | **tumors** 30:22 | 185:22 186:3 | 26:24 43:10 |
| 149:23 150:12 | **tried** 147:11 | 31:2 64:11 | **typically** 34:7 | 48:21 55:1 |
| 150:15,22 | 357:7 | 98:8 227:16 | 112:16 130:4 | 94:6 98:17 |

Sreekanth C. Reddy, M.D.

116:21 150:19
194:14,20
205:8 239:11
**understood**
28:10 63:24
145:21 196:9
393:20
**undertake**
259:22
**unfortunate**
361:4
**unfortunately**
375:20,23
**unique** 223:10
**United** 1:1 47:14
94:9,15 332:13
**University**
45:13 47:4
316:14 362:20
**unplug** 168:5
**unprofessiona...**
91:24
**unqualified**
316:15
**unquote** 274:2
**unrelated** 66:10
**unusual** 109:23
**up-to-date**
49:17 57:2
180:14 182:12
**update** 27:1
407:11
**updated** 8:12
11:2,6 63:21
341:14 342:6,7
**UpToDate** 7:10
50:6,8,9
113:12 130:16
157:10,20
175:5,9 177:20
177:23 178:9
178:21 202:18
202:19 237:23
379:22 380:13
380:16,19
391:5
**usage** 59:9

169:10
**use** 22:10 36:14
50:4 55:24
56:18,19 59:5
59:14,18 67:17
86:13 87:12
88:5 96:19
99:14,16
101:19 104:23
107:13 108:2
115:16,20
135:19 138:22
139:21 150:17
158:15 164:12
166:1,12 174:9
174:9,10,11,12
174:13 175:10
175:17,20,24
179:13 198:1
206:5,9 210:12
213:1,3 214:3
224:3 225:13
226:15 228:8
228:17 229:8
229:20 239:22
246:10 253:3
254:24 257:15
257:15 269:20
280:4 281:7
285:10 288:15
292:3,5,6,9
303:9 308:11
312:22 317:22
326:8 327:5
328:15,16
329:8,18
337:10 350:14
364:17 380:19
402:20 404:23
**uses** 58:3 203:16
309:3
**usually** 14:23
180:21 267:6
**utilize** 50:2 59:6
60:14 101:16
263:21 264:13
400:6

**utilized** 61:3
168:9 206:18
278:19 366:13
_____
**V**
**v** 1:9
**V-A-G-Y-I**
207:21
**valid** 59:17
278:20
**validate** 157:14
**valuable** 51:16
54:21
**variabilities**
235:6
**variability**
134:13 235:1,3
390:3
**variable** 123:19
**varies** 52:18
**variety** 58:6
65:19,24
110:13 138:16
139:20 333:12
402:19
**various** 33:19
49:18 63:6
69:17 102:4,7
115:2 176:4
221:8 222:6
236:7,7 244:5
247:20 267:22
288:24 344:7
352:2,6
**varying** 368:19
**vast** 371:22
**vending** 245:24
**venture** 251:6
**verbatim** 410:8
**Verger** 159:7
**version** 7:13,16
7:17 217:18
218:6,9,13
219:16,23
225:15 230:1
230:10,10,16
230:20 231:12

231:13,14,14
232:2,3 238:6
238:10,14
244:4 248:13
**versus** 9:11
106:14,17
107:8 109:12
147:4 150:2
151:12,21
153:17 157:6
193:11,16
194:6 195:15
195:21 199:2
199:10,24
200:7 205:19
242:8 258:3
259:2 313:23
336:21 366:1
370:16 372:10
391:12
**vice-versa** 259:4
391:17
**video** 9:9 11:3
**videographer**
5:21 9:3,5 15:6
15:11,14 73:7
73:11 127:11
127:15 144:3,7
179:21,24
201:2 202:3
217:9,13
255:12,16
294:5,9 340:10
340:14 409:7
**Videotaped** 1:12
6:13,15
**Vine** 5:8
**Virtually** 269:19
**visit** 382:12
**visits** 351:21
**Vogel** 85:21
**voice** 340:20
**voices** 58:18
**volume** 183:21
333:24
_____
**W**

**W** 2:21
**wait** 85:8 155:2
179:13
**waiving** 23:24
**walk** 257:16
258:7 277:4
388:16 390:24
**walked** 288:24
**walks** 251:21
266:9 288:18
331:22 332:7
**wall** 300:2,7
301:3
**walls** 300:9,23
300:23
**Wanda** 1:9 9:10
28:18
**want** 13:19,23
18:9,11 21:2
28:7,9 47:15
71:8,12 73:24
74:15 75:12
83:11 85:1,9
86:11,17 89:8
96:4 98:13
99:21 108:2,8
109:15 111:18
111:19 125:3
141:10 144:10
147:10 155:15
163:14,21
170:4,12 171:5
177:18 179:11
179:12,13,18
179:19 186:12
192:21 200:24
202:22 203:1
212:17 213:24
217:2 218:2
226:9 228:15
246:15 255:9,9
256:3 258:24
261:9,20,21
262:5,8 263:5
263:20 264:5
266:5,22
284:16 288:8

304:4,22
308:19 312:13
319:13 321:1
327:18,18
330:4,23
341:13,16
342:15 352:19
353:13 357:22
361:16 362:4
369:6 372:4,15
376:2,23
377:18 379:20
384:6 392:5
406:20
**wanted** 21:14
27:8 48:20
58:16 97:18
128:9 165:3,4
229:17 259:5
334:3 346:3
354:6 379:24
380:10 381:16
406:14 407:4
407:16 409:5
**wants** 119:21
**warn** 236:20
**warning** 228:22
297:1 368:6
**warnings** 227:9
227:14 294:17
296:9 367:19
367:24
**warranted**
296:17
**WARSHAUER**
2:12
**wasn't** 83:17
89:20 150:23
283:1 287:19
289:7 373:20
380:8 382:24
383:14 396:9
**wave** 176:12
**way** 14:23 17:3
25:13 42:14
43:6 92:6
100:23 123:16

132:22 134:12
138:1 145:9
146:10 151:17
181:21,23
189:21 197:16
219:19 236:4
254:16 262:15
282:4 283:8
288:7 308:3
317:9 335:7,13
335:16 350:3,7
356:7 367:14
377:10 402:21
408:23
**ways** 191:4,5
246:5 303:6
**we'll** 10:18,23
13:15 23:21,23
24:1 34:7 44:7
88:1 92:9
98:15 112:16
118:23 131:3
138:8 140:7,14
144:14 155:2
178:24 179:7
250:2 300:18
340:8,9 341:19
342:9 353:21
363:10 364:9
**we're** 13:9,12
14:1,21 15:12
15:15 17:1,24
18:18 23:19,24
25:11 27:5,6
48:18 52:3
62:4 73:8,12
78:10,11,11
91:14,19 92:13
105:19 107:22
115:21,22
124:5 127:17
129:6 132:9,10
144:4,8 159:24
163:22 176:2,9
178:14 179:17
179:22 180:1
201:3 202:4

208:23 217:10
217:14 218:3
222:20 244:10
255:13,17
260:17 262:6
266:14 277:2
294:6,10 302:3
302:15 310:18
320:2 323:20
334:2 340:11
340:15 349:18
357:9 359:10
396:11 409:9
**we've** 64:1 71:9
73:2 90:6
110:19 123:5
127:11 130:4
138:12 160:24
165:5 176:3
188:16 202:12
210:17,21
214:13 252:22
255:6 261:7
263:4 294:2
322:8,10 323:2
328:14 353:20
366:8
**website** 32:9
34:17 50:10
361:12,18
**week** 34:9
119:12 123:13
123:14 124:3,4
149:11 159:5,5
234:14
**weekly** 7:3
103:16 104:23
105:8,8,15
106:14,24
116:7 117:11
117:12,13
119:12,17
120:5 121:8,10
123:12,13
124:3,4,16
125:2,3,5,12
126:4 129:7,8

129:10,14
130:7 131:6
132:9 136:5
141:2,3,21
144:20 145:6
145:15 146:10
146:19 147:13
147:21 148:15
149:9,17 150:2
157:4,5,6
166:8 168:9
169:8 210:3
221:2 223:5
224:22 233:13
233:18 234:1
234:14 239:2
241:6 253:11
339:11,13,17
**weeks** 12:18
106:14,14,22
107:3 117:13
117:14 119:17
120:5 121:6,10
122:1,9 124:18
125:4,7,14
126:15 132:12
141:1,3 142:5
143:8 144:20
149:19 150:3
157:3,3 197:22
223:14 262:2
267:7 268:15
**weigh** 148:9
**well-known**
239:16 267:2
268:5
**went** 135:13
140:15 158:11
236:12 237:6
243:4 289:16
317:17 328:23
351:8 354:8
355:12 386:14
403:20
**weren't** 81:19
89:22 250:4,5
329:15 330:1

400:2,8
**wheelbarrow**
300:12
**wheelchair**
403:12
**wheelchairs**
390:23
**white** 222:16
**wide** 401:13,16
401:23
**widely** 57:6
**wife** 261:22
**Willson** 7:8
162:6,7,21,21
163:17 164:12
164:18,22
165:23 386:12
**window** 307:6
**Winship** 49:7
**witness** 9:16
10:2 13:17,21
14:19 16:7
83:16 87:2
119:23 182:9
265:24 286:6
319:16 321:6
330:4 353:22
354:3 392:11
411:1
**witnesses** 352:2
352:6,15
366:10,10
**woman** 46:19
125:18 394:13
**women** 8:3 76:2
76:17 94:20
95:5,14,17,18
96:3,6 97:22
98:1 100:2,4,6
100:9,12,15
119:5 164:15
229:5 271:16
272:2 311:18
313:4 361:5
370:7 376:9
380:5 401:11
401:13

wonder 293:18
wonderfully
376:4
wondering
79:17 101:4
131:16
word 57:19
119:10 338:19
words 265:11
346:10,11
358:15,16
work 20:21
22:20,21 23:3
23:16 24:6,11
25:8,12 35:22
47:17 63:14,18
88:1 173:5
246:1 333:4
360:3 364:6
work-in-prog...
24:16 25:3
worked 17:14
85:18,24 86:8
working 17:7
32:10,22 33:2
33:5,19 34:1,2
78:12
works 17:15
33:9 240:19
world 235:17
WORLDWIDE
4:4,4
worried 392:16
worry 144:13
worse 154:2
380:4 401:10
404:11,17,20
wouldn't 38:9
39:14 44:23
52:9 63:17
82:13 142:12
171:7 241:19
253:20 254:18
258:16 259:9
291:3,9 357:18
366:20
wrapped 324:7

wrecking 301:3
write 23:6 40:19
writing 25:19
232:10 375:14
writings 281:18
written 88:20
89:13 321:13
381:1,2 395:6
396:4
wrong 62:5 64:4
155:23 230:15
325:23
wrote 265:9
268:7 308:3
393:20 399:18

___X___

X 6:11

___Y___

yeah 26:10
51:23 68:18
84:1 104:2
111:12 115:5
115:20 117:8
123:3 132:2
170:22 173:5
177:6 183:17
229:16 235:13
251:22 258:15
300:20 308:16
336:6 389:2
395:15 396:22
397:4,17
399:11 401:4
406:9
year 93:7,15
94:16,21
181:20 218:9
235:15 382:4,4
years 14:14,19
30:10,11 33:15
42:4 44:23
61:2 79:3 90:2
152:1,2 176:16
176:18,19,20
176:22 177:16

180:9 188:22
197:21 204:8
206:15,15
208:2,21 210:4
210:5 213:21
215:19,19,21
216:3,13
258:24 280:10
281:11 289:9
290:9 303:24
309:21 310:11
332:11 343:6
349:18 355:17
360:7,9 362:17
363:18 369:10
374:21 381:18
382:4 397:22
398:1 403:6
yesterday 11:8
20:7 265:10
342:8
York 71:16
79:23 81:22
young 242:16
250:18 251:2,9
254:14
younger 398:6

___Z___

zero 143:11
149:18
Zoom 1:12
209:21 245:6
293:12 295:3

___0___

0 142:5
001 6:23 43:19
44:2,4
02109 4:20
02110 3:14

___1___

1 6:13 12:10
19:5,8,12
22:24 23:1
27:9 40:17

41:4,19 42:3
122:15 125:12
143:3 149:17
220:7,8,16,18
220:20 230:10
230:24 231:14
238:10,22
244:4 248:13
260:23 261:1
292:9,10
320:14 321:3
326:15 328:6
381:4
1.2013 7:16
230:1
1.2014 7:18
1:20 200:23
1:21 201:3
10 7:6 23:1 34:8
129:10,15
130:21 139:24
143:8 154:16
154:18,24
156:11,13
192:8 218:15
10-year 6:23
102:17 188:1
305:16 397:12
10:14 73:8
10:29 73:12
100 25:8 215:1
100-page 263:18
104 87:1,5
192:10 197:12
197:18
10th 218:14
11 7:8 23:2
49:10 51:6
86:12,23 87:2
87:3,8 162:23
163:2 170:4
197:11,17,18
202:11 266:17
281:14 377:12
379:16 386:13
400:13,19
11.1 86:12

11.11 86:13
87:12 88:5
11.4 380:6
11:58 144:4
1100 2:14 4:9
112 313:10
118 7:4
11th 87:8
12 7:10 23:2
87:8 106:16,20
106:24,24
111:20 129:13
129:14 133:19
141:13 143:22
178:15,17
180:4 192:9
197:12 202:12
202:23 205:4
255:20 261:12
266:17 379:21
380:11,16
12:10 144:8
12:55 179:22
12:57 180:1
120 133:22
120,000 25:8
127 7:5
13 7:12 122:15
142:18 149:6
216:16,18
217:17 238:19
266:1,17
277:11,16,21
278:2 281:14
14 6:4 7:14
106:16 134:15
142:5 144:18
161:3,13
225:20,22,24
266:23 269:18
272:14 328:4
364:8
1480 76:8
1491 76:2
15 7:15 33:24
73:3 177:16
229:20,22,24

Sreekanth C. Reddy, M.D.

230:20 293:10 294:15 403:6
**154** 7:7
**16** 7:17 122:14 125:13 126:15 132:23 133:2 143:1 210:9 238:1,3 249:17 335:24 336:8,8 373:13
**160** 134:5
**163** 7:9
**1667** 120:20
**1669** 126:1
**17** 7:19 30:10 61:2 263:6,8 263:12 281:14 382:4
**170** 24:5,24
**1700** 2:21
**178** 7:11
**18** 7:20 106:14 106:17 107:7 306:23 307:2
**18-week** 133:16
**19** 6:13 8:1 157:8,9 310:20 310:22
**1994** 327:14 331:14,17 332:11 334:10
**1997** 72:21 76:2 76:16 328:16
**1999** 76:2,17,18 81:21 93:7
**1st** 231:9

———— **2** ————
**2** 6:14 19:5 21:8 21:11 40:21 41:19,20 44:9 71:13,14 77:18 106:16,21 107:5 121:16 121:17 124:14 126:6,11,12,13 128:11 132:4

140:17,18 141:5,20,23 142:6,6 143:1 143:2,9 157:2 157:3 159:4 193:17 208:18 218:17 224:5 260:23 261:6 308:24 309:21 321:4 361:21 403:2
**2-centimeter** 259:12
**2,000-plus** 381:24
**2.2** 304:21 305:10 372:11 373:13 397:2
**2.5** 192:19
**2:04** 202:4
**2:17-cv-10817** 1:9
**2:18** 127:18
**2:21** 217:10
**2:34** 217:14
**20** 8:5 31:8 34:7 34:8 76:3 79:3 94:17,19 97:22 100:7,17,18 106:14 129:20 130:5,21 134:6 152:1 156:17 176:16,18,19 176:24 177:16 182:19 183:6 183:11,19 197:21 255:7 260:23 280:10 319:20 320:5 341:4 372:6 382:3 397:24 413:17
**20-plus** 152:2
**20-something** 381:18
**2000** 45:12 46:22 67:4

71:15 80:10 82:1 90:11,14 93:8,12
**2001** 327:14 328:16
**2002** 328:8
**2005** 77:8 193:7
**2008** 117:5
**2012** 216:23 217:17 218:9 218:15
**2013** 230:11 231:9,14 239:10
**2014** 238:6,10 238:20 244:4 248:13 257:6 385:7
**2020** 1:17 6:17 7:19 9:8 22:1,7 155:19 156:5 180:15 344:21 410:20
**2021** 33:14
**21** 6:16,17 8:8 130:17 135:18 156:10 159:9 222:9 325:18 325:20,24 330:5 384:7 385:13,15
**2105** 311:14
**213-430-3399** 5:18
**216** 7:13
**22** 8:10 102:23 106:17 107:8 330:6 331:6 341:20 407:1,9
**220,000** 94:20
**225** 7:14
**229** 7:16
**23** 8:12 102:22 102:23,24 176:20,22 341:21,22,24 342:17 343:3

360:7,9 366:8 373:22 397:22 406:21 407:17
**2300** 4:8
**2310** 305:4
**238** 7:18
**23rd** 344:21 345:5
**24** 102:22 103:3 109:7 167:10 378:7,24 379:1 379:7,9
**25** 34:7 90:2 261:4 360:17
**250** 94:8
**250,000** 94:11 94:19
**2519** 2:5
**2555** 3:5
**26** 6:18,18 7:7 26:21 27:11,16 27:23 28:4 162:10 164:11
**263** 7:19
**27** 126:7,12,14 167:5,7,10 330:7 400:14
**2740** 1:5
**28** 324:6,10
**2800** 2:13
**285** 48:15
**288** 133:15
**29** 162:8 345:19 346:5 373:11
**295** 249:24
**29th** 1:16 9:7

———— **3** ————
**3** 6:17,23 19:5 21:17 40:18,19 40:22 42:6 121:6,9,23,24 122:8,9 125:1 126:6,11,14 128:12 132:7 141:5,21,23,23 142:6 143:3,9

143:10 144:18 149:8,8,10,12 157:2,3 197:22 208:22,24 217:18 218:9 218:13 224:9 261:6 351:10 380:4 401:8 403:3
**3.2012** 7:13 218:7 219:16 219:23 231:14
**3.59** 401:15
**3.9** 304:20 305:10 372:10 373:10 397:1
**3/4** 124:15 125:5 335:20,24 336:3,8 400:16
**3:22** 255:13
**3:36** 255:17
**30** 6:17 57:7 160:15 196:12 196:12 240:24 257:8 260:22 289:20 303:11 304:10 306:6 372:8 411:13
**30,000** 94:17,19
**301** 314:22
**30112** 2:6
**30305** 3:22
**307** 7:23
**30th** 21:24 408:12
**31** 306:5,10
**310** 8:4
**311** 399:20 400:7
**316** 7:1 37:6,11 43:20 44:2,13 45:9 46:11,19 47:1,8 71:12 71:20 72:2,12 75:20 76:14,23 77:20 80:22 81:5 82:2 83:9

**84:6,23 85:13**
90:19 93:15
191:21 193:3
193:11 197:3
198:7 199:3
288:17 289:3,7
303:15,23
314:21 338:10
361:23 362:7
**318** 309:13
**320** 8:7
**325** 8:9
**331** 8:11
**3333** 1:14 3:21
**34** 87:23 192:10
**340** 6:5
**341** 8:12
**35** 196:13 286:7
**36** 344:19
**37** 179:14
**38** 41:8
**39.70** 401:15
**392** 6:6
**3rd** 159:5

**4**
**4** 6:18 19:6
26:15,18 40:18
75:13,14,24
94:5 97:20
100:12 121:23
122:3,8,12,16
124:17 125:1,6
126:6,11,15
141:6,21,23
142:6,7,9,10
143:4,11
149:16 197:22
261:6 304:6
327:2 333:23
344:13,17
358:12 380:4
406:20,22,24
407:17
**4-centimeter**
70:1 259:13
**4-millimeter**

70:1
**4.1** 336:12
**4.2** 289:24
**4:24** 294:6
**4:39** 294:10
**40** 134:4 398:1
**40-year-old**
251:8
**404-915-8886**
2:7
**405** 6:7
**408** 6:8
**41** 372:20 373:5
**42** 376:9
**43** 230:24
**44** 219:12,12
230:24
**449** 327:15
**45** 201:1
**45202-2409** 5:9
**46** 122:1,10
230:13,23
238:21
**47** 310:3
**48** 132:18 133:2
133:3,6,8,9
294:3
**48-page** 226:7
**4950** 119:5
**4th** 159:5

**5**
**5** 6:19 33:23
74:7,10,13
143:2 149:9
196:17 197:7
197:21 220:7,8
227:9 231:1
242:17 254:15
294:22 295:15
304:4 336:5,6
**5-centimeter**
251:10 333:23
349:16
**5-Fluorouracil**
199:11
**5-FU** 200:8

**5.9** 226:19 227:8
**5:37** 340:11
**5:52** 340:15
**50** 17:2,4
**504-522-2304**
2:16
**504-585-7022**
4:11
**51** 162:11 163:9
164:10
**513-698-5000**
5:10
**515** 5:16
**52** 109:11
**53** 4:19 327:15
331:3
**54** 310:3
**55** 304:13,15
**55-month**
304:19 397:16
**5548** 335:17
**56** 109:12
**57** 398:7
**58** 102:16
109:13,14
116:4 325:7
376:7,7 385:18
389:23
**59** 336:11

**6**
**6** 6:21 82:18,22
109:1,10 118:9
121:16 294:22
295:15 410:20
**6.3** 313:10
**6:56** 409:8
**60** 24:18
**600** 5:8
**617-213-7045**
4:21
**617-310-6231**
3:15
**619-237-3490**
2:23
**64** 336:7 377:21
**64108-2613** 3:6

**655** 2:21
**678-553-7320**
3:23

**7**
**7** 7:1 84:17,19
118:10 166:24
167:1,2,2
191:20 192:2
238:22 266:19
313:10 326:14
327:3
**7.2** 335:24 336:9
**70** 24:18,18
86:24 87:5,23
**70163** 2:15 4:10
**736** 76:9
**74** 6:20
**744** 76:8
**75** 43:13 185:8

**8**
**8** 7:3 106:17,21
106:21 118:7
118:12,14
119:22 124:16
125:4 126:14
130:18,21
132:6,13 156:5
376:24
**80** 24:18 33:22
98:1 100:1,4,5
100:9,12,15,19
134:7 182:13
258:24
**816-474-6550**
3:7
**82** 6:23
**84** 7:2
**85,000** 24:24
**86** 264:8
**87** 309:20
**877.370.3377**
1:23
**88** 134:9
**8A** 268:4
**8th** 155:19

**9**
**9** 7:5 42:6
121:16 126:23
127:2 132:5
140:1,10 149:4
184:9,10 192:1
264:6 336:4,12
**9:03** 1:16 9:8
**9:08** 15:12
**9:10** 15:15
**90** 334:1
**90071** 5:17
**917.591.5672**
1:23
**92101** 2:22
**97** 67:4
**97.1** 305:6
**97.8** 305:4
**9805** 314:22